# ATTACHMENTS

ATTACHMENT BP-HZN-2179MDL07147094

(Page 1 of 31)

## Document routed via APROUTE to eAP Portal Database on 11/22/2010

**Transocean**

**INVOICE**
Original

NOV 1 7 2010

Processed by 02

THL - Gulf Coast
1311 Broadfield Blvd, Suite 400
Houston                    TX    77084
United States
THL

| | |
|---|---|
| Invoice: | 00014-00011519 |
| Invoice Date: | 10/31/2010 |
| Page: | 2  of  2 |

760015 $744,355.00   Z4-0059V-E:CONTAINMENT   No Signatures
11/23/2010  Lloyd Kelley- Forwarded to Mike Fowler for approval.

## 12/21/2010  Mike Fowler - Discussed need for signature with TOI.

| Line | Description | Contract Ref: | Quantity | UOM | Day Rate | Amount |
|---|---|---|---|---|---|---|
| 2/7/2011 Lloyd Kelley- Emailed Mike Fowler to forward invoice to me to action. | | | | | | |
| 12 | BOP Kill Panel | | 1.00 | EA | 63,420.00 | 83,420.00 |
| 13 | H.C. Panel | | 1.00 | EA | 57,150.00 | 57,150.00 |

**Tech Reviewed by Mike Fowler,**

744,355.00

**AMOUNT DUE:**                  **744,355.00** USD

SEVEN HUNDRED FORTY-FOUR THOUSAND THREE HUNDRED FIFTY-FIVE AND XX / 100
**US Dollar**

Amendment to Drilling Contract No. BPM-06-02155

MC 727 #2 (KODIAK)
PAYKEY: ZENTERWELL
WBS ELEMENT: Z4-0059V-E:Containment
Cost Element: 760015

Vendor #80309844

Construction of CAP and STACK for Macondo Well

Jess Richards
Rig Manager - Horizon Incident Response

CONTACT INFORMATION:
Tim Keller
NAM Finance
832-587-8691
tim.keller@deepwater.com

**Beneficiary Bank**
Transocean Holdings Inc
WELLS FARGO
HOUSTON USA
Bank ID:    United States Bank 121000248
SWIFT ID WFBIUS6S
Bank Account: 4133207235

CONFIDENTIAL

(Page 2 of 31)

# Transocean

**INVOICE**
Original

THL - Gulf Coast
1311 Broadfield Blve, Suite 400
Houston                          TX    77084
United States
THL

| | |
|---|---|
| Invoice: | 00014-00011519 |
| Invoice Date: | 10/31/2010 |
| Page: | 1  of  2 |

**Bill To:**  BP Exploration and Production Inc.

C/O BP America Inc.
PWC Scanning
P.O. Box 22024

Tulsa OK 74121-2024
United States

| | |
|---|---|
| Customer No: | 000*C042 |
| Rig: | Deepwater Horizon (00) |
| Payment Terms: | Net 30 |

| Line | Description | Contract Ref: | Quantity | UOM | Day Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | EXF Panel | | 1.00 | EA | 179,200.00 | 179,200.00 |
| 2 | Deepwater Technical Solutions Inv# 10010-90008638 Project No.: 0000120575 Accumulator Bracket | | 1.00 | EA | 130,550.00 | 130,550.00 |
| 3 | Single Ram Panel | | 1.00 | EA | 83,750.00 | 83,750.00 |
| 4 | Choke Valve Panel for DD2 | | 1.00 | EA | 89,900.00 | 89,900.00 |
| 5 | Kill Valve and P/T Panel | | 1.00 | EA | 46,800.00 | 46,800.00 |
| 6 | Choke Valve & Injection Panel | | 1.00 | EA | 46,800.00 | 46,800.00 |
| 7 | Exf Panel on Deployment/Test | | 1.00 | EA | 7,440.00 | 7,440.00 |
| 8 | 15K P/T Panel | | 1.00 | EA | 17,500.00 | 17,500.00 |
| 9 | Dual Manifold Panel | | 1.00 | EA | 7,500.00 | 7,500.00 |
| 10 | Stabs & Manifolds | | 1.00 | EA | 6,750.00 | 6,750.00 |
| 11 | Shipping & Crate Charges | | 1.00 | EA | 7,595.00 | 7,595.00 |

BP-HZN-2179MDL07147095

# DEEPWATER TECHNICAL SOLUTIONS

### A DIVISION OF OCEANEERING INTERNATIONAL, INC.
11915 FM 529 - Houston, TX 77041
TELEPHONE: (832) 467-7874    FACSIMILE: (832) 467-7625
DTSBILLING@OCEANEERING.COM

**PLEASE REMIT BY BANK WIRE/ACH TRANSFER TO:**
Citibank - NY
111 Wall Street
New York, NY 10043
SWIFT: CITIUS33
ABA # 021000089
For the Account of: Oceaneering International, Inc.
Account Number: 3056-8648
Tax I.D.# 95-2626227
DUNNS # 05-514-7490

**Customer:**           Offshore Deepwater Drill (R)
                        4 Greenway Plaza (77046)
                        PO Box 4255
                        Houston, TX 77210

**Purchase Order No.:** GLOBE-0000099561
**Ordered By:**         Dean Williams
**Oceaneering Quote No.:** B000313 Rev. C & B000255

**PLEASE REMIT BY CHECK TO:**
OCEANEERING INTERNATIONAL, INC.
c/o Citibank N.A.
P.O. Box 7247-8051
Philadelphia, PA 19170-8051

**FedEx INSTRUCTIONS:**
Wholesale Lockbox Dept - #8051
Citibank - Delaware
1615 Brett Road
New Castle, DE 19720-2425
Phone: 302-334-8369

| | |
|---|---|
| Page: | 1 OF 2 |
| Invoice No.: | E0010-00006836 |
| Invoice Date: | 8/31/2010 |
| Project No.: | 0000120575 |
| Contract No.: | CON000282 |
| Customer No.: | C0000413 |
| Job Location: | GOM |

| ITEM | UNITS | DESCRIPTION OF CHARGES | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | 1 | ExF Panel (Figure 1)<br>Ref.: EMO No. 10273, Line item 1 | $179,200.00 | $179,200.00 |
| 2 | 1 | Single Ram Panel (Figure 2)<br>Ref.: EMO No. 10273, Line item 3 | $83,750.00 | $83,750.00 |
| 3 | 1 | Choke Valve Panel for DO2 (Figure 3)<br>Ref.: EMO No. 10275, Line item 1 | $89,900.00 | $89,900.00 |
| 4 | 1 | Kill Valve and P/T Panel (Figure 4)<br>Ref.: EMO No. 10275, Line item 2 | $46,800.00 | $46,800.00 |
| 5 | 1 | Choke Valve and Injection Panel (Figure 5)<br>Ref.: EMO No. 1776, Line item 1 | $46,800.00 | $46,800.00 |
| 6 | 1 | H.G. Panel (Figure 6)<br>Ref.: EMO No. 10273, Line item 2 | $57,150.00 | $57,150.00 |
| 7 | 1 | Accumulator Bracket for ExF Panel (Figure 7)<br>Ref.: EMO No. 10273, Line item 1 | $130,550.00 | $130,550.00 |
| 8 | 1 | ExF Panel on Deployment/Test Frame (Figure 8)<br>Ref.: EMO No. 10273, Line item 1 | $7,440.00 | $7,440.00 |
| 9 | 1 | 15K P/T Panel (Figure 9)<br>Ref.: EMO No. 1859, Line item 1 | $17,500.00 | $17,500.00 |
| | | | Subtotal, Page 1 | $639,090.00 |

1 1/2% INTEREST TO BE CHARGED TO INVOICES OVER 30 DAYS

CONFIDENTIAL

BP-HZN-2179MDL07147096

# DEEPWATER TECHNICAL SOLUTIONS

### A DIVISION OF OCEANEERING INTERNATIONAL, INC.
11915 FM 529 - Houston, TX 77041
TELEPHONE: (832) 467-7874    FACSIMILE: (832) 467-7625
DTSBILLING@OCEANEERING.COM

**PLEASE REMIT BY BANK WIRE/ACH TRANSFER TO:**
Citibank - NY
111 Wall Street
New York, NY 10043
SWIFT: CITIUS33
ABA # 021000089
For the Account of: Oceaneering International, Inc.
Account Number: 3069-8648
Tax I.D.# 95-2628227
DUNNS # 05-514-7490

**PLEASE REMIT BY CHECK TO:**
OCEANEERING INTERNATIONAL, INC.
c/o Citibank N.A.
P.O. Box 7247-8051
Philadelphia, PA 19170-8051

**FedEx INSTRUCTIONS:**
Wholesale Lockbox Dept - #8051
Citibank - Delaware
1615 Brett Road
New Castle, DE 19720-2425
Phone: 302-324-8369

| | | |
|---|---|---|
| **Customer:** | Offshore Deepwater Drill (B) 4 Greenway Plaza (77046) PO Box 4255 Houston, TX 77210 | |

| | |
|---|---|
| Page: | 1 OF 2 |
| Invoice No.: | E0010-00000936 |
| Invoice Date: | 8/31/2010 |
| Project No.: | 0000120575 |
| Contract No.: | CON0062B2 |
| Customer No.: | C0000413 |
| Job Location: | GOM |

**Purchase Order No.:** GLOBE-C000099561
**Ordered By:** Dean Williams
**Oceaneering Quote No.:** 9000313 Rev. C & 9600255

| ITEM | UNITS | DESCRIPTION OF CHARGES | UNIT PRICE | AMOUNT |
|------|-------|------------------------|------------|--------|
| 10 | 2 | Dual Manifold Panel (Figure 10) Ref.: EMO No. 10294, Line Item 1 | $3,750.00 | $7,500.00 |
| 11 | 1 | Slabs & Manifolds Ref.: EMO No. 1887, Line Items 1,2, 3, & 4 | $6,750.00 | $6,750.00 |
| 12 | 1 | Consolidated Shipping & Crate Charges | $7,595.00 | $7,595.00 |
| 13 | 1 | BOP Kill Panel Ref.: EMO No. 10216, Line Item 1 | $83,420.00 | $83,420.00 |

Subtotal, Page 2     $105,265.00

1 1/2% INTEREST TO BE CHARGED TO INVOICES OVER 30 DAYS

**PLEASE REMIT THIS AMOUNT IN U.S. DOLLARS** .......................................    $744,355.00

CONFIDENTIAL

# Purchase Order

## TO Offshore Deepwater Drill(B)

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

Tax Exempt?N     Tax Exempt ID:

Vender: GOM0117
OCEANEERING
11917 FM 529
Houston TX 77041-3011

Country of Ultimate Destination/Rig Name : United States
DW Horizon Incident
Recovery

### CHANGE ORDER

| Purchase Order | | Date | Revision | Page |
|---|---|---|---|---|
| GLOBE-0000093561 | | 08/27/2010 | 1 - 09/08/2010 | 1 of 11 |
| Payment Terms | Freight Terms | | | Ship Via |
| Net 30 | Cost, Insurance & Freight | | | Host Econo |
| Buyer | | Phone | | Currency |
| Janet Leblanc | | +1 9856311512 | | USD |
| Ship To: | DW Horizon Incident Recovery | | | |

Bill To:    TO Offshore Deepwater Drill(B)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

VAT Reg. ID:

Shipping   Surface Freight
Priority:

Comments:    STATE OF TEXAS - EXEMPTION CERTIFICATE

THE UNDERSIGNED HEREBY CLAIMS AN EXEMPTION FROM PAYMENT OF TEXAS TAXES UNDER CHAPTER 151, TITLE 2,
1982 TAX CODE, FOR THE PURCHASE OF THE TANGIBLE PERSONAL PROPERTY DESCRIBED ON THIS PURCHASE ORDER.
THE REASON THAT SAID PURCHASER IS CLAIMING THIS EXEMPTION IS: THE PROPERTY IS DRILLING EQUIPMENT
PURCHASED FOR THE EXCLUSIVE USE OFFSHORE OUTSIDE THE
TERRITORIAL LIMITS OF THE STATE OF TEXAS. (CHAPTER 151, TITLE 2,
SECTION 151.324 (A), 1982 TAX CODE.) THE PURCHASER WILL BE LIABLE FOR PAYMENT OF THE LIMITED SALES
AND USE TAX IF THE PURCHASER USED THE TANGIBLE PERSONAL PROPERTY IN SOME OTHER MANNER OR FOR SOME
OTHER USE OTHER THAN REASON LISTED ABOVE, AND SHALL PAY THE TAX BASED ON THE PRICE PAID FOR THE
TANGIBLE PERSONAL PROPERTY. FEDERAL TAX I.D. #76-0605846 .

STATE OF LOUISIANA - EXEMPTION CERTIFICATE

THE UNDERSIGNED CERTIFIES THAT ALL PROPERTY DESCRIBED ON THIS PURCHASE ORDER IS PURCHASED FOR FIRST
USE IN THE ABOVE DESIGNATED AREA, AND QUALIFIES FOR EXEMPTION FROM LOUISIANA SALES TAX UNDER R.S.
47:305.10. THE STATEMENT IS SIGNED WITH THE UNDERSTANDING THAT ANY PURCHASER AND/OR PURCHASER WHO
FRAUDULENTLY SIGNS THE STATEMENT WITHOUT THE INTENT TO USE THE PROPERTY PURCHASED AS ABOVE STATED IS
SUBJECT TO ALL PENALTIES PROVIDED BY TITLE 47 OF THE LOUISIANA REVISED STATUTES OF 1950. Louisiana
Use Tax No. 6086650001

B000313BOP Panels needed  REF: Oceaneering quote B000313 Attached Replaces Reqisition 4178502911

B000962BOP Panels needed  REF: Oceaneering quote B000962 Attached

¿Notwithstanding any other Purchase Order or its revision, or wording in this Purchase Order added by
hand or electronically, directly or by reference, the terms and conditions of Master Services
Agreement ¿ Worldwide Operations (Rev 9/02) signed by Applied Drilling Technology Inc. and
Oceaneering International Inc. effective October 2, 2002 (¿the Agreement¿) are agreed by Transocean
Offshore Canada Services Ltd. and <<insert appropriate Oceaneering entity>> to govern this Purchase
Order and the Agreement is incorporated as if fully set forth herein.¿

B000255BOP Panels needed  REF: Oceaneering quote B000255

CONFIRMING DO NOT DUPLICATE



CONFIDENTIAL

BP-HZN-2179MDL07147098

(Page 6 of 31)

## Purchase Order

### TO Offshore Deepwater Drill(B)

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

Tax Exempt?N    Tax Exempt ID:

Vendor: GOM0117
OCEANEERING
11917 FM 529
Houston TX 77041-3011

Country of Ultimate Destination/Rig Name : United States
DW Horizon Incident
Recovery

### CHANGE ORDER

| Purchase Order | | Date | Revision | Page |
|---|---|---|---|---|
| GLQSB-0000059581 | | 08/27/2010 1 - 09/08/2010 | | 2 of 13 |
| Payment Terms | Freight Terms | | | Ship Via |
| Net 30 | Cust. Insurance & Freight | | | Most Econo |
| Buyer | | Phone | | Currency |
| Janet Leblanc | | +1 9856311512 | | USD |
| Ship To: | DW Horizon Incident Recovery | | | |

Bill To: 	TO Offshore Deepwater Drill(B)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

VAT Reg. ID:

Shipping  Surface Freight
Priority:

| Line-Sch | Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Promise Amt | Date |
|---|---|---|---|---|---|---|---|---|
| 1- 1 | | REPAIR/ INSPECTION, SEE DESCRIPTION | TRANSOCEAN REPAIR | | 1.00 EA | 83,420.00 | 83,420.00 | 08/29/2010 |
| | | | | SUT Code: LA_STATE (4.0000%) | | | 3,336.80 | |

Line Priority:  Surface Freight
Req Id#/ Line:  4178506773 /    1

HTC:

| Accounting: | BU | Cost Center/Cont | | ACCOUNT PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY | |
|---|---|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400700 | | | | | |

BOP Kill Panel MFG: TO; PN:Repair;Uom: EA; Desc:REPAIR/ INSPECTION, SEE DESCRIPTION

Item Total                    86,756.80

| Line-Sch | Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Promise Amt | Date |
|---|---|---|---|---|---|---|---|---|
| 2- 1 | | REPAIR/ INSPECTION, SEE DESCRIPTION | TRANSOCEAN REPAIR | | 1.00 EA | 1,425.00 | 1,425.00 | 08/29/2010 |
| | | | | SUT Code: LA_STATE (4.0000%) | | | 57.00 | |

Line Priority:  Surface Freight
Req Id#/ Line:  4178506773 /    2

HTC:

| Accounting: | BU | Cost Center/Cont | | ACCOUNT PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY | |
|---|---|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400700 | | | | | |

CONFIDENTIAL

BP-HZN-2179MDL07147099

(Page 7 of 31)

## Purchase Order

### TO Offshore Deepwater Drill(B)

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

Tax Exempt?N    Tax Exempt ID:

Vendor: GOM0117
OCEANEERING
11917 FM 529
Houston TX 77041-3011

Country of Ultimate Destination/Rig Name : United States
DW Horizon Incident
Recovery

| CHANGE ORDER | | | |
|---|---|---|---|
| Purchase Order | Data | Revision | Page |
| GLORH-0000099681 | 08/27/2010 1 - 09/08/2010 | | 3 of 13 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 30 | Cost Insurance & Freight | | Most Econo |
| Buyer | Phone | | Currency |
| Janet Leblanc | +1 9856311512 | | USD |
| Ship To: | DW Horizon Incident Recovery | | |

Bill To:    TO Offshore Deepwater Drill(B)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

VAT Reg. ID:

Shipping    Surface Freight
Priority:

Crate charges MFG: TO; PN:Repair;Uom: EA; Desc:REPAIR/ INSPECTION, SEE DESCRIPTION

Item Total                                    1,483.00

| Line-Sch Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 3- 1 | REPAIR/ INSPECTION, SEE DESCRIPTION | TRANSOCEAN REPAIR | | 1.00 EA | 617.00 | 617.00 | 08/29/2010 |
| | | SUT Code: LA_STATE (4.0000%) | | | | 24.68 | |

Line Priority:  Surface Freight
Req Id#/ Line:  4178506773 /  3

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|
| | 09008 | 417800 | 400700 | | | |

Shipping charges MFG: TO; PN:Repair;Uom: EA; Desc:REPAIR/ INSPECTION, SEE DESCRIPTION

Item Total                                    641.59

| Line-Sch Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 4- 1 | REPAIR/ INSPECTION, SEE DESCRIPTION | TRANSOCEAN REPAIR | | 1.00 EA | 13,422.00 | 13,422.00 | 08/29/2010 |
| | | SUT Code: LA_STATE (4.0000%) | | | | 536.88 | |

Line Priority:  Surface Freight

CONFIDENTIAL

BP-HZN-2179MDL07147100

(Page 8 of 31)

## Purchase Order

### TO Offshore Deepwater Drill(B)

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

Tax Exempt?N        Tax Exempt ID:

Vendor:  GOM0117
OCEANEERING
11917 FM 529
Houston TX 77041-3011

Country of Ultimate Destination/Rig Name : United States
DW Horizon Incident
Recovery

### CHANGE ORDER

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| GLCRR-0000099581 | 08/27/2010 1 - 09/08/2010 | | 4 of 13 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 30 | Cost, Insurance & Freight | | Most_Econo |
| Buyer | Phone | | Currency |
| Janet Leblanc | +1 9856311512 | | USD |
| Ship To: | DW Horizon Incident Recovery | | |

Bill To:        TO Offshore Deepwater Drill(B)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

VAT Reg. ID:

Shipping   Surface Freight
Priority:

Req Id#/Line:  4178505772 /   1

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400700 | | | |

Modify E x F panel with the following: ? 2X Change out breech lock manifolds for 17H 10K high
flow manifolds (modified to fit existing panel). 7 Mount existing 1/4" iso valve on panel with
paddle actuator assembly MFG: TO; PN:Repair;Uom: EA; Desc:REPAIR/ INSPECTION, SEE DESCRIPTION

Item Total                              13,958.88

| Line-Sch Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 5 - 1 | REPAIR/ INSPECTION, SEE DESCRIPTION | TRANSOCEAN REPAIR | | 1.00 EA | 2,500.00 | 2,500.00 | 09/28/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 100.00 | |

Line Priority:   Surface Freight
Req Id#/Line: 4178500772 /   2

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400700 | | | |

17H 10K single port high flow stab (990058751) MFG: TO; PN:Repair;Uom: EA; Desc:REPAIR/
INSPECTION, SEE DESCRIPTION

Item Total                              2,500.00

BP-HZN-2179MDL07147101

(Page 9 of 31)

## Purchase Order

### TO Offshore Deepwater Drill(B)

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

Tax Exempt?N     Tax Exempt ID:

Vendor:   GOM0117
OCEANEERING
11917 FM 529
Houston TX 77041-3011

Country of Ultimate Destination/Rig Name : United States
DW Horizon Incident
Recovery

### CHANGE ORDER

| Purchase Order | | Date | Revision | Page |
|---|---|---|---|---|
| GLOBE-0000039581 | | 08/27/2010 1 - 09/08/2010 | | 5 of 13 |
| Payment Terms | Freight Terms | | | Ship Via |
| Net 30 | Cost, Insurance & Freight | | | Mont Ocean |
| Buyer | | Phone | | Currency |
| Janet Leblanc | | +1 9856311512 | | USD |
| Ship To: | DW Horizon Incident Recovery | | | |

Bill To:   TO Offshore Deepwater Drill(B)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

VAT Reg. ID:

Shipping   Surface Freight
Priority:

| Line-Sch Item Id | Item/Description | MFGi Part# | Vendor Part # | Quantity UOM | PO Price | Extended Promise Amt Date |
|---|---|---|---|---|---|---|
| 6- 1 | REPAIR/ INSPECTION, SEE DESCRIPTION | TRANSOCEAN REPAIR | | 2.00EA SUT Code: LA_STATE (4.0000%) | 1,025.00 | 2,050.00 08/29/2010 82.00 |

Line Priority:   Surface Freight
Req Id#/ Line:  4178506772 /   3

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|
| | 00008 | 417800 | 480700 | | | |

17H 15k single port dummy (090036944) MFG: TO; PN:Repair;Uom: EA; Desc:REPAIR/ INSPECTION, SEE DESCRIPTION

Item Total                                              2,132.00

| Line-Sch Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Promise Amt Date |
|---|---|---|---|---|---|---|
| 7- 1 | REPAIR/ INSPECTION, SEE REPAIR DESCRIPTION | TRANSOCEAN REPAIR | | 1.00EA SUT Code: LA_STATE (4.0000%) | 179,200.00 | 179,200.00 08/29/2010 7,168.00 |

Line Priority:   Surface Freight
Req Id#/ Line:  4178506770 /   1

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|
| | 00008 | 417800 | 480700 | | | |

CONFIDENTIAL

BP-HZN-2179MDL07147102

## Purchase Order

### TO Offshore Deepwater Drill(B)

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

**CHANGE ORDER**

| Purchase Order | | Date | Revision | Page |
|---|---|---|---|---|
| GLOBE-0000099581 | | 08/27/2010 | 1 - 09/08/2010 | 6 of 13 |
| Payment Terms | Freight Terms | | | Ship Via |
| Net 30 | Cost, Insurance & Freight | | | Most Econo. |
| Buyer | | Phone | | Currency |
| Janet Leblanc | | +1 9856311512 | | USD |
| Ship To: | DW Horizon Incident Recovery | | | |

Tax Exempt?N     Tax Exempt ID:

**Bill To:**   TO Offshore Deepwater Drill(B)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

Vendor: GOM0117
OCEANEERING
11917 FM 529
Houston TX 77041-3011

VAT Reg. ID:

Country of Ultimate Destination/Rig Name : United States
DW Horizon Incident
Recovery

Shipping   Surface Freight
Priority:

ExF Panel (Figure 1) ? 6x 2-Way Paddle Valve 1/2" NPT,? 3x 3-Way Paddle Valve 1/2" NPT,? 4x
2-Way Paddle Valve 3/8" NPT ? 1x 17-D Parking Receptacle,? 6x 17-D Single Port Manifolds ? 5x
17-D Dummy Plug (Non-Pressure Retaining) ? 2x 0-5000 psi Gauges ? 2x 0-10,000 psi Gauges ? 2x
1" Breach Lock Connectors,? 4x Protective Gauge Covers ? 2x Breach Lock Male connector,? 1x 1/4"
Vent Ball valve and Mount ? 1x 3 Function SPM Block ? 1x 1/2" Manual set regulator with up to
5,000 psi, supply and set at 1,800 psi delivery. MFG: TO; PN:Repair;Uom: EA; Desc:REPAIR/
INSPECTION, SEE DESCRIPTION

Item Total          186,369.00

| Line-Sch | Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|---|
| 6- 1 | | REPAIR/ INSPECTION, SEE DESCRIPTION | TRANSOCEAN REPAIR | | 1.00 EA | 63,750.00 | 63,750.00 | 08/29/2010 |
| | | | | SUT Code: LA_STATE (4.0000%) | | | 2,550.00 | |

Line Priority:   Surface Freight
Req Mtrl Line:  4178506770 /     2

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|
| | 00066 | 417890 | 400700 | | | |

Single Ram Panel (Figure 2) - 2x 2-Way Paddle Valve 1/2" NPT - 2x 17-D Parking Receptacle - 2x
17-D Single Port Manifolds (Hi Flow) - 2x 17-D Hi Flow Stabs ? 2x 17-D Dummy Plug (Non-Pressure
Retaining) ? 2x 0-5000 psi Gauges ? 2x 1" Breach Lock Connectors - 2x BOP Shuttle Valves
(Customer supplied) ? 2x Protective Gauge Covers MFG: TO; PN:Repair;Uom: EA; Desc:REPAIR/
INSPECTION, SEE DESCRIPTION

Item Total          55,300.00



CONFIDENTIAL

BP-HZN-2179MDL07147103

## Purchase Order

### TO Offshore Deepwater Drill(B)

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

### CHANGE ORDER

| Purchase Order | | Date | Revision | Page |
|---|---|---|---|---|
| OICOR-0000099581 | | 08/27/2010 1 - 09/08/2010 | | 7 of 11 |
| Payment Terms | Freight Terms | | | Ship Via |
| Net 30 | Cost, Insurance & Freight | | | Mode: Ocano |
| Buyer | | Phone | | Currency |
| Janet Leblanc | | +1 9854311512 | | USD |
| Ship To: | DW Horizon Incident Recovery | | | |

Tax Exempt?N    Tax Exempt ID:

Vendor: GOM0117
OCEANEERING
11917 FM 629
Houston TX 77041-3011

Country of Ultimate Destination/Rig Name : United States
DW Horizon Incident
Recovery

**Bill To:**   TO Offshore Deepwater Drill(B)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

VAT Reg. ID:

Shipping   Surface Freight
Priority:

| Line-Sch Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 9- 1 | REPAIR/ INSPECTION, SEE DESCRIPTION | TRANSOCEAN REPAIR | | 1.00 EA | 89,900.00 | 89,900.00 | 08/29/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 3,596.00 | |

Line Priority:   Surface Freight
Req Id#/ Line:   4178506770 /   3

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT | PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400700 | | | | |

Choke Valve Panel for DD2 (Figure 3)  ? 3x 2-Way Paddle Valve 1/2" NPT - 1x 17-D Parking
Receptacle  ? 4x 17-D Single Port Manifolds  ? 4x 17-D Dummy Plug (Non-Pressure Retaining)  ? 4x
0-5000 psi Gauges - 4x Shuttle Valves 1/4"  ? 4x Protective Gauge Covers MFG: TO; PN:Repair;Uom:
EA; Desc:REPAIR/ INSPECTION, SEE DESCRIPTION

Item Total                              93,496.00

| Line-Sch Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 10- 1 | REPAIR/ INSPECTION, SEE DESCRIPTION | TRANSOCEAN REPAIR | | 1.00 EA | 46,800.00 | 46,800.00 | 08/29/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 1,872.00 | |

Line Priority:   Surface Freight
Req Id#/ Line:   4178506770 /   4

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT | PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400700 | | | | |



CONFIDENTIAL

BP-HZN-2179MDL07147104

(Page 12 of 31)

## Purchase Order

**TO Offshore Deepwater Drill(B)**

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

Tax Exempt?N    Tax Exempt ID:

Vendor: GOM0117
OCEANEERING
11917 FM 529
Houston TX 77041-3011

Country of Ultimate Destination/Rig Name : United States
DW Horizon Incident
Recovery

**CHANGE ORDER**

| Purchase Order | | Date | Revision | Page |
|---|---|---|---|---|
| GLOBE-0000099581 | | 08/27/2010 1 - 09/08/2010 | | # of 13 |
| Payment Terms | | Freight Terms | | Ship Via |
| Net 30 | | Cost, Insurance & Freight | | Next Econo. |
| Buyer | | | Phone | Currency |
| Janet Leblanc | | | +1 9856311512 | USD |
| Ship To: | DW Horizon Incident Recovery | | | |

Bill To:    TO Offshore Deepwater Drill(B)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

VAT Reg. ID:

Shipping    Surface Freight
Priority:

Kill Valve and P/T Panel (Figure 4) ? 4x 2-Way Paddle Valve 1/4" NPT ? 1x 3-Way Paddle Valve
3/8" NPT ? 3x 2-Way Paddle Valve 3/8" NPT - 1x 17-D Parking Receptacle ? 3x 17-D Single Port
Manifolds - 1x 17-H Dual Port 15k Manifold - 1x 17-H Dummy Stab (Non-Pressure Retaining) - 3x
17-D Dummy Plug (Non-Pressure Retaining) - 4x 0-5000 psi Gauges - 4x Protective Gauge Covers
MFG: TO; PN:Repair;Uom: EA; Desc:REPAIR/ INSPECTION. SEE DESCRIPTION

Item Total                                                        46,672.00

| Line-Sch Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Promise Amt Date |
|---|---|---|---|---|---|---|
| 11- 1 | REPAIR/ INSPECTION, SEE DESCRIPTION | TRANSOCEAN REPAIR | | 1.00 EA | 46,800.00 | 46,800.00 08/29/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 3,872.00 |

Line Priority:  Surface Freight
Req Id#/ Line:  4178608770 /    5

HTC:

| Accounting: | BU | Cost Center/Cent | ACCOUNT | PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|---|
| | 00000 | 417600 | 400700 | | | | |

Choke Valve and Injection Panel (Figure 5) ? 4x 2-Way Paddle Valve 1/4" NPT ? 1x 3-Way Paddle
Valve 3/8" NPT ? 3x 2-Way Paddle Valve 3/8" NPT - 1x 17-D Parking Receptacle ? 4x 17-D Single
Port Manifolds - 7x 17-D Dummy Plug (Non-Pressure Retaining) - 4x 0-5000 psi Gauges - 4x
Protective Gauge Covers MFG: TO; PN:Repair;Uom: EA; Desc:REPAIR/ INSPECTION, SEE DESCRIPTION

Item Total                                                        46,672.00



CONFIDENTIAL

BP-HZN-2179MDL07147105

## Purchase Order

### TO Offshore Deepwater Drill(B)

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

Tax Exempt?N        Tax Exempt ID:

**Vendor:  GOM0117**
OCEANEERING
11917 FM 529
Houston TX 77041-3011

Country of Ultimate Destination/Rig Name : United States
                                            DW Horizon Incident
                                            Recovery

### CHANGE ORDER

| Purchase Order | | Date | Revision | Page |
|---|---|---|---|---|
| GLOBR-0000099581 | | 08/27/2010 1 - 09/08/2010 | | 9 of 13 |
| Payment Terms | Freight Terms | | | Ship Via |
| Net 30 | Cost, Insurence & Freight | | | Host: Recono |
| Buyer | | Phone | | Currency |
| Janet Leblanc | | +1 9856211512 | | USD |
| Ship To: | DW Horizon Incident Recovery | | | |

Bill To:    TO Offshore Deepwater Drill(B)
            4 Greenway Plaza (77046)
            P.O. Box 4255
            Houston TX 77210
            United States

VAT Reg. ID:

Shipping  Surface Freight
Priority:

| Line-Sch  Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 12- 1 | REPAIR/ INSPECTION, SEE DESCRIPTION | TRANSOCEAN REPAIR | | 1.00 EA | 57,150.00 | 57,150.00 | 08/29/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 2,286.00 | |

Line Priority:   Surface Freight
Req Id#/ Line:  4178508770 /   6

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY | |
|---|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400700 | | | | |

H.C. Panel (Figure 5) - 4x 2-Way Paddle Valve 1/4" NPT - 3x 17-D Parking Receptacle ? 6x 17-D
Single Port Manifolds - 6x 17-D Dummy Plug (Non-Pressure Retaining) - 2x 0-5000 psi Gauges -
2x Protective Gauge Covers - 2x Shuttle Valves 1/4" MFG: TO; PN:Repair;Uom: EA; Desc:REPAIR/
INSPECTION, SEE DESCRIPTION

Item Total                                         57,436.00

| Line-Sch  Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 13- 1 | REPAIR/ INSPECTION, SEE DESCRIPTION | TRANSOCEAN REPAIR | | 1.00 EA | 130,550.00 | 130,550.00 | 08/29/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 5,222.00 | |

Line Priority:   Surface Freight
Req Id#/ Line:  4178508770 /   7

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY | |
|---|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400709 | | | | |



CONFIDENTIAL

CONFIDENTIAL

BP-HZN-2179MDL07147107

(Page 14 of 31)

## Purchase Order

### TO Offshore Deepwater Drill(B)

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

**CHANGE ORDER**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| GCCNR-0000029581 | 08/27/2010 | 1 - 09/23/2010 | 10 of 13 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 30 | Cost, Insurance & Freight | | Host Econo |
| Buyer | Phone | | Currency |
| Janet Lobiano | +1 9856333512 | | USD |
| Ship To: | DW Horizon Incident Recovery | | |

| Tax Exempt?N | Tax Exempt ID: |
|---|---|

Vendor:  GOM0117
OCEANEERING
11917 FM 529
Houston TX 77041-3011

| Bill To: | TO Offshore Deepwater Drill(B) |
|---|---|
| | 4 Greenway Plaza (77046) |
| | P.O. Box 4255 |
| | Houston TX 77210 |
| | United States |

VAT Reg. ID:

Country of Ultimate Destination/Rig Name :  United States
DW Horizon Incident
Recovery

**Shipping**  Surface Freight
**Priority:**

Accumulator Bucket for ExF Panel (Figure 7) - 4x 15 Gallon Accumulators - Multi-Bottle
manifold rack - 1x 3 Function SPM Block MFG: TO; PN:Repair;Uom: EA; Desc:REPAIR/ INSPECTION, SEE
DESCRIPTION

| | Item Total | 135,772.50 |
|---|---|---|

| Line-Sch Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 14  1 | REPAIR/ INSPECTION, SEE DESCRIPTION | TRANSOCEAN REPAIR | | 1.00 EA | 7,440.00 | 7,440.05 | 09/25/2010 |
| | | | | SUT Code: LA_STATE (4.0000%) | | 297.60 | |

Line Priority:  Surface Freight
Req IdW Line: 4178500770 /  8

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT | PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|---|
| | 00008 | 417303 | 409700 | | | | |

Ex F Panel on Deployment/Test Frame (Figure 8) ? 1 Beam Base ? Simulated Riser Upright ?
Integral Lifting eye MFG: TO; PN:Repair;Uom: EA; Desc:REPAIR/ INSPECTION, SEE DESCRIPTION

| | Item Total | 7,737.60 |
|---|---|---|

CONFIDENTIAL

BP-HZN-2179MDL07147108

(Page 15 of 31)

## Purchase Order

### TO Offshore Deepwater Drill(B)

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

Tax Exempt?N     Tax Exempt ID:

Vendor:  GOM0117
OCEANEERING
11917 FM 529
Houston TX 77041-3011

Country of Ultimate Destination/Rig Name : United States
                                          DW Horizon Incident
                                          Recovery

**CHANGE ORDER**

| | Date | Revision | Page |
|---|---|---|---|
| Purchase Order | | | 11 of 13 |
| GLOBE-0020052881 | 08/27/2010 1 – 09/08/2010 | |
| Payment Terms | **Freight Terms** | Ship Via |
| Net 30 | Cost, Insurance & Freight | Next Moone |
| Buyer | Phone | Currency |
| Janet Leblanc | +1 9856213912 | USD |
| Ship To: | DW Horizon Incident Recovery | |

**Bill To:**    TO Offshore Deepwater Drill(B)
4 Greenway Plaza (77046)
P.O. Box 4265
Houston TX 77210
United States

VAT Reg. ID:

Shipping  Surface Freight
Priority:

| Line-Sch  Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Promise Amt     Date |
|---|---|---|---|---|---|---|
| 15- 1 | REPAIR/ INSPECTION, SEE DESCRIPTION | TRANSOCEAN REPAIR | | 1.00 EA | 17,900.00 | 17,500.00 08/29/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 700.00 |

Line Priority:  Surface Freight
Req Id#/Line:  4178506770 /     9

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT | PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|---|
| | 00008 | 417830 | 400700 | | | | |

15K P / T Panel (Figure 9) – 3x 2-Way Paddle Valve 15k 3/8" MP  – 4x 17-11 15K Dual Port Manifold
MFG: TO; PN:Repair;Uom: EA; Desc:REPAIR/ INSPECTION, SEE DESCRIPTION

Item Total                                        18,200.00

| Line-Sch  Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Promise Amt     Date |
|---|---|---|---|---|---|---|
| 16- 1 | REPAIR/ INSPECTION, SEE DESCRIPTION | TRANSOCEAN REPAIR | | 2.00 EA | 3,750.00 | 7,500.00 08/29/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 300.00 |

Line Priority:  Surface Freight
Req Id#/ Line:  4178506770 /    10

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT | PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|---|
| | 00008 | 417803 | 400700 | | | | |

CONFIDENTIAL

BP-HZN-2179MDL07147109

(Page 16 of 31)

## Purchase Order

### CHANGE ORDER

**TO Offshore Deepwater Drill(B)**

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

| Purchase Order | | Date | Revision | Page |
|---|---|---|---|---|
| GLCHH-0000099981 | | 08/27/2010 | 1 - 09/08/2010 | 17 of 18 |
| Payment Terms | Freight Terms | | | Ship Via |
| Net 30 | Cost, Insurance & Freight | | | Most Econo |
| Buyer | | Phone | | Currency |
| Janet Leblanc | | +1 9856311512 | | USD |
| Ship To: | DW Horizon Incident Recovery | | | |

Tax Exempt?N    Tax Exempt ID:

Vendor:  GOM0117
OCEANEERING
11817 FM 529
Houston TX 77041-3911

Country of Ultimate Destination/Rig Name : United States
                                          DW Horizon Incident
                                          Recovery

**Bill To:**    TO Offshore Deepwater Drill(B)
            4 Greenway Plaza (77046)
            P.O. Box 4255
            Houston TX 77210
            United States

VAT Reg. ID:

Shipping    Surface Freight
Priority:

Dual Manifold Panel (Figure 10) ? 2x 17-D Single Port Manifolds MFG: TO; PN:Repair;Uom: EA;
Desc:REPAIR/ INSPECTION, SEE DESCRIPTION

Item Total _____ 7,809.00

| Line-Sch  Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 17- 1 | REPAIR/ INSPECTION, SEE DESCRIPTION | TRANSOCEAN REPAIR | | 2.00 EA | 6,760.00 | 6,760.00 | 08/29/2010 |
| | $UT Code: LA_STATE (4.0000%) | | | | | 270.00 | |

Line Priority:   Surface Freight
Req Id#/ Line:  4178606770 / 11

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT | PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|---|
| | 03005 | 417500 | 403700 | | | | |

Dual Manifold Panel (Figure 10)  - 2x 17-D Single Port Hi Flow Manifolds  - 2x 17-D Single Port
Hi Flow Stabs  - 3x Custom 17D lock plates MFG: TO; PN:Repair;Uom: EA; Desc:REPAIR/ INSPECTION,
SEE DESCRIPTION

Item Total _____ 7,020.00



CONFIDENTIAL

BP-HZN-2179MDL07147110

(Page 17 of 31)

## Purchase Order

**TO Offshore Deepwater Drill(B)**

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

Tax Exempt?N    Tax Exempt ID:

Vendor:  GOM0117
OCEANEERING
11917 FM 529
Houston TX 77041-3011

Country of Ultimate Destination/Rig Name : United States
DW Horizon Incident
Recovery

**CHANGE ORDER**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| GLODR-000099581 | 08/27/2010 | 1 - 09/08/2010 | 13 of 13 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 30 | Cost, Insurance & Freight | | Next Rooms |
| Buyer | | Phone | Currency |
| Janet Leblanc | | +1 9896311512 | USD |
| Ship To: | DW Horizon Incident Recovery | | |

Bill To:   TO Offshore Deepwater Drill(B)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

VAT Reg. ID:

Shipping  Surface Freight
Priority:

| Line-Sch Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 18- 1 | REPAIR/ INSPECTION, SEE DESCRIPTION | TRANSOCEAN REPAIR | | 1.00 EA | 7,595.00 | 7,595.00 | 08/29/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 303.80 | |

Line Priority:  Surface Freight
Req Id#/ Line:  4176505770 / 12

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT | PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400700 | | | | |

Consolidated Shipping and Crate Charges MFG: TO: PN:Repair,Uom: EA; Desc:REPAIR/ INSPECTION, SEE
DESCRIPTION

Item Total                                   7,828.80

Total SUT Code: LA_STATE (4.0000%)      30,574.76

Total PO Amount              794,943.76

*John E Davis*
9/9/10

BP-HZN-2179MDL07147111

(Page 10 of 31)

| | EQUIPMENT MOVEMENT ORDER | No: 10273 |
|---|---|---|
| **OCEANEERING**® | PAGE _1_ of _1_ | Date: 6-3-10 |

Special Instructions: Horizon Project

**FROM:** Oceaneering Intervention Engineering
11916 FM 529
Houston, Texas 77041
Telephone: 832-467-7000
Fax 713-983-6792

**TO:** Cameron Berwick
3007 Hwy 182
Bayou Vista, LA 70380
Attention: Horizon Project

| X | ROAD | COMPANY: | MUST ARRIVE BY: | ASAP | DESTINATION CONTACT NAME: |
|---|---|---|---|---|---|
| | SEA | Venture | | | TELEPHONE: 713-899-5315 |
| | AIR | | | | |

| ITEM NO | QTY. | PART NUMBER | DESCRIPTION | DIMENSIONS L" x W" x H" | WEIGHT IN U.S. LBS. |
|---|---|---|---|---|---|
| 1 | 1 | 990056288 | E x F PANEL W/ ACCUM SYS | 44x46x113 | 5000lbs |
| 2 | 1 | 990050246 | HC PANEL | 60x36x13 | 450lbs |
| 3 | 1 | 990050631 | SINGLE RAM MANIFOLD PANEL | 76x20x20 | 820lbs |
| 4 | 1 | – | PALLET, 2 PCS HOSE 100' EACH | 60diax36"h | 150lbs |

JOB / PROJECT NO. 130575

SHIPPED BY:
Sheno Judd

REQUISITION / P.O. NO.

DISTRIBUTION OF EMO:
White: Signed by receiver of material and filed in shipping file.
Pink: Accompanies shipment.
Blue: To QC Job file
Yellow: To Project Manager or requester of shipment.

CUSTOMER P.O. NO.:

RECEIVED BY: Daniel G Escalante
TELEPHONE: 713-340-7616
TRUCK NO.: 5232

Daniel Gescdante

MAR 3803

CONFIDENTIAL

BP-HZN-2179MDL07147112

(Page 19 of 31)

**VENTURE** TRANSPORT LOGISTICS, LLC

Logistics: 200 Corporate Blvd., Suite 104, Lafayette, Louisiana 70508
MC206856    US DOT# 308543
**Motor Carrier Straight Bill of Lading - Waybill - Not Negotiable**

SHIP FROM: Oceaneering (OTS)
1191 S Fm 89
Jersey Village, TX    ZIP CODE: 77041
LOAD DATE: 06-03-10    TIME:
LOADING NO: 140-176398759    EQUIPMENT TYPE: S10
SHIPPER BY: X _____

BILL NO: **4072386**    AGENT NO.

Charges are to be (check one) ☐ COD ☐ Prepaid ☐ Collect, if items subject to Section 7 of the terms and conditions is set and on file, if the shipment is to be delivered without recourse on the shipper/consignor, the shipper/consignor must sign below agreeing that without payment of all charges the carrier may refuse to deliver this shipment.

BILL TO: Oceaneering
1001 Railroad Ave.
Morgan City, LA    ZIP CODE: 70380

ACCOUNT NO: 40754

SHIP TO: Cameron - Berwick
1001 Hwy 182 East
Berwick/Mouth, LA    ZIP CODE:
DELIVERY DATE:    TIME:

CUSTOMER REFERENCE _____
P.O. _____
WELL CHARGE: _____
AFE NO./OTHER: _____
ROUTED MILES: 200    PLUS MILES

| ORDERED BY | TRLR NO. | TRUCK NO. | TRAILER NO. | DRIVER SIGNATURE | DRIVER NO. | HELPER'S NAME & NUMBER |
|---|---|---|---|---|---|---|
| | | 15732 | 15732 | W.D. Eagle | 12373 | |

| HM | QTY | DESCRIPTION OF COMMODITY OR WORK PERFORMED AND EXCEPTIONS | MILES | WEIGHT | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 1 | EXF Panel w/ Accum sys | | | | |
| | 1 | HC Panel | | | | |
| | 1 | Single Ram Manifold Panel | | | | |
| | 1 | Pallet 2 Pcs Hose 100' Each | | | | |

**SAFETY EQUIPMENT REQUIRED**
**(HARD HAT, STEEL TOE BOOTS AND SAFETY GLASSES)**

EST. COST: _____

WEIGHTS AS PROVIDED BY SHIPPER

CONSIGNEE RECEIVED IN GOOD ORDER EXCEPT AS NOTED & APPROVED BY X _____
X _____

TARIFF AND OR CONTRACT _____

TRIP REPORT: ☐ Diesel ☐ Gasoline ALL FUEL RECEIPTS MUST BE ATTACHED TO BLUE COPY

| STATE | LOADED MILES | EMPTY MILES | GAL OF FUEL PURCHASE | ROUTE TAKEN | STATE | LOADED | EMPTY | GAL OF FUEL | ROUTE TAKEN |
|---|---|---|---|---|---|---|---|---|---|

Blue items must be completed

CUSTOMER/DELIVERY

BP-HZN-2179MDL07147713

CONFIDENTIAL

(Page 20 of 31)

## OCEANEERING®

### EQUIPMENT MOVEMENT ORDER

No: 10275

Date: 6-4-10

PAGE _1_ of _1_

Special Instructions: Horizon Project

FROM: Oceaneering Intervention Engineering
11916 FM 529
Houston, Texas 77041
Telephone: 832-487-7600
Fax 713-983-8792

TO: Cameron Berwick
3007 Hwy 182
Bayou Vista, LA 70380
Attention: Horizon Project

| X | ROAD SEA AIR | COMPANY: Acme | MUST ARRIVE BY: | ASAP | DESTINATION CONTACT NAME: TELEPHONE: 713-893-5900 | | |
|---|---|---|---|---|---|---|---|
| ITEM NO | QTY. | PART NUMBER | DESCRIPTION | | | DIMENSIONS L" x W" x H" | WEIGHT IN U.S. LBS. |
| 1 | 1 | 960067887 | CHOKE VALVE PANEL | | | 78"x36"x28" | 820lbs |
| 2 | 1 | 960058118 | KILL VALVE PANEL | | | 78"x36"x28" | 820lbs |
| 3 | 2 | | BREACH LOCK ASSEMBLY ( 1 in each crate ) | | | | |

| JOB / PROJECT NO. 120575 | REQUISITION / P.O. NO. | CUSTOMER P.O. NO.: |
|---|---|---|
| SHIPPED BY: Shane Judd | DISTRIBUTION OF EMO: White: Signed by receiver of material and Used In shipping file. Pink: Accommodates shipment. Blue: To QC Job file Yellow: To Project Manager or requestor of shipment. | RECEIVED BY: TELEPHONE: 281-989-7745 TRUCK NO.: 14521 |

Tim Perry

CONFIDENTIAL

(Page 21 of 31)

**VENTURE** TRANSPORT LOGISTICS, LLC

Logistics: 200 Corporate Blvd., Suite 104, Lafayette, Louisiana 70508
MC205556   US DOT# 306843
Motor Carrier Straight Bill of Lading - Waybill - Not Negotiable

SHIP FROM: OCEANEERING DTS

11915 Fm 529

Jersey Villa TX ZIP CODE:

LOAD DATE: 6-04-2810 TIME:

LOAD NO.: 176 3316-1 EQUIPMENT TYPE:

SHIPPER BY: X _____

SHIP TO: CAMERON

3007 Hwy 182 E

Bayou Vista, LA. ZIP CODE:

DELIVERY DATE: 6-04-2010 TIME:

BILL NO.: **4028925**   AGENT NO.

BILL TO: OCEANEERING

ACCOUNT NO.: 407548

CUSTOMER REFERENCE

P.O.:

WELL CHARGE:

AFE NO./OTHER:

ROUTED MILES: _____ + _____ PLUS MILES

| | | CREDITED BY | TANK NO. | TRUCK NO. | TRAILER NO. | DRIVER NAME (PRINT) | DRIVER NO. | HELPER'S NAME & NUMBER |
|---|---|---|---|---|---|---|---|---|
| | | | 140 | 145 21 | 145 21 | Tim Petty | 4680 | |

| HM | QTY | DESCRIPTION OF COMMODITY OR WORK PERFORMED AND EXCEPTIONS | MILES | WEIGHT | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 2 | Crates | | | | |
| | | | | | | |
| | | LOAD TIME: 11:05 am = 12:45 pm | | | | |

SAFETY EQUIPMENT REQUIRED
(HARD HAT, STEEL TOE BOOTS AND SAFETY GLASSES)

EST. COST:

RATED BY: _____ TARIFF AND OR CONTRACT: _____ WEIGHTS AS PROVIDED BY SHIPPER.

CONSIGNEE RECEIVED IN GOOD ORDER EXCEPT AS NOTED & APPROVED BY X _____

delays for pickup or delivery in accordance with Carrier's Tariff or written contracts.   X _____

TRIP REPORT: ☑ Diesel ☐ Gasoline ALL FUEL RECEIPTS MUST BE ATTACHED TO BLUE COPY.

| STATE | LOADED MILES | EMPTY MILES | GAL OF FUEL PURCHASE | ROUTE TAKEN | STATE | LOADED | EMPTY | GAL OF FUEL | ROUTE TAKEN |
|---|---|---|---|---|---|---|---|---|---|
| TX | | | | | LA. | | | | |

Any mast extended by the Carrier shall be governed by the terms and conditions of Carrier's Tariff and or contract.
CUSTOMER/DELIVERY

Blue items must be completed

CONFIDENTIAL

BP-HZN-2179MDL07147115

(Page 22 of 31)

| OCEANEERING® | EQUIPMENT MOVEMENT ORDER | No. 1776 |
|---|---|---|
| | PAGE 1 of 1 | Date: 05/28/10 |

**Special Instructions:** DD2

TRANSOCEAN  CONTACT DEAN WILLIAMS 281-250-1678

**FROM:** Oceaneering Intervention Engineering
11915 FM 529
Houston, Texas 77041
Telephone: 832-467-7600
Fax 713-983-6792

**SOLD TO / SHIP TO:**
Transocean
C-Port
109th 9th St Lot 1
Fourchon, La

| X ROAD | COMPANY: | MUST | DESTINATION CONTACT NAME: | |
| | SEA | Acme Truck Line | ARRIVE | |
| | AIR | | BY: | TELEPHONE: |

| ITEM NO | QTY. | PART NUMBER | DESCRIPTION | DIMENSIONS L x W x H | WEIGHT IN U.S. LBS. |
|---|---|---|---|---|---|
| 1 | 1 | | Choke Valve Panel<br>- 2x 2-Way Paddle Valve 1/4" NPT<br>- 1x 17-D Parking Receptacle<br>- 3x 17-D Single Port Manifolds<br>- 4x 17-D Dummy Plug (Non-Pressure Retaining)<br>- 4x 0-5000 psi Gauges<br>- 4x Control Valves<br>- 4x Protective Gauge Covers<br><br>NOTE: Glycol Manifold and Valve not supplied | 60"X38"X15" | 750 LBS |
| | | | | | |

JOB / PROJECT NO. 120515.100      REQUISITION / P.O. NO.      CUSTOMER P.O. NO: 18000383

**SHIPPED BY:**
CASEY WILLIAMS
281-221-0210

**DISTRIBUTION OF EMO:**
White: Signed by receiver of material and filed in shipping file.
Pink: Accompanies shipment.
Blue: To QC Job file
Yellow: To Project Manager or requestor of shipment.

**RECEIVED BY:**

# 23332

Form 1077.01                    5-May-09                    Page 1 of____

CONFIDENTIAL

BP-HZN-2179MDL07147116

(Page 23 of 31)

**NO DRIVER WILL BE PAID UNLESS THIS FORM IS COMPLETED**

**ACME**
Truck Line, Inc.

USDOT 052767 · MC 180975  MC 442453

**WAYBILL**
P.O. Box 145
Harvey, LA 70059
(504) 368-3330
(800) 855-6546

THIS IS NOT AN INVOICE
**BILL OF LADING - NOT NEGOTIABLE**
SUBJECT TO  THE TERMS AND CONDITIONS
STIPULATED TO ON THE REVERSE SIDE
OF THIS BILL OF LADING

CHARGE TO: Ocean Earing        FROM: Ocean Earing
                                      11915 FM 529  Houston TX
                              TO: C. Port #1
                                   Fourchon LA.

ACCOUNT #:                       TRIP #:

| DATE SHIPPED | TRUCK NO. | MILES | DRIVER NO. | DRIVER NAME | TERM NO. | WAYBILL NO. |
|---|---|---|---|---|---|---|
| 5-28-10 | 25416 | | 23332 | J G Buch | 23 | 4456017 |

| QUANTITY | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | | TOTAL |
|---|---|---|---|
| 1 | C.R.M.S | | |
| | | | |
| | TOBA  120575.100 | | |
| | | | |
| | S/O  Stone Road | | |
| 2 | POR'S | | |
| | Roe 2 | | |

Shipped By:               Time Out 7/30 pm       Received By:                    Time In ___ am
Print Name: Howard Robins  Date: 5-28-2010      Print Name:                      Date:
Shipped subject to the terms and conditions stipulated to on the reverse side of the   Received in good order, except as noted on the Bill of Lading, the items described
Bill of Lading. Total value of items transported is declared to be less than one million   above marked and consigned as indicated. Received subject to the terms and condi-
dollars.                                        tions stipulated to on the reverse side of the Bill of Lading.

STATES TRAVELED: TX  LA

| | START | STOP | TOTAL | | CITY | STATE | ODOMETER | |
|---|---|---|---|---|---|---|---|---|
| LOADING | | | | Begin | Houston | TK | 004652 | LEASE |
| UNLOADING | | | | End | | | | WELL # |
| SWAMPER | | | | | | | | RIG NAME TRANS ocean |
| NAME: | | #: | | | | | | RIG # |
| SALES # | | | | | | | | AFE/WO |
| OPTIONAL/TRUCK | | | | | | | | PO # |
| ACME DISPATCHER: | | | | | | | | TRUCK TYPE: 17 |

**ATTACH ALL FUEL RECEIPTS**        SHIPPER COPY        ☐ NO  ☐ YES   **FUEL RECEIPTS**

CONFIDENTIAL
BP-HZN-2179MDL07147117

(Page 24 of 31)

| OCEANEERING® | EQUIPMENT MOVEMENT ORDER | No. 1869 |
|---|---|---|
| | PAGE _1_ of _1_ | Date: 8/29/10 |

**Special Instructions:**

**FROM:** Oceaneering
11911 FM 529
Houston, Texas 77041
Telephone: 713-329-4600

**SOLD TO / SHIP TO:**
Cameron – Berwick
3607 Hwy 182 East
Bayou Vista, LA 70380

| X | ROAD SEA AIR | COMPANY: VENTURE | MUST ARRIVE BY: ASAP | | DESTINATION CONTACT NAME: | Russell Bourgeois |
|---|---|---|---|---|---|---|
| | | | | | TELEPHONE: | 985-397-0070 |

| ITEM NO | QT Y. | PART NUMBER | DESCRIPTION | DIMENSIONS L" x W" x H" | WEIGHT IN U.S. LBS. |
|---|---|---|---|---|---|
| 1 | 1 | 990060085 | 15K P/T panel | | |
| 2 | 2 | A06400 | 17D high flow single port ½" npt port | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| JOB / PROJECT NO. 123575.100 | REQUISITION / P.O. NO. | CUSTOMER P.O. NO: |
|---|---|---|

| SHIPPED BY: HEARD ROBINSON | DISTRIBUTION OF EMO: White: Signed by receiver of material and filed in shipping file. Pink: Accessories shipment. Blue: To QC Job file Yellow: To Project Manager or requestor of shipment. | RECEIVED BY: ROY OMANDAM |
|---|---|---|
| | | TELEPHONE: 281-334-6619 |
| | | TRUCK NO: 12419 |

ROY Omandam

Form 1077.01          6-May-09          Page 1 of ___

CONFIDENTIAL
BP-HZN-2179MDL07147118

(Page 25 of 31)

**VENTURE** Transport Logistics, LLC

Logistics: 200 Corporate Blvd., Suite 104, Lafayette, Louisiana 70508
MC205856    US DOT# 308543
Motor Carrier Straight Bill of Lading - Waybill - Not Negotiable

BILL NO: **4105761**        AGENT NO.

Charges are to be (check one) ☐ COD ☐ Prepaid ☐ Collect, if then Subject to Section 7 of the terms and conditions in tariff and on file, if the shipment is to be delivered without recourse on the shipper/consignor, the shipper/consignor must sign below agreeing that without payment of all charges the carrier may refuse to deliver this shipment.

SHIP FROM:

LOAD DATE:          TIME:

LOAD NO.:
EQUIPMENT
TYPE:

SHIPPER BY: X

BILL TO:

ZIP CODE:

CUSTOMER REFERENCE

P.O.:

WELL CHARGE:

SHIP TO:   CAMERON

AFE NO./OTHER:

ZIP CODE:

ROUTED MILES:                         PLUS MILES

DELIVERY DATE:          TIME:

| ORDERED BY | TERM NO. | TRUCK NO. | TRAILER NO. | DRIVER SIGNATURE | DRIVER NO. | HELPER'S NAME & NUMBER |
|---|---|---|---|---|---|---|
| | 143 | 12499 | | | 1279 | |

| HM | QTY | DESCRIPTION OF COMMODITY OR WORK PERFORMED AND EXCEPTIONS | FOR OFFICE USE ONLY | | | |
|---|---|---|---|---|---|---|
| | | | MILES | WEIGHT | RATE | AMOUNT |
| | 1 | PALLET | | | | |
| | 2 | MANIFOLDS | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

SAFETY EQUIPMENT REQUIRED
(HARD HAT, STEEL TOE BOOTS AND SAFETY GLASSES)

EST.
COST

WEIGHTS AS PROVIDED BY SHIPPER.

CONSIGNEE/RECEIVED IN GOOD ORDER EXCEPT AS NOTED & APPROVED BY X

TRIP REPORT: ☐ Diesel  ☐ Gasoline   ALL FUEL RECEIPTS MUST BE ATTACHED TO BLUE COPY.

| STATE | LOADED MILES | EMPTY MILES | GAL. OF FUEL PURCHASE | ROUTE TAKEN | STATE | LOADED | EMPTY | GAL. OF FUEL | ROUTE TAKEN |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Blue items must be completed

CUSTOMER/DELIVERY

CONFIDENTIAL
BP-HZN-2179MDL07147119

(Page 26 of 31)

## EQUIPMENT MOVEMENT ORDER

**OCEANEERING®**

No. 1887

PAGE __1_ of __1__

Date: 7-7-10

Special Instructions:

FROM:
OCEANEERING DTS
11915 FM 529
HOUSTON TX. 77041 (832) 467-7916

SOLD TO / SHIP TO:
BP Marine Dock
Chevron DIN (Inspiration)
C/O C-Port #1 Dock Slip #1
106 9th Street
Fourchon, LA, 70357
Phone: 337-735-5701 fax:337-735-5002

| ROAD SEA AIR | COMPANY: VENTURE | MUST ARRIVE BY: | 7-7-10 | DESTINATION CONTACT NAME: Kevin Murphy TELEPHONE: 713-890-7559 | |
|---|---|---|---|---|---|
| ITEM NO | QTY. | PART NUMBER | DESCRIPTION | DIMENSIONS L x W x H | WEIGHT IN U.S. LBS. |
| 1 | 2 | 0033479 | 17D Hi Flow Stabs single port with lock ring mod | | |
| 2 | 3 | 990061121 | 17D custom lock ring | | |
| 3 | 2 | 990054089 | Rear Breech Lock ROV handle | | |
| 4 | 2 | 990054085 | Front Breech Lock ROV handle | | |
| | | | | | |
| | | | Please provide ETA of shipment to the following address: DIN Logistics Coordinator: dinlog@chevron.com Kevin Murphy Logistics Coordinator Discoverer Inspiration 713-890-7559 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| JOB / PROJECT NO. 120575.100 | REQUISITION / P.O. NO. | CUSTOMER P.O. NO. |
|---|---|---|
| SHIPPED BY: | DISTRIBUTION OF ENO: White: Signed by receiver of material and filed in shipping file. Pink: Accompanies shipment. Blue: To OC Job file Yellow: To Project Manager or requestor of shipment. | RECEIVED BY: ROY OMNINGA 781-236-6609 T# 12491 |

Form 1077.01

8-May-99

Page 1 of __

BP-HZN-2179MDL07147120

CONFIDENTIAL

(Page 27 of 31)

**VENTURE** TRANSPORT LOGISTICS, LLC

Logistics: 200 Corporate Blvd., Suite 104, Lafayette, Louisiana 70508
MC206656   US DOT# 306543
**Motor Carrier Straight Bill of Lading - Waybill - Not Negotiable**

Received, subject to the contracts and tariffs (which are incorporated herein as if fully set forth) in effect on the date of issue of this of Lading, the property described below, in apparent good order, except noted below (contents of contents of packages unknown), marked consigned and destined as indicated below, which the above indicated carrier agrees to carry, it is the responsibility of shipper to load, weigh and count, all articles delivered to ship and load its protest and package the cargo in such a manner so as to insure that the cargo will withstand the normal rigors of transportation by motor carrier without harmful precautionary measures, and may be transported safely and without damage, if transported. Carrier will stop the cargo (and tarsmit fully charge). THE TERMS AND CONDITIONS OF THE BILL OF LADING ARE PUBLISHED IN TARIFFS, ARE AVAILABLE UPON REQUEST. All parties herein (shipper/consignor/consignee) hereby certify that they are familiar with the said terms and conditions of this Bill of Lading and Carrier's tariff, and are hereby agreed to by the parties for themselves and assigns. All documents issued by shipper become part of this bill of Lading and any non-delivery provisions are voided by issuance and acceptance of this Bill of Lading.

| | |
|---|---|
| **SHIP FROM:** OCEANEERING PTSC | **BILL NO: 4105768**   AGENT NO. |
| FM 59   T.D. | Charges are to be (check one) ☐ COD ☐ Prepaid ☐ Collect, if there Subject to Section 7 of the terms and conditions in tariff and on file, if the shipment is to be delivered without recourse on the shipper/consignor, the shipper/consignor must sign below agreeing that without payment of all charges the carrier may refuse to deliver this shipment. |
| HUSTON, TX   ZIP CODE: | |
| **LOAD DATE:** 07-07-10   TIME: | |
| **LOAD NO.**   EQUIPMENT TYPE: | **ACCOUNT NO:** |
| **SHIPPER BY:** X _____ | **BILL TO:**   OIE |

SHIPPER'S CERTIFICATION "I declare that the contents of this consignment are fully and accurately described below by proper shipping name and are classified, packed, marked, labeled and placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations."

| | |
|---|---|
| **SHIP TO:** BP MARLINE DOCK | **ZIP CODE:** |
| C PIER 1   SLIP 1 | **CUSTOMER REFERENCE** |
| PORTARTHUR, LA   ZIP CODE: | **PO:** |
| **DELIVERY DATE:**   TIME: | **WELL CHARGE:** |
| | **AFE NO./OTHER:** |
| | **ROUTED MILES:**   +   PLUS MILES |

| CHECKED BY | TAG # 1243 | TRUCK NO. 1477 | TRAILER NO. | DRIVER SIGNATURE T- OMENDARM | DRIVER NO. 12634 | HELPER'S NAME & NUMBER |
|---|---|---|---|---|---|---|

| HM | QTY | DESCRIPTION OF COMMODITY OR WORK PERFORMED AND EXCEPTIONS | MILES | WEIGHT | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 1 | BOX (FOR CHEVRON DIN INSTALLATIONS) | | | | |
| | 2 | BOXES FOR OIZ | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**SAFETY EQUIPMENT REQUIRED**
**(HARD HAT, STEEL TOE BOOTS AND SAFETY GLASSES)**

| | EST. COST |
|---|---|

Unless otherwise noted in a separate written agreement or other written duly executed and signed the following applies. Additionally all terms and conditions stated in the current VENTURE TRANSPORT LOGISTICS, LLC tariff apply. Unless a greater value is declared by the shipper and stated in writing in the duly identified space of this Bill of Lading, shipper hereby agrees that the recovered value of the described property stated on this bill of Lading is $0.50 per pound for each article indexed to adjusted a maximum of $100,000.00 and carrier's sole liability for loss or damage to the property is limited to such values even as authorized by United States Code, 49 U.S.C. 14706 (c) (1) (A) and (B). Shipper agrees to pay carrier the excess valuation charges should shipper declare a greater value for cargo than the amount value limitation at a rate of 1.25 per each additional $100 value of coverage. For customers in reinsuring loss and damage charge, contact the Carrier's Corporate Risk Management office at a 770-800-XXX rate.

**RATED BY:**

**TARIFF AND OR CONTRACT**   **WEIGHTS AS PROVIDED BY SHIPPER**

CONSIGNEE RECEIVED IN GOOD ORDER EXCEPT AS NOTED & APPROVED BY X _____
delays for pickup or delivery in accordance with Carrier's Tariff or written contracts.   X _____

Carrier shall have limited liability for Print name here.

| TRIP REPORT: ☐ Clean ☐ Gasoline ALL FUEL RECEIPTS MUST BE ATTACHED TO BLUE COPY | | Odometer Reading | | Begin _____ End _____ | | |
|---|---|---|---|---|---|---|
| **STATE** | **LOADED MILES** | **EMPTY MILES** | **GAL OF FUEL PURCHASE** | **ROUTE TAKEN** | **STATE** | **LOADED** |

**ROUTE TAKEN**

Any amount extended by the Carrier shall be governed by the terms and conditions in Carrier's Tariff and or contract.   **TERMINAL.**

**Blue Items must be completed**

CONFIDENTIAL
BP-HZN-2179MDL07147121

(Page 29 of 31)



**OCEANEERING** ®

**EQUIPMENT MOVEMENT ORDER**

No. 10216

PAGE 1 of 1

Date: 05/11/2010

Special Instructions   **HORIZON CAPPING STACK**

FROM:
Oceaneering International, Inc.
11916 FM 529
Houston, Texas 77041

SHIP TO:
CAMERON
3007 HIGHWAY 182 EAST
BAYOU VISTA, LA 70380

| X | ROAD SEA AIR | COMPANY: VENTURE | | MUST ARRIVE BY: ASAP | | DESTINATION CONTACT NAME: STONEY LINN |
| TELEPHONE: 985-307-5060 |

| ITEM NO | QTY. | PART NUMBER | DESCRIPTION | DIMENSIONS L x W x H | WEIGHT IN U.S. LBS. |
|---|---|---|---|---|---|
| 1 | 1 | | TRANSOCEAN PANEL | 8'x 4' X 3' | 2000 LBS |
| 2 | 2 | | 1" JIC SAE FITTINGS | | |
| 3 | 4 | | 17D HIGH FLOW STABS | | |
| 4 | 4 | | QD PANEL STABS W/SEALS KIT | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| JOB / PROJECT NO: 120575.700 | REQUISITION / P.O. NO.  BID/ES: | CUSTOMER P.O. NO: |

| SHIPPED BY: SHANE JUDD | DISTRIBUTION OF EMO: White: Signed by receiver of material and filed in shipping file. Pink: Accompanies shipment. Blue: To OC Job file Yellow: To Project Manager or requestor of shipment. | RECEIVED BY: |

Form 1077.01 Rev. A                    8-20-09                    Pg. 1 of 1

CONFIDENTIAL

BP-HZN-2179MDL07147122

(Page 29 of 31)



**VENTURE**

Motor Carrier Straight Bill of Lading - Waybill - Not Negotiable

MC209808   US DOT# 396549

SHIP FROM: OCEANEERING
14971   +m 579,   Houston TX
ZIP CODE:

BILL NO: 4029038   AGENT NO:

LOAD DATE: 5/11/10   TIME:

LOAD NO:
SHIPPER BY: Kevin Johnson

BILL TO: OIE   ZIP CODE:

SHIP TO: CAMERON
3007   Hwy 182 E   BAYOU VISTA, LA
ZIP CODE:

CUSTOMER REFERENCE   120575.700
PO#: 120312.700 @ 0000100153.100
WELL CHARGE: Horn East Tapering Stack
AFE NO/OTHER:   10-1972
ROUTED MILES:   330   PLUS MILES

DELIVERY DATE: 5/11/10   TIME:

| | QTY | DESCRIPTION OF COMMODITY OR WORK PERFORMED | | | | |
|---|---|---|---|---|---|---|
| | 1 | CRATE - TRANTOCEAN panel | | | | |
| STOP/OVER | 1 | KNIGHT OIL TOOL DRY FLUICHEN HALL..., LANTON/LA | | | DARL | 607. |
| 5 | | RON BUCKETS (a small cartons) | | | | 64. |
| STOP/OVER | 2 | WELD tree   188 BLUEWATER CNT   612009 | | | | 64. |
| 4 | 7 | DECADE inclinometers — (1 small box) | BAYOU | | | 70. |
| | 1 | CERTIFICATE of compliance | | | | 726. |

4029038
Blue items must be completed

BP-HZN-2179MDL07147123

CONFIDENTIAL

(Page 30 of 31)

## OCEANEERING®

### EQUIPMENT MOVEMENT ORDER

PAGE _1_ of _1_

No: 10294

Date: 6-10-10

**Special Instructions:**

| FROM: Oceaneering Intervention Engineering<br>11915 FM 529<br>Houston, Texas 77041<br>Telephone: 832-467-7800<br>Fax 713-963-6792 | TO:<br>Cameron - Berwick<br>3007 Hwy 182 East<br>Bayou Vista, LA 70380 |
|---|---|

| X | ROAD<br>SEA<br>AIR | COMPANY:<br>ACME TRUCK LINE | MUST<br>ARRIVE<br>BY: | | DESTINATION CONTACT NAME:<br>TELEPHONE: | |
|---|---|---|---|---|---|---|

| ITEM NO | QTY. | PART NUMBER | DESCRIPTION | DIMENSIONS L" x W" x H" | WEIGHT IN U.S. LBS. |
|---|---|---|---|---|---|
| 1 | 2 | | Dual Function Panels | 48"x40"x10" | 200 lbs |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | **Contact: Russell Bourgeois**<br>**Plant Manager**<br>**985-396-9394**<br>**Mobile: 985-397-0070** | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | 59 | | |

| JOB / PROJECT NO. 120575.700 | REQUISITION (P.O. NO.) | CUSTOMER P.O. NO.: | |
|---|---|---|---|
| SHIPPED BY:<br>Shane Judd | DISTRIBUTION OF EMO:<br>White: Signed by receiver of material and filed in shipping file.<br>Pink: Accompanies shipment.<br>Blue: To QC Job file.<br>Yellow: To Project Manager or requestor of shipment. | RECEIVED BY: Jan Hachume<br>TELEPHONE: 337-517-1697<br>TRUCK NO: 18484 | |

BP-HZN-2179MDL07147124
CONFIDENTIAL

(Page 31 of 31)

---

**NO DRIVER WILL BE PAID UNLESS THIS FORM IS COMPLETED**

**ACME**
Truck Line, Inc.

**WAYBILL**
P.O. Box 193
Harvey, LA 70059
(504) 348-2115
(800) 453-0245

USDOT 032767  MC 120075  MC 442422  LPSC 9268

**THIS IS NOT AN INVOICE**
**BILL OF LADING - NOT NEGOTIABLE**
SUBJECT TO THE TERMS AND CONDITIONS
STIPULATED TO ON THE REVERSE SIDE
OF THE BILL OF LADING

CHARGE TO: Oceaneering

FROM: Oceaneering
Street Address: 11715 FM 529
City: Houston   State: TX   Zip:

TO: Cameron
Street Address: 3007 Hwy 182
City: Bayou Vista   State: La   Zip:

ACCOUNT #:

TRIP #:

| DATE SHIPPED | TRUCK NO. | MILES | DRIVER NO. | DRIVER NAME | TERM NO. | WAYBILL NO. |
|---|---|---|---|---|---|---|
| 6-10-10 | 18484 | | 12790 | Joe Hickman | 92 | 4730286 |

| QUANTITY | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT | ESTIMATED PRICE |
|---|---|---|---|
| 1 | Pallet w/ 2 Dual Function Panels | 200 # | |
| | Hot Shot | | |

Shipped By: _(signature)_   Time: am / pm
Print Name: _(signature)_   Date: 6-10-10
Shipped subject to the terms and conditions stipulated to on the reverse side of this bill of lading. Total value of items transported is declared to be less than one million dollars.

Received By:   Time: In   am / pm
Print Name:   Date:
Received in good order, except as noted on the Bill of Lading, the items described above marked and consigned as indicated. Received subject to the terms and conditions stipulated to on the reverse side of the Bill of Lading.

| | START | STOP | TOTAL | | CITY | STATE | ODOMETER |
|---|---|---|---|---|---|---|---|
| LOADING | | | | bgn | Houston | TX | 546373 |
| UNLOADING | | | | end | Bayou Vista | La | |
| SWAMPER | | | | | | | |
| NAME: | | 4 | | | | | |
| SALES # | | | | | | | |
| OPTIONAL/TRUCK | | | | | | | |
| ACME DISPATCHER | | | | | | | |

| STATES TRAVELED |
|---|
| LEASE |
| WELL # |
| RIG NAME |
| RIG # |
| AFE/WO |
| PO # |
| TRUCK TYPE: |

**ATTACH ALL FUEL RECEIPTS**        SHIPPER COPY        ☐ NO  ☒ YES   **FUEL RECEIPTS**

ATTACHMENT BP-HZN-2179MDL07147125

(Page 1 of 16)

11/30/2010 Lloyd Kelley- Forwarded to Gloria Evans for review/approval.
**Document routed via APROUTE to eAP Portal Database on 11/29/2010**



**Transocean**

**INVOICE**
Original

THG - Gulf Coast
1311 Broadfield Blvd, Suite 400
Houston                    TX      77084
United States
THG.

Invoice:        80814-00011834
Invoice Date:   11/12/2010
Page:           1   of   1

**Bill To:** BP Exploration and Production Inc.

C/O BP America Inc.
PWC Scanning
P.O. Box 22024

Tulsa OK 74121-2024
United States

NOV 2 4 2010
Processed by 02

Customer No:    88018043
Rig:            Deepwater Horizon (93)
Payment Terms:  Net 30

| Line | Description | Contract Ref | Quantity | UOM | Day Rate | Amount |
|------|-------------|--------------|----------|-----|----------|--------|
| 1 | Cap and Stack | | 1.00 | EA | 43,864.28 | 43,864.28 |
| | WORLDWIDE OILFIELD MACHINERY INC. Invt 67785 | | | | | |
| 2 | Cap and Stack | | 1.00 | EA | 6,000.00 | 6,000.00 |
| | WORLDWIDE OILFIELD MACHINES INC. Invt 67785 | | | | | |

Approved Lloyd Kelley 12/2/2010

49,864.28

**AMOUNT DUE:**                 49,864.28 USD

FORTY-NINE THOUSAND EIGHT HUNDRED SIXTY-FOUR AND 28 / 100
US Dollar

Amendment to Drilling Contract No. BPM-09-02188

MC 727 #3 (KODIAK)
PAYKEY: ZENTERWELL
WBS ELEMENT: ZA-0069V-E Containment
Cost Element: 780015
Vendor 890009844
Repair full open gates in 2 subsea block valves for capping stack and associated lock out tool

Jack Richards
Rig Manager - Horizon Incident Response
**CONTACT INFORMATION:**
Tim Keller
NAM Finance
832-587-8891
tim.keller@deepwater.com
**Beneficiary Bank**
Transocean Holdings Inc.
WELLS FARGO
HOUSTON USA
Bank ID:       United States Bank 121000248
SWIFT ID WFBIUS6S
Bank Account:  4139207288

(Page 2 of 16)

# Transocean

## INVOICE
### Original

THL - Gulf Coast
1311 Broadfield Blvd, Suite 400
Houston                    TX     77084
United States
THL

| | |
|---|---|
| Invoice: | 00014-00011524 |
| Invoice Date: | 11/17/2010 |
| Page: | 1   of   1 |

**Bill To:** BP Exploration and Production Inc.

C/O BP America Inc.
PWC Scanning
P.O. Box 22024

Tulsa OK 74121-2024
United States

| | |
|---|---|
| Customer No: | 00013042 |
| Rig: | Deepwater Horizon (00) |
| Payment Terms: | Net 30 |

| Line | Description | Contract Ref: | Quantity | UOM | Day Rate | Amount |
|------|-------------|---------------|----------|-----|----------|--------|
| 1 | Cap and Stack | | 1.00 | EA | 43,264.28 | 43,264.28 |
| | WORLDWIDE OILFIELD MACHINES INC. Inv# 62756 | | | | | |
| 2 | Cap and Stack | | 1.00 | EA | 6,600.00 | 6,600.00 |
| | WORLDWIDE OILFIELD MACHINES INC. Inv# 62755 | | | | | |

49,864.28

**AMOUNT DUE:**                                    49,864.28 USD

FORTY-NINE THOUSAND EIGHT HUNDRED SIXTY-FOUR AND 28 / 100
**US Dollar**

---

Amendment to Drilling Contract No. BPM-06-02155

MC 727 #2 (KODIAK)
PAYKEY: ZENTERWELL
WBS ELEMENT: Z4-0059V-E:Containment
Cost Element: 760015

Vendor #60309844

Repair fail open gates in 2 subsea block valves for capping stack and associated lock out tool

*
*

Jess Richards
Rig Manager - Horizon Incident Response

CONTACT INFORMATION:
Tim Keller
NAM Finance
832-587-8691
tim.keller@deepwater.com

**Beneficiary Bank**
Transocean Holdings Inc
WELLS FARGO
HOUSTON USA
Bank ID:     United States Bank 121000248
SWIFT ID WFBIUS6S
Bank Account:  4133207235

---

CONFIDENTIAL

(Page 3 of 16)

### Bailey, Carissa (Houston)

| | |
|---|---|
| **From:** | Richards, Jess (Houston) |
| **Sent:** | Saturday, November 20, 2010 2:50 PM |
| **To:** | Wilkerson, Hilda (Houston); Bailey, Carissa (Houston) |
| **Cc:** | McAllister, Kathleen (Houston); Keller, Tim (Houston) |
| **Subject:** | FW: DWH Invoices |
| **Importance:** | High |

Hilda / Carissa,

I have reviewed the attached invoices and you have my approval to submit to BP for payment.

Mike Wright or Bill Sannan should be able to sign these invoices for me in my absence. If you need me to sign them and scan them back to you please advise.

Regards,

**Jess M. Richards | Sector Manager - Canada**

TRANSOCEAN | 68 Kenmount Road, Suite 302,Kenmount Business Centre | St. Johns, NL, Canada A1B 3V7 | office +1 709-724-6601 | mobile +1 709-687-7998 | jess.richards@deepwater.com

**From:** Wilkerson, Hilda (Houston)
**Sent:** Thursday, November 18, 2010 3:38 PM
**To:** Richards, Jess (Houston)
**Cc:** McAllister, Kathleen (Houston); Keller, Tim (Houston); Bailey, Carissa (Houston)
**Subject:** DWH Invoices
**Importance:** High

Jess,

Attached are DWH Invoices for items that were paid related to the Cap & Stack. These items include ring gaskets, shuttle valves, test lift frame, and supply of BOP fluid. All invoices are billable to BP. Please review and approve these invoices electronically so that we can FedEx them to BP as soon as possible. I appreciate your assistance.

Let me know if you have any questions.

Please include Carissa Bailey on your emails because she will send these invoices to BP in my absence.

Thanks,
Hilda Wilkerson

11/22/2010

CONFIDENTIAL

BP-HZN-2179MDL07147127

(Page 4 of 16)

### Cap and Stack

Repair fail open gates in 2 subsea block valves for capping stack and associated lock out tool

CONFIDENTIAL



**Company:** WorldWide Oilfield Machines Inc.
11809 Canemont
Houston, TX 77035
713-729-9200

**Invoice Number:** 62756
**Page:** 1 of 3
8/19/2010
**Sales Person:** HARRINGTON, THOMAS J.
SRO Invoice
**Tax ID:** 74-2108584

17

**Currency:**

**Bill To:** 1292

TRANSOCEAN OFFSHORE DEEPWATER
DRILLING
ATTN: ACCOUNTS PAYABLE
P.O. BOX 4255
HOUSTON TX 77210-4255

**Ship To:** 11 11

HAND CARRY TO CUSTOMER

Fax: 281-925-7399

| SRO | Customer PO | Ship Via | Terms |
|-----|-------------|----------|-------|
| SRV0000311 | | | NET 30 |

**Line:** 1 — **Serial Number**
CM-1919H
**Description:** GATE (#5)
**Qty:** 4
**U/M:** EA

**Trans Date** 06/04/2010

| Qty | Item | Description | U/M | Price | Ext Price |
|-----|------|-------------|-----|-------|-----------|
| 4 | CM-1919H | GATE (#5) | EA | $ 2,090.00 | $ 8,360.00 |

**Oper:** 10 **Code:** S02
**Description:**

**Trans Date** 06/04/2010

| Qty | Partner ID | Work Code | U/M | Price | Ext Price |
|-----|------------|-----------|-----|-------|-----------|
| 1 | Bill | RPR REPAIR | HR | $ 5,667.70 | $ 5,667.70 |

**Name** Bill Burbank

**Trans Date** 06/04/2010

| Qty | Partner ID | Work Code | U/M | Price | Ext Price |
|-----|------------|-----------|-----|-------|-----------|
| 1 | Bill | RPR REPAIR | HR | $ 23,681.20 | $ 23,681.20 |

**Name** Bill Burbank

**Line:** 2 **Serial Number**
3459
**Description:** GASKET, BONNET
**Qty:** 5
**U/M:** EA

**Trans Date** 06/04/2010

| Qty | Item | Description | U/M | Price | Ext Price |
|-----|------|-------------|-----|-------|-----------|
| 5 | 3459 | GASKET, BONNET | EA | $ 142.79 | $ 713.95 |

**Line:** 3 **Serial Number**
WM-MGA3015
**Description:** SEAL ASSEMBLY (#5)
**Qty:** 1
**U/M:** EA

CONFIDENTIAL

BP-HZN-2179MDL07147129

(Page 6 of 16)



**Company:** WorldWide Oilfield Machines Inc.
11809 Canemont
Houston, TX 77035
713-728-9200



**Invoice Number:** 62756
**Page:** 2 of 3

8/19/2010
**Sales Person:** HARRINGTON, THOMAS J.
SRO Invoice
**Tax ID:** 74-2108584

**Currency:**

**Bill To:** 1292

TRANSOCEAN OFFSHORE DEEPWATER
DRILLING
ATTN: ACCOUNTS PAYABLE
P.O. BOX 4255
HOUSTON TX 77210-4255

**Ship To:** 11   11

HAND CARRY TO CUSTOMER

Fax: 281-925-7399

| SRO | Customer PO | Ship Via | Terms |
|---|---|---|---|
| SRV0000311 | | | NET 30 |

Trans Date 06/04/2010

| Qty | Item | Description | U/M | Price | Ext Price |
|---|---|---|---|---|---|
| 1 | WM-MGA3015 | SEAL ASSEMBLY (#5) | EA | $ 2,615.50 | $ 2,615.50 |

| Line: | 4 | Serial Number | | | |
|---|---|---|---|---|---|
| | | PT-2415 | | Qty: 12 | |
| | | Description: SEAL | | U/M: EA | |

Trans Date 06/04/2010

| Qty | Item | Description | U/M | Price | Ext Price |
|---|---|---|---|---|---|
| 12 | PT-2415 | SEAL | EA | $ 17.50 | $ 210.00 |

| Line: | 5 | Serial Number | | | |
|---|---|---|---|---|---|
| | | PT-2375 | | Qty: 6 | |
| | | Description: SEAL | | U/M: EA | |

Trans Date 06/04/2010

| Qty | Item | Description | U/M | Price | Ext Price |
|---|---|---|---|---|---|
| 6 | PT-2375 | SEAL | EA | $ 9.50 | $ 57.00 |

| Line: | 6 | Serial Number | | | |
|---|---|---|---|---|---|
| | | PT-2479 | | Qty: 6 | |
| | | Description: SEAL (PRECEDED BY WM-2222) | | U/M: EA | |

Trans Date 06/04/2010

| Qty | Item | Description | U/M | Price | Ext Price |
|---|---|---|---|---|---|
| 6 | PT-2479 | SEAL (PRECEDED BY WM-2222) | EA | $ 13.26 | $ 79.56 |

| Line: | 7 | Serial Number | | | |
|---|---|---|---|---|---|
| | | PT-2669 | | Qty: 6 | |
| | | Description: SEAL | | U/M: EA | |

CONFIDENTIAL

Company: **WorldWide Oilfield Machines Inc.**
11808 Canemont
Houston, TX 77035
713-729-9200



Invoice Number: 62756
Page: 3 of 3   *17*
8/19/2010
Sales Person: HARRINGTON, THOMAS J.
SRO Invoice
Tax ID: 74-2108584

Currency:

Bill To:   1292

TRANSOCEAN OFFSHORE DEEPWATER
DRILLING
ATTN: ACCOUNTS PAYABLE
P.O. BOX 4255
HOUSTON TX 77210-4255

Ship To:   11   11

HAND CARRY TO CUSTOMER

Fax: 281-925-7399

| SRO | Customer PO | Ship Via | Terms |
|---|---|---|---|
| SRV0000311 | | | NET 30 |

Trans Date 06/04/2010

| Qty | Item | Description | U/M | Price | Ext Price |
|---|---|---|---|---|---|
| 6 | PT-2669 | SEAL | EA | $ 8.50 | $ 51.00 |

| Line: | 8 | Serial Number | | | |
|---|---|---|---|---|---|
| | | HE15009 | | Qty: | 4 |
| | | Description: PACKING | | U/M: | EA |

Trans Date 06/04/2010

| Qty | Item | Description | U/M | Price | Ext Price |
|---|---|---|---|---|---|
| 4 | HE15009 | PACKING | EA | $ 350.00 | $ 1,400.00 |

| Line: | 9 | Serial Number | | | |
|---|---|---|---|---|---|
| | | 3459 | | Qty: | 3 |
| | | Description: GASKET, BONNET | | U/M: | EA |

Trans Date 06/16/2010

| Qty | Item | Description | U/M | Price | Ext Price |
|---|---|---|---|---|---|
| 3 | 3459 | GASKET, BONNET | EA | $ 142.79 | $ 428.37 |

|  |  |  |
|---|---|---|
| Invoice Sale Amount: | 43,264.28 | |
| Invoice Discount Amount: | 0.00 | |
| Net Amount: | 43,264.28 | |
| Misc Charges: | 0.00 | |
| Freight: | 0.00 | |
| Sales Tax: | 0.00 | 0.00 |
| Prepaid Amount: | 0.00 | |
| Invoice Total: | 43,264.28 | |
| | 0.00 | |

CONFIDENTIAL

(Page 8 of 16)

## Purchase Order

### TO Offshore Deepwater Drill(B)

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

| Purchase Order | | Date | Revision | Page |
|---|---|---|---|---|
| GLOBE-0000077392 | | 08/04/2010 | | 1 of 2 |
| Payment Terms | | Freight Terms | | Ship Via |
| Net 30 | | Cost, Insurance & Freight | | Most Econo |
| Buyer | | Phone | | Currency |
| Janet Leblanc | | +1 9856311512 | | USD |
| Ship To: | DW Horizon Incident Recovery | | | |
| | 926 Degravelle Road | | | |
| | Amelia LA 70340 | | | |
| | United States | | | |

**Tax Exempt?N**     **Tax Exempt ID:**

Vendor:  3021694
WORLDWIDE OILFIELD MACHINE INC.
11809 CANEMONT STREET
HOUSTON TX 77035

**Bill To:**     TO Offshore Deepwater Drill(B)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

**Country of Ultimate Destination/Rig Name :**  United States
DW Horizon Incident/VAT Reg. ID:
Recovery

Shipping  Surface Freight
Priority:

**Comments:**     STATE OF TEXAS - EXEMPTION CERTIFICATE

THE UNDERSIGNED HEREBY CLAIMS AN EXEMPTION FROM PAYMENT OF TEXAS TAXES UNDER CHAPTER 151, TITLE 2,
1982 TAX CODE, FOR THE PURCHASE OF THE TANGIBLE PERSONAL PROPERTY DESCRIBED ON THIS PURCHASE ORDER.
THE REASON THAT SAID PURCHASER IS CLAIMING THIS EXEMPTION IS: THE PROPERTY IS DRILLING EQUIPMENT
PURCHASED FOR THE EXCLUSIVE USE OFFSHORE OUTSIDE THE
TERRITORIAL LIMITS OF THE STATE OF TEXAS. (CHAPTER 151, TITLE 2,
SECTION 151.324 (A), 1982 TAX CODE.) THE PURCHASER WILL BE LIABLE FOR PAYMENT OF THE LIMITED SALES
AND USE TAX IF THE PURCHASER USED THE TANGIBLE PERSONAL PROPERTY IN SOME OTHER MANNER OR FOR SOME
OTHER USE OTHER THAN REASON LISTED ABOVE, AND SHALL PAY THE TAX BASED ON THE PRICE PAID FOR THE
TANGIBLE PERSONAL PROPERTY. FEDERAL TAX I.D. #76-0605846 .

STATE OF LOUISIANA - EXEMPTION CERTIFICATE

THE UNDERSIGNED CERTIFIES THAT ALL PROPERTY DESCRIBED ON THIS PURCHASE ORDER IS PURCHASED FOR FIRST
USE IN THE ABOVE DESIGNATED AREA, AND QUALIFIES FOR EXEMPTION FROM LOUISIANA SALES TAX UNDER R.S.
47:305.10. THE STATEMENT IS SIGNED WITH THE UNDERSTANDING THAT ANY PURCHASER AND/OR AGENT WHO
FRAUDULENTLY SIGNS THE STATEMENT WITHOUT THE INTENT TO USE THE PROPERTY PURCHASED AS ABOVE STATED IS
SUBJECT TO ALL PENALTIES PROVIDED BY TITLE 47 OF THE LOUISIANA REVISED STATUTES OF 1950. Louisiana
Use Tax No. 6089858001

40776Repair fail open gates in 2 subsea dual block valves for capping stack for the Horizon incident.
REF: WOM Quote # 40776 PO issued 0000021328

**************DO NOT DUPLICATE************THIS PO REPLACES PO 0000021328.  IT WAS ISSUED TO THE
WRONG SUPPLIER ID.

| Line-Sch Item Id | | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|---|
| 1- 1 | S10000009 | REPAIR/ INSPECTION, SEE DESCRIPTION | TRANSOCEAN REPAIR | | 1.00 EA | 43,264.28 | 43,264.28 | 08/04/2010 |
| | | | | | SUT Code: LA_STATE (4.0000%) | | 1,730.57 | |

**Line Priority:**  Surface Freight
**Req Id#/ Line:**  4178605868  /     1

**HTC:**

| Accounting: | BU | Cost Center/Cont | ACCOUNT PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400909 | | | |

(Page 9 of 16)

## Purchase Order

### TO Offshore Deepwater Drill(B)

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

Tax Exempt?N    Tax Exempt ID:

Vendor:  3021894
WORLDWIDE OILFIELD MACHINE INC.
11809 CANEMONT STREET
HOUSTON TX 77035

Country of Ultimate Destination/Rig Name :  United States
DW Horizon Incident
Recovery

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| GLOBE-0000077392 | 05/04/2010 | | 2 of 2 |
| **Payment Terms** | **Freight Terms** | | **Ship Via** |
| Net 30 | Cost, Insurance & Freight | | Most Econo |
| **Buyer** | **Phone** | | **Currency** |
| Janet Leblanc | +1 9855311512 | | USD |
| **Ship To:** | DW Horizon Incident Recovery | | |

Ship To:    DW Horizon Incident Recovery

926 Degravelle Road
Amelia LA 70340
United States

Bill To:    TO Offshore Deepwater Drill(B)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

VAT Reg. ID:

Shipping    Surface Freight
Priority:

Repair fail open gates in 2 subsea dual block valves for capping stack for the Horizon incident.
REF: WOM Quote # 40776 MFG: TO; PN:Repair;Uom: EA; Desc:REPAIR/ INSPECTION, SEE DESCRIPTION

Item Total                                          44,994.85

Total SUT Code: LA_STATE (4.0000%)     1,730.57

Total PO Amount                            44,994.85

CONFIDENTIAL

(Page 10 of 16)

# Transocean

## Invoice

| | | |
|---|---|---|
| | Page: | 1 of 1 |
| | Run Date: | 2010-09-20 |
| | Run Time: | 18:03:30 |

Business Unit: 00007
Voucher Number: 01080708
Voucher Style: REG
Vendor: 3021694
Vendor Location: PRIMARY
WORLDWIDE OILFIELD MACHINE INC,
WORLDWIDE -005
11809 CANEMONT ST

HOUSTON, TX 77035

Payment Terms: 30
Control Group:
Related Voucher Number:
Lease Number:

| | |
|---|---|
| Invoice Number: | 62756 |
| Invoice Date: | 2010-08-19 |
| Miscellaneous: | 0 |
| Freight: | 0 |
| VAT: | 0 |
| Sales Tax: | 0 |
| Invoice Total: | 43264.28 |
| Currency: | USD |
| Use Tax: | 0 |
| VAT Not on Invoice: | 0 |

## Voucher Line Information

| Line | Item | Description | Quantity | Unit Price | Unit Of Measure | Amount |
|---|---|---|---|---|---|---|
| 1 | S10000009 | REPAIR/ INSPECTION, SEE DESCRI | 1 | 43264.28 | EA | 43264.28 |

### Distribution Information

| Distrib # | Account | Amount |
|---|---|---|
| 1 | 400900 | 43264.28 |

Private and Confidential

CONFIDENTIAL

(Page 11 of 16)

| Summary | Invoice Information | Payments | Voucher Attributes | Error Summary | Approval History |

| Business Unit: | 00007 | | Invoice Date: | 08/19/2010 |
| Voucher ID: | 01060708 | | Invoice No: | 62756 |
| Voucher Style: | Regular | | Invoice Total: | 43,264.28   USD |
| Contract ID: | | | | |
| Vendor Name: | WORLDWIDE OILFIELD MACHINE INC. | | Pay Terms: | Net 30 |
| | 11809 CANEMONT ST | | Voucher Source: | Self-Service Invoices |
| | HOUSTON TX 77035 | | | |
| Entry Status: | Postable | | Origin: | ONL |
| Match Status: | Matched | | Created: | 08/24/2010 |
| Approval Status: | Approved | | Created By: | 6945C |
| Post Status: | Posted | | Modified: | 08/24/2010 |
| | | | Modified By: | GLCNTRL |
| | | | ERS Type: | Not Applicable |
| Budget Status: | Valid | | Close Status: | Open |
| Budget Misc Status: | Valid | | | |

*View Related    [Payment Inquiry ▼]    Go

Back To Voucher Inquiry

| Business Unit: | 00007 | Voucher ID: | 01060708 | Invoice Number: | 62756 |
| Vendor Name: | WORLDWIDE OILFIELD MACHINE INC. | | | Vendor Location: | PRIMARY |
| Gross Invoice Amount | | 43,264.28 | | Transaction Currency: | USD |

**Details**

Customize | Find | View All | 🖫    First ◄ 1 of 1 ► Last

| Bank SetID | Bank Code | Bank Account | Payment Reference ID | Applied Business Unit | Applied Voucher ID | Payment Date | Payment Amount | Payment Currency | Voucher Paid Amount | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|
| SHARE | WELLV | B501 | 001100598 | 00007 | 01060708 | 08/27/2010 | 70,505.16 | USD | 43,264.28 | Paid |

BP-HZN-2179MDL07147135

Company: **WorldWide Oilfield Machines Inc.**
11809 Canemont
Houston, TX 77035
713-729-8200



Invoice Number: 62755    *14*
Page: 1 of 1
8/19/2010
Sales Person: HARRINGTON, THOMAS J.
SRO Invoice
Tax ID: 74-2108584

Currency:

Bill To: 1292

TRANSOCEAN OFFSHORE DEEPWATER
DRILLING
ATTN: ACCOUNTS PAYABLE
P.O. BOX 4255
HOUSTON TX 77210-4255

Ship To: 0

TRANSOCEAN OFFSHORE DEEPWATER
DRILLING
ATTN: ACCOUNTS PAYABLE
P.O. BOX 4255
HOUSTON TX 77210-4255

Fax: 281-925-7399

| SRO | Customer PO | Ship Via | Terms |
|---|---|---|---|
| SRV0000350 | 0000090141 | 102 | NET 30 |

Line: 1    Serial Number

Description: SHE-00006-043, LOCK OUT TOOL

Qty: 4
U/M:

Oper: 10    Code: 102

Description:

Trans Date 08/19/2010

| Qty | Misc Code | Description | Price | Ext Price |
|---|---|---|---|---|
| 4 | PRT | SHE-00006-043 LOCK OUT TOOL | $ 1,650.00 | $ 6,600.00 |

| | | |
|---|---|---|
| Invoice Sale Amount: | 6,600.00 | |
| Invoice Discount Amount: | 0.00 | |
| Net Amount: | 6,600.00 | |
| Misc Charges: | 0.00 | |
| Freight: | 0.00 | |
| Sales Tax: | 0.00 | 0.00 |
| Prepaid Amount: | 0.00 | |
| Invoice Total: | 6,600.00 | |
| | 0.00 | |

CONFIDENTIAL

(Page 13 of 16)

# Purchase Order

## TO Offshore Deepwater Drill(B)

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

Tax Exempt?N     Tax Exempt ID:

Vendor: 3021694
WORLDWIDE OILFIELD MACHINE INC.
11809 CANEMONT STREET
HOUSTON TX 77035

Country of Ultimate Destination/Rig Name : United States
DW Horizon Incident/VAT Reg. ID:
Recovery

| Purchase Order | | Date | Revision | Page |
|---|---|---|---|---|
| GLOBE-0000090141 | | 06/17/2010 | | 1 of 2 |
| Payment Terms | | Freight Terms | | Ship Via |
| Net 30 | | Cost, Insurance & Freight | | Most Econo |
| Buyer | | Phone | | Currency |
| Janet Leblanc | | +1 9856311512 | | USD |
| Ship To: | DW Horizon Incident Recovery | | | |

926 Degravelle Road
Amelia LA 70340
United States

Bill To: TO Offshore Deepwater Drill(B)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

Shipping     Surface Freight
Priority:

Comments:    STATE OF TEXAS - EXEMPTION CERTIFICATE

THE UNDERSIGNED HEREBY CLAIMS AN EXEMPTION FROM PAYMENT OF TEXAS TAXES UNDER CHAPTER 151, TITLE 2,
1982 TAX CODE, FOR THE PURCHASE OF THE TANGIBLE PERSONAL PROPERTY DESCRIBED ON THIS PURCHASE ORDER.
THE REASON THAT SAID PURCHASER IS CLAIMING THIS EXEMPTION IS: THE PROPERTY IS DRILLING EQUIPMENT
PURCHASED FOR THE EXCLUSIVE USE OFFSHORE OUTSIDE THE
TERRITORIAL LIMITS OF THE STATE OF TEXAS. (CHAPTER 151, TITLE 2,
SECTION 151.324 (A), 1982 TAX CODE.) THE PURCHASER WILL BE LIABLE FOR PAYMENT OF THE LIMITED SALES
AND USE TAX IF THE PURCHASER USED THE TANGIBLE PERSONAL PROPERTY IN SOME OTHER MANNER OR FOR SOME
OTHER USE OTHER THAN REASON LISTED ABOVE, AND SHALL PAY THE TAX BASED ON THE PRICE PAID FOR THE
TANGIBLE PERSONAL PROPERTY. FEDERAL TAX I.D. #76-0605846 .

STATE OF LOUISIANA - EXEMPTION CERTIFICATE

THE UNDERSIGNED CERTIFIES THAT ALL PROPERTY DESCRIBED ON THIS PURCHASE ORDER IS PURCHASED FOR FIRST
USE IN THE ABOVE DESIGNATED AREA, AND QUALIFIES FOR EXEMPTION FROM LOUISIANA SALES TAX UNDER R.S.
47:305.10, THE STATEMENT IS SIGNED WITH THE UNDERSTANDING THAT ANY PURCHASER AND/OR AGENT WHO
FRAUDULENTLY SIGNS THE STATEMENT WITHOUT THE INTENT TO USE THE PROPERTY PURCHASED AS ABOVE STATED IS
SUBJECT TO ALL PENALTIES PROVIDED BY TITLE 47 OF THE LOUISIANA REVISED STATUTES OF 1950. Louisiana
Use Tax No. 6089858001

Lock-Out Tool needed for Macondo incident REF: WOM Quote # S000001027

| Line-Sch Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Promise |
|---|---|---|---|---|---|---|
| 1- 1   10139046 | TOOL, LOCK OUT FOR 3-1/6 IN 15X 8S FAIL-CLOSE DUAL BLOCK VALVE | WORLDWIDE SHE-00006-043 | | 4.00 EA | 1,650.00 | Amt     Date 6,600.00  06/17/2010 |
| | | | | SUT Code: LA_STATE (4.0000%) | | 264.00 |

Line Priority:   Surface Freight
Req Id#/ Line:   4178506230 /   1

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|
| | 00006 | 417800 | 400360 | | | |

CONFIDENTIAL

BP-HZN-2179MDL07147137

ATTACHMENT BP-HZN-2179MDL07147140

(Page 1 of 45)

## Document routed via APROUTE to eAP Portal Database on 11/22/2010

**INVOICE**

Original

**Transocean**

THL - Gulf Coast
1311 Broadfield Blvd. Suite 400
Houston                          TX        77084
United States
THL

| | |
|---|---|
| Invoice: | 00014-00011520 |
| Invoice Date: | 10/31/2010 |
| Page: | 1  of  1 |

760015 $205,537.92 Z4-0059V-E:CONTAINMENT No BP Signatures

11/23/2010 Lloyd Kelley- Forwarded to Mike Fowler for approval.

**Bill To:** BP Exploration and Production Inc.

C/O BP America Inc.
PVIC Scanning
P.O. Box 22024
Tulsa OK 74121-2024
United States

| | |
|---|---|
| Customer No: | 00010043 |
| Rig: | Deepwater Horizon (03) |
| Payment Terms: | Net 30 |

**12/21/2010  Mike Fowler – Discussed need for signature**

2/7/2011 Lloyd Kelley- Emailed Mike Fowler to forward invoice to me to action.

| Line | Description | Contract Ref: | Quantity | UOM | Day Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | RAM BOP ASSY 18-15M SR GK OIL & GAS Inv# 1232236 PO# 000001348 | | 1.00 | EA | 205,537.92 | 205,537.92 |
| | | | | | | 205,537.92 |

**Tech Reviewed by Mike Fowler,**

AMOUNT DUE:                                    205,537.92 USD

TWO HUNDRED FIVE THOUSAND FIVE HUNDRED THIRTY-SEVEN AND 92 / 100
**US Dollar**

Amendment to Drilling Contract No. BPM-06-02155

MC 727 #2 (KODIAK)
PAYKEY: ZENTERWELL
WBS ELEMENT: Z4-0059V-E:Containment
Cost Element: 760015

Vendor #60309644

Construction of CAP and STACK for Macondo Well

NOV 1 7 2010

Processed by 02

Jim Richards
Rig Manager - Horizon Incident Response

CONTACT INFORMATION:
Tim Keller
NAM Finance
832-587-8691
tim.keller@deepwater.com

**Beneficiary Bank**
Transocean Holdings Inc
WELLS FARGO
HOUSTON USA
Bank ID:      United States Bank 121000248
SWFT ID WFBIUS6S
Bank Account:  4133207235

CONFIDENTIAL

BP-HZN-2179MDL07147140

(Page 2 of 45)



Page  1

 GE Oil & Gas

Remit To:
HYDRIL USA DISTRIBUTION LLC
PO BOX 841571
DALLAS TX 75284-1571

# INVOICE

| Invoice | Date | Sales Order | Br Plant | Customer# | Credit Terms |
|---|---|---|---|---|---|
| 1232236 | 06/24/10 | 1522667 SO | 4333 | 42070 | Net 30 Days |
| | | | Customer P.O # | 0000012148 | |

Bill To:  TRANSOCEAN OFFSHORE DEEPWATER DRILLING
PO BOX 4255
HOUSTON TX 77210-4255

Ship To:  TRANSOCEAN OFFSHORE
926 DEGRAVELLE ROAD
AMELIA LA 70340

| Requested | Promise Date | Ordered by | Destination | Delivery Instructions |
|---|---|---|---|---|
| 06/21/10 | | | LOUISIANA | DW HORIZON INCIDENT RECOVERY |
| Hydril Rep- | | Hydril Salesman | HASKETT KYLE | |

| Line# | Item / Description | Quantity | UM | List Price | Net Price | Total |
|---|---|---|---|---|---|---|
| | Freight Terms:  CIP  CARRIAGE & INS PAID (INCOTERM) | | | | | |
| 2.000 | C-6962 | 1.00 | EA | 205537.9200 | 205537.9200 | 205,537.92 |
| | RAM BOP ASSY 18-15M SR | | | | | |
| | TRANSOCEAN | | | | | |
| | | | | | | |
| | THIS INVOICE IS BILLED IN U.S. DOLLARS | | | | | |
| | | | | | | |
| | IF THERE ARE QUESTIONS ABOUT THIS INVOICE CALL 281-985-3541 | | | | | |
| | or FAX   281-715-4253 | | | | | |
| | or HydrilCredit@ge.com | | | | | |
| | | | | | | |
| | WIRE TRANSFERS: | | | | | |
| | BENEFICIARY:  HYDRIL USA DISTRIBUTION LLC | | | | | |
| | BANK: DEUTSCHE BANK TRUST CO. | | | | | |
| | LOCATION: | | | | | |
| | BANK ABA:  021001033 | | | | | |
| | SWIFT CODE:  BKTRUS33 | | | | | |
| | ACCOUNT:  50264048 | | | | | |

| | | | | Total Tax | |
|---|---|---|---|---|---|
| Tax ID: | *last page | | | Total Order | 205,537.92 |

*Hydril General Terms and Conditions are expressly made a part of this contract.*

CONFIDENTIAL

BP-HZN-2179MDL07147141

(Page 3 of 45)

# Transocean

**Invoice**

|  |  |
|---|---|
| | Page: 1 of 7 |
| | Run Date: 2010-10-22 |
| | Run Time: 09:08:15 |

| Business Unit: | 00007 |
|---|---|
| Voucher Number: | 01094585 |
| Voucher Style: | REG |
| Vendor: | 3045677 |
| Vendor Location: | PRIMARY |
| | HYDRIL USA DISTRIBUTION LLC |
| | HYDRIL USA-001 |
| | PO BOX 841571 |

| Payment Terms: | 30 |
|---|---|
| Control Group: | DALLAS, TX 75284-1571 |
| Related Voucher Number: | |
| Lease Number: | |

| Invoice Number: | 1232236ARI |
|---|---|
| Invoice Date: | 2010-09-14 |
| Miscellaneous: | 0 |
| Freight: | 0 |
| VAT: | 0 |
| Sales Tax: | 0 |
| Invoice Total: | (191170.98) |
| Currency: | USD |
| Use Tax: | 0 |
| VAT Not on Invoice: | 0 |

## Voucher Line Information

| Line | Item | Description | Quantity | Unit Price | Unit Of Measure | Amount | Distribution Information |
|---|---|---|---|---|---|---|---|
| | | | | | | | Distrib # / Account / Amount |
| 1 | 775669 | RING, BACKUP PEEK BONNET SEAL | 4 | 2100.826 | EA | 8403.3 | 1 / 400360 / 8403.3 |
| 2 | 775800 | RING, BACKUP LOWER SEAT TO BOD | 1 | 304.2405 | EA | 304.24 | 1 / 400360 / 304.24 |
| 3 | 771123 | SETSCREW, 5/8-18 UNF X 0.80 | 16 | 65.1355 | EA | 1042.17 | 1 / 400360 / 1042.17 |
| 4 | 631964 | BEARING, RADIAL 13-10M | 4 | 92.344 | EA | 369.38 | |

Private and Confidential

CONFIDENTIAL

BP-HZN-2179MDL07147142

CONFIDENTIAL

Transocean

Invoice

| # | Part No. | Description | Qty | Unit Price | UoM | Amount | Distrib # | Account | Amount |
|---|----------|-------------|-----|-----------|-----|--------|-----------|---------|--------|
| | | | | | | | Distrib # 1 | Account 400360 | Amount 369.38 |
| 5 | 762863 | WASHER, THRUST | 4 | 84.9235 | EA | 339.69 | Distrib # 1 | Account 400360 | Amount 339.69 |
| 6 | 771576 | SEAL, SUBASSY 18 IN 15M LW BOP | 4 | 389.164 | EA | 1556.66 | Distrib # 1 | Account 400360 | Amount 1556.66 |
| 7 | 1082226 | SEAL, SUB SPOOL 18-15M LW | 2 | 482.3325 | EA | 964.67 | Distrib # 1 | Account 400360 | Amount 964.67 |
| 8 | 768660 | SPRING, SPIRAWAVE FOR 18-3/4 I | 4 | 20.9423 | EA | 83.77 | Distrib # 1 | Account 400360 | Amount 83.77 |
| 9 | 781552 | O-RING, HYDRIL | 2 | 36.278 | EA | 72.56 | Distrib # 1 | Account 400360 | Amount 72.56 |
| 10 | 781831 | O-RING, BONNET SEAL SHEAR RAMS | 2 | 36.278 | EA | 72.56 | Distrib # 1 | Account 400360 | Amount 72.56 |

Private and Confidential

BP-HZN-2179MDL07147143

(Page 5 of 45)

# Transocean

## Invoice

| Item | Part No. | Description | Qty | Price | UOM | Amount | Distrib # | Account | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11 | C10000020 | RIG DOWN MATERIAL AS SPECIFIED | 1 | 66.7845 | EA | 66.78 | 1 | 400360 | 66.78 |
| 12 | 10121861 | SCREW, CAP, FLAT, COUNTERSUNK | 8 | 0.8245 | EA | 6.6 | 1 | 400360 | 6.6 |
| 13 | 1081375 | NUT, HEAVY HEX 3.0-8 UNC XLY | 5 | 270.436 | EA | 1352.18 | 1 | 400360 | 1352.18 |
| 14 | 767970 | STUD, 3-8UN IN X 16-3/4 IN, EN | 2 | 410.601 | EA | 821.2 | 1 | 400360 | 821.2 |
| 15 | 1079713 | CAPSCREW, 12 POINT 0.750-10 IN | 10 | 27.6207 | EA | 276.21 | 1 | 400360 | 276.21 |
| 16 | 781570 | O-RING, HINGE PIN | 8 | 4.7656 | EA | 38.12 | 1 | 400360 | 38.12 |
| 17 | 782597 | O-RING | 8 | 4.7656 | EA | 38.12 | 1 | 400360 | 38.12 |

Private and Confidential

CONFIDENTIAL

BP-HZN-2179MDL07147144

(Page 6 of 45)

# Transocean

**Invoice**

| # | Part | Description | Qty | Price | UOM | Amount | Distrib # | Account | Amount |
|---|------|-------------|-----|-------|-----|--------|-----------|---------|--------|
| 18 | 775926 | RING, BACKUP | 4 | 3.8257 | EA | 15.3 | 1 | 400360 | 15.3 |
| 19 | 781082 | O-RING, SYNTRON | 4 | 4.7656 | EA | 19.06 | 1 | 400360 | 19.06 |
| 20 | 781907 | O-RING, 90 DURO 2-220 FOR DIVE | 2 | 4.7656 | EA | 9.53 | 1 | 400360 | 9.53 |
| 21 | 782506 | O-RING | 16 | 5.6973 | EA | 91.16 | 1 | 400360 | 91.16 |
| 22 | 782470 | O-RING | 16 | 5.6973 | EA | 91.16 | 1 | 400360 | 91.16 |
| 23 | C10000020 | RIG DOWN MATERIAL AS SPECIFIED | 1 | 36.278 | EA | 36.28 | 1 | 400360 | 36.28 |
| 24 | 760110 | BOLT, BONNET 1 8-3/4 IN 1 5.00 | 16 | 1659.7185 | EA | 26555.5 | | | |

Private and Confidential

(Page 7 of 45)

# Transocean

## Invoice

| | | | | | | | Distrib # | Account | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 25 | C10000020 | RIG DOWN MATERIAL AS SPECIFIED | 2 | 8212.84 | EA | 16425.68 | 1 | 400360 | 16425.68 |
| | | | | | | | | | 26555.5 |
| 26 | C10000020 | RIG DOWN MATERIAL AS SPECIFIED | 2 | 2433.0995 | EA | 4866.2 | 1 | 400360 | 4866.2 |
| 27 | C10000020 | RIG DOWN MATERIAL AS SPECIFIED | 1 | 38335.95 | EA | 38335.95 | 1 | 400360 | 38335.95 |
| 28 | 10122088 | CARRIER, UPPER, SHEAR RAM BLOC | 1 | 38335.95 | EA | 38335.95 | 1 | 400360 | 38335.95 |
| 29 | 706181 | BLADE, UPPER SHEAR RAM 1 8-3/4 | 1 | 14910.258 | EA | 14910.26 | 1 | 400360 | 14910.26 |
| 30 | 10121860 | SHIM, PLATE, 4K & 5K RAM BLOCK | 1 | 1161.7205 | EA | 1161.72 | 1 | 400360 | 1161.72 |

Private and Confidential

BP-HZN-2179MDL07147146

(Page 8 of 45)

# Transocean

## Invoice

| Item | Part # | Description | Qty | Price | UOM | Amount | Distrib # | Account | Amount |
|------|--------|-------------|-----|-------|-----|--------|-----------|---------|--------|
| 31 | 1082259 | SEAL, LATERAL T 18-3/4-15M SHE | 1 | 2217.0805 | EA | 2217.08 | Distrib # 1 | Account 400360 | Amount 2217.08 |
| 32 | 771722 | SEAL, TOP SHEAR RAM UPPER CARR | 1 | 1095.7605 | EA | 1095.76 | Distrib # 1 | Account 400360 | Amount 1095.76 |
| 33 | 1079754 | CAPSCREW, SOCKET HEAD | 6 | 2225.3255 | EA | 13351.95 | Distrib # 1 | Account 400360 | Amount 13351.95 |
| 34 | 773049 | SCREW, SHOULDER | 4 | 58.5395 | EA | 234.16 | Distrib # 1 | Account 400360 | Amount 234.16 |
| 35 | 773198 | SCREW, NAMEPLATE | 4 | 3.8257 | EA | 15.3 | Distrib # 1 | Account 400360 | Amount 15.3 |
| 36 | 792143 | GASKET, RING API BX-164 304 SS | 1 | 1115.5485 | EA | 1115.55 | Distrib # 1 | Account 400360 | Amount 1115.55 |
| 37 | 792634 | GASKET, API BX-155 316 SS | 4 | 101.4135 | EA | 405.65 | Distrib # 1 | Account 400360 | Amount 405.65 |

Private and Confidential

CONFIDENTIAL

(Page 9 of 45)

**Transocean**

Invoice

Page:          7 of 7
Run Date:      2010-10-22
Run Time:      09:08:15

| 38 | C10000020 | RIG DOWN MATERIAL AS SPECIFIED | 1 | 624.1465 | EA | | 624.15 | Distrib # 1 | Account 400360 | Amount 624.15 |
| 39 | C10000020 | RIG DOWN MATERIAL AS SPECIFIED | 1 | 15167.5 | EA | | 15167.5 | Distrib # 1 | Account 400360 | Amount 15167.5 |
| 40 | C10000020 | RIG DOWN MATERIAL AS SPECIFIED | 16 | 9.07 | EA | | 145.12 | Distrib # 1 | Account 400360 | Amount 145.12 |
| 41 | 1157162 | NUT, HEX 1-3/8 8N-8 UN XYLAN C | 16 | 8.5501 | EA | | 136.8 | Distrib # 1 | Account 400360 | Amount 136.8 |

Private and Confidential



# Purchase Order

**TODDI**

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| GLOBE-0000012148 | 05/21/2010 | | 1 of 27 |
| **Payment Terms** | **Freight Terms** | | **Ship Via** |
| Net 30 | Cost, Insurance & Freight | | Most Econo |
| **Buyer** | **Phone** | | **Currency** |
| Janet Leblanc | +1 9856213512 | | USD |

**Ship To:** DW Horizon Incident Recovery
926 Degravelle Road
Amelia LA 70340
United States

**Tax Exempt?N** **Tax Exempt ID:**

**Vendor:** 3045677
HYDRIL USA DISTRIBUTION LLC
Dessie Brown
3300 NORTH SAM HOUSTON PARKWAY EAST
HOUSTON TX 77032

**Bill To:** TODDI
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

**Country of Ultimate Destination/Rig Name :** United States DW Horizon Incident Recovery **VAT Reg. ID:**

**Shipping Priority:** Rig Down

**Comments:** STATE OF TEXAS - EXEMPTION CERTIFICATE

THE UNDERSIGNED HEREBY CLAIMS AN EXEMPTION FROM PAYMENT OF TEXAS TAXES UNDER CHAPTER 151, TITLE 2, 1982 TAX CODE, FOR THE PURCHASE OF THE TANGIBLE PERSONAL PROPERTY DESCRIBED ON THIS PURCHASE ORDER. THE REASON THAT SAID PURCHASER IS CLAIMING THIS EXEMPTION IS: THE PROPERTY IS DRILLING EQUIPMENT PURCHASED FOR THE EXCLUSIVE USE OFFSHORE OUTSIDE THE TERRITORIAL LIMITS OF THE STATE OF TEXAS. (CHAPTER 151, TITLE 2, SECTION 151.324 (A), 1982 TAX CODE.) THE PURCHASER WILL BE LIABLE FOR PAYMENT OF THE LIMITED SALES AND USE TAX IF THE PURCHASER USED THE TANGIBLE PERSONAL PROPERTY IN SOME OTHER MANNER OR FOR SOME OTHER USE OTHER THAN REASON LISTED ABOVE, AND SHALL PAY THE TAX BASED ON THE PRICE PAID FOR THE TANGIBLE PERSONAL PROPERTY. FEDERAL TAX I.D. #76-0605846 .

STATE OF LOUISIANA - EXEMPTION CERTIFICATE

THE UNDERSIGNED CERTIFIES THAT ALL PROPERTY DESCRIBED ON THIS PURCHASE ORDER IS PURCHASED FOR FIRST USE IN THE ABOVE DESIGNATED AREA, AND QUALIFIES FOR EXEMPTION FROM LOUISIANA SALES TAX UNDER R.S. 47:305.10. THE STATEMENT IS SIGNED WITH THE UNDERSTANDING THAT ANY PURCHASER AND/OR AGENT WHO FRAUDULENTLY SIGNS THE STATEMENT WITHOUT THE INTENT TO USE THE PROPERTY PURCHASED AS ABOVE STATED IS SUBJECT TO ALL PENALTIES PROVIDED BY TITLE 47 OF THE LOUISIANA REVISED STATUTES OF 1950. Louisiana Use Tax No. 6069858001

THIS IS CONFIRMING DO NOT DUPLICATE
QUOTE122519 S 1

YOU WILL GET ANOTHER PO FOR THE BALANCE OF ITEMS.

| Line-Sch | Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|---|
| 1- 1 | 775869 | RING, BACKUP PEEK BONNET SEAL FOR 18-3/4 | HYDRIL COM 3131570 | 3131570 | 4.00 EA | 2,100.83 | 8,403.30 | 06/05/2010 |
| | | | | SUT Code: LA_STATE (4.0000%) | | | 336.13 | |

**Line Priority:** Rig Down
**Req Id#/ Line:** 4178502769 / 1

**HTC:**

| Accounting: | BU | Cost Center/Cont | ACCOUNT | PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400360 | | | | |

## Purchase Order

**TODDI**

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| GLOBE-0000012148 | 05/23/2010 | | 2 of 27 |
| **Payment Terms** | **Freight Terms** | | **Ship Via** |
| Net 30 | Cost, Insurance & Freight | | Most Econo |
| **Buyer** | **Phone** | | **Currency** |
| Janet Leblanc | +1 9856311512 | | USD |
| **Ship To:** | DW Horizon Incident Recovery | | |

926 Degravelle Road
Amelia LA 70340
United States

**Tax Exempt?N**    **Tax Exempt ID:**

**Vendor:** 3045677
HYDRIL USA DISTRIBUTION LLC
Dessie Brown
3300 NORTH SAM HOUSTON PARKWAY EAST
HOUSTON TX 77032

**Bill To:**    TODDI
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

**Country of Ultimate Destination/Rig Name :** United States
DW Horizon Incident
Recovery

**VAT Reg. ID:**

**Shipping Priority:** Rig Down

**Item Total**      8,739.43

| Line-Sch Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 2 1  775800 | RING, BACKUP LOWER SEAT TO BODY VARIABLE | HYDRIL COM 3107830-1 | 3107830-1 | 1.00 EA | 304.24 | 304.24 | 05/05/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 12.17 | |

**Line Priority:** Rig Down
**Req Id#/ Line:** 4178502769 / 2

**HTC:**

| Accounting: | BU | Cost Center/Cont | ACCOUNT PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400360 | | | |

RING, BACKUP LOWER SEAT TO BODY VARIABLE BORE RAM CAVITY 18-3/4-15K RAM BOP

**Item Total**      316.41

| Line-Sch Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 3 1  771123 | SETSCREW, 5/8-18 UNF X 0.80 | HYDRIL COM 3120855-3 | | 16.00 EA | 65.14 | 1,042.17 | 06/05/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 41.69 | |

**Line Priority:** Rig Down
**Req Id#/ Line:** 4178502769 / 3

**HTC:**

| Accounting: | BU | Cost Center/Cont | ACCOUNT PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|
| | | | | | | |

(Page 12 of 45)

# Purchase Order

## TODDI

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| GLOBE-0000012148 | 05/23/2010 | | 3 of 27 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 30 | Cost, Insurance & Freight | | Most Econo |
| Buyer | Phone | | Currency |
| Janet Leblanc | +1 9856311512 | | USD |
| Ship To: | DW Horizon Incident Recovery | | |

Ship To: 928 Degravelle Road
Amelia LA 70340
United States

**Tax Exempt?** N   **Tax Exempt ID:**

**Vendor:** 3045677
HYDRIL USA DISTRIBUTION LLC
Dessie Brown
3300 NORTH SAM HOUSTON PARKWAY EAST
HOUSTON TX 77032

**Bill To:** TODDI
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

**Country of Ultimate Destination/Rig Name :** United States
DW Horizon Incident
Recovery

**VAT Reg. ID:**

**Shipping Priority:** Rig Down

417800          400360

SETSCREW, 5/8-18 UNF X 0.80

Item Total          1,083.84

| Line-Sch | Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|---|
| 4- 1 | 831964 | BEARING, RADIAL 13-10M | HYDRIL COM 3101005 | 3101005 | 4.00 EA | 92.34 | 369.38 | 06/05/2010 |
| | | | | SUT Code: LA_STATE (4.0000%) | | | 14.78 | |

**Line Priority:** Rig Down
**Req Id#/ Line:** 4178502769 / 4

**HTC:**

| Accounting: | BU | Cost Center/Cont | ACCOUNT | PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400360 | | | | |

BEARING, RADIAL 13-10M

Item Total          384.16

00008

CONFIDENTIAL

BP-HZN-2179MDL07147151

(Page 13 of 45)

## Purchase Order

### TODDI

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| GLOBE-0000012148 | 05/23/2010 | | 4 of 27 |
| **Payment Terms** | **Freight Terms** | | **Ship Via** |
| Net 30 | Cost, Insurance & Freight | | Most Econo |
| **Buyer** | **Phone** | | **Currency** |
| Janet Leblanc | +1 9856311512 | | USD |
| **Ship To:** | DW Horizon Incident Recovery | | |

926 Degravelle Road
Amelia LA 70340
United States

Tax Exempt?N    Tax Exempt ID:

**Vendor:** 3045677
HYDRIL USA DISTRIBUTION LLC
Dessie Brown
3300 NORTH SAM HOUSTON PARKWAY EAST
HOUSTON TX 77032

**Bill To:**    TODDI
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

Country of Ultimate Destination/Rig Name : United States
DW Horizon Incident
Recovery

VAT Reg. ID:

Shipping   Rig Down
Priority:

| Line-Sch  Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 5- 1  762863 | WASHER, THRUST | HYDRIL COM 3100985 | 3100985 | 4.00 EA | 84.92 | 339.69 | 06/05/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 13.59 | |

**Line Priority:**   Rig Down
**Req Id#/ Line:**   4178502769  /   5

HTC:

| Accounting: | BU | Cost Center/Cont | | ACCOUNT PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY | | |
|---|---|---|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400360 | | | | | | |

WASHER, THRUST

Item Total                                                                 353.28

| Line-Sch  Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 5- 1  771576 | SEAL, SUBASSY 18 IN 15M LW BOP FOR 18-3/ | HYDRIL COM 3121510 | 3121510 | 4.00 EA | 389.15 | 1,556.66 | 06/05/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 62.27 | |

**Line Priority:**   Rig Down
**Req Id#/ Line:**   4178502769  /   6

HTC:

| Accounting: | BU | Cost Center/Cont | | ACCOUNT PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY | | |
|---|---|---|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400360 | | | | | | |

CONFIDENTIAL

BP-HZN-2179MDL07147152

# Purchase Order

## TODDI

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

| Purchase Order | | Date | Revision | Page |
|---|---|---|---|---|
| GLOBE-0000012144 | | 05/23/2010 | | 5 of 27 |
| Payment Terms | Freight Terms | | | Ship Via |
| Net 30 | Cost, Insurance & Freight | | | Most Econo |
| Buyer | | Phone | | Currency |
| Janet Leblanc | | +1 9856311512 | | USD |
| Ship To: | DW Horizon Incident Recovery | | | |

Ship To: 926 Dogravalle Road
Amelia LA 70340
United States

Tax Exempt?N     Tax Exempt ID:

Vendor:  3045877
HYDRIL USA DISTRIBUTION LLC
Dassie Brown
3300 NORTH SAM HOUSTON PARKWAY EAST
HOUSTON TX 77032

Bill To:  TODDI
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

Country of Ultimate Destination/Rig Name : United States
DW Horizon Incident
Recovery

VAT Reg. ID:

Shipping     Rig Down
Priority:

SEAL, SUBASSY 18 IN 15M LW BOP FOR 18-3/4 IN X 15K DOUBLE U RAM BOP BONN ET HINGE ASSY 15-1/2 IN
AND 22 IN

Item Total                    1,618.93

| Line-Sch | Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|---|
| 7- 1 | 1082228 | SEAL, SUB SPOOL 18-15M LW | HYDRIL COM 3121512 | 3121512 | 2.00 EA | 482.33 | 964.67 | 06/05/2010 |
| | | | | SUT Code: LA_STATE (4.0000%) | | | 38.59 | |

Line Priority:  Rig Down
Req Id#/ Line:  4178502759 /    7

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT | PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|---|
| | 00008 | 417800 | 408360 | | | | |

SEAL, SUB SPOOL 18-15M LW

Item Total                    1,003.26

(Page 15 of 45)

## Purchase Order

**TODDI**

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

| Purchase Order | | Date | Revision | Page |
|---|---|---|---|---|
| GLOBE-0000012148 | | 05/23/2010 | | 6 of 27 |
| **Payment Terms** | **Freight Terms** | | | **Ship Via** |
| Net 30 | Cost, Insurance & Freight | | | Most Econo |
| **Buyer** | | Phone | | **Currency** |
| Janet Leblanc | | +1 9856311512 | | USD |
| **Ship To:** | DW Horizon Incident Recovery | | | |

926 Degravelle Road
Amelia LA 70340
United States

**Tax Exempt?** N    **Tax Exempt ID:**

**Bill To:**    TODDI

**Vendor:** 3045677
HYDRIL USA DISTRIBUTION LLC
Dessie Brown
3300 NORTH SAM HOUSTON PARKWAY EAST
HOUSTON TX 77032

4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

**Country of Ultimate Destination/Rig Name :** United States    **VAT Reg. ID:**
DW Horizon Incident
Recovery

**Shipping**  Rig Down
**Priority:**

| Line-Sch Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 8- 1  768650 | SPRING, SPIRAWAVE FOR 18-3/4 IN X 15K DO | HYDRIL COM 3121509 | 3121509 | 4.00 EA | 20.94 | 83.77 | 06/05/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 3.35 | |

**Line Priority:**  Rig Down
**Req Id#/ Line:**  4178502769  /   8

**HTC:**

| Accounting: | BU | Cost Center/Cont | | ACCOUNT | PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|---|---|
| | 00008 | 417800 | | 400360 | | | | |

SPRING, SPIRAWAVE FOR 18-3/4 IN X 15K DOUBLE U RAM BOP BONNET HINGE ASSY  15-1/2 IN AND 22 IN

Item Total                87.12

| Line-Sch Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 9- 1  781552 | O-RING, HYDRIL | HYDRIL COM 3114849-03 | 3114849-03 | 2.00 EA | 36.28 | 72.56 | 06/05/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 2.90 | |

**Line Priority:**  Rig Down
**Req Id#/ Line:**  4178502769  /   9

**HTC:**

| Accounting: | BU | Cost Center/Cont | | ACCOUNT | PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|---|---|
| | 00008 | 417800 | | 400360 | | | | |

CONFIDENTIAL

BP-HZN-2179MDL07147154

(Page 16 of 45)

## Purchase Order

**TODDI**

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

**Tax Exempt?** N    **Tax Exempt ID:**

**Vendor:** 3045677
HYDRIL USA DISTRIBUTION LLC
Dessie Brown
3300 NORTH SAM HOUSTON PARKWAY EAST
HOUSTON TX 77032

**Country of Ultimate Destination/Rig Name :** United States
DW Horizon Incident
Recovery

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| GLOBE-0000012143 | 05/23/2010 | | 7 of 27 |
| **Payment Terms** | **Freight Terms** | | **Ship Via** |
| Net 10 | Cost, Insurance & Freight | | Most Econo |
| **Buyer** | **Phone** | | **Currency** |
| Janet Leblanc | +1 9856311512 | | USD |
| **Ship To:** | DW Horizon Incident Recovery | | |

926 Degravelle Road
Amelia LA 70340
United States

**Bill To:**   TODDI
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

**VAT Reg. ID:**

**Shipping Priority:**   Rig Down

O-RING, HYDRIL

**Item Total**                                     75.46

| Line-Sch Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 10- 1  781831 | O-RING, BONNET SEAL SHEAR RAMS | HYDRIL COM 3114949-04 | 3114949-04 | 2.00 EA | 36.28 | 72.56 | 06/05/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 2.90 | |

**Line Priority:**   Rig Down
**Req Id#/ Line:**   4178502769  /   10

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400360 | | | |

O-RING, BONNET SEAL SHEAR RAMS

**Item Total**                                     75.46

| Line-Sch Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 11- 1  C10000020 | RIG DOWN MATERIAL AS SPECIFIED BELOW | TRANSOCEAN RIG DOWN MATERIAL | | 1.00 EA | 66.78 | 66.78 | 06/05/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 2.67 | |

**Line Priority:**   Rig Down

BP-HZN-2179MDL07147155

(Page 17 of 45)

# Purchase Order

## TODDI

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| GLOBE-0000012146 | 05/23/2010 | | 8 of 27 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 30 | Cost, Insurance & Freight | | Most Econo |
| Buyer | Phone | | Currency |
| Janet Leblanc | +1 9854111512 | | USD |
| Ship To: | DW Horizon Incident Recovery | | |

926 Degravele Road
Amelia LA 70340
United States

**Tax Exempt?** N    **Tax Exempt ID:**

Vendor: 3045677
HYDRIL USA DISTRIBUTION LLC
Dessie Brown
3300 NORTH SAM HOUSTON PARKWAY EAST
HOUSTON TX 77032

**Bill To:**    TODDI
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

Country of Ultimate Destination/Rig Name : United States    VAT Reg. ID:
DW Horizon Incident
Recovery

Shipping    Rig Down
Priority:

Req Id#/ Line:  4178502769  /  11

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400360 | | | |

MFG: HYD; PN:3135268;Uom: EA; Desc: O-RING, NOMINAL SIZE 20.00 X .750,

Item Total    69.45

| Line-Sch | Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|---|
| 12- 1 | 10121861 | SCREW, CAP, FLAT, COUNTERSUNK 0.25-20 NC X 0.75 | HYDRIL COM 1800118-4066 | | 1.00 EA SUT Code: LA_STATE (4.0000%) | 6.82 | 6.60 0.26 | 06/05/2010 |

Line Priority:   Rig Down
Req Id#/ Line:  4178502769  /  12

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400360 | | | |

Item Total    6.86

CONFIDENTIAL

(Page 18  of  45)

# Purchase Order

## TODDI

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

Tax Exempt?N     Tax Exempt ID:

Vendor: 3045677
HYDRIL USA DISTRIBUTION LLC
Dessie Brown
3300 NORTH SAM HOUSTON PARKWAY EAST
HOUSTON TX 77032

| Purchase Order | | Date | Revision | Page |
|---|---|---|---|---|
| GLOBE-0000012148 | | 05/23/2010 | | 9 of 27 |
| Payment Terms | | Freight Terms | | Ship Via |
| Net 30 | | Cost, Insurance & Freight | | Most Econo |
| Buyer | | | Phone | Currency |
| Janet Leblanc | | | +1 9856311512 | USD |
| Ship To: | | DW Horizon Incident Recovery | | |

Ship To:
926 Degravelle Road
Amelia LA 70340
United States

Bill To:
TODDI
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

Country of Ultimate Destination/Rig Name : United States     VAT Reg. ID:
DW Horizon Incident
Recovery

Shipping   Rig Down
Priority:

| Line-Sch  Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 13-  1   1081375 | NUT, HEAVY HEX 3.0-8 UNC XLY | HYDRIL COM 1900578-24 | | 5.00 EA | 270.44 | 1,352.18 | 06/05/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 54.09 | |

Line Priority:   Rig Down
Req Id#/ Line:   4178502769  /   13

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400360 | | | |

NUT, HEAVY HEX 3.0-8 UNC XLY

Item Total                    1,406.27

| Line-Sch  Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 14-  1   787970 | STUD, 3-8UN IN X 16-3/4 IN, ENG CAD PLAT | VALVCON - 1900491-24134 | | 2.00 EA | 410.60 | 821.20 | 06/05/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 32.85 | |

Line Priority:   Rig Down
Req Id#/ Line:   4178502769  /   14

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400360 | | | |

CONFIDENTIAL

(Page 19 of 45)

## Purchase Order

**TODDI**

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| GLOBE-0000012148 | 05/23/2010 | | 10 of 27 |
| **Payment Terms** | **Freight Terms** | | **Ship Via** |
| Net 30 | Cost, Insurance & Freight | | Most Econo |
| **Buyer** | **Phone** | | **Currency** |
| Janet Leblanc | +1 9856311912 | | USD |
| **Ship To:** | DW Horizon Incident Recovery | | |

925 Degravelle Road
Amelia LA 70340
United States

**Tax Exempt?** N      **Tax Exempt ID:**

**Vendor:** 3045677
HYDRIL USA DISTRIBUTION LLC
Dessie Brown
3300 NORTH SAM HOUSTON PARKWAY EAST
HOUSTON TX 77032

**Bill To:**      TODDI
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

**Country of Ultimate Destination/Rig Name :** United States
DW Horizon Incident
Recovery

**VAT Reg. ID:**

**Shipping Priority:** Rig Down

STUD, 3-8UN IN X 16-3/4 IN, ENG CAD PLATED

| | Item Total | 854.05 |
|---|---|---|

| Line-Sch | Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|---|
| 15- 1 | 1079713 | CAPSCREW, 12 POINT 0.750-10 IN X 1.50 IN | HYDRIL COM 1920668-12012 | 1920668-12 | 10.00 EA | 27.62 | 276.21 | 06/05/2010 |
| | | | | **SUTECode: LA_STATE (4.0000%)** | | | 11.05 | |

**Line Priority:** Rig Down
**Req Id#/ Line:** 4178502769 / 15

**HTC:**

| Accounting: | BU | Cost Center/Cont | ACCOUNT | PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|---|
| | 09008 | 417800 | 400360 | | | | |

CAPSCREW, 12 POINT 0.750-10 IN X 1.50 IN

| | Item Total | 287.26 |
|---|---|---|

| Line-Sch | Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|---|
| 16- 1 | 781570 | O-RING, HINGE PIN | HYDRIL COM 1900001-239 | | 8.00 EA | 4.77 | 38.12 | 06/05/2010 |
| | | | | **SUT Code: LA_STATE (4.0000%)** | | | 1.52 | |

**Line Priority:** Rig Down

## Purchase Order

**TODDI**

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

| Purchase Order | | Date | Revision | Page |
|---|---|---|---|---|
| GLOBR-0000012148 | | 05/23/2010 | | 11 of 27 |
| Payment Terms | | Freight Terms | | Ship Via |
| Net 30 | | Cost, Insurance & Freight | | Most Econo |
| Buyer | | | Phone | Currency |
| Janet Leblanc | | +1 9856311512 | | USD |
| Ship To: | DW Horizon Incident Recovery | | | |

**Tax Exempt?**N    **Tax Exempt ID:**

926 Degravelle Road
Amelia LA 70340
United States

**Vendor:** 3045677
HYDRIL USA DISTRIBUTION LLC
Dessie Brown
3300 NORTH SAM HOUSTON PARKWAY EAST
HOUSTON TX 77032

**Bill To:** TODDI
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

**Country of Ultimate Destination/Rig Name :** United States    **VAT Reg. ID:**
DW Horizon Incident
Recovery

**Shipping Priority:** Rig Down

**Req Id#/ Line:** 4178502769 / 16

**HTC:**

| Accounting: | BU | Cost Center/Cont | ACCOUNT | PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400360 | | | | |

O-RING, HINGE PIN

Item Total                    39.66

| Line-Sch | Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|---|
| 17- 1 | 782597 | O-RING | WESTCOAST 1900001-225 | | 8.00 EA | 4.77 | 38.12 | 06/05/2010 |

SUT Code: LA_STATE (4.0000%)                    1.52

**Line Priority:** Rig Down
**Req Id#/ Line:** 4178502769 / 17

**HTC:**

| Accounting: | BU | Cost Center/Cont | ACCOUNT | PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400360 | | | | |

O-RING

Item Total                    39.66

CONFIDENTIAL

(Page 21 of 45)

## Purchase Order

### TODDI

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| GLOBE-0000012146 | 05/23/2010 | | 12 of 27 |
| **Payment Terms** | **Freight Terms** | | **Ship Via** |
| Net 30 | Cost, Insurance & Freight | | Most Econo |
| **Buyer** | **Phone** | | **Currency** |
| Janet Leblanc | +1 9856311512 | | USD |
| **Ship To:** | DW Horizon Incident Recovery | | |

**Tax Exempt?** N     **Tax Exempt ID:**

**Vendor:** 3045677
HYDRIL USA DISTRIBUTION LLC
Dessie Brown
3300 NORTH SAM HOUSTON PARKWAY EAST
HOUSTON TX 77032

926 Degravelle Road
Amelia LA 70340
United States

**Bill To:**     TODDI
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

**Country of Ultimate Destination/Rig Name :** United States
DW Horizon Incident
Recovery

**VAT Reg. ID:**

**Shipping Priority:**     Rig Down

| Line-Sch  Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 18- 1  775926 | RING, BACKUP | WESTCOAST 1920012-226 | 1920012-22 | 4.00 EA | 3.83 | 15.30 | 06/05/2010 |
| | | | **S/U/T Code: LA_STATE (4.0000%)** | | | 0.61 | |

**Line Priority:**  Rig Down
**Req Id#/ Line:**  4178502769  /  18

**HTC:**

| Accounting: | BU | Cost Center/Cont | ACCOUNT | PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400360 | | | | |

RING, BACKUP

Item Total                                    15.91

| Line-Sch  Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 19- 1  781082 | O-RING, SYNTRON | HYDRIL COM 37-501445 | 1900001-21 | 4.00 EA | 4.77 | 19.06 | 06/05/2010 |
| | | | **S/U/T Code: LA_STATE (4.0000%)** | | | 0.76 | |

**Line Priority:**  Rig Down
**Req Id#/ Line:**  4178502769  /  19

**HTC:**

| Accounting: | BU | Cost Center/Cont | ACCOUNT | PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400360 | | | | |

CONFIDENTIAL

BP-HZN-2179MDL07147160

# Purchase Order

## TODDI

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| GLOBE-0000012148 | 05/23/2010 | | 13 of 27 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 10 | Cost, Insurance & Freight | | Most Econo |
| Buyer | Phone | | Currency |
| Janet Leblanc | +1 9856311512 | | USD |
| Ship To: | DW Horizon Incident Recovery | | |

926 Degravelle Road
Amelia LA 70340
United States

**Tax Exempt?** N    **Tax Exempt ID:**

**Vendor:** 3045677
HYDRIL USA DISTRIBUTION LLC
Dessie Brown
3300 NORTH SAM HOUSTON PARKWAY EAST
HOUSTON TX 77032

**Bill To:**    TODDI
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

**Country of Ultimate Destination/Rig Name :** United States    **VAT Reg. ID:**
DW Horizon Incident
Recovery

**Shipping Priority:** Rig Down

O-RING, SYNTRON

Item Total _____ 19.82

| Line-Sch Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 20- 1  781907 | O-RING, 90 DURO 2-220 FOR DIVERTER CONTR | HYDRIL COM 1900002-220 | | 2.00 EA | 4.77 | 9.53 | 06/05/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 0.38 | |

**Line Priority:** Rig Down
**Req Id/Ln Line:** 4178502768 / 20

**HTC:**

| Accounting: | BU | Cost Center/Cont | ACCOUNT PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400360 | | | |

O-RING, 90 DURO 2-220 FOR DIVERTER CONTROL

Item Total _____ 9.91

| Line-Sch Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 21- 1  782506 | O-RING | HYDRIL COM 1900001-343 | 1900001-34 | 16.00 EA | 5.70 | 91.16 | 06/05/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 3.65 | |

**Line Priority:** Rig Down

CONFIDENTIAL

BP-HZN-2179MDL07147161

(Page 23 of 45)

# Purchase Order

## TODDI

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| GLOBE-8000012148 | 05/23/2010 | | 14 of 27 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 30 | Cost, Insurance & Freight | | Mont Econo |
| Buyer | Phone | | Currency |
| Janet Leblanc | +1 9856311512 | | USD |
| Ship To: | DW Horizon Incident Recovery | | |

926 Dogravelle Road
Amelia LA 70340
United States

**Tax Exempt?N**   **Tax Exempt ID:**

Vendor: 3045677
HYDRIL USA DISTRIBUTION LLC
Dessie Brown
3300 NORTH SAM HOUSTON PARKWAY EAST
HOUSTON TX 77032

Bill To:   TODDI
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

Country of Ultimate Destination/Rig Name : United States    VAT Reg. ID:
DW Horizon Incident
Recovery

Shipping   Rig Down
Priority:

Req Id#/ Line: 4178502769 /  21

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400360 | | | |

O-RING

Item Total                                                            91.01

| Line-Sch | Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|---|
| 22- 1 | 782470 | O-RING | HYDRIL COM 1900001-243 | | 16.00EA | 5.70 | 91.16 | 06/05/2010 |

SUT Code: LA_STATE (4.0000%)                                3.65

Line Priority:   Rig Down
Req Id#/ Line: 4178502769 /  22

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400369 | | | |

O-RING

Item Total                                                            94.81

BP-HZN-2179MDL07147162

(Page 24 of 45)

# Purchase Order

## TODDI

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

Tax Exempt?N     Tax Exempt ID:

Vendor: 3045677
HYDRIL USA DISTRIBUTION LLC
Dessie Brown
3300 NORTH SAM HOUSTON PARKWAY EAST
HOUSTON TX 77032

| Purchase Order | | Date | Revision | Page |
|---|---|---|---|---|
| GLOBE-0000012148 | | 05/23/2013 | | 15 of 27 |
| Payment Terms | Freight Terms | | | Ship Via |
| Net 30 | Cost, Insurance & Freight | | | Most Econo |
| Buyer | | Phone | | Currency |
| Janet Leblanc | | +1 9856311512 | | USD |
| Ship To: | DW Horizon Incident Recovery | | | |

925 Degravelle Road
Amelia LA 70340
United States

Bill To:     TODDI
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

Country of Ultimate Destination/Rig Name : United States     VAT Reg. ID:
DW Horizon Incident
Recovery

Shipping   Rig Down
Priority:

| Line-Sch Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 23- 1  C10000020 | RIG DOWN MATERIAL AS SPECIFIED BELOW | TRANSOCEAN RIG DOWN MATERIAL | | 1.00 EA | 36.28 | 36.28 | 06/05/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 1.45 | |

Line Priority:  Rig Down
Req Id#/ Line:  4178502766 /  23

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT | PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY | |
|---|---|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400380 | | | | | |

MFG: VGI; PN:3114062;Uom: EA; Desc:Nameplate, BOP

Item Total                                          37.73

| Line-Sch Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 24- 1  760110 | BOLT, BONNET 1 8-3/4 IN 1 5 000 PSI BOP | HYDRIL COM 3116872 | 3126768 | 16.00 EA | 1,659.72 | 26,555.50 | 06/05/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 1,062.22 | |

Line Priority:  Rig Down
Req Id#/ Line:  4178502766 /  24

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT | PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY | |
|---|---|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400380 | | | | | |

BP-HZN-2179MDL07147163

(Page 25 of 45)

# Purchase Order

**TODDI**

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

| Purchase Order | | Date | Revision | Page |
|---|---|---|---|---|
| GLOBE-0000012148 | | 05/23/2010 | | 16 of 27 |
| Payment Terms | | Freight Terms | | Ship Via |
| Net 30 | | Cost, Insurance & Freight | | Most Econo |
| Buyer | | Phone | | Currency |
| Janet Leblanc | | +1 9856311512 | | USD |
| Ship To: | DW Horizon Incident Recovery | | | |

Tax Exempt?N    Tax Exempt ID:

Vendor:  3045877
HYDRIL USA DISTRIBUTION LLC
Dessie Brown
3300 NORTH SAM HOUSTON PARKWAY EAST
HOUSTON TX 77032

Ship To:     926 Degravelle Road
Amelia LA 70340
United States

Bill To:     TODDI
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

Country of Ultimate Destination/Rig Name : United States    VAT Reg. ID:
DW Horizon Incident
Recovery

Shipping   Rig Down
Priority:

BOLT, BONNET 1 8-3/4 IN 1 5 000 PSI BOP PAINTED

Item Total                                27,617.72

| Line-Sch | Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|---|
| 25- 1 | C10000020 | RIG DOWN MATERIAL AS SPECIFIED BELOW | TRANSOCEAN RIG DOWN MATERIAL | | 2.00 EA | 8,212.84 | 16,425.68 | 06/05/2010 |
| | | | | SUT Code: LA_STATE (4.0000%) | | | 657.03 | |

Line Priority:   Rig Down
Req Id#/ Line:  4178502769  /   25

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT | PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY | |
|---|---|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400380 | | | | | |

MFG: HYD; PN:3126770;Uom: EA; Desc:HINGE, BONNET, 18-3/4", FOR 15 KLW BONNE

Item Total                                17,082.71

| Line-Sch | Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|---|
| 26- 1 | C10000020 | RIG DOWN MATERIAL AS SPECIFIED BELOW | TRANSOCEAN RIG DOWN MATERIAL | | 2.00 EA | 2,433.10 | 4,866.20 | 06/05/2010 |
| | | | | SUT Code: LA_STATE (4.0000%) | | | 194.65 | |

Line Priority:   Rig Down

CONFIDENTIAL

BP-HZN-2179MDL07147164

(Page 26 of 45)

# Purchase Order

## TODDI

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

Tax Exempt?N     Tax Exempt ID:

Vendor:  3045677
HYDRIL USA DISTRIBUTION LLC
Dessie Brown
3300 NORTH SAM HOUSTON PARKWAY EAST
HOUSTON TX 77032

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| GLOBE-0000012148 | 05/23/2010 | | 17 of 27 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 30 | Cost, Insurance & Freight | | Most Econo |
| Buyer | Phone | | Currency |
| Janet Leblanc | +1 9856311512 | | USD |
| Ship To: | DW Horizon Incident Recovery | | |

926 Degravelle Road
Amelia LA 70340
United States

Bill To:     TODDI
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

Country of Ultimate Destination/Rig Name : United States     VAT Reg. ID:
DW Horizon Incident
Recovery                                      Shipping   Rig Down
                                              Priority:

Req Id#/ Line:  4178502769  /  26

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT | PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|---|
| | 00006 | 417800 | 400360 | | | | |

MFG: VGI; PN:3126771;Uom: EA; Desc:Hinge, Fluid, 18 - 15M LW

Item Total _____ 5,060.86

| Line-Sch | Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|---|
| 27- 1 | C10000020 | RIG DOWN MATERIAL AS SPECIFIED BELOW | TRANSOCEAN RIG DOWN MATERIAL | | 1.00 EA | 38,335.95 | 38,335.95 | 06/05/2010 |
| | | | | SUT Code: LA_STATE (4.0000%) | | | 1,533.44 | |

Line Priority:   Rig Down
Req Id#/ Line:  4178502769  /  27

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT | PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|---|
| | 00006 | 417800 | 400360 | | | | |

MFG: HYD; PN:3116635-01;Uom: EA; Desc:ASSY, RAM, LOWER SHEAR, 18-15M, 18A

Item Total _____ 39,869.39

CONFIDENTIAL

BP-HZN-2179MDL07147165

(Page 27 of 45)

# Purchase Order

**TODDI**

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

| Purchase Order | | Date | Revision | Page |
|---|---|---|---|---|
| GLOBE-0000012148 | | 05/23/2010 | | 18 of 27 |
| Payment Terms | | Freight Terms | | Ship Via |
| Net 30 | | Cost, Insurance & Freight | | Most Econo |
| Buyer | | Phone | | Currency |
| Janet Leblanc | | +1 9856311512 | | USD |
| Ship To: | | DW Horizon Incident Recovery | | |

Ship To: DW Horizon Incident Recovery

926 Degravelle Road
Amelia LA 70340
United States

**Tax Exempt?N     Tax Exempt ID:**

Vendor:  3045677
HYDRIL USA DISTRIBUTION LLC
Dessie Brown
3300 NORTH SAM HOUSTON PARKWAY EAST
HOUSTON TX 77032

Bill To:     TODDI
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

Country of Ultimate Destination/Rig Name : United States
DW Horizon Incident
Recovery

VAT Reg. ID:

Shipping   Rig Down
Priority:

| Line-Sch Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 28- 1  10122088 | CARRIER, UPPER, SHEAR RAM BLOCK, 18-15M | HYDRIL COM 3120905 | | 1.00 EA | 38,335.95 | 38,335.95 | 06/05/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 1,533.44 | |

Line Priority:   Rig Down
Req Id#/ Line:  4178502769  /   28

HTC:

| Accounting: | BU | Cost Center/Cont | | ACCOUNT PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400360 | | | | |

Item Total                                                          39,869.39

| Line-Sch Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 29- 1  706181 | BLADE, UPPER SHEAR RAM I 8-3/4-15K | HYDRIL COM 3120904 | 3120904 | 1.00 EA | 14,910.26 | 14,910.26 | 06/05/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 596.41 | |

Line Priority:   Rig Down
Req Id#/ Line:  4178502769  /   29

HTC:

| Accounting: | BU | Cost Center/Cont | | ACCOUNT PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400360 | | | | |

BLADE, UPPER SHEAR RAM 1 8-3/4-15K

CONFIDENTIAL

BP-HZN-2179MDL07147166

(Page 28 of 45)

# Purchase Order

## TODDI

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

Tax Exempt?N    Tax Exempt ID:

Vendor:  3045677
HYDRIL USA DISTRIBUTION LLC
Dessie Brown
3300 NORTH SAM HOUSTON PARKWAY EAST
HOUSTON TX 77032

Country of Ultimate Destination/Rig Name : United States
DW Horizon Incident
Recovery

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| GILOBS-0000012168 | 05/23/2010 | | 19 of 27 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 30 | Cost, Insurance & Freight | | Most. Econo |
| Buyer | Phone | | Currency |
| Janet Leblanc | +1 9856311512 | | USD |
| Ship To: | DW Horizon Incident Recovery | | |

926 Degraville Road
Amelia LA 70340
United States

Bill To:    TODDI
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

VAT Reg. ID:

Shipping   Rig Down
Priority:

Item Total                                  15,506.67

| Line-Sch  Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 30- 1  10121850 | SHIM, PLATE, 4X & 5X RAM BLOCK 18-15 RBO | HYDRIL COM 3147376 | | 1.00 EA | 1,161.72 | 1,161.72 | 06/05/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 46.47 | |

Line Priority:  Rig Down
Req Id#/ Line:  4178502769 /   30

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT | PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|---|
| | 00008 | 417800 | 460360 | | | | |

Item Total                                  1,208.19

| Line-Sch  Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 31- 1  1082259 | SEAL, LATERAL T 18-3/4-15M SHEAR | HYDRIL COM 3133293 | 3133293 | 1.00 EA | 2,217.08 | 2,217.08 | 06/05/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 88.68 | |

Line Priority:  Rig Down
Req Id#/ Line:  4178502769 /   31

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT | PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|---|
| | 00008 | 417800 | 460360 | | | | |

CONFIDENTIAL

BP-HZN-2179MDL07147167

(Page 29 of 45)

# Purchase Order

## TODDI

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| GLOBE-0000012140 | 05/23/2010 | | 20 of 27 |
| **Payment Terms** | **Freight Terms** | | **Ship Via** |
| Net 30 | Cost, Insurance & Freight | | Host Econo |
| **Buyer** | Phone | | **Currency** |
| Janet Leblanc | +1 9856311512 | | USD |
| **Ship To:** | DW Horizon Incident Recovery | | |

Ship To: 928 Degravelle Road
Amelia LA 70340
United States

**Tax Exempt?** N     **Tax Exempt ID:**

**Vendor:** 3045677
HYDRIL USA DISTRIBUTION LLC
Dessie Brown
3300 NORTH SAM HOUSTON PARKWAY EAST
HOUSTON TX 77032

**Bill To:**     TODDI
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

**Country of Ultimate Destination/Rig Name :** United States     **VAT Reg. ID:**
DW Horizon Incident
Recovery

**Shipping Priority:** Rig Down

SEAL, LATERAL T 16-3/4-15M SHEAR

Item Total                    2,305.76

| Line-Sch Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 32- 1  771722 | SEAL, TOP SHEAR RAM UPPER CARRIER | HYDRIL COM 3117111 | 3117111 | 1.00 EA | 1,095.76 | 1,095.76 | 06/03/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 43.83 | |

**Line Priority:** Rig Down
**Req Id#/ Line:** 4178502789 / 32

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT | PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400360 | | | | |

SEAL, TOP SHEAR RAM UPPER CARRIER

Item Total                    1,132.58

| Line-Sch Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 33- 1  1079754 | CAPSCREW, SOCKET HEAD | HYDRIL COM 3112156-11 | 3112156-11 | 6.00 EA | 2,225.33 | 13,351.95 | 06/05/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 534.08 | |

**Line Priority:** Rig Down

CONFIDENTIAL

BP-HZN-2179MDL07147168

(Page 30 of 45)

# Purchase Order

## TODDI

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

**Tax Exempt?N**     **Tax Exempt ID:**

**Vendor:** 3045677
HYDRIL USA DISTRIBUTION LLC
Dessie Brown
3300 NORTH SAM HOUSTON PARKWAY EAST
HOUSTON TX 77032

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| GLOBE-0000012148 | 05/23/2010 | | 21 of 27 |
| **Payment Terms** | **Freight Terms** | | **Ship Via** |
| Net 30 | Cost, Insurance & Freight | | Host Econo |
| **Buyer** | **Phone** | | **Currency** |
| Janet Leblanc | +1 9854111512 | | USD |
| **Ship To:** | DW Horizon Incident Recovery | | |

926 Degravelle Road
Amelia LA 70340
United States

**Bill To:**   TODDI
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

**Country of Ultimate Destination/Rig Name :** United States
DW Horizon Incident
Recovery

**VAT Reg. ID:**

**Shipping Priority:** Rig Down

Req Id#/ Line: 4178502769 / 33

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|
| | 00008 | 417B00 | 400360 | | | |

CAPSCREW, SOCKET HEAD

Item Total _____ 13.886.03

| Line-Sch | Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|---|
| 34- 1 | 773049 | SCREW, SHOULDER | HYDRIL COM 1900199-06005 | 1900199-06 | 4.00 EA | 58.54 | 234.16 | 06/05/2010 |

SUB Code: LA_STATE (4.0000%)        9.37

**Line Priority:** Rig Down
**Req Id#/ Line:** 4178502769 / 34

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|
| | 09008 | 417B00 | 400360 | | | |

SCREW, SHOULDER

Item Total _____ 243.53

CONFIDENTIAL

BP-HZN-2179MDL07147169

## Purchase Order

**TODDI**

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

**Tax Exempt?N     Tax Exempt ID:**

**Vendor:** 3045677
HYDRIL USA DISTRIBUTION LLC
Dessie Brown
3300 NORTH SAM HOUSTON PARKWAY EAST
HOUSTON TX 77032

| Purchase Order | | Date | Revision | Page |
|---|---|---|---|---|
| GLOBE-0000012148 | | 05/23/2010 | | 22 of 27 |
| **Payment Terms** | **Freight Terms** | | | **Ship Via** |
| Net 30 | Cost, Insurance & Freight | | | Most Econo |
| **Buyer** | | **Phone** | | **Currency** |
| Janet Leblanc | | +1 9856311512 | | USD |
| **Ship To:** | DW Horizon Incident Recovery | | | |

926 Degravelle Road
Amelia LA 70340
United States

**Bill To:**    TODDI
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

**Country of Ultimate Destination/Rig Name :**  United States
DW Horizon Incident
Recovery

**VAT Reg. ID:**

**Shipping**  Rig Down
**Priority:**

| Line-Sch Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 35- 1  773198 | SCREW, NAMEPLATE | HYDRIL COM 1900122-25 | | 4.00 EA | 3.83 | 15.30 | 06/05/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 0.61 | |

**Line Priority:**  Rig Down
**Req Id#/ Line:**  4178502769  /  35

**HTC:**

| Accounting: | BU | Cost Center/Cont | ACCOUNT | PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400360 | | | | |

SCREW, NAMEPLATE

Item Total                15.91

| Line-Sch Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 36- 1  792143 | GASKET, RING API BX-164 304 SS API 18-3/ | CAMERON IR 673327-08-01-00 | | 1.00 EA | 1,115.55 | 1,115.55 | 06/05/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 44.62 | |

**Line Priority:**  Rig Down
**Req Id#/ Line:**  4178502769  /  36

**HTC:**

| Accounting: | BU | Cost Center/Cont | ACCOUNT | PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400360 | | | | |

CONFIDENTIAL

BP-HZN-2179MDL07147170

(Page 32 of 45)

# Purchase Order

## TODDI

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

| Purchase Order | | Date | Revision | Page |
|---|---|---|---|---|
| GLOBE-0000012140 | | 05/23/2010 | | 23 of 27 |
| Payment Terms | Freight Terms | | | Ship Via |
| Net 30 | Cost, Insurance & Freight | | | Most Econo |
| Buyer | | Phone | | Currency |
| Janet Leblanc | | +1 9856311512 | | USD |
| Ship To: | DW Horizon Incident Recovery | | | |

928 Degravelle Road
Amelia LA 70340
United States

**Tax Exempt?N     Tax Exempt ID:**

Vendor:  3045677
HYDRIL USA DISTRIBUTION LLC
Dessie Brown
3300 NORTH SAM HOUSTON PARKWAY EAST
HOUSTON TX 77032

Bill To:     TODDI
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

Country of Ultimate Destination/Rig Name :  United States     VAT Reg. ID:
DW Horizon Incident
Recovery

Shipping  Rig Down
Priority:

GASKET, RING API BX-164 304 SS API 18-3/4 IN 10M AND 15M PSI

Item Total                                    1,160.17

| Line-Sch Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 37- 1  792634 | GASKET, API BX-155 316 SS | NOV NATION 6907325SS | | 4.00 EA | 101.41 | 405.65 | 06/05/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 16.23 | |

Line Priority:  Rig Down
Req IdW Line:  4178602769  /  37

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT | PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400360 | | | | |

GASKET, API BX-155 316 SS

Item Total                                    421.88

| Line-Sch Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 38- 1  C10000020 | RIG DOWN MATERIAL AS SPECIFIED BELOW | TRANSOCEAN RIG DOWN MATERIAL | | 1.00 EA | 624.15 | 624.15 | 06/05/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 24.97 | |

Line Priority:  Rig Down

CONFIDENTIAL

BP-HZN-2179MDL07147171

(Page 33 of 45)

## Purchase Order

### TODDI

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| GLOBE-0000012148 | 05/23/2010 | | 20 of 27 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 30 | Cost, Insurance & Freight | | Most Econo |
| Buyer | Phone | | Currency |
| Janet Leblanc | +1 9856111512 | | USD |
| Ship To: | DW Horizon Incident Recovery | | |

928 Degraville Road
Amelia LA 70340
United States

**Tax Exempt?** N    **Tax Exempt ID:**

**Vendor:** 3045677
HYDRIL USA DISTRIBUTION LLC
Dessie Brown
3300 NORTH SAM HOUSTON PARKWAY EAST
HOUSTON TX 77032

**Bill To:**   TODDI
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

**Country of Ultimate Destination/Rig Name :**  United States
DW Horizon Incident
Recovery

**VAT Reg. ID:**

**Shipping Priority:**  Rig Down

**Req Id#/ Line:** 4178502768 / 38

HTC:

| Accounting: | BU | Cost Center/Cont | | ACCOUNT PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY | |
|---|---|---|---|---|---|---|---|---|
| | 00008 | 417890 | 400350 | | | | | |

MFG: VGI; PN:3113411-70; Uom: EA; Desc:Cover, Protective Flange, 18 - 15M

**Item Total**    549.12

| Line-Sch | Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|---|
| 38  1 | C10000020 | RIG DOWN MATERIAL AS SPECIFIED BELOW | TRANSOCEAN RIG DOWN MATERIAL | | 1.00 EA | 15,167.50 | 15,167.50 | 06/05/2010 |
| | | | | SUT Code: LA_STATE (4.0000%) | | | 606.70 | |

**Line Priority:**  Rig Down
**Req Id#/ Line:** 4178502769 / 39

HTC:

| Accounting: | BU | Cost Center/Cont | | ACCOUNT PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY | |
|---|---|---|---|---|---|---|---|---|
| | 00008 | 417890 | 400360 | | | | | |

MFG: HYD; PN:3143825; Uom: EA; Desc:SPOOL, SPACER, 4-15, 11" LONG FLA & STD

**Item Total**    15,774.20

CONFIDENTIAL

BP-HZN-2179MDL07147172

(Page 34 of 45)

## Purchase Order

**TODDI**

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

**Tax Exempt?N     Tax Exempt ID:**

**Vendor:  3045677**
HYDRIL USA DISTRIBUTION LLC
Dessie Brown
3300 NORTH SAM HOUSTON PARKWAY EAST
HOUSTON TX 77032

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| GLOBE-0000012148 | 05/23/2010 | | 25 of 27 |
| **Payment Terms** | **Freight Terms** | | **Ship Via** |
| Net 30 | Cost, Insurance & Freight | | Most Econo |
| **Buyer** | **Phone** | | **Currency** |
| Janet Leblanc | +1 9856311512 | | USD |
| **Ship To:** | DW Horizon Incident Recovery | | |

926 Degravelle Road
Amelia LA 70340
United States

**Bill To:**     TODDI
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

Country of Ultimate Destination/Rig Name : United States          VAT Reg. ID:
DW Horizon Incident                                    Shipping   Rig Down
Recovery                                               Priority:

| Line-Sch Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 40- 1  C10000020 | RIG DOWN MATERIAL AS SPECIFIED BELOW | TRANSOCEAN RIG DOWN MATERIAL | | 16.00 EA | 9.07 | 145.12 | 06/05/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 5.80 | |

**Line Priority:**  Rig Down
**Req Id#/ Line:**  4178502769  /   40

**HTC:**

| Accounting: | BU | Cost Center/Cont | | ACCOUNT PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400360 | | | | |

MFG: HYD; PN:1900476-11050;Uom: EA; Desc:STUD BOLT, 1-3/8" - 8UNX6-1/4 LG

Item Total                                   150.92

| Line-Sch Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 41- 1  1157162 | NUT, HEX 1-3/8 IN-8 UN XVLAN COATED | HYDRIL COM 1900490-11 | | 16.00 EA | 8.55 | 136.80 | 06/05/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 5.47 | |

**Line Priority:**  Rig Down
**Req Id#/ Line:**  4178502769  /   41

**HTC:**

| Accounting: | BU | Cost Center/Cont | | ACCOUNT PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400360 | | | | |

CONFIDENTIAL

(Page 35 of 45)

## Purchase Order

### TODDI

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

**Tax Exempt?N      Tax Exempt ID:**

**Vendor:** 3045677
HYDRIL USA DISTRIBUTION LLC
Dessie Brown
3300 NORTH SAM HOUSTON PARKWAY EAST
HOUSTON TX 77032

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| GLOBE-0000012146 | 05/23/2010 | | 26 of 27 |
| **Payment Terms** | **Freight Terms** | | **Ship Via** |
| Net 30 | Cost, Insurance & Freight | | Most Econo |
| **Buyer** | **Phone** | | **Currency** |
| Janet Leblanc | +1 9856311512 | | USD |
| **Ship To:** | DW Horizon Incident Recovery | | |

926 Degravelle Road
Amelia LA 70340
United States

**Bill To:**      TODDI
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

**Country of Ultimate Destination/Rig Name :** United States     **VAT Reg. ID:**
DW Horizon Incident
Recovery

**Shipping    Rig Down
Priority:**

NUT, HEX 1-3/8 IN-8 UN XYLAN COATED

**Item Total**                      142.27

BP-HZN-2179MDL07147174

(Page 36 of 45)

## Purchase Order

**TODDI**

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

Tax Exempt?N     Tax Exempt ID:

Vendor:  3045677
HYDRIL USA DISTRIBUTION LLC
Dessie Brown
3300 NORTH SAM HOUSTON PARKWAY EAST
HOUSTON TX 77032

| Purchase Order | | Date | Revision | Page |
|---|---|---|---|---|
| GLOBE-0000012148 | | 05/23/2010 | | 27 of 27 |
| Payment Terms | Freight Terms | | | Ship Via |
| Net 30 | Cost, Insurance & Freight | | | Most Econo |
| Buyer | | Phone | | Currency |
| Janet Leblanc | | +1 9856311512 | | USD |
| Ship To: | DW Horizon Incident Recovery | | | |

926 Degravelle Road
Amelia LA 70340
United States

Bill To:    TODDI
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

Country of Ultimate Destination/Rig Name : United States    VAT Reg. ID:
DW Horizon Incident
Recovery                              Shipping   Rig Down
                                     Priority:

Total SUT Code: LA_STATE (4.0000%)      7,646.85

Total PO Amount                    398,817.83

# Transocean

**Invoice**

Page: 1232236RI
Run Date: 2010-09-17
Run Time: 12:48:10

Business Unit: 00007
Voucher Number: 01048107
Voucher Style: REG
Vendor: 3045877
Vendor Location: PRIMARY
HYDRIL USA DISTRIBUTION LLC
HYDRIL USA-001
PO BOX 841571

DALLAS, TX 75284-1571
30

Invoice Number: 1232236RI
Invoice Date: 2010-07-01
Miscellaneous: 0
Freight: 0
VAT: 0
Sales Tax: 0
Invoice Total: 14366.94
Currency: USD
Use Tax: 0
VAT Not on Invoice: 0

Payment Terms:
Control Group:
Related Voucher Number:
Lease Number:

## Voucher Line Information

| Line | Item | Description | Quantity | Unit Price | Unit Of Measure | Amount | | Distrib # | Account | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C10000025 | OTHER - SEE DESCRIPTION | 1 | 12375 | EA | 12375 | | 1 | 400360 | 12375 |
| 2 | C10000020 | RIG DOWN MATERIAL AS SPECIFIED | 8 | 52.77 | EA | 422.16 | | 1 | 400360 | 422.16 |
| 3 | 781914 | O-RING, 90 DURO 2-129 FOR PLC | 4 | 1.43 | EA | 5.72 | | 1 | 400360 | 5.72 |
| 4 | 762964 | WASHER, NORD-LOCK 7/16 | 8 | 5.61 | EA | 44.88 | | | | |

Distribution Information

Private and Confidential

**Transocean**

Invoice

Page: 2 of 2
Run Date: 2010-09-17
Run Time: 12:49:10

IN 316

| | Item | Description | Qty | Price | UOM | Amount | Distrib # | Account | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 1 | 400360 | 44.88 |
| 5 | C10000020 | RIG DOWN MATERIAL AS SPECIFIED | 2 | 418.02 | EA | 836.04 | 1 | 400360 | 836.04 |
| 6 | 793322 | FLANGE, CODE 62 4 BOLT FLAT FA | 2 | 333.92 | EA | 667.84 | 1 | 400360 | 667.84 |
| 7 | 781921 | O-RING, 90 DURO 2/123 | 4 | 3.825 | EA | 15.3 | 1 | 400360 | 15.3 |

Private and Confidential

CONFIDENTIAL

BP-HZN-2179MDL07147177

(Page 39 of 45)

## Purchase Order

## TO Offshore Deepwater Drill(B)

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

| Purchase Order | | Date | Revision | Page |
|---|---|---|---|---|
| GLORE-0000931868 | | 06/17/2010 | | 1 of 6 |
| Payment Terms | | Freight Terms | | Ship Via |
| Net 30 | | Cost, Insurance & Freight | | Most Econo |
| Buyer | | | Phone | Currency |
| Janet Leblanc | | +1 9856333512 | | USD |
| Ship To: | DW Horizon Incident Recovery | | | |

926 Degraville Road
Amelia LA 70340
United States

Tax Exempt?N     Tax Exempt ID:

Vendor:  3045677
HYDRIL USA DISTRIBUTION LLC
Dossie Brown
3300 NORTH SAM HOUSTON PARKWAY EAST
HOUSTON TX 77032

**Bill To:**      TO Offshore Deepwater Drill(B)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

Country of Ultimate Destination/Rig Name :  United States      VAT Reg. ID:
DW Horizon Incident
Recovery

Shipping   Rig Down
Priority:

Comments:   STATE OF TEXAS - EXEMPTION CERTIFICATE

THE UNDERSIGNED HEREBY CLAIMS AN EXEMPTION FROM PAYMENT OF TEXAS TAXES UNDER CHAPTER 151, TITLE 2,
1982 TAX CODE, FOR THE PURCHASE OF THE TANGIBLE PERSONAL PROPERTY DESCRIBED ON THIS PURCHASE ORDER.
THE REASON THAT SAID PURCHASER IS CLAIMING THIS EXEMPTION IS: THE PROPERTY IS DRILLING EQUIPMENT
PURCHASED FOR THE EXCLUSIVE USE OFFSHORE OUTSIDE THE
TERRITORIAL LIMITS OF THE STATE OF TEXAS. (CHAPTER 151, TITLE 2,
SECTION 151.324 (A), 1982 TAX CODE.) THE PURCHASER WILL BE LIABLE FOR PAYMENT OF THE LIMITED SALES
AND USE TAX IF THE PURCHASER USED THE TANGIBLE PERSONAL PROPERTY IN SOME OTHER MANNER OR FOR SOME
OTHER USE OTHER THAN REASON LISTED ABOVE, AND SHALL PAY THE TAX BASED ON THE PRICE PAID FOR THE
TANGIBLE PERSONAL PROPERTY. FEDERAL TAX I.D. #76-0505846 .

STATE OF LOUISIANA - EXEMPTION CERTIFICATE

THE UNDERSIGNED CERTIFIES THAT ALL PROPERTY DESCRIBED ON THIS PURCHASE ORDER IS PURCHASED FOR FIRST
USE IN THE ABOVE DESIGNATED AREA, AND QUALIFIES FOR EXEMPTION FROM LOUISIANA SALES TAX UNDER R.S.
47:305.10.  THE STATEMENT IS SIGNED WITH THE UNDERSTANDING THAT ANY PURCHASER AND/OR AGENT WHO
FRAUDULENTLY SIGNS THE STATEMENT WITHOUT THE INTENT TO USE THE PROPERTY PURCHASED AS ABOVE STATED IS
SUBJECT TO ALL PENALTIES PROVIDED BY TITLE 47 OF THE LOUISIANA REVISED STATUTES OF 1950, Louisiana
Use Tax No. 6089858001

Terms and Conditions dated June 20, 2008 shall apply and limitation of liability referred to in
clause 20 is 100% as agreed to by GE and Transocean.¿

THIS IS CONFIRMING DO NOT DUPLICATE SALES ORDER 122519 S1

Terms and Conditions dated June 20, 2008 shall apply and limitation of liability referred to in
clause 20 is 100% as agreed to by GE and Transocean.¿

| Line-Sch Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 1- 1  C10000025 | OTHER - SEE DESCRIPTION | TRANSOCEAN OTHER - 1 | | 1.00 EA | 12,375.00 | 12,375.00 | 06/17/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 495.00 | |

Line Priority:  Rig Down
Req IdW Line:  4178503721  /   1

(Page 40 of 45)

# Purchase Order

## TO Offshore Deepwater Drill(B)

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| GLOBE-0000031848 | 06/17/2010 | | 2 of 6 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 10 | Cost, Insurance & Freight | | Most Econo |
| Buyer | Phone | | Currency |
| Janet Leblanc | +1 9856311512 | | USD |
| Ship To: | DW Horizon Incident Recovery | | |

Tax Exempt?N      Tax Exempt ID:

Vendor:  3045677
HYDRIL USA DISTRIBUTION LLC
Dessie Brown
3300 NORTH SAM HOUSTON PARKWAY EAST
HOUSTON TX 77032

Ship To: 926 Degravelle Road
Amelia LA 70340
United States

**Bill To:** TO Offshore Deepwater Drill(B)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

Country of Ultimate Destination/Rig Name : United States
DW Horizon Incident
Recovery

VAT Reg. ID:

Shipping   Rig Down
Priority:

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT | PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400360 | | | | |

O & R CHARGES CONSISTING OF:  BOP ASSY 18-15 SRBOP SSTV COM A. Prep S/R Body & Bonnets For
Assembly. Assembled Complete, Hydraulic Test Opers. Wellbore Tests Per Transocean's Request &
Prepared D/R BOP for Shipment.

Item Total                        13,870.00

| Line-Sch  Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 2-  1   C10000020 | RIG DOWN MATERIAL AS SPECIFIED BELOW | TRANSOCEAN RIG DOWN MATERIAL | | 8.00 EA | 52.77 | 422.16 | 06/17/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 16.89 | |

Line Priority:   Rig Down
Req Id#/ Line:  4178503719  /   1

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT | PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400360 | | | | |

MFG: VGI; PN:1900806-07018;Uom: EA; Desc:Screw, Cap, 7/16 - 14 x 2 LG

Item Total                        439.05

CONFIDENTIAL

BP-HZN-2179MDL07147179

# Purchase Order

## TO Offshore Deepwater Drill(B)

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| GLOBE-0000031848 | 06/17/2010 | | 3 of 6 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 30 | Cost, Insurance & Freight | | Most Econo |
| Buyer | Phone | | Currency |
| Janet Leblanc | +1 9856311513 | | USD |
| Ship To: | DW Horizon Incident Recovery | | |

Tax Exempt?N    Tax Exempt ID:

Vendor: 3045677
HYDRIL USA DISTRIBUTION LLC
Dessie Brown
3300 NORTH SAM HOUSTON PARKWAY EAST
HOUSTON TX 77032

926 Degravelle Road
Amelia LA 70340
United States

Bill To:  TO Offshore Deepwater Drill(B)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

Country of Ultimate Destination/Rig Name : United States    VAT Reg. ID:
DW Horizon Incident
Recovery

Shipping    Rig Down
Priority:

| Line-Sch Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 3- 1  781914 | O-RING, 90 DURO 2-129 POR PLC BASED MINI | HYDRIL COM 1900002-129 | | 4.00 EA | 1.43 | 5.72 | 06/17/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 0.23 | |

Line Priority:  Rig Down
Req Id#/ Line:  4178503719 /   6

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT | PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400360 | | | | |

O-RING, 90 DURO 2-129 FOR PLC BASED MINI POD BOP CONTROLS 3130857-SP 8/1 0 STACK UTILIZATION
POD BOP CONTROLS 3130857-SP 8/1 0 STACK UTILIZATION

Item Total    5.95

| Line-Sch Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 4- 1  782954 | WASHER, NORD-LOCK 7/16 IN 316 SS | HYDRIL COM 1930772-04 | | 8.00 EA | 5.61 | 44.88 | 06/17/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 1.80 | |

Line Priority:  Rig Down
Req Id#/ Line:  4178503719 /   2

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT | PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400360 | | | | |

CONFIDENTIAL

BP-HZN-2179MDL07147180

(Page 42 of 45)

## Purchase Order

### TO Offshore Deepwater Drill(B)

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

Tax Exempt?N    Tax Exempt ID:

Vendor:  3045677
HYDRIL USA DISTRIBUTION LLC
Dessie Brown
3300 NORTH SAM HOUSTON PARKWAY EAST
HOUSTON TX 77032

| Purchase Order | | Date | Revision | Page |
|---|---|---|---|---|
| GLOBE-0200031845 | | 06/17/2010 | | 4 of 6 |
| Payment Terms | Freight Terms | | | Ship Via |
| Net 30 | Cost, Insurance & Freight | | | Most Econo |
| Buyer | | Phone | | Currency |
| Janet Leblanc | | +1 9856311512 | | USD |
| Ship To: | DW Horizon Incident Recovery | | | |

Ship To:    DW Horizon Incident Recovery
926 Degravelle Road
Amelia LA 70340
United States

Bill To:    TO Offshore Deepwater Drill(B)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

Country of Ultimate Destination/Rig Name : United States   VAT Reg. ID:
DW Horizon Incident
Recovery

Shipping   Rig Down
Priority:

WASHER, NORD-LOCK 7/16 IN 316 SS

Item Total                          45.55

| Line-Sch Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 5- 1  C10000020 | RIG DOWN MATERIAL AS SPECIFIED BELOW | TRANSOCEAN RIG DOWN MATERIAL | | 2.00 EA | 418.02 | 836.04 | 06/17/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 33.44 | |

Line Priority:  Rig Down
Req Id#/ Line:  4178563719 /    3

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT | PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY | |
|---|---|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400380 | | | | | |

MFG: VGI; PN:1930927-18;Uom: EA; Desc:Flange, HD, C62, 1 SS x 1 JIC (M)

Item Total                          869.55

| Line-Sch Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|
| 6- 1  793322 | FLANGE, CODE 62 4 BOLT FLAT FACE 1 IN | HYDRIL COM 3121111 | | 2.00 EA | 333.92 | 667.84 | 06/17/2010 |
| | | | SUT Code: LA_STATE (4.0000%) | | | 26.71 | |

Line Priority:   Rig Down

CONFIDENTIAL

BP-HZN-2179MDL07147181

(Page 43 of 45)

## Purchase Order

### TO Offshore Deepwater Drill(B)

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

Tax Exempt?N     Tax Exempt ID:

Vendor:  3045677
HYDRIL USA DISTRIBUTION LLC
Dessie Brown
3300 NORTH SAM HOUSTON PARKWAY EAST
HOUSTON TX 77032

| Purchase Order | | Date | Revision | Page |
|---|---|---|---|---|
| CLOSE-0000031848 | | 06/17/2010 | | 5 of 6 |
| Payment Terms | | Freight Terms | | Ship Via |
| Net 30 | | Cost, Insurance & Freight | | Most Econo |
| Buyer | | | Phone | Currency |
| Janet Leblanc | | | +1 9856311513 | USD |
| Ship To: | DW Horizon Incident Recovery | | | |

Ship To:   DW Horizon Incident Recovery

926 Degravelle Road
Amelia LA 70340
United States

Bill To:      TO Offshore Deepwater Drill(B)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

Country of Ultimate Destination/Rig Name : United States     VAT Reg. ID:
                                            DW Horizon Incident                              Shipping   Rig Down
                                            Recovery                                         Priority:

Req Id#/ Line:  4178503719  /    4

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT | PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400360 | | | | |

FLANGE, CODE 62 4 BOLT FLAT FACE 1 IN

                                            Item Total                          594.55

| Line-Sch | Item Id | Item/Description | MFG/ Part# | Vendor Part # | Quantity UOM | PO Price | Extended Amt | Promise Date |
|---|---|---|---|---|---|---|---|---|
| 7- 1 | 781921 | O-RING, 90 DURO 2/123 | HYDRIL COM 1900002-123 | | 4.00 EA | 3.83 | 15.30 | 06/17/2010 |

                    SUT Code: LA_STATE (4.0000%)                         0.61

Line Priority:   Rig Down
Req Id#/ Line:  4178503719  /    5

HTC:

| Accounting: | BU | Cost Center/Cont | ACCOUNT | PROJECT | ACTIVITY | SOURCE TYPE | RESOURCE CATEGORY |
|---|---|---|---|---|---|---|---|
| | 00008 | 417800 | 400360 | | | | |

O-RING, 90 DURO 2/123

                                            Item Total                          15.91

BP-HZN-2179MDL07147182

(Page 14 of 16)

# Purchase Order

## TO Offshore Deepwater Drill(B)

on behalf of
Transocean Holdings LLC (THL)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

Tax Exempt?N      Tax Exempt ID:

Vendor:  3021694
WORLDWIDE OILFIELD MACHINE INC.
11809 CANEMONT STREET
HOUSTON TX 77035

Country of Ultimate Destination/Rig Name :  United States
DW Horizon Incident
Recovery

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| GLCBK-0000098141 | 08/17/2010 | | 2 of 2 |
| Payment Terms | Freight Terms | | Ship Via . |
| Net 30 | Cost, Insurance & Freight | | Most Econo |
| Buyer | Phone | | Currency |
| Janet Leblanc | +1 9856311512 | | USD |
| Ship To: | DW Horizon Incident Recovery | | |

Ship To:   DW Horizon Incident Recovery

926 Degraville Road
Amelia LA 70340
United States

Bill To:     TO Offshore Deepwater Drill(B)
4 Greenway Plaza (77046)
P.O. Box 4255
Houston TX 77210
United States

VAT Reg. ID:

Shipping    Surface Freight
Priority:

Item Total                                                    6,864.00

Total SUT Code: LA_STATE (4.0000%)          264.00

Total PO Amount                               6,864.00

ATTACHMENT BP-HZN-2179MDL07147183

| Summary | Invoice Information | Payments | Voucher Attributes | Error Summary | Approval History |
|---|---|---|---|---|---|

**Business Unit:** 00007

**Voucher ID:** 01080703

**Voucher Style:** Regular

**Contract ID:**

**Vendor Name:** WORLDWIDE OILFIELD MACHINE INC.
11809 CANEMONT ST
HOUSTON, TX 77035

**Invoice Date:** 08/18/2010

**Invoice No:** 62755

**Invoice Total:** 6,600.00 USD

**Pay Terms:** Net 30

**Voucher Source:** Self-Service Invoices

**Entry Status:** Postable

**Match Status:** Matched

**Approval Status:** Approved

**Post Status:** Posted

**Origin:** ONL

**Created:** 08/24/2010

**Created By:** 694SC

**Modified:** 08/24/2010

**Modified By:** GLCNTRL

**ERS Type:** Not Applicable

**Budget Status:** Valid

**Budget Misc Status:** Valid

**Close Status:** Open

*View Related [ Payment Inquiry ] Go*

**Back To Voucher Inquiry**

**Business Unit:** 00007   **Voucher ID:** 01080703

**Vendor Name:** WORLDWIDE OILFIELD MACHINE INC.

**Gross Invoice Amount:** 6,600.00

**Invoice Number:** 62755

**Vendor Location:** PRIMARY

**Transaction Currency:** USD

**Details**

Customize | Find | View All | First ◄ 1 of 1 ► Last

| Bank SetID | Bank Code | Bank Account | Payment Reference ID | Applied Business Unit | Applied Voucher ID | Payment Date | Payment Amount | Payment Currency | Voucher Paid Amount | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|
| SHARE | WELLV | B601 | 00108696 | | | 09/07/2010 | 6,600.00 | USD | 6,600.00 | Paid |

CONFIDENTIAL

BP-HZN-2179MDL07147139

ATTACHMENT BP-HZN-2179MDL07147183



BP-HZN-2179MDL07147183

 **Transocean**

**INVOICE**
Original

THL - Gulf Coast
1311 Broadfield Blve, Suite 400
Houston                    TX      77084
United States
THL

| Invoice: | C0014-00011525 |
|---|---|
| Invoice Date: | 11/17/2010 |
| Page: | 1   of   1 |

**Bill To:**   BP Exploration and Production Inc.

C/O BP America Inc.
PWC Scanning
P.O. Box 22024

Tulsa OK 74121-2024
United States

| Customer No: | C0010042 |
|---|---|
| Rig: | Deepwater Horizon (00) |
| Payment Terms: | Net 30 |

| Line | Description | Contract Ref: | Quantity | UOM | Day Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | BOP Ram for Cap and Stack | | 1.00 | EA | 218,599.44 | 218,599.44 |
| | GE OIL & GAS | | | | | |
| | Inv# 1230908 | | | | | |
| | Sales Order#1532489 | | | | | |
| | | | | | | 218,599.44 |

**AMOUNT DUE:**                          218,599.44 USD

TWO HUNDRED EIGHTEEN THOUSAND FIVE HUNDRED NINETY-NINE AND 44 / 100
**US Dollar**

Amendment to Drilling Contract No. BPM-06-02155

MC 727 #2 (KODIAK)
PAYKEY: ZENTERWELL
WBS ELEMENT: Z4-0060V-E:Containment
Cost Element: 760015

Vendor #80309844

BOP Ram for Cap and Stack

*
-

Jess Richards
Rig Manager - Horizon Incident Response
CONTACT INFORMATION:
Tim Keller
NAM Finance
832-587-8691
tim.keller@deepwater.com
**Beneficiary Bank**
Transocean Holdings Inc
WELLS FARGO
HOUSTON USA
Bank ID:   United States Bank 121000248
SWIFT ID WFBIUS6S
Bank Account:  4133207235

CONFIDENTIAL

## Bailey, Carissa (Houston)

| | |
|---|---|
| **From:** | Richards, Jess (Houston) |
| **Sent:** | Saturday, November 20, 2010 2:50 PM |
| **To:** | Wilkerson, Hilda (Houston); Bailey, Carissa (Houston) |
| **Cc:** | McAllister, Kathleen (Houston); Keller, Tim (Houston) |
| **Subject:** | FW: DWH Invoices |
| **Importance:** High | |

Hilda / Carissa,

I have reviewed the attached invoices and you have my approval to submit to BP for payment.

Mike Wright or Bill Sannan should be able to sign these invoices for me in my absence. If you need me to sign them and scan them back to you please advise.

Regards,

### Jess M. Richards | Sector Manager - Canada

TRANSOCEAN | 66 Kenmount Road, Suite 302, Kenmount Business Centre | St. Johns, NL, Canada A1B 3V7 | office +1 709-724-6601 | mobile +1 709-687-7998 | jess.richards@deepwater.com

**From:** Wilkerson, Hilda (Houston)
**Sent:** Thursday, November 18, 2010 3:38 PM
**To:** Richards, Jess (Houston)
**Cc:** McAllister, Kathleen (Houston); Keller, Tim (Houston); Bailey, Carissa (Houston)
**Subject:** DWH Invoices
**Importance:** High

Jess,

Attached are DWH Invoices for items that were paid related to the Cap & Stack. These items include ring gaskets, shuttle valves, test lift frame, and supply of BOP fluid. All invoices are billable to BP. Please review and approve these invoices electronically so that we can FedEx them to BP as soon as possible. I appreciate your assistance.

Let me know if you have any questions.

Please include Carissa Bailey on your emails because she will send these invoices to BP in my absence.

Thanks,
Hilda Wilkerson

11/22/2010

CONFIDENTIAL

Cap and Stack

BOP Ram for Cap and Stack

Only bill $218,599

4

CONFIDENTIAL

BP-HZN-2179MDL07147186

(Page 2 of 14)

214

 GE Oil & Gas

Page 1

Remit To:
HYDRIL USA DISTRIBUTION LLC
PO BOX 841571
DALLAS TX 75284-1571

# INVOICE

| Invoice | Date | Sales Order | Br Plant | Customer# | Credit Terms |
|---|---|---|---|---|---|
| 1230908 | 05/18/10 | 1522400 SO | 4333 | 42070 | Net 30 Days |
| | | | Customer P.O.# | | 0000009081 |

**Bill To:** TRANSOCEAN OFFSHORE DEEPWATER DRILLING
PO BOX 4255
HOUSTON TX 77210-4255

**Ship To:** TRANSOCEAN OFFSHORE
WILL CALL
HYDRIL HTC
3300 SAM HOUSTON PKWY E
HOUSTON TX 77032

| Requested | Promise Date | Ordered by | Destination | Delivery Instructions |
|---|---|---|---|---|
| 05/18/10 | | James L. | LOUISIANA | |
| Hydril Rep | | Hydril Salesman | HASKETT KYLE | |

| Line# | Item / Description | Quantity | UM | List Price | Net Price | Total |
|---|---|---|---|---|---|---|
| | Freight Terms: FCA FREE CARRIER (INCOTERM) | | | | | |
| 1.000 | C-6954 | 1.00 | EA | 218599.4400 | 218599.4400 | 218,599.44 |
| | RAM BOP ASSY 18-15M DR | | | | | |
| | TRANSOCEAN | | | | | |
| | | | | | | |
| | THIS INVOICE IS BILLED IN U.S. DOLLARS | | | | | |
| | | | | | | |
| | IF THERE ARE QUESTIONS ABOUT THIS INVOICE CALL 281-985-3543 | | | | | |
| | or FAX 281-715-4253 | | | | | |
| | or HydrilCredit@ge.com | | | | | |
| | WIRE TRANSFERS: | | | | | |
| | BENEFICIARY: HYDRIL USA DISTRIBUTION LLC | | | | | |
| | BANK: DEUTSCHE BANK TRUST CO. | | | | | |
| | LOCATION: | | | | | |
| | BANK ABA: 021001033 | | | | | |
| | SWIFT CODE: BKTRUS33 | | | | | |
| | ACCOUNT: 50284048 | | | | | |

| | | Before Tax | 218,599.44 |
|---|---|---|---|
| Tax ID: | *Last page | Total Tax | 18,034.45 |
| | | Total Order | 236,633.89 |

*Hydril General Terms and Conditions are expressly made a part of this contract.*

CONFIDENTIAL

BP-HZN-2179MDL07147187

(Page 3 of 14)

## Ademola, Folake (Houston)

| | |
|---|---|
| **From:** | Prochazka, Janice (Houston) |
| **Sent:** | Wednesday, September 29, 2010 4:31 PM |
| **To:** | Ademola, Folake (Houston) |
| **Cc:** | Duran, Sandra (Houston); Perez, Jesus (Houston); Roman, Elvira (Houston); Flores, Maria (Houston) |
| **Subject:** | Hydril 00007 01099751 |

Folake,

Reference voucher is self service and has sales tax charges.  (I denied the voucher)

Please obtain a credit from Hydril noting I will not pay this voucher until we have the credit in hand from them.

Thanks,
Janice

CONFIDENTIAL

BP-HZN-2179MDL07147188



**Voucher Entry**

Page 1 of 1

New Window | Help | Customize Page | 

| Summary | Related Documents | Invoice Information | Payments | Voucher Attributes | Error Summary | ▶ |

| Business Unit: | 00007 | Invoice Date: | 08/10/2010 |
| Voucher ID: | 01071197 | Invoice No: | 1230908RI |
| Voucher Style: | Regular | Invoice Total: | 68,704.11   USD |
| Contract ID: | | | |
| Vendor Name: | HYDRIL USA DISTRIBUTION LLC | Pay Terms: | Net 30 |
| | PO BOX 841571 | Voucher Source: | Self-Service Invoices |
| | DALLAS, TX 75284-1571 | | |
| Entry Status: | Postable | Origin: | ONL |
| Match Status: | Matched | Created: | 06/11/2010 |
| Approval Status: | Approved | Created By: | J.Anker_12 |
| Post Status: | Posted | Modified: | 08/12/2010 |
| | | Modified By: | GLCNTRL |
| | | ERS Type: | Not Applicable |
| Budget Status: | Valid | Close Status: | Open |
| Budget Misc Status: | Valid | | |

**\*View Related**     [ Payment Inquiry      ▼]   Go

[📋 Save]  [↩ Return to Search]  [📄 Previous in List]  [📄 Next in List]  [📧 Notify]  [🔄 Refresh]                    [📋 Add

Summary | Related Documents | Invoice Information | Payments | Voucher Attributes | Error Summary | Approval History

CONFIDENTIAL                                                            BP-HZN-2179MDL07147189

(Page 5 of 14)

SUPPORTING

OCT 1 5 2010

**GE Oil & Gas**

DOCUMENTS

Page   1

Remit To:
HYDRIL USA DISTRIBUTION LLC
PO BOX 841571
DALLAS TX 75284-1571

## V.01115183 **INVOICE**

| Invoice | | Date | Sales Order | Br Plant | Customer | | Credit Terms | |
|---|---|---|---|---|---|---|---|---|
| 379214 | RM | 10/06/10 | 51375 | CT | 4333 | 42070 | Net 30 Days | |
| | | | | | Customer P.O.# | DDC0008061 | | |

Sold To:   TRANSOCEAN OFFSHORE DEEPWATER DRILLING   Ship To:   TRANSOCEAN OFFSHORE
           PO BOX 4255                                        WILL CALL
           HOUSTON TX 77210-4255                              HYDRIL BTC
                                                              3300 SAM HOUSTON PKWY E
                                                              HOUSTON TX 77032

| Requested | Promise Date | Ordered by | | Destination | | Delivery Instructions | |
|---|---|---|---|---|---|---|---|
| 09/20/10 | 09/30/10 | | | LOUISIANA | | Orig Inv 1230908 Date 051810 | |
| Hydril Rep | MICHELLE FELLER | Hydril Salesman | BASKETT KYLE | | | CUSTOMER TAX EXEMPT | |

| Line# | Item / Description | Quantity | UM | List Price | | Net Price | Total |
|---|---|---|---|---|---|---|---|
| | Freight Terms: FCA  FREE CARRIER (INCOTERM) | | | | | | |
| 1.000 | TAE2350 | 1.00- EA | | 18034.4500 | | 18034.4500 | 18,034.45- |
| | TAX CLEARING | | | | | | |
| | RELATED CHGGE: 01230908 RI | | | | | | |
| | THIS INVOICE IS BILLED IN U.S. DOLLARS | | | | | | |
| | IF THERE ARE QUESTIONS ABOUT THIS INVOICE CALL 281-985-3541 | | | | | | |
| | or FAX 281-715-6251 | | | | | | |
| | or HydrilCredit@ge.com | | | | | | |
| | WIRE TRANSFERS: | | | | | | |
| | BENEFICIARY: HYDRIL USA DISTRIBUTION LLC | | | | | | |
| | BANK: DEUTSCHE BANK TRUST CO. | | | | | | |
| | LOCATION: | | | | | | |
| | BANK ABA: 021001033 | | | | | | |
| | SWIFT CODE: BKTRUS33 | | | | | | |
| | ACCOUNT: 50284048 | | | | | | |

*Regular
 - $*

Tax ID:                *last page

| | |
|---|---|
| Total Tax | |
| Total Order | 18,034.45- |

This credit will go against.
V.01099751. and   v.01071197.
*Voucher 01071197 already paid

**File Copy**

CONFIDENTIAL

BP-HZN-2179MDL07147190

(Page 6 of 14)

## Return Good Authorization / Credit Request
Hydril USA Distribution LLC

RGA / Credit number: 5127SCT
Re-bill number: _____
(if applicable)

Customer Name: Transocean

MTN no. if issued ____ yes ____ no

Destination: Louisiana

Original Order No: 1538489

Invoice attached: ____ yes ____ no

Bill To # 42070 ✓

Original Invoice No: 1230908

Original Order attached: ____ yes ____ no

Ship To # 38592 ✓

Warehouse No: 4333

Re-bill attached: ____ yes ____ no

PO # 00000806 61

**Explanation for return / credit:**

Customer TAX Exempt

| Quantity | Part Number | Description | Unit Net Price | Extended Amount |
|---|---|---|---|---|
| 1 | Tax 2850 | Texas | | (18,034.45) |
| — | | | — | |
| — | | | — | |
| — | | | — | |
| — | | | — | |
| | | | TOTAL CREDIT | (18,034.45) ✓ |

Requested by: _____ Date: 9-30-10

Vice President: _____ (Up to $50,000)   Date: _____

Manager Approval: _____ (Up to $10,000)   Date: 10/5/10

Exec. VP & Con: _____ (Up to $100,000)   Date: _____

Director Approval: _____ (Up to $25,000)   Date: 10/5/12

524-0PA-10-510

Copies to: Manager Sales Administration // Accounting Department

CONFIDENTIAL

(Page 7 of 14)

5B95CT

Page 1

 GE Oil & Gas

Remit To:
HYDRIL USA DISTRIBUTION LLC
PO BOX 841871
DALLAS TX 75284-1871

**INVOICE**

| Invoice | Date | Sales Order | Bill of Lading | Customer # | Credit Terms |
|---|---|---|---|---|---|
| 1230808 | 05/18/10 | 1522489 SO | 4233 | 42070 | Net 20 Days |
| | | | Customer P.O.# | 0000008061 | |

Bill To: TRANSOCEAN OFFSHORE DEEPWATER DRILLING
PO BOX 4255
HOUSTON TX 77210-4255

Ship To: TRANSOCEAN OFFSHORE
WILL CALL
HYDRIL HTC
3300 SAM HOUSTON PKWY E
HOUSTON TX 77032
33592

| Ordered By | Promise Date | Ordered Via | Destination | Delivery Instructions |
|---|---|---|---|---|
| 05/18/10 | | Janet L. | LOUISIANA | |
| Order Receipt | | Salesman: HASKETT KYLE | | |

| Line# | Item / Description | Quantity | UM | List Price | Net Price | Total |
|---|---|---|---|---|---|---|
| | Freight Terms: FCA  FREE CARRIER (INCOTERM) | | | | | |
| 1.000 | C-6954 | 1.00 | EA | 218599.4400 | 218599.4490 | 218,599.44 |
| | SAM BOP ASSY 18-15M GK | | | | | |
| | TRANSOCEAN | | | | | |
| | THIS INVOICE IS BILLED IN U.S. DOLLARS | | | | | |
| | IF THERE ARE QUESTIONS ABOUT THIS INVOICE CALL 381-905-3541 | | | | | |
| | or FAX  381-735-6353 | | | | | |
| | or HydrilCredit@ge.com | | | | | |
| | WIRE TRANSFERS: | | | | | |
| | BENEFICIARY:  HYDRIL USA DISTRIBUTION LLC | | | | | |
| | BANK: DEUTSCHE BANK TRUST CO. | | | | | |
| | LOCATION: | | | | | |
| | BANK ABA:  021001033 | | | | | |
| | SWIFT CODE:  BKTRUS33 | | | | | |
| | ACCOUNT: 50284068 | | | | | |

| | | | | | Before Tax | 218,599.44 |
| Tax ID: | | *last page | | | Total Tax | 18,036.45 |
| | | | | | Total Order | 236,635.89 |

*Hydril General Terms and Conditions are expressly made a part of this contract.*

CONFIDENTIAL

BP-HZN-2179MDL07147192

(Page 6 of 14)



CONFIDENTIAL

(Page 9 of 14)

## TEXAS SALES AND USE TAX EXEMPTION CERTIFICATION

| Name of purchaser, firm or agency | |
|---|---|
| TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC. | |
| Address (Street & number, P.O. Box or Route number) | Phone (Area code and number) |
| 4 Greenway Plaza | (713) 232-7500 |
| City, State, ZIP code | |
| Houston TX 77046-0400 | |

I, the purchaser named above, claim an exemption from payment of sales and use taxes (for the purchase of taxable items described below or on the attached order or invoice) from:

Seller: Hydril Distribution USA

Street address: 3300 N Sam Houston Parkway E _____ City, State, ZIP code: Houston TX 77032-3411

Description of items to be purchased or on the attached order or invoice:

Oil and gas drilling equipment

Purchaser claims this exemption for the following reason:

Texas Administrative Code, Chapter 151, Title 2, §151.324(a): The tangible personal property is drilling equipment purchased for exclusive use offshore outside the territorial limits of the State of Texas.

I understand that I will be liable for payment of all state and local sales or use taxes which may become due for failure to comply with the provisions of the Tax Code and/or all applicable law.

I understand that it is a criminal offense to give an exemption certificate to the seller for taxable items that I know, at the time of purchase, will be used in a manner other than that expressed in this certificate, and depending on the amount of tax evaded, the offense may range from a Class C misdemeanor to a felony of the second degree.

| Purchaser | Title | Date |
|---|---|---|
| sign here ▶ | Grace Chou, Tax Manager | 08/17/2010 |

NOTE: This certificate cannot be issued for the purchase, lease, or rental of a motor vehicle.
THIS CERTIFICATE DOES NOT REQUIRE A NUMBER TO BE VALID.
Sales and Use Tax "Exemption Numbers" or "Tax Exempt" Numbers do not exist.

This certificate should be furnished to the supplier. Do not send the completed certificate to the Comptroller of Public Accounts.

CONFIDENTIAL

(Page 10 of 14)

LGST 9 O/S
R-1023

**STATE OF LOUISIANA**
**DEPARTMENT OF REVENUE**

**OFFSHORE EXEMPTION CERTIFICATE**
For purchases of tangible personal property to be stored for
first use in the offshore area beyond the territorial
boundaries of Louisiana or any other state

| | | | |
|---|---|---|---|
| Effective Date: | 3/4/2009 | Expiration Date: | 12/31/2799 |
| Name of Purchaser: | TRANSOCEAN OFFSHORE VENTURES INC | | |
| Address (principal office): | 4 Greenway Plaza | | |
| | Houston, Texas 77046-0400 | | |

Address (location of storage of tax-free property):     226 DeGravelle Road
                                                        Amelia, Louisiana 70340

Louisiana Sales Tax Registration Account Number:     6021950-001/D8

The purchaser certifies that he has been issued the Offshore Registration Number indicated hereon by the Department of Revenue, in accordance with the provisions of Revised Statute 47:305.10, as amended by Act 631 of the 1985 Regular Session.

The purchaser further certifies that the tangible personal property purchased tax-free through issuance of this certificate from:

**Hydril Distribution USA        3380 N San Houston Pkwy E        Houston TX 77032-3411**

and is purchased for first use in the offshore area beyond the territorial limits of Louisiana or any other state, and that the specific area name, block number, and lease number is not known at the time of purchase. Should any of the property purchased herewith be used for a taxable purpose, the correct use tax will be remitted for such property for the proper reporting period. Resale, exchange, trade, or use of the property within the territorial limits of Louisiana, or any other state, or any foreign country constitutes use for a taxable purpose. The purchaser further certifies that account records will be maintained and remain available for examination by agents of the Department of Revenue, that will accurately record and identify the actual location of use or other disposition of all property purchased herewith, and that these records will be retained for a sufficient length of time to facilitate the examination of any unprescribed tax periods.

Any purchaser or agent who fraudulently issues this certificate shall be subject to revocation of the Offshore Registration privilege, as well as all the penalties provided for by Title 47 of the Louisiana Revised Statutes.

_(signature)_                                    August 17, 2010
Purchaser's Signature   Croos Chou            Date

Tax Manager                                    832-587-6262
Title                                          Telephone

NOTE TO VENDOR: This certificate is incomplete if the purchaser's Registration Account Number shown above does not bear the "O/S" designation. Acceptance of any incomplete certificate in lieu of the tax may subject you to a liability for all taxes due. Verification of an account number in doubt may be made by contacting the Louisiana Department of Revenue, Sales Tax Division, P. O. Box 3863, Baton Rouge, LA 70821-3863 at (504) 925-7356 or (504) 925-7533 (TDD).

BP-HZN-2179MDL07147195

## Williams, Antionette (GE Oil & Gas)

**From:** Taylor, William J. (GE, Corporate)
**Sent:** Wednesday, August 25, 2010 12:16 PM
**To:** Williams, Antionette (GE Oil & Gas)
**Subject:** RE: Texas and Louisiana sales tax exemption certificates for Resource Rig Supply Inc. and Transocean.

they look great.

Don't hesitate to let me know if there is a time crush on any others.  I normally do them all on Friday otherwise.

BT


William J. Taylor, III
Manager - Sales, Use & Excise Taxes
GE

T  +1 239 276 2169
M +1 239 823 8093
F  +1 866 741 3548
E william.taylor@ge.com

4211 Metro Parkway
Fort Myers, FL 33916
General Electric Company

GE imagination at work

-----Original Message-----
**From:** Williams, Antionette (GE Oil & Gas)
**Sent:** Wednesday, August 25, 2010 10:35 AM
**To:** Taylor, William J. (GE, Corporate)
**Subject:** RE: Texas and Louisiana sales tax exemption certificates for Resource Rig Supply Inc. and Transocean.

Good Morning,

I have attached a tax exemption certificate for Resource Rig Supply & Transocean, for your approval.

**From:** Williams, Antionette (GE Oil & Gas)
**Sent:** Monday, August 23, 2010 9:11 AM
**To:** Taylor, William J. (GE, Corporate)
**Subject:** Texas and Louisiana sales tax exemption certificates for Resource Rig Supply Inc. and Transocean.


Good Morning,


8/25/2010

CONFIDENTIAL

BP-HZN-2179MDL07147196

(Page 12 of 14)

### Ademola, Folake (Houston)

| | |
|---|---|
| **From:** | Gonzalez, Margarita (GE Capital) [Margarita.Gonzalez@ge.com] |
| **Sent:** | Thursday, October 14, 2010 12:05 PM |
| **To:** | Ademola, Folake (Houston) |
| **Cc:** | Duran, Sandra (Houston); Perez, Jesus (Houston); Williams, Antionette (GE Oil & Gas); Raymond, Christi (GE Oil & Gas) |
| **Subject:** | RE: INV# 1230908RI - CREDIT REQUIRED FOR THE SALES TAX ON THIS INVOICE BEFORE RELEASE FOR PAYMENT |

**Attachments:** 379214.TIF

Hello Folake,

Attached is a copy of tax credit note 379214, please advise when we can expect payment for the remaining balance of $ 149,895.33 sitting on invoice 1230908.

Regards,

Margarita Gonzalez
GE Oil & Gas, Hydril USA Distribution
Working Capital Solutions

T 905 858 5256
F 905 530 1879
D *250 5256
E Margarita.Gonzales@ge.com

---

**From:** Ademola, Folake (Houston) [mailto:Folake.Ademola@deepwater.com]
**Sent:** Monday, October 11, 2010 9:49 AM
**To:** Raymond, Christi (GE Oil & Gas)
**Cc:** Gonzalez, Margarita (GE Capital); Williams, Antionette (GE Oil & Gas); Anker, Jennifer (GE Oil & Gas, Non-GE); Duran, Sandra (Houston); Perez, Jesus (Houston)
**Subject:** RE: INV# 1230908RI - CREDIT REQUIRED FOR THE SALES TAX ON THIS INVOICE BEFORE RELEASE FOR PAYMENT
**Importance:** High

Hello Christi,

I am following up on the tax credit in the amount of $18,034.45. We are yet to receive the credit memo. Please note that we are unable to pay the balance of your inv# 1230908RI until we receive this credit.

Please note that we are yet to receive the credit memo in the amount of $13620.84, per the attached email. I will appreciate it if you can send these two credit memo to me.

Thank you in advance.

Folake Ademola
Accounts Payable & Settlements
Global Supply Chain

10/14/2010

Phone: 713.232.7945
Fax#: 832.587.6630
folake.ademola@deepwater.com
Transocean Offshore Deepwater Drilling Inc.

**From:** Raymond, Christi (GE Oil & Gas) [mailto:Christi.Raymond@ge.com]
**Sent:** Thursday, September 30, 2010 9:38 AM
**To:** Ademola, Folake (Houston)
**Cc:** Gonzalez, Margarita (GE Capital); Williams, Antionette (GE Oil & Gas); Anker, Jennifer (GE Oil & Gas, Non-GE)
**Subject:** RE: INV# 1230908RI - CREDIT REQUIRED FOR THE SALES TAX ON THIS INVOCIE BEFORE RELEASE FOR PAYMENT

Folake,

Per our conversation, original invoice 1230908RI is attached.  This invoice is dated 05/18/10 and was short paid due to some issue with the Transocean portal.

We will issue a tax credit for the full amount of tax of $18,034.45.

Thanks,
Christi

**From:** Ademola, Folake (Houston) [mailto:Folake.Ademola@deepwater.com]
**Sent:** Thursday, September 30, 2010 9:13 AM
**To:** Raymond, Christi (GE Oil & Gas)
**Cc:** Gonzalez, Margarita (GE Capital)
**Subject:** FW: INV# 1230908RI - CREDIT REQUIRED FOR THE SALES TAX ON THIS INVOCIE BEFORE RELEASE FOR PAYMENT
**Importance:** High

Hello Christi.

I forgot to copy you in the email below to Margarita.

Thank you.

Folake Ademola
A/P Analyst
Accounts Payable & Settlements
Global Supply Chain
Phone: 713.232.7945
Fax#: 832.587.6630
folake.ademola@deepwater.com
Transocean Offshore Deepwater Drilling Inc.

**From:** Ademola, Folake (Houston)
**Sent:** Wednesday, September 29, 2010 4:52 PM
**To:** 'Gonzalez, Margarita (GE Capital)'
**Cc:** Roman, Elvira (Houston); Perez, Jesus (Houston); Duran, Sandra (Houston); Flores, Maria (Houston)

10/14/2010

CONFIDENTIAL

**Subject:** INV# 1230908RI

Hello Margarita,

Your invoice# 1230908RI dated 09/22/2010 in the amount of $167,929.68 is pending payment in the system due to the sales tax amount of $12,798.34 included in the invoice amount. In order for us to release this invoice for payment we will need for you to issue us a credit in the amount of $12,798.34. Please send me a copy of this credit as soon as you can so your inv# 1230908RI can be paid.

Thank you,

**Folake Ademola**
**Accounts Payable & Settlements**
**Global Supply Chain**
**Phone: 713.232.7945**
**Fax#: 832.587.6630**
**folake.ademola@deepwater.com**
**Transocean Offshore Deepwater Drilling Inc.**

10/14/2010

CONFIDENTIAL

BP-HZN-2179MDL07147199