| Claimant | Document Number | Date Filed |
|---|---|---|
| Quentin A. Mouton | 133839 | 4/20/13 |
| Christian Dupont Lapeyre | 132040 | 4/19/13 |
| Colette Lapeyre | 132048 | 4/19/13 |
| Gary A. Daigle | 132054 | 4/19/13 |
| Melanie M. Daigle | 132091 | 4/19/13 |
| Stanwood Richardson Duval, Jr. | 132066 | 4/19/13 |
| Janet L. Daley | 132076 | 4/19/13 |
| Ronald Anthony Sampey | 132099 | 4/19/13 |
| Property Trusts, LLC | 132175 | 4/19/13 |
| Pump Rentals, LLC | 132735 | 4/19/13 |
| Integrity Oilfield Services, LLC | 132743 | 4/19/13 |
| EBI Liftboats, LLC | 132749 | 4/19/13 |
| EBI Crane Services, LLC | 132752 | 4/19/13 |
| Duralite Quarters, Inc. d/b/a Duralite Insulators | 132759 | 4/19/13 |
| Savoy Consulting, Inc. | 131270 | 4/18/13 |
| William Coyle | 131264 | 4/18/13 |
| T & T Investment Corporation & Subsidiary | 131268 | 4/18/13 |
| CASA of Terrebonne, Inc. | 131260 | 4/18/13 |
| Rory Oncale | 131257 | 4/18/13 |

| Claimant | Document Number | Date |
|---|---|---|
| PMT Enterprise, LLC | 131281 | 4/18/13 |
| Lori Davis | 131277 | 4/18/13 |
| Rig Chem, Inc. | 131272 | 4/18/13 |
| Pure Blend, LLC | 131276 | 4/18/13 |

# EXHIBIT A