UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL NO. 2179 "J"(1) |
| | | JUDGE BARBIER |
| | | MAGISTRATE SHUSHAN |
| THIS DOCUMENT APPLIES TO: Case No. 12-311 | * * * | JURY TRIAL DEMANDED |

### LIBERTY'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL

Defendant Liberty International Underwriters, Inc. ("LIU") moves the Court for leave to file its Reply in support of its Motion to Compel Cameron to Respond to Request for Production of Documents. LIU's Reply addresses arguments raised by Cameron in its opposition and further clarifies the facts and laws supporting LIU's position.

Accordingly, LIU requests that the Court grant its Motion for Leave and permit Liberty to file its Reply.

Respectfully submitted,

*/s/ Judy Y. Barrasso*
Judy Y. Barrasso, 2814
Celeste Coco-Ewing, 25002
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
504.589.9700 (Telephone)
504.589.9701 (Facsimile)

And

Christopher W. Martin
Federal I.D. 13515
Gary L. Pate
Federal I.D. 29713
808 Travis, Suite 1800
Houston, Texas 77002
713-632-1700 (Telephone)
713-222-0101 (Facsimile)

**Attorneys for Liberty International Underwriters, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion for Leave has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of June, 2013.

/s/ Judy Y. Barrasso

880438