UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig      MDL NO. 2179
      "Deepwater Horizon" in the Gulf
      of Mexico, on April 20, 2010     SECTION J

Applies to: *All Cases*     JUDGE BARBIER
       MAGISTRATE JUDGE SHUSHAN

**ORDER**

**[Regarding Capping Stack]**

On June 6, 2013, Transocean reported an urgent need for spare capping equipment and sought its return. Transocean has demonstrated a need for the Capping Stack in its operations.

At the June 7, 2013 working group conference, BP reported that the ownership of the Capping Stack was disputed in that at least the main working parts, the rams, belonged to it. BP was asked to submit a response to Transocean's demand during the week of June 10, 2013. By the same deadline, the U.S. was to report its position on the return of the Capping Stack. Rec. doc. 10339 at 2. On June 14, 2013, BP submitted a statement of its position. Rec. doc. 10545. The U.S. did not take a position.

The ownership of the Capping Stack is disputed. Neither the Court nor the parties have the time to prepare for and try the issues associated with the ownership of the Capping Stack and its parts. These issues can be resolved later in the MDL proceeding. The Capping Stack has been the object of intense scrutiny in preparation for the trial of Phase Two. The release of the Capping Stack at this time will not prejudice the trial of Phase Two. If, in a later proceeding, it is determined that BP is the owner of the Capping Stack, a judgment will be issued in its favor and against Transocean for the value of the Capping Stack.

IT IS ORDERED that:

1. Transocean's request for authorization to remove the Capping Stack from Michoud is GRANTED.

2. BP's claim to the ownership of the Capping Stack is preserved. The claim, including the value of the Capping Stack and its parts, will be resolved in subsequent proceedings in MDL 2179.

3. The deadline for BP's appeal of this order is **noon on Friday, July 12, 2013.** The order is stayed pending resolution of BP's appeal.

New Orleans, Louisiana, this 28th day of June, 2013.

**SALLY SHUSHAN**
**United States Magistrate Judge**

cc: Captain Englebert