UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL NO. 2179 "J"(1) <br><br> JUDGE BARBIER <br><br> MAGISTRATE SHUSHAN |
| THIS DOCUMENT APPLIES TO: Case No. 12-311 | * * * | **JURY TRIAL DEMANDED** |

## O R D E R

Considering the foregoing Liberty's Motion for Leave to File Reply in Support of Motion to Compel;

IT IS ORDERED that Defendant Liberty International Underwriters, Inc. be and is hereby granted leave to file its Reply.

New Orleans, Louisiana, this __29th__ day of June, 2013.

_____
United States Magistrate Judge