# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: ) | |
| ) | |
| OIL SPILL BY THE OIL RIG ) | MDL No. 2179 |
| "DEEPWATER HORIZON" IN THE ) | |
| GULF OF MEXICO ON APRIL 20, ) | Section J |
| 2010 ) | |
| ) | JUDGE BARBIER |
| These pleadings apply to ) | |
| ) | |
| *Abney, et al. v. Plant Performance Services, LLC* ) | MAGISTRATE SHUSHAN |
| *et al.*, 2:13-cv-00582-CJB-SS ) | |
| ) | |
| FLN/3:13-cv-00024-MCR-EMT ) | |
| ) | |

## ORDER ON MOTION FOR BRIEF EXTENSION OF TIME
## TO FILE AND SERVE PLAINTIFF PROFILE FORMS

**THIS CAUSE** came before the Court for Motion for Brief Extension of Time to File and Serve Plaintiff Profile Forms:

**THERFORE IT IS ORDERED AND ADJUDGED:**

The plaintiffs are granted an extension of time up to and including August 19, 2013 to submit plaintiff profile forms.

**DONE AND ORDERED** in Chambers United States District Court, Eastern District of Louisiana this ____ day of July, 2013.

_____
MAGISTRATE SUSHAN