UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES BRYANT, <br> HENRY JENKINS, <br> STEVEN BURKE, <br> WILLIE RICHARDSON, <br> NATHAN S. SOUTHERN, <br> MARION G. BAREFOOT, <br> BARON BUSKELL, <br> JOHNNIE CLOPTON, <br> TOMMY TRIPP <br>               Plaintiffs, <br><br> VERSUS <br><br> BP EXPLORATION & PRODUCTION, INC., ET AL <br>               Defendants. | CIVIL ACTION NO. 13-2879 <br><br> SECTION: "J(1)" <br><br> Honorable CARL J. BARBIER <br><br> Magistrate Judge SHUSHAN |

## MOTION TO ENROLL
## ADDITIONAL COUNSEL OF RECORD FOR PLAINTIFFS

COMES NOW, Allen W. Lindsay, Jr., Esq. of Lindsay & Andrews, P.A., attorney of record for Plaintiffs who respectfully requests that this Honorable Court to allow enrollment of Frank J. D'Amico, Jr., Esq. of The Law Offices of Frank J. D'Amico, Jr., APLC as additional counsel of record for Plaintiffs listed in the above captioned matter.

Respectfully Submitted:

/s/ Allen W. J. Lindsay, Jr.     AND     /s/ Frank J. D'Amico, Jr.
**LINDSAY & ANDREWS, P.A.**            **FRANK J. D'AMICO, JR. APLC**
Allen W. Lindsay, Jr.                              Frank J. D'Amico, Jr.
5218 Willing Street                                 622 Baronne Street
Milton, FL  32570                                   New Orleans, LA 70113
Phone:  850-623-3200                        Phone: 504.525.7272
Fax:  850-623-0104                              Fax: 504-525-9522