UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES BRYANT, | * | CIVIL ACTION NO. 13-2879 |
| HENRY JENKINS, | * | |
| STEVEN BURKE, | * | SECTION: "J(1)" |
| WILLIE RICHARDSON, | * | |
| NATHAN S. SOUTHERN, | * | Honorable CARL J. BARBIER |
| MARION G. BAREFOOT, | * | |
| BARON BUSKELL, | * | Magistrate Judge SHUSHAN |
| JOHNNIE CLOPTON, | * | |
| TOMMY TRIPP | * | |
| Plaintiffs, | * | |
| | * | |
| VERSUS | * | |
| | * | |
| BP EXPLORATION & PRODUCTION, INC., | * | |
| ET AL | * | |
| Defendants. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO ENROLL
## ADDITIONAL COUNSEL OF RECORD FOR PLAINTIFFS

### ORDER

Considering the foregoing Motion,

**IT IS ORDERED** that the Plaintiffs' Motion to Enroll Frank J. D'Amico, Jr., Esq. as Additional Counsel is **GRANTED**.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
HONARABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE