## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** <br> **"Deepwater Horizon" in the Gulf** <br> **of Mexico, on April 20, 2010** | **MDL NO. 2179** <br><br> **SECTION J** |
| **Applies to:** *All Cases* | **JUDGE BARBIER** <br> **MAGISTRATE JUDGE SHUSHAN** |

### ORDER

### [Regarding Request for Partial Reconsideration of Order Regarding Motion to Strike (Rec. doc. 10477)]

The United States has asked for reconsideration of a portion of the undersigned's ruling regarding BP's/Anadarko's motion to strike rebuttal experts for the United States. Rec. doc. 10551.[1] The U.S. asks the Court to reconsider striking the passage on p. 28 of Pooladi-Darvish's rebuttal report because the undersigned ruled it was not responsive to the Zimmerman report, but the U.S. submits that the opinion was offered in rebuttal to BP's/Anadarko's expert, Blunt. The undersigned found that the opinion expressed by Pooladi-Darvish were new opinions not expressed in his initial report. Thus, the only issue is whether his opinion is in rebuttal to an opinion expressed Dr. Blunt.

The U.S. argues that the opinion is directed to Blunt's estimate that the PVC fell within a range of 4.3 to 8.6 microsips. It submits that Pooladi-Darvish is rebutting Blunt and his alleged failure to acknowledge the real uncertainty range surrounding his input parameters. Rec. doc. 10551 at p. 2. Reviewing the Blunt report regarding PVC (pp. 30-32),[2] Pooladi-Darvish questions the certainty of test results from laboratory conditions as opposed to what the reservoir rock experience was as the Macondo well flowed.

---

[1] The undersigned's ruling on the motion to strike (Rec. 10477) has been appealed by the U.S. (Rec. doc. 10533).

[2] Pooladi-Darvish, in his rebuttal report pp. 27-28, does reply to Zimmerman's use of a value of approximately 6 microsips.

BP, in its reply letter of July 1, 2013, rec. doc. 10555, argues that regardless of whose it "rebuts," the section should be stricken because: 1) Pooladi-Darvish opined in his initial report regarding compressibility and the rebuttal report contradicts that opinion; 2) it does nothing but repeat a statement made by Kelkar in his first report; and 3) it offers a late and new calculation of a compressibility value between 16 and 25.

For the third cited reason, a new estimate of microsips and compressibility is not proper rebuttal. In addition, Pooladi-Darvish's stated opinions in the deleted section on p. 28 of his rebuttal report could all have been stated in his original report and are not in direct rebuttal to Blunt.

Accordingly, the motion to reconsider (rec. doc. 10477) is DENIED.

An appeal of this ruling must be filed by **Wednesday, July 3, 2013 at noon.** Scheduled depositions will not be suspended.

New Orleans, Louisiana, this 1st day of July, 2013.

**SALLY SHUSHAN**
**United States Magistrate Judge**