# EXHIBIT "A"

| CLAIMANT | DATE FILED | SHORT FORM |
|---|---|---|
| Toren's Painting LLC | 03/22/13 | 125290 |
| Insurance Protection Services, LLC | 03/22/13 | 125244 |
| St. Peters Street Bar, Inc. | 03/22/13 | 125225 |
| Central Monitoring Inc. | 03/22/13 | 125138 |
| Toulouse Street Bar | 03/22/13 | 125183 |
| Gainey & Son, Excavation, LLC | 03/22/13 | 125117 |
| On The Town, Inc. | 03/25/13 | 126000 |
| Royal St. Charles, LLC | 03/25/13 | 126030 |
| Meeks Seafood, LLC | 03/25/13 | 126072 |
| Allied Shipyard, Inc. | 03/25/13 | 126113 |
| JDMS Enterprises, LLC | 03/25/13 | 126154 |
| RR & N d/b/a Triple Play | 03/25/13 | 126173 |
| Sanders, Linn | 03/25/13 | 126245 |
| Dinh, Christine | 03/25/13 | 126247 |
| Nail Fetish | 03/25/13 | 126249 |
| Sal's 90 West, LLC | 03/25/13 | 126280 |
| Chassin Tails Service | 03/25/13 | 126281 |
| Bungalows, Inc. | 03/27/13 | 126778 |
| New Orleans Lager & Ale Brewing Co., LLC | 03/28/13 | 126837 |
| Tony Mai, Inc. | 03/28/13 | 126849 |
| Frederic, John | 04/01/13 | 127188 |
| Tripi, John | 04/01/13 | 127250 |
| Lanner, James | 03/20/13 | 124461 |
| Flora Savage | 04/01/13 | 127330 |
| RCI Entertainment, (Louisiana) Inc. | 04/01/13 | 127430 |

| Name | Date | Number |
|---|---|---|
| RS 522 Entertainment, LLC | 04/01/13 | 127394 |
| Danco Truck & Dozer Svs., LLC | 04/01/13 | 127455 |
| Flory, Robert | 04/05/13 | 128277 |
| Faul, Tammie | 04/03/13 | 128045 |
| Hebert, Thomas | 04/03/13 | 128100 |
| Bourg, Charles | 04/03/13 | 128101 |
| Vadell, Thomas | 04/03/13 | 128106 |
| Royal Washateria | 04/05/13 | 128109 |
| Weaver, Jacob | 04/04/13 | 128269 |
| Badeaux, Brian | 04/04/13 | 128270 |
| Mr. Mudbug, Inc. | 04/05/13 | 128276 |
| Huynh, Tien Hoa | 03/27/13 | 126749 |
| Mike The Bike Guy, LLC | 03/27/13 | 126756 |
| Lee Collision Center, LLC | 03/27/13 | 126762 |
| Nguyen, Tien | 03/27/13 | 126763 |
| Yeungzheng, LLC d/b/a Sake Café II | 03/27/13 | 126765 |
| Rising Star Enterprises, LLC d/b/a Sake I | 03/27/13 | 126773 |
| Vincent, Vu | 03/27/13 | 126748 |

| | | |
|---|---|---|
| Gainey, Joseph | 7/1/2013 | 135280 |
| Bridges, Lionel | 7/1/2013 | 135281 |
| Broome, Luther | 7/1/2013 | 135282 |
| Café Zen | 7/1/2013 | 135283 |
| Clement Enterprises, Inc. | 7/1/2013 | 135284 |
| Edmundson Landscaping, LLC | 7/1/2013 | 135285 |
| Everidge, Willis | 7/1/2013 | 135286 |
| Gaspard, Harvey | 7/1/2013 | 135287 |
| Gipson, Sam | 7/1/2013 | 135288 |
| Guarnieri Jr., John | 7/1/2013 | 135289 |
| Hamel, Timothy | 7/1/2013 | 135290 |
| Hoeman, Brent | 7/1/2013 | 135291 |
| Huntington, Terrell | 7/1/2013 | 135292 |
| Ives, Clay | 7/1/2013 | 135293 |
| Kinler, Erin | 7/1/2013 | 135294 |
| Matthew, Curtis | 7/1/2013 | 135295 |
| Carol Riggio, LLC | 7/1/2013 | 135296 |
| Tanner Original Art, Inc. | 7/1/2013 | 135297 |
| Trapolin Family, LLC | 7/1/2013 | 135298 |
| Wasabi, LLC | 7/1/2013 | 135299 |
| Touched by an Angel Transportation | 7/1/2013 | 135300 |
| VV Nguy, LLC | 7/1/2013 | 135301 |
| Sunil K Patel & Mehmood Khan, LLC | 7/1/2013 | 135302 |
| Levron, Sherry | 7/1/2013 | 135303 |
| Southern Nights Bowfishing Charters, LLC | 7/1/2013 | 135304 |

| | | |
|---|---|---|
| Tran, Ngoc | 7/1/2013 | 135305 |
| Tran, Nga | 7/1/2013 | 135306 |
| Meshun, LLC | 7/1/2013 | 135307 |
| Luent, Rhonda | 7/1/2013 | 135308 |
| Rojas, Jack | 7/1/2013 | 135309 |
| Tran, Hoang | 7/1/2013 | 135310 |
| Gulf Coast Discount Drugs, LLC | 7/1/2013 | 135311 |
| Williams, Donald | 7/1/2013 | 135312 |
| Levron, Dale | 7/1/2013 | 135313 |
| Carriere & Dunn | 7/1/2013 | 135314 |
| Jackson, Carl | 7/1/2013 | 135315 |
| Pearson, Al | 7/1/2013 | 135316 |
| Anselmi, Al | 7/1/2013 | 135317 |
| Coombs, Nick | 7/1/2013 | 135318 |
| Jackson, David | 7/1/2013 | 135319 |
| Strategic Support Corporation, Inc. | 7/1/2013 | 135320 |
| Tiburon Divers, Inc. | 7/1/2013 | 135321 |
| Fonetot, Bret | 7/1/2013 | 135322 |
| Foret, Joseph | 7/1/2013 | 135323 |
| Washington, Robin | 7/1/2013 | 135324 |
| Clearville | 7/1/2013 | 135325 |
| Seale, Mark | 7/1/2013 | 135326 |
| Beaubrun, Snighter | 7/1/2013 | 135327 |
| Sclafani Brothers, LLC | 7/1/2013 | 135328 |
| McCoy, Lemuel | 7/1/2013 | 135329 |

| | | |
|---|---|---|
| Brown, Charley | 7/1/2013 | 135330 |
| McCabe, LLC | 7/1/2013 | 135331 |
| Cheramie Frame Shop | 7/1/2013 | 135332 |
| IDS Media, LLC | 7/1/2013 | 135333 |
| Uncle Silver Fox, Inc. | 7/1/2013 | 135334 |
| Boudreaux's Masonry | 7/1/2013 | 135335 |
| Spurgeon, Robert | 7/1/2013 | 135336 |
| Gott Gourmet, LLC | 7/1/2013 | 135337 |
| Kimbrough Pool & Plastering | 7/1/2013 | 135338 |
| Mendow Construction, LLC | 7/1/2013 | 135339 |
| Farve, Joseph | 7/1/2013 | 135340 |
| Thibodeaux, Edward | 7/1/2013 | 135341 |
| Lumpkins, Robert | 7/1/2013 | 135342 |
| Hebert, Darren | 7/1/2013 | 135343 |
| Reid, Jeffrey | 7/1/2013 | 135344 |