UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| | JUDGE BARBIER |
| Applies to:<br>2:13-cv-01989-CJB-SS | MAGISTRATE SHUSHAN |

MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel come plaintiffs, RONALD J. ALFRED, ET AL., who respectfully move this Honorable Court for an Order granting leave to file the attached "Second Amended Complaint for Damages." The purpose of this amendment is to correct the name of one of the plaintiffs and, thus, will not prejudice the parties in any way.

Respectfully submitted,

By: */s/ Jonathan B. Andry*
Jonathan B. Andry, T.A. (#20081)
*jandry@andrylawgroup.com*
**The Andry Law Group**
610 Baronne Street
New Orleans, Louisiana 70113
Telephone:   (504) 525-5535
Facsimile:   (504) 586-8933

*Attorney for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Motion for Leave to File Second Amended Complaint for Damages has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this **1st day of July, 2013**.

                                             By:   */s/ Jonathan B. Andry*
                                                      Jonathan B. Andry