# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| | JUDGE BARBIER |
| This Document Relates to: 2:13-cv-01989-CJB-SS | MAGISTRATE SHUSHAN |

## SECOND AMENDED COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel come plaintiffs, RONALD J. ALFRED, ET AL., who respectfully submit this Second Amended Complaint for Damages and state and allege as follows:

1.) Plaintiffs amend Paragraph 37 of the Complaint for Damages to state and allege as follows:

37. Plaintiff, TIMES GRILL II, L.L.C., is a Louisiana company based in Baton Rouge, Louisiana. Times Grill II, L.L.C. operates a full service restaurant. After and as a result of the Oil Spill, food prices and other costs increased, thus forcing Times Grill II, L.L.C. to increase its prices. After the price increase, Times Grill II, L.L.C. lost customers and revenues. Thus, Times Grill II, L.L.C. suffered economic damages as a result of the Oil Spill. The above and foregoing facts give rise to the conclusion that Times Grill II, L.L.C. suffered economic loss as a direct and proximate result of the Oil Spill.

2.)     Plaintiffs re-allege, adopt and incorporate by reference, as if restated herein, all allegations, claims for relief, and requests for damages set forth in the Original Complaint for Damages and First Amended Complaint for Damages, as if copied herein *in extenso*.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs, reiterating the prayer of the Original and First Amended Complaints for Damages, pray that the Defendants be served with a copy of this Second Amended Complaint for Damages, that they be duly cited to appear and answer same, and after due proceedings are had, that there be judgment herein in favor of Plaintiffs and against Defendants, jointly, severally, and *in solido,* for an amount that is just and reasonable under the facts and circumstances of this case, together with legal interest thereon from the date of judicial demand and the costs of these proceedings.

Respectfully submitted,

By:  /s/  Jonathan B. Andry
Jonathan B. Andry, T.A. (#20081)
jandry@andrylawgroup.com
**The Andry Law Group**
610 Baronne Street
New Orleans, Louisiana 70113
Telephone:    (504) 525-5535
Telefax:       (504) 586-8933

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Second Amended Complaint for Damages has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this **1st day of July, 2013**.

  /s/ Jonathan B. Andry  
Jonathan B. Andry