**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| | JUDGE BARBIER |
| Applies to:<br>2:13-cv-01989-CJB-SS | MAGISTRATE SHUSHAN |

## PROPOSED ORDER

*Considering the Motion for Leave to File Second Amended Complaint*;

It is **ORDERED** that the Motion is hereby **GRANTED** and that the Complaint for Damages and First Amended Complaint for Damages be amended as prayed for in the attached Second Amended Complaint for Damages and that the Second Amended Complaint for Damages be filed herein.

Signed this _____ day of _____, 2013.

_____
Honorable Carl J. Barbier, U.S. District Judge