1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3
        ****************************************************************

4

5    IN RE:  OIL SPILL BY THE
     OIL RIG *DEEPWATER HORIZON*
6    IN THE GULF OF MEXICO ON
     APRIL 20, 2010
7
                                   CIVIL ACTION NO. 10-MD-2179 "J"
8                                  NEW ORLEANS, LOUISIANA
                                   THURSDAY, JUNE 27, 2013, 2:00 P.M.
9

10   THIS DOCUMENT RELATES TO
     ALL CASES
11

12      ****************************************************************

13

14            TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
             HEARD BEFORE THE HONORABLE CARL J. BARBIER
15                 UNITED STATES DISTRICT JUDGE

16

17   APPEARANCES:

18

19   FOR THE PLAINTIFFS'
     LIAISON COUNSEL:          DOMENGEAUX WRIGHT ROY & EDWARDS
20                             BY:  JAMES P. ROY, ESQUIRE
                               P. O. BOX 3668
21                             556 JEFFERSON STREET
                               LAFAYETTE, LA  70502
22

23                             HERMAN HERMAN & KATZ
                               BY:  STEPHEN J. HERMAN, ESQUIRE
24                                  SOREN GISLESON, ESQUIRE
                               820 O'KEEFE AVENUE
25                             NEW ORLEANS, LA  70113

                            **OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3    FOR THE PLAINTIFFS:    BREIT DRESCHER IMPREVENTO & WALKER
                            BY:  JEFFREY A. BREIT, ESQUIRE
4                           1000 DOMINION TOWER
                            999 WATERSIDE DRIVE
5                           NORFOLK, VA  23510

6

7                           LEVIN PAPANTONIO THOMAS MITCHELL
                            RAFFERTY & PROCTOR
8                           BY:  BRIAN H. BARR, ESQUIRE
                            316 SOUTH BAYLEN STREET, SUITE 600
9                           PENSACOLA, FL  32502

10

11                          LIEFF CABRASER HEIMANN & BERNSTEIN
                            BY:  ELIZABETH J. CABRASER, ESQUIRE
12                          275 BATTERY STREET, 29TH FLOOR
                            SAN FRANCISCO, CA  94111
13

14                          WILLIAMSON & RUSNAK
15                          BY:  JIMMY WILLIAMSON, ESQUIRE
                            4310 YOAKUM BOULEVARD
16                          HOUSTON, TX  77006

17

18                          WEITZ & LUXENBERG
                            BY:  ROBIN L. GREENWALD, ESQUIRE
19                          700 BROADWAY
                            NEW YORK CITY, NY  10003
20

21                          MORGAN & MORGAN
22                          BY:  ALPHONSO M. ESPY, ESQUIRE
                                 FRANK M. PETOSA, ESQUIRE
23                          188 EAST CAPITOL STREET, SUITE 777
                            JACKSON, MS  39201
24

25

**OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3                              MARTÍNEZ, GONZALES, KALBAC & KANE
                             BY:  ERVIN A. GONZALEZ, ESQUIRE
4                                 JEFFREY J. KEISER, ESQUIRE
                             255 ALHAMBRA CIRCLE, PENTHOUSE
5                            CORAL GABLES, FL  33134

6

7                              COSSICH SUMICH PARSIOLA & TAYLOR
                             BY:  PHILIP F. COSSICH, JR., ESQUIRE
8                                 DAVID A. PARSIOLA, ESQUIRE
                             8397 HIGHWAY 23, SUITE 100
9                            BELLE CHASSE, LA  70037

10

11                             DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE
                             BY:  MICHAEL C. PALMINTIER, ESQUIRE
12                           618 MAIN STREET
                             BATON ROUGE, LA  70801

13

14

                             BEASLEY ALLEN CROW METHVIN
15                           PORTIS & MILES
                             BY:  RHON E. JONES, ESQUIRE
16                           POST OFFICE BOX 4160
                             MONTGOMERY, AL  36013

17

18

                             FAYARD & HONEYCUTT
19                           BY:  CALVIN C. FAYARD, JR., ESQUIRE
                             519 FLORIDA AVENUE SW
20                           DENHAM SPRINGS, LA 70726

21

22                             LUNDY, LUNDY, SOILEAU & SOUTH
                             BY:  MATTHEW E. LUNDY, ESQUIRE
23                           501 BROAD STREET
                             LAKE CHARLES, LA  70601

24

25

                             **OFFICIAL TRANSCRIPT**

```
1    APPEARANCES CONTINUED:

2

3                          WILLIAMS LAW GROUP
                           BY:  CONRAD S. P. WILLIAMS, ESQUIRE
4                          435 CORPORATE DRIVE, SUITE 101
                           HOUMA, LA  70360
5

6
                           LEGER & SHAW
7                          BY:  WALTER J. LEGER, JR., ESQUIRE
                           600 CARONDELET STREET, 9TH FLOOR
8                          NEW ORLEANS, LA  70130

9

10                         IRPINO LAW FIRM
                           BY:  ANTHONY IRPINO, ESQUIRE
11                         2216 MAGAZINE STREET
                           NEW ORLEANS, LA  70130
12

13
                           MOTLEY RICE
14                         BY:   JOSEPH D. RICE, ESQUIRE
                                 JOHN A. BADEN, IV, ESQUIRE
15                         28 BRIDGESIDE BLVD.
                           MOUNT PLEASANT, SC 29464
16

17

18   FOR STATE INTERESTS:  ALABAMA ATTORNEY GENERAL'S OFFICE
                           BY:  LUTHER STRANGE, ESQUIRE
19                              COREY L. MAZE, ESQUIRE
                                WINFIELD J. SINCLAIR, ESQUIRE
20                         500 DEXTER AVENUE
                           MONTGOMERY, AL  36130
21

22
     FOR THE STATE OF
23   LOUISIANA:            KANNER & WHITELEY
                           BY:  ALLAN KANNER, ESQUIRE
24                              DOUGLAS R. KRAUS, ESQUIRE
                           701 CAMP STREET
25                         NEW ORLEANS, LA  70130
```

**OFFICIAL TRANSCRIPT**

```
1    APPEARANCES CONTINUED:

2

3    FOR THE FEDERAL
     GOVERNMENT INTERESTS:  U.S. DEPARTMENT OF JUSTICE
4                           TORTS BRANCH, CIVIL DIVISION
                            BY:  R. MICHAEL UNDERHILL, ESQUIRE
5                           450 GOLDEN GATE AVENUE
                            7TH FLOOR, ROOM 5395
6                           SAN FRANCISCO, CA  94102

7

                            U.S. DEPARTMENT OF JUSTICE
8                           TORTS BRANCH, CIVIL DIVISION
                            BY:  STEPHEN G. FLYNN, ESQUIRE
9                           POST OFFICE BOX 14271
                            WASHINGTON, DC  20044
10

11
     FOR THE UNITED STATES
12   OF AMERICA:            ENVIRONMENTAL ENFORCEMENT SECTION
                            U.S. DEPARTMENT OF JUSTICE
13                          BY:  STEVEN O'ROURKE, ESQUIRE
                            P.O. BOX 7611
14                          WASHINGTON, DC  20044

15

16   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
17   OFFSHORE DEEPWATER
     DRILLING INC., AND
18   TRANSOCEAN DEEPWATER
     INC.:                  FRILOT
19                          BY:  KERRY J. MILLER, ESQUIRE
                            ENERGY CENTRE, 36TH FLOOR
20                          1100 POYDRAS STREET
                            NEW ORLEANS, LA  70163
21

22                          SUTHERLAND ASBILL & BRENNAN
                            BY:  STEVEN L. ROBERTS, ESQUIRE
23                               CARTER L. WILLIAMS, ESQUIRE
                                 AMBER B. SHUSHAN, ESQUIRE
24                          1001 FANNIN STREET, SUITE 3700
                            HOUSTON, TX  77002
25
```

**OFFICIAL TRANSCRIPT**

```
 1    APPEARANCES CONTINUED:

 2

 3                            MUNGER TOLLES & OLSON
                              BY:  BRAD D. BRIAN, ESQUIRE
 4                                 GRANT A. DAVIS-DENNY, ESQUIRE
                              355 SOUTH GRAND AVENUE, 35TH FLOOR
 5                            LOS ANGELES, CA  90071

 6

 7    FOR BP EXPLORATION AND PRODUCTION, INC.,
      BP AMERICA PRODUCTION
 8    COMPANY, BP P.L.C.
      NORTH AMERICA INC.:   LISKOW & LEWIS
 9                          BY:  DON K. HAYCRAFT, ESQUIRE
                            ONE SHELL SQUARE
10                          701 POYDRAS STREET
                            SUITE 5000
11                          NEW ORLEANS, LA  70139

12

13                            KIRKLAND & ELLIS
                              BY:  J. ANDREW LANGAN, ESQUIRE
14                                 RYAN S. BABIUCH, ESQUIRE
                              300 N. LASALLE
15                            CHICAGO, IL  60654

16

17                            COVINGTON & BURLING
                              BY:  ROBERT C. "MIKE" BROCK, ESQUIRE
18                            1201 PENNSYLVANIA AVENUE, NW
                              WASHINGTON, DC  20004
19

20
      FOR HALLIBURTON
21    ENERGY SERVICES INC.: GODWIN LEWIS
                            BY:  DONALD E. GODWIN, ESQUIRE
22                               JENNY L. MARTINEZ, ESQUIRE
                                 STEFANIE MAJOR MCGREGOR, ESQUIRE
23                               BRUCE W. BOWMAN, JR., ESQUIRE
                                 ALISON BATISTTE, ESQUIRE
24                               ERIKA TOLEDO, ESQUIRE
                            RENAISSANCE TOWER
25                          1201 ELM STREET, SUITE 1700
                            DALLAS, TX  75270
                         OFFICIAL TRANSCRIPT
```

```
 1    APPEARANCES CONTINUED:

 2

 3                              GODWIN LEWIS
                               BY:  R. ALAN YORK, ESQUIRE
 4                              1331 LAMAR, SUITE 1665
                               HOUSTON, TX  77010
 5

 6
      FOR ANADARKO
 7    PETROLEUM CORPORATION,
      ANADARKO E&P COMPANY
 8    LP:                      KUCHLER POLK SCHELL
                               WEINER & RICHESON
 9                             BY:  DEBORAH D. KUCHLER, ESQUIRE
                               1615 POYDRAS STREET, SUITE 1300
10                             NEW ORLEANS, LA  70112

11

12                             BINGHAM MCCUTCHEN
                               BY:  JAMES J. DRAGNA, ESQUIRE
13                             355 SOUTH GRAND AVENUE, SUITE 4400
                               LOS ANGELES, CA  90071
14

15                             BINGHAM MCCUTCHEN
16                             BY:  KY E. KIRBY, ESQUIRE
                                    WARREN A. FITCH, ESQUIRE
17                             2020 K STREET, NW
                               WASHINGTON, DC  20006
18

19
      FOR MOEX OFFSHORE
20    2007 LLC:                PILLSBURY WINTHROP SHAW PITTMAN
                               BY:  ANDREW W. HOMER, ESQUIRE
21                             2 HOUSTON CENTER
                               909 FANNIN, SUITE 2000
22                             HOUSTON, TX 77010

23

24

25
```

**OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3    FOR TRANSOCEAN

09:53:05    EXCESS UNDERWRITERS:    PHELPS DUNBAR

4                            BY:  EVANS M. MCLEOD, ESQUIRE
                             CANAL PLACE

5                            365 CANAL STREET, SUITE 2000
                             NEW ORLEANS, LA  70130

6

7

8    FOR O'BRIEN'S RESPONSE
     MANAGEMENT, INC.,
     SEACOR HOLDINGS, INC.,

9    SEACOR OFFSHORE LLC,
     SEACOR MARINE, LLC,

10   SEACOR WORLDWIDE, INC.,
     SEACOR MARINE, INC.,

11   SEACOR MARINE
     INTERNATIONAL, INC.,

12   AND SIEMENS FINANCIAL,
     INC.:                   WEIL GOTSHAL & MANGES

13                           BY:  MICHAEL J. LYLE, ESQUIRE
                             1300 I ST., NW, SUITE 900

14                           WASHINGTON, DC  20005

15

16   ALSO PRESENT:           MARY JO WOODS, ESQUIRE
                             PATRICIA CONNERS, ESQUIRE

17                           WILLIAM QUINN, ESQUIRE
                             ENRIQUE SERNA, ESQUIRE

18

19                           CHRIS HANNAN, ESQUIRE
                             THOMAS EDWARDS, ESQUIRE

20                           DRAKE MARTIN, ESQUIRE
                             PORADY PADDOCK, ESQUIRE

21

22                           MATTHEW LINDSAY, ESQUIRE
                             W. B. ARY, ESQUIRE

23                           D. RUSSELL HOLWADEL, ESQUIRE
                             LILIA GARCIA, ESQUIRE

24

25

OFFICIAL TRANSCRIPT

1    APPEARANCES CONTINUED:

2

3
                         JONATHAN COMPRETTA, ESQUIRE
4                        MICHAEL MOORE, ESQUIRE
                         LARA RICHARD, ESQUIRE
5                        KEVIN TURNER, ESQUIRE

6
                         NATHAN BORROW, ESQUIRE
7                        BETH LASEN, ESQUIRE
                         PAT CASE, ESQUIRE
8                        ZACH BONNER, ESQUIRE

9
                         CHARLES CURTIS, ESQUIRE
10                       STEPHEN FLYNN, ESQUIRE
                         KAILEY LEBOEUF, ESQUIRE
11                       STEVE POWER, ESQUIRE

12
                         BONNIE KENDRICH, ESQUIRE
13                       KELSEY SPROULL, ESQUIRE
                         [PLEASE SEE SIGN-IN SHEETS FILED IN THE
14                       RECORD]

15

16   OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
17                               REGISTERED MERIT REPORTER
                                 500 POYDRAS STREET, ROOM HB406
18                               NEW ORLEANS, LA  70130
                                 (504) 589-7779
19                               Cathy_Pepper@laed.uscourts.gov

20   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.
21

22

23

24

25

                         **OFFICIAL TRANSCRIPT**

# I N D E X

ITEMS                                                          PAGE

THREE STATES THAT HAVE RECENTLY JOINED:  FLORIDA,
MISSISSIPPPI, AND TEXAS...............................   15
RECENTLY ISSUED ORDERS...............................   20
CONDITIONAL TRANSFER ORDER REPORT AND TRANSFER
STATUS...............................................   20
2700 ESTIMATED ACTIVE CASES PENDING HERE.............   22
MORE THAN 132,000 SHORT FORM JOINDERS THAT HAVE NOW
BEEN FILED...........................................   23
STATUS OF THE STATE COURT LAWSUITS...................   23
54 OF THESE PENDING IN VARIOUS STATE COURTS, MOSTLY
AROUND THE GULF......................................   23
23 OF THOSE INVOLVE POST-APRIL 20TH, THAT IS, POST
SPILL CASUALTY PERSONAL INJURY CASES.................   23
20 OR SO ECONOMIC LOSS CASES.........................   23
HANDFUL OF CASES INVOLVING OTHER THINGS..............   23
STATUS OF MDL 2185...................................   24
SECURITIES LITIGATION................................   24
FACT DISCOVERY CUTOFF FOR DECEMBER OF 2013...........   25
TRIAL DATE, AUGUST 25TH OF 2014, IN THAT SECURITIES
CASE.................................................   25

**OFFICIAL TRANSCRIPT**

1   CONSOLIDATED ERISA COMPLAINT WAS DISMISSED BY

2   JUDGE ELLISON, AND IT'S NOW ON APPEAL TO THE

3   FIFTH CIRCUIT........................................ 25

4   STATUS OF DISCOVERY................................. 26

5   PHASE TWO EXPERT DISCOVERY ABOUT QUANTIFICATION AND

6   SOURCE CONTROL...................................... 26

7   40 EXPERTS THAT HAVE BEEN IDENTIFIED BY THE PARTIES.. 26

8   VOLUME OF DISCOVERY THAT'S BEEN TAKEN TO DATE IN

9   THIS CASE........................................... 26

10  OVER 400 FACT AND EXPERT DEPOSITIONS, INCLUDING

11  PHASE ONE AND PHASE TWO............................. 26

12  OVER 20.5 MILLION DOCUMENTS HAVE BEEN PRODUCED....... 27

13  INSURANCE CASES..................................... 27

14  INTERPLEADER ACTIONS HAVE BEEN CONTINUED, RESPONSE

15  DATE, BY AGREEMENT PENDING THE FIFTH CIRCUIT RULING

16  ON THE PETITION FOR REHEARING....................... 28

17  MOTIONS FILED BY VARIOUS CLAIMANTS SEEKING TO LATE

18  FILE SHORT FORM JOINDERS AND/OR CLAIMS IN THE

19  LIMITATION AFTER THE MONITION PERIOD................ 28

20  PENDING MOTIONS TO AMEND THE COMPLAINTS............. 32

21  EIGHT AND NINE ARE GRANTED.......................... 32

22  CLEAN-UP RESPONDER DEFENDANTS' PENDING MOTIONS FOR

23  SUMMARY JUDGMENT.................................... 32

24  PHASE TWO OF THE LIMITATION AND LIABILITY TRIAL

25  SCHEDULED TO COMMENCE ON SEPTEMBER 16, 2013.......... 36

**OFFICIAL TRANSCRIPT**

1    BEYOND PHASE TWO.......................................  37

2    PENALTY PHASE..........................................  38

3    PLAN TO HAVE ANOTHER STATUS CONFERENCE PROBABLY

4    EITHER THE FIRST OR SECOND WEEK OF AUGUST............  40

5    ORAL ARGUMENT ON THE CROSS-MOTIONS FOR SUMMARY

6    JUDGMENT REGARDING THE CLAIMS OF THE MEXICAN STATES..  41

7    RECORD DOCUMENTS 8169, 8176, 8178 AND 8179...........  41

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| | | |
|---|---|---|
| 1 | | **P-R-O-C-E-E-D-I-N-G-S** |
| 2 | | THURSDAY, JUNE 27, 2013 |
| 3 | | M O R N I N G   S E S S I O N |
| 4 | | (COURT CALLED TO ORDER) |
| 5 | | |
| 14:12:52 | 6 | |
| 14:12:52 | 7 | THE DEPUTY CLERK:  All rise. |
| 14:13:12 | 8 | THE COURT:  Good afternoon, everyone. |
| 14:13:12 | 9 | VOICES:  Good afternoon, Your Honor. |
| 14:13:15 | 10 | THE COURT:  Please be seated. |
| 14:13:16 | 11 | All right.  Stephanie, you can call the case. |
| 14:13:23 | 12 | THE DEPUTY CLERK:  10-2179, In re:  Oil spill -- |
| 14:13:39 | 13 | THE COURT:  *Deepwater Horizon*. |
| 14:13:44 | 14 | THE DEPUTY CLERK:  -- *Deepwater Horizon*. |
| 14:13:44 | 15 | THE COURT:  How do I remember that? |
| 14:13:49 | 16 | All right.  I would like to ask our steering |
| 14:13:56 | 17 | committee members to introduce themselves, please, and liaison |
| 14:14:01 | 18 | counsel. |
| 14:14:03 | 19 | MR. ROY:  Jim Roy, Your Honor, from Lafayette. |
| 14:14:10 | 20 | MR. HERMAN:  Steve Herman for the plaintiffs. |
| 14:14:13 | 21 | MR. BARR:  Brian Barr for the plaintiffs. |
| 14:14:14 | 22 | MS. CABRASER:  Good afternoon, Your Honor, |
| 14:14:17 | 23 | Elizabeth Cabraser for the plaintiffs. |
| 14:14:19 | 24 | MR. BREIT:  Jeffrey Breit for the PSC. |
| 14:14:22 | 25 | MR. KANNER:  Allan Kanner for the State of Louisiana. |

**OFFICIAL TRANSCRIPT**

14:14:23   1           MR. UNDERHILL:  Mike Underhill on behalf of the

14:14:25   2   United States.

14:14:25   3           MR. STRANGE:  Luther Strange, State of Alabama.

14:14:30   4           MR. PALMINTIER:  Good afternoon, Judge.

14:14:34   5   Mike Palmintier for the PSC.

14:14:36   6           MR. O'ROURKE:  Steve O'Rourke for the United States.

14:14:43   7           MR. WILLIAMS:  Good afternoon, Your Honor.

14:14:43   8   Duke Williams, PSC.

14:14:47   9           MR. ESPY:  Your Honor, Mike Espy, PSC.  Good afternoon.

14:14:51  10           MR. LUNDY:  Good afternoon, Your Honor.  Matt Lundy,

14:14:53  11   PSC.

14:14:55  12           MR. JONES:  Rhon Jones, PSC.

14:14:58  13           MS. GREENWALD:  Good afternoon, Your Honor.

14:14:59  14   Robin Greenwald, PSC.

14:15:01  15           MR. GONZALEZ:  Good afternoon, Judge.  Ervin Gonzalez,

14:15:05  16   PSC.

14:15:06  17           MR. RICE:  Good afternoon.  Joe Rice, PSC.

14:15:09  18           MR. FAYARD:  Good afternoon, Judge.  Calvin Fayard,

14:15:12  19   PSC.  I guess I'm it, Judge.

14:15:25  20           THE COURT:  Over on this side.

14:15:25  21           MR. LANGAN:  Andy Langan for BP, Your Honor.

14:15:27  22           MR. HAYCRAFT:  Don Haycraft, BP.

14:15:30  23           MR. BROCK:  Mike Brock for BP.

14:15:32  24           MR. LYLE:  Mike Lyle for O'Brien's/NRC.

14:15:37  25           MS. KUCHLER:  Deb Kuchler, Anadarko.

**OFFICIAL TRANSCRIPT**

14:15:41  1        MS. KIRBY:  Ky Kirby, Anadarko.

14:15:44  2        MR. DRAGNA:  Good afternoon.  Jim Dragna, Anadarko.

14:15:46  3        MR. BOWMAN:  Bruce Bowman, Halliburton.

14:15:48  4        MS. MARTINEZ:  Jenny Martinez, Halliburton.

14:15:52  5        MS. SHUSHAN:  Amber Shushan for Transocean.

14:15:54  6        MR. ROBERTS:  Steve Roberts, Transocean.

14:15:58  7        MR. BRIAN:  Brad Brian, Transocean.

14:16:00  8        MR. MILLER:  Kerry Miller, Transocean.

14:16:02  9        MR. GODWIN:  Don Godwin, Halliburton.

14:16:08 10        MR. YORK:  Alan York, also Halliburton.

14:16:10 11        MS. LARSON:  Beth Larson, BP.

14:16:12 12        MR. GASAWAY:  Good afternoon, Your Honor.  Rob Gasaway,

14:16:15 13   BP.

14:16:16 14        THE COURT:  All right.  Very well.  Thank you.

14:16:22 15             Before we get into the Agenda, I understand there

14:16:26 16   are representatives of the three states that have recently

14:16:32 17   joined this party:  Florida, Mississippi and Texas.

14:16:36 18             I'll ask Mr. Strange, our coordinating counsel,

14:16:39 19   if he would like to introduce those to the Court.

14:16:45 20        MR. STRANGE:  Thank you, Your Honor.  Luther Strange,

14:16:47 21   State of Alabama.

14:16:48 22             I'm happy to introduce the three new states that

14:16:50 23   are now part of this case.  In no particular order, let me let

14:16:54 24   their representatives come up.  There are two representatives

14:16:55 25   from each state.

                              **OFFICIAL TRANSCRIPT**

14:16:56  1          I'll start with Texas.  If they are here in the

14:16:59  2     courtroom, come on up and make their introductions.

14:17:02  3          THE COURT:  Okay, very well.  Come up here, please.

14:17:09  4     Come up to the podium here.

14:17:11  5          MR. EDWARDS:  Thank you, Your Honor.

14:17:12  6          I'm Thomas Edwards, Assistant Attorney General,

14:17:15  7     the State of Texas.

14:17:16  8          THE COURT:  All right.  Very well.  Texas's case is

14:17:23  9     already consolidated here?

14:17:24 10          MR. THOMAS:  Transferred, yes, sir.

14:17:25 11          THE COURT:  Very well.  Welcome.

14:17:28 12          MR. STRANGE:  Thank you, Thomas.

14:17:30 13          Mississippi is represented, I believe, by

14:17:32 14     Mike Moore and maybe other counsel.  So come on up, Mike.

14:17:41 15     Former Attorney General of Mississippi, Mike Moore.

14:17:46 16          MR. MOORE:  Good afternoon, Your Honor.  Mike Moore

14:17:47 17     representing the State of Mississippi.

14:17:49 18          THE COURT:  All right.  Is this gentleman with you?

14:17:49 19          MR. MOORE:  And Billy Quin.

14:17:49 20          MR. QUINN:  Billy Quin.

14:17:52 21          THE COURT:  Also with Mississippi?

14:17:53 22          MR. QUINN:  Yes, sir.

14:17:54 23          THE COURT:  All right.  Welcome.  Your case is here,

14:17:58 24     too, already, right?

14:17:59 25          MR. MOORE:  It is, Your Honor, finally.

**OFFICIAL TRANSCRIPT**

14:18:01 1          THE COURT:  Good.  Thank you.

14:18:02 2          MR. STRANGE:  Last, but not least, Your Honor, we have

14:18:04 3     the State of Florida.  They are represented by their counsel

14:18:07 4     here today, Trish Conners and Russell Kent, I believe.  I'm not

14:18:11 5     sure who is coming up.  Both?  Okay.

14:18:13 6          MS. CONNERS:  Good afternoon, Judge.  I'm

14:18:16 7     Trish Conners, Deputy Attorney General from the State of

14:18:18 8     Florida.

14:18:19 9          THE COURT:  Good afternoon.

14:18:19 10         MR. MARTIN:  Good afternoon, Your Honor.  Drake Martin,

14:18:22 11    co-counsel for the State of Florida.

14:18:25 12         THE COURT:  Florida's case is here already?

14:18:27 13         MR. MARTIN:  That's correct.

14:18:29 14         THE COURT:  I understand, Mr. Strange, that the AG's or

14:18:34 15    people in your respective offices are having some sort of

14:18:37 16    meeting tomorrow?

14:18:38 17         MR. STRANGE:  That's right, Your Honor.  Corey Maze, my

14:18:41 18    Chief Deputy, is having a meeting with all of the counsel

14:18:46 19    represented here today, tomorrow, to update them on our

14:18:49 20    experience.  Louisiana is included in that meeting, as well.

14:18:50 21              So all the states will be together tomorrow to

14:18:52 22    talk about -- answer questions and so forth, but I'm sure the

14:18:55 23    parties would appreciate any guidance or general comments you

14:18:59 24    may have about your thinking about their role as well.

14:19:03 25         THE COURT:  I don't know what the three states, the

**OFFICIAL TRANSCRIPT**

14:19:10  1    states who have newly filed claims here, have in mind, but it

14:19:15  2    seems to me that it probably would be very difficult, if not

14:19:22  3    impossible, for them to jump right in and participate in this

14:19:26  4    next trial we have coming up.

14:19:28  5            Obviously, they are going to have to catch up,

14:19:30  6    and we'll have to figure out what their roles will be going

14:19:37  7    forward.  I welcome their input from each of those states.

14:19:41  8            I'm glad to hear you all are meeting tomorrow.

14:19:44  9    I'm going to ask Attorney General Strange or his office to

14:19:52 10    report back to the Court the results, just kind of where things

14:19:56 11    stand from the States' perspective, if you would, report back

14:20:01 12    to either me and/or Judge Shushan, if you would, maybe next

14:20:03 13    week or whenever.

14:20:07 14            I know we've had some preliminary discussions.  I

14:20:10 15    know you've had some with Judge Shushan, and I've had some with

14:20:13 16    her, about thinking about how we go forward with starting some

14:20:20 17    discovery on the States' claims and looking down the line to a

14:20:20 18    trial.

14:20:28 19            Obviously, it wouldn't be one trial.  It would be

14:20:32 20    one or more trials.  We will have to figure out exactly how to

14:20:35 21    structure that.

14:20:36 22        MR. STRANGE:  Well, thank you, Your Honor.  The States

14:20:37 23    will be meeting -- we'll all be attending Judge Shushan's

14:20:40 24    hearing in the morning, so she's graciously allowed us her

14:20:43 25    courtroom following that to get-together.

**OFFICIAL TRANSCRIPT**

I've already had just a very brief discussion
with Louisiana following our liaison conference about that very
issue.  I think the thought of us submitting hopefully a joint
memo to the Court on how we might do that, along with the input
from the other states, would be helpful.

THE COURT:  It seems to me, and I know we've said this
before, that for the most part -- I know each state obviously
is represented by its own Attorney General and its own lawyers;
but, it seems to me that, for the most part, the interests of
all five states are pretty much aligned, or should be aligned,
as I see it, aligned also with the interests of the
United States and the PSC, certainly in terms of liability
issues.

Even when it gets to damages, the States have
unique claims for damages that are obviously different than
private claimants, and each state has a claim for damages,
which obviously would vary.

But in terms of preparing these cases and moving
these cases and discovery and all of that and motion practice,
it seems to me that there will be a lot of overlapping or legal
issues that the Court will have to deal with that will apply to
all of the states, for example, on different legal issues going
forward.  So, to the extent that you all are able to work
together, I think it would just make this whole process move
more efficiently.  So I encourage all the States to do that.

14:22:33  1          MR. STRANGE:  Thank you, Your Honor.  We will

14:22:34  2    absolutely take your advice on that.

14:22:37  3          I can say we have a very collegial relationship

14:22:40  4    among our AG's in the case, and we'll do everything we can to

14:22:44  5    make sure that the trial proceeds smoothly in that regard.

14:22:48  6          THE COURT:  Great.

14:22:48  7          MR. STRANGE:  Thank you, Your Honor.

14:22:49  8          THE COURT:  Thank you, Mr. Strange.

14:22:49  9          All right.  I'm not going to go over all the

14:22:53  10   recently issued orders.  We've issued a number of orders since

14:22:57  11   the last time we were here, obviously.

14:23:02  12          The only one I want to say something about, just

14:23:05  13   to keep reminding people, and it's only important because I

14:23:10  14   issued it because you all were cluttering up the record with

14:23:13  15   filing these requests for summons and summons returns.

14:23:18  16          When I looked at the record one day, the

14:23:20  17   electronic record, I couldn't find anything because it was full

14:23:23  18   of returns on summons.

14:23:25  19          I realized what had happened.  When that rush of

14:23:27  20   cases came in on April 20th, everybody thought they had to file

14:23:30  21   these summons returns in the record.  Obviously, there is no

14:23:34  22   need to file that unless and until there is a reason you need

14:23:37  23   to file it, like in connection with a motion or something.  So

14:23:40  24   I think we've addressed that problem.

14:23:47  25          Conditional Transfer Order Report and Transfer

**OFFICIAL TRANSCRIPT**

14:23:53  1    Status.

14:23:54  2         MR. LANGAN:  Your Honor, Andy Langan for BP.

14:24:00  3              With respect to activity before the

14:24:02  4    Judicial Panel, since December 14th, which, I think, is the

14:24:07  5    last time we had a conference like this, the Panel has issued

14:24:10  6    16 new Conditional Transfer Orders, conditionally transferring

14:24:15  7    an additional 474 cases to this MDL.

14:24:20  8              As a result of that, and also the recent filings

14:24:24  9    you alluded to that were directly here in this Court, we think

14:24:28 10    there are about 2700 actions that are currently pending here

14:24:30 11    before this Court.

14:24:32 12         THE COURT:  What was that number?  2700?

14:24:37 13         MR. LANGAN:  2700.

14:24:37 14              We did file a Report on June 23rd that has some

14:24:40 15    of this, and I just want to hit the highlights.

14:24:43 16              In terms of motion practice that remains before

14:24:46 17    the Panel, there are two things to note.  First of all, there

14:24:49 18    is a motion pending that started in a case called *Robin v BP*

14:24:55 19    and others, brought on behalf of one of the plaintiffs, to

14:25:00 20    create a second MDL proceeding in the Southern District of

14:25:03 21    Mississippi.

14:25:03 22              That has now been briefed.  We have opposed that.

14:25:08 23    I think others have opposed it, as well.  But the JPML is going

14:25:10 24    to hear that --

14:25:10 25         THE COURT:  That means I'll be able to transfer

**OFFICIAL TRANSCRIPT**

14:25:13 1    everything over there, right, if that happens.

14:25:15 2              MR. LANGAN:  I'm not exactly sure what the plan is.

14:25:17 3              THE COURT:  I might file for leave to support that.

14:25:21 4              MR. LANGAN:  Well, Your Honor, I don't know what your

14:25:22 5    summer vacation plans are, but, on July 25th, in Portland,

14:25:27 6    Maine, the Panel is meeting, and they are going to hear oral

14:25:30 7    argument on this motion at that time.

14:25:32 8              So the weather is pretty nice up there in late

14:25:35 9    July.  I don't think it's an accident that the Panel is meeting

14:25:38 10   there.

14:25:39 11             THE COURT:  You're not going to believe this, but I'm

14:25:42 12   going to be in Maine right at that time, too.  Maybe I'll drop

14:25:45 13   by.

14:25:46 14             MR. LANGAN:  Judge Vance, too, perhaps.

14:25:47 15             In any event, so that's happening.

14:25:49 16             Beyond the motion for a new MDL relating to the

14:25:53 17   *Deepwater Horizon*, objections to conditional transfer orders

14:25:57 18   applicable to about 44 cases where transfers are being disputed

14:26:03 19   are going to be decided by the Panel probably at that hearing,

14:26:07 20   but without oral argument.

14:26:09 21             So that is our report on the status of transfer.

14:26:11 22             THE COURT:  In addition, I noticed from your report, I

14:26:13 23   just want to state in court here, there are 2700 estimated

14:26:17 24   active cases pending here now.

14:26:21 25             MR. LANGAN:  Yes.

**OFFICIAL TRANSCRIPT**

14:26:21  1          THE COURT:  There is also, looks like, more than

14:26:25  2   132,000 short form joinders that have now been filed, right?

14:26:30  3          MR. LANGAN:  Correct.  Yes, sir.

14:26:31  4          THE COURT:  Thank you.

14:26:32  5          All right.  Anybody else need to say anything

14:26:34  6   about Agenda Item Number 3?

14:26:39  7          Okay.  Next is Status of the State Court

14:26:44  8   Lawsuits, pending state court lawsuits.

14:26:46  9          MR. LANGAN:  Yes, Your Honor.

14:26:47 10          Again, our written report covers this.  I just

14:26:50 11   wanted to mention that, by our count, there are about 54 of

14:26:54 12   these pending in various state courts, mostly around the Gulf.

14:26:57 13          We think about 23 of those involve

14:27:01 14   post-April 20th, that is, post spill casualty personal injury

14:27:06 15   cases, people involved in response and the like; and, about

14:27:09 16   20 or so economic loss cases that are still pending in state

14:27:13 17   court that haven't been removed and probably won't be removed,

14:27:16 18   and a handful of cases involving other things.

14:27:18 19          Some of the cases are proceeding into discovery.

14:27:22 20   There are no trial dates of note.  Where necessary, we're

14:27:26 21   coordinating discovery.

14:27:28 22          We haven't needed to call on Judge Shushan

14:27:31 23   recently; but, if a need arises, Judge Shushan is always

14:27:34 24   available to help us navigate coordination issues.

14:27:37 25          THE COURT:  The personal injury suits by oil spill

**OFFICIAL TRANSCRIPT**

14:27:40 1   response workers, are those in the nature of people who allege

14:27:44 2   they were exposed to chemicals, or are there people that say

14:27:49 3   that, I fell on the vessel during the response?

14:27:52 4       MR. LANGAN:  Slip and falls on boats, slip and falls on

14:27:55 5   docks, slip and falls on beaches.

14:27:57 6       THE COURT:  A variety of things.

14:27:59 7       MR. LANGAN:  Correct.  I don't want to rule out the

14:28:01 8   fact there may be some exposure cases, too, which might be

14:28:04 9   handled by the medical settlement.

14:28:05 10      THE COURT:  All right.  I have not reached out or

14:28:13 11  attempted to contact any of these state court judges recently

14:28:16 12  because no one has indicated to me there was a need to.

14:28:22 13          As I told you all previously, I have done that, I

14:28:28 14  did that early on in this process, and I'm still willing and

14:28:32 15  able to do that if there is a need.  So just make sure somebody

14:28:35 16  alerts me if some issue comes up where I need to step in and

14:28:39 17  try to coordinate it with a state court judge.

14:28:41 18      MR. LANGAN:  Thank you, Your Honor.

14:28:43 19      THE COURT:  All right.  The Status of MDL 2185.

14:28:47 20      MR. LANGAN:  Your Honor, just a couple of points here

14:28:50 21  that I want to emphasize.

14:28:52 22          One of the areas in 2185 pending before

14:28:56 23  Judge Ellison in the Southern District of Texas involves the

14:28:59 24  Securities litigation.

14:29:01 25          The plaintiffs there had a second amended

**OFFICIAL TRANSCRIPT**

14:29:06 1    consolidated complaint, of which certain claims have survived

14:29:09 2    motions to dismiss.  A discovery schedule has been established.

14:29:14 3              On June 14th, those plaintiffs filed a motion for

14:29:16 4    class certification.  Judge Ellison has a schedule in place for

14:29:21 5    dealing with the class certification motion.  He set a fact

14:29:25 6    discovery cutoff for December of 2013, and he has set a trial

14:29:28 7    date of April -- I'm sorry, August 25th of 2014, in that

14:29:34 8    Securities case.

14:29:35 9              I also wanted to mention that in the ERISA area,

14:29:42 10   the consolidated ERISA complaint was dismissed by

14:29:46 11   Judge Ellison, and it's now on appeal to the Fifth Circuit.  I

14:29:49 12   believe the plaintiff appellants are about to file their reply

14:29:54 13   brief on that dismissal, so that matter will be fully briefed

14:29:58 14   for the Fifth Circuit shortly.

14:30:01 15        THE COURT:  How is the coordination of discovery going?

14:30:04 16   Are they still able and are they, in fact, participating or

14:30:08 17   attending the depositions in our case?

14:30:11 18        MR. LANGAN:  Yes, Your Honor.  A recent example of that

14:30:14 19   is the request that was accommodated by Judge Shushan and the

14:30:17 20   parties here to give access to the Phase Two expert reports.

14:30:23 21   As long as there is confidentiality that's respected, the

14:30:25 22   parties here will have no problem with that generally.

14:30:27 23             So coordination continues.  They have access to

14:30:30 24   the record here.  That's been working pretty smoothly.

14:30:33 25        THE COURT:  All right.  Very well.  Thank you.

**OFFICIAL TRANSCRIPT**

14:30:35  1          Next is Item 6, the Status of Discovery, ongoing

14:30:43  2   discovery in this case.

14:30:43  3          MR. LANGAN:  Your Honor, just here, in addition to what

14:30:47  4   we put forth in writing, I wanted to mention --

14:30:49  5          THE COURT:  You're not going to let Mr. Haycraft have

14:30:51  6   his day in the sun here?

14:30:54  7          MR. LANGAN:  I'm happy to, if you would rather hear

14:30:56  8   from him.

14:30:57  9          THE COURT:  I'm just kidding.  It doesn't matter.  I

14:30:58 10   was expecting him to jump up.

14:31:00 11          MR. LANGAN:  You have a good memory.

14:31:01 12          Anyway, subject to any supplementation by

14:31:05 13   Mr. Haycraft, I just wanted to mention that we're in the midst

14:31:08 14   of Phase Two expert discovery about quantification and source

14:31:13 15   control.

14:31:13 16          There are about 40 experts that have been

14:31:14 17   identified by the parties.  They, I think at this point, have

14:31:16 18   all essentially been scheduled for deposition, of either one

14:31:20 19   day or two days.  Of course, this is all in anticipation of

14:31:23 20   what is currently scheduled to be a September 16th trial.

14:31:28 21          THE COURT:  Right.  Give us the statistics again on

14:31:31 22   discovery, the volume of discovery that's been taken to date in

14:31:35 23   this case, since it's been a while since we have been together.

14:31:38 24          MR. LANGAN:  Right.  So I think our report says over

14:31:43 25   400 fact and expert depositions, including Phase One and

**OFFICIAL TRANSCRIPT**

27

14:31:45 1    Phase Two.  I think over 20.5 million documents have been

14:31:49 2    produced, perhaps that's pages of documents have been produced,

14:31:53 3    since inception.

14:31:55 4         THE COURT:  Okay.  Thank you.

14:31:58 5             So everything, as you see it, is on track to be

14:32:01 6    completed in connection with the Phase Two trial in September,

14:32:01 7    correct?

14:32:07 8         MR. LANGAN:  At this time, I think that's right.  I

14:32:10 9    suppose that could change, but at this time I think that's

14:32:12 10   right.

14:32:14 11        THE COURT:  Does anybody else need to say anything

14:32:18 12   about either discovery or any other matters that Mr. Langan

14:32:22 13   just reported on?

14:32:25 14            All right.  You're still up.  Insurance Cases.

14:32:31 15        MR. LANGAN:  Yes, Your Honor.  So, on this, I just

14:32:32 16   wanted to mention that on March 1st, the Fifth Circuit issued

14:32:39 17   an order that addressed Your Honor's prior order about the BP

14:32:45 18   coverage case regarding the Transocean excess carriers, that

14:32:52 19   reversed an order of Your Honor regarding our entitlement to

14:32:56 20   coverage under the excess carrier policies.

14:32:58 21            The carriers filed a petition for rehearing, and

14:33:01 22   that rehearing petition is still pending.  I think they called

14:33:05 23   for a response by BP.  We responded, and the petition is still

14:33:09 24   pending.  So that is an open item.

14:33:11 25            In the meantime, as Your Honor is aware, I

**OFFICIAL TRANSCRIPT**

14:33:14  1    believe, a number of interpleader actions have been filed,

14:33:17  2    first by the first level of excess carriers, by Transocean's

14:33:22  3    carriers, and then subsequently the second, third and fourth

14:33:25  4    excess layers have all filed interpleader actions looking for

14:33:29  5    direction about the proceeds of those policies and how they

14:33:33  6    would be distributed for things such as Transocean hands that

14:33:36  7    had personal injuries on the *Horizon*.

14:33:40  8           I think the latest on that is that further

14:33:44  9    responsive pleadings to the most recent set of interpleader

14:33:49 10    actions have been continued, response date, by agreement

14:33:52 11    pending the Fifth Circuit ruling on the petition for rehearing,

14:33:55 12    with Judge Shushan's concurrence.  That's essentially where

14:34:02 13    those stand.

14:34:02 14           THE COURT:  Very well.  Thank you very much.

14:34:05 15           All right.  Item Number 8 on the Agenda is there

14:34:13 16    are various motions, a number of them, I'm not sure of the

14:34:16 17    exact number, but a number of motions filed by various

14:34:24 18    claimants seeking to late file short form joinders and/or

14:34:28 19    claims in the limitation after the monition period, which

14:34:31 20    expired, of course, some time ago.

14:34:33 21           There are objections to these motions by

14:34:39 22    Transocean and, I believe, other parties.

14:34:41 23           Mr. Miller.

14:34:42 24           MR. MILLER:  Yes, Your Honor.  Kerry Miller for

14:34:44 25    Transocean.

**OFFICIAL TRANSCRIPT**

14:34:45 1            Our objections were really focused on two things.

14:34:47 2   Number one, Your Honor, that the actual monition date not be

14:34:52 3   changed.  Number two --

14:34:52 4            THE COURT:  Remind me again, what was that monition

14:34:54 5   date?

14:34:55 6            MR. MILLER:  I think it's April 20th, 2011, the one

14:35:00 7   year anniversary of the casualty.

14:35:01 8            So the monition date not being changed, it

14:35:04 9   appears that some of these motions, either the motions

14:35:06 10  themselves or the way that PACER reflected the type of the

14:35:11 11  motion sought, instead of filing a claim out of time, it sought

14:35:14 12  to extend the monition date, which there is a distinction

14:35:18 13  between the two.

14:35:19 14           So our point number one is not to extend the

14:35:21 15  monition date beyond the current setting.

14:35:25 16           THE COURT:  It looks like we might have actually

14:35:26 17  extended that -- it doesn't matter for purposes of what we're

14:35:31 18  talking about -- but to September 16, 2011.

14:35:36 19           MR. MILLER:  I thought maybe there was one more

14:35:38 20  extension.  I remember there was an initial extension to the

14:35:40 21  one year anniversary, and one more, but it's been some time

14:35:44 22  since that's passed, too.

14:35:45 23           THE COURT:  No doubt about that, yes.

14:35:47 24           MR. MILLER:  So that was number one, Your Honor.

14:35:49 25           Number two is to make sure that no statute of

**OFFICIAL TRANSCRIPT**

14:35:51  1   limitations or any other defenses are being waived by virtue of

14:35:55  2   not filing opposition to some of these late ones.

14:35:55  3         THE COURT:  Does anyone else need to say anything on

14:35:55  4   that?

14:36:00  5         MR. LANGAN:  Your Honor, BP joins in Mr. Miller's

14:36:04  6   objection for the reason we stated in the objection that we

14:36:07  7   filed.

14:36:08  8         THE COURT:  Very well.

14:36:12  9         MR. GODWIN:  Your Honor, Don Godwin for Halliburton.

14:36:16  10              We would join as well.

14:36:17  11        THE COURT:  Very well.

14:36:18  12        MR. GODWIN:  Thank you, Judge.

14:36:20  13        THE COURT:  Thank you.

14:36:21  14              Supplemental Admiralty Rule F gives the Court

14:36:24  15   discretion to allow a party to file a claim in limitation

14:36:28  16   proceedings after the claim bar date or monition date has

14:36:37  17   passed.  The decision to allow these largely lies in the

14:36:44  18   discretion of the court.

14:36:47  19              The Fifth Circuit has issued certain factors the

14:36:55  20   Court should consider in exercising its discretion.  Two

14:37:00  21   particular cases, one is *Golnay*, G-O-L-N-A-Y, *Barge Company*,

14:37:04  22   which is at 980 F.2d 349, a 1993 Fifth Circuit pro curium case.

14:37:13  23              Also, the case of *Texas Gulf Sulphur Company*,

14:37:16  24   which is at 313 F.2d 359, an earlier 1963 Fifth Circuit case.

14:37:23  25              Essentially, a district court ruling on a motion

**OFFICIAL TRANSCRIPT**

14:37:25 1    to file a late claim in a limitation proceeding should

14:37:28 2    consider, one, whether the proceeding is still pending and

14:37:32 3    undetermined; two, whether granting the motion will adversely

14:37:36 4    affect the rights of the parties; and, three, the claimants'

14:37:40 5    reasons for filing late.

14:37:43 6            I have reviewed the request to file these claims

14:37:52 7    late.  I'll note, first of all, even though we have had a

14:38:01 8    Phase One of the limitation trial, the limitation is still

14:38:05 9    pending, and the Court has not determined the vessel owner's

14:38:12 10   right to limitation or ruled on any claims or defenses in that

14:38:18 11   limitation.  So the proceeding is still pending and

14:38:21 12   undetermined.

14:38:22 13           Secondly, the second question is whether granting

14:38:26 14   the motion will adversely affect the rights of the parties.  I

14:38:31 15   can't see how letting these late filed claims in will adversely

14:38:35 16   affect anybody's rights.  There has been no discovery on the

14:38:43 17   individual claims.  Again, since the limitation is still

14:38:50 18   pending, I think adding these additional claims to the hundred

14:38:55 19   thousand or whatever it is we have already should not adversely

14:38:59 20   affect anyone's rights.

14:39:01 21           Thirdly, the claimants' reasons for filing late.

14:39:05 22   It's been represented to the Court that, in many of these

14:39:08 23   cases, the individual claimants, although we could say that the

14:39:14 24   general public ought to have been aware of this whole

14:39:19 25   litigation from the BP oil spill since it's had so much

widespread publicity over the last three years, nonetheless,

individual claimants, short of getting actual notice being

mailed to them, may not have been aware of in the public record

the monition date.

Some of them allege that their damages and claims

were still accruing long after the monition date.  So I find

that the reasons are satisfactory, equitable reasons.

Considering all those factors, I'm going to allow

these claims to be filed, with the understanding, first of

all -- I'm not reopening or extending the monition date, first

of all.  It still stands as September 16th, I think it was, of

2011; and, this doesn't waive any other defenses that

Transocean or any other party may have.

For example, if someone filed a claim beyond a

statute of limitations date, that's a completely different

issue, and we'll have to deal with that if and when it arises.

So I'm granting those motions.

Along with that, similarly, I'm going to allow

the Pending Motions to Amend the Complaints, which is Item

Number 9, for similar reasons.  So eight and nine are granted;

those motions are granted.

Item 10, Clean-Up Responder Defendants' Pending

Motions for Summary Judgment.  Mr. Lyle.  Where is Mr. Lyle?

MR. LYLE:  Good afternoon, Your Honor.  Michael Lyle

for O'Brien's/NRC.

14:41:18  1           Your Honor, this is our request for the Court to

14:41:20  2  address the status of the motions for summary judgment that

14:41:23  3  have been pending for some time before Your Honor.

14:41:28  4           THE COURT:  The Court is obviously aware that these

14:41:33  5  motions are pending and have been pending for some time.  I'll

14:41:38  6  say here in open court what I said to you back in liaison

14:41:45  7  counsel meeting.

14:41:46  8           First of all, my thought is since we have this

14:41:55  9  medical settlement which the Court has approved, and there were

14:42:04 10  some opt-outs from that settlement --

14:42:06 11           MR. LYLE:  Yes, sir.

14:42:07 12           THE COURT:  -- you said about 1600 --

14:42:09 13           MR. LYLE:  That's correct.

14:42:10 14           THE COURT:  -- and there are appeals on that

14:42:13 15  settlement, correct?

14:42:13 16           MR. LYLE:  Yes, sir.

14:42:14 17           THE COURT:  So that appeal is going to be heard, I

14:42:20 18  assume, sometime this summer, probably, in the Fifth Circuit.

14:42:24 19  There is no hearing date on that.  Is the briefing still going

14:42:28 20  on, on that?

14:42:29 21           MR. LYLE:  Yes, Your Honor.  The briefing is scheduled.

14:42:29 22           MR. LANGAN:  Judge, Andy Langan for BP.

14:42:32 23           There is no hearing date on that appeal.

14:42:35 24           THE COURT:  Still in the briefing process?

14:42:36 25           MR. LANGAN:  Yes, Your Honor.

                              **OFFICIAL TRANSCRIPT**

14:42:37 1          THE COURT:  Well, my thought, frankly, is that it would
14:42:39 2   make sense to hold off on this, to wait to see what the Circuit
14:42:44 3   does.  If the Circuit affirms, upholds the settlement, my
14:42:49 4   approval of the settlement, it kind of puts the whole B3 batch
14:42:58 5   of claims in a different posture because then we're dealing
14:43:01 6   with a much smaller universe of claims.
14:43:04 7          I do think that it makes sense that at some point
14:43:11 8   we're going to have to put in place some kind of protocol to
14:43:15 9   look at these claims.
14:43:24 10          I'll just say this for the record.  I'm not
14:43:27 11   ruling on your motions here today, but I'll say in open court
14:43:31 12   what I said in chambers.  I think your clients are probably
14:43:38 13   entitled to immunity if they acted in accordance with the
14:43:47 14   direction of the government.
14:43:51 15          However, some of these claimants allege that some
14:43:58 16   of these clean-up responders acted beyond their authority or
14:44:06 17   outside their authority in various ways.  I am hesitant to just
14:44:13 18   issue any kind of blanket order dismissing all of these claims
14:44:19 19   against all of these defendants when there could well be
14:44:25 20   individual claimants, B3 claimants, who could plausibly allege
14:44:31 21   and produce some evidence that they were employed by a certain
14:44:41 22   company on a certain day in a certain location, they were doing
14:44:46 23   certain work, they were exposed to chemicals in some manner,
14:44:52 24   either because of alleged negligence of their employer or
14:44:57 25   somebody else involved in the cleanup work.

**OFFICIAL TRANSCRIPT**

14:45:01  1          What we may have to do at some point is to come

14:45:05  2     up with a protocol, sort of a *Lone Pine* order, where

14:45:11  3     questionnaires would be sent to these people, they would have a

14:45:15  4     reasonable time to sort of come forward with evidence, you

14:45:19  5     know, to support these claims, if they can.

14:45:24  6          Because the problem now is that the affidavits

14:45:29  7     that have been submitted in opposition to your motion made

14:45:38  8     rather generalized, vague statements of, I was working on a

14:45:42  9     beach or walking on a beach one day, and some plane flew

14:45:47 10     overhead and sprayed something on me, or some of the other

14:45:53 11     types of claims that are more like, I wasn't given proper

14:45:59 12     equipment, safety equipment, protective equipment.

14:46:05 13          So that's where I am on your motions.

14:46:08 14          MR. LYLE:  Yes, Your Honor.  Thank you for that.

14:46:10 15          I think, based on the comments that you made

14:46:11 16     during liaison, that Mr. Herman would work with -- or the PSC

14:46:17 17     would work with us to develop some sort of protocol so that we

14:46:21 18     could get that process underway.

14:46:23 19          THE COURT:  Well, we know for sure you're going to have

14:46:26 20     to do it with the people that have opted out of the settlement,

14:46:30 21     regardless of what happens in the Fifth Circuit, right?

14:46:32 22          MR. LYLE:  That's correct.

14:46:33 23          THE COURT:  So it seems like you all could at least

14:46:35 24     start the process with the claimants who can be identified and

14:46:38 25     who have opted out of the medical settlement.  We can start

**OFFICIAL TRANSCRIPT**

14:46:41 1     maybe trying to get that process underway.

14:46:47 2           MR. HERMAN:  Yes, Your Honor, we'll work on that.

14:46:49 3           THE COURT:  Very good.

14:46:50 4           MR. LYLE:  Thank you, Your Honor.

14:46:51 5           THE COURT:  Thank you.

14:46:52 6           Does anyone else need to speak to that?

14:46:53 7           Let's see.  That was Number 10.  Number 11 on the

14:47:04 8 Agenda is just a note that we have this Phase Two of the

14:47:11 9 Limitation and Liability Trial scheduled to commence on

14:47:15 10 September 16, 2013.

14:47:17 11           We have some deadlines in place already in terms

14:47:22 12 of dispositive motions and motions in limine.  As Mr. Langan

14:47:30 13 said, there are a lot of remaining expert discovery and

14:47:35 14 depositions to be completed.

14:47:37 15           I mentioned to liaison counsel that I would like

14:47:43 16 to have that trial completed in one month's time.  I've asked

14:47:52 17 counsel to continue to talk to each other and work with

14:47:56 18 Judge Shushan to see what we can do to make that happen.

14:48:02 19           We've also had discussions about whether

14:48:05 20 Phase Two itself needs to be broken up into two parts, so to

14:48:09 21 speak, because there is a source control part of Phase Two, you

14:48:13 22 know, what went on and what happened between April 22, 2010,

14:48:21 23 and the next 87 days.

14:48:28 24           MR. LANGAN:  July 15th.

14:48:28 25           THE COURT:  July 15th, thank you, 2010, when the well

**OFFICIAL TRANSCRIPT**

14:48:30 1   was finally capped, what went on during those 87 or so days.

14:48:37 2          Then the issue, which everybody seems to believe

14:48:41 3   will take more time than that first thing I just talked about,

14:48:44 4   the second part of that would be the quantification, how much

14:48:49 5   oil escaped during those 87 days.

14:48:54 6          From what I'm hearing in talking to counsel, that

14:48:59 7   is not an easy task to calculate that because, first of all,

14:49:04 8   there is no meter on that well.  There are orifices of a

14:49:16 9   certain size, and I think the size varied and the shape varied

14:49:17 10  at different times.  All the various attempts to cap the well

14:49:22 11  certainly had some effect on the volume that was escaping at

14:49:26 12  various times, either made it better or worse.

14:49:29 13         I've got to say, I don't know if I'm looking

14:49:33 14  forward to sitting through all of that expert testimony, having

14:49:36 15  somebody try to figure out for me how much oil escaped, but

14:49:41 16  that's what I'll have to do, one way or the other.

14:49:48 17         Does anyone want to raise anything else here in

14:49:51 18  court about the Phase Two trial?  Does anyone need to say

14:49:55 19  anything here in court?

14:50:01 20         Okay.  Beyond Phase Two, we're talking about a

14:50:05 21  couple of things.  I know counsel have been talking mostly with

14:50:09 22  Judge Shushan, and I've had some discussions with her and with

14:50:11 23  you all.

14:50:14 24         I was thinking that the next thing would be

14:50:17 25  Phase Three, logically, would follow Phase Two; but, Mr. Langan

**OFFICIAL TRANSCRIPT**

14:50:22 1     prefers to call it the Penalty Phase.  So I think the next

14:50:25 2     thing beyond Phase Two will be what we will call *the*

14:50:28 3     *Penalty Phase trial*, and that will be the trial for the Court

14:50:37 4     to assess Clean Water Act penalties.

14:50:42 5             I think the parties to that trial, as I

14:50:44 6     appreciate it, are going to be BP, Anadarko and the

14:50:48 7     United States, correct?

14:50:50 8         MR. LANGAN:  Yes, Your Honor.

14:50:52 9         THE COURT:  There are a number of factors.  Of course,

14:50:59 10    what drives the penalties under the Clean Water Act are whether

14:51:02 11    there was gross negligence or not, the quantification, the

14:51:07 12    quantity of oil that escaped; and, then there are eight factors

14:51:12 13    that the Court has to take into account in assessing where to

14:51:16 14    set the penalties.

14:51:17 15          I think I should say this, because there is a

14:51:24 16    general lack of understanding of how these penalties work.  A

14:51:28 17    lot of press reports that have -- I'm sure the reporters just

14:51:32 18    misunderstand it -- have been misreported or misunderstood in

14:51:36 19    report after report, where it's been reported that it's either

14:51:43 20    $1,100 a barrel or $4,400 a barrel, so it's either this number

14:51:46 21    or that number; and, that's not how it works.

14:51:50 22          Those are caps, or maximums, on the penalties.

14:51:55 23    In other words, if there is no gross negligence, then the cap

14:51:58 24    is the $1,100 a barrel.  If there is gross negligence, the cap

14:52:02 25    is $4,400 a barrel.  It doesn't mean that that will be the

**OFFICIAL TRANSCRIPT**

14:52:07 1    assessed penalty. That just means that's the upper limit, and

14:52:11 2    the Court has to then decide within those caps, within those

14:52:13 3    limits, where to set the penalties based on the eight factors

14:52:19 4    that would be part of the penalty trial.

14:52:22 5          So I think it's important that everyone

14:52:25 6    understands how that will work.

14:52:29 7          Also, as Mr. Strange brought up earlier, we're

14:52:38 8    beginning discussions with the States about trying to proceed

14:52:48 9    with discovery and at some point, obviously, a trial or trials

14:52:53 10    on the States' claims. I think we're talking essentially now,

14:52:56 11    Mr. Strange, about the States' claims for economic damages,

14:52:56 12    correct?

14:53:01 13          MR. STRANGE: Yes, Your Honor.

14:53:01 14          THE COURT: We're not talking about natural resource

14:53:04 15    damages now?

14:53:05 16          MR. STRANGE: That's correct.

14:53:07 17          THE COURT: We're talking about the States' claims for

14:53:07 18    loss of tax revenues and those sorts of things.

14:53:11 19          MR. STRANGE: Correct. We would like to, obviously,

14:53:12 20    work with the Court to expedite that discovery process, so that

14:53:15 21    we're ready to go at the appropriate time, but as soon as

14:53:19 22    possible.

14:53:21 23          Per our conversation in liaison and my

14:53:23 24    discussions with my colleagues from Louisiana, we'd like to

14:53:25 25    suggest some ways the Court might approach that through a memo

**OFFICIAL TRANSCRIPT**

14:53:28 1    to the Court, with your permission.

14:53:31 2              THE COURT:  That's fine.  That would be great.  Thank

14:53:32 3    you.

14:53:32 4              MR. STRANGE:  Thank you, Your Honor.

14:53:33 5              THE COURT:  Okay.

14:53:35 6              MR. BARR:  Jim Roy for the PSC, Your Honor.

14:53:36 7              I just want to add as a bookmark here, the PSC

14:53:39 8    and BP have been talking with Magistrate Judge Shushan now for

14:53:44 9    almost 14 months, but with new activity as well, about OPA test

14:53:51 10   cases and the scope and whatnot of that.

14:53:55 11             THE COURT:  We're aware of that.  We'll fit that in

14:53:59 12   between everything else when we have nothing to do.

14:54:03 13             No, I'm well aware of that.  We're trying to

14:54:07 14   accommodate everyone as best we can.

14:54:12 15             Does anyone else need to talk about any sort of

14:54:16 16   case management issues, scheduling issues or anything like

14:54:18 17   that?

14:54:19 18             All right.  I think we're ready, Ben.

14:54:22 19             I'm not chasing anybody away, but the next thing

14:54:42 20   we're going to do is have oral argument on these motions

14:54:45 21   involving the Mexican States.

14:54:48 22             I do plan to have another status conference

14:54:53 23   probably either the first or second week of August.  I'll have

14:54:56 24   to look at the calendar.  So we will be sending out a notice of

14:55:00 25   that shortly.

**OFFICIAL TRANSCRIPT**

14:55:01  1          Unless someone has anything else, we'll entertain
14:55:07  2   oral argument on the cross-motions for summary judgment
14:55:10  3   regarding the claims of the Mexican States.  Those are Record
14:55:13  4   Documents 8169, 8176, 8178 and 8179.
14:55:19  5          These are cross-motions on the issue as to
14:55:26  6   whether the three Mexican States that have filed claims in this
14:55:32  7   litigation have the necessity proprietary interest under the
14:55:39  8   *Robins Dry Dock* test to bring claims in this matter.
14:55:46  9          Mr. Langan.
14:55:46 10          MR. LANGAN:  Thank you, Your Honor.
14:55:47 11          THE COURT:  You are dividing up your time?  I think I
14:55:51 12   said 20 minutes per side here.
14:55:52 13          MR. LANGAN:  You did, Your Honor.  I've spoken to
14:55:55 14   Mr. Roberts and counsel for Halliburton, and I will do most of
14:55:58 15   the argument.  They may want to the supplement a little bit,
14:56:01 16   but I'll be the primary advocate here.
14:56:03 17          If I could reserve a couple of minutes for
14:56:06 18   rebuttal, I would appreciate it.
14:56:07 19          THE COURT:  Sure.
14:56:07 20          MR. LANGAN:  Thank you.
14:56:07 21                        **ORAL ARGUMENT**
14:56:08 22          MR. LANGAN:  Your Honor, I wanted to start with, and
14:56:11 23   Your Honor has basically summarized it, about, you know, sort
14:56:13 24   of how we got here and what's left of the Mexican State cases.
14:56:18 25          In the First Amended Complaint, which is the

**OFFICIAL TRANSCRIPT**

14:56:22  1    operative complaint, they started out with numerous claims.  In

14:56:24  2    December of '11, Your Honor dismissed most of the claims,

14:56:28  3    including the OPA versus the responsible parties.  You allowed

14:56:32  4    the negligence and gross negligence claims against BP and

14:56:35  5    certain other defendants to proceed, but only to extent there

14:56:38  6    has been a physical injury to a proprietary interest.

14:56:44  7          Then, thereafter, Judge Shushan established a

14:56:47  8    process for briefing about the issue of proprietary interest of

14:56:50  9    the three Mexican States, and we've now had extensive briefing,

14:56:55  10   including experts, on cross-motions for summary judgment.

14:56:56  11         As Your Honor knows from reading the papers, it

14:56:59  12   is our belief that the law establishes that the three Mexican

14:57:04  13   States do not have the requisite proprietary interests in the

14:57:07  14   lands and waters and natural resources and wildlife.

14:57:10  15         I want to draw an important distinction here.

14:57:12  16   There is another plaintiff in this MDL, which is the Mexican

14:57:17  17   federal government.  It is now called the United Mexican

14:57:22  18   States, and they've brought another separate action, which is

14:57:24  19   not the subject of today's motion.

14:57:27  20         They are a plaintiff here, the United Mexican

14:57:29  21   States.  It's the defendants' belief that it is that Mexican

14:57:33  22   federal government which owns and has the primary and, in many

14:57:37  23   cases, the exclusive jurisdiction over and also the

14:57:41  24   responsibility for the natural resources which were allegedly

14:57:46  25   injured by the spill.

14:57:47  1         THE COURT:  Let me stop you for one second --

14:57:47  2         MR. LANGAN:  Sure.

14:57:49  3         THE COURT:  -- and just ask you to clarify something.

14:57:51  4             The United Mexican States, as you understand it,

14:57:53  5     that's the federal government of Mexico?

14:57:56  6         MR. LANGAN:  It is, Your Honor.  I don't profess to be

14:57:58  7     an expert on this.  I believe there came a time in the recent

14:58:02  8     past in which the country changed its official name, but I'm

14:58:08  9     going to call it the *federal government* or the *nation*.  It is

14:58:12 10     Action 13-CV-1441.

14:58:17 11         THE COURT:  Now, I recall reading somewhere that the

14:58:23 12     Mexican government, meaning the federal government -- as I

14:58:27 13     understood, it was a federal government -- had filed a lawsuit

14:58:30 14     in Mexico.

14:58:32 15         MR. LANGAN:  Your Honor, I'm familiar with --

14:58:34 16         THE COURT:  I don't think you could remove that one

14:58:35 17     here.

14:58:37 18         MR. LANGAN:  Don't sell us short.

14:58:39 19         THE COURT:  I know you would try, probably.

14:58:42 20         MR. LANGAN:  Your Honor, I'm aware of a class action

14:58:45 21     filed in Mexican courts on behalf of Mexican citizens that is

14:58:49 22     making its way procedurally -- and I could be wrong --

14:58:53 23         THE COURT:  Not brought by the government?

14:58:55 24         MR. LANGAN:  Not brought by the government.

14:58:57 25             Now, I'm not saying that you're also not correct,

**OFFICIAL TRANSCRIPT**

14:58:59 1    but the only federal government case I'm aware of is the one

14:59:03 2    that was filed on April 19th, and the docket CV-1441.

14:59:09 3            THE COURT:  Is that filed here in this Court?

14:59:10 4            MR. LANGAN:  It was, Your Honor.  It's pending here and

14:59:12 5    is now part of this case under Your Honor's jurisdiction.

14:59:15 6            THE COURT:  I got you.

14:59:16 7            MR. LANGAN:  We understand that we'll have to deal with

14:59:18 8    that case at some point.  We're here today talking about the

14:59:21 9    earlier case filed by three Mexican States that we don't feel

14:59:25 10   have the requisite proprietary interest.

14:59:28 11           I should also mention that, for purposes of this

14:59:31 12   motion, we are simply assuming there, in fact, was physical

14:59:36 13   impact on anything relating to Mexican interests.  I think BP

14:59:40 14   and the other defendants would even dispute that as matter of

14:59:43 15   fact, but we're not arguing about that today.

14:59:45 16           We're arguing about the legal issue about who has

14:59:47 17   the right to bring a case, if anybody does.  We simply believe

14:59:52 18   these three Mexican States do not have the requisite propriety

14:59:56 19   interest to bring a case.

14:59:57 20           In terms of the legal standard, there is some

15:00:03 21   disagreement among the parties here, but we believe that you

15:00:06 22   have to start with Fifth Circuit law construing *Robin Dry Dock*.

15:00:12 23   In the Fifth Circuit, the plaintiff must own the relevant

15:00:16 24   property to have a proprietary interest.

15:00:18 25           We say this a number of times in our brief, and

OFFICIAL TRANSCRIPT

it's worth emphasizing here, we have never found a single case from the Fifth Circuit which has ever found someone that wasn't an owner to possess.

THE COURT:  Let me give you one.  How about *Bosnor* v *Barrios* and others.  It's at 796 F.2d 776, a1986 Fifth Circuit case, which looks like to me clearly held that a bareboat charterer meets the proprietary interest test under *Robins Dry Dock*.

MR. LANGAN:  Not a demise charterer.

THE COURT:  Bareboat charterer.  That's a demise charterer.

MR. LANGAN:  Okay.  So, Your Honor, we acknowledge that the Fifth Circuit has suggested that a demise charterer or a bareboat charterer is as close as you can come and is tantamount to an ownership interest.

THE COURT:  Well, they did more than suggest, I think, in this case.  The question was the company called Reyna, R-E-Y-N-A, was the bareboat charterer of a barge.  There was some kind of incident, and they were alleging recovery of lost expenses and profits associated with this casualty, without physical damage to their barge.

The Fifth Circuit, in an opinion written by Judge Davis, who is still on the Court, talked about -- the issue was the other side contended that the bareboat charterer or demise charterer's claim is barred under the rule of

**OFFICIAL TRANSCRIPT**

15:01:56  1    *Robins Dry Dock.*

15:02:09  2              They talk about *Robins Dry Dock*, and they said,

15:02:12  3    "The question presented is whether Reyna," the barge demise

15:02:16  4    charterer, "had a sufficient proprietary interest in barge 101

15:02:21  5    to escape the grasp of *Robins* and *TESTBANK*."  Said, "Reyna,"

15:02:27  6    the charterer, "asserts that its status as a bareboat charterer

15:02:34  7    of the barge confers on it the necessary proprietary interest.

15:02:38  8    We agree *Robins* itself suggests that a bareboat charterer has a

15:02:43  9    primary interest in the vessel chartered."

15:02:46 10              Skipping over some language here, they go on to

15:02:46 11    point out that a bareboat charterer stands in the shoes of the

15:02:50 12    owner of the vessel for the duration of the charter and is

15:02:53 13    responsible for managing and maintaining the ship.  The

15:02:56 14    shipowner merely retains a right of a reversion.

15:03:00 15              Of course, they quote language, *Gilmore & Black*,

15:03:03 16    you know, as we've always called it here, a demise charterer is

15:03:04 17    an owner pro hac vice.

15:03:08 18              I understand that's not your whole argument, but,

15:03:10 19    apparently, there is at least one case that we found in the

15:03:13 20    Fifth Circuit that seems to be a holding to me.

15:03:16 21              MR. LANGAN:  So, Your Honor, I don't think that changes

15:03:19 22    the conclusion here because the three Mexican States aren't

15:03:23 23    anywhere close to having the kind of proprietary interest that

15:03:25 24    a bareboat charterer --

15:03:27 25              THE COURT:  That's a different issue.  I understand.

                              **OFFICIAL TRANSCRIPT**

15:03:30  1          MR. LANGAN:  It is.  In fact, the Mexican States don't

15:03:32  2     claim they own any relevant property.  All they claim is a

15:03:35  3     vague proprietary interest.

15:03:37  4          I think we've got to, you know, take a step back

15:03:39  5     and understand the Mexican Constitution here.  Experts have

15:03:44  6     submitted declarations and reports on this.

15:03:46  7          I think the most important document that

15:03:50  8     Your Honor could look at is Mexican Constitution Article 27,

15:03:55  9     which defines the nation as having original domain over all

15:03:59 10     lands and waters.

15:04:00 11          There is a Mexican Supreme Court case, *Nacion,*

15:04:07 12     *Representacion de la*, that defines *nation* as meaning the

15:04:09 13     federal government.

15:04:10 14          Now, the States have an expert that says, no, no,

15:04:13 15     *nations* means not only the nation, not only the republic, but

15:04:18 16     also the states and municipalities and even every citizen.

15:04:22 17          Frankly, that proves too much, because if that

15:04:24 18     construction of the Mexican States' expert is correct, that

15:04:27 19     means that any citizen of Mexico -- and there are a hundred

15:04:31 20     million or more -- would have a right to bring an action

15:04:35 21     relating to coastal land affected by this; and, you know,

15:04:37 22     frankly, that can't be the law.

15:04:39 23          We understand that it may not be dispositive

15:04:44 24     authority, but we have persuasive authority from the Mexican

15:04:48 25     Supreme Court that the term *nation* in Article 27 of the

**OFFICIAL TRANSCRIPT**

15:04:51 1    Constitution means the federal government.

15:04:52 2         Article 27 unequivocally grants to the Mexican

15:04:59 3    federal government, and not to the states, sole ownership of

15:05:02 4    Mexican lands and natural resources.

15:05:04 5         Your Honor, beyond that, there is another law in

15:05:07 6    Mexico called the *General Law of Natural Assets* that implements

15:05:10 7    Article 27 and confirms that the Mexican federal government

15:05:14 8    exclusively owns the natural resources allegedly damaged by the

15:05:18 9    oil spill.

15:05:19 10        THE COURT:  I think the other side's argument is that

15:05:22 11   there is something called *concurrent jurisdiction*.

15:05:25 12        MR. LANGAN:  Correct.  Yes.  They do argue that,

15:05:27 13   Your Honor.

15:05:28 14        THE COURT:  Do you want to respond to that?

15:05:29 15        MR. LANGAN:  Concurrent jurisdiction by the States is

15:05:32 16   not sufficient to show that the Mexican States have the level

15:05:35 17   of ownership necessary to constitute a proprietary interest.

15:05:39 18        In each case in which there is concurrent

15:05:42 19   jurisdiction, they don't grant ownership rights, they don't

15:05:46 20   grant environmental administrative independence.  In each case

15:05:51 21   of concurrent jurisdiction grants, the Mexican States remained

15:05:55 22   subordinate to the United Mexican States, the federal

15:05:58 23   government, even where there had been such grants.

15:06:01 24        It's always subservient to the interest of the

15:06:01 25   Mexican federal government, even when these concurrent

**OFFICIAL TRANSCRIPT**

15:06:08 1   jurisdiction grants exists.

15:06:09 2          So, very much unlike a demise charterer, they are

15:06:14 3   subservient, they are secondary, and they don't grant ownership

15:06:17 4   interest.  So they just don't provide the level of proprietary

15:06:19 5   interest that *Robins Dry Dock* requires.

15:06:23 6          The same can be said of the administrative

15:06:25 7   agreements that the Mexican States refer to.  The

15:06:28 8   administrative agreements that might allow things like taking

15:06:33 9   actions for destination agreements, they don't confer ownership

15:06:37 10  interest under Mexican law, and they don't provide an interest

15:06:41 11  tantamount to ownership.

15:06:42 12          Your Honor --

15:06:45 13      THE COURT:  What does the evidence show, who is

15:06:49 14  responsible for maintaining these areas, repairing them in case

15:07:03 15  they are damaged?  Is it the federal government, or is it the

15:07:08 16  States?

15:07:08 17      MR. LANGAN:  All right.  Your Honor, the way I've

15:07:10 18  answered that is this:  In the first instance, it's the federal

15:07:13 19  government.  The Mexican United States have the ultimate

15:07:16 20  responsibility and authority to do that.

15:07:17 21          They can concurrently share some of those

15:07:20 22  responsibilities with the States, if they choose to do so; but,

15:07:22 23  they are not required to, and they can ultimately take that

15:07:26 24  back.  At the end of the day, the buck stops with the federal

15:07:29 25  government.

**OFFICIAL TRANSCRIPT**

15:07:30 1           That's why it's our position that this is not

15:07:32 2    tantamount to any kind of demise charterer or bareboat

15:07:37 3    charterer or anything of the like.

15:07:38 4           Your Honor, the last point I want to make here

15:07:42 5    also, and this has been mentioned, is that there aren't any

15:07:45 6    *parens patriae* rights for the Mexican States to bring actions

15:07:50 7    on behalf of political subdivisions or businesses or citizens.

15:07:53 8    That's a doctrine that's reserved for the

15:07:58 9    United Mexican States, or the federal government.

15:07:59 10          So, Your Honor, not to belabor the point, but we

15:08:02 11   just don't think these three Mexican States have the kind of

15:08:06 12   proprietary interest that *Robins Dry Dock* and the Fifth Circuit

15:08:08 13   is talking about; and, as a result of that, they are the wrong

15:08:11 14   plaintiff.

15:08:12 15          You have the right plaintiff before you.  We

15:08:15 16   think these motions for summary judgment in the defendants'

15:08:18 17   favor ought to be granted.

15:08:20 18          THE COURT:  All right.  Thank you very much.  You have

15:08:24 19   a couple of minutes left.  Did anybody else on your side intend

15:08:28 20   to speak or not?

15:08:29 21          MR. ROBERTS:  Your Honor, as I said --

15:08:32 22          Steve Roberts.

15:08:32 23          -- I'm reminded of a saying I once heard, I think

15:08:37 24   in this Court, that redirect is optional, so I'll try to be

15:08:40 25   very brief.

**OFFICIAL TRANSCRIPT**

15:08:41  1          Let me just point out two things.  I don't know

15:08:46  2     that I'm in disagreement with Mr. Langan.  I'm not sure that I

15:08:50  3     heard him correctly.  As the Court knows, I tend not to hear

15:08:53  4     very well anyway.

15:08:54  5          One, *parens patriae* is not a doctrine that

15:09:01  6     Transocean believes is available to the Republic of Mexico.

15:09:04  7     We've cited a Second Circuit decision, and we believe that is a

15:09:07  8     doctrine uniquely available to states within the United States,

15:09:08  9     not states of other nations.

15:09:11 10          Then, secondly, along that point --

15:09:15 11          THE COURT:  Well, let me see if I understand what

15:09:16 12     you're saying.  You're saying you don't believe it's available

15:09:20 13     to the Mexican States or the Mexican Republic?

15:09:25 14          MR. ROBERTS:  Correct.  We cited the Second Circuit

15:09:28 15     decision on that point.

15:09:29 16          Secondly, I do want to the bring to the Court's

15:09:31 17     attention the fact that, along the same lines, the same counsel

15:09:37 18     representing the States of Mexico on the last -- third year

15:09:42 19     anniversary, also filed a lawsuit on behalf of the fishermen.

15:09:49 20          So, if there was a *parens* doctrine available to

15:09:52 21     either side, it would be irrelevant here because the fishermen

15:09:55 22     have now filed suit in a case that was filed in federal court

15:10:00 23     in San Antonio and transferred and made part of this

15:10:02 24     proceeding.  So we will ultimately address their rights and the

15:10:07 25     *parens* rights, if any, of the Republic, but those are clearly

15:10:11  1    not at issue in connection with the States of Mexico at this

15:10:14  2    point.

15:10:14  3                THE COURT:  Very well.  Thank you.

15:10:17  4                      Anyone else?

15:10:19  5                      All right.  Where is counsel?  Oh, I'm sorry, I

15:10:25  6    didn't see you there, sir.  Why don't you come forward.

15:10:28  7                MR. SERNA:  Your Honor, good afternoon.  May it please

15:10:28  8    the Court.

15:10:34  9                      Your Honor, we've submitted --

15:10:37  10               THE COURT:  Why don't you identify yourself first.

15:10:39  11               MR. SERNA:  Yes, sir.  I apologize.  Enrique Serna on

15:10:39  12   behalf of the Mexican States.

15:10:39  13               THE COURT REPORTER:  Could you spell your last name.

15:10:43  14               MR. SERNA:  S-E-R-N-A.

15:10:43  15               THE COURT:  Okay, Mr. Serna.

15:10:50  16               MR. SERNA:  Thank you, Your Honor.

15:10:52  17                     Before getting into the argument, Your Honor, we

15:10:55  18   were aware that the Republic of Mexico did file before the

15:11:01  19   anniversary of the statute of limitations.

15:11:03  20               THE COURT:  Do you represent them also?

15:11:06  21               MR. SERNA:  No, sir, I do not.  I don't claim to

15:11:09  22   represent in this hearing any of the interest of the Republic

15:11:13  23   of Mexico.

15:11:14  24                     I will tell you that we've had a work group since

15:11:17  25   on or about July of 2010 together with the Republic of Mexico,

**OFFICIAL TRANSCRIPT**

and the Republic of Mexico obviously has knowledge of the fact that we have been in this MDL since on or about September of 2010.

So there is plenty of knowledge on behalf of the Republic of Mexico, Your Honor, that we have been litigating our own State interests.

Now, leading into our argument, and without waiving, Your Honor, what we have presented to the Court in writing and the proof that we have submitted with our motion and our responses and our replies to our responses, I would like to just point the Court, taking advantage that the Court is talking about the case of *Bosner v. Barrios, et al.*, that we have submitted in our briefs, where we believe not only the Fifth Circuit, but this district has entertained other cases where ownership under maritime law is not required.

So, Your Honor, to that effect, I am going to quote from defendants' experts' own reports to the Court that we have attached, in which -- starting with Halliburton's expert, Mr. Lopez, "The States," i.e., the Mexican States, "have the right of use, enjoy or exploit the assets of the *General Law of National Assets*."  Your Honor, that's page 9, Exhibit 11 of the defense.

"The States have the right to use, enjoy and exploit the marine land zone and land reclaimed from the sea." Page 10, Exhibit 11.

**OFFICIAL TRANSCRIPT**

15:12:57  1                    "Governmental authority in environmental matters
15:13:02  2       is to be shared concurrently among the federal, state, and
15:13:06  3       municipal authorities."  Page 6 of Halliburton's expert report,
15:13:13  4       page 11, and that was on the environment and wildlife.
15:13:14  5                    Going to Transocean's expert, Your Honor, in
15:13:18  6       their own papers and what they submitted to the Court,
15:13:21  7       "Concessions by the federal government gives rights to the
15:13:25  8       States to enjoy the federal maritime zone."  That's
15:13:29  9       paragraph 21, page 6 of Mr. Marquez's report.
15:13:33 10                    "Lands reclaimed from the sea may be assigned to
15:13:37 11       use and enjoyment of states without the need to disincorporate
15:13:41 12       them."  Page 6, paragraph 22, citing the *General Law of*
15:13:46 13       *National Assets*.
15:13:46 14                    "Owners or legitimate holders of land where
15:13:50 15       wildlife is distributed have sustainable utilization rights."
15:13:54 16       Paragraph 25, page 7, the defense, Halliburton's --
15:13:58 17       Transocean's expert report.
15:14:00 18                    Now, going to BP's expert reports, Your Honor,
15:14:04 19       Mr. Burguete-Stanek, "Mexican law allows states to manage,
15:14:11 20       control, enjoy, exploit or use beaches, waters and resources."
15:14:19 21       Page 6, Exhibit 7, of their report.
15:14:23 22                    "The *General Law of National Assets* grants the
15:14:28 23       rights of use, enjoyment, exploitation of national assets
15:14:32 24       through concessions."  Page Number 4.
15:14:35 25                    "Regulations allow the States, by assignment from

15:14:39 1    the federal government, the rights to use, exploit, federal

15:14:42 2    maritime zone, land reclaimed from the sea on any body of

15:14:47 3    water."  Page 6.

15:14:50 4            Further, BP's expert claims this:  "Mexican

15:14:53 5    States are permitted to manage, control, enjoy, exploit

15:14:58 6    beaches, waters, and natural resources."

15:15:02 7            Before I even get, Your Honor, into our

15:15:05 8    Constitutional argument, on all of defendants' expert reports,

15:15:11 9    they acquiesce all of those rights that we believe give us the

15:15:17 10   right under United States maritime law to establish a

15:15:22 11   proprietary interest.

15:15:23 12           But if that was not sufficient enough for this

15:15:26 13   Court to hold that we do have proprietary interests, then I

15:15:31 14   would like to take you to the Mexican Constitution because we

15:15:38 15   believe, Your Honor, that not only under the Mexican

15:15:42 16   Constitution --

15:15:42 17           THE COURT:  Let me ask you this.

15:15:42 18           MR. SERNA:  Yes, sir.

15:15:44 19           THE COURT:  Let me interrupt you for a second,

15:15:45 20   Mr. Serna.  Do you agree or acknowledge that the federal

15:15:55 21   government -- I'm talking about, obviously, Mexico -- under the

15:16:03 22   Mexican Constitution, is the owner, has the actual ownership of

15:16:07 23   these lands and resources?

15:16:13 24           MR. SERNA:  No, Your Honor, I disagree.

15:16:14 25           THE COURT:  Point me to something that gives

15:16:16 1   ownership -- I'm not talking about use, enjoyment, exploiting

15:16:22 2   and all of that, but pure ownership, some ownership, a real

15:16:25 3   ownership interest to the States.

15:16:30 4       MR. SERNA:  Yes, Your Honor.

15:16:30 5           First of all, Your Honor, under Mexican law, I

15:16:32 6   will start with Article Number 27, Your Honor, in which, and I

15:16:38 7   quote, "Ownership of lands and waters within the boundaries of

15:16:43 8   national land territory is vested originally in the nation."

15:16:49 9       THE COURT:  Who comprises the nation?

15:16:52 10      MR. SERNA:  Exactly, Your Honor.  Under Article 42 of

15:16:58 11  the Mexican Constitution, the national territory shall be

15:17:01 12  integrated by the federation integrate portions.

15:17:05 13          Then, Your Honor, you go to Article 43 of the

15:17:08 14  Mexican Constitution, which we have attached as Exhibit A to

15:17:10 15  our motions.  The federation integrate portions are their

15:17:14 16  states.  The State of Quintana Roo, who is present --

15:17:21 17      THE COURT:  As I understand it, there is a Mexican

15:17:23 18  Supreme Court case that says that that terminology *nation* in

15:17:29 19  that article means the federal Mexican government, and not the

15:17:29 20  States?

15:17:34 21      MR. SERNA:  Your Honor, to that effect, I will tell you

15:17:36 22  that it was a misquote from the case.  What David Lopez,

15:17:41 23  Halliburton's expert, told the Court is that the term *nation*,

15:17:44 24  on page 7 of their report, as it appears in the Mexican

15:17:49 25  Constitution means and refers to the Mexican federal

**OFFICIAL TRANSCRIPT**

15:17:52  1    government, not the States.  That was an opinion, Your Honor.

15:17:56  2              When we actually look at the precedent that we

15:17:59  3    have submitted in our reply --

15:18:02  4         THE COURT:  I'm more interested in what the case itself

15:18:05  5    says, not what somebody else says about the case.  What does

15:18:08  6    the case itself say?

15:18:09  7         MR. SERNA:  Your Honor, the correct holding for that

15:18:11  8    case is that the *nation* must not be confused with a federal

15:18:16  9    entity.  That's the holding of the court.

15:18:20 10              The officers of one state are not empowered to

15:18:26 11    represent it, and we agree with that.  Obviously, it was a

15:18:29 12    misquote, Your Honor.

15:18:30 13         THE COURT:  So who is included in the nation?

15:18:35 14         MR. SERNA:  All of the States, Your Honor, because

15:18:37 15    under their own constitutions that they do have that we pointed

15:18:42 16    to in our briefing, they are free and autonomous.

15:18:45 17         THE COURT:  All of the people, too?

15:18:46 18         MR. SERNA:  No, Your Honor.  I'm only addressing the

15:18:48 19    state issue right now.  I'm not addressing --

15:18:49 20         THE COURT:  Whether you're addressing that issue or

15:18:53 21    not, how do you believe the *nation* is defined --

15:18:56 22         MR. SERNA:  The *nation*, Your Honor --

15:18:57 23         THE COURT:  -- under Mexican law?

15:18:58 24         MR. SERNA:  -- is, under Mexican law, comprised of the

15:19:01 25    integral portions -- under Article 42 of the Mexican

**OFFICIAL TRANSCRIPT**

15:19:05  1   Constitution and under Article 43, the States are defined as

15:19:09  2   the *nation*, Your Honor.

15:19:11  3          Therefore, each of the States, Your Honor, that I

15:19:14  4   represent have their own unique, free and autonomous

15:19:20  5   Constitution.  The three States are the rightful owners.

15:19:23  6          Two of the States, Tamaulipas and Veracruz, since

15:19:28  7   1857 have their own islands; but, even post the 1917

15:19:33  8   Constitution, they kept their islands under their own title.

15:19:36  9          Then, in the Constitution in Quintana Roo, all of

15:19:38 10   their islands belong to them, so their territory is them.

15:19:42 11          Now, under concurrency, Your Honor, do they have

15:19:46 12   federal laws that, together with the States, they manage?  Of

15:19:51 13   course, they do.  Of course, they do.  There is federal law,

15:19:54 14   just the equivalent as if it was in the United States, to their

15:19:58 15   states.  There is federal law.  However, it is a process of

15:20:03 16   concurrence with the local states to apply that federal law.

15:20:07 17          What we have even shown the Court, Your Honor,

15:20:10 18   even if you dismiss all these arguments, is that it became very

15:20:14 19   practical during President Fox's administration that the

15:20:17 20   federal government could just not administer all of their

15:20:22 21   federal resources.  Then they started to enter into all of the

15:20:25 22   concessions of land to private owners and all of the

15:20:29 23   administrative concessions from some of the federal land that

15:20:34 24   they've kept exclusively for the management and the control of

15:20:38 25   the States.

**OFFICIAL TRANSCRIPT**

15:20:39 1        So no matter where you see it, Your Honor,

15:20:41 2   whether constitutionally, whether under maritime law, the

15:20:47 3   Mexican States have a proprietary interest.

15:20:49 4        THE COURT:  How do you distinguish -- because there are

15:20:52 5   a number of cases, particularly in this circuit.  I'll give you

15:20:58 6   two for example.  One, interestingly, involved BP as a

15:21:06 7   plaintiff in the case, in *IMTT-Gretna v ROBERT E. LEE*,

15:21:13 8   steamship ROBERT E. LEE.

15:21:15 9        BP didn't own the dock.  There was a dock at a

15:21:24 10  petroleum facility here on the Mississippi River, and BP had an

15:21:31 11  exclusive lease, apparently, to use the dock as part of the

15:21:33 12  dock facilities.

15:21:35 13       This steamship ran into the dock and damaged it,

15:21:39 14  collided with the dock and damaged it, and it was out of

15:21:44 15  commission for, I think, four months or something like that.

15:21:49 16       BP alleged, well, wait a minute, we have a

15:21:53 17  proprietary interest because we have the exclusive right to use

15:21:56 18  this dock, and we have suffered economic damages due to

15:22:02 19  inability to use the dock for about four months.

15:22:08 20       The Fifth Circuit said they didn't meet the

15:22:12 21  requirements for having a proprietary interest.  They had the

15:22:17 22  exclusive use, but they didn't have a proprietary interest.

15:22:28 23  That was a 1993 Fifth Circuit case.

15:22:30 24       Then in 1979, *Louisville and Nashville Railroad*

15:22:37 25  *Company v. Bayou Lacombe*.  This is where a tug hit a bridge in

15:22:43  1    Alabama, knocked out a bridge over a river in Alabama.  Let's

15:22:57  2    see.  It was the Tennessee River at Decatur, Alabama.

15:23:04  3              Mr. Strange probably knows right where that is,

15:23:07  4    right?

15:23:07  5              MR. STRANGE:  I do.

15:23:08  6              THE COURT:  But, anyway, this tug struck a swing span

15:23:12  7    railroad bridge crossing the Tennessee River at Decatur,

15:23:15  8    Alabama.  The railroad company, Louisville and Nashville, had a

15:23:21  9    contractual right to use the bridge under an earlier agreement

15:23:24 10    with the bridge's owner.  Of course, they lost the use of the

15:23:29 11    bridge for some period of time because of this allision.

15:23:33 12              They sued for economic damages.  Again, the Court

15:23:38 13    held under *Robins Dry Dock* that, "Decisions of the

15:23:44 14    Supreme Court in this Circuit applying maritime law constrain

15:23:48 15    us to deny recovery of a pecuniary loss to a plaintiff who is

15:23:52 16    deprived of a contractual benefit by the negligent acts of a

15:23:55 17    defendant."  In other words, they didn't have sufficient

15:24:01 18    proprietary interests.

15:24:02 19              It seems to be pretty analogous to what you're

15:24:05 20    arguing, that the federal government grants or gives to the

15:24:11 21    States certain rights to use and enjoy, exploit, whatever,

15:24:17 22    these natural resources, but the federal government continues

15:24:22 23    to be the owner of these.

15:24:26 24              Even under these concurrency agreements, the

15:24:28 25    federal government doesn't give up ownership, right?

**OFFICIAL TRANSCRIPT**

15:24:32 1        MR. SERNA:  I disagree, Your Honor.

15:24:33 2        THE COURT:  In other words, the federal government no

15:24:36 3  longer has any interest in these --

15:24:39 4        MR. SERNA:  Oh, no, I'm not saying that.

15:24:40 5        THE COURT:  That's what you just said.  If they give up

15:24:42 6  ownership, they have no interest.

15:24:43 7        It seems to me the whole idea of concurrency

15:24:47 8  means they own it; they let you use it for certain purposes,

15:24:52 9  but they continue to own it.  That seems to be what we have

15:24:55 10  here.

15:24:56 11        MR. SERNA:  Your Honor, pardon, but we disagree.  The

15:25:00 12  proprietary interests of the Mexican States are very unique.

15:25:04 13        Now, just to give you a practical example, there

15:25:07 14  is a federal sales tax in Mexico.  I can't not claim on behalf

15:25:13 15  of the Mexican States that federal sales tax.  Nonetheless,

15:25:17 16  there is a state tax for hotel and some other fishing taxes

15:25:22 17  related to the state only.

15:25:27 18        I and the States are not claiming anything that

15:25:30 19  belongs to the federal government because our own Constitution

15:25:35 20  gives us our unique proprietary interest, Your Honor.

15:25:40 21        THE COURT:  What part of the damages to the

15:25:42 22  natural resources would the States be claiming that are

15:25:47 23  different than what the federal government would be claiming?

15:25:50 24        MR. SERNA:  Only where the State government expends

15:25:54 25  their own money for the cleanup, restoration and the monitoring

15:25:59  1    and the tracking of the endangered species, the turtle farms.

15:26:04  2            Just to give you an example of the Ridley marine

15:26:09  3    turtles, which are at Rancho Nuevo, Tamaulipas.  There, the

15:26:30  4    State expends their own budgets, Your Honor, for the upkeep and

15:26:34  5    protection of the Ridley marine sea turtle.

15:26:37  6            The State expends their own money on the cleanup

15:26:42  7    of any superficial oil that was attributed to the BP oil spill.

15:26:47  8    The State will spend its own money on the restoration.

15:26:51  9            THE COURT:  Where is that in this record?

15:26:55 10            MR. SERNA:  It's in the declarations of the Ministers

15:26:57 11    of the Environment from --

15:27:00 12            THE COURT:  Part of the problem we have had, frankly,

15:27:03 13    is that you have, I guess, dumped into the record voluminous

15:27:11 14    documents and pages.  In many cases, you just referred to them

15:27:15 15    en globo.  You refer to a number of exhibits which contain

15:27:22 16    hundreds and hundreds of pages without pinpointing the

15:27:27 17    relevance of a particular part or page.

15:27:31 18            It's not my job to go rooting through all of

15:27:34 19    these pages to figure out what the importance is of these

15:27:37 20    documents you dumped in.

15:27:40 21            MR. SERNA:  Your Honor, the most important piece of --

15:27:42 22            THE COURT:  Then some of them were dumped in, and they

15:27:44 23    weren't even translated.  They were in Spanish.

15:27:47 24            MR. SERNA:  Well, then, Your Honor, on that regard, we

15:27:49 25    do acquiesce.  We just were not timely, from the time that

**OFFICIAL TRANSCRIPT**

15:27:54 1   Judge Shushan ruled until the time these motions came, in

15:27:57 2   translating hundreds of thousands of pages.

15:27:59 3          So what we did is we --

15:28:01 4          THE COURT:  How do you expect the Court to then root

15:28:03 5   through these and figure out what's important and what's not?

15:28:06 6          MR. SERNA:  I will tell the Court what's important,

15:28:08 7   Your Honor.  The Declarations from the Ministers sum up each of

15:28:12 8   the States' responsibilities and what they did during the

15:28:17 9   Macondo oil spill.

15:28:18 10         These are the Ministers of the Environment of the

15:28:22 11  State that actually sat in the office or picked up the file

15:28:24 12  from the predecessors that tell you -- detail what they did as

15:28:30 13  far as monitoring, cleanup, restoration.

15:28:33 14         Even -- even, Your Honor, we brought in the claim

15:28:36 15  of a commercial contractor, where the State of Tamaulipas even

15:28:42 16  grants that contractor the ability to dredge the ocean.  That's

15:28:45 17  why we have the proprietary interest.

15:28:46 18         So when we were starting this, Your Honor, we

15:28:50 19  thought that we were going to have depositions on this case by

15:28:53 20  the experts.  Eventually, the defense changed their mind as to

15:28:58 21  whether depositions were necessary or not.  Then we were

15:29:02 22  ordered on a very short briefing schedule.

15:29:05 23         So, yes, Your Honor, I take the heat on the fact

15:29:08 24  that we did submit some documents in Spanish.  We quoted their

15:29:12 25  translations in English.  Under Article 44 -- I mean, Federal

OFFICIAL TRANSCRIPT

15:29:19  1    Rule of Civil Procedure 44, I would appreciate if the Court

15:29:20  2    just takes notice of the translated part contained in our

15:29:23  3    briefing.

15:29:24  4            I do not intend to dump on the Court numerous

15:29:27  5    volumes of records without translation, but only the portions

15:29:30  6    that are relevant.

15:29:31  7            If you looked at the Declarations of the

15:29:34  8    Ministers and what they tell you, Your Honor, and the

15:29:37  9    translated versions of the Constitution in each of the States,

15:29:40 10    and even the declaration -- by the way, all these declarations

15:29:44 11    are completely unopposed -- of Minister -- GTT, Grupo Turisto

15:29:52 12    Tamaulipas, as to how he went to the State to get a dredging

15:29:54 13    permit, you will find that, whether you look at it from a

15:29:58 14    maritime time law perspective or a Mexican Constitutional

15:30:02 15    perspective, we have proprietary interest.

15:30:04 16            Now, let me address, Your Honor, the issue of

15:30:07 17    that holding of the case.  As I told you, it was a misquote

15:30:12 18    from the right holding.  We translated the actual holding for

15:30:12 19    you.

15:30:16 20            What's interesting is that Transocean's expert,

15:30:19 21    on page 45 of their report, gets the holding right, they

15:30:23 22    actually transcribe it right; yet, Halliburton's expert

15:30:27 23    misquotes it.  So there, in their own evidence, you will see

15:30:32 24    the quote, the appropriate quote, and then the misquote.

15:30:34 25            Even if I was to further -- even if that case was

15:30:39  1     to be valid, which it is misquoted, it is not precedent

15:30:44  2     according to the Mexican Supreme Court, Your Honor.  It has not

15:30:49  3     been repeated over five times.  I submit the declaration of one

15:30:52  4     of our experts that illustrates to the Court the necessity of

15:30:55  5     repeating it five times before it becomes Mexican legal

15:30:59  6     precedent.

15:31:00  7             In short, Your Honor, and to close, we believe

15:31:03  8     that the Mexican States have met and pled their proprietary

15:31:10  9     interests under maritime law, under Mexican Constitutional law.

15:31:16 10             The definition that the defense uses for the term

15:31:20 11     *nation* is completely a misquote, their only saving attempt to

15:31:26 12     say that we do not have any sort of ownership when, under

15:31:30 13     Article -- under Article 41 and 42, following Article 27, we

15:31:37 14     are the legitimate owners of the nation, as one of the integral

15:31:42 15     components.

15:31:43 16             If you have any further questions, Your Honor,

15:31:45 17     I'll be happy to answer them.

15:31:46 18             THE COURT:  Thank you very much.

15:31:49 19             MR. SERNA:  Thank you, Your Honor.

15:31:49 20             THE COURT:  Okay.  Any reply?

15:31:53 21             MR. LANGAN:  Your Honor, very briefly.

15:31:54 22             First of all, unless the Mexican States are an

15:32:01 23     owner or stand identically to a demise charterer, they don't

15:32:04 24     have proprietary interest under the Fifth Circuit law.  I don't

15:32:07 25     think there has been any showing that they are an owner or

15:32:09 1    stand in the shoes of a demise charterer.

15:32:12 2            Secondly, Article 27 of the Constitution, which

15:32:15 3    defines nation, we think is dispositive here for a couple of

15:32:19 4    reasons.

15:32:20 5            First of all, you've already alluded to the

15:32:22 6    Mexican Supreme Court case, which is, at a minimum, persuasive

15:32:24 7    authority on the issue, holding that -- and this is found in

15:32:27 8    the Halliburton and Transocean identification of authorities --

15:32:30 9    that *nation* means the federal government, and that the nation

15:32:33 10   cannot be mistaken for a state.  That's what the case says.

15:32:37 11           Furthermore, I think it's important to see what

15:32:41 12   the Mexican States' expert says, Mr. Gabuardi.  His definition

15:32:46 13   of Mexican nation includes the Mexican people as well as

15:32:50 14   municipalities as well as the States.  As I said before, that

15:32:52 15   just proves too much, because if the nation includes all those

15:32:57 16   things, then any one of several million people could be

15:33:00 17   bringing actions, and that just can't be.  They can't all own

15:33:03 18   the property or have proprietary interest in the property.

15:33:07 19           The third point is, Your Honor -- he read part of

15:33:11 20   the quote from the BP expert, but I want to read the rest of

15:33:16 21   it -- our expert says, "Under Mexican law, national assets by

15:33:20 22   their very nature are property of the federation," the federal

15:33:23 23   government.  "The federation owns and has the right to control

15:33:26 24   such property.  Coordination agreements between the federation

15:33:30 25   and any given state may authorize a state to conduct

**OFFICIAL TRANSCRIPT**

15:33:35  1   significant activities, but this limited grant of use or

15:33:38  2   control does not give the state a right of ownership in the

15:33:41  3   object."

15:33:41  4          That's really my last point.  As Your Honor

15:33:46  5   pointed out, grants to use or enjoy or exploit is not the same

15:33:50  6   as grants of ownership, and that's all we have here.  So,

15:33:53  7   therefore, it's really the federal government that has these

15:33:56  8   rights, if anybody does, and the motion should be granted.

15:33:59  9          THE COURT:  All right.  Thank you very much.

15:34:01 10          Mr. Roberts, do you want to say anything?

15:34:03 11          MR. ROBERTS:  I'm going to violate my own understanding

15:34:05 12   of your rule.  Your Honor, I just wanted to clear up one thing

15:34:08 13   Mr. Serna said.  He indicated that the affidavits of the

15:34:12 14   Mexican Ministers had not been disputed.  I'd just reference

15:34:15 15   the Court to our motion -- our reply to his motion,

15:34:20 16   Document 8450, at Footnote 8, we do dispute, and we have raised

15:34:25 17   the evidentiary bases for that dispute.

15:34:27 18          THE COURT:  Okay.  We'll take a look at it.

15:34:29 19          All right.  We'll take this under advisement and

15:34:32 20   issue a written ruling in due course.

15:34:35 21          We will, again, soon set a date for the next

15:34:41 22   in-court conference.

15:34:47 23          A little bit early, but everyone have a good

15:34:49 24   4th of July.

15:34:50 25          THE DEPUTY CLERK:  All rise.

**OFFICIAL TRANSCRIPT**

1          (WHEREUPON, at 3:35 p.m.  the proceedings were

2     concluded.)

3                         *    *    *

4

5

6

7                       REPORTER'S CERTIFICATE

8

9          I, Cathy Pepper, Certified Realtime Reporter, Registered

10    Merit Reporter, Certified Court Reporter of the State of

11    Louisiana, Official Court Reporter for the United States

12    District Court, Eastern District of Louisiana, do hereby

13    certify that the foregoing is a true and correct transcript to

14    the best of my ability and understanding from the record of the

15    proceedings in the above-entitled and numbered matter.

16

17

18                              *s/Cathy Pepper*

19                              Cathy Pepper, CRR, RMR, CCR
                                Certified Realtime Reporter
20                              Registered Merit Reporter
                                Official Court Reporter
21                              United States District Court
                                Cathy_Pepper@laed.uscourts.gov
22

23

24

25

                         **OFFICIAL TRANSCRIPT**

## $

**$1,100** [2] - 38:20, 38:24
**$4,400** [2] - 38:20, 38:25

## '

**'11** [1] - 42:2

## 1

**10** [3] - 32:22, 36:7, 53:25
**10-2179** [1] - 13:12
**10-MD-2179** [1] - 1:7
**100** [1] - 3:8
**1000** [1] - 2:4
**10003** [1] - 2:19
**1001** [1] - 5:24
**101** [2] - 4:4, 46:4
**11** [4] - 36:7, 53:22, 53:25, 54:4
**1100** [1] - 5:20
**1201** [2] - 6:18, 6:25
**13-CV-1441** [1] - 43:10
**1300** [2] - 7:9, 8:13
**132,000** [2] - 10:12, 23:2
**1331** [1] - 7:4
**14** [1] - 40:9
**14271** [1] - 5:9
**14th** [2] - 21:4, 25:3
**15** [1] - 10:7
**15th** [2] - 36:24, 36:25
**16** [4] - 11:25, 21:6, 29:18, 36:10
**1600** [1] - 33:12
**1615** [1] - 7:9
**1665** [1] - 7:4
**16th** [2] - 26:20, 32:11
**1700** [1] - 6:25
**1857** [1] - 58:7
**188** [1] - 2:23
**1917** [1] - 58:7
**1963** [1] - 30:24
**1979** [1] - 59:24
**1993** [2] - 30:22, 59:23
**19th** [1] - 44:2
**1st** [1] - 27:16

## 2

**2** [1] - 7:21
**20** [6] - 1:6, 10:8, 10:10, 10:19, 23:16,

41:12
**20.5** [2] - 11:12, 27:1
**2000** [2] - 7:21, 8:5
**20004** [1] - 6:18
**20005** [1] - 8:14
**20006** [1] - 7:17
**20044** [2] - 5:9, 5:14
**2007** [1] - 7:20
**2010** [5] - 1:6, 36:22, 36:25, 52:25, 53:3
**2011** [3] - 29:6, 29:18, 32:12
**2013** [4] - 1:8, 13:2, 25:6, 36:10
**2013.........** [1] - 11:25
**2013..........** [1] - 10:23
**2014** [2] - 10:24, 25:7
**2020** [1] - 7:17
**20th** [3] - 20:20, 23:14, 29:6
**20TH** [1] - 10:17
**21** [1] - 54:9
**2185** [2] - 24:19, 24:22
**2185.........................
......** [1] - 10:21
**22** [3] - 10:11, 36:22, 54:12
**2216** [1] - 4:11
**23** [9] - 3:8, 10:13, 10:14, 10:16, 10:17, 10:18, 10:19, 10:20, 23:13
**23510** [1] - 2:5
**23rd** [1] - 21:14
**24** [2] - 10:21, 10:22
**25** [4] - 10:23, 10:25, 11:3, 54:16
**255** [1] - 3:4
**25TH** [1] - 10:24
**25th** [2] - 22:5, 25:7
**26** [5] - 11:4, 11:6, 11:7, 11:9, 11:11
**27** [11] - 1:8, 11:12, 11:13, 13:2, 47:8, 47:25, 48:2, 48:7, 56:6, 65:13, 66:2
**2700** [5] - 10:11, 21:10, 21:12, 21:13, 22:23
**275** [1] - 2:12
**28** [3] - 4:15, 11:16, 11:19
**29464** [1] - 4:15
**29TH** [1] - 2:12
**2:00** [1] - 1:8

## 3

**3** [1] - 23:6

**300** [1] - 6:14
**313** [1] - 30:24
**316** [1] - 2:8
**32** [3] - 11:20, 11:21, 11:23
**32502** [1] - 2:9
**33134** [1] - 3:5
**349** [1] - 30:22
**355** [2] - 6:4, 7:13
**359** [1] - 30:24
**35TH** [1] - 6:4
**36** [1] - 11:25
**36013** [1] - 3:16
**36130** [1] - 4:20
**365** [1] - 8:5
**3668** [1] - 1:20
**36TH** [1] - 5:19
**37** [1] - 12:1
**3700** [1] - 5:24
**38** [1] - 12:2
**39201** [1] - 2:23
**3:35** [1] - 68:1

## 4

**4** [1] - 54:24
**40** [3] - 11:7, 12:4, 26:16
**400** [2] - 11:10, 26:25
**41** [3] - 12:6, 12:7, 65:13
**4160** [1] - 3:16
**42** [3] - 56:10, 57:25, 65:13
**43** [2] - 56:13, 58:1
**4310** [1] - 2:15
**435** [1] - 4:4
**44** [3] - 22:18, 63:25, 64:1
**4400** [1] - 7:13
**45** [1] - 64:21
**450** [1] - 5:5
**474** [1] - 21:7
**4th** [1] - 67:24

## 5

**500** [2] - 4:20, 9:17
**5000** [1] - 6:10
**501** [1] - 3:23
**504** [1] - 9:18
**519** [1] - 3:19
**5395** [1] - 5:5
**54** [2] - 10:15, 23:11
**556** [1] - 1:21
**589-7779** [1] - 9:18

## 6

**6** [6] - 26:1, 54:3, 54:9, 54:12, 54:21, 55:3
**600** [2] - 2:8, 4:7
**60654** [1] - 6:15
**618** [1] - 3:12

## 7

**7** [3] - 54:16, 54:21, 56:24
**700** [1] - 2:19
**70037** [1] - 3:9
**701** [2] - 4:24, 6:10
**70112** [1] - 7:10
**70113** [1] - 1:25
**70130** [5] - 4:8, 4:11, 4:25, 8:5, 9:18
**70139** [1] - 6:11
**70163** [1] - 5:20
**70360** [1] - 4:4
**70502** [1] - 1:21
**70601** [1] - 3:23
**70726** [1] - 3:20
**70801** [1] - 3:12
**75270** [1] - 6:25
**7611** [1] - 5:13
**77002** [1] - 5:24
**77006** [1] - 2:16
**77010** [2] - 7:4, 7:22
**776** [1] - 45:5
**777** [1] - 2:23
**796** [1] - 45:5
**7TH** [1] - 5:5

## 8

**8** [2] - 28:15, 67:16
**8169** [2] - 12:7, 41:4
**8176** [2] - 12:7, 41:4
**8178** [2] - 12:7, 41:4
**8179** [1] - 41:4
**8179..........** [1] - 12:7
**820** [1] - 1:24
**8397** [1] - 3:8
**8450** [1] - 67:16
**87** [3] - 36:23, 37:1, 37:5

## 9

**9** [2] - 32:20, 53:21
**900** [1] - 8:13
**90071** [2] - 6:5, 7:13
**909** [1] - 7:21
**94102** [1] - 5:6

**94111** [1] - 2:12
**980** [1] - 30:22
**999** [1] - 2:4
**9TH** [1] - 4:7

## A

**a1986** [1] - 45:5
**ability** [2] - 63:16, 68:14
**able** [4] - 19:23, 21:25, 24:15, 25:16
**ABOUT** [1] - 11:5
**above-entitled** [1] - 68:15
**absolutely** [1] - 20:2
**access** [2] - 25:20, 25:23
**accident** [1] - 22:9
**accommodate** [1] - 40:14
**accommodated** [1] - 25:19
**accordance** [1] - 34:13
**according** [1] - 65:2
**account** [1] - 38:13
**accruing** [1] - 32:6
**acknowledge** [2] - 45:12, 55:20
**acquiesce** [2] - 55:9, 62:25
**Act** [2] - 38:4, 38:10
**acted** [2] - 34:13, 34:16
**ACTION** [1] - 1:7
**action** [3] - 42:18, 43:20, 47:20
**Action** [1] - 43:10
**actions** [7] - 21:10, 28:1, 28:4, 28:10, 49:9, 50:6, 66:17
**ACTIONS** [1] - 11:14
**ACTIVE** [1] - 10:11
**active** [1] - 22:24
**activities** [1] - 67:1
**activity** [2] - 21:3, 40:9
**acts** [1] - 60:16
**actual** [4] - 29:2, 32:2, 55:22, 64:18
**add** [1] - 40:7
**adding** [1] - 31:18
**addition** [2] - 22:22, 26:3
**additional** [2] - 21:7, 31:18
**address** [3] - 33:2, 51:24, 64:16
**addressed** [2] - 20:24,

27:17
**addressing** [3] -
57:18, 57:19, 57:20
**administer** [1] - 58:20
**administration** [1] -
58:19
**administrative** [4] -
48:20, 49:6, 49:8,
58:23
**Admiralty** [1] - 30:14
**advantage** [1] - 53:11
**adversely** [4] - 31:3,
31:14, 31:15, 31:19
**advice** [1] - 20:2
**advisement** [1] -
67:19
**advocate** [1] - 41:16
**affect** [4] - 31:4,
31:14, 31:16, 31:20
**affected** [1] - 47:21
**affidavits** [2] - 35:6,
67:13
**affirms** [1] - 34:3
**AFTER** [1] - 11:19
**afternoon** [19] - 13:8,
13:9, 13:22, 14:4,
14:7, 14:9, 14:10,
14:13, 14:15, 14:17,
14:18, 15:2, 15:12,
16:16, 17:6, 17:9,
17:10, 32:24, 52:7
**AG's** [2] - 17:14, 20:4
**Agenda** [4] - 15:15,
23:6, 28:15, 36:8
**ago** [1] - 28:20
**agree** [3] - 46:8,
55:20, 57:11
**AGREEMENT** [1] -
11:15
**agreement** [2] - 28:10,
60:9
**agreements** [5] - 49:7,
49:8, 49:9, 60:24,
66:24
**AL** [2] - 3:16, 4:20
**al** [1] - 53:12
**ALABAMA** [1] - 4:18
**Alabama** [6] - 14:3,
15:21, 60:1, 60:2,
60:8
**ALAN** [1] - 7:3
**Alan** [1] - 15:10
**alerts** [1] - 24:16
**ALHAMBRA** [1] - 3:4
**aligned** [3] - 19:10,
19:11
**ALISON** [1] - 6:23
**ALL** [1] - 1:10
**ALLAN** [1] - 4:23
**Allan** [1] - 13:25

**allege** [4] - 24:1, 32:5,
34:15, 34:20
**alleged** [2] - 34:24,
59:16
**allegedly** [2] - 42:24,
48:8
**alleging** [1] - 45:19
**ALLEN** [1] - 3:14
**allision** [1] - 60:11
**allow** [6] - 30:15,
30:17, 32:8, 32:18,
49:8, 54:25
**allowed** [2] - 18:24,
42:3
**allows** [1] - 54:19
**alluded** [2] - 21:9,
66:5
**almost** [1] - 40:9
**ALPHONSO** [1] - 2:22
**ALSO** [1] - 8:16
**amber** [1] - 15:5
**AMBER** [1] - 5:23
**Amend** [1] - 32:19
**AMEND** [1] - 11:20
**amended** [1] - 24:25
**Amended** [1] - 41:25
**AMERICA** [3] - 5:12,
6:7, 6:8
**ANADARKO** [2] - 7:6,
7:7
**Anadarko** [4] - 14:25,
15:1, 15:2, 38:6
**analogous** [1] - 60:19
**AND** [12] - 5:17, 6:7,
8:12, 10:7, 10:9,
11:2, 11:5, 11:10,
11:11, 11:21, 11:24,
12:7
**AND/OR** [1] - 11:18
**ANDREW** [2] - 6:13,
7:20
**Andy** [3] - 14:21, 21:2,
33:22
**ANGELES** [2] - 6:5,
7:13
**anniversary** [4] - 29:7,
29:21, 51:19, 52:19
**ANOTHER** [1] - 12:3
**answer** [2] - 17:22,
65:17
**answered** [1] - 49:18
**ANTHONY** [1] - 4:10
**anticipation** [1] -
26:19
**Antonio** [1] - 51:23
**anyway** [3] - 26:12,
51:4, 60:6
**apologize** [1] - 52:11
**APPEAL** [1] - 11:2
**appeal** [3] - 25:11,

33:17, 33:23
**appeals** [1] - 33:14
**APPEARANCES** [9] -
1:17, 2:1, 3:1, 4:1,
5:1, 6:1, 7:1, 8:1, 9:1
**appellants** [1] - 25:12
**applicable** [1] - 22:18
**apply** [2] - 19:21,
58:16
**applying** [1] - 60:14
**appreciate** [4] - 17:23,
38:6, 41:18, 64:1
**approach** [1] - 39:25
**appropriate** [2] -
39:21, 64:24
**approval** [1] - 34:4
**approved** [1] - 33:9
**APRIL** [2] - 1:6, 10:17
**April** [6] - 20:20,
23:14, 25:7, 29:6,
36:22, 44:2
**ARE** [1] - 11:21
**area** [1] - 25:9
**areas** [2] - 24:22,
49:14
**argue** [1] - 48:12
**arguing** [3] - 44:15,
44:16, 60:20
**ARGUMENT** [2] -
12:5, 41:21
**argument** [10] - 22:7,
22:20, 40:20, 41:2,
41:15, 46:18, 48:10,
52:17, 53:7, 55:8
**arguments** [1] - 58:18
**arises** [2] - 23:23,
32:16
**AROUND** [1] - 10:16
**Article** [14] - 47:8,
47:25, 48:2, 48:7,
56:6, 56:10, 56:13,
57:25, 58:1, 63:25,
65:13, 66:2
**article** [1] - 56:19
**ARY** [1] - 8:22
**ASBILL** [1] - 5:22
**asserts** [1] - 46:6
**assess** [1] - 38:4
**assessed** [1] - 39:1
**assessing** [1] - 38:13
**assets** [3] - 53:20,
54:23, 66:21
**Assets** [4] - 48:6,
53:21, 54:13, 54:22
**assigned** [1] - 54:10
**assignment** [1] -
54:25
**Assistant** [1] - 16:6
**associated** [1] - 45:20
**assume** [1] - 33:18

**assuming** [1] - 44:12
**attached** [2] - 53:18,
56:14
**attempt** [1] - 65:11
**attempted** [1] - 24:11
**attempts** [1] - 37:10
**attending** [2] - 18:23,
25:17
**attention** [1] - 51:17
**Attorney** [5] - 16:6,
16:15, 17:7, 18:9,
19:8
**ATTORNEY** [1] - 4:18
**attributed** [1] - 62:7
**AUGUST** [1] - 10:24
**August** [2] - 25:7,
40:23
**AUGUST...........** [1] -
12:4
**authorities** [2] - 54:3,
66:8
**authority** [7] - 34:16,
34:17, 47:24, 49:20,
54:1, 66:7
**authorize** [1] - 66:25
**autonomous** [2] -
57:16, 58:4
**available** [5] - 23:24,
51:6, 51:8, 51:12,
51:20
**AVENUE** [7] - 1:24,
3:19, 4:20, 5:5, 6:4,
6:18, 7:13
**aware** [9] - 27:25,
31:24, 32:3, 33:4,
40:11, 40:13, 43:20,
44:1, 52:18

**B**

**B3** [2] - 34:4, 34:20
**BABIUCH** [1] - 6:14
**BADEN** [1] - 4:14
**bar** [1] - 30:16
**BARBIER** [1] - 1:14
**bareboat** [10] - 45:6,
45:10, 45:14, 45:18,
45:24, 46:6, 46:8,
46:11, 46:24, 50:2
**Barge** [1] - 30:21
**barge** [5] - 45:18,
45:21, 46:3, 46:4,
46:7
**Barr** [1] - 13:21
**BARR** [3] - 2:8, 13:21,
40:6
**barred** [1] - 45:25
**barrel** [4] - 38:20,
38:24, 38:25

**Barrios** [2] - 45:5,
53:12
**based** [2] - 35:15, 39:3
**bases** [1] - 67:17
**batch** [1] - 34:4
**BATISTTE** [1] - 6:23
**BATON** [1] - 3:12
**BATTERY** [1] - 2:12
**BAYLEN** [1] - 2:8
**Bayou** [1] - 59:25
**beach** [1] - 35:9
**beaches** [3] - 24:5,
54:20, 55:6
**BEASLEY** [1] - 3:14
**became** [1] - 58:18
**becomes** [1] - 65:5
**BEEN** [5] - 10:13,
11:7, 11:8, 11:12,
11:14
**BEFORE** [1] - 1:14
**beginning** [1] - 39:8
**behalf** [8] - 14:1,
21:19, 43:21, 50:7,
51:19, 52:12, 53:4,
61:14
**belabor** [1] - 50:10
**belief** [2] - 42:12,
42:21
**believes** [1] - 51:6
**BELLE** [1] - 3:9
**belong** [1] - 58:10
**belongs** [1] - 61:19
**Ben** [1] - 40:18
**benefit** [1] - 60:16
**BERNSTEIN** [1] - 2:11
**best** [2] - 40:14, 68:14
**BETH** [1] - 9:7
**Beth** [1] - 15:11
**better** [1] - 37:12
**between** [4] - 29:13,
36:22, 40:12, 66:24
**beyond** [2] - 22:16,
29:15, 32:14, 34:16,
37:20, 38:2, 48:5
**BEYOND** [1] - 12:1
**Billy** [2] - 16:19, 16:20
**BINGHAM** [2] - 7:12,
7:15
**bit** [2] - 41:15, 67:23
**Black** [1] - 46:15
**blanket** [1] - 34:18
**BLVD** [1] - 4:15
**boats** [1] - 24:4
**body** [1] - 55:2
**BONNER** [1] - 9:8
**BONNIE** [1] - 9:12
**bookmark** [1] - 40:7
**BORROW** [1] - 9:6
**Bosner** [1] - 53:12

Bosnor [1] - 45:4
BOULEVARD [1] - 2:15
boundaries [1] - 56:7
BOWMAN [2] - 6:23, 15:3
Bowman [1] - 15:3
BOX [4] - 1:20, 3:16, 5:9, 5:13
BP [25] - 6:7, 6:7, 6:8, 14:21, 14:22, 14:23, 15:11, 15:13, 21:2, 21:18, 27:17, 27:23, 30:5, 31:25, 33:22, 38:6, 40:8, 42:4, 44:13, 59:6, 59:9, 59:10, 59:16, 62:7, 66:20
BP's [2] - 54:18, 55:4
BRAD [1] - 6:3
Brad [1] - 15:7
BRANCH [2] - 5:4, 5:8
Breit [1] - 13:24
BREIT [3] - 2:3, 2:3, 13:24
BRENNAN [1] - 5:22
Brian [2] - 13:21, 15:7
BRIAN [3] - 2:8, 6:3, 15:7
bridge [5] - 59:25, 60:1, 60:7, 60:9, 60:11
bridge's [1] - 60:10
BRIDGESIDE [1] - 4:15
brief [4] - 19:1, 25:13, 44:25, 50:25
briefed [2] - 21:22, 25:13
briefing [8] - 33:19, 33:21, 33:24, 42:8, 42:9, 57:16, 63:22, 64:3
briefly [1] - 65:21
briefs [1] - 53:13
bring [6] - 41:8, 44:17, 44:19, 47:20, 50:6, 51:16
bringing [1] - 66:17
BROAD [1] - 3:23
BROADWAY [1] - 2:19
BROCK [2] - 6:17, 14:23
Brock [1] - 14:23
broken [1] - 36:20
brought [6] - 21:19, 39:7, 42:18, 43:23, 43:24, 63:14
BRUCE [1] - 6:23
Bruce [1] - 15:3

buck [1] - 49:24
budgets [1] - 62:4
Burguete [1] - 54:19
Burguete-Stanek [1] - 54:19
BURLING [1] - 6:17
businesses [1] - 50:7
BY [44] - 1:5, 1:20, 1:23, 2:3, 2:8, 2:11, 2:15, 2:18, 2:22, 3:3, 3:7, 3:11, 3:15, 3:19, 3:22, 4:3, 4:7, 4:10, 4:14, 4:18, 4:23, 5:4, 5:8, 5:13, 5:19, 5:22, 6:3, 6:9, 6:13, 6:17, 6:21, 7:3, 7:9, 7:12, 7:16, 7:20, 8:4, 8:13, 9:20, 9:20, 11:1, 11:7, 11:15, 11:17

**C**

CA [4] - 2:12, 5:6, 6:5, 7:13
Cabraser [1] - 13:23
CABRASER [3] - 2:11, 2:11, 13:22
calculate [1] - 37:7
calendar [1] - 40:24
CALLED [1] - 13:4
Calvin [1] - 14:18
CALVIN [1] - 3:19
CAMP [1] - 4:24
CANAL [2] - 8:4, 8:5
cannot [1] - 66:10
cap [3] - 37:10, 38:23, 38:24
CAPITOL [1] - 2:23
capped [1] - 37:1
caps [2] - 38:22, 39:2
CARL [1] - 1:14
CARONDELET [1] - 4:7
carrier [1] - 27:20
carriers [4] - 27:18, 27:21, 28:2, 28:3
CARTER [1] - 5:23
case [45] - 13:11, 15:23, 16:8, 16:23, 17:12, 20:4, 21:18, 25:8, 25:17, 26:2, 26:23, 27:18, 30:22, 30:23, 30:24, 40:16, 44:1, 44:5, 44:8, 44:9, 44:17, 44:19, 45:1, 45:6, 45:17, 46:19, 47:11, 48:18, 48:20, 49:14, 51:22, 53:12, 56:18, 56:22,

57:4, 57:5, 57:6, 57:8, 59:7, 59:23, 63:19, 64:17, 64:25, 66:6, 66:10
CASE [1] - 9:7
CASE...................... ................ [1] - 11:9
CASE...................... .................... [1] - 10:25
Cases [1] - 27:14
CASES [3] - 1:10, 10:11, 10:20
cases [19] - 19:18, 19:19, 20:20, 21:7, 22:18, 22:24, 23:15, 23:16, 23:18, 23:19, 24:8, 30:21, 31:23, 40:10, 41:24, 42:23, 53:14, 59:5, 62:14
CASES............... [1] - 10:18
CASES...................... . [1] - 10:19
CASES...................... ............ [1] - 11:13
casualty [3] - 23:14, 29:7, 45:20
CASUALTY [1] - 10:18
catch [1] - 18:5
CATHY [1] - 9:16
Cathy [2] - 68:9, 68:19
Cathy_Pepper@laed .uscourts.gov [1] - 68:21
cathy_Pepper@laed. uscourts.gov [1] - 9:19
CCR [2] - 9:16, 68:19
CENTER [1] - 7:21
CENTRE [1] - 5:19
certain [10] - 25:1, 30:19, 34:21, 34:22, 34:23, 37:9, 42:5, 60:21, 61:8
certainly [2] - 19:12, 37:11
CERTIFICATE [1] - 68:7
certification [2] - 25:4, 25:5
Certified [3] - 68:9, 68:10, 68:19
CERTIFIED [1] - 9:16
certify [1] - 68:13
chambers [1] - 34:12
change [1] - 27:9
changed [4] - 29:3, 29:8, 43:8, 63:20
changes [1] - 46:21

CHARLES [2] - 3:23, 9:9
charter [1] - 46:12
chartered [1] - 46:9
charterer [20] - 45:7, 45:9, 45:10, 45:11, 45:13, 45:14, 45:18, 45:24, 46:4, 46:6, 46:8, 46:11, 46:16, 46:24, 49:2, 50:2, 50:3, 65:23, 66:1
charterer's [1] - 45:25
chasing [1] - 40:19
CHASSE [1] - 3:9
chemicals [2] - 24:2, 34:23
CHICAGO [1] - 6:15
Chief [1] - 17:18
choose [1] - 49:22
CHRIS [1] - 8:19
CIRCLE [1] - 3:4
Circuit [26] - 25:11, 25:14, 27:16, 28:11, 30:19, 30:22, 30:24, 33:18, 34:2, 34:3, 35:21, 44:22, 44:23, 45:2, 45:5, 45:13, 45:22, 46:20, 50:12, 51:7, 51:14, 53:14, 59:20, 59:23, 60:14, 65:24
CIRCUIT [1] - 11:15
circuit [1] - 59:5
CIRCUIT...................... .................... [1] - 11:3
cited [2] - 51:7, 51:14
citing [1] - 54:12
citizen [2] - 47:16, 47:19
citizens [2] - 43:21, 50:7
CITY [1] - 2:19
Civil [1] - 64:1
CIVIL [3] - 1:7, 5:4, 5:8
claim [12] - 19:16, 29:11, 30:15, 30:16, 31:1, 32:14, 45:25, 47:2, 52:21, 61:14, 63:14
CLAIMANTS [1] - 11:17
claimants [8] - 19:16, 28:18, 31:23, 32:2, 34:15, 34:20, 35:24
claimants' [2] - 31:4, 31:21
claiming [1] - 61:18, 61:22, 61:23
claims [28] - 18:1, 18:17, 19:15, 25:1,

28:19, 31:6, 31:10, 31:15, 31:17, 31:18, 32:5, 32:9, 34:5, 34:6, 34:9, 34:18, 35:5, 35:11, 39:10, 39:11, 39:17, 41:3, 41:6, 41:8, 42:1, 42:2, 42:4, 55:4
CLAIMS [2] - 11:18, 12:6
clarify [1] - 43:3
class [3] - 25:4, 25:5, 43:20
Clean [3] - 32:22, 38:4, 38:10
CLEAN [1] - 11:22
clean [1] - 34:16
Clean-Up [1] - 32:22
clean-up [1] - 34:16
CLEAN-UP [1] - 11:22
cleanup [4] - 34:25, 61:25, 62:6, 63:13
clear [1] - 67:12
clearly [2] - 45:6, 51:25
CLERK [4] - 13:7, 13:12, 13:14, 67:25
clients [1] - 34:12
close [3] - 45:14, 46:23, 65:7
cluttering [1] - 20:14
co [1] - 17:11
co-counsel [1] - 17:11
coastal [1] - 47:21
colleagues [1] - 39:24
collegial [1] - 20:3
collided [1] - 59:14
coming [2] - 17:5, 18:4
commence [1] - 36:9
COMMENCE [1] - 11:25
comments [2] - 17:23, 35:15
commercial [1] - 63:15
commission [1] - 59:15
committee [1] - 13:17
COMPANY [2] - 6:8, 7:7
Company [3] - 30:21, 30:23, 59:25
company [3] - 34:22, 45:17, 60:8
Complaint [1] - 41:25
complaint [3] - 25:1, 25:10, 42:1
COMPLAINT [1] - 11:1
Complaints [1] -

32:19
**COMPLAINTS...........**
..[1] - 11:20
**completed** [3] - 27:6, 36:14, 36:16
**completely** [3] - 32:15, 64:11, 65:11
**components** [1] - 65:15
**COMPRETTA** [1] - 9:3
**comprised** [1] - 57:24
**comprises** [1] - 56:9
**COMPUTER** [1] - 9:20
**Concessions** [1] - 54:7
**concessions** [3] - 54:24, 58:22, 58:23
**concluded** [1] - 68:2
**conclusion** [1] - 46:22
**concurrence** [2] - 28:12, 58:16
**concurrency** [3] - 58:11, 60:24, 61:7
**concurrent** [5] - 48:11, 48:15, 48:18, 48:21, 48:25
**concurrently** [2] - 49:21, 54:2
**conditional** [2] - 20:25, 22:17
**CONDITIONAL** [1] - 10:9
**Conditional** [1] - 21:6
**conditionally** [1] - 21:6
**conduct** [1] - 66:25
**confer** [1] - 49:9
**conference** [4] - 19:2, 21:5, 40:22, 67:22
**CONFERENCE** [2] - 1:14, 12:3
**confers** [1] - 46:7
**confidentiality** [1] - 25:21
**confirms** [1] - 48:7
**confused** [1] - 57:8
**connection** [3] - 20:23, 27:6, 52:1
**CONNERS** [2] - 8:16, 17:6
**Conners** [2] - 17:4, 17:7
**CONRAD** [1] - 4:3
**consider** [2] - 30:20, 31:2
**considering** [1] - 32:8
**CONSOLIDATED** [1] - 11:1
**consolidated** [3] - 16:9, 25:1, 25:10

**constitute** [1] - 48:17
**Constitution** [16] - 47:5, 47:8, 48:1, 55:14, 55:16, 55:22, 56:11, 56:14, 66:25, 58:1, 58:5, 58:8, 58:9, 61:19, 64:9, 66:2
**Constitutional** [3] - 55:8, 64:14, 65:9
**constitutionally** [1] - 59:2
**constitutions** [1] - 57:15
**constrain** [1] - 60:14
**construction** [1] - 47:18
**construing** [1] - 44:22
**contact** [1] - 24:11
**contain** [1] - 62:15
**contained** [1] - 64:2
**contended** [1] - 45:24
**continue** [2] - 36:17, 61:9
**continued** [1] - 28:10
**CONTINUED** [9] - 2:1, 3:1, 4:1, 5:1, 6:1, 7:1, 8:1, 9:1, 11:14
**continues** [1] - 25:23, 60:22
**contractor** [2] - 63:15, 63:16
**contractual** [2] - 60:9, 60:16
**control** [7] - 26:15, 36:21, 54:20, 55:5, 58:24, 66:23, 67:2
**CONTROL...............**
..................... [1] - 11:6
**conversation** [1] - 39:23
**coordinate** [1] - 24:17
**coordinating** [2] - 15:18, 23:21
**coordination** [4] - 23:24, 25:15, 25:23, 66:22
**CORAL** [1] - 3:5
**COREY** [1] - 4:19
**Corey** [1] - 17:17
**CORPORATE** [1] - 4:4
**CORPORATION** [1] - 7:7
**correct** [17] - 17:13, 23:3, 24:7, 27:7, 33:13, 33:15, 35:22, 38:7, 39:12, 39:16, 39:19, 43:25, 47:18, 48:12, 51:14, 57:7,

68:13
**correctly** [1] - 51:3
**COSSICH** [2] - 3:7, 3:7
**counsel** [14] - 13:18, 15:18, 16:14, 17:3, 17:11, 17:18, 33:7, 36:15, 36:17, 37:6, 37:21, 41:14, 51:17, 52:5
**COUNSEL** [1] - 1:19
**count** [1] - 23:11
**country** [1] - 43:8
**couple** [5] - 24:20, 37:21, 41:17, 50:19, 66:3
**course** [8] - 26:19, 28:20, 38:9, 46:15, 58:13, 60:10, 67:20
**COURT** [114] - 1:1, 9:16, 10:14, 13:4, 13:8, 13:10, 13:13, 13:15, 14:20, 15:14, 16:3, 16:8, 16:11, 16:18, 16:21, 16:23, 17:1, 17:9, 17:12, 17:14, 17:25, 19:6, 20:6, 20:8, 21:12, 21:25, 22:3, 22:11, 22:22, 23:1, 23:4, 23:25, 24:6, 24:10, 24:19, 25:15, 25:25, 26:5, 26:9, 26:21, 27:4, 27:11, 28:14, 29:4, 29:16, 29:23, 30:3, 30:8, 30:11, 30:13, 33:4, 33:12, 33:14, 33:17, 33:24, 34:1, 35:19, 35:23, 36:3, 36:5, 36:25, 38:9, 39:14, 39:17, 40:2, 40:5, 40:11, 41:11, 41:19, 43:1, 43:3, 43:11, 43:16, 43:19, 43:23, 44:3, 44:6, 45:4, 45:10, 45:16, 46:25, 48:10, 48:14, 49:13, 50:18, 51:11, 52:3, 52:10, 52:13, 52:15, 52:20, 55:17, 55:19, 55:25, 56:9, 56:17, 57:4, 57:13, 57:17, 57:20, 57:23, 59:4, 60:6, 61:2, 61:5, 61:21, 62:9, 62:12, 62:22, 63:4, 65:18, 65:20, 67:9, 67:18
**court** [14] - 22:23, 23:8, 23:17, 24:11, 24:17, 30:18, 30:25,

33:6, 34:11, 37:18, 37:19, 51:22, 57:9, 67:22
**Court** [51] - 15:19, 18:10, 19:4, 19:21, 21:9, 21:11, 23:7, 30:14, 30:20, 31:9, 31:22, 33:1, 33:4, 33:9, 38:3, 38:13, 39:2, 39:20, 39:25, 40:1, 44:3, 45:23, 47:11, 47:25, 50:24, 51:3, 52:8, 53:8, 53:11, 53:17, 54:6, 55:13, 56:18, 56:23, 58:17, 60:12, 60:14, 63:4, 63:6, 64:1, 64:4, 65:2, 65:4, 66:6, 67:15, 68:10, 68:11, 68:12, 68:20, 68:21
**Court's** [1] - 51:16
**courtroom** [2] - 16:2, 18:25
**COURTS** [1] - 10:15
**courts** [2] - 23:12, 43:21
**coverage** [2] - 27:18, 27:20
**covers** [1] - 23:10
**COVINGTON** [1] - 6:17
**create** [1] - 21:20
**CROSS** [1] - 12:5
**cross** [3] - 41:2, 41:5, 42:10
**CROSS-MOTIONS** [1] - 12:5
**cross-motions** [3] - 41:2, 41:5, 42:10
**crossing** [1] - 60:7
**CROW** [1] - 3:14
**CRR** [2] - 9:16, 68:19
**curium** [1] - 30:22
**current** [1] - 29:15
**CURTIS** [1] - 9:9
**CUTOFF** [1] - 10:23
**cutoff** [1] - 25:6
**CV-1441** [1] - 44:2

**D**

**DALLAS** [1] - 6:25
**damage** [1] - 45:21
**damaged** [4] - 48:8, 49:15, 59:13, 59:14
**damages** [9] - 19:14, 19:15, 19:16, 32:5, 39:11, 39:15, 59:18,

60:12, 61:21
**date** [17] - 25:7, 26:22, 28:10, 29:2, 29:5, 29:8, 29:12, 29:15, 30:16, 32:4, 32:6, 32:10, 32:15, 33:19, 33:23, 67:21
**DATE** [3] - 10:24, 11:8, 11:15
**dates** [1] - 23:20
**David** [1] - 56:22
**DAVID** [1] - 3:8
**Davis** [1] - 45:23
**DAVIS** [1] - 6:4
**DAVIS-DENNY** [1] - 6:4
**days** [4] - 26:19, 36:23, 37:1, 37:5
**DC** [5] - 5:9, 5:14, 6:18, 7:17, 8:14
**de** [1] - 47:12
**deadlines** [1] - 36:11
**deal** [3] - 19:21, 32:16, 44:7
**dealing** [2] - 25:5, 34:5
**Deb** [1] - 14:25
**DEBORAH** [1] - 7:9
**Decatur** [2] - 60:2, 60:7
**December** [3] - 21:4, 25:6, 42:2
**DECEMBER** [1] - 10:23
**decide** [1] - 39:2
**decided** [1] - 22:19
**decision** [3] - 30:17, 51:7, 51:15
**Decisions** [1] - 60:13
**declaration** [2] - 64:10, 65:3
**declarations** [3] - 47:6, 62:10, 64:10
**Declarations** [2] - 63:7, 64:7
**Deepwater** [3] - 13:13, 13:14, 22:17
**DEEPWATER** [3] - 1:5, 5:17, 5:18
**defendant** [1] - 60:17
**defendants** [3] - 34:19, 42:5, 44:14
**DEFENDANTS'** [1] - 11:22
**Defendants'** [1] - 32:22
**defendants'** [4] - 42:21, 50:16, 53:17, 55:8
**defense** [4] - 53:22,

54:16, 63:20, 65:10
**defenses** [3] - 30:1, 31:10, 32:12
**defined** [2] - 57:21, 58:1
**defines** [3] - 47:9, 47:12, 66:3
**definition** [2] - 65:10, 66:12
**DEGRAVELLES** [1] - 3:11
**demise** [10] - 45:9, 45:10, 45:13, 45:25, 46:3, 46:16, 49:2, 50:2, 65:23, 66:1
**DENHAM** [1] - 3:20
**DENNY** [1] - 6:4
**deny** [1] - 60:15
**DEPARTMENT** [3] - 5:3, 5:7, 5:12
**deposition** [1] - 26:18
**DEPOSITIONS** [1] - 11:10
**depositions** [5] - 25:17, 26:25, 36:14, 63:19, 63:21
**deprived** [1] - 60:16
**Deputy** [2] - 17:7, 17:18
**DEPUTY** [4] - 13:7, 13:12, 13:14, 67:25
**destination** [1] - 49:9
**detail** [1] - 63:12
**determined** [1] - 31:9
**develop** [1] - 35:17
**DEXTER** [1] - 4:20
**different** [7] - 19:15, 19:22, 32:15, 34:5, 37:10, 46:25, 61:23
**difficult** [1] - 18:2
**direction** [2] - 28:5, 34:14
**directly** [1] - 21:9
**disagree** [3] - 55:24, 61:1, 61:11
**disagreement** [2] - 44:21, 51:2
**Discovery** [1] - 26:1
**DISCOVERY** [3] - 10:23, 11:5, 11:8
**discovery** [16] - 18:17, 19:19, 23:19, 23:21, 25:2, 25:6, 25:15, 26:2, 26:14, 26:22, 27:12, 31:16, 36:13, 39:9, 39:20
**DISCOVERY..............**
**................** [1] - 11:4
**discretion** [3] - 30:15, 30:18, 30:20

**discussion** [1] - 19:1
**discussions** [5] - 18:14, 36:19, 37:22, 39:8, 39:24
**disincorporate** [1] - 54:11
**dismiss** [2] - 25:2, 58:18
**dismissal** [1] - 25:13
**DISMISSED** [1] - 11:1
**dismissed** [2] - 25:10, 42:2
**dismissing** [1] - 34:18
**dispositive** [3] - 36:12, 47:23, 66:3
**dispute** [3] - 44:14, 67:16, 67:17
**disputed** [2] - 22:18, 67:14
**distinction** [2] - 29:12, 42:15
**distinguish** [1] - 59:4
**distributed** [2] - 28:6, 54:15
**District** [5] - 21:20, 24:23, 68:12, 68:21
**DISTRICT** [3] - 1:1, 1:2, 1:15
**district** [2] - 30:25, 53:14
**dividing** [1] - 41:11
**DIVISION** [2] - 5:4, 5:8
**dock** [8] - 59:9, 59:11, 59:12, 59:13, 59:14, 59:18, 59:19
**Dock** [8] - 41:8, 44:22, 45:8, 46:1, 46:2, 49:5, 50:12, 60:13
**docket** [1] - 44:2
**docks** [1] - 24:5
**doctrine** [4] - 50:8, 51:5, 51:8, 51:20
**document** [1] - 47:7
**Document** [1] - 67:16
**DOCUMENT** [1] - 1:10
**DOCUMENTS** [2] - 11:12, 12:7
**documents** [5] - 27:1, 27:2, 62:14, 62:20, 63:24
**Documents** [1] - 41:4
**domain** [1] - 47:9
**DOMENGEAUX** [1] - 1:19
**DOMINION** [1] - 2:4
**DON** [1] - 6:9
**Don** [3] - 14:22, 15:9, 30:9
**DONALD** [1] - 6:21
**done** [1] - 24:13

**doubt** [1] - 29:23
**DOUGLAS** [1] - 4:24
**down** [1] - 18:17
**Dragna** [1] - 15:2
**DRAGNA** [2] - 7:12, 15:2
**DRAKE** [1] - 8:20
**Drake** [1] - 17:10
**draw** [1] - 42:15
**dredge** [1] - 63:16
**dredging** [1] - 64:12
**DRESCHER** [1] - 2:3
**DRILLING** [1] - 5:17
**DRIVE** [2] - 2:4, 4:4
**drives** [1] - 38:10
**drop** [1] - 22:12
**Dry** [8] - 41:8, 44:22, 45:7, 46:1, 46:2, 49:5, 50:12, 60:13
**due** [2] - 59:18, 67:20
**Duke** [1] - 14:8
**dump** [1] - 64:4
**dumped** [3] - 62:13, 62:20, 62:22
**DUNBAR** [1] - 8:3
**duration** [1] - 46:12
**during** [6] - 24:3, 35:16, 37:1, 37:5, 58:19, 63:8

## E

**E&P** [1] - 7:7
**early** [2] - 24:14, 67:23
**EAST** [1] - 2:4
**Eastern** [1] - 68:12
**EASTERN** [1] - 1:2
**easy** [1] - 37:7
**economic** [4] - 23:16, 39:11, 59:18, 60:12
**ECONOMIC** [1] - 10:19
**Edwards** [1] - 16:6
**EDWARDS** [3] - 1:19, 8:19, 16:5
**effect** [3] - 37:11, 53:16, 56:21
**efficiently** [1] - 19:25
**EIGHT** [1] - 11:21
**eight** [3] - 32:20, 38:12, 39:3
**either** [10] - 18:12, 26:18, 27:12, 29:9, 34:24, 37:12, 38:19, 38:20, 40:23, 51:21
**EITHER** [1] - 12:4
**electronic** [1] - 20:17
**Elizabeth** [1] - 13:23
**ELIZABETH** [1] - 2:11

**ELLIS** [1] - 6:13
**ELLISON** [1] - 11:2
**Ellison** [3] - 24:23, 25:4, 25:11
**ELM** [1] - 6:25
**emphasize** [1] - 24:21
**emphasizing** [1] - 45:1
**employed** [1] - 34:21
**employer** [1] - 34:24
**empowered** [1] - 57:10
**en** [1] - 62:15
**encourage** [1] - 19:25
**end** [1] - 49:24
**endangered** [1] - 62:1
**ENERGY** [2] - 5:19, 6:21
**ENFORCEMENT** [1] - 5:12
**English** [1] - 63:25
**enjoy** [7] - 53:20, 53:23, 54:8, 54:20, 55:5, 60:21, 67:5
**enjoyment** [3] - 54:11, 54:23, 56:1
**Enrique** [1] - 52:11
**ENRIQUE** [1] - 8:17
**enter** [1] - 58:21
**entertain** [1] - 41:1
**entertained** [1] - 53:14
**entitled** [2] - 34:13, 68:15
**entitlement** [1] - 27:19
**entity** [1] - 57:9
**environment** [1] - 54:4
**Environment** [2] - 62:11, 63:10
**environmental** [2] - 48:20, 54:1
**ENVIRONMENTAL** [1] - 5:12
**equipment** [1] - 35:12
**equitable** [1] - 32:7
**equivalent** [1] - 58:14
**ERIKA** [1] - 6:24
**ERISA** [2] - 11:1, 25:9, 25:10
**ERVIN** [1] - 3:3
**Ervin** [1] - 14:15
**escape** [1] - 46:5
**escaped** [2] - 37:5, 37:15, 38:12
**escaping** [1] - 37:11
**Espy** [1] - 14:9
**ESPY** [2] - 2:22, 14:9
**ESQUIRE** [81] - 1:20, 1:23, 1:24, 2:3, 2:8, 2:11, 2:15, 2:18,

2:22, 2:22, 3:3, 3:4, 3:7, 3:8, 3:11, 3:15, 3:19, 3:22, 4:3, 4:7, 4:10, 4:14, 4:14, 4:18, 4:19, 4:19, 4:23, 4:24, 5:4, 5:8, 5:13, 5:19, 5:22, 5:23, 5:23, 6:3, 6:4, 6:9, 6:13, 6:14, 6:17, 6:21, 6:22, 6:22, 6:23, 6:23, 6:24, 7:3, 7:9, 7:12, 7:16, 7:16, 7:20, 8:4, 8:13, 8:16, 8:16, 8:17, 8:17, 8:19, 8:19, 8:20, 8:20, 8:22, 8:22, 8:23, 8:23, 9:3, 9:4, 9:4, 9:5, 9:6, 9:7, 9:7, 9:8, 9:9, 9:10, 9:10, 9:11, 9:12, 9:13
**essentially** [4] - 26:18, 28:12, 30:25, 39:10
**establish** [1] - 55:10
**established** [2] - 25:2, 42:7
**establishes** [1] - 42:12
**estimated** [1] - 22:23
**ESTIMATED** [1] - 10:11
**et** [1] - 53:12
**EVANS** [1] - 8:4
**event** [1] - 22:15
**eventually** [1] - 63:20
**evidence** [4] - 34:21, 35:4, 49:13, 64:23
**evidentiary** [1] - 67:17
**exact** [1] - 28:17
**exactly** [3] - 18:20, 22:2, 56:10
**example** [6] - 19:22, 25:18, 32:14, 59:6, 61:13, 62:2
**EXCESS** [1] - 8:3
**excess** [4] - 27:18, 27:20, 28:2, 28:4
**exclusive** [4] - 42:23, 59:11, 59:17, 59:22
**exclusively** [2] - 48:8, 58:24
**exercising** [1] - 30:20
**Exhibit** [4] - 53:22, 53:25, 54:21, 56:14
**exhibits** [1] - 62:15
**exists** [1] - 49:1
**expect** [1] - 63:4
**expecting** [1] - 26:10
**expedite** [1] - 39:20
**expends** [3] - 61:24,

62:4, 62:6
**expenses** [1] - 45:20
**experience** [1] - 17:20
**EXPERT** [2] - 11:5, 11:10
**expert** [21] - 25:20, 26:14, 26:25, 36:13, 37:14, 43:7, 47:14, 47:18, 53:19, 54:3, 54:5, 54:17, 54:18, 55:4, 55:8, 56:23, 64:20, 64:22, 66:12, 66:20, 66:21
**EXPERTS** [1] - 11:7
**experts** [5] - 26:16, 42:10, 47:5, 63:20, 65:4
**experts'** [1] - 53:17
**expired** [1] - 28:20
**exploit** [7] - 53:20, 53:24, 54:20, 55:1, 55:5, 60:21, 67:5
**exploitation** [1] - 54:23
**exploiting** [1] - 56:1
**EXPLORATION** [1] - 6:7
**exposed** [2] - 24:2, 34:23
**exposure** [1] - 24:8
**extend** [2] - 29:12, 29:14
**extended** [1] - 29:17
**extending** [1] - 32:10
**extension** [2] - 29:20
**extensive** [1] - 42:9
**extent** [2] - 19:23, 42:5

## F

**F.2d** [3] - 30:22, 30:24, 45:5
**facilities** [1] - 59:12
**facility** [1] - 59:10
**fact** [10] - 24:8, 25:5, 25:16, 26:25, 44:12, 44:15, 47:1, 51:17, 53:1, 63:23
**FACT** [2] - 10:23, 11:10
**factors** [5] - 30:19, 32:8, 38:9, 38:12, 39:3
**falls** [3] - 24:4, 24:5
**familiar** [1] - 43:15
**FANNIN** [2] - 5:24, 7:21
**far** [1] - 63:13

**farms** [1] - 62:1
**favor** [1] - 50:17
**FAYARD** [3] - 3:18, 3:19, 14:18
**Fayard** [1] - 14:18
**federal** [45] - 42:17, 42:22, 43:5, 43:9, 43:12, 43:13, 44:1, 47:13, 48:1, 48:3, 48:7, 48:22, 48:25, 49:15, 49:18, 49:24, 50:9, 51:22, 54:2, 54:7, 54:8, 55:1, 55:20, 56:19, 56:25, 57:8, 58:12, 58:13, 58:15, 58:16, 58:20, 58:21, 58:23, 60:20, 60:22, 60:25, 61:2, 61:14, 61:15, 61:19, 61:23, 66:9, 66:22, 67:7
**Federal** [1] - 63:25
**FEDERAL** [1] - 5:3
**federation** [5] - 56:12, 56:15, 66:22, 66:23, 66:24
**fell** [1] - 24:3
**Fifth** [21] - 25:11, 25:14, 27:16, 28:11, 30:19, 30:22, 30:24, 33:18, 35:21, 44:22, 44:23, 45:2, 45:5, 45:13, 45:22, 46:20, 50:12, 53:14, 59:20, 59:23, 65:24
**FIFTH** [1] - 11:3, 11:15
**figure** [5] - 18:6, 18:20, 37:15, 62:19, 63:5
**FILE** [1] - 11:18
**file** [12] - 20:20, 20:22, 20:23, 21:14, 22:3, 25:12, 28:18, 30:15, 31:1, 31:6, 52:18, 63:11
**FILED** [2] - 9:13, 11:17
**filed** [20] - 18:1, 23:2, 25:3, 27:21, 28:1, 28:4, 28:17, 30:7, 31:15, 32:9, 32:14, 41:6, 43:13, 43:21, 44:2, 44:3, 44:9, 51:19, 51:22
**FILED**........................
................... [1] - 10:13
**filing** [5] - 20:15, 29:11, 30:2, 31:5, 31:21
**filings** [1] - 21:8
**finally** [2] - 16:25, 37:1

**FINANCIAL** [1] - 8:12
**fine** [1] - 40:2
**FIRM** [1] - 4:10
**first** [15] - 21:17, 28:2, 31:7, 32:9, 32:10, 33:8, 37:3, 37:7, 40:23, 49:18, 52:10, 56:5, 65:22, 66:5
**FIRST** [1] - 12:4
**First** [1] - 41:25
**fishermen** [2] - 51:19, 51:21
**fishing** [1] - 61:16
**fit** [1] - 40:11
**FITCH** [1] - 7:16
**five** [3] - 19:10, 65:3, 65:5
**FL** [2] - 2:9, 3:5
**flew** [1] - 35:9
**FLOOR** [2] - 2:12, 4:7, 5:5, 5:19, 6:4
**FLORIDA** [2] - 3:19, 10:6
**Florida** [4] - 15:17, 17:3, 17:8, 17:11
**Florida's** [1] - 17:12
**FLYNN** [2] - 5:8, 9:10
**focused** [1] - 29:1
**follow** [1] - 37:25
**following** [3] - 18:25, 19:2, 65:13
**Footnote** [1] - 67:16
**FOR** [17] - 1:19, 2:3, 4:18, 4:22, 5:3, 5:11, 5:16, 6:7, 6:20, 7:6, 7:19, 8:3, 8:7, 10:23, 11:16, 11:22, 12:5
**foregoing** [1] - 68:13
**FORM** [2] - 10:12, 11:18
**form** [2] - 23:2, 28:18
**former** [1] - 16:15
**forth** [2] - 17:22, 26:4
**forward** [6] - 18:7, 18:16, 19:23, 35:4, 37:14, 52:6
**four** [2] - 59:15, 59:19
**fourth** [1] - 28:3
**Fox's** [1] - 58:19
**FRANCISCO** [2] - 2:12, 5:6
**FRANK** [1] - 2:22
**frankly** [4] - 34:1, 47:17, 47:22, 62:12
**free** [2] - 57:16, 58:4
**FRILOT** [1] - 5:18
**FRUGE** [1] - 3:11
**full** [1] - 20:17
**fully** [1] - 25:13

**furthermore** [1] - 66:11

## G

**GABLES** [1] - 3:5
**Gabuardi** [1] - 66:12
**GARCIA** [1] - 8:23
**GASAWAY** [1] - 15:12
**Gasaway** [1] - 15:12
**GATE** [1] - 5:5
**general** [7] - 17:23, 31:24, 38:16
**General** [9] - 16:6, 16:15, 17:7, 18:9, 19:8, 48:6, 53:21, 54:12, 54:22
**GENERAL'S** [1] - 4:18
**generalized** [1] - 35:8
**generally** [1] - 25:22
**gentleman** [1] - 16:18
**get-together** [1] - 18:25
**Gilmore** [1] - 46:15
**GISLESON** [1] - 1:24
**given** [2] - 35:11, 66:25
**glad** [1] - 18:8
**globo** [1] - 62:15
**Godwin** [2] - 15:9, 30:9
**GODWIN** [6] - 6:21, 6:21, 7:3, 15:9, 30:9, 30:12
**GOLDEN** [1] - 5:5
**Golnay** [1] - 30:21
**GOLNAY** [1] - 30:21
**GONZALES** [1] - 3:3
**Gonzalez** [1] - 14:15
**GONZALEZ** [2] - 3:3, 14:15
**GOTSHAL** [1] - 8:12
**government** [37] - 34:14, 42:17, 42:22, 43:5, 43:9, 43:12, 43:13, 43:23, 43:24, 44:1, 47:13, 48:1, 48:3, 48:7, 48:23, 48:25, 49:15, 49:19, 49:25, 50:9, 54:7, 55:1, 55:21, 56:19, 57:1, 58:20, 60:20, 60:22, 60:25, 61:2, 61:19, 61:23, 61:24, 66:9, 66:23, 67:7
**GOVERNMENT** [1] - 5:3
**governmental** [1] - 54:1

**graciously** [1] - 18:24
**GRAND** [2] - 6:4, 7:13
**grant** [4] - 48:19, 48:20, 49:3, 67:1
**GRANT** [1] - 6:4
**granted** [3] - 32:20, 32:21, 50:17, 67:8
**GRANTED**.................
......... [1] - 11:21
**granting** [3] - 31:3, 31:13, 32:17
**grants** [9] - 48:2, 48:21, 48:23, 49:1, 54:22, 60:20, 63:16, 67:5, 67:6
**grasp** [1] - 46:5
**great** [2] - 20:6, 40:2
**Greenwald** [1] - 14:14
**GREENWALD** [2] - 2:18, 14:13
**Gretna** [1] - 59:7
**gross** [4] - 38:11, 38:23, 38:24, 42:4
**GROUP** [1] - 4:3
**group** [1] - 52:24
**Grupo** [1] - 64:11
**GTT** [1] - 64:11
**guess** [2] - 14:19, 62:13
**guidance** [1] - 17:23
**Gulf** [2] - 23:12, 30:23
**GULF** [1] - 1:6
**GULF**.........................
............ [1] - 10:16

## H

**hac** [1] - 46:17
**HALLIBURTON** [1] - 6:20
**Halliburton** [7] - 15:3, 15:4, 15:9, 15:10, 30:9, 41:14, 66:8
**Halliburton's** [5] - 53:18, 54:3, 54:16, 56:23, 64:22
**HANDFUL** [1] - 10:20
**handful** [1] - 23:18
**handled** [1] - 24:9
**hands** [1] - 28:6
**HANNAN** [1] - 8:19
**happy** [3] - 15:22, 26:7, 65:17
**HAVE** [6] - 10:6, 10:12, 11:7, 11:12, 11:14, 12:3
**Haycraft** [3] - 14:22, 26:5, 26:13
**HAYCRAFT** [2] - 6:9,

14:22
**HB406** [1] - 9:17
**hear** [5] - 18:8, 21:24, 22:6, 26:7, 51:3
**HEARD** [1] - 1:14
**heard** [3] - 33:17, 50:23, 51:3
**hearing** [6] - 18:24, 22:19, 33:19, 33:23, 37:6, 52:22
**heat** [1] - 63:23
**HEIMANN** [1] - 2:11
**held** [2] - 45:6, 60:13
**help** [1] - 23:24
**helpful** [1] - 19:5
**HERE.............** [1] - 10:11
**hereby** [1] - 68:12
**Herman** [2] - 13:20, 35:16
**HERMAN** [5] - 1:23, 1:23, 13:20, 36:2
**hesitant** [1] - 34:17
**highlights** [1] - 21:15
**HIGHWAY** [1] - 3:8
**hit** [2] - 21:15, 59:25
**hold** [2] - 34:2, 55:13
**holders** [1] - 54:14
**holding** [8] - 46:20, 57:7, 57:9, 64:17, 64:18, 64:21, 66:7
**HOLDINGS** [2] - 5:16, 8:8
**HOLTHAUS** [1] - 3:11
**HOLWADEL** [1] - 8:23
**HOMER** [1] - 7:20
**HONEYCUTT** [1] - 3:18
**Honor** [116] - 13:9, 13:19, 13:22, 14:7, 14:9, 14:10, 14:13, 14:21, 15:12, 15:20, 16:5, 16:16, 16:25, 17:2, 17:10, 17:17, 18:22, 20:1, 20:7, 21:2, 22:4, 23:9, 24:18, 24:20, 25:18, 26:3, 27:15, 27:19, 27:25, 28:24, 29:2, 29:24, 30:5, 30:9, 32:24, 33:1, 33:3, 33:21, 33:25, 35:14, 36:2, 36:4, 38:8, 39:13, 40:4, 40:6, 41:10, 41:13, 41:22, 41:23, 42:2, 42:11, 43:6, 43:15, 43:20, 44:4, 45:12, 46:21, 47:8, 48:5, 48:13, 49:12, 49:17, 50:4,

50:10, 50:21, 52:7, 52:9, 52:16, 52:17, 53:5, 53:8, 53:16, 53:21, 54:5, 54:18, 55:7, 55:15, 55:24, 56:4, 56:5, 56:6, 56:10, 56:13, 56:21, 57:1, 57:7, 57:12, 57:14, 57:18, 57:22, 58:2, 58:3, 58:11, 58:17, 59:1, 61:1, 61:11, 61:20, 62:4, 62:21, 62:24, 63:7, 63:14, 63:18, 63:23, 64:8, 64:16, 65:2, 65:7, 65:16, 65:19, 65:21, 66:19, 67:4, 67:12
**Honor's** [2] - 27:17, 44:5
**HONORABLE** [1] - 1:14
**hopefully** [1] - 19:3
**Horizon** [4] - 13:13, 13:14, 22:17, 28:7
**HORIZON** [1] - 1:5
**hotel** [1] - 61:16
**HOUMA** [1] - 4:4
**HOUSTON** [5] - 2:16, 5:24, 7:4, 7:21, 7:22
**hundred** [2] - 31:18, 47:19
**hundreds** [3] - 62:16, 63:2

**I**

**i.e** [1] - 53:19
**idea** [1] - 61:7
**identically** [1] - 65:23
**identification** [1] - 66:8
**IDENTIFIED** [1] - 11:7
**identified** [2] - 26:17, 35:24
**identify** [1] - 52:10
**IL** [1] - 6:15
**illustrates** [1] - 65:4
**immunity** [1] - 34:13
**impact** [1] - 44:13
**implements** [1] - 48:6
**importance** [1] - 62:19
**important** [8] - 20:13, 39:5, 42:15, 47:7, 62:21, 63:5, 63:6, 66:11
**impossible** [1] - 18:3
**IMPREVENTO** [1] - 2:3

**IMTT** [1] - 59:7
**IMTT-Gretna** [1] - 59:7
**IN** [8] - 1:5, 1:6, 9:13, 10:15, 10:24, 11:8, 11:18
**in-court** [1] - 67:22
**inability** [1] - 59:19
**INC** [11] - 5:17, 5:18, 6:7, 6:8, 6:21, 8:8, 8:8, 8:10, 8:10, 8:11, 8:12
**inception** [1] - 27:3
**incident** [1] - 45:19
**included** [2] - 17:20, 57:13
**includes** [2] - 66:13, 66:15
**INCLUDING** [1] - 11:10
**including** [3] - 26:25, 42:3, 42:10
**independence** [1] - 48:20
**indicated** [2] - 24:12, 67:13
**individual** [4] - 31:17, 31:23, 32:2, 34:20
**initial** [1] - 29:20
**injured** [1] - 42:25
**injuries** [1] - 28:7
**injury** [3] - 23:14, 23:25, 42:6
**INJURY** [1] - 10:18
**input** [2] - 18:7, 19:4
**instance** [1] - 49:18
**instead** [1] - 29:11
**insurance** [1] - 27:14
**INSURANCE** [1] - 11:13
**integral** [2] - 57:25, 65:14
**integrate** [2] - 56:12, 56:15
**integrated** [1] - 56:12
**intend** [2] - 50:19, 64:4
**interest** [34] - 41:7, 42:6, 42:8, 44:10, 44:19, 44:24, 45:7, 45:15, 46:4, 46:7, 46:9, 46:23, 47:3, 48:17, 48:24, 49:4, 49:5, 49:10, 50:12, 52:22, 55:11, 56:3, 59:3, 59:17, 59:21, 59:22, 61:3, 61:6, 61:20, 63:17, 64:15, 65:24, 66:18
**interested** [1] - 57:4
**interesting** [1] - 64:20

**interestingly** [1] - 59:6
**interests** [9] - 19:9, 19:11, 42:13, 44:13, 53:6, 55:13, 60:18, 61:12, 65:9
**INTERESTS** [2] - 4:18, 5:3
**INTERNATIONAL** [1] - 8:11
**interpleader** [3] - 28:1, 28:4, 28:9
**INTERPLEADER** [1] - 11:14
**interrupt** [1] - 55:19
**introduce** [3] - 13:17, 15:19, 15:22
**introductions** [1] - 16:2
**involve** [1] - 23:13
**INVOLVE** [1] - 10:17
**involved** [3] - 23:15, 34:25, 59:6
**involves** [1] - 24:23
**INVOLVING** [1] - 10:20
**involving** [2] - 23:18, 40:21
**IRPINO** [2] - 4:10, 4:10
**irrelevant** [1] - 51:21
**IS** [1] - 10:17
**islands** [3] - 58:7, 58:8, 58:10
**issue** [16] - 19:3, 24:16, 32:16, 34:18, 37:2, 41:5, 42:8, 44:16, 45:24, 46:25, 52:1, 57:19, 57:20, 64:16, 66:7, 67:20
**ISSUED** [1] - 10:8
**issued** [6] - 20:10, 20:14, 21:5, 27:16, 30:19
**issues** [6] - 19:13, 19:21, 19:22, 23:24, 40:16
**IT'S** [1] - 11:2
**item** [2] - 27:24, 32:22
**Item** [4] - 23:6, 26:1, 28:15, 32:19
**ITEMS** [1] - 10:3
**itself** [4] - 36:20, 46:8, 57:4, 57:6
**IV** [1] - 4:14

**J**

**JACKSON** [1] - 2:23
**JAMES** [2] - 1:20, 7:12
**JEFFERSON** [1] -

1:21
**Jeffrey** [1] - 13:24
**JEFFREY** [2] - 2:3, 3:4
**JENNY** [1] - 6:22
**Jenny** [1] - 15:4
**Jim** [3] - 13:19, 15:2, 40:6
**JIMMY** [1] - 2:15
**JO** [1] - 8:16
**job** [1] - 62:18
**Joe** [1] - 14:17
**JOHN** [1] - 4:14
**join** [1] - 30:10
**JOINDERS** [2] - 10:12, 11:18
**joinders** [2] - 23:2, 28:18
**joined** [1] - 15:17
**JOINED** [1] - 10:6
**joins** [1] - 30:5
**joint** [1] - 19:3
**JONATHAN** [1] - 9:3
**JONES** [2] - 3:15, 14:12
**Jones** [1] - 14:12
**JOSEPH** [1] - 4:14
**JPML** [1] - 21:23
**JR** [4] - 3:7, 3:19, 4:7, 6:23
**JUDGE** [1] - 1:15, 11:2
**judge** [2] - 24:17, 33:22
**Judge** [23] - 14:4, 14:15, 14:18, 14:19, 17:6, 18:12, 18:15, 18:23, 22:14, 23:22, 23:23, 24:23, 25:4, 25:11, 25:19, 28:12, 30:12, 36:18, 37:22, 40:8, 42:7, 45:23, 63:1
**judges** [1] - 24:11
**JUDGMENT** [1] - 12:6
**Judgment** [1] - 32:23
**judgment** [4] - 33:2, 41:2, 42:10, 50:16
**JUDGMENT...............
...................** [1] -
11:23
**Judicial** [1] - 21:4
**July** [6] - 22:5, 22:9, 36:24, 36:25, 52:25, 67:24
**jump** [2] - 18:3, 26:10
**June** [2] - 21:14, 25:3
**JUNE** [2] - 1:8, 13:2
**jurisdiction** [7] - 42:23, 44:5, 48:11, 48:15, 48:19, 48:21, 49:1

**JUSTICE** [3] - 5:3, 5:7, 5:12

## K

**KAILEY** [1] - 9:10
**KALBAC** [1] - 3:3
**KANE** [1] - 3:3
**Kanner** [1] - 13:25
**KANNER** [3] - 4:23, 4:23, 13:25
**KATZ** [1] - 1:23
**keep** [1] - 20:13
**KEISER** [1] - 3:4
**KELSEY** [1] - 9:13
**KENDRICH** [1] - 9:12
**Kent** [1] - 17:4
**kept** [2] - 58:8, 58:24
**KERRY** [1] - 5:19
**Kerry** [2] - 15:8, 28:24
**KEVIN** [1] - 9:5
**kidding** [1] - 26:9
**kind** [8] - 18:10, 34:4, 34:8, 34:18, 45:19, 46:23, 50:2, 50:11
**KIRBY** [2] - 7:16, 15:1
**Kirby** [1] - 15:1
**KIRKLAND** [1] - 6:13
**knocked** [1] - 60:1
**knowledge** [2] - 53:1, 53:4
**knows** [3] - 42:11, 51:3, 60:3
**KRAUS** [1] - 4:24
**Kuchler** [1] - 14:25
**KUCHLER** [3] - 7:8, 7:9, 14:25
**Ky** [1] - 15:1
**KY** [1] - 7:16

## L

**LA** [15] - 1:21, 1:25, 3:9, 3:12, 3:20, 3:23, 4:4, 4:8, 4:11, 4:25, 5:20, 6:11, 7:10, 8:5, 9:18
**lack** [1] - 38:16
**Lacombe** [1] - 59:25
**LAFAYETTE** [1] - 1:21
**Lafayette** [1] - 13:19
**LAKE** [1] - 3:23
**LAMAR** [1] - 7:4
**land** [8] - 47:21, 53:24, 54:14, 55:2, 56:8, 58:22, 58:23
**lands** [6] - 42:14, 47:10, 48:4, 54:10,

55:23, 56:7
**LANGAN** [46] - 6:13, 14:21, 21:2, 21:13, 22:2, 22:4, 22:14, 22:25, 23:3, 23:9, 24:4, 24:7, 24:18, 24:20, 25:18, 26:3, 26:7, 26:11, 26:24, 27:8, 27:15, 30:5, 33:22, 33:25, 36:24, 38:8, 41:10, 41:13, 41:20, 41:22, 43:2, 43:6, 43:15, 43:18, 43:20, 43:24, 44:4, 44:7, 45:9, 45:12, 46:21, 47:1, 48:12, 48:15, 49:17, 65:21
**Langan** [4] - 14:21, 21:2, 27:12, 33:22, 36:12, 37:25, 41:9, 51:2
**language** [2] - 46:10, 46:15
**LARA** [1] - 9:4
**largely** [1] - 30:17
**LARSON** [1] - 15:11
**Larson** [1] - 15:11
**LASALLE** [1] - 6:14
**LASEN** [1] - 9:7
**last** [8] - 17:2, 20:11, 21:5, 32:1, 50:4, 51:18, 52:13, 67:4
**LATE** [1] - 11:17
**late** [8] - 22:8, 28:18, 30:2, 31:1, 31:5, 31:7, 31:15, 31:21
**latest** [1] - 28:8
**law** [21] - 42:12, 44:22, 47:22, 48:5, 49:10, 53:15, 54:19, 55:10, 56:5, 57:23, 57:24, 58:13, 58:15, 58:16, 59:2, 60:14, 64:14, 65:9, 65:24, 66:21
**LAW** [2] - 4:3, 4:10
**Law** [4] - 48:6, 53:21, 54:12, 54:22
**laws** [1] - 58:12
**lawsuit** [2] - 43:13, 51:19
**Lawsuits** [1] - 23:8
**lawsuits** [1] - 23:8
**LAWSUITS...............
. [1] - 10:14
**lawyers** [1] - 19:8
**layers** [1] - 28:4
**leading** [1] - 53:7
**lease** [1] - 59:11
**least** [3] - 17:2, 35:23, 46:19

**leave** [1] - 22:3
**LEBOEUF** [1] - 9:10
**LEE** [2] - 59:7, 59:8
**left** [2] - 41:24, 50:19
**legal** [5] - 19:20, 19:22, 44:16, 44:20, 65:5
**LEGER** [2] - 4:6, 4:7
**legitimate** [2] - 54:14, 65:14
**letting** [1] - 31:15
**level** [3] - 28:2, 48:16, 49:4
**LEVIN** [1] - 2:7
**LEWIS** [3] - 6:8, 6:21, 7:3
**liability** [1] - 19:12
**Liability** [1] - 36:9
**LIABILITY** [1] - 11:24
**LIAISON** [1] - 1:19
**liaison** [6] - 17:1, 19:2, 33:6, 35:16, 36:15, 39:23
**LIEFF** [1] - 2:11
**lies** [1] - 30:17
**LILIA** [1] - 8:23
**limine** [1] - 36:12
**limit** [1] - 39:1
**LIMITATION** [2] - 11:19, 11:24
**limitation** [8] - 28:19, 30:15, 31:1, 31:8, 31:10, 31:11, 31:17
**Limitation** [1] - 36:9
**limitations** [3] - 30:1, 32:15, 52:19
**limited** [1] - 67:1
**limits** [1] - 39:3
**LINDSAY** [1] - 8:22
**line** [1] - 18:17
**lines** [1] - 51:17
**LISKOW** [1] - 6:8
**litigating** [1] - 53:5
**litigation** [3] - 24:24, 31:25, 41:7
**LITIGATION...............
................ [1] - 10:22
**LLC** [4] - 5:16, 7:20, 8:9, 8:9
**local** [1] - 58:16
**location** [1] - 34:22
**logically** [1] - 37:25
**Lone** [1] - 35:2
**look** [6] - 34:9, 40:24, 47:8, 57:2, 64:13, 67:18
**looked** [2] - 20:16, 64:7
**looking** [3] - 18:17,

28:4, 37:13
**looks** [3] - 23:1, 29:16, 45:6
**Lopez** [2] - 53:19, 56:22
**LOS** [2] - 6:5, 7:13
**LOSS** [1] - 10:19
**loss** [3] - 23:16, 39:18, 60:15
**lost** [2] - 45:19, 60:10
**LOUISIANA** [3] - 1:2, 1:8, 4:23
**Louisiana** [6] - 13:25, 17:20, 19:2, 39:24, 68:11, 68:12
**Louisville** [2] - 59:24, 60:8
**LP** [1] - 7:8
**LUNDY** [4] - 3:22, 3:22, 14:10
**Lundy** [1] - 14:10
**Luther** [2] - 14:3, 15:20
**LUTHER** [1] - 4:18
**LUXENBERG** [1] - 2:18
**Lyle** [4] - 14:24, 32:23, 32:24
**LYLE** [10] - 8:13, 14:24, 32:24, 33:11, 33:13, 33:16, 33:21, 35:14, 35:22, 36:4

## M

**Macondo** [1] - 63:9
**MAGAZINE** [1] - 4:11
**Magistrate** [1] - 40:8
**mailed** [1] - 32:3
**MAIN** [1] - 3:12
**Maine** [2] - 22:6, 22:12
**maintaining** [2] - 46:13, 49:14
**MAJOR** [1] - 6:22
**manage** [2] - 54:19, 55:5, 58:12
**MANAGEMENT** [1] - 8:8
**management** [2] - 40:16, 58:24
**managing** [1] - 46:13
**MANGES** [1] - 8:12
**manner** [1] - 34:23
**March** [1] - 27:16
**marine** [3] - 53:24, 62:2, 62:5
**MARINE** [3] - 8:9, 8:10, 8:11
**maritime** [8] - 53:15,

54:8, 55:2, 55:10, 59:2, 60:14, 64:14, 65:9
**Marquez's** [1] - 54:9
**Martin** [1] - 17:10
**MARTIN** [3] - 8:20, 17:10, 17:13
**Martinez** [1] - 15:4
**MARTINEZ** [2] - 6:22, 15:4
**MARTÍNEZ** [1] - 3:3
**MARY** [1] - 8:16
**Matt** [1] - 14:10
**matter** [7] - 25:13, 26:9, 29:17, 41:8, 44:14, 59:1, 68:15
**matters** [2] - 27:12, 54:1
**MATTHEW** [2] - 3:22, 8:22
**maximums** [1] - 38:22
**Maze** [1] - 17:17
**MAZE** [1] - 4:19
**MCCUTCHEN** [2] - 7:12, 7:15
**MCGREGOR** [1] - 6:22
**MCLEOD** [1] - 8:4
**MDL** [7] - 10:21, 21:7, 21:20, 22:16, 24:19, 42:16, 53:2
**mean** [2] - 38:25, 63:25
**meaning** [2] - 43:12, 47:12
**means** [9] - 21:25, 39:1, 47:15, 47:19, 48:1, 56:19, 56:25, 61:8, 66:9
**meantime** [1] - 27:25
**MECHANICAL** [1] - 9:20
**medical** [2] - 24:9, 33:9, 35:25
**meet** [1] - 59:20
**meeting** [8] - 17:16, 17:18, 17:20, 18:8, 18:23, 22:6, 22:9, 33:7
**meets** [1] - 45:7
**members** [1] - 13:17
**memo** [2] - 19:4, 39:25
**memory** [1] - 26:11
**mention** [6] - 23:11, 25:9, 26:4, 26:13, 27:16, 44:11
**mentioned** [2] - 36:15, 50:5
**merely** [1] - 46:14

**Merit** [2] - 68:10, 68:20
**MERIT** [1] - 9:17
**met** [1] - 65:8
**meter** [1] - 37:8
**METHVIN** [1] - 3:14
**Mexican** [71] - 40:21, 41:3, 41:6, 41:24, 42:9, 42:12, 42:16, 42:17, 42:20, 42:21, 43:4, 43:12, 43:21, 44:9, 44:13, 44:18, 46:22, 47:1, 47:5, 47:8, 47:11, 47:18, 47:24, 48:2, 48:4, 48:7, 48:16, 48:21, 48:22, 48:25, 49:7, 49:10, 49:19, 50:6, 50:9, 50:11, 51:13, 52:12, 53:19, 54:19, 55:4, 55:14, 55:15, 55:22, 56:5, 56:11, 56:14, 56:17, 56:19, 56:24, 56:25, 57:23, 57:24, 57:25, 59:3, 61:12, 61:15, 64:14, 65:2, 65:5, 65:8, 65:9, 65:22, 66:6, 66:12, 66:13, 66:21, 67:14
**MEXICAN** [1] - 12:6
**Mexico** [14] - 43:5, 43:14, 47:19, 48:6, 51:6, 51:18, 52:1, 52:18, 52:23, 52:25, 53:1, 53:5, 55:21, 61:14
**MEXICO** [1] - 1:6
**Michael** [1] - 32:24
**MICHAEL** [4] - 3:11, 5:4, 8:13, 9:4
**midst** [1] - 26:13
**might** [6] - 19:4, 22:3, 24:8, 29:16, 39:25, 49:8
**Mike** [9] - 14:1, 14:5, 14:9, 14:23, 14:24, 16:14, 16:15, 16:16
**MILES** [1] - 3:15
**MILLER** [6] - 5:19, 15:8, 28:24, 29:6, 29:19, 29:24
**Miller** [3] - 15:8, 28:23, 28:24
**Miller's** [1] - 30:5
**million** [3] - 27:1, 47:20, 66:16
**MILLION** [1] - 11:12
**mind** [2] - 18:1, 63:20
**minimum** [1] - 66:6

**Minister** [1] - 64:11
**Ministers** [5] - 62:10, 63:7, 63:10, 64:8, 67:14
**minute** [1] - 59:16
**minutes** [3] - 41:12, 41:17, 50:19
**misquote** [5] - 56:22, 57:12, 64:17, 64:24, 65:11
**misquoted** [1] - 65:1
**misquotes** [1] - 64:23
**misreported** [1] - 38:18
**Mississippi** [7] - 15:17, 16:13, 16:15, 16:17, 16:21, 21:21, 59:10
**MISSISSIPPPI** [1] - 10:7
**mistaken** [1] - 66:10
**misunderstand** [1] - 38:18
**misunderstood** [1] - 38:18
**MITCHELL** [1] - 2:7
**MOEX** [1] - 7:19
**money** [3] - 61:25, 62:6, 62:8
**MONITION** [1] - 11:19
**monition** [10] - 28:19, 29:2, 29:4, 29:8, 29:12, 29:15, 30:16, 32:4, 32:6, 32:10
**monitoring** [2] - 61:25, 63:13
**MONTGOMERY** [2] - 3:16, 4:20
**month's** [1] - 36:16
**months** [3] - 40:9, 59:15, 59:19
**MOORE** [4] - 9:4, 16:16, 16:19, 16:25
**Moore** [3] - 16:14, 16:15, 16:16
**MORE** [1] - 10:12
**MORGAN** [2] - 2:21
**morning** [1] - 18:24
**most** [7] - 19:7, 19:9, 28:9, 41:14, 42:2, 47:7, 62:21
**mostly** [2] - 23:12, 37:21
**MOSTLY** [1] - 10:15
**motion** [19] - 19:19, 20:23, 21:16, 21:18, 22:7, 22:16, 25:3, 25:5, 29:11, 30:25, 31:3, 31:14, 35:7, 42:19, 44:12, 53:9,

67:8, 67:15
**Motions** [2] - 32:19, 32:23
**MOTIONS** [4] - 11:17, 11:20, 11:22, 12:5
**motions** [21] - 25:2, 28:16, 28:17, 28:21, 29:9, 32:17, 32:21, 33:2, 33:5, 34:11, 35:13, 36:12, 40:20, 41:2, 41:5, 42:10, 50:16, 56:15, 63:1
**MOTLEY** [1] - 4:13
**MOUNT** [1] - 4:15
**move** [1] - 19:24
**moving** [1] - 19:18
**MR** [135] - 13:19, 13:20, 13:21, 13:24, 13:25, 14:1, 14:3, 14:4, 14:6, 14:7, 14:9, 14:10, 14:12, 14:15, 14:17, 14:18, 14:21, 14:22, 14:23, 14:24, 15:2, 15:3, 15:6, 15:7, 15:8, 15:9, 15:10, 15:12, 15:20, 16:5, 16:10, 16:12, 16:16, 16:19, 16:20, 16:22, 16:25, 17:2, 17:10, 17:13, 17:17, 18:22, 20:1, 20:7, 21:2, 21:13, 22:2, 22:4, 22:14, 22:25, 23:3, 23:9, 24:4, 24:7, 24:18, 24:20, 25:18, 26:3, 26:7, 26:11, 26:24, 27:8, 27:15, 28:24, 29:6, 29:19, 29:24, 30:5, 30:9, 30:12, 32:24, 33:11, 33:13, 33:16, 33:21, 33:22, 33:25, 35:14, 35:22, 36:2, 36:4, 36:24, 38:8, 39:13, 39:16, 39:19, 40:4, 40:6, 41:10, 41:13, 41:20, 43:2, 43:6, 43:15, 43:18, 43:20, 43:24, 44:4, 44:7, 45:9, 45:12, 46:21, 47:1, 48:12, 48:15, 49:17, 50:21, 51:14, 52:7, 52:11, 52:14, 52:16, 52:21, 55:18, 55:24, 56:4, 56:10, 56:21, 57:7, 57:14, 57:18, 57:22, 57:24, 60:5, 61:1, 61:4, 61:11, 61:24, 62:10, 62:21,

62:24, 63:6, 65:19, 65:21, 67:11
**MS** [9] - 2:23, 13:22, 14:13, 14:25, 15:1, 15:4, 15:5, 15:11, 17:6
**MUNGER** [1] - 6:3
**municipal** [1] - 54:3
**municipalities** [2] - 47:16, 66:14
**must** [2] - 44:23, 57:8

---

# N

**Nacion** [1] - 47:11
**name** [2] - 43:8, 52:13
**Nashville** [2] - 59:24, 60:8
**NATHAN** [1] - 9:6
**nation** [21] - 43:9, 47:9, 47:12, 47:15, 47:25, 56:8, 56:9, 56:18, 56:23, 57:8, 57:13, 57:21, 57:22, 58:2, 65:11, 65:14, 66:3, 66:9, 66:13, 66:15
**National** [3] - 53:21, 54:13, 54:22
**national** [4] - 54:23, 56:8, 56:11, 66:21
**nations** [2] - 47:15, 51:9
**natural** [8] - 39:14, 42:14, 42:24, 48:4, 48:8, 55:6, 60:22, 61:22
**Natural** [1] - 48:6
**nature** [2] - 24:1, 66:22
**navigate** [1] - 23:24
**necessary** [4] - 23:20, 46:7, 48:17, 63:21
**necessity** [2] - 41:7, 65:4
**need** [13] - 20:22, 23:5, 23:23, 24:12, 24:15, 24:16, 27:11, 30:3, 36:6, 37:18, 40:15, 54:11
**needed** [1] - 23:22
**needs** [1] - 36:20
**negligence** [6] - 34:24, 38:11, 38:23, 38:24, 42:4
**negligent** [1] - 60:16
**never** [1] - 45:1
**NEW** [11] - 1:8, 1:25, 2:19, 4:8, 4:11, 4:25,

5:20, 6:11, 7:10, 8:5, 9:18
**new** [4] - 15:22, 21:6, 22:16, 40:9
**newly** [1] - 18:1
**next** [9] - 18:4, 18:12, 23:7, 26:1, 36:23, 37:24, 38:1, 40:19, 67:21
**nice** [1] - 22:8
**NINE** [1] - 11:21
**nine** [1] - 32:20
**NO** [1] - 1:7
**nonetheless** [2] - 32:1, 61:15
**NORFOLK** [1] - 2:5
**NORTH** [1] - 6:8
**note** [4] - 21:17, 23:20, 31:7, 36:8
**nothing** [1] - 40:12
**notice** [3] - 32:2, 40:24, 64:2
**noticed** [1] - 22:22
**NOW** [2] - 10:12, 11:2
**Nuevo** [1] - 62:3
**number** [15] - 20:10, 21:12, 28:1, 28:16, 28:17, 29:14, 29:24, 36:7, 38:9, 38:20, 38:21, 44:25, 59:5, 62:15
**Number** [9] - 23:6, 28:15, 29:2, 29:3, 29:25, 32:20, 36:7, 54:24, 56:6
**numbered** [1] - 68:15
**numerous** [2] - 42:1, 64:4
**NW** [3] - 6:18, 7:17, 8:13
**NY** [1] - 2:19

---

# O

**O'Brien's/NRC** - 14:24, 32:25
**O'BRIEN'S** [1] - 8:7
**O'KEEFE** [1] - 1:24
**O'ROURKE** [2] - 5:13, 14:6
**O'Rourke** [1] - 14:6
**object** [1] - 67:3
**objection** [2] - 30:6
**objections** [3] - 22:17, 28:21, 29:1
**obviously** [13] - 18:5, 18:19, 19:7, 19:15, 19:17, 20:11, 20:21, 33:4, 39:9, 39:19,

53:1, 55:21, 57:11
**ocean** [1] - 63:16
**OF** [20] - 1:2, 1:6, 1:14, 4:22, 5:3, 5:7, 5:12, 5:12, 10:14, 10:15, 10:17, 10:20, 10:21, 10:23, 10:24, 11:4, 11:8, 11:24, 12:4, 12:6
**OFFICE** [3] - 3:16, 4:18, 5:9
**office** [2] - 18:9, 63:11
**officers** [1] - 57:10
**offices** [1] - 17:15
**OFFICIAL** [1] - 9:16
**official** [1] - 43:8
**Official** [2] - 68:11, 68:20
**OFFSHORE** [3] - 5:17, 7:19, 8:9
**oil** [10] - 13:12, 23:25, 31:25, 37:5, 37:15, 38:12, 48:9, 62:7, 63:9
**OIL** [2] - 1:5, 1:5
**OLSON** [1] - 6:3
**ON** [5] - 1:6, 11:2, 11:16, 11:25, 12:5
**once** [1] - 50:23
**ONE** [2] - 6:9, 11:11
**One** [2] - 26:25, 31:8
**one** [32] - 18:19, 18:20, 20:12, 20:16, 21:19, 24:12, 24:22, 26:18, 29:2, 29:6, 29:14, 29:19, 29:21, 29:24, 30:21, 31:2, 35:9, 36:16, 37:16, 43:1, 43:16, 44:1, 45:4, 46:19, 51:5, 57:10, 59:6, 65:3, 65:14, 66:16, 67:12
**ones** [1] - 30:2
**ongoing** [1] - 26:1
**OPA** [2] - 40:9, 42:3
**open** [3] - 27:24, 33:6, 34:11
**operative** [1] - 42:1
**opinion** [2] - 45:22, 57:1
**opposed** [2] - 21:22, 21:23
**opposition** [2] - 30:2, 35:7
**opt** [1] - 33:10
**opt-outs** [1] - 33:10
**opted** [2] - 35:20, 35:25
**optional** [1] - 50:24
**OR** [2] - 10:19, 12:4

**oral** [4] - 22:6, 22:20, 40:20, 41:2
**ORAL** [1] - 12:5, 41:21
**ORDER** [2] - 10:9, 13:4
**order** [6] - 15:23, 27:17, 27:19, 34:18, 35:2
**Order** [1] - 20:25
**ordered** [1] - 63:22
**Orders** [1] - 21:6
**orders** [3] - 20:10, 22:17
**ORDERS....................
...........** [1] - 10:8
**orifices** [1] - 37:8
**original** [1] - 47:9
**originally** [1] - 56:8
**ORLEANS** [10] - 1:8, 1:25, 4:8, 4:11, 4:25, 5:20, 6:11, 7:10, 8:5, 9:18
**OTHER** [1] - 10:20
**ought** [2] - 31:24, 50:17
**outs** [1] - 33:10
**outside** [1] - 34:17
**OVER** [2] - 11:10, 11:12
**overhead** [1] - 35:10
**overlapping** [1] - 19:20
**own** [22] - 19:8, 44:23, 47:2, 53:6, 53:17, 54:6, 57:15, 58:4, 58:7, 58:8, 59:9, 61:8, 61:9, 61:19, 61:25, 62:4, 62:6, 62:8, 64:23, 66:17, 67:11
**owner** [8] - 45:3, 46:12, 46:17, 55:22, 60:10, 60:23, 65:23, 65:25
**owner's** [1] - 31:9
**owners** [4] - 54:14, 58:5, 58:22, 65:14
**ownership** [18] - 45:15, 48:3, 48:17, 48:19, 49:3, 49:9, 49:11, 53:15, 55:22, 56:1, 56:2, 56:3, 60:25, 61:6, 65:12, 67:2, 67:6
**Ownership** [1] - 56:7
**owns** [3] - 42:22, 48:8, 66:23

# P

**P.L.C** [1] - 6:8
**p.m** [1] - 68:1
**P.M** [1] - 1:8
**P.O** [1] - 5:13
**PACER** [1] - 29:10
**PADDOCK** [1] - 8:20
**PAGE** [1] - 10:3
**page** [13] - 53:21, 53:25, 54:3, 54:4, 54:9, 54:12, 54:16, 54:21, 54:24, 55:3, 56:24, 62:17, 64:21
**pages** [3] - 27:2, 62:14, 62:16, 62:19, 63:2
**PALMINTIER** [3] - 3:11, 3:11, 14:4
**Palmintier** [1] - 14:5
**Panel** [6] - 21:4, 21:5, 21:17, 22:6, 22:9, 22:19
**PAPANTONIO** [1] - 2:7
**papers** [2] - 42:11, 54:6
**paragraph** [3] - 54:9, 54:12, 54:16
**pardon** [1] - 61:11
**parens** [4] - 50:6, 51:5, 51:20, 51:25
**PARSIOLA** [2] - 3:7, 3:8
**part** [14] - 15:23, 19:7, 19:9, 36:21, 37:4, 39:4, 44:5, 51:23, 59:11, 61:21, 62:12, 62:17, 64:2, 66:19
**participate** [1] - 18:3
**participating** [1] - 25:16
**particular** [3] - 15:23, 30:21, 62:17
**particularly** [1] - 59:5
**parties** [10] - 17:23, 25:20, 25:22, 26:17, 28:22, 31:4, 31:14, 38:5, 42:3, 44:21
**PARTIES.** [1] - 11:7
**parts** [1] - 36:20
**party** [3] - 15:17, 30:15, 32:13
**passed** [2] - 29:22, 30:17
**past** [1] - 43:8
**PAT** [1] - 9:7
**patriae** [2] - 50:6, 51:5
**PATRICIA** [1] - 8:16

**pecuniary** [1] - 60:15
**penalties** [6] - 38:4, 38:10, 38:14, 38:16, 38:22, 39:3
**PENALTY** [1] - 12:2
**Penalty** [2] - 38:1, 38:3
**penalty** [2] - 39:1, 39:4
**pending** [18] - 21:10, 21:18, 22:24, 23:8, 23:12, 23:16, 24:22, 27:22, 27:24, 28:11, 31:2, 31:9, 31:11, 31:18, 33:3, 33:5, 44:4
**PENDING** [5] - 10:11, 10:15, 11:15, 11:20, 11:22
**Pending** [2] - 32:19, 32:22
**PENNSYLVANIA** [1] - 6:18
**PENSACOLA** [1] - 2:9
**PENTHOUSE** [1] - 3:4
**people** [10] - 17:15, 20:13, 23:15, 24:1, 24:2, 35:3, 35:20, 57:17, 66:13, 66:16
**Pepper** [3] - 68:9, 68:18, 68:19
**PEPPER** [1] - 9:16
**per** [2] - 39:23, 41:12
**perhaps** [2] - 22:14, 27:2
**period** [2] - 28:19, 60:11
**PERIOD.................** [1] - 11:19
**permission** [1] - 40:1
**permit** [1] - 64:13
**permitted** [1] - 55:5
**PERSONAL** [1] - 10:18
**personal** [3] - 23:14, 23:25, 28:7
**perspective** [3] - 18:11, 64:14, 64:15
**persuasive** [2] - 47:24, 66:6
**petition** [4] - 27:21, 27:22, 27:23, 28:11
**PETITION** [1] - 11:16
**PETOSA** [1] - 2:22
**petroleum** [1] - 59:10
**PETROLEUM** [1] - 7:7
**Phase** [16] - 25:20, 26:14, 26:25, 27:1, 27:6, 31:8, 36:8, 36:20, 36:21, 37:18,

37:20, 37:25, 38:1, 38:2, 38:3
**PHASE** [2] - 11:5, 11:11, 11:24, 12:1
**PHASE......................
...............** [1] - 12:2
**PHELPS** [1] - 8:3
**PHILIP** [1] - 3:7
**physical** [3] - 42:6, 44:12, 45:21
**picked** [1] - 63:11
**piece** [1] - 62:21
**PILLSBURY** [1] - 7:20
**Pine** [1] - 35:2
**pinpointing** [1] - 62:16
**PITTMAN** [1] - 7:20
**PLACE** [1] - 8:4
**place** [3] - 25:4, 34:8, 36:11
**plaintiff** [8] - 25:12, 42:16, 42:20, 44:23, 50:14, 50:15, 59:7, 60:5
**plaintiffs** [6] - 13:20, 13:21, 13:23, 21:19, 24:25, 25:3
**PLAINTIFFS** [1] - 2:3
**PLAINTIFFS'** [1] - 1:19
**PLAN** [1] - 12:3
**plan** [2] - 22:2, 40:22
**plane** [1] - 35:9
**plans** [1] - 22:5
**plausibly** [1] - 34:20
**pleadings** [1] - 28:9
**PLEASANT** [1] - 4:15
**PLEASE** [1] - 9:13
**pled** [1] - 65:8
**plenty** [1] - 53:4
**podium** [1] - 16:4
**point** [17] - 26:17, 29:14, 34:7, 35:1, 39:9, 44:8, 46:11, 50:4, 50:10, 51:1, 51:10, 51:15, 52:2, 53:11, 55:25, 66:19, 67:4
**pointed** [2] - 57:15, 67:5
**points** [1] - 24:20
**policies** [2] - 27:20, 28:5
**political** [1] - 50:7
**POLK** [1] - 7:8
**PORADY** [1] - 8:20
**portions** [4] - 56:12, 56:15, 57:25, 64:5
**PORTIS** [1] - 3:15
**Portland** [1] - 22:5
**position** [1] - 50:1

**possess** [1] - 45:3
**possible** [1] - 39:22
**post** [3] - 23:14, 58:7
**POST** [4] - 3:16, 5:9, 10:17
**POST-APRIL** [1] - 10:17
**post-April** [1] - 23:14
**posture** [1] - 34:5
**POWER** [1] - 9:11
**POYDRAS** [4] - 5:20, 6:10, 7:9, 9:17
**practical** [2] - 58:19, 61:13
**practice** [2] - 19:19, 21:16
**precedent** [3] - 57:2, 65:1, 65:6
**predecessors** [1] - 63:12
**prefers** [1] - 38:1
**preliminary** [1] - 18:14
**preparing** [1] - 19:18
**present** [1] - 56:16
**PRESENT** [1] - 8:16
**presented** [2] - 46:3, 53:8
**President** [1] - 58:19
**press** [1] - 38:17
**pretty** [4] - 19:10, 22:8, 25:24, 60:19
**previously** [1] - 24:13
**primary** [3] - 41:16, 42:22, 46:9
**private** [2] - 19:16, 58:22
**pro** [2] - 30:22, 46:17
**PROBABLY** [1] - 12:3
**problem** [4] - 20:24, 25:22, 35:6, 62:12
**procedurally** [1] - 43:22
**Procedure** [1] - 64:1
**proceed** [2] - 39:8, 42:5
**proceeding** [6] - 21:20, 23:19, 31:1, 31:2, 31:11, 51:24
**PROCEEDINGS** [3] - 1:14, 9:20, 13:1
**proceedings** [3] - 30:16, 68:1, 68:15
**proceeds** [2] - 20:5, 28:5
**process** [9] - 19:24, 24:14, 33:24, 35:18, 35:24, 36:1, 39:20, 42:8, 58:15
**PROCTOR** [1] - 2:7
**produce** [1] - 34:21

**PRODUCED** [1] - 9:20
**produced** [2] - 27:2
**PRODUCED......** [1] - 11:12
**PRODUCTION** [2] - 6:7, 6:7
**profess** [1] - 43:6
**profits** [1] - 45:20
**proof** [1] - 53:9
**proper** [1] - 35:11
**property** [6] - 44:24, 47:2, 66:18, 66:22, 66:24
**proprietary** [28] - 41:7, 42:6, 42:8, 42:13, 44:10, 44:24, 45:7, 46:4, 46:7, 46:23, 47:3, 48:17, 49:4, 50:12, 55:11, 55:13, 59:3, 59:17, 59:21, 59:22, 60:18, 61:12, 61:20, 63:17, 64:15, 65:8, 65:24, 66:18
**propriety** [1] - 44:18
**protection** [1] - 62:5
**protective** [1] - 35:12
**protocol** [3] - 34:8, 35:2, 35:17
**proves** [2] - 47:17, 66:15
**provide** [2] - 49:4, 49:10
**PSC** [14] - 13:24, 14:5, 14:8, 14:9, 14:11, 14:12, 14:14, 14:16, 14:17, 14:19, 19:12, 35:16, 40:6, 40:7
**public** [2] - 31:24, 32:3
**publicity** [1] - 32:1
**pure** [1] - 56:2
**purposes** [3] - 29:17, 44:11, 61:8
**put** [2] - 26:4, 34:8
**puts** [1] - 34:4

**Q**

**QUANTIFICATION** [1] - 11:5
**quantification** [3] - 26:14, 37:4, 38:11
**quantity** [1] - 38:12
**questionnaires** [1] - 35:3
**questions** [2] - 17:22, 65:16
**Quin** [2] - 16:19, 16:20
**QUINN** [3] - 8:17,

16:20, 16:22
**Quintana** [2] - 56:16, 58:9
**quote** [6] - 46:15, 53:17, 56:7, 64:24, 66:20
**quoted** [1] - 63:24

**R**

**RAFFERTY** [1] - 2:7
**Railroad** [1] - 59:24
**railroad** [2] - 60:7, 60:8
**raise** [1] - 37:17
**raised** [1] - 67:16
**ran** [1] - 59:13
**Rancho** [1] - 62:3
**rather** [2] - 26:7, 35:8
**RE** [1] - 1:5
**re** [1] - 13:12
**reached** [1] - 24:10
**read** [2] - 66:19, 66:20
**reading** [2] - 42:11, 43:11
**ready** [2] - 39:21, 40:18
**real** [1] - 56:2
**realized** [1] - 20:19
**really** [3] - 29:1, 67:4, 67:7
**Realtime** [2] - 68:9, 68:19
**REALTIME** [1] - 9:16
**reason** [2] - 20:22, 30:6
**reasonable** [1] - 35:4
**reasons** [6] - 31:5, 31:21, 32:7, 32:20, 66:4
**rebuttal** [1] - 41:18
**recent** [4] - 21:8, 25:18, 28:9, 43:7
**recently** [4] - 15:16, 20:10, 23:23, 24:11
**RECENTLY** [2] - 10:6, 10:8
**reclaimed** [1] - 53:24, 54:10, 55:2
**record** [10] - 20:14, 20:16, 20:17, 20:21, 25:24, 32:3, 34:10, 62:9, 62:13, 68:14
**RECORD** [2] - 9:14, 12:7
**Record** [1] - 41:3
**RECORDED** [1] - 9:20
**records** [1] - 64:5
**recovery** [2] - 45:19,

60:15
**redirect** [1] - 50:24
**refer** [2] - 49:7, 62:15
**reference** [1] - 67:14
**referred** [1] - 62:14
**refers** [1] - 56:25
**reflected** [1] - 29:10
**regard** [2] - 20:5, 62:24
**REGARDING** [1] - 12:6
**regarding** [3] - 27:18, 27:19, 41:3
**regardless** [1] - 35:21
**REGISTERED** [1] - 9:17
**Registered** [1] - 68:9
**registered** [1] - 68:20
**regulations** [1] - 54:25
**rehearing** [3] - 27:21, 27:22, 28:11
**REHEARING.............. .........** [1] - 11:16
**related** [1] - 61:17
**RELATES** [1] - 1:10
**relating** [3] - 22:16, 44:13, 47:21
**relationship** [1] - 20:3
**relevance** [1] - 62:17
**relevant** [3] - 44:23, 47:2, 64:6
**remained** [1] - 48:21
**remaining** [1] - 36:13
**remains** [1] - 21:16
**remember** [2] - 13:15, 29:20
**remind** [1] - 29:4
**reminded** [1] - 50:23
**reminding** [1] - 20:13
**remove** [1] - 43:16
**removed** [2] - 23:17
**RENAISSANCE** [1] - 6:24
**reopening** [1] - 32:10
**repairing** [1] - 49:14
**repeated** [1] - 65:3
**repeating** [1] - 65:5
**replies** [1] - 53:10
**reply** [4] - 25:12, 57:3, 65:20, 67:15
**Report** [2] - 20:25, 21:14
**report** [14] - 18:10, 18:11, 22:21, 22:22, 23:10, 26:24, 38:19, 54:3, 54:9, 54:17, 54:21, 56:24, 64:21
**REPORT** [1] - 10:9
**reported** [2] - 27:13,

38:19
**Reporter** [7] - 68:9, 68:10, 68:11, 68:19, 68:20, 68:20
**REPORTER** [4] - 9:16, 9:16, 9:17, 52:13
**REPORTER'S** [1] - 68:7
**reporters** [1] - 38:17
**reports** [6] - 25:20, 38:17, 47:6, 53:17, 54:18, 55:8
**represent** [4] - 52:20, 52:22, 57:11, 58:4
**Representacion** [1] - 47:12
**representatives** [3] - 15:16, 15:24
**represented** [5] - 16:13, 17:3, 17:19, 19:8, 31:22
**representing** [2] - 16:17, 51:18
**republic** [1] - 47:15
**Republic** [8] - 51:6, 51:13, 51:25, 52:18, 52:22, 52:25, 53:1, 53:5
**request** [3] - 25:19, 31:6, 33:1
**requests** [1] - 20:15
**required** [2] - 49:23, 53:15
**requirements** [1] - 59:21
**requires** [1] - 49:5
**requisite** [3] - 42:13, 44:10, 44:18
**reserve** [1] - 41:17
**reserved** [1] - 50:8
**resource** [1] - 39:14
**resources** [10] - 42:14, 42:24, 48:4, 48:8, 54:20, 55:6, 55:23, 58:21, 60:22, 61:22
**respect** [1] - 21:3
**respected** [1] - 25:21
**respective** [1] - 17:15
**respond** [1] - 48:14
**responded** [1] - 27:23
**Responder** [1] - 32:22
**RESPONDER** [1] - 11:22
**responders** [1] - 34:16
**RESPONSE** [2] - 8:7, 11:14
**response** [5] - 23:15, 24:1, 24:3, 27:23,

28:10
**responses** [2] - 53:10
**responsibilities** [2] - 49:22, 63:8
**responsibility** [2] - 42:24, 49:20
**responsible** [3] - 42:3, 46:13, 49:14
**responsive** [1] - 28:9
**rest** [1] - 66:20
**restoration** [3] - 61:25, 62:8, 63:13
**result** [2] - 21:8, 50:13
**results** [1] - 18:10
**retains** [1] - 46:14
**returns** [3] - 20:15, 20:18, 20:21
**revenues** [1] - 39:18
**reversed** [1] - 27:19
**reversion** [1] - 46:14
**reviewed** [1] - 31:6
**Reyna** [3] - 45:17, 46:3, 46:5
**REYNA** [1] - 45:18
**RHON** [1] - 3:15
**Rhon** [1] - 14:12
**RICE** [3] - 4:13, 4:14, 14:17
**Rice** [1] - 14:17
**RICHARD** [1] - 9:4
**RICHESON** [1] - 7:8
**Ridley** [2] - 62:2, 62:5
**RIG** [1] - 1:5
**rightful** [1] - 58:5
**rights** [15] - 31:4, 31:14, 31:16, 31:20, 48:19, 50:6, 51:24, 51:25, 54:7, 54:15, 54:23, 55:1, 55:9, 60:21, 67:8
**rise** [2] - 13:7, 67:25
**river** [1] - 60:1
**River** [3] - 59:10, 60:2, 60:7
**RMR** [2] - 9:16, 68:19
**Rob** [1] - 15:12
**ROBERT** [3] - 6:17, 59:7, 59:8
**Roberts** [4] - 15:6, 41:14, 50:22, 67:10
**ROBERTS** [5] - 5:22, 15:6, 50:21, 51:14, 67:11
**ROBIN** [1] - 2:18
**Robin** [3] - 14:14, 21:18, 44:22
**Robins** [9] - 41:8, 45:7, 46:1, 46:2, 46:5, 46:8, 49:5, 50:12, 60:13

**role** [1] - 17:24
**roles** [1] - 18:6
**Roo** [2] - 56:16, 58:9
**ROOM** [2] - 5:5, 9:17
**root** [1] - 63:4
**rooting** [1] - 10:24
**ROUGE** [1] - 3:12
**ROY** [3] - 1:19, 1:20, 13:19
**Roy** [2] - 13:19, 40:6
**Rule** [2] - 30:14, 64:1
**rule** [3] - 24:7, 45:25, 67:12
**ruled** [2] - 31:10, 63:1
**ruling** [4] - 28:11, 30:25, 34:11, 67:20
**RULING** [1] - 11:15
**rush** [1] - 20:19
**RUSNAK** [1] - 2:14
**RUSSELL** [1] - 8:23
**Russell** [1] - 17:4
**RYAN** [1] - 6:14

# S

**S-E-R-N-A** [1] - 52:14
**s/Cathy** [1] - 68:18
**safety** [1] - 35:12
**sales** [2] - 61:14, 61:15
**SAN** [2] - 2:12, 5:6
**San** [1] - 51:23
**sat** [1] - 63:11
**satisfactory** [1] - 32:7
**saving** [1] - 65:11
**SC** [1] - 4:15
**schedule** [3] - 25:2, 25:4, 63:22
**scheduled** [4] - 26:18, 26:20, 33:21, 36:9
**SCHEDULED** [1] - 11:25
**scheduling** [1] - 40:16
**SCHELL** [1] - 7:8
**scope** [1] - 40:10
**sea** [4] - 53:24, 54:10, 55:2, 62:5
**SEACOR** [6] - 8:8, 8:9, 8:9, 8:10, 8:10, 8:11
**seated** [1] - 13:10
**Second** [2] - 51:7, 51:14
**SECOND** [1] - 12:4
**second** [8] - 21:20, 24:25, 28:3, 31:13, 37:4, 40:23, 43:1, 55:19
**secondary** [1] - 49:3
**secondly** [4] - 31:13,

51:10, 51:16, 66:2
**SECTION** [1] - 5:12
**Securities** [2] - 24:24, 25:8
**SECURITIES** [2] - 10:22, 10:24
**SEE** [1] - 9:13
**see** [12] - 19:11, 27:5, 31:15, 34:2, 36:7, 36:18, 51:11, 52:6, 59:1, 60:2, 64:23, 66:11
**seeking** [1] - 28:18
**SEEKING** [1] - 11:17
**sell** [1] - 43:18
**sending** [1] - 40:24
**sense** [2] - 34:2, 34:7
**sent** [1] - 35:3
**separate** [1] - 42:18
**SEPTEMBER** [1] - 11:25
**September** [6] - 26:20, 27:6, 29:18, 32:11, 36:10, 53:2
**SERNA** [25] - 8:17, 52:7, 52:11, 52:14, 52:16, 52:21, 55:18, 55:24, 56:4, 56:10, 56:21, 57:7, 57:14, 57:18, 57:22, 57:24, 61:1, 61:4, 61:11, 61:24, 62:10, 62:21, 62:24, 63:6, 65:19
**Serna** [4] - 52:11, 52:15, 55:20, 67:13
**SERVICES** [1] - 6:21
**set** [6] - 25:5, 25:6, 28:9, 38:14, 39:3, 67:21
**setting** [1] - 29:15
**settlement** [8] - 24:9, 33:9, 33:10, 33:15, 34:3, 34:4, 35:20, 35:25
**several** [1] - 66:16
**shall** [1] - 56:11
**shape** [1] - 37:9
**share** [1] - 49:21
**shared** [1] - 54:2
**SHAW** [2] - 4:6, 7:20
**SHEETS** [1] - 9:13
**SHELL** [1] - 6:9
**ship** [1] - 46:13
**shipowner** [1] - 46:14
**shoes** [2] - 46:11, 66:1
**short** [6] - 23:2, 28:18, 32:2, 43:18, 63:22, 65:7
**SHORT** [2] - 10:12, 11:18

**shortly** [2] - 25:14, 40:25
**show** [2] - 48:16, 49:13
**showing** [1] - 65:25
**shown** [1] - 58:17
**Shushan** [11] - 15:5, 18:12, 18:15, 23:22, 23:23, 25:19, 36:18, 37:22, 40:8, 42:7, 63:1
**SHUSHAN** [2] - 5:23, 15:5
**Shushan's** [2] - 18:23, 28:12
**side** [5] - 14:20, 41:12, 45:24, 50:19, 51:21
**side's** [1] - 48:10
**SIEMENS** [1] - 8:12
**SIGN** [1] - 9:13
**SIGN-IN** [1] - 9:13
**significant** [1] - 67:1
**similar** [1] - 33:20
**similarly** [1] - 32:18
**simply** [2] - 44:12, 44:17
**SINCLAIR** [1] - 4:19
**single** [1] - 45:1
**sitting** [1] - 37:14
**size** [2] - 37:9
**skipping** [1] - 46:10
**slip** [3] - 24:4, 24:5
**smaller** [1] - 34:6
**smoothly** [2] - 20:5, 25:24
**SO** [1] - 10:19
**SOILEAU** [1] - 3:22
**sole** [1] - 48:3
**someone** [3] - 32:14, 41:1, 45:2
**sometime** [1] - 33:18
**somewhere** [1] - 43:11
**soon** [2] - 39:21, 67:21
**SOREN** [1] - 1:24
**sorry** [2] - 25:7, 52:5
**sort** [7] - 17:15, 35:2, 35:4, 35:17, 40:15, 41:23, 65:12
**sorts** [1] - 39:18
**sought** [2] - 29:11
**source** [2] - 26:14, 36:21
**SOURCE** [1] - 11:6
**SOUTH** [4] - 2:8, 3:22, 6:4, 7:13
**Southern** [2] - 21:20, 24:23

**span** [1] - 60:6
**Spanish** [2] - 62:23, 63:24
**species** [1] - 62:1
**spell** [1] - 52:13
**spend** [1] - 62:8
**spill** [8] - 13:12, 23:14, 23:25, 31:25, 42:25, 48:9, 62:7, 63:9
**SPILL** [1] - 1:5, 10:18
**spoken** [1] - 41:13
**sprayed** [1] - 35:10
**SPRINGS** [1] - 3:20
**SPROULL** [1] - 9:13
**SQUARE** [1] - 6:9
**ST** [1] - 8:13
**stand** [4] - 18:11, 28:13, 65:23, 66:1
**standard** [1] - 44:20
**stands** [2] - 32:11, 46:11
**Stanek** [1] - 54:19
**start** [6] - 16:1, 35:24, 35:25, 41:22, 44:22, 56:6
**started** [3] - 21:18, 42:1, 58:21
**starting** [3] - 18:16, 53:18, 63:18
**STATE** [4] - 4:18, 4:22, 10:14, 10:15
**state** [18] - 15:25, 19:7, 19:16, 22:23, 23:8, 23:12, 23:16, 24:11, 24:17, 54:2, 57:10, 57:19, 61:16, 61:17, 66:10, 66:25, 67:2
**State** [20] - 13:25, 14:3, 15:21, 16:7, 16:17, 17:3, 17:7, 17:11, 23:7, 41:24, 53:6, 56:16, 61:24, 62:4, 62:6, 62:8, 63:11, 63:15, 64:12, 68:10
**statements** [1] - 35:8
**states** [16] - 15:16, 15:22, 17:21, 17:25, 18:1, 18:7, 19:5, 19:10, 19:22, 47:16, 48:3, 51:8, 51:9, 54:11, 54:19, 56:16, 58:15, 58:16
**States** [67] - 14:2, 14:6, 18:22, 19:12, 19:14, 19:25, 38:7, 39:8, 40:21, 41:3, 41:6, 42:9, 42:13, 42:18, 42:21, 43:4,

44:9, 44:18, 46:22,
47:1, 47:14, 48:15,
48:16, 48:21, 48:22,
49:7, 49:16, 49:19,
49:22, 50:6, 50:9,
50:11, 51:8, 51:13,
51:18, 52:1, 52:12,
53:19, 53:23, 54:8,
54:25, 55:5, 55:10,
56:3, 56:20, 57:1,
57:14, 58:1, 58:3,
58:5, 58:6, 58:12,
58:14, 58:25, 59:3,
60:21, 61:12, 61:15,
61:18, 61:22, 64:9,
65:8, 65:22, 66:14,
68:11, 68:21

**STATES** [4] - 1:1,
1:15, 5:11, 10:6

**States'** [8] - 18:11,
18:17, 39:10, 39:11,
39:17, 47:18, 63:8,
66:12

**STATES.** [1] - 12:6

**statistics** [1] - 26:21

**STATUS** [5] - 1:14,
10:14, 10:21, 11:4,
12:3

**status** [4] - 22:21,
33:2, 40:22, 46:6

**Status** [4] - 21:1, 23:7,
24:19, 26:1

**STATUS**....................
........................ [1] -
10:10

**statute** [3] - 29:25,
32:15, 52:19

**steamship** [2] - 59:8,
59:13

**steering** [1] - 13:16

**STEFANIE** [1] - 6:22

**STENOGRAPHY** [1] -
9:20

**step** [2] - 24:16, 47:4

**Stephanie** [1] - 13:11

**STEPHEN** [3] - 1:23,
5:8, 9:10

**STEVE** [1] - 9:11

**Steve** [4] - 13:20,
14:6, 15:6, 50:22

**STEVEN** [2] - 5:13,
5:22

**still** [15] - 23:16,
24:14, 25:16, 27:14,
27:22, 27:23, 31:2,
31:8, 31:11, 31:17,
32:6, 32:11, 33:19,
33:24, 45:23

**stop** [1] - 43:1

**stops** [1] - 49:24

**strange** [1] - 39:7

**Strange** [8] - 14:3,
15:18, 15:20, 17:14,
18:9, 20:8, 39:11,
60:3

**STRANGE** [14] - 4:18,
14:3, 15:20, 16:12,
17:2, 17:17, 18:22,
20:1, 20:7, 39:13,
39:16, 39:19, 40:4,
60:5

**STREET** [17] - 1:21,
2:8, 2:12, 2:23, 3:12,
3:23, 4:7, 4:11, 4:24,
5:20, 5:24, 6:10,
6:25, 7:9, 7:17, 8:5,
9:17

**struck** [1] - 60:6

**structure** [1] - 18:21

**subdivisions** [1] -
50:7

**subject** [2] - 26:12,
42:19

**submit** [2] - 63:24,
65:3

**submitted** [7] - 35:7,
47:6, 52:9, 53:9,
53:13, 54:6, 57:3

**submitting** [1] - 19:3

**subordinate** [1] -
48:22

**subsequently** [1] -
28:3

**subservient** [2] -
48:24, 49:3

**sued** [1] - 60:12

**suffered** [1] - 59:18

**sufficient** [4] - 46:4,
48:16, 55:12, 60:17

**suggest** [2] - 39:25,
45:16

**suggested** [1] - 45:13

**suggests** [1] - 46:8

**suit** [1] - 51:22

**SUITE** [13] - 2:8, 2:23,
3:8, 4:4, 5:24, 6:10,
6:25, 7:4, 7:9, 7:13,
7:21, 8:5, 8:13

**suits** [1] - 23:25

**Sulphur** [1] - 30:23

**sum** [1] - 63:7

**SUMICH** [1] - 3:7

**summarized** [1] -
41:23

**Summary** [1] - 32:23

**SUMMARY** [2] - 11:23,
12:5

**summary** [4] - 33:2,
41:2, 42:10, 50:16

**summer** [2] - 22:5,

33:18

**summons** [4] - 20:15,
20:18, 20:21

**sun** [1] - 26:6

**superficial** [1] - 62:7

**supplement** [1] -
41:15

**supplemental** [1] -
30:14

**supplementation** [1] -
26:12

**support** [2] - 22:3,
35:5

**suppose** [1] - 27:9

**Supreme** [6] - 47:11,
47:25, 56:18, 60:14,
65:2, 66:6

**survived** [1] - 25:1

**sustainable** [1] -
54:15

**SUTHERLAND** [1] -
5:22

**SW** [1] - 3:19

**swing** [1] - 60:6

---

## T

**TAKEN** [1] - 11:8

**Tamaulipas** [4] - 58:6,
62:3, 63:15, 64:12

**tantamount** [3] -
45:15, 49:11, 50:2

**task** [1] - 37:7

**tax** [4] - 39:18, 61:14,
61:15, 61:16

**taxes** [1] - 61:16

**TAYLOR** [1] - 3:7

**tend** [1] - 51:3

**Tennessee** [2] - 60:2,
60:7

**term** [3] - 47:25,
56:23, 65:10

**terminology** [1] -
56:18

**terms** [5] - 19:12,
19:18, 21:16, 36:11,
44:20

**territory** [3] - 56:8,
56:11, 58:10

**test** [3] - 40:9, 41:8,
45:7

**TESTBANK** [1] - 46:5

**testimony** [1] - 37:14

**Texas** [25] - 15:17,
16:1, 16:7, 24:23,
30:23

**Texas's** [1] - 16:8

**TEXAS**.......................
...... [1] - 10:7

**THAN** [1] - 10:12

**THAT** [5] - 10:6, 10:12,
10:17, 10:24, 11:7

**THAT'S** [1] - 11:8

**THE** [137] - 1:5, 1:6,
1:14, 1:19, 2:3, 4:22,
5:3, 5:11, 9:13,
10:14, 10:16, 11:2,
11:7, 11:15, 11:16,
11:18, 11:19, 11:20,
11:24, 12:4, 12:5,
12:6, 13:7, 13:8,
13:10, 13:12, 13:13,
13:14, 13:15, 14:20,
15:14, 16:3, 16:8,
16:11, 16:18, 16:21,
16:23, 17:1, 17:9,
17:12, 17:14, 17:25,
19:6, 20:6, 20:8,
21:12, 21:25, 22:3,
22:11, 22:22, 23:1,
23:4, 23:25, 24:6,
24:10, 24:19, 25:15,
25:25, 26:5, 26:9,
26:21, 27:4, 27:11,
28:14, 29:4, 29:16,
29:23, 30:3, 30:8,
30:11, 30:13, 33:4,
33:12, 33:14, 33:17,
33:24, 34:1, 35:19,
35:23, 36:3, 36:5,
36:25, 38:9, 39:14,
39:17, 40:2, 40:5,
40:11, 41:11, 41:19,
43:1, 43:3, 43:11,
43:16, 43:19, 43:23,
44:3, 44:6, 45:4,
45:10, 45:16, 46:25,
48:10, 48:14, 49:13,
50:18, 51:11, 52:3,
52:10, 52:13, 52:15,
52:20, 55:17, 55:19,
55:25, 56:9, 56:17,
57:4, 57:13, 57:17,
57:20, 57:23, 59:4,
60:6, 61:2, 61:5,
61:21, 62:9, 62:12,
62:22, 63:4, 65:18,
65:20, 67:9, 67:18,
67:25

**themselves** [2] -
13:17, 29:10

**thereafter** [1] - 42:7

**therefore** [2] - 58:3,
67:7

**THESE** [1] - 10:15

**they've** [2] - 42:18,
58:24

**THINGS**............. [1] -
10:20

**thinking** [3] - 17:24,
18:16, 37:24

**third** [3] - 28:3, 51:18,
66:19

**thirdly** [1] - 31:21

**THIS** [2] - 1:10, 11:9

**THOMAS** [3] - 2:7,
8:19, 16:10

**Thomas** [2] - 16:6,
16:12

**THOSE** [1] - 10:17

**thousand** [1] - 31:19

**thousands** [1] - 63:2

**three** [13] - 15:16,
15:22, 17:25, 31:4,
32:1, 41:6, 42:9,
42:12, 44:9, 44:18,
46:22, 50:11, 58:5

**THREE** [1] - 10:6

**Three** [1] - 37:25

**THURSDAY** [2] - 1:8,
13:2

**timely** [1] - 62:25

**title** [1] - 58:8

**TO** [8] - 1:10, 11:2,
11:8, 11:17, 11:20,
11:25, 12:3, 13:4

**today** [5] - 17:4,
17:19, 34:11, 44:8,
44:15

**today's** [1] - 42:19

**together** [6] - 17:21,
18:25, 19:24, 26:23,
52:25, 58:12

**TOLEDO** [1] - 6:24

**TOLLES** [1] - 6:3

**tomorrow** [4] - 17:16,
17:19, 17:21, 18:8

**TORTS** [2] - 5:4, 5:8

**TOWER** [2] - 2:4, 6:24

**track** [1] - 27:5

**tracking** [1] - 62:1

**transcribe** [1] - 44:22

**transcript** [1] - 68:13

**TRANSCRIPT** [2] -
1:14, 9:20

**TRANSFER** [2] - 10:9

**Transfer** [3] - 20:25,
21:6

**transfer** [3] - 21:25,
22:17, 22:21

**transferred** [2] -
16:10, 51:23

**transferring** [1] - 21:6

**transfers** [1] - 22:18

**translated** [4] - 62:23,
64:2, 64:9, 64:18

**translating** [1] - 63:2

**translation** [1] - 64:5

**translations** [1] -

63:25
**TRANSOCEAN** [4] - 5:16, 5:16, 5:18, 8:3
**Transocean** [11] - 15:5, 15:6, 15:7, 15:8, 27:18, 28:6, 28:22, 28:25, 32:13, 51:6, 66:8
**Transocean's** [4] - 28:2, 54:5, 54:17, 64:20
**Trial** [1] - 36:9
**trial** [16] - 18:4, 18:18, 18:19, 20:5, 23:20, 25:6, 26:20, 27:6, 31:8, 36:16, 37:18, 38:3, 38:5, 39:4, 39:9
**TRIAL** [2] - 10:24, 11:24
**trials** [2] - 18:20, 39:9
**Trish** [2] - 17:4, 17:7
**true** [1] - 68:13
**try** [4] - 24:17, 37:15, 43:19, 50:24
**trying** [3] - 36:1, 39:8, 40:13
**tug** [2] - 59:25, 60:6
**Turisto** [1] - 64:11
**TURNER** [1] - 9:5
**turtle** [2] - 62:1, 62:5
**turtles** [1] - 62:3
**Two** [11] - 25:20, 26:14, 27:1, 27:6, 36:8, 36:20, 36:21, 37:18, 37:20, 37:25, 38:2
**two** [13] - 15:24, 21:17, 26:19, 29:1, 29:3, 29:13, 29:25, 30:20, 31:3, 36:20, 51:1, 58:6, 59:6
**TWO** [2] - 11:5, 11:24
**TWO**........................ .. [1] - 11:11
**TWO**........................ ......... [1] - 12:1
**TX** [5] - 2:16, 5:24, 6:25, 7:4, 7:22
**type** [1] - 29:10
**types** [1] - 35:11

## U

**U.S** [3] - 5:3, 5:7, 5:12
**ultimate** [1] - 49:19
**ultimately** [2] - 49:23, 51:24
**Under** [1] - 66:21

**under** [31] - 27:20, 38:10, 41:7, 44:5, 45:7, 45:25, 49:10, 53:15, 55:10, 55:15, 55:21, 56:5, 56:10, 57:15, 57:23, 57:24, 57:25, 58:1, 58:8, 58:11, 59:2, 60:9, 60:13, 60:24, 63:25, 65:9, 65:12, 65:13, 65:24, 67:19
**UNDERHILL** [2] - 5:4, 14:1
**Underhill** [1] - 14:1
**understood** [1] - 43:13
**underway** [2] - 35:18, 36:1
**UNDERWRITERS** [1] - 8:3
**undetermined** [2] - 31:3, 31:12
**unequivocally** [1] - 48:2
**unique** [4] - 19:15, 58:4, 61:12, 61:20
**uniquely** [1] - 51:8
**United** [15] - 14:2, 14:6, 19:12, 38:7, 42:17, 42:20, 43:4, 48:22, 49:19, 50:9, 51:8, 55:10, 58:14, 68:11, 68:21
**UNITED** [3] - 1:1, 1:15, 5:11
**universe** [1] - 34:6
**unless** [3] - 20:22, 41:1, 65:22
**unlike** [1] - 49:2
**unopposed** [1] - 64:11
**up** [23] - 15:24, 16:2, 16:3, 16:4, 16:14, 17:5, 18:4, 18:5, 20:14, 22:8, 24:16, 26:10, 27:14, 34:16, 35:2, 36:20, 39:7, 41:11, 60:25, 61:5, 63:7, 63:11, 67:12
**Up** [1] - 32:22
**UP** [1] - 11:22
**update** [1] - 17:19
**upholds** [1] - 34:3
**upkeep** [1] - 62:4
**upper** [1] - 39:1
**uses** [1] - 65:10
**utilization** [1] - 54:15

## V

**VA** [1] - 2:5
**vacation** [1] - 22:5
**vague** [2] - 35:8, 47:3
**valid** [1] - 65:1
**Vance** [1] - 22:14
**varied** [2] - 37:9
**variety** [1] - 24:6
**VARIOUS** [2] - 10:15, 11:17
**various** [6] - 23:12, 28:16, 28:17, 34:17, 37:10, 37:12
**vary** [1] - 19:17
**Veracruz** [1] - 58:6
**versions** [1] - 64:9
**versus** [1] - 42:3
**vessel** [4] - 24:3, 31:9, 46:9, 46:12
**vested** [1] - 56:8
**vice** [1] - 46:17
**violate** [1] - 67:11
**virtue** [1] - 30:1
**VOICES** [1] - 13:9
**volume** [2] - 26:22, 37:11
**VOLUME** [1] - 11:8
**volumes** [1] - 64:5
**voluminous** [1] - 62:13

## W

**wait** [2] - 34:2, 59:16
**waive** [1] - 32:12
**waived** [1] - 30:1
**waiving** [1] - 53:8
**WALKER** [1] - 2:3
**walking** [1] - 35:9
**WALTER** [1] - 4:7
**WARREN** [1] - 7:16
**WAS** [1] - 11:1
**WASHINGTON** [5] - 5:9, 5:14, 6:18, 7:17, 8:14
**water** [1] - 55:3
**Water** [2] - 38:4, 38:10
**waters** [5] - 42:14, 47:10, 54:20, 55:6, 56:7
**WATERSIDE** [1] - 2:4
**ways** [2] - 34:17, 39:25
**weather** [1] - 22:8
**WEEK** [1] - 12:4
**week** [2] - 18:13, 40:23

**WEIL** [1] - 8:12
**WEINER** [1] - 7:8
**WEITZ** [1] - 2:18
**welcome** [3] - 16:11, 16:23, 18:7
**whatnot** [1] - 40:10
**WHEREUPON** [1] - 68:1
**WHITELEY** [1] - 4:23
**whole** [5] - 19:24, 31:24, 34:4, 46:18, 61:7
**widespread** [1] - 32:1
**wildlife** [3] - 42:14, 54:4, 54:15
**WILLIAM** [1] - 8:17
**WILLIAMS** [4] - 4:3, 4:3, 5:23, 14:7
**Williams** [1] - 14:8
**WILLIAMSON** [2] - 2:14, 2:15
**willing** [1] - 24:14
**WINFIELD** [1] - 4:19
**WINTHROP** [1] - 7:20
**WOODS** [1] - 8:16
**words** [3] - 38:23, 60:17, 61:2
**workers** [1] - 24:1
**works** [1] - 38:21
**WORLDWIDE** [1] - 8:10
**worse** [1] - 37:12
**worth** [1] - 45:1
**WRIGHT** [1] - 1:19
**writing** [2] - 26:4, 53:9
**written** [3] - 23:10, 45:22, 67:20

## Y

**year** [3] - 29:7, 29:21, 51:18
**years** [1] - 32:1
**YOAKUM** [1] - 2:15
**York** [1] - 15:10
**YORK** [2] - 2:19, 7:3, 15:10
**yourself** [1] - 52:10

## Z

**ZACH** [1] - 9:8
**zone** [3] - 53:24, 54:8, 55:2

## "

**"MIKE"** [1] - 6:17