UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>2:10-cv-08888-CJB-SS | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**MOTION FOR ACCEPTANCE OF SHORT FORM JOINDERS FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE**

NOW INTO COURT, through undersigned counsel, comes claimant, SCOPE LOGISTICAL SPECIALIST INC., who moves this Court for acceptance of their late-filed Short Form Joinder in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., As Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, and as grounds therefore show the Court as follows:

1. This Court established a deadline for the filing of claims in the Transocean limitation proceeding for April 20, 2011.

2. By order of Court, this deadline was subsequently extended to September 16, 2011.

3. Claimant had not yet fully realized the extent of their damages by September 16, 2011. Thus, they did not timely file in the Transocean limitation proceeding.

4. Claimant submitted a business economic loss claim into the Deepwater Horizon Settlement Program on March 5, 2013.

5. On May 31, 2013 Claimant received a Preliminary Notice Regarding Moratoria Loss Review.

6. The filing of this Short-Form Joinder is necessary for the limited purpose of preserving any portion of Claimant's losses that the Claims Administrator might determine resulted from the Moratorium.

7. No prejudice will result from the acceptance of this late-filed Short Form Joinder, attached hereto as "Exhibit A." The Phase I trial, conducted to address the April 2010 fire, explosion, and sinking itself, has recently concluded. There has been no disposition of contested matters of fact or law in connection therewith: no judgment has been entered. Moreover, Phase II, addressing the spread of the spill over the Summer and Fall of 2010, has yet to commence.

For these reasons, Movant respectfully requests that the Court grant its Motion for Acceptance of its Short Form Joinder Filed Beyond the September 16, 2011 Deadline, and that the Court deem said Short Form Joinder to be timely filed.

Respectfully submitted,

WILLIAMS LAW GROUP LLC

*/s/ Conrad S.P. Williams, III*
Conrad S.P. Williams, III (#14499)
Meredith R. Durham (#33112)
J. Christopher Zainey, Jr. (#32022)
909 Poydras Street, Suite 1625
New Orleans, Louisiana 70112
Telephone: (504) 200-0000

Facsimile: (504) 200-0001
Duke@Williamslawgroup.org
Meredith@Williamslawgroup.org

Attorneys for Movant,
Scope Logistical Specialist, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2013 I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

/s/ Conrad S.P. Williams, III