UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>2:10-cv-08888-CJB-SS | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## EXHIBIT A

| CLAIMANT | DOCUMENT NUMBER | DATE FILED |
|---|---|---|
| SCOPE LOGISTICAL SPECIALIST, INC. | 135275 | June 27, 2013 |