UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>2:10-cv-08888-CJB-SS | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

Considering the Motion for Acceptance of the Short Form Joinder Filed Beyond the September 16, 2011 Deadline, and the Memorandum in Support filed therewith:

Such Motion is hereby GRANTED; and

It is ORDERED that the late-filed Short Form Joinder filed by the Movant in the action 2:10-cv-08888-CJB-SS, and whose identity is set forth in "Exhibit A" to the Motion for the Acceptance of the Short Form Joinder Filed Beyond the September 16, 2011 Deadline, is hereby considered to be timely filed in the Transocean Limitation (Civil Action No. 10-2771), in accordance with Pre-Trial Order Nos. 24 and 25.

Signed this _____ day of _____, 2013.

_____
Hon. Carl J. Barbier
U.S. District Judge