## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| No. 10-8888 | * | MAGISTRATE SHUSHAN |
| | * | |

## ORDER

Before the Court are a Motion and Amended Motion to Withdraw as Counsel of Record (Rec. Docs. 10228, 10260) wherein Baron & Budd, P.C. and Scott Summy seek to withdraw as counsel of record for multiple plaintiffs/claimants.  The Court is informed that with respect to some of these plaintiffs/claimants, the reason for seeking withdrawal is due to the fact that the plaintiffs/claimants have settled their claims.  In such circumstances, the proper action is to voluntarily dismiss the claim rather than withdraw as counsel.[1]  Consequently, the Court will deny the instant motions.  Counsel may file a new motion to withdraw that omits plaintiffs/claimants who have merely settled and/or dismissed their claims.  Furthermore, in future motions to withdraw counsel shall plainly state its reason(s) for seeking to withdraw.

For these reasons,

**IT IS ORDERED** that the Motion and Amended Motion to Withdraw as Counsel of Record (Rec. Docs. 10228, 10260) are **DENIED**.

---

[1]  Counsel is directed to Pretrial Order No. 42 (Rec. Doc. 4043), approving a Dismissal Form. Footnote 1 to the Dismissal Form contains filing instructions.  To the extent this form is not applicable, see Fed. R. Civ. P. 41.

New Orleans, Louisiana this 2nd day of July, 2013.

_____
United States District Judge