UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico, on April 20, 2010<br><br>Applies to:<br>2:13-cv-01989-CJB-SS | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## PROPOSED ORDER

*Considering the Motion for Leave to File Second Amended Complaint*;

It is **ORDERED** that the Motion is hereby **GRANTED** and that the Complaint for Damages and First Amended Complaint for Damages be amended as prayed for in the attached Second Amended Complaint for Damages and that the Second Amended Complaint for Damages be filed herein.

New Orleans, Louisiana this 2nd day of July, 2013.

_____
United States District Judge