UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: )<br>OIL SPILL BY THE OIL RIG )<br>"DEEPWATER HORIZON" IN THE )<br>GULF OF MEXICO ON APRIL 20, 2010 )<br>)<br>THIS DOCUMENT RELATES: )<br>)<br>IN RE: TRITON ASSET LEASING GmbH )<br>Case No. 2:10-cv-02771-CJB-SS ) | MDL Docket No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## ORDER

Considering the Motion for Acceptance of Limitation Short Form Joinders Filed After the September 16, 2011 Deadline:

It is ORDERED that the late-filed Short Form Joinders filed by Movants, identified as the one hundred - eleven (111) claimants in "Exhibit A," shall be considered as timely filed claims in the Transocean Limitation (Civil Action No. 10-2771), as well as properly joined in the B1 and/or B3 Bundle Amended Master Complaints, in accordance with Pre-Trial Orders Nos. 24 and 25.

Signed this \_\_\_\_ day of _____, 2013.

_____
Honorable Carl J. Barbier,
U.S. District Court Judge

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: ) | |
| OIL SPILL BY THE OIL RIG ) | |
| "DEEPWATER HORIZON" IN THE ) | MDL Docket No. 2179 |
| GULF OF MEXICO ON APRIL 20, 2010 ) | |
| ) | SECTION J |
| THIS DOCUMENT RELATES: ) | |
| ) | JUDGE BARBIER |
| IN RE: TRITON ASSET LEASING GmbH ) | MAG. JUDGE SHUSHAN |
| Case No. 2:10-cv-02771-CJB-SS ) | |

**MOTION FOR LEAVE TO FILE LIMITATION
SHORT FORM JOINDERS AFTER THE SEPTEMBER 16, 2011 DEADLINE**

# EXHIBIT A

| | **Claimant** | **Transaction ID Number** | **Date Filed** |
|---|---|---|---|
| 1. | Kelsey Bryant | 52275022 | 05/14/13 |
| 2. | Christopher Higdon | 52275022 | 05/14/13 |
| 3. | Lila Davidson f/b/o John Davidson | 52275022 | 05/14/13 |
| 4. | Dean Jennings | 52275022 | 05/14/13 |
| 5. | Stan Lindsey | 52275022 | 05/14/13 |
| 6. | Roy Leon Hill | 52275022 | 05/14/13 |
| 7. | John Howell | 52275022 | 05/14/13 |
| 8. | American Legion Post 199 | 52275022 | 05/14/13 |
| 9. | Taylor Knowles | 52275022 | 05/14/13 |
| 10. | Nina Watson | 52275022 | 05/14/13 |
| 11. | D.P. McFarland Painting | 52275022 | 05/14/13 |
| 12. | William Reid | 52275022 | 05/14/13 |
| 13. | Louise Reid | 52275022 | 05/14/13 |
| 14. | David Bridges | 52275022 | 05/14/13 |
| 15. | Bradford Brightman | 52275022 | 05/14/13 |
| 16. | Claudia Zweber | 52293319 | 05/15/13 |
| 17. | LeAnn Lundberg | 52293319 | 05/15/13 |
| 18. | Fairhope Tire | 52293319 | 05/15/13 |
| 19. | Bass Properties, Inc. | 52293319 | 05/15/13 |
| 20. | Home-Pro Lumber & Hardware, Inc. | 52293319 | 05/15/13 |
| 21. | Stapleton Properties, LLC | 52293319 | 05/15/13 |
| 22. | Margaret C. Long | 52293319 | 05/15/13 |
| 23. | Bass Homes, Inc. | 52300958 | 05/15/13 |
| 24. | James Saucier | 52512820 | 05/29/13 |
| 25. | Robert H. Mack | 52512820 | 05/29/13 |

| | **Claimant** | **Transaction ID Number** | **Date Filed** |
|---|---|---|---|
| 26. | Three Rivers Enterprises, LLC | 52512820 | 05/29/13 |
| 27. | Jordan Pile Driving, Inc. | 52512820 | 05/29/13 |
| 28. | HW Jackson, LLC | 52512820 | 05/29/13 |
| 29. | Seaworthy Charters, LLC | 52512820 | 05/29/13 |
| 30. | Windmill Market, LLC | 52512820 | 05/29/13 |
| 31. | Kathleen Broughton | 52512820 | 05/29/13 |
| 32. | Chaufee's Catering, Inc. | 52602197 | 06/04/13 |
| 33. | Kent H. Broom, Inc. | 52602197 | 06/04/13 |
| 34. | Bay Goumet, LLC | 52602197 | 06/04/13 |
| 35. | Bay Radiology, LLC | 52602197 | 06/04/13 |
| 36. | Ocean Creations, LLC | 52602197 | 06/04/13 |
| 37. | Larry Coffman | 52602197 | 06/04/13 |
| 38. | Matthew Crocker | 52602197 | 06/04/13 |
| 39. | Randy Crocker, Jr. | 52664151 | 06/07/13 |
| 40. | Alan Sodergren | 52664151 | 06/07/13 |
| 41. | Daniel Lee Goins | 52664151 | 06/07/13 |
| 42. | Doug Proctor | 52664151 | 06/07/13 |
| 43. | Brenda Copeland | 52664151 | 06/07/13 |
| 44. | Robert Sullivan | 52664151 | 06/07/13 |
| 45. | Johnny Hamburg | 52664151 | 06/07/13 |
| 46. | Richard C. Borden | 52664151 | 06/07/13 |
| 47. | Margaret Harkness | 52664151 | 06/07/13 |
| 48. | Randy K. Crocker, Sr. | 52826767 | 06/13/13 |
| 49. | James Walley | 52826767 | 06/13/13 |
| 50. | Cobb Properties, LLC | 52826767 | 06/13/13 |
| 51. | Randy & Eric Crocker Homebuilders | 52826767 | 06/13/13 |
| 52. | Hugh Shoultz | 52826767 | 06/13/13 |
| 53. | Lisa Conrad | 52826767 | 06/13/13 |
| 54. | Sean McClellan | 52826767 | 06/13/13 |
| 55. | Steven Watford | 52826767 | 06/13/13 |
| 56. | Margaret Runyon | 52826767 | 06/13/13 |
| 57. | Clay Adams | 52826767 | 06/13/13 |
| 58. | Thomas Dupree | 52826767 | 06/13/13 |
| 59. | Marian Rosenquist | 52826767 | 06/13/13 |
| 60. | Ron Summers | 52826767 | 06/13/13 |
| 61. | Thad Nelsen | 52826767 | 06/13/13 |
| 62. | Dan Huffman | 53029938 | 06/27/13 |
| 63. | John E. Calvert | 53029938 | 06/27/13 |
| 64. | David Curtis | 53029938 | 06/27/13 |
| 65. | Ellen Jones | 53029938 | 06/27/13 |
| 66. | Patricia Merritt | 53029938 | 06/27/13 |
| 67. | Iboi Nagy | 53029938 | 06/27/13 |
| 68. | Stefan Nagy | 53029938 | 06/27/13 |
| 69. | Eric Crocker | 53029938 | 06/27/13 |
| 70. | Community Bancshares of Mississippi | 53029938 | 06/27/13 |
| 71. | Castleberry Gravel Co. | 53029938 | 06/27/13 |
| 72. | Janet Boykin | 53029938 | 06/27/13 |
| 73. | John Bowman Construction | 53029938 | 06/27/13 |
| 74. | A.D.D. Properties | 53029938 | 06/27/13 |

|     | **Claimant**                                   | **Transaction ID Number** | **Date Filed** |
|-----|------------------------------------------------|---------------------------|----------------|
| 75. | Lea Verneuille                                 | 53029938                  | 06/27/13       |
| 76. | WLJ & SFPJ Family Limited Partnership          | 53029938                  | 06/27/13       |
| 77. | Dana Smith Studios                             | 53029938                  | 06/27/13       |
| 78. | D&D Fit, Inc.                                  | 53029938                  | 06/27/13       |

|      | **Claimant**                                        | **Joinder Doc. Number** | **Date Filed** |
|------|-----------------------------------------------------|-------------------------|----------------|
| 79.  | Donald P. Malone, Sr.                               | 56695804                | 07/02/2013     |
| 80.  | Shawn Kennett                                       | 56695831                | 07/02/2013     |
| 81.  | Bobby L. Jackson                                    | 56695843                | 07/02/2013     |
| 82.  | Christopher S. Gautreaux                            | 56695860                | 07/02/2013     |
| 83.  | Deja Food, LLC dba Bacchus                          | 56695871                | 07/02/2013     |
| 84.  | Fairhope Clothing Co., dba East Bay Clothiers       | 56695882                | 07/02/2013     |
| 85.  | Nick Peturis Farming                                | 56695903                | 07/02/2013     |
| 86.  | Parkway Plaza, LLC                                  | 56695918                | 07/02/2013     |
| 87.  | Amy Morris                                          | 56695928                | 07/02/2013     |
| 88.  | Caroline W. Knowles, individually                   | 56695953                | 07/02/2013     |
| 89.  | Caroline W. Knowles fbo Taylor K. Knowles           | 56695953                | 07/02/2013     |
| 90.  | Lyons Faust, LLC                                    | 56695959                | 07/02/2013     |
| 91.  | Watershed, LLC                                      | 56695969                | 07/02/2013     |
| 92.  | Virginia H. Walcott                                 | 56696013                | 07/02/2013     |
| 93.  | Carswell M. Walcott                                 | 56696028                | 07/02/2013     |
| 94.  | The Landscape Company, LLC                          | 56696044                | 07/02/2013     |
| 95.  | Don Rockstall Painting                              | 56696251                | 07/02/2013     |
| 96.  | Sweat Tire Company of Bay Minette, Inc.             | 56696285                | 07/02/2013     |
| 97.  | George M. Magee                                     | 56696317                | 07/02/2013     |
| 98.  | Merritt Homes, Inc.                                 | 56698062                | 07/02/2013     |
| 99.  | Gary A. Moore                                       | 56698088                | 07/02/2013     |
| 100. | Kathy H. Moore                                      | 56698127                | 07/02/2013     |
| 101. | R.S. Price & Son Refrigeration                      | 56698152                | 07/02/2013     |
| 102. | Harvest Meadows                                     | 56698165                | 07/02/2013     |
| 103. | C&D Medical                                         | 56699552                | 07/02/2013     |
| 104. | Walker Key Condo Owner's Association                | 56698176                | 07/02/2013     |
| 105. | Yellow House, Inc.                                  | 56699678                | 07/02/2013     |
| 106. | T&S Designs, LLC                                    | 56699678                | 07/02/2013     |
| 107. | Lillies & Lace                                      | 56699715                | 07/02/2013     |
| 108. | Sam DiBenedetto                                     | 56699492                | 07/02/2013     |
| 109. | Maxco Development, LLC                              | 56699399                | 07/02/2013     |
| 110. | C.R. Lazzarri Trucking                              | 56699637                | 07/02/2013     |
| 111. | C.R. Lazzarri Farming                               | 56699575                | 07/02/2013     |