UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | ) | **MDL No. 2179** |
| **"Deepwater Horizon" in the** | ) | |
| **Gulf of Mexico, on April 20, 2010** | ) | **SECTION: J** |
| | ) | |
| | ) | **Judge Barbier** |
| | ) | **Mag. Judge Shushan** |
| **This Document Relates to:** | ) | |
| | ) | |
| 2:13-cv-02549-CJB-SS | ) | |
| 2:13-cv-02672-CJB-SS | ) | |
| 2:13-cv-02677-CJB-SS | ) | |
| 2:13-cv-02823-CJB-SS | ) | |
| 2:13-cv-02824-CJB-SS | ) | |
| 2:13-cv-02825-CJB-SS | ) | |
| 2:13-cv-02826-CJB-SS | ) | |
| 2:13-cv-02827-CJB-SS | ) | |
| 2:13-cv-02839-CJB-SS | ) | |
| 2:13-cv-02945-CJB-SS | ) | |
| | ) | |

## MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

COME NOW, through undersigned counsel, the City of Sanibel, Florida, Gan of Bonita, Inc., Kibbe & Company, Inc., the City of Gulfport, Florida, the City of Indian Rocks Beach, Florida, Pasco County, Florida, Shielded Circle, Inc., Highland Holdings, Inc., the City of Sarasota, Florida, and Fisherman's Cove at Key Largo, LLC (hereinafter referred to as "Plaintiffs"), who move this Court for an Order enrolling Mr. Kelly Patrick as additional counsel for Plaintiffs in this matter, and in support thereof, show as follows:

Mr. Kelly Patrick, an attorney with the Motley Rice LLC Law Firm, is a member in good standing of the Louisiana State Bar # 31912 and is admitted to practice in the United States District Court, Eastern District of Louisiana.

His address and contact information are as follows:

       Kelly Patrick (LA Bar #31912)
       Motley Rice, LLC
       940 Gravier Street, 1st Floor, Suite D
       New Orleans, LA 70112
       (504) 648-1485 ext. 2485
       (504) 648-1499 (fax)
       kpatrick@motleyrice.com

Plaintiffs request permission to enroll Mr. Patrick as additional counsel in this matter on their behalf. His appearance will not hinder or delay the litigation of this case.

WHEREFORE, Plaintiffs respectfully request that Mr. Kelly Patrick be admitted to enroll as additional counsel and participate fully as counsel in this action.

Dated: July 3, 2013

       Respectfully submitted,

       s/Joseph F. Rice
       Joseph F. Rice, Esq. (*Lead Attorney, Admitted pro hac vice*)
       T. David Hoyle, Esq.
       Kelly J. Patrick, Esq.
       LA Bar Roll No. 31,912
       Motley Rice LLC
       940 Gravier Street, 1st Floor, Suite D
       New Orleans, LA 70112
       (504) 648-1485 ext. 2485
       (504) 648-1499 (fax)
       jrice@motleyrice.com
       dhoyle@motleyrice.com
       kpatrick@motleyrice.com

       *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served electronically via the CM/ECF system upon all counsel of record on July 3, 2013.

                                            s/Joseph F. Rice
                                            Joseph F. Rice, Esq.