UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| C & H Lures Ultimate Tackle Center, Inc. | ) | Docket No. 2:13-cv-02226 |
| | ) | |
| | ) | MDL No. 2179 |
| Plaintiff, | ) | |
| | ) | SECTION J |
| vs. | ) | |
| | ) | JUDGE BARBIER |
| BP Exploration & Production, Inc.; BP America | ) | |
| Production Company; BP p.l.c.; Transocean | ) | MAGISTRATE SHUSHAN |
| Ltd.; Transocean Offshore Deepwater Drilling, | ) | |
| Inc.; Transocean Deepwater, Inc.; Transocean | ) | |
| Holdings, LLC; Triton Asset Leasing GmbH; | ) | |
| Halliburton Energy Services, Inc.; and Sperry | ) | |
| Drilling Services, a division of Halliburton | ) | |
| Energy Services, Inc. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, C&H Lures Ultimate Tackle Center, Inc., who, pursuant to Rule 41 (a)(1) of Federal Rules of Civil Procedure, files this Notice of Voluntary Dismissal of its claims against Defendant BP p.l.c. without prejudice.

Respectfully submitted:

**/s/**Robert J. Diliberto
**Robert J. Diliberto** (LSBA# 24783)
Diliberto@attorneys-louisiana.com
**Damon A. Kirin** (LSBA# 24729)

1

kirin@attorneys-louisiana.com
Diliberto & Kirin, L.L.C.
3636 S. I-10 Service Rd. West, Suite 210
Metairie, LA 70001
Telephone: (504) 828-1600
Facsimile: (504) 828-1555

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 01, 2013, electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Eastern District of Louisiana via CM/ECF System, and served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, email OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

/s/Robert J. Diliberto
Robert J. Diliberto

2