# THORNHILL LAW FIRM, APLC
### ATTORNEYS & COUNSELORS AT LAW

TOM W. THORNHILL

CORNER OF GAUSE AND NINTH STREET
1308 NINTH STREET
SLIDELL, LA 70458
☎(985) 641-5010
FAX: (985) 641-5011
800-989-2707

www.thornhilllawfirm.com
e-mail: tom@thornhilllawfirm.com

July 3, 2013

Clerk's Office
500 Poydras Street
Room C151
New Orleans, LA 70130
(504) 589-7600

RE: *2:10-md-02179-CJB-SS In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Our File: 14158

Dear Clerk:

Please be advised that on April 19 and 20 of 2013, our office file 18 new petitions in relation to the above captioned matter, however, 20 filings were charged to our firm's credit card.

According to the phone conversation between our office and the Clerk's office early today, there are two transactions number that are not connected to any case and for such reason those should be the ones reversed: **053L-3920240 and 053L-3919667.**

Thank you for all the collaboration with regards to this issue.
Should you have any questions, please feel free to contact my office.

Sincerely yours,

Tom W Thornhill

/ml