UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Warren B. Doussan, Jr. and Robin A. Dousan Individually and d/b/a American Consulting & Development Company, LLC ) ) ) ) | Docket No. 2:13-cv-02325 |
| ) | MDL No. 2179 |
| Plaintiffs, ) ) | SECTION J |
| vs. ) ) | JUDGE BARBIER |
| BP Exploration & Production, Inc.; BP America Production Company; BP p.l.c.; Transocean Ltd.; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; Triton Asset Leasing GmbH; Halliburton Energy Services, Inc.; and Sperry Drilling Services, a division of Halliburton Energy Services, Inc. ) ) ) ) ) ) ) ) ) ) | MAGISTRATE SHUSHAN |
| Defendants. ) ) ) | |

## NOTICE OF VOLUNTARY DISMISSAL

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Warren B. Doussan, Jr. and Robin A. Doussan Individually and d/b/a American Consulting & Development Company, LLC, who, pursuant to Rule 41 (a)(1) of Federal Rules of Civil Procedure, file this Notice of Voluntary Dismissal of their claims against Defendant BP p.l.c. without prejudice.

Respectfully submitted:

/s/Robert J. Diliberto
**Robert J. Diliberto** (LSBA# 24783)
Diliberto@attorneys-louisiana.com

1

        **Damon A. Kirin** (LSBA# 24729)
        kirin@attorneys-louisiana.com
        Diliberto & Kirin, L.L.C.
        3636 S. I-10 Service Rd. West, Suite 210
        Metairie, LA 70001
        Telephone: (504) 828-1600
        Facsimile: (504) 828-1555

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on July 01, 2013, electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Eastern District of Louisiana via CM/ECF System, and served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, email OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

        /s/Robert J. Diliberto
        Robert J. Diliberto