UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:<br><br>OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010<br><br>These pleadings apply to<br><br>*James Bryant, et al. v. BP Exploration & Production, Inc., et al.,* 2:13-cv-02879-CJB-SS | MDL No. 2179<br><br>Section: "J(1)"<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## MOTION TO ENROLL
## ADDITIONAL COUNSEL OF RECORD FOR PLAINTIFFS

COMES NOW, Allen W. Lindsay, Jr., Esq. of Lindsay & Andrews, P.A., attorney of record for Plaintiffs who respectfully requests that this Honorable Court to allow enrollment of Frank J. D'Amico, Jr., Esq. of The Law Offices of Frank J. D'Amico, Jr., APLC as additional counsel of record for Plaintiffs listed in the above captioned matter.

Respectfully Submitted:

/s/ Allen W. J. Lindsay, Jr.        AND        /s/ Frank J. D'Amico, Jr.
**LINDSAY & ANDREWS, P.A.**                   **FRANK J. D'AMICO, JR. APLC**
Allen W. Lindsay, Jr.                          Frank J. D'Amico, Jr.
5218 Willing Street                            622 Baronne Street
Milton, FL  32570                              New Orleans, LA 70113
Phone:  850-623-3200                           Phone: 504.525.7272
Fax:  850-623-0104                             Fax: 504-525-9522

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Motion to Enroll Additional Counsel of Record for Plaintiffs and proposed Order has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of July, 2013.

                                                                               /s/ Allen W. Lindsay, Jr.