UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:<br><br>OIL SPILL BY THE OIL RIG<br>"DEEPWATER HORIZON" IN THE<br>GULF OF MEXICO ON APRIL 20,<br>2010<br><br>These pleadings apply to<br><br>*James Bryant, et al. v. BP Exploration &*<br>*Production, Inc., et al., 2:13-cv-02879-CJB-SS* | MDL No. 2179<br><br>Section: "J(1)"<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

Considering the foregoing Motion,

**IT IS ORDERED** that the Plaintiffs' Motion to Enroll Frank J. D'Amico, Jr., Esq. as Additional Counsel is **GRANTED**.

New Orleans, Louisiana, this _____ day of _____, 2013.

HONARABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE