**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Robert R. Gasaway
To Call Writer Directly:
(202) 879-5175
robert.gasaway@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

July 1, 2013

**By Electronic Mail**

The Honorable Sally Shushan
United States District Court
Eastern District of Louisiana
United States Courthouse
500 Poydras Street
New Orleans, LA 70130

   Re: MDL 2179 — Production *in Camera* of May 5 to May 13, 2010
      Documents Responsive to the United States' Motion to Compel and
      Related Confidential Privilege Log

Dear Judge Shushan:

  As directed by your June 10, 2013 order regarding "selection criteria," (Rec. Doc. 10336, at 2), BP has reviewed documents withheld as privileged dated May 5 to May 13, 2010 for those withheld documents responsive to the United States' January 30, 2013 motion to compel, (Rec. Doc. 8417).

  Today we will hand deliver to Chambers the responsive May 5 to May 13, 2010 documents for *in camera* review. In addition, we also provide with this letter a confidential log of those documents for the Court, the United States, and Transocean. As with the prior logs, per the Court's April 1, 2013 Order, (Rec. Doc. 9064, at ¶ 4), this log has been designated Confidential.

  We have previously described our process used to locate and review documents, and BP reincorporates those descriptions here by reference. (*See* March 5, 2013 R. Gasaway Ltr. to Court, at 5 & Attachment C (Rec. Doc. 9035); April 10, 2013 R. Gasaway Ltr. to Court, at 5 (Rec. Doc. 9254).)

  Of course the documents provided to the Court today and described on the confidential log do not include the documents from the custodial files of the three new custodians the United States and Transocean selected on June 13, 2013. For those three custodians, our review is already ongoing, and we will produce documents for Mr. Morgheim *in camera* by July 16 and on a rolling basis for Ms. Harkavy and Mr. Lynch, with *in camera* production completed by July 30

Chicago  Hong Kong  London  Los Angeles  Munich  New York  Palo Alto  San Francisco  Shanghai

KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
July 1, 2013
Page 2

(as we indicated we would in our June 18, 2013 email to the Court and confirmed during Friday's Working Group Conference).

      Please let us know if you would like us to provide any additional materials or information to aid the Court's review.

                                                Respectfully submitted,

                                                Robert R. Gasaway

Attachment

cc (by electronic mail):
United States' MDL Counsel
Transocean Counsel