UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig ) | MDL No. 2179 |
| "Deepwater Horizon" in the ) | |
| Gulf of Mexico, on April 20, 2010 ) | SECTION: J |
| ) | |
| ) | Judge Barbier |
| ) | Mag. Judge Shushan |
| This Document Relates to: ) | |
| ) | |
| 2:13-cv-02549-CJB-SS ) | |
| 2:13-cv-02672-CJB-SS ) | |
| 2:13-cv-02677-CJB-SS ) | |
| 2:13-cv-02823-CJB-SS ) | |
| 2:13-cv-02824-CJB-SS ) | |
| 2:13-cv-02825-CJB-SS ) | |
| 2:13-cv-02826-CJB-SS ) | |
| 2:13-cv-02827-CJB-SS ) | |
| 2:13-cv-02839-CJB-SS ) | |
| 2:13-cv-02945-CJB-SS ) | |
| ) | |

**ORDER ON MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD**

CONSIDERING THE FOREGOING, Motion to Enroll Kelly Patrick as additional counsel for Plaintiffs in this matter;

THIS MATTER, having come before the Court on the Motion to Enroll as Additional Counsel of Record, and the Court, having considered the matter, is of the opinion that the motion is well taken and should be GRANTED.

New Orleans, Louisiana this 3rd day of July, 2013.

_____
United States District Judge