UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig         MDL NO. 2179
     "Deepwater Horizon" in the Gulf
     of Mexico, on April 20, 2010      SECTION J

Applies to: *All Cases*           JUDGE BARBIER
                       MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Regarding Withheld Documents, Dated May 5 to 13, 2010 (Rec. doc. 10336)]**

The June 10, 2013 order regarding the selection criteria issue extended the search to the period from May 5 through May 13, 2010. Rec. doc. 10336 at 3. On July 1, 2013, BP submitted May 5 to May 13 documents for *in camera* review.[1] These documents do not include the documents from the three new custodians selected by the U.S. and Transocean.

BP's privilege log lists 13 documents. In accord with its prior practices, those documents are grouped into "families." See Rec. doc. 9035 at 5. BP reports that 3 of the documents are not privileged. They are identified on the privilege log as document nos. 4.00, 6.00 and 7.00.

The first issue is whether the *prima facie* showing necessary to establish the crime-fraud exception to the attorney-client privilege has been made. The second issue is whether the communications and documents at issue were prepared in furtherance of contemplated or ongoing criminal or fraudulent conduct. Rec. doc. 9592 at 16.

The required *prima facie* showing is not present for the 10 documents on the privilege log that BP withheld from production. Assuming the required showing was made, the communications were not prepared in furtherance of contemplated or ongoing criminal or fraudulent conduct.

---

[1] See Rec. doc. 10641 for the July 1, 2013 letter from counsel for BP. The privilege log was filed under seal.

IT IS ORDERED that:  (1) BP is not required to produce any of the withheld documents,

dated May 5 to May 13, 2010; and (2) the deadline for an appeal is **Friday, July 19, 2013.**

New Orleans, Louisiana, this 8th day of July, 2013.

**SALLY SHUSHAN**
**United States Magistrate Judge**

2