IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * * * * * * | MDL No. 2179<br><br>Section: J<br><br>Judge Carl J. Barbier<br><br>Magistrate Judge Sally Shushan |

---

## JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT

The authorized representative of Claimant, Frances S. Higgins, an Incompetent Claimant, and the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement respectfully move this Court to (1) approve the settlement of the claim filed on behalf of Claimant as fair, reasonable and adequate, and (2) approve all future settlements on behalf of Claimant in compliance with the Economic and Property Damages Settlement Agreement as fair, reasonable and adequate.

A proposed Order accompanies this Motion.

| | Respectfully submitted, |
|---|---|
| /s/ _____<br>Corey Dunbar<br>Attorney for Claimant's Representative<br>Pivach, Pivach, Hufft, Thriffiley & Dunbar L.L.C.<br>8311 Highway 23, Suite 104<br>Belle Chasse, Louisiana 70037<br>(504) 394-1870<br><br>Date: 6/21/2013 | /s/ _____<br>Orran L. Brown<br>VSB No.: 25832<br>BrownGreer PLC<br>250 Rocketts Way<br>Richmond, Virginia 23231<br>(804) 521-7200<br><br>Date: 6/27/13 |

1