# EXHIBIT "G"



# DET NORSKE VERITAS

Final Report
for
## UNITED STATES DEPARTMENT OF THE INTERIOR

BUREAU OF OCEAN ENERGY MANAGEMENT, REGULATION, AND ENFORCEMENT
WASHINGTON, DC 20240

FORENSIC EXAMINATION OF DEEPWATER HORIZON BLOWOUT PREVENTER
CONTRACT AWARD No. M10PX00335

VOLUME I FINAL REPORT

Report No. EP030842
20 March 2011

The view, opinions, and/or findings contained in this report are those of the author(s) and should not be construed as an official government position, policy or decision, unless so designated by other documentation.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Main Report

**MANAGING RISK**



Forensic Examination of Deepwater Horizon
Blowout Preventer

For:

United States Department of the Interior
Bureau of Ocean Energy Management, Regulation,
and Enforcement
Washington, DC 20240

Account Ref.: Award: M10PX00335

DET NORSKE VERITAS (U.S.A.), INC.
Materials & Corrosion Technology Center
5777 Frantz Road
Dublin, OH 43017-1386
United States
Tel: (614) 761-1214
Fax: (614) 761-1633
http://www.dnv.com
http://www.dnvcolumbus.com

| Date of Issue:20 March 2011 | Project No: EP030842 |
|---|---|
| Prepared by:<br><br>Gary D. Kenney, Ph.D.<br>Lead Investigator | *Signature* |
| Prepared by:<br><br>Bryce A. Levett<br>Principal Investigator | *Signature* |
| Prepared by:<br><br>Neil G. Thompson, Ph.D.<br>Project Manager | *Signature* |
| Verified by:<br><br>Narasi Sridhar, Ph.D.<br>Project Sponsor | *Signature* |
| Verified by:<br><br>Hans Axel Bratfos<br>Director of Technology, Services and Quality | *Signature* |
| Approved by:<br><br>Peter Bjerager, Ph.D.<br>Senior Vice President | *Signature* |

No distribution without permission

© 2011 Det Norske Veritas (U.S.A.), Inc.
All rights reserved. This publication or parts thereof may not be reproduced or transmitted in any form or
by any means, including photocopying or recording, without the prior written consent of Det Norske
Veritas (U.S.A.), Inc.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Main Report



MANAGING RISK

# TABLE OF CONTENTS – VOLUME I

1   EXECUTIVE SUMMARY ................................................................................. 1

   1.1   The Equipment ................................................................................................ 1

   1.2   The Accident ................................................................................................... 2

   1.3   Forensic Tests ................................................................................................. 3

   1.4   What is Considered to Have Happened ......................................................... 4

   1.5   Primary Cause and Contributing Causes ....................................................... 5

   1.6   Recommendations for Industry ...................................................................... 5

      1.6.1   Study of Elastic Buckling ....................................................................... 6

      1.6.2   Study of the Shear Blade Surfaces of Shear Rams ................................. 6

      1.6.3   Study of Well Control Procedures or Practices ...................................... 6

      1.6.4   Status of the Back-Up Control Systems ................................................. 7

      1.6.5   Common Mode Failure of Back-Up Control Systems ............................ 7

      1.6.6   Study the Indication of Functions in an Emergency ............................... 7

      1.6.7   Study of the Effectiveness of Remotely Operated Vehicle Interventions ............... 7

      1.6.8   Stipulating Requirements for Back-Up Control System Performance .................... 8

   1.7   Recommendations for Further Testing ........................................................... 8

      1.7.1   Additional Studies of Conditions Leading to Elastic Buckling .............................. 8

      1.7.2   Additional Tests or Studies of the Performance of the Blowout Preventer Stack .... 9

2   INTRODUCTION ........................................................................................... 10

3   BACKGROUND ............................................................................................. 14

4   OBJECTIVES AND SCOPE ........................................................................... 18

5   METHODOLOGY .......................................................................................... 20

   5.1   Evidence Collection and Control .................................................................. 20

   5.2   Technical Working Group .............................................................................. 20

   5.3   Investigative Process ..................................................................................... 20

   5.4   Forensic Testing Plan and Protocol Development ......................................... 21

   5.5   Site Preparation ............................................................................................. 21

   5.6   Blowout Preventer Functionality .................................................................. 22

   5.7   Materials Evaluation and Damage Assessment ............................................ 23

DET NORSKE VERITAS

United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Main Report

MANAGING RISK



5.8   Document Review.................................................................................................24

5.9   Remotely Operated Vehicle Intervention Operations Review...............................24

5.10  Failure Cause Analysis .........................................................................................25

**6  FINDINGS ...............................................................................................................26**

6.1   Blowout Preventer Function Testing .....................................................................26

    6.1.1   Video and Photographic Documentation....................................................... 26

    6.1.2   Visual Examination ....................................................................................... 26

    6.1.3   Fluid Collection and Analysis ....................................................................... 27

    6.1.4   Drill Pipe Removal ........................................................................................ 28

    6.1.5   ST Locks ........................................................................................................ 30

    6.1.6   Lower Choke and Kill Valves ....................................................................... 31

    6.1.7   Functioning and Removal of Ram Blocks..................................................... 32

    6.1.8   AMF/Deadman and Autoshear Testing – Hydraulic Circuits ...................... 34

    6.1.9   Remotely Operated Vehicle Panel Testing ................................................... 40

    6.1.10  Solenoid 103 Bench Testing ......................................................................... 41

    6.1.11  Solenoid 3A Bench Testing........................................................................... 42

    6.1.12  Blue and Yellow Pod Battery Voltage and Load Testing ..................... 42

    6.1.13  Blue and Yellow Pod Function Testing......................................................... 43

6.2   Materials Evaluation and Damage Assessment ....................................................50

    6.2.2   Three Dimensional Laser Scanning of Ram Blocks...................................... 73

    6.2.3   Visual Examination of Drill Pipe .................................................................. 78

    6.2.4   Matching Drill Pipe Segments....................................................................... 93

    6.2.5   Damage on Drill Pipe Segment in Variable Bore Rams ..................... 107

    6.2.6   Damage to the Wellbore................................................................................ 108

    6.2.7   Other Evidence Assessment .......................................................................... 110

    6.2.8   Metallurgical, Mechanical, Chemical Property Assessment ....................... 112

6.3   Document Review.................................................................................................131

6.4   Remotely Operated Vehicle Intervention Efforts ...............................................136

    6.4.1   Activation of the Blind Shear Rams.............................................................. 137

    6.4.2   Repair Efforts ................................................................................................ 144

6.5   Modeling...............................................................................................................147

DET NORSKE VERITAS

United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Main Report



MANAGING RISK

6.5.1   Buckling Model ....................................................................... 148

6.5.2   Buckling Considerations ........................................................ 151

6.5.3   Cutting of the Drill Pipe in the Blind Shear Ram .................... 152

6.6   Failure Cause Analysis ...................................................................... 164

6.6.1   Manual Function Blind Shear Ram Close and High Pressure Shear Close .......... 165

6.6.2   Manual Function of Emergency Disconnect Sequence .................... 165

6.6.3   Automated Mode Function/Deadman ........................................ 166

6.6.4   Autoshear ............................................................................. 167

6.6.5   Manual Function via Remotely Operated Vehicle ...................... 167

6.6.6   Recovered Drill Pipe Segments ............................................. 168

6.6.7   Other Considerations ............................................................ 169

**7   CONCLUSIONS** ............................................................................. **171**

7.1   The Accident ..................................................................................... 171

7.2   What is Considered to have Happened ............................................... 171

7.3   Discussion of Causes ........................................................................ 172

7.3.1   Primary Cause ...................................................................... 172

7.3.2   Contributing Cause ............................................................... 173

7.3.3   Contributing Cause ............................................................... 173

7.3.4   Contributing Cause ............................................................... 173

7.3.5   Contributing Cause ............................................................... 173

7.3.6   Contributing Cause ............................................................... 173

7.3.7   Contributing Cause ............................................................... 174

**8   RECOMMENDATIONS** .................................................................. **175**

8.1   Recommendations for Industry .......................................................... 175

8.1.1   Study of Elastic Buckling ...................................................... 175

8.1.2   Study of the Shear Blade Surfaces of Shear Rams ................. 175

8.1.3   Study of Well Control Procedures or Practices ....................... 176

8.1.4   Status of the Back-Up Control Systems ................................. 176

8.1.5   Common Mode Failure of Back-Up Control Systems ............... 176

8.1.6   Study the Indication of Functions in an Emergency ................. 176

8.1.7   Study of the Effectiveness of Remotely Operated Vehicle Interventions ............ 177

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Main Report



8.1.8  Stipulating Requirements for Back-Up Control System Performance ................. 177

8.2   Recommendations for Further Testing ............................................................. 177

8.2.1  Additional Studies of Conditions Leading to Elastic Buckling ........................... 178

8.2.2  Additional Tests or Studies of the Performance of the Blowout Preventer Stack 178

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Main Report



# TABLE OF CONTENTS – VOLUME II

APPENDIX A      FORENSIC TESTING PLAN

APPENDIX B      SCANNED DRAWINGS

APPENDIX C      DOCUMENTS REVIEWED

APPENDIX D      LIST OF EVIDENCE

APPENDIX E      SITE TEST RESULTS

APPENDIX F      COMPREHENSIVE TIMELINE

APPENDIX G      FAULT TREE

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Main Report



MANAGING RISK

## List of Tables

Table 1   Summary of Annular and Ram Positions As Received at Michoud Facility.......27

Table 2   ST Lock Position Measurements ..........................................................................31

Table 3   Pressure Required to Function Rams..................................................................34

Table 4   ROV Panel BSR Close Function Test ................................................................41

Table 5   Blue and Yellow Pod Battery Voltages Measurements.......................................42

Table 6   Blue and Yellow Pod Battery Load Test Results ................................................43

Table 7   Analog Channel Current Values for AMF/Deadman ..........................................45

Table 8   Event Time Log - Yellow Pod Disconnect (Replacement 103Y) .....................45

Table 9   Event Time Log - Blue Pod Reconnect (Replacement 103 Y)...........................46

Table 10   Battery Voltage Following First AMF/Deadman Test ......................................46

Table 11   Event Time Log - Yellow Pod Disconnect (Original 103Y)............................47

Table 12   Event Time Log - Yellow Pod Disconnect Second Test (Original 103Y) ........47

Table 13   Event Time Log - Yellow Pod Disconnect Final Test (Original 103Y)............48

Table 14   Yellow Pod Voltages - Post Sequence Testing..................................................48

Table 15   Voltage Testing - Solenoid 103 .......................................................................49

Table 16   Evidence Item Numbers for Blocks Recovered from BOP ..............................50

Table 17   Evidence Item Numbers for Recovered Drill Pipe ...........................................78

Table 18   Detail for the Matching of the Drill Pipe Segment Ends..................................93

Table 19   Location and Identification of Types of Test Samples .....................................112

Table 20   Summary of Diameter Measurements Taken at Bottom End of 1-A-1-Q, 1-B-1-Q, 39-Q, 83-Q, 94-Q, and 148-Q ....................................................................................116

Table 21   Wall Thickness Measurements Taken at Bottom End of 1-A-1-Q, 1-B-1-Q, 39-Q, 83-Q, 94-Q, 148-Q, and 1-B-2Q ...................................................................................117

Table 22   Results for Rockwell C hardness Tests Conducted on the External Surfaces on the Test Samples ..........................................................................................................118

Table 23   Results for Vickers Hardness Tests Conducted Through Thickness on the Longitudinal Cross-Sections (see Figure 90).................................................................118

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Main Report



MANAGING RISK

Table 24  Summary of Tensile Test Data for 39-Q ..........................................................126

Table 25  Summary of Tensile Test Data for 83-Q ..........................................................127

Table 26  Results of Charpy V-Notch Testing for 39-Q...................................................127

Table 27  Results of Charpy V-Notch Testing for 83-Q...................................................129

Table 28  Results of Chemical Analysis Compared with Specification for API 5D Grade
S135, Seamless Drill Pipe..............................................................................................130

Table 29  Summary of ROV Interventions for BSRs .......................................................137

Table 30  Comparison of Calculated BSR Pressures........................................................157

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Main Report



MANAGING RISK

## List of Figures

Figure 1  NASA-Michoud West Dock Test Site ............................................................... 11

Figure 2  NASA-Michoud Test Facility Test Pads ......................................................... 12

Figure 3  Early Stages of Temporary Enclosure Construction ........................................ 13

Figure 4  Temporary Enclosure ..................................................................................... 13

Figure 7  ST Lock Measurements .................................................................................. 30

Figure 8  Starboard Side (Upper) BSR As-Recovered Condition ................................... 52

Figure 9  Port Side (Lower) BSR As-Recovered Condition ............................................ 52

Figure 10  Starboard Side (Upper) BSR Following Cleaning .......................................... 53

Figure 11  Port Side (Lower) BSR Following Cleaning ................................................... 55

Figure 12  Starboard Side (Lower) CSR As-Recovered Condition .................................. 56

Figure 13  Port Side (Upper) CSR As-Recovered Condition .......................................... 57

Figure 14  Starboard Side (Lower) CSR Following Cleaning .......................................... 58

Figure 15  Port Side (Upper) CSR Following Cleaning .................................................. 59

Figure 16  Starboard Side Upper VBR in the As-Recovered Condition .......................... 60

Figure 17  Port Side Upper VBR in the As Recovered Condition .................................... 61

Figure 18  Starboard Side Upper VBR Following Cleaning (Segments Removed) .......... 62

Figure 19  Starboard Segments from Upper VBRs Following Cleaning .......................... 62

Figure 20  Port Side Upper VBR Following Cleaning .................................................... 63

Figure 21   Port Segments from Upper VBRs Following Cleaning. (Segment 1 Remained in Ram) ........................................................................................................................... 63

Figure 22  Starboard Side Middle VBR As-Recovered Condition ................................... 64

Figure 23  Port Side Middle VBR As-Recovered Condition ............................................ 65

Figure 24  Starboard Side Middle VBR Following Cleaning ............................................ 66

Figure 25  Starboard Segments from the Middle VBRs Following Cleaning ................... 67

Figure 26  Port Side Middle VBR Following Cleaning ..................................................... 67

Figure 27  Port Segments from the Upper VBRs Following Cleaning .............................. 68



MANAGING RISK

Figure 28  Starboard Side Lower VBR in the As-Recovered Condition ...........................69

Figure 29  Port Side Lower VBR in the As-Recovered Condition ....................................70

Figure 30  Starboard Side Lower VBR Following Cleaning .............................................71

Figure 31  Starboard Segment from the Lower VBR Following Cleaning ......................71

Figure 32  Port Side Lower VBR Following Cleaning ......................................................72

Figure 33  Three-Dimensional Laser Scan of Starboard-Side (Upper) BSR Block ..........74

Figure 34  Three-Dimensional Laser Scan of Port-Side (Lower) BSR Block ..................75

Figure 35   Three-Dimensional Laser Scan of BSRs Placed Together in the Closed
Position ..............................................................................................................................76

Figure 36  Three-Dimensional Laser Scan of Starboard-Side (Lower) CSR ...................77

Figure 37  Three-Dimensional Laser Scan of Port-Side (Upper) CSR ............................77

Figure 38  Schematic Diagram of Positions from which Drill Pipe was Recovered .........79

Figure 39  Photograph of Drill Pipe 148 ..........................................................................80

Figure 40  Three-Dimensional Laser Scan of Drill Pipe Segment 148 ............................82

Figure 41  Photograph of Drill Pipe Segment 94 ..............................................................82

Figure 42  Three-Dimensional Laser Scan of Drill Pipe Segment 94 ..............................83

Figure 43  Photograph of Drill Pipe Segment 83 ..............................................................84

Figure 44  Three-Dimensional Laser Scan of Drill Pipe Segment 83 ..............................85

Figure 45  Photograph of Drill Pipe Segment 84 ..............................................................85

Figure 46  Three-Dimensional Laser Scan of Drill Pipe Segment 84 ..............................86

Figure 47  Photograph of Drill Pipe Segment 1-B-2 .......................................................87

Figure 48  Three-Dimensional Laser Scan of Drill Pipe Segment 1-B-2 ........................88

Figure 49  Photograph of Drill Pipe Segment 1-B-1 .......................................................89

Figure 50  Three-Dimensional Laser Scan of Drill Pipe Segment 1-B-1 ........................90

Figure 51  Photograph of Drill Pipe Segment 39 ..............................................................91

Figure 52  Three-Dimensional Laser Scan of Drill Pipe Segment 39 ..............................92

Figure 53  Photograph of Drill Pipe Segment 1-A-1 .......................................................93

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Main Report

MANAGING RISK 

Figure 54   Three-Dimensional Laser Scan of Drill Pipe Segment 1-A-1-F ....................93

Figure 55   Schematic Diagram of Sequence of Drill Pipe Segment Movement ..............94

Figure 56   Three-Dimensional Laser Scan Comparing 148-A and 94-A .........................95

Figure 57   Three-Dimensional Laser Scan of 148-A and 94-A Following CSR Cutting..95

Figure 58   Photographs of 83-B ....................................................................................96

Figure 59   Photographs of 94-B ....................................................................................97

Figure 60   Laser Scans of 94-B and 83-B ......................................................................98

Figure 61   Laser Scans of 94-B and 83-B Matched Against the Upper BSR Block .........99

Figure 62   Laser Scans of 83-C and 84-C ....................................................................100

Figure 63   Laser Scans of 84-D and 1-B-2-D ...............................................................100

Figure 64   Laser Scans of 1-B-2-D2 and 1-B-1-D2.......................................................101

Figure 65   Photographs of 1-B-1-E ..............................................................................102

Figure 66   Photographs of 39-E ...................................................................................103

Figure 67   Photograph showing 1-B-1-E and 39-E .......................................................104

Figure 68   Laser Scans of 1-B-1-E and 39-E ................................................................105

Figure 69   Photographs of the Upper Annular Preventer ............................................106

Figure 70   Laser Scans of 39-F and 1-A-1-F ................................................................107

Figure 71   Laser Scans of Drill Pipe Segment 148 passing through the Upper and Middle VBRs............................................................................................................107

Figure 72   Laser Scan of the Upper VBR matched to Drill Pipe Segment 148...............108

Figure 73   Laser Scan of the Middle VBR matched to Drill Pipe Segment 148 .............108

Figure 74   Laser Scan Showing Overhead View of BSR and Wellbore .........................109

Figure 75   Laser Scan of Wellbore Damage .................................................................109

Figure 76   Laser Scan Deviation Plot of the Wellbore on the Kill Side of the BSR .......110

Figure 77   Laser Scan Deviation Plot of the Wellbore on the Choke Side of the BSR...110

Figure 78   Photograph Illustrating Cementitious Pieces Discovered in Evidence ..........111

Figure 79   Photograph Illustrating Metal Discovered in Evidence.................................111

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Main Report

MANAGING RISK 

Figure 80  Photograph Illustrating Elastomeric Discovered in Evidence........................111

Figure 81  Photograph Illustrating Polymeric Discovered in Evidence .........................112

Figure 82  Photograph of 1-A-1-Q...............................................................113

Figure 83  Photograph of 1-B-1-Q...............................................................113

Figure 84  Photograph of 1-B-2-Q...............................................................114

Figure 85  Photograph 39-Q ....................................................................114

Figure 86  Photograph 83-Q ....................................................................115

Figure 87  Photograph 94-Q ....................................................................115

Figure 88  Photograph of 148-Q ................................................................116

Figure 89   Photograph of 148-Q Showing the Locations of Rockwell C Hardness
Measurements on the External Surface...........................................................117

Figure 90  Photograph of Longitudinal Cross-Section of 39-Q.....................................118

Figure 91  Photograph of 39-Q Showing the Locations for Metallurgical, Mechanical, and
Chemical Coupons ..............................................................................119

Figure 92   Photograph of 148-Q Showing the Locations for Metallurgical and Chemical
Coupons .......................................................................................120

Figure 93  Stereo Light Photograph of Longitudinal Cross-Section of 39-Q.................121

Figure 94  Light Photomicrograph Showing the Typical Microstructure of the Pipe Steel
in the Longitudinal Orientation for 39-Q.......................................................122

Figure 95  Light Photomicrograph Showing the Typical Microstructure of the Pipe Steel
in the Transverse Orientation for 39-Q.........................................................122

Figure 96  Light Photomicrograph Showing the Typical Microstructure of the Pipe Steel
in the Transverse Orientation for 1-B-1-Q......................................................123

Figure 97  Light Photomicrograph Showing the Typical Microstructure of the Pipe Steel
in the Longitudinal Orientation for 83-Q.......................................................124

Figure 98  Light Photomicrograph Showing the Typical Microstructure of the Pipe Steel
in the Transverse Orientation for 83-Q.........................................................124

Figure 99  Photograph of 39-Q Showing the Locations for Mechanical Coupon Removal
...............................................................................................125



MANAGING RISK

Figure 100  Photograph of 83-Q Showing the Locations for Mechanical Coupon Removal ................................................................................................................................126

Figure 101  Charpy V-Notch Impact Energy Plot as a Function of Temperature for 39-Q (Plot of 3/4-size samples).................................................................................................128

Figure 102  Percent Shear Plot from Charpy V-Notch Tests as a Function of Temperature for 39-Q................................................................................................................................128

Figure 103  Charpy V-Notch Impact Energy Plot as a Function of Temperature for 83-Q (Plot of 3/4-size samples).................................................................................................129

Figure 104  Percent Shear Plot from Charpy V-Notch Tests as a Function of Temperature for 83-Q................................................................................................................................130

Figure 105  Timeline Process ................................................................................................132

Figure 106  Illustration of the Events Pertaining to BSRs - April 20, 2010 to April 29, 2010.......................................................................................................................................133

Figure 107  Illustration of Events Pertaining to VBRs - April 20, 2010 to May 5, 2010. ................................................................................................................................................134

Figure 108  Illustration of Events from the comprehensive timeline that pertain to the Annular Preventers which occurred between January 31, 2010 to May 5, 2010.............135

Figure 109  ROV C-Innovation video footage of the failed attempt to cut the Autoshear hydraulic plunger at 23:30 on April 21, 2010 .................................................................139

Figure 110  ROV C-Innovation video footage of the failed attempt to raise pressure during hot stab of the blind shear ram at 01:15 on April 22, 2010 ..................................139

Figure 111  ROV C-Innovation video footage of the successful attempt to sever the PBOF cables 02:45 on April 22, 2010. The severed cable is highlighted with a yellow dashed circle........................................................................................................................140

Figure 112  ROV Millennium 37 video footage of the successful attempt to cut the Autoshear hydraulic plunger at 07:30 on April 22, 2010 ................................................140

Figure 113  ROV Millennium 37 video footage of the LMRP/BOP stack connection shortly after cutting of the Autoshear hydraulic plunger at 07:30 on April 22, 2010......141

Figure 114  ROV Millennium 37 video footage of the LMRP "LATCH/UNLATCH" indicator shortly after cutting of the Autoshear hydraulic plunger at 07:30 on April 22, 2010.......................................................................................................................................141

Figure 115  ROV Millennium 36 video footage of the failed attempt to raise pressure during hot stab of the blind shear ram at 08:00 on April 22, 2010 ..................................142



MANAGING RISK

Figure 116  ROV Millennium 36 video footage of the LMRP Flex Joint before and after
the kinking of the riser at 10:22 on April 22, 2010 ..........................................................142

Figure 117  ROV Millennium 37 video footage of a successful attempt to raise pressure
during the hot stab of the blind shear ram at 10:45 on April 26, 2010 ...........................143

Figure 118  ROV Millennium 37 video footage of a successful attempt to raise pressure
during the hot stab of the blind shear ram at 21:45 on April 26, 2010 ...........................143

Figure 119   ROV Millennium 37 video footage of a successful attempt to maintain
pressure during hot stab of the blind shear ram at 3:15 on April 27, 2010....................144

Figure 120   ROV Millennium 36 video footage of a successful attempt to maintain
pressure during the hot stab of the blind shear ram at 21:30 on April 29, 2010..............144

Figure 121  ROV Millennium 37 video footage of an inspection of a fitting on the blind
shear ram at 08:15 on April 22, 2010 .............................................................................145

Figure 122  ROV Millennium 37 video footage of a repair to a fitting on the blind shear
ram at 08:20 on April 22, 2010........................................................................................145

Figure 123   ROV Millennium 37 video footage of an inspection of the ST lock shuttle
valve on the blind shear ram at 22:20 on April 25, 2010.................................................146

Figure 124  ROV Millennium 37 video footage of a repair of the ST lock shuttle valve on
the blind shear ram at 5:45 on April 26, 2010 ................................................................146

Figure 125  ROV Millennium 36 video footage of a leak in the fittings behind the right
side ST Lock on the blind shear rams ..............................................................................147

Figure 126  Laser Scan of Drill Pipe Segment 1-B-1 (Top End).....................................148

Figure 127  General Layout of Drill Pipe and Wellbore Section .....................................149

Figure 128  Progression of Pipe Displacement Under Buckling ......................................150

Figure 129  Predicted Deformation and Resulting Stresses Due to Buckling ................150

Figure 130  Calculated Loads as a Function of Drill Pipe Displacement........................151

Figure 131   Alignment of Pipe Segments with BSR and Buckled Pipe Displacement
Comparison .......................................................................................................................152

Figure 132  BSR Configuration .......................................................................................153

Figure 133  FEA Model of BSR Blade Surfaces and Drill Pipe.......................................154

Figure 134  FEA Model of BSR Blade Surfaces and Off-Center Drill Pipe ..................154

Figure 135  Progression of Centered BSR Shear Model - Side View .............................155



MANAGING RISK

Figure 136  Progression of Centered BSR Shear Model - Isometric View ....................156

Figure 137  Photographs of BSR Shear Samples............................................................156

Figure 138  Final Deformed Configuration of Shear Cut Showing Strain Concentration at Inner Bend......................................................................................................................158

Figure 139  Progression of Off-Center BSR Shear Model - Side View ..........................159

Figure 140  Progression of Off-Center BSR Shear Model - Isometric View .................159

Figure 141   Top View Showing Deformation of Drill Pipe Outside of Shearing Blade Surfaces...........................................................................................................................160

Figure 142  Final Deformed Configuration of Shear Cut Showing Strain Concentration at Inner Bend......................................................................................................................160

Figure 143   Final Deformation of the Drill Pipe as Predicted by the Off-Centered Pipe Model; Upper BSR Block Shown on the Right..............................................................161

Figure 144  Comparison of Recovered Drill Pipe Segments and Final Model ..............161

Figure 145  Final Model Deformation Compared with Recovered Drill Pipe Laser Scans - 83-B and 94-B..................................................................................................................162

Figure 146  Spacing of Upper and Lower BSR Blocks in Partially Closed Position ......162

Figure 147  Alignment of Scan Models - 2 Inch Standoff Between Block ....................163

Figure 148  BSR CAD Models - 2 Inch Standoff Between Blocks.................................163

Figure 149  Erosion Damage - BSR Blocks and Wellbore.............................................164

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Main Report



MANAGING RISK

## List of Abbreviations and Acronyms

| AMF | Automated Mode Function |
|---|---|
| API | American Petroleum Institute |
| BOEMRE | Bureau of Ocean Energy Management, Regulation, and Enforcement |
| BOP | Blowout Preventer |
| BP | BP Exploration & Production Inc. |
| BSR | Blind Shear Ram |
| CAD | Computer Aided Design |
| CSR | Casing Shear Ram |
| DHS | Department of Homeland Security |
| DNV | Det Norske Veritas |
| DOI | Department of the Interior |
| EDS | Emergency Disconnect Sequence |
| EPA | Environmental Protection Agency |
| ERT | Evidence Response Team |
| FAT | Factory Acceptance Test |
| FBI | Federal Bureau of Investigation |
| FEA | Finite Element Analysis |
| HP | High Pressure |
| HPU | Hydraulic Pressure Unit |
| ID | Inside Diameter |
| JIT | Joint Investigation Team |
| LA | Lower Annular |
| LMRP | Lower Marine Riser Package |
| MIC | Microbiologically Influenced Corrosion |
| MMS | Minerals Management Service |
| MODU | Mobile Offshore Drilling Unit |
| MOEX | Mitsui Oil and Exploration Company |
| MUX | Multiplex cables |
| NACE | National Association of Corrosion Engineers |
| NASA | National Aeronautics and Space Administration |
| NPT | National Pipe Thread |
| OD | Outside Diameter |
| PBOF | Pressure Balance of Oil Filled |
| PETU | Portable Electronic Test Unit |
| PSIG | Pounds Per Square Inch Gauge |
| RCB | Rigid Conduit Box cable |
| ROV | Remotely Operated Vehicle |
| SCAT | Systematic Causal Analysis Technique |
| SEM | Subsea Electronic Modules |
| SMYS | Specified Minimum Yield Strength |

DET NORSKE VERITAS

United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Main Report

MANAGING RISK 

| STM | Subsea Transducer Module |
| TWG | Technical Working Group |
| UA | Upper Annular |
| USCG | United States Coast Guard |
| UTS | Ultimate Tensile Strength |
| VBR | Variable Bore Ram |
| YS | Yield Stress |

DET NORSKE VERITAS

United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

# 1   EXECUTIVE SUMMARY

A Joint Investigation Team (JIT) of the Departments of the Interior (DOI) and Homeland Security (DHS) was charged with investigating the explosion, loss of life, and blowout associated with the Deepwater Horizon drilling rig failure. As a part of this overall investigation, Det Norske Veritas (DNV) was retained to undertake a forensic examination, investigation, testing and scientific evaluation of the blowout preventer stack (BOP), its components and associated equipment used by the Deepwater Horizon drilling operation.

The objectives of the proposed investigations and tests were to determine the performance of the BOP system during the well control event, any failures that may have occurred, the sequence of events leading to failure(s) of the BOP and the effects, if any, of a series of modifications to the BOP Stack that BP and Transocean officials implemented.

The set of activities undertaken by DNV included:

- Establishing a base of operations at the NASA Michoud facilities for receiving and testing the BOP stack and associated equipment
- Building a temporary enclosure to house the BOP Stack to facilitate the forensic examinations
- Recovery of and assessment of drill pipe, rams, fluids and other material from the BOP Stack and recovered drilling riser
- Function testing of the hydraulic circuits, mechanical components and control systems of the BOP Stack
- Visual examination of evidence and additional analysis using laser profilometry
- Mechanical and metallurgical testing of pieces of drill pipe
- Coordination of activities with other stakeholders through the JIT and the Technical Working Group (TWG)
- Review of documents and Remotely Operated Vehicle (ROV) videos
- Mathematical modeling of the mechanical damage and deformation of drill pipe
- Developing possible failure scenarios

## 1.1   The Equipment

The Deepwater Horizon was a semi-submersible, dynamically positioned, mobile offshore drilling unit (MODU) that could operate in waters up to 8,000 feet deep and drill down to a maximum depth of 30,000 feet. The rig was built in South Korea by Hyundai Heavy Industries. The rig was owned by Transocean, operated under the Republic Of The Marshall Islands flag, and was under lease to BP from March 2008 to September 2013.



The BOP Stack, built by Cameron, was in use on the Deepwater Horizon since the commissioning of the rig in 2001. The BOP Stack consisted of the following systems, sub-systems and components:

- A Lower Marine Riser Package (LMRP) containing two annular preventers and two Control Pods
- The lower section of the BOP Stack contains five sets of rams. These rams are referred to as the Blind Shear rams (BSR), the Casing Shear rams (CSR), Upper Variable Bore rams (VBR), Middle VBRs and Lower VBRs. The LMRP sits on top of the lower section of the BOP.
- Two electronic Control Pods are located or fitted to the LMRP.  These control pods receive signals from the control panels that are located on the rig itself, and then activate various solenoids in turn functioning various hydraulic circuits and mechanical components on the BOP Stack.

At the time of the accident, the rig was drilling an exploratory well at a water depth of approximately 5,000 feet in the Macondo Prospect. The well is located in Mississippi Canyon Block 252 in the Gulf of Mexico.

## 1.2    The Accident

On the evening of April 20, 2010, control of the well was lost, allowing hydrocarbons to enter the drilling riser and reach the Deepwater Horizon, resulting in explosions and subsequent fires. The fires continued to burn for approximately 36 hours. The rig sank on April 22, 2010. From shortly before the explosions until May 20, 2010, when all ROV intervention ceased, several efforts were made to seal the well. The well was permanently plugged with cement and "killed" on September 19, 2010.

In the event of a loss of well control, various components of the BOP Stack are functioned in an attempt to seal the well and contain the situation. The most important of these components are the blind shear rams. These can be activated in several different ways:

- Activation from either of two control panels located on the Deepwater Horizon rig itself
- Through the Emergency Disconnect Sequence which is also activated from either of the two control panels on the rig itself
- By the Automated Mode Function (AMF)/Deadman circuits located in the Subsea Electronic Modules within either of two subsea control pods mounted on the LMRP
- By the Autoshear function located on the BOP Stack
- By ROV intervention through a panel on the BOP Stack

D ET N ORSKE V ERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

 MANAGING RISK

## 1.3    Forensic Tests

On September 4, 2010, the BOP Stack was raised from the sea floor. The BOP Stack was transferred by barge to the NASA-Michoud facility in New Orleans, LA.

On October 3, the BOP Stack and LMRP were lifted from the barge and placed on test pans that were constructed on the West Dock of the Michoud facility.  Per contract requirements, DNV developed and submitted a draft test plan to the JIT for review, comment and approval.  The JIT forwarded this plan to several Parties-In-Interest to the forensic examinations for their review and comment. These comments were, in turn, submitted to DNV for consideration and possible inclusion. Part of the forensic testing protocol was to establish a Technical Working Group consisting of technical representatives from BP, Transocean, Cameron, Department of Justice, Chemical Safety Board and the Multi-District Litigation. A final Forensic Testing Plan was approved on October 22, 2010. Forensic testing began on November 15, 2010 and was completed on March 4, 2011.

The Blind Shear, Casing Shear and three sets of Variable Bore Rams were removed from the lower section of the BOP, cleaned and examined visually and using laser profilometry. The wellbore was examined using high definition video cameras and the section of the wellbore at the Blind Shear Rams was also examined by laser profilometry. The wellbore and the upper and lower annulars in the LMRP were examined using a high definition video camera. Fluid samples were collected from the wellbore and various hydraulic circuits.

A total of eight segments of drill pipe were recovered, examined and tested. Two drill pipe segments were recovered from the BOP at Michoud. Three additional segments were recovered from the drilling riser at Michoud. Three other segments of drill pipe previously recovered were also examined. The segments were matched together using a combination of visual examination of the shear or fracture surfaces, laser profilometry, mechanical and metallurgical testing. A timeline sequence of the various failures in the drill pipe was developed. The results of the mechanical and metallurgical testing for the drill pipe were in accordance with industry standards.

Function testing included:

- ST Locks
- Choke and Kill valves
- The hydraulic operators and circuits of the five ram sets on the lower BOP
- The high pressure accumulators on the lower BOP
- The hydraulic circuits of the AMF/Deadman and Autoshear
- The electronic circuits of the AMF/Deadman and Autoshear

The hydraulic circuits of all the above functioned as intended when tested or operated. The tests of the electronic circuits of the AMF/Deadman demonstrated that the voltage of



MANAGING RISK

the 27V battery in the Blue Pod was insufficient to activate the High Pressure Blind Shear Ram pilot solenoid mounted on the Blue Pod. The tests of the Yellow Pod High Pressure Blind Shear Ram pilot solenoid circuits were inconsistent.

## 1.4    What is Considered to Have Happened

Prior to the loss of well control on the evening of April 20, 2010, the Upper Annular (UA) was closed as part of a series of two negative or leak-off tests. Approximately 30 minutes after the conclusion of the second leak-off (negative pressure) test, fluids from the well began spilling onto the rig floor. At 21:47 the standpipe manifold pressure rapidly increased from 1200 psig to 5730 psig. The first explosion was noted as having occurred at 21:49. At 21:56 the Emergency Disconnect Sequence (EDS) was noted to have been activated from the bridge. This was the final recorded well control attempt from the surface before the rig was abandoned at 22:28.

The Upper VBRs were found in the closed position as-received at the Michoud facility. There was no documented means of ROV intervention to close the Upper VBRs. ROV gamma ray scans on May 10, 2010, confirmed that the ST Lock on the port side Upper VBR was closed. Scans of the starboard side ST Lock on the Upper VBRs were inconclusive. Measurements of the ST Lock positions performed at the Michoud facility confirmed that both ST Locks on the Upper VBRs were closed. Evidence supports that the Upper VBRs were closed prior to the EDS activation at 21:56 on April 20, 2010.

A drill pipe tool joint was located between the Upper Annular and the Upper VBRs. With both the Upper Annular and the Upper VBRs closed on the drill pipe, forces from the flow of the well pushed the tool joint into the Upper Annular element. This created a fixed point arresting further upward movement of the drill pipe. The drill pipe was then fixed but able to pivot at the Upper Annular, and horizontally constrained but able to move vertically at the Upper VBRs. Forces from the flow of the well induced a buckling condition on the portion of drill pipe between the Upper Annular and Upper VBRs. The drill pipe deflected until it contacted the wellbore just above the BSRs. This condition would have most likely occurred from the moment the well began flowing and would have remained until either the end conditions changed (change in Upper Annular or Upper VBR state) or the deflected drill pipe was physically altered (sheared). The portion of the drill pipe located between the shearing blade surfaces of the BSRs was off center and held in this position by buckling forces.

As the BSRs were closed, the drill pipe was positioned such that the outside corner of the upper BSR blade contacted the drill pipe slightly off center of the drill pipe cross section. A portion of the pipe cross section was outside of the intended BSR shearing surfaces and would not have sheared as intended. As the BSRs closed, a portion of the drill pipe cross section became trapped between the ram block faces, preventing the blocks from fully closing and sealing. Since the deflection of the drill pipe occurred from the moment the well began flowing, trapping of the drill pipe would have occurred regardless of which

DET NORSKE VERITAS

United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



means initiated the closure of the BSRs.

Of the means available to close the BSRs evidence indicates that the activation of the BSRs occurred when the hydraulic plunger to the Autoshear valve was successfully cut on the morning of April 22, 2010. However, on the evidence available, closing of the BSRs through activation of the AMF/Deadman circuits cannot be ruled out.

In the partially closed position, flow would have continued through the drill pipe trapped between the ram block faces and subsequently through the gaps between the ram blocks. When the drill pipe was sheared on April 29, 2010, using the CSRs, the well flow pattern changed to a new exit point. At this point, the flow expanded through the open drill pipe at the CSRs and up the entire wellbore to the BSRs and through the gaps along the entire length of the block faces and around the side packers.

## 1.5    Primary Cause and Contributing Causes

The failure cause analysis was organized and conducted around a single top event. For the purposes of this investigation, the top event was defined as the failure of the BSRs to close and seal the well.

The primary cause of failure was identified as the BSRs failing to fully close and seal due to a portion of drill pipe trapped between the blocks.

Contributing causes to the primary cause included:

- The BSRs were not able to move the entire pipe cross section into the shearing surfaces of the blades.
- Drill pipe in process of shearing was deformed outside the shearing blade surfaces.
- The drill pipe elastically buckled within the wellbore due to forces induced on the drill pipe during loss of well control.
- The position of the tool joint at or below the closed Upper Annular prevented upward movement of the drill pipe.
- The Upper VBRs were closed and sealed on the drill pipe.
- The flow of well fluids was uncontrolled from downhole of the Upper VBRs.

## 1.6    Recommendations for Industry

The primary cause of failure was identified as the BSRs failing to close completely and seal the well due to a portion of drill pipe becoming trapped between the ram blocks. The position of the drill pipe between the Upper Annular and the upper VBRs led to buckling and bowing of the drill pipe within the wellbore. Once buckling occurred the BSRs would not have been able to completely close and seal the well. The buckling most likely occurred on loss of well control.



MANAGING RISK

The recommendations are based on conclusions from the primary and contributing causes or on observations that arose during the course of DNV's investigations.

## 1.6.1    Study of Elastic Buckling

*The elastic buckling of the drill pipe was a direct factor that prevented the BSRs from closing and sealing the well.*

It is recommended the Industry examine and study the potential conditions that could arise in the event of the loss of well control and the effects those conditions would have on the state of any tubulars that might be present in the wellbore.  These studies should examine the following:

- The effects of the flow of the well fluids on BOP components and various tubulars that might be present,
- The effects that could arise from the tubulars being fixed or constrained within the components of a Blowout Preventer,
- The ability of the Blowout Preventer components to complete their intended design or function under these conditions.

The findings of these studies should be considered and addressed in the design of future Blowout Preventers and the need for modifying current Blowout Preventers.

## 1.6.2    Study of the Shear Blade Surfaces of Shear Rams

*The inability of the BSRs to shear the off-center drill pipe contributed to the BSRs being unable to close and seal the well.*

It is recommended the industry examine and study the ability of the shear rams to complete their intended function of completely cutting tubulars regardless of their position within the wellbore, and sealing the well. The findings of these studies should be considered and addressed in the design of future Blowout Preventers and the need for modifying current Blowout Preventers to address these findings.

## 1.6.3    Study of Well Control Procedures or Practices

*The timing and sequence of closing of the UA and upper VBRs contributed to the drill pipe segment buckling and bowing between the two moving the drill pipe off center.*

It is recommended the industry examine and study the potential effects or results that undertaking certain well control activities (e.g. closing of the annulars, or closing of the VBRs) could have on the BOP Stack. Examination and study should identify conditions, which could adversely affect the ability to regain control of the well (e.g. elastic buckling of tubulars). Industry practices, procedures and training should be reviewed and revised, as necessary, to address the prevention of these conditions.



MANAGING RISK

### 1.6.4    Status of the Back-Up Control Systems

*The BOP functionality testing indicated some back-up control system components did not perform as intended.*

It is recommended the industry review and revise as necessary the practices, procedures and/or requirements for periodic testing and verification of the back-up control systems of a Blowout Preventer to assure they will function throughout the entire period of time the unit is required on a well.

### 1.6.5    Common Mode Failure of Back-Up Control Systems

*The BOP functionality testing indicated not all back-up control systems had built in redundancy.*

It is recommended the industry review and revise as necessary the practices, procedures and/or requirements for evaluating the vulnerability of the back-up control systems of a Blowout Preventer to assure they are not subject to an event or sequence of events that lead to common mode failure.

### 1.6.6    Study the Indication of Functions in an Emergency

*The ROV intervention efforts reviewed indicated the ROVs were not capable of directly and rapidly determining the status of various ROV components.*

It is recommended the industry examine and revise the current requirements for providing a means to verify the operation, state or position of various components of Blowout Preventers in the event of an emergency.  The industry should require that it is possible to confirm positively the state or position of certain components such as the rams, annulars and choke and kill valves either with the use of Remotely Operated Vehicles or by other means.

### 1.6.7    Study of the Effectiveness of Remotely Operated Vehicle
　　　　　　Interventions

*The ROV intervention efforts reviewed indicated initial ROV efforts were not capable of performing key intervention functions at a level equivalent to the primary control systems.*

It is recommended the industry examine and study the conditions and equipment necessary for Remotely Operated Vehicles to perform various functions (e.g. the BSRs) at a performance level equivalent to the primary control systems. Make adequate provision to mobilize such equipment in the event of a well control emergency.



MANAGING RISK

### 1.6.8    Stipulating Requirements for Back-Up Control System Performance

*A review of industry standards indicated they do not stipulate performance requirements for back-up systems (e.g. closing response times) as they do for primary control systems.*

It is recommended the industry review and revise the requirements for back-up control system performance to be equivalent to the requirements stipulated for primary control systems.

## 1.7    Recommendations for Further Testing

DNV's forensic examinations and testing were organized and conducted around the top event of the failure of the Blind Shear Rams to close and seal the well.

The recovery and examination of the eight segments of drill pipe and the five sets of rams shifted the focus from the question of whether the blind shear rams were activated to that of identifying the factors that would have caused or contributed to the blind shear rams failing to seal the well.  As described in this report, DNV is of the view that the primary cause for the blind shear rams failing to close arose from conditions that led to the drill pipe being forced to one side of the wellbore at a position immediately above the Blind Shear Rams. DNV has investigated the conditions that could lead to such a buckling scenario developing. However, even here DNV recognizes there are additional studies and tests that could be undertaken to examine this scenario further.

In addition, DNV has identified a number of areas or issues associated with the overall performance of the BOP Stack that should be examined, investigated or tested further. As a result, DNV puts forward the following recommendations.

### 1.7.1    Additional Studies of Conditions Leading to Elastic Buckling

- Supplement the Finite Element Analysis buckling model with a Computational Fluid Dynamic simulation of the flow through the drill pipe.
- Run the Finite Element Analysis drill pipe-cutting model to include the buckling stresses that would have existed in the drill pipe.
- Field test the blind shear rams shearing a section of off-centered (buckled) 5-1/2 inch drill pipe.
- Field test the ability of a closed annular to restrain the upward movement of a 5-1/2 inch drill pipe tool joint at the forces calculated for buckling.
- Field test the conditions required to push a 5-1/2 inch tool-joint through a closed annular element.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

## 1.7.2   Additional Tests or Studies of the Performance of the Blowout Preventer Stack

- It is suggested that the static pressure tests undertaken at Michoud on the high-pressure shear hydraulic circuits of the lower section of the BOP be supplemented with additional tests of the circuits of the Casing Shear Rams and the Variable Bore Rams.

- The tests at Michoud performed on the high-pressure blind shear close solenoid removed from the Yellow Pod in May 2010 gave inconsistent results. It is suggested this solenoid be further tested and possibly disassembled to discern the reason for its performance and whether it was likely to have functioned at the time of the incident.

- On pressuring the high-pressure shear ram circuit, the high-pressure casing shear regulator leaked. It is suggested the high-pressure casing shear regulator be further tested and disassembled to try and discern its state at the time of the incident.

- It is suggested that the behavior of the elastomeric elements of the rams and annulars be tested to assess their performance when exposed to well fluids at the temperatures that existed at the time of the blowout.

- The tests of the Subsea Electronic Modules (SEMs) undertaken at Michoud should be supplemented by removing the SEMs from the Control Pods, venting and then opening the SEMs to understand better their possible state at the time of the incident. The following tests or activities are suggested:
  - Collect and analyze samples of the SEMs gas/atmosphere prior to or as part of venting the SEMs.
  - Remove the batteries and record part numbers, serial numbers, date of manufacture and any other pertinent manufacturing data,
  - In place of the batteries connect a voltage generator and conduct a series of tests on the AMF/Deadman circuits at various voltages and record the results.

- The lower and upper annulars are well control components of the BOP stack. As a result the following tests or examinations of the lower and upper annulars are suggested:
  - Laser scanning of the upper annular in-situ and "as-is" condition,
  - Remove and examine the upper and lower annular elements,
  - Static pressure tests of the annular operating systems,
  - Function testing of the open and close operating systems of both annulars.

- The evidence from eyewitnesses was that the Emergency Disconnect Sequence was activated approximately seven minutes after the first explosion. It is suggested the hydraulic circuits and functioning of the LMRP HC collet connector and the choke and kill collet connectors be tested as a means to try and assess their state at the time of the incident.

- It is suggested the wellbore pressure-temperature sensor at the base of the lower section of the BOP be removed and its accuracy checked or tested.

- It is suggested the industry perform field tests on the ability of the BSRs to shear and seal a section of 5-1/2 inch drill pipe under internal flow conditions that existed at the time of the incident.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

# 2   INTRODUCTION

On April 27, 2010, the Departments of Interior and Homeland Security signed an order that made provision for the Departments to convene a Joint Investigation of the April 21-22 2010, explosion and sinking of the Deepwater Horizon Mobile Offshore Drilling Unit[1].

On August 10, 2010 the Bureau of Ocean Energy, Management, Regulation and Enforcement (BOEMRE) of the Department of Interior issued a competitive Request for Proposal to undertake a series of forensic investigations and tests on the Deepwater Horizon Blowout Preventer. The objectives of the proposed investigations and tests were to determine the performance of the BOP system during the well control event, any failures that may have occurred, the sequence of events leading to failure(s) of the BOP and the effects, if any, of a series of modifications to the BOP stack that BP and Transocean officials implemented. As part of the foregoing task, the examination was to determine:

- If leaks on the BOP were critical to the non-performance during the blowout and during the ROV intervention attempts;
- If any modification(s) made to the control logic and stack inhibited the performance;
- If any other relevant factors, including but not limited to manufacturing defects, deferral of necessary repairs affecting functionality, and maintenance history contributed to the BOP's failure to operate as intended.

DNV submitted a proposal to undertake the forensic examinations, investigations and tests in accordance with the RFP and was awarded a contract on September 1, 2010.

The set of activities undertaken by DNV included:

- Establishing a base of operations at the NASA-Michoud facilities for receiving and testing the BOP stack and associated equipment,
- Building a temporary enclosure to house the BOP stack to facilitate the forensic examinations,
- Recovery of and assessment of drill pipe, rams, fluids and other material from the BOP stack and recovered drilling riser,
- Function testing of the hydraulic circuits, mechanical components and control systems of the BOP stack,
- Visual examination of evidence and additional analysis using laser profilometry,
- Mechanical and metallurgical testing of pieces of drill pipe,

---

[1] Statement of Principles and Convening Order regarding an investigation into the Marine Casualty, Explosion, Fire, Pollution and Sinking of Mobile Offshore Drilling Unit Deepwater Horizon, With Loss of Life in the Gulf of Mexico 21-22 April 2010

 

MANAGING RISK

- Coordination of activities with other stakeholders through the JIT and the technical working group,
- Review of documents and ROV videos,
- Mathematical modeling of the mechanical damage and deformation of drill pipe, and
- Developing possible failure scenarios

On September 4, 2010, the Deepwater Horizon Blowout Preventer was removed from the wellhead and raised from the sea floor by the multi-purpose intervention vessel Q-4000. A hazards search of the BOP stack was conducted. Initial stabilization activities were also performed on board the Q-4000. The Lower Marine Riser Package (LMRP) was separated from the lower BOP section prior to transferring the two units from the Q-4000 to a transport barge. The two units were then towed to the NASA-Michoud facility in New Orleans, LA.



**Figure 1  NASA-Michoud West Dock Test Site**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

The NASA-Michoud facility constructed two test pans or pads on their West Dock as part of their preparations to receive the two units. On October 3, the BOP and LMRP were lifted from the transport barge and placed on the test pans.



**Figure 2  NASA-Michoud Test Facility Test Pads**

Per contract requirements, DNV developed and submitted a draft test plan to the JIT for review, comment and approval. The JIT forwarded this plan to several Parties-In-Interest to the forensic examinations for their review and comment. These comments were returned to DNV for consideration and possible inclusion. Part of the forensic testing protocol was to establish a Technical Working Group (TWG) consisting of representatives from BP, Transocean, Cameron, Department of Justice, Chemical Safety Board and the Multi-District Litigation. A final test plan was approved by the JIT on October 27, 2010.

Forensic testing began on November 15, 2010. On December 23, 2010, the forensic investigations and testing on the West Dock stopped for enclosure construction. A temporary enclosure was constructed over and around the LMRP and BOP on the West Dock. Construction started on December 27 and continued on through January 28, 2011. During the enclosure construction period the drill pipe segments and rams were moved to Building 411 for cleaning and examination.  Testing on the West Dock resumed on January 28 and continued through to March 4, 2011, when the last series of tests were completed.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report




MANAGING RISK



**Figure 3  Early Stages of Temporary Enclosure Construction**



**Figure 4  Temporary Enclosure**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

# 3   BACKGROUND

The rights to drill or explore the Macondo Prospect or well within the Mississippi Canyon are jointly owned by BP Exploration & Production (BP), Anadarko Petroleum and Mitsui Oil and Exploration Co (MOEX). The Mississippi Canyon is located approximately 40 miles off the coast of Louisiana.

The engineering and design of the well started in 2009. Drilling of the well began in October 2009 using the Mobile Offshore Drilling Unit "Marianas" which is owned by Transocean and was under contract to BP. Drilling was halted in November 2009 due to the passing of Hurricane Ida. Damage to the Marianas required it to be returned to dock for repairs and it subsequently went off contract. The Transocean Deepwater Horizon Mobile Offshore Drilling Unit was selected to continue drilling of the well.

The Deepwater Horizon started drilling in February and continued through to April 2010. On April 9, the well was drilled to its final depth of 18,360 feet.

During the afternoon and early evening hours of April 20, the crew performed two negative pressure or leak-off tests on the well. The second of these two tests was recorded as being completed at 21.10 hours. Approximately 30 minutes after having finished this test, the crew observed water and mud



**Figure 5  Deepwater Horizon BOP Port Side**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

on the floor of the drill rig. At 21:49 an explosion occurred on the rig followed immediately by fire. The Emergency Disconnect Sequence of the Blowout Preventer was reportedly activated just before 21:56. The rig was abandoned at 22:28.

Prior to, during and following the initial stages of the accident, numerous attempts were made to control the well by activating or functioning various components of the Deepwater Horizon's subsea Blowout Preventer (BOP). The Blowout Preventer is comprised of two primary packages or systems, the Lower Marine Riser Package and the lower section of the Blowout Preventer.

The lower section of the Blowout Preventer attaches to the subsea wellhead. The Lower Marine Riser Package attaches to the top of the lower section of the Blowout Preventer. When these two units are 'stacked' or attached they are generally referred to as the BOP 'Stack'. When stacked the two units are approximately 57 feet in overall height with a combined weight of approximately 400 tons.

The lower section of the Blowout Preventer consists of three sets of Variable Bore pipe Rams (VBRs), a set of Casing Shear Rams (CSRs), and a set of Blind Shear Rams (BSRs). The VBRs are designed to close and seal around drill pipe. The Casing Shear Rams are designed to sever casing (large diameter pipe). The Blind Shear Rams are designed to sever drill pipe that might be in the wellbore and seal the

**Figure 6:  Deepwater Horizon BOP Choke Side**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

wellbore in the event of the loss of well control. The BSRs are the only set of rams designed to cut drill pipe and seal the well in the event of a blowout. The lower section of the BOP also contains 8 x 80 gallon accumulators. These accumulators contain a bladder separating the accumulator into two sections or chambers. One chamber is filled with nitrogen gas; the other chamber with a hydraulic fluid. The chamber with nitrogen is pressured to a level that is established and dependent on the depth of water in which the BOP will be located (i.e., the 'pre-charge'). The second chamber is filled with hydraulic fluid which is then pressured to a level also dependent on the water depth in which the BOP will be located. It is this hydraulic fluid which is used to function the blind shear rams in the event of an emergency.

The LMRP contains two annular preventers, the Upper Annular (UA) and the Lower Annular (LA). The annular preventers consist of a set of hydraulically activated fingers and an elastomeric element that can be closed which will compress and seal around the drill pipe. The LMRP is also fitted with two control pods, one designated "blue" and the other "yellow". Each pod contains a Subsea Electronic Module (SEM), a hyperbaric cylinder or chamber in which the electronic control circuits for both the LMRP and BOP components are housed. Each control pod is connected to the control systems or panels on the drilling rig itself by Multiplex (MUX) cables. These cables transmit power from the rig to the Control Pods as well as send and receive communication signals between the control panels on the rig and SEMs in the Control Pods. In addition to the MUX cables, a hydraulic line from the rig to the LMRP charges the subsea accumulators to function the hydraulic circuits of various stack components.

A Flex Joint mounted to the top of the LMRP connects the LMRP to the subsea Riser.

In situations where events could lead to the loss of well control or well control is lost, the various rams and annulars can be functioned to regain control of the well. Of these functions, as noted earlier, the blind shear rams are the only component designed to shear drill pipe that might be in the wellbore (the situation that existed at the time of the accident) and then seal the well.

The Blind Shear Rams can be activated in several different ways.

- Activation from either of two control panels located on the Deepwater Horizon rig itself
- Through the Emergency Disconnect Sequence which is also activated from either of the two control panels on the rig itself
- By the AMF/Deadman circuits located in the Subsea Electronic Modules within either of two subsea control pods mounted on the LMRP
- By the Autoshear function located on the BOP stack
- By ROV intervention through a panel on the BOP stack

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

Normal or standard closing of the BSRs occurs at a pressure of 3,000 psig. The blind shear rams can also be closed through a high-pressure circuit of 4,000 psig. The two control panels on the rig have systems or buttons that provide for closing the rams in 'normal' or high-pressure mode. The Emergency Disconnect Sequence, Autoshear and AMF/Deadman all activate the high-pressure circuits to the BSRs. ROV intervention bypasses the accumulators on the lower BOP and uses pumps and systems ancillary to the BOP accumulators to function the BSRs. The pressure and flows to close the BSRs using an ROV are determined by the capability of the ROV and its ancillary systems, not those of the lower BOP. When activated, the time for the BSRs to close is approximately 25 seconds (other than by ROV).

As noted earlier, at 21:56/57 or approximately six minutes after the first explosion, the EDS was reported to have been pushed. This was the only recorded activation of a system on the rig, which would have functioned the high-pressure blind shear ram circuit. Despite having initiated the EDS, the LMRP did not unlatch from the lower BOP (one of several EDS functions). Unlatching of the LMRP would have provided the ability to disconnect the LMRP and riser from the source of well fluids and the move the MODU from over the well. In addition, the well continued to flow through the BOP stack feeding the fires on the rig indicating the BSRs had not closed and sealed. At 18.00 on April 21, the first of several ROV interventions to control the well was initiated. A number of these interventions were focused on satisfying the conditions required to initiate the AMF/Deadman or the Autoshear sequences to close the blind shear rams. Despite these attempts, flow through the BOP stack continued. This indicated the blind shear rams had either not functioned, or if they had functioned, they did not close fully and seal the well.

On July 16, the flow from the well was stopped after a method termed a 'top kill' was completed. On September 19, Admiral Thad Allen, USCG, announced the well was effectively dead after a relief well was completed and cement was pumped into the Macondo 252 well to seal it.



MANAGING RISK

# 4   OBJECTIVES AND SCOPE

For this testing and analysis, DNV was asked to determine the performance of the BOP system during the well control event, any failures that may have occurred, the sequence of events leading to failure(s) of the BOP and the effects, if any, of a series of modifications to the BOP stack that BP and Transocean officials implemented. As part of the foregoing task, the examination sought to determine the following:

- If leaks on the BOP were critical to the non-performance during the blowout and during the ROV intervention attempts
- If any modification(s) made to the control logic and stack inhibited the performance
- If any other relevant factor, including but not limited to manufacturing defects, deferral of necessary repairs affecting functionality, and maintenance history contributed to the BOP's failure to operate as intended

The scope of the investigation included the following:

- Develop and submit for JIT approval a forensic testing plan consistent with the JIT-provided examination objectives and parameters that included (1) forensic testing procedures for the BOP stack and its components in accordance with established and accepted scientific protocols, methods, and techniques, and (2) processes and procedures DNV would implement to conform to the protection and preservation of evidence protocols also to be provided by the JIT
- Perform and manage the tests of the BOP stack and its components
- Document and record the testing and all related and supporting steps and procedures, including the video recording of the examination in its entirety
- Conform with the protocols established by the JIT for the proper custody and documentation of chain of custody of the BOP stack and its components
- Conform with the protocols established by the JIT for the proper protection and preservation of the evidence, which included all BOP stack components and preservation (and, as necessary, replication) of all pertinent physical conditions associated with those components on the sea floor and otherwise, to the maximum extent possible, avoid destructive testing
- Identify and provide for all specialized third-party (subcontractor) testing and ensure that this testing was performed in accordance with all established JIT approved protocols
- Execute all necessary agreements to review and utilize proprietary information
- Review video of remotely-operated underwater vehicle (ROV) intervention operations during pertinent times
- Review government provided records obtained from the commercial parties relevant to the BOP and its components, including design specifications, schematics, purchase orders, maintenance and operating manuals, service records, and other documents

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

 

- Produce a factual report of the testing of the BOP and its components including review of the ROV intervention operations, conclusions, and professional opinions; the final report shall include as an index the administrative record of the testing procedure, including but not limited to, all emails, other electronic media, videographic and photographic documentation, and other contractor work product
- Testify in public hearings concerning the results of the testing and conclusions

DET NORSKE VERITAS

United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



# 5   METHODOLOGY

## 5.1   Evidence Collection and Control

Evidence was in the form of components removed from the BOP and LMRP during the investigation, items removed from the wellbore of the BOP and LMRP, or samples collected in the form of scrapings, particles, scale, coating samples, liquids, etc. All evidence was handled in accordance with the DNV Forensic Testing Plan.

US Coast Guard (USCG) personnel took possession of the evidence for secure storage. The FBI Evidence Response Team (ERT) recorded and documented all evidence.

The EPA National Environmental Investigations Center (NEIC) provided the primary support for all fluid samples collected during the investigation. The USCG personnel took initial custody of the fluid samples. The custody of the fluid samples was transferred from USCG control to the EPA NEIC for analysis.

## 5.2   Technical Working Group

The Parties In Interest Technical Working Group (TWG) was made up of technical representatives from interested parties including: Transocean, BP, Cameron, Chemical Safety and Hazard Investigation Board (CSB), Department of Justice, and two technical representatives from the Multi-District Litigation.

Meetings were held with the TWG on a daily basis to review site safety issues and the testing plan for the day. In addition, meetings were held on Wednesday afternoon to review the next week's work plan. Impromptu meetings were held with the TWG, or individual members of the TWG, to discuss issues as the DNV Investigation Team or the TWG deemed necessary.

## 5.3   Investigative Process

The investigative process was an iterative process that integrated the BOP and LMRP function testing, evidences collection, preservation of evidence (especially the drill pipe contained in the wellbores of the BOP and LMRP), materials examination and damage assessment, and video and photo documentation. In addition, as the testing proceeded, the findings dictated the sequence of steps required to balance further investigations and activities. Therefore, the protocols in the Forensic Testing Plan were not meant to be a step-by-step procedure, rather provided a roadmap for meeting the objectives. Additional protocols that were outside of the scope outlined in the original testing plan were submitted TWG for review and comment an to the JIT for approval. Detailed procedures to more fully describe a particular testing sequence were required on a routine basis. These detailed procedures were developed in cooperation between the DNV Investigation

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



Team and the TWG. In addition, the performance of these detailed procedures was documented through notes, photography, and videography.

## 5.4    Forensic Testing Plan and Protocol Development

The first activity was to develop and submit for JIT approval a Forensic Testing Plan consistent with the JIT objectives. The Forensic Testing Plan included forensic testing procedures for the BOP stack and its components in accordance with established and accepted protocols, methods, and techniques. The Forensic Testing Plan protocol and procedures conformed to the protection and preservation of evidence protocols agreed with the JIT. The protocols included professional video recording of the entire examination and complete photographic documentation.

DNV drafted a Forensic Testing Plan consistent with the examination objectives and parameters provided by the JIT, which included forensic testing procedures for the BOP stack and its components. The Forensic Testing Plan was presented in a meeting of the TWG for the purpose of review and comment.

As a result of the review and comment process, approximately 200 comments were received. The comments were reviewed by the DNV Team for technical viability, responses provided, and revisions made where appropriate to the Forensic Testing Plan. The revised Forensic Testing Plan was approved by the Joint Investigation Team on October 27, 2010. The approved Forensic Testing Plan is provided as Appendix A.

## 5.5    Site Preparation

As part of the preparations for receiving the Lower Marine Riser Package and the lower BOP, the NASA-Michoud facility constructed two test pans on the West Dock of the facility (see Figure 2). The test pans served two purposes, one to provide the necessary foundation for the receipt of the two units as they weigh approximately 190 tons each, the second to provide for secondary containment of any potential spills of hydraulic fluids or hydrocarbons contained within each of the units. With the removal of the rams and drill pipe segments, a second secure facility was necessary to carry out required evaluations. A building on the NASA-Michoud site (Building 411) was identified and prepared for this purpose.

Activities related to the mobilization included:

- Construction of security fencing around the test site and provision of guards for verification of permission to enter the test site
- Siting of a trailer to house an office for on-site technical staff and two additional trailers for evidence storage within the security fence
- Procurement of heavy lift equipment



MANAGING RISK

- Construction of an enclosure around the BOP and LMRP stacks that was resistant to a wind loading of 105 mph
- Development and implementation of safety and environmental plans

## 5.6   Blowout Preventer Functionality

The forensic investigation as described in this report was both video and photo documented. This documentation was performed from multiple angles and included close-up documentation where details of specific activities or of specific component conditions dictated the need.

Video documentation was accomplished through J.A.M. Video Productions. J.A.M. used Sony A390 Digital Single Lens Reflex cameras with an aspect ratio of 3:2 and a density of 14 Megapixels per photograph. Each picture was recorded in a compressed jpg format in addition to a 'raw' uncompressed format. A variety of video cameras were used, including Sony DSR 570 cameras, with an aspect ratio of 16:9 and recording in High Aspect Definition. Other cameras of various sizes were required and used for examination and recording of information in areas such as the wellbore and ram cavities. The need for lighting was assessed and adjusted accordingly as each activity progressed.

Upon receipt of the BOP stack at the site, a visual examination was performed. Part and serial numbers that were visible were recorded. Internal components of the BOP stack were examined using a camera and video borescope.

The hydraulic circuits on the BOP stack were examined and compared to the most recent working drawings, dated 2004. Modifications and ROV interventions as observed were documented on the 2004 working drawings (Appendix B).

The forensic testing of the BOP stack was performed in accordance with the Forensic Testing Plan for the Forensic Investigation and Testing of the Blowout Preventer & Lower Marine Riser Package Ref – M10PS00234 (Appendix A) and commenced on November 15, 2010. In certain instances, decisions were made to deviate from the original test plan following discussions with the TWG and approval by the JIT where appropriate. From the period of November 15, 2010, to December 23, 2010, the following activities were undertaken:

- Determination of the final position of the annular preventers and rams
- Examination of the condition of the BOP and Lower Marine Riser Package (LMRP) wellbores, rams, and annulars
- Removal of drill pipe from the BOP and LMRP

On December 23, 2010, the forensic investigations and testing stopped for enclosure construction. A temporary enclosure was constructed over and around the LMRP and



MANAGING RISK

BOP on the West Dock. Construction started on December 27 and continued on through January 28, 2011.

During the enclosure construction period the drill pipe segments and rams were moved to Building 411 for cleaning and examination. Following preliminary investigation of the drill pipe removed from the BOP, LMRP and Riser, prioritizations were discussed with the TWG members, agreed and then approved by the JIT. The purpose for prioritization was to focus the remaining function testing on certain critical functions and circuits that were involved in the attempts to control the well during the first two days following the blowout of the well and prior to the rig sinking. Testing at the West Dock test site restarted on January 28 and continued through to March 4, 2011, when the last series of tests were completed.

## 5.7    Materials Evaluation and Damage Assessment

Materials evaluation included (1) cleaning and examining the BOP rams, (2) cleaning and examining drill pipe segments removed from the BOP and LMRP, (3) cleaning and examining miscellaneous components extracted during the removal of the rams, and (4) sifting through viscous material(s) collected from different ram cavities and the wellbore and collecting and cleaning all solid objects found. Evidence collection included scale and debris from surfaces where appropriate. In addition, for the drill pipe recovered from the LMRP, swabs of the surface for microbiologically influenced corrosion (MIC) testing were performed.

Damage assessment was performed by several methods including (1) visual inspection and photo documentation, (2) dimensional measurements, and (3) three-dimensional laser scanning to characterize the as-received condition of the components. Laser scanning for the BSRs, CSRs, and VBRs recovered from the BOP and for all segments of drill pipe recovered from the BOP, LMRP, and Riser was performed with a FARO Laser ScanARM scanner. The ScanARM scanner is accurate up to ±0.0014 inches. Laser scanning for select areas of the wellbore was performed with a Nextengine HD Scanner. The HD Scanner is accurate up to ±0.005.

Samples were removed from each recovered drill pipe segment to examine the metallurgical and chemical properties of the pipe. Samples were removed from two of the recovered drill pipe segments to examine the mechanical properties (tensile and toughness). The samples to test the mechanical properties were taken from areas representative of the two joints of drill pipe recovered.

Miscellaneous pieces of solid materials/objects were recovered at different stages of the investigation. These materials/objects were inspected, cleaned and entered into evidence indicating the area from which they were recovered. The viscous material collected from different locations was sifted using a 1/4-inch screen. Solid materials/objects were removed, inspected, cleaned, and entered into evidence.



Structural analysis and modeling was used to simulate drill pipe behavior within the wellbore. The modeling package used was ABAQUS™.

## 5.8   Document Review

The document investigation was implemented by reviewing documents from various information sources. Sources included publicly available information and Government-provided records. Information was available regarding the BOP stack, BOP components, and the events leading up to, during, and following the incident. A comprehensive list of the documents reviewed is provided in Appendix C.

All received documents were initially reviewed by the document investigation team for content and relevance. Documents considered of interest or key to the BOP forensic investigation were subsequently examined in further detail.

The document investigation had three objectives:

- To create a timeline of events prior to, during, and subsequent to the Deepwater Horizon incident that occurred on April 20, 2010
- To provide on-going specific document review support to efforts toward the BOP Functionality testing, the Materials Evaluation and Damage Assessment, and the Cause Analysis
- To identify relevant documents regarding the working configuration of the BOP stack at the time of the incident

## 5.9   Remotely Operated Vehicle Intervention Operations Review

Remotely Operated Vehicle intervention video footage and still photographs were provided from several ROVs; the Millennium 36 and Millennium 37 from the Boa Sub C, the C-Innovation from the C-Express, and the Hercules 6 and Hercules 14 ROVs from the Skandi Neptune. Other video footage was made available and reviewed on an "as requested" basis.

The ROV video footage was reviewed with two objectives:

- To confirm the times, dates and activities referenced by other sources for the purpose of substantiating and illustrating timeline events
- To provide on going ROV video review support to confirm observations related to the BOP condition, the origin of leaks and modifications to the hydraulic circuitry
- To assess the impact of various ROV interventions undertaken to try and control the well

The ROV footage of primary interest was from the C-Innovation, Millennium 36, and Millennium 37. These three ROVs performed significant interventions following the

DET NORSKE VERITAS

United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

incident. Dive logs were reviewed in detail and log entries of specific interest to the condition of the BOP were identified. Such log entries included monitoring of various BOP components, intervention efforts (cutting of the Autoshear pin, ROV hot stab, cutting of hoses, etc.) and identification and repair of leaks in the hydraulic systems. Specific successes/failures during the intervention efforts as well as general observations of BOP condition were noted.

The ROV intervention times and activities were cross-referenced to other supporting documentation where possible. Discrepancies identified were flagged for later confirmation. Times, dates and activities were then included in the "master" timeline that was developed as part of the document review task.

Information relevant to the BOP functionality testing task was relayed to project team members on site in New Orleans. As function testing evolved, requests were made by the project team members in New Orleans to review specific footage relating to the repair of leaks in the hydraulic system to assist in the testing program. In addition, the ROV intervention efforts were re-evaluated following retrieval and metallurgical analysis of the drill pipe, to support the overall effort of determining the sequence of key events that occurred both during and following the incident.

## 5.10   Failure Cause Analysis

The failure analysis approach used was based on the Systematic Causal Analysis Technique (SCAT[TM]). The technique was developed by DNV to analyze the causes of failures and to assist in making recommendations to prevent future incidents.

The process involved development of a timeline, identification and investigation of key events, determination of both immediate and basic causes of failures, and rationalization and consolidation of causes.

The sequence of events allowed a list of possible contributing causes to be developed. BOP function testing results and information provided by the detailed timeline were then considered. Some possible contributing causes could then be eliminated. The nature of the evidence and the results of the examinations and testing allowed several conclusions to be considered.



# 6   FINDINGS

## 6.1   Blowout Preventer Function Testing

This section describes the testing performed on the BOP, LMRP, Yellow and Blue
Control Pods and associated components.

### 6.1.1   Video and Photographic Documentation

In general, video cameras were set up to record ram movement, various pressure gauges,
and other relevant features for specific BOP function tests. Still photography was used to
document test results, rams, debris and drill pipe removed from the BOP and LMRP.

At the beginning of each day of testing, the schedule of planned activities was reviewed
and the video and photo documentation plan for the day was established for the video
teams. In addition to the video teams, individual investigators on the DNV Project Team
requested and obtained photo documentation of activities on which they were working.
All video and photo documentation was logged, backed up and stored in a secure
location.

### 6.1.2   Visual Examination

Visual examination was performed of the external and internal surfaces of the BOP and
the LMRP, in the as-received condition at the Michoud facility in New Orleans and as
function testing progressed. The purpose of these examinations was to:

- Identify and record visible damage to the major elements and various components
  that comprise the BOP stack and LMRP
- Identify and record variations between the design of the BOP stack and LMRP as
  received at the Michoud facility and the original design as per various Cameron
  drawings
- Record externally visible serial/identification numbers on external components of the
  BOP and LMRP
- Identify and record the contents or materials that were located within the wellbore or
  central cavities of the BOP and the LMRP
- Identify and determine best method to extract the materials (including drill pipe)
  located within the wellbore or central cavities of the BOP and the LMRP
- Assist with planning the sequence of some of the subsequent inspections or tests that
  were completed as part of the forensic investigations

Table 1 details the ram and annular preventer positions as received and as function testing
progressed for both the BOP and LMRP.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK 

**Table 1  Summary of Annular and Ram Positions As Received at Michoud Facility**

| Ram or Annular | | Position |
|---|---|---|
| Upper Annular | | Closed |
| Lower Annular | | Open |
| BSRs | Starboard | Closed |
| | Port | Open |
| CSRs | Starboard | Open |
| | Port | Open |
| Upper VBRs | Starboard | Closed |
| | Port | Closed |
| Middle VBRs | Starboard | Closed |
| | Port | Closed |
| Lower VBRs | Starboard | Closed |
| | Port | Closed |

Additional findings relevant to the forensic investigation are discussed in other sections of this report.

### 6.1.3    Fluid Collection and Analysis

Fluid sampling was performed throughout the BOP function testing. Samples were collected from hydraulic circuits, from debris found in the BOP and LMRP wellbore and during the removal of the ram blocks. The BOP and LMRP wellbores were both filled with StackGuard upon arrival at the Michoud Site to provide some protection against degradation of evidence. It was necessary to remove the StackGuard in order to perform visual examination, function testing and retrieval of drill pipe and debris from the wellbores.

Samples of the StackGuard from both the BOP and LMRP were collected during the draining of the wellbores. Samples were collected either directly into sterile containers or captured in sterile plastic lined trays and transferred to sterile containers. Samples were catalogued and sealed for further analysis before removal to a secured storage location. Samples were collected either under the supervision of the Environmental Protection Agency (EPA) or in accordance with EPA recommended sample protocols. A list of all samples collected is contained in Appendix D.

Twenty-three samples of fluids collected from the lower BOP and the LMRP were analyzed at the EPA's National Enforcement Investigations Laboratory in Denver, Colorado. The samples submitted for analysis were from the ST Lock operator and hoses, the open and close operators of the BSRs, CSRs and VBRs and one sample from the LMRP. The EPA also obtained, a representative sample of the ethylene glycol based



MANAGING RISK

hydraulic fluids "Stack Guard" and "Aqualink 325-F" from the manufacturer and analyzed each of these to serve as a reference. Three 'travel blanks' all consisting of one liter of reagent grade water that were then shipped or transported to the Denver laboratory along with the other samples were also analyzed. All the samples were analyzed using the following techniques[2]:

- Water Content by Coulometric Karl Fischer Titration,
- Ethylene glycol and 2-butoxy ethanol by Gas Chromatography/Mass Spectrometry,
- Percent solids analysis by refractometer,
- Dissolved elemental constituent analysis by EPA Method 200.7,
- Dissolved bromine analysis by Inductively Coupled Plasma Mass Spectroscopy,
- Dissolved anion analysis by EPA Method 300.0, Part A
- Monoethanol amine and triethanol amine by Liquid Chromatography/Mass Spectrometry,
- Organic constituent analysis by Nuclear Magnetic Resonance Spectrometry,
- Organic constituent analysis by Raman Spectroscopy.

## 6.1.4   Drill Pipe Removal

Pieces of drill pipe were present upon arrival at the Michoud site in the BOP, LMRP (one piece in each) and Riser segment recovered prior to retrieval of the stack. Removal and preservation of these pieces of drill pipe was given priority in the forensic investigation.

### 6.1.4.1   Removal of Drill Pipe from LMRP

The drill pipe segment lodged in the Upper Annular was inspected following draining of the LMRP and removal of the flex joint from the UA. The upper portion of the drill pipe segment was deformed so that it was significantly out of round. An unsuccessful attempt had been made subsea prior to retrieval of the stack to remove this segment, resulting in the piece slipping down and wedging into the metal fingers of the UA packing element. There was insufficient length of the drill pipe segment above the packing element fingers to secure a safe hold for lifting the segment out of the LMRP. A tool was designed and fabricated such that it could be inserted into the flared end of the drill pipe segment, lowered past the deformed portion and rotated 90° to lock into place on the inside diameter (ID) of the pipe. Wood wedges were inserted between the tool and the drill pipe ID to prevent the tool from rotating during removal. The drill pipe was removed from the LMRP wellbore using a mobile crane. After removal it was moved to a secure storage facility for further examination.

---

[2] Analytical Results, Deep Water Horizon, New Orleans, Louisiana – NEICRP138R01

DET NORSKE VERITAS

United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



### 6.1.4.2 Removal of Drill Pipe from BOP

The drill pipe segment in the BOP wellbore was located just below the CSRs and was held in place by the closed Upper and Middle VBRs. The end of the drill pipe segment nearest the CSRs was packed with pieces of debris. An initial attempt was made to collect a sample of this debris first with a poly-vinyl chloride pole and then with an aluminum pole. Both attempts were unsuccessful. It was determined that the debris was tightly packed and would not become dislodged. The decision was taken to remove the drill pipe segment and collect a sample of the debris afterwards. The Upper and Middle VBRs had to be retracted and removed in order to secure a safe hold on the drill pipe segment. There was a significant amount of cementitious material in the wellbore between the Upper and Middle VBRs that had to be chiseled out and removed by hand before the Middle VBRs could be retracted. Extensive damage had occurred on the drill pipe segment where the Upper and Middle VBRs were closed around the drill pipe. It was necessary to use two lifting slings on the drill pipe to ensure that it would not be further damaged during removal. It was lifted from the BOP wellbore using a mobile crane. No debris fell from the drill pipe during removal from the BOP wellbore. After removal the drill pipe was moved to a secure storage facility in anticipation of further examination.

### 6.1.4.3 Removal of Drill Pipe from the Riser

One section of riser from the Deepwater Horizon was present that contained drill pipe that was relevant to the investigation. This section of riser came from the last riser joint in the drilling riser string that was connected to the Flex Joint atop the LMRP. This joint of riser "kinked" when the Deepwater Horizon sank. During ROV intervention this joint was saw cut and subsequently mechanically sheared just above the Flex Joint interface. The recovered riser section was from above the mechanical shear point and contained the "kink" and approximately 45-ft of riser above the "kink". Prior to DNV's involvement in the investigation, "windows" were cut into the riser such that some portions of the pieces of drill pipe were exposed. In the window nearest the bottom of the riser section (nearest to the BOP stack), two drill pipe sections were visible in the riser. For the window nearest the top of the riser section (farthest from the BOP stack), only one section of drill pipe was present.

A borescope was inserted into the riser section in order to examine the exterior surface of the drill pipe pieces and determine if any obstructions were present. Following the borescope inspection, a series of cuts was defined in order to remove the drill pipe pieces from the riser. All cuts with the exception of the final cut were made with an oxyacetylene torch. The final cut was made using a saw. Following completion of the cuts, the drill pipe pieces were removed from the riser sections using a mobile crane and lifting straps. The pieces were transported to a secure storage facility for further examination.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

### 6.1.5   ST Locks

This section describes the testing performed on the ST Locks located on the hydraulic operators of the BSRs, Upper, Middle and Lower VBRs. ST Locks are designed to provide a mechanical lock and maintain the closed position of the ram blocks even if hydraulic pressure is bled off the operator. Fluid samples were collected from all of the ST Locks. The as received positions of all ST Locks were measured.

The position of each ST Lock was determined by measuring the position of the wedge lock piston through an inspection plug located on the opening chamber endcap of the ST Lock assembly. Prior to measurement, it was necessary to drain fluid from each ST Lock assembly. Fluid samples were collected during the draining process. Measurements were obtained by inserting a calibrated ruler through the inspection plug port until it contacted the flat face of the opening side of the wedge lock piston. ST Lock position measurement commenced on the starboard side Lower VBR and progressed up the starboard side to the BSR. Measurement then continued on the port side, beginning with the BSR and progressing down the port side to the Lower VBR. Two measurements were taken at each location.



**Figure 7  ST Lock Measurements**

Figure 7 illustrates the measured features and reference point (inspection plug port). The length of the measurement indicates the position of the ST Lock and gives an indication of the ram block position. Measurements in the range of 14 inches indicate the wedge lock piston is in the open position. Measurements in the range of 3 to 5 inches indicate the wedge lock piston is in the closed position and the ram block is extended into the wellbore at or near the fully closed position. Variances in measurements are a result of

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

two effects: (1) different types of rams (BSRs or VBRs) have different close positions and (2) opposing ram blocks are not perfectly centered when closed. For the former effect, different types of rams have different stand-off or gaps between opposing ram blocks when in the closed position. This means that the hydraulic pistons in the ram operators end up at different positions when fully closed depending upon the ram type. For the latter effect, opposing ram blocks travel at slightly different rates when stroking closed. One ram block will always reach the wellbore center first and therefore will have stroked slightly further closed than its counterpart. These piston positions are rarely equal and subsequently it is not abnormal for the positions of the wedge lock pistons to be unequal. Table 2 shows the results of the ST Lock position measurements.

**Table 2  ST Lock Position Measurements**

| Ram Type | Measurement of Wedge Lock Piston (inches) | | | |
|---|---|---|---|---|
| | Starboard | | Port | |
| BSRs | 14-5/8 | 14-5/8 | 14-5/8 | 14-5/8 |
| Upper VBRs | 4-15/16 | 4-15/16 | 3-3/8 | 3-3/8 |
| Middle VBRs | 3-7/16 | 3-7/16 | 4-1/2 | 4-1/2 |
| Lower VBRs | 5-3/8 | 5-3/8 | 14-3/16 | 14-3/16 |

The results of the measurements indicated that the ST Locks for the BSRs were fully open (unlocked). The ST Locks for the Upper and Middle VBRs were in the closed (locked) position. For the Lower VBRs, the port side ST Lock was closed (locked) and the starboard side ST Lock was in the open position (unlocked). Even though the starboard side ST Locks on both the BSRs and the Lower VBRs were unlocked, the ram blocks themselves were found in the closed position (reference Table 1).

Functioning of the ST Locks was performed in conjunction with ram block functioning. Discussion of pressures required to function the ST Locks can be found in Section 6.1.7.

## 6.1.6   Lower Choke and Kill Valves

The Lower Inner and Outer Choke and Kill Valves were functioned opened in order to access and drain wellbore fluid from the BOP stack. The Lower Choke Valves are connected to the BOP stack, intersecting the wellbore just below the Middle VBRs. The Lower Kill Valves are connected to the BOP stack, intersecting the wellbore just below the Lower VBRs. The Choke and Kill Valves are fail-safe close, meaning continuous hydraulic pressure is required to hold the valves open. A spring system in the hydraulic actuators closes the valve upon loss of hydraulics. The Inner and Outer Valves (both Choke and Kill) function as a pair with interconnected hydraulics. All of the Choke and Kill Valves were found in the closed position as received. The Lower Choke Valves were opened first on December 3, 2010. The maximum pressure applied was 500 psig. The Lower Kill Valves were opened on December 7, 2010. The maximum pressure applied

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

was 1,000 psig. No abnormalities were observed in the functioning of the Lower Choke and Kill Valves.

## 6.1.7    Functioning and Removal of Ram Blocks

As part of the process for visual examination and removal/extraction of materials (including drill pipe) located within the wellbore or central cavities, the ram blocks for the BSRs, CSRs, Upper, Middle and Lower VBRs were removed in sequence from top to bottom.

### 6.1.7.1    Ram Operator Fluid Sampling

Prior to any functioning, fluid samples were obtained from the ram operators. Samples were taken through fluid ports intersecting the opening and closing chambers by removal of National Pipe Thread (NPT) hex plugs. These locations were chosen deliberately as access points that were undisturbed since installation during the manufacture/assembly of the BOP. The NPT hex plugs were first visually examined for any indication of leakage. Due to the long-term undisturbed condition, the hex plugs required heating up with a MAPP® torch and break-out with an impact wrench.

Fluid sampling commenced with the starboard BSR. Sampling moved to the port BSR, and down the port side of the BOP on the Upper, Middle and Lower VBRs. Sampling continued with the starboard Upper VBR and continued down the starboard side concluding with the Lower VBR. Samples were obtained from the open and close sides of the port and starboard operators for the Upper, Middle, Lower VBRs. Only samples from the port open and close side and the starboard close side of the BSRs operators could be obtained. Attempts to draw a fluid sample from the open side of the starboard operator for the BSRs were unsuccessful.

### 6.1.7.2    Preparation for Ram Block Removal

Prior to the functioning of any of the rams, the bonnet cap nuts that connect the ram bonnets to the body of the BOP were first loosened and removed. The breakout torques required to loosen the bonnet cap nuts were recorded and are listed in Appendix E.

After the bonnet cap nuts were removed, extension sleeves were installed to act as both a guide and support for the bonnets. High pressure hoses were installed on both the open and close shuttle valves. A pressure chart, gauges, and flow meter were installed to monitor the pressure and volume used during the operating of the rams.

#### 6.1.7.2.1    BSRs and CSRs

Since the starboard side BSR had not successfully opened when functioned on the Q-4000, it was decided to remove the port side BSR first and perform a visual inspection of the starboard side BSR to determine if there was any debris or damage causing the ram

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

 

MANAGING RISK

not to move. In order to prevent the port side ram from extending into the wellbore and potentially contacting the starboard side ram, the port side bonnet had chain falls connected and tensioned to ensure that the port side bonnet would move back instead of the port side ram moving into the wellbore. The bonnet nuts were kept on the starboard side bonnet to keep it from opening. Hydraulic pressure was applied to the close shuttle valve of the BSRs and the port side bonnet opened. Debris was removed from the ram cavity as the bonnet opened, captured in a plastic lined tray, transferred to sterile containers and removed to a secured storage location. A sled was positioned between the port side bonnet and BOP to prevent the bonnet from closing while supplying open pressure. Open pressure was supplied through the open shuttle valve to retract the port side ram from the BOP cavity. The port side BSR was removed and lowered to the ground. It should be noted that when open pressure was supplied through the open shuttle valves, hydraulic pressure was applied to both BSRs. As with previously on the Q-4000, the starboard side BSR did not retract from the wellbore.

Following removal of the port side BSR, a visual inspection of the underside of the starboard side BSR did not reveal any damage which could explain the reason for not retracting. The starboard side bonnet bolts were removed and hydraulic pressure was applied to the close shuttle valve of the BSRs. The starboard side bonnet fully retracted. Debris was removed from the ram cavity as the bonnet opened, captured in a plastic lined tray, transferred to sterile containers and removed to a secured storage location. A sled was positioned between the starboard side bonnet and BOP to prevent the bonnet from closing while supplying open pressure. Open pressure was supplied through the open shuttle valve to retract the starboard side ram from the BOP cavity. After debris was removed from behind the ram block, the starboard side BSR was retracted, removed and lowered to the ground.

The CSR bonnets were opened manually using chain falls. Once the CSR bonnets are opened, the ram blocks are normally extracted by removing a pin that fastens the ram block to the operator connecting rod. This pin on the port CSR was bent. The pin on the starboard CSR was broken. The port CSR was lifted slightly with slings to remove the weight and binding on the connecting rod and the pin was able to be removed. Opening pressure was applied to retract the connecting rod from the ram block. It took less than 50 psig to retract the connecting rod. When opening pressure was applied to the starboard CSR (in an attempt to retract the connecting rod), the connecting rods seals leaked hydraulic fluid. In order to remove the starboard CSR, the block was first fully extended closed (using less than 50 psi). During extension, the entire wellbore-side connecting rod seal assembly came out of the bonnet. No retainer ring was present to hold the seal assembly in place. Once the block was fully extended, hydraulic bottle jacks were fitted between the back of the block and bonnet face using wood for spacers. The block was jacked forward away from the bonnet face, shearing the remainder of the broken pin and moving the block off the connecting rod. The connecting rod was retracted with less than 50 psig opening pressure. A damaged connecting rod seal was observed on the starboard CSR. Once free of the connecting rods, the rams were lowered to the ground.



DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK

### 6.1.7.2.2   Upper, Middle and Lower VBRs

The following procedure was used for all the VBRs. Pressure was first supplied to the close shuttle valve. Close pressure resulted in the bonnets moving open onto the extension sleeves. Debris found behind the blocks were removed from the ram cavity (as the bonnets opened) and captured in a plastic lined tray. After opening the bonnets, a sled was positioned between each bonnet and BOP to prevent the bonnet from closing while supplying open pressure. Open pressure was supplied through the open shuttle valve to retract the rams. Once retracted, lifting eye bolts were connected to each ram and the rams were moved off the connecting rods. Once free of the connecting rods, the rams were lowered to the ground.

After all ram blocks had been removed to ground level, they were cleaned and moved to Building 411 for further examination.

Table 3 details the pressures required to function the various rams. Pressures indicated with an asterisk were observed and recorded minimum pressures when the specific ram block began moving, otherwise the pressure indicated is the maximum pressure recorded during function.

**Table 3  Pressure Required to Function Rams**

| Ram | Starboard Close (psig) | Starboard Open (psig) | Port Close (psig) | Port Open (psig) |
|---|---|---|---|---|
| BSR | 800* | 50* | 300* | 50* |
| CSR | less than 50 | less than 50 | No pressure applied | less than 50 |
| Upper VBR | 1,400 | 1,100 | 1,400 | 1,100 |
| Middle VBR | 700* | 600 | 800* | 600 |
| Lower VBR | 700* | 800* | 600* | 800* |

*\* Minimum pressure observed during the function.*

## 6.1.8   AMF/Deadman and Autoshear Testing – Hydraulic Circuits

The automatic mode function (AMF)/Deadman and Autoshear function testing was designed to simulate two of the sequences that can automatically secure the well using the BOP stack during an emergency situation. The sequences are described below and discussed in additional detail later in this report. In accordance with API 16D, Section 5.2.1 [3]Response Time (for subsea BOP stack control systems), the closing response time for each ram BOP must not exceed 45 seconds for the primary control system.

---

[3] API SPEC 16D Specification for Control Systems for Drilling Well Control Equipment and Control Systems for Diverter Equipment, Second Edition

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK



AMF/Deadman and Autoshear systems are considered by API 16D to be backup control systems and not subject to the response time requirement of the primary system. For purposes of these hydraulic circuit tests, the 45-second response was adopted as a comparison target for the closing of the BSR connecting rods,

The AMF/Deadman sequence is designed to be initiated when three forms of supply are all lost from the rig to the control pods; hydraulic pressure, electrical power, and communication from rig control systems. Additionally, these conditions (loss) must apply to both pods for AMF/Deadman to activate. Hydraulic pressure is supplied through the rigid conduit. Electrical power and control system communication are supplied through the MUX cables. Communication between the two pods to verify the status of hydraulic pressure and the MUX cables for each pod is accomplished through an RCB cable. AMF/Deadman is controlled through the subsea electronic modules (SEMs) on the Yellow and Blue pods. When the AMF/Deadman sequence is activated the BSRs are closed via the high pressure shear circuit with hydraulic fluid supplied by a dedicated bank of 8 x 80-gallon accumulators on the BOP.

The Autoshear sequence is designed to be initiated when the LMRP and BOP stack become unintentionally separated. A hydraulic plunger is fixed between the LMRP and BOP stack which maintains pressure and holds a control valve in closed position. When separation occurs, the plunger is released and relieves the hydraulic pressure on the control valve. A spring return on the control valve shifts, sending a pilot signal to open a high pressure shear control valve and send hydraulic supply from the high pressure shear circuit to the closing ports of the BSRs. The Autoshear function has to be intentionally armed; otherwise, the hydraulic supply from the high pressure shear circuit is blocked by another control valve. The unintentional separation between the LMRP and BOP stack also results in the Choke and Kill valves functioning close (fail-safe close).

### 6.1.8.1    Accumulator Functioning

The AMF/Deadman and Autoshear tests relied on the accumulator bottles (8 x 80 gallon) located on the BOP. The accumulator bottles consist of a nitrogen gas pre-charge side and a hydraulic chamber. The level of nitrogen pre-charge determines both the amount of hydraulic fluid (volume) and the average pressure the fluid can be delivered to a given function. There is a direct relationship between the nitrogen pre-charge level and the amount of hydraulic fluid that can be put into the hydraulic chamber. The pre-charge level is set to provide a balance between available volume at an average useable pressure.

The AMF/Deadman and Autoshear sequences were tested both in the as-received condition and in a reduced accumulator pre-charge condition. The as-received condition was tested first and then nitrogen was bled from the accumulator bottles to reduce the pre-charge pressure to compensate for lack of external hydrostatic pressure (subsea conditions at a water depth of approximately 5,000 feet).



#### 6.1.8.1.1   As-Received Condition

The as-received pre-charge pressures in the high pressure shear circuit bank (8 x 80 gallons) on the BOP and the accumulator bank (4 x 60 gallons) on the LMRP were measured and recorded. Following the initial measurement, the accumulator dump function was performed for both banks in order to remove any hydraulic fluid that may have been present in the accumulators. There was no hydraulic fluid in the high pressure shear circuit bank. Hydraulic fluid present in the LMRP accumulator bank was sampled for further examination and the remainder collected for proper disposal. The existing pre-charges were then re-measured without any hydraulic fluid present. The pre-charge in the high pressure shear circuit bank (8 x 80 gallons) on the BOP ranged from 3425 to 3800 psig. For the accumulator bank (4 x 60 gallons) on the LMRP, the pre-charge in three of the accumulators ranged from 3400 to 3425 psig. The pre-charge in the fourth (labeled accumulator #1) was 1225 psig. The measured pre-charge was in proximity to levels set in accordance with the guidance provided in Transocean's Well Control Manual (i.e., 1500 psig [~1/3 of the pressure for the high pressure shear circuit of 5000/4000 psig] plus the hydrostatic head of 2200 psig = 3700 psig). The only exception was accumulator #1 of the LMRP accumulator bank. The results are detailed in Appendix E.

#### 6.1.8.1.2   Reduced Pre-Charge Condition

After completing measurements of the as-received pre-charge levels and performing AMF/Deadman and Autoshear sequence tests, the accumulator pre-charges were set to between 1,325 and 1,350 psig to compensate for operating at surface conditions (lack of external hydrostatic pressure from subsea conditions at a water depth of approximately 5,000 feet). The accumulator pre-charges were reduced by bleeding nitrogen from each accumulator. After the pre-charges were reduced, the accumulators were tested for leaks and pressure drop-off by checking the pre-charge levels after allowing the accumulators to settle for a period of approximately 12 hours. No leaks were observed.

#### 6.1.8.1.3   BOP Accumulator Pressurization

The BOP accumulators (high pressure shear circuit bank) were hydraulically filled and pressurized in preparation for each AMF/Deadman and Autoshear function test. During the first pressurization of the BOP accumulators, a leak was discovered on the High Pressure (HP) Casing Shear Regulator. The pressure in the accumulators at the time of leak discovery was 3,500 psig.

It was decided to perform a static pressure test on the HP Casing Shear Regulator. Pressure was increased on the BOP accumulators and a leak containment device was installed below the HP Casing Shear Regulator. A video camera was used to monitor the leak rate of the HP Casing Shear Regulator during the entirety of the static pressure test.

At the conclusion of the test, the pressure in the BOP accumulators had dropped from 3,700 psig (start of test) to 400 psig. Approximately 1.5 gallons of fluid leaked from the



HP Casing Shear Regulator. The leak rate at the start of the test and was 144 drops per minute. The leak rate at the end of the test was 86 drops per minute. All leak rates were determined from review of video footage. The duration of the test was approximately 15 hours and 40 minutes.

The HP Casing Shear Regulator was removed in order to prevent the potential for damage that could occur during function testing. In the place of the regulator, a pressure gauge and plug were installed to permit continuation of the function testing.

The static pressure test of the BOP accumulators was re-run overnight. The starting pressure was approximately 4,000psig. The pressure did not change from the beginning to the end of the test. The duration of the test was approximately 14 hours and 22 minutes.

After completing the static pressure test, the BOP Accumulators were pressurized to 5,000 psig to prepare for function testing. A pressure gauge installed between the Autoshear panel and the Autoshear control read 0 psig during pressurization of the accumulators to 5,000 psig, confirming that the Autoshear function was in the disarmed state in the as-received condition. The Autoshear function was likely disarmed after the Control Pods were retrieved by the Q-4000.

Preceding each AMF/Deadman and Autoshear test, the BOP accumulators were drained of hydraulic fluid and then re-pressurized to 5,000 psig.

### 6.1.8.2   AMF/Deadman Testing

The hydraulic circuit portion of the AMF/Deadman function testing focused on the actual sequence of hydraulic functions that occur on the lower BOP during AMF/Deadman, not the electronics of the AMF/Deadman function. See Section 6.1.13.1 for detailed information regarding the electronic function testing. The AMF sequence of hydraulic functions is comprised of high pressure shear close (including ST Locks–lock), control pod LMRP and Stack Stingers extend and seals energized. These functions are initiated through the high pressure shear control valve on the high pressure shear circuit. The ST Locks–lock is integrated into the high pressure shear circuit and is supplied hydraulically when the AMF/Deadman activates through Solenoid 103. To simulate the initiation of an AMF/Deadman sequence, a high pressure hydraulic hose was connected to either the blue or yellow side of Solenoid 103. This was used to supply pilot pressure to high pressure shear control valve. Additional hoses and pressure gauges were installed on the connected hydraulic circuits to monitor and record the test results. In addition to the installed hoses and pressure gauges, video cameras were arranged to monitor the position of the connecting rods and the readings on the pressure gauges.

Pressure gauges were installed on the port and starboard ST Lock hoses, on the high pressure shear/BSR close hydraulic hose, at the removed casing shear regulator to monitor accumulator pressure, between the Autoshear panel and Autoshear control valve,



and at the manifold connected to the hydraulic pressure unit used to pressurize the accumulators and initiate the function.

The hydraulic fluid supplied from the BOP accumulators to close the BSRs is regulated to 4,000 psig through the high pressure shear regulator. The hydraulic fluid supplied from the BOP accumulators to function ST Locks–lock is regulated to 1,500 psig through the ST Locks pressure regulator. The maximum pressure that each hydraulic circuit received from the accumulators was recorded.

### 6.1.8.2.1  AMF/Deadman Testing – As-Received Pre-Charge

The AMF/Deadman sequence was initiated using the as-received pre-charge and the accumulators filled and pressurized to 5,000 psig hydraulic pressure. The maximum pressure shown on the BSR pressure was 3,850 psig. The BOP accumulator pressure after the function was 4,475 psig. The BSRs closed in 23 seconds. The maximum pressure shown on the pressure gauges for the starboard BSR ST Lock was 1,500 psig and 1,525 psig for the port BSR ST Lock. The starboard BSR ST Lock position was 3-5/8 inches and the port BSR ST Lock position was 3-3/8 inches. This confirmed that both BSR connecting rods were in the closed position. The volume to close was 26.4 gallons. The sequence test functioned as intended.[3]

### 6.1.8.2.2  AMF/Deadman Testing – Reduced Pre-Charge

The AMF/Deadman test using reduced pre-charge was run twice. During the first test a small leak was discovered between the test hydraulic supply line and AMF shuttle valve caused during test setup. The leak allowed the residual BOP accumulator pressure to vent to atmosphere after the test sequence was completed. The leak was corrected and a second test was run in order to capture an accurate residual pressure reading.

### 6.1.8.2.3  Test 1

The AMF/Deadman sequence was initiated using the reduced pre-charge and the accumulators filled and pressurized to 4,975 psig. The BSR connecting rods closed in 24 seconds. The maximum pressure shown on the BSR close pressure gauge was 3,900 psig. The BOP Accumulator pressure after the function was not able to be measured due to fluid being discharged from the high pressure blind shear vent. The maximum pressure shown on the starboard BSR ST Lock was 1,460 psig and 1,450 psig on the port BSR ST Lock. The BSRs were confirmed visually closed using a video camera in the wellbore. The volume to close was 25.3 gallons. The sequence test functioned as intended.[3] The leak in the test hydraulic line/AMF shuttle valve interface was discovered after the sequence had completed.



MANAGING RISK

#### 6.1.8.2.4   Test 2

The AMF/Deadman sequence was initiated using the reduced pre-charge and the accumulators filled and pressurized to 5,000 psig. The maximum pressure shown on the BSR close pressure gauge was 3,800 psig. The BOP accumulator pressure after the function was 4,125 psig. The BSR connecting rods closed in 24 seconds. The maximum pressure shown on both the starboard and port BSR ST Locks was 1,400 psig. The BSR connecting rods were confirmed visually closed using a video camera in the wellbore. The volume to close was 24.4 gallons. The sequence test functioned as intended.[3]

### 6.1.8.3   Autoshear Testing

The Autoshear function was initiated by supplying pilot pressure through either the Blue or Yellow Pod side of Autoshear Arm shuttle valve 121. Since the hydraulic plunger was cut by ROV intervention, the spring return control valve was in the open position. By activating Autoshear Arm, pilot pressure was supplied through the control valve to the high pressure shear pilot valve.

#### 6.1.8.3.1   Autoshear Function Testing – As-Received Pre-Charge

The Autoshear function was initiated using the existing pre-charge and the BOP accumulators filled and pressurized to 5,000 psig. The BSR connecting rods closed in 28 seconds. The highest pressure recorded on the Autoshear valve pressure gauge was 3,150 psig. The highest pressure recorded on the HP BSR close gauge was 3,800 psig. The maximum pressure on both the starboard and port BSR ST Lock pressure gauges was 1,500 psig. The starboard BSR ST Lock position was 3-5/8 inches and the port BSR ST Lock position was 3-5/16 inches. This confirmed that both connecting rods were in the closed position.  The volume to close was 28.1 gallons. The sequence test functioned as intended.[3]

#### 6.1.8.3.2   Autoshear Function Testing – Reduced Pre-Charge

The Autoshear test using reduced pre-charge was run twice. After the first test, during dump of the accumulator pressure, a return hose to a fluid tank became unsecured and an unknown volume of fluid was lost. A second test was run in order to obtain an accurate reading of fluid returned after sequence test and accumulator dump.

#### 6.1.8.3.3   Test 1

The Autoshear function was initiated using the reduced pre-charge and the BOP accumulators filled and pressurized to 5,000 psig. The BSR connecting rods closed in 26 seconds. The highest pressure recorded on the Autoshear valve pressure gauge was 3,150 psig. The highest pressure recorded on the BSR close pressure gauge was 3,825 psig. The BOP accumulator pressure after the function was 4,000 psig. The maximum pressure on both the starboard and port ST Locks was 1,500 psig. The

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

starboard BSR ST Lock position was 3-1/2 inches and the port BSR ST Lock position was 3-5/16 inches. This confirmed that both connecting rods were in the closed position. The volume to close was 29.9 gallons. The sequence test functioned as intended.[3]

### 6.1.8.3.4   Test 2

The Autoshear function was initiated using the reduced pre-charge and the accumulators filled and pressurized to 4,900 psig. The BSR connecting rods closed in 26 seconds. The highest pressure recorded on the Autoshear valve pressure gauge was 3,300 psig. The highest pressure recorded on the BSR close pressure gauge was 3,850 psig. The BOP Accumulator pressure after the function was 3,900 psig. The maximum pressure on the starboard BSR ST Lock was 1,500 psig. The maximum pressure on the port BSR ST Lock was 1,475 psig. The BSR connecting rods were confirmed visually closed using a video camera in the wellbore. The volume to close was 24 gallons. The sequence test functioned as intended.[3]

After running the Autoshear system test using the reduced pre-charge, the BSR connecting rods failed to retract with an open pressure of 3,000 psig applied. A Cameron TWG member indicated that damage to the ST Lock bearings could cause unlocking problems and that repeated use of an ST Lock with a bad bearing could make the problems more severe. It was decided to replace the bearings on both the starboard and port ST Locks. Following replacement of the bearings, the ST Locks were opened and the BSR connecting rods were retracted. After the BSR connecting rods were opened, it was decided to bypass the ST Locks on the BSRs for future tests.

## 6.1.9   Remotely Operated Vehicle Panel Testing

The BSR close function on the ROV Panel was function tested using three different flow rates: 1, 2 and 7.5 gallons per minute (gpm). A hot stab supplied by a high pressure accumulator unit was used to supply hydraulic pressure to the ROV Panel BSR close port. The time needed for the BSRs to close when supplied with 3 different flow rates was measured and recorded. The initial setup used a high pressure pump to directly supply hydraulic pressure. The first test, using a flow rate of 1 gpm and the high pressure pump resulted in an inconsistent flow rate. The test setup was changed so that the hydraulic accumulators were used to supply pressure to the ROV panel.

The low flow rate test was re-run using the Hydraulic Pressure Unit (HPU) equipped with accumulators capable of supplying 3,000 psig. The accumulators were charged to 3,000 psig for the testing. Unlike previous BSR function tests, the hydraulic pressure supplied to the ST Locks is not separately regulated from the BSR closing pressure when functioned using the ROV Panel. After the BSR connecting rods were fully closed, a static leak test was performed for 15 minutes. There were no observable leaks for 1 gpm and 7.5 gpm flow rate static tests. For the 2 gpm flow rate test a leak was observed at a test setup fitting. It was corrected and the static test re-run for 15 minutes with no

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

observable leaks. Table 4 lists the recorded time to close and maximum applied pressures for each of the flow rates. There are no specific API or industry response time requirements for ram closure by ROV intervention.

**Table 4  ROV Panel BSR Close Function Test**

| Flow Rate (gpm) | Time to Close BSRs (min:sec) | BSR ST Lock Max Pressure (psig) | |
| --- | --- | --- | --- |
| | | Starboard | Port |
| 1 | 72:28 | 2,850 | 2,750 |
| 2 | 13:34 | 2,850 | 2,775 |
| 7.5 | 3:15 | 2,900 | 2,875 |

## 6.1.10  Solenoid 103 Bench Testing

Solenoid 103 when activated supplies pilot pressure to the High Pressure Shear Ram Close shuttle valve, which is located on the High Pressure Shear Panel. Solenoid 103 is used for both EDS and AMF/Deadman sequences. Solenoid 103Y from the Yellow Pod was removed during intervention activities after the Yellow Pod was lifted to surface. The original Solenoid 103Y was removed, replaced with a new solenoid, and taken into evidence to allow for future testing.

The original Solenoid 103Y was tested for the resistance of both the A and B coils and for the voltage necessary to energize each coil. An initial voltage of 24 volts was applied. If the coil energized (indicated by an audible click), then the voltage was reduced until the coil de-energized (also indicated by an audible click). This determined the drop-out voltage. Starting voltage was then set at 0 volts and increased in one volt increments until the coil energized. This determined the coarse minimum voltage necessary to energize the coil. The minimum voltage was determined more precisely by setting the starting voltage to 2 volts lower than the coarse minimum voltage and manually increasing the voltage applied until the coil energized.

The resistance for coil A was 39.7 ohms. The resistance for coil B was 39.7 ohms. The resistance measurements between each of pins 1 through 4 and the solenoid chassis were greater than 20 megaohms. The minimum voltage at which coil A was energized was 14.6 volts. The dropout voltage for coil A was 1.9 volts. The minimum voltage at which coil B was energized was 14.5 volts. The dropout voltage was 1.8 volts. The bench testing of the original Solenoid 103Y functioned as intended in accordance with the manufacturer's specifications.[4]

As a result of functioning as intended, the original Solenoid 103Y was mounted back onto the Yellow Pod.

---

[4] Refurbishment Procedure for Cameron Solenoid Valves Part No. 223290-15 and 223290-60; January 23, 2004 – CAMCG 00004025 to CAMCG 00004038



MANAGING RISK

## 6.1.11  Solenoid 3A Bench Testing

Solenoid 3A when activated supplies hydraulic fluid to the Upper Annular Regulator Pilot – Increase, which is located on the LMRP. Solenoid 3A from the Yellow Pod was removed during intervention activities after the Yellow Pod was lifted to the surface. The original Solenoid 3A was removed, replaced with a new solenoid, and taken into evidence to allow for future testing.

The original Solenoid 3A was tested for the resistance of both the A and B coils and for the voltage necessary to energize each coil. An initial voltage of 24 volts was applied. If the coil energized (indicated by an audible click), then the voltage was reduced until the coil de-energized (also indicated by an audible click). This determined the drop-out voltage. Starting voltage was then set at 0 volts and increased in one volt increments until the coil energized. This determined the coarse minimum voltage necessary to energize the coil. The minimum voltage was determined more precisely by setting the starting voltage to 2 volts lower than the coarse minimum voltage and manually increasing the voltage applied until the coil energized.

The resistance for coil A was 40.0 ohms. The resistance for coil B was 40.0 ohms. The resistance measurements between each of pins 1 through 3 and the solenoid chassis were greater than 20 megaohms. The minimum voltage at which coil A was energized was 14.8 volts. The dropout voltage for coil A was 2.2 volts. The minimum voltage at which coil B was energized was 14.8 volts. The dropout voltage for coil B was 2.2 volts. The bench testing of the original Solenoid 3A functioned as intended in accordance with the manufacturer's specifications.[4]

## 6.1.12  Blue and Yellow Pod Battery Voltage and Load Testing

The as-received voltage of the SEM A and SEM B 9 volt batteries and the 27 volt battery was measured on both the Blue and Yellow Pods. The measured voltages are shown in Table 5. The 27V battery on the Blue Pod registered a low voltage. No abnormalities were noted with the voltages from the remaining batteries.

**Table 5  Blue and Yellow Pod Battery Voltages Measurements**

| Battery | Blue Pod (Volts) | | Yellow Pod (Volts) | |
|---|---|---|---|---|
| | Test 1 | Test 2 | Test 1 | Test 2 |
| SEM A (9V) | 8.9 | 8.9 | 8.7 | 8.7 |
| SEM B (9V) | 8.7 | 8.7 | 8.4 | 8.4 |
| Solenoid/Transducer (27V) | 1.1 | 1.0 | 28.2 | 28.2 |

The Blue and Yellow Pod batteries are lithium-ion type. A load test was conducted to determine if the batteries would maintain their voltage after a current load was applied. The batteries were load tested with 100-ohm and 20-ohm resistors. The 100-ohm load was chosen as an initial low current load test. The 20-ohm was chosen to simulate the

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report


MANAGING RISK

demand seen by activation of the AMF/Deadman circuit. After load was applied, an initial reading was taken followed by a second reading after 2 minutes. Two minutes was chosen based on the fact that the AMF/Deadman sequence is active (and demanding power from the batteries) for approximately 90 seconds. The results are detailed in Table 6. Because the 27V battery on the Blue Pod registered a low voltage, it was not load tested.

**Table 6  Blue and Yellow Pod Battery Load Test Results**

| | Yellow Pod | | | | Blue Pod | | | |
|---|---|---|---|---|---|---|---|---|
| | Load | | | | Load | | | |
| | 100 Ohm | | 20 Ohm | | 100 Ohm | | 20 Ohm | |
| | Voltage | | | | Voltage | | | |
| **Battery** | Initial | After 2 min | Initial | After 2 min | Initial | After 2 min | Initial | After 2 min |
| SEM A (9V) | 8.3 | 8.3 | 8.0 | 8.0 | 8.6 | 8.6 | 8.3 | 8.2 |
| SEM B (9V) | 8.1 | 8.1 | 7.7 | 7.6 | 8.4 | 8.4 | 8.1 | 8.0 |
| Sol/Trans (27V) | 27.1 | 26.9 | 26.0 | 25.4 | n/a | n/a | n/a | n/a |

## 6.1.13  Blue and Yellow Pod Function Testing

The AMF/Deadman and the Autoshear functions can be initiated by either the Blue or the Yellow Pod. In order to test the two functions, one Cameron-supplied laptop equipped with testing software and one Portable Electronic Test Unit (PETU) were connected to each of the Blue and Yellow Pods.

### 6.1.13.1  AMF/Deadman Pod Function Testing

Individual component tests for the BOP and LMRP stingers on the Blue and Yellow Pods and Solenoids 103(Y&B) were run prior to full function testing of the AMF/Deadman sequence.

### 6.1.13.1.1 Control Pod Stingers

Retaining pins were removed from the BOP and LMRP stinger hydraulic actuators to disconnect the actuators and prevent the stingers from extending during the AMF/Deadman Pod function testing. This was done because the tests were carried out without a pod test stand with stinger receptacles. The Stinger Extend command was given for both the BOP and LMRP stingers on both the Blue and Yellow Pods. The Stinger Extend command functioned properly for all stingers. The Stinger Retract command was given for both the BOP and LMRP stingers on the Blue and Yellow pods. The Stinger Retract command functioned properly for all stingers. No abnormalities were noted during hydraulic actuator retraction and extension.

DET NORSKE VERITAS

United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

### 6.1.13.1.2 Solenoid 103Y and 103 B

Original Solenoids 103Y and 103B were activated using the laptop and PETU connected to the respective pods.  Both SEM A and SEM B on each pod were used to activate the solenoid. The tests were run using 3,000 psig pod pilot supply pressure. Activation of a solenoid was confirmed by monitoring a pressure gauge connected to the ¼ inch flexible hose Swagelok connections just above the BOP Stack Junction Plate on each pod. Blue Pod original Solenoid 103B activated for both SEM A and SEM B, as confirmed by 3,000 psig observed on the pressure gauge. Yellow Pod original Solenoid 103Y did not activate regardless of which SEM was selected.

Pod pilot supply pressure was bled to 0 psig and further testing on Yellow Pod Solenoid 103Y was undertaken. Activation of the solenoid (coil energized) was confirmed by an audible click. The energize command was given multiple times through both SEM A and SEM B. There were no audible indications of the activation of Yellow Pod original Solenoid 103Y. The solenoid pie connector to the SEM was removed and the plugs and sockets cleaned, and the pie connector was reconnected. The energize command was given through SEM B multiple times. A faint audible indication of solenoid activation was heard once. 3,000 psig pod pilot supply pressure was supplied. The energize command was given to the solenoid using SEM B. No pressure was seen on the pressure gauge. The pod pilot supply pressure was bled off while the energize command continued to be given. No confirmation of solenoid activation was heard. The de-energize command was given.

The energize command was given through SEM B. No audible indication of solenoid activation was heard. The de-energize command was given. A faint audible indication of solenoid de-activation was heard. The energize command was given through SEM B again. No audible indication of solenoid activation was heard. The de-energize command was given. The second time, no audible indication of solenoid de-activation was heard.

The energize command was given through SEM A. No audible indication of solenoid activation was heard. The de-energize command was given. No audible indication of solenoid de-activation was heard.

Based on the testing results, the original Yellow Pod Solenoid 103Y was removed and the replacement Solenoid 103Y was installed.

The replacement Yellow Pod Solenoid 103Y was given the energize command using both SEM A and SEM B, without and with pod pilot supply pressure. The replacement solenoid activated for all tests.

### 6.1.13.1.3 AMF/Deadman Sequence Testing

Electrical power and communication was supplied via the two PETUs, simulating the MUX cables present during normal operation. A modified RCB cable was connected

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

between the Blue and Yellow pods. This cable allowed the pods to communicate and determine if the other pod has met all conditions necessary for AMF/Deadman to initiate. The AMF/Deadman conduit supply pressure sensing input (connection 24) for each pod was supplied with 1,000 psig hydraulic pressure. The pressure was blocked in. The Laptop/PETU showed a pressure of 1,099 psig on the conduit supply pressure sensing readout.

The baseline reading of the AMF/Deadman Arm analog channel was noted. The de-activate/disarm command was given and the analog values noted. The expected value was 900 ± 60. The activate/arm command was given and the analog values noted. The expected value was 0-30. The results are shown in Table 7.

**Table 7  Analog Channel Current Values for AMF/Deadman**

| Value | Yellow Pod | | Blue Pod | |
|---|---|---|---|---|
| | SEM A (mA) | SEM B (mA) | SEM A (mA) | SEM B (mA) |
| Baseline | 913 | 916 | 919 | 915 |
| De-activate AMF/Deadman | 917 | 915 | 918 | 915 |
| Activate AMF/Deadman | 18 | 16 | 14 | 16 |

The connection from the Laptop/PETU to the Blue Pod was removed to simulate loss of MUX communication to Blue Pod only. After one minute the AMF/Deadman function did not activate, as was expected since hydraulic pressure and MUX communication to the Yellow Pod were still present. The hydraulic pressure supplied to the AMF/Deadman conduit supply pressure sensing input (connection 24) for each pod was bled to 0 psig. After one minute the AMF/Deadman function did not activate, as was expected since MUX communication to the Yellow Pod was still present.

The connection from the Laptop/PETU to the Yellow Pod was removed to simulate loss of MUX communication (now to both Blue and Yellow Pods). The time (in seconds) after the connection was removed was monitored and the time at which various functions occurred was noted. Table 8 details the time at which each function occurred.

**Table 8  Event Time Log - Yellow Pod Disconnect (Replacement 103Y)**

| Time (sec) | Event |
|---|---|
| 0 | Yellow Pod PETU connection removed |
| 5 | Laptop reading from PETU goes off |
| 16 | LMRP and BOP Stack stingers extend |
| 18 | LMRP and BOP Stack stingers energized |
| 22 | High Pressure (HP) BSR Gauge 103Y shows 3,000 psig |
| 58 | HP BSR Gauge 103Y shows 0 psig |

The connection from the Laptop/PETU to the Blue Pod was re-established after more than three minutes had elapsed since removal. It was expected that due to the low voltage

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

of the 27V battery on the Blue Pod, the 9V supplied SEMs (A and B) would initiate but the sequence would not progress to the solenoids until an adequate power source was reapplied. This test was performed to determine if the Blue Pod had initiated and would complete the AMF/Deadman sequence. The time (in seconds) after the connection was re-established was monitored and the time at which various functions occurred was noted. The LMRP and BOP Stack stingers extend/energize events occurred and were confirmed visually; however, the times were not noted. The results are detailed in Table 9.

**Table 9  Event Time Log - Blue Pod Reconnect (Replacement 103 Y)**

| Time (sec) | Event |
|---|---|
| 0 | Blue Pod PETU connection re-established |
| 19 | HP BSR Gauge 103B shows 3,000 psig. |
| 55 | HP BSR Gauge 103B shows 0 psig. |

The voltage of all batteries was measured following the AMF/Deadman test. The results are detailed in Table 10.

**Table 10  Battery Voltage Following First AMF/Deadman Test**

| Battery | Blue Pod (Volts) | Yellow Pod (Volts) |
|---|---|---|
| SEM A (9V) | 8.9 | 8.6 |
| SEM B (9V) | 8.6 | 8.4 |
| Solenoid/Transducer (27V) | 0.7 | 27.7 |

The replacement Yellow Pod Solenoid 103Y was removed and the original Solenoid 103Y was installed. The AMF/Deadman test was repeated on the Yellow Pod only.

The AMF/Deadman function was activated/armed on both SEM A and SEM B. The analog channel value for SEM A was 17 and 15 for SEM B. The pressure on the AMF/Deadman conduit supply pressure sensing input (connection 24) for each pod was bled to 0 psig to simulate loss of hydraulics. The connection from the Laptop/PETU to the Yellow Pod was removed to simulate loss of MUX communication. The time (in seconds), after the connection was removed, was monitored and the time at which various functions occurred was noted. Pressure was observed on the HP BSR Gauge 103Y at 43 seconds and returned to 0 psig at 50 seconds. This was observed as a delay of Solenoid 103Y function, which in the previous test had occurred at around 20 seconds (energize) and de-energized at around 30 seconds later. This time the delayed function resulted in closing pressure only being applied for 7 seconds, which would be insufficient to fully close the BSRs. The LMRP and BOP Stack stingers extend/energize events occurred and were confirmed visually; however, the times were not noted. The results of the second test with the original Yellow Pod Solenoid 103Y are detailed in Table 11.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK 

**Table 11  Event Time Log - Yellow Pod Disconnect (Original 103Y)**

| Time (sec) | Event |
|---|---|
| 0 | Yellow Pod PETU connection removed |
| 43 | HP BSR Gauge 103Y shows 3,000 psig |
| 50 | HP BSR Gauge 103Y shows 0 psig |
| <180 | Yellow Pod PETU reconnect, HP BSR Gauge 103Y shows 3,000 psig |

The test was reset (i.e., BOP stack stinger seal retracted, BOP Stack stinger retracted) and re-run. There was no delayed function of Solenoid 103Y observed. The results of the second test with the original Yellow Pod Solenoid 103Y are detailed in Table 12.

**Table 12  Event Time Log - Yellow Pod Disconnect Second Test (Original 103Y)**

| Time (sec) | Event |
|---|---|
| 0 | Yellow Pod PETU connection removed |
| 16 | LMRP and BOP Stack stingers extend |
| 19 | LMRP and BOP Stack stingers energized |
| 21 | HP BSR Gauge 103Y shows 3,000 psig |
| 51 | HP BSR Gauge 103Y shows 0 psig |
| ~120 | Yellow Pod PETU reconnect, HP BSR Gauge 103Y shows 3,000 psig |

After the second test using the original Solenoid 103Y, an individual component function test was run on the solenoid. The energize command was given to the Yellow Pod original Solenoid 103Y through SEM A. The solenoid did not activate (confirmed through the HP BSR Gauge 103Y showing 0 psig). The energize command was then given to the Yellow Pod original Solenoid 103Y through SEM B. The solenoid did not activate (confirmed through the HP BSR Gauge 103Y showing 0 psig).

For the final AMF/Deadman test using the original Solenoid 103Y, a wait time of more than three minutes was used before re-establishing the Laptop/PETU connection to the Yellow Pod. The Yellow Pod was reset to re-run the AMF/Deadman test, as described previously. The AMF/Deadman function was activated/armed on both SEM A and SEM B. The analog channel value for SEM A was 17 and 16 for SEM B. The pressure on the AMF/Deadman conduit supply pressure sensing input (connection 24) for each pod was bled to 0 psig. The connection from the Laptop/PETU to the Yellow Pod was removed. The time (in seconds) after the connection was removed was monitored and the time at which various functions occurred was noted. The results are detailed in Table 13.



DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK

**Table 13  Event Time Log - Yellow Pod Disconnect Final Test (Original 103Y)**

| Time (sec) | Event |
|------------|-------|
| 0 | Yellow Pod PETU connection removed |
| 5 | Laptop reading from PETU goes off |
| 16 | LMRP and BOP Stack stingers extend |
| 19 | LMRP and BOP Stack stingers energized. |
| 21 | HP BSR Gauge 103Y shows 3,000 psig. |
| 51 | HP BSR Gauge 103Y shows 0 psig. |

Approximately six minutes after disconnecting the Laptop/PETU from the Yellow Pod, the connection was re-established. The HP BSR Gauge 103Y showed 3,000 psig. After approximately one minute, 0 psig was shown on the gauge.

An individual component function test was again run on the solenoid. The Laptop/PETU was then used to energize Yellow Pod Solenoid 103Y through both SEM A and SEM B. The solenoid did not activate using either SEM, confirmed through 0 psig being shown on the pressure gauge.

The voltage on the Yellow Pod batteries was measured at the end of sequence testing. The results are detailed in Table 14.

**Table 14  Yellow Pod Voltages - Post Sequence Testing**

| Battery | (Volts) |
|---------|---------|
| SEM A (9V) | 8.5 |
| SEM B (9V) | 8.1 |
| Solenoid/Transducer (27V) | 27.2 |

The analog channel values for AMF/Deadman Arm were checked for both SEM A and SEM B of the Blue and Yellow Pods at the end of sequence testing.  Blue Pod SEM A showed an analog value of 15. Blue Pod SEM B showed an analog value of 918. SEM A and SEM B for the Yellow Pod were both greater than 900.

### 6.1.13.2  Post AMF/Deadman of Yellow Pod Solenoid 103

The most probable reason why the original Solenoid 103Y worked during two out of three sequence tests and failed during individual component testing was identified as being related to whether or not both solenoid coils energize simultaneously (sequence test) versus individually (component test). Energizing both coils simultaneously creates a greater coil armature force versus a single coil energizing. To validate this theory, additional testing was performed on the original Solenoid 103Y. The Yellow Pod was connected to the Laptop/PETU (designated PETU B) originally connected to the Blue

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

Pod, that was capable of activating SEM A and SEM B simultaneously. Pod pilot supply pressure of 3,000 psig was delivered to the Yellow Pod. The command to energize Solenoid 103Y was given via the Laptop/PETU with both SEM A and SEM B selected. A maximum pressure of 3,000 psig was observed on the pressure gauge.

After confirming the solenoid activated with both SEMs selected, the solenoid was tested with SEM A and SEM B selected individually. In both test conditions, the solenoid activated and 3,000 psig was observed on the pressure gauge.

PETU B connected to the Yellow Pod was replaced with the original Laptop/PETU (designated PETU Y) which was connected to the Yellow Pod during the AMF/Deadman testing. The command to energize Solenoid 103Y was given via PETU Y through SEM A. The solenoid activated and a maximum pressure of 3,000 psig was observed on the pressure gauge. SEM B was selected via PETU Y and the test was repeated. The solenoid did not activate as confirmed by 0 psig on the pressure gauge. This test was repeated two more times with SEM B. The command was given to de-energize Solenoid 103Y between each test. For both additional tests, the solenoid did not activate. SEM A was selected via PETU Y and the test was repeated. The solenoid did not activate as confirmed by 0-psig on the pressure gauge.

PETU Y connected to the Yellow Pod was replaced with PETU B.  The command to energize Solenoid 103Y was given via PETU B through SEM A. The solenoid activated and a maximum pressure of 3,000 psig was observed on the pressure gauge. SEM B was selected via PETU B and the test was repeated. The solenoid activated as confirmed by 3,000-psig on the pressure gauge.

The pie end connector of the plug connecting Solenoid 103Y to the Yellow Pod was disconnected to measure the voltage delivered from the two PETUs (Y and B) to Solenoid 103Y via SEM A and SEM B. An approximate 4-foot jumper cable was connected to the pie receptacle to facilitate measurement of the voltage. The voltage was measured in both the energized and de-energized condition. The results of the voltage testing showed there was no appreciable difference in the voltage delivered to Solenoid 103Y by the two (see Table 15 for detailed results).

**Table 15  Voltage Testing - Solenoid 103**

| | SEM A | | | SEM B | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | Energized | | | Energized | |
| PETU | De-energized | Steady | Peak | De-energized | Steady | Peak |
| Y | 9.0 | 15.0 | 25.6 | 13.3 | 17.5 | 25.7 |
| B | 9.3 | 15.0 | 25.6 | 13.3 | 17.5 | 25.7 |

The Yellow Pod was reconnected to PETU B. Pod Pilot Supply pressure of 3,000 psig was delivered to the Yellow Pod. The command to energize Solenoid 103Y was given via



DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK

PETU B first with SEM A selected, second with SEM B selected, and third with SEM A and SEM B selected. Solenoid 103Y activated under each test condition, as confirmed by 3,000 psig observed on the pressure gauge.

### 6.1.13.3   Blue and Yellow Pod Autoshear Function Testing

The Autoshear Arm function was tested on both pods to verify that Solenoid 121 activates and allows hydraulic fluid to be supplied to the Autoshear Arm shuttle valve. Pod Pilot Supply pressure was delivered to each pod. The Pod Pilot Supply pressure was set to approximately 3,000 psig. This was confirmed via the Laptop/PETU as well as the pressure gauge connected to the hydraulic line used to supply the hydraulic fluid. The Autoshear Arm command, to activate Solenoid 121, was sent via the Laptop/PETU. Activation of the solenoid was confirmed by monitoring the pressure gauge connected to the ¼-inch flexible hose Swagelok connections just above the BOP Stack Junction Plate on each pod. A maximum of 2,950 psig was observed on the pressure gauge connected to the Yellow Pod. A maximum pressure of 2,700 psig was observed on the pressure gauge connected to the Blue Pod. The Blue and Yellow Pod Autoshear Arm solenoids (Solenoid 121) functioned as intended.

## 6.2     Materials Evaluation and Damage Assessment

Materials evaluation and damage assessment procedures followed protocols provided in:

- Forensic Testing Plan [October 22, 2010], Sections 5.13 - Materials Testing and Damage Evaluation and 5.14 - Cataloging and Examination of Recovered Evidence.
- Protocol for Metallurgical Examination and Testing of Drill Pipe [February 3, 2011]
- Test Procedure - Fractured/Sheared Recovered Drill Pipe Ends [February 21, 2011] Visual Examination of Blowout Preventer Ram Blocks

Visual assessment included photographic documentation, dimensional measurements, documentation of cleaning, and collection of any additional evidence from the ram blocks both as part of their removal and during cleaning. Samples of viscous materials cleaned from the ram blocks were collected and placed into evidence along with other solid evidence collected off of the ram blocks. Table 16 is a summary of the Federal Bureau of Investigation's (FBI) Evidence Recovery Team (ERT) Item Identifications that were used to label the rams. The location and date of recovery are indicated in the table.

**Table 16  Evidence Item Numbers for Blocks Recovered from BOP**

| Item ID | Description | Location of Recovery | Find Date |
|---------|-------------|----------------------|-----------|
| 57 | Port BSR | BOP | 12/2/2010 |
| 68 | Starboard BSR | BOP | 12/3/2010 |
| 84 | Port CSR | BOP | 12/7/2010 |
| 104 | Starboard CSR | BOP | 12/9/2010 |
| 111 | Port Upper VBR | BOP | 12/10/2010 |

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK   DNV

| Item ID | Description | Location of Recovery | Find Date |
|---------|-------------|---------------------|-----------|
| 112 | Starboard Upper VBR | BOP | 12/10/2010 |
| 139 | Port Middle VBR | BOP | 12/15/2010 |
| 140 | Starboard Middle VBR | BOP | 12/15/2010 |
| 158 | Starboard Lower VBR | BOP | 12/17/2010 |
| 159 | Port Lower VBR | BOP | 12/17/2010 |

### 6.2.1.1   Blind Shear Ram Blocks

The Blind Shear Ram Blocks (BSRs) in the as-recovered condition are shown in Figure 8 and Figure 9. Figure 10 and Figure 11 show the blocks following collection of viscous materials and any solid materials/objects and cleaning.



a. Bottom View          b. Top View




c. Top View          d. Top Choke Side View

Kill                    Choke

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK



**e. Kill Side View**        **f. Choke Side View**
**Figure 8  Starboard Side (Upper) BSR As-Recovered Condition**



**a. Top View - Choke Side**        **b. Top View - Kill Side**

**c. Detail of Cutting Blade**

**Figure 9  Port Side (Lower) BSR As-Recovered Condition**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report




MANAGING RISK



**a. Bottom view**       **b. Front view**




**c. Front View – Choke Side**       **d. Kill Side View**

**Figure 10  Starboard Side (Upper) BSR Following Cleaning**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report




MANAGING RISK



**a. Choke Side View**

DET NORSKE VERITAS

United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report





Kill

**b. Bottom View**

**Figure 11  Port Side (Lower) BSR Following Cleaning**

After the ram blocks had been moved to ground level and prior to cleaning, indications of metal-to-metal contact between the two ram block faces were observed. Material was missing from both the starboard and port side BSRs due to erosion. The elastomer of side packers was totally missing and metallic components partially eroded. The elastomeric blade seal on the upper (starboard) ram block was missing except for approximately an inch of material pressed down beneath the metallic packer components which were also eroded. The skid pads on the bottom of the rams appeared to be slightly worn. The skid pad on the bottom of the kill side of starboard BSR was missing; however, the screws used for holding the pad in place were intact. The rubber insert on the top of the rams was slightly worn. Foreign material, which appears to be "junk shot" from the intervention effort, was found on both rams.

### 6.2.1.2   Casing Shear Ram Blocks

The Casing Shear Ram Blocks (CSRs) in the as-recovered condition are shown in Figure 12 and Figure 13. Figure 14 and Figure 15 show the CSRs following collection of viscous and any solid materials/objects and cleaning.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK



**a. Top View**                              **b. Bottom View**



**c. Front View - Cutting Blade**

**Figure 12  Starboard Side (Lower) CSR As-Recovered Condition**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK 

**a. Bottom View**          **b. Expanded Bottom View**

**c. Top View**          **d. Top View of Blade**

**e. Bottom View of Blade**     **f. Expanded Bottom View of Blade**

**Figure 13  Port Side (Upper) CSR As-Recovered Condition**

**DET NORSKE VERITAS**
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report





**(a) Top View**          **(b) Bottom View**



**(c) Expanded Top View**

**Figure 14  Starboard Side (Lower) CSR Following Cleaning**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

 

**(a) Bottom View**          **(b) Top View**

**(c) Expanded Bottom View**

**Figure 15  Port Side (Upper) CSR Following Cleaning**

Erosion was present on both the starboard and port side ram blocks. The worn area on the port or upper block was approximately 6 inches by 8 inches in length. The shape and size of the erosion pattern is similar to the shape of the top end of Drill Pipe segment 148. The erosion on the top surface of the starboard or lower block indicated a flow path through the blades. Erosion patterns were also evident on the back surface of the starboard block.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



These erosion markings indicate an additional flow path around the backside of the blocks (see Figure 14 (b)).

### 6.2.1.3   Upper Variable Bore Ram Blocks

The Upper Variable Bore Ram Blocks (VBRs) in the as-recovered condition are shown in Figure 16 and Figure 17. Figure 18 and Figure 20 show the Upper VBRs following collection of viscous materials and any solid materials/objects and cleaning. Figure 19 and Figure 21 show the segments from the starboard and port side upper VBR, respectively. All segments were eroded to some degree.

**(a) Top View**                    **(b) Bottom View**

**(c) View of Segments**

**Figure 16  Starboard Side Upper VBR in the As-Recovered Condition**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK 



(a) Top View

(b) Bottom View

(c) View of Segments

**Figure 17   Port Side Upper VBR in the As Recovered Condition**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK





**(a) Top View**                      **(b) Bottom View**

**(c) Front View of Segment Cavity (Some Segments Removed)**

**Figure 18  Starboard Side Upper VBR Following Cleaning (Segments Removed)**



**Choke** ⟶ **Kill**

**Figure 19  Starboard Segments from Upper VBRs Following Cleaning.**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK



(a) Top View                          (b) Bottom View



(c) Front View of Segment Cavity (Some Segments Removed)

**Figure 20  Port Side Upper VBR Following Cleaning**



**Figure 21  Port Segments from Upper VBRs Following Cleaning. (Segment 1
Remained in Ram)**



Both the starboard and port side upper VBR blocks exhibited erosion on the block surfaces and the segments. The erosion on the blocks occurred predominantly in the portion of the ram packer cavity where the segments fit and on the front block face directly above and below the segments. The elastomer on the side packers was approximately 60% missing on the starboard side VBR block and 25% missing on the port side VBR block. All of the elastomer associated with the segments was missing.

### 6.2.1.4   Middle Variable Bore Ram Blocks

The Middle Variable Bore Ram Blocks (VBRs) in the as-recovered condition are shown in Figure 22 and Figure 23. Figure 24 and Figure 26 show the Middle VBRs following collection of viscous materials and any solid materials/objects and cleaning. Figure 25and Figure 27 show the segments from the starboard and port side upper VBR, respectively.



**(a) Top View**                              **(b) Bottom View**

**(c) View of Segments**

**Figure 22   Starboard Side Middle VBR As-Recovered Condition**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK



**(a) Top View**

**(b) Bottom View**

**(c) View of Segments**

**Figure 23   Port Side Middle VBR As-Recovered Condition**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report





**(a) Top View**          **(b) Bottom View**



**(c) Front View of Segment Cavity (Segments Removed)**

**Figure 24  Starboard Side Middle VBR Following Cleaning**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

Kill ← Choke



**Figure 25  Starboard Segments from the Middle VBRs Following Cleaning**



(a) Top View                    (b) Bottom View

(c) Front View of Segment Cavity (Segments Removed)

**Figure 26  Port Side Middle VBR Following Cleaning**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



**Choke** ➤ **Kill**



**Figure 27  Port Segments from the Upper VBRs Following Cleaning**

Both the starboard and port side middle VBR blocks exhibited erosion on the block surfaces and the segments. The erosion on the blocks occurred predominantly in the portion of the ram packer cavity where the segments fit and on the front block face directly above and below the segments. The degree of erosion on the block face was less than on the upper VBR block. The elastomer on the side packers was approximately 90% missing on the starboard side VBR and 75% missing on the port side VBR. All of the elastomer associated with the segments was missing. The skid pad from the port block kill side is missing. The screws holding the pad in place appear to have been sheared.

### 6.2.1.5   Lower Variable Bore Ram Blocks

The Lower Variable Bore Ram Blocks (VBRs) in the as-recovered condition are shown in Figure 28 and Figure 29. Figure 30 and Figure 32 show the Lower VBRs following collection of viscous materials and any solid materials/objects and cleaning. Only one segment was still present in the starboard ram block (Kill side).

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report





**(a) Bottom View**                    **(b) Top View**



**(c) Front View (Segment Cavity)**

**Figure 28  Starboard Side Lower VBR in the As-Recovered Condition**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

**(a) Bottom View**    **(b) Top View**

**(c) Front View (Segment Cavity)**

**Figure 29  Port Side Lower VBR in the As-Recovered Condition**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK





**(a) Top View**  **(b) Bottom View**



**(c) Front View (Segment Cavity)**

**Figure 30  Starboard Side Lower VBR Following Cleaning**



**Figure 31  Starboard Segment from the Lower VBR Following Cleaning**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK



(a) Top View                    (b) Bottom View

(c) Front View (Segment Cavity)

**Figure 32   Port Side Lower VBR Following Cleaning**

Both the starboard and port side lower VBR blocks exhibited erosion on the block
surfaces. The erosion on the blocks occurred predominantly in the portion of the ram
packer cavity where the segments fit and on the front block face directly above and below
the segments. All segments were missing except one segment in the starboard side lower
VBR block.. The elastomer on the side packers was approximately 10% missing on both
the starboard side and port side middle VBR blocks. All of the elastomer associated with
the segments was missing.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

## 6.2.2    Three Dimensional Laser Scanning of Ram Blocks

Three dimensional laser scanning provided a means of characterizing surfaces in a quantitative manner and permitted ease of orientation of complex surfaces. Figure 33and Figure 34 show that significant erosion occurred on the upper and lower BSR blocks. In order to quantify the erosion damage to the BSR blocks, the laser scan models were compared with generic CAD models depicting the unworn nominal geometry for the upper and lower BSR blocks. A contour surface plot of the deviation between the recovered blocks and the CAD model was developed.

Figure 33 (b) and (c) show an overlay comparison for the upper BSR block with the laser scan model of the recovered BSR block shown as a deviation plot while the CAD model is overlaid as translucent and outlined. The blue color indicates material loss. Yellow indicates no material loss. Red indicates a positive deviation related to variations in recovered ram blocks associated with tolerances for the nominal geometry of the generic CAD model. There was more damage to the kill side of the upper BSR block than the choke side (Figure 33 (b) compared to (c)). The elastomer on the side packers was completely missing and much of the metallic side packer components was eroded away.



**(a) Laser Scans of Upper BSR Block**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK



**(b) Deviation Plot - Kill Side View**        **(c) Deviation Plot - Choke Side View**

**Figure 33   Three-Dimensional Laser Scan of Starboard-Side (Upper) BSR Block**



**(a) Laser Scan of Lower BSR Block**

DET NORSKE VERITAS

United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report





**(c) Bottom View – Kill Side**          **(d) Top View – Choke Side**

**Figure 34   Three-Dimensional Laser Scan of Port-Side (Lower) BSR Block**

Figure 34 shows that erosion occurred on both the top and bottom surfaces of the lower
BSR blade. This erosion was particularly deep on the bottom surface on the kill-side of
the blade (Figure 34 (b)) and on the top surface on the choke-side on the blade
(Figure 34 (c)).

Figure 35 shows the upper and lower BSR blocks in the fully closed position. Based on
the visual examination performed on site following recovery, the upper and lower BSR
blocks exhibited metal-to-metal contact in multiple locations. As previously noted, the
elastomer on the side packers and rear seals was missing allowing the metal-to-metal
contact observed.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK



**(a) Opaque**

**(b) Translucent**

**Figure 35  Three-Dimensional Laser Scan of BSRs Placed Together in the Closed Position**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report





**Figure 36  Three-Dimensional Laser Scan of Starboard-Side (Lower) CSR**



**Figure 37  Three-Dimensional Laser Scan of Port-Side (Upper) CSR**

Figure 36 and Figure 37 show the erosion on the CSRs. Significant erosion is observed on the bottom face of the upper CSR block (Figure 37). There is additional erosion on the top face of the Lower CSR (Figure 36) indicating the flow path out of the pipe impinging on the bottom face of the Upper CSR, flowing between the blades, and out across the top face of the Lower CSR. The CSR is not designed to seal (no side packers or seals for the blades) and there are relatively large gaps for fluid flow around the blades, ram cavities, and wellbore region of the CSR. Because there are not significant restrictions to fluid

DET NORSKE VERITAS

United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

flow, the total amount of erosion damage on the CSR is relatively small compared to the BSR.

## 6.2.3  Visual Examination of Drill Pipe

### 6.2.3.1  Location of Recovered Drill Pipe

Drill pipe was recovered from the LMRP, BOP, and Riser. Table 17 gives the length and description of the drill pipe segments recovered. Figure 38 shows a schematic diagram depicting the locations within the BOP stack and Riser from which the drill pipe segments were recovered.

**Table 17  Evidence Item Numbers for Recovered Drill Pipe**

| Item No. | Length (inch) | Description of Segments of Drill Pipe |
|---|---|---|
| 1-A-1 | 551.16 | Recovered from the Riser at the USCG evidence yard above the kink. |
| 39 | 137.25 | Recovered from the LMRP at the Michoud Facility with the top end protruding ~6-inches above the UA |
| 1-B-1 | 111.72 | Recovered from the Riser at the USCG evidence yard above the kink (includes tool joint). |
| 1-B-2 | 30.48 | Recovered from the Riser at the USCG evidence yard between the kink and the intervention shear. |
| 84 | 7.50 | Recovered from the LMRP on the Q-4000 resting on top of the UA |
| 83 | 111.60 | Recovered from the LMRP on the Q-4000 inside the flex joint with the bottom end resting on the UA |
| 94 | 42.00 | Recovered from the BOP at the Michoud Facility between the BSR and CSR |
| 148 | 142.25 | Recovered from the BOP at the Michoud Facility between the CSR and Lower VBR |

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

 
MANAGING RISK

| Item | Length | Drill Pipe Section |
|------|--------|-------------------|
| 1-A-1 | 45.93 ft | |
| 1-B-1 | 9.31 ft | |
| 1-B-2 | 2.54 ft | |
| 84 | 0.63 ft | |
| 83 | 9.30 ft | |
| 39 | 11.44 ft | |
| 94 | 3.50 ft | |
| 148 | 11.85 ft | |

**Figure 38  Schematic Diagram of Positions from which Drill Pipe was Recovered**



MANAGING RISK

### 6.2.3.2   Examination of the Drill Pipe

Figure 40 to Figure 54 show the individual drill pipe segments removed from the BOP, LMRP, and Riser. Figure 39 and Figure 40 show drill pipe segment 148 that was recovered from between the CSR and the Lower VBR. The top end exhibited a sheared surface representative of a CSR cut. The bottom end had significant erosion. The erosion is the most likely explanation for the separation of this segment from the rest of the drill pipe downhole. Significant erosion was also observed at areas where the segments of the Upper and Middle VBRs contact the drill pipe.



(a) Top End (148-A)                 (b) Bottom End (148-X)

(c) Erosion at Upper VBR          (d) Erosion at Middle VBR

**Figure 39  Photograph of Drill Pipe 148**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report





**(a) Top end (148-A)**



**(b) Bottom end (148-X)**



**(c) Erosion at the Upper VBR**

**DET NORSKE VERITAS**
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK



**(d) Erosion at the Middle VBR**
**Figure 40  Three-Dimensional Laser Scan of Drill Pipe Segment 148**

Figure 41 and Figure 42 show drill pipe segment 94 that was recovered from between the BSR and the CSR. The bottom end exhibits a sheared surface representative of a CSR cut and the top end has a surface that appears to be sheared (see a and b). One of the sides of the downstream end has a portion missing (see Figure 41 a [left side] and b [right side]).



**(a) Drill Pipe Segment 94**





**(b) Top end (94-B)**                    **(c) Bottom end (94-A)**

**Figure 41  Photograph of Drill Pipe Segment 94**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK



**(a) Top end (94-B)**



**(b) Bottom end (94-A)**
**Figure 42  Three-Dimensional Laser Scan of Drill Pipe Segment 94**

Figure 43 and Figure 44 show drill pipe segment 83 that was recovered from the wellbore of the Flex Joint and was resting on the UA. The bottom end is significantly deformed and approximately 1 inch of the end of the pipe is curled into the inside of the drill pipe with a flattened appearance on the end. The top end was cut (sawed) through for approximately 80 percent of the circumference and fractured the remainder.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK



**(a) Drill Pipe Segment 83**



**(b) Top end (83-C)**          **(c) Bottom end (83-B)**

**Figure 43  Photograph of Drill Pipe Segment 83**



**(a) Top end (83-C)**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK



**(b) Bottom end (83-B)**

**Figure 44  Three-Dimensional Laser Scan of Drill Pipe Segment 83**

Figure 45 and Figure 46 show drill pipe segment 84 that was recovered from the top of the Upper Annular. Drill Pipe 84 had a saw cut on the bottom end (approximately 80% of circumference with the remaining exhibiting a fractured surface) and a shear cut on the top end.



**(a) Top end (84-D)**



**(b) Bottom end (84-C)**
**Figure 45  Photograph of Drill Pipe Segment 84**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK



**(a) Top end (84-D)**



**(b) Bottom end (84-C)**
**Figure 46  Three-Dimensional Laser Scan of Drill Pipe Segment 84**

Figure 47 and Figure 48 show drill pipe segment 1-B-2 that was recovered from the Riser. Drill pipe segment 1-B-2 was recovered from below the kink in the Riser. The top end became separated from drill pipe segment 1-B-1 during removal from the Riser. The bottom end was an intervention shear cut.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK



**(a) Drill Pipe Segment 1-B-2**                    **(b) Bottom end (1-B-2-D)**
**Figure 47  Photograph of Drill Pipe Segment 1-B-2**



**(a) Top end (1-B-2-D2)**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report





**(b) Bottom end (1-B-2-D)**
**Figure 48  Three-Dimensional Laser Scan of Drill Pipe Segment 1-B-2**

Figure 49 and Figure 50 show drill pipe segment 1-B-1 that was recovered from the Riser. Drill pipe segment 1-B-1 was above the kink in the Riser and became separated from drill pipe segment 1-B-2 during removal. The bottom end of drill pipe segment 1-B-1 became separated from drill pipe segment 1-B-2 at the kink in the Riser. The top end was severely eroded with a fracture surface of approximately 30% of the circumference. The remainder of the circumference was too eroded to see the fracture surface.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK



**(a) Drill Pipe Segments 1-B-1 and 1-B-2**



**(b) Bottom End (1-B-1-D2)**          **(c) Top End (1-B-1-E)**
**Figure 49  Photograph of Drill Pipe Segment 1-B-1**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report





**(a) Top end (1-B-1-E)**

**(b) Bottom end (1-B-1-D2)**
**Figure 50  Three-Dimensional Laser Scan of Drill Pipe Segment 1-B-1**

Figure 51 and Figure 52 show drill pipe segment 39 that was recovered from within the
LMRP with a small portion above the UA. This segment of drill pipe had a curvature in
its length. The top end was a shear cut and the bottom end was significantly deformed.
The bottom end had approximately 1 inch of the end of the pipe curled into the inside of
the drill pipe.

DET NORSKE VERITAS

United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report




MANAGING RISK



**(a) Drill Pipe Segment 39**      **(b) Top End (39-E)**      **(c) Bottom End (39-F)**

**Figure 51   Photograph of Drill Pipe Segment 39**



**(a) Top End (39-F)**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK



**(b) Bottom end (39-E)**
**Figure 52  Three-Dimensional Laser Scan of Drill Pipe Segment 39**

Figure 53 and Figure 54 show drill pipe segment 1-A-1 recovered from within the Riser.
The bottom end of drill pipe segment 1-A-1 was an intervention shear cut and the top end
was a shear cut that was made at the time of retrieval of this portion of the Riser from the
sea floor. Drill Pipe 1-A-1 includes a tool joint towards the top end.



**(a) Drill Pipe Segment 1-A-1**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK



**(b) Tool joint**                     **(c) Bottom end (1-A-1-F)**
**Figure 53  Photograph of Drill Pipe Segment 1-A-1**



**Figure 54  Three-Dimensional Laser Scan of Drill Pipe Segment 1-A-1-F**

## 6.2.4    Matching Drill Pipe Segments

The ends of the recovered drill pipe segments were labeled U/S for bottom end and D/S for top end. Matching of drill pipe segment ends was initially performed by comparing locations recovered, surface end features and dimensions of pipe segments. The final analysis (presented below) provided the drill pipe end matching given in Table 18. Figure 55 (a) shows the drill pipe segments positioned in the BOP Stack based on this matching sequence.

**Table 18  Detail for the Matching of the Drill Pipe Segment Ends**

| Top End | Bottom End | Method of Separation |
|---------|------------|----------------------|
| 39-F | 1-A-1-F | Intervention Shear Cut of Riser above BOP |
| 1-B-1-E | 39-E | Separated at top of Upper Annular (tensile failure) |
| 1-B-2-D2 | 1-B-1-E2 | Separated at Kink in Riser during removal  process at Michoud Facility |
| 84-D | 1-B-2-D | Intervention Shear Cut of Riser above BOP |
| 83-C | 84-C | Intervention Saw Cut of Riser above BOP |
| 94-B | 83-B | BSR Operation |
| 148-A | 94-A | CSR Operation |

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK 



**Figure 55  Schematic Diagram of Sequence of Drill Pipe Segment Movement**
[Note: left to right (a) drill pipe prior to incident, (b) drill pipe following break at point E and point B, and (c) drill pipe following sinking of rig and kink in Riser above BOP stack.]

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

### 6.2.4.1   Matching 148-A to 94-A

The cut at 'A' was postulated to be the CSR cut and the ends 148-A and 94-A were representative of such a cut. Also, 148-A matched closely to 94-A (see Figure 56). Figure 56 also shows the pipe aligned with the CSRs prior to cutting. Figure 57 shows the positions of the drill pipe segment with respect to the CSRs following cutting. The erosion pattern on the bottom surface of the upper CSR block matched the shape of 148-A (Figure 37). Based on this analysis and the fact that the drill pipe segments were recovered with these ends facing toward the CSR, there is a high level of confidence that the cut at 'A' was due to the CSR.



**Figure 56  Three-Dimensional Laser Scan Comparing 148-A and 94-A**



**Figure 57  Three-Dimensional Laser Scan of 148-A and 94-A Following CSR Cutting**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

### 6.2.4.2   Matching 94-B to 83-B

The cut at 'B' is postulated to be the BSR cut and 94-B and 83-B are the matching ends of this cut. 83-B and 94-B are shown in Figure 58 and Figure 59, respectively. 83-B (Figure 58 (b)) was deformed, making matching of surface features to 94-B impossible. Figure 58 (c), (d), and (e)) shows the ends of the pipe curled inwards. The forces required to cause the deformation were probably responsible for the splitting and opening of the side wall of the pipe (Figure 58 (a), (c), and (d)). Erosion was also seen at the edges of the side wall of the pipe (Figure 58 (d)). Prominent at the end of the pipe was a missing "corner" of material (best seen in Figure 58 (a)) adjacent to the "flat" marked with the number 83.



(a)                                    (b)

(c)                                    (d)

(e)

**Figure 58   Photographs of 83-B**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

**(a)**          **(b)**

**(c)**          **(d)**

**(e)**          **(f)**

**Figure 59  Photographs of 94-B**

Figure 59 shows several views of 94-B. There was a prominent "flat" pressed into 94-B (Figure 59 (a), (b), and (c)). There was a missing corner of material as seen in Figure 59 (a), (b), (c), and (d). The erosion seen in the photographs resulted in a through-wall hole (Figure 59 (e)). The overall thinning of the drill pipe wall is seen in Figure 59 (f). In addition, 94-B may be missing a short (1.5 to 2-inch) length which may have been folded over during the BSR cut.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



The common features of 83-B and 94-B are the flat areas that were pressed into their surfaces and the corners missing on one side of each. With 83-B and 94-B facing each other and the flats oriented to the same side, the missing corners match.

Figure 60 shows the laser scans for 83-B and 94-B. Figure 61 shows laser scans of 83-B and 94-B matched against the upper BSR block. The flats pressed into 83-B and 94-B matched against the kill side front face of the upper BSR block. The common features noted above for 83-B and 94-B and the matching to the upper BSR block provide a high level of confidence that 83-B and 94-B were the cut ends from the BSR.



**Figure 60  Laser Scans of 94-B and 83-B**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report







**Figure 61  Laser Scans of 94-B and 83-B Matched Against the Upper BSR Block**

### 6.2.4.3    Matching 83-C to 84-C

The cut at 'C' is postulated to be the intervention diamond blade saw cut of Riser above
the BOP Stack. 83-C and 84-C were the matching ends of this cut (see Figure 62). Based
on visual examination there is a high level of confidence that the cut at 'C' was due to the
intervention diamond saw cut.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report


MANAGING RISK



**Figure 62  Laser Scans of 83-C and 84-C**

#### 6.2.4.4    Matching 84-D to 1-B-2-D

The cut at 'D' is postulated to be the intervention shear cut of Riser above the BOP Stack. 84-D and 1-B-2-D are the matching ends of this cut (see Figure 63). Based on this visual examination there is a high level of confidence that the cut at 'D' was due to the intervention shear cut.



**Figure 63  Laser Scans of 84-D and 1-B-2-D**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

### 6.2.4.5    Matching 1-B-2-D2 to 1-B-1-D2

The separation of drill pipe segment 1-B (resulting in 1-B-2 and 1-B-1) occurred at the kink in the Riser during the removal of the drill pipe segment from the Riser at the Michoud facility. Figure 64 shows the laser scans of these matching surfaces.



**Figure 64  Laser Scans of 1-B-2-D2 and 1-B-1-D2**

### 6.2.4.6    Matching 1-B-1-E to 39-E

The separation at 'E' is postulated to be a drill pipe tensile failure. 1-B-1-E and 39-E are matching ends of this failure. This failure of the drill pipe is postulated to have occurred in the top element of the UA (see location in Figure 55 (a)). 1-B-1-E and 39-E are shown in Figure 65 and Figure 68, respectively. The end of 39-E was deformed and the end of 1-B-1-E was eroded, making matching of surface features of the pipe ends difficult.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK



**(a)**          **(b)**

**(c)**          **(d)**

**Figure 65  Photographs of 1-B-1-E**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

**Figure 66  Photographs of 39-E**

1-B-1-E was characterized by erosion that removed a portion of the drill pipe wall. There was an area of approximately 30% of the circumference (Figure 65 (a)) that exhibited only minor signs of erosion. This area was a fracture surface with a 45 degree shear angle (Figure 65 (c) and (d)). This is typical of a tensile failure of a high strength steel.

Figure 66 shows photographs of 39-E. The pipe end was characterized by deformation and erosion that had a regular spacing of 1 to 1.5 inches. The end of the pipe was curled inwards (Figure 66 (a), (b), and (c)). Figure 66 (c) shows the curled end as viewed from the inside of the pipe. The erosion pattern was along the entire length of the curled ends, indicating that the erosion most likely occurred prior to the deformation. There were



DET NORSKE VERITAS

United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK

portions of the pipe wall that were missing. The flat portion of the end surface opposite of the ruler in Figure 66 (f) was presumed to have been broken off during the deformation event that caused the end to curl inward.

Figure 67 shows 1-B-1-E and 39-E with common features noted, namely a flat area on both surfaces and adjacent erosion feature (groove). Figure 68 shows the laser scan for 1-B-1-E and 39-E with common features aligned. The other and more compelling evidence for these drill pipe ends being matching ends is the overall length between the tool joint in 1-B-1 and the tool joint in 1-A-1. Using drill pipe segment 39 as the missing piece between the two (see Figure 55 (a)), this length is measured as 45.68 feet. This is in good agreement with the length of a joint of drill pipe. This length was determined with features like the curled-in ends of 39-E accounted for in the measurement. In addition, the top portion of 1-B-1 (above the tool joint), segments 39 and 1-A-1 were internally coated. The other recovered drill pipe segments were not internally coated.



**Figure 67  Photograph showing 1-B-1-E and 39-E**

1-B-1-E and 39-E exhibited erosion features with regular spacing of 1 to 1.5 inches. This corresponded to the spacing of the element segment ends (fingers) in the UA element as shown in Figure 69. The erosion on 1-B-1-E and 39-E was due to their position at the top end of the UA element. Based on the above discussion, there is a high level of confidence that 1-B-1-E and 39-E were matching ends.

Erosion that occurred prior to tensile failure likely decreased the tensile strength of the drill pipe at this location. 1-B-1-E is postulated to have remained in the UA element while drill pipe segment 39 was free to move out of the primary flow path following tensile failure. Based on the above discussion, the majority of the erosion on 39-E is believed to have occurred prior to tensile failure of the drill pipe.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK



**Figure 68  Laser Scans of 1-B-1-E and 39-E**



(a)

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK



**(b)**

**(c)**            **(d)**

**Figure 69  Photographs of the Upper Annular Preventer**

#### 6.2.4.7    Matching 39-F to 1-A-1-F

The cut at 'F' is postulated to be the intervention shear cut of the Riser above the BOP
Stack. 39-F and 1-A-1-F are the matching ends of this cut (see Figure 70). Based on
visual examination, there is a high level of confidence that the cut at 'F' was due to the
intervention shear cut.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK



**Figure 70  Laser Scans of 39-F and 1-A-1-F**

## 6.2.5    Damage on Drill Pipe Segment in Variable Bore Rams

Drill pipe segment 148 was recovered from between the CSR and Lower VBR. The top end of drill pipe segment 148 (148-A) was cut by the CSR (Figure 56). Drill pipe segment 148 passed through the Upper and Middle VBRs and ended at the Lower VBR. Figure 72 shows the Upper VBR matched to segment 148. The two rings of erosion (see Figure 40 (c)) on segment 148 match to the packer segments in the Upper VBR. Figure 73 shows a similar match for the erosion on segment 148 (Figure 40 (d)) and the packer segments of the Middle VBR.



**Figure 71  Laser Scans of Drill Pipe Segment 148 passing through the Upper and Middle VBRs**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK



**Figure 72  Laser Scan of the Upper VBR matched to Drill Pipe Segment 148**



**Figure 73  Laser Scan of the Middle VBR matched to Drill Pipe Segment 148**

### 6.2.6   Damage to the Wellbore

During inspections of the wellbore, erosion damage was noted at the edges surrounding the BSR cavity. Although other areas of the wellbore exhibited some erosion damage, the most significant damage was associated with the BSR. Laser scanning was performed in this region to assess the erosion damage. The nominal wellbore geometry was modeled based on measurements of the undamaged locations of the scan models, and verified with known dimensions where possible. Figure 74 shows the laser scans for the upper and lower BSR blocks and the wellbore cavity. The damage in the wellbore was located in the area where the blocks meet (center of the wellbore). Figure 75 shows the overlay comparison for the wellbore surrounding the BSR cavity. The post damage scan model is given in green, while the nominal geometry is overlaid as translucent and outlined. Note

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



that the laser scanner was unable to capture all of the surface details due to line-of-sight and access limitations within the wellbore. The erosion damage was much greater on the kill side of the wellbore than the choke side.



**Figure 74  Laser Scan Showing Overhead View of BSR and Wellbore**



**(a) Front View**                     **(b) Side View**

**(c) Isometric View**

**Figure 75  Laser Scan of Wellbore Damage**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

 

A comparative deviation plot for the wellbore damage is given in Figure 76 and Figure 77. Red indicates maximum material loss with an erosion depth of 2.75 inches on the kill side, and approximately 2.2 inches on the choke side. The kill side erosion channel extended approximately 9.5 inches up the wellbore from the BSR cavity, while the erosion damage on the choke side was limited to the first 4 inches above the BSR cavity.



**Figure 76  Laser Scan Deviation Plot of the Wellbore on the Kill Side of the BSR**



**Figure 77  Laser Scan Deviation Plot of the Wellbore on the Choke Side of the BSR**

## 6.2.7   Other Evidence Assessment

Appendix D is a list of all evidence. The numbering system is sequentially based on the discovery of the evidence and is based on the FBI ERT protocol. Additional evidence was recovered from viscous material and debris samples collected from the rams, within the ram cavities, and within the wellbore. This evidence was cleaned and photographed

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

according to protocol from the Forensic Testing Plan Protocol Section 5.14 (Appendix A).

Evidence retrieved from ram cavities and the wellbore was typically material from the well intervention effort, rubber, and metallic pieces. Figure 78 to Figure 81 show examples of retrieved evidence. Various quantities of well intervention material and other debris were discovered in all cavities and at different locations within the wellbore.



(a)                                        (b)

**Figure 78  Photograph Illustrating Cementitious Pieces Discovered in Evidence**



(a)                                        (b)

**Figure 79  Photograph Illustrating Metal Discovered in Evidence**



(a)                                        (b)

**Figure 80  Photograph Illustrating Elastomeric Discovered in Evidence**



DET NORSKE VERITAS

United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK



**Figure 81  Photograph Illustrating Polymeric Discovered in Evidence**

## 6.2.8    Metallurgical, Mechanical, Chemical Property Assessment

### 6.2.8.1    Sample Preparation and Measurements

Table 19 summarizes the locations on the pipe segments from which test samples were
removed for metallurgical, chemical and mechanical analyses. In total, four 3-inch ring
specimens (Item 1-A-1-Q, Item 1-B-2-Q, Item 94-Q, and Item 148-Q), one 1-inch ring
specimen (Item 1-B-1-Q), and two 21-inch specimens (Item 39-Q and Item 83-Q) were
removed. Figure 82 through Figure 88 are photographs of the removed test samples (Item
1-A-1-Q, Item 1-B-1-Q, Item 1-B-2-Q, Item 39-Q, Item 83-Q, Item 94-Q, and Item 148-
Q, respectively). Markings for flow direction, orientation, and item numbers were
indicated on each test sample.

**Table 19  Location and Identification of Types of Test Samples**

| Item Number | Length (inches) | Samples Removed for Analyses[1] | Distance from Top End of Pipe Segment (inches) |
|---|---|---|---|
| 1-A-1-Q | 3 | M, C | 341.28 to 344.28 |
| 39-Q | 21 | M, C, TC | 59.19 to 81.19 |
| 1-B-2-Q[3] | 3 | M,C | 15.60 to 18.60 |
| 1-B-1-Q | 1 | M | 5.38 to 6.38 [4] |
| 83-Q | 21 | M, C, TC | 41.75 to 63.75 |
| 94-Q | 3 | M,C | 19.25 to 22.25 |
| 94-Q | 3 | M,C | 19.25 to 22.25 |
| 148-Q [2] | 3 | M,C | 114.84 to 117.84 |

(1) M = Metallurgical Samples, C = Chemical Samples, TC = Tensile and Charpy Samples
     (Mechanicals)
(2) Sample taken toward the end, adjacent to debris recovered in the drill pipe.
(3) Sample removed toward the end away from undeformed end.
(4) Measured from the fractured surface, not the eroded area.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK



**Figure 82  Photograph of 1-A-1-Q**



**Figure 83  Photograph of 1-B-1-Q**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK



**Figure 84  Photograph of 1-B-2-Q**



**Figure 85  Photograph 39-Q**

DET NORSKE VERITAS

United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK



**Figure 86  Photograph 83-Q**



**Figure 87  Photograph 94-Q**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK



**Figure 88  Photograph of 148-Q**

The diameter of the bottom (U/S) end of each test sample was measured using Pi Tape (Serial Number 082510143). Measurements were performed in areas that were free of debris and undeformed. Table 20 summarizes the diameter measurements taken at the bottom end of each test sample. All measurements were consistent with 5.5-inch diameter drill pipe. The wall thicknesses were measured using a micrometer at four locations 90° from one another at the bottom end of the test samples. The results of the wall thickness measurements are summarized in Table 21. These values were consistent with 0.361-inch wall thickness drill pipe.

**Table 20  Summary of Diameter Measurements Taken at Bottom End of 1-A-1-Q, 1-B-1-Q, 39-Q, 83-Q, 94-Q, and 148-Q**

| Item ID | Average Diameter Inches | API 5D[5] min* | API 5D[5] max* |
|---------|------------------------|----------------|----------------|
|         |                        | inches | |
| 1-B-2-Q | 5.56 | | |
| 39-Q | 5.56 | | |
| 83-Q | 5.55 | 5.46 | 5.70 |
| 94-Q | 5.56 | | |
| 148-Q | 5.55 | | |

*Wall thickness tolerance was specified as +1/8 (max) and -0.75%D (min) in API 5D (5th Edition, 2001), where D is diameter.

---

[5] API SPEC 5DP Specification for Drill Pipe, 5th Edition, 2001

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

**Table 21  Wall Thickness Measurements Taken at Bottom End of 1-A-1-Q, 1-B-1-Q, 39-Q, 83-Q, 94-Q, 148-Q, and 1-B-2Q**

| Item ID | Wall Thickness on the Upstream End | | | | Average | API 5D[5] |
|---|---|---|---|---|---|---|
| | 0° | 90° | 180° | 270° | | min* |
| | inches | | | | | |
| 1-A-1-Q | 0.401 | 0.404 | 0.408 | 0.377 | 0.398 | |
| 1-B-1-Q** | 0.788 | 0.689 | 0.772 | 0.778 | 0.757 | |
| 39-Q | 0.376 | 0.385 | 0.398 | 0.382 | 0.385 | 0.316 |
| 83-Q | 0.385 | 0.381 | 0.386 | 0.393 | 0.386 | |
| 94-Q | 0.392 | 0.393 | 0.382 | 0.391 | 0.390 | |
| 148-Q | 0.330 | 0.353 | 0.330 | 0.317 | 0.333 | |
| 1-B-2-Q | 0.378 | 0.396 | 0.405 | 0.400 | 0.395 | |

*Wall thickness tolerance was -12.5% in API 5D (5th Edition, 2001).
** Wall thickness was consistent with beginning of tool joint upset.

### 6.2.8.2   Hardness Testing

Prior to metallurgical examination, Rockwell C hardness measurements were performed on the external surfaces of the test samples. Figure 89 is a photograph of 148-Q showing the location of Rockwell C hardness measurements on the external surface. Before testing, the external surface was ground with a metal file. Hardness readings were taken 0.5-inches apart starting 0.5-inches from the bottom edge. Table 22 is a summary of the Rockwell C hardness testing for the specified test samples.



**Figure 89  Photograph of 148-Q Showing the Locations of Rockwell C Hardness Measurements on the External Surface**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

**Table 22  Results for Rockwell C hardness Tests Conducted on the External Surfaces on the Test Samples**

| Item ID | Hardness | | | | | Average | UTS |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | | |
| | HRC | | | | | | ksi |
| 1-A-1 | 27 | 32 | 32 | 30 | 30 | 30 | 138 |
| 1-B-1 | 32 | 28 | 28 | 30 | 28 | 29 | 131 |
| 1-B-2 | 30 | 33 | 29 | 31 | 34 | 31 | 141 |
| 39 | 34 | 33 | 32 | 22 | 35 | 31 | 141 |
| 83 | 35 | 33 | 34 | 31 | 31 | 33 | 149 |
| 94 | 33 | 34 | 34 | 32 | 34 | 33 | 149 |
| 148 | 26 | 32 | 32 | 33 | 31 | 31 | 141 |

Vickers hardness measurements were performed through thickness on the longitudinal cross-sections of selected test samples. Figure 90 is a photograph of 39-Q showing the location of Vickers hardness measurements.

Hardness readings were taken 0.6-mm apart starting 0.5-mm from the external surface proceeding to the internal surface. Table 23 is a summary of the Vickers hardness testing for selected test samples. The corresponding ultimate tensile strength (UTS) values met the criteria specified in API 5D for Grade S135, drill pipe (minimum 145 ksi).



**Figure 90  Photograph of Longitudinal Cross-Section of 39-Q**

**Table 23  Results for Vickers Hardness Tests Conducted Through Thickness on the Longitudinal Cross-Sections (see Figure 90)**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

| Item ID | Hardness (Outside Diameter to Inside Diameter) | | | | | | | | | | Average | UTS | API 5D[5] |
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | | | |
| | HV | | | | | | | | | | | ksi | ksi |
| 1-A-1 | 357 | 366 | 360 | 360 | 354 | 357 | 357 | 357 | 363 | 354 | 359 | 164 | |
| 39 | 327 | 345 | 345 | 354 | 357 | 351 | 348 | 342 | 342 | 339 | 345 | 156 | 145 |
| 83 | 342 | 342 | 342 | 339 | 336 | 339 | 342 | 339 | 345 | 345 | 341 | 154 | |
| 94 | 351 | 354 | 366 | 363 | 363 | 366 | 363 | 360 | 360 | 357 | 360 | 164 | |

Ultimate Tensile Strength (UTS) from Wilson Conversion Chart, 1968

### 6.2.8.3   Metallurgical Examination of Drill Pipe

Table 19 indicates the types of tests that were conducted on each test sample. Figure 91 is a photograph of 39-Q showing the locations for metallurgical, mechanical, and chemical samples. A 1-inch by 1-inch chemical coupon was removed from the upper most location on the test sample. A 1-inch by 2-inch longitudinal metallurgical coupon was removed from a location directly counter clockwise from the chemical coupon. A full ring for the transverse metallurgical coupon was located directly below the longitudinal coupon. Mechanical coupons were machined from the remaining test sample. Coupons for metallurgical, mechanical, and chemical analyses were removed from 83-Q in the same manner.



**Figure 91  Photograph of 39-Q Showing the Locations for Metallurgical, Mechanical, and Chemical Coupons**

Figure 92 is a photograph of 148-Q showing the locations for metallurgical and chemical coupons. The longitudinal metallurgical coupon, the transverse metallurgical coupon, and

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

the chemical coupons were removed in the same manner from 1-A-1-Q, 1-B-2-Q, and 94-Q.



**Figure 92  Photograph of 148-Q Showing the Locations for Metallurgical and Chemical Coupons**

Figure 83 is a photograph of 1-B-1-Q that was prepared for metallurgical analyses. Only a transverse metallurgical coupon from the top end of the test sample was prepared for examination. With the exception of 1-B-1-Q, the bottom face of all other 1-inch ring transverse metallurgical coupons was polished and etched.

Figure 93 is a stereo light photograph near the inside diameter surface of 39-Q. The internal surface was coated (see yellow and green layer). The coating thickness was measured to be 8.3 mils (0.21-mm) at the location shown in Figure 93 for 39-Q. 1-A-1-Q and 1-B-1-Q (sample above tool joint) showed a similar coating on the internal surfaces. 1-B-2-Q, 83-Q, 94-Q, and 148-Q did not have an internal coating. The presence of the internal coating is indicative of 39-Q, 1-A-1-Q and 1-B-1-Q (above the tool joint) being from the same drill pipe joint. 1-B-2-Q, 83-Q, 94-Q, and 148-Q are all from a different drill pipe joint. This is consistent with the proposed stacking of the recovered drill pipe segments shown in Figure 55.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report





**Figure 93  Stereo Light Photograph of Longitudinal Cross-Section of 39-Q**

Figure 94 is a light photomicrograph showing the typical microstructure of the pipe steel in the longitudinal orientation for 39-Q. The microstructure of the pipe steel consisted primarily of tempered martensite, which is typical for quenched and tempered drill pipe. Figure 95 is a light photomicrograph showing the typical microstructure of the pipe steel in the transverse orientation of 39-Q. The microstructure of the pipe steel consisted primarily of tempered martensite, which is typical for quenched and tempered drill pipe. 1-A-1-Q had similar microstructures in both the longitudinal and transverse orientation.



DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK



**Figure 94  Light Photomicrograph Showing the Typical Microstructure of the Pipe Steel in the Longitudinal Orientation for 39-Q**



**Figure 95  Light Photomicrograph Showing the Typical Microstructure of the Pipe Steel in the Transverse Orientation for 39-Q**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report




MANAGING RISK

Figure 96 is a light photomicrograph showing the typical microstructure of the pipe steel in the longitudinal orientation for 1-B-1-Q. The microstructure of the pipe steel consisted primarily of tempered martensite and some ferrite grains. The location from which this specimen was removed was located near the friction weld of the drill pipe to the tool joint. The ferrite grains are aligned as shown in Figure 96 (banded structure). The drill pipe wall thickness in this area was 0.69 to 0.79-inch. When compared to the other microstructures, the presence of ferrite could indicate either compositional variations or heat treating and quenching differences due to the increased wall thickness .



**Figure 96  Light Photomicrograph Showing the Typical Microstructure of the Pipe Steel in the Transverse Orientation for 1-B-1-Q**

Figure 97 is a light photomicrograph showing the typical microstructure of the pipe steel in the longitudinal orientation for 83-Q. The microstructure of the pipe steel consisted primarily of tempered martensite, which is typical for quenched and tempered drill pipe. Figure 98 is a light photomicrograph showing the typical microstructure of the pipe steel in the transverse orientation of 83-Q. The microstructure of the pipe steel consisted primarily of tempered martensite, which is typical for quenched and tempered drill pipe. 1-B-2-Q, 94-Q and 148-Q had similar microstructures in both the longitudinal and transverse orientation.

1-A-1-Q and 39-Q were from a drill pipe joint with an internal coating and 1-B-2-Q, 83-Q, 94-Q, and 148-Q were all from a drill pipe joint with no internal coating. Comparing these two groups, there is no discernable difference in metallurgy of the two drill pipe joints.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK



**Figure 97  Light Photomicrograph Showing the Typical Microstructure of the Pipe
Steel in the Longitudinal Orientation for 83-Q**



**Figure 98  Light Photomicrograph Showing the Typical Microstructure of the Pipe
Steel in the Transverse Orientation for 83-Q**



### 6.2.8.4    Mechanical Testing of Drill Pipe

Figure 99 and Figure 100 show the locations from which coupons were removed from 39-Q and 83-Q, respectively, for mechanical testing. Charpy V-notch coupons were removed from the top end of the test sample. Tensile samples were removed from a location approximately 1-inch below the Charpy coupons. In total, four tensile coupons were removed (Coupons A, B, C, and D), but only two coupons were machined and tested. Coupons A and C were located 180° from Coupons B and D.



**Figure 99  Photograph of 39-Q Showing the Locations for Mechanical Coupon Removal**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK



**Figure 100  Photograph of 83-Q Showing the Locations for Mechanical Coupon Removal**

### 6.2.8.4.1  Tensile Tests

The results of the tensile tests for 39-Q are shown in Table 24. The average yield strength (YS) and ultimate tensile strength (UTS) of the test coupons were 124.8 ksi and 160.5 ksi, respectively. The UTS values for Coupons 39-C and 39-D met the specified minimum value in API 5D (minimum 145 ksi). The range for the specified minimum yield strength (SMYS) in API 5D (135 to 165 ksi) was met for Coupon 39-D, but was not met for Coupon 39-C. The YS for Coupon 39-C was likely low because the coupon came from an area that had experienced compressive deformation (i.e., drill pipe segment 39 was bowed and 39-C was from the inside of the bow).

**Table 24  Summary of Tensile Test Data for 39-Q**

| Item ID | Orientation | Diameter | UTS | | 0.7 YS | | Elongation | Reduced Area |
|---------|-------------|----------|-----|-----|--------|-----|------------|--------------|
| | | inches | ksi | MPa | ksi | MPa | % | % |
| 39-C | Longitudinal | 0.349 | 160.5 | 1107 | 110.6 | 763 | 26.0 | 66.8 |
| 39-D | Longitudinal | 0.353 | 160.5 | 1107 | 139 | 958 | 30.7 | 68.5 |
| API 5D[5] | Specification | 0.350 ± 0.007 | | | | | | |
| | min | 0.343 | 145 | 1000 | 135 | 931 | 8.9 | |
| | max | 0.357 | | | 165 | 1138 | | |

The results of the tensile tests for Coupon 83-Q are shown in Table 25. The average yield strength (YS) and ultimate tensile strength (UTS) of the test coupons were 135.3 ksi and 156.8 ksi, respectively. The UTS values for Coupons 83-C and 83-D met the specified