# EXHIBIT "H"



# DET NORSKE VERITAS

Addendum to Final Report
for
# UNITED STATES DEPARTMENT
## OF THE INTERIOR
### BUREAU OF OCEAN ENERGY MANAGEMENT, REGULATION, AND ENFORCEMENT
### WASHINGTON, DC 20240

## FORENSIC EXAMINATION OF DEEPWATER HORIZON BLOWOUT PREVENTER
### CONTRACT AWARD NO. M10PX00335

Report No. EP030842
30 April 2011

The view, opinions, and/or findings contained in this report are those of the author(s) and should not be construed as an official government position, policy or decision, unless so designated by other documentation.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Addendum to Final Report

MANAGING RISK 

Forensic Examination of Deepwater Horizon
Blowout Preventer

For:

United States Department of the Interior
Bureau of Ocean Energy Management, Regulation,
and Enforcement
Washington, DC 20240

Account Ref.:  Award: M10PX00335

DET NORSKE VERITAS (U.S.A.), INC.
Materials & Corrosion Technology Center
5777 Frantz Road
Dublin, OH 43017-1386
United States
Tel:  (614) 761-1214
Fax:  (614) 761-1633
http://www.dnv.com
http://www.dnvcolumbus.com

| Date of Issue: 30 April 2011 | Project No:  EP030842 |
|---|---|
| Prepared by:<br><br>Gary D. Kenney, Ph.D.<br>Lead Investigator | *Signature* |
| Prepared by:<br><br>Bryce A. Levett<br>Principle Investigator | *Signature* |
| Prepared by:<br><br>Neil G. Thompson, Ph.D.<br>Project Manager | *Signature* |
| Verified by:<br><br>Narasi Sridhar, Ph.D.<br>Project Sponsor | *Signature* |
| Verified by:<br><br>Hans Bratfos<br>Director of Technology, Services and Quality | *Signature* |
| Approved by:<br><br>Peter Bjerager, Ph.D.<br>Senior Vice President | *Signature* |

No distribution without permission

© 2011 Det Norske Veritas (U.S.A.), Inc.
All rights reserved.  This publication or parts thereof may not be reproduced or transmitted in any form or by any means, including photocopying or recording, without the prior written consent of Det Norske Veritas (U.S.A.), Inc.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Addendum to Final Report



MANAGING RISK

## TABLE OF CONTENTS

**1 INTRODUCTION**......................................................................................1

**2 REPORT SUPPLEMENTS** ......................................................................2

2.1 Corrections to Text .................................................................................2

2.2 Clarifications Requested by BOEMRE ...................................................5

    2.2.1 Fault Tree Analysis .......................................................................5

    2.2.2 Alternative Theories ......................................................................8

    2.2.3 Cutting (or not) of Upper VBR Hoses Via ROV.......................... 10

    2.2.4 Support for Elastic Buckling Theory Requested by BOEMRE............. 10

2.3 An Update of the Off-Center Drill Pipe Shearing Finite Element Analysis (FEA)
Model .......................................................................................................11

2.4 Revised Figures and Updated Text for DNV Forensic Report starting at Page 156
directly following Figure 133 ..................................................................14

DET NORSKE VERITAS

United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Addendum to Final Report

MANAGING RISK



## List of Figures

Revised Figure 34  Three-Dimensional Laser Scan of Port-Side (Lower) BSR Block.......3

Figure A  Fault Tree for Drill Pipe Off-Center....................................................................6

Figure B  Comparison of the original CAD file compared to the updated CAD file for the Lower BSR block (red) provided on March 31, 2011 ......................................................12

Revised Figure 139  Progression of Off-Center BSR Shear Model - Side View ..............16

Revised Figure 140  Progression of Off-Center BSR Shear Model - Isometric View ......17

Revised Figure 141  Top View Showing Deformation of Drill Pipe Outside of Shearing Blade Surfaces ....................................................................................................................17

Revised Figure 142  Final Deformed Configuration of Shear Cut Showing Strain Concentration at Inner Bend ...............................................................................................19

Revised Figure 143  Final Deformation of the Drill Pipe as Predicted by the Off-Centered Pipe Model; Upper BSR Block Shown on the Right.........................................................19

Revised Figure 144  Comparison of Recovered Drill Pipe Segments and Final Model (Viewed facing the Upper BSR Block) .............................................................................20

Revised Figure 145  Final Model Deformation Compared with Recovered Drill Pipe Laser Scans - 83-B and 94-B .............................................................................................20

Revised Figure 146  Spacing of Upper and Lower BSR Blocks in Partially Closed Position ...............................................................................................................................21

Revised Figure 147  Alignment of Scan Models – 2.8 Inch Standoff Between Blocks....21

Revised Figure 148  BSR CAD Models – 2.8 Inch Standoff Between Blocks .................22

Revised Figure 149  Erosion Damage - BSR Blocks and Wellbore..................................23

D ET N ORSKE V ERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Addendum to Final Report



MANAGING RISK

## List of Abbreviations and Acronyms

| AMF | Automated Mode Function |
|---|---|
| API | American Petroleum Institute |
| BOEMRE | Bureau of Ocean Energy Management, Regulation, and Enforcement |
| BOP | Blowout Preventer |
| BP | BP Exploration & Production Inc. |
| BSR | Blind Shear Ram |
| CAD | Computer Aided Design |
| CSR | Casing Shear Ram |
| DHS | Department of Homeland Security |
| DNV | Det Norske Veritas |
| DOI | Department of the Interior |
| EDS | Emergency Disconnect Sequence |
| EPA | Environmental Protection Agency |
| ERT | Evidence Response Team |
| FAT | Factory Acceptance Test |
| FBI | Federal Bureau of Investigation |
| FEA | Finite Element Analysis |
| HP | High Pressure |
| HPU | Hydraulic Pressure Unit |
| ID | Inside Diameter |
| JIT | Joint Investigation Team |
| LA | Lower Annular |
| LMRP | Lower Marine Riser Package |
| MIC | Microbiologically Influenced Corrosion |
| MMS | Minerals Management Service |
| MODU | Mobile Offshore Drilling Unit |
| MOEX | Mitsui Oil and Exploration Company |
| MUX | Multiplex cables |
| NACE | National Association of Corrosion Engineers |
| NASA | National Aeronautics and Space Administration |
| NPT | National Pipe Thread |
| OD | Outside Diameter |
| PBOF | Pressure Balance of Oil Filled |
| PETU | Portable Electronic Test Unit |
| PSIG | Pounds Per Square Inch Gauge |
| RCB | Rigid Conduit Box cable |
| ROV | Remotely Operated Vehicle |
| SCAT | Systematic Causal Analysis Technique |
| SEM | Subsea Electronic Modules |
| SMYS | Specified Minimum Yield Strength |

D<small>ET</small> N<small>ORSKE</small> V<small>ERITAS</small>
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Addendum to Final Report



MANAGING RISK

| STM | Subsea Transducer Module |
| TWG | Technical Working Group |
| UA | Upper Annular |
| USCG | United States Coast Guard |
| UTS | Ultimate Tensile Strength |
| VBR | Variable Bore Ram |
| YS | Yield Stress |

DET NORSKE VERITAS

United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Addendum to Final Report



# 1   INTRODUCTION

A Joint Investigation Team (JIT) of the Departments of the Interior (DOI) and Homeland Security (DHS) was charged with investigating the explosion, loss of life, and blowout associated with the Deepwater Horizon drilling rig failure. As a part of this overall investigation, Det Norske Veritas (DNV) was retained to undertake a forensic examination, investigation, testing and scientific evaluation of the blowout preventer stack (BOP), its components and associated equipment used by the Deepwater Horizon drilling operation.

Forensic testing was completed on March 4, 2011. A final forensic investigation report titled "Forensic Examination of Deepwater Horizon Blowout Preventer - Volume I Final Report" [Report No. EP030842] was issued on March 20, 2011.

As a follow on to the Final Report, this addendum provides:

- Corrections to text
- Clarifications requested by BOEMRE
  - Fault Tree Analysis
  - Alternative theories
  - Cutting (or not) of Upper VBR hoses via ROV
  - Support for elastic buckling theory
- An update of the off-center drill pipe finite element analysis (FEA) model
- Revised figures and updated text for DNV Forensic Report starting at Page 156 directly following Figure 133

DET NORSKE VERITAS

United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Addendum to Final Report



MANAGING RISK

# 2   REPORT SUPPLEMENTS

## 2.1   Corrections to Text

- Page 2 – Section 1.2 – First Paragraph – Line 1:
  - Substitute "allowing hydrocarbons to reach the Deepwater Horizon"
  - In place of "allowing hydrocarbons to enter the drilling riser and reach the Deepwater Horizon"
- Page 4 – Section 1.4 – Third Paragraph – Line 6:
  - Substitute "A drill pipe tool joint located between the Upper Annular and the Upper VBRs was pushed into the lower portion of the Upper Annular during well control activities or by forces from the well blowout. This created a fixed point at the Upper Annular arresting further upward movement of the drill pipe. The drill pipe was radially constrained but able to move vertically at the Upper VBRs. The most likely scenario is that forces from the blowout of the well induced a buckling condition on the portion of drill pipe between the Upper Annular and Upper VBRs."
  - In place of "A drill pipe tool joint was located between the Upper Annular and the Upper VBRs. With both the Upper Annular and the Upper VBRs closed on the drill pipe, forces from the flow of the well pushed the tool joint into the Upper Annular element. This created a fixed point arresting further upward movement of the drill pipe. The drill pipe was then fixed but able to pivot at the Upper Annular, and horizontally constrained but able to move vertically at the Upper VBRs. Forces from the flow of the well induced a buckling condition on the portion of drill pipe between the Upper Annular and Upper VBRs."
- Page 7 – Section 1.6.6 – First Paragraph – Line 2:
  - Substitute "BOP components"
  - In place of "ROV components"
- Page 23 – Section 5.7 – Third Paragraph – Line 1:
  - Substitute "removed from seven of the recovered drill pipe segments"
  - In place of "removed from each recovered drill pipe segment"
- Page 24 – Section 5.9 – Second Paragraph – Line 1:
  - Substitute "reviewed with three objectives:"
  - In place of "reviewed with two objectives:"
- Page 34 – Section 6.1.7.2.2 – Third Paragraph – Line 1:
  - After first sentence add "Table 3 presents data for two operations. One operation was the pressures that were applied to open the ram bonnets (the two columns of Starboard and Port CLOSE). The other operation was applying pressure to retract and remove the rams (the two columns of Starboard and Port OPEN)."

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Addendum to Final Report




MANAGING RISK

- Page 76:
  - Substitute "Revised Figure 34 (b) Bottom View – Kill Side and 34 (c) Top View – Choke Side" (below)
  - In place of "Figure 34(c) Bottom View – Kill Side and 34 (d) Top View – Choke Side"
  - Note: Revised Figure 34 represents revised CAD geometry for the lower BSR block supplied by Cameron on March 31, 2011.



**(b) Bottom – Kill Side**          **(c) Top View – Choke Side**
**Revised Figure 34  Three-Dimensional Laser Scan of Port-Side (Lower) BSR Block**

- Page 79 – Section 6.2.3.1 – Table 17 – Description Entry for Item No. 94:
  - Substitute "Recovered from the BOP on the Q-4000 between the BSR and CSR"
  - In place of "Recovered from the BOP at the Michoud Facility between the BSR and CSR"
- Page 98 – First Paragraph following Figure 59 – Line 5:
  - Substitute "is missing"
  - In place of "may be missing"
- Page 99 – First Paragraph – Line 3:
  - Add the following after the last sentence "The vertical "cuts" of the notches (corners) (Figure 60 and Figure 61) of the top and bottom drill pipe sections correspond respectively to (1) the tight tolerance between the BSR upper ram block top face and the opposite relief cavity of the lower ram block (sharp vertical cut of the notch on the top drill pipe – 83-B) and (2) the larger gap between the BSR upper ram block bottom face and the opposite relief cavity of the lower ram block (more deformation and tearing of the vertical cut of the notch on the bottom drill pipe – 94-B).

DET NORSKE VERITAS

United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Addendum to Final Report



MANAGING RISK

- Page 113 – Section 6.2.8.1 – Table 19 – Item No. 94-Q is repeated twice:
  - Delete one of the rows for Item No. 94-Q
- Page 153 – Section 6.5.2 – Third Paragraph – Line 2:
  - Substitute "These force components depend on the reservoir pressure and temperature, the fluid media in the drill pipe, the flow in the drill pipe, the friction between the fluid media and drill pipe and other factors."
  - In place of "These force components depend on the reservoir pressure, the fluid media in the drill pipe, the flow in the drill pipe, the friction between the fluid media and drill pipe and other factors."
- Page 154 – Bullet list at top of page:
  - Add additional bullet "Force due to thermal expansion of pipe between UA and BSR"
- Page 172 – Last Paragraph – Line 5:
  - Substitute "A Factory Acceptance Test and AMF/Deadman test was performed on what was noted in the report of those tests as the Blue Pod in June 2009. On receipt of the Control Pods at the NASA-Michoud facility the identification numbers found on the Subsea Electronic Module for the Yellow Control Pod matched the identification numbers recorded in the June 2009 test report for the Blue Control Pod. The review of available records could not confirm the date when the Subsea Electronic Module as mounted in the Blue Pod AMF/Deadman last underwent a Factory Acceptance Test. To discern the state of the AMF/Deadman it is necessary to undertake further examination, investigation and tests of the Subsea Electronic Modules of both the Yellow and Blue Control Pods."
  - In place of "A Factory Acceptance Test and AMF/Deadman test was performed on the Blue Pod in June 2009. The review of available records could not confirm the date when the Yellow Pod AMF/Deadman last underwent an AMF/Deadman Test."
- Page 174 – First Paragraph – Line 4:
  - Substitute "A drill pipe tool joint located between the Upper Annular and the Upper VBRs was pushed into the lower portion of the Upper Annular during well control activities or by forces from the well blowout. This created a fixed point at the Upper Annular arresting further upward movement of the drill pipe. The drill pipe was radially constrained but able to move vertically at the Upper VBRs. The most likely scenario is that forces from the blowout of the well induced a buckling condition on the portion of drill pipe between the Upper Annular and Upper VBRs."
  - In place of "A drill pipe tool joint was located between the Upper Annular and the Upper VBRs. With both the Upper Annular and the Upper VBRs closed on the drill pipe, forces from the flow of the well pushed the tool joint into the Upper Annular element. This created a fixed point arresting further upward movement of the drill pipe. The drill pipe was then fixed but able to pivot at the Upper Annular,

DET NORSKE VERITAS

United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Addendum to Final Report



MANAGING RISK

and horizontally constrained but able to move vertically at the Upper VBRs.
Forces from the flow of the well induced a buckling condition on the portion of
drill pipe between the Upper Annular and Upper VBRs."

- Page 175 – Section 7.3.4 – Second Paragraph – Line 1:
  - Substitute "On loss of well control the drill pipe downhole of the Upper Annular
    was subjected to vertical forces from the blowout."
  - In place of "On loss of well control the drill pipe downhole of the Upper Annular
    was subjected to vertical forces from the flow of well fluids."
- Page 176 – Section 7.3.7 – Second Paragraph – Line 1:
  - Substitute "The most likely scenario is that forces from the blowout induced a
    buckling condition on the portion of drill pipe between the fixed point (vertical)
    of the Upper Annular and Upper VBRs (horizontal constraint)."
  - In place of "Forces from the flow of the well downhole of the VBRs induced a
    buckling condition on the portion of drill pipe between the fixed point (vertical)
    of the Upper Annular and Upper VBRs (horizontal constraint)."
- Page 178 – Section 8.1.6 – First Paragraph – Line 2:
  - Substitute "BOP components"
  - In place of "ROV components"

## 2.2   Clarifications Requested by BOEMRE

### 2.2.1   Fault Tree Analysis

DNV provides the following clarification of the fault tree analysis for off-center drill pipe
at the location of the BSR and consistent with the timing of possible activation of the
BSR.

Alternate theories for what could have caused the drill pipe to be off-center when the
BSRs closed were considered. A fault tree approach was used which requires the listing
of conditions necessary to satisfy or allow a fault to occur. In this case the 'fault' is
defined as the cause or contributing factors for the drill pipe to be off-center. The theories
(faults) and conditions necessary are outlined below and illustrated in Figure A.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Addendum to Final Report



MANAGING RISK



**Figure A  Fault Tree for Drill Pipe Off-Center**

### 2.2.1.1   Pipe distortion or bowing from internal pressure

Conditions necessary for this to occur were determined to be a substantial variation in the wall thickness of the drill pipe. This would result in a thinner wall on one side of the pipe which could then cause the pipe to distort under internal pressure. This fault was ruled out as credible due to the lack of physical evidence to support the wall variation. The examinations of the drill pipe carried out at the NASA-Michoud facility and at the DNV Materials and Corrosion Technology Center in Columbus, Ohio, found the walls to be of a uniform thickness.

### 2.2.1.2   Rig drift off

It is most likely that with the tool-joint against the Upper Annular, any bending or flexing of the drill pipe between the Upper Annular and the Upper VBR would be off-center to the side of the wellbore in the opposite direction of the rig drift. This fault was ruled out



as credible, because the physical evidence is that the pipe was trapped off-center to the kill side of the wellbore, which was oriented to the north; while the rig was reported to have drifted to the northeast. In this scenario, this northeast rig drift would have moved the pipe off-center to the choke side of the BSRs, oriented to the south, and opposite the kill side where the pipe was trapped.

A more complex scenario would be for a bending moment to be induced on the pipe with the drift of the rig in the same direction that the pipe was found within the wellbore to be off-center. This scenario would include a more complex means of loading and transfer of forces. It can not be ruled out that with one or both annulars closed such a scenario may be possible. However, this is believed to be unlikely due to the stiffening (straightening) effect that each of the closed annulars would have on the drill pipe. It should be noted that the Lower Annular was found in an open position; placing in question the Lower Annular's role in this scenario. DNV is unaware of any evidence that the Lower Annular was actuated open following activation of the BSR, although the possibility exists. If the Lower Annular was closed and hydraulic pressure was lost, the Lower Annular may have relaxed and opened, providing for the possibility that the Lower Annular was previously closed.

Further, for the rig drift off scenario to be credible, the BSRs would have had to function while the rig had drifted from above the wellbore, thereby forcing the drill pipe below the annulars off-center. Without the BSRs functioning during this period, it is not possible to explain the physical evidence of the drill pipe (i.e. the drill pipe was off-center when the BSR sheared the pipe). From the timeline (Appendix F of the Forensic Report) the rig drift was reported at 1500' to 1600' between 03:27 to 03:29 on 21 April 2010. At less than 4 hours later (07:06 on 21 April 2010) it was reported that the rig appeared to have returned to its original position. During that time span there were no ROV intervention activities on the BSRs. The only function that could have occurred while the rig was drifted off position would be a spurious activation during this time of the AMF/Deadman function. There is no evidence to support that conditions necessary for the AMF/Deadman to function would have occurred during this time window.

In summary, the scenario that rig drift caused or contributed to the drill pipe being off-center was not ruled out completely, but it is not viewed as very likely based on the above considerations.

### 2.2.1.3   Debris pushing the pipe off-center

Conditions that could contribute to this possibility were cement or formation materials, a dropped object from the rig, or a large hydrate formation from well flow. No evidence of external damage on the drill pipe was observed that could be attributed to cement, other debris or a dropped object that would result in pushing the pipe off-center. No remnants of cement or formation materials were found near the BSRs, but with the flow that



occurred these remnants would probably not be expected. Concerning hydrates, no evidence or remnants would have been expected, however, conditions were not ideal for hydrate formation at the time of the incident, and hydrate build-up would have taken the path of least resistance, building vertically up the drill pipe rather than building horizontally and exerting a lateral force. None of the conditions could be substantiated, and so this fault was ruled as not being credible.

#### 2.2.1.4   Ram (BSRs) pushes drill pipe off-center

This fault was determined as not being credible because the design of the rams was to be self-centering.

#### 2.2.1.5   Elastic Buckling

This fault was carried forward as credible and further analysis was performed in support of it per the Forensic Report.

### 2.2.2   Alternative Theories

#### 2.2.2.1   Possibility that the buckling force could have been generated from the compressive force of the weight of the drill pipe after the block fell to the rig floor

It is common drilling practice or rule to remove suspended loads as soon as practicable. Therefore, while the drill pipe was suspended in the derrick, the drill pipe would have been set in slips to remove the suspended load from the derrick or travelling block. This would have kept the drill pipe position stable, especially with regard to the tool joint position in the BOP. Additionally, in order for the compression load to have created a buckling load in the vicinity of the BSRs, a hard stop would have been necessary below the BSRs such as the Variable Bore Rams (VBRs). From the drill pipe evidence recovered, the tool joint was positioned at the bottom of the Upper Annular and not located near or trapped by the VBRs. It was not considered likely that the gripping force of the closed VBRs would have been sufficient to hold the compressive load necessary to buckle the pipe.

DNV can not rule out that compressive loads from the weight of the drill pipe above the BOP may have contributed to the elastic buckling scenario. However for this to occur, the drill pipe would have to be pinned (no vertical movement) at some point below the BSR.



### 2.2.2.2   Possibility that the buckling force could have been generated from temperature, pressure, flow and debris states at the time

DNV has previously discussed in the fault tree analysis above how pressure and debris were considered and determined not credible as a force to independently cause the pipe to move off center within the wellbore. The issue of flow and pressure as components to elastic buckling during well blowout is addressed within the Forensic Report. Temperature (thermal expansion) was also mentioned as a possible contributor to buckling but not discussed in detail. The constraint conditions for buckling due to thermal expansion were more rigorous, namely that the drill pipe had to be fixed at both ends for forces to develop. As discussed in the Forensic Report, while the tool joint would have been one fixed point, the VBRs only constrained the drill pipe radially not vertically. However, it is likely that some degree of friction is associated with drill pipe movement through the VBRs. This resistance to movement (or any other resistance to movement) within the VBRs allows for the possibility for thermal expansion forces to contribute to the buckling forces.

### 2.2.2.3   Possibility that the non-closure of the BSR blocks could have been caused by an inconsistent Solenoid valve 103Y or in an under-powered manner

The possibility of BSR closure through an alternate close function other than the high pressure circuit was considered and is included in the fault tree listed in Appendix G of the Forensic Report (located on the left side of the fault tree diagram). The activation of the BSR Close Function from either the Toolpusher's Control Panel or the Driller's Control Panel was ruled as not credible. There was no evidence (i.e., no eyewitness or witnesses of fact evidence) to substantiate either intentional selection or accidental selection of the 'normal' blind shear ram close function from surface. The layout of the control panel is such that the 'normal' BSR function is not in close proximity to other intentional functions. Further, the evidence provided to the JIT by Mr. Pleasant was that on arrival on the bridge at approximately 21:56 (20 April 2010), the BSRs were in an 'open' state. The only function activated after that time and before the rig was abandoned was the pushing of the Emergency Disconnect Sequence, which would have functioned the high-pressure (4,000 psi) circuit.

The high pressure circuit was examined and tested during the forensic investigation. Testing determined that the 8 x 80 gallon accumulators functioned in the as-received condition. The scenario as best as DNV was able to determine from the investigation is that the upper VBRs were closed prior to the full loss of well control restricting well flow to the inside of the drill pipe. If for whatever reason the AMF/Deadman partially functioned but did not fully deploy the BSRs and did not result in shearing the pipe, the ram blocks would not have been exposed to erosive flow. The Autoshear function (being totally independent of the intermittent solenoid) would have fully closed the BSR. Analysis of the hydraulic fluid collected from the port side close operator of the BSR substantiated activation either by the Authoshear or possibly the



DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Addendum to Final Report

MANAGING RISK

AMF/Deadman functions, not through ROV intervention (pg. 167 - DNV Forensic Report).

### 2.2.2.4   Possibility that the non-closure of the BSR blocks could have been caused by pressure being applied to the BOP and then relieved ("double clutching")

A connection cannot be made between alternating applied and relieved closing pressure to the BSRs and the extent of the erosive damage found. The ST Lock system is designed to allow minimal reverse movement if hydraulic pressure is relieved. The overall contribution of this "double clutching" phenomenon cannot in DNV's opinion be of significance compared to the contribution of the trapped pipe between the ram blocks. Those ROV interventions which were deemed in DNV's opinion to be successful in applying pressure (build up of pressure, but no fluid flow) all occurred after the Autoshear function was activated by shearing the pin at approximately 07:30 on 22 April 2010. Thus the significant event which had the largest contribution to erosion and degradation of the sealing function was the off-center pipe trapped between the ram blocks.

## 2.2.3   Cutting (or not) of Upper VBR Hoses via ROV

All hoses that were cut as part of the ROV interventions were documented on and included in Appendix B (page 90) of the DNV Forensic Report. As can be seen from that drawing, while the hose to the Middle VBR was cut as part of the ROV interventions, the hoses to the Upper VBR were found to be intact (i.e. not cut).

## 2.2.4   Support for Elastic Buckling Theory Requested by BOEMRE

### 2.2.4.1   Elastic Buckling

Elastic buckling is a well-known phenomenon which is part of basic courses in structural or mechanical engineering. Elastic buckling is a failure mode of a structural element which loses stability. Elastic buckling of a slender column was mathematically modeled in 1757 by the Swiss mathematician Leonhard Euler who derived a closed form formula for the maximum axial load that a long, slender, ideal column can carry without buckling.

Elastic buckling is characterized by the fact that the structural element reverts to its original form once the force causing the buckling is removed. An everyday example of buckling is what can be observed if a thin plastic ruler is compressed gradually from each end and the ruler then bends due to this compressive force. Once the force is relieved, the ruler returns to its original form.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Addendum to Final Report

MANAGING RISK 

Plastic buckling is a similar mechanism to elastic buckling with the difference, however, that the plastic buckling results in permanent deformations such that the structural element does not return to its original form but remains deformed once the force causing the buckling is removed.

Elastic buckling is a phenomenon that exists for different slender structural elements, such as columns, plates, shells and pipelines. A classical text book on elastic buckling is:

- Stephen P. Timoshenko, Professor at Stanford University, California: *Theory of Elastic Stability*, McGraw-Hill Book Company, 1936.

There exists many textbook and research papers on the topic.

### 2.2.4.2   Buckling in Drilling

Elastic buckling is a well-known phenomenon – and problem – within drilling. During drilling the long and slender drill pipe is exposed to a compressive, downward force that can cause the drill pipe to buckle and thereby cause damage to the well casing. A particular buckling phenomenon during drilling is helical buckling where the drill pipe buckles into a spiral form. Much research has been devoted to find drilling equipment and methods that minimize the risk of buckling.

DNV has located no references in the literature to the buckling behavior of the drill string during a loss of well control. In such a situation the slender drill pipe is exposed to upward forces (e.g. from reservoir pressure and temperature, buoyancy, and flow forces) instead of being exposed to downward forces. As opposed to the normal drilling situation, where the operation is monitored and controlled, the situation is different during a loss of well control, where little or no information concerning the behavior of the drill pipe is gathered.

## 2.3   An Update of the Off-Center Drill Pipe Shearing Finite Element Analysis (FEA) Model

The conclusion of the forensic investigation that the primary cause required the drill pipe to be off-center is based on the physical evidence of the drill pipe, wellbore, and the BSR blocks and not the FEA model. The purpose of the model was to illustrate the difference between the BSR cutting a centered pipe versus an off-center pipe. The results of the FEA model supported the conclusions based on the physical evidence.

A revised Finite Element Analysis (FEA) model was performed and is summarized below. The revised model clarified the following issues:



DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Addendum to Final Report

MANAGING RISK

1. Included latest Cameron CAD geometry for the lower BSR block, which was provided to DNV by Cameron on March 31, 2011, after DNV had issued the Final Report on March 20, 2011.

2. Included the constraints of the wellbore in the FEA model.

3. Provided allowance for the compressibility of the side packers in the Ram geometry.

4. Positioned the pipe initially with an offset of 0.5 inch from the side of the wellbore.

Ad 1: The CAD files originally provided by Cameron for the lower BSR block reflected geometry different from the lower BSR block recovered from the Deepwater Horizon BOP. Cameron discovered this and provided the updated CAD file for the Lower BSR block on March 31, 2011. The primary difference noted between the CAD files for the two BSR blocks was the size of the opening of the relief cavity on the top side of the lower BSR block. A comparison between the original and revised versions is given in the Figure B, with the updated lower BSR block geometry shown in red. The cavity opening was measured as 15.38 inches in the updated lower BSR block, compared to 16.875 inches for the originally provided lower BSR block CAD geometry. The revised FEA model used the updated lower BSR block geometry.



**Figure B   Comparison of the original CAD file compared to the updated CAD file for the Lower BSR block (red) provided on March 31, 2011**



Ad 2: The results from the original BSR FEA model for shearing off-center drill pipe showed the drill pipe to be deformed into space where the wellbore wall would have been. In the revised FEA model, the geometrical constraint of the wellbore was included in the model.

Ad 3: In the original FEA model, the front faces of the side packers were included based on their geometry. While this is geometrically accurate, the elastomeric side packers are able to compress and would provide a relatively low level of resistance to closing of the BSR blocks. In the revised FEA model, the surfaces representing the side packer faces were made flush with the BSR block faces, thereby providing for the compressibility of the side packers.

Ad 4: The buckling model of the drill pipe predicted the drill pipe contacts the wellbore above the BSR cavity, see Figures 128 and 129 in the DNV Forensic Report. The curvature of the drill pipe as it crosses the BSR cavity places the pipe approximately 0.5 inches from the inside surface of the wellbore. For the revised FEA model for shearing off-center pipe, the drill pipe was offset from the inside wall of the wellbore by 0.5 inches.

With the above described modifications to the model, the results are summarized below.

For the updated model, the wellbore constrains the drill pipe from moving as far into the BSR cavity as in the original model; however, the drill pipe is still caught between the BSR block faces which prevents the BSR from fully closing. Even more important, the updated lower BSR block geometry reduces the clearance between the top blade of upper BSR block and the opposite relief cavity on the lower BSR block. With the previous geometry used in the original FEA model, there was room for the drill pipe to deform between the BSR blocks, but for the updated model there is limited clearance between these edges which further limits the ability of the BSR blocks to close.

During the shearing process, the forces (and equivalent pressures) increase to a maximum force during the shearing of the drill pipe followed by a decrease in force as the shearing proceeds. For the off-centered drill pipe, this decrease in force continues until the blocks close sufficiently to trap the drill pipe outside the shearing blade surfaces. As the trapped drill pipe further deforms, the forces increase rapidly with further displacement of the BSR blocks. The model can continue to increase the force applied to the rams to very large values; where the BOP operation is limited to the available hydraulic pressure. To report realistic final displacement, a final model force was selected as near to (but greater than) the equivalent available hydraulic pressure as the model captures.

The original FEA model predicted a 2-inch block displacement between the upper and lower BSR blocks for an applied force (model output $RF_{MAX}$ in Figures 139 and 140 of the DNV Forensic Report) of 1,017,040 $lb_f$ (equivalent to 4,273 psi of hydraulic pressure on the operator) with off-centered drill pipe trapped between the faces of the BSR blocks

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Addendum to Final Report



MANAGING RISK

(Ref pages 161 & 164 of the DNV Forensic Report). The revised FEA model predicted a 2.8-inch block displacement between the upper and lower BSR blocks for an applied force (RF$_{MAX}$) of 1,256,750 lb$_f$ (equivalent to 5,280 psi) see last frame in revised Figures 139 and 140. The BSR would likely stall prior to the application of 5,280 psi, as the required pressure exceeds the available hydraulic system pressure (regulated to 4,000 psig), but the value of 5,280 psi was the model output closest to and not less than 4,000 psi. For comparison, the force in the prior frame is 440,646 lb$_f$ which is equivalent to 1,851 psi. At this point, the force is rapidly increasing with little additional displacement of the BSR blocks due to the drill pipe deformation outside of the cutting surface of the BSR blades.

For the revised FEA model and with an applied equivalent pressure of 5,280 psi (which is greater than the available hydraulic pressure), the upper and lower BSR blocks were 2.8 inches from being fully closed (Revised Figures 146 and 148). The side packers were 1.7 inches from making initial contact and sealing. The lower BSR blade was 2.2 inches from contacting the rear packers and sealing.

In summary, the simulations undertaken with the revised geometry of the blind shear rams and the constraint of the wellbore on the position of the drill pipe do not change DNV's conclusions as stated in the DNV Forensic Report. In fact, the revisions result in findings that indicate the Blind Shear Rams would likely have 'stalled' further apart than in the original modeling (i.e. a 2.8 inch standoff versus a 2 inch standoff as noted in Figure 146 [pg 164]).

DNV closes this section as it began: the conclusion that the primary cause for the Blind Shear Rams failing to close and seal is based on the physical evidence, i.e., the physical state of the drill pipe and BSR blocks. The results of the modeling support and help explain the actual physical damage found on the drill pipe, blind shear rams and the kill side of the wellbore. The modeling also illustrated the difference between the BSR cutting centered drill pipe versus the drill pipe being off-center. However, one does not need to perform the modeling study to reach the key conclusion.

## 2.4   Revised Figures and Updated Text for DNV Forensic Report starting at Page 156 directly following Figure 133

- Page 156 – Paragraph directly following Figure 133 – Line 2:
  - Substitute "(displaced 0.5 inches from the inside wall of the wellbore as illustrated in Figure 134)."
  - In place of "(displaced to the far side of the wellbore as illustrated in Figure 134).
- Page 156:
  - Substitute Revised Figure 134
  - In place of Figure 134

Det Norske Veritas
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Addendum to Final Report

MANAGING RISK 



**Revised Figure 134  FEA Model of BSR Blade Surfaces and Off-Center Drill Pipe**

- Page 160 – Starting with paragraph directly below Figure 138 and continuing through Page 165 and stopping with the replacement of Figure 148:
  - Substitute all text and figures with the following:

The progression of the shear cut for the model with off-centered drill pipe is shown in Revised Figure 139 and Revised Figure 140. With the pipe off center in the wellbore (displaced 0.5 inches from the inside wall of the wellbore as illustrated in Figure 134), the corner of the upper blade made the initial contact with the drill pipe (Frame 6). In Frame 12, the corner of the upper BSR blade has pierced the drill pipe and shearing has initiated. Because part of the pipe is outside of the upper BSR blade surface, only approximately 75% of the pipe is actually being sheared between the upper BSR and lower BSR blade surfaces (Revised Figure 141, Frame 23). Due to the shear initiation at the Kill Side end point of the upper BSR blade and the fact that less of the pipe was sheared between the upper and lower BSR blade surfaces, the calculated maximum shearing force / equivalent operating ram pressure was less than that calculated for the centered pipe model (1,882 psi equivalent pressure for the off-center pipe versus 2,408 psi equivalent pressure for the centered pipe).

The remainder of the pipe was deformed and sheared/torn outside of the upper BSR blade surface (Revised Figure 139 and Revised Figure 140, Frames 23, 27, and 28). There is tight clearance between the top blade face of upper BSR block and the opposite relief cavity on the lower BSR block, which provides a high resistance to closing the BSR blocks. The FEA model predicts that the tight clearance of these vertical surfaces initiates shearing in a vertical direction causing the corner of the pipe to be torn away. This would explain the physical evidence shown in Figure 58a (left side of photograph). The FEA



DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Addendum to Final Report

MANAGING RISK

model predicts a similar process occurs between the bottom face of the upper BSR block and the opposite relief cavity on the lower BSR block with the exception that the clearance between these surfaces is greater.

The point at which the sheared pipe is being deformed between the upper and lower BSR block faces (Revised Figure 139 and Revised Figure 140, Frames 27 and 28), the force to produce additional displacement increases very rapidly.



**Revised Figure 139  Progression of Off-Center BSR Shear Model - Side View**



DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Addendum to Final Report

MANAGING RISK 



**Revised Figure 140  Progression of Off-Center BSR Shear Model - Isometric View**



**Revised Figure 141  Top View Showing Deformation of Drill Pipe Outside of Shearing Blade Surfaces**

The configuration of the drill pipe for the condition shown in Frame 28 of Revised Figure 139 and Revised Figure 140 is referred to as the "final deformed" condition since it represents an operating ram pressure of 5,280 psi (greater than the available hydraulic pressure and thereby conservative for a maximum ram block displacement). Revised Figure 142 shows that, although the drill pipe was initially off-set 0.5 inch from the inside wall of the wellbore, the deformed pipe touches the wellbore surface both above and below the BSR cavity (Revised Figure 142). This is also the case for the lower operating ram pressures for Frames 23 and 27 (Revised Figure 139, Revised Figure 140,

DET NORSKE VERITAS

United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Addendum to Final Report



MANAGING RISK

and Revised Figure 141; equivalent operating ram pressures of 1,165 and 1,851 psi, respectively)

Comparison between the segments of drill pipe and upper BSR block and the final configuration predicted by the FEA model showed good agreement when the block indentations on the recovered drill pipe segments were matched to the top and bottom upper BSR block faces (Revised Figure 144 and Revised Figure 145). The following observations are noted:

- For the FEA model, the ram block indentations on both the upper and lower segments of drill pipe were present and agreed with the recovered evidence (Revised Figure 143 and Revised Figure 145).

- If the "curled in" portion of upper segment of drill pipe was straightened, the recovered drill pipe would extend down to the cutting blade surface of the upper BSR block (Revised Figure 144).

- The notched (corners) missing on both the upper and lower segments of drill pipe correspond to the end of the top and bottom faces of the upper BSR block (Revised Figure 144).

- The vertical "cuts" of the notches (Figure 61 and Revised Figure 145) of the top and bottom drill pipe sections correspond respectively to (1) the tight tolerance between the BSR upper ram block top face and the opposite relief cavity of the lower ram block (sharp vertical cut of the notch on the top drill pipe – 83-B) and (2) the larger gap between the BSR upper ram block bottom face and the opposite relief cavity of the lower ram block (more deformation and tearing of the vertical cut of the notch on the bottom drill pipe – 94-B).

- If the fold-over on the lower drill pipe segment was sheared (center image in Revised Figure 145), the FEA model matches the recovered lower drill pipe segment of the BSR cut.

DET NORSKE VERITAS

United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Addendum to Final Report



MANAGING RISK



**Revised Figure 142  Final Deformed Configuration of Shear Cut Showing Strain
Concentration at Inner Bend**



**Revised Figure 143  Final Deformation of the Drill Pipe as Predicted by the Off-
Centered Pipe Model; Upper BSR Block Shown on the Right**



DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Addendum to Final Report



MANAGING RISK



**Revised Figure 144  Comparison of Recovered Drill Pipe Segments and Final Model (Viewed facing the Upper BSR Block)**



**Revised Figure 145  Final Model Deformation Compared with Recovered Drill Pipe Laser Scans - 83-B and 94-B**

The FEA model predicted a 2.8-inch block displacement between the upper and lower BSR blocks for an applied force (RF$_{MAX}$) of 1,256,750 lb$_f$ (equivalent to 5,280 psi). (See last frame in revised Figures 139 and 140.) The BSR would likely stall prior to the application of 5,280 psi, as the required pressure exceeds the available hydraulic system pressure (regulated to 4,000 psig), but the value of 5,280 psi was the model output closest to and not less than 4,000 psi. For comparison, the force in the prior frame is 440,646 lb$_f$ which is equivalent to 1,851 psi. At this point, the force is rapidly increasing with little

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Addendum to Final Report



MANAGING RISK

additional displacement of the BSR blocks due to the drill pipe deformation outside of the cutting surface of the BSR blades.

With an applied equivalent pressure of 5,280 psi (which is greater than the available hydraulic pressure), the upper and lower BSR blocks were 2.8 inches from being fully closed (Revised Figure 146 and Revised Figure 148). The side packers were 1.7 inches from making initial contact and sealing. The lower BSR blade was 2.2 inches from contacting the rear packers and sealing.



**Revised Figure 146  Spacing of Upper and Lower BSR Blocks in Partially Closed Position**

Further investigation was performed using the laser scanned models. The models of the upper and lower BSR blocks, and drill pipe segment 94 were assembled with segment 94 contacting the upper block (deformation features aligned – Revised Figure 147). With the blocks spaced 2.8 inches from fully closed and the lower block fit against segment 94 a large gap exists partly created by the BSR blocks not fully closing and partly due to erosion of the side packers, rear blade seal packers, and the ram blocks (especially on the Kill Side of the blocks).



**Revised Figure 147  Alignment of Scan Models – 2.8 Inch Standoff between Blocks**

DET NORSKE VERITAS

United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Addendum to Final Report



MANAGING RISK



**Revised Figure 148  BSR CAD Models – 2.8 Inch Standoff between Blocks**

With the VBRs closed below the BSR, well flow was diverted through the inside of the drill pipe. After the BSR was activated and closed on the off-center drill pipe, the well flow was concentrated through the partially sheared drill pipe on the kill side of the BSR. The kill side of the blocks and wellbore experienced the most erosion damage. This concentrated flow condition remained until the CSRs were activated (April 29, 2010) shearing the drill pipe. This created a new flow condition that was no longer concentrated on the kill side of the BSR. Flow then exited the cut drill pipe below the CSR and impinged upon the bottom of the CSR blocks (evidenced by erosion pattern on recovered blocks). The CSR was intended only to cut tubulars. It was not designed to seal the wellbore. Without a sealing mechanism in the CSRs, flow traveled around the CSR blocks and continued up the entire wellbore cross-section below the BSRs. Without contact between the lower blade and rear packer (forming a seal), flow occurred across the entire face of the BSR blocks. This flow condition existed from April 29, 2010, until the well was brought under control.

Revised Figure 149 shows the open cavity through the upper BSR block above the cut lower drill pipe segment. The image on the right shows the scan of the erosion in the wellbore along the kill side of the BSRs.

DET NORSKE VERITAS

United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Addendum to Final Report





*Note the image on the left is viewed from the kill side, while the image on the right is facing the kill side of the wellbore.*

**Revised Figure 149  Erosion Damage - BSR Blocks and Wellbore**

# Det Norske Veritas

Det Norske Veritas (DNV) is a leading, independent provider of services for managing risk with a global presence and a network of 300 offices in 100 different countries. DNV's objective is to safeguard life, property and the environment.

DNV assists its customers in managing risk by providing three categories of service: classification, certification, and consultancy. Since establishment as an independent foundation in 1864, DNV has become an internationally recognized provider of technical and managerial consultancy services and one of the world's leading classification societies. This means continuously developing new approaches to health, safety, quality and environmental management, so businesses can run smoothly in a world full of surprises.

Global Impact for a Safe and Sustainable Future

# EXHIBIT "I"

# HALLIBURTON

**BP America**
**PO Box 22024**
**Tulsa, Oklahoma  74121-2024**

**OCS-G-32306 , Macondo #1**
**Mississippi Canyon Block 252**
Offshore Gulf of Mexico
United States of America

**Rig Name:  Transocean Horizon**

# 9.875" x 7" Foamed Production Casing Post Job Report

Prepared for: Jesse Gagliano

April 20, 2010

Submitted by:
Nathaniel Chaisson
Technical Professional
100 Capital Dr Ste 200
Lafayette, LA 70508

CONFIDENTIAL TREATMENT REQUESTED

# HALLIBURTON

**Job Information**                                                    *9.875" x 7" Production Casing*

| String: | 9.875" x 7" | Type: | Production Casing | Weight (ppf): | 62.80 #/ft x 32.00 #/ft |
|---|---|---|---|---|---|
| Callipered ID: | N/A | Casing MD: | 12488 ft x 18304 ft | Casing TVD: | 12488 ft x 18304 ft |
| Landing String OD/ID (in): | 6.625 / 5.426 32.67 #/ft | Landing String Length: | 5060 ft | Water Depth/Air Gap: | 4992' / 75' |
| Inner String OD/ID (in): | N/A | Innerstring Length: | N/A | BHST/BHCT: | 210 / 135 degrees |
| Hole Size: | 10.50" x 8.88" | Rat Hole: | 55 ft | Open Hole Actual Excess: | 0 % |
| Shoe Track Length: | 189 ft | Circulation Rate: | 4 bpm | Circulation Volume: | 150 bbls |
| Returns While Circulating? | Yes | Pipe Movement? | No | Displacement Rate: | 4 bpm |
| Returns While Cementing? | Yes | Mud Lost While Cementing: | No | Mud Weight /Type: | 14.0 ppg SBM Pad Mud |
| Annular Flow Before/After Cementing? | No | Dart Shear? | Yes | Estimated TOC: | 17,300 ft. |
| Casing Test: | 1000 psi | Cement Tagged At: | N/A | Hard Cement in Shoe? | N/A |
| MMS Req. met | Yes | Actual Shoe Test: | N/A | Squeeze Performed? | N/A |

**Fluids Pumped**

1. **Spacer:**    **72 bbls** of Tuned Spacer III mixed at 14.3 ppg with 0.6 gal/bbl Surfactant A + 0.6 gal/bbl Surfactant B + 0.6 gal/bbl SEM-8 + 1 lb/bbl WellLife 734 + Fresh Water

2. **Lead:**    **5.26 bbls / 22 sks**  Premium H + .07% EZ-Flo + .25% D-Air 3000 + 1.88 lb/sk KCL + 20% SSA-1 + 15% SSA-2 + .2 % SA-541 + .11 gps Zoneseal 2000 + .09 gps SCR-100L + 1 lb/bbl WellLife 734 mixed with fresh water at 16.74 lb/gal .

3. **Foamed Tail:**    **38.90 bbls / 159 sks (47.75 bbls foamed)** Premium H + .07% EZ-Flo + .25% D-Air 3000 + 1.88 lb/sk KCL + 20% SSA-1 + 15% SSA-2 + .2 % SA-541 + .11 gps Zoneseal 2000 + .09 gps SCR-100L + 1 lb/bbl WellLife 734 mixed with fresh water at 16.74 lb/gal and foamed to 14.5 lb/gal with a 1.69 cuft/sk foamed yield (N2 conc. of 584 scf/bbl).

4. **Shoe Track:**    **6.93 bbls / 28 sks**  Premium H + .07% EZ-Flo + .25% D-Air 3000 + 1.88 lb/sk KCL + 20% SSA-1 + 15% SSA-2 + .2 % SA-541 + .11 gps Zoneseal 2000 + .09 gps SCR-100L + 1 lb/bbl WellLife 734 mixed with fresh water at 16.74 lb/gal

5. **Spacer**    **20 bbls** of Tuned Spacer III mixed at 14.3 ppg with 0.6 gal/bbl Surfactant A + 0.6 gal/bbl Surfactant B + 0.6 gal/bbl SEM-8 + 1 lb/bbl WellLife 734 + Fresh Water

6. **Displacement:**    **133 bbls** 14.0 ppg SBM w/ Halliburton pumps.

7. **Displacement:**    **728.5 bbls** 14.0 ppg SBM w/ Rig pumps, leaving **189 *ft of cement in shoe*.**

**BP America**                                                    **M.C. 252  OCS-G-32306 #1**

CONFIDENTIAL TREATMENT REQUESTED                                    BP-HZN-CEC011407

# HALLIBURTON

## Job Log

| Time | Event |
|---|---|

**4-19-10**

| Time | Event |
|---|---|
| 13:40 | Casing landed out at 18,310', which was 5 ft. deeper than planned.  Rig did not have to wash casing down, and only saw one tight zone at 18,218 (took 10k). |
| 14:00 | Rigging up nitrogen manifold on rig floor. |
| 14:16 | Using rig pump #4, pressure up on ball to close Allamond diverter.  Pumping at 1 bpm, diverter shifted with 2442 psi. |
| 14:20 | Ball on DTD, sheared at 2765 psi.  Diverter is closed.  Pressure broke back, continue pumping at 1 bpm. |
| 14:25 | Pressure climbed to 1800 psi while attempting to circulate at 1 bpm.  Situation discussed on the rig floor leads to the conclusion that the floats have not converted. |
| 14:29 | Bleed pressure off. |
| 14:30 | Pressure up to 1900 psi at 1 bpm while attempting to convert floats.  Unsuccessful.  A small stream of returns were observed during this process…thought to be expansion of casing. |
| 14:38 | Bleed pressure off. |
| 14:53 | Pressure up to 2000 psi at 1 bpm while attempting to convert floats.  Observed a .70 bbl gain in the trip tanks, so returns due to expansion of casing while pressuring up.  Unsuccessful at converting floats.  Bleed off. |
| 15:00 | Pressure up to 2000 psi at 1 bpm while attempting to convert floats. Unsuccessful..Bleed off pressure.  (32 strokes / 4.0 bbls / 1000psi , 53 strokes / 6.6 bbls / 2000 psi) |
| 15:13 | Pressure up to 2000 psi at 1 bpm while attempting to convert floats. Unsucessful..Bleed off pressure.  (31 strokes / 3.91 bbls / 1000psi , 52 strokes / 6.6 bbls / 2000 psi) |
| 15:30 | Pressure up to 2000 psi at 2 bpm while attempting to convert floats. (52 strokes / 6.6 bbls / 2000 psi).  Held pressure.  Pressure dropped to 1950 psi and held. |
| 15:33 | Mud engineer ran a compressibility model that showed 5.9 bbls to the floats.  Company man got permission to increase pressure to 2500 psi. |
| 15:37 | Pressure still holding at 1950 psi.  Bleed off. |
| 15:41 | Pressure up to 2250 psi at 1 bpm while attempting to convert floats. (31 strokes / 3.91 bbls / 1000psi, 52 strokes / 6.6 bbls / 2000 psi, 58 strokes / 7.3 bbls / 2250 psi). |
| 15:42 | Pressure held at 2200 psi.  Continue to hold pressure. |
| 15:52 | Bleed off pressure. |

3

**BP America**

**M.C. 252  OCS-G-32306 #1**

CONFIDENTIAL TREATMENT REQUESTED

**HALLIBURTON**

| | |
|---|---|
| 15:54 | Pressure up to 2500 psi at 1 bpm while attempting to convert floats. (62 strokes / 7.8 bbls / 2500 psi). |
| 16:03 | Unsuccessful…bleed pressure off. |
| 16:16 | Pressure up to 2750 psi at 1 bpm while attempting to convert floats. (67 strokes / 8.44 bbls / 2750 psi).  Pressure held at 2700 psi. |
| 16:18 | Increased pressure to 3000 psi, which required an additional 5 strokes for a total of 72 (9.07 bbls). |
| 16:19 | Pressure held at 2950 psi for 2 minutes. |
| 16:21 | While attempting to increase to 3500 psi, pressue broke back with a max of 3142 psi (76 strokes / 9.6 bbls).  Floats converted. |
| 16:24 | Circulating at 1 bpm with 137 psi.  Company man feels uncomfortable with the circulating pressure being this low.  Spoke with Jesse Gagliano about the situation. |
| 16:30 | Circulating at 1.5 bpm with 137 psi. |
| 16:40 | Circulating at 2.0 bpm with 190 psi. |
| 16:44 | Circulating at 2.5 bpm with 215 psi. |
| 16:47 | Circulating at 2.7 bpm with 233 psi. |
| 16:49 | Circulating at 3.0 bpm with 255 psi. |
| 16:51 | Circluating at 3.25 bpm with 274 psi. |
| 16:53 | Circulating at 3.5 bpm with 295 psi. |
| 17:00 | Circulating at 4.0 bpm with 340 psi.  MI Swaco model estimates circulating pressure should be about 570 psi @ 4.0 bpm.  Opticem estimated 370 psi at 1.0 bpm. |
| 17:20 | Rig decided to circulate with a different rig pump.  Had been utilizing rig pump #4, will circulate utilizing rig pump # 3 to see the difference.  Break circulation at 1 bpm with 245 psi.  Pressure decreased to 205 psi. |
| 17:22 | Circulating at 1.5 bpm with 224 psi. |
| 17:23 | Circulating at 2.0 bpm with 260 psi. |
| 17:24 | Circulating at 2.5 bpm with 290 psi. |
| 17:25 | Circulating at 3.0 bpm with 320 psi. |
| 17:26 | Circulating at 3.5 bpm with 345 psi. |
| 17:27 | Circulating at 4.0 bpm with 396 psi.  Note: Over time of circulating, driller noticed hookload had gradually decreased by 63k (from 450k to 387k).  Did not drop off instantaneously, but gradually.  Driller pulled up to initial hookload of 450k. |

4

**BP America**                                    M.C. 252  OCS-G-32306 #1

CONFIDENTIAL TREATMENT REQUESTED                    BP-HZN-CEC011409

# HALLIBURTON

| | |
|---|---|
| 18:00 | Closed annular BOPs, circulated down the drill pipe and took returns up the choke line. Determined that the Allamond diverter was closed. |
| 18:20 | Shut down while BP decides what will happen next. |
| 18:51 | Decision made to circulate 110 bbls at 4 bpm, and prepare for cement job. |
| 19:00 | Pre job safety meeting job meeting with rig crew reviewing detailed pumping procedure. |
| 19:29 | Blow nitrogen through choke to assure line is clear.  Nitrogen line plugged. |
| 19:38 | Nitrogen line cleared. |
| 19:39 | Test nitrogen lines to 5000 psi.  Leak found.  Leak repaired. |
| 19:45 | Test N2 Lines to 51000 psi – bleed off no leaks noticed |
| 19:47 | Pump 7 bbls of 6.7 ppg base oil.  Had 5 bbls of mud ahead of base oil. |
| 19:53 | Pump 10 bbls of 14.3 ppg Tuned Spacer III to break circulation. |
| 19:54 | Returns seen at wellhead |
| 19:57 | Test Cement Lines to 5000psi – bleed off no leaks noticed |
| 19:59 | Pump 62 bbls of Tuned Spacer III at 14.3 ppg – Sem-8 online. |
| 20:17 | Finished pumping spacer.  Wash out measuring tanks. |
| 20:28 | Start weighing up cement. |
| 20:37 | Started pumping 16.74 ppg Unfoamed Lead Cement – ZoneSeal 2000 online. |
| | Pumped 4 bbls of Unfoamed Lead Cement (1 Downhole / 3 In Lines) |
| 20:39 | Drop dart to release bottom plug. |
| 20:41 | Completed Unfoamed Lead Cement.  Total of 5 bbls. |
| 20:42 | Started pumping Tail Cement foamed to 14.5 ppg – Nitrogen online. |
| 21:00 | Completed Foamed Tail Cement.  Total of 39 surface bbls – Nitrogen offline. |
| 21:01 | Started pumping 16.74 ppg Un-foamed Shoe Cement. |
| 21:03 | Completed Un-foamed Shoe Cement.  Total of 7 bbls. |
| 21:04 | Pump 3 bbls of 14.3 ppg Tuned Spacer to clear lines of cement. |
| 21:05 | Drop dart to release top plug. |
| 21:06 | Pump 17 bbls of 14.3 ppg Tuned Spacer – Sem-8 online. |
| 21:11 | All spacer pumped. |
| 21:12 | Start displacing cement with 14.0 ppg SBM using HES pumps. |

5

**BP America**                                                                                    **M.C. 252  OCS-G-32306 #1**

# HALLIBURTON

| | |
|---|---|
| 21:21 | Dart #1 through diverter at 3500 psi with 43 bbls of SBM pumped using HES pumps. |
| 21:23 | Dart #1 through DTD at 3200 psi with 50 bbls of SBM pumped using HES pumps. |
| 21:35 | Dart #2 through diverter at 3150 psi with 101 bbls of SBM pumped using HES pumps. |
| 21:37 | Dart #2 through DTD at 3350 psi with 109 bbls of SBM pumped using HES pumps. |
| 21:39 | Dart #2 launched top plug at 3300 psi with 117 bbls of SBM pumped using HES pumps. |
| 21:43 | Finished pumping 133 bbls of SBM & turn over to the rig to complete displacement. |
| 23:39 | Bottom plug through X-over at 830 psi with 469.5 bbls of SBM pumped with the rig pumps. |
| 23:53 | Top plug through X-over at 500 psi with 525 bbls of SBM pumped with the rig pumps. |

**4-20-10**

| | |
|---|---|
| 00:29 | Bottom plug bumped at 2900 psi with 673 bbls of SBM pumped with the rig pumps. |
| 00:40 | Top plug bumped at 1150 psi (1000 psi over circulating) with 728.5 bbls of SBM with the rig pumps. |
| 00:43 | Check floats…bled back 5 bbls.  Floats held. |

**BP America**                                        **M.C. 252  OCS-G-32306 #1**

CONFIDENTIAL TREATMENT REQUESTED                                        BP-HZN-CEC011411

# HALLIBURTON

**Significant Points**

- **Cement job pumped as planned.**

- **Chemical straps determined that additives were pumped at planned volumes**

- **Rig completed displacement and both plugs were bumped.**

- **Full returns seen throughout entire job.**

- **Estimated 100 psi of lift pressure (350 psi circulating to 450 psi circulating), before bumping top plug.**

- **Floats held after job.**

7

CONFIDENTIAL TREATMENT REQUESTED                                                                          BP-HZN-CEC011412

# HALLIBURTON

**Recorded at cementing unit (Down Hole Density, Pressure, Rate, Stage Slurry Volume):**



| Customer: | BP AMERICA PRODUCTION COMPANY | Job Date: 19-Apr-2010 | Sales Order #: | OptiCem v6.4.7 |
|---|---|---|---|---|
| Well Description: Macondo #1 | | UWI: | | 20-Apr-10 02:50 |

**BP America**                                              **M.C. 252  OCS-G-32306 #1**

CONFIDENTIAL TREATMENT REQUESTED                                              BP-HZN-CEC011413

# HALLIBURTON

**Recorded at cementing unit (Down Hole Density, Pressure, Rate, Stage Slurry Volume):**



| Customer: | BP AMERICA PRODUCTION COMPANY | Job Date:  19-Apr-2010 | Sales Order #: | OptiCem v6.4.7 |
|---|---|---|---|---|
| Well Description:  Macondo #1 | | UWI: | | 20-Apr-10 02:54 |

**BP America**                                                                 **M.C. 252  OCS-G-32306 #1**

CONFIDENTIAL TREATMENT REQUESTED                                                                 BP-HZN-CEC011414

# HALLIBURTON

**Recorded at cementing unit (Down Hole Density, Pressure, Rate, Stage Slurry Volume):**



| Customer: | BP AMERICA PRODUCTION COMPANY | Job Date:  19-Apr-2010 | Sales Order #: | OptiCem v6.4.7 |
|---|---|---|---|---|
| Well Description:  Macondo #1 | | UWI: | | 20-Apr-10 03:02 |

**BP America**                                                                                    **M.C. 252  OCS-G-32306 #1**

CONFIDENTIAL TREATMENT REQUESTED                                                                  BP-HZN-CEC011415

# HALLIBURTON

**Recorded at cementing unit (Down Hole Density, Pressure, Rate, Stage Slurry Volume):**



## ADC - Displacement

| Customer: | BP AMERICA PRODUCTION COMPANY | Job Date:  19-Apr-2010 | Sales Order #: | OptiCem v6.4.7 |
|---|---|---|---|---|
| Well Description:  Macondo #1 | | UWI: | | 20-Apr-10 03:21 |

11

**BP America**

**M.C. 252  OCS-G-32306 #1**

CONFIDENTIAL TREATMENT REQUESTED

BP-HZN-CEC011416

**HALLIBURTON**

Recorded at Sperry's unit (Pressure, Stage Slurry Volume):



*Note: Graph created from Sperry's data, time of events are not correct.*

**BP America**                                    **M.C. 252  OCS-G-32306 #1**

CONFIDENTIAL TREATMENT REQUESTED                        BP-HZN-CEC011417

# HALLIBURTON

**Recorded at cementing unit (CMS Rate - ZoneSeal 2000 automates from Combined Pump Rate):**



| Customer: | BP AMERICA PRODUCTION COMPANY | Job Date: 19-Apr-2010 | Sales Order #: | OptiCem v6.4.7 |
| Well Description: Macondo #1 | | UWI: | | 20-Apr-10 03:44 |

13

**BP America**                                                                                          **M.C. 252  OCS-G-32306 #1**

CONFIDENTIAL TREATMENT REQUESTED                                                       BP-HZN-CEC011418

# HALLIBURTON

**Recorded at N2 unit (N2 rate automates from Combined Pump Rate read by Nitrogen Unit):**



| Customer: | BP AMERICA PRODUCTION COMPANY | Job Date: 19-Apr-2010 | Sales Order #: | OptiCem v6.4.7 |
|---|---|---|---|---|
| Well Description: Macondo #1 | | UWI: | | 20-Apr-10 05:17 |

**BP America**                                                                                   **M.C. 252  OCS-G-32306 #1**

CONFIDENTIAL TREATMENT REQUESTED                                                 BP-HZN-CEC011419

# EXHIBIT "J"

# Appendix G: Negative Test Protocols

BP Production Casing Operations Procedures, April 12, 2010 (BP-HZN-MBI00011118 – 11138 at 11127).



| bp | **GoM Exploration Wells**<br>**MC 252 #1ST00BP01 – Macondo Prospect**<br>**7" x 9-7/8" Interval** |  |
|---|---|---|

21. Pull 30k over string weight (do no exceed 60k)

22. Release from LDS by picking up past 60k

23. POOH and prepare to set a surface cement plug.

## 9.4 TA Plugs and Riser Cleaning

### 9.4.1 Surface Cement Plug

1. Run a bond log – subject to change based on actual cement job conditions

2. RIH with 3-1/2" x 5-1/2" DP to ~6000' (no mule shoe / open ended pipe)

3. Displace to salt water from 6000' – surface
   - Pump a nerf ball prior to switching over to cement

4. Monitor well for 30 minutes to ensure no flow

5. Set 300' cement plug from ~6000' – 5700' TVD (min ~20 bbls)
   - Pump a nerf ball behind cement job

6. POOH to wellhead and wait for cement to set up

7. RIH and tag cement with 15k down

8. POOH and lay down 3-1/2" drill pipe, leave 5-1/2" racked back for Nile PA

9. Prepare to clean the riser for Nile PA

### 9.4.2 Rig Cleaning Prior for Nile PA

1. Clean the shaker area thoroughly, especially the ditch lines from the sand traps to the pit room. Large amounts of water should be pumped through all centrifugal pumps at the shaker area including the desanders, desilters, centrifuge and degasser.

2. After the initial clean up has been completed 250 bbls of water treated with 138 gallons Safe Surf O (0.55 gpb) should be pumped through all of the surface equipment. This includes the pumps and pump manifolds, chemical hopper, barite hopper and any other seldom used lines that may affect the completion fluid. Capture the 250 bbl Safe Surf O flush for proper disposal.

3. Clean and dry all pits, then bring the completion fluid onboard. The take on hose must be dry and not contaminated with mud or seawater.

4. After displacing the hole, clean the shaker area again. At this point, cleaning the flow line from the slip joint to shakers should be cleaned as well. Do not allow any cleaning water to get down the ditch to the pit room.

### 9.4.3 Riser Cleaning

1. Build a pumpable volume of spacers as follows in Table 1 and

2. Table :

BP Production Casing Operations Procedures, April 15, 2010 (BP-HZN-MBI00019632-19652 at 19639).

 **GoM Exploration Wells**

**MC 252 #1ST00BP01 – Macondo Prospect**
**7" x 9-7/8" Interval** 

13. POOH and lay down running equipment

14. Test casing and blind shear rams (**per APD requirements**) while out of the hole preparing lockdown sleeve equipment. (2500 psi w/ 14 ppg mud)

15. Negative test with base oil to the wellhead (monitor for 30 min no flow)

### 9.2.4 Surface Cement Plug

1. If cement job **is not** successful: (no returns or lift pressure seen).

   - Set wear bushing
   - Run IBC-CBL log
   - Wait on decision to do remedial work (MMS and BP)

2. If cement job **is** successful (partial returns or lift pressure seen) **or** IBC/CBL log and required remedial work is completed.

3. RIH to 8367' and displace to seawater:

   - Run 3-1/2" (1000'+) stinger x 5-1/2" DP to above the wellhead (no mule shoe / open ended pipe)
   - Ensure MMS Departure to set deeper plug is approved (*if depature does not get approved, displacement & 300' cement plug will be completed after LDS is set at 5800'*)
   - Monitor well for 30 minutes to ensure no flow
   - *Pull wear bushing if it was set*

4. Set a 300' cement plug from 8367' – 8067' (*if approved*)

5. Wait on cement to set and tag top of cement with 15k down

   - Pump a nerf ball behind cement job

6. POOH retrieve wear bushing

7. Prepare to run lead impression tool and lockdown sleeve

**Note:** Drilling program will be updated with actual plug depths if MMS departure is not approved.

| | |
|---|---|
| | • Do NOT slow displacement rate other than directed. |
| | • To have a greater chance to bump plug on float collar: |
| **Notes:** | 1. Caliper ~20% of casing with Tri-Mic's to determine a more accurate ID. (Do NOT use mill or book specs.) |
| | 2. Calculate mud compressibility based on actual conditions. |
| | 3. Factor in rig pump efficiency. |
| | • Whenever you attempt to wash-down, you have a greater chance of sticking subsea casing with additional ECD or creating a packing off problem due to cuttings bed you are pushing. |

Temporary Abandonment procedure approved by MMS on April 16, 2010 (BP-HZN-MBI00021238).

---

Temporary Abandonment Procedure
Macondo – MC 252 #1
Deepwater Horizon

Current Status:

Making wiper trip prior to running a long string of 9-7/8" x 7" production casing

Forward Plan:

Run casing to 18,300' +/- per approved APD.  Test casing to 2500 psi per approved APD.

Temporary Abandonment Procedure:  *(estimated start time Sunday, April 18, 2010)*

1.    Negative test casing to seawater gradient equivalent for 30 min. with kill line.

2.    TIH with a 3-1/2" stinger to 8367'.

3.    Displace to seawater.  Monitor well for 30 min.

4.    Set a 300' cement plug (125 cu.ft. of Class H cement) from 8367' to 8067'.

         The requested surface plug depth deviation is for minimizing the chance for damaging the LDS sealing area, for future completion operations.

         This is a Temporary Abandonment only.

         The cement plug length has been extended to compensate for added setting depth.

5.    POOH.

6.    Set 9-7/8" LDS (Lock Down Sleeve)

7.    Clean and pull riser.

8.    Install TA cap on wellhead and inject wellhead preservation fluid (corrosion inhibitor) below TA cap.

The "Negative Test" email from Brian Morel to John Guide, on April 18, 2010 (BP-HZN-MBI00256247).

---

From: Morel, Brian P
Sent: Sun Apr 18 17:09:05 2010
To: Guide, John
Subject: RE: Negative Test
Importance: Normal

Done

---

From: Guide, John
Sent: Sunday, April 18, 2010 10:49 AM
To: Morel, Brian P
Subject: RE: Negative Test

I would use the seawater displacement as the negative test, as you stated, shut down at the end and do a flow test.

---

From: Morel, Brian P
Sent: Sunday, April 18, 2010 10:37 AM
To: Guide, John
Subject: Negative Test

John,
Plan is to do a negative test with base oil on the bottom plug. Then we will displace (a second negative test to greater value will happen) and following that set the cement plug. Are you ok with this, or do you think we should remove the first base oil test and just use the displacement as a negative test (shut down at the end and do a flow test)? I have got different opinions from everyone on the team. The way we currently have it set up is the standard we have been using, but this one is slightly different because the plug is so deep and base oil doesn't achieve the full negative load the wellbore will see. Don and Bob don't seem to have strong opinions either way.

Brian

The "Ops Note" sent Brian Morel on April 20, 2010 at 10:43 AM. (BP- HZN-MBI00021237).

**Kaluza, Robert**

| | |
|---|---|
| **From:** | Morel, Brian P |
| **Sent:** | Tuesday, April 20, 2010 10:43 AM |
| **To:** | Morel, Brian P; Vidrine, Don J; Kaluza, Robert; Lambert, Lee; Lee, Earl P (Oper Svcs Dril) |
| **Cc:** | Guide, John; Hafle, Mark E; Cocales, Brett W; Walz, Gregory S |
| **Subject:** | Ops Note |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

Quick ops note for the next few days:

1. Test casing per APD to 250 / 2500 psi
2. RIH to 8367'
3. Displace to seawater from there to above the wellhead
4. With seawater in the kill close annular and do a negative test ~2350 psi differential
5. Open annular and continue displacement
6. Set a 300' balanced cement plug w/ 5 bbls in DP
7. POOH ~100-200' above top of cement and drop neft ball / circulate DS volume
8. Spot corrosion inhibitor in the open hole
9. POOH to just below the wellhead or above with the 3-1/2" stinger (if desired wash with the 3-1/2" / do not rotate / a separate run will not be made to wash as the displacement will clean up the wellhead)
10. POOH and make LIT / LDS runs
11. Test casing to 1000 psi with seawater (non MMS test / BP DWOP) – surface plug
    a. Confirm bbls to pressure up on original casing test vs bbls to test surface plug (should be less due to volume differences and fluid compressibility –seawater vs sobm)
    b. Plot on chart / send to Houston for confirmation

The "Ops Note" sent by Brian Morel on April 20, 2010 at 3:36 p.m. (BP-HZN-MBI00129108).

**From:** Morel, Brian P
**Sent:** Tue Apr 20 15:36:07 2010
**To:** Vidrine, Don J; Kaluza, Robert; Lambert, Lee; Lee, Earl P (Oper Svcs Dril)
**Subject:** Ops Note
**Importance:** Normal

1. Test casing per APD to 2500 psi
2. RIH to 8367'
3. Displace to seawater from there to above the wellhead
4. With seawater in the kill close annular and do a negative test
5. Open annular and continue displacement
6. Set a 300' cement plug
7. Drop neft ball and circulate DS volume
8. Spot corrosion inhibitor in the open hole
9. POOH to wellhead and wash with the 3-1/2" / do not rotate
10. POOH and make LIT / LDS runs
11. Test casing to 1000 psi with seawater (non MMS test / BP DWOP)
    1. Confirm bbls to original casing test (should be less due to volume and fluid compressibility – seawater vs sobm)
    2. Plot on chart / send to Houston for confirmation

Jimmy Harrell (Transocean) testimony on how he typically runs a negative test.

20 Q. In the course of conducting your
21 negative test, how do you typically line up
22 your piping and valve arrangements for that?
23 You said that Mr. Vidrine wanted to do a
24 second test because he wanted to use a kill
25 line.

1 A. Yes.
2 Q. So how did you all conduct the first
3 negative test?
4 A. You do it by leading off back to
5 Halliburton and up your drill pipe. You pump
6 seawater to the end of your tail pipe and all
7 the way back up to above your annular with
8 your spacer.
9 Q. So what do you do there? You close
10 your annular -- keep your mud above your
11 annular with seawater in your back side?
12 A. Yeah. You hold the mud in the riser
13 with the annular closed.
14 Q. So it's not full -- it's not
15 completely to a seawater gradient at that
16 point in time, correct?
17 A. Well, yeah, it is. I mean, it's -
18 Q. Because you have seawater down the
19 drill pipe, but you're holding it back on the
20 back side. You have no common back on the
21 annular all the way back to surface.
22 A. You have drill pipe. You have
23 seawater in the drill pipe and you have
24 seawater in the kill line and either one would
25 be seeing the same pressure as far as from

1 that depth of 8367.

The MI SWACO Rheliant Displacement Procedure drafted by Leo Lindner (BP-HZN MBI00133083).



*LEO typed THIS up - procedure on how they will do This*
*└ Mud Engineer*

BP / Deepwater Horizon
Rheliant Displacement Procedure
"Macondo" OCS-G 32306

1. Before displacing to seawater, conduct a THINK DRILL with all.
2. *Remember it's very important that we must avoid trapping SBM in pits, pumps, lines and hole. We will displace SBM from all four mud pumps, both stand pipes, choke, kill, boost lines, casing and riser.*
3. Pump excess volume to Bankston, and have boat on starboard with mud hose on her.
4. Line up on sea chest.
5. Build 425 bbl **WBM spacer** in pit # 5, and use Duo Vis to thicken up.
6. Capacities:
   Choke 100 bbls/794 strokes;         Kill 100 bbls/794 strokes;
   **Boost 73 bbls/579 strokes;         Drill pipe 196 bbls/1555 strokes;**
   **Casing/Riser w/drill pipe annular 1817 bbls/14,420 stks.**
   **Total displaced volume for hole and drill string, 2012 bbls/15,968 strokes**
   Pump Output 0.126 bbls/stk.

Displacement

1. Line up for all SBM returns to go to the pits and bypass sandtraps. Function test dump valve. As we displace, pump SBM to Bankston.
2. Displace choke, kill, and boost lines, and close lower valves after each. Zero stroke counter. (Note: when displacing choke line, over displace 8 bbls (63 strokes) for surface lines).
3. Pump 425 bbl **WBM spacer** from **pit # 5** down drill pipe followed by seawater. *454*
4. Pump 775 bbls or 6150 stks. Spacer should be above the upper annular. *352*
5. Close annular and conduct negative test. After successful negative test, open bag.
6. Continue displacement up the riser until spacer is 500ft past BOP stack (950 bbls 7540 strokes). We can boost riser.
7. Do not shut down until displacement is complete.
8. When WBM spacer returns at 15,968 stks, over-displace until interface is incorporated. When interface is incorporated, Compliance Engineer will take sample for Static Sheen test and ROC and shut down pumps. Switch to overboard discharge.
9. If static sheen is an apparent pass, discharge remaining spacer and seawater down overboard line. Mud Engineer will advise.

NOTE: Good communication will be necessary to accomplish a successful displacement. If you are not sure, stop and ask.

# EXHIBIT "K"

EDS, AMF and Auto Shear Description for TSF Horizon

The Emergency Disconnect Sequence (EDS) can be activated from either the Toolpusher's or Driller's Control Panels (TCP or DCP).  The sequence is designed to close either the High Pressure Blind Shear Ram or the High Pressure Casing Shear Ram (depending on sequence selection), CLOSE the Choke and Kill Valves and UNLATCH the LMRP Connector (along with Choke/Kill Connectors).  The EDS sequences are listed at the end of this document.

The hydraulic power to perform the sequence will be primarily from the conduit; however, H/P Close (either Blind or Casing) will get their hydraulic power from the stack mounted accumulators.  The conduit will in turn get its supply from the HPU (Hydraulic Power Unit) from the surface.  The HPU has at least two triplex pumps to supply the pressure to the pod via the conduit.

The electrical power and communication to the pods will be from mux umbilicals.  The electrical power originates from the Power and Communication Cabinet (A & B) from the surface.  Each cabinet has a dedicated UPS that will supply electrical power to sub-sea for a minimum of two hours should main power from the rig be interrupted or removed.  The EDS commands to the sub-sea equipment originate at the DCP or TCP.  The commands are then routed to the Power and Communication Cabinets (A & B) via the surface network.  The commands are then sent to the SEM (Sub-sea Electronics Module) on the pod via the mux umbilical.

EDS, Blind Shear Ram (Regular) Close Sequence for TSF Horizon

| T=0 (seconds) | Start EDS<br>Command to Pods:  Unlock all functions that were locked by BOP Workstation (CCU). |
|---|---|
| T=1 | Command to Pods:<br>HP Shear Close(Blind Ram)<br>Retract Wellbore P/T Connector<br>Lock ST Locks<br>Stack Accumulator Charge OPEN<br>Close Blind Shear Rams (for panel indication only)<br>Close Upper Inner Choke<br>Close Upper Outer Choke<br>Close Lower Inner Choke<br>Close Lower Outer Choke<br>Close Upper Inner Kill<br>Close Upper Outer Kill<br>Close Lower Inner Kill<br>Close Lower Outer Kill |
| T= 2 | Commands to Pods:<br>Vent Blind Shear Rams (for panel indication only) |
| T=5 | Commands to Pods:<br>Unlatch Choke/Kill Connector Primary<br>Unlatch Choke/Kill Connector Secondary |
| T=18 | Commands to Pods:<br>Vent Upper Annular Preventer<br>Vent Lower Annular Preventer<br>Isolate - Stack Accumulator Charge<br>Isolate - Stack Accumulator Dump<br>Vent Blind Shear Rams<br>Vent H/P Shear Close (Casing/Shear Ram)<br>Vent Casing Shear Rams<br>Vent Upper Inner Kill<br>Vent Upper Outer Kill<br>Vent Upper Outer Choke<br>Vent Upper Inner Choke<br>Vent Upper Pipe Ram Preventer<br>Vent Lower Outer Choke<br>Vent Lower Inner Choke<br>Vent Middle Pipe Ram Preventer<br>Vent Lower Pipe Ram Preventer<br>Vent Lower Inner Kill<br>Vent Lower Outer Kill<br>Vent Wellhead Connector Gasket Release<br>Vent Wellhead Connector Secondary |

CONFIDENTIAL TREATMENT REQUESTED

|  | Vent Wellhead Connector Primary<br>Vent AutoShear |
|---|---|
| T=22 | Commands to Pods:<br>Vent High Pressure Shear Close (Blind/Shear Ram)<br>Vent ST Locks |
| T=23 | Commands to Pods:<br>Output signal to HydraLift System (Dry Contact *)<br>De-energize Stack Stinger Seals (Blue & Yellow) |
| T=25 | Commands to Pods:<br>Retract Stack Stingers<br>Unlatch LMRP Connector Primary<br>Unlatch LMRP connector Secondary |
| T=26 | Commands to Pods:<br>Energize LMRP Connector Regulator Quick Increase |
| T=46 | EDS is complete<br>Reset internal variables<br>Commands to Pods<br>Vent LMRP Connector Regulator Quick Increase |
|  |  |

BP-HZN-MBI00010445

EDS, Casing Shear Ram (Casing) Close Sequence for TSF Horizon

| T=0 (seconds) | Start EDS<br>Command to Pods:  Unlock all functions that were locked by BOP Workstation (CCU). |
|---|---|
| T=1 | Command to Pods:<br>Energize HP Shear Close(Casing Ram)<br>Retract Wellbore Pressure/Temperature Connector<br>Stack Accumulator Charge OPEN<br>Close Casing Shear Rams (for panel indication only) |
| T= 2 | Commands to Pods:<br>Close Upper Inner Choke<br>Close Upper Outer Choke<br>Close Lower Inner Choke<br>Close Lower Outer Choke<br>Close Upper Inner Kill<br>Close Upper Outer Kill<br>Close Lower Inner Kill<br>Close Lower Outer Kill<br>Vent Casing Shear Rams (for panel indication only) |
| T=5 | Commands to Pods:<br>Unlatch Choke/Kill Connector Primary<br>Unlatch Choke/Kill Connector Secondary |
| T=25 | Commands to Pods:<br>Energize HP Shear Close(Blind Ram)<br>Close Blind Shear Rams (for panel indication only)<br>Lock ST Locks |
| T=43 | Commands to Pods:<br>Vent Upper Annular Preventer<br>Vent Lower Annular Preventer<br>Isolate - Stack Accumulator Charge<br>Isolate - Stack Accumulator Dump<br>Vent Blind Shear Rams<br>Vent H/P Shear Close (Casing/Shear Ram)<br>Vent Casing Shear Rams<br>Vent Upper Inner Kill<br>Vent Upper Outer Kill<br>Vent Upper Outer Choke<br>Vent Upper Inner Choke<br>Vent Upper Pipe Ram Preventer<br>Vent Lower Outer Choke |

BP-HZN-MBI00010446

|  | Vent Lower Inner Choke<br>Vent Middle Pipe Ram Preventer<br>Vent Lower Pipe Ram Preventer<br>Vent Lower Inner Kill<br>Vent Lower Outer Kill<br>Vent Wellhead Connector Gasket Release<br>Vent Wellhead Connector Secondary<br>Vent Wellhead Connector Primary<br>Vent AutoShear |
| --- | --- |
| T=51 | Commands to Pods:<br>Vent High Pressure Shear Close (Blind/Shear Ram)<br>Vent ST Locks |
| T=52 | Commands to Pods:<br>Output signal to HydraLift System (Dry Contact *)<br>De-energize Stack Stinger Seals (Blue & Yellow) |
| T=54 | Commands to Pods:<br>Retract Stack Stingers<br>Unlatch LMRP Connector Primary<br>Unlatch LMRP connector Secondary |
| T=55 | Commands to Pods:<br>Energize LMRP Connector Regulator Quick Increase |
| T=75 | EDS is complete<br>Reset internal variables<br>Commands to Pods<br>Vent LMRP Connector Regulator Quick Increase |
|  |  |

The AMF (Automatic Mode Function) or deadman can be armed from either the Toolpusher's or Driller's Control Panels (TCP or DCP).  Once armed, must be via the TCP or DCP, the AMF cards in the SEM look for three conditions.  When and only if ALL conditions are satisfied then the AMF card will route power to the SEM (via the batteries inside the SEM) and execute the AMF sequence listed at the end of the document.

The three conditions are:

1.   Loss of electrical power and communication from the mux umbilical.

2.   Loss of communication from the other pod (or SEM).

3.   Loss of conduit pressure.

The hydraulic power to perform the sequence will be from the stack mounted accumulators.

CONFIDENTIAL TREATMENT REQUESTED

BP-HZN-MBI00010448

AMF Sequence for TSF Horizon

| T=0 (seconds) | Commands to Pod:<br>LMRP Stinger Extend<br>Stack Stinger Extend |
|---|---|
| T=5 | Commands to Pod:<br>LMRP Stinger Seals Energize<br>Stack Stinger Seals Energize |
| T=7 | Commands to Pod:<br>Vent LMRP Stinger Extend<br>Vent Stack Stinger Extend<br>H/P Blind Shear Ram Close |
| T=37 | Vent H/P Blind Shear Ram Close |
| | End of Sequence |
| | |

 BP-HZN-MBI00010449

Auto Shear

A trigger valve between the LMRP and Stack plates will activate the Blind Shear Ram and Blind Shear ST Lock functions.  The Auto Shear function must be "Armed" via the function on the DCP or TCP (Auto Shear, ARM).

The hydraulic power to close the Blind Shear Ram will be primarily from the stack mounted accumulators.

CONFIDENTIAL TREATMENT REQUESTED

# EXHIBIT "L"

# Appendix I: APD Departures at the Macondo Well Granted by MMS

| Regulation | Departure |
|---|---|
| 30 CFR 250.423(b) | The conductor casing (28") will not be tested to 200 psi as the subsequent open hole section will be drilled riserless.<br><br>**Approved 5/22/09.** |
| 30 CFR 250.433(b) | Partial closing of the diverter sealing element shall be considered to be an actuation test. Full closure actuation will be conducted in conjunction with regular scheduled BOP testing. The vent lines will not be flow tested and the system will not be pressure tested per the subject regulation.<br><br>**Approved 5/22/09.** |
| 30 CFR 250.445(g) | A safety valve will not be on the rig floor for the casing being run unless the casing string length results in the casing being across the blind/shear rams prior to the crossing over to the drill pipe running string.<br><br>**Approved 5/22/09.** |
| 30 CFR 250.447(b) | The 14-day BOP pressure test is not required for blind shear rams. The blind shear rams and the wellhead connector will be tested to the casing pressure tests as specified in the APD during casing tests such that code requirement of 250.449(e) is met.<br><br>**Approved 5/22/09.** |
| 30 CFR 250.447(c) | The BOP's will be pressure tested every 14 days. The BOP test before drilling out each casing string and/or liner shall not be expressly required, except that the 14- day pressure test must be valid. This applies to the following casing strings: 18" liner; 16" liner; 13 5/8" liner and contingency liners.<br><br>**Approved 5/22/09.** |
| 30 CFR 250.448 (b,c) | The subsea BOPs will *not* be pressure tested to 15K psi rated working pressure, and the annular will *not be* tested to 70% of its rated working pressure, on the test stump, or after installation. We propose that the single ram type BOPs shall be stump-tested to 10,000 psi and the annular-type BOPs shall be stump-tested to 5,000 psi. Thereafter, test pressures will be per the APD.<br><br>The blind/shear rams will not be pressure tested to their rated working pressure upon installation or during subsequent tests. The blind/shear rams will be tested to the casing test pressures as specified in the APD. |

| | |
|---|---|
| | The upper inner and outer annular bleed valves will *not* be pressure tested to their rated working pressure. A pressure test of the upper inner and outer bleed valves will be performed against the annular BOP to the annular test pressure specified in the APD.<br><br>**Approved 5/22/09.** |
| 30 CFR 250.449(f) | Request not to test on 6⅝" casing landing string during BOP tests. During drilling operations 6⅝" drill pipe will be used above the BOP stack (it will never go into or below the BOP stack). The remainder of the string will be made up of 5½" drill pipe (From the BOP stack down). However to land the heavy 22" and 16" casing stings, a 6⅝" drill pipe landing string will be used. Once the casing is landed and cemented, the 6⅝" drill pipe will be across the BOP stack (for approximately 12 hours). There will be no drilling ahead with the 6⅝" drill pipe in or below the BOP stack. Both 5½" drill pipe and 6⅝" drill pipe will be tested during the stump test, prior to running the BOP stack.<br><br>**Approved 5/22/09.** |
| 30 CFR 250.449(f) | Variable bore-pipe rams will be pressure tested against largest and smallest sizes of pipe that will be across the stack, excluding drill collars, HWDP, and bottom-hole tools.<br><br>The annular BOP will only be tested to the smallest OD drill pipe when a tapered string is in use.<br><br>**Approved 5/22/09.** |
| 30 CFR 250.449 (h) | Request to delay or omit 7-day function test of Blind/Shear and casing shear rams, when function test is due and the drill string is across the stack. The maximum time between function tests shall not exceed 14 days, unless authorized by the MMS district office on a case by case basis.<br><br>**Approved 5/22/09.** |
| 30 CFR 250.1721 | Set a 300' cement plug (125 cu. Ft. of Class H Cement from 8367' to 8067'.<br><br>The requested surface plug depth variation is for minimizing the chance of damaging the LDS sealing area, for future completion operations. |

| | This is a temporary abandonment only.<br><br>The Cement plug length has been extended to compensate for added setting depth.<br><br>**Approved 4/16/10.** |
|---|---|

EXHIBIT "M"

# Appendix J: Risk Register for the Macondo Well

**Risk Register for Project: Macondo**

| RID No. | Date Check | Risk or Opp. | Category | Risk/Opportunity Name | Event Description / Impact | Owner | Risk Status | Actions | By | Date | Impact Type | Impact Level | Prob. | Manageability | Rating | Impact Type | Impact Level | Prob. | Rating | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | General | | | | Last Update | | Pre-Response | | | | | Post-Response | | | | |
| 1 | OK | T | NDS | Well Control | Potential well control problem - risk of losing the wellbore in a catastrophic subsea event | Mark Hafle | Accepted | 0 | Mark Hafle | 17-Jun-06 | Cost | Medium | Moderate | High | Mod. | Cost | Medium | Moderate | Mod. | Clearly program thought to mitigate this risk. |
| 2 | OK | T | NDS | Complex overburden | Multiple shallow water flow units, faults & potential gas | Craig Sabbagha | Accepted | | Mark Hafle | 27-Apr-06 | Cost | Medium | Low | Low | Low | Cost | Medium | Very Low | V. Low | Picked the best location to mitigate the risks. |
| 3 | OK | T | NDS | PPFG uncertainty | Drilling into pressure ramp unexpectedly could cause problems | Marty Albertin | Accepted | | Mark Hafle | 27-Apr-06 | Cost | Medium | Low | Mod. | Mod. | Cost | Medium | Low | Low | |
| 4 | OK | T | NDS | Wellbore stability | Drilling through any wellbore/overburden interface may encounter problems with losses sloughing/plumping into the well bore | Mark Hafle | Dormant | | Mark Hafle | 27-Apr-06 | | | | | | | | | | Picked a rig with well walls. We chose a location without well balance to minimize potential. |
| 5 | OK | T | NDS | Tight hole, stuck pipe | Offset well (Rigel) encountered problems with stuck pipe at 9000' | Mark Hafle | Accepted | | Mark Hafle | 27-Apr-06 | Cost | Low | Low | Medium | V. Low | Cost | Low | Low | Low | We are aware of it and will monitor the situation carefully. |
| 6 | OK | T | NDS | Mass Transport Deposits (MTD) | Can be shallow water flow units when buried deeper than about 500' in deepwater settings, may be over-pressured. | Birk Van Nieuwenhuyse | Accepted | | Mark Hafle | 13-May-06 | Cost | Medium | Low | Medium | Low | Cost | Medium | Low | V. Low | Identified from and are aware. |
| 7 | OK | T | NDS | Reduced wireline program | Loss of data collection as a result of well problems or borehole environmental conditions | Team | Accepted | | Team | 13-May-06 | Schedule | Low | Low | High | Low | Schedule | Low | Low | Low | Talking just about the MDS. |
| 8 | OK | T | NDS | Lost Circulation | Lost circulation indentified in the offsets. Risk to time and well | Mark Hafle | Active | | Mark Hafle | 17-Jun-06 | Cost | Medium | Moderate | Medium | Low | Cost | Medium | Low | Low | |
| 9 | OK | T | NDS | Narrow PPFG window | Isolatal had a narrow PPFG window | Marty Albertin | Accepted | | Mark Hafle | 17-Jun-06 | Cost | Medium | Moderate | High | Mod. | Cost | Medium | Moderate | Mod. | |
| 10 | OK | | | | | | | | | | | | | | | | | | | |
| 11 | OK | T | NDS | Hurricane | Hurricanes and storms often exceed timelines, and the rig must unlatch and move to safer conditions. | Team | Accepted | | Team | 20-May-06 | Schedule | Medium | Moderate | Low | Mod. | Schedule | Medium | Low | Mod. | |
| 12 | OK | T | NDS | Loop and Eddy currents | Loop and eddy conditions occur around throughout the year. | Team | Accepted | | Team | 20-May-06 | Schedule | Medium | Moderate | Low | Mod. | Schedule | Medium | Low | Mod. | |
| 13 | OK | T | NDS | Hydrate buildup on wellhead/connector | | Mark Hafle | Accepted | | Mark Hafle | 20-May-06 | Schedule | Low | Low | High | V. Low | Schedule | Low | Low | V. Low | Our location is further North. |
| 14 | OK | T | NDS | Shallow watergas flows | Uncontrolled shallow water and gas flows prior to their installation could undermine and crater the drill center. | Mark Hafle | Accepted | | Mark Hafle | 20-Jun-06 | Cost | High | High | High | Mod. | Cost | High | High | Mod. | |
| 15 | OK | T | NDS | Lost drill center/riser pod | Wellhead Subsidence, stuck pipe, surface fracture, TOC failure or any risk for underlay/emptying of all equipment. | Mark Hafle | Accepted | | Mark Hafle | 17-Jun-06 | Cost | High | Low | High | Mod. | Cost | High | Low | Low | |
| 16 | OK | T | NDS | Gumbo Attack | Gumbo risk to slurry and slurry | Mark Hafle | Accepted | | Mark Hafle | 17-Jun-06 | Cost | Low | Low | Low | Low | Cost | Low | Very Low | Low | Access to the effects. |
| 17 | OK | T | NDS | Shallow depletion | Evaluate potential for depleted zones. | Marty Albertin | Accepted | | Marty Albertin | 20-May-06 | Cost | Medium | Low | Medium | Mod. | Cost | Medium | Moderate | Low | |
| 18 | OK | T | NDS | BOP issue | Potential for the BOP stack to close NPT on the well. | Trent France | Active | | Trent France | 17-Jun-06 | Cost | Low | Low | Medium | Low | Schedule | Low | Low | Low | |
| 19 | OK | T | NDS | Zonal isolation | Risk of a good cement job on the 9-7/8" Production String | Mark Hafle | Active | | Team | 17-Jun-06 | Cost | High | Moderate | High | Mod. | Cost | High | High | Mod. | |
| 20 | OK | T | Planning | Shock & Vibration | Risk of down hole tool failures due to shock and vibration. | Mark Hafle | Accepted | | Mark Hafle | 17-Jun-06 | Cost | Medium | Low | Medium | Mod. | Cost | Medium | Low | Low | |
| 21 | OK | T | Planning | Annular Pressure Build-up | Risk of casing failure during the production phase of the well. | Mark Hafle | Accepted | | Mark Hafle | 17-Jun-06 | Production | High | Moderate | High | Mod. | Cost | High | Very Low | V. Low | |
| 22 | OK | T | Planning | Compaction | Risk of a good cement job on the 9-7/8" Production string | Mark Hafle | Active | | Mark Hafle | 17-Jun-06 | Production | Low | Very Low | Low | Low | Cost | Medium | Low | Mod. | |
| 23 | OK | T | Planning | Operational issues | Risk of subsea operation failure | | | | | | Cost | Medium | Low | Low | V. Low | Cost | Medium | Low | Low | |
| 24 | OK | | | | | | | | | | | | | | | | | | | |
| 25 | OK | | | | | | | | | | | | | | | | | | | |

**Risk Rating Matrix** - customize the matrix in the SETUP worksheet

| Impact Level | Health & Safety | Environment: Threats | Environment: Opportunities | Reputation: Threats | Reputation: Opportunities | Cost | Schedule | Production | Reserves | NPV |
|---|---|---|---|---|---|---|---|---|---|---|
| Very High | One or more fatalities | Damage long-term and/or extensive | – | Outrage. Prosecution. Possible loss of operating license | Commended by NGO at international level. Global recognition | > 10 $M | > 12.75 days | > 0.1 of Project Production* | > 0.15 of Project Reserves* | > 0.1 of Project NPV* |
| High | Serious injury or DAFWC. HiPo | Short-term damage within facility boundary | Long-term and/or extensive improvement | Involvement of regulator | Commended by NGO at national level. Recognition within country | 3 - 10 $M | 3.4 - 12.75 days | 0.03 - 0.1 of Project Production* | 0.04 - 0.15 of Project Reserves* | 0.03 - 0.1 of Project NPV* |
| Medium | Recordable injury, first aid, serious occurrence | Rapid on-site clean-up | Short-term improvement within facility boundary | Complaints from local community | Commended by NGO at local level. Recognition within area | 1 - 3 $M | 0.85 - 3.4 days | 0.01 - 0.03 of Project Production* | 0.01 - 0.04 of Project Reserves* | 0.01 - 0.03 of Project NPV* |
| Low | No impact | No impact | Minor enhancement | Minimal impact | recognised positive contribution within BP | < 1 $M | < 0.85 days | < 0.01 of Project Production* | < 0.01 of Project Reserves* | < 0.01 of Project NPV* |

**Probability**

| | |
|---|---|
| Very Low | Could only occur as the result of multiple, independent system or control failures. Future occurrence is thought most unlikely. No comparable occurrence is known. |
| Low | Could result from a plausible combination of system or control failures. Would probably occur if the system were to be operated for long enough. Comparable events are known to have occurred in the past. |
| Moderate | Could result from the failure of a single system or control. Could be expected to occur if this operation were repeated regularly. Comparable events are within the team's direct experience. |
| High | Uncontrolled. Will occur whenever circumstances are unfavorable. Comparable events are frequent. |

**Prob-Impact Grid**

| Impact Level | Probability / Frequency | | | |
|---|---|---|---|---|
| | Very Low < 1% | Low 1 - 5% | Moderate 5 - 25% | High > 25% |
| Very High | Mod. | High | V. High | V. High |
| High | Low | Mod. | High | V. High |
| Medium | V. Low | Low | Mod. | High |
| Low | V. Low | V. Low | Low | Mod. |

**Manageability**

| | |
|---|---|
| Low | Project Management Team can only influence impact.   Risk reduction measures are unlikely to be cost-effective. |
| Medium | Project Management Team can influence probability and / or impact.   Risk reduction measures will be roughly cost-neutral. |
| High | Project Management Team can control probability and / or impact.   Risk reduction measures will be highly cost-effective. |

# EXHIBIT "N"



**Figure 5: RACI Chart**

| Title of Document: | GoM D&C Operating Plan/ Local OMS Manual | Document Number: | 2200-T2-DM-MA-0001 |
|---|---|---|---|
| Authority: | Kevin Lacy | Revision: | 0 |
| Custodian/Owner: | Mark Webster | Issue Date: | 11/1/2009 |
| Retention Code: | AAA0000 | Next Review Date (if applicable): | 11/1/2010 |
| Security Classification: | Project Confidential | Page: | Page 14 of 73 |
| Warning: Check DW Docs revision to ensure you are using the correct revision. | | | |

BP-HZN-MBI00193461

# EXHIBIT "O"

# Appendix L: Production Casing Cement Job Decision Tree

