# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | | | |
|---|---|---|---|---|
| In Re: Oil Spill by the Oil Rig | | | ) | MDL No. 2179 |
| "Deepwater Horizon" in the | | | ) | |
| Gulf of Mexico, on | | | ) | SECTION J |
| April 20, 2010 | | | ) | |
| | | | ) | JUDGE BARBIER |
| This Document Relates to: | | | ) | |
| | | | ) | MAG. JUDGE SHUSHAN |
| 2:13-CV-02078 | 2:13-CV-02060 | 2:13-CV-02160 | ) | |
| 2:13-CV-02234 | 2:13-CV-02035 | 2:13-CV-02229 | ) | |
| 2:13-CV-02232 | 2:13-CV-02199 | 2:13-CV-02158 | ) | |
| 2:13-CV-02151 | 2:13-CV-02154 | 2:13-CV-02057 | ) | |
| 2:13-CV-02308 | 2:13-CV-02163 | 2:13-CV-02054 | ) | |
| 2:13-CV-02064 | 2:13-CV-02390 | 2:13-CV-02225 | ) | |
| 2:13-CV-02008 | 2:13-CV-02028 | 2:13-CV-02231 | ) | |
| 2:13-CV-02027 | 2:13-CV-02067 | 2:13-CV-02168 | ) | |
| 2:13-CV-02139 | 2:13-CV-02182 | 2:13-CV-02233 | ) | |
| 2:13-CV-02226 | 2:13-CV-02062 | 2:13-CV-02131 | ) | |
| 2:13-CV-02187 | 2:13-CV-02077 | 2:13-CV-02157 | ) | |
| 2:13-CV-02178 | 2:13-CV-02071 | 2:13-CV-02224 | ) | |
| 2:13-CV-02159 | 2:13-CV-02149 | 2:13-CV-02049 | ) | |
| 2:13-CV-02134 | 2:13-CV-02172 | 2:13-CV-02167 | ) | |
| 2:13-CV-02166 | 2:13-CV-02137 | 2:13-CV-02165 | ) | |
| 2:13-CV-02184 | 2:13-CV-02152 | 2:13-CV-02164 | ) | |
| 2:13-CV-02190 | 2:13-CV-02357 | 2:13-CV-02170 | ) | |
| 2:13-CV-02185 | 2:13-CV-02141 | 2:13-CV-02176 | ) | |
| 2:13-CV-02173 | 2:13-CV-02161 | 2:13-CV-02162 | ) | |
| 2:13-CV-02058 | 2:13-CV-02404 | 2:13-CV-02227 | ) | |
| 2:13-CV-02068 | 2:13-CV-02147 | 2:13-CV-02325 | ) | |
| 2:13-CV-02021 | 2:13-CV-02144 | | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

**NOW INTO COURT**, through undersigned counsel, comes the following Plaintiffs, who, pursuant to Rule 41 (a)(1) of Federal Rules of Civil Procedure, files this Notice of Voluntary Dismissal of its claims against Defendant BP p.l.c. without prejudice.

1. 6901 Jefferson, LLC dba Save N Time;
2. ABL Fabricators, LLC;
3. Alabama Roll Inc;
4. Alpaugh Supply, LLC;
5. American Seafoods, Inc.;
6. American South Financial, LLC;
7. Bevo Vino, LLC dba Swirl Wine Bar;
8. Bino, LLC;
9. BP Homebuilders & Remodeling Inc.;
10. C&H Lures Ultimate Tackle Center, Inc.;
11. C.A.F. Inc. dba The Freight Connection;
12. CEM Supply, LLC dba Metal Sales;
13. Christopher Properties, Inc.;
14. Cleveland J. Billiot, II General Contracting, Inc.;
15. Clipper Estates Master Homeowners' Assn., Inc.;
16. Clipper Land Holdings, LLC;
17. Coastal Cottages, LLC;
18. Commodore Transportation, Inc.;
19. C.O.R.D.S., LLC dba Hill Top Inn;
20. Amar Dave;
21. Davis, William;
22. Wade Delaneuville;
23. Joan Dickinson;
24. Digital Designers, LLC;
25. Directional Road Boring, Inc.;
26. Donald B. Rymer and Kristin R. Rymer;
27. Douglas Zalenski;
28. Charles Dykes;
29. Eymard Homes, Inc.;
30. Roy J. Folse;
31. Leo Golubitsky;
32. Greenwell Springs Marine, Inc.;
33. Hanuman Inc., dba Super 8 Motel;
34. Hookup & Pipeline Construction, Inc.;
35. Imperial Trading Co., LLC;
36. J. Dunning, L.L.C.;
37. Linda Padgett;
38. Lobdell P. Brown, III;
39. Lucky Coin Machines Co., LLC;
40. M&M Shipping Corporation;
41. National Holdings, LLC;

| | |
|---|---|
| 42 | New Century Fabricators, Inc.; |
| 43 | Paul Mipro dba Paul's Automotive; |
| 44 | Nevil Pizani; |
| 45 | Blake Powell; |
| 46 | Pump Systems, LLC; |
| 47 | RBT Welders, LLC; |
| 48 | Residence at Park Ave; |
| 49 | Rigolets Bait & Seafood, LLC; |
| 50 | Robert Tynes; |
| 51 | Rodd-N-Bobb's, Inc.; |
| 52 | Safety System Services, LLC; |
| 53 | Scott Dennis; |
| 54 | Serranos Clearview, LLC; |
| 55 | Serranos Highland, LLC; |
| 56 | Serranos Johnston, LLC; |
| 57 | Southern Surgical Hospital, L.P. dba Southern Surgical Hospital; |
| 58 | St. Mary's Sand & Limstone, LLC; |
| 59 | Sunshine Ventures, Inc.; |
| 60 | Taylor Industrial Specialists, Inc.; |
| 61 | Thru Tubing Systems, Inc.; |
| 62 | USA Marine Consulting, LLC; |
| 63 | Warran B. Doussan, Jr. and Robin A. Dousan Individually and dba American Consulting & Development Company, LLC |
| 64 | George Wilhelm; |
| 65 | Worksite Benefit Services, Inc.; |

Respectfully submitted:

**/s/**Robert J. Diliberto
**Robert J. Diliberto** (LSBA# 24783)
Diliberto@attorneys-louisiana.com
**Damon A. Kirin** (LSBA# 24729)
kirin@attorneys-louisiana.com
Diliberto & Kirin, L.L.C.
3636 S. I-10 Service Rd. West, Suite 210
Metairie, LA 70001
Telephone: (504) 828-1600
Facsimile: (504) 828-1555

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 08, 2013, electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Eastern District of Louisiana via CM/ECF System, and served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, email OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

/s/Robert J. Diliberto
Robert J. Diliberto