UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | **MDL NO. 2179** <br><br> **SECTION J** |
| **Applies to: All Cases** | **JUDGE BARBIER** <br> **MAGISTRATE JUDGE SHUSHAN** |

### ORDER

**[Regarding the Motion of the U.S. to Exclude Expert Testimony (Rec. doc. 10274)]**

IT IS ORDERED that the motion of the United States to exclude expert testimony due to BP's refusal to provide ENHANS software without restraint of trade non-compete clause (Rec. doc. 10274) is DISMISSED as MOOT.

New Orleans, Louisiana, this 8th day of July, 2013.

**SALLY SHUSHAN**
**United States Magistrate Judge**