# Philip A. Garrett, CPA
# 117 Fairgrounds Blvd
# Bush, La 70431
# 985-635-1500
# pgarrett@garrettco.com

Honorable Judge Carl Barbier
United States District Court
500 Poydras St.  Room C256
New Orleans, La 70130

July 2, 2013

Dear Judge Barbier,

    I have been requested by the PSC to ask for additional funds for shared litigation expenses from the Common Benefit Fee Qualified Settlement Fund.

    You previously authorized that original cash assessments be refunded to all common benefit attorneys which was completed except for $63,000.00 which is awaiting wiring information from members.

    Then $1,950,000 was immediately assessed from PSC members for operating capital, and when that was expended, you granted an order that an additional $1,950,000 be reimbursed to the PSC members, which remained in the shared cost account to continue the litigation.

    I have attached a schedule showing the flow of cash assessments and that the current balance of cash assessments is $1,800,000.00.

    At this point the PSC's operating cash is $473,300.59 with several outstanding invoices and large costs expected for the upcoming Phase Two Trial.

    Please approve the disbursement of $1,800,000 from the Common Benefit Fee Qualified Settlement Fund to the Shared Litigation Expense Account. The QSF currently has a balance of $89,177,054.52, as shown on the attached schedule of Escrowed Funds.

    If you have any questions please do not hesitate to contact me.

Sincerely,

Philip A. Garrett

cc: Mr Steve Herman
cc: Mr Jim Roy

# B P Deepwater Horizon
# MDL 2179
# Escrowed Funds for Plaintiffs' Fees and Costs

**6% and 4% Funds held by Clerk of Court (Kim _Lange@laed.uscourts.gov)**

As of 6-24-2013
| | |
|---|---|
| Wires from GCCF | $ 14,856,065.77 |
| Voluntary deposits | $  7,114,437.05 |
| Total | $ 21,970,502.82 |

**Qualified Settlement Fund (administered by Philip A. Garrett, CPA)**

J P Morgan account
| | | |
|---|---|---|
| Initial deposit | | $ 75,000,000.00 |
| 4-11-2013 deposit | | $ 38,366,265.50 |
| February costs reimbursement for Cash Assessments and Selected accounts payable | $ (22,304,454.93) | |
| Checks not issued | $ 63,000.00 | $ (22,241,454.93) |
| 4-24-2013  Cost reimb to PSC | | $ (1,900,000.00) |
| 4-24-2013 Kreindler & Kreindler | | $ (50,000.00) |
| Interest income February - May | | $ 2,243.95 |
| Balance 6-15-2013 | | $ 89,177,054.52 |

## BP Deepwater Horizon
## Recap of status of Cash and Assessments

| Date | Balance in Checking Acct on Selected dates | Cash Assessments | Description |
|---|---|---|---|
| 2/21/2013 | $ 1,950,000.00 | $ 1,950,000.00 | PSC members contribute Assessments |
| 4/16/2013 | $ 400,000.00 | | |
| 1/4/1900 | | $ (1,950,000.00) | Court reimburses cash assessments |
| | $ 2,350,000.00 | $ 1,950,000.00 | and PSC members recontribute |
| 4/29/2013 | | $ (50,000.00) | Kreindler and Kreindler withdraw Assessment |
| 4/29/2013 | | $ (100,000.00) | Watts Guerra Craft withdraw Assessment |
| | $ 473,000.00 | $ 1,800,000.00 | |