UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: ) | |
| OIL SPILL BY THE OIL RIG ) | |
| "DEEPWATER HORIZON" IN THE ) | MDL Docket No. 2179 |
| GULF OF MEXICO ON APRIL 20, 2010 ) | |
| ) | SECTION J |
| THIS DOCUMENT RELATES: ) | |
| ) | JUDGE BARBIER |
| IN RE: TRITON ASSET LEASING GmbH ) | MAG. JUDGE SHUSHAN |
| Case No. 2:10-cv-02771-CJB-SS ) | |

**MOTION FOR LEAVE TO FILE LIMITATION
SHORT FORM JOINDERS AFTER THE SEPTEMBER 16, 2011 DEADLINE**

# EXHIBIT A

| | **Claimant** | **Joinder Doc. Number** | **Date Filed** |
|---|---|---|---|
| 1. | Kelsey Bryant | 67215671 | 05/14/13 |
| 2. | Christopher Higdon | 67215672 | 05/14/13 |
| 3. | Lila Davidson f/b/o John Davidson | 67215673 | 05/14/13 |
| 4. | Dean Jennings | 67215674 | 05/14/13 |
| 5. | Stan Lindsey | 67215675 | 05/14/13 |
| 6. | Roy Leon Hill | 67215676 | 05/14/13 |
| 7. | John Howell | 67215678 | 05/14/13 |
| 8. | American Legion Post 199 | 67215679 | 05/14/13 |
| 9. | Taylor Knowles | 67215681 | 05/14/13 |
| 10. | Nina Watson | 67215683 | 05/14/13 |
| 11. | D.P. McFarland Painting | 67215688 | 05/14/13 |
| 12. | William Reid | 67215689 | 05/14/13 |
| 13. | Louise Reid | 67215691 | 05/14/13 |
| 14. | David Bridges | 67215696 | 05/14/13 |
| 15. | Bradford Brightman | 67215697 | 05/14/13 |
| 16. | Claudia Zweber | 67243013 | 05/15/13 |
| 17. | LeAnn Lundberg | 67243017 | 05/15/13 |
| 18. | Fairhope Tire | 67243018 | 05/15/13 |
| 19. | Bass Properties, Inc. | 67243020 | 05/15/13 |
| 20. | Home-Pro Lumber & Hardware, Inc. | 67243024 | 05/15/13 |
| 21. | Stapleton Properties, LLC | 67243026 | 05/15/13 |
| 22. | Margaret C. Long | 67243027 | 05/15/13 |
| 23. | Bass Homes, Inc. | 67246266 | 05/15/13 |
| 24. | James Saucier | 67519789 | 05/29/13 |
| 25. | Robert H. Mack | 67519791 | 05/29/13 |

| | **Claimant** | **Joinder Doc. Number** | **Date Filed** |
|---|---|---|---|
| 26. | Three Rivers Enterprises, LLC | 67519793 | 5/29/13 |
| 27. | Jordan Pile Driving, Inc. | 67519794 | 05/29/13 |
| 28. | HW Jackson, LLC | 67519795 | 05/29/13 |
| 29. | Seaworthy Charters, LLC | 67519797 | 05/29/13 |
| 30. | Windmill Market, LLC | 67518799 | 05/29/13 |
| 31. | Kathleen Broughton | 67519800 | 05/29/13 |
| 32. | Chaufee's Catering, Inc. | 67631894 | 06/04/13 |
| 33. | Kent H. Broom, Inc. | 67631896 | 06/04/13 |
| 34. | Bay Goumet, LLC | 67631899 | 06/04/13 |
| 35. | Bay Radiology, LLC | 67631900 | 06/04/13 |
| 36. | Ocean Creations, LLC | 67631902 | 06/04/13 |
| 37. | Larry Coffman | 67631906 | 06/04/13 |
| 38. | Matthew Crocker | 67631908 | 06/04/13 |
| 39. | Randy Crocker, Jr. | 67702045 | 06/07/13 |
| 40. | Alan Sodergren | 67702047 | 06/07/13 |
| 41. | Daniel Lee Goins | 67702048 | 06/07/13 |
| 42. | Doug Proctor | 67702049 | 06/07/13 |
| 43. | Brenda Copeland | 67702050 | 06/07/13 |
| 44. | Robert Sullivan | 67702051 | 06/07/13 |
| 45. | Johnny Hamburg | 67702052 | 06/07/13 |
| 46. | Richard C. Borden | 67702053 | 06/07/13 |
| 47. | Margaret Harkness | 67702054 | 06/07/13 |
| 48. | Randy K. Crocker, Sr. | 67880913 | 06/13/13 |
| 49. | James Walley | 67880917 | 06/13/13 |
| 50. | Cobb Properties, LLC | 67880918 | 06/13/13 |
| 51. | Randy & Eric Crocker Homebuilders | 67880924 | 06/13/13 |
| 52. | Hugh Shoultz | 67880927 | 06/13/13 |
| 53. | Lisa Conrad | 67880931 | 06/13/13 |
| 54. | Sean McClellan | 67880935 | 06/13/13 |
| 55. | Steven Watford | 67880936 | 06/13/13 |
| 56. | Margaret Runyon | 67880937 | 06/13/13 |
| 57. | Clay Adams | 67880940 | 06/13/13 |
| 58. | Thomas Dupree | 67880944 | 06/13/13 |
| 59. | Marian Rosenquist | 67880947 | 06/13/13 |
| 60. | Ron Summers | 67880948 | 06/13/13 |
| 61. | Thad Nelsen | 67880951 | 06/13/13 |
| 62. | Dan Huffman | 68130304 | 06/27/13 |
| 63. | John E. Calvert | 68130305 | 06/27/13 |
| 64. | David Curtis | 68130306 | 06/27/13 |
| 65. | Ellen Jones | 68130308 | 06/27/13 |
| 66. | Patricia Merritt | 68130311 | 06/27/13 |
| 67. | Iboi Nagy | 68130313 | 06/27/13 |
| 68. | Stefan Nagy | 68130314 | 06/27/13 |
| 69. | Eric Crocker | 68130316 | 06/27/13 |
| 70. | Community Bancshares of Mississippi | 68130317 | 06/27/13 |
| 71. | Castleberry Gravel Co. | 68130319 | 06/27/13 |
| 72. | Janet Boykin | 68130320 | 06/27/13 |
| 73. | John Bowman Construction | 68130321 | 06/27/13 |
| 74. | A.D.D. Properties | 68130322 | 06/27/13 |

|  | **Claimant** | **Joinder Doc. Number** | **Date Filed** |
|---|---|---|---|
| 75. | Lea Verneuille | 68130324 | 06/27/13 |
| 76. | WLJ & SFPJ Family Limited Partnership | 68130325 | 06/27/13 |
| 77. | Dana Smith Studios | 68130326 | 06/27/13 |
| 78. | D&D Fit, Inc. | 68130328 | 06/27/13 |
| 79. | Donald P. Malone, Sr. | 56695804 | 07/02/13 |
| 80. | Shawn Kennett | 56695831 | 07/02/13 |
| 81. | Bobby L. Jackson | 56695843 | 07/02/13 |
| 82. | Christopher S. Gautreaux | 56695860 | 07/02/13 |
| 83. | Deja Food, LLC dba Bacchus | 56695871 | 07/02/13 |
| 84. | Fairhope Clothing Co., dba East Bay Clothiers | 56695882 | 07/02/13 |
| 85. | Nick Peturis Farming | 56695903 | 07/02/13 |
| 86. | Parkway Plaza, LLC | 56695918 | 07/02/13 |
| 87. | Amy Morris | 56695928 | 07/02/13 |
| 88. | Caroline W. Knowles, individually | 56695953 | 07/02/13 |
| 89. | Caroline W. Knowles fbo Taylor K. Knowles | 56695953 | 07/02/13 |
| 90. | Lyons Faust, LLC | 56695959 | 07/02/13 |
| 91. | Watershed, LLC | 56695969 | 07/02/13 |
| 92. | Virginia H. Walcott | 56696013 | 07/02/13 |
| 93. | Carswell M. Walcott | 56696028 | 07/02/13 |
| 94. | The Landscape Company, LLC | 56696044 | 07/02/13 |
| 95. | Don Rockstall Painting | 56696251 | 07/02/13 |
| 96. | Sweat Tire Company of Bay Minette, Inc. | 56696285 | 07/02/13 |
| 97. | George M. Magee | 56696317 | 07/02/13 |
| 98. | Merritt Homes, Inc. | 56698062 | 07/02/13 |
| 99. | Gary A. Moore | 56698088 | 07/02/13 |
| 100. | Kathy H. Moore | 56698127 | 07/02/13 |
| 101. | R.S. Price & Son Refrigeration | 56698152 | 07/02/13 |
| 102. | Harvest Meadows | 56698165 | 07/02/13 |
| 103. | C&D Medical | 56699552 | 07/02/13 |
| 104. | Walker Key Condo Owner's Association | 56698176 | 07/02/13 |
| 105. | Yellow House, Inc. | 56699678 | 07/02/13 |
| 106. | T&S Designs, LLC | 56699678 | 07/02/13 |
| 107. | Lillies & Lace | 56699715 | 07/02/13 |
| 108. | Sam DiBenedetto | 56699492 | 07/02/13 |
| 109. | Maxco Development, LLC | 56699399 | 07/02/13 |
| 110. | C.R. Lazzarri Trucking | 56699637 | 07/02/13 |
| 111. | C.R. Lazzarri Farming | 56699575 | 07/02/13 |