**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **OIL SPILL BY THE OIL RIG** | ) | |
| **"DEEPWATER HORIZON" IN THE** | ) | **MDL Docket No. 2179** |
| **GULF OF MEXICO ON APRIL 20, 2010** | ) | |
| | ) | **SECTION J** |
| **THIS DOCUMENT RELATES:** | ) | |
| | ) | **JUDGE BARBIER** |
| **IN RE: TRITON ASSET LEASING GmbH** ) | | **MAG. JUDGE SHUSHAN** |
| **Case No. 2:10-cv-02771-CJB-SS** | ) | |

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR ACCEPTANCE OF LIMITATION**
**SHORT FOR JOINDERS FILED AFTER THE SEPTEMBER 16, 2011 DEADLINE**

NOW INTO COURT, through undersigned counsel, come Claimants who file this

Memorandum in Support of the accompanying Motion for Acceptance of Limitation Short Form

Joinders Filed After the September 16, 2011 Deadline. Claimants seek this Honorable Court's

permission to accept Claimants' late-filed joinders in the limitation proceeding for the following

reasons:

1.      Because Claimants were unaware of the deadline, or had yet to fully realize their

damages, they did not contact counsel in time to meet the Court-established deadline.

As such, the Claimants did not timely meet the monition date established by the

Court.

2.      Upon showing of reason, the Court should grant permission to file late claims if the

"limitation proceeding is pending and undetermined, and the rights of the parties are

not adversely affected." *Texas Gulf Sulphur Co. v. Blue Stack Towing Co.*, 313 F.2d

359, 362 (5th Cir. 1963)(citing 3 Benedict on Admiralty § 518, p.542 (Knauth ed.

1940)).

3.     No prejudice will result from the acceptance of the Claimants' Short Form Joinders.

No action has been taken in the limitation proceeding which would cause prejudice

to any other party to the proceeding.

4.     The Transocean limitation proceeding is pending and undetermined.

For these reasons, Claimants respectfully move this Court for an Order accepting their late-

filed joinders and granting the accompanying Motion for Acceptance of Limitation Short Form

Joinders Filed After the September 16, 2011 Deadline.


                                     Respectfully submitted:

                                     ____/s/ Adam M. Milam_____
                                     ADAM M. MILAM, Esq. (MILAA2597)
                                     Attorney for Claimants


OF COUNSEL:

MILAM & MILAM, LLC
Post Office Box 1454
104 S. Section Street
Fairhope, Alabama 36533
(251) 928-0191
(251) 928-0193 fax
smilam@milam-law.com
amilam@milam-law.com

## CERTIFICATE OF SERVICE

I  hereby certify that I have on this the 9th  day of July, 2013, I electronically filed the

foregoing document with the Clerk of the Court for the United States District Court of the Eastern

District of Louisiana via the CM/ECF System, and provided notice by and through Lexis Nexis to

all counsel of record.



_____/s/ Adam M. Milam_____
Adam M. Milam