# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT NUMBER |
|---|---|---|
| Seawind Development Co., LLC | 06/06/13 | 135176 |
| Davis, Annie R. | 06/07/13 | 135185 |
| Thomas, Tanaka D. | 07/08/13 | 135436 |