# EXHIBIT "A"

| Claimant Name | Date of Filing | Short Form Document Number |
|---|---|---|
| Mann Gallery | 06/03/13 | 135172 |
| Patel, Dilipbhai C. | 06/14/13 | 135190 |
| Patel, Rekhaben D. | 06/14/13 | 135191 |
| LaValla, Samuel A. | 06/19/13 | 135230 |
| J & P Miller, Ltd. | 06/28/13 | 135276 |
| Rodrigue, Dewey J. III | 07/02/13 | 135346 |