UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
|    "Deepwater Horizon" in the Gulf | * | |
|    of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| *10-4536* | * | MAGISTRATE SHUSHAN |
| | * | |

**ORDER**

Before the Court is the United States' objections to and motion to review the Magistrate Judge's Order of June 24, 2013, which struck certain portions of the United States' expert rebuttal reports. (Rec. Doc. 10533).[1]  The Court has not called for responses to this motion.[2]  However, after reviewing the United States' motion, the briefing submitted to the Magistrate Judge, and the expert reports at issue, the Court finds that the Magistrate Judge's Order was neither clearly erroneous nor contrary to law.  *See* 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a).  Consequently, the Court does not require responses to the United States' motion.

For these reasons,

**IT IS ORDERED** that the United States' Objections to and Motion to Review "Order Regarding BP/Anadarko's Motion to Strike Rebuttal Experts for the U.S." (Rec. Doc. 10533) are **OVERRULED** and **DENIED** and the Magistrate Judge's Order (Rec. Doc. 10477; *see also* Rec. Doc. 10556) is **AFFIRMED.**

---

[1] The Magistrate Judge's June 24 Order is record document 10477.  On July 1, the Magistrate Judge denied the United States' request for reconsideration.  (Rec. Doc. 10556)

[2] Pursuant to Pretrial Order No. 15, all motions are continued and no responses are due until the Court orders otherwise.  (Rec. Doc. 676).

New Orleans, Louisiana this 9th day of July, 2013.

                                                          _____
                                                               United States District Judge