UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| OIL SPILL BY THE OIL RIG ) | MDL No. 2179 |
| "DEEPWATER HORIZON" IN THE ) | |
| GULF OF MEXICO ON APRIL 20, ) | Section: "J" |
| 2010 ) | |
| ) | JUDGE BARBIER |
| These pleadings apply to: ) | |
| ) | MAGISTRATE SHUSHAN |
| *Daniel Hudley v. BP, PLC, et al* ) | |
| *2:10-cv-04200* ) | |
| ) | |

**PLAINTIFF'S STIPULATION FOR SUBSTITUTION OF COUNSEL**

Plaintiff, Daniel Hudley, by and through his former attorney, J. Parker Miller and the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., and his successor attorney, Allen W. Lindsay, Jr., and the law firm of Lindsay & Andrews, P.A., be designated as counsel for Plaintiff in all future dealings and that J. Parker Miller and the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., be allowed to withdraw from any further representation of Plaintiff in this action. Plaintiff's written consent is attached and fully incorporated herein by

| | |
|---|---|
| /s/ J. Parker Miller | /s/ Allen W. Lindsay, Jr. |
| J. PARKER MILLER | ALLEN W. LINDSAY, JR. |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Lindsay & Andrews, P.A. |
| Post Office Box 4160 | Post Office Box 586 |
| Montgomery, Alabama 36103-4160 | Milton, Florida 32572 |
| (334) 269-2343 | (850) 623-3200 |
| (334) 954-7555 (facsimile) | (850) 623-0104 (facsimile) |
| parker.miller@beasleyallen.com | awl@lal-law.com |

CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Motion to Enroll Additional Counsel of Record for Plaintiffs and proposed Order has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of July, 2013.

                                    */s/ Allen W. Lindsay, Jr.*