UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| OIL SPILL BY THE OIL RIG ) | MDL No. 2179 |
| "DEEPWATER HORIZON" IN THE ) | |
| GULF OF MEXICO ON APRIL 20, ) | Section: "J" |
| 2010 ) | |
| ) | JUDGE BARBIER |
| These pleadings apply to: ) | |
| ) | MAGISTRATE SHUSHAN |
| *Daniel Hudley v. BP, PLC, et al* ) | |
| *2:10-cv-04200* ) | |
| ) | |

## ORDER

THIS CAUSE CAME ON TO BE HEARD upon the Plaintiff's Stipulation for Substitution of Counsel, and the court having considered the same, it is

ORDERED that the Plaintiff's Stipulation for Substitution of Counsel is **GRANTED**.

Dated this _____ day of _____, 2013, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE