UNITED STATES DISTRICT OF COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § § § § | MDL No. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |
| Applies to:  No. 10-2771, and All Cases | | |

## HALLIBURTON ENERGY SERVICES, INC.'S NOTICE OF CORRECTION OF EVIDENTIARY CITATIONS IN ITS PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

Halliburton Energy Services, Inc. ("HESI") files this Notice of Correction of Evidentiary Citations In Its Proposed Findings of Fact and Conclusions of Law, and shows as follows:

On June 21, 2013, HESI filed its Phase One proposed findings of fact and conclusions of law, with evidentiary citations in support thereof.  *See* Dkt. No. 10468.  Following this filing, it has come to HESI's attention that certain of its evidentiary citations contain errors relating to, among others, the following issues:

- Certain of the deposition bundles submitted to the Court were created from an earlier version of the deposition, and not the most recent version provided to the parties (the versions HESI used for its evidentiary citations).  In several instances, this caused the page/line designations provided by HESI to be different from the page/line designations as reflected in the Court's deposition bundles;

- HESI inadvertently cited to one Phase Two deposition;

- HESI inadvertently cited to a small number of unadmitted exhibits and/or undesignated deposition testimony excerpts; and

1

- In four proposed findings of fact (p. 107, FOF 1; p. 125, FOF 59; p. 140, FOF 156; p. 189, FOF 19), HESI cited to a Schlumberger Oilfield Glossary that, while not admitted into evidence, is publicly available and was provided to the Court for its reference in advance of the Phase One trial.  Note that HESI is not withdrawing its reference to this glossary but includes this note for clarification.

HESI also notes that in several instances, in order to simplify its citations, it cites to the beginning page/line of a section of a deposition bundle and to the ending page/line of a deposition bundle without breaking out intervening omissions of objections, colloquy, or undesignated testimony.  Such citations are not intended to offer these portions of the deposition that were not included in the deposition bundle, but instead are a simplified manner of citing to the testimony contained in the deposition bundle.

In order to assist the Court, and to meet the Court's request for pinpoint citations supporting requested proposed findings of fact, HESI provides the Court and other parties with the spreadsheet attached as Exhibit A identifying the necessary corrections to the evidentiary citations in its proposed findings of fact and conclusions of law.

Respectfully submitted,

**GODWIN LEWIS PC**

**By:** /s/ Donald E. Godwin
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
Floyd.Hartley@GodwinLewis.com
Gavin E. Hill
State Bar No.  00796756
Gavin.Hill@GodwinLewis.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone:  (214) 939-4400
Facsimile:   (214) 760-7332

and

R. Alan York
State Bar No. 22167500
Alan.York@GodwinLewis.com
Jerry C. von Sternberg
State Bar No.  20618150
Jerry.vonSternberg@GodwinLewis.com
Misty Hataway-Coné
State Bar No.  24032277
Misty.Cone@GodwinLewis.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  (713) 595-8300
Facsimile:   (713) 425-7594

**ATTORNEYS FOR DEFENDANT HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Halliburton Energy Services, Inc.'s Notice of Correction of Evidentiary Citations In Its Proposed Findings of Fact and Conclusions of Law has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 9th day of July, 2013.

/s/     Donald E. Godwin
Donald E. Godwin