*Exhibit A*

| FF/CL Page # | FF/CL Paragraph # | Deponent/Exhibit | Original Depo/Exhibit Cite | Corrected Depo/Trial Testimony/Exhibit Cite | Comments |
|---|---|---|---|---|---|
| 4 | 17 | Hayward, Tony | 793:23-794:8 | 793:25-794:8 | Correction to deposition page/line citation |
| 5 | 18 | Hayward, Tony | 193:4-194:17 | 193:4-194:21 | Correction to deposition page/line citation |
| 21 | 17 | Billon, Brad | 426:33-427:7 | 426:23-427:7 | Correction to deposition page/line citation |
| 21 | 20 | Lacy, Kevin | 474:20 | 474:20-478:22 | Correction to deposition page/line citation |
| 31 | 66 | Corser, Kent | 21:15-22:1 | Vol. 2, 21:15-22:1 | Correction to deposition page/line citation |
| 32 | 71 | McKay, Jim | 622:25-623:20; 638:7-639:3 | L. McKay T.T., 622:25-623:20; 638:7-639:3 | Correction of citation to Lamar McKay trial testimony as opposed to Jim McKay deposition testimony |
| 45 | 49 | McMahan, Larry | 304:24-35 and 408:12-13 | 304:24-305:7 and 408:12-23 | Correction to deposition page/line citation |
| 47 | 57 | Hart, Derek | 242:10-243:23 | 242:16-243:23 | Correction to deposition page/line citation |
| 50 | 76 | Pleasant, Christopher | 634:25-635:1 | 634:25-636:1 | Correction to deposition page/line citation |
| 63 | 153 | Pleasant, Christopher | 615:15, 18-21 | 615:11-21 | Correction to deposition page/line citation |
| 72 | 1 | McWhorter, David | 641:1-641:17 | Delete citation | Deletion of undesignated deposition testimony |
| 77 | 22 | Shaugnessy, John | 55:23-56:17 | 54:23-55:17 | Correction to deposition page/line citation |
| 81 | 42 | McWhorter, David | 110:13-111:09 | 110:13-111:6 | Correction to deposition page/line citation |
| 82 | 42 | McWhorter, David | 695:01-695:08 | F. Shanks T.T., 9122:2-7 | Replacement of undesignated deposition testimony |
| 89 | 69 | McWhorter, Owen | McWhorter, Owen | McWhorter, Jim "Owen" | Correction to deponent name |
| 102 | 7 | Vargo, Richard | 862:1 - 863:19 | T. Roth T.T., 3146:19-3147:16; N. Chaisson T.T., 6289:18-6290:12 | Replacement of undesignated deposition testimony |
| 107 | A.1 | Paine, Kate | 141:11 - 142:16 | Delete citation | Deletion of undesignated deposition testimony |
| 122 | 36 | Plaintiffs' Motion for Adverse Inferences from Fifth Amendment Invocations | Brian Morel, 239:4-240:3 | Delete citation | Deletion of reference to undesignated deposition testimony |
| 124 | 51 | McKay, Jim | 156:15-25 | Delete citation | Deletion of undesignated deposition testimony |
| 134 | 114 | TREX-22858-DEM | TREX-22858-DEM | Delete citation | Deletion of unadmitted demonstrative exhibit |
| 135 | 122 | Beirute, Robert | 427:5-13 | 427:4-19 | Correction to deposition page/line citation |
| 137 | 139 | TREX-7140 | TREX-7140 | Delete citation | Deletion of unadmitted trial exhibit |
| 141 | 160 | Beirute, Robert | 427:5-13 | 427:4-19 | Correction to deposition page/line citation |
| 141 | 164 | Beirute, Robert | 427:5-13 | 427:4-19 | Correction to deposition page/line citation |
| 145 | 196 | Price, Vincent | 193:15-193:22 | 193:16-23 | Correction to deposition page/line citation |
| 160 | 298 | Ritchie, Bryan | 465:11-467:08 | Delete citation | Deletion of inadvertent reference to Phase Two deposition |

*Exhibit A*

| FF/CL Page # | FF/CL Paragraph # | Deponent/Exhibit | Original Depo/Exhibit Cite | Corrected Depo/Trial Testimony/Exhibit Cite | Comments |
|---|---|---|---|---|---|
| 161 | 301 | Ritchie, Bryan | 493:1- 496:14 | Delete citation | Deletion of inadvertent reference to Phase Two deposition |
| 186 | 1 | Kellingray, Daryl | 728:24 - 729:17 | 729:12-17 | Correction to deposition page/line citation |
| 190 | 28 | Walz, Greg | 673:23 - 674:18 | 633:20-634:2 | Correction to deposition page/line citation |
| 202 | 30 | Gardner, Craig | 47:10-24 | Delete citation | Deletion of undesignated deposition testimony |
| 204 | 47 | Gardner, Craig | 157:21 - 158:14 | 158:2-158:14 | Correction to deposition page/line citation |
| 210 | 7 | Gardner, Craig | 310:7-312:20 | 310:7-312:21 | Correction to deposition page/line citation |
| 234 | 14 | Gardner, Craig | 248:25 - 249:10 | Delete citation | Deletion of undesignated deposition testimony |
| 239 | 54 | Garrison, Greg | 191:5 - 200:4 | 191:5-200:6 | Correction to deposition page/line citation |
| 261 | 4 | Gisclair, John | 354:18-355:1 | 354:14-22 | Correction to deposition page/line citation |
| 261 | 4 | McMahan, Larry | 307:9-19 | 307:7-19 | Correction to deposition page/line citation |
| 263 | 10 | Gray, Kelly | 527:20-22 | 527:20-528:3 | Correction to deposition page/line citation |
| 263 | 10 | Gisclair, John | 312:5-14; 354:18-355:1 | 311:24-312:8; 354:14-22 | Correction to deposition page/line citation |
| 265 | 19 | Clark, Skip | 124:13-125:2 and 288:1-289:3 | 124:13-125:19 and 288:1-289:5 | Correction to deposition page/line citation |
| 265 | 21 | Farr, Daniel | 188:1-14 | 188:11-14 | Correction to deposition page/line citation |
| 266 | 22 | Gisclair, John | 73:23-74:17 and 184:4-185:1 and 199:14-200:8 and 230:5-16 | 73:22-74:16 and 184:1-23 and 199:14-200:4 and 230:5-15 | Correction to deposition page/line citation |
| 266 | 23 | Farr, Daniel | 188:1-14 | 188:11-14 | Correction to deposition page/line citation |
| 266 | 26 | Gisclair, John | 209:10-20310:6 | 209:6-210:2 | Correction to deposition page/line citation |
| 267 | 27 | Gisclair, John | 209:18-210:15 | 209:14-210:11 | Correction to deposition page/line citation |
| 267 | 28 | Gisclair, John | 99:4-21 | 99:2-19 | Correction to deposition page/line citation |
| 267 | 28 | Vinson, Graham | 125:5-7, 125:9-13 | Vol. 2, 125:5-7, 125:9-13 | Correction to deposition page/line citation |
| 267 | 29 | Gisclair, John | 119:18-120:14 and 174:21-175:7 and 209:18-210:15 | 119:8-120:12 and 174:18-175:4 and 209:14-210:11 | Correction to deposition page/line citation |
| 267 | 29 | Vinson, Graham | 7:11-7:13; 7:15-7:16 | Vol. 2, 7:11-13; 7:15-16 | Correction to deposition page/line citation |
| 268 | 32 | Lindner, Leo | 470:6-471:1 | 470:19-471:1 | Correction to deposition page/line citation |
| 268 | 34 | Gisclair, John | 98:10-20 | 98:4-15 | Correction to deposition page/line citation |
| 270 | 43 | Kronenberger, Kurt | 213:14-17 | 214:13-17 | Correction to deposition page/line citation |
| 270 | 43 | Vinson, Graham | 48:22-49:8; 49:10-11 | Vol. 2, 48:22-49:8; 49:10-11 | Correction to deposition page/line citation |
| 270 | 44 | Vinson, Graham | 48:22-49:8; 49:10-11 | Vol. 2, 48:22-49:8; 49:10-11 | Correction to deposition page/line citation |
| 271 | 49 | Gisclair, John | 324:10-12, 326:20-327:10 | 324:7-12, 326:17-327:7 | Correction to deposition page/line citation |
| 272 | 51 | Gisclair, John | 348:12-349:11, 349:24-350:3 | 348:9-349:8, 349:21-25 | Correction to deposition page/line citation |
| 272 | 51 | Bement, James | 99:24-100:16 | 100:17-101:11 | Correction to deposition page/line citation |
| 273 | 56 | Gisclair, John | 65:1-16 | 65:1-15 | Correction to deposition page/line citation |
| 273 | 63 | Gisclair, John | 324:10-12, 326:23-327:10 | 324:7-12, 326:17-327:7 | Correction to deposition page/line citation |
| 274 | 70 | Gisclair, John | 324:10-12, 326:23-327:7 | 324:7-12, 326:17-327:7 | Correction to deposition page/line citation |

*Exhibit A*

| FF/CL Page # | FF/CL Paragraph # | Deponent/Exhibit | Original Depo/Exhibit Cite | Corrected Depo/Trial Testimony/Exhibit Cite | Comments |
|---|---|---|---|---|---|
| 275 | 74 | Gisclair, John | 395:25-3396:13 | 395:25-396:13 | Correction to deposition page/line citation |
| 275 | 77 | Gisclair, John | 324:10-12 | 324:7-12 | Correction to deposition page/line citation |
| 276 | 82 | Albertin, Martin | 466:11-14, 15-16 | 466:11-21 | Correction to deposition page/line citation |
| 281 | 97 | Gisclair, John | 337:23-338:5 | 337:20-338:2 | Correction to deposition page/line citation |
| 284 | 114 | Gisclair, John | 344:16-346:6 | 344:16-346:18 | Correction to deposition page/line citation |
| 284 | 116 | Lee, Phillip Earl | 455:14-20, 455:23-24; 456:1-21 | 455:14-456:21 | Correction to deposition page/line citation |
| 285 | 121 | Gisclair, John | 226:22-227:1 and 227:2-12 and 228:8-229:2 and 348:12-349:11 | 226:17-227:12 and 228:8-229:20 and 348:9-349:8 | Correction to deposition page/line |
| 286 | 124 | Gisclair, John | 226:22-227:1 and 227:2-12 and 228:8-229:2 and 348:12-349:11 and 431:5-432:6 and 526:20-527:2 | 226:17-227:12 and 228:8-229:20 and 348:9-349:8 and 430:22-431:8 and 526:20-526:23 | Correction to deposition page/line |
| 286 | 124 | Kronenberger, Kurt | 241:11-15 | 241:11-242:8 | Correction to deposition page/line |
| 286 | 125 | Gisclair, John | 97:25-96:10 | 97:25-98:10 | Correction to deposition page/line |
| 291 | 150 | Gisclair, John | 319:16-320:5 | 319:13-320:5 | Correction to deposition page/line |
| 298 | 9 | Pleasant, Christopher | 4002:9-18, 4063:4-14 | G. Webster, T.T., 4002:9-18; 4063:4-14 | Correction to cited authority |
| 299 | 15 | Mansfield, James | 44:14-46:02 | 44:14-46:1 | Correction to deposition page/line |
| 300 | 16 | TREX-5297 | TREX-5297 at TRN-INV-00695743-44 | TREX-5618 at TRN-INV-00704639-42 | Replacement of unadmitted version of trial exhibit with admitted version |
| 301 | 23 | Young, David | 276:22-277:01 | Delete citation | Deletion of undesignated deposition testimony - also delete proposed finding of fact |
| 303 | 35 | Hay, Mark | 120:12-121:24 | 120:12-121:19 | Correction to deposition page/line |
| 304 | 44 | Keplinger, Yancy | 150:02-152:18 | 150:9-152:18 | Correction to deposition page/line |