# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the Oil Rig ) | MDL No. 2179 |
| "DEEPWATER HORIZON" in the ) | |
| GULF OF MEXICO, on April 20, 2010 ) | |
| ) | SECTION "J" |
| ) | |
| ) | JUDGE BARBIER |
| ) | MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| Civil Action No. 2:10-cv-03879 ) | |
| ) | |

## JOINT MOTION TO WITHDRAW AS COUNSEL OF RECORD

As authorized by Local Rule 83.2.11, counsel of record for plaintiffs Defenders of Wildlife, the Gulf Restoration Network, Inc., and Save the Manatee Club, Inc., jointly request that the Court permit Mr. Buppert and Ms. Weaver to withdraw from representation in *Defenders of Wildlife et al. v. BP, p.l.c. et al.*, Civ. A. No. 2:10-cv-03879-CJB-SS (E.D. La. Oct. 20, 2010). Ms. Wannamaker and Mr. Senatore will remain counsel of record and are fully engaged and participating in the representation.

Respectfully submitted,

*/s/ Gregory Buppert*
Gregory Buppert, Tenn. Bar No. 024340
Defenders of Wildlife
1130 17th Street, N.W.
Washington, DC 20036-4604
Telephone: 202.682.9400
Fax: 202.682.1331
gbuppert@defenders.org

*/s/ Michael Senatore*
Michael Senatore, D.C. Bar No. 453116

1

Defenders of Wildlife
1130 17th Street, N.W.
Washington, DC 20036-4604
Telephone: 202.682.9400
Fax: 202.682.1331
msenatore@defenders.org

*/s/ Sierra Weaver*
Sierra Weaver
D.C. Bar No.  488560
Southern Environmental Law Center
601 W. Rosemary Street, Suite 220
Chapel Hill, NC 27516-2356
Telephone: 919.967.1450
Fax: 919.929.9421
sweaver@selcnc.org

*/s/ Catherine Wannamaker*
Catherine M. Wannamaker,
Ga. Bar No. 811077
Southern Environmental Law Center
127 Peachtree Street, Suite 605
Atlanta, GA 30303
Telephone: 404.521.9900
Fax: 404.521.9909
cwannamaker@selcga.org

*Counsel for Plaintiffs*

*Of counsel for Plaintiffs:*

Eric R. Glitzenstein
Meyer Glitzenstein & Crystal
Suite 700
1601 Connecticut Ave., N.W.
Washington, D.C.   20009
Telephone: 202.588.5206
eglitzenstein@meyerglitz.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2013, I electronically served the foregoing notice on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing in accordance with the procedures established in MDL 2179.

*/s/ Gregory Buppert*
Gregory Buppert