UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the Oil Rig ) | MDL No. 2179 |
| "DEEPWATER HORIZON" in the ) | |
| GULF OF MEXICO, on April 20, 2010 ) | |
| ) | SECTION "J" |
| ) | |
| ) | JUDGE BARBIER |
| ) | MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| Civil Action No. 2:10-cv-03879 ) | |
| ) | |

**[PROPOSED] ORDER**

In consideration of the joint motion to withdraw as counsel of record filed by counsel for plaintiffs Defenders of Wildlife, the Gulf Restoration Network, Inc., and Save the Manatee Club, Inc., IT IS HEREBY ORDERED that:

- Gregory Buppert and Sierra Weaver are withdrawn as counsel of record for all plaintiffs in *Defenders of Wildlife et al. v. BP, p.l.c. et al.*, Civ. A. No. 2:10-cv-03879-CJB-SS (E.D. La. Oct. 20, 2010).

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE