**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
|     "Deepwater Horizon" in the Gulf | * | |
|     of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| | * | JUDGE BARBIER |
| **This Document Relates To:** | * | |
| **Member Case No. 13-CV-2865** | * | MAGISTRATE SHUSHAN |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Counsel for Plaintiff certifies that The School Board of Okaloosa County, Florida, Plaintiff in the above-captioned matter, is a governmental entity.

Dated: July 11, 2013.

                                              Respectfully submitted,

                                              /s/ S. Drake Martin
                                              S. Drake Martin
                                              Florida Bar No: 90479
                                              Email: drakemartin@nixlawfirm.com
                                              Nix, Patterson & Roach, LLP
                                              1701 E County Hwy 30-A,
                                              Suite 201-B
                                              Santa Rosa Beach, Florida 32459
                                              Telephone: (850) 231-4028
                                              Fax No: (850) 231-2972

                                              Louis B. ("Brady") Paddock
                                              Email: bpaddock@nixlawfirm.com
                                              Nix, Patterson & Roach, LLP
                                              2900 St. Michael Drive
                                              5th Floor
                                              Texarkana, Texas 75503

Telephone: (903) 223-3999
Fax No: (903) 223-8520

Carl R. Nelson
Florida Bar No: 0280186
Email: cnelson@fowlerwhite.com
Scott Richards
Florida Bar No: 72657
Email: scott.richards@fowlerwhite.com
FOWLER WHITE BOGGS P.A.
P.O. Box 1438
Tampa, FL  33601-1438
Telephone: (813) 228-7411
Fax No: (813) 229-8313

Franklin R. Harrison
Florida Bar No: 142350
Email: fharrison@hsmclaw.com
Harrison, Sale, McCloy, Chartered
304 Magnolia Avenue
Panama City, Florida 32401-3125
Telephone: (850) 769-3434
Fax No: (850) 769-6121

William G. Harrison, Jr.
Florida Bar No: 765058
Email: wharrison@harrisonrivard.com
Harrison Rivard Duncan & Buzzett, Chtd.
101 Harrison Avenue
Panama City, Florida 32401
Telephone: (850) 769-7714
Fax No: (850) 769-7715

C. Jeffrey McInnis
Florida Bar No: 501190
Email: jmcinnis@asglegal.com
Anchors Smith Grimsley PL
909 Mar Walt Drive, Suite 1014
Fort Walton Beach, Florida 32547-6757
Telephone: (850) 863-4064
Fax No.: (850) 862-1138

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on July 11, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

            /s/ S. Drake Martin
            S. Drake Martin
            Florida Bar No: 90479
            Email: drakemartin@nixlawfirm.com
            Nix, Patterson & Roach, LLP
            1701 E County Hwy 30-A,
            Suite 201-B
            Santa Rosa Beach, Florida 32459
            Telephone: (850) 231-4028
            Fax No: (850) 231-2972