# COURT RECORD LOAN FORM
## U.S. DISTRICT COURT
*This portion remains with Court Records*

13-30095

No. **10-2179-J**   Short Title **Oil Spill**   Date **7-2-13**

To:
Name: **David Galeas c/o Steven Myers, Oil Mal...**

Address: ~~303~~ **400 Lafayette St. Ste. 201**

City: **New Orleans**   State: **LA**   Zip: **70130**

Documents Enclosed:
- [x] Record Vols: **80 volumes**
- [ ] Transcripts
- [ ] Exhibits [ ] Env.
- [x] Box: **13 boxes**
- [ ] Supp. Record Vols.
- [ ] Second Supp. Record Vols.

Complete the area below and return this form along with the documents to 5th Circuit.

**KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES**

Attorney Return:
Send Record with Brief of Appellee to 5th Circuit

TO: CLERK, 5TH CIRCUIT

*FILED JUL 3 2013 — U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA — WILLIAM W. BLEVINS, CLERK*

- [ ] Record Vols.
- [ ] Supp. Record Vols.
- [ ] Exhibits [ ]

Records listed above are returned to Clerk.
ATTORNEY NAME _____
DATE _____

---

Clerk's Receipt: To be completed by 5th Circuit Clerk's Office and forwarded to person in previous section

No. _____   Short Title _____

EASTERN DISTRICT OF LOUISIANA

- [ ] Record Vols.
- [ ] Supp. Record Vols.
- [ ] Exhibits [ ]

Records listed above have been received by Clerk
NAME _____
DATE _____

---

Attorney Forwarding Receipt:
If documents are forwarded to another person, complete the section below, detach and return it to: District Court Clerk's Office.

No. _____   Short Title _____

TO: CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

- [ ] Record Vols.
- [ ] Supp. Record Vols.
- [ ] Exhibits [ ]

Records listed above have been forwarded to:
ATTORNEY NAME _____
ADDRESS _____
CITY, STATE, ZIP _____
SIGNED _____
DATE _____

---

Attorney Receipt: The area below is to be completed by Original Recipient.
Upon receipt of documents, detach this portion and forward it to District Court Clerk's Office.

No. _____   Short Title _____

___ Fee _____
___ Process _____
X   Dkld _____
___ CtRmDep _____
___ Doc. No. _____

TO: CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

- [ ] Record Vols.
- [ ] Supp. Record Vols.
- [ ] Exhibits [ ]

Case records listed above received by:
JUDGE/ATTY NAME _____
DATE _____