UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| | * | JUDGE BARBIER |
| This Document Relates To: | * | |
| Member Case No. 13-CV-2916 | * | MAGISTRATE SHUSHAN |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Counsel for Plaintiff certifies that Hillsborough County Board of County Commissioners, Plaintiff in the above-captioned matter, is a governmental entity.

Dated: July 11, 2013.

                                            Respectfully submitted,

                                            /s/ S. Drake Martin
                                            S. Drake Martin
                                            Florida Bar No: 90479
                                            Email: drakemartin@nixlawfirm.com
                                            Nix, Patterson & Roach, LLP
                                            1701 E County Hwy 30-A,
                                            Suite 201-B
                                            Santa Rosa Beach, Florida 32459
                                            Telephone: (850) 231-4028
                                            Fax No: (850) 231-2972

                                            Louis B. ("Brady") Paddock
                                            Email: bpaddock@nixlawfirm.com
                                            Nix, Patterson & Roach, LLP
                                            2900 St. Michael Drive
                                            5th Floor
                                            Texarkana, Texas 75503

Telephone: (903) 223-3999
Fax No: (903) 223-8520

Carl R. Nelson
Florida Bar No: 0280186
Email: cnelson@fowlerwhite.com
Scott Richards
Florida Bar No: 72657
Email: scott.richards@fowlerwhite.com
FOWLER WHITE BOGGS P.A.
P.O. Box 1438
Tampa, FL  33601-1438
Telephone: (813) 228-7411
Fax No: (813) 229-8313

Franklin R. Harrison
Florida Bar No: 142350
Email: fharrison@hsmclaw.com
Harrison, Sale, McCloy, Chartered
304 Magnolia Avenue
Panama City, Florida 32401-3125
Telephone: (850) 769-3434
Fax No: (850) 769-6121

William G. Harrison, Jr.
Florida Bar No: 765058
Email: wharrison@harrisonrivard.com
Harrison Rivard Duncan & Buzzett, Chtd.
101 Harrison Avenue
Panama City, Florida 32401
Telephone: (850) 769-7714
Fax No: (850) 769-7715

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 11, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/ S. Drake Martin
S. Drake Martin
Florida Bar No: 90479
Email: drakemartin@nixlawfirm.com
Nix, Patterson & Roach, LLP
1701 E County Hwy 30-A,
Suite 201-B
Santa Rosa Beach, Florida 32459
Telephone: (850) 231-4028
Fax No: (850) 231-2972