UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| | * | JUDGE BARBIER |
| This Document Relates To: | * | |
| Member Case No. 13-CV-2779 | * | MAGISTRATE SHUSHAN |

CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Counsel for Plaintiff certifies that Hancock County Water & Sewer District, Plaintiff in the above-captioned matter, is a governmental entity.

Dated: July 11, 2013.

              Respectfully submitted,

              /s/ S. Drake Martin
              S. Drake Martin (admitted Pro Hac Vice)
              Florida Bar No: 90479
              Email: drakemartin@nixlawfirm.com
              Nix, Patterson & Roach, LLP
              1701 E County Hwy 30-A, Suite 201-B
              Santa Rosa Beach, Florida 32459
              Telephone: (850) 231-4028
              Fax No: (850) 231-2972

              Michael C. Moore
              MS Bar No. 3452
              Mike Moore Law Firm LLC
              P.O. Box 321048
              Flowood, MS 39232-1048
              Telephone: (601) 933-0070
              Fax No: (601) 933-0071

              *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 11, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/ S. Drake Martin
S. Drake Martin (admitted Pro Hac Vice)
Florida Bar No: 90479
Email: drakemartin@nixlawfirm.com
Nix, Patterson & Roach, LLP
1701 E County Hwy 30-A,
Suite 201-B
Santa Rosa Beach, Florida 32459
Telephone: (850) 231-4028
Fax No: (850) 231-2972