

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: Oil Spill by the Oil Rig        MDL NO. 2179
     "Deepwater Horizon" in the Gulf
     of Mexico, on April 20, 2010        SECTION J


Applies to: *All Cases*              JUDGE BARBIER
                            MAGISTRATE JUDGE SHUSHAN

---

### REPORT BY THE CLAIMS ADMINISTRATOR OF THE DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT ON THE STATUS OF CLAIMS REVIEW

| STATUS REPORT NO. | 11 | DATE | July 11, 2013 |
|---|---|---|---|



**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | |
| of Mexico, on April 20, 2012 | SECTION J |
| | |
| Applies to: *All Cases* | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

<u>REPORT BY THE CLAIMS ADMINISTRATOR OF THE DEEPWATER HORIZON
ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT ON THE
STATUS OF CLAIMS REVIEW</u>

<u>STATUS REPORT NO. 11, DATED JULY 11, 2013</u>

The Claims Administrator of the Deepwater Horizon Economic and Property Settlement

Agreement (the "Settlement Agreement") submits this Report to inform the Court of the current

status of the implementation of the Settlement Agreement. The Claims Administrator will

provide any other information in addition to this Report as requested by the Court.

I.      STATUS OF THE CLAIMS REVIEW PROCESSES AND CLAIM PAYMENTS

A.    **Claim Submissions.**

1.    **Registration and Claim Forms.**

The Claims Administrator opened the Settlement Program with needed functions staffed

and operating on June 4, 2012, just over 30 days after the Claims Administrator's appointment.

We have received 163,253 Registration Forms and 186,001 Claim Forms since the Program

opened, as shown in the Public Statistics for the Deepwater Horizon Economic and Property

Damages Settlement ("Public Report") attached as Appendix A.  Claimants have begun but not

fully completed and submitted 12,020 Claim Forms.   The Forms are available online, in hard

copy, or at Claimant Assistance Centers located throughout the Gulf.  Of the total Claim Forms

submitted, 12% of claimants filed in the Seafood Program, 19% filed Individual Economic Loss

(IEL) Claims, and 34% filed Business Economic Loss (BEL) Claims (including Start-up and Failed BEL Claims).  *See* App. A, Table 2.  DWH staff at the Claimant Assistance Centers assisted in starting and/or completing 32,429 of these Claim Forms.  *See* App. A, Table 3.  The nineteen Claimant Assistance Centers also provide other forms, including Personal Representative Forms, Subsistence Interview Forms and Sworn Written Statements and Authorizations.

  **2.  Minors, Incompetents and Deceased Claimants.**

  The table below describes the claims filed on behalf of minors, incompetents and deceased claimants in the Settlement Program.

| Table 1.  Minors, Incompetents and Deceased Claimants | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Minor Claimants | | Incompetent Claimants | | Deceased Claimants | |
| | | Total | Change Since Last Report | Total | Change Since Last Report | Total | Change Since Last Report |
| 1. | **Claims Filed** | 50 | +3 | 71 | +2 | 247 | +6 |
| 2. | **Referred to GADL** | 10 | 0 | 5 | 0 | N/A | N/A |
| 3. | **Eligible for Payment** | 9 | 0 | 39 | +7 | 114 | +14 |
| 4. | **Approval Orders Filed** | 7 | +2 | 29 | +7 | 94 | +14 |

  **3.  Third Party Claims.**

  Court Approved Procedure Order No. 1 (as entered September 9, 2012, and amended March 11, 2013) ("CAP") defines the process by which the Claims Administrator will receive, process and pay the claims and/or liens asserted by attorneys, creditors, governmental agencies, or other third parties against the payments to be made by the Claims Administrator to eligible claimants under the Settlement Agreement ("Third Party Claims") and the procedure to resolve disputes between a claimant and a Third Party Claimant over a Third Party Claim.

**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

We require a Third Party Claimant to send us enforcement documentation soon after the initial Third Party Claim assertion, and we notify the claimant about an Enforced Third Party Claim against a potential Settlement Payment as soon as we receive sufficient documentation, regardless of where the underlying Settlement Program Claim is in the review process.  The claimant may, but does not have to, object to the Third Party Claim at this time.  After we send an Eligibility Notice to the affected Settlement Program Claimant against whom an Enforced Lien has been asserted, meaning that the underlying claim and the Third Party Claim are payable, we send the claimant/claimant's attorney and the Third Party Claimant a Notice of Valid Third Party Claim and provide the claimant 20 days to notify us of any objection to the Third Party Claim.  Any disputes over Third Party Claims must be resolved by agreement of the parties or through a dispute resolution process.

We continue to process and pay Third Party Claims as reflected in Table 2 below.

DEEPWATER HORIZON
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

| | Table 2. Third Party Claims | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Type of Third Party Claim ("TPC")** | **TPCs Asserted** | **TPCs Asserted Against Claimants With a DHCC ID** | **TPCs[1] Asserted Against Payable Claims** | **Valid TPCs Asserted Against Payable Claims** | **TPCs Paid/ Ready for Payment (TPClmt)** | **Claims with TPCs Paid/ Ready for Payment (Clmt)** |
| **1.** | **Attorney's Fees** | 2,414 | 1,950 | 366 | 199 | 114 | 421 |
| **2.** | **IRS Levies** | 483 | 452 | 49 | 50 | 41 | 57 |
| **3.** | **Individual Domestic Support Obligations** | 267 | 150 | 79 | 63 | 58 | 68 |
| **4.** | **Blanket State-Asserted Multiple Domestic Support Obligations** | 4 states | N/A | N/A | N/A | 0 | 0 |
| **5.** | **3rd Party Lien/Writ of Garnishment** | 631 | 271 | 14 | 7 | 3 | 5 |
| **6.** | **Claims Preparation/ Accounting** | 842 | 653 | 36 | 14 | 5 | 10 |
| **7.** | **TOTAL** | **4,637** | **3,476** | **544** | **333** | **221** | **561[2]** |

To date, we have removed 1,372 lien holds due to parties releasing their claims or resolving disputes.[3]

**B.  Claims Review.**

We completed our first reviews and issued our first outcome notices on July 15, 2012, and Payments on July 31, 2012.  There are many steps involved in reviewing a claim so that it is ready for a notice.

**1.  Identity Verification.**

The Tax Identity Number (TIN) Verification review is the first step in the DWH claims review process.  The table below contains information on the total number of claimants reviewed

---

[1] The streamlined enforcement requirements allow us to assess validity earlier in the process, although we will not know if a Valid TPC is asserted against a payable claim until the Eligibility Notice goes out.

[2] If the TPC amount is in dispute, we pay the claimant the undisputed portion of his/her/its Settlement Payment.  A TPC can be asserted against one or more Settlement Program Claims.

[3]  This number may fluctuate due to reassertions of disallowed liens.

DEEPWATER HORIZON
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

in the Program, the outcome of those reviews, and the percentage of claimants that receive

Verification Notices after review.

| Table 3.  Identity Verification Review Activity. | | | | | |
|---|---|---|---|---|---|
| | **Outcome** | **Claimants Reviewed Since Last Report** | **Monthly Percentage** | **Total Claimants Reviewed** | **Total Percentage** |
| **1.** | **Verified During Review** | 3,469 | 80.4% | 47,578 | 78.3% |
| **2.** | **SSN Notice Issued** | 11 | .3% | 2, 349 | 3.9% |
| **3.** | **ITIN Notice Issued** | 5 | .1% | 410 | .7% |
| **4.** | **EIN Notice Issued** | 828 | 19.2% | 10,405 | 17.1% |
| **5.** | **Total Reviewed** | 4,313 | 100% | 60,742 | 100% |

The table below contains information on the number of TIN Verification Notices issued, how

many have been cured after the claimant responded to the Notice, and the average time to cure in

days.

| Table 4.  Identity Incompleteness Activity. | | | | |
|---|---|---|---|---|
| | **Notice Type** | **Notices Issued** | **Number Cured** | **Percentage Cured** |
| **1.** | **SSN Notice** | 2,349 | 1,905 | 81.1% |
| **2.** | **ITIN Notice** | 410 | 341 | 83.2% |
| **3.** | **EIN Notice** | 10,405 | 8,626 | 82.9% |
| **4.** | **Total Issued** | 13,164 | 10,872 | 82.6% |

### 2.  Document Categorization.

Document Categorization is the process by which we classify the documents that

claimants submit to the Program.  Document Categorization is an initial step in the claims review

process where reviewers assign a Document Type to each document received.  This is a

necessary step in the process to ensure that the intake of information is properly accounted for

during the review.   On June 28, 2013, we added an optional feature to enhance this process.  To

better assist claimants and firms in organizing claim documentation and tracking the

documentation that has been submitted, we have enhanced the Upload Document feature on Law

Firm Portals within the DWH system to include a Document Type drop-down menu. This

allows law firms to assign a Document Type to each document when the firm uploads claimants'

documents to the firm Portal. This change helps increase the speed of claims review and

improves the efficiency of the Document Categorization portion of our review system.

### 3. Employer Verification Review ("EVR").

The EVR process ensures that all employees of the same business are treated uniformly

and that each business is placed in the proper Zone. The review also walks through the intricate

analysis necessary to assign the right NAICS code to a business. The EVR team has completed

the EVR analysis for over 175,000 businesses and rental properties.

From June 11, 2013, through July 10, 2013, the team completed the EVR step for 11,702

businesses and properties. We identified an average of 388 new businesses and properties to

review each day and completed the EVR review for an average of 390 businesses and properties

each day. We continue to review new businesses and rental properties on a first-in, first-out

basis.

### 4. Exclusions.

The Exclusions review process ensures that claims and claimants excluded under the

Settlement Agreement are appropriately denied. The Exclusions team guides the reviewers and

the EVR team when questions arise during the exclusion determination. Table 5 below shows

the number of Denial Notices issued to date for each Exclusion Reason and the team responsible:

DEEPWATER HORIZON
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

| Table 5. Exclusions | | | | |
|---|---|---|---|---|
| | **Exclusion Reason** | **Team Responsible** | **Denial Notices Since Last Report** | **Total Denial Notices** |
| 1. | GCCF Release | Exclusions | 292 | 6,653 |
| 2. | BP/MDL 2179 Defendant | | 28 | 238 |
| 3. | US District Court for Eastern District of LA | | 0 | 22 |
| 4. | Not a Member of the Economic Class | Claims Reviewers | 18 | 195 |
| 5. | Bodily Injury | | 1 | 4 |
| 6. | BP Shareholder | | 0 | 7 |
| 7. | Transocean/Halliburton Claim | | 0 | 0 |
| 8. | Governmental Entity | Claims Reviewers/ EVR | 29 | 678 |
| 9. | Oil and Gas Industry | | 64 | 496 |
| 10. | BP-Branded Fuel Entity | | 7 | 36 |
| 11. | Menhaden Claim | EVR | 3 | 15 |
| 12. | Financial Institution | | 17 | 199 |
| 13. | Gaming Industry | | 43 | 636 |
| 14. | Insurance Industry | | 7 | 145 |
| 15. | Defense Contractor | | 22 | 307 |
| 16. | Real Estate Developer | | 50 | 90 |
| 17. | Trust, Fund, Financial Vehicle | | 1 | 13 |
| 18. | **Total Denial Notices from Exclusions** | | **582** | **9,734** |

### 5. Claimant Accounting Support Reviews.

A special team handles Claimant Accounting Support ("CAS") reviews. CAS reimbursement is available under the Settlement Agreement for IEL, BEL, and Seafood claims. After a claim is returned from the Accountants or BrownGreer's reviewers as payable and the Compensation Amount is known, the CAS team reviews accounting invoices and CAS Sworn Written Statements. Table 6 includes information on the number of CAS reviews we have completed to date, whether the Accounting Support documentation was complete or incomplete, and the amounts reimbursed.

DEEPWATER HORIZON
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

| | Claim Type | CAS Review Result | | | | Total CAS Reviews | | CAS $ Amount Reimbursed | |
| | | Complete | | Incomplete | | | | | |
| | | Since Last Report | Total to Date | Since Last Report | Total to Date | Since Last Report | Total to Date | Since Last Report | Total to Date |
|---|---|---|---|---|---|---|---|---|---|
| | **Table 6.  Claimant Accounting Support Reviews** | | | | | | | | |
| 1. | BEL | 778 | 7329 | 83 | 734 | 861 | 8063 | $1,785,857.14 | $10,820,067.81 |
| 2. | IEL | 178 | 1082 | 24 | 206 | 202 | 1288 | $48,319.04 | $117,817.93 |
| 3. | Seafood | 144 | 3443 | 89 | 601 | 233 | 4044 | $164,413.31 | $1,350,878.58 |
| 4. | **TOTAL** | **1100** | **11854** | **196** | **1541** | **1296** | **13395** | **$1,998,589.49** | **$12,288,764.32** |

## 6.  QA Review.

The Quality Assurance ("QA") process addresses three fundamental needs of the Settlement Program, which are to: (a) ensure that all claims are reviewed in accordance with the policies of the Settlement Agreement by targeting anomalous claims results through data metrics analysis; (b) provide a mechanism to monitor reviewer performance and the necessary tools to efficiently and effectively provide feedback to reviewers; and (c) identify areas of review resulting in high error rates that require retraining or refined review procedures and data validations.

We have implemented a reviewer follow-up process for all claim types.  We provide daily follow-up to reviewers whose claims resulted in different results after a QA review the day before.  We also have a report that identifies specific reviewers who require re-training, and reveals whether there are issues that warrant refresher training for all reviewers.  Table 7 shows, by Claim Type, the number of claims identified for QA review through the database QA process, as well as how many QA reviews have been completed, how many are in progress, and how many are awaiting review.

**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

| | | **Table 7.  Quality Assurance Reviews** | | | | | |
|---|---|---|---|---|---|---|---|
| | **Claim Type** | **Total Claims Needing QA To Date** | **QA Reviews Completed** | **% Completed** | **QA Reviews in Progress** | **Claims Awaiting QA** | **QA Reviews Completed Since Last Report** |
| 1. | Seafood | 22,258 | 21,544 | 97% | 622 | 92 | 1,420 |
| 2. | IEL | 19,375 | 15,529 | 80% | 1,113 | 2,733 | 3,401 |
| 3. | BEL | 13,450 | 11,895 | 88% | 326 | 1,229 | 2,159 |
| 4. | Start-Up BEL | 1,177 | 1,053 | 89% | 36 | 88 | 161 |
| 5. | Failed BEL | 1,543 | 1,444 | 94% | 20 | 79 | 113 |
| 6. | Coastal Real Property | 16,909 | 16,834 | 100% | 32 | 43 | 914 |
| 7. | Real Property Sales | 706 | 706 | 100% | 0 | 0 | 43 |
| 8. | VoO Charter | 7,417 | 7,411 | 100% | 4 | 2 | 83 |
| 9. | Subsistence | 14,322 | 4,804 | 34% | 243 | 9,275 | 1,778 |
| 10. | Wetlands | 2,832 | 2,735 | 97% | 80 | 17 | 373 |
| 11. | Vessel Physical Damage | 901 | 857 | 95% | 31 | 13 | 263 |
| 12. | **TOTAL** | **100,890** | **84,812** | **84%** | **2,507** | **13,571** | **10,708** |

### 7.  Claim Type Review Details.

Table 8 provides information on the number of claims filed, how many claims have been reviewed to Notice, the claims remaining to review, and how many claims were reviewed to either a Notice or "Later Notice" to date, by claim type.  Table 8 splits the claims reviewed to a "Later Notice" into separate sections distinguishing claims receiving Notices after we conduct a Reconsideration review from claims reviewed for additional materials submitted by a claimant in response to an Incompleteness Notice.

**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

| | | Table 8.  Throughput Analysis of Claims Filed and Notices Issued | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | **A. Claims Reviewed to First Notice** | | | | | | | |
| | | **Status of All Claims Filed** | | | | | **Productivity Since Last Report on 6/11/13** | | |
| | **Claim Type** | **Total Claims Filed To Date** | **Reviews Completed to Notice** | | **Claims Remaining to Review** | | **New Claims Filed** | **Avg Daily Claims Filed** | **Reviews Completed to First Notice** | **Avg Daily Reviews to First Notice** |
| **1.** | Seafood | 24,026 | 22,586 | 94% | 1,440 | 6% | 90 | 3 | 1,250 | 42 |
| **2.** | IEL | 31,471 | 28,137 | 89% | 3,334 | 11% | 716 | 24 | 2,150 | 72 |
| **3.** | IPV/FV | 244 | 226 | 93% | 18 | 7% | 5 | 0 | 7 | 0 |
| **4.** | BEL | 56,519 | 29,502 | 52% | 27,017 | 48% | 5,430 | 181 | 2,921 | 97 |
| **5.** | Start-Up BEL | 3,758 | 2,719 | 72% | 1,039 | 28% | 320 | 11 | 405 | 14 |
| **6.** | Failed BEL | 2,716 | 2,088 | 77% | 628 | 23% | 125 | 4 | 101 | 3 |
| **7.** | Coastal  RP | 26,708 | 25,334 | 95% | 1,374 | 5% | 1,347 | 45 | 1,411 | 47 |
| **8.** | Wetlands RP | 6,350 | 3,593 | 57% | 2,757 | 43% | 634 | 21 | 365 | 12 |
| **9.** | RPS | 1,256 | 1,136 | 90% | 120 | 10% | 54 | 2 | 73 | 2 |
| **10.** | Subsistence | 23,321 | 5,466 | 23% | 17,855 | 77% | 2,113 | 70 | 1,426 | 48 |
| **11.** | VoO | 8,415 | 8,265 | 98% | 150 | 2% | 57 | 2 | 61 | 2 |
| **12.** | Vessel | 1,217 | 1,101 | 90% | 116 | 10% | 61 | 2 | 80 | 3 |
| **13.** | **TOTAL** | **186,001** | **130,153** | **70%** | **55,848** | **30%** | **10,952** | **365** | **10,250** | **342** |

| | | **B. Claims Reviewed to Later Notice** | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | **Initial or Preliminary Incompleteness Response** | | | **Follow-Up Incompleteness Responses** | | | **Requests for Reconsideration** | | |
| | **Claim Type** | **Total Responses** | **Claims with Later Notice** | **Remaining Claims** | **Total Responses** | **Claims with Later Notice** | **Remaining Claims[2]** | **Total Requests** | **Claims with Later Notice** | **Remaining Claims[2]** |
| **1.** | Seafood | 5,439 | 3,775 | 1,664 | 1,922 | 1136 | 786 | 2,125 | 966 | 1,159 |
| **2.** | IEL | 13,167 | 8,957 | 4,210 | 4,485 | 2302 | 2,183 | 2,142 | 870 | 1,272 |
| **3.** | IPV/FV | 80 | 77 | 3 | 29 | 22 | 7 | 26 | 17 | 9 |
| **4.** | BEL | 15,793 | 8,447 | 7,346 | 4,534 | 2706 | 1,828 | 2,328 | 981 | 1,347 |
| **5.** | Start-Up BEL | 1,437 | 890 | 547 | 620 | 359 | 261 | 239 | 63 | 176 |
| **6.** | Failed BEL | 704 | 436 | 268 | 344 | 186 | 158 | 302 | 141 | 161 |
| **7.** | Coastal  RP | 4,062 | 3,672 | 390 | 1,046 | 925 | 121 | 1,184 | 884 | 300 |
| **8.** | Wetlands RP | 238 | 173 | 65 | 42 | 31 | 11 | 322 | 167 | 155 |
| **9.** | RPS | 194 | 184 | 10 | 51 | 47 | 4 | 144 | 117 | 27 |
| **10.** | Subsistence | 1,718 | 202 | 1,516 | 136 | 9 | 127 | 58 | 6 | 52 |
| **11.** | VoO | 854 | 835 | 19 | 350 | 332 | 18 | 580 | 526 | 54 |
| **12.** | Vessel | 620 | 562 | 58 | 239 | 198 | 41 | 121 | 67 | 54 |
| **13.** | **TOTAL** | **44,306** | **28,210** | **16,096** | **13,798** | **8,253** | **5,545** | **9,571** | **4,805** | **4,766** |

C. **Claim Payments.**

1. **Notices and Payments.**

We issued our first payments to claimants on July 31, 2012.  Tables 4 and 5 of the Public Report attached at Appendix A provide detail on the notices and payments issued to date.  As of July 10, 2013, we have issued 48,487 Eligibility Notices with Payment Offers totaling over $3.9 billion. As of that date, we also have made over $2.76 billion in payments on 38,826 claims.

2. **Claimants in Bankruptcy.**

Since the Claims Administrator approved the procedures for making Settlement Payments to claimants in bankruptcy on February 20, 2013, we have issued Bankruptcy Notices to 264 claimants with active claims who identified an open bankruptcy case on their Registration Forms.  We continue to review these claim files to determine whether the claimants have submitted the documents necessary to remove the bankruptcy hold so the claims can be paid. For claimants who have not submitted all of the requested documentation, we continue to reach out to those claimants to let them know what needs to be submitted so they can receive payment on their claims.  To date, we have removed 296 bankruptcy holds after determining that the bankruptcy is closed and not subject to revocation, or that the claimant submitted the required documents to receive payment.

D. **Re-Reviews, Reconsiderations and Appeals.**

1. **Re-Review Reviews and Outcomes.**

The Claims Administrator implemented a Re-Review process beginning on January 18, 2013, that provides claimants with the opportunity to request a Re-Review of their claim within 30 days after an Eligibility or Denial Notice if they have additional documents not previously submitted to support their claim.  This Re-Review leads to a Post Re-Review Notice, from which

**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

claimants may then request Reconsideration if they wish. To date, there have been 43,372 Eligibility and Denial Notices issued from which claimants can seek Re-Review. Of those, 3,946 are still within the 30 day window to seek Re-Review and have not yet done so, leaving 39,426 that have passed the window for seeking Re-Review. Of those, claimants have asked for Re-Review of 2,115 claims. Thus, the rate of Re-Review from all final determinations is 5.4%. The rate of Re-Review from Eligibility Notices is 4% and the rate of Re-Review from Denial and Incompleteness Denial Notices is 10%.

Table 9 summarizes the Re-Reviews Reviews we have completed, the number of Post-Re-Review Notices we have issued, and whether the outcome of the Re-Review review resulted in an award that was higher (↑), lower (↓),or the same (↔). The table also includes information showing whether an original Exclusion Denial was confirmed or overturned on Re-Review. The number of Notices issued is fewer than the reviews completed because there is a 36 hour lag time between when the review is completed and when the Notice is issued.

**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

| Table 9.  Re-Reviews | | | | | |
|---|---|---|---|---|---|
| **A.   Re-Review Requests and Reviews** | | | | | |
| | **Claim Type** | **Requests Received To Date** | **Reviews Completed To Date** | | |
| | | | **Total** | **Completed Since Last Report** | **Average Weekly Reviews** |
| **1.** | **Seafood** | 503 | 229 | 15 | 8 |
| **2.** | **IEL** | 200 | 21 | 2 | 1 |
| **3.** | **IPV/FV** | 8 | 0 | 0 | 0 |
| **4.** | **BEL** | 651 | 147 | 1 | 5 |
| **5.** | **Start-Up BEL** | 28 | 5 | 0 | 0 |
| **6.** | **Failed BEL** | 61 | 42 | 0 | 1 |
| **7.** | Coastal | 375 | 329 | 14 | 11 |
| **8.** | Wetlands | 157 | 139 | 0 | 5 |
| **9.** | Real Property Sales | 26 | 22 | 0 | 1 |
| **10.** | Subsistence | 50 | 11 | 0 | 1 |
| **11.** | VoO | 34 | 34 | 1 | 1 |
| **12.** | Vessel | 22 | 11 | 0 | 1 |
| **13.** | **TOTAL** | **2,115** | **990** | **33** | **35** |

| Table 9.  Re-Reviews | | | | | | | |
|---|---|---|---|---|---|---|---|
| **B.   Re-Review Notices Issued** | | | | | | | |
| | **Claim Type** | **Notices Issued** | | **Outcome of Review** | | | |
| | | **Total Issued to Date** | **Weekly Average** | **Compensation Amount for Eligible Claims** | | | **Exclusion/Denials** |
| | | | | ↑ | ↓ | ↔ | **Confirmed** | **Overturned** |
| **1.** | **Seafood** | 268 | 9 | 153 | 4 | 96 | 11 | 1 |
| **2.** | **IEL** | 14 | 0 | 4 | 1 | 0 | 9 | 0 |
| **3.** | **IPV/FV** | 8 | 0 | 0 | 0 | 0 | 8 | 0 |
| **4.** | **BEL** | 425 | 14 | 111 | 13 | 55 | 220 | 12 |
| **5.** | **Start-Up BEL** | 15 | 1 | 9 | 0 | 2 | 4 | 0 |
| **6.** | **Failed BEL** | 37 | 1 | 0 | 0 | 0 | 36 | 0 |
| **7.** | Coastal | 265 | 9 | 31 | 3 | 40 | 195 | 4 |
| **8.** | Wetlands | 78 | 3 | 2 | 0 | 1 | 76 | 1 |
| **9.** | **Real Property Sales** | 19 | 1 | 0 | 0 | 1 | 17 | 0 |
| **10.** | Subsistence | 2 | 0 | 1 | 0 | 1 | 0 | 0 |
| **11.** | VoO | 34 | 1 | 7 | 5 | 11 | 11 | 2 |
| **12** | Vessel | 11 | 1 | 7 | 0 | 2 | 3 | 1 |
| **13.** | **TOTAL** | **1,176** | **40** | **325** | **26** | **209** | **590** | **21** |

DEEPWATER HORIZON
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

**2. Reconsideration Reviews and Outcomes.**

To date, there have been 88,550 Eligibility, Denial and Incompleteness Denial Notices issued from which claimants can seek Reconsideration.  Of those, 8,750 are still within the 30 day window to seek Reconsideration and have not yet done so, leaving 79,800 that have passed the window for seeking Reconsideration.  Of those, claimants have asked for Reconsideration of 9,571 claims.  Thus, the rate of Reconsideration from all final determinations is 12.0%.  The rate of Reconsideration from Eligibility Notices is 6% and the rate of Reconsideration from Denial and Incompleteness Denial Notices is 21%.

Table 10 summarizes the Reconsideration Reviews we have completed, the number of Post-Reconsideration Notices we have issued, and whether the outcome of the Reconsideration review resulted in an award that was higher (↑), lower (↓),or the same (↔). The table also includes information showing whether an original Exclusion Denial was confirmed or overturned on Reconsideration.  The number of Notices issued is fewer than the reviews completed because there is a 36 hour lag time between when the review is completed and when the Notice is issued.

| Table 10.  Reconsideration | | | | |
|---|---|---|---|---|
| B.  Reconsideration Requests and Reviews | | | | |
| Claim Type | Requests Received To Date | Reviews Completed To Date | | |
| | | Total | Completed Since Last Report | Average Weekly Reviews |
| 1. | Seafood | 2,125 | 1,111 | 25 | 21 |
| 2. | IEL | 2,142 | 1,052 | 54 | 20 |
| 3. | IPV/FV | 26 | 5 | 0 | <1 |
| 4. | BEL | 2,328 | 1,106 | 65 | 21 |
| 5. | Start-Up BEL | 239 | 76 | 7 | 1 |
| 6. | Failed BEL | 302 | 164 | 9 | 3 |
| 7. | Coastal | 1,184 | 982 | 26 | 19 |
| 8. | Wetlands | 322 | 190 | 1 | 4 |

DEEPWATER HORIZON
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

| Table 10.  Reconsideration | | | | | |
|---|---|---|---|---|---|
| **B.   Reconsideration Requests and Reviews** | | | | | |
| | | | **Reviews Completed To Date** | | |
| | **Claim Type** | **Requests Received To Date** | **Total** | **Completed Since Last Report** | **Average Weekly Reviews** |
| 9. | **Real Property Sales** | 144 | 132 | 5 | 3 |
| 10. | **Subsistence** | 58 | 23 | 0 | <1 |
| 11. | **VoO** | 580 | 532 | 1 | 10 |
| 12. | **Vessel** | 121 | 76 | 5 | 1 |
| 13. | **TOTAL** | **9,571** | **5,449** | **198** | **105** |

| B.  Reconsideration Notices Issued | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | **Notices Issued** | | **Outcome of Review** | | | |
| | **Claim Type** | **Total Issued to Date** | **Weekly Average** | **Compensation Amount for Eligible Claims** | | | **Exclusion/Denials** | |
| | | | | ↑ | ↓ | ↔ | **Confirmed** | **Overturned** |
| 1. | **Seafood** | 966 | 18 | 446 | 56 | 247 | 214 | 3 |
| 2. | **IEL** | 870 | 17 | 58 | 85 | 41 | 683 | 3 |
| 3. | **IPV/FV** | 17 | <1 | 0 | 0 | 0 | 17 | 0 |
| 4. | **BEL** | 981 | 19 | 271 | 43 | 135 | 506 | 26 |
| 5. | **Start-Up BEL** | 63 | 1 | 8 | 2 | 11 | 41 | 1 |
| 6. | **Failed BEL** | 141 | 3 | 0 | 0 | 0 | 141 | 0 |
| 7. | **Coastal** | 884 | 17 | 72 | 19 | 299 | 480 | 14 |
| 8. | **Wetlands** | 167 | 3 | 14 | 1 | 20 | 119 | 13 |
| 9. | **Real Property Sales** | 117 | 2 | 0 | 0 | 3 | 112 | 2 |
| 10. | **Subsistence** | 6 | <1 | 0 | 0 | 1 | 5 | 0 |
| 11. | **VoO** | 526 | 10 | 59 | 3 | 119 | 304 | 41 |
| 12 | **Vessel** | 67 | 1 | 38 | 2 | 8 | 18 | 1 |
| 13. | **TOTAL** | **4,805** | **92** | **966** | **211** | **884** | **2,640** | **104** |

**3.   Appeals.**

(a) *BP Appeals.*

To date, we have issued 15,008 Eligibility Notices that meet or exceed the threshold amounts rendering them eligible for BP to appeal.  Of those, 391 are still within the time for BP to appeal, leaving 14,617 that have passed the window for BP to consider whether to appeal.  Of

those 14,617, BP has appealed 2,026, or only 13.9%. However, out of the 2,026 claims BP has

appealed, they have subsequently withdrawn 154 appeals, and another 654 have been resolved

for the same or greater amount of the Eligibility Notice.  Thus, out of the 2,026 claims BP has

appealed, 808 have either been withdrawn or resolved, confirming that the outcome of the review

was correct.  If we remove those 808 from the 2,026 BP has appealed to arrive at a more realistic

"rate of disagreement" BP has with our results, that leaves 1,218 claims out of 14,617 or a 8.3%

rate of disagreement.

Table 11 provides summary information on the status of BP's appeals.

| Table 11.  Status of BP Appeals | | | |
|---|---|---|---|
| A.   Appeal Filing/Resolution | | | |
| Status | As of 6/10/13 | Since Last Report | Total |
| **1.** | **BP Appeals Filed** | **1,699** | **327** | **2,026** |
| **2.** | **Appeals Resolved** | **932** | **383** | **1,315** |
| **(a)** | **Withdrawn** | 152 | 2 | 154 |
| **(b)** | **Panel Decided** | 445 | 328 | 773 |
| **(c)** | **Settled by Parties** | 260 | 17 | 277 |
| **(d)** | **Remanded by Panel** | 35 | 25 | 60 |
| **(e)** | **Administratively Closed** | 7 | 0 | 7 |
| **(f)** | **Closed for Reconsideration Review** | 33 | 11 | 44 |
| B.  Pending Appeals | | | |
| **3.** | **In Pre-Panel Baseball Process** | 525 | | |
| **4.** | **Currently Before Panel** | 186 | | |
| **5.** | **TOTAL PENDING** | **711** | | |

**(b)** *Claimant Appeals.*

Before a claimant may appeal, he must seek Reconsideration and receive a Post-

Reconsideration Notice. To date, we have issued 4,805 Post-Reconsideration Notices.  Of those,

840 are still within the time for the claimant to appeal, leaving 3,965 that have passed the

window for the claimant to consider whether to appeal.  Of those 3,965, claimants have appealed

DEEPWATER HORIZON
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

621 claims, or 15.6%. Of the 621 Claimant Appeals, 368 are appeals of Post-Reconsideration

Denial Notices and 253 are appeals of Post-Reconsideration Eligibility Notices.

Table 12 provides summary information on the status of Claimant Appeals:

| Table 12. Status of Claimant Appeals | | | | |
|---|---|---|---|---|
| **A. Appeal Filing/Resolution** | | | | |
| | **Status** | **As of 6/10/13** | **Since Last Report** | **Total** |
| **1.** | **Claimant Appeals Filed** | **489** | **132** | **621** |
| **2.** | **Appeals Resolved** | **292** | **71** | **363** |
| **(a)** | Panel Decided | 235 | 63 | 298 |
| **(b)** | Settled by Parties | 27 | 5 | 32 |
| **(c)** | Remanded by Panel | 6 | 1 | 7 |
| **(d)** | Administratively Closed | 4 | 2 | 6 |
| **(e)** | Withdrawn | 20 | 0 | 20 |
| **B. Pending Appeals** | | | | |
| **3.** | **In Pre-Panel Baseball Process** | 94 | | |
| **4.** | **In Pre-Panel Non-Baseball Process** | 124 | | |
| **5.** | **Currently Before Panel** | 40 | | |
| **6.** | **TOTAL PENDING** | 258 | | |

(c) *Resolved Appeals.*

As reported in the tables above, 1,678 Claimant and BP Appeals have been resolved.

Table 13 provides a summary of these resolved appeals, by Claim Type.

| Table 13. Outcome After Appeal | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Claim Type** | **Appeals Settled or Decided by Panel** | | | | | | **Withdrawn** | **Admin. Closed** | **Closed Because Claimant Asked For Recon.** | **Total** |
| | **Award Amount after Appeal, Compared to Original Notice** | | | | | | | | | |
| | **Higher** | **Lower** | **Same** | **Denial Upheld** | **Denial Over-turned** | **Remand** | | | | |
| **1.** Seafood | 20 | 87 | 14 | 7 | 1 | 4 | 39 | 3 | 7 | 182 |
| **2.** BEL | 642 | 204 | 57 | 63 | 20 | 49 | 101 | 5 | 35 | 1,176 |

DEEPWATER HORIZON
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

| | Claim Type | Table 13.  Outcome After Appeal | | | | | | Withdrawn | Admin. Closed | Closed Because Claimant Asked For Recon. | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Appeals Settled or Decided by Panel | | | | | | | | | |
| | | Award Amount after Appeal, Compared to Original Notice | | | | | | | | | |
| | | Higher | Lower | Same | Denial Upheld | Denial Over-turned | Remand | | | | |
| 3. | Wetlands Real Property | 0 | 1 | 2 | 7 | 0 | 0 | 2 | 0 | 1 | 13 |
| 4. | Coastal Real Property | 0 | 4 | 7 | 12 | 0 | 2 | 4 | 1 | 0 | 30 |
| 5. | Real Property Sales | 1 | 2 | 2 | 17 | 0 | 0 | 2 | 1 | 0 | 25 |
| 6. | VoO Charter Payment | 21 | 32 | 16 | 35 | 21 | 6 | 18 | 2 | 0 | 151 |
| 7. | IEL | 9 | 17 | 5 | 27 | 2 | 1 | 4 | 1 | 1 | 67 |
| 8. | VPD | 14 | 10 | 0 | 1 | 0 | 5 | 4 | 0 | 0 | 34 |
| 9. | Total | 707 | 357 | 103 | 169 | 44 | 67 | 174 | 13 | 44 | 1,678 |

## II.  CLAIMANT OUTREACH EFFORTS

We have continued our Claimant Outreach efforts since the previous Court Status Report as detailed below:

### A.  Law Firm Contacts.

The Law Firm Contacts team continues to increase their outreach efforts related to several damage categories related to incompleteness reasons. Firm Contacts made law firms aware of updates to the Pending Deadlines Report on the Attorney Portal.  The report now includes a short description of the Incompleteness Reasons identified for claims with pending deadlines.  This addition to the report allows attorneys to quickly view the reasons a claim is incomplete.  Firm Contacts also conducted outreach to firms with claimants with incomplete

DEEPWATER HORIZON
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

claim forms and registration forms.  Firm Contacts continue to facilitate conference calls held in collaboration with the accountants to efficiently address documentation requirements and resolve outstanding Program questions.

### B.   Communications Center (CCC).

The CCC continues to contribute to Claimant Outreach efforts by working directly with each damage category. The CCC conducts outreach campaigns to address specific claim issues such as reclassification of filed claims and incomplete payment documentation.  The CCC also completes outreach to claimants who emailed the Program with questions or status inquiries.

### C.   Claimant Assistance Centers (CACs).

The Claimant Outreach Program (COP) continues at the CACs.  To date, the COP has completed over 53,000 outreach calls to claimants.  The CACs continues outreach efforts to claimants with incomplete claims across all damage categories, and claimants who started claim forms on the Portal but have not yet submitted them.  In addition to these outreach efforts, the team called claimants who are approaching the 180 day deadline to file additional claims.

### D.   Summary of Outreach Calls.

The table below summarizes some of the Claimant Outreach Program efforts:

| Table 14.  Outreach Call Volume (As of 7/11/13) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Row | Location | Calls Made | Incomplete Claims Affected | Claims With New Docs After Call | % of Claims With New Docs After Call | Claimants Visiting CAC After Call | % of Claimants Visiting CAC |
| 1. | BrownGreer | 53,594 | 20,874 | 15,496 | 74% | 7,734 | 37% |
| 2. | Garden City Group | 47,697 | 7,236 | 5,018 | 69% | 507 | 7% |
| 3. | P&N | 17,027 | 4,225 | 3,520 | 83% | 117 | 3% |
| 4. | PWC | 776 | 319 | 293 | 92% | 8 | 3% |
| 5. | Total | 119,094 | 32,654 | 24,327 | 74% | 8,366 | 26% |

**III.    CONCLUSION**

We offer this Report to ensure that the Court is informed of the status of the Program to date.  If the Court would find additional information helpful, we stand ready to provide it at the Court's convenience.

/s/ Patrick A. Juneau
PATRICK A. JUNEAU
CLAIMS ADMINISTRATOR

**DEEPWATER HORIZON
CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/EDF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of July, 2013.

<u>/s/ Patrick A. Juneau</u>
Claims Administrator