UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG     ) | MDL NO. 2179 |
|     "DEEPWATER" HORIZON"  ) | |
|     GULF OF MEXICO, on           ) | SECTION: J |
|     April 20, 2010                         ) | |
|                                                        ) | |
|                                                        ) | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO:  ) | |
| Case No.: 2:13-cv-02947                     ) | MAG. JUDGE SHUSHAN |
| (The City of Key West, Florida vs. BP, et al)  ) | |

**MOTION TO SUBSTITUTE COUNSEL OF RECORD FOR
THE CITY OF KEY WEST, FLORIDA**

Plaintiff, The City of Key West, Florida, requests that this Honorable Court enter an order enrolling Shawn D. Smith, Gary A. Davis, Jeff Friedman, Matt Conn and Edward R. Jackson in substitution for **Michael T. Burke** of the firm JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, PA, 2455 E. Sunrise Blvd., Suite 1000, Fort Lauderdale, FL 33304 as counsel of record for The City of Key West, Florida.

Respectfully submitted,                                           Respectfully submitted,

/s/Michael T. Burke                                                  s/ Edward R. Jackson
Michael T. Burke,                                                     Edward R. Jackson (JACKE6899)
(Florida Bar No. 338771)                                         JACKSON, FAKES, HOOD &
Attorney for Plaintiff                                                 BRAKEFIELD
JOHNSON, ANSELMO, MURDOCH,                        P. O. Box 748
BURKE, PIPER & HOCHMAN, PA                         Jasper, AL 35502-0748
2455 e. Sunrise Blvd., Suite 1000                           Phone:  (205) 387-2171
Fort Lauderdale, FL   33304                                   Fax: (205) 387-2174
Phone:  (954) 463-0100
Fax:  (954) 463-2444

Respectfully submitted,

  s/ Jeff   Friedman
Jeff Friedman (FRIEJ6868)
  s/ Matt D. Conn
Matt D. Conn (CONNM9628)
FRIEDMAN, LEAK
P.O. Box 43219
Birmingham, AL 35243-3219
Phone:  (205) 278-7000
Fax: (205) 278-7010

Respectfully submitted,

  s/ Gary A. Davis
Gary A. Davis
DAVIS AND WHITLOCK PC
P.O. Box 649
Hot Springs, NC   28743
Phone: (828) 622-0044
Fax: (828) 622-7610


  s/ Shawn D. Smith
Shawn D. Smith
3128 Flagler Avenue
Key West, FL   33040
Phone: (305)809-3770
Fax: (305) 809-3771

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing **Motion to Substitute** has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of July, 2013.

       s/ Edward R. Jackson
      Edward R. Jackson