UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER" HORIZON" GULF OF MEXICO, on April 20, 2010 | ) ) ) ) ) ) | MDL NO. 2179 SECTION: J JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: Case No.: 2:13-cv-02947 (The City of Key West, Florida vs. BP, et al) | ) ) ) | MAG. JUDGE SHUSHAN |

## ORDER

Considering the foregoing Motion to Substitute Counsel of Record for **The City of Key West, Florida** filed by Edward R. Jackson of the Law Firm of JACKSON, FIKES, HOOD & BRAKEFIELD.

**IT IS HEREBY ORDERED** that Shawn D. Smith, Gary A. Davis, Jeff Friedman, Matt Conn and Edward R. Jackson be substituted for **Michael T. Burke** as counsel of record for Plaintiff, The City of Key West, Florida.

**DONE AND ORDERED** this the _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE