UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG ) | MDL NO. 2179 |
| "DEEPWATER" HORIZON" ) | |
| GULF OF MEXICO, on ) | SECTION: J |
| April 20, 2010 ) | |
| ) | |
| ) | |
| ) | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: ) | |
| Case No.: 2:13-cv-03030 ) | MAG. JUDGE SHUSHAN |
| (The Utility Board of the City of Key West, ) | |
| Florida (d/b/a Keys Energy Services) ) | |
| vs. BP, et al) ) | |

**MOTION TO SUBSTITUTE COUNSEL OF RECORD FOR
THE UTILITY BOARD OF THE CITY OF KEY WEST, FLORIDA**

Plaintiff, The Utility Board of the City of Key West, Florida (d/b/a Keys Energy Services) , requests that this Honorable Court enter an order enrolling Gary A. Davis, Jeff Friedman, Matt Conn and Edward R. Jackson in substitution for **Nathan E. Eden** of the firm NATHAN E. EDEN, PA, 302 Southard Street, Suite 205, Key West, FL  33040-8405 as counsel of record for The Utility Board of the City of Key West, Florida (d/b/a Keys Energy Services).

Respectfully submitted,                                    Respectfully submitted,

/s/Nathan E. Eden                                          s/ Edward R. Jackson
Nathan E. Eden,                                            Edward R. Jackson (JACKE6899)
(Florida Bar No. 114752)                                   JACKSON, FIKES, HOOD &
Attorney for Plaintiff                                     BRAKEFIELD
NATHAN E. EDEN, PA                                         P. O. Box 748
302 Southard St., Suite 205                                Jasper, AL 35502-0748
Key West, FL   33040-8405                                  Phone:  (205) 387-2171
Phone: (305) 294-5588                                      Fax: (205) 387-2174

Respectfully submitted,

 s/ Jeff   Friedman
Jeff Friedman (FRIEJ6868)
 s/ Matt D. Conn
Matt D. Conn (CONNM9628)
FRIEDMAN, LEAK
P.O. Box 43219
Birmingham, AL 35243-3219
Phone:  (205) 278-7000
Fax: (205) 278-7010

Respectfully submitted,

 s/ Gary A. Davis
Gary A. Davis
DAVIS AND WHITLOCK PC
P.O. Box 649
Hot Springs, NC   28743
Phone: (828) 622-0044
Fax: (828) 622-7610

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Motion to Substitute** has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of July, 2013.

        s/ Edward R. Jackson
        Edward R. Jackson