**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ) | MDL NO. 2179 |
| "DEEPWATER" HORIZON" | ) | |
| GULF OF MEXICO, on | ) | SECTION: J |
| April 20, 2010 | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | ) | |
| Case No.: 2:13-cv-03030 | ) | MAG. JUDGE SHUSHAN |
| (The Utility Board of the City of Key West, | ) | |
| Florida (d/b/a Keys Energy Services) | ) | |
| vs. BP, et al | ) | |

**ORDER**

Considering the foregoing Motion to Substitute Counsel of Record for **The Utility Board of the City of Key West, Florida** filed by Edward R. Jackson of the Law Firm of JACKSON, FIKES, HOOD & BRAKEFIELD.

**IT IS HEREBY ORDERED** that Gary A. Davis, Jeff Friedman, Matt Conn and Edward R. Jackson be substituted for **Nathan E. Eden** as counsel of record for Plaintiff, The Utility Board of the City of Key West, Florida.

**DONE AND ORDERED** this the _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE