## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ) | MDL NO. 2179 |
| "DEEPWATER" HORIZON" | ) | |
| GULF OF MEXICO, on | ) | SECTION: J |
| April 20, 2010 | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | ) | |
| Case No.: 2:13-cv-02671 | ) | MAG. JUDGE SHUSHAN |
| (Kiva Dunes Properties, LLC, et al vs. | ) | |
| BP, et al) | ) | |

---

### PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 5.6 of the Eastern District of Louisiana and to enable District Judge Carl Barbier and Magistrate Judge Sally Shushan to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, **Kiva Dunes Properties, LLC**, in the above-captioned action, certifies that said party is privately owned and there are no parents, subsidiaries and/or affiliates for said party that have issued shares or debt securities to the public.

Respectfully submitted,


  s/ Edward R. Jackson
Edward R. Jackson (JACKE6899)
JACKSON, FIKES, HOOD & BRAKEFIELD
P. O. Box 748
Jasper, AL 35502-0748
(205)387-2171

 s/ Jeff   Friedman
Jeff Friedman (FRIEJ6868)


 s/ Matt D. Conn
Matt D. Conn (CONNM9628)
FRIEDMAN, LEAK
P.O. Box 43219
Birmingham, AL 35243-3219
(205)278-7000


 s/Gary A. Davis
Gary A. Davis
DAVIS WHITLOCK PC
21 Battery Park Avenue
Suite 206
Asheville, NC   28801
(828) 622-0044


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Corporate Disclosure** has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this __11th__ day of ___July___, 2013.


 s/ Edward R. Jackson
Edward R. Jackson

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG          )          MDL NO. 2179
      "DEEPWATER" HORIZON" )
      GULF OF MEXICO, on          )          SECTION: J
      April 20, 2010          )
          )
          )
          )
          )          JUDGE BARBIER
THIS DOCUMENT RELATES TO:          )
Case No.: 2:13-cv-02671          )          MAG. JUDGE SHUSHAN
(Kiva Dunes Properties, LLC, et al vs.          )
BP, et al)          )

---

##   PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

       Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 5.6 of the Eastern

District of Louisiana and to enable District Judge Carl Barbier and Magistrate Judge Sally

Shushan to evaluate possible disqualification or recusal, the undersigned counsel for

Plaintiff, **Kiva Dunes Properties, LLC**, in the above-captioned action, certifies that said

party is privately owned and there are no parents, subsidiaries and/or affiliates for said party

that have issued shares or debt securities to the public.

                       Respectfully submitted,


                        s/ Edward R. Jackson
                        Edward R. Jackson (JACKE6899)
                        JACKSON, FIKES, HOOD & BRAKEFIELD
                        P. O. Box 748
                        Jasper, AL 35502-0748
                        (205)387-2171

 s/ Jeff   Friedman
Jeff Friedman (FRIEJ6868)

 s/ Matt D. Conn
Matt D. Conn (CONNM9628)
FRIEDMAN, LEAK
P.O. Box 43219
Birmingham, AL 35243-3219
(205)278-7000

 s/Gary A. Davis
Gary A. Davis
DAVIS WHITLOCK PC
21 Battery Park Avenue
Suite 206
Asheville, NC   28801
(828) 622-0044

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Corporate Disclosure** has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this   11th   day of      July     , 2013.

 s/ Edward R. Jackson
Edward R. Jackson

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER" HORIZON" GULF OF MEXICO, on April 20, 2010 | ) ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br><br><br>JUDGE BARBIER |
| THIS DOCUMENT RELATES TO:<br>Case No.: 2:13-cv-02671<br>(Kiva Dunes Properties, LLC, et al vs.<br>BP, et al) | ) ) ) ) | MAG. JUDGE SHUSHAN |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 5.6 of the Eastern District of Louisiana and to enable District Judge Carl Barbier and Magistrate Judge Sally Shushan to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, **D&E Investments, LLC**, in the above-captioned action, certifies that said party is privately owned and there are no parents, subsidiaries and/or affiliates for said party that have issued shares or debt securities to the public.

Respectfully submitted,


 s/ Edward R. Jackson
Edward R. Jackson (JACKE6899)
JACKSON, FIKES, HOOD & BRAKEFIELD
P. O. Box 748
Jasper, AL 35502-0748
(205)387-2171

  s/ Jeff   Friedman
Jeff Friedman (FRIEJ6868)

  s/ Matt D. Conn
Matt D. Conn (CONNM9628)
FRIEDMAN, LEAK
P.O. Box 43219
Birmingham, AL 35243-3219
(205)278-7000

  s/Gary A. Davis
Gary A. Davis
DAVIS WHITLOCK PC
21 Battery Park Avenue
Suite 206
Asheville, NC   28801
(828) 622-0044

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing **Corporate Disclosure** has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this __11th__ day of ___July___, 2013.

  s/ Edward R. Jackson
Edward R. Jackson

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER" HORIZON" GULF OF MEXICO, on April 20, 2010 | ) ) ) ) ) ) ) ) | MDL NO. 2179 SECTION: J JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: Case No.: 2:13-cv-02671 (Kiva Dunes Properties, LLC, et al vs. BP, et al) | ) ) ) ) | MAG. JUDGE SHUSHAN |

---

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 5.6 of the Eastern District of Louisiana and to enable District Judge Carl Barbier and Magistrate Judge Sally Shushan to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, **D&E Investments, LLC**, in the above-captioned action, certifies that said party is privately owned and there are no parents, subsidiaries and/or affiliates for said party that have issued shares or debt securities to the public.

Respectfully submitted,


s/ Edward R. Jackson
Edward R. Jackson (JACKE6899)
JACKSON, FIKES, HOOD & BRAKEFIELD
P. O. Box 748
Jasper, AL 35502-0748
(205)387-2171

s/ Jeff    Friedman
Jeff Friedman (FRIEJ6868)

s/ Matt D. Conn
Matt D. Conn (CONNM9628)
FRIEDMAN, LEAK
P.O. Box 43219
Birmingham, AL 35243-3219
(205)278-7000

s/Gary A. Davis
Gary A. Davis
DAVIS WHITLOCK PC
21 Battery Park Avenue
Suite 206
Asheville, NC   28801
(828) 622-0044

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Corporate Disclosure** has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this   11th   day of ____July___, 2013.

s/ Edward R. Jackson
Edward R. Jackson