UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG ) <br> "DEEPWATER" HORIZON" ) <br> GULF OF MEXICO, on ) <br> April 20, 2010 ) <br> ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> Case No.: 2:13-cv-02863 ) <br> (West Florida Medical Center Clinic, PA, ) <br> et al vs. BP, et al) ) | MDL NO. 2179 <br><br> SECTION: J <br><br><br><br> JUDGE BARBIER <br><br> MAG. JUDGE SHUSHAN |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 5.6 of the Eastern District of Louisiana and to enable District Judge Carl Barbier and Magistrate Judge Sally Shushan to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, **West Florida Medical Center Clinic, PA**, in the above-captioned action, certifies that said party is privately owned and there are no parents, subsidiaries and/or affiliates for said party that have issued shares or debt securities to the public.

Respectfully submitted,

 s/ Edward R. Jackson
Edward R. Jackson (JACKE6899)
JACKSON, FIKES, HOOD & BRAKEFIELD
P. O. Box 748
Jasper, AL 35502-0748
(205)387-2171

                                           s/ Jeff   Friedman  
                                         Jeff Friedman (FRIEJ6868)

                                         s/ Matt D. Conn  
                                         Matt D. Conn (CONNM9628)  
                                         FRIEDMAN, LEAK  
                                         P.O. Box 43219  
                                         Birmingham, AL 35243-3219  
                                         (205)278-7000

                                         s/Gary A. Davis  
                                         Gary A. Davis  
                                         DAVIS WHITLOCK PC  
                                         P.O. Box 649  
                                         Hot Springs, NC   28743  
                                         (828) 622-0044

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing **Corporate Disclosure** has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this __11th__ day of ___July___, 2013.

                                         s/ Edward R. Jackson  
                                         Edward R. Jackson

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER" HORIZON" GULF OF MEXICO, on April 20, 2010 | ) ) ) ) ) ) ) ) | MDL NO. 2179 SECTION: J JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: Case No.: 13-cv-02863 (West Florida Medical Center Clinic, PA, et al vs. BP, et al) | ) ) ) ) | MAG. JUDGE SHUSHAN |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 5.6 of the Eastern District of Louisiana and to enable District Judge Carl Barbier and Magistrate Judge Sally Shushan to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, **West Florida Medical Center Clinic, PA**, in the above-captioned action, certifies that said party is privately owned and there are no parents, subsidiaries and/or affiliates for said party that have issued shares or debt securities to the public.

Respectfully submitted,

 s/ Edward R. Jackson
Edward R. Jackson (JACKE6899)
JACKSON, FIKES, HOOD & BRAKEFIELD
P. O. Box 748
Jasper, AL 35502-0748
(205)387-2171

                           s/ Jeff   Friedman
                           Jeff Friedman (FRIEJ6868)

                           s/ Matt D. Conn
                           Matt D. Conn (CONNM9628)
                           FRIEDMAN, LEAK
                           P.O. Box 43219
                           Birmingham, AL 35243-3219
                           (205)278-7000

                           s/Gary A. Davis
                           Gary A. Davis
                           DAVIS WHITLOCK PC
                           P.O. Box 649
                           Hot Springs, NC   28743
                           (828) 622-0044

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing **Corporate Disclosure** has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this ___11th___ day of ___July___, 2013.

                           s/ Edward R. Jackson
                           Edward R. Jackson

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG ) <br> "DEEPWATER" HORIZON" ) <br> GULF OF MEXICO, on ) <br> April 20, 2010 ) <br> ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> Case No.: 2:13-cv-02863 ) <br> (Applewhite & Associates, Inc., et al vs. ) <br> BP, et al) ) | MDL NO. 2179 <br><br> SECTION: J <br><br><br><br><br> JUDGE BARBIER <br><br> MAG. JUDGE SHUSHAN |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 5.6 of the Eastern District of Louisiana and to enable District Judge Carl Barbier and Magistrate Judge Sally Shushan to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, **Applewhite & Associates, Inc.**, in the above-captioned action, certifies that said party is privately owned and there are no parents, subsidiaries and/or affiliates for said party that have issued shares or debt securities to the public.

Respectfully submitted,

s/ Edward R. Jackson
Edward R. Jackson (JACKE6899)
JACKSON, FIKES, HOOD & BRAKEFIELD
P. O. Box 748
Jasper, AL 35502-0748
(205)387-2171

                     s/ Jeff   Friedman
                     Jeff Friedman (FRIEJ6868)

                     s/ Matt D. Conn
                     Matt D. Conn (CONNM9628)
                     FRIEDMAN, LEAK
                     P.O. Box 43219
                     Birmingham, AL 35243-3219
                     (205)278-7000

                     s/Gary A. Davis
                     Gary A. Davis
                     DAVIS WHITLOCK PC
                     21 Battery Park Avenue
                     Suite 206
                     Asheville, NC  28801
                     (828) 622-0044

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Corporate Disclosure** has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this __11th__ day of ___July___, 2013.

                     s/ Edward R. Jackson
                     Edward R. Jackson

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG ) | | MDL NO. 2179 |
| "DEEPWATER" HORIZON" ) | | |
| GULF OF MEXICO, on  ) | | SECTION: J |
| April 20, 2010  ) | | |
|  ) | | |
|  ) | | |
|  ) | | |
|  ) | | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO:  ) | | |
| Case No.: 2:13-cv-02863  ) | | MAG. JUDGE SHUSHAN |
| (Applewhite & Associates, Inc., et al vs.  ) | | |
| BP, et al)  ) | | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 5.6 of the Eastern District of Louisiana and to enable District Judge Carl Barbier and Magistrate Judge Sally Shushan to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, **Applewhite & Associates, Inc.**, in the above-captioned action, certifies that said party is privately owned and there are no parents, subsidiaries and/or affiliates for said party that have issued shares or debt securities to the public.

Respectfully submitted,

s/ Edward R. Jackson
Edward R. Jackson (JACKE6899)
JACKSON, FIKES, HOOD & BRAKEFIELD
P. O. Box 748
Jasper, AL 35502-0748
(205)387-2171

                                          s/ Jeff   Friedman  
                                          Jeff Friedman (FRIEJ6868)

                                          s/ Matt D. Conn  
                                          Matt D. Conn (CONNM9628)  
                                          FRIEDMAN, LEAK  
                                          P.O. Box 43219  
                                          Birmingham, AL 35243-3219  
                                          (205)278-7000

                                          s/Gary A. Davis  
                                          Gary A. Davis  
                                          DAVIS WHITLOCK PC  
                                          21 Battery Park Avenue  
                                          Suite 206  
                                          Asheville, NC   28801  
                                          (828) 622-0044

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing **Corporate Disclosure** has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this   11th   day of   July  , 2013.

                                          s/ Edward R. Jackson  
                                          Edward R. Jackson