# CONFERENCE ATTENDANCE RECORD

DATE: 7/12/13     TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

DISCOVERY STATUS CONFERENCE

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Robert E. Guidry | Anadarko |
| Brian Barr | PSC |
| Don Godwin | Halliburton |
| Alan York | " " |
| Bruce Bowman | " " |
| Stefanie Major McGregor | " " |
| Gwen Richard | " " |
| Erika Toledo | " " |
| Sarah Himmelhoch | United States |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Anthony Irpino | PSC |
| Corey Maze | Alabama |
| Winfield Sinclair | Alabama |
| R Gasaway | BP |
| H Kanis | BP |
| D Haycraft | BP |
| Doug Kraus | La |
| Kerry Miller | TO |
| Jim Roy | PSC |
| Paul Sterbcow | PSC |

## MDL 2179 - Phase Two Discovery Conference

<u>7-12-13 Telephone Participants</u>

Grant Davis Deny w/ TO

Tamerli Godley w/ TO

Ryan Babiuch w/ BP

Mark Nomellini w/ BP

Ky Kirby w/ Anadarko

Mike Petrino w/ BP

Caroline Raines w/HESI

Jenny Martinez w/HESI

Billy Quin w/ Mississippi

Joe Russell w/BP

Tom Benson w/ DOJ

Jed Mestayer w/ Airbone Support