UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: All Cases | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

### [Regarding the Release of Items at Michoud to Transocean]

Transocean's request for authorization to remove the Capping Stack from Michoud was granted.  Rec. doc. 10547.  To implement that order, Captain Englebert, after consultation with Transocean, prepared the attached list of items at Michoud to be released to Transocean.

IT IS ORDERED that Transocean is authorized to remove the items on the attached list.[1]

New Orleans, Louisiana, this 12th day of July, 2013.

_____
SALLY SHUSHAN
United States Magistrate Judge

---

[1] A further order will be entered regarding Transocean's acceptance of responsibility for the transport of the equipment as well as its condition at the time of taking custody.