| Evidence Storage Location | FBI ERT ID location | FBI # or GOV# | BP or Other Party # or Identifier | Description of Item | Date Received | Origin |
|---|---|---|---|---|---|---|
| Evidence Yard | Evidence Yard/Evidence Yard | 220/633 | n/a | Double ram (Capping Stack)- 62,000 lbs. p/m 3130896-01AZ | 9/20/2010 | Post - Incident |
| WGCU600343-7 | Evidence Yard | 633E | n/a | Lower Ram Block of the double ram (lower ram) removed 1/18/2012 s/n M7231-1 | 1/25/2012 | Capping Stack exam |
| WGCU600343-7 | Evidence Yard | 633F | n/a | Upper Ram Block of the double ram (lower ram) removed 1/18/2012 s/n M7354-2 | 1/25/2012 | Capping Stack exam |
| Evidence Yard | Yard/Evidence Yard | 287/635 | n/a | Single ram - 35,000 lbs. p/n 3133943-01B1 | 9/20/2010 | Post - Incident |
| Evidence Yard | Evidence Yard | 288 | n/a | HC Connector, 15k, 18-3/4" - 34,000 lbs. | 9/20/2010 | Post - Incident |
| A/C Container # 4470 | Evidence Yard | 288B | n/a | Latch marker - open side with 2 bolts, 1 washer, and 1 assembly | 1/25/2012 | Capping Stack exam |
| A/C Container # 4470 | Evidence Yard | 288C | n/a | Latch marker - closed side with 2 bolts and 1 assembly | 1/25/2012 | Capping Stack exam |
| WGCU600343-7 | Evidence Yard | 289A-1 | 0047529 | Manual Operating Choke Valve Actuator w/one stud and one nut. | 1/26/2012 | item 289A dissembled into subparts in conjunction with Gate Valve/choke assembly exam Jan 2012 no parent 289A remains (now 289A-1 to 289A-7) |
| WGCU600343-7 | Evidence Yard | 289A-2 | 0047529 | Manual Choke Valve seat and flange body with 22 studs and 27 nuts (all ring seals and valve cage removed). | 1/26/2012 | Capping Stack exam |
| A/C Container # 4470 | Evidence Yard | 289B-7 | 0047529 | Seven (7) nuts from manual operating valve connection. | 1/26/2012 | Capping Stack exam |
| WGCU600343-7 | Evidence Yard | 289B | 0047529 | Capping Stack Choke Side Subpart: Adapter flange with 2 ring gaskets, 17 nuts & 17 studs. Ser. No. 33974-1 06/10 | 11/15/2011 | Capping Stack exam |
| WGCU600343-7 | Evidence Yard | 289C | 0047529 | Capping Stack Choke Side Subpart: Mini-collect connector w/4 indicator rods and 8 studs with 8 nuts. Assembly no. 2010150.11.rev04 CAM 6011.16A.3RDE 07/2009  S/N 111250834-02 | 11/15/2011 | Capping Stack exam |
| WGCU600343-7 | Evidence Yard | 289F | 0047529 | Capping Stack Choke Side Subpart: Spool w/ROV intervention panel and stab attached w/2 hoses S/N 111747846-19 | 11/15/2011 | Capping Stack exam |
| WGCU600343-7 | Evidence Yard | 289G | 0047529 | Capping Stack Choke Side Subpart: 90 degree discharge line w/ring gasket from manual op. choke valve (item 289A). | 11/15/2011 | Capping Stack exam |
| WGCU600343-7 | Evidence Yard | 621 A-1 | n/a | Spool adapter w/ring gasket removed from item 621 during gate valve exam on 11/15/2011 (2 pieces total spool and gasket) - item #2 from test/exam photos; S/N MS/805086 | 11/15/2011 | Failsafe Gate valve-5000lbs, mini-collet connector p/n MS805086: Gate valve disassembled into subparts in conjunction with Gate valve exam Jan 2012 - no parent 621 item remains (now 621A) |
| WGCU600343-7 | Evidence Yard | 621 A-2 | n/a | Kill Gate Valve Box with flange #1, 4, 5, and 8 reattached. | 1/26/2012 | Capping Stack exam |
| WGCU600349-0 | Evidence Yard | 621 A-3 | n/a | Outer Kill Gate Valve Actuator (downstream side) | 1/26/2012 | Capping Stack exam |
| WGCU600349-0 | Evidence Yard | 621 A-4 | n/a | Inner Kill Gate Valve Actuator (upstream side) | 1/26/2012 | Capping Stack exam |
| A/C Container # 4470 | Evidence Yard | 621 A-18 | n/a | 6 nuts and 4 bolts from inner and outer Actuator connections off of the Kill Gate Valve | 1/26/2012 | Capping Stack exam |
| WGCU600343-7 | Evidence Yard | 621B-1 | n/a | Spool adapter w/ring gasket removed from item 621B during gate valve exam on 11/15/2011 (2 pieces total spool and gasket) - item #4 from test/exam photos; S/N MS/805086 | 11/15/2011 | Failsafe gate valve - 5000lbs, mini-collet connector p/n MS805086: Gate valve disassembled into subparts in conjunction with Gate valve exam Jan 2012 - no parent 621B item remains. |
| WGCU600343-7 | Evidence Yard | 621B-2 | n/a | Choke Gate Valve box with flanges #1, 2, 3, & 8 reattached. | 1/26/2012 | Capping Stack exam |
| WGCU600349-0 | Evidence Yard | 621B-3 | n/a | Outer Choke Gate Valve Actuator (downstream) | 1/26/2012 | Capping Stack exam |
| WGCU600349-0 | Evidence Yard | 621B-4 | n/a | Inner Choke Gate Valve Actuator (upstream) | 1/26/2012 | Capping Stack exam |
| A/C Container # 4470 | Evidence Yard | 621B-18 | n/a | 7 nuts & 4 bolts from Inner and Outer Actuator connection with Choke Gate Valve | 1/26/2012 | Capping Stack exam |