UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL NO. 2179 "J"(1) |
| | | JUDGE BARBIER |
| | | MAGISTRATE SHUSHAN |
| THIS DOCUMENT APPLIES TO: Case No. 12-311 | * * * | **JURY TRIAL DEMANDED** |

## LIBERTY INTERNATIONAL UNDERWRITERS, INC.'S RULE 72 APPEAL OF MAGISTRATE'S JULY 5, 2013 DISCOVERY ORDER

Defendant Liberty International Underwriters, Inc. ("LIU") submits this Rule 72 Appeal of the Magistrate's July 5, 2013 Discovery Order granting non-party BP's Motion to Quash. R. Doc. 10642. LIU issued a subpoena to discover a limited number of documents from BP – primarily settlement communications between plaintiff Cameron International Corporation ("Cameron") and BP during the three-month period from October to December 2011. In response, BP failed and refused to produce a single document or even a privilege log, and moved to quash LIU's subpoena in its entirety, which the Magistrate granted. The Magistrate's Discovery Order – which cites *no* controlling jurisprudence – is clearly erroneous and contrary to law. For reasons discussed in the attached Memorandum in Support, the Court should reverse.

1

883510_1

Respectfully submitted,

*/s/ Judy Y. Barrasso*
Judy Y. Barrasso, 2814
Celeste Coco-Ewing, 25002
BARRASSO USDIN KUPPERMAN
   FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
504.589.9700 (Telephone)
504.589.9701 (Facsimile)

and

Christopher W. Martin, PRO HAC VICE
Federal I.D. 13515
Gary L. Pate, PRO HAC VICE
Federal I.D. 29713
808 Travis, Suite 1800
Houston, Texas 77002
713-632-1700 (Telephone)
713-222-0101 (Facsimile)

Attorneys for Liberty International
   Underwriters, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of July, 2013.

*/s/ Judy Y. Barrasso*

2

883510_1