## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| **"Deepwater Horizon"*In Gulf of Mexico,** | * | |
| **on April 20, 2010** | * | **NUMBER** |
| | * | |
| | * | **SECTION** |
| | * | |
| | * | **JUDGE BARBIER** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | |
| **This document relates to: 2:10-cv-08888-CJB-SS** | * | **SHUSHAN** |

## ORDER

Considering the above and foregoing Joint Motion for Substitution of Counsel of Record for Dannette Rainey.

**IT IS HEREBY ORDERED** that Counsel of Record are Scott Summy and Irma Espino of Baron & Budd, P.C. as Counsel of Record in substitution for C. David Fonvielle and James E. Messer, Jr. of Fonvielle, Lewis, Foote & Messer.

**THIS DONE AND SIGNED** on this _____ day of _____, 2013 in New Orleans Louisiana.

_____
JUDGE CARL J. BARBIER
United States District Judge