UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Pleading Relates To ALL ACTIONS | MDL No. 2179<br>SECTION: J<br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

**OPPOSITION TO BP, HALLIBURTON, AND TRITON ASSET LEASING'S MOTIONS FOR JUDGMENT ON PARTIAL FINDINGS**

The State of Alabama opposes the Motions for Judgment on Partial Findings filed by BP (Doc. 10470), Halliburton (Doc. 10471), and Triton Asset Leasing GMBH (Doc. 10465) by adopting the oppositions filed by the Plaintiffs' Steering Committee on July 11, 2013.  *See* Docs. 10715 (Opposition to BP); 10716 (Opposition to Halliburton); 10709 (Opposition to Triton Asset).

**CONCLUSION**

Each of the Defendants' Motions for Judgment on Partial Findings should be denied.

|   |   |
|---|---|
|   | Respectfully Submitted, |
| 501 Washington Avenue<br>Montgomery, AL  36130 | LUTHER J. STRANGE<br>  *Attorney General* |
| Phone:  (334) 242-7300<br>Fax:     (334) 242-4891 | /s/ Corey L. Maze                        .<br>COREY L. MAZE<br>  *Special Deputy Attorney General* |
| Email: lstrange@ago.state.al.us<br>           cmaze@ago.state.al.us | WINFIELD J. SINCLAIR<br>  *Assistant Attorney General* |
|   | Attorneys for the State of Alabama |

1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on **July 12, 2013**.

                                                    _/s/ Corey L. Maze                .
                                                    COREY L. MAZE
                                                    *Special Deputy AG, State of Alabama*