UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" In Gulf of Mexico, | * | |
| | * | NUMBER |
| on April 20, 2010 | * | |
| | * | SECTION |
| | * | |
| | * | JUDGE BARBIER |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | |
| This document relates to: 2:10-cv-08888-CJB-SS | * | SHUSHAN |

## JOINT MOTION FOR SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.2.11, Baron & Budd, P.C. and Fonvielle, Lewis, Foote & Messer respectfully file this Joint Motion for Substitution of Counsel on behalf of Cape Property Partnership, LLC.

Counsel have conferred and mutually consent to substitution of Counsel of Record as follows: Substitute C. David Fonvielle and James E. Messer, Jr. of Fonvielle, Lewis, Foote & Messer with Scott Summy and Irma Espino of Baron & Budd, P.C. as Counsel of Record. We respectfully submit a Proposed Order along with this Joint Motion.

Respectfully submitted,

BARON & BUDD, P.C.

BY: /s/ Scott Summy
SCOTT SUMMY (Texas Bar No. 19507500)
ssummy@baronbudd.com
IRMA ESPINO (Georgia Bar No. 558220)
iespino@baronbudd.com

3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181

Consented to by,

FONVIELLE, LEWIS, FOOTE & MESSER

_____
C. David Fonvielle
Claire@wrongfullyinjured.com
James E. Messer, Jr.
david@wrongfullyinjured.com
3375-A Capital Circle, NE
Tallahassee, FL 32308
Telephone:    (850)422-7773
Facsimile:    (850)422-3449

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th of July 2013 the above and foregoing Joint Motion for Substitute Counsel of Record was served on All Counsel by electronically uploading same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

                                      BARON & BUDD, P.C.

BY:___ _____
      SCOTT SUMMY (Texas Bar No. 19507500)
      ssummy@baronbudd.com
      IRMA ESPINO (Georgia Bar No. 558220)
      iespino@baronbudd.com
      3102 Oak Lawn Avenue, Suite 1100
      Dallas, Texas 75219
      Telephone:  (214) 521-3605
      Facsimile:  (214) 520-1181