# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

July 11, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 13-30221, In Re: Deepwater Horizon  
    USDC No. 2:10-MD-2179  
    USDC No. 2:12-CV-968  
    USDC No. 2:12-CV-970

U.S. DISTRICT COURT  
EASTERN DISTRICT OF LOUISIANA  
FILED JUL 12 2013  
WILLIAM W. BLEVINS  
CLERK

The court has granted the unopposed motion to supplement the record in this case with Document #4 from 2:10-MD-2179 and Document #101 from 2:10-CV-7777.

Sincerely,

LYLE W. CAYCE, Clerk

By: Connie Brown  
Connie Brown, Deputy Clerk  
504-310-7671

Mr. William W. Blevins  
Mr. Andrew Baker Bloomer  
Mr. Robert C. Mike Brock  
Ms. Elizabeth Joan Cabraser  
Mr. Jeffrey Bossert Clark Sr.  
Mr. Timothy A. Duffy  
Mr. Soren E. Gisleson  
Mr. Richard Cartier Godfrey  
Mr. Ethan Peter Keith Greene  
Ms. Robin Lynn Greenwald  
Mr. Don Keller Haycraft  
Mr. Stephen Jay Herman  
Mr. Samuel Issacharoff  
Mr. James Peter Joseph I  
Mr. James Andrew Langan  
Ms. Elizabeth A. Larsen  
Mr. Matthew Edward Lundy  
Mr. Steven Andrew Myers  
Mr. Joseph Darrell Palmer  
Ms. Ellen K. Reisman  
Mr. James Parkerson Roy

_____ Fee_____  
_____ Process_____  
  X   Dktd_____  
_____ CtRmDep_____  
_____ Doc. No._____