**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | Case No.  MDL NO. 2179 |
| | Civil Action No.  2:10-MD-02179 |
| | |
| | SECTION "J" |
| THIS DOCUMENT RELATES TO:  *All Cases* | |
| | JUDGE BARBIER |
| **(Including No. 2:10-cv-08888-CJB-SS)** | MAG. JUDGE SHUSHAN |

## MOTION FOR ACCEPTANCE OF SHORT FORM JOINDERS FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE

NOW INTO COURT, through undersigned counsel, come Plaintiffs who move this Court for acceptance of their late-filed Short Form Joinders in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., as Owner, Managing Owners, Owners Pro Hac Vice, and./or Operators of the MODU Deepwater Horizon.  These claimants seek this Honorable Court's permission to accept claimant's late-filed claims in the limitation proceeding for the following reasons:

1.  This Court established a deadline for the filing of claims in the Transocean limitation proceeding for April 20, 2011.

2. By order of this Court, this deadline was subsequently extended to September 16, 2011.

3. As Claimants were unaware of the Court-established deadlines, or had not yet fully realized their damages, they did not timely file in the Transocean limitation proceeding.

4. No prejudice will result from the acceptance of the post-deadline Short Form Joinders, a list of which is attached as "Exhibit A."  No action has been taken in the limitation proceeding which could cause prejudice to any other party in the proceeding.

For the reasons, explained more fully in the accompanying Memorandum in Support, Movants respectfully request this Court grant Movant's Motion for Acceptance of Short Form Joinders Filed after the September 16, 2011 Deadline, and that the Court deem said Short Form Joinders to be timely filed.

Respectfully Submitted,

(SIGNATURE TO FOLLOW ON THE NEXT PAGE)

/s/ Paul A. Dominick
Paul A. Dominick  Fed ID No. 577
William C. McNair  Fed ID No. 11571
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
PHONE:  843.577.9440
FACSIMILE:  843.720.1777
PDominick@nexsenpruet.com

And

Douglas M. Schmidt Fed ID No. 11789
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
PHONE:  504-482-5711
FACSIMILE:  504-482-5755
Dglsschmdt@yahoo.com

Attorney for Plaintiffs

July 12, 2013

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion for Acceptance of Short From Joinders Filed Beyond the September 16, 2011 Deadline, and accompanying Memorandum in Support,  has been served on All Counsel by electronically uploading same to Lexis Nexis File and Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of July, 2013.

/s/ Paul A. Dominick
_____

Paul A. Dominick
NEXSEN PRUET, LLC