# EXHIBIT A

| Last Name | First Name | Joinder Doc # | Date Filed |
|---|---|---|---|
| ANDERSON | CHRISTOPHER | 135347 | 7/2/2013 |
| ANDERSON | CORTEZ | 135348 | 7/2/2013 |
| ANDERSON | SHAUNISE | 135349 | 7/2/2013 |
| ANDERSON | TYSON | 135350 | 7/2/2013 |
| ASKEW | BRUCE | 135351 | 7/2/2013 |
| AUBERT | TEANDRA | 135352 | 7/3/2013 |
| AVIST | RONNIE | 135353 | 7/3/2013 |
| BARKSDALE | DONALD | 135354 | 7/3/2013 |
| BARNES | CHARLES | 135355 | 7/3/2013 |
| BECNEL | LISA | 135356 | 7/3/2013 |
| BEELER | AUSTIN | 135357 | 7/3/2013 |
| BELTON | RODERICK | 135358 | 7/3/2013 |
| BENJAMIN | TAMMY | 135359 | 7/3/2013 |
| BLACKSTON | KERMIT | 135361 | 7/3/2013 |
| BLACKWELL | CHERRAE | 135362 | 7/3/2013 |
| BONILLA | SARA | 135363 | 7/3/2013 |
| BOSARGE | DENNIS | 135364 | 7/3/2013 |
| BRANDON | TA'TANISHA | 135365 | 7/3/2013 |
| BRANDON | WILLIAM | 135366 | 7/3/2013 |
| BREWER | JOHN | 135367 | 7/3/2013 |
| BREWER | SAMUEL | 135368 | 7/3/2013 |
| BROUGHTON | DEWAYNE | 135369 | 7/3/2013 |
| BROWN | RAY | 135370 | 7/3/2013 |
| BROWN | REGINA | 135371 | 7/3/2013 |
| BRUMFIELD | CURTIS | 135372 | 7/3/2013 |
| BRUTON | JOSEPH | 135373 | 7/3/2013 |

| Last Name | First Name | Joinder Doc # | Date Filed |
|---|---|---|---|
| BUCKLEY | MATTHEW | 135374 | 7/3/2013 |
| BUCKLEY, SR | JAMES | 135375 | 7/3/2013 |
| BULLOCK | GABRIEL | 135376 | 7/3/2013 |
| BUNCH | JOHN | 135377 | 7/3/2013 |
| BYRD | BRANDON | 135378 | 7/3/2013 |
| CARAWAY | MICHAEL | 135379 | 7/3/2013 |
| CARGILL | MARKELIN | 135380 | 7/3/2013 |
| CASTLEBERRY | JACKIE | 135381 | 7/3/2013 |
| CATALANOTTO | MARK | 135382 | 7/3/2013 |
| CATCHINGS | DAWN | 135383 | 7/3/2013 |
| CHAMBERS | BRIANNE | 135384 | 7/3/2013 |
| CHAMBERS | TRACY | 135385 | 7/3/2013 |
| CHAMBERS | TREMAIN | 135386 | 7/3/2013 |
| CHAPMAN | ZACHARY | 135387 | 7/3/2013 |
| CINTRA | ELVIS | 135388 | 7/3/2013 |
| COLEMAN | BARBARA | 135389 | 7/3/2013 |
| COLEMAN | LILLIE | 135390 | 7/3/2013 |
| COLLIER | PATRICK | 135391 | 7/3/2013 |
| CONLEY | FRED | 135392 | 7/3/2013 |
| CRAIG | ANTHONY | 135393 | 7/3/2013 |
| CRANMER | DANIELLE | 135394 | 7/3/2013 |
| CRAWFORD | OLIVIA | 135395 | 7/3/2013 |
| CUEVAS | DEAN | 135396 | 7/3/2013 |
| CURBELO | IVAN | 135397 | 7/3/2013 |
| DANIELS, JR. | ROBERT | 135398 | 7/3/2013 |
| DANIELS-RICHARDSON | ESTEE | 135399 | 7/3/2013 |

| Last Name | First Name | Joinder Doc # | Date Filed |
|---|---|---|---|
| DAVENPORT | LARRY | 135400 | 7/3/2013 |
| DAVIS | MICHAEL Leonard | 135402 | 7/3/2013 |
| DAVIS, III | LUKE | 135403 | 7/3/2013 |
| DORSEY | WILBERT | 135404 | 7/3/2013 |
| DUMAS | DAVID | 135405 | 7/3/2013 |
| DURDEN | ANGELA LAVERNE | 135407 | 7/3/2013 |
| DUMAS | HAKIM | 135408 | 7/3/2013 |
| DYKES | WENDELL | 135409 | 7/3/2013 |
| ELZEY | JOHNNY | 135410 | 7/3/2013 |
| ENGLAND | THOMAS | 135411 | 7/3/2013 |
| EVANS | KEYWASKI | 135412 | 7/3/2013 |
| EXPOSE | BERNARD | 135413 | 7/3/2013 |
| FAIRLEY | FREDDIE | 135414 | 7/3/2013 |
| FAIRLEY | ROYCE | 135415 | 7/3/2013 |
| FELTON | KATHERINE | 135416 | 7/3/2013 |
| FOUNTAIN | MARY | 135417 | 7/3/2013 |
| FRANCISCO | MARK | 135418 | 7/3/2013 |
| FRANKLIN, JR. | CHARLES M. | 135419 | 7/3/2013 |
| FRANKS | ROBERT | 135420 | 7/3/2013 |
| MOORE | APRIL | 135421 | 7/4/2013 |
| MOORE | CHARLES | 135422 | 7/4/2013 |
| MOORE | DENNIS | 135423 | 7/4/2013 |
| MORRISON | NORMA | 135424 | 7/4/2013 |
| NATHAN | ISSAC | 135425 | 7/4/2013 |
| NOBLES | DEDRICK | 135426 | 7/4/2013 |
| NEWTON | BRANDON | 135427 | 7/4/2013 |

| Last Name | First Name | Joinder Doc # | Date Filed |
|---|---|---|---|
| OLDHAM | GEORGE M. | 135428 | 7/4/2013 |
| PAIGE | RICARDO | 135429 | 7/4/2013 |
| PARKER | DeGRANDA | 135430 | 7/4/2013 |
| PATTERSON | DANA | 135431 | 7/4/2013 |
| PEAIRS | MARCUS | 135432 | 7/4/2013 |
| PENN | TAVARISH | 135433 | 7/4/2013 |
| PESCHLOW | MARK | 135434 | 7/4/2013 |
| PETTAWAY | JOHN | 135435 | 7/4/2013 |
| PLEASANT | ANTHONY | 135438 | 7/9/2013 |
| POLK | TONTA | 135439 | 7/9/2013 |
| POUGH | ERVIN | 135440 | 7/9/2013 |
| POUGH | MARCUS | 135441 | 7/9/2013 |
| REEB | MICHAEL | 135442 | 7/9/2013 |
| REED | CHESTER | 135443 | 7/9/2013 |
| RICHARDSON | TYRONE | 135444 | 7/9/2013 |
| ROAN | KENNETH | 135445 | 7/9/2013 |
| ROBINSON | BRIAN | 135446 | 7/9/2013 |
| ROBINSON | LANCE | 135447 | 7/4/2013 |
| RODRIGUEZ | RAMON | 135448 | 7/4/2013 |
| ROSS | VANESSA | 135449 | 7/4/2013 |
| SANCHEZ-ROSALES | JERONIMO | 135450 | 7/4/2013 |
| SAVOIE | TONY | 135451 | 7/4/2013 |
| SAXTON | LATONYA | 135452 | 7/4/2013 |
| SAXTON | MERCEDES | 135453 | 7/4/2013 |
| SCARBOROUGH | MICHAEL | 135454 | 7/9/2013 |
| SELLERS | TERRANCE | 135455 | 7/9/2013 |

| Last Name | First Name | Joinder Doc # | Date Filed |
|---|---|---|---|
| GARCIA | JOHN | 135457 | 7/9/2013 |
| GENTRY | BRANDON | 135458 | 7/9/2013 |
| GHOLAR | LEEKIBA | 135459 | 7/9/2013 |
| GOINS, JR. | HOWARD | 135460 | 7/9/2013 |
| GONZALES | JAMES | 135461 | 7/9/2013 |
| GORDON | DARRYL | 135462 | 7/9/2013 |
| GRANT | MARCUS | 135463 | 7/9/2013 |
| GRAY | MICHAEL | 135464 | 7/9/2013 |
| GRIFFIN | KACEY | 135465 | 7/9/2013 |
| HALL | TINA | 135466 | 7/9/2013 |
| HARRIS | FRANK | 135467 | 7/9/2013 |
| SHANNON | TORY | 135468 | 7/9/2013 |
| SIMPSON | JAMES | 135469 | 7/9/2013 |
| SMITH | CINDY | 135470 | 7/9/2013 |
| SMITH | KENTERIO | 135471 | 7/9/2013 |
| SMITH | TYRONE | 135472 | 7/9/2013 |
| SNYDERMAN | KAREN | 135473 | 7/9/2013 |
| SONNIER | JASON | 135474 | 7/9/2013 |
| SPURLOCK | DEEDRA | 135475 | 7/9/2013 |
| STALLWORTH, III | BEN | 135476 | 7/9/2013 |
| STALLWORTH | MARLON | 135477 | 7/9/2013 |
| STANTON | PATRICK | 135478 | 7/9/2013 |
| STEPHENS, JR. | THOMAS | 135479 | 7/9/2013 |
| STEWART, JR. | LLOYD | 135480 | 7/9/2013 |
| STREET | COREY | 135481 | 7/9/2013 |
| SWANEY | JULIE | 135482 | 7/9/2013 |

| Last Name | First Name | Joinder Doc # | Date Filed |
|---|---|---|---|
| TAYLOR | JEREMY | 135483 | 7/9/2013 |
| TAYLOR | SHERROD | 135484 | 7/9/2013 |
| TERREBONNE, JR. | GARY | 135485 | 7/9/2013 |
| THOMAS | Estate of JIMMIE | 135486 | 7/9/2013 |
| THOMAS | KENDRICK | 135487 | 7/9/2013 |
| THOMAS | KENNEDY | 135488 | 7/9/2013 |
| THOMPSON | ADONIS | 135489 | 7/9/2013 |
| THOMPSON | RANDY | 135490 | 7/9/2013 |
| TRAVIS | PATRICIA | 135491 | 7/9/2013 |
| TURNER | MICHAEL | 135492 | 7/9/2013 |
| VEAL | ERNEST | 135493 | 7/9/2013 |
| VELASQUEZ | JERSON | 135494 | 7/9/2013 |
| WALLACE | DELROY | 135495 | 7/9/2013 |
| WARD | JENNIFER | 135496 | 7/9/2013 |
| WASHINGTON | ALVIN | 135497 | 7/9/2013 |
| WEBB | DALISHA | 135498 | 7/9/2013 |
| WHEATON | DON | 135499 | 7/9/2013 |
| WHITE | RICARDO | 135500 | 7/9/2013 |
| WILCOX | DENNIS | 135501 | 7/9/2013 |
| WILLIAMS | CLARENCE | 135502 | 7/9/2013 |
| WILLIAMS | DAWARREN | 135503 | 7/9/2013 |
| WILLIAMS, JR. | JAMES | 135504 | 7/9/2013 |
| WILLIAMS | RANDY | 135505 | 7/9/2013 |
| WILLIAMS | ROBERT J. | 135506 | 7/9/2013 |
| WOODLAND | ANTONIO | 135507 | 7/9/2013 |
| WRIGHT | ANDRE | 135508 | 7/9/2013 |

| Last Name | First Name | Joinder Doc # | Date Filed |
|---|---|---|---|
| YOUNG | LOVETT | 135509 | 7/9/2013 |
| HARRIS | TERRANCE | 135510 | 7/10/2013 |
| HARRIS | TYRON | 135511 | 7/10/2013 |
| HARRIS, JR. | EZZARD | 135512 | 7/10/2013 |
| HARRISON | KENNARD | 135513 | 7/10/2013 |
| HENDERSON | WAYNE | 135514 | 7/10/2013 |
| HERNANDEZ | JOSE | 135515 | 7/10/2013 |
| HICKS | KEUNDRA | 135516 | 7/10/2013 |
| HODGE | CHARLIE | 135517 | 7/10/2013 |
| HOLDER, II | DANE | 135518 | 7/10/2013 |
| HOLIFIELD | ALVIN | 135519 | 7/10/2013 |
| HOLIFIELD | GOLLIE | 135520 | 7/10/2013 |
| HOOKER | JARVIS | 135521 | 7/10/2013 |
| HOUSER | BRUCE | 135522 | 7/10/2013 |
| HUNDLEY | CLAMUS | 135523 | 7/10/2013 |
| ISOM | CEDRIC | 135524 | 7/10/2013 |
| JACKSON | TARUS | 135525 | 7/10/2013 |
| JACOBS | EUWEEKA | 135526 | 7/10/2013 |
| JOHNSON | AARON | 135527 | 7/10/2013 |
| JOHNSON | CARL | 135528 | 7/10/2013 |
| JOHNSON | CHESTERE | 135529 | 7/10/2013 |
| JOHNSON | LISA | 135530 | 7/10/2013 |
| JOHNSON | REGINALD | 135531 | 7/10/2013 |
| JONES | PHILLIP | 135533 | 7/10/2013 |
| JONES | TAMIKA | 135534 | 7/10/2013 |
| JOSEPH | ELDRIDGE | 135535 | 7/10/2013 |

| Last Name | First Name | Joinder Doc # | Date Filed |
|---|---|---|---|
| KENNER | TAIJAHRELL | 135536 | 7/10/2013 |
| KING | CLIFTON | 135537 | 7/10/2013 |
| LANDRY | CY | 135538 | 7/10/2013 |
| LEATHERWOOD | CHARLES | 135539 | 7/10/2013 |
| LEGGINS | ERIC | 135540 | 7/10/2013 |
| LIDDELL | KENDRICK | 135541 | 7/10/2013 |
| LIDDELL | QUIENT | 135542 | 7/10/2013 |
| LIGER | ANGIE | 135543 | 7/10/2013 |
| LIRETTE | RAYMOND | 135544 | 7/10/2013 |
| LYONS | CONNIE | 135545 | 7/10/2013 |
| MACKLES | DUKE | 135546 | 7/10/2013 |
| MACKLES | SHANE | 135547 | 7/10/2013 |
| MACON | WILLIE | 135548 | 7/10/2013 |
| MAGEE | ANDREA | 135549 | 7/10/2013 |
| MAGEE | RICHARD | 135550 | 7/10/2013 |
| MARTIN | FLINT | 135551 | 7/10/2013 |
| MATTHIS | SHAWNA | 135552 | 7/10/2013 |
| McCRAY | ANTHONY | 135553 | 7/10/2013 |
| McCULLER | KYLE | 135554 | 7/10/2013 |
| McDANIEL | RONALD | 135555 | 7/10/2013 |
| McINNIS, JR. | JACQUES | 135556 | 7/10/2013 |
| McINNIS, SR. | JACQUES | 135557 | 7/10/2013 |
| MICHAEL | TRAI | 135558 | 7/10/2013 |
| MICKLES | KERRY | 135559 | 7/10/2013 |
| MILLER | JERRY | 135560 | 7/10/2013 |
| MINOR | MICHAEL | 135561 | 7/10/2013 |

| Last Name | First Name | Joinder Doc # | Date Filed |
| --- | --- | --- | --- |
| ADAMS | ROSIA | 135563 | 7/10/2013 |
| ANTOINE | JINTRIN | 135564 | 7/10/2013 |
| ASSI | MOHAMMED | 135565 | 7/10/2013 |
| BACHI | CHRISTIAN | 135566 | 7/10/2013 |
| BACHI | COLTON | 135567 | 7/10/2013 |
| BACHI | SABRINA | 135568 | 7/10/2013 |
| BANKS | CHRISTOPHER | 135569 | 7/10/2013 |
| BLACKSTON | KADEN | 135570 | 7/10/2013 |
| BLACKSTON | SAVANNAH | 135571 | 7/10/2013 |
| BOLTON | JONATHAN | 135572 | 7/10/2013 |
| BONVILLAIN | MAKAYLA | 135573 | 7/10/2013 |
| BONVILLAIN | WAYDE | 135574 | 7/10/2013 |
| BOSARGE | LORINDA (LORI) | 135575 | 7/10/2013 |
| BOSARGE | LOUIS | 135576 | 7/10/2013 |
| BOSARGE | STEPHENIE | 135577 | 7/10/2013 |
| BRAZZLE | VELMA | 135578 | 7/10/2013 |
| BRIDGES | CLARENCE | 135579 | 7/10/2013 |
| BRIGGS | JIMMY | 135580 | 7/10/2013 |
| BROADWAY, JR. | FLOYD | 135581 | 7/10/2013 |
| BROOKS | KAREN | 135582 | 7/10/2013 |
| BURRLE | EMMARRI | 135583 | 7/10/2013 |
| BUSH | DOUGLAS | 135585 | 7/10/2013 |
| CAMPBELL | TREVOR | 135587 | 7/10/2013 |
| CARD | LORA ANN | 135589 | 7/10/2013 |
| CASTLEBERRY | JEFFREY | 135591 | 7/10/2013 |
| CASTLEBERRY-FORT | JANCEY | 135592 | 7/10/2013 |

| Last Name | First Name | Joinder Doc # | Date Filed |
|---|---|---|---|
| CHERAMIE | GABRIELLE | 135593 | 7/10/2013 |
| CHIASSON | BRENN | 135594 | 7/10/2013 |
| CLAYTON | DOROTHY | 135595 | 7/10/2013 |
| CLEMONS | SAMUEL | 135596 | 7/10/2013 |
| COLBURN | RITA | 135597 | 7/10/2013 |
| COLEMAN | HERBERT | 135598 | 7/10/2013 |
| CULBERSON | RENELL | 135600 | 7/10/2013 |
| DANIEL | DANA | 135601 | 7/10/2013 |
| DANIEL | EILEEN | 135602 | 7/10/2013 |
| DAVIS | MARY | 135603 | 7/10/2013 |
| DAVIS | SEDIJA | 135604 | 7/10/2013 |
| DE PAZ | SUSANA | 135605 | 7/10/2013 |
| DIAL | JACK | 135606 | 7/10/2013 |
| DIAL | JOYCE | 135607 | 7/10/2013 |
| DILL | JOHNNY | 135608 | 7/10/2013 |
| DIXEY | HEATHER | 135609 | 7/10/2013 |
| DIXEY | JORDAN | 135610 | 7/10/2013 |
| DOOM | CHRISTIAN MICHAEL | 135611 | 7/10/2013 |
| DOOM | DANIELLE | 135612 | 7/10/2013 |
| DOOM | GAVIN | 135613 | 7/10/2013 |
| DOOM | KATHRYN | 135614 | 7/10/2013 |
| DOOM | PAUL MATTHEW | 135615 | 7/10/2013 |
| DOOM | PAUL RAYMOND | 135616 | 7/10/2013 |
| DOUD | ELIZABETH | 135617 | 7/10/2013 |
| ENGLISH | ELIZABETH | 135618 | 7/10/2013 |
| ENGLISH | EUGENE | 135619 | 7/10/2013 |

| Last Name | First Name | Joinder Doc # | Date Filed |
|---|---|---|---|
| FERGUSON | MINNIE | 135620 | 7/10/2013 |
| GAINEY | CAROLYN | 135621 | 7/10/2013 |
| GATHERS | RENEE | 135622 | 7/10/2013 |
| GONZALEZ | ALEXANDER | 135623 | 7/10/2013 |
| GRAVES | CARL | 135624 | 7/10/2013 |
| GRAY | PRINCESS | 135625 | 7/10/2013 |
| GRAYER | AMANDA | 135626 | 7/10/2013 |
| GREEN | BIRNELLA | 135627 | 7/10/2013 |
| GIUSTI, JR | ERNEST | 135628 | 7/10/2013 |
| HALL | ANTHONY | 135629 | 7/10/2013 |
| HARRIS | ROBBIN | 135630 | 7/10/2013 |
| HARRIS, II | RONNIE | 135631 | 7/10/2013 |
| HAYES | ISAAC | 135632 | 7/10/2013 |
| HAYES | ISAIAH | 135633 | 7/10/2013 |
| HAYES | MARY | 135634 | 7/10/2013 |
| HAYNES | ALMETIS | 135635 | 7/10/2013 |
| HOHNADELL | ALEC | 135636 | 7/10/2013 |
| HOHNADELL | GALE | 135637 | 7/10/2013 |
| HOHNADELL | KIMBERLY | 135638 | 7/10/2013 |
| HUGHES | WILLIAM ROBERT | 135639 | 7/10/2013 |
| HURD | THERESA | 135640 | 7/10/2013 |
| HUYNH | TRONG | 135641 | 7/10/2013 |
| HYE | ELLA | 135642 | 7/10/2013 |
| JACKSON | CHRISTOLA | 135643 | 7/10/2013 |
| JOHNSON, JR. | TRAVIS | 135644 | 7/10/2013 |
| JOHNSON | VICTORIA | 135645 | 7/11/2013 |

| Last Name | First Name | Joinder Doc # | Date Filed |
|---|---|---|---|
| JONES | AL'LISHA | 135646 | 7/11/2013 |
| JONES | CHARLENE | 135647 | 7/11/2013 |
| JONES | CYNTHIA | 135648 | 7/11/2013 |
| JONES | SAMMIE | 135649 | 7/11/2013 |
| JONES | TEKIRA | 135650 | 7/11/2013 |
| JONES | TRAVIS | 135651 | 7/11/2013 |
| LATHROP | KATHY | 135652 | 7/11/2013 |
| LE | TRINH | 135653 | 7/11/2013 |
| LE | TRINITY | 135654 | 7/11/2013 |
| LEARN | CHERRY | 135655 | 7/11/2013 |
| LEE | AVA | 135656 | 7/11/2013 |
| LEWIS | ELOISE | 135657 | 7/11/2013 |
| LEWIS | GLENDA | 135658 | 7/11/2013 |
| MAGEE | VIRDEE | 135659 | 7/11/2013 |
| MAGEE | XAVIER | 135660 | 7/11/2013 |
| HUDSON | MARK | 135661 | 7/11/2013 |
| MARSHALL-REECH | ANGIE | 135662 | 7/11/2013 |
| MARTIN | TRUDY | 135663 | 7/11/2013 |
| BENDOLPH | MARY | 135664 | 7/11/2013 |
| MATTHEWS | CLEVELAND | 135665 | 7/11/2013 |
| MAY | JOE | 135666 | 7/11/2013 |
| McCALL | VERDA | 135667 | 7/11/2013 |
| McCANN | TERRY | 135668 | 7/11/2013 |
| McKAY | MELINDA | 135669 | 7/11/2013 |
| McMEANS | CHARLES | 135670 | 7/11/2013 |
| MOORE, III | ALBERT B. | 135671 | 7/11/2013 |

| Last Name | First Name | Joinder Doc # | Date Filed |
|---|---|---|---|
| MOORE, IV | ALBERT R. | 135672 | 7/11/2013 |
| MOORE | CYNTHIA | 135673 | 7/11/2013 |
| MORGAN | TACCARI | 135674 | 7/11/2013 |
| NGUYEN | HUNG VAN | 135675 | 7/11/2013 |
| OLDS | JOE ANNIE | 135676 | 7/11/2013 |
| ORANGE | TONY | 135677 | 7/11/2013 |
| PAIGE | CYNTHIA | 135678 | 7/11/2013 |
| PARKER | ROZNE | 135679 | 7/11/2013 |
| PAZ | CESAR | 135680 | 7/11/2013 |
| PAZ | ISRAEL | 135681 | 7/11/2013 |
| PAZ, JR. | CESAR ANDREW | 135682 | 7/11/2013 |
| PAZ | KEREN | 135683 | 7/11/2013 |
| PEARSON | BARBARA | 135684 | 7/11/2013 |
| PHILLIPS | ANGELA | 135685 | 7/11/2013 |
| PREATTO | KIMLYN | 135686 | 7/11/2013 |
| PRIDE | RAEJILL | 135687 | 7/11/2013 |
| RAYMOND | DARRYL | 135688 | 7/11/2013 |
| REECH | RILEY | 135689 | 7/11/2013 |
| REVELS | CARL | 135690 | 7/11/2013 |
| RICHARDSON | A'DONNA | 135691 | 7/11/2013 |
| ROBERTS | CYNTHIA | 135692 | 7/11/2013 |
| SANTINY | LAILA | 135693 | 7/11/2013 |
| SANTINY | ZANA | 135694 | 7/11/2013 |
| SCAIEF | VERONICA | 135695 | 7/11/2013 |
| SCHMIDT | MICHELLE | 135696 | 7/11/2013 |
| SCOTT | BARBARA | 135697 | 7/11/2013 |

| Last Name | First Name | Joinder Doc # | Date Filed |
|---|---|---|---|
| SCOTT | COREY | 135698 | 7/11/2013 |
| SCOTT, II | DONALD | 135699 | 7/11/2013 |
| SCOTT | JOLIEGH | 135700 | 7/11/2013 |
| SCOTT | MATTHEW | 135701 | 7/11/2013 |
| SCOTT | NAKIA | 135702 | 7/11/2013 |
| SCOTT | NICOLE | 135703 | 7/11/2013 |
| SEWELL | CAROLYN | 135704 | 7/11/2013 |
| SIMMONS | BLAKE | 135705 | 7/11/2013 |
| SIMMONS | GAYLA | 135706 | 7/11/2013 |
| SIMMONS, II | KEVIN | 135707 | 7/11/2013 |
| SIMMONS | KEVIN | 135708 | 7/1/2013 |
| STALLWORTH | BESTE | 135709 | 7/11/2013 |
| STARR | BRENDA | 135710 | 7/11/2013 |
| STOCKSTILL | DAMIEN | 135711 | 7/11/2013 |
| STOCKSTILL | DANIEL | 135712 | 7/11/2013 |
| STREET | CARRINGTON | 135713 | 7/11/2013 |
| STRICKLIN | SAMHOUSTON | 135714 | 7/11/2013 |
| TERREBONNE | BETTY ANN | 135715 | 7/11/2013 |
| TERREBONNE, SR. | GARY | 135716 | 7/11/2013 |
| TIMMONS | FRANCES | 135717 | 7/11/2013 |
| DAVIS | TRAVIS | 135718 | 7/11/2013 |
| TURNER | TONIE | 135719 | 7/11/2013 |
| VICKNAIR (ROST) | RACHEL | 135720 | 7/11/2013 |
| WASHINGTON | JANEL | 135721 | 7/11/2013 |
| WELLINGTON | JADA | 135722 | 7/11/2013 |
| WELLINGTON | JANYA | 135723 | 7/11/2013 |

| Last Name | First Name | Joinder Doc # | Date Filed |
|---|---|---|---|
| WHITFIELD | CHELSEA | 135724 | 7/11/2013 |
| WILLIAMS | CHARLES | 135725 | 7/11/2013 |
| WILSON | BERNICE | 135726 | 7/11/2013 |
| WINGERTER | ROBIN  (Winnie) | 135727 | 7/11/2013 |