UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION "J" |
| Applies to: | * * | JUDGE BARBIER |
| *All Cases* | * * | MAGISTRATE SHUSHAN |

**ORDER**

Before the Court are cross-appeals by the United States (Rec. Doc. 10002) and BP (Rec. Doc. 10180) from the Magistrate Judge's Order of April 30, 2012 (Rec. Doc. 9592) regarding the crime-fraud exception to the attorney-client privilege. The Court has not called for responses to either appeal.[1] However, after reviewing the instant filings, as well as the briefing submitted to the Magistrate Judge, the documents at issue, and the Magistrate Judge's Order, the Court finds that the Magistrate Judge was neither clearly erroneous nor contrary to law. *See* 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a). Consequently, the Court does not require responses to the instant appeals. Moreover, and for these reasons,

**IT IS ORDERED** that the United States' and BP's cross-appeals (Rec. Docs. 10002, 10180) are **DENIED** and the Magistrate Judge's Order (Rec. Doc. 9592) is **AFFIRMED.**

New Orleans, Louisiana this 15th day of July, 2013.

_____
United States District Judge

---

[1] Pursuant to Pretrial Order No. 15, all motions are continued and no responses are due until the Court orders otherwise. (Rec. Doc. 676).