UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:<br><br>OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010<br><br>These pleadings apply to:<br><br>*Daniel Hudley v. BP, PLC, et al*<br>*2:10-cv-04200* | MDL No. 2179<br><br>Section: "J"<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

THIS CAUSE CAME ON TO BE HEARD upon the Plaintiff's Stipulation for Substitution of Counsel (Rec. Doc. 10685), which the Court treats as a motion to substitute counsel, and the court having considered the same, it is

ORDERED that the Plaintiff's Stipulation for Substitution of Counsel is **GRANTED**. J. Parker Miller and the law firm of Beasley, Allen, Cro, Methvin, Portis & Miles, P.C. are hearby withdrawn as counsel for Plaintiff Daniel Hudley. Allen W. Lindsay, Jr. and the law firm of Lindsay & Andrews, P.A. are hearby enrolled as counsel of record for Plaintiff Daniel Hudley.

New Orleans, Louisiana this 15th day of July, 2013.

_____
United States District Judge