UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the Oil Rig "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL No. 2179 |
| | SECTION "J" |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| Civil Action No. 2:10-cv-03879 | |

**<u>ORDER</u>**

In consideration of the joint motion to withdraw as counsel of record filed by counsel for plaintiffs Defenders of Wildlife, the Gulf Restoration Network, Inc., and Save the Manatee Club, Inc., IT IS HEREBY ORDERED that:

- Gregory Buppert and Sierra Weaver are withdrawn as counsel of record for all plaintiffs in *Defenders of Wildlife et al. v. BP, p.l.c. et al.*, Civ. A. No. 2:10-cv-03879-CJB-SS (E.D. La. Oct. 20, 2010).

New Orleans, Louisiana this 15th day of July, 2013.

_____
United States District Judge