UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG ) | MDL NO. 2179 |
| "DEEPWATER" HORIZON" ) | |
| GULF OF MEXICO, on ) | SECTION: J |
| April 20, 2010 ) | |
| ) | |
| ) | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: ) | |
| Case No.: 2:13-cv-02947 ) | MAG. JUDGE SHUSHAN |
| (The City of Key West, Florida vs. BP, et al) ) | |

## ORDER

Considering the foregoing Motion to Substitute Counsel of Record for **The City of Key West, Florida** filed by Edward R. Jackson of the Law Firm of JACKSON, FIKES, HOOD & BRAKEFIELD.

**IT IS HEREBY ORDERED** that Shawn D. Smith, Gary A. Davis, Jeff Friedman, Matt Conn and Edward R. Jackson be substituted for **Michael T. Burke** as counsel of record for Plaintiff, The City of Key West, Florida.

New Orleans, Louisiana this 15th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE