THE FEDERAL DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| H&H Ranch Equine Rescue<br>Darryl Lee Haan<br>Plaintiff | HON. BARBIER | 7/2/2013 |
| | case no.  MDL- 2179 | |
| Vs | section J | |
| BP OIL inc.<br>Defendant | Deepwater Horizon Oil Spill in the Gulf of Mexico<br>Settlement Program | |

MOTION TO HOLD KENT COUNTY FRIEND OF THE COURT / OF MICHIGAN

THIRD PARTY CLAIMANT IN CONTEMPT OF COURT ORDER

MARCH . 11 , 2013 , THIRD PARTY CLAIMS AGAINST CLAIMANTS

&
PERMANENT   RESTRAINING   ORDER

1. Third Party Claimant was notified and given 90 days to File a Third Party Claim

   And refused

2. Plaintiff Filed such Notice to the Federal District Court , for Eastern District Of

   Louisiana ,  on  Feb. 20 , 2013 to Add to the Record of the Court case.

3. Kent County Friend Of The Court , of Michigan , has Violated

   The Fifth Amendment , Double Jeopardy Clause & Court Order March 11, 2013

Certificate of Service
I hereby certify that I have served a copy of this
Document on all councel fo record either in person
Or by mailing it postage prepaid on this

_2_ day of _July_ , 20 _13_

Darryl Lee Haan
6421 Finance A.V.
Weeki Wachee, Florida 34607
352-596-2753

TENDERED FOR FILING
7/2/2013

JUL - 5 2013

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk



Darryl C Haan
692) Finance ac
Weeki Wachee, FL 34607

Clerk of
US District
500 Poydras
Room C-151
New Orleans LA
70130

FIRST CLASS MAIL

U.S. POSTAGE
SPRING HILL, FL
JUL 02 13
$1.32