THE FEDERAL DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| H&H Ranch Equine Rescue | HON. BARBIER | 7/2/2013 |
| Darryl Lee Haan | | |
| Plaintiff | case no. MDL- 2179 | |
| Vs | section J | |
| BP OIL inc. | Deepwater Horizon Oil Spill in the Gulf of Mexico | |
| Defendant | Settlement Program | |

MEMORANDUM

1. Kent County friend Of The Court, of Michigan, was notified on Oct. 2, 2012 Of a Federal Offset Notice by the Plaintiff / Darryl Lee Haan to file for back Child Support, and Refused to File a Legal Valid Third Party Claim, for 90 days.       Attachment A

2. Plaintiff/ Darryl Lee Haan, served a 5 year Felony Child Support Plea Deal From Jan. 14, 2008 to Jan. 09, 2013, Released on Jan. 09, 2013 as State Of Michigan 17th Circuit Court Record shows, Filed on Feb. 20, 2012 with Case MDL- 2179, HON. CARL J. BARBIER for the Record.

    Attachment B

3. On June 14, 2013, Kent County Friend Of The Court, of Michigan, Filed Child Support Enforcement Papers with, The Hernado County Child Enforcement Agency, in Violation of the HON. BARBIER, Third Party Claims Order & The U.S. Constitutional Fifth Amendment, Double Jeopardy Clause

    Attachment C

4. Kent County Friend Of The Court , of Michigan , Knowingly Violated State & Federal Laws & Court Orders.

5. Kent County Friend Of The Court , Of Michigan , can not File Civil Suits

    5.a. is part of a Circuit Court Of Law

    b. can not Represent the Claimant / Darryl Lee Haan , Ex-wife Liesa Robinson in a Civil Suit against the Claimant , Darryl Lee Haan only can a Michigan Attorney General Can enforce a Civil Suit .

6. A Civil Suit can only be Filed From the time of the Felony Child Support Plea Deal on Jan 14, 2008  to Jan. 14 , 2011 =  3Years in a Civil Case

7. Ex-wife Liesa Robinson , Civil Suit Limitation ran out on the Youngest Child 3 years after the childs 18 birthday , by State & Federal Laws Witch is on , born August 26 , 1983 to August 26 , 2004 = 21 years

8. Claimant , Darryl Lee Haan , has Filed a Complaint with the Michigan Judicial Tenure Commission on this same day as Filed in This Federal District Court , Copy is Attached to the Complaint

    Attachment D
    ─────────────

Therefore, Plaintiff/ Claimant / Darryl Lee Haan ,

Respectfully ask for a Contempt Of Court Order & Permanent Restraining Order

Against , The Kent County Friend Of The Court , Of Michigan ,

On all these Reasons and Violations of Laws .

7/2/2013                              H&H Ranch Equine Rescue / Darryl Lee Haan
                                                      Claimant / Plaintiff


*[signature: Darryl Haan]*