

17th Circuit Court of Grand Rapids, Michigan

The People of the State of Michigan
180 Ottawa AV NW, Grand Rapids, Michigan, 49503-2751

        Plaintiff        case 0712238 - FH

V                                    HONORABLE , REDFORD

Darryl Lee Haan
6421 FINANCE AV
WEEKI WACHEE, FLORIDA, 34607      OCT.2, 2012
       Defendant

## NOTIFICATION OF A FEDERAL DISTRICT COURT PROTECTION

## ORDER & PROCEDURE OF COLLECTING THE OFFSET OF

## CHILD SUPPORT MONEY, BY THE ORDER OF

## UNITED STATES DISTRICT COURT,

## FOR THE EASTERN DISTRICT OF LOUISIANA

Notice to the Court & HON. Redford,

To, State of Michigan / MSIDU

To, Kent County Friend Of The Court

To, Michigan Probation Department

To, Florida Probation Department

Reasons there of, The loss of the Defendants Job and has a BP inc.

Settlement Offer with the Federal District Court Of Louisiana

**NoN Disclosure Case**

**A**

17th Circuit Court of Grand Rapids, Michigan

The People of the State of Michigan
180 Ottawa AV NW, Grand Rapids, Michigan, 49503-2751

        Plaintiff        case 0712238 - FH

V                                HONORABLE, REDFORD

Darryl Lee Haan
6421 FINANCE AV
WEEKI WACHEE, FLORIDA, 34607     JAN, 2, 2013
     Defendant

## MOTION TO RELEASE DEFENDANT FROM PROBATION

1. On Oct.2, 2012, the Defendant gave Notice of a Federal Protection Order & Procedures of a Federal Offset Notice from, The Federal District Court, Eastern District Court Of Louisiana, . As Directed, Notified to,

   17th Circuit Court of Grand Rapids, Michigan, HON. Redford

   To, State of Michigan / MSIDU, To, Kent County Friend Of The Court

   To, Michigan Probation Department, To, Florida Probation Department

2. As of Jan 2, 2013, over 90 Days Filed

   No Offset has been Filed from any Plaintiffs listed above,

   As such is a Admission to,

   The Federal District Court, Eastern District Court Of Louisiana

   And 17th Circuit Court of Grand Rapids, Michigan, HON. Redford

   That No Back Child Support is owed to the State Of Michigan, $ 0.00

   by the Defendant, DARRYL LEE HAAN.

Approved, SCAO
Original - Court   2nd copy - defendant   CFJ-149
1st copy - Probation Department   3rd copy - Prosecutor



| STATE OF MICHIGAN JUDICIAL CIRCUIT 17th Circuit Court - Kent County | MOTION AND ORDER FOR DISCHARGE FROM PROBATION | CASE NO. (1)0712238-FH |
|---|---|---|

| ORI MI-MI410025J | Court Address Courthouse, 180 Ottawa Avenue NW Suite 2400 Grand Rapids, Michigan 49503 | Court Telephone No. (616) 632-5480 |
|---|---|---|

| THE PEOPLE OF THE STATE OF MICHIGAN Kent County | v | Defendant's name, address and telephone no. Haan, Darryl Lee 6421 Finance Ave Weeki Wachee, Florida 34607 (352) 293-3038 |
|---|---|---|

| CTN 94-07900677-01 | TCN | SID 3225272J | DOB 4/18/1965 |
|---|---|---|---|

| Date of Probation 1/14/2008 | Offense |
|---|---|
| Term of Probation 3 years | (1) 750.165 - Child Support - Failing to Pay |

I respectfully move this court to discharge the defendant from probation for the following reasons: The defendant has been under courtesy supervision in Florida since sentencing. He has completed his full term of probation that he was sentenced to and the extention that was ordered due to non-payment. He has now been on probation for a total of 5 years. He has paid all court costs and CVA in full, but has failed to pay his child support obligations. According to the Attorney General, there is over $73,000.00 that is still due. It is requested that his probation be terminated as unsuccessful and that any monies associated with this case that are unpaid remain due and owing.

1/9/13
Date

Probation Officer   JAMES D. BERGMAN

**REC'D & FILED**
JAN 0 9 2013
Judge Redford
17th Circuit Court

### ORDER OF PROBATION DISCHARGE

1. THE COURT FINDS that all conditions of probation ☐ were ☒ were not successfully completed.
   ☐ a. The Defendant was ordered to drug treatment court and ☐ did ☐ did not successfully complete the program.

**IT IS ORDERED:**

2. The defendant is discharged from probation supervision. Any unfulfilled financial obligations or conditions of the sentence imposed by this court can be pursued according to law.

☐ 3. The plea or finding of guilt under the:
   ☐ Controlled Substance Act (MCL 333.7411)          ☐ Parental Kidnapping Act (MCL 750.350a)
   ☐ Drug Treatment Court (MCL 600.1076)              ☐ Spouse Abuse Act (MCL 769.4a)
   ☐ Penal Code; Practicing under the Influence (MCL 750.430)
   
   is set aside and the case is dismissed. The records of arrest and discharge or dismissal in this case shall be retained as a **nonpublic record** according to law.

☐ 4. The defendant is released from the status of Youthful Trainee under the Holmes Youthful Trainee Act (MCL 762.14) and the case is dismissed. The record of arrest and discharge or dismissal in this case shall be retained as a **nonpublic record** according to law.

☐ 5. The plea or finding of guilt under the Michigan Liquor Control Code; Minor in Possession (MCL 436.1703) is set aside and the case is dismissed. The court shall maintain a **nonpublic record** of the matter according to law.

1/9/13
Date

Judge/Magistrate James Robert Redford   P38462   Bar No.

If item 1a, 3, or 4 is checked, the clerk of the court shall advise the Michigan State Police Criminal Justice Information Center of the disposition as required under MCL 769.16a.

MC 245 (5/07) MOTION AND ORDER FOR DISCHARGE FROM PROBATION
MCL 769.1j, MCL 769.1k, MCL 771.5, MCL 780.766(13), MCL 780.794(13), MCL 780.826(13), MCL 780.905, MCL 791.225A(6)

Haan, Darryl Lee - 674791
01/09/2013 13:37:36

Page 1 of 2

C

IN THE CIRCUIT COURT OF THE
FIFTH JUDICIAL CIRCUIT IN AND
FOR HERNANDO COUNTY, FLORIDA

LEISA ARNDT ROBINSON
PETITIONER

CASE NO: H-0027-DR-2013-001409-XXXX-X

-vs-

DARRYL HAAN
RESPONDENT

NOTICE OF REGISTRATION

To:   DARRYL HAAN
      6421 FINANCE AVE
      BROOKSVILLE, FL 34607-1720

You are hereby notified that a Foreign Judgment, copy of which is attached hereto, has been recorded in the office of the Clerk of Circuit Court, in and for Hernando County, Florida, on the **14TH** day of **JUNE, 2013**, in the official records Book **3012** Page _____, public records of Hernando County, Florida. This Order has been filed by Attorney. Alfred Deutschman, o/b/o **LEISA ARNDT ROBINSON**.

YOU have 20 days to petition the court to vacate the registration or for other relief.

This __14TH__ day of __JUNE__, 2013.

By: _____
     CRYSTAL GUNTHER, Deputy Clerk

**Petitioner's Address:**
LEISA ARNDT ROBINSON
1096 BARCELONA DR
WEIDMAN, MI 48893-8820

**Attorney's Address:**
INTER-OFFICE MAIL
ATTORNEY ALFRED DEUTSCHMAN

**Child Support Enforcement:**
HERNANDO COUNTY

CERTIFIED TO BE A TRUE COPY
DON BARBEE, JR.
CLERK OF COURTS
BY: _____ D.C.
THIS 14 DAY OF June 2013

FILED FOR RECORD
DON BARBEE, CLERK
HERNANDO COUNTY, FL
2013 JUN 14 AM 11:43

Registra.Not

10-15-97



C

| | | |
|---|---|---|
| DANIEL J. FOJTIK<br>Staff Attorney<br>DEBORAH WILKINSON<br>Legal Assistant | **STATE OF MICHIGAN**<br>17TH JUDICIAL CIRCUIT<br>**FRIEND OF THE COURT** | 82 IONIA AVENUE, N.W. - STE. 200<br>P.O. BOX 351<br>GRAND RAPIDS, MICHIGAN 49501-0351<br>E-MAIL: foc.mail@kentcountymi.gov |

June 25, 2013

Mr. Darryl L. Haan
6421 Finance Ave.
Brooksville, FL  34607

    Re:  Leisa Arndt Robinson v Darryl L. Haan
        Case no.:  84-053323-DM

Dear Mr. Haan:

    I am in receipt of your notices, both dated June 17, 2013, concerning your allegation of double jeopardy. Please be advised that double jeopardy does not apply to your situation. Enclosed is a copy of the case *People v Parker III*, 275 Mich App 213 (2007), which holds "A defendant may be subjected to both criminal and civil sanctions for the same act where the civil penalty serves a purpose distinct from the punitive purpose served by the criminal sanction.

    The felony case against you was punitive in nature. The actions taken by the Friend of the Court, including registering your case in Florida for collection, are coercive. Double jeopardy clearly does not apply here.

    Please note also the specific language of the January 9, 2013 Motion and Order for Discharge From Probation, which states "Any unfulfilled financial obligations or conditions of the sentence imposed by the court can be pursued according to law." That means that the Friend of the Court is to continue to pursue civil remedies to collect your child support arrears.

                                                                  Sincerely,

                                                                  Daniel J. Fojtik

Encls.

| For office use only: |
|---|
| **RFI No.** |

ρ

## MICHIGAN JUDICIAL TENURE COMMISSION
### REQUEST FOR INVESTIGATION FORM

**Instructions:**
Return *this* form only after you:
(1) Type or clearly print all information in Sections I, II & III.
(2) Include *copies* (not originals) of documents that will support your claim.
   (*Please no binders*)
(3) Place your original signature(s) in Section IV, in the presence of a notary.
(4) Have notary complete remainder of Section IV, with their **original** signature(s) & seal(s) or stamp(s).
(5) Make and Keep a copy of the Request for Investigation for your files, the Commission will **not** return or copy materials provided in the course of the grievance process.
(6) Return this original form to:
   Judicial Tenure Commission
   3034 W. Grand Blvd., Ste. 8-450
   Detroit, MI 48202

**I.   INFORMATION ABOUT YOU:**

Name: Mr. ☐ Ms. ☐ _DaRRyL Lee Haan_   Prisoner #, if any _____

Address: _6421 Finsace av_   City/State/Zip _Weeki wachee, FL, 34607_

Daytime Phone: _352 596 2753_   Evening Phone: _352 596 2753_

**II.  INFORMATION ABOUT YOUR CASE:**

Name of Judge/Magistrate/Referee: _Hon. Daniel Zemaitis + Daniel J. Kultik_

Name of Case (Plaintiff v Defendant _Leisa ORNDT Robinson vs DaRRyL L. Haan_

Case No. _1994-053323-DM_ District or Circuit Court No. _17th_

Type of Judge (check one):

☐ Supreme Court       ☐ Probate Court       ☐ Magistrate
☐ Court of Appeals    ☐ District Court      ☐ Referee
☒ Circuit Court       ☐ Municipal Court     ☐ Other

Date and time of the alleged misconduct: _April 22, 2013 and on going_

Your Attorney's Name: _____ Attorney's Phone # _____

Do you have any transcripts of the proceedings?   ☐ yes   ☒ no

For office use only: