UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | SECTION J MAG 1 |
| GULF OF MEXICO on April 20, 2010 | JUDGE BARBIER |
| | MAGISTRATE SHUSHAN |
| THIS DOCUMENT RELATES TO 13-786 | |

******************************************************************

**PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING COMPLAINT**

NOW INTO COURT, through undersigned counsel, appears the plaintiffs collectively and individually, moving this Honorable Court by *ex parte* motion, as permitted under law, to amend and supplement the original complaint in proceedings 13-786 as follows:

1.

Amending the caption of the original complaint and throughout the body of the original complaint, where relevant, in the following respects:

Wilfred Gallard, Jr. should be changed to Wilfred Gallardo, Jr.

Corneluis Johnson should be changed to Cornelius Johnson.

Paul Terrebone should be changed to Paul Terrebonne.

Roy and Ernestine Shell should be changed to Roy and Ernestine Schell

Wilford Gallardo should be changed to Wilfred Gallardo.

1

2.

By amending the caption to add defendant Anadarko Petroleum Corporation and correct the spelling of Andarko E&P Company, L.P. to Anadarko E&P Company, L.P.

3.

Your complainants re-aver and reallege all and each of the allegations of the original complaint, and as supplemented and amended herein.

WHEREFORE, the plaintiffs, reiterating each and every allegation of the original complaint, as though copied at length herein, pray:

I. For leave of court to file this First Supplemental and Amending Complaint; and

II. The same be supplemented and amended in the above particulars and that, after due proceedings had, there be judgment herein in favor of Plaintiffs, and against all defendants jointly, severally, and *in solido*, and for all other relief provided by law.

Respectfully submitted,

/s/ DARLEEN M. JACOBS
_____
DARLEEN M. JACOBS (#7208)
(NY Bar No. 2145704)
*A Professional Law Corporation*
MELVIN J. BURMASTER (#19508)
JACOBS, SARRAT, LOVELACE & HARRIS
823 St. Louis Street
New Orleans, Louisiana 70112
(504) 522-0155 and (504) 522-3287