UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | : | MDL NO.  2179 |
| "Deepwater Horizon" in the Gulf | : | |
| of Mexico, on April 20, 2010 | : | SECTION:  J |
| | : | |
| This Document Relates to: | : | JUDGE BARBIER |
| | : | |
| *Civ. No.* 10-4536 | : | MAG. JUDGE SHUSHAN |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**PLANTIFF UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THE INCLUSION OF DISSOLVED OIL IN THE CALCLUATION OF THE STATUTORY MAXIMUM PENALTY**

Through their expert Curtis Whitson, BP and Anadarko argue that approximately ten percent of the oil spilled from the Macondo well into the Gulf of Mexico should not be counted in this case.  BP and Anadarko have posited that oil that reaches the Gulf of Mexico's waters, but dissolves into the water before reaching the Gulf's surface should be ignored.  That opinion is foreclosed by the statute and case law – and even by BP's own arguments in this case.  For the reasons set forth in the attached memorandum of law and based upon the facts set forth in the attached statement of material facts, the United States submits this motion for partial summary judgment on a pure question of law – whether BP and Anadarko should be precluded from arguing that discharged oil that dissolves into Gulf waters before reaching the surface should be excluded from the calculation of the volume of oil discharged from the Macondo well, for purposes of determining the statutory maximum penalty under 33 U.S.C. § 1321(b)(7).

1

Respectfully submitted,

BRIAN HAUCK  
Deputy Assistant Attorney General  
Civil Division  
PETER FROST  
Directory, Torts Branch, Civil Division  
Admiralty and Aviation  
STEPHEN G. FLYNN  
Assistant Director  
MICHELLE DELEMARRE  
SHARON SHUTLER  
JESSICA SULLIVAN  
JESSICA MCCLELLAN  
MALINDA LAWRENCE  
Trial Attorneys  

R. MICHAEL UNDERHILL, T.A.  
Attorney in Charge, West Coast Office  
Torts Branch, Civil Division  
U.S. Department of Justice  
7-5395 Federal Bldg., Box 36028  
450 Golden Gate Avenue  
San Francisco, CA 94102-3463  
Telephone: 415-436-6648  
Facsimile: 415-436-6632  
E-mail: mike.underhill@usdoj.gov  

ROBERT G. DREHER  
Acting Assistant Attorney General  
Environment & Natural Resources Division  

SARAH HIMMELHOCH  
Senior Litigation Counsel  
NANCY FLICKINGER  
SCOTT CERNICH  
THOMAS BENSON  
Senior Attorneys  
DEANNA CHANG  
A. NATHANIEL CHAKERES  
JUDY HARVEY  
ABIGAIL ANDRE  
RACHEL HANKEY  
BETHANY ENGEL  
Trial Attorneys  

/s/ Steven O'Rourke  
STEVEN O'ROURKE  
Senior Attorney  
Environmental Enforcement Section  
U.S. Department of Justice  
P.O. Box 7611  
Washington, D.C. 20044  
Telephone: 202-514-2779  
Facsimile: 202-514-2583  
E-mail: steve.o'rourke@usdoj.gov  

DANA J. BOENTE  
United States Attorney  
Eastern District of Louisiana  
SHARON D. SMITH  
Assistant United States Attorney  
Eastern District of Louisiana  
650 Poydras Street, Suite 1600  
New Orleans, LA 70130  
Telephone: (504) 680-3000  
Facsimile: (504) 680-3184  
E-mail: sharon.d.smith@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Date:  July 15, 2013                              /s/ Sarah D. Himmelhoch
                                                  Sarah D. Himmelhoch