UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig     : | MDL NO.  2179 |
| "Deepwater Horizon" in the Gulf   : | |
| of Mexico, on April 20, 2010          : | SECTION:  J |
| : | |
| This Document Relates to:             : | JUDGE BARBIER |
| : | |
| *Civ. No.* 10-4536                          : | MAG. JUDGE SHUSHAN |

. .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . . . .

STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF PLANTIFF UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT
AS TO THE INCLUSION OF DISSOLVED OIL IN THE CALCLUATION OF THE STATUTORY MAXIMUM PENALTY

Pursuant to Local Rule 56.1, the United States hereby submits this statement of undisputed material facts in support of its motion for summary judgment on the inclusion of dissolved oil in the calculation of the civil penalty.  As set forth in the United States' motion, the question presented is a purely legal question of whether the expert opinion proffered by BP and Anadarko that the oil that reached the waters of the Gulf of Mexico but dissolved into those waters prior to reaching the surface should be included in the calculation of the total volume of oil released for purposes of determining the statutory maximum penalty applicable in this matter. Accordingly, there only material facts relevant to this motion are the contentions of BP and Anadarko that raise the legal question.

STATEMENT OF FACTS

1.  On March 22, 2013, the United States served the Expert Report of Aaron A. Zick in which Dr. Zick provided an opinion describing the method for converting the mass of reservoir fluid discharged at the base of BP's MC252 Well to surface conditions, *i.e.,* to calculate the shrinkage of oil.  *See*, Exhibit A.

1

2. On May 1, 2013, BP and Anadarko served the Expert Report of Curtis Whitson, Ph.D. which was offered in response to Dr. Zick's report. *See,* Exhibit B.

3. On page 10 of that report, Dr. Whitson stated:

> In addition to oil shrinkage associated with pressure and temperature changes, PERA calculated additional oil shrinkage due to the solubility of hydrocarbons (methane, ethane, benzene, etc.) from the oil phase during its ascent in the water column towards the surface. When oil (or gas) comes into contact with seawater, some hydrocarbon components dissolve (solubilize) into the seawater. Eventually, the hydrocarbons with greatest water affinity will be removed from the oil, causing additional shrinkage of the final stock-tank oil.
>
> Based on PERA's calculations, seawater solubility effects on the oil phase during its ascent through a 5,000-ft column of seawater results in an additional oil volume reduction of between 7% and 13%; or approximately 10% ($\pm$3%). . . .

*See,* Exhibit B at p. 10.

4. In the deposition of Dr. Zick, taken on June 28, 2013, BP asked the following questions of Dr. Zick:

> Q. (By Mr. Beffa) In -- in your Expert Report, you describe that you don't think the solubility calculation should be taken into account for purposes of calculating stock tank volumes, correct?
> A. Correct.
> Q. And you agree that that is a legal decision and a legal conclusion, that those calculations should not be taken into effect?

*See,* Exhibit C at 263:10-263:18.

## CONCLUSION

These few undisputed facts provide the context for the United States' Motion for summary judgment demonstrating that, as a matter of law, the components of oil that dissolved in the waters of the Gulf of Mexico were discharged into the waters of the United States and, therefore, must be considered when determining the statutory maximum penalty for BP's and Anadarko's violation of the Clean Water Act.

Respectfully submitted,

BRIAN HAUCK
Deputy Assistant Attorney General
Civil Division
PETER FROST
Directory, Torts Branch, Civil Division
Admiralty and Aviation
STEPHEN G. FLYNN
Assistant Director
MICHELLE DELEMARRE
SHARON SHUTLER
JESSICA SULLIVAN
JESSICA MCCLELLAN
MALINDA LAWRENCE
Trial Attorneys


R. MICHAEL UNDERHILL, T.A.
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463
Telephone:  415-436-6648
Facsimile:  415-436-6632
E-mail:  mike.underhill@usdoj.gov

ROBERT G. DREHER
Acting Assistant Attorney General
Environment & Natural Resources Division

SARAH HIMMELHOCH
Senior Litigation Counsel
NANCY FLICKINGER
SCOTT CERNICH
THOMAS BENSON
Senior Attorneys
DEANNA CHANG
A. NATHANIEL CHAKERES
JUDY HARVEY
ABIGAIL ANDRE
RACHEL HANKEY
BETHANY ENGEL
Trial Attorneys


/s/ Steven O'Rourke
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone:  202-514-2779
Facsimile:  202-514-2583
E-mail:  steve.o'rourke@usdoj.gov

DANA J. BOENTE
United States Attorney
Eastern District of Louisiana
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, LA  70130
Telephone:  (504) 680-3000
Facsimile:  (504) 680-3184
E-mail:  sharon.d.smith@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Date:  July 15, 2013                                      /s/ Sarah D. Himmelhoch
                                                                  Sarah D. Himmelhoch