# EXHIBIT B

## (Part 1 of 4)

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in
the Gulf of Mexico, on April 20, 2010*

United States District Court
Eastern District of Louisiana
MDL No. 2179, Section J
Judge Barbier; Magistrate Judge Shushan

Expert Report of Curtis Hays Whitson, PhD

May 1, 2013



PERA a/s
Petroleum Engineering Reservoir Analysts

Granaasveien 1, 3rd floor
7048 Trondheim
Norway
Tel   47 7384 8080
Fax   47 7384 8081
*http://www.pera.no*

**CONFIDENTIAL**

 **PERA –** Petroleum Engineering Reservoir Analysts

# Table of Contents

Summary of Opinions and Analysis ................................................................................................ 8

Qualifications................................................................................................................................. 11

Background.................................................................................................................................... 12

Results and Discussion ................................................................................................................. 14

    Fluid samples ........................................................................................................................... 14

    PVT data ................................................................................................................................... 14

    EOS model development........................................................................................................... 16

    Surface Process and Shrinkage................................................................................................ 16

    Black Oil Tables........................................................................................................................ 18

    Zick EOS Model ........................................................................................................................ 18

Conclusions................................................................................................................................... 21

Appendix A - Fluid Samples .......................................................................................................... 23

Appendix B - PVT Data.................................................................................................................. 24

Appendix C - EOS Model Development .......................................................................................... 26

    Comparison with measured data ............................................................................................. 27

    Viscosity Model ........................................................................................................................ 28

    In Situ Reservoir Fluid Compositions ...................................................................................... 29

    EOS model calculations in PVTsim and Multiflash ................................................................. 29

Appendix D - Surface Processes and Shrinkage ........................................................................... 30

    Oceanic Separation Process .................................................................................................... 30

    Example Showing Effect of Surface Process on Stock Tank Oil Volume ................................. 31

    Oil Shrinkage Definitions ......................................................................................................... 32

Appendix E - Black-Oil Tables ...................................................................................................... 34

    Black-Oil PVT – Applications ................................................................................................... 35

 **PERA** – Petroleum Engineering Reservoir Analysts

Black-Oil PVT – Definitions ............................................................................................................ 36

Appendix F - Zick EOS Model ............................................................................................................ 38

Zick EOS Model Pseudocomponents ........................................................................................... 38

PERA vs Zick EOS Models ............................................................................................................. 40

Zick Black-Oil Lookup Tables ....................................................................................................... 41

Zick's Critique of BP EOS .............................................................................................................. 42

TABLES .............................................................................................................................................. 43

FIGURES ............................................................................................................................................. 55

Appendix G – Diverse PVT Tables Provided Expert Team. ............................................................... 82

Density Lookup Tables .................................................................................................................. 83

MultiFlash Files ............................................................................................................................. 88

Surface Tension Calculations ...................................................................................................... 141

Black-Oil Tables ........................................................................................................................... 142

Appendix H – Author CV ................................................................................................................. 179

Appendix I – PERA Company Description ........................................................................................ 183

CONFIDENTIAL

 **PERA –** Petroleum Engineering Reservoir Analysts

# List of Tables

Table 1.  PERA and Zick EOS calculations for stock tank oil volumes from 4-stage separation on 100 bbl of reservoir fluid at initial conditions. ........................................................................................ 20

Table 2. Properties of different samples. ....................................................................................... 43

Table 3. PERA EOS model parameters. ........................................................................................... 44

Table 4. PERA EOS Binary Interaction Parameters with $N_2$, $CO_2$ and $C_1$ at 243$^o$F. ...................................... 45

Table 5. PERA EOS Temperature-dependent BIPs for $C_1$ with $C_7$ to $C_{22}$. ...................................... 46

Table 6. PERA EOS Binary Interaction Parameters for $C_{7+}$ with $C_7$ to $C_{21}$. .................................... 47

Table 7. PERA EOS Binary Interaction Parameters for $C_{7+}$ with $C_{22}$ to $C_{35}$. .................................. 48

Table 8. CL68379 compositions (mol-%). ....................................................................................... 49

Table 9. CL68508 compositions (mol-%). ....................................................................................... 50

Table 10. SLB-1.18 compositions (mol-%). ..................................................................................... 51

Table 11. Intertek compositions (mol-%). ...................................................................................... 52

Table 12. Shrinkage factors for decontaminated samples using oceanic proxy separation and an exit pressure of 2250 psia. ................................................................................................................... 53

Table 13.  PERA and Zick EOS calculations for Formation Volume Factor and GOR in 4-stage and single-stage separation. ...................................................................................................................... 54

 **PERA –** Petroleum Engineering Reservoir Analysts

## List of Figures

Figure 1.  Experimental data and EOS results for CL 68379, relative liquid volume in CCE at 243 F. ...... 15

Figure 2.  Experimental data and EOS results for SLB-1.18, relative liquid volume in CCE at 243 F. ....... 15

Figure 3.  Temperature and pressure versus depth profile used for oceanic separation calculation. .... 17

Figure 4.  Experimental data, PERA and Zick EOS results for CL 68379  (Pencor 53), liquid relative volume in CCE at 243°F. ............................................................................................................ 19

Figure 5.  Experimental data, PERA EOS and Zick EOS results for CL 68508 (Pencor 19), liquid relative volume in CCE at 242°F. ............................................................................................................ 20

Figure 6.  Temperature dependent BIPs for C1 with $C_{15}$ and $C_{22}$. .............................................................. 55

Figure 7.  BIPs for $C_1$ with all other hydrocarbon components at 100°F, 170°F and 240°F. .................... 55

Figure 8.  CCE liquid relative volumes (liquid volume / volume at saturation pressure) for different samples at reservoir temperature (242 or 243°F). ............................................................... 56

Figure 9.  Experimental data and PERA EOS results for CL 68379 fluid, relative total volume in CCE at 243°F. ............................................................................................................................... 56

Figure 10.  Experimental data and PERA EOS results for CL 68379, CCE single phase density at 243°F. 57

Figure 11.  Experimental data and PERA EOS results for CL 68379, CCE relative liquid volume at 100°F. ................................................................................................................................... 57

Figure 12.  Experimental data and PERA EOS results for CL 68508, CCE relative liquid volume at 100°F. ................................................................................................................................... 58

Figure 13.  Experimental data and PERA EOS results for CL 68508, CCE relative liquid CCE at 243°F. ..... 58

Figure 14.  Experimental data and PERA EOS results for SLB-1.18, CCE relative liquid volume at 100°F. ................................................................................................................................... 59

Figure 15.  Experimental data and PERA EOS results for Intertek, CCE relative liquid volume in 100°F. 59

Figure 16.  Experimental data and PERA EOS results for Intertek, CCE relative liquid at 243°F. ............ 60

Figure 17.  Experimental data and PERA EOS results for oil volume in 4-stage separator for CL68379. .. 60

Figure 18.  Experimental data and PERA EOS results for oil density in 4-stage separator for CL68379. .. 61

Figure 19.  Experimental data and PERA EOS results for gas removed in 4-stage separator for CL68379. ................................................................................................................................... 61

 **PERA –** Petroleum Engineering Reservoir Analysts

**Figure 20.  Experimental data and PERA EOS results for oil volume in 4-stage separator for SLB-1.18.** 62

**Figure 21.  Experimental data and PERA EOS results for oil density in 4-stage separator for SLB-1.18.** 62

**Figure 22.  Experimental data and PERA EOS results for gas removed in 4-stage separator for SLB-1.18.** ................................................................................................................................. 63

**Figure 23.  Total shrinkage factors for exit pressure of 2250 psia using 4-stage separation process.** .... 63

**Figure 24.  Experimental data and PERA EOS/LBC results for liquid viscosity for CL68379 at 100°F.** ..... 64

**Figure 25.  Experimental data and PERA EOS/LBC results for liquid viscosity for CL68379 at 242 °F.** ..... 64

**Figure 26.  Reservoir fluid compositions for CL68379 sample, showing measured (contaminated) composition and estimated composition after removal of oil-based mud.** ....................................... 65

**Figure 27.  Liquid relative volumes for SLB-1.18.  Experimental data and PERA EOS model calculations for measured and decontaminated samples.** ........................................................................ 65

**Figure 28.  PERA EOS calculations of phase envelope for decontaminated fluid samples.** ..................... 66

**Figure 29.  Number of stages needed in oceanic separation calculation for converged solution.** ........... 66

**Figure 30.  Oil formation volume factor from black oil tables at exit temperature 210°F and mixture temperature 243°F for different decontaminated samples, oceanic proxy separation process.** ..... 67

**Figure 31.  Gas-oil ratio from black oil tables at exit temperature 210°F and mixture temperature 243°F for different decontaminated samples, oceanic proxy separation process.** ..................................... 67

**Figure 32.  Oil viscosity from black oil tables at exit temperature 210°F and mixture temperature 243°F for different decontaminated samples.** ................................................................................. 68

**Figure 33.  Oil-gas ratio from black oil tables at exit temperature 210°F and mixture temperature 243°F for different decontaminated samples, oceanic proxy separation process.** .................................... 68

**Figure 34.  Oil formation volume factor from black oil tables for CL68379 (decontaminated) at exit temperature 210°F and various mixture temperatures, oceanic proxy separation process.** .......... 69

**Figure 35.  Gas-oil ratio from black oil tables for CL68379 (decontaminated) at exit temperature 210°F and various mixture temperatures, oceanic proxy separation process.** ........................................ 69

**Figure 36.  Oil viscosity from black oil tables for CL68379 (decontaminated) at exit temperature 210°F and various mixture temperatures.** ................................................................................... 70

**Figure 37.  Oil-gas ratio from black oil tables for CL68379 (decontaminated) at exit temperature 210°F and various mixture temperatures, oceanic proxy separation process.** ........................................ 70

 **PERA –** Petroleum Engineering Reservoir Analysts

**Figure 38. Oil formation volume factor from black oil tables for CL68379 (decontaminated) at mixture temperature 243°F and various exit temperatures, oceanic proxy separation process.** ................ 71

**Figure 39. Gas-oil ratio from black oil tables for CL68379 (decontaminated) at mixture temperature 243°F and various exit temperatures, oceanic proxy separation process.** ....................................... 71

**Figure 40. Oil-gas ratio from black oil tables for CL68379 (decontaminated) at mixture temperature 243°F and various exit temperatures, oceanic proxy separation process.** ....................................... 72

**Figure 41. Shrinkage factors for exit pressure 2250 psia and exit temperature, oceanic proxy separation process.** ..................................................................................................................... 72

**Figure 42. Total shrinkage factors of mixture volume at exit pressure 2250 psia and exit temperature, oceanic proxy separation process.** ...................................................................................... 73

**Figure 43. Adjustments to laboratory-reported compositions for CoreLabs and Intertek fluids in PERA EOS model.** ................................................................................................................... 74

**Figure 44. Adjustments to laboratory-reported compositions for SLB-1.18 fluid in PERA EOS and Zick EOS models.** ................................................................................................................... 74

**Figure 45. Experimental data, PERA and Zick EOS results for CL 68379 (Pencor 53), liquid relative volume in CCE at 100°F.** ................................................................................................... 75

**Figure 46. Experimental data, PERA EOS and Zick EOS results for CL 68508 (Pencor 19), liquid relative volume in CCE at 100°F.** ................................................................................................... 75

**Figure 47. Experimental data, PERA and Zick EOS results for SLB-1.18, liquid relative volume in CCE at 243°F.** ................................................................................................................................... 76

**Figure 48. Experimental data, PERA EOS and Zick EOS results for SLB-1.18, liquid relative volume in CCE at 100°F.** ............................................................................................................ 76

**Figure 49. Experimental data, PERA EOS and Zick EOS results for Intertek, liquid relative volume in CCE at 100°F.** ............................................................................................................ 77

**Figure 50. Experimental data, PERA EOS and Zick EOS results for Intertek, liquid relative volume in CCE at 243°F.** ............................................................................................................ 77

**Figure 51. Experimental data, PERA EOS and Zick EOS results for CL 68379 (Pencor 53), single phase fluid density in CCE at 243°F.** ................................................................................................ 78

**Figure 52. Experimental data, PERA EOS and Zick EOS results for CL 68508 (Pencor 19), single phase fluid density in CCE at 242°F.** ................................................................................................ 78

CONFIDENTIAL

 **PERA –** Petroleum Engineering Reservoir Analysts

Figure 53.  Experimental data, PERA EOS and Zick EOS results for SLB-1.18, single phase fluid density in CCE at 243°F. ...................................................................................................................... 79

Figure 54.  Experimental data, PERA and Zick EOS results for Intertek, single phase fluid density in CCE at 243 F. ............................................................................................................................ 79

Figure 55.  Total shrinkage factors for exit pressure of 2250 psia using 4-stage separation process for CL68379. ................................................................................................................................ 80

Figure 56.  Total shrinkage factors for exit pressure of 2250 psia using 4-stage separation process for CL68508. ................................................................................................................................ 80

Figure 57.  Total shrinkage factors for exit pressure of 2250 psia using 4-stage separation process for SLB-1.18. ............................................................................................................................... 81

Figure 58.  Total shrinkage factors for exit pressure of 2250 psia using 4-stage separation process for Intertek. ................................................................................................................................. 81

 **PERA –** Petroleum Engineering Reservoir Analysts

## Summary of Opinions and Analysis

PERA was retained by BP to provide a Pressure, Volume and Temperature ("PVT") model to describe the physical and thermodynamic properties of Macondo reservoir fluids captured in pre-incident fluid samples. The reservoir fluid is a mixture of both oil and gas which will experience a wide range of pressure, volume, and temperature conditions as it travels from the reservoir to the sea surface.

PVT modeling is important in the context of the *Deepwater Horizon* (DWH) Incident for two primary reasons.  First, it is critical in determining how much of the released reservoir mixture becomes "stock tank barrels" of oil at surface conditions.  As a general matter, a reservoir mixture at high-pressure conditions transforms into a "shrinking" oil volume and an expanding gas volume as it approaches low-pressure surface conditions.  The more accurate the PVT model, the more accurate the estimate of oil shrinkage and the calculation of stock tank barrels oil released during the DWH Incident.

Second, flow rate models used to calculate the oil released during the DWH Incident require *PVT* properties of the flowing mixture. The key *PVT* properties include density, viscosity, and volume of each oil or gas phase of the mixture.

### PVT Modeling and Equation of State

PERA  built a reliable PVT model that is uniquely for the Macondo reservoir fluids. PERA used all available measured laboratory PVT data – some 1000 PVT data – on four independent samples collected prior to the DWH Incident. PERA used the most sophisticated industry-standard PVT model available – a cubic equation of state ("EOS"). This EOS provides a high level of detail to describe the individual components comprising the Macondo hydrocarbon mixture with a total of 40 species (*e.g.* methane, ethane, carbon dioxide).

### Nature of the the Macondo Fluids

The Macondo reservoir mixture is one of the most unusual reservoir fluids that PERA has modeled. We at PERA have conducted PVT modeling studies on thousands of reservoir mixtures, from hundreds of producing fields around the world – fields representing more than half of the earth's known reserves of oil and gas (Appendix I).

The Macondo reservoir mixture is referred to in the petroleum industry as "near-critical". A near-critical fluid means that it cannot be labeled as either a "gas" reservoir or an "oil" reservoir. Once the reservoir fluid forms two phases (that is, an oil phase and a gas phase) as a result of changing pressure and temperature, the two phases are so similar that it is difficult to determine which phase is "lighter" and which phase is "heavier". Nonetheless, a near-critical fluid develops distinguishable "gas" and "oil" properties when pressure and temperature depart far enough from a near-critical condition. The Macondo system is particularly unique in our experience because it exhibits near-critical behavior over a wide range of temperatures (40°F to 240°F), while "normal" systems are near-critical only for a narrow range of temperature (*e.g.* ±5°F).

 **PERA –** Petroleum Engineering Reservoir Analysts

Another characteristic of near-critical systems is that phase densities, viscosities, and volumes change radically with pressure – not linearly, as with most fluids. That characteristic makes PVT modeling more difficult, namely describing highly non-linear phase behavior near critical conditions that exist over the entire range of temperatures experienced by Macondo fluids.

The EOS model developed by PERA satisfies the requirement of predicting all complex phase behavior exhibited by all Macondo fluids, including near-critical behavior over a wide range of temperatures. This model also predicts the shrinkage of reservoir barrels to stock-tank barrels accurately, within only a few percent deviation from measured laboratory data for all four fluid samples.

**Other PVT Models and Black Oil Tables**

PERA also developed a simplified PVT description from its EOS model for use in engineering calculations. These data includes tables of density, viscosity, and phase amounts for the entire range of pressures and temperatures experienced from reservoir to surface conditions.

Other forms of PVT tables were also created from the EOS model – so-called black-oil tables. The black-oil quantities not only define the density, viscosity, and phase amount at any pressure and temperature, but they also quantify total shrinkage to stock-tank oil volume. The shrinkage to stock-tank oil volume depends on the definition of a pressure-temperature "path", from initial reservoir to stock-tank (surface) conditions – the so-called "surface process".

**Surface Processes and Shrinkage**

PERA's study considered several paths or surface processes transforming produced reservoir mixtures to final stock-tank oil volumes. One surface process emulates the actual physical process of Macondo reservoir fluid traveling from the seabed of the Gulf of Mexico to surface conditions, through a 5,000-ft column of seawater.  This "oceanic process" entails pressure dropping from approximately 2250 psia at the seabed to 1 atmosphere (14.7 psia) at the surface, and a non-linear temperature variation from seabed to surface. The temperature of the water column was taken from published oceanic property tables, and a series of seabed "exit point" temperatures were modeled.  Furthermore, the oceanic process incorporates 130 depths or stages of separation, whereby evolved gases were separated from the changing oil at each depth. The final oil at 1 atmosphere was brought to $60^{\circ}$F for defining stock-tank oil volume.

Several black-oil tables for the oceanic process were generated. Each table represented an assumed temperature at the seabed exit point where mixtures first start separating into diverging gas and oil phases.  For example, using an average of the four reservoir samples and an exit temperature of the fluid of 210°F, 100 barrels of fluid (either oil or gas) at reservoir conditions equates to 46.7 barrels of oil at surface or stock-tank conditions.

 **PERA** – Petroleum Engineering Reservoir Analysts

PERA also analyzed a single-stage flash laboratory separation process[1] as well as a 4-stage separation process to convert reservoir volumes to surface stock-tank oil volumes. Black-oil tables were created for a single-stage process as well as for several oceanic processes (dependent on the assumed seabed exit temperature).

In addition to oil shrinkage associated with pressure and temperature changes, PERA calculated additional oil shrinkage due to the solubility of hydrocarbons (methane, ethane, benzene, etc.) from the oil phase during its ascent in the water column towards the surface. When oil (or gas) comes into contact with seawater, some hydrocarbon components dissolve (solubilize) into the seawater. Eventually, the hydrocarbons with greatest water affinity will be removed from the oil, causing additional shrinkage of the final stock-tank oil.

Based on PERA's calculations, seawater solubility effects on the oil phase during its ascent through a 5,000-ft column of seawater results in an additional oil volume reduction of between 7% and 13%; or approximately 10% (±3%). This additional stock-tank oil volume reduction was quantified, but it was not included in the oceanic process black-oil tables.   If seawater solubility effects are included, the total stock-tank oil volume from any oceanic process (independent of exit temperature) is, coincidentally, approximately the same as from a single-stage process.

---

[1] For all EOS calculations of black-oil PVT tables and shrinkage to stock tank oil conditions, the "single-stage" separator test represents a flash of fluids to 1 atmosphere (or 14.7 psia) and 60°F.

 **PERA –** Petroleum Engineering Reservoir Analysts

## Qualifications

**Dr. Curtis Hays Whitson** is professor of petroleum engineering at the Norwegian University of Science and Technology (NTNU), Department of Petroleum Engineering & Applied Geophysics (CV found in Appenix G). He founded the international consulting company PERA in 1988 (see Appendix I), as well as Petrostreamz (a petroleum software company dealing with optimized Integrated Asset Modeling) in 2006.

Dr. Whitson was born in Oklahoma City (1956). He received his B.Sc. degree in petroleum engineering from Stanford University in 1978 and a PhD degree from the Norwegian Institute of Technology (now NTNU) in 1984. He is an honorary member of the Society of Petroleum Engineers (SPE), and he twice received the SPE Cedric K. Fergusson award (as co-author with Øivind Fevang, 1997 and Lars Høier, 2001), as well as SPE's highest technical award, the Anthony F. Lucas Gold Medal (2011). He received the 2010 Excellence in Research Award from Statoil for his contributions to gas-based EOR and fluid characterization. Whitson was elected into the Norwegian Academy of Science (NTVA) in 2012.

Dr. Whitson researches and teaches both university and industry courses on petroleum phase behavior (PVT), gas-based EOR, gas condensate reservoirs, integrated-model optimization, petroleum-streams management, liquid-loading gas well performance, and liquids-rich shale well optimization. He has co-authored two books [**Well Performance** (Golan and Whitson) and the SPE monograph **Phase Behavior** (Whitson and Brulé)], co-authored some 100 papers, and has written three chapters of edited books.

 **PERA – Petroleum Engineering Reservoir Analysts**

# Background

Petroleum reservoir fluids are naturally occurring mixtures of natural gas and crude oil that exist in the reservoir at elevated temperatures and pressures. Reservoir-fluid compositions typically include hundreds or thousands of hydrocarbon components and a few non-hydrocarbons, such as nitrogen, $CO_2$, and hydrogen sulfide. The physical properties of these mixtures depend on composition, temperature and pressure conditions.

To determine the fluid properties for a particular reservoir, samples are collected from the reservoir during appraisal and analyzed in a laboratory. The analysis usually includes (1) measurements of composition, (2) experiments at reservoir conditions to measure properties such as density, phase volumes and viscosity, and (3) measurements at lower temperatures and pressures to understand the behavior of the fluids during a surface separation process.

Calculations of fluid properties in reservoir and production engineering are often made with a thermodynamic equation of state (EOS), a cubic equation (in volume) describing the phase and volumetric properties of a petroleum mixture as a function of pressure, temperature, and composition. An EOS represents the reservoir fluid as a multi-component mixture, usually with between 10 and 50 components.

An EOS is not usually able to give accurate predictions of fluid properties based on composition alone.  It is almost always necessary to adjust various parameters in the EOS model so that it gives a satisfactory match to measured data on reservoir fluid samples, a process known as "tuning" or "regression".

A simpler way of calculating fluid properties is through a "Black oil" model, which represents a petroleum mixture in terms of two "pseudo" components. The two pseudo-components represent final processed "products" of surface gas and surface (stock-tank) oil after the mixture is passed through a multi-stage separator process that stage-wise partitions, preferentially, light components into a surface gas product and heavier components into a surface (stock tank) oil product. Tables of Black-oil model properties can be and usually are calculated from an EOS model that has been tuned to match measured data.

Petroleum reservoir fluids can be divided into five general categories: *dry gas*, *wet gas*, *gas condensate*, *volatile oil*, and *black oil*. The phase behavior of gas condensates and volatile oils are considerably more complex than those of black oils. Transition fluids between gas condensates and volatile oils are called *near-critical* fluids.

Reservoir fluid usually forms a single hydrocarbon phase at initial reservoir pressure and temperature. As pressure declines, a point will be reached where a second ("incipient") phase is formed - the saturation pressure. For a volatile oil or black oil, the second phase has a lower density than the original phase, so that the original phase can be considered as a liquid and the incipient phase a gas; the saturation pressure is a bubblepoint. For a gas condensate, the incipient phase has a higher density than

 **PERA –** Petroleum Engineering Reservoir Analysts

the original phase, so that the original phase can be considered as a gas and the incipient phase a liquid; the saturation pressure is a dewpoint.

The fluid samples from the Macondo well are "near-critical" fluids, which lie close to the boundary between volatile oil and gas condensate behavior. A near-critical mixture is one of the most unusual, complex fluid types found in petroleum reservoirs, though not entirely uncommon in Gulf of Mexico deep-water fields. The main characteristics of near-critical fluids are that (a) the system may be either "oil" or "gas" at reservoir conditions, i.e. exhibiting bubble-point (oil) or dew-point (gas) saturation pressure, and (b) the system splits dramatically from a single-phase mixture at the saturation pressure to a two-phase mixture with nearly-equal phase properties of gas and oil, at pressures only slightly below the saturation pressure.

Four fluid samples were taken from the Macondo well and PVT measurements were carried out on all four samples. All of the samples have saturation pressures at reservoir temperature (242 or 243 $^{o}$F) between 6200 psia and 6550 psia, which is much lower than the initial reservoir pressure of about 11850 psia. The samples have very similar compositions, but two behave as volatile oils and two as gas condensates at reservoir temperature (each sample with unaltered saturation type down to 100$^{o}$F).

Away from the near-critical region (pressures between about 6000 psi and 6550 psi), properties of the oil and gas-condensate samples are very similar. In the near-critical region, the liquid and gas phases have very similar composition, density and viscosity and the interfacial tension is very low.

 **PERA –** Petroleum Engineering Reservoir Analysts

# Results and Discussion[2]

This report summarizes a comprehensive fluid characterization (PVT[3]) study conducted on four reservoir samples collected from the Macondo well. The purpose of this study was to (1) quality check measured laboratory PVT data collected on samples, (2) develop PVT models – both equation of state (EOS) and black-oil, and (3) estimate the total shrinkage of produced mixture from initial reservoir conditions and at the "exit point" (seabed conditions) to ultimate surface oil volume at ambient "standard conditions"[4], following a highly-unusual and complex "oceanic" separation process from seabed to surface.

## Fluid samples

Four open-hole formation (MDT) fluid samples were collected from Macondo at a depth interval 18,086-18,142 ft MD (measured depth) covering 56 feet of vertical section within the reservoir. These MDT samples were sent to three PVT laboratories for analysis. Three of these resulted in PVT studies that were included in this study, two from Core Laboratories (Pencor) and one analyzed at Schlumberger's PVT laboratory. A fourth sample from Intertek was not used in developing the PVT model but was used as a control to check the final EOS model.

All samples showed a slight contamination from oil based mud used during drilling, but without the contamination level (<0.5 wt % in reservoir fluid) being large enough to impact the EOS model development or estimate of in situ reservoir fluid composition.

## PVT data

The measured PVT data for the four samples used in this study included (1) constant composition expansion (CCE) at reservoir temperature, and lower temperatures of 170°F (CL samples) and 100°F (CL and SLB samples); (2) differential liberation tests for the two CL samples; (3) multi-stage and single-stage separator tests and (4) viscosity measurements for CL and Intertek samples.

The laboratory PVT data were, for the most part, consistent from sample to sample. All samples showed similar composition, as well as the same complex "near-critical" phase behavior at reservoir temperature (242 or 243 °F) and down to the lowest measured saturation pressure at 100 °F. Two samples indicated that the reservoir fluid was a near-critical gas condensate, while the other two samples indicated the reservoir fluid was a near-critical oil.

The behavior of the different types of fluid is shown in **Figure 1** and **Figure 2**. These are data from constant composition expansion experiments at reservoir temperature, and show the volume of the

---

[2] The section sub-headers found in *Results and Discussion* (Fluid Samples, PVT Data, etc.) each have a separate appendix with more-detailed discussions of the topic.
[3] PVT (pressure-volume-temperature) refers to the description of physical and thermodynamic properties of petroleum fluids, including both measurement and modeling.
[4] Standard conditions used in this study are those defined by the Society of Petroleum Engineers : 14.7 psia and 60 °F. Actual ambient conditions vary with time and geographical location, which is the reason for an industrial "standard" set of ambient conditions.



**PERA** – Petroleum Engineering Reservoir Analysts

liquid phase relative to the total (single phase) volume at saturation pressure. **Figure 1** shows that this fluid is as a near-critical gas condensate, and **Figure 2** shows a fluid that is a near-critical volatile oil.



**Figure 1. Experimental data and EOS results for CL 68379, relative liquid volume in CCE at 243 F.**



**Figure 2. Experimental data and EOS results for SLB-1.18, relative liquid volume in CCE at 243 F.**

 **PERA** – Petroleum Engineering Reservoir Analysts

## EOS model development

A 40-component Peng-Robinson (PR) EOS model was successfully developed to describe accurately the phase and volumetric behavior of all four samples. The final EOS model contained 40 components, with nine of these representing the lighter fractions $N_2$, $CO_2$, methane ($C_1$) through n-alkane n-$C_5$, and the remaining 31 components describing heavier single-carbon-number (SCN) fractions $C_6$, $C_7$, $C_8$, ..., $C_{35}$ and a lumped $C_{36+}$ residue.

Linear temperature-dependent binary interaction parameters (BIPs), as well as temperature-independent volume shift factors, were used. A compositional viscosity model was also successfully developed to describe the gas and oil viscosities.

To achieve a consistent EOS model describing all four samples, an industry-accepted practice was used to make minor compositional adjustments to each sample. The compositional adjustments are small and justified because of differences in laboratory methods and a variety of known error sources in measuring compositions.

The EOS model developed by PERA satisfies the requirement of predicting all complex phase behavior exhibited by all Macondo fluids, including near-critical behavior over a wide range of temperatures. This model also predicts the shrinkage of reservoir barrels to stock-tank barrels accurately, within only a few-percent deviation from measured laboratory data for all four fluid samples.

As all of the samples are contaminated with small amounts of oil-based drilling mud, an additional adjustment of composition was made to estimate the original "reservoir in situ" compositions with no mud. These compositions were then assumed to describe the range of compositions occupying the reservoir rock within the limited depth interval from which these samples were collected.

## Surface Process and Shrinkage

The conversion of volume from reservoir to surface conditions is an important part of this study, but the determination of "stock tank oil" will depend on the path which the reservoir fluid takes to the surface. The PVT reports from the three laboratories provide experimental data for two pathways: a single-stage flash (where the fluid is flashed directly to atmospheric pressure) and a laboratory 4-stage separator.

The pathway from reservoir to surface in the *Deepwater Horizon* incident will be different from these cases. The fluids will first expand to exit-point conditions with little or no change in overall composition, and then be transported to surface conditions through a 5,000-ft column of seawater. This entails pressure dropping from approximately 2250 psia at seabed to 1 atmosphere (14.7 psia), and a non-linear temperature variation from seabed to surface. The temperature of the water column was taken from published oceanic property tables, and is shown in **Figure 3**.

**PERA –** Petroleum Engineering Reservoir Analysts



**Figure 3.  Temperature and pressure versus depth profile used for oceanic separation calculation.**

PERA developed a detailed process to model the evolution of gas and shrinkage of oil during the pathway from seabed to surface.  Because this complex 130-stage separation process cannot be used in most software,  a less complex  five-stage process was developed that provides almost identical results.  This is called the "oceanic-proxy" separator.

To illustrate the influence of surface process "path" on ultimate stock-tank oil volume, one can consider an example using an initial volume of 100 barrels of reservoir fluid at the initial reservoir conditions (11850 psia and 243 $^o$F). The stock tank oil volumes in this example are EOS calculated values *for an average for the four fluids*.  The resulting **stock-tank barrels** of oil associated with each process is as follows:

1.  Single Stage Flash:                          **43.3 barrels**

2.  Oceanic Separator ($T_{exit}$=210$^o$):      **46.7 barrels**

3.  Oceanic Separator ($T_{exit}$=130$^o$):      **48.0 barrels**

4.  4-Stage Separator:                           **47.9 barrels**

As seen above with the oceanic process, the volume of stock-tank oil depends on the assumed temperature of the fluid at its exit point on the seabed ("$T_{exit}$").

 **PERA –** Petroleum Engineering Reservoir Analysts

Taking into account that most of the light hydrocarbons and some lighter aromatics dissolve in seawater during ascension to the surface through 5,000 ft of seawater, PERA has calculated that the final stock-tank oil volume will be approximately 10% less than the laboratory 4-stage separator, reaching a final stock tank oil volume close to that of the single-stage process, which is approximately 43 stock tank barrels.

## Black Oil Tables

PERA also developed a simplified PVT description from its EOS model for use in engineering calculations. These data include tables of density, viscosity, and phase amounts for the entire range of pressures and temperatures experienced from reservoir to surface conditions.

Other forms of PVT tables were also created from the EOS model – so-called "black-oil" tables. The black-oil quantities not only define the density, viscosity, and phase amount at any pressure and temperature, but they also quantify total shrinkage to stock-tank oil volume. Calculation of a black-oil table requires the definition of the path which the reservoir fluid takes from initial reservoir to stock-tank (surface) conditions – the so-called "surface process".

Based on the final EOS model and final estimated reservoir in situ compositions, black-oil tables were generated both for the five-stage "oceanic proxy" separation process and for a single-stage flash to standard conditions.

Black-oil PVT tables based on the oceanic-proxy separation process were generated for each of the four samples, and a range of exit-point temperatures from 35 to 210 $^\circ$F. These tables are made available in Eclipse 100 (ECL100) and Prosper format.

## Zick EOS Model

The Expert Report from Dr. Aaron Zick[5] presents an alternative EOS model of the Macondo reservoir fluids. The main differences between the models are as follows:

- The Zick EOS uses 11 components, with six being lumped pseudocomponents. The PERA model uses 40 components with one being a lumped pseudocomponent ($C_{36+}$).

- Some methane-$C_{7+}$ binary interaction parameters (BIPs) in the PERA model are temperature-dependent. In the Zick model, all BIPs are constant.

- Most hydrocarbon-hydrocarbon BIPs were assigned non-zero values in the PERA model, while only methane-hydrocarbon BIPs were assigned non-zero values in the Zick model.

- In the PERA model, slight adjustments were made to the four laboratory-reported compositions to develop a consistent, single EOS model, including the complex near-critical phase and volumetric behavior of all four samples. In the Zick model, only the composition of the SLB-1.18 fluid was adjusted, with the changes being considerably larger for methane and C30+, compared with changes required for the PERA model.

---

[5] "Equation-of-State Fluid Characterization and Analysis of the Macondo Reservoir Fluids'. Expert Report prepared on behalf of the United States. Aaron A. Zick, March 22, 2013.

 **PERA** – Petroleum Engineering Reservoir Analysts

PERA has assessed the accuracy of the Zick EOS model and compared its predictions with those of the PERA EOS. The Zick model gives fairly accurate predictions for much of the PVT data, except for the following:

- Erroneous type of phase boundary (bubblepoint instead of dewpoint) for both Core Lab / Pencor samples. **Figure 4** and **Figure 5** show how the Zick EOS predicts a bubblepoint instead of a dewpoint for these fluids.
- Erroneous near-critical liquid volumes of both Pencor samples (**Figure 4** and **Figure 5**).
- 1-2% overestimation of single phase densities for all samples.
- 3-5% overestimation of the stock-tank oil volume (*i.e.* too little shrinkage) for all samples using the laboratory 4-stage separation process (Table 1).

The PERA EOS model is more accurate with single-phase density predictions and stock-tank oil volume predictions (±2%) for the laboratory 4-stage separation process (Table 1).



- 

**Figure 4.  Experimental data, PERA and Zick EOS results for CL 68379  (Pencor 53), liquid relative volume in CCE at 243°F.**



PERA – Petroleum Engineering Reservoir Analysts



**Figure 5.  Experimental data, PERA EOS and Zick EOS results for CL 68508 (Pencor 19), liquid relative volume in CCE at 242$^o$F.**

**Table 1.  PERA and Zick EOS calculations for stock tank oil volumes from 4-stage separation on 100 bbl of reservoir fluid at initial conditions.**

| Sample | Stock Tank Oil Volume, STB | | |
|---|---|---|---|
| | Measured | PERA EOS | Zick EOS |
| CL68508 | 47.5 | 46.6 | 49.0 |
| CL68379 | 46.9 | 47.6 | 49.5 |
| INTERTEK | 46.1 | 48.3 | 50.1 |
| SLB-1.18 | 48.7 | 49.3 | 50.0 |
| | | | |
| Average error | | +1.3 | +4.9 |

 **PERA –** Petroleum Engineering Reservoir Analysts

## Conclusions

1. All four pre-incident reservoir fluid samples collected from Macondo well and analyzed by PVT laboratories show similar composition and, for the most part, similar PVT behavior. The fluids all exhibit complex, near-critical phase behavior over an unusually-large range of temperatures. Two samples exhibit a dew-point pressure at reservoir temperature (~240 °F), suggesting the reservoir contains a near-critical gas condensate, while two samples exhibit a bubble-point pressure at reservoir temperature, suggesting the reservoir contains a near-critical oil.

2. A 40-component Peng-Robinson EOS model was successfully developed by PERA to describe all reservoir fluids produced from the Macondo well, at conditions ranging from initial reservoir to surface conditions. The PERA EOS model uses some temperature-dependent binary interaction parameters that allowed consistent prediction of near-critical phase behavior for all samples over the entire range of temperatures from 100 to 243 °F.

3. Total shrinkage from initial reservoir *and* exit-point conditions to total stock-tank oil volume is calculated using the PERA EOS model, and the model proves accurate when compared with measured shrinkage factors. Total shrinkage factors are found to be similar for all reservoir samples collected from the Macondo well regardless of whether the sample is a dew-point gas or bubble-point oil.

4. A five-stage oceanic proxy separator process was found to accurately emulate a more-complex oceanic separation process that describes the assumed pressure-temperature-composition path from seabed exit-point conditions to final surface conditions.

   - The oceanic process with with seabed exit temperature of 210°F – *assuming <u>no</u> water solubility of hydrocarbons in seawater* – gives a stock oil volume that is **46.7%** of the volume at initial reservoir conditions.
   - A surface separation process (e.g. laboratory 4-stage separation or an oceanic process) – *assuming water solubility of hydrocarbons in seawater* – gives approximately the same stock-tank oil shrinkage as a single-stage separation process, with a stock tank oil volume that is **43.3%** of the volume at initial reservoir conditions.

5. Black-oil PVT tables were generated using the PERA EOS model for two surface processes: single-stage separation, and oceanic process with a range of seabed exit temperatures from 40 to 243°F.

 **PERA –** Petroleum Engineering Reservoir Analysts

6.  PERA has compared the PERA EOS model with an alternative EOS model presented in the Expert Report by Dr. Aaron Zick. The Zick 11-component pseudoized EOS model gives fairly accurate predictions for much of the PVT data, except:

    - Erroneous type of phase boundary (bubblepoint instead of dewpoint) for both Pencor samples.
    - Erroneous near-critical liquid volumes of both Pencor samples.
    - 1-2% overestimation of single phase densities for all samples.
    - 3-5% overestimation of the stock tank oil volume (*i.e.* too little shrinkage) for *all* samples using the laboratory 4-stage separation process.

    The PERA EOS model does not experience any of the shortcomings listed above and, with more accurate single-phase density predictions, and unbiased stock tank oil volume predictions (±2%) for the laboratory 4-stage separation process.

7.  The stock-tank oil volume from a single-stage process is 10% smaller than the stock-tank oil volume from the laboratory 4-stage process. This difference is the same for the PERA EOS and the Zick EOS models. For example, using an average sample with 100 barrels of fluid at initial reservoir conditions, the PERA EOS model yields 43.3 stock-tank barrels for a single-stage process and 47.9 stock-tank barrels for the laboratory 4-stage process.  Using an average sample with 100 barrels of oil and gas bbl at initial reservoir conditions, the Zick EOS yields 44.7 stock-tank barrels for a single-stage process and 49.6 stock-tank barrels for the laboratory 4-stage process.

My compensation for the preparation of this report is $650 per hour, and $1,000 per hour for testimony as an expert witness at trial or deposition.

*Curtis H. Whitson*
_____          May 1, 2013
_____

Curtis Hays Whitson                                        Date

 **PERA –** Petroleum Engineering Reservoir Analysts

# Appendix A - Fluid Samples

Four open-hole formation (MDT) fluid samples were collected from Macondo at a depth interval 18,086-18,142 ft MD (measured depth) covering 56 feet of vertical section within the reservoir. These MDT samples were sent to three PVT laboratories for analysis. Three of these resulted in PVT studies that were included in this study, two from Core Laboratories (Pencor) and one analyzed at Schlumberger's PVT laboratory. A fourth sample from Intertek was not used in developing the PVT model but was used as a control to check the final EOS model. The naming convention used in this study for the four samples is:

**CL68379**[6]. Core Laboaties (CL) measured saturation pressure is a dewpoint at reservoir temperature of 243 °F, indicating a near-critical gas condensate reservoir fluid; also dewpoints measured at 170 and 100 °F.

This sample is recommended as an "average" representative of the four samples, if such an average is needed. All of our calculations were made using each sample individually because of the sensitivity to composition for near-critical PVT calculations, and the need to quantify differences in PVT behavior for each sample individually.

**CL68508**[7]. Core Laboratories measured saturation pressure is a dewpoint at reservoir temperature of 242 °F, indicating a near-critical gas condensate reservoir fluid; also dewpoints measured at 170 and 100 °F.

**SLB-1.18**[8]. Schlumberger measured saturation pressure is a bubblepoint at reservoir temperature of 243 °F, indicating a near-critical oil reservoir fluid; also bubblepoint measured at 100 °F.

**Intertek**[9]. Intertek measured saturation pressure is a bubblepoint at reservoir temperature of 243 °F, indicating a near-critical oil reservoir fluid; also bubblepoint measured at 100 °F.

All samples showed a slight contamination from oil based mud used during drilling, but without the contamination level (<0.5 wt % in reservoir fluid) being large enough to impact the EOS model development or estimate of in situ reservoir fluid composition.

Molar and mass compositions of the four samples were very similar, and differences can readily be explained by errors expected in connection with sample collection, contamination, handling procedures, laboratory analysis methods – these errors being somewhat different for each sample and each laboratory. Still, any compositional differences may lead to significantly different phase behavior of this near-critical fluid system. At near-critical conditions, phase behavior becomes highly non-linear with respect to composition. These differences do not, however, impact substantially the oil shrinkage.

---

[6] Core Labs report 36126-53-5010068379 (June 2010). The sample used for PVT analysis is PENCOR 36126-53.
[7] Core Labs report 36126-19-5010068508 (June 2010). The sample used for PVT analysis is PENCOR 36126-19.
[8] Schlumberger report 201000053 (June 2010). The sample used for PVT analysis is 1.18.
[9] Intertek report WTC-10-001812-BP (June 2010).

 **PERA** – Petroleum Engineering Reservoir Analysts

## Appendix B - PVT Data

The measured PVT data for the four samples used in this study included (1) constant composition expansion (CCE) at reservoir temperature, and lower temperatures of 170 (CL samples) and 100 °F (CL and SLB samples); (2) differential liberation tests for the two CL samples; (3) multi-stage and single-stage separator tests and (4) viscosity measurements for CL and Intertek samples.

The multi-stage separator used a 4-stage process with the following conditions.[10]

|         |          |        |
|---------|----------|--------|
| Stage 1 | 1250 psia | 130 °F |
| Stage 2 | 450 psia  | 120 °F |
| Stage 3 | 150 psia  | 120 °F |
| Stage 4 | 15 psia   | 60 °F  |

The CCE tests were conducted in windowed PVT cells, reporting single-phase densities and two-phase volumes. All samples showed extreme, near-critical two-phase volumetric changes. The two Core Laboratory samples exhibited dewpoints while the Schlumberger and Intertek samples showed bubblepoints. A dewpoint defines the reservoir fluid as a "gas", while a bubblepoint defines the reservoir fluid as an "oil" (liquid).

**Figure 8** plots the CCE liquid volumes (liquid volume / volume at saturation pressure) for the four fluids at reservoir temperature. This figure shows the near-critical behavior for all fluids, with very rapid changes in liquid saturation as pressure drops below saturation pressure. Similar near-critical behavior is seen at 100 and 170°F.

Table 2 summarizes some key PVT properties for the four fluids. In this table the most 'gas-like' value for each property is shown by orange shading. There are a number of inconsistencies between the measured data for the different samples:

1. The SLB 1.18 fluid has the highest $C_1$ mole fraction and the lowest C7+ mole fraction, but behaves as an oil.

2. The GOR measurements from single-stage flash and four-stage test separator are not consistent.

3. The fluid with the highest 4-stage separator GOR (Intertek) is an oil rather than a gas condensate.

Although two of the fluids are classified as oil and two as gas condensate, this does not have a large effect on properties below the critical region (i.e. less than about 6000 psia). In the single phase region above saturation pressure, the density of the CL gas condensates is approximately 1.5% less than the density of the SLB and Intertek oils. The total oil shrinkage from reservoir (or exit point condition) to

---

[10] The separator pressures in the Intertek report are given as 1235, 435, 135 and 15 psia. It is not clear whether this is an error in reporting or whether different pressures were actually used. We have used the lower pressures in calculations for the Intertek sample.

 **PERA –** Petroleum Engineering Reservoir Analysts

surface conditions varies only slightly between the four samples, with only a few percent variation between oil and gas samples.

 **PERA –** Petroleum Engineering Reservoir Analysts

# Appendix C - EOS Model Development

The development of a single equation of state (EOS) model[11] to describe all four samples  was a challenging task because of the near-critical nature of these fluids, and the extreme composition dependence of phase behavior (saturation pressure and two-phase volumes). PERA was successful in describing the phase and volumetric behavior for the two Core Laboratories gas condensate mixtures and the Schlumberger and Intertek oil mixtures, with particular emphasis given to the data which affect total oil shrinkage and phase definition.

The final EOS model contained 40 components, with nine of these representing the lighter fractions $N_2$, $CO_2$, methane ($C_1$) through n-alkane n-$C_5$, and the remaining 31 components describing heavier single-carbon-number (SCN) fractions $C_6$, $C_7$, $C_8$, ..., $C_{35}$ and a lumped $C_{36+}$ residue. Aromatic and other isomer non-alkane fractions are grouped in each SCN fraction – e.g. benzene $C_6H_6$ being lumped with similar boiling-point compounds such as n-heptane in the $C_7$ fraction.[12] The Peng-Robinson (1978) equation of state was used with volume shift parameters to improve liquid density predictions.

The default PhazeComp $C_{7+}$ characterization parameters were modified to match the PR EOS model to laboratory PVT data for the three samples. This included minor modifications to (a) the parameters determining the relation between specific gravity and molecular weight of $C_{7+}$ SCN fractions, (b) critical pressures and temperatures of the $C_{7+}$ fractions, (c) BIPs between methane and all hydrocarbons $C_{24+}$, (d) BIPs amongst $C_{7+}$ fractions and (e) volume shift parameters for the $C_{7+}$ fractions. These EOS parameter modifications apply to all samples, as the EOS model is common to all reservoir fluids at all conditions of pressure, temperature, and composition.

The BIPs between methane and fractions from $C_7$ to $C_{22}$ are linear functions of temperature. The measured data show only a small change in saturation pressure with temperature (less than 150 psi between 100 F and 243°F), whereas the default EOS predicts a much larger change. Temperature dependent BIPs allow the EOS to match the observed variation in saturation pressure with temperature. The temperature dependent BIPs are shown in **Figure 6** and **Figure 7**.

The EOS model parameters are listed in Table 3, and the BIPs in Table 4 to Table 7.

Table 4 shows the BIPs with $N_2$, $CO_2$ and methane at reservoir temperature (243 °F), and Table 5 lists the parameters for the temperature dependent BIPs between methane and $C_7$ to $C_{22}$. All other BIPs are independent of temperature. Table 6 and Table 7 show the BIPs amongst $C_{7+}$ fractions. The matrix of BIPs is symmetric and the tables only show the lower half of the matrix. BIPs are zero for all other component pairs.

---

[11] All EOS model tuning was conducted using the PhazeComp software (Zick Technologies). Final EOS model comparisons were made with PVTsim (Calsep),"PR78 Peneloux (T)" model and MultiFlash (InfoChem), showing that the same properties are calculated by all three programs.

[12] For the study of aromatic compound partitioning into seawater, PERA created more-detailed versions of the SCN-based EOS model, tuning BIPs to match measured hydrocarbon-water solubility data.

 **PERA – Petroleum Engineering Reservoir Analysts**

Because of the inconsistencies between measured compositions and PVT properties (as indicated in Table 2), some adjustments were made to the measured compositions in order to develop a consistent, single EOS model that could match the data for all four samples. Controlled modifications were made to the compositions of each sample by altering the (a) molar distribution of $C_{7+}$, representing uncertainty in average $C_{7+}$ molecular weight and gas chromatographic analysis, (b) molar recombination ratio representing the uncertainty in the laboratory flash process required to determine composition of pressurized bottomhole samples, and (c) molar amount of the heaviest $C_{36+}$ fraction which is not measured directly but by inference using an internal standard.

After finalizing the EOS model, a rigorous consistency check was made to verify that the model modifications did not introduce any non-physical behavior. The first consistency test is that equilibrium K-values of all $C_{7+}$ fractions decrease monotonically with increasing molecular weight, for all relevant conditions of pressure and temperature; also, hydrocarbon K-values should not cross as a function of pressure. Another test is that the EOS predicts only two-phase gas-oil phase equilibria for all conditions tested as two-phase gas-oil in the laboratory. And finally, individual $C_{7+}$ specific gravities should be well-behaved and monotonically increasing with molecular weight. The final EOS met all these criteria.

## Comparison with measured data

**Figure 9** to **Figure 22** show a selection of the charts that were used to compare the EOS model results with experimental data.  **Figure 9** and **Figure 10** show results for the relative total volume and single-phase fluid (gas) density during a CCE experiments on the CL68379 fluid at 243 F.  A similar high-quality match was obtained for all four fluids at all temperatures.

**Figure 11** to **Figure 16** show results for the relative liquid volume (liquid volume / volume at saturation pressure) for all fluids at 100 $^{o}$F and 242 or 243 $^{o}$F. This is a very sensitive test of the EOS model, as very small changes in EOS parameters or fluid composition can cause a large change in the liquid volumes. The EOS model results are of high quality, particularly given the complex nature of these near-critical fluids. The EOS model overestimates liquid volume of the Intertek fluid at 100 $^{o}$F, but the measured data for this fluid show similar liquid volumes at 100 $^{o}$F and 243 $^{o}$F, whereas for all other fluids the liquid volume is much higher at 243 $^{o}$F.

**Figure 17** to **Figure 19** show the results for the 4-stage laboratory separator test for the CL68379 gas condensate.  The liquid volume and density results are well predicted, and the results for CL68508 are of similar quality. The EOS model GOR is somewhat too high.  **Figure 20** to **Figure 22** show the separator test results for the SLB-1.18 oil, with good agreement for all data.

Initial "oil" FVF ($B_i$) means the ratio of 1 barrel of reservoir fluid (be it gas or oil) at initial reservoir condition, divided by the resulting barrels of stock-tank oil when passed through a surface separation process. In terms of black-oil PVT properties, this initial "oil" FVF is defined as $B_{oi}$ for a fluid that has a bubblepoint at reservoir temperature, while it is defined as $B_{gi}/r_{si}$ for a fluid that has a dewpoint at reservoir temperature. The initial "oil" FVF is the *inverse* of total shrinkage experienced from initial reservoir conditions to final stock-tank oil.

 **PERA – Petroleum Engineering Reservoir Analysts**

$B_i$ from the four-stage separator test is predicted to within 2% for three of the four fluids. The exception is the Intertek fluid where the EOS result is low by 4.6%; this is likely due to the Intertek measured $B_i$ is much larger than would be expected, as shown in Table 2. (The Intertek fluid has the lowest $C_1$ fraction and one would expect $B_i$ to be lower than for the two gas condensate fluids.)

The PVT lab reports also provide data for a single stage flash separation that is used to provide atmospheric vapor and liquid samples for determining composition. The lab reports suggest that the two CL fluids were flashed at 80$^o$F and the SLB fluid at 74.6$^o$F. The flash conditions are not specified for the Intertek fluid. The EOS underestimates $B_i$ for the two CL fluids by approximately 4% if one assumes a single stage flash at 80$^o$F, although the results agree to within 1% if one assumes a single stage flash at standard conditions (60$^o$F). The EOS predicts the single stage flash $B_o$ to within 1% for the SLB and Intertek samples.

The important data that affect shrinkage calculations are (1) the initial and saturated oil formation volume factor in the separator test and (2) the total relative volume and oil relative volume at exit conditions (2250 psi). These data were given additional weight when adjusting the EOS model parameters to match experimental data.

The total shrinkage factor (TSF) is defined as the ratio of the oil volume at surface to the total (oil + gas) volume at exit point conditions, and can be expressed as

TSF = $1/[B_s(p_s,T_R) \, V_{rt}(p,T)]$

where $B_s$ is the "oil" FVF (=$B_{ob}$ for oils and $B_{gd}/r_{si}$ for gas condensates) at saturation pressure and reservoir temperature, and $V_{rt}(P,T)$ is the ratio between the total volume at (p,T) to the volume at $p_s$, and $T_R$ (saturation pressure and reservoir temperature). $B_s$ and $V_{rt}$ are measured in the (four-stage) separator test and CCE experiments, respectively, so TSF can be estimated from experimental data and compared with EOS calculations to give an extra check of the validity of the EOS model. The results of this comparison are shown in **Figure 23**.

## Viscosity Model

Laboratory gas and oil viscosities were matched using the LBC (Lohrenz-Bray-Clark) compositional model, adjusting the default $C_{7+}$ critical volumes. Densities used by the LBC model are calculated from the EOS.

The available laboratory viscosity data included only Core Laboratories and Intertek samples, with viscosities reported at 40, 100, 170, and 243$^o$F. Oil viscosities were measured at pressures below saturation pressure, and single phase (either gas or oil) viscosities at pressures above saturation pressure. **Figure 24** and **Figure 25** compare EOS/LBC model predictions with measured data for CL68379. The data are for oil viscosities below dew-point pressure, and single phase gas viscosities above dew-point pressure. The obvious inconsistencies in reported viscosity data at 100$^o$F were removed (weighted to zero) when conducting the viscosity model tuning.

 **PERA –** Petroleum Engineering Reservoir Analysts

## In Situ Reservoir Fluid Compositions

The modified compositions resulting from the EOS model tuning were corrected for small amounts of contamination by oil-based mud (OBM) used during drilling. The OBM compositions were measured and were found to consist mainly of $C_{16}$ and $C_{18}$ hydrocarbons. The presence of OBM can be seen by plotting the molar amounts of single-carbon-number fractions in the measured wellstream compositions on a semilog plot, as shown in **Figure 26**. The OBM contamination is shown by peaks at C16 and C18 on this plot. The mud-free reservoir fluid composition can be estimated by assuming an exponential distribution (corresponding to a straight line on the semilog plot) in the $C_{15}$ to $C_{19}$ range.  The measured and decontaminated compositions for the CL68379 sample are shown in **Figure 26**.

The OBM contamination levels for the four samples were found to be between 0.2 and 0.5 wt-% of the reservoir fluid (or 0.3 to 0.75 wt-% of the stock tank oil), which is hardly detectible by visual inspection. Calculated phase and volumetric behavior for the decontaminated samples, thought to represent in-situ reservoir fluids, is essentially the same as for measured, contaminated samples. For example, **Figure 27** shows the EOS calculations of liquid relative volume for the SLB-1.18 sample, which is the sample with the highest OBM contamination. The results for the contaminated and decontaminated compositions are almost identical, apart from some small differences in the near-critical region.

**Figure 28** shows the calculated phase envelopes (the boundary between the single-phase and two-phase regions) for the four decontaminated fluid samples.  For the SLB-1.18 and Intertek samples the phase envelope shows a critical point and the phase boundary is a bubblepoint at temperatures below about 300°F. For the two CL fluids, a critical point is not found and the phase boundary is a dewpoint.

## EOS model calculations in PVTsim and Multiflash

The EOS models and sample compositions were input to the PVTsim and Multiflash programs and a selection of calculations were made to check that the three PVT programs gave identical results. The conversion process from PhazeComp was not insubstantial due to different input conventions for volume shift parameters, temperature-dependent BIPs, and LBC viscosity correlation parameters in PVTsim and Multiflash. The resultant input files for PVTsim and Multiflash also contain a text file with details of the conversion issues from PhazeComp.

Table 8 to Table 11 list the compositions for the four samples. For each sample there are three compositions:

1. The reported composition from the PVT lab report.
2. The adjusted composition after modifications during EOS model development.
3. The adjusted composition with estimated OBM contamination removed. This composition was used to generate the black-oil tables and shrinkage factors.

 **PERA – Petroleum Engineering Reservoir Analysts**

## Appendix D - Surface Processes and Shrinkage

The conversion of volume from reservoir to stock-tank conditions is an important part of this study, but the determination of "stock tank oil" will depend on the path by which the reservoir fluid takes to the surface. The PVT reports provide experimental data for two pathways; a single-stage flash (where the fluid is flashed directly to atmospheric pressure) and a 4-stage separator, defined previously.

### Oceanic Separation Process

The pressure-temperature path from seabed to surface was estimated using recognized pressure- and temperature-depth profiles in the Gulf of Mexico near Macondo well [13]. The temperature and pressure versus depth profiles are shown in **Figure 3**. A sensitivity study was then made to see how many stages were needed in the oceanic separation process in order to converge on the correct value of total shrinkage. **Figure 29** shows the results of the sensitivity study, which suggests that at least 100 stages are needed.

A set of 130 separation stages was used from seabed to surface. The first-stage separator was always assumed to equal seabed pressure of 2,250 psia. First-stage separator temperature represents the conditions at the exit point into ocean. For the other stages regional p-depth and T-depth correlations are assumed, ending at standard conditions of 14.7 psia and 60 °F.

Because this complex 130-stage separation process cannot be used in most software, PERA identified near-equivalent process with only five stages, where the first stage was exit-point conditions (2250 psia and $T_{exit}$) and the final stage was at stock-tank conditions. This five stage process is called the "oceanic-proxy" separator. By regression, PERA identified the three intermediate stage conditions (p,T) so that oil shrinkage, gas-oil ratio, and surface product properties were almost identical for the 5-stage oceanic-proxy separator and the full 130-stage process. The conditions in the "oceanic-proxy" separator were:

| Stage 1 | 2250 psia | $T_{exit}$ |
|---------|-----------|------------|
| Stage 2 | 1500 psia | 130 F |
| Stage 3 | 250 psia | 35 F |
| Stage 4 | 30 psia | 35 F |
| Stage 5 | 14.7 psia | 60 F |

PERA's 130-stage separation process only addresses gas-oil separation path with specified pressure-temperature conditions based on background oceanic conditions. The resulting black oil tables do not reflect decreases in *oil* volumes associated with  (1) the evolving gas phase dissolving partially or completely into the ocean seawater, (2)  highly soluble light components  found in the surfacing oil phase (*e.g.* methane-pentane) dissolving into the seawater, and (3)  highly soluble lighter aromatics compounds (*e.g.* benzene and toluene) dissolving into the seawater.

---

[13] National Oceanographic Data Center database. http://www.nodc.noaa.gov/OC5/GOMclimatology/

 **PERA –** Petroleum Engineering Reservoir Analysts

PERA conducted an EOS-based quantitative assessment of (2) and (3) above,[14] calculating that the final stock tank surface oil volume decreases by 10% (±3%) from the surface oil volumes calculated in this study and represented in the oceanic-process black-oil tables. The most significant surface oil volume reduction is caused by the oil phase light components $C_1$-$C_5$ dissolving into seawater.

### Example Showing Effect of Surface Process on Stock Tank Oil Volume

To illustrate the influence of surface process "path" on ultimate stock-tank oil volumes, consider the the example of an initial volume of 100 barrels of reservoir fluid near the initial reservoir conditions (11850 psia and 243°F). The stock-tank oil volumes in this example are EOS calculated values for an average for the four fluids.

The resulting stock-tank barrels of oil associated with each process is as follows:

1. Single Stage Flash:                              **43.3** barrels

2. Oceanic Separator ($T_{exit}$=210°):          **46.7** barrels

3. Oceanic Separator ($T_{exit}$=130°):          **48.0** barrels

4. 4-Stage Separator:                              **47.9** barrels

The pathway from reservoir to surface emulated by the oceanic separator process will be different from the single stage flash and the 4-stage separator processes. The fluids will first expand to exit-point conditions with little or no change in overall composition, and then be transported to surface conditions through a 5,000-ft column of seawater.

The PERA oceanic separator analysis assumed an exit-point pressure equal to the seabed pressure of 2,250 psia, and a range of exit temperatures are then examined. At exit conditions, the 100 barrels of reservoir fluid at initial conditions will now be a 2-phase mixture. The volumes of the two phases will depend somewhat on the exit temperature.  For example, whereas an exit temperature of 210°F will result in 63 barrels of oil phase and 122 barrels of gas phase, an exit temperature of 130°F will result in 65 barrels of oil phase and 92 barrels of gas phase.

The oil and gas exiting at the seabed moves through a path to the surface, and PERA simulated this oceanic process whereby evolving gases are separated immediately from the changing oil at each depth. This results in 46.7 stock-tank barrels for an exit temperature of 210°F  and 48.0 stock-tank barrels of oil for an exit temperature of 130°F.

Taking into account that most of the light hydrocarbons and some lighter aromatics dissolve in seawater during ascension to the surface through 5,000 of seawater, PERA calculates that the final stock-tank oil

---

[14] Ryerson et al.: "Chemical data quantify Deepwater Horizon hydrocarbon flow rate and environmental distribution".

 **PERA –** Petroleum Engineering Reservoir Analysts

volume will be approximately 10% less than the laboratory 4-stage separator, reaching a final stock tank oil volume of 43 stock-tank barrels, which is essentially the same stock-tank oil volume as for a single-stage process.

## Oil Shrinkage Definitions

The calculation of oil shrinkage is an important part of this study. However, the industry does not operate with a common definition of "shrinkage" as it is to be used in the Deepwater Horizon Incident. PERA therefore introduces the following nomenclature and definitions to avoid any misunderstanding of the calculations provided in this study and how they should be used. This is also supported by a simple example.

Keeping in line with industrial practice of "naming" different types of barrels (e.g. STB, STBW, and RB), some case-specific barrel definitions for this project are made as follows:

1 barrel = 42 U.S. gallons = 5.6146 $ft^3$

**STB** = total surface ("stock-tank") oil barrel at standard conditions.
**SBO** = surface oil barrel at standard conditions, resulting from shrinkage of exit-point oil.
**SBC** = surface oil (*condensate*) barrel at standard conditions, resulting from condensation of exit-point gas.
**EB** = Seabed exit-point total gas+oil barrel at exit-point temperature and exit-point pressure of 2250 psia.
**EBO** = Seabed exit-point total oil barrel at exit-point temperature and exit-point pressure of 2250 psia.
**EBG** = Seabed exit-point total gas barrel at exit-point temperature and exit-point pressure of 2250 psia.
**RB** = reservoir barrel at reservoir temperature and some pressure (may be gas, oil, or gas+oil).
**RBO** = reservoir barrel oil at reservoir temperature and some pressure.
**RBG** = reservoir barrel gas at reservoir temperature and some pressure.

*Seabed* "total shrinkage factor" (TSF) is defined as the fraction of total (gas+oil) volumetric rate at seabed exit-point conditions that ends up as stock-tank oil after some oceanic separation process. Consider these definitions:

$V_{texit} = V_{oexit} + V_{gexit}$ = total gas+oil volume at seabed exit conditions [EB].

$V_{oexit}$ = oil volume at seabed exit conditions [EBO].

$V_{gexit}$ = oil volume at seabed exit conditions [EBG].

$V_{oo}$ = surface oil volume resulting only from shrinkage of seabed exit-condition oil [SBO].

$V_{og}$ = surface oil volume resulting only from condensation of seabed exit-condition gas [SBC].

$V_{ot} = V_{oo} + V_{og}$ = total surface oil volume at standard conditions [STB].

Also consider terms expressing ratios of the volumes idenitified above:

OF = "oil fraction" = $V_{oexit} / V_{texit}$ = oil phase fraction of total gas+oil volume at seabed conditions [EBO/EB].

 **PERA** – Petroleum Engineering Reservoir Analysts

GF = "gas fraction" = $1 - OF = V_{gexit} / V_{text}$ = gas phase fraction of total gas+oil volume at seabed conditions [EBG/EB].

OS = $V_{oo} / V_{oexit}$ = "oil shrinkage" = surface oil volume resulting from shrinkage of the oil at seabed exit conditions, expressed as a fraction of oil volume at seabed conditions [SBO/EBO].

OSF = OF x OS = $V_{oo} / V_{texit}$ = "oil shrinkage factor" = surface oil volume resulting from the shrinkage of oil at seabed exit conditions, expressed as a fraction of gas+oil volume at seabed conditions [SBO/EB].

CSF = $V_{og} / V_{texit}$ = "condensate shrinkage factor" = surface oil volume condensing from exit-point gas, expressed as a fraction of gas+oil volume at seabed exit conditions [SBC/EB].

TSF = OSF + CSF = $V_{ot} / V_{texit}$ = "total shrinkage factor" = total surface oil, expressed as a fraction of gas+oil volume at seabed exit conditions **[STB/EB].**

**Example.** Consider a simple example using the CL68379 sample and $T_{exit}$=210 $^o$F, where OF≈0.33, OS≈0.75, and CSF≈0.003. Measured exit-point total gas+oil volume $V_{texit}$=100 EB.

OF represents the fraction of total gas+oil volume at exit conditions on the seabed that is an oil phase. OF=0.33 means that one third of the total 100 barrels volume leaving the well at seabed exit conditions is an oil phase, 33 EBO, and two thirds of the total volume is a gas phase, 67 EBG.

OS represents the shrinkage of seabed exit-condition oil volume subject to an oceanic separation process, expressed as an oil volume at standard conditions. OS=0.75 means that seabed exit-condition oil shrinks by 1-OS or 25% due to the oceanic separation process, resulting in a surface oil volume 75% of the seabed exit-condition oil volume, 0.75(33 EBO)=25 SBO.

The product of OF and OS has been used previously to approximate shrinkage of total gas+oil volume at seabed exit conditions to final surface oil. However, this does not take into account the surface oil (condensate) that forms from condensation of the gas phase at seabed exit point – e.g. CSF=0.003 in our example. The total surface oil resulting from oceanic separation of 100 barrel of total gas+oil mixture at seabed exit point is TSF=OSF+CSF=0.253 STB/EB times 100 EB, or (0.253)(100)=25.3 STB surface-oil barrels. The impact of condensation of surface oil from the exit-point gas is ≈1.2% difference for the assumed $T_{exit}$=210 $^o$F in this example; the condensate impact decreases to 0.1% difference for lower exit-point temperatures.

As discussed earlier, the reported total shrinkage factors from this study do *not* include additional shrinkage due to the solubility of hydrocarbons in the oil. PERA did quantify, based on research studies about hydrocarbon solubilities in seawater, that the surface oil volume decreases by approximately 10% due to (a) partial or complete solubility all $C_1$-$C_5$ components and (b) the solubility of lighter aromatic compounds. For this example calculation, using a decrease in surface oil volume of 10% due to the solubility of both light components and lighter aromatic compounds, the final total shrinkage would then be: 0.25(1-0.1)(1-0.02)+0.003 = 0.2235 versus 0.253 for no stripping – a net reduction from 25.3 STB to 22.35 STB for 100 EB.

 **PERA – Petroleum Engineering Reservoir Analysts**

## Appendix E - Black-Oil Tables

The procedure for creating black-oil tables requires specification of the following for each table: (a) sample composition, (b) mixture temperature, (c) depletion process to be simulated at mixture temperature, (d) series of depletion pressures at and below the saturation pressure, (e) series of pressures above the saturation pressure, and (f) multi-stage separator conditions.

PERA generated black-oil tables for all four samples, using the decontaminated (mud-free) compositions. The series of mixture exit temperatures was 35, 60, 100, 130, 170, 210, and 243°F. The depletion pressures ranged from saturation pressure and down to 100 psia, and undersaturated pressures up to 12,000 psia. The oceanic proxy five-stage separator process was used.

Complete saturated and undersaturated black-oil tables were created by PVTsim in ECL100 format (for reservoir simulation). Each file is named with the following syntax:

**Sample-ID-Texit=xxxF-T=yyyF.ecl** (e.g. CL68379-DECON-Texit=100F-T=100F.ecl)

The resulting black-oil PVT properties were checked to be consistent with those generated by PhazeComp.

Some of the black-oil PVT properties are plotted in **Figure 30** to **Figure 40**.

**Figure 30** to **Figure 33** show the effect of different sample compositions by plotting properties for different samples at a mixture (reservoir) temperature of 243 °F and an exit temperature of 210 °F.

**Figure 34** to **Figure 37** show the effect of mixture temperature by plotting properties for CL68379 (decontaminated) at exit temperature 210 °F and various mixture temperatures.

**Figure 38** to **Figure 40** show the effect of exit temperature by plotting properties for CL68379 (decontaminated) at a mixture temperature of 243 °F and various exit temperatures. The exit temperature has no effect on calculated oil or gas viscosities.

The same set of tables was also created by PVTsim in Prosper format (for pipeflow calculations). Each file is named with the following syntax:

**Sample-ID-Texit=xxxF-Prosper.pvt** (e.g. CL68379-DECON-Texit=100F-Prosper.pvt)

The Prosper black-oil PVT tables generated by PVTsim do not contain a complete set of properties needed for pipe flow calculations using Prosper. The generated Prosper files contain only a partial set of the saturated properties, and no undersaturated properties. The files contain different incomplete saturated properties, according to whether the sample saturation pressure (at a particular mixture temperature) is a dewpoint or a bubblepoint. Any Prosper applications using black-oil PVT tables for the DWH Incident will, as a result, be uncertain when the fluid at issue is near-crital, and should be validated using an EOS-based compositional version of Prosper.

 **PERA** – Petroleum Engineering Reservoir Analysts

All .ecl files were also converted into Excel summary files with the following syntax:

**Sample-ID-Texit=xxxF-ALL.xls** (e.g. CL68379-Texit=100F-ALL.xls)

where "ALL" indicates that all temperatures are found in the same xls file, each temperature with a separate worksheet containing the appropriate black-oil table.

Black-oil tables were also generated for a single-stage surface process (to 14.7 psia and 60$^{\circ}$F). These files were labeled with the following syntax:

**Sample-ID- T=xxxF-SSF.ecl** (CL68379-DECON-T=243F-SSF.ecl)

**T=xxxF-SSF-ALL.xls** (e.g. T=243F-SSF-ALL.xls)

## Black-Oil PVT – Applications

This section defines black-oil PVT quantities and how they are used to calculate oil and gas volume fractions as a function of pressure, temperature, and composition (total mixture gas-oil ratio $R_{mix}$) at any point in the system – reservoir, production tubing, seabed equipment, and oceanic conditions from seabed to surface. With a given pressure, temperature, and mixture gas-oil ratio, the black-oil tables calculate accurately the percent of total (gas+oil) volume that is oil and the percentage that is gas.

The volumetric calculations of oil and gas from black-oil PVT tables are as accurate as using the equation of state for all points in the system up to and including the seabed exit point as well as at surface conditions. This accuracy is due to the mixture gas-oil ratio equaling the initial reservoir fluid gas-oil ratio. The reservoir does not drop below its saturation pressure and, therefore, the fluid flowing within the reservoir is not only single phase but it is same as the total flow mixture everywhere in the production system up to the seabed exit point, where gas and oil phases separate and travel by independent paths within the ocean.

Volumetric calculations of oil and gas volume within the ocean – *i.e.* between the seabed exit point and just below the surface – are accurate but not as precise because the oceanic separation process is approximated to describe mainly the final surface gas and surface oil products at stock-tank conditions. Within the ocean, between seabed exit and surface conditions, the black-oil PVT properties can be used to obtain a reliable estimate of local gas and oil volumes for any mixture with known gas-oil ratio $R_{mix}$. The "local" gas-oil mixtures within the ocean can have a dramatic spatial variation, from gas-only to oil-only, or a gas+oil mixture. After leaving the seabed exit point, the local mixture will likely never again be the same as the original reservoir mixture that flowed homogeneously from the reservoir to the seabed exit point.

After a section defining black-oil properties, several examples are given that illustrate how black-oil tables are used to calculate gas and oil volumes as a function of pressure, temperature, and mixture gas-oil ratio – example calculations that traverse from the reservoir, up the production tubing to seabed exit, within the ocean, and finally at stock-tank conditions.

 **PERA – Petroleum Engineering Reservoir Analysts**

## Black-Oil PVT – Definitions

Four black-oil PVT properties are used to calculate gas and oil phase volumes and densities at a specified pressure and temperature and total mixture gas-oil ratio $R_{mix}$. The formation volume factors (FVFs) $B_o$ and $B_g$ define a ratio of phase volume at (p,T) per surface phase volume. The solution gas-oil ratio $R_s$ and solution oil-gas ratio $r_s$ reflect the "composition" of the oil phase and gas phase, respectively. By definition, total gas-oil ratio must lie between $R_s$ and $1/r_s$. Knowing $R_{mix}$, black-oil properties $B_o$, $B_g$, $R_s$, and $r_s$ allow one to calculate the phase volume fractions of oil and gas.

The four black-oil properties are:

$B_o = V_o / V_{\tilde{o}o}$
$R_s = V_{\tilde{g}o} / V_{\tilde{o}o}$
$B_g = V_g / V_{\tilde{g}g}$
$R_s = V_{\tilde{o}g} / V_{\tilde{g}g}$

where

$V_o$ = oil phase volume at (p,T)
$V_g$ = gas phase volume at (p,T)

$V_{\tilde{o}o}$ = surface oil volume from oil phase at (p,T)
$V_{\tilde{g}o}$ = surface gas volume from oil phase at (p,T)
$V_{\tilde{o}g}$ = surface oil volume from gas phase at (p,T)
$V_{\tilde{g}g}$ = surface gas volume from gas phase at (p,T)

$V_{\tilde{o}}$ = total surface oil volume = $V_{\tilde{o}o} + V_{\tilde{o}g}$
$V_{\tilde{g}}$ = total surface gas volume = $V_{\tilde{g}o} + V_{\tilde{g}g}$

For the mixture defined by its gas-oil ratio $R_{mix}$,

$F_{\tilde{o}o}$ = fraction of surface oil volume from oil phase at (p,T)
$1-F_{\tilde{o}o}$ = fraction of surface oil volume from gas phase at (p,T)
$F_o$ ("OF") = fraction of mixture existing as an oil phase at (p,T)
$1-F_o$ ("GF") = fraction of mixture existing as a gas phase at (p,T)

The Society of Petroleum Engineers monograph volume 20 "Phase Behavior" (Whitson and Brule) dedicate chapter 7 to the details of black-oil properties in phase and volumetric behavior calculations. From that chapter, two important equations (Eqs. 7.38 and 7.39) are used in connection with this study to define oil phase volumetric fraction "OF" ($F_o$):

$F_{\tilde{o}o} = (1-R_{mix}r_s) / (1-R_s r_s)$

$F_o = [1 + (R_{mix} - R_s F_{\tilde{o}o})B_g/(F_{\tilde{o}o} B_o)]^{-1}$

where $B_o$ and $B_g$ are given at a specified pressure and temperature (p,T).

 **PERA** – Petroleum Engineering Reservoir Analysts

One can show that if $R_{mix} \leq R_s$ then a single-phase oil exists with $F_{\delta o} = F_o = 1$; if $R_{mix} \geq 1/r_s$ then a single-phase gas exists with $F_{\delta o} = F_o = 0$. For all other mixtures with $R_s < R_{mix} < 1/r_s$, the values of $F_{\delta o}$ and $F_o$ lie between 0 and 1, a two-phase gas-oil mixture exists at (p,T), and the system pressure equals the oil-phase bubblepoint (at T) and gas-phase dewpoint (at T) – i.e. the system consists of two saturated phases.

The important terms needed to estimate local and surface oil volumes from a mixture with specified $R_{mix}$, p, and T are:

$OF = F_o = [1 + (R_{mix} - R_s F_{\delta o})B_g/(F_{\delta o}B_o)]^{-1}$
$OS = 1/B_o$
$OSF = OF \times OS$
$GF = 1 - OF$
$CSF = GF(r_s/B_g)$
$TSF = OSF + CSF$
$B_t = 1/TSF$

Each of these terms, when multiplied by the total mixture gas+oil volume $V_{mix}$ (in barrels) – defined by $R_{mix}$ at a specific pressure and temperature (p,T) – yields barrels according to these relations:

$V_o(p,T) = V_{mix}(p,T) \times OF$

$V_g(p,T) = V_{mix}(p,T) \times GF$

$V_{\delta o} = V_{mix}(p,T) \times OSF$

$V_{\delta g} = V_{mix}(p,T) \times CSF$

$V_\delta = V_{\delta o} + V_{\delta g} = V_{mix}(p,T) \times (OSF + CSF)$

**Figure 41** shows the different shrinkage factors (OS, OF and TSF) as a function of temperature for the four samples. **Figure 42** shows TSF values, by sample, with an exponential best-fit trend with temperature. Data in these figures represent decontaminated samples using the oceanic-proxy separation and an exit pressure of 2250 psia.

In previous sections discussing stock tank oil shrinkage, two "oil" FVF factors were introduced – the initial "oil" FVF ($B_I$) and the saturated "oil" FVF ($B_s$). These unconventional terms represent the ratio of one barrel of single-phase reservoir fluid (be it oil *or* gas) divided by the stock tank oil volume that results after being subjected to a surface process. If the single-phase fluid is an oil, then $B_I = B_{oi}$ and $B_s = B_{ob}$. But if the single-phase fluid is a gas condensate (e.g. both Pencor samples), then $B_I = B_{gi}/r_{smix}$ and $B_s = B_{gd}/r_{smix}$ where solution $r_{smix}$ = the flowing-mixture oil-gas ratio.

 **PERA –** Petroleum Engineering Reservoir Analysts

## Appendix F - Zick EOS Model

The Expert Report of Dr. Aaron Zick[15] presents an alternative EOS model of the Macondo reservoir fluids. This model also uses the Peng-Robinson (1978) equation with volume shift parameters to improve liquid density predictions. The main differences between the PERA and Zick models are:

- The Zick EOS uses 11 components, with six being lumped pseudocomponents. The PERA model uses 40 components with one being a lumped pseudocomponent ($C_{36+}$).

- Some methane-$C_{7+}$ binary interaction parameters (BIPs) in the PERA model are temperature-dependent. In the Zick model, all BIPs are constant.

- All hydrocarbon-hydrocarbon BIPs were assigned non-zero values in the PERA model, while only methane-hydrocarbon BIPs were assigned non-zero values in the Zick model. (Non-hydrocarbon BIPs were similar non-zero values in both EOS models.)

- In the PERA model, slight adjustments were made to the four laboratory-reported compositions to develop a consistent, single EOS model, including the complex near-critical phase and volumetric behavior of all four samples. In the Zick model, only the composition of the SLB-1.18 fluid was adjusted, with the changes being considerably larger for methane and $C_{30+}$, compared with changes required for the PERA model. **Figure 43** shows the changes in the PERA model for the CL 68379, CL68508 and Intertek fluids; Dr. Zick did not adjust these compositions. **Figure 44** shows the changes in the compositions of the SLB-1.18 sample, which was adjusted in both the PERA and Zick models.

### Zick EOS Model Pseudocomponents

Zick's EOS model uses $N_2$, $CO_2$, methane ($C_1$), ethane ($C_2$) and propane ($C_3$) as pure components. The remaining six components are *pseudocomponents*, each of which represents a number of "lumped" components: $C_4$-$C_5$, $C_6$-$C_7$, $C_8$-$C_9$, $C_{10}$-$C_{12}$, $C_{13}$-$C_{19}$, and $C_{20+}$. This compares with the 40 components in the PERA model, with single carbon number fractions up to $C_{35}$, and $C_{36+}$ as the heaviest (and only) pseudocomponent.

In reservoir engineering, it is common to develop EOS models with approximately 10 to 15 components for use in compositional reservoir simulation, where large computing requirements may prohibit the use of a more detailed EOS model. However, it is standard practice to first develop a detailed EOS model, tune its parameters to match measured data, and then use the detailed model to calculate pseudocomponent properties in the model with fewer components. This approach allows the choice of pseudocomponents to be optimized, and gives a quantitative indication of any loss of accuracy in using fewer components. Dr. Zick does not discuss his selection of pseudocomponents, whether his lumping scheme is optimal, and why the heaviest fraction ($C_{20+}$) was so light.

---

[15] "Equation-of-State Fluid Characterization and Analysis of the Macondo Reservoir Fluids'. Expert Report prepared on behalf of the United States. Aaron A. Zick, March 22, 2013.

 **PERA** – Petroleum Engineering Reservoir Analysts

The method described by Dr. Zick for developing his 11-component EOS ("Zick-EOS11") is appreciably different than any known approaches. Dr. Zick starts with a standard, detailed single-carbon-number (SCN) EOS with a total of 35 components, with the heaviest component being $C_{30+}$ ("Zick-EOS35"). The model tuning (regression) is conducted on the 35-component EOS parameters and compositions; the 11-component EOS is derived directly from the regressed Zick-EOS35 model – by averaging of properties using the SLB-1.18 sample (which itself is a "composition" regression variable). The Zick-EOS11 model is used to simulate all experiments, calculating some 1000 PVT data that make up a root mean square best-fit value that is minimized to obtain his final EOS models (Zick-EOS35 and Zick-EOS11).

Given that the Zick-EOS11 model is derived directly from the "parent" Zick-EOS35 model, it would be expected that the Zick-EOS35 model also predicts PVT properties of the Macondo fluids accurately. The more-detailed Zick-EOS35 model should be more accurate than its "pseudoized" derivative model (Zick-EOS11). No such verification or comparison of the 35- and 11-component EOS models was provided.

Some of Dr. Zick's unreported PhazeComp calculations (file *predictions.phz*) do in fact use the Zick-EOS35 model for calculations, although these calculations are only of stock-tank oil properties. Those calculations using the Zick-EOS35 model give inaccurate predictions of the Macondo STO fluids. The parent Zick-EOS35 model predicts liquid-liquid behavior, resulting in a calculated single-stage flash GOR≈2000 scf/STB of STO mixtures, with the heaviest liquid being more-or-less $C_{35+}$ only; these calculated GORs of STO mixtures in *predictions.out* by Dr. Zick are misleading because the upper liquid phase is expressed as a gaseous surface volume.

The use of $C_{20+}$ as the heaviest component is an unusual choice in Zick's pseudoized 11-component EOS model. Dr Zick states in his report that the "normal" choice of heaviest EOS component is usually $C_{30+}$ or heavier. Dr. Zick uses $C_{30+}$ in his detailed 35-component model, with $C_{30+}$ properties being modified as part of the tuning process. In Dr. Zick's renowned paper[16] about modeling PVT properties of Prudoe Bay fluids and the near-critical mixtures that develop during a miscible process, $C_{30+}$ component is used as the heaviest pseudocomponent.

It appears that the BIPs involving $C_{30+}$ component in the Zick-EOS35 model inadvertently cause liquid-liquid behavior – nonphysical behavior that was not observed experimentally. Had the $C_{30+}$ component been kept in his 11-component model, as would normally be done, this would likely lead to unphysical liquid-liquid behavior in the pseudoized EOS model also. By lumping the $C_{20}$ and heavier components into a single $C_{20+}$ pseudocomponent, this apparently eliminated the non-physical liquid-liquid behavior (by averaging away the problematic $C_{30+}$ BIPs).

The decision to use such a light ($C_{20+}$) heaviest component in his final 11-component EOS model may partially explain the reason that Dr. Zick was not able to predict near-critical dewpoint behavior for either of the Pencor samples. Furthermore, by lumping $C_4$ and $C_5$ components as a single pseudocomponent, the Zick-EOS11 model may have adversely impacted the accuracy of surface

---

[16] Zick, A.A.: "A Combined Condensing/Vaporizing Mechanism in the Displacement of Oil by Enriched Gases," paper SPE 15493 presented at the 1986 SPE Annual Technical Conference and Exhibition, New Orleans, 5–8 October.

 **PERA –** Petroleum Engineering Reservoir Analysts

separator calculations.

## PERA vs Zick EOS Models

A comparison was performed of the PERA and Zick EOS model calculations for some of the important PVT data. **Figure 45 to Figure 50** show results for the relative liquid volume (liquid volume / volume at saturation pressure) for all four fluids at $100^oF$ and 242 or 243 $^oF$.

As discussed earlier, two of the fluids (CL 68379 and CL68508) show a measured dewpoint at both $100^oF$ and $243^oF$, while the SLB and Intertek fluids show a measured bubblepoint. The PERA model matches the correct phase boundary for all four fluids, whereas the Zick model predicts bubblepoints in all cases, thereby miscalculating the near-critical phase and volumetric behavior of Pencor samples. This is seen clearly by the large differences between the Zick EOS and measured data in **Figure 45 to Figure 47**.

When developing the PERA model, PERA also had initial difficulty in matching the correct phase boundaries for all four fluids.  The use of temperature-dependent BIPs and slight composition adjustments were necessary to give the correct near-critical phase and volumetric behavior measured on all four samples.

**Figure 51 to Figure 54** show single phase fluid density at reservoir temperature. Both EOS models predict the densities to within 2%. For the SLB fluid both models give similar results, while for the other three fluids the PERA model gives a better match to the measured data. The Zick EOS model's overprediction of single-phase densities is one of the reasons for the overprediction of stock tank oil volumes (from a given reservoir fluid volume) in the 4-stage separator.

An important part of the EOS model development is to check that the EOS gives accurate results for the relationship between volumes at reservoir conditions and stock-tank conditions. **Table 13** compares the accuracy of the PERA and Zick EOS model calculations of 4-stage and single-stage separator process results, including calculation of "oil" formation volume factor (FVF) at initial reservoir conditions (11850 psi) for the four fluid samples.

For the 4-stage separator, the PERA EOS model "oil" FVF ($B_i$) is within ±2% for three of the four samples, with -4.6% for the Intertek sample. The Zick EOS model "oil" FVF ($B_i$) is, on average, biased low by -5%, with -8% for the Intertek sample. (It is noted above that the Intertek result appears to be inconsistent with the data for the other samples.)

For the single-stage flash process, the results in **Table 13** uses a flash at 80 $^oF$ for the two CL samples. The PERA EOS model overestimates $B_i$ for the two CL samples by about 4%, whereas the Zick EOS is more accurate.

There appears to be an inconsistency between the 4-stage and single-stage $B_i$ measurements for the two CL fluids. One would expect errors in EOS predictions to be similar for both 4-stage and single-stage processes. Neither EOS is able to match the CL $B_i$ measurements for both separation processes. Changing the single-stage flash temperature from 80 $^oF$ to 60 $^oF$ gives more consistent data and the separator K-

 **PERA** – Petroleum Engineering Reservoir Analysts

values are more in line with industry standard correlations.[17] With this assumption the PERA EOS calculations of single-stage $B_i$ are within 1.2% of the measured data for all four samples.

Because the "oil" FVF ($B_i$) is critical to the calculation of initial oil in place and, consequently, estimated reserves of oil for a new discovery, accurate prediction of the "oil" FVF (using a separation process similar to that used in the field) is one of the most important PVT properties to accurately predict in any EOS modeling study.

**Figure 23** shows PERA EOS results for the total *seabed* shrinkage factor (TSF) at exit conditions (2250 psia). TSF is defined as the ratio of the oil volume at surface to the total (oil + gas) volume at exit point conditions, and can be determined from experimental data. The 4-stage laboratory separator test was used to separate stock-tank oil and gas.

**Figure 55** to **Figure 58** show the PERA and Zick EOS model calculations for total seabed shrinkage factor, in comparison with the values determined from experimental data. The Zick EOS overestimates the value of TSF by an average of 5%, while the PERA model gives a reasonable match to the experimental data for all four fluids. The Zick EOS's overestimation of TSF (and hence of stock-tank oil volumes) is consistent with its low bias for the 4-stage FVF in Table 13.

## Zick Black-Oil Lookup Tables

The so-called "black-oil lookup" tables presented by Dr. Zick in his Table 10 (Appendix G) are not industry-standard black-oil tables. Those tables represent only basic tables of phase density, viscosity, and amount versus pressure and temperature. No commercial or in-house program based on industry-defined black-oil tables could use such tables.

By definition (see Whitson and Brule, Ch. 7 "Black-Oil PVT Formulations"), a black-oil table contains the following properties values:

- Solution gas-oil ratio (oil phase): $R_s(p,T)$
- Oil formation volume factor (oil phase): $B_o(p,T)$
- Oil (phase) viscosity: $\mu_o(p,T)$
- Solution oil-gas ratio (gas phase): $r_s(p,T)$ or $R_v(p,T)$
- Gas formation volume factor (gas phase): $B_g(p,T)$ or $B_{gd}(p,T)$
- Gas (phase) viscosity: $\mu_g(p,T)$
- Surface gas density (single value): $\rho_g$
- Surface oil density (single value): $\rho_o$

The properties $R_s$, $B_o$, $r_s$, and $B_g$ are dependent on the surface process of bringing the oil and gas phases at $(p,T)$ conditions to final standard (stock-tank) conditions. Viscosities are not dependent on the surface process. Surface densities $\rho_g$ and $\rho_o$ are also dependent on surface process.

The surface process is fundamental to defining black-oil property tables. There is no surface process

---

[17] SPE Phase Behavior Monograph, p 43.

 **PERA –** Petroleum Engineering Reservoir Analysts

defined in the Zick "black-oil lookup" tables. His tables do not contain the fundamental black-oil properties: $R_s$, $B_o$, $r_s$, and $B_g$.

PhazeComp, the program used by Dr. Zick as well as PERA, does not generate directly industry-standard black-oil tables. One can, however, define within PhazeComp a surface process to generate table with quantities that can be manipulated manually into traditional black-oil quantities and tables.   The PhazeComp output file name extension is .bot. PERA has a program that reads the .bot file and creates traditional black-oil tables in a number of formats (e.g. Schlumberger ECL100).

One could, theoretically, generate traditional black-oil PVT tables from the Zick EOS model using a third-party PVT program like PVTsim. Such use of the Zick EOS is susceptible to error because of data input incompatibilities and the need to ensure that the 3rd-party program has correctly interpreted the EOS parameters and compositions. It appears that several experts who were calculating stock-tank oil rate estimates could not (or did not) use the Zick PVT results because it lacked traditional black-oil PVT tables; instead they used alternative correlations for estimating black-oil PVT properties dependence on pressure and temperature using correlations which are not intended for use with near-critical fluids.

## Zick's Critique of BP EOS

On page 13 of the Zick report, he critiques the BP EOS:

*"Although the general accuracy of BP's EOS did not seem unreasonable, I found it to have certain shortcomings. In particular, the laboratory PVT experiments showed the Macondo fluid samples to be very near-critical (simply put, they exhibited phase behavior that was difficult to distinguish between oil-like and gas-like), but BP's EOS did not reflect that very well and did not predict the liquid-liquid critical point that was suggested by the data. In addition, some of the component properties that defined BP's fluid characterization were physically not very realistic."*

*"In my opinion, these inaccuracies and omissions raised questions about the BP fluid model's predictions for the two-phase, near-critical conditions just below the saturation pressures, and for fluid compositions that were not considered during BP's EOS-tuning process."*

From **Figure 45** to **Figure 48** showing the near-critical phase behavior predictions of the Zick EOS, the PERA EOS, and measured PVT data for Pencor samples, it is clear that the critique of BP's original EOS can equally be applied to the Zick EOS. It should be recognized that the Zick EOS does have more near-critical behavior than the original BP EOS, but the Zick EOS miscalculates *the two-phase, near-critical conditions just below the saturation pressures* of both Pencor samples.

Zick's critique of BP's original EOS ("*some of the component properties that defined BP's fluid characterization were physically not very realistic*") can equally be applied to the Zick 35-component EOS model that has severe physically inconsistent behavior. Given that the Zick 35-component EOS is the only input to the Zick 11-component EOS model (together with SLB-1.18 composition),  it is reasonable to apply the same criticism to the Zick EOS model as he gives the BP EOS model.

 **PERA –** Petroleum Engineering Reservoir Analysts

# TABLES

### Table 2. Properties of different samples.

The most 'gas-like' values are shown in the shaded boxes.

| Laboratory | | CL/Pencor | CL/Pencor | SLB | Intertek |
|---|---|---|---|---|---|
| Sample | | 68379 | 68508 | 1.18 | |
| Fluid Type | | Gas | Gas | Oil | Oil |
| C1 mol-% | | 65.4 | 65.8 | 66.5 | 64.8 |
| C7+ mol-% | | 15.7 | 15.4 | 15.1 | 15.7 |
| C7+ MW | | 211 | 213 | 218 | 214 |
| Density at 7000 psig, 243 F, g/cc | | 0.536 | 0.534 | 0.544 | 0.542 |
| Single stage flash GOR, scf/STB | | 2819 | 2906 | 2945 | 2830 |
| 4-stage separator GOR, scf/STB | | 2554 | 2485 | 2442 | 2747 |
| 4-stage separator $B_i$, RB/STB[18] | | 2.13 | 2.11 | 2.05 | 2.17 |
| Liquid relative volume at 2250 psia, % | 100 F | 67 | 64 | 75 | 60 |
| | 170 F | 63 | 56 | | |
| | 243 F | 54 | 49 | 60 | 62 |

---

[18] $B_i$ defined as (volume at initial reservoir conditions)/(stock tank oil volume).

 **PERA** – Petroleum Engineering Reservoir Analysts

**Table 3. PERA EOS model parameters.**

| | MW | $P_c$, psia | $T_c$, R | Acentric factor | Volume shift | $Z_c$ | Parachor |
|---|---|---|---|---|---|---|---|
| N2 | 28.014 | 227.16 | 492.84 | 0.03700 | −0.16758 | 0.29178 | 41.0 |
| CO2 | 44.010 | 547.42 | 1069.51 | 0.22500 | 0.00191 | 0.27433 | 78.0 |
| C1 | 16.043 | 343.01 | 667.03 | 0.01100 | −0.14996 | 0.28620 | 77.3 |
| C2 | 30.070 | 549.58 | 706.62 | 0.09900 | −0.06280 | 0.27924 | 108.9 |
| C3 | 44.097 | 665.69 | 616.12 | 0.15200 | −0.06381 | 0.27630 | 151.9 |
| i-C4 | 58.123 | 734.13 | 527.94 | 0.18600 | −0.06197 | 0.28199 | 181.5 |
| n-C4 | 58.123 | 765.22 | 550.56 | 0.20000 | −0.05393 | 0.27385 | 191.7 |
| i-C5 | 72.150 | 828.70 | 490.37 | 0.22900 | −0.05646 | 0.27231 | 225.0 |
| n-C5 | 72.150 | 845.46 | 488.78 | 0.25200 | −0.02927 | 0.26837 | 233.9 |
| C6 | 83.282 | 922.39 | 480.00 | 0.24969 | −0.00554 | 0.26895 | 271.0 |
| C7 | 98.471 | 995.73 | 440.38 | 0.28313 | 0.06868 | 0.30797 | 289.7 |
| C8 | 109.871 | 1043.29 | 414.35 | 0.31047 | 0.07534 | 0.30367 | 316.4 |
| C9 | 123.394 | 1095.51 | 384.77 | 0.34698 | 0.08893 | 0.29870 | 348.0 |
| C10 | 136.625 | 1141.53 | 359.49 | 0.38361 | 0.10107 | 0.29424 | 379.0 |
| C11 | 149.763 | 1183.17 | 337.50 | 0.42051 | 0.11208 | 0.29011 | 409.7 |
| C12 | 162.811 | 1221.14 | 318.26 | 0.45752 | 0.12203 | 0.28621 | 440.3 |
| C13 | 175.766 | 1255.99 | 301.35 | 0.49116 | 0.13096 | 0.28249 | 470.6 |
| C14 | 188.627 | 1288.14 | 286.42 | 0.52632 | 0.13892 | 0.27890 | 500.7 |
| C15 | 201.390 | 1317.93 | 273.16 | 0.56109 | 0.14596 | 0.27542 | 530.6 |
| C16 | 214.052 | 1345.65 | 261.34 | 0.59542 | 0.15213 | 0.27203 | 560.2 |
| C17 | 226.610 | 1371.55 | 250.77 | 0.62930 | 0.15747 | 0.26873 | 589.6 |
| C18 | 239.063 | 1395.81 | 241.27 | 0.66270 | 0.16207 | 0.26551 | 618.7 |
| C19 | 251.410 | 1418.61 | 232.70 | 0.69560 | 0.16596 | 0.26237 | 647.6 |
| C20 | 263.650 | 1440.10 | 224.94 | 0.72799 | 0.16920 | 0.25931 | 676.2 |
| C21 | 275.783 | 1460.41 | 217.90 | 0.75988 | 0.17185 | 0.25632 | 704.6 |
| C22 | 287.809 | 1479.65 | 211.49 | 0.79124 | 0.17396 | 0.25342 | 732.8 |
| C23 | 299.729 | 1497.91 | 205.63 | 0.82208 | 0.17557 | 0.25059 | 760.7 |
| C24 | 311.544 | 1515.27 | 200.27 | 0.85239 | 0.17672 | 0.24783 | 788.3 |
| C25 | 323.256 | 1531.83 | 195.34 | 0.88218 | 0.17746 | 0.24516 | 815.7 |
| C26 | 334.866 | 1547.63 | 190.80 | 0.91144 | 0.17783 | 0.24256 | 842.9 |
| C27 | 346.376 | 1562.75 | 186.61 | 0.94018 | 0.17785 | 0.24003 | 869.8 |
| C28 | 357.787 | 1577.23 | 182.72 | 0.96841 | 0.17756 | 0.23758 | 896.5 |
| C29 | 369.102 | 1591.11 | 179.12 | 0.99612 | 0.17699 | 0.23519 | 923.0 |
| C30 | 380.322 | 1604.46 | 175.77 | 1.02332 | 0.17616 | 0.23288 | 949.3 |
| C31 | 391.450 | 1617.29 | 172.65 | 1.05003 | 0.17510 | 0.23063 | 975.3 |
| C32 | 402.489 | 1629.65 | 169.74 | 1.07623 | 0.17382 | 0.22845 | 1001.1 |
| C33 | 413.439 | 1641.57 | 167.01 | 1.10194 | 0.17236 | 0.22633 | 1026.7 |
| C34 | 424.304 | 1653.08 | 164.45 | 1.12718 | 0.17072 | 0.22427 | 1052.2 |
| C35 | 435.085 | 1664.20 | 162.05 | 1.15193 | 0.16892 | 0.22227 | 1077.4 |
| C36+ | 579.660 | 1827.35 | 152.94 | 1.22050 | 0.06623 | 0.19914 | 1415.7 |



**PERA –** Petroleum Engineering Reservoir Analysts

**Table 4. PERA EOS Binary Interaction Parameters with $N_2$, $CO_2$ and $C_1$ at 243°F.**

|       | N2      | CO2     | C1       |
|-------|---------|---------|----------|
| N2    |         | 0.00000 | 0.10000  |
| CO2   | 0.00000 |         | 0.10500  |
| C1    | 0.10000 | 0.10500 |          |
| C2    | 0.10000 | 0.13000 | −0.00126 |
| C3    | 0.10000 | 0.12500 | −0.00414 |
| i−C4  | 0.10000 | 0.11500 | −0.00791 |
| n−C4  | 0.10000 | 0.11500 | −0.00745 |
| i−C5  | 0.10000 | 0.11500 | −0.01067 |
| n−C5  | 0.10000 | 0.11500 | −0.01083 |
| C6    | 0.10000 | 0.11500 | −0.03000 |
| C7    | 0.10000 | 0.11500 | −0.00674 |
| C8    | 0.10000 | 0.11500 | −0.00770 |
| C9    | 0.10000 | 0.11500 | −0.00888 |
| C10   | 0.10000 | 0.11500 | −0.01000 |
| C11   | 0.10000 | 0.11500 | −0.01107 |
| C12   | 0.10000 | 0.11500 | −0.01209 |
| C13   | 0.10000 | 0.11500 | −0.01307 |
| C14   | 0.10000 | 0.11500 | −0.01399 |
| C15   | 0.10000 | 0.11500 | −0.01487 |
| C16   | 0.10000 | 0.11500 | −0.01570 |
| C17   | 0.10000 | 0.11500 | −0.01648 |
| C18   | 0.10000 | 0.11500 | −0.01722 |
| C19   | 0.10000 | 0.11500 | −0.00170 |
| C20   | 0.10000 | 0.11500 | 0.01370  |
| C21   | 0.10000 | 0.11500 | 0.02920  |
| C22   | 0.10000 | 0.11500 | 0.04470  |
| C23   | 0.10000 | 0.11500 | 0.06015  |
| C24   | 0.10000 | 0.11500 | 0.06170  |
| C25   | 0.10000 | 0.11500 | 0.06317  |
| C26   | 0.10000 | 0.11500 | 0.06456  |
| C27   | 0.10000 | 0.11500 | 0.06587  |
| C28   | 0.10000 | 0.11500 | 0.06712  |
| C29   | 0.10000 | 0.11500 | 0.06830  |
| C30   | 0.10000 | 0.11500 | 0.06943  |
| C31   | 0.10000 | 0.11500 | 0.07049  |
| C32   | 0.10000 | 0.11500 | 0.07151  |
| C33   | 0.10000 | 0.11500 | 0.07248  |
| C34   | 0.10000 | 0.11500 | 0.07340  |
| C35   | 0.10000 | 0.11500 | 0.07427  |
| C36+  | 0.10000 | 0.11500 | 0.08336  |

CONFIDENTIAL

 **PERA** – Petroleum Engineering Reservoir Analysts

**Table 5. PERA EOS Temperature-dependent BIPs for $C_1$ with $C_7$ to $C_{22}$.**

|     | a | b |
| --- | --- | --- |
| C7 | 0.00346 | -4.196E-05 |
| C8 | 0.01271 | -8.399E-05 |
| C9 | 0.02172 | -1.259E-04 |
| C10 | 0.03080 | -1.679E-04 |
| C11 | 0.03993 | -2.099E-04 |
| C12 | 0.04910 | -2.518E-04 |
| C13 | 0.05833 | -2.938E-04 |
| C14 | 0.06761 | -3.358E-04 |
| C15 | 0.07693 | -3.778E-04 |
| C16 | 0.08631 | -4.198E-04 |
| C17 | 0.09572 | -4.617E-04 |
| C18 | 0.10518 | -5.037E-04 |
| C19 | 0.09618 | -4.028E-04 |
| C20 | 0.08711 | -3.021E-04 |
| C21 | 0.07814 | -2.014E-04 |
| C22 | 0.06917 | -1.007E-04 |

Temperature dependent BIPs are calculated from $a+bT$, where T is the temperature in degrees F. All other BIPs are independent of temperature.



**PERA – Petroleum Engineering Reservoir Analysts**

### Table 6. PERA EOS Binary Interaction Parameters for $C_{7+}$ with $C_7$ to $C_{21}$.

| | C7 | C8 | C9 | C10 | C11 | C12 | C13 | C14 | C15 | C16 | C17 | C18 | C19 | C20 | C21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C7 | | | | | | | | | | | | | | | |
| C8 | 0.00014 | | | | | | | | | | | | | | |
| C9 | 0.00063 | 0.00018 | | | | | | | | | | | | | |
| C10 | 0.00138 | 0.00065 | 0.00015 | | | | | | | | | | | | |
| C11 | 0.00232 | 0.00133 | 0.00053 | 0.00012 | | | | | | | | | | | |
| C12 | 0.00338 | 0.00216 | 0.00109 | 0.00044 | 0.00010 | | | | | | | | | | |
| C13 | 0.00453 | 0.00310 | 0.00179 | 0.00091 | 0.00037 | 0.00009 | | | | | | | | | |
| C14 | 0.00573 | 0.00411 | 0.00257 | 0.00150 | 0.00077 | 0.00031 | 0.00007 | | | | | | | | |
| C15 | 0.00697 | 0.00517 | 0.00342 | 0.00216 | 0.00126 | 0.00065 | 0.00027 | 0.00006 | | | | | | | |
| C16 | 0.00821 | 0.00625 | 0.00431 | 0.00288 | 0.00183 | 0.00107 | 0.00055 | 0.00023 | 0.00005 | | | | | | |
| C17 | 0.00945 | 0.00734 | 0.00523 | 0.00364 | 0.00244 | 0.00155 | 0.00091 | 0.00047 | 0.00019 | 0.00004 | | | | | |
| C18 | 0.01068 | 0.00843 | 0.00616 | 0.00442 | 0.00309 | 0.00208 | 0.00132 | 0.00078 | 0.00040 | 0.00017 | 0.00004 | | | | |
| C19 | 0.01188 | 0.00950 | 0.00708 | 0.00521 | 0.00376 | 0.00263 | 0.00177 | 0.00113 | 0.00067 | 0.00035 | 0.00014 | 0.00003 | | | |
| C20 | 0.01305 | 0.01056 | 0.00800 | 0.00601 | 0.00443 | 0.00320 | 0.00225 | 0.00152 | 0.00097 | 0.00057 | 0.00030 | 0.00012 | 0.00003 | | |
| C21 | 0.01419 | 0.01159 | 0.00890 | 0.00680 | 0.00512 | 0.00379 | 0.00274 | 0.00193 | 0.00130 | 0.00084 | 0.00049 | 0.00026 | 0.00011 | 0.00002 | |
| C22 | 0.01530 | 0.01259 | 0.00979 | 0.00757 | 0.00580 | 0.00438 | 0.00325 | 0.00235 | 0.00166 | 0.00112 | 0.00072 | 0.00043 | 0.00022 | 0.00009 | 0.00002 |
| C23 | 0.01637 | 0.01357 | 0.01065 | 0.00834 | 0.00647 | 0.00496 | 0.00376 | 0.00279 | 0.00203 | 0.00143 | 0.00097 | 0.00063 | 0.00037 | 0.00019 | 0.00008 |
| C24 | 0.01740 | 0.01451 | 0.01149 | 0.00909 | 0.00713 | 0.00555 | 0.00427 | 0.00324 | 0.00241 | 0.00175 | 0.00124 | 0.00084 | 0.00054 | 0.00032 | 0.00017 |
| C25 | 0.01839 | 0.01542 | 0.01231 | 0.00982 | 0.00778 | 0.00612 | 0.00477 | 0.00368 | 0.00280 | 0.00209 | 0.00152 | 0.00108 | 0.00073 | 0.00047 | 0.00028 |
| C26 | 0.01934 | 0.01630 | 0.01310 | 0.01052 | 0.00842 | 0.00669 | 0.00527 | 0.00412 | 0.00318 | 0.00242 | 0.00181 | 0.00132 | 0.00094 | 0.00064 | 0.00041 |
| C27 | 0.02026 | 0.01715 | 0.01386 | 0.01121 | 0.00903 | 0.00724 | 0.00577 | 0.00456 | 0.00357 | 0.00276 | 0.00211 | 0.00158 | 0.00116 | 0.00082 | 0.00056 |
| C28 | 0.02114 | 0.01796 | 0.01460 | 0.01188 | 0.00963 | 0.00778 | 0.00625 | 0.00499 | 0.00395 | 0.00310 | 0.00241 | 0.00184 | 0.00138 | 0.00101 | 0.00072 |
| C29 | 0.02199 | 0.01875 | 0.01531 | 0.01252 | 0.01022 | 0.00831 | 0.00673 | 0.00542 | 0.00433 | 0.00344 | 0.00270 | 0.00210 | 0.00161 | 0.00121 | 0.00089 |
| C30 | 0.02281 | 0.01950 | 0.01600 | 0.01315 | 0.01078 | 0.00882 | 0.00719 | 0.00583 | 0.00471 | 0.00377 | 0.00300 | 0.00236 | 0.00184 | 0.00141 | 0.00106 |
| C31 | 0.02359 | 0.02023 | 0.01666 | 0.01375 | 0.01133 | 0.00932 | 0.00764 | 0.00624 | 0.00507 | 0.00410 | 0.00330 | 0.00263 | 0.00207 | 0.00162 | 0.00124 |
| C32 | 0.02434 | 0.02093 | 0.01730 | 0.01433 | 0.01186 | 0.00980 | 0.00808 | 0.00664 | 0.00543 | 0.00443 | 0.00359 | 0.00289 | 0.00231 | 0.00182 | 0.00142 |
| C33 | 0.02506 | 0.02160 | 0.01791 | 0.01489 | 0.01237 | 0.01027 | 0.00850 | 0.00703 | 0.00579 | 0.00475 | 0.00388 | 0.00315 | 0.00254 | 0.00203 | 0.00161 |
| C34 | 0.02575 | 0.02224 | 0.01850 | 0.01543 | 0.01287 | 0.01072 | 0.00892 | 0.00740 | 0.00613 | 0.00506 | 0.00416 | 0.00340 | 0.00277 | 0.00224 | 0.00179 |
| C35 | 0.02642 | 0.02287 | 0.01907 | 0.01596 | 0.01335 | 0.01116 | 0.00932 | 0.00777 | 0.00647 | 0.00536 | 0.00444 | 0.00366 | 0.00300 | 0.00244 | 0.00198 |
| C36+ | 0.03359 | 0.02960 | 0.02530 | 0.02171 | 0.01867 | 0.01608 | 0.01387 | 0.01197 | 0.01035 | 0.00895 | 0.00774 | 0.00670 | 0.00580 | 0.00502 | 0.00435 |

CONFIDENTIAL

 **PERA –** Petroleum Engineering Reservoir Analysts

Table 7. PERA EOS Binary Interaction Parameters for $C_{7+}$ with $C_{22}$ to $C_{35}$.

|      | C22 | C23 | C24 | C25 | C26 | C27 | C28 | C29 | C30 | C31 | C32 | C33 | C34 | C35 | C36+ |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|
| C22  |     |     |     |     |     |     |     |     |     |     |     |     |     |     |      |
| C23  | 0.00002 |     |     |     |     |     |     |     |     |     |     |     |     |     |      |
| C24  | 0.00007 | 0.00002 |     |     |     |     |     |     |     |     |     |     |     |     |      |
| C25  | 0.00015 | 0.00006 | 0.00001 |     |     |     |     |     |     |     |     |     |     |     |      |
| C26  | 0.00025 | 0.00013 | 0.00005 | 0.00001 |     |     |     |     |     |     |     |     |     |     |      |
| C27  | 0.00036 | 0.00022 | 0.00011 | 0.00005 | 0.00001 |     |     |     |     |     |     |     |     |     |      |
| C28  | 0.00049 | 0.00032 | 0.00019 | 0.00010 | 0.00004 | 0.00001 |     |     |     |     |     |     |     |     |      |
| C29  | 0.00063 | 0.00043 | 0.00028 | 0.00017 | 0.00009 | 0.00004 | 0.00001 |     |     |     |     |     |     |     |      |
| C30  | 0.00078 | 0.00056 | 0.00038 | 0.00025 | 0.00015 | 0.00008 | 0.00003 | 0.00001 |     |     |     |     |     |     |      |
| C31  | 0.00094 | 0.00069 | 0.00049 | 0.00034 | 0.00022 | 0.00013 | 0.00007 | 0.00003 | 0.00001 |     |     |     |     |     |      |
| C32  | 0.00110 | 0.00083 | 0.00061 | 0.00044 | 0.00030 | 0.00020 | 0.00012 | 0.00006 | 0.00003 | 0.00001 |     |     |     |     |      |
| C33  | 0.00126 | 0.00097 | 0.00073 | 0.00054 | 0.00039 | 0.00027 | 0.00018 | 0.00011 | 0.00006 | 0.00002 | 0.00001 |     |     |     |      |
| C34  | 0.00142 | 0.00112 | 0.00086 | 0.00065 | 0.00048 | 0.00035 | 0.00024 | 0.00016 | 0.00010 | 0.00005 | 0.00002 | 0.00001 |     |     |      |
| C35  | 0.00159 | 0.00126 | 0.00099 | 0.00077 | 0.00058 | 0.00043 | 0.00031 | 0.00022 | 0.00014 | 0.00009 | 0.00005 | 0.00002 | 0.00000 |     |      |
| C36+ | 0.00376 | 0.00325 | 0.00281 | 0.00242 | 0.00208 | 0.00179 | 0.00153 | 0.00131 | 0.00112 | 0.00095 | 0.00080 | 0.00067 | 0.00056 | 0.00046 |      |

CONFIDENTIAL