# EXHIBIT C

1

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL     )  MDL NO. 2179
BY THE OIL RIG        )
"DEEPWATER HORIZON" IN)  SECTION "J"
THE GULF OF MEXICO, ON)
APRIL 20, 2010        )  JUDGE BARBIER
                      )  MAG. JUDGE SHUSHAN
```

****************
VOLUME 1
****************

Deposition of Aaron A. Zick, Ph.D., taken at the Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 28th day of June, 2013.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

but what Dr. Whitson modeled was not that at all. He removed all of the hydrocarbons immediately and then calculated this separation process.

So basically, he -- by removing all those light hydrocarbons, he essentially turned the -- the fluid immediately into a stock tank liquid.

Q. Now --

MS. KUCHLER: Objection, nonresponsive.

**Q. (By Mr. Beffa) In -- in your Expert Report, you describe that you don't think the solubility calculation should be taken into account for purposes of calculating stock tank volumes, correct?**

A. Correct.

**Q. And you agree that that is a legal decision and a legal conclusion, that those calculations should not be taken into effect?**

MS. CROSS: Objection to form.

A. I just offered my opinion as to the -- the -- the thermodynamics of the -- of this proposed oceanic separation process, and my opinion that the -- that if -- if you discount for hydrocarbons that dissolve in the water, there's no end to what you could discount,