UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | : | MDL NO.  2179 |
| "Deepwater Horizon" in the Gulf | : | |
| of Mexico, on April 20, 2010 | : | SECTION:  J |
| | : | |
| This Document Relates to: | : | JUDGE BARBIER |
| | : | |
| *Civ. No.* 10-4536 | : | MAG. JUDGE SHUSHAN |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**[Proposed] ORDER ON UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THE INCLUSION OF DISSOLVED OIL IN THE CALCLUATION OF THE STATUTORY MAXIMUM PENALTY**

The United States has moved for summary judgment that, as a matter of law, BP's claim that approximately ten percent of the oil spilled from the Macondo well into the Gulf of Mexico should not be counted in calculating the maximum statutory penalty to be imposed for BP's and Anadarko's violation of the Clean Water Act resulting from the explosion and oil spill that began on April 20, 2010 at the Deepwater Horizon.  BP and Anadarko have posited that oil that reaches the Gulf of Mexico's waters, but dissolves into the water before reaching the Gulf's surface should be ignored.  BP's position is foreclosed by the statute, which provides that oil discharged into the waters of the United States gives rise to liability and provides for calculation of a statutory maximum using the total number of barrels of oil discharged.  For the reasons set forth in the United States' Memorandum of Law in Support of its Motion and after consideration of all submissions, it is HEREBY ORDERED as follows:

The United States' Motion for Summary Judgment as to the Inclusion of Dissolved Oil in the Calculation of the Statutory Maximum Penalty is GRANTED.

Signed in New Orleans, Louisiana, this _____ day of _____, 2013.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

-