UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 |
| | | SECTION:  J |
| | § | JUDGE BARBIER |
| Applies to: No. 10-4536 | § § | MAG. JUDGE SHUSHAN |
| | § | |
| _____ | § | |

### HALLIBURTON ENERGY SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT REGARDING INDEMNIFICATION AND/OR CONTRIBUTION FOR CIVIL PENALTIES

**NOW INTO COURT**, comes Halliburton Energy Services, Inc. ("HESI") and, pursuant to Fed. R. Civ. P. 56, respectfully files this Motion for Summary Judgment Regarding Indemnification and/or Contribution for Civil Penalties, and respectfully shows the Court as follows:

### I.    Basis For Motion

As more fully set out in HESI's Memorandum in Support of Its Motion For Summary Judgment Regarding Indemnification and/or Contribution for Civil Penalties and its Statement of Undisputed Material Facts, both incorporated herein by reference, the United States has brought claims against BP[1] and Transocean[2] for civil penalties under the Clean Water Act ("CWA"). BP and Transocean have sought indemnification and/or contribution from HESI with respect to any civil penalties assessed.  Because such claims have no basis in fact or law, HESI is entitled to summary judgment.

---

[1] "BP" refers to BP Exploration and Production, Inc.

[2] "Transocean" refers to Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc.

Specifically, HESI cannot be liable in contribution or indemnity for CWA penalties because it is not otherwise liable for penalties under the statute.  *See* 33 U.S.C. § 1321(b)(7). Moreover, the CWA does not expressly or impliedly provide for indemnification or contribution; nor does the CWA permit supplementation with common law.  Nor does the Oil Pollution Act of 1990 provide a basis for indemnification or contribution for civil penalties.  And, finally, permitting such indemnification or contribution would violate public policy.  HESI asks this Court to grant summary judgment in its favor and enter a ruling that neither BP nor Transocean is entitled to indemnification or contribution from HESI for any penalties that are assessed by the Court.

## II.     Relief Requested

HESI asks that this Court rule, as a matter of law, that neither BP nor Transocean is entitled to indemnity or contribution from HESI for any and all civil penalties they are assessed under the CWA arising from the *Deepwater Horizon* Incident.  HESI further requests such other and further relief to which it may be justly entitled.

Respectfully submitted,

**GODWIN LEWIS PC**

**By:** _/s/ Donald E. Godwin_
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
Floyd.Hartley@GodwinLewis.com
Gavin E. Hill
State Bar No.  00796756
Gavin.Hill@GodwinLewis.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone:  (214) 939-4400
Facsimile:   (214) 760-7332

and

R. Alan York
State Bar No. 22167500
Alan.York@GodwinLewis.com
Jerry C. von Sternberg
State Bar No.  20618150
Jerry.vonSternberg@GodwinLewis.com
Misty Hataway-Coné
State Bar No.  24032277
Misty.Cone@GodwinLewis.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  (713) 595-8300
Facsimile:   (713) 425-7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES,
INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Halliburton Energy Services, Inc.'s Motion for Summary Judgment Regarding Indemnification and/or Contribution for Civil Penalties has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 15th of July, 2013.

/s/ Donald E. Godwin

Donald E. Godwin

HALLIBURTON ENERGY SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT                    PAGE 4
REGARDING INDEMNIFICATION AND/OR CONTRIBUTION FOR CIVIL PENALTIES

1983247 v2-24010/0002 PLEADINGS