UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § § | MDL No. 2179 SECTION:  J JUDGE BARBIER MAG. JUDGE SHUSHAN |
| Applies to: No. 10-4536 | | |

### STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF HALLIBURTON ENERGY SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT REGARDING INDEMNIFICATION AND/OR CONTRIBUTION FOR CIVIL PENALTIES

**NOW INTO COURT**, comes Halliburton Energy Services, Inc. ("HESI") and respectfully files this Statement of Undisputed Material Facts in Support of Its Motion for Summary Judgment Regarding Indemnification and/or Contribution for Civil Penalties pursuant to FED. R. CIV. P. 56 and Local Rule 56.1 (February 2011), and respectfully shows the Court as follows:

1.      On April 20, 2010 BP Exploration and Production, Inc. ("BP") was the owner of a lease to conduct exploration, development and production activities in the Gulf of Mexico, Mississippi Canyon Block 252 (the Macondo Prospect), approximately 50 miles off the Louisiana coast.  On that day, a well-control incident occurred during temporary abandonment of the Macondo Well, resulting in a fire and explosion aboard the mobile offshore drilling unit *Deepwater Horizon* and subsequent release of oil into the open waters of the Gulf of Mexico (the "Incident").

2.      On December 15, 2010, the United States of America filed a complaint against BP Exploration & Production, Inc. ("BP"), Anadarko Exploration & Production LP, Anadarko Petroleum Corp., MOEX Offshore 2007 LLC, Triton Asset Leasing GmbH, Transocean

Holdings, LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater, Inc.,[1] and QBE Underwriting Ltd., Lloyd's Syndicate 1036 seeking, among other things, civil penalties for oil spilled as a result of the Incident.  (Cause No. 10-4536,[2] Dkt. No. 1 at ¶¶1-7) (Complaint of the United States of America).

3.      Both BP and Transocean answered the United States' claims and filed third-party complaints against HESI seeking, among other claims, indemnification and/or contribution against HESI with respect to any civil penalties assessed.  (Dkt. No. 2574) (Transocean's Answer to BP Exploration & Production, Inc.'s Cross-Claim and Third Party Complaint and Transocean's Rule 13 Cross-Claims/Counterclaims and Rule 14 Third-Party Complaint ("Transocean's Complaint")); (Dkt. No. 2083) (BP's Third-Party Complaint Against Halliburton ("BP's Third-Party Complaint")).

4.      On April 18, 2012, BP and the plaintiffs filed, in MDL 2179, a Notice of Filing of Economic and Property Damages Settlement Agreement ("Economic Settlement Agreement"). (Dkt. No. 6276).[3]  As part of the settlement, BP assigned most of its claims against HESI to the plaintiffs, but retained its indemnity and contribution claims for penalties.  *See* Economic and Settlement Agreement, at Ex. 21, Assignment and Protections, §1.1.4.1 ("BP does not assign any claim for indemnification or contribution or subrogation of amounts it might pay for fines, penalties, or sanctions, including under the Clean Water Act or other federal or state laws.") (Dkt. 6276).  BP further noted "[n]othing in this provision shall be construed to indicate that BP believes such claims are valid, and BP reserves all legal arguments against such claims."  *Id*.

_____

[1] Triton Asset Leasing GmbH, Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater, Inc. are collectively referred to as "Transocean."

[2] Unless otherwise noted, all citations to the docket are citations to *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010*, Cause No. 10-2771, MDL No. 2179, pending before the Honorable Judge Carl Barbier, of the Eastern District of Louisiana.

[3] The Economic Settlement Agreement was subsequently amended, *see* Dkt. No. 6430, however the amendment did not alter the provisions pertinent to this Motion for Summary Judgment.  *Compare* Dkt. No. 6276 at Ex. 21, §1.1.4.1, *with* Dkt. No. 6430 at Ex. 21, §1.1.4.1.

5.      On the day of the *Deepwater Horizon* Incident, HESI provided cementing and mudlogging services to BP at the Macondo Well, but HESI was neither an owner nor an operator of the Macondo Well.  Nor was HESI an owner, operator, or demise charterer of the *Deepwater Horizon*.

Respectfully submitted,

**GODWIN LEWIS PC**

**By:**   /s/  *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
Floyd.Hartley@GodwinLewis.com
Gavin E. Hill
State Bar No.  00796756
Gavin.Hill@GodwinLewis.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone:  (214) 939-4400
Facsimile:  (214) 760-7332

and

R. Alan York
State Bar No. 22167500
Alan.York@GodwinLewis.com
Jerry C. von Sternberg
State Bar No.  20618150
Jerry.vonSternberg@GodwinLewis.com
Misty Hataway-Coné
State Bar No.  24032277
Misty.Cone@GodwinLewis.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  (713) 595-8300
Facsimile:  (713) 425-7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES,
INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Halliburton Energy Services, Inc.'s Statement of Undisputed Material Facts in Support of Its Motion for Summary Judgment Regarding Indemnification and/or Contribution for Civil Penalties has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 15th day of July, 2013.


/s/ Donald E. Godwin
Donald E. Godwin