UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 "J"(1) JUDGE BARBIER MAGISTRATE SHUSHAN |
| **THIS DOCUMENT APPLIES TO:** Case No. 12-311 | * * * | **JURY TRIAL DEMANDED** |

### LIBERTY'S MOTION TO COMPEL CAMERON TO PRODUCE A COMPUTATION OF ITS DAMAGES AND ALL DOCUMENTS SUPPORTING ITS DAMAGES CLAIMS

Defendant Liberty International Underwriters, Inc. ("LIU") moves the Court to compel Cameron to produce a computation of its damages and all documents supporting its damages claims. Cameron recently has amended its Rule 26 disclosures to add a compensatory damage category comprised of attorney fees and other unidentified expenses but has not produced any documents pertaining to or supporting this claim. Nor did Cameron supplement its responses to LIU's discovery requests to itemize the damages sought and produce all documents in support. Rule 26 clearly requires Cameron to provide a computation of its damages and to produce all documents in support. It also requires Cameron to supplement initial disclosures and discovery responses that are incomplete or incorrect. This information is critically important to LIU's defense and also is responsive to LIU's interrogatories and requests for production to Cameron. Accordingly, as discussed in LIU's Memorandum in Support, the Court should order Cameron to provide a computation of its damages and to produce all documents supporting its damages claims, including attorney invoices for any attorney fees it seeks to recover.

1

884170

Respectfully submitted,

*/s/ Judy Y. Barrasso*
Judy Y. Barrasso, 2814
Celeste Coco-Ewing, 25002
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana  70112
504.589.9700 (Telephone)
504.589.9701 (Facsimile)

and

Christopher W. Martin, PRO HAC VICE
Federal I.D. 13515
Gary L. Pate, PRO HAC VICE
Federal I.D. 29713
808 Travis, Suite 1800
Houston, Texas 77002
713-632-1700 (Telephone)
713-222-0101 (Facsimile)

Attorneys for Liberty International
  Underwriters, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of July, 2013.

*/s/ Judy Y. Barrasso*

884170