UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL NO. 2179 "J"(1) JUDGE BARBIER MAGISTRATE SHUSHAN |
| **THIS DOCUMENT APPLIES TO:** Case No. 12-311 | * * * | **JURY TRIAL DEMANDED** |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that defendant Liberty International Underwriters, Inc. submits the attached Motion to Compel Cameron to Produce a Computation of its Damages and all Documents Supporting its Damages Claims for consideration before the Honorable Sally Shushan, United States District Court Magistrate Judge for the Eastern District of Louisiana, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana on Wednesday, July 31, 2013, at 9:00 a.m.

                                            Respectfully submitted,

                                            */s/ Judy Y. Barrasso*
                                            Judy Y. Barrasso, 2814
                                            Celeste, Coco-Ewing, 25002
                                            BARRASSO USDIN KUPPERMAN
                                              FREEMAN & SARVER, L.L.C.
                                            909 Poydras Street, 24th Floor
                                            New Orleans, Louisiana  70112
                                            504.589.9700 (Telephone)
                                            504.589.9701 (Facsimile)

                                            and

884220_1

Christopher W. Martin, PRO HAC VICE
Federal I.D. 13515
Gary L. Pate, PRO HAC VICE
Federal I.D. 29713
808 Travis, Suite 1800
Houston, Texas 77002
713-632-1700 (Telephone)
713-222-0101 (Facsimile)

Attorneys for Liberty International Underwriters, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Submission has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of July, 2013.

*/s/ Judy Y. Barrasso*