UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION J JUDGE BARBIER |
| **APPLIES TO: No. 12-311** | * * * | MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### LIBERTY INTERNATIONAL UNDERWRITERS, INC.'S MOTION AND INCORPORATED MEMORANDUM FOR EXPEDITED HEARING

Liberty International Underwriters, Inc. ("Liberty"), through undersigned counsel, respectfully requests that the Court set for expedited hearing its Motion to Compel Cameron to Produce a Computation of its Damages and All Documents Supporting its Damages Claims. The matters contained in Liberty's motion require this Court's immediate attention, given that the discovery cut-off is August 15, 2013, a month away, and the documents sought may be needed for depositions of witnesses in this case. Accordingly, Liberty requests that its Motion to Compel Cameron to Produce a Computation of its Damages and All Documents Supporting its Damages Claims be heard at this Court's earliest convenience.

884175_1

Respectfully submitted,

*/s/ Judy Y. Barrasso*
Judy Y. Barrasso, 2814
Celeste, Coco-Ewing, 25002
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana  70112
504.589.9700 (Telephone)
504.589.9701 (Facsimile)

and

Christopher W. Martin, PRO HAC VICE
Federal I.D. 13515
Gary L. Pate, PRO HAC VICE
Federal I.D. 29713
808 Travis, Suite 1800
Houston, Texas 77002
713-632-1700 (Telephone)
713-222-0101 (Facsimile)

Attorneys for Liberty International
  Underwriters, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion and Incorporated Memorandum for Expedited Hearing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of July, 2013

*/s/ Judy Y. Barrasso*

2

884175_1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179  SECTION J |
| | * | JUDGE BARBIER |
| **APPLIES TO: No. 12-311** | * * * | MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering Liberty International Underwriters, Inc.'s Motion for Expediting Hearing and Incorporated Memorandum in Support:

**IT IS ORDERED** that the Motion for Expedited Hearing be and hereby is **GRANTED**, and that LIU's Motion to Compel Cameron to Produce a Computation of its Damages and All Documents Supporting its Damages Claims shall be heard at the Court's earliest convenience.

**SIGNED** this _____ day of July, 2013 in New Orleans, Louisiana.

                                                                              _____
                                                                              MAGISTRATE JUDGE

884175_1