UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 "J"(1) <br><br> JUDGE BARBIER <br><br> MAGISTRATE SHUSHAN |
| **THIS DOCUMENT APPLIES TO:** Case No. 12-311 | * * * | **JURY TRIAL DEMANDED** |

## O R D E R

Considering Liberty International Underwriters, Inc. ("Liberty"), Motion for Expedited Hearing regarding is Motion to Compel Cameron to Produce a Computation of its Damages and All Documents Supporting its Damages Claims;

**IT IS HEREBY ORDERED** that the Motion is granted and the Motion to Compel Cameron to Produce a Computation of its Damages and All Documents Supporting its Damages Claims is hereby set before this Court on or before the day ___ of _____, 2013 at ____ a.m.

New Orleans, Louisiana, this _____ day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE

884270_1