UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | : | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | : | |
| of Mexico, on April 20, 2010 | : | SECTION: J |
| | : | |
| This Document Relates to: | : | JUDGE BARBIER |
| | : | |
| Civ. No. 10-4536 | : | MAG. JUDGE SHUSHAN |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, the United States of America, on behalf of the Environmental Protection Agency ("EPA") and the United States Coast Guard, hereby moves for partial summary judgment.

As set forth in the attached Statement of Undisputed Material Facts, Memorandum in Support, and exhibits, partial summary judgment is appropriate because there is no genuine dispute as to any material fact, and the plaintiffs are entitled to judgment as a matter of law on the issue of the minimum amount of oil discharged from the Macondo well.

WHEREFORE, the United States' Motion for Partial Summary Judgment as to the minimum amount of oil discharged from the Macondo well should be granted.

Respectfully submitted,

| | |
|---|---|
| ROBERT G. DREHER | BRIAN HAUCK |
| Acting Assistant Attorney General | Deputy Assistant Attorney General |
| Environment & Natural Resources Division | Civil Division |
| | |
| SARAH HIMMELHOCH | PETER F. FROST |
| Senior Litigation Counsel | Director, Torts Branch, Civil Division |
| THOMAS BENSON | Admiralty and Aviation |
| SCOTT CERNICH | STEPHEN G. FLYNN |
| NANCY FLICKINGER | Assistant Director |
| RICHARD GLADSTEIN | R. MICHAEL UNDERHILL, T.A. |
| Senior Attorneys | Attorney in Charge, West Coast Office |
| A. NATHANIEL CHAKERES | MALINDA LAWRENCE |

| | |
|---|---|
| BETHANY ENGEL | LAURA MAYBERRY |
| ERICA PENCAK | Trial Attorneys |
| Trial Attorneys | Torts Branch, Civil Division |
| Environment & Natural Resources Division | P.O. Box 14271 |
| P.O. Box 7611, Washington, DC 20044-7611 | Washington, D.C. 20044-4271 |

/s/Steven O'Rourke
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779/202-514-0180
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov

DANA J. BOENTE
United States Attorney
Eastern District of Louisiana
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3000
E-mail: sharon.d.smith@usdoj.gov

Attorneys for the UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Date: July 15, 2013              /s/ Sarah D. Himmelhoch
                                 Sarah D. Himmelhoch