UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | : | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | : | |
| of Mexico, on April 20, 2010 | : | SECTION: J |
| | : | |
| This Document Relates to: | : | JUDGE BARBIER |
| | : | |
| *Civ. No.* 10-4536 | : | MAG. JUDGE SHUSHAN |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### UNITED STATES' STATEMENT OF MATERIAL UNDISPUTED FACTS RELATED TO MINIMUM OIL DISCHARGE

Pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, and Local Rule 56.1, the United States submits that there is no genuine issue as to the following material facts in this litigation:

1. The flow rate from the Macondo well (MC0252_1BP1) in the Gulf of Mexico was at least 42,070 stock tank barrels of oil on July 15, 2010. *See* Exhibit 2 to Memorandum in Support of United States' Partial Motion for Summary Judgment (Excerpts from Expert Report of Dr. Simon Lo, CFD Analysis of the Flow Through the Capping Stack, May 1, 2013, at i-ii, 21-27, 32-33).

2. At least 2.4 million stock tank barrels of oil were discharged from the Macondo well (MC0252_1BP1) in the Gulf of Mexico between April 20 and July 15, 2010. *See* Exhibit 3 to Memorandum in Support of United States' Partial Motion for Summary Judgment (Expert Report of Alan Gringarten, Well-Test Analysis, May 1, 2013, at 6, 34-35, 62).

Respectfully submitted,

ROBERT G. DREHER                    BRIAN HAUCK
Acting Assistant Attorney General    Deputy Assistant Attorney General
Environment & Natural Resources Division    Civil Division

SARAH HIMMELHOCH
Senior Litigation Counsel
THOMAS BENSON
SCOTT CERNICH
NANCY FLICKINGER
RICHARD GLADSTEIN
Senior Attorneys
A. NATHANIEL CHAKERES
BETHANY ENGEL
ERICA PENCAK
Trial Attorneys
Environment & Natural Resources Division
P.O. Box 7611, Washington, DC 20044-7611

/s/Steven O'Rourke
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779/202-514-0180
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov

PETER F. FROST
Director, Torts Branch, Civil Division
Admiralty and Aviation
STEPHEN G. FLYNN
Assistant Director
R. MICHAEL UNDERHILL, T.A.
Attorney in Charge, West Coast Office
MALINDA LAWRENCE
LAURA MAYBERRY
Trial Attorneys
Torts Branch, Civil Division
P.O. Box 14271
Washington, D.C. 20044-4271

DANA J. BOENTE
United States Attorney
Eastern District of Louisiana
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, LA  70130
Telephone:  (504) 680-3000
 E-mail:  sharon.d.smith@usdoj.gov

Attorneys for the UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Date:  July 15, 2013                                             /s/ Sarah D. Himmelhoch
                                                                             Sarah D. Himmelhoch