# Exhibit 1

Case 2:10-md-02179-CJB-DPC   Document 10756-2   Filed 07/15/13   Page 2 of 4
Case 2:10-md-02179-CJB-SS   Document 7375   Filed 09/24/12   Page 1 of 4

1

```
1                  UNITED STATES DISTRICT COURT

2                  EASTERN DISTRICT OF LOUISIANA

3

4

5    IN RE:  OIL SPILL BY THE OIL RIG    *    10-MD-2179-CJB-SS
                DEEPWATER HORIZON IN THE  *
6               GULF OF MEXICO ON         *
                APRIL 20, 2010            *    August 17, 2012
7                                         *
                                          *
8    Applies to:  All Cases              *    9:30 a.m.
     * * * * * * * * * * * * * * * * * *

9

10

11                  WORKING GROUP CONFERENCE
              BEFORE THE HONORABLE SALLY SHUSHAN
12              UNITED STATES MAGISTRATE JUDGE

13

14   Appearances:

15

16   For the Plaintiffs:         Domengeaux Wright Roy
                                    & Edwards, LLC
17                               BY:  JAMES P. ROY, ESQ.
                                 Post Office Box 3668
18                               556 Jefferson Street, Suite 500
                                 Lafayette, Louisiana 70502

19

20   For the Plaintiffs:         Herman Herman Katz & Cotlar, LLP
                                 BY:  STEPHEN J. HERMAN, ESQ.
21                               820 O'Keefe Avenue
                                 New Orleans, Louisiana 70113

22

23   For the Plaintiffs:         Levin Papantonio Thomas Mitchell
                                   Rafferty & Proctor, PA
24                               BY:  BRIAN H. BARR, ESQ.
                                 Post Office Box 12308
25                               316 South Baylen Street, Suite 600
                                 Pensacola, Florida 32591
```

1  staggered.

2          THE COURT:  I have decided we are going to stagger.

3          MR. O'ROURKE:  Let me make my argument anyway.

4          THE COURT:  Okay.

5          MR. O'ROURKE:  Generally speaking, we agree with them

6  they should be staggered because we have the burden of proof

7  except -- and I think this might not have been clear.  That's

8  why I want to clarify it.  We are saying we are going to come

9  up with a number.  We should have to go first unless BP is

10  going to come up with a number also.  If they are just going to

11  take potshots at our number, well, that's fine.  We go first.

12  They take potshots.  We rebut just like Andy said in his

13  letter.

14          If they are going to come up with their own

15  number, they should be at the same time for several reasons.

16  One, because we all should have the same amount of time with

17  the data from Michoud, with the 30(b)(6)s, with the fact

18  depositions.  Also, if the judge is going to have to pick

19  between two competing numbers, they should both be put on at

20  the same time.  Finally, that could make the schedule perhaps

21  shorter if it's just two numbers, two rebuttals, and then we

22  are done.

23          THE COURT:  On the quantification issue, you still

24  want simultaneous?

25          MR. O'ROURKE:  Only on quantification, yes, ma'am,

1   that's correct.  That's correct.  Again, if BP is just going

2   to -- or the other parties, Transocean and Andarko might be in

3   on this one as well.  If they are just going to pick at our

4   number, we agree that it should be three tiered.  If they are

5   going to come up with their own number, it should be two

6   tiered.

7           MR. LANGAN:  This is Andy Langan.  Was Steve done?

8           MR. O'ROURKE:  I was going to move on to the timing.

9   So if you want to address the staging, then I will defer for a

10  minute.

11          MR. LANGAN:  Well, I don't want to snatch defeat from

12  the jaws of victory here, but I was just going to say what if

13  BP doesn't know?  We want to hear what the government has to

14  say before we decide whether we are going to offer our own

15  number or just criticize them.  We are a defendant in a civil

16  lawsuit with somebody else having the burden of proof, and I

17  don't think we should be required to commit one way or the

18  other at this point.  That's not how the system works.

19          THE COURT:  Well, Andy, you left off another

20  possibility.  You could agree with the U.S.'s number.

21          MR. LANGAN:  Okay.  Fine.  That's a third

22  possibility, if they come in at some point, sure.

23          THE COURT:  If we are taking bets and you want in on

24  that, I think we have some people here that would like that

25  bet.