# Exhibit 2

**In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MDL NO. 2179, SECTION J
JUDGE BARBIER; MAGISTRATE JUDGE SHUSHAN

# Expert Report of Dr. Simon Lo

# CFD Analysis of the Flow Through the Capping Stack

May 1, 2013

CONFIDENTIAL



## Executive Summary

The United States presented an expert witness report by Dr. Nathan Bushnell of SimuTech Group [1]. I have analyzed the Computational Fluid Dynamics ("CFD") model that Dr. Bushnell used to calculate the flow rate of oil and gas through the capping stack kill and choke lines. Based on this analysis, I conclude that there are numerous deficiencies in Dr. Bushnell's CFD model and the inputs to that model, which affects Dr. Bushnell's flow rate calculations for both the kill and choke lines of the capping stack. Together, these deficiencies over-predict the flow rate.

I identified the following deficiencies in Dr. Bushnell's model and inputs to that model, which affects Dr. Bushnell's flow rate calculations:

1. Dr. Bushnell should have used a fluid temperature close to 221°F, as measured by the *Millennium 42 ROV*, rather than 200 °F.

2. Dr. Bushnell did not account for the pressure loss resulting from the oil and gas mixture (a lighter fluid) entering the sea water (a heavier fluid) at the exit of the kill and choke lines. I include a sea plenum in my model in order to account for this additional pressure loss at the exit.

3. Dr. Bushnell incorrectly concluded that the relative motion between the oil and gas ("slip velocity") was insignificant. The slip velocity is an important factor affecting the flow rate and I have included slip velocity in my multiphase flow model.

4. In his multiphase model, Dr. Bushnell did not account for the evolution of the gas phase from the oil phase as the mixture flowed through the capping stack. I have accounted for the evolution of the gas phase from the oil phase in my model as a mass transfer term.

5. Dr. Bushnell incorrectly concluded that the flow regime in the capping stack was a bubbly flow. Rather, it should be modeled as a droplet flow, which is how I have modeled the flow in my multiphase flow model.

6. In calculating the bubble diameter, Dr. Bushnell did not include a term for the concentration effect. As I explain in this report, the concentration effect is important for the MC252 fluid. Had Dr. Bushnell included this term, he would have calculated a larger bubble diameter. I have included a term for the concentration effect in my calculation of the droplet diameter.

7. The PVT data affects the mass flow rate.

Using CD-adapco's CFD code, STAR-CCM+, I created a multiphase CFD model ("multiphase flow model") using Dr. Bushnell's base case model as a baseline. To address the deficiencies of Dr. Bushnell's model, I applied the necessary corrections and incorporated additional features in my multiphase flow model. I then used this multiphase flow model to calculate a more accurate oil and gas mass flow rate for both the kill and choke lines.

Case 2:10-md-02179-CJB-DPC   Document 10756-3   Filed 07/15/13   Page 4 of 13



Using my multiphase flow model for the kill line, the calculated flow rate of oil and gas during the period between 18:00 and 20:00 CDT on July 14, 2010, is 113.3 kg/s, equivalent to 44,631 stock tank barrels of oil per day (bopd). Based on the stock tank barrels flow rate, this is 17.5% lower than Dr. Bushnell's calculated flow rate. Using my multiphase flow model for the choke line, when the choke valve is fully open, the calculated flow rate of oil and gas between 12:00 and 12:28 CDT on July 15, 2010, is 106.8 kg/s, equivalent to 42,070 bopd. Based on the stock tank barrel flow rate, this is 20.8% lower than Dr. Bushnell's calculated flow rate.

I note that Dr. Bushnell and I convert our mass flow rates to stock tank barrels using different values based upon either Dr. Zick's equation of state (Dr. Bushnell's approach) [25] or Dr. Curtis Whitson's equation of state (my approach) [23]. For a further discussion regarding how I converted my mass flow rates to stock tank barrels, please refer to Appendix 6. To convert my mass flow rates to stock tank barrels, I relied upon values provided to me by Dr. Whitson [2].

In this report, I also address the choke line calculations performed by Dr. Griffiths [10], Dr. Kelkar [11], and Dr. Pooladi-Darvish [12]. Each of these three United States expert witnesses used one-dimensional models to calculate the flow rate through the choke line during the capping stack shut-in procedure. I identify issues with their respective calculations. My calculated flow rate for the choke line when the choke valve is fully open is substantially less than Dr. Griffiths and Dr. Pooladi-Darvish. Additionally, when I model the choke valve closure to simulate the shut-in process, I calculate flow rates that are lower than Dr. Kelkar. My choke line analyses are discussed in Section 5.



By using a three-dimensional CFD model, the geometrical features are modeled in detail, providing a more accurate representation of the flow path and associated losses. I have calculated the flow rate using what I believe to be the correct and more accurate modeling approach for this multiphase fluid, i.e., the multiphase flow model and inputs described this Section. Among other things, my multiphase flow model includes the following features that were not accounted for by Dr. Dykhuizen in his calculations: the actual geometry in a three-dimensional space, the relative movement of the two phases, and a temperature of 220 °F.

## 4.1   Conversion to Stock Tank Barrels Per Day (bopd)

I converted the mass flow rate calculated using STAR-CCM+ into stock tank barrels per day using Dr. Bushnell's conversion method (Dr. Bushnell's report, pages 52 and 53). However, the values used in the conversion need to be consistent with the PVT data used in the flow calculations. I obtained my values from Dr. Whitson [2]. As such, the values I used are different from those used by Dr. Bushnell (details are given in Appendix 6).

Using the parameters from Table 4.1, the flow rate of 113.3 kg/s calculated using STAR-CCM+ is equivalent to 44,631 bopd, which is 17.5% lower than the value of 54,100 bopd reported by Dr. Bushnell.

In another set of pressure data from Professor Martin Trusler [27], the PT_3K_2 pressure is 2608 psia and the ambient pressure at the kill line exit is 2188 psia [46]. With these pressure values, the calculated mass flow rate is 111.7 kg/s, which is equivalent to 44,000 bopd.



# 5 Choke Line Model

I performed an analysis of the oil and gas flow through the choke line during the shut-in procedure to understand the change in flow rate as the choke valve was closed. As with the kill line model, the geometry is as described in the report by Dr. Bushnell [1]. The choke valve was a Cameron Willis CC40 Control Choke. I obtained the geometry for the CC40 choke from the detailed drawing contained in [28]. Also contained in [28] is experimental data showing the performance of the valve as the choke is closed.

Before calculating flow rates through the choke line, I first prepared a separate model of the choke valve, see Figure 5.1. I modeled the choke valve in isolation in order to provide confidence in the way I represented the choke valve in the choke line model. I modeled the closure of the valve by moving the valve stem the required distance described in the manual, which corresponds to a movement that blocks a portion of the open flow area until all of the holes are closed off. The flow through the valve was calculated for various conditions between fully open and fully closed and compared to the experimental data. The results of this study are shown in Figure 5.2 and confirm that the model reproduces the performance of the valve.



**Figure 5.1 The CFD model of the Choke Valve. The model has been cut through the centerline of the valve so that the internal geometry can be seen.**

22





**Figure 5.2 Validation of the CFD model of the Choke Valve.**

## 5.1 Fully Open Choke Valve

On July 15, 2010, the MC252 Well was shut-in. Prior to the shut-in, there was a period of time between 12:00 and 12:28 CDT when the flow of oil and gas was through the choke line, the choke valve was fully open, and there was no flow through the kill line. During this period, the pressure at the capping stack entrance remained constant allowing a steady state analysis to be carried out.

Dr. Bushnell carried out an analysis during this time period using a pressure at the entrance to the capping stack of 3051 psia [29]. As with the kill line analysis described previously, I carried out a baseline calculation for the choke line, repeating the set-up of Dr. Bushnell's model. Thus, the PVT data provided by Dr. Zick at 200 °F [25] was used for the analysis and the ambient sea pressure applied to the choke line exit was 2190 psia [1]. The calculated flow rate for this analysis is provided in Table 5.1, along with that for the corresponding kill line analysis. These values are within 1.7% of Dr. Bushnell's predictions.

23


Case 2:10-md-02179-CJB-DPC   Document 10756-3   Filed 07/15/13   Page 8 of 13

**Table 5.1**     Fully Open Choke Valve Using the Homogeneous Mixture Model.

| Model | Mass Flow Rate at Kill & Choke Line Exits (kg/s) | Oil flow rate (bopd) | % difference (mass) as compared to Dr. Bushnell's result |
|---|---|---|---|
| Choke Line (Dr. Bushnell's base case) | 117.7 | 53,100 | 0 |
| Kill Line (Dr. Bushnell's base case) | 119.9 | 54,100 | 0 |
| Choke Line | 117.0 | 46,088 | -0.6 |
| Kill Line | 121.9 | 48,018 | +1.7 |

**Exit loss**

As discussed in Section 3.2, the exit loss associated with the oil and gas entering the sea should be included in the CFD model. As such, I ran the choke line model with the sea plenum. The results of this analysis are provided in Table 5.2 and show that the exit loss associated with the flow out of the choke line decreased the flow rate by 0.6%.

**Table 5.2**     Effects of exit loss.

| Exit loss | Mass Flow Rate at Choke Line Exit (kg/s) | Oil flow rate (bopd) | % difference (mass) as compared to no exit loss |
|---|---|---|---|
| No exit loss | 117.0 | 46,088 | 0 |
| With exit loss | 116.3 | 45,812 | -0.6 |

Having demonstrated the consistency of the model with both the results from the kill line analysis and Dr. Bushnell's choke line calculation, I have calculated the flow rate using what I believe to be the correct and more accurate modeling approach for this multiphase fluid, i.e., applying the set-up described in Section 4. As the exit of the choke line and kill line are at different water depths, and gravity is included in my model, the pressure cannot be 2190 psia at both outlets. I calculated the ambient sea pressure at the outlet of the choke line using a linear extrapolation from the data in [30] and the height of the choke line exit from [31]. In Table 5.3 below, I present the resulting flow rate when including the sea plenum, the relative movement of the two phases, gas evolution through the system, and a temperature of 220 °F. Also



shown for reference is the corresponding value for the kill line. The inclusion of the multiphase effects results in a decrease in the mass flow rate of 9.3% when compared to Dr. Bushnell's results.[4]

Table 5.3    Fully Open Choke Valve Using The Multiphase Flow Model.

| Model | Mass Flow Rate at Kill & Choke Line Exits (kg/s) | Oil flow rate (bopd) | % difference (mass) from Dr. Bushnell's Result |
|---|---|---|---|
| Choke Line (Dr. Bushnell's base case) | 117.7 | 53,100 | 0 |
| Kill Line (Dr. Bushnell's base case) | 119.9 | 54,100 | 0 |
| Choke Line | 106.8 | 42,070 | -9.3 |
| Kill Line | 113.3 | 44,631 | -5.5 |

## 5.2   Shut-in Procedure

The shut-in procedure occurred between 12:00 and 14:30 CDT on July 15, 2010, and involved a series of full and half turns of the choke valve. After each turn, the pressure at the capping stack entrance was allowed to stabilize as indicated by pressure measured by PT_3K_2 [27], shown in Figure 5.3.

---

[4] Dr. Griffiths [10] and Dr. Pooladi-Darvish [12] calculated the oil flow rate through the choke line and fully open choke valve. Their calculated oil flow rates were consistent with Dr. Bushnell's calculation. I have calculated the flow rate through the choke line and fully open choke valve using what I believe to be the correct and more accurate modeling approach for this multiphase fluid, i.e., using a three-dimensional CFD model and applying the set-up described in Section 4. Thus, in my opinion, the calculations performed by Dr. Griffiths and Dr. Pooladi-Darvish must be incorrect.

25





**Figure 5.3 Pressure readings from PT_3K_2.**

Using the multiphase flow model, I calculated the flow rate through the choke line after each turn. The closure of the choke valve and pressure at the capping stack entrance were derived using the activity log [29] in combination with the pressure data given in [27]. As the geometry of the choke valve is explicitly modeled, each full or partial turn corresponds to an adjustment of the stem in the model. Table 5.4 and Figure 5.4 provide the evolution of the mass flow rate through the choke line during shut-in.



**Figure 5.4 Evolution of the predicted mass flow rate during shut-in.**



**Table 5.4    Flow Rate Prediction During Shut-in.**

| Capping Stack Pressure [psia] | # Turns | Mass Flow Rate at Choke Line Exit (kg/s) | Oil flow rate (bopd) |
|---|---|---|---|
| 3042 | 0 | 106.8 | 42,070 |
| 3059 | 1 | 107.5 | 42,346 |
| 3065 | 2 | 106.5 | 41,952 |
| 3082 | 2.5 | 107.7 | 42,425 |
| 3122 | 3 | 108.0 | 42,543 |
| 3215 | 3.5 | 110.2 | 43,410 |
| 3369 | 4 | 113.9 | 44,867 |
| 3631 | 4.5 | 118.2 | 46,561 |
| 4014 | 5 | 119.1 | 46,915 |
| 4628 | 5.5 | 112.8 | 44,434 |
| 5088 | 6 | 91.9 | 36,201 |
| 6185 | 6.5 | 60.3 | 23,753 |
| 6381 | 7 | 28.1 | 11,069 |
| 6526 | 7.5 | 10.3 | 4,057 |

The oil flow rates presented in Table 5.4 are lower than those calculated by Dr. Kelkar. In my opinion, the flow rates I calculated for the choke closure are more accurate than those presented by Dr. Kelkar for the following reasons:

- Dr. Kelkar used a one-dimensional model, which relies on K factors to account for losses. In my three-dimensional model, the geometrical features are modeled in detail, providing a more accurate representation of associated losses.
- Dr. Kelkar used too low a fluid temperature, which would result in a higher flow rate.
- Dr. Kelkar did not account for the exit loss, as I did using my sea plenum model.
- Dr. Kelkar did not account for the relative motion between the phases ("slip velocity"), which should have resulted in an additional frictional pressure loss.



# 7   Conclusions

In investigating the accuracy of Dr. Bushnell's calculation of the flow rate of oil and gas through the capping stack, I have identified numerous deficiencies in Dr. Bushnell's CFD model and inputs to that model, which affects Dr. Bushnell's flow rate calculations for both the kill and choke lines of the capping stack. Using my multiphase flow model for the kill line, the calculated flow rate of oil and gas during the period between 18:00 and 20:00 CDT of July 14, 2010, is 113.3 kg/s, equivalent to 44,631 bopd. Based on the stock tank barrels flow rate, this is 17.5% lower than Dr. Bushnell's calculated flow rate. Using my multiphase model for the choke line, the calculated flow rate of oil and gas between 12:00 and 12:28 CDT on July 15, 2010, when the choke valve is fully open, is 106.8 kg/s, equivalent to 42,070 bopd. Based on the stock tank barrels flow rate, this is 20.8% lower than Dr. Bushnell's calculated flow rate.

I identified the following deficiencies that affect Dr. Bushnell's flow rate calculations:

1. Dr. Bushnell should have used a fluid temperature close to 221 °F, measured by the *Millennium 42 ROV*, rather than 200 °F. The flow rate is lower at a higher temperature since more of the dissolved gas in the oil is released from the oil. A temperature of 220 °F reduces the flow rate by 1.7%.

2. Dr. Bushnell did not account for the pressure loss resulting from the oil and gas mixture (a lighter fluid) entering the sea water (a heavier fluid) at the exit of the kill and choke lines. I include a sea plenum in my model in order to account for this pressure loss at the exit. The extra flow resistance at the kill line exit reduces the flow rate by 1.6%.

3. In his multiphase flow model, Dr. Bushnell did not account for the evolution of the gas phase from the oil phase as the mixture flowed through the capping stack. I have accounted for the evolution of the gas phase from the oil phase in my model as a mass transfer term. I have included this effect in my model and it reduces the flow rate by 0.3%.

4. Dr. Bushnell incorrectly concluded that the relative motion between the oil and gas ("slip velocity") was insignificant. Rather, the slip velocity is an important factor affecting the flow rate and I have included slip velocity in my multiphase flow model. My results show that by allowing relative motion between the oil and gas, the two fluids separate and re-mix at the elbow of the kill line. This separation and re-mixing consumes energy and, as a result, lowers the flow rate. For instance, using the PVT data from [23], there is a 6.4% decrease in the flow rate when comparing the 20 micron droplet case to the 100 micron droplet case.

5. Dr. Bushnell incorrectly concluded that the flow regime in the capping stack was a bubbly flow. Rather, it should be modeled as a droplet flow, which is how I have modeled the flow in my multiphase flow model.

6. In calculating the bubble diameter, Dr. Bushnell did not include a term for the concentration effect. As I explain in this report, the concentration effect is important for the MC252 fluid. Had Dr. Bushnell included this term, he would have calculated a larger bubble diameter. I have included a term for the concentration effect in my calculation of the droplet diameter. There is a



    6.4% reduction in the mass flow rate, comparing a droplet diameter of 20 microns (as per Dr. Bushnell's calculation) to a droplet diameter of 100 microns (as per my estimate).

7. The PVT data affects the mass flow rate. Using PVT data from Dr. Whitson's equation of state [23] in my multiphase flow model reduces the flow rate by 2.4% as compared to PVT data in Dr. Bushnell's model from Dr. Zick's equation of state [25].

33