# Exhibit 3

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in
the Gulf of Mexico, on April 20, 2010
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MDL NO. 2179, SECTION J
JUDGE BARBIER: MAGISTRATE JUDGE SHUSHAN

**Well-Test Analysis**

Expert Report of Alain Gringarten

May 1, 2013

**CONFIDENTIAL**

## 2. Summary

I estimate that the Macondo reservoir released approximately 2.4-3 million stock tank barrels (MMstb).

In addition, I also separately determine another critical property of the Macondo reservoir, its permeability. Permeability refers to the ease with which the reservoir pore space allows fluid to flow. The higher the permeability of a reservoir, the more readily the oil flows through it. For this reason, permeability is strongly and directly correlated with the total flow volume.

The government experts use a variety of permeabilities ranging from 300 to more than 800 milliDarcies (mD), and virtually all who address it insist that the number is at least 500 mD. But they do so with little (if any) analysis of this decisive question. As I will explain below, on the few occasions these experts do apply industry-accepted methods to determine permeability, they do so in a circular way—by using their assumed flow rates. Because the government experts assume high flow rates, these efforts are preordained to result in high permeabilities. The government experts regard this approach as confirmation. I will demonstrate that it was foreordained from their (incorrect) premise.

In this report I will show that the best estimate for permeability is 238 mD, less than one half to one third of what most government experts contend. For this, I use the most modern and reliable well-test analysis methods, where reservoir parameters are derived from pressure and flow-rate data. This is the standard industry approach to assessing permeability, and it is more reliable than other methods because it is based on the actual flow of the formation fluid in the reservoir.

Specifically, I use data obtained from a tool placed at the bottom of the well before the incident to collect reservoir fluid samples. As explained below in Section 3.2.1, the device precisely measured pressure and flow rate as the fluid was drawn into a container and as the pressure built back up after the container was full. This is exactly the information needed to determine key reservoir parameters, like permeability. It is axiomatic in the field of well-test analysis, which is used (at least implicitly) by all the government experts to derive permeability, that permeability cannot be determined unless the underlying data includes both pressure and flow-rate measurements. For the Macondo incident, of course, flow rates are precisely what is unknown and being sought by all these experts. But the government experts ignore the rate-dependence of their permeability estimates—which is the driver and determinant of their flow calculations. None uses the method described here. Because the fluid-sampling tool was employed prior to the incident, and collected fluid at known flow rates, I am able to deduce permeability with high reliability.

I then use the permeability derived from this work as an input into my well-test analysis of the data from during the incident and after the well was shut in. In this analysis, I again employ the most up-to-date methodologies of well-test analysis, which are described in Section 3 and utilized in Sections 4 and 5. This sets my work apart from the government experts, who use out-of-date or incorrect methods. I find that approximately 2.4-3 million barrels of oil left the reservoir during the spill. Government experts

As can be seen from the chart above, this analysis demonstrates that there is less than a 5% chance that the permeability is 400 mD or higher, yet these are values used by Hsieh and also by Pooladi-Darvish in most of his models.[23]

5. **Volume of oil released from the Macondo well**

Next, I analyse the pressure data from PT-B—the pressure gauge at the base of the BOP—and PT-3K-2—one of the pressure gauges on the capping stack—(Fig. 5.1) using the permeability determined from my MDT analysis as an input. This allows me to estimate the total oil volume to have flowed from the reservoir during the spill at between 2.4 and 3 MMstb. I also find the reservoir size and the average pressure at shut in.



Figure 5.1: Pressure gauges used in the analysis (green circles).

My analysis proceeded in the following steps:

First, I took two assumed rate histories (Options 1 and 2) for the incident (the discussion focuses on Option 1, since the procedure is the same for each Option). These do not reflect actual flow rates although they were chosen based roughly on rate values that have been estimated for particular periods during the spill. These rate histories are used as starting points for the analysis, and, in particular, for use of deconvolution, which corrects rates based on pressure readings. I applied deconvolution to each

---

[23] *See* Hsieh, P., Computer simulation of Reservoir Depletion and Oil Flow (IGS642-000215) (2010); Expert report, "Estimate of the cumulative volume of oil released from the MC252 Macondo well," prepared by Mehran Pooladi-Darvish (2013).

Option using PT-B pressure data for times when the well was flowing and PT-3K-2 pressure data after the well was the shut in. I used these rates to analyse the PT-3K-2 pressure data.

Second, I took the rates obtained above and used those rates to calculate the pressure at the bottom of the well. The pressure at the bottom of the well will be higher than the pressure at the gauges, which are near the wellhead, because of the weight of the fluid and (when there is flow) the frictional forces. The pressure-changes—the "transient" —at the bottom of the well better reflect reservoir behaviour.

Third, I returned to the assumed rate history and again applied deconvolution using the new bottomhole pressure information. This, like the first step, gives me a deconvolved derivative and corrects the rates. The difference here is that the deconvolved derivative is based on bottomhole pressures instead of wellhead pressures, which should better correspond to pressure in the reservoir. I then took the corrected rates and repeated the process of applying deconvolution until I obtained a good match between the bottomhole pressures and the pressures that I calculated from the deconvolved derivative. In this case, after four iterations, the pressures were very close and the rates did not change appreciably, showing I had converged on a solution.

Fourth, I used the corrected rate histories obtained in step three to study the pressure build up that occurred after the well was shut in. For this analysis, I used post-shut-in pressure data from the PT-3K-2 gauge, which had been translated to bottomhole pressure. The deconvolved derivative allows me to build an interpretation model, as described in Section 3.

Fifth, I used the radial flow stabilization of the interpretation model to scale the flow rate history to match the permeability obtained in my MDT analysis—the permeability of the reservoir.

Sixth, I confirmed the interpretation model by verifying it can reproduce all the bottomhole pressure data during the spill and after shut in; and be verifying that the model is consistent with other information such as geology and seismic. This is necessary because often many models will appear to match the available data, and the interpreter must bring all available tools and data to bear on the problem to ensure acceptance of only an appropriate model.

My conclusions are as follows:

- The best estimate of the total volume of oil that left the reservoir during the spill is between 2.4 and 3 MMStb.
- The best estimate of the amount of oil originally in the reservoir that was connected to the wellbore is between 78 and 97 MMStb.
- The final reservoir pressure is between 10,364 and 10,460 psi.
- There is no evidence of aquifer support within the timeframe of the data available.

Dr. Blunt used a different methodology to analyse the Macondo reservoir and the cumulative flow. I have reviewed his report and I approve of his analysis.



**Figure 6.1: Comparison between Kelkar-Raghavan's derivative plot and mine.**

## Conclusion

Based on the analysis I have conducted and described in this report and the accompanying appendices, I estimate 2.4 to 3 MMstb of total oil volume flowed from the Macondo reservoir during the spill. That range does not subtract any oil that was, for example, collected before entering the Gulf of Mexico.

This report contains all my analysis, my conclusions and the reasons for them. The opinions that I have expressed are based on my review of the documents referred to in this report,[35] in the light of my education and experience.[36] I may do further analysis to supplement my findings after receiving any subsequent government expert reports or other relevant information. I am receiving £280 per hour for my work on this case, though I understand that the contracting agency of my university, by whom I am paid, receives £350 per hour.[37]

---

[35] A complete bibliographic list of the documents referred to in forming my opinion is provided in Appendix H.
[36] My CV and publication list is provided in Appendix G.
[37] I have not testified as an expert witness at trial or deposition over the past four years.