# Exhibit 4

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2

 3
     IN RE:  OIL SPILL      MDL NO. 2179
 4   BY THE OIL RIG
     "DEEPWATER HORIZON"    SECTION:  J
 5   IN THE GULF OF
     MEXICO ON APRIL 20,    JUDGE BARBIER
 6   2010                   MAG. JUDGE SHUSHAN

 7
```

(photograph)

```
13

14
             Deposition of RICHARD D. LYNCH, JR.,
15   taken in the Pan American Life Center,
     Bayou Room, 11th Floor, 601 Poydras Street,
16   New Orleans, Louisiana 70130, on Thursday,
     May 19, 2011.
17

18
     APPEARANCES:
19

20
             BREIT, DRESCHER, IMPREVENTO &
21              WALKER, PC
             (By:  Jeffrey Breit, Esquire)
22           1000 Dominion Tower
             999 Waterside Drive
23           Norfolk, VA  23510
                (Attorneys for MDL 2185
24               Securities plaintiffs
                 Subclass)
25
```

                    **GAUDET KAISER, L.L.C.**
                  Board-Certified Court Reporters

1  number of those.  And I apologize.
2              First of all, let me ask you:
3  What is your present position at BP?
4       A.   Yes.  I'm the vice-president for
5  the global wells organization for BP.
6       Q.   And when did you take over that
7  position?
8       A.   First of November, 2010.
9       Q.   And prior to that, I understand,
10 my reading correctly, you had another
11 position that was also given to you in
12 2010?
13      A.   Vice president --
14      Q.   Just before that, what was that?
15 Vice president of what?
16      A.   Okay.  So let's slow down for a
17 minute.  Let's get it clear.
18              So, in 2010, I had two different
19 roles that I actually -- actually, three
20 different roles I was involved in in 2010.
21      Q.   All right.  Let's start off with
22 January of 2010, what was your job?
23      A.   In January of 2010, I was the
24 Vice-President of Drilling and Completions
25 for the Central Developments Organization.

```
 1   I could, and I was asked to come back as
 2   soon as I could.
 3                Which, following from that
 4   point, got out on Friday, and the first
 5   thing I what asked to do was just come by
 6   the office and get a briefing and figure
 7   out how I fit into the -- in the equation,
 8   so.
 9        Q.    So somewhere along the line,
10   Friday, Saturday --
11        A.    Yes.
12        Q.    -- you get to the office, and
13   they began to discuss what your potential
14   role is?
15        A.    That's correct.  By the time I
16   got there Friday, they had decided what
17   kind of work they wanted me to work on.
18        Q.    And who was it that had decided
19   what they wanted you to work on?
20        A.    I'm not sure who actually made
21   the decision.  I was requested to work in
22   source control and lead the -- the
23   containment efforts.
24        Q.    Now, I have put before you Tab
25   7, the Regional Oil Spill Response Plan of
```

1        A.    Correct.
2        Q.    And you would report to a source
3   control -- what is he, leader?
4        A.    The source control leader, yes.
5        Q.    So the source control leader on
6   April 26, 2010, was Tony Emmerson?  Is that
7   how you understand it and how you remember
8   it?
9        A.    That's how I understand this
10  chart.  I'm not sure I remember it that
11  way, but, yes.
12       Q.    Well, let me ask you this:  On
13  April 26th, do you remember as being the
14  subsea containment group leader?
15       A.    Yes.
16       Q.    And do you remember that you
17  read the report to someone who was a source
18  control leader?
19       A.    Yes.  And I knew that Tony
20  Emmerson and Bill O'Donnell were in that
21  position at that point.
22       Q.    All right.  Now, who makes the
23  decision or -- who made the decision
24  between April and August of 2010, who made
25  the decision on the ICS 207 organizational

```
 1   to Richard Lynch with a Bates number of
 2   1421615.
 3              (Whereupon, the document
 4   referred to was marked as Exhibit No. 2349
 5   for identification.)
 6   EXAMINATION BY MR. BREIT:
 7        Q.    There were discussions --
 8        A.    Yes.
 9        Q.    -- at BP about that?
10        A.    Yes.  I think we invited Pat
11   Campbell to go over the letter with me and
12   the bottom team.
13        Q.    And did -- I take it your
14   plan -- was it your plan, the capping
15   stack?  That your -- the capping stack,
16   were you in charge of that?
17        A.    Yes, I was.
18        Q.    And I take it your plan won out
19   over his thoughts and ideas and concerns?
20        A.    Yes.  We executed that plan.
21        Q.    Now, one of the things that
22   happened when you did this particular plan
23   was, you had placed a pressure sensor for
24   purposes of lowering the capping stack;
25   correct?
```

```
 1                  Objection as to form.
 2            THE WITNESS:
 3                  Yeah.  I actually haven't sit
 4    down and re-reviewed, recalled, or had a
 5    chance to think on that matter.
 6    EXAMINATION BY MS. McCLELLAN:
 7         Q.    Did you review what has come out
 8    as the Oil Spill Comission's working paper
 9    6?
10         A.    You might have to explain that
11    to me more.  There's a lot of things being
12    published these days.
13         Q.    I can come back to it.
14         A.    Okay.
15         Q.    It's my understanding that
16    you're here today as a 30(b)(6) designee of
17    BP on the near-term containment efforts
18    which involve the cofferdam, top hats, and
19    the capping stack.  Is that your
20    recollection of that?
21         A.    That is correct.
22         Q.    So I'd like to go into each of
23    those areas.  But before turning to the
24    specifics of those areas, I'd like to get
25    an overall picture of the containment and
```

```
 1    to determine that there was well integrity?
 2         A.    Yes, all parties were watching
 3    the pressure stroke.
 4         Q.    And when did that begin?
 5         A.    As soon as the well was shut in.
 6    So, if you will, we had constant pressure
 7    read out as soon as the stack was
 8    established.  I think you mentioned there
 9    were multiple pressure points or somebody
10    mentioned multiple pressure points on the
11    capping stack.  A lot of information
12    actually was gathered at that period of
13    time once we had those in place.
14         Q.    How many pressure sectors were
15    there on the capping stack?
16         A.    From memory, there were at least
17    four, as I recall.
18         Q.    And was it your testimony
19    earlier that they were accurate to plus or
20    minus 2 psi?
21         A.    No, that wasn't my testimony.
22         Q.    Oh, okay.
23         A.    I'm not sure what the accuracy
24    was, no.  I was -- that wasn't the
25    question.  So I don't recall the accuracy
```

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

```
 1   of the gauge.  It was -- they were highly
 2   accurate, you know.  Digital style
 3   transducer gauge.
 4        Q.   And were there any flow
 5   estimates that were conducted at the time
 6   that the capping stack was closed?
 7        A.   I'm sure there were.
 8        Q.   Being you're not involved -- you
 9   were not involved in that?
10        A.   No, I wasn't doing that, but --
11        MR. GODFREY:
12             Counsel, this is beyond the
13   scope of the 30(b)(6).  But you can ask
14   obviously what his personal knowledge is.
15   EXAMINATION BY MS. McCLELLAN:
16        Q.   Do you know what pressures were
17   recorded once the capping stack was closed?
18        A.   I don't recall exactly the
19   pressure -- the ultimate shut-in was around
20   6,000 psi and a little above that I
21   remember, and it kind of built up in a --
22   what we call a portipod in a compressible
23   style over time.
24        Q.   And were those pressures lower
25   than what had been anticipated?
```

```
 1           A.      They were lower than the
 2   original reservoir pressures, yeah.
 3           Q.      What did that mean to you?
 4           A.      Completion.
 5           Q.      And do you know what the
 6   temperature was of the flow through the
 7   capping stack?
 8           A.      I don't recall that.  Sorry.
 9   I'm sure it was recorded.  I just don't
10   remember the value.
11           Q.      Where was that database?
12           A.      If it was recorded, we should
13   have it on digital record.  BP and other
14   parties actually should have that.
15           Q.      And it's your testimony that
16   during the time that the capping stack was
17   closed, you don't have any knowledge of
18   what the flow estimates were?
19           A.      I don't have any knowledge of
20   that.  I would say, though, I mean, with
21   the arrangements the way the well was shut
22   in, we moved it one point in time where we
23   had two full open chokes.  The well was
24   flowing through with the BOP closed, and
25   the capping stack shut in.  At that size,
```

```
 1   we have set diameters, set pressure
 2   readings, straight calculation that
 3   determine flow.
 4              Once we went down to the single
 5   line and a single choke, we did a step --
 6   step -- if you will, a step rate of shut-in
 7   of the well through the choke.  So each one
 8   of those, you had a corresponding choke
 9   value and a pressure, which is a direct
10   calculation to flow rate.
11        Q.    All right.  And do you remember
12   what the result of any of those
13   calculations were?
14        A.    All I know is -- after the fact,
15   now, I would know that we -- somebody in
16   the team -- team, I believe, calculated
17   56,000 barrels a day.
18        Q.    And do you have any reason to
19   doubt that calculation?
20        A.    That's a pretty straight
21   calculation.  No, I don't.
22        Q.    Earlier, I believe when you were
23   recapping your involvement in the various
24   interventions, you said that you had
25   accountability for the capping stack; is
```