# Exhibit 6

EXPERT REPORT
U.S v. BP Exploration & Production, Inc., et al.

# Estimate of Cumulative Volume of Oil Released from the MC252 Macondo Well

Prepared on Behalf of the United States

Prepared by:
Mehran Pooladi-Darvish
Fekete Associates, Inc.
Suite 2000
540 5th Avenue SW
Calgary, AB
Canada
T2P 0M2





change a number of these input parameters from their base values over a wide range, in order to test if I can still find models with other input parameters that could match the measurements during the integrity test.  I demonstrate that the models that provide a good match of the measurements during the integrity tests lead to narrow range for the estimates of cumulative volume of oil released of between 5 and 5.3 million barrels.  Furthermore, I find that models that generate cumulative volumes of oil released that are significantly different from 5 to 5.3 million barrels exhibit a bad match of the measurements during the integrity test.

Table 1 provides the summary of the results for 25 models with a wide range of reservoir, wellbore and BOP parameters.  The cumulative volume of oil released for each case is given in the last column. The cases are divided into three categories: (i) those that exhibit a good match of the measurement during the integrity test – shown in green – are associated with a range of cumulative volume of oil released of between 5 and 5.3 million stock-tank barrels (MMSTB); (ii) cases that exhibit a mediocre agreement with the measurements during the integrity test – shown in yellow – exhibit a larger range of cumulative volume of oil released of between 4.7 and 5.6 MMSTB, and (iii) cases that do not allow a match of the measurements during the integrity test, shown in red. In addition, there are cases that straddle the boundaries between the three groups.

The results summarized in Table 1 indicate that the combination of parameters that allow a good match of measurements during the integrity test is fairly wide (e.g. permeability of between 550 and 850 milli-Darcy). However, this variation does not lead to a wide range in the cumulative volume of oil released. This is because anytime a parameter is changed significantly, other parameters need to be changed to allow a match of the measurements during the integrity test. The combined effect is such that the estimates of the cumulative volume of oil released fall within a narrow range.

In sum, based on the analyses set forth in this report, my best estimate of the cumulative volume of oil released is between 5 and 5.3 million stock-tank barrels of oil.

2



## Section IV: The Base Model

In this section I use a numerical simulator to represent the reservoir/wellbore/BOP model with details presented in Appendix IV. The Software I used is called IMEX from the Computer Modelling Group (CMG), and is one of a few commercially available numerical simulators that have widespread acceptance and use in the industry. Figure 6 represents the reservoir in the simulator, demonstrating the grids over which the equations of flow are solved.



Figure 6: Reservoir Description and properties of the base model in the numerical simulator

One particular aspect of the model shown here is its simplicity of shape and uniformity of the properties such as thickness. Geological formations which make up petroleum reservoirs are often much more complex. There are several reasons for this simple representation. First, determination of the cumulative volume of oil released is primarily a function of the average characteristics of the system, and is not affected, to any large degree, by details about geometry and heterogeneity. Second, the measurements that are used for history-matching are insufficient to distinguish details about geometry or heterogeneity. Third, like all other exploration plays, uncertainties related to the Macondo well are large and many. This simple representation allows a systematic examination of uncertainties over a wide range of parameters. For the problem of estimating cumulative volume of oil released from the Macondo well, simplicity offers strength and clarity. This approach is consistent with what I do in my other reservoir studies at Fekete. In the studies that I have done over the past year or two at least half of the reservoirs have been modelled with uniform properties and simple geometry.

Among the advantages of using the numerical model are that it allows a seamless coupling between the reservoir and wellbore model used. This is because the combined wellbore and BOP model is incorporated directly into the numerical model, and equality of bottomhole pressure between the reservoir and the wellbore model is ensured at all times. Other advantages that the numerical method offers over the analytical method are outlined in Appendix IV.

One difference between the way I use the numerical model in this section with the way the analytical model was used in Section II is that here, I start with a specification of the properties of the reservoir,



the wellbore and the BOP. As a starting point the properties that were obtained in Section II are used. By imposing the pressure at the seafloor to the top of the BOP, the combined reservoir/wellbore/BOP model is allowed to flow until July 13', 2010 when changes associated with the integrity test (including shutting in the well) are imposed. I find that to achieve a match between the model response and the measurements obtained during the integrity test, some changes to the reservoir properties are required. (The reservoir properties for the base model are shown in Figure 6). These small changes are a result of relaxing some of the assumptions made in the models of Section II. (Other reasons are explained in Appendix IV).

### Summary of Results of Section IV

The comparison between the model results and the "measured" pressures after the well was shut-in[8] is presented in Figure 7. A very good agreement is observed. A match of the pressures is considered good when the average difference between the model and "measured" pressures is less than 0.1%. The difference between the model and the "measured" pressures on a point-by-point basis is shown on Figure 7 to the right; and the average error for each case is given in Table 1. The average error between the model and "measured" pressures of the base model is 0.04%. .



Figure 7: Comparison between the response of the base model and the "measured" pressures after the well was shut-in, with linear time (left) and logarithmic time (on the right)

In Figure 7 and subsequent ones, the model results are shown with lines and the measurements are shown with solid symbols. The figure on the right has a stretched (logarithmic) time axis to expand the pressure changes during the early times after shut-in, when the pressure rises the fastest. This way of plotting shut-in pressures is common in petroleum engineering.

A second measurement that I use to compare with the model response is the rate of oil collected during the integrity test in the morning of July 15, 2010. The detailed methodology is explained in Appendix IV. Figure 8 shows a comparison between the model results and the measured values and demonstrates a

---

[8] The pressures shown in Figure 7 and subsequent ones are those measured at the capping stack to which a constant hydrostatic pressure has been added to obtain the shut-in pressures at bottomhole conditions. I refer to these as "measured" pressures and use quotations to clarify the difference with wellhead pressures.



good agreement. For the collection rates, I consider the match to be good when the model results are generally within ±600 STB/day of the measured values. As explained in Appendix III, I have estimated the uncertainty of the measurements to be within ±600 STB/day. Because of the good match between the model response and the measurements during the integrity test, this model is acceptable.

The cumulative volume of oil released from this base model is 5.03 MMSTB. The difference between this value and the estimate found in Section II of 5.2 MMSTB is not only a reflection of the difference between the different methodologies and their corresponding assumptions, but also changes in the base value of some of the input data as detailed in Appendix IV.



Figure 8: Comparison between the calculated collection rates from the base model with the measured values. (The small fluctuations in the calculated rate are associated with the small fluctuations in the measured pressures).

In the next Section, I explore the possibility of finding other models that are acceptable.



## Section V: Validating Through Sensitivity Studies

In Section IV, I found a combined reservoir/wellbore/BOP model that matched the measurements during the integrity test.  The cumulative volume of oil released from this model was 5.03 MMSTB. In this section I explore how wide the range of cumulative volume of oil released could be. I do this by examining whether I can find other models – with properties other than those used in the base model – that match the measurements during the integrity test.  I find that indeed it is possible to find models with very different properties that match measurements during the integrity test.  Then I examine what are the estimates of cumulative volume of oil released from these models; and find that the range of cumulative volume of oil released is between 5 and 5.3 MMSTB. In this Section, I present the methodology for selecting between models that match the measurements during the integrity test and those that do not, followed by three examples and a summary of the findings of the sensitivity studies.  I end this section by studying a particular scenario: "what if the BOP exerted significant restriction against the flow but then eroded with time?"

### Methodology for selecting the acceptable models

The methodology that I use is called sensitivity studies, where the sensitivity of the results to changes in input parameters is examined. In Section III: Uncertainty Assessment, I identified the reservoir, the wellbore and the BOP parameters which affect the corresponding resistances and could potentially affect the estimates of cumulative volume of oil released. In this section, these parameters are changed from their base values. I then use history matching to observe whether the model response matches the measurements obtained during the integrity test, in particular the pressure build up after the well was shut-in.[9] I find that in general, change of a parameter from its base value leads to a *mismatch*. Therefore, other reservoir parameters are changed – within their range of uncertainty specified in Section III – in order to obtain a match. I find that in general (and with the exception of one case) with some change to input parameters one can obtain a good match of the shut-in pressures.  Then I examine if this history-matched model matches the measured collection rate. I find that the various reservoir/wellbore/BOP models can be divided into three groups of good, mediocre and bad depending on the quality of the match of the collection rate.

The first group is one that allows a good match between the calculated and the measured collection rate to within the range of uncertainty of the collection rate; ±600 STB/day. I call these good matches. A second group of cases are those that show a larger deviation from the measured collection rate, to within ±2500 STB/day. This degree of mismatch amounts to approximately 12.5% deviation between the model and the measurements, as the collection rate itself is in the neighbourhood of 20,000 STB/day. I call these mediocre matches. And finally a third group of cases are those with a mismatch of between ±2500 and ±7500 STB/day. In my opinion, a mismatch of between ±2500 and ±7500 STB/day (i.e. between approximately 12.5 and 37.5%) constitutes a significant mismatch of the measured collection rate. I call these bad matches. Then I examine the cumulative volume of oil released from all models.  I find that there is a correlation between the quality of match and the range of cumulative volume of oil

---

[9] The list of 25 cases considered in Section III (as given in Table 2), not only allows for changes in reservoir, wellbore and BOP properties, but also includes cases where the pressure measurements during the integrity test are changed to within their range of uncertainty.

18



released. In particular I find that the worse the quality of the match is, the wider is the range of the cumulative volume of oil released. In particular, for the two groups of good, and mediocre matches the ranges of cumulative volume of oil released are 5 to 5.3 MMSB and 4.7 to 5.6 MMSTB, respectively. The models with a bad match exhibit a cumulative volume of oil released that is beyond the range of 4.7 and 5.6 MMSTB.

The details of the methodology and the results for all cases are given in Appendix V.  Here, I demonstrate the results for one case from each of the good, mediocre and bad groups, where changes in reservoir, wellbore and BOP parameters are considered.

### Good, Mediocre, and Bad

Results of the base model were presented in Figures 7 and 8, where a good match between the model and the measurements were obtained.  The permeability in the base model was 550 mD. Case 3 of the sensitivity studies examines a case where the permeability is increased to 850 mD. This should result in more oil flow and therefore a lower pressure at the end of the shut-in.  Figure 9 shows the comparison between the model and the "measured" shut-in pressures if the permeability is changed.  Results shown by the short-dashed line, identified as "before match" exhibit a shut-in pressure that at late times is smaller than the "measured" pressures (shown by solid black circles). This model is considered unacceptable, since its response does not match the measurements. To find a model with a response that matches the "measured" shut-in pressures other input parameters are changed. In particular, skin and reservoir width and length and the location of the well with respect to the boundaries are changed to obtain a match.  The response of this model is shown in Figure 9 (left) with the long-dashed line; identified as "after match". (Also see Figure 9-Right the solid line). Results shown in Figure 9 indicate a good match with an average error between the model and "measured" pressures 0.04% (see Table 1). (A match of the pressures is considered good when the average difference between the model and "measured" pressures is less than 0.1%.)



Figure 9:  Comparison between the response of Case 3 and the "measured" pressures after the well was shut-in, with linear time (left) and logarithmic time (on the right). A good match is obtained "after match"

19



Figure 10 shows the calculated collection rate from this model in comparison with the measurements. The quality of the match is as good as the base model and is within ±600 STB/day; therefore, this is an acceptable model with a good match. At this time, I observe the cumulative volume of oil released from this model; 5.07 MMSTB. It is interesting to note that although the permeability of this model is significantly larger than the base model, among other changes I needed to increase the resistance near the wellbore; i.e. the Skin, to obtain a match. The combined effect is such that the cumulative volume of oil released from the two models is nearly identical (5.03 vs. 5.07 MMSTB).



Figure 10: Comparison between the calculated collection rates from Case 3 "after match" with the measured values. (Results of the base model are shown for comparison). The differences are within ±600 STB/day. This is a good match

Although in this case a good match was possible, this is not always the case. For example, I examine two additional cases with permeability values of 360 and 170 mD, both of which are smaller than the base value of 550 mD. With the permeability of 360 mD, I find that the quality of match is at the border of between mediocre and bad, while for the permeability of 170 mD the quality of match is bad. (Summary of results for all cases is presented in Table 1)

In the second example, I consider a case, where a wellbore property is changed. In particular, I examine if an acceptable model could be found if the resistance in the wellbore is increased by increasing its roughness from 0.01 to 0.02 inches (Case 17). With an increase in wellbore resistance, the combined reservoir/wellbore/BOP model produces less oil leading to a model pressure that is higher than the measurements. This is shown in Figure 11 with results identified as "Before match". Once again changes to other reservoir properties lead to a good match of the shut-in pressures as demonstrated in Figure 11 (left and right) with an average error of 0.04%. However, this model leads to a match of the collection rates to within ±2500 STB/day as shown in Figure 12. The cumulative volume of oil released for this model is 4.7 MMSTB. Similar cases that lead to a mediocre match are identified in Table 1 in yellow.

I have also modeled a case (#16) where the wellbore resistance was reduced. Although I was able to make changes to the model to obtain a good match of the shut-in pressures, the match of the collection

20

rates was bad. Therefore, Case 16 with its cumulative volume of oil released of 5.8 MMSTB is unacceptable.



Figure 11:  Comparison between the response of Case 17 and the "measured" pressures after the well was shut-in, with linear time (left) and logarithmic time (on the right). A good match is obtained "after match"



Figure 12: Comparison between the calculated collection rates from Case 17 "after match" with the measured values. (Results of the base model are shown for comparison). The differences are to within ±2500 STB/day. This is a mediocre match

For the third example (Case 13), I consider an increase in the restriction in the BOP. In the base model, it was found that the restriction in the BOP may be modelled by a 50-ft pipe with an internal diameter of 2.66 inches. Results shown in Figure 13 indicate that a change in the internal diameter of the BOP to 2



inches leads to a significant mismatch of the shut-in pressures (In Figure 13 see "Before match" results). After making changes to reservoir properties, a good match of the shut-in pressures is obtained, as shown with the "After match" lines. However, the model response does not allow a match of the rate of oil collection (see Figure 14). This is a bad match and its cumulative volume of oil released of 3.2 MMSTB is unacceptable.



Figure 13: Comparison between the response of Case 13 and the "measured" pressures after the well was shut-in, with linear time (left) and logarithmic time (on the right). A good match is obtained "after match"



Figure 14: Comparison between the calculated collection rates from Case 13 "after match" with the measured values. (Results of the base model are shown for comparison). The differences are larger than ±2500 STB/day. This is a bad match

22


CONFIDENTIAL

**Summary of Findings of Section V**

- A number of reservoir/wellbore/BOP models can be defined that provide a good match of the measurements during the integrity test. The range of cumulative volume of oil released for these models is between 5 and 5.3 MMSTB.
- The input parameters for these models with a good match of the measurements vary significantly. For example, I find that reservoirs with a wide range of productivity index of between approximately 30 and 45 STB/day/psi allow a good match of the measurements during the integrity test.
- If one tolerates a larger degree of mismatch between the model results and the measurements during the integrity test with errors of up to approximately 12.5%, one obtains a wider range of between 4.7 and 5.6 MMSTB for the cumulative volume of oil released.
- Other models can be defined that provide a bad match of the measurements during the integrity test. These models are associated with cumulative volume of oil released of less than 4.7 or more than 5.6 MMSTB.
- It is interesting to observe that the mid-point of the range of cumulative volume of oil released for both of the good and mediocre cases are 5.15 MMSTB. This compares well with the estimate of 5.2 MMSTB found using the Analytical Method (in Section II).
- Figure 15 presents the estimation of collection rate from the base model and all other 24 sensitivity runs. The range of collection rate that is considered good or mediocre is shaded. With the exception of half a dozen cases, all other cases fall in the good or mediocre categories, with a cumulative volume of oil released of between 4.7 and 5.6 MMSTB.



Figure 15: Comparison between the calculated collection rates from all Cases "after match" with the measured values. The details of the cases are given in Table 1.



CONFIDENTIAL