# Exhibit 7



**Engineer · Simulate · Innovate**

SimuTech Group – West
11611 Airport Road, Suite 201
Everett, WA 98204-3782

# Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico- Capping Stack Flow Calculations, July 12 to 15, 2010

Report Prepared on Behalf of the United States

Author:

Nathan Bushnell, Ph.D.
CFD Consulting Engineer

*[signature]*

Nathan Bushnell, Ph.D.

22nd March 2013

SimuTech Group-West        SimuTech Group, Seattle WA 98204         Phone: (425) 353-8089

CONFIDENTIAL

## Professional Background

I am a CFD Consulting Engineer at SimuTech Group.  In that role, I have performed more than 40 external consulting projects using a variety of advanced Computation Fluid Dynamic (CFD) techniques for many different industries.  Computation Fluid Dynamics uses computers to calculate fluid motion by solving a set of equations based on the fundamental laws of physics.  My engineering expertise includes CFD Modeling of Multiphase Fluid Flows including those found in the oil and gas industry.  Also, I teach both public/project specific CFD training and provide technical CFD support to various professional engineers on a multitude of fluid dynamics topics.

Some recent relevant consulting projects include:

- Analysis of a novel inline pump for down-hole applications in the oil and gas industry
- Mixing and Heating of multiphase non-Newtonian Nuclear sludge
- Simulations of Oil and Gas spills from Pipelines located at the bottom of the Sea
- Analysis of the fluid flow of a mobile water clarifier for portable clarification of Oil Sand Well waste water
- Investigation of fluid failure mechanism and redesign of a positive Displacement pump used in during fracking process
- Analysis of a inline mixer pump for down-hole applications in the oil and gas industry

I gained my Ph.D. in Chemical and Process Engineering from the University of Canterbury in New Zealand.

Refer to Appendix I for my complete Resume.

## Executive Summary

I calculated the flow through the Capping Stack using computational fluid dynamics (CFD) methods for July 14 and 15, immediately prior to shut-in of the Macondo Well, when BP was installing the Capping Stack and conducting the well integrity test.  Based on my experience, it is my judgment that Computational Fluid Dynamics (CFD) methodology is an accurate well proven technology for calculating the oil flow rate through the capping stack.

The analysis for the time period from 18:00 and 20:00 on July 14, 2010, when all the flow was directed through the kill line, gives the most accurate calculated oil flow rate in my CFD modeling.  At that time, the Capping Stack top ram and the choke line (gate valve) side of the Capping Stack were closed.  There

CONFIDENTIAL

were no oil collection activities occurring during this time period.  For this specific condition, the flow rate was calculated to be **54,100 bopd** (stock tank barrels of oil per day), with an uncertainty range of ±8%.  Most sensitivity studies performed showed the oil flow rate would likely be greater than the previously stated 54,100 bopd value.

The flow through the Capping Stack was also calculated at other times during the two day period prior to well closure.  These calculations included a period when all the flow was directed through the choke line of the Capping Stack while the choke valve was fully open.  Because the additional calculated oil flow rates are in line with the Kill Line No Collection case, this again supports the validity of the 54,100 bopd value.

The only experimental data available for any part of the Capping Stack were flow coefficients for the Cameron Willis (CW) CC40 valve.  So, I also independently analyzed the CC40 valve.  The CFD derived flow coefficients showed excellent agreement to the published flow coefficients, thus demonstrating the capability of CFD to predict flow rates through complex geometry such as the Capping Stack.

CONFIDENTIAL