# Exhibit 8

# EXPERT REPORT
*U.S v. BP Exploration & Production, Inc., et al.*

## Flow Rates from the Macondo MC252 Well
### Submitted on Behalf of the United States

Prepared by:

Ronald C. Dykhuizen, Ph.D.
Principal Member of the Technical Staff
Sandia National Laboratories
Albuquerque, New Mexico

_____
Ronald C. Dykhuizen, Ph.D.

**MARCH 22, 2013**

Confidential per BP

with the purpose of "comparing notes" on findings and solutions.  For example, in mid-May 2010, BP requested that the DOE NNSA engineers calculate the bottom hole pressure given a measured pressure at the BOP and an assumed flow rate because BP engineers were initially unsure that their standard oil codes would appropriately model unusual geometries..

During the response, the DOE NNSA engineers, including myself, conducted estimates of the flow rate of oil from the Macondo well.  I performed calculations of the flow rate into, through, and out of the Top Hat 4 device installed by BP.  I also estimated the flow rate at the time the Capping Stack was installed and eventually used to shut in the well (July 12-15, 2010) and the cumulative flow from the well over the 86 days of the blowout.  These calculations are documented in a Sandia Report (A. C. Ratzel III, DOE-NNSA Flow Analysis Studies Associated with the Oil Release following the Deepwater Horizon Accident, September 2011, SAND 2011-1653) (DOE-NNSA Flow Analysis Report).[1]  I calculated the predicted increase in flow that could result from cutting off the kinked riser just above the Lower Marine Riser Package (LMRP).  At the request of BP engineers I also calculated potential flow rates through the rupture discs in the Macondo well casing below the seafloor.

C.   **Executive Summary**

This report presents calculations regarding the flow of oil from the Macondo well in 2010. A series of calculations designed to determine the flow rate, or a lower bound of the flow rate, for various points in time is presented. This report also updates and/or refines certain calculations prepared during the Macondo well response, including calculations contained in the DOE-NNSA Flow Analysis Report, based on additional data and information.

1. I estimate the flow of oil from the well on July 14 and 15, 2010 (just prior to shut-in) at 53,000 barrels of oil per day (bopd).[2] This is consistent with BP estimates of 51,500 bopd[3] and 59,098 bopd[4] conducted during the same time period.  The DOE NNSA lab team initially presented its estimates to BP engineers in Houston in late July 2010.  At that time, BP did not present an alternate estimate.

2. Using the 53,000 bopd estimate referenced above, I also integrate the flow over the entire incident period to obtain a total oil release of approximately 5 million barrels. The assumptions used in generating my calculations of the total release are strongly supported by analysis of BOP pressure data recorded during the blowout (S. K. Griffiths, *Environ. Sci. Technol,,* 46 (10), 5616–5622, 2012). Other studies conducted by BP are also

---

[1] Exhibit 9361
[2] All references to "barrels of oil" or bopd in this report refer to a stock tank barrel of oil – 42 gallons at 60 F and 14.696 psi
[3] Exhibit 9453 (Appendix A.1).
[4] Exhibit 9491 (Appendix A.2).

consistent with the flow rates used to obtain this total flow including those of BP engineers and BP contractor ADD Energy.[5]

3.  A new calculation is presented that examines the pressures and flows measured during the Top Kill event at the end of May 2010. Based on these measurements, I estimate the flow rate for May 28, 2010 to be over 60,000 bopd, which is consistent with the flow rates I estimated for that same time period in the integrated flow estimate referenced above. I also conclude that the flow rate is certainly greater than 43,000 bopd during this time period. This estimate is consistent with the flow rates I used in determining the total flow.

4.  A calculation is also presented that examines the flow from the well during the time period around June 15, 2010 when pressure measurements from BP's collection device Top Hat 4 were available. I estimate the flow to be approximately 60,000 bopd. This same calculation is applicable to all time periods from June 3, 2010 when Top Hat 4 was installed until July 11, 2010 when Top Hat 4 was removed in order to install the Capping Stack. This calculation also provides a lower limit on the flow of 43,000 bopd in that time period based on collection rates and assuming zero flow from the Top Hat 4 skirt. Of course there was always flow from beneath the Top Hat 4 skirt during that period, so the 43,000 bopd figure provides a lower bound. Again this is consistent with the flow rates used in determining the total flow.

The calculations described in 3. and 4. above can be combined with estimates based on other methods to establish lower bounds on the flow rate at various times as well as on the total amount of oil released.

**D.    Calculations**

   **1.  Flow Rate Estimate for July 14 and 15 of 2010**

After the capping stack was installed on the well, accurate geometry and measured pressures allowed estimates of the flow rate through the capping stack hardware. When this was added to collected flows from connections to the original BOP, the total flow from the reservoir could be estimated. The three DOE NNSA Lab Teams and BP prepared such estimates. The DOE NNSA Lab work was documented in DOE-NNSA Flow Analysis Report. A flow rate of 53,000 bopd was estimated. It is important to note that this is the flow rate with the Capping Stack installed. The Capping Stack provides additional backpressure reducing flow by approximately 4%.

---

[5] Exhibit 9452, Appendix A.3 (Post event simulation of Top Kill procedure, June 29, 2010), Exhibit 9455 (June 29, 2010 "Top Kill Modeling"); Exhibit 9254 ("Relief well kill for Macondo MC 252 #1, Well Kill Modeling and Evaluations, July 2010).