# Exhibit 9

In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in
The Gulf of Mexico, on April 20, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MDL NO. 2179, SECTION J
JUDGE BARBIER; MAGISTRATE JUDGE SHUSHAN

# Modelling Macondo

## A calculation of the volume of oil released during the *Deepwater Horizon* incident

Prepared on Behalf of BP Exploration & Production Inc. and Anadarko

Prepared by:

**Martin J. Blunt**

Department of Earth Science and Engineering
Imperial College, London SW7 2AZ, UK
May 1st, 2013



**CONFIDENTIAL**

M J Blunt Expert Report

## 2. Executive summary of analysis and contrast with Government estimates

I calculate that the volume of oil released from the Macondo reservoir was 3.26 million stock tank barrels (MMstb). I have used conservative assumptions to avoid under-statement of the volume. I find a range of oil released between 2.9 and 3.7 MMstb.

This is the total volume of all the oil that left the reservoir, including any oil burnt or collected, converted to a volume at surface (stock tank) conditions of $60^{\circ}$F and 1 atmosphere pressure.

My calculation uses the same reservoir engineering principle employed by the Government's reservoir engineering experts Drs. Kelkar & Raghavan, namely material balance.

In material balance, three quantities – the oil volume connected to the well, compressibility and pressure depletion – are multiplied together to calculate cumulative oil flow.

Compressibility determines how much oil is released from the rock as the pressure drops. The main difference between my estimate and those of Dr. Kelkar & Raghavan and another US Government expert Dr. Hsieh, is that they double the compressibility from the value measured on Macondo rock samples at an independent service laboratory. This is a switch from the approach that Dr. Kelkar used when he first evaluated Macondo oil flow for the US Flow Rate Technical Group in 2010, where he took a measured value for rock compressibility, as I do in this report. Dr. Kelkar & Raghavan's expert report acknowledges that if they use the same rock compressibility as I do, they obtain roughly my value for cumulative flow.[1] Similarly, when Dr. Hsieh input into his model the measured compressibility, he obtained an estimate of cumulative flow in my range.[2] Neither Dr. Kelkar nor Dr. Hsieh have provided a scientific justification for their decision to double the rock compressibility from the measured values.

We will see that this has been a repeated problem in the work of the Government experts. In order to obtain their estimates of 5 MMstb oil released, they had to make assumptions that disagree significantly with direct measurements of the Macondo rock and fluid properties. The Government investigators each disregarded vital pieces of experimental evidence without justification; not all of their errors were identical, yet they arrived at the same final answer. There is a choice: either accept their calculation of 5 MMstb, despite the lack of any scientific explanation of why the measurements are wrong; or perform a calculation consistent with the data and arrive at a lower value. I have chosen the latter approach.

Nevertheless, there is an implicit consensus on many of the inputs into a calculation of oil released, which highlights the remaining disagreements. The table below isolates the most important biases in the Government calculations, juxtaposes my approach, and shows the net effect of each difference:

---

[1] *See* Kelkar & Raghavan expert report [KR], page 45. (*Bracketed information refers to the table of sources in Appendix N, which contains a full description of the referenced documents.*)

[2] *See* Dr. Hsieh's deposition [42], page 267, line 5 ("*Q. And if you input a rock compressibility of 6 microsips, your model yielded a cumulative flow estimate of 3.4 million barrels? A. That's correct*"); page 269, line 3 ("*A. I believe that it will give a number similar, close to 2.9 million barrels*"); Exhibit 8635, pages 73 and 74.

M J Blunt Expert Report

# 6. Range of cumulative oil released

We will now recap our values of each of the three fundamental inputs to the material balance equation, and then calculate the volume of oil released. Recall that the simplified presentation of the material balance equation was:

$$N_p = N.c.\Delta p$$

(6.1)

**6.1.1 Connected oil volume, *N*, is 107 to 116 MMstb.** The discussion in Section 5 demonstrates that the connected oil volume I use is a possible upper bound. There are nine values, dependent on which set of laboratory data is used to convert from reservoir to surface volumes, and the compressibilities used.[130]

| Connected oil volume, *N* (MMstb) | Fluid properties | | | |
| --- | --- | --- | --- | --- |
| | High (Intertek) | Middle (Schlumberger) | Low (Core Labs) | *Average (mid case)* |
| High case rock compressibility | 113 | 111 | 107 | |
| Mid case rock compressibility | 114 | 112 | 109 | **112** |
| Low case rock compressibility | 116 | 114 | 110 | |

Table 6.1. The calculated volume of oil connected to the Macondo well. These are values of *N* input directly into the material balance equation.

**6.1.2 Effective compressibility, *c*, is 19 to 24 microsips.** The compressibility values I use cover the full range of the measured rock and fluid data, Table 4.4 (Section 4.2).

| Effective compressibility, *c* (microsips) | Fluid properties | | | |
| --- | --- | --- | --- | --- |
| | High (Core Labs) | Middle (Schlumberger) | Low (Intertek) | *Average (mid case)* |
| High case rock compressibility | 24.48 | 23.64 | 23.45 | |
| Mid case rock compressibility | 22.01 | 21.16 | 20.97 | **21.38** |
| Low case rock compressibility | 19.76 | 18.91 | 18.72 | |

Table 6.2. The effective compressibility, *c*, that will be used to compute oil released in the material balance equation.

**6.1.3 Pressure drop, *ΔP*, is 1,325 to 1,423 psi.** Here we have three values for the different fluid properties used (Section 4.3).

| | High | Middle | Low | *Average* |
| --- | --- | --- | --- | --- |
| **Pressure drop, *Δp* (psi)** | 1,423 | 1,354 | 1,325 | **1,367** |

Table 6.3. Pressure drops, *Δp*, determined from the pressure match.

**6.1.4. Calculated oil released is 2.9 to 3.7 MMstb.** I multiply the values for the connected oil volume, compressibility and pressure drop together, Table 6.4. I take values corresponding to the same set of fluid data for consistency. I allow for the full range of measured fluid and rock property data. This is the

---

[130] Tables 4.1 and 4.2 only showed the volumes for the mid-range rock compressibility.

amount of oil released from the reservoir, not what entered the ocean. Oil burnt or collected before reaching the ocean is not subtracted from this total.

I consider that the mid-range compressibility to be most consistent with the data: averaging the numbers for the three sets of fluid properties gives a base-case calculated volume of **3.26 MMstb**.

| Oil Released (MMstb) | | Fluid Properties | | | |
|---|---|---|---|---|---|
| | | High | Middle | Low | Averaged |
| Rock Properties | High | 3.74 | 3.57 | 3.47 | |
| | Middle | 3.41 | 3.24 | 3.15 | 3.26 |
| | Low | 3.10 | 2.94 | 2.86 | |

Table 6.4. The predicted oil released in million stb (MMstb) using the material balance equation (6.1).

**6.1.5. Conclusion.** This report contains all my analysis, my conclusions and the reasons for them. The opinions that I have expressed are based on my review of the documents referred to in this report,[131] in the light of my education and experience.[132] I may do further analysis to supplement my findings after receiving any subsequent Government expert reports or other relevant information.

I am receiving £280 per hour for my work on this case, though I understand that the contracting agency of my university, by whom I am paid, receives £350 per hour.

May 1, 2013

*Martin Blunt*

_____

---

[131] A complete bibliographic list of the documents referred to in forming my opinion is provided in Appendix N.
[132] My academic CV is provided in Appendix L and my full publications list in Appendix M.