UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : | MDL NO.  2179 SECTION:  J |
| This Document Relates to: | : : | JUDGE BARBIER |
| *Civ. No.* 10-4536 | : | MAG. JUDGE SHUSHAN |

## ORDER

Upon consideration of the United States' Motion for Partial Summary Judgment, and Defendants' Oppositions thereto

**IT IS ORDERED** that the above mentioned motion is **GRANTED,** and it is hereby found that:

1. The flow rate from the Macondo well (MC0252_1BP1) in the Gulf of Mexico was at least 42,070 stock tank barrels of oil on July 15, 2010.

2. At least 2.4 million stock tank barrels of oil were discharged from the Macondo well (MC0252_1BP1) in the Gulf of Mexico between April 20 and July 15, 2010.

Signed in New Orleans, Louisiana, this ___ day of _____, 2013.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE