IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

MDL 2179
SECTION J
CLAIM NUMBER: 98457
CLAIMANT ID NUMBER: 100140760

THE HONORABLE JUDGE BARBIER

THE HONORABLE MAGISTRATE JUDE SHUSHAN

IN RE: OIL SPILL BY THE OIL RIG "DEEP WATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL THE 20TH, 2010,

IN THE MATTER OF SQUARE 4 OIL REMEDIATION, LLC'S
CLAIM FOR COMPENSATION; ACCORDING THE SETTLEMENT
AGREEMENT VIA THE DWHECC

REQUEST FOR A HEARING ON THE
REQUEST FOR A WRIT OF MANDAMUS

BROWN GREER, REPRESENTING BP;

THE DEEP WATER HORIZON ECONOMIC CLAIM CENTER;

THE GARDEN CITY GROUP;

MR. PATRICK JUNEAU, LEAD COUNSEL AND THE CLAIMS ADMINIS-
TRATOR FOR THE FUND;

TENDERED FOR FILING

JUL 15 2013

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

STEPHEN HERMAN, OF HERMAN HERMAN KATZ & COTLAR, AND JAMES ROY, OF DOMENGEAUX, WRIGHT, ROY & EDWARDS, CO-LEAD COUNSEL ON THE PLAINTIFFS' STEERING COMMITTEE;

POSTLETHWAITE & NETTERVILLE, THE ACCOUNTING GROUP FOR THE DEEPWATER HORIZON LEADERSHIP;

and THE PLAINTIFF'S STEERING COMMITTEE;
   Respondents.

## THE RESPONDENTS HAVE, AFTER RECEIVING FAIR NOTICE, CONTINUED TO DISREGARD THEIR OWN RECORDS AND MAKE FALSE CLAIMS: "CLAIM DENIED AFTER *FAILURE TO CURE* INCOMPLETENESS.[1]"

Comes now, Jefferson Kenneth Jones-Oberle (Oberle) as the representative for SQUARE 4 OIL REMEDIATION, LLC-an Alabama Corporation-(SQUARE 4), to plead that this Honorable Court take notice of the most recent action of the Respondents after being served a copy of SQUARE4's request to this Court to issue a Writ of Mandamus to compel the respondents, named above and herein, to actually read and consider the claims made by SQUARE 4 and to render a decision based upon the actual requests for relief presented by SQUARE 4. After being served with the Request for a Writ of Mandamus the respondents changed the status of SQUARE4's claim to reflect that an appeal/request for reconsideration had been made and that it was in the process of review. The result of that was that the

---

[1] (emphasis added) Post-Reconsideration Incompleteness Denial Notice, Document ID # 11190048, Document File ID # 18968112, dated July 9th, 2013, on the Deepwater Horizon Claims Center, Economic & Property Damage Claims web portal. *See, Exhibit 'A'*.

- 2 -

Claim was once again denied for *"Failure to Cure Incompleteness."* Exhibit 'A'. In that Denial Notice the Respondents continued regurgitate the some of the exact same articles, documents and submissions that have been repeatedly submitted to them by SQUARE4 and that are present on the DWHEEC Web Portal. This pleading is made in good faith and for good cause set out *infra*. It is not made merely to vex the defendants or this Honorable Court. Finally it is made under the penalty of perjury pursuant Title 18, § 1621; and Title 28, § 1746.

The Denial Notice is neatly segregated into numbered sections, so SQUARE4 will order its pleading in that fashion.

Section 1, states: "Federal tax returns (including all schedules and attachments) for 2010. These federal tax returns must include: (a) complete federal tax return and the applicable supporting documents; or (b) for self-employed individuals, Form 1040, pages 1 and 2, along with Schedules C, D, E, and F, and Form 1099, if applicable."

To that the Denial Notice, under Section 1, states that this can be cured by taking any of the following steps: "The business filed a claim for Economic Loss, but did not provide its entire federal tax return for 2010. If you do not have copies, you may request a copy of your federal tax return from your accountant. If you do not

have an accountant or if your accountant does not have a copy of your federal tax returns, you can go online at IRS.gov and request a free transcript of your 2010 tax return using Form 4506-T by clicking on Order a Return or Transcript under Tools and selecting Form 4506-T. Form 4506-T is available at http://www.irs.gov/pub/irs-pdf/f4506t.pdf. You can send us a copy of those transcripts.

Those records are already a part of the submissions to the DWHECC. Form 4506-T was submitted by hand-at the request of the Local Claims Center-on June the 11th, 2013[2]. Form 4506-T was never requested until Jones-Oberle went to the Local Claims Center to try to correct the erroneous dismissal of SQUARE4's claim on June the 11th, 2013.

Prior to that date, SQUARE4 submitted numerous self-generated documents[3], and one affidavit, explaining why there are no tax returns. When the DWHECC asked for actual tax transcripts the staff at the Local Claims Center sent Jones-Oberle to the local IRS office for a specific document. Jones-Oberle returned with that document and filed it by hand with the Local Claims Center on March the 26th,

---

[2] Document ID #10734072, Document File ID #18789736, pages 2-3. *See, Exhibit 'B'*.
[3] Document ID # 9324518, Document File ID # 18256404, page 4.. *See, Exhibit 'C'*.

2013[4]. The staff at the Local Claims Center said that that document satisfied the request.

Section 2, is a rehash of Section 1, with the exception of the request being for the year 2011. As stated, *ad nauseum*, there was no income in 2010 or 2011. That is the essence of the claim that the business was started-hence a "start-up" business-at the instruction of Governor Riley and BP CEO Tony Hayward. The business was blockaded by BP's position of autonomy in the Gulf during the spill.

Section 3, states: "Documents maintained in the ordinary course of business showing the physical location of the business at the time of the Spill."

The form further elaborates with: "We are unable to determine the Economic Loss Zone of the business. We cannot evaluate your claim in the way the Settlement Agreement requires us to do unless we know the physical location of your business. The Settlement Agreement does not allow us to use a Post Office box address in order to determine the Economic Loss Zone of your business. If you are unsure of the physical address of your business, you may be able to get this information from: (a) utility bills; (b) your company's website; or (c) your company's state or federal tax returns."

---

[4] Document ID # 9324169, Document File ID # 18256404, page 7. *See, Exhibit 'D'*.

This claim was original filed in the Local Claims Office with the help and instruction of the staff there. To that end, SQUARE4 presented the Local Claims Center with;

a) The "Articles of Incorporation/Business Formation Documents[5]"; the yearly tax billing from the Department of Revenue for the State of Alabama[6]; and the forms and requests to BP itself for work for SQUARE4; all bearing the exact same address.

Section 4 states: "Documents maintained in the ordinary course of business showing the type of business in which the business was engaged at the time of the Spill, including a valid 2007 NAICS code."

The answer to this demand is the same as is set out in Section a) above. In SQUARE4's request for incorporation to the State of Alabama it is clearly set out that the company is being incorporated for the sole purpose of oil remediation in the disaster caused by BP. In the applications for work to BP the same exact recitation of purpose is set out. In SQUARE4's claim for damages that exact purpose is set out once more.

Even the full name of the petitioner gives it away: "SQUARE4 OIL REMEDIATION LLC."

---

[5] Document ID # 5957137, Document File ID # 17180661. *See, Exhibit 'E'*.
[6] Document ID # 5957205, Document File ID # 17180662. *See, Exhibit 'F'*.

Section 5, is one of the most blatant violations. It states: "A signed SWS-18 from the business's authorized representative certifying: (a) the position of the affiant, (b) his or her relationship to the business, (c) that the affiant is authorized to act on behalf of the business, (d) the date on which the entity was incorporated and the date on which it began operations, and (e) certification that, (1) as of May 1, 2010 no bankruptcy filing, asset liquidation, or debt restructuring had been initiated, (2) the business was in full compliance with all covenants as to financial conditions governing outstanding borrowing or credit agreements before the Spill, and (3) all documents submitted consist of or were derived from documents maintained in the ordinary course of business."

The instructions for Section 5 clearly state: "We are unable to determine: (a) who acts as the Authorized Business Representative of the Failed Business; and (b) the operating and financial history of the Failed Business. You may submit a signed SWS-18 (Failed Business Economic Loss Authorized Business Representative Sworn Written Statement). To get SWS-18, go to www.deepwaterhorizoneconomicsettlement.com, click on "Sworn Written Statements and Attachments," find SWS-18, and follow the instructions for completing and submitting it."

At the original filing of the Claim at the Local Claims Center, Jefferson Kenneth Jones-Oberle completed an SWS-18 form. This was on October 30th, 2012[7].

Section 6 states: "Actual annual and monthly financial statements (including income statements and balance sheets) for May 2010 through present, or through the liquidation of the company or cessation of the operation, whichever occurred first. You may prepare financial statements from contemporaneous business records currently maintained, as long you provide the documents or information upon which any subsequently-prepared financial statements are based."

For instructions it says: "We are unable to determine the Post-Spill annual and monthly revenues and expenses of the Failed Business. The Settlement Agreement requires documents describing the Post-Spill annual revenues and expenses for the Failed Business. If you do not have these documents, you may be able to get them: (a) from your financial advisor or accountant; (b) by reviewing your bank account statement; or (c) by reviewing annual or quarterly statements to calculate the missing information."

At every level of this claim, SQUARE4 has submitted its business plan and income projections for a 40 week period[8]. Then the staff at the Local Claims Center

---

[7] Document ID # 5986091 Document File ID # 17191485. *See, Exhibit 'G'*.
[8] Document ID # 9324518, File ID # 18256404, pages 2-3. *See, Exhibit 'H'*.

said that it needed to be submitted in a spread sheet-Excel-format; so that was done twice[9].

## CONCLUSION

There is an old saying, often attributed to the monks that copied and illustrated the old manuscripts and books; "although these fingers only hold the pen, the whole body grows weary.[10]." A more recent-and the cite unremembered-legal quote is: "The remedy is to be exhausted by the applicant, not the applicant exhausted by the remedy." This constant re-explaining, documenting and the providing of documents to the respondents is an unwarranted abuse heaped upon SQUARE4; when anyone of the respondents could have called the records up onto the screen of their computer and easily seen what is painstakingly listed here[11]. Nothing here is more challenging than McGuffey's Reader. The Respondents should be very ashamed of themselves.

It is for these obvious reasons that the Writ should issue.

Respectfully submitted on this 11th day of July, 2013. By,

---

[9] Document ID # 9536157, File ID # 18335734, *and* Document ID # 10834918, File ID # 18828812. *See, Exhibit 'T'.*
[10] Charles Forbes René de Montalembert.
[11] All of the Exhibits are downloaded from the web portal. The cruddy job of scanning is that of the Respondents.

*[signature]*

Jefferson Kenneth Jones-Oberle
CEO Square 4 Oil Remediation LLC
9180 Irvington-Bayou la Batre Highway
Irvington, Alabama 36544
225-200-6672

## CERTIFICATE OF SERVICE

I, Jefferson Kenneth Jones-Oberle, do hereby swear that a true and correct copy of the foregoing has been served on the respondents:

POSTLETHWAITE & NETTERVILLE
8550 United Plaza Blvd #1001
Baton Rouge, LA 70809
(225) 922-4600

The Plaintiffs' Steering Committee
c/o Robert T. Cunningham
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, AL 36604
Phone: (251) 471-6191
rtc@cunninghambounds.com

Patrick A. Juneau
1018 Harding St #202
Lafayette, LA 70503
(337) 269-0052

The Garden City Group
42548 Happywoods Road
Hammond, LA 70403

STEPHEN HERMAN
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892
info@hhklawfirm.com


JAMES ROY
DOMENGEAUX, WRIGHT, ROY & EDWARDS
556 Jefferson St, Suite 500
Lafayette, LA 70501
(337) 205-8065

BrownGreer PLC
250 Rocketts Way
Richmond, VA 23231
(804) 521-7200
information@browngreer.com

by email (where possible) and by placing first-class postage on the Request and depositing it in the United States Postal Service, on July the 12$^h$, 2013.

Jefferson Kenneth Jones-Oberle
CEO Square 4 Oil Remediation LLC
9180 Irvington-Bayou la Batre Highway
Irvington, Alabama 36544
225-200-6672



Flat Rate Mailing Envelope

Visit us at usps.com

INTERNATIONAL RESTRICTIONS APPLY:
Customs forms are required. Consult the
International Mail Manual (IMM) at pe.usps.com
or ask a retail associate for details.

PS00001035014

From/Expéditeur:
SQUARE 4 LLC
9180 Irvington-BLB Hwy
Irvington AL 36544

To/Destinataire:
The Clerk of the Courts
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130
Country of Destination/Pays de destination:




Please Recycle

This packaging is the property of
Service® and is provided solely for
sending Priority Mail® shipments
Misuse may be a violation of fed
packaging is not for resale. EP1
Postal Service; June 2012; All ri

EP14F-P-PP June 2012 © U.S.

Schedule package pickup right
or office at usps.com/pickup
Print postage online