EXHIBIT 'A'

## POST - RECONSIDERATION INCOMPLETENESS DENIAL NOTICE
### DATE OF NOTICE: July 9, 2013
### DEADLINE FOR APPEAL REQUEST: July 29, 2013

## I. CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last Jones-Oberle | | First Jefferson | Middle |
|---|---|---|---|---|
| Claimant ID | 100140760 | **Claim ID** | | 98457 |
| Claim Type | Failed Business Economic Loss | | | |
| Industry Designation | Unknown | **Economic Loss Zone** | | |

## II. INCOMPLETENESS DENIAL EXPLANATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") and relates to the claim identified in Section I. We previously sent you an Incompleteness Denial Notice because we needed additional information to process this claim, you requested Reconsideration, and we reviewed your claim again. Your claim remains incomplete and is missing the required documents and/or information listed below. Because this information is required under the terms of the Economic and Property Damages Settlement Agreement ("Settlement Agreement") written by Class Counsel and BP, your claim remains denied.

| | WHAT YOU NEEDED TO SUBMIT | EXPLANATION |
|---|---|---|
| 1. | Federal tax returns (including all schedules and attachments) for 2010.  These federal tax returns must include:  (a) complete federal tax return and the applicable supporting documents; or (b) for self employed individuals, Form 1040, pages 1 and 2, along with Schedules C, D, E, and F, and Form 1099, if applicable. | The business filed a claim for Economic Loss, but did not provide its entire federal tax return for 2010.  If you do not have copies, you may request a copy of your federal tax return from your accountant.  If you do not have an accountant or if your accountant does not have a copy of your federal tax returns, you can go online at IRS.gov and request a free transcript of your 2010 tax return using Form 4506-T by clicking on Order a Return or Transcript under Tools and selecting Form 4506-T.  Form 4506-T is available at http://www.irs.gov/pub/irs-pdf/f4506t.pdf.  You can send us a copy of those transcripts. |
| 2. | Federal tax return (including all schedules and attachments) for 2011.  This federal tax return must include:  (a) complete federal tax return and the applicable supporting documents; or (b) for self employed individuals, Form 1040, pages 1 and 2, along with Schedules C, D, E, and F, and Form 1099, if applicable. | The business filed a claim for Economic Loss, but did not provide its federal tax return for 2011.  If you do not have copies, you may request a copy of your federal tax return from your accountant.  If you do not have an accountant or if your accountant does not have a copy of your federal tax returns, you can go online at IRS.gov and request a free transcript of your 2011 tax return using Form 4506-T by clicking on Order a Return or Transcript under Tools and selecting Form 4506-T.  Form 4506-T is available at http://www.irs.gov/pub/irs-pdf/f4506t.pdf.  You can send us a copy of those transcripts. |
| 3. | Documents maintained in the ordinary course of business showing the physical location of the business at the time of the Spill. | We are unable to determine the Economic Loss Zone of the business.  We cannot evaluate your claim in the way the Settlement Agreement requires us to do unless we know the physical location of your business.  The Settlement Agreement does not allow us to use a Post Office box address in order to determine the Economic Loss Zone of your business.  If you are unsure of the physical address of your business, you may be able to get this information from: (a) utility bills; (b) your company's website; or (c) your company's state or federal tax returns. |

Case 2:10-md-02179-CJB-DPC   Document ... Page 3 of 32

| | | |
|---|---|---|
| 4. | Documents maintained in the ordinary course of business showing the type of business in which the business was engaged at the time of the Spill, including a valid 2007 NAICS code. | We are unable to determine the nature of the business. We cannot evaluate your claim in the way the Settlement Agreement requires us to do unless we know what functions your business performs on a day to day basis. If you are unsure of the nature of your business, you may be able to get this information from: (a) your company's website; (b) your company's mission statement; or (c) your company's NAICS code. You may locate your company's NAICS code by performing a search on-line using www.census.gov/naics. Send us a description of the functions that your company performs. |
| 5. | A signed SWS-18 from the business's authorized representative certifying: (a) the position of the affiant, (b) his or her relationship to the business, (c) that the affiant is authorized to act on behalf of the business, (d) the date on which the entity was incorporated and the date on which it began operations, and (e) certification that, (1) as of May 1, 2010 no bankruptcy filing, asset liquidation, or debt restructuring had been initiated, (2) the business was in full compliance with all covenants as to financial conditions governing outstanding borrowing or credit agreements before the Spill, and (3) all documents submitted consist of or were derived from documents maintained in the ordinary course of business. | We are unable to determine: (a) who acts as the Authorized Business Representative of the Failed Business; and (b) the operating and financial history of the Failed Business. You may submit a signed SWS-18 (Failed Business Economic Loss Authorized Business Representative Sworn Written Statement). To get SWS-18, go to www.deepwaterhorizoneconomicsettlement.com, click on "Sworn Written Statements and Attachments," find SWS-18, and follow the instructions for completing and submitting it. |
| 6. | Actual annual and monthly financial statements (including income statements and balance sheets) for May 2010 through present, or through the liquidation of the company or cessation of the operation, whichever occurred first. You may prepare financial statements from contemporaneous business records currently maintained, as long you provide the documents or information upon which any subsequently-prepared financial statements are based. | We are unable to determine the Post-Spill annual and monthly revenues and expenses of the Failed Business. The Settlement Agreement requires documents describing the Post-Spill annual revenues and expenses for the Failed Business. If you do not have these documents, you may be able to get them: (a) from your financial advisor or accountant; (b) by reviewing your bank account statement; or (c) by reviewing annual or quarterly statements to calculate the missing information. |

## III. RECONSIDERATION ANALYSIS

The claim remains incomplete for the following: Complete federal tax returns for 2010 and 2011. We are unable to determine: (a) who acts as the Authorized Business Representative of the Failed Business; and (b) the operating and financial history of the Failed Business. We are unable to determine the Post-Spill annual and monthly revenues and expenses of the Failed Business.

You have the right to Appeal this Denial if you would like a separate Documentation Reviewer to review the complete record of your claim to determine if your claim is complete under the terms of the Settlement Agreement. To request Appeal, go to your DWH Portal, provide the basis of your Appeal, and submit your Appeal Request online using our secure online system. If you do not use the DWH Portal, you must complete the **Request for Appeal Form** accompanying this Notice and return it to us on or before the Deadline for Appeal Request date listed at the top of this Notice.

If you choose to Appeal your Incompleteness Denial, we will assign an independent Documentation Reviewer to review your file. If the Documentation Reviewer finds error in the Denial for insufficient documentation, the Settlement Program will process your claim and will issue you a new notification regarding the result of that review.

**If you do not submit a Request for Appeal or submit one after the deadline for doing so has passed, we will close your claim.** If we close your claim for failure to submit the required documents or information, you may resubmit your claim with the Settlement Program. However, you must file a new Claim Form to resubmit your claim to the Settlement Program. Depending on your circumstances, there are three different deadlines for submitting a new Claim Form:

(1) If this is a Seafood Compensation Program claim, the deadline to file claims in the Seafood Compensation Program was January 22, 2013. The Claims Administrator has developed a Procedure for Handling Untimely Seafood Claims, a copy of which is available by visiting: **http://www.deepwaterhorizoneconomicsettlement.com/docs/ SCPDeadlineExtensionProcedureAnnouncement.pdf.** If you have a Seafood Claim that you have not yet submitted but wish to file now, you may refer to that procedure for instructions on whether and how you might be able to file that claim;

(2) If the Settlement Program has already paid you for any of your other claims and you wish to resubmit this particular claim, you must file your new Claim Form within 180 days of the first payment from the Settlement Program, but no later than the final claims deadline described in scenario #3 below; and

(3) You must file all other Claim Forms not covered by scenario #1 above before the Settlement Program terminates on April 22, 2014.

For a complete list of documents required to support your claim, or for more information on your right to Appeal, go to **www.deepwaterhorizoneconomicsettlement.com** and review the Instructions Booklet for this claim type.

## V. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance. You also may visit a Claimant Assistance Center and talk with one of our representatives. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com**.

## VI. HOW TO RESPOND TO THIS NOTICE

Submit your **Request for Appeal Form** online with any accompanying documents by uploading them to your DWH Portal. If you do not use the DWH Portal, you may submit your request in any of the following ways on or before your Reconsideration deadline:

| | |
|---|---|
| **By Mail**<br>(Postmarked no later than your Appeal deadline) | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail**<br>(If mail, postmarked no later than your Appeal deadline; if other overnight delivery, placed in the custody of an overnight carrier by your Appeal deadline) | Deepwater Horizon Economic Claims Center<br>Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your Appeal deadline) | (888) 524-1583 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your Appeal deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center**<br>(Delivered no later than your Appeal deadline) | You may take the required information or documents to a Claimant Assistance Center. |

**DATE OF POST-RECONSIDERATION INCOMPLETENESS DENIAL NOTICE: July 9, 2013**

**DEADLINE TO APPEAL: July 29, 2013**

## I. CLAIMANT AND CLAIM INFORMATION

| **Claimant Name** | Last/Name of Business<br>Jones-Oberle | First<br>Jefferson | Middle |
|---|---|---|---|
| **Claimant ID** | 100140760 | **Claim ID** | 98457 |
| **Claim Type** | Failed Business Economic Loss | | |

## II. APPEAL FOR INSUFFICIENT DOCUMENTATION

☐    Submit this Request for Appeal Form to request a separate Documentation Reviewer to review your claim. By requesting an Appeal, you are certifying that you understand that your claim could remain denied. Include all additional documentation you want us to consider along with this Request for Appeal Form.

Explain (You may attach additional sheets if necessary):

## III. HOW TO SUBMIT THIS FORM

If you are unable to access the DWH Portal, you may submit your **Request for Appeal Form** in any of the below ways.

| | |
|---|---|
| **By Mail**<br>(Postmarked no later than your Appeal deadline) | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail**<br>(If mail, postmarked no later than your Appeal deadline; if other overnight delivery, placed in the custody of an overnight carrier by your Appeal deadline) | Deepwater Horizon Economic Claims Center<br>Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your Appeal deadline) | (888) 524-1583 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your Appeal deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center**<br>(Delivered no later than your Appeal deadline) | You may take the required information or documents to a Claimant Assistance Center. |

EXHIBIT 'B'

DEEPWATER HORIZON
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

# DHECC Document Separator Sheet


RECEIVED · HAMMOND
JUN 1 2 2013
GARDEN CITY GROUP

CAC Location: _____Mobile Alabama_____

Date: _6 - 11 - 13_____

Claimant Last Name: _Jones-Oberle_____

Claimant First Name: _Jefferson_____

Business Name: _____

DWH or GCCF ID #: _100140760_____

Claim Type(s): _Failed Business Economic Loss_

Number of New Claims Submitted: _0_____

Number of Document Pages Submitted by Claimant: _2___

Appeal Documents:.......................................................YES        NO
General Docs Supporting Claim:............................(YES)       NO
Hard Copy Registration or Claim Form?....................YES        NO
Legal Representation Documents:.............................YES        NO
Reconsideration Documents:....................................(YES)     NO
Response to Notice:................................................(YES)     NO
Response to SIT:......................................................YES        NO
Signed Release:.......................................................YES        NO
Structured Settlement Documents:............................YES        NO
Sworn Written Statement:.......................................YES        NO

**7999692655** 10

FedEx Tracking Number: _____

Claimant Assistant Name: _Sanderson_____

Form **4506-T**
(Rev. January 2012)
Department of the Treasury
Internal Revenue Service

# Request for Transcript of Tax Return

▶ Request may be rejected if the form is incomplete or illegible.

OMB No. 1545-1872

**Tip.** Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Order a Transcript" or call 1-800-908-9946. If you need a copy of your return, use Form 4506, Request for Copy of Tax Return. There is a fee to get a copy of your return.

| | |
|---|---|
| **1a** Name shown on tax return. If a joint return, enter the name shown first. *JEFFERSON K. Oberle* | **1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) *254 62 6670* |
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)
*JEFFERSON K. Oberle - Jones    9180 IRVINGTON-BAR Hwy.    IRVINGTON, AL. 36544*

**4** Previous address shown on the last return filed if different from line 3 (see instructions)
*258 S. School ST. FAIRHOPE AL 36532*

**5** If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

**Caution.** If the tax transcript is being mailed to a third party, ensure that you have filled in lines 6 through 9 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your IRS transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

**6** Transcript requested. Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request. ▶ *1040*

**a** Return Transcript, which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120A, Form 1120H, Form 1120L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days . . . . . . . ☐

**b** Account Transcript, which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 30 calendar days . ☐

**c** Record of Account, which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 30 calendar days . . ☐

**7** Verification of Nonfiling, which is proof from the IRS that you **did not** file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days . . . ☒

**8** Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript. The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2010, filed in 2011, will not be available from the IRS until 2012. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 45 days . . ☐

**Caution.** If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

**9** Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately. *2010    2011*

Check this box if you have notified the IRS or the IRS has notified you that one of the years for which you are requesting a transcript involved identity theft on your federal tax return . . . . . . . . . . . . . . . . . . . . . . ☐

**Caution.** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, either husband or wife must sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. **Note.** For transcripts being sent to a third party, this form must be received within 120 days of the signature date.

Phone number of taxpayer on line 1a or 2a *225 200 6672*

**Sign Here**

▶ Signature (see instructions) *[signature]*   Date *5-11-13*

▶ Title (if line 1a above is a corporation, partnership, estate, or trust) *LLC*

▶ Spouse's signature   Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.   Cat. No. 37667N   Form **4506-T** (Rev. 1-2012)

Form 4506-T (Rev. 1-2012)

Page **2**

Section references are to the Internal Revenue Code unless otherwise noted.

## What's New

The IRS has created a page on IRS.gov for information about Form 4506-T at *www.irs.gov/form4506*. Information about any recent developments affecting Form 4506-T (such as legislation enacted after we released it) will be posted on that page.

## General Instructions

**CAUTION.** *Do not sign this form unless all applicable lines have been completed.*

**Purpose of form.** Use Form 4506-T to request tax return information. You can also designate (on line 5) a third party to receive the information. Taxpayers using a tax year beginning in one calendar year and ending in the following year (fiscal tax year) must file Form 4506-T to request a return transcript.

**Note.** If you are unsure of which type of transcript you need, request the Record of Account, as it provides the most detailed information.

**Tip.** Use Form 4506, Request for Copy of Tax Return, to request copies of tax returns.

**Where to file.** Mail or fax Form 4506-T to the address below for the state you lived in, or the state your business was in, when that return was filed. There are two address charts: one for individual transcripts (Form 1040 series and Form W-2) and one for all other transcripts.

If you are requesting more than one transcript or other product and the chart below shows two different addresses, send your request to the address based on the address of your most recent return.

**Automated transcript request.** You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Order a Transcript" or call 1-800-908-9946.

## Chart for individual transcripts (Form 1040 series and Form W-2 and Form 1099)

| If you filed an individual return and lived in: | Mail or fax to the "Internal Revenue Service" at: |
|---|---|
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | RAIVS Team Stop 6716 AUSC Austin, TX 73301  512-460-2272 |
| Alaska, Arizona, Arkansas, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | RAIVS Team Stop 37106 Fresno, CA 93888  559-456-5876 |
| Connecticut, Delaware, District of Columbia, Florida, Georgia, Maine, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia | RAIVS Team Stop 6705 P-6 Kansas City, MO 64999  816-292-6102 |

## Chart for all other transcripts

| If you lived in or your business was in: | Mail or fax to the "Internal Revenue Service" at: |
|---|---|
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, South Dakota, Texas, Utah, Washington, Wyoming, a foreign country, or A.P.O. or F.P.O. address | RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409  801-620-6922 |
| Connecticut, Delaware, District of Columbia, Georgia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Vermont, Virginia, West Virginia, Wisconsin | RAIVS Team P.O. Box 145500 Stop 2800 F Cincinnati, OH 45250  859-669-3592 |

**Line 1b.** Enter your employer identification number (EIN) if your request relates to a business return. Otherwise, enter the first social security number (SSN) or your individual taxpayer identification number (ITIN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P. O. box, include it on this line.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note.** If the address on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address.

**Line 6.** Enter only one tax form number per request.

**Signature and date.** Form 4506-T must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the information be sent to a third party, the IRS must receive Form 4506-T within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines are completed before signing.

**Individuals.** Transcripts of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506-T exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Corporations.** Generally, Form 4506-T can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer.

**Partnerships.** Generally, Form 4506-T can be signed by any person who was a member of the partnership during any part of the tax period requested on line 9.

**All others.** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. You are not required to request any transcript; if you do request a transcript, sections 6103 and 6109 and their regulations require you to provide this information, including your SSN or EIN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506-T will vary depending on individual circumstances. The estimated average time is: Learning about the law or the form, 10 min.; Preparing the form, 12 min.; and Copying, assembling, and sending the form to the IRS, 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506-T simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Products Coordinating Committee
SE:W:CAR:MP:T:M:S
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224

Do not send the form to this address. Instead, see *Where to file* on this page.

From: (251) 533-6556
CAC - Mobile

3975 B Government Blvd

Mobile, AL 36693

Origin ID: MOBA

 FedEx
Express

E

J1311302120025

Ship Date: 11JUN13
ActWgt: 5.0 LB
CAD: 104152869/NET3370

**Delivery Address Bar Code**

SHIP TO: (866) 992-6174      BILL SENDER

**Heather Stephens**
Deepwater **Horizon Crt Sprvsd Sttlmt**
41348 HAPPYWOODS RD

HAMMOND, LA 70403

Ref #      DWH-CAC 140047/10090
Invoice #
PO #
Dept #

**WED - 12 JUN 3:00P**
**STANDARD OVERNIGHT**

TRK#   **7999 6926 5510**
0201

**70403**
LA-US

**XH BTRA**        **MSY**

518G10/77/63AB



Aft   printing **this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**7999 6926 55**

EXHIBIT 'C'

# AFFIDAVIT TESTIMONY
# CONCERNING THE 2010 FEDERAL
# TAX RETURNS FOR
# SQUARE 4 LLC

1) My name is Jefferson Jones-Oberle. I am the principle owner of SQUARE 4 LLC.

2) SQUARE 4 LLC was incorporated at 258 South School Street, in Fairhope, Alabama: to work in the area of Orange Beach, Alabama.

3) Due to the blockade/embargo of the coastal areas of the Northern Gulf of Mexico no one not directly employed by BP was allowed to engage in oil remediation and HAZMAT work.

4) SQUARE 4 LLC was incorporated to gain access to the work environment of the Northern Gulf of Mexico.

5) Since BP held total control over whomever would be allowed to work in the coastal areas near Orange Beach; and it used that control to deny work to SQUARE 4 LLC; SQUARE 4 LLC was never able to generate any income to base a filing of Federal Income Taxes upon.

6) SQUARE 4 LLC failed due to the direct actions of BP and as such SQUARE 4 LLC failed.

7) For all of the foregoing SQUARE 4 LLC never filed an income tax return for any year and definitely not for the year 2010.

8) All of the foregoing is true, correct and given upon my personal knowledge.

FURTHERMORE THE AFFIANT SAYETH NOT.

Sworn on this 26th day of March, 2013, by,

Jefferson Kenneth Oberle
CEO Square 4 Oil Remediation LLC
9180 Irvington-Bayou la Batre Highway
Irvington, Alabama 36544
225-200-6672

State of Alabama
County of Mobile

MY COMMISSION EXPIRES NOVEMBER 14, 2016

EXHIBIT 'D'

Transcript Delivery System Correspondence                                                    Page 1 of 1

 **Internal Revenue Service**
United States Department of the Treasury

MEMPHIS, TN 37501-1498

Date of Issue: 03-26-2013

JEFFERSON K OBERLE SR
PO BOX 723
DAPHNE, AL 36526

Taxpayer's Name: JEFFERSON K OBERLE SR
Taxpayer Identification Number: 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
Tax Period or Periods: December, 2010

Return: 1040

**Information About the Request We Received**

We received a request dated March 26, 2013 for verification of non-filing of returns for
above tax period or periods. We have no record of a filed Form 1040, 1040A, or 1040EZ
using the above Social Security Number. You can consider this letter a verification of
non-filing.

**How To Contact Us**

Please call us at 1-800-829-0922 if you have any questions regarding this letter or if
you need additional information.

Sincerely Yours,

*Patricia LaPosta*

Patricia LaPosta, Director
Electronic Products & Svcs Support

Enclosures:

EXHIBIT 'E'

BALDWIN COUNTY, ALABAMA
TIM RUSSELL PROBATE JUDGE
Filed/cert. 6/10/2010 9:48 AM
TOTAL       $   45.00
2 Pages

123726411

**STATE OF ALABAMA**

**DOMESTIC LIMITED LIABILITY COMPANY**
**ARTICLES OF ORGANIZATION GUIDELINES**

**INSTRUCTIONS:**
**STEP 1:** THE NAME OF THE LIMITED LIABILITY COMPANY MUST CONTAIN THE WORDS LIMITED LIABILITY COMPANY, LLC OR L.L.C.
**STEP 2:** FILE THE ORIGINAL AND TWO COPIES OF THE ARTICLES OF ORGANIZATION IN THE COUNTY WHERE THE LLC'S REGISTERED OFFICE IS LOCATED. THE SECRETARY OF STATE'S FILING FEE IS $40. PLEASE CONTACT THE JUDGE OF PROBATE TO VERIFY THE PROBATE FILING FEE.

PURSUANT TO THE ALABAMA LIMITED LIABILITY COMPANY ACT, THE UNDERSIGNED HEREBY ADOPTS THE FOLLOWING ARTICLES OF ORGANIZATION.

*Article I*     The name of the Limited Liability Company:
SQUARE 4 OIL REMEDIATION LLC
(Your company title must end with the words Limited Liability Company, L.L.C. or LLC)

*Article II*     The duration of the Limited Liability Company is Five (5) years

*Article III*     The Limited Liability Company has been organized for the following purpose(s):
To provide cleanup services personel + equipment to British Petroleum

*Article IV*     The street address (NO PO BOX) of the registered office: 258 South School Street Fairhope AL 36523 and the name of the registered agent at that office: Michael Smith

*Article V*     The names and addresses of the initial member(s), and organizer (if any):
(See attached)

(Attach additional sheets if necessary.)

*Article VI*     If the Limited Liability Company is to be managed by one or more managers, list the names and addresses of the managers who are to serve until the first annual meeting of the members or until their successors are elected and qualified.
Michael H. Smith
Jefferson K. Oberle

Any provision that is not inconsistent with the law for the regulation of the internal affairs of the Limited Liability Company is permitted to be set forth in the operating agreement of the LLC.

IN WITNESS THEREOF, the undersigned members executed these Articles of Organization on this the 10TH day of June 20 10.

THIS DOCUMENT PREPARED BY:
Michael H Smith
258 South School St
DLL-1.1 Rev. 6/2001
Fairhope AL 36532

Michael H Smith
Signature of Member/Organizer

EXHIBIT 'F'

00000001869859840000027010100



# State of Alabama
# Department of Revenue

(www.revenue.alabama.gov)
50 North Ripley Street
Montgomery, Alabama 36132

Letter Id: L0888875584

**CYNTHIA UNDERWOOD**
Assistant Commissioner
**MICHAEL E. MASON**
Deputy Commissioner

**JULIE P. MAGEE**
Commissioner

January 30, 2012



SQUARE 4 OIL REMEDIATION LLC
258 S SCHOOL ST
FAIRHOPE, AL  36532-1821

Billing ID: 21430913287R

Type of Tax: Business Privilege Tax
Taxable Year/Form Year: 2011
Determination Period: 06/10/2010 - 12/31/2010
Return Control #:
Please see explanations on reverse side of notice.

Account Number: BPT-R007452236
Form: BPT
TIN: 448243

| Description | Amount | Credit Amount | Balance Due |
|---|---|---|---|
| Tax | $100.00 | $0.00 | $100.00 |
| Interest | $3.15 | $0.00 | $3.15 |
| Late File Penalty | $50.00 | $0.00 | $50.00 |
| Late Payment Penalty | $11.00 | $0.00 | $11.00 |
| Total Amount Due | | | $164.15 |

Note:  Alabama tax laws do not provide for partial payment of tax, penalties, or interest. To avoid further collection procedures, send payment for total amount due along with the payment voucher at the end of this notice.

Please see payment options on reverse side of notice. If payment has already been submitted, please disregard this notice. The balance shown on this letter will be valid until February 15, 2012. If the amount is paid in full prior to this date, no additional interest will be added. If not paid in full prior to this date then additional interest will be added.

*Please cut off and return with payment*

| **RV-1** | | | |
|---|---|---|---|
| SQUARE 4 OIL REMEDIATION LLC | | Tax Type: | BPT |
| ID: | R007452236 | Control: | 21430913287R |
| Voucher Type: | Billing Payment | | |

**Mail Payment to:**
Alabama Department of Revenue
Individual and Corporate Tax Division
Business Privilege Tax Section
PO Box 327320
Montgomery, AL 36132-7320
Phone: 334-353-7923
Fax: 334-242-8915

Amount Due:  $164.15



## Reasons and Explanations for Tax, Interest, and Penalties
### (As required by §40-2A-4(a)(3))

**Estimated Return** - According to our records, you have not filed a tax return; therefore we have calculated the tax based upon the most accurate and complete information available per § 40-2A-7, Code of Alabama 1975.

**Interest** - You failed to pay your tax liability by the due date. Accrued interest was computed at the legal rate, as required by §40-1-44(a).

**Late Filing Penalty** - You failed to file your tax return by the due date. A penalty was computed at the rate of 10% of any additional tax, or $50, whichever is greater. This penalty is required by § 40-2A-11(a).

**Late Payment Penalty** - You failed to pay your tax liability by the due date. For taxes due monthly or quarterly, a penalty was computed at the rate of 10% of the tax due. For other taxes, a penalty was computed on the amount due at the rate of 1% per month, not to exceed 25%. This penalty is required by §40-2A-11(b).

**Taxable Year/Form Year** - Alabama business privilege tax law defines the term "taxable year" as the twelve-month period used by the taxpayer to file income tax returns. The taxpayer/business entity is allowed to do business in Alabama during the business privilege taxable year, upon having paid the Alabama business privilege tax for the year. The business privilege tax is due two and one half months after the beginning of the taxable year. The tax accrues each year as long as the business entity is in legal existence, regardless of the level of its business activity.

**Determination Period** - Alabama business privilege tax law generally defines "determination period" for a taxpayer as the taxable year that ended immediately prior to the taxpayer's current taxable year. Generally, the last day of the determination period is the last day of the taxable year that just ended and coincides with the balance sheet date for the taxable year that just ended. The date shown as the "filing period" on the payment voucher is the last day of the taxpayer's determination period.

**For Annual Filing:**
Pursuant to Section 40-2A-11(b)(2), if this liability is not paid within 30 days the failure to timely pay penalty shall be assessed or increased by as much as 1% per month to a maximum of 25% of the total tax.

---

ELECTRONIC PAYMENT OPTION: Payments may be made Online through the Department's website <www.revenue.alabama.gov/efiling.htm>, or by calling 1-800-828-1727 toll free. This is a free service. Do not mail payment voucher if payment is made electronically.

You may also use Discover/Novus, MasterCard, Visa or American Express card to pay this liability by calling 1-800-2PAY-TAX or on the Internet at www.officialpayments.com <http://www.officialpayments.com> (click on the "payment center" link.) When using this method, it will be necessary to know the Alabama Jurisdiction Code, which is 1101. There is a convenience fee for this service. The fee is based on the amount of your tax payment and is paid directly to Official Payments Corporation.

EXHIBIT 'G'

If you need more space to complete this Sworn Written Statement, attach the additional pages and they will be incorporated into this document.

### A. CLAIMANT INFORMATION

| | |
|---|---|
| **Business Name:** | Square 4 Oil Remediation LLC |
| **Deepwater Horizon Settlement Program Claimant Number:** | 1 1 0 1 1 4 0 7 6 0 1 |
| **Business Address:** | Street  3763-E Industrial Park Drive<br>City Mobile    State AL    Zip Code 36693 |
| **Business Phone Number:** | (2 1 5) 2 0 0 - 6 6 7 2 |
| **Social Security Number:**<br>or<br>**Individual Taxpayer Identification Number:**<br>or<br>**Employer Identification Number:** | SSN or ITIN  2 5 6 - 6 2 - 6 6 7 0<br>EIN  ⌷⌷⌷-⌷⌷⌷⌷⌷⌷⌷ |
| **Date of Incorporation:** | Dec 10, 2010<br>(Month/Day/Year) |
| **Date of Commencement of Operations:** | Dec 10, 2010<br>(Month/Day/Year) |
| **Authorized Business Representative Name:** | Last  Oberle      First  Jefferson      Middle Initial  K |
| **Authorized Business Representative Phone Number:** | (2 2 5) 2 0 0 - 6 6 7 2 |
| **Position of Authorized Business Representative:** | |

### B. REQUIRED VERIFICATIONS

(1) I am authorized to act on behalf of the business listed above.

(2) As of May 1, 2010:

    (a) No bankruptcy filing, asset liquidation, or debt restructuring had been initiated for the business listed above; (A renewal of a business loan will not be deemed restructuring.)

    (b) The business listed above was in full compliance with all covenants as to financial condition governing outstanding borrowing or credit agreements prior to the DWH Spill; and

    (c) All documentation submitted by the business listed above consists of, or was derived from, documents maintained in the ordinary course of business.

SWS-18
v.1

1

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this Statement (and in any pages I have attached to or submitted with this Statement to provide additional information requested in this Statement) is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted with this Statement and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Statement may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

| Date Signed: | 10 /30, 2012 | |
| --- | --- | --- |
| | (Month/Day/Year) | Signature |
| | | Jefferson K. Oberle |
| | | Name (Printed or Typed) |

EXHIBIT 'H'

# INCOME PROJECTIONS FOR
# SQUARE 4 LLC FOR
# THE YEAR 2010

SQUARE 4 LLC was formed to pay a higher hourly rate of pay to the workers than the standard practice by BP's contractors. This point was presented to BP and its designees at every contact.

There were to be four employees in SQUARE 4 LLC: two workers, one boat captain and one foreman. The boat captain was to be Mr. Oberle and the foreman was to be Mr. Smith.

SQUARE 4 LLC had one twenty-four foot long Blazer Bay vessel that is capable of working out in the Gulf of Mexico to deploy and maintain boom. Something most of the contractors did not have.

The gross weekly losses to SQUARE 4 LLC are: the $24,500.00 for the boat, $20,670.00 for the Captain, $20,670.00 for the Foreman, and $7,950.00 for each crewman ($15,900.00), for a total of $81,740.00 per week.

Just working from June the 10th, 2010, when our incorporation papers were signed, SQUARE 4 LLC lost forty weeks at $81,740.00 per week for a total gross loss of $3,269,600.00.

We have a schedule below to show the wages broken down so that a fair determination can be made as to our claim.

Supervisory personnel make $65.00 per hour and work seven days a week at 12 hours per day which equals 84 worked hours. Applying time and one half for every hour worked over 40 hours we deduct 40 from 84 for 44 overtime hours. We divide 44 by 2; to get the "and one half"; to get 22 more hours that we add back to the 84 worked hours for a total of 106 pay hours.

Supervisory personnel then earn $6,890.00 per week.  As with any firm the structure is a third, a third and a third for a total of $20,670.00 billed to the client for each of the two supervisors.  That is a total of $41,340.00 for the two supervisors.

The deckhands each make $25.00 per hour for 106 pay hours for a total of $2,650.00 each times 3 for $7,050.00.  That is a total of $15,900.00 for the two deckhands.

The vessel is an overhead item that costs us the same every day we owned it, so its charges are only broken down for depreciation and maintenance for the IRS.  That is a loss of $980,000.00 for the vessel.

Since Mr. Oberle and Mr. Smith are also the persons that formed the LLC and are equal partners their supervisory wages cannot be prorated since their wages will have to be declared and the matching taxes paid into the government.  That is a $1,653,600 loss to date.

The wages to the deckhands would have to be prorated by 60% for actual wages not paid and the matching not paid.  We would offer that the forty weeks at $6,630.00 equals a $254,400.00 loss to date for revenue not earned by SQUARE 4 LLC.

The adjusted net loss to SQUARE 4 LLC is $2,888,000.

Sworn on this 26th day of March, 2013, by,

State of Alabama
County of Mobile

MY COMMISSION EXPIRES NOVEMBER 14, 2016

Jefferson Kenneth Oberle
CEO Square 4 Oil Remediation LLC
9180 Irvington-Bayou la Batre Highway
Irvington, Alabama 36544
225-200-6672

2

EXHIBIT 'I'

# Profit and Loss Statement

**SQUARE 4 OIL REMEDIATION LLC In Re: DWH 100140760**

**06/2010 thru 12/2011**  Stated in 000s

| Gross margin [L/J] | | | | | | |
| Return on sales [T/J] | | | | | | |

| | Prior Period | Budget | Current Period | Current Period as % of Sales | % Change from Prior Period | % Change from Budget |
|---|---|---|---|---|---|---|
| **Sales Revenue** | | | | | | |
| Product/Service 1 | 0 | 8,000 | 0 | 0.0% | 0.0% | 0.0% |
| Product/Service 2 | | | | | | |
| Product/Service 3 | | | | | | |
| Product/Service 4 | | | | | | |
| Total Sales Revenue [J] | 0 | 8,000 | 0 | | | |
| **Cost of Sales** | | | | | | |
| Product/Service 1 | | | | | | |
| Product/Service 2 | | | | | | |
| Product/Service 3 | | | | | | |
| Product/Service 4 | | | | | | |
| Total Cost of Sales [K] | 0 | 0 | 0 | | | |
| **Gross Profit [L=J-K]** | 0 | 8,000 | 0 | | | -100.0% |
| **Operating Expenses** | | | | | | |
| **Sales and Marketing** | | | | | | |
| Sweat Equity | 25,000 | | | | | |
| 40 Hour HAZWOPER COURSES AND CERTIFICATIONS | 600 | | 0 | | | |
| Boat Rental | 8,167 | | | | | |
| PPE and PPC | 1,200 | | | | | |
| Total Sales and Marketing Expenses [M] | 34,967 | 0 | 0 | | | |
| **Research and Development** | | | | | | |
| Technology licenses | | | | | | |
| Patents | | | | | | |
| Other expenses (specify) | | | | | | |
| Other expenses (specify) | | | | | | |
| Total Research and Development Expenses [N] | 0 | 0 | 0 | | | |
| **General and Administrative** | | | | | | |
| Wages not paid to the partners | 1,653,600 | | 0 | | | |
| Wages not collected from the other workers | 254,400 | | 0 | | | |
| supplies see Sweat Equity above | | | 0 | | | |
| Revenue from the boat not collected | 980,000 | | 0 | | | |
| Rent | 0 | | 0 | | | |
| Telephone | 0 | | 0 | | | |
| Utilities | 0 | | 0 | | | |
| Depreciation | 0 | | 0 | | | |
| Insurance | 0 | | 0 | | | |
| Repairs and maintenance | 0 | | 0 | | | |
| Other expenses (specify) | 0 | | 0 | | | |
| Other expenses (specify) | 0 | | 0 | | | |
| Total General and Administrative Expenses [O] | 2,888,000 | 0 | 0 | | | |
| **Total Operating Expenses [P=M+N+O]** | 2,922,967 | 0 | 0 | | | |
| **Income from Operations [Q=L-P]** | -2,922,967 | 8,000 | 0 | | 100.0% | -100.0% |
| **Other Income [R]** | | | | | | |
| **Taxes** | | | | | | |
| Income taxes | | | | | | |
| Payroll taxes | | | | | | |
| Real estate taxes | 0 | | | | | |
| State of Alabama LLC fees $150.00 per year | 450 | | | | | |
| Other taxes (specify) | | | | | | |
| Total Taxes [S] | 450 | 0 | 0 | | | |
| **Net Profit [T=Q+R-S]** | -2,923,417 | 8,000 | 0 | | 100.0% | -100.0% |

Square 4 Oil Remediation, LLC
Profit and Loss
For the Year Ended December 31st, 2011 *2011*

Revenues
  Revene                                                     $       -

Operating Expenses
  Sweat equity                                         25,000
  40-hour Hazwoper courses & certifications         600
  Boat rental                                    8,167
  PPE & PPC                                 1,200
    Total operating expenses               34,967
Administrative Expenses
  Wages not paid to partners             1,653,600
  Wages not paid to deckhands          254,400
  Revenue not collected               980,000
    Total adminstrative expenses       2,888,000

Total expenses                       2,922,967

Loss from operations               2,922,967

Business Start-up costs
  State of AL fees $150.00 per year          450
  Rental of - 24-foot Blazer Bay vessel      8,000

Net Loss for the year           $ 2,923,417

See notes to profit and loss attached



# INCOME PROJECTIONS FOR
# SQUARE 4 LLC FOR
# THE YEAR 2010

SQUARE 4 LLC was formed to pay a higher hourly rate of pay to the workers than the standard practice by BP's contractors. This point was presented to BP and its designees at every contact.

There were to be four employees in SQUARE 4 LLC: two workers, one boat captain and one foreman. The boat captain was to be Mr. Oberle and the foreman was to be Mr. Smith.

SQUARE 4 LLC had one twenty-four foot long Blazer Bay vessel that is capable of working out in the Gulf of Mexico to deploy and maintain boom. Something most of the contractors did not have.

The gross weekly losses to SQUARE 4 LLC are: the $24,500.00 for the boat, $20,670.00 for the Captain, $20,670.00 for the Foreman, and $7,950.00 for each crewman ($15,900.00), for a total of $81,740.00 per week.

Just working from June the 10th, 2010, when our incorporation papers were signed, SQUARE 4 LLC lost forty weeks at $81,740.00 per week for a total gross loss of $3,269,600.00.

We have a schedule below to show the wages broken down so that a fair determination can be made as to our claim.

Supervisory personnel make $65.00 per hour and work seven days a week at 12 hours per day which equals 84 worked hours. Applying time and one half for every hour worked over 40 hours we deduct 40 from 84 for 44 overtime hours. We divide 44 by 2; to get the "and one half"; to get 22 more hours that we add back to the 84 worked hours for a total of 106 pay hours.

1

Supervisory personnel then earn $6,890.00 per week. As with any firm the structure is a third, a third and a third for a total of $20,670.00 billed to the client for each of the two supervisors. That is a total of $41,340.00 for the two supervisors.

The deckhands each make $25.00 per hour for 106 pay hours for a total of $2,650.00 each times 3 for $7,050.00. That is a total of $15,900.00 for the two deckhands.

The vessel is an overhead item that costs us the same every day we owned it, so its charges are only broken down for depreciation and maintenance for the IRS. That is a loss of $980,000.00 for the vessel.

Since Mr. Oberle and Mr. Smith are also the persons that formed the LLC and are equal partners their supervisory wages cannot be prorated since their wages will have to be declared and the matching taxes paid into the government. That is a $1,653,600 loss to date.

The wages to the deckhands would have to be prorated by 60% for actual wages not paid and the matching not paid. We would offer that the forty weeks at $6,630.00 equals a $254,400.00 loss to date for revenue not earned by SQUARE 4 LLC.

The adjusted net loss to SQUARE 4 LLC is $2,888,000.

Sworn on this 26th day of March, 2013, by,

_____

Jefferson Kenneth Oberle
CEO Square 4 Oil Remediation LLC
9180 Irvington-Bayou la Batre Highway
Irvington, Alabama 36544
225-200-6672

2

Notarized on this 26th day of March, 2013, by;