UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| *No. 12-970* | * | MAGISTRATE SHUSHAN |
| | * | |

## ORDER

**IT IS ORDERED** that BP's Motion to Amend May 20, 2013 Order and Rules (Rec. Doc. 10415) is **DENIED.**

New Orleans, Louisiana, this 16th day of July, 2013.

_____
United States District Judge