UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| **Applies to:** | * | JUDGE BARBIER |
| | * | |
| *No. 12-311* | * | MAGISTRATE SHUSHAN |
| | * | |

## ORDER

Before the Court is Liberty International Underwriters, Inc.'s ("Liberty") appeal (Rec. Doc. 10722) from the Magistrate Judge's Order of July 5, 2013 (Rec. Doc. 10642), which granted BP's motion to quash a subpoena served by Liberty. The Court has not called for responses.[1] However, after reviewing Liberty's appeal and the Magistrate Judge's Order, the Court finds that the Magistrate Judge was neither clearly erroneous nor contrary to law. *See* 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a). Consequently, the Court does not require responses to Liberty's appeal. Moreover, and for these reasons,

**IT IS ORDERED** that Liberty's appeal (Rec. Doc. 10722) is **DENIED** and the Magistrate Judge's Order (Rec. Doc. 10642) is **AFFIRMED.**

New Orleans, Louisiana this 16th day of July, 2013.

_____
United States District Judge

---

[1] Pursuant to Pretrial Order No. 15, all motions are continued and no responses are due until the Court orders otherwise. (Rec. Doc. 676).