# Exhibit 8

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to all actions. | * * * * * * | HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**Declaration of Hal Sider**

I, Hal Sider, hereby declare and state as follows:

     1.    I am over the age of 21 years and a resident of the State of Illinois. Unless otherwise stated, I have personal knowledge of the facts set forth herein and, if called to do so, could testify truthfully thereto.

     2.    I am an Executive Vice-President of Compass Lexecon. I have been retained by BP and my duties include monitoring the implementation of the Settlement Agreement. As part of my role, I have access to the Court-Supervised Settlement Program's ("Settlement Program's") database of registration and claims information. I previously submitted declarations in this matter relating to BEL issues on February 18, 2013, March 14, 2013, and April 21, 2013. My February 18 declaration summarizes my qualifications and includes my curriculum vitae.

     3.    As part of my responsibilities, I, and other people under my supervision, monitor the claims activity, compensation offers, and payments made to claimants from the Settlement Program. Based on the CSSP's data through July 14, 2013, the Settlement Program has paid approximately $2.818 billion in payments to claimants for all types of claims administered by CSSP, an average of $56.4 million per week since the payments were first made in late July 2012. Payments on 39,322 claims have been made to 29,057 unique claimants.

     4.    Based on the CSSP's data, my understanding is that, in the six weeks between June 2 and July 14, 2013, the Settlement Program made approximately $441.0 million in payments to claimants, which reflects an average of $73.50 million per week.

     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is a true and correct statement of my analysis and opinions.

Dated: July 15, 2013

                                                               _____
                                                                             Hal Sider