**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION "J"** |
| | * | |
| **Applies to:** | * | **JUDGE BARBIER** |
| | * | |
| *No. 12-970* | * | **MAGISTRATE SHUSHAN** |
| | * | |

## ORDER

On Tuesday, July 16, BP filed a Motion for Emergency Preliminary Injunction to Suspend Payments from the Court Supervised Settlement Program Pending Special Master Freeh's Investigation and Report.  (Rec. Doc. 10761).

**IT IS ORDERED** that a hearing on this motion is scheduled for **Friday, July 19, 2013 at 8:30 a.m.** in Courtroom C268.  Any responses to BP's motion shall be filed no later than Thursday, July 18 at noon.  Response memoranda shall not exceed ten pages; this limitation does not apply to any exhibits that may be attached.  The Court will not permit any replies or any other submissions beyond these responses.

Signed in New Orleans, Louisiana, this 17th day of July, 2013.

_____
United States District Judge