**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **OIL SPILL BY THE OIL RIG** | ) | |
| **"DEEPWATER HORIZON" IN THE** | ) | **MDL Docket No. 2179** |
| **GULF OF MEXICO ON APRIL 20, 2010** | ) | |
| | ) | **SECTION J** |
| **THIS DOCUMENT RELATES:** | ) | |
| | ) | **JUDGE BARBIER** |
| **All Cases and:** | ) | **MAG. JUDGE SHUSHAN** |
| **Case No. 2:10-cv-8888** | ) | |

**MOTION FOR ACCEPTANCE OF LIMITATION**
**SHORT FORM JOINDER FILED AFTER SEPTEMBER 16, 2011 DEADLINE**

NOW INTO COURT, through undersigned counsel, come Claimants who move this Court for acceptance of their late-filed Short Form Joinders in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., As Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon. A list of the one hundred- six (106) claimants who file late short form joinders and are joint Movants for the purpose of this motion is attached hereto as "Exhibit A." Claimants state the following as the basis for this motion:

1. This Court established an April 20, 2011 monition date for the filing of claims in the Transocean limitation proceeding.

2. This Court extended the deadline for filing of claims in the Transocean limitation proceeding to September 16, 2011.

3. Because Claimants were unaware of the deadline, or had yet to fully realize their damages, they did not contact counsel in time to meet the September 16, 2011 deadline. As a result, Claimants did not meet the deadline as set by the Court.

4.      No prejudice will result from the acceptance of the Short Form Joinders filed after

September 16, 2011. Moreover, no action has been taken in the limitation proceeding

which would cause prejudice to any other party to the proceeding.

5.      The Transocean limitation proceeding is pending and undetermined.

For these reasons, Claimants respectfully move this Court for an Order granting this Motion

for Acceptance of Limitation Short Form Joinders Filed After the September 16, 2011 Deadline, and

that the Court deem said one hundred - six (106) Short Form Joinders as timely filed in the

Transocean limitation proceeding.

Respectfully submitted:


_____/s/ Adam M. Milam_____
ADAM M. MILAM, Esq. (MILAA2597)
Attorney for Claimants


OF COUNSEL:

MILAM & MILAM, LLC
Post Office Box 1454
104 S. Section Street
Fairhope, Alabama 36533
(251) 928-0191
(251) 928-0193 fax
smilam@milam-law.com
amilam@milam-law.com

## **CERTIFICATE OF SERVICE**

I  hereby certify that I have on this the 17th day of July, 2013, I electronically filed the

foregoing document with the Clerk of the Court for the United States District Court of the Eastern

District of Louisiana via the CM/ECF System, and provided notice by and through Lexis Nexis to

all counsel of record.


_____*/s/ Adam M. Milam*_____
Adam M. Milam