UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: ) | |
| OIL SPILL BY THE OIL RIG ) | |
| "DEEPWATER HORIZON" IN THE ) | MDL Docket No. 2179 |
| GULF OF MEXICO ON APRIL 20, 2010 ) | |
| ) | SECTION J |
| THIS DOCUMENT RELATES: ) | |
| ) | JUDGE BARBIER |
| All Cases and: ) | MAG. JUDGE SHUSHAN |
| Case No. 2:10-cv-8888 ) | |

<u>MOTION FOR LEAVE TO FILE LIMITATION
SHORT FORM JOINDERS AFTER THE SEPTEMBER 16, 2011 DEADLINE</u>

# EXHIBIT A

| | **Claimant** | **Joinder Doc. Number** | **Date Filed** |
|---|---|---|---|
| 1. | Kelsey Bryant | 135730 | 07-12-13 |
| 2. | Christopher Higdon | 135731 | 07-12-13 |
| 3. | Lila Davidson f/b/o John Davidson | 135732 | 07-12-13 |
| 4. | Dean Jennings | 135733 | 07-12-13 |
| 5. | Stan Lindsey | 135734 | 07-12-13 |
| 6. | Roy Leon Hill | 135735 | 07-12-13 |
| 7. | American Legion Post 199 | 135736 | 07-12-13 |
| 8. | Taylor Knowles | 135738 | 07-12-13 |
| 9. | Nina Watson | 135739 | 07-12-13 |
| 10. | D.P. McFarland Painting | 135764 | 07-12-13 |
| 11. | William Reid | 135765 | 07-12-13 |
| 12. | Louise Reid | 135766 | 07-12-13 |
| 13. | David Bridges | 135767 | 07-12-13 |
| 14. | Bradford Brightman | 135768 | 07-12-13 |
| 15. | Claudia Zweber | 135769 | 07-12-13 |
| 16. | LeAnn Lundberg | 135770 | 07-12-13 |
| 17. | Fairhope Tire | 135771 | 07-12-13 |
| 18. | Bass Properties, Inc. | 135772 | 07-12-13 |
| 19. | Home-Pro Lumber & Hardware, Inc. | 135773 | 07-12-13 |
| 20. | Stapleton Properties, LLC | 135774 | 07-12-13 |
| 21. | Margaret C. Long | 135775 | 07-12-13 |
| 22. | Bass Homes, Inc. | 135776 | 07-12-13 |
| 23. | James Saucier | 135777 | 07-12-13 |
| 24. | Robert H. Mack | 135778 | 07-12-13 |
| 25. | Three Rivers Enterprises, LLC | 135818 | 07-16-13 |
| 26. | Jordan Pile Driving, Inc. | 135819 | 07-16-13 |

| **Claimant** | | **Joinder Doc. Number** | **Date Filed** |
|---|---|---|---|
| 27. | HW Jackson, LLC | 135820 | 07-16-13 |
| 28. | Seaworthy Charters, LLC | 135821 | 07-16-13 |
| 39. | Windmill Market, LLC | 135822 | 07-16-13 |
| 30. | Kathleen Broughton | 135823 | 07-16-13 |
| 31. | Chaufee's Catering, Inc. | 135824 | 07-16-13 |
| 32. | Kent H. Broom, Inc. | 135825 | 07-16-13 |
| 33. | Bay Goumet, LLC | 135826 | 07-16-13 |
| 34. | Bay Radiology, LLC | 135827 | 07-16-13 |
| 35. | Ocean Creations, LLC | 135828 | 07-16-13 |
| 36. | Larry Coffman | 135829 | 07-16-13 |
| 37. | Alan Sodergren | 135831 | 07-16-13 |
| 38. | Daniel Lee Goins | 135832 | 07-16-13 |
| 39. | Doug Proctor | 135833 | 07-16-13 |
| 40. | Brenda Copeland | 135834 | 07-16-13 |
| 41. | Robert Sullivan | 135835 | 07-16-13 |
| 42. | Johnny Hamburg | 135836 | 07-16-13 |
| 43. | Richard C. Borden | 135837 | 07-16-13 |
| 44. | Margaret Harkness | 135838 | 07-16-13 |
| 45. | Randy K. Crocker, Sr. | 135830 | 07-16-13 |
| 46. | James Walley | 135737 | 07-12-13 |
| 47. | Cobb Properties, LLC | 135760 | 07-12-13 |
| 48. | Randy & Eric Crocker Homebuilders | 135740 | 07-12-13 |
| 49. | Hugh Shoultz | 135741 | 07-12-13 |
| 50 | Lisa Conrad | 135742 | 07-12-13 |
| 51. | Sean McClellan | 135743 | 07-12-13 |
| 52. | Steven Watford | 135744 | 07-12-13 |
| 53. | Margaret Runyon | 135745 | 07-12-13 |
| 54. | Clay Adams | 135746 | 07-12-13 |
| 55. | Thomas Dupree | 135747 | 07-12-13 |
| 56. | Marian Rosenquist | 135839 | 07-16-13 |
| 57. | Ron Summers | 135748 | 07-12-13 |
| 58. | Thad Nelsen | 135749 | 07-12-13 |
| 59. | Dan Huffman | 135750 | 07-12-13 |
| 60. | John E. Calvert | 135751 | 07-12-13 |
| 61. | David Curtis | 135752 | 07-12-13 |
| 62. | Ellen Jones | 135753 | 07-12-13 |
| 63. | Patricia Merritt | 135754 | 07-12-13 |
| 64. | Iboi Nagy | 135755 | 07-12-13 |
| 65. | Stefan Nagy | 135756 | 07-12-13 |
| 66. | Eric Crocker | 135757 | 07-12-13 |
| 67. | Community Bancshares of Mississippi | 135817 | 07-16-13 |
| 68. | Castleberry Gravel Co. | 135761 | 07-12-13 |
| 69. | Janet Boykin | 135758 | 07-12-13 |
| 70. | John Bowman Construction | 135759 | 07-12-13 |
| 71. | A.D.D. Properties | 135762 | 07-12-13 |
| 72. | Lea Verneuille | 135763 | 07-12-13 |
| 73. | WLJ & SFPJ Family Limited Partnership | 135779 | 07-12-13 |
| 74. | Dana Smith Studios | 135780 | 07-12-13 |
| 75. | D&D Fit, Inc. | 135781 | 07-12-13 |

| | Claimant | Joinder Doc. Number | Date Filed |
|---|---|---|---|
| 76. | Donald P. Malone, Sr. | 135782 | 07-12-13 |
| 77. | Shawn Kennett | 135783 | 07-12-13 |
| 78. | Bobby L. Jackson | 135784 | 07-12-13 |
| 79. | Christopher S. Gautreaux | 135785 | 07-12-13 |
| 80. | Deja Food, LLC dba Bacchus | 135786 | 07-12-13 |
| 81. | Fairhope Clothing Co., dba East Bay Clothiers | 135787 | 07-12-13 |
| 82. | Nick Peturis Farming | 135788 | 07-12-13 |
| 83. | Parkway Plaza, LLC | 135789 | 07-12-13 |
| 84. | Amy Morris | 135790 | 07-12-13 |
| 85. | Caroline W. Knowles, individually | 135791 | 07-12-13 |
| 86. | Caroline W. Knowles fbo Taylor K. Knowles | 135791 | 07-12-13 |
| 87. | Lyons Faust, LLC | 135792 | 07-12-13 |
| 88. | Watershed, LLC | 135793 | 07-12-13 |
| 89. | Virginia H. Walcott | 135799 | 07-16-13 |
| 90. | Carswell M. Walcott | 135801 | 07-16-13 |
| 91. | The Landscape Company, LLC | 135794 | 07-12-13 |
| 92. | Don Rockstall Painting | 135802 | 07-16-13 |
| 93. | Sweat Tire Company of Bay Minette, Inc. | 135803 | 07-16-13 |
| 94. | George M. Magee | 135804 | 07-16-13 |
| 95. | Merritt Homes, Inc. | 135805 | 07-16-13 |
| 96. | R.S. Price & Son Refrigeration | 135806 | 07-16-13 |
| 97. | Harvest Meadows | 135807 | 07-16-13 |
| 98. | C&D Medical | 135808 | 07-16-13 |
| 99. | Walker Key Condo Owner's Association | 135809 | 07-16-13 |
| 100. | Yellow House, Inc. | 135810 | 07-16-13 |
| 101. | T&S Designs, LLC | 135811 | 07-16-13 |
| 102. | Lillies & Lace | 135812 | 07-16-13 |
| 103. | Sam DiBenedetto | 135813 | 07-16-13 |
| 104. | Maxco Development, LLC | 135814 | 07-16-13 |
| 105. | C.R. Lazzarri Trucking | 135815 | 07-16-13 |
| 106. | C.R. Lazzarri Farming | 135816 | 07-16-13 |