UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *12-311* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

LIBERTY'S MOTION TO COMPEL (Rec. doc. 10754)

**SET WITHOUT ORAL ARGUMENT**

IT IS ORDERED that:

1. Liberty's motion to compel Cameron to produce a computation of its damages and all documents supporting its damages claims (Rec. doc. 10754) is set for submission on briefs and without oral argument on **Friday, July 26, 2013.**

2. Cameron shall file its opposition by **Friday, July 19, 2013.**

3. Liberty shall file its reply by **Thursday, July 25, 2013.**

4. Liberty's motion for expedited hearing (Rec. doc. 10755) is GRANTED.

New Orleans, Louisiana, this 17th day of July, 2013.

SALLY SHUSHAN
United States Magistrate Judge