# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-30221

MD 10-2179-J

IN RE: DEEPWATER HORIZON - APPEALS OF THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT

---

MIKE STURDIVANT; PATRICIA STURDIVANT; SUSAN FORSYTH; JAMES H. KIRBY, IV,

    Claimants - Appellants

MEDICAL BENEFITS SETTLEMENT CLASS,

    Plaintiff - Appellee

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

    Defendants - Appellees

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

CLERK'S OFFICE:

    Under FED. R. APP. P. 42(b), the appeal of Mr. Reynaldo Abreu, Mr. Adonay Aparecio, and Mr. Miguel Arellano is dismissed as of June 25, 2013, pursuant to appellant's motion.

*[Stamp: U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA, FILED JUL - 1 2013, WILLIAM W. BLEVINS, CLERK]*

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: /s/ Dawn D. Victoriano
Dawn D. Victoriano, Deputy Clerk

**ENTERED AT THE DIRECTION OF THE COURT**

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By: /s/ Dawn D. Victoriano
         Deputy
New Orleans, Louisiana        25 JUN 2013

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 25, 2013

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 13-30221,   In Re: Deepwater Horizon
          USDC No. 2:10-MD-2179
          USDC No. 2:12-CV-968
          USDC No. 2:12-CV-970

Enclosed is a copy of the judgment issued as the mandate.

The appeal is closed as to appellants Mr. Reynaldo Abreu, Mr. Adonay Aparecio, and Mr. Miguel Arellano.

The appeal remains open as to all other appellants.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Dawn D. Victoriano
Dawn D. Victoriano, Deputy Clerk
504-310-7717

cc w/encl:
    Mr. Andrew Baker Bloomer
    Ms. Elizabeth Joan Cabraser
    Mr. Jeffrey Bossert Clark Sr.
    Mr. Timothy A. Duffy
    Mr. Soren E. Gisleson
    Mr. Richard Cartier Godfrey
    Mr. Ethan Peter Keith Greene
    Ms. Robin Lynn Greenwald
    Mr. Don Keller Haycraft
    Mr. Stephen Jay Herman
    Mr. Samuel Issacharoff
    Mr. James Peter Joseph I
    Mr. James Andrew Langan
    Ms. Elizabeth A. Larsen
    Mr. Matthew Edward Lundy
    Mr. Steven Andrew Myers
    Mr. Joseph Darrell Palmer
    Ms. Ellen K. Reisman
    Mr. James Parkerson Roy