UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL 2179 <br><br> SECTION:  J |
| This Document Relates to: 13-1373 | | * * | JUDGE BARBIER <br> MAG. JUDGE SHUSHAN |

*******************************************

## MOTION FOR CLASS CERTIFICATION AND FOR EXTENSION OF TIME UNDER LOCAL RULE 23.1

NOW INTO COURT, through undersigned counsel, come the Representative Plaintiffs, Tommy J. Meyer, CFP, APMA, Offshore Solutions, L.L.C., and Northpark, L.L.C., on their own behalf and on behalf of all members of the Excluded Class, who pursuant to Fed. R. Civ. P. 23(b)(3) respectfully move this Honorable Court for an Order certifying the above-captioned matter as a class action because the statutory requisites of Rule 23 are satisfied in this action as shown more fully in the class action complaint filed in this matter.

Movers further shows that all parties defendant have not been served (or waived service). Movers further shows that plaintiffs have not completed service on BP p.l.c. under the provisions of the Hague Convention. For these reasons, there is good cause under Local Rule 23.1 to extend the time to move for certification. Therefore, plaintiffs move to extend the time to move the court for an order certifying the class.

Respectfully submitted,

Victor L. Marcello (#9252)
D. Adele Owen (#21001)
Ross J. Donnes (#33098)
TALBOT, CARMOUCHE & MARCELLO
17405 Perkins Road
Baton Rouge, LA 70810
Telephone: (225) 400-9991
Fax: (225) 448-2568

/s/ Victor L. Marcello

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL | * | MDL 2179 |
| | RIG "DEEPWATER | * | |
| | HORIZON" IN THE GULF OF | * | |
| | MEXICO, ON APRIL 20, 2010 | * | SECTION: J |
| | | * | |
| This Document Relates to: 13-1373 | | * | JUDGE BARBIER |
| | | * | MAG. JUDGE SHUSHAN |

*********************************************

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing document, Motion for Class Certification and for Extension of Time Under Local Rule 23.1, has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the forgeoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of July, 2013.

/s/ Victor L. Marcello, #9252