UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL 2179 |
|---|---|---|---|
| | | | SECTION: J |
| This Document Relates to: 13-1373 | | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MEMORANDUM IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND TO EXTEND TIME TO MOVE FOR CLASS CERTIFICATION

The complaint filed in this action is a class action complaint that seeks to certify a class of natural persons and legal entities that have suffered economic and/or property damages as a result of the Deepwater Horizon catastrophe. The Representative Plaintiffs and the sub-classes they represent were specifically excluded from the Economic and Property Damage Class (¶ 306 § 2 of the Amended Economic Loss Class Complaint), and are no longer receiving the benefit of adequate representation of their interests in resolving their claims for damages against BP and Transocean Holdings under the Oil Pollution Act of 1990.

Service has not yet been completed on the named defendants. Therefore, there is good cause to extend the time to move for class certification and to schedule a hearing on class certification. Out of an abundance of caution, movers have combined this motion for class certification with a motion to extend the time under Local Rule 23.1.

Movers show that a hearing on the issue of class certification should be scheduled only after service has been effected.

Respectfully submitted,

Victor L. Marcello (#9252)
D. Adele Owen (#21001)
Ross J. Donnes (#33098)
TALBOT, CARMOUCHE & MARCELLO
17405 Perkins Road
Baton Rouge, LA 70810
Telephone: (225) 400-9991
Fax: (225) 448-2568

/s/ Victor L. Marcello

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL 2179<br><br>SECTION: J |
| This Document Relates to: 13-1373 | | * * | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing document, Memorandum in Support of Motion for Class Certification and to Extend Time to Move for Class Certification, has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the forgeoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of July, 2013.

/s/ Victor L. Marcello, #9252