UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL 2179 <br><br> SECTION: J |
| This Document Relates to: 13-1373 | | * * | JUDGE BARBIER <br> MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## O R D E R

Considering the foregoing motion,

IT IS HEREBY ORDERED THAT Representative Plaintiffs in Civil Action No. 2:13-cv-01373-CJB-SS be granted an extension of time to move for class certification under the provisions of Local Rule 23.1. Representative Plaintiffs shall move for class certification immediately upon completion of service of process on the named defendants.

New Orleans, Louisiana this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE