<pre>
 1                  UNITED STATES DISTRICT COURT

 2                  EASTERN DISTRICT OF LOUISIANA

 3

 4                                    *
    IN RE:  OIL SPILL BY THE OIL RIG *   Docket 10-MD-2179
 5          DEEPWATER HORIZON IN THE  *
            GULF OF MEXICO ON         *   Section J
 6          APRIL 20, 2010            *
                                      *   New Orleans, Louisiana
 7                                    *
                                      *   July 12, 2013
 8                                    *
    Applies to:  All Cases           *   9:30 a.m.
 9                                    *
    * * * * * * * * * * * * * * * * * *

10

11              TRANSCRIPT OF WORKING GROUP CONFERENCE
                BEFORE THE HONORABLE SALLY SHUSHAN
12               UNITED STATES MAGISTRATE JUDGE

13
    Appearances:
14

15   For the Plaintiffs:          Domengeaux Wright Roy
                                    & Edwards, LLC
16                                BY:  JAMES P. ROY, ESQ.
                                  Post Office Box 3668
17                                556 Jefferson Street, Suite 500
                                  Lafayette, Louisiana 70502
18

19   For the Plaintiffs:          Levin Papantonio Thomas Mitchell
                                    Rafferty & Proctor, PA
20                                BY:  BRIAN H. BARR, ESQ.
                                  Post Office Box 12308
21                                316 South Baylen Street, Suite 600
                                  Pensacola, Florida 32591
22

23   For the Plaintiffs:          Lewis Kullman Sterbcow & Abramson
                                  BY:  PAUL M. STERBCOW, ESQ.
24                                601 Poydras Street, Suite 2615
                                  New Orleans, Louisiana 70130
25
</pre>

1    <u>Appearances</u>:

2

3    For the Plaintiffs:          Irpino Law Firm
                                  BY:  ANTHONY IRPINO, ESQ.
                                  2216 Magazine Street
4                                 New Orleans, Louisiana 70130

5

6    For the State of            Attorney General of Alabama
     Alabama:                    BY:  COREY L. MAZE, ESQ.
                                       WINFIELD J. SINCLAIR, ESQ.
7                                 501 Washington Avenue
                                  Montgomery, Alabama 36130

8

9    For the State of            Kanner & Whiteley, LLC
     Louisiana:                  BY:  DOUGLAS R. KRAUS, ESQ.
10                                701 Camp Street
                                  New Orleans, Louisiana 70130

11

12   For the United States       U.S. Department of Justice
     of America:                 Environmental Enforcement Section
13                                BY:  SARAH D. HIMMELHOCH, ESQ.
                                       TOM BENSON, ESQ.
14                                     STEVEN O'ROURKE, ESQ.
                                       ERICA PENCAK, ESQ.
15                                Post Office Box 7611
                                  Washington, D.C. 20044

16

17   For Transocean Holdings     Frilot, LLC
     LLC, Transocean Offshore    BY:  KERRY J. MILLER, ESQ.
18   Deepwater Drilling Inc.,    1100 Poydras Street, Suite 3700
     Transocean Deepwater Inc.:  New Orleans, Louisiana 70162

19

20   For Transocean Holdings     Munger Tolles & Olson, LLP
     LLC, Transocean Offshore    BY:  GRANT DAVIS-DENNY, ESQ.
21   Deepwater Drilling Inc.,         TAMERLIN  J. GODLEY, ESQ.
     Transocean Deepwater Inc.:  335 S. Grand Avenue, 35th Floor
22                                Los Angeles, California 90071

23

24

25

1    <u>Appearances</u>:

2

3    For BP America Inc.,              Liskow & Lewis, APLC
     BP America Production             BY:   DON K. HAYCRAFT, ESQ.
     Company, BP Company               701 Poydras Street, Suite 5000
4    North America Inc.,               New Orleans, Louisiana 70139
     BP Exploration &
5    Production Inc., BP
     Holdings North America
6    Limited, BP Products
     North America Inc.:

7

8    For BP America Inc.,              Kirkland & Ellis, LLP
     BP America Production             BY:   ROBERT R. GASAWAY, ESQ.
9    Company, BP Company                     MICHAEL A. PETRINO, ESQ.
     North America Inc.,               655 Fifteenth Street, NW
10   BP Exploration &                  Washington, D.C. 20005
     Production Inc., BP
11   Holdings North America
     Limited, BP Products
12   North America Inc.:

13

14   For BP America Inc.,              Kirkland & Ellis, LLP
     BP America Production             BY:   HARIKLIA "CARRIE" KARIS, ESQ.
     Company, BP Company                     MARK J. NOMELLINI, ESQ.
15   North America Inc.,                     JOSEPH M. RUSSELL, ESQ.
     BP Exploration &                        RYAN S. BABIUCH, ESQ.
16   Production Inc., BP               300 North Lasalle
     Holdings North America            Chicago, Illinois 60654
17   Limited, BP Products
     North America Inc.:

18

19   For Halliburton Energy            Godwin Ronquillo, PC
     Services, Inc.:                   BY:   DONALD E. GODWIN, ESQ.
20                                           JENNY L. MARTINEZ, ESQ.
                                             BRUCE W. BOWMAN, JR., ESQ.
21                                           STEFANIE M. MCGREGOR, ESQ.
                                             ERIKA TOLEDO, ESQ.
22                                           CAROLYN RAINES, ESQ.
                                       1201 Elm Street, Suite 1700
23                                     Dallas, Texas 75270

24

25

```
 1    Appearances:

 2
      For Halliburton Energy:        Godwin Ronquillo, PC
 3    Services, Inc.:                BY:  R. ALAN YORK, ESQ.
                                          GWEN E. RICHARD, ESQ.
 4                                   1331 Lamar, Suite 1665
                                     Houston, Texas 77010
 5

 6    For Anadarko Petroleum         Kuchler Polk Schell
      Corporation, Anadarko            Weiner & Richeson, LLC
 7    E&P Company LP:                BY:  ROBERT E. GUIDRY, ESQ.
                                     1615 Poydras Street, Suite 1300
 8                                   New Orleans, Louisiana 70112

 9
      For Anadarko Petroleum         Bingham McCutchen, LLP
10    Corporation, Anadarko         BY:  KY E. KIRBY, ESQ.
      E&P Company LP:                2020 K Street, NW
11                                   Washington, D.C. 20006

12
      For Airborne Support          NeunerPate
13    International, Inc.:           BY:  JED M. MESTAYER, ESQ.
                                     1001 West Pinhook Road, Suite 200
14                                   Lafayette, Louisiana 70505

15
      For the State of              McCraney Montagnet Quin
16    Mississippi:                    Noble, PLLC
                                     BY:  WILLIAM M. QUIN, II, ESQ.
17                                   602 Steed Road, Suite 200
                                     Ridgeland, Mississippi 39157
18

19    Official Court Reporter:      Toni Doyle Tusa, CCR, FCRR
                                     500 Poydras Street, Room HB-406
20                                   New Orleans, Louisiana 70130
                                     (504) 589-7778
21                                   Toni_Tusa@laed.uscourts.gov

22

23

24
      Proceedings recorded by mechanical stenography using
25    computer-aided transcription software.
```

1              **I N D E X**

2                                                    <u>Page</u>

3
   Removal of Items at Michoud Sought by Transocean      9
4
   Michoud Lease                                        11
5
   EHANS Software                                       12
6
   NOAA Information                                     13
7
   Deposition Designations                             14
8
   Crime – Fraud                                        15
9
   Motions to Strike Experts                            15
10
   Scheduling Expert Depositions                        31
11
   Exhibit List Deadline                                34
12
   Trial – Allocation of Time and Other Issues          36
13
   Application of Phase One Rulings to Phase Two         80
14
   Trial Planning Meetings                              81
15
   Commencement of Trial                                82
16
   Other Phases                                         83
17

18

19

20

21

22

23

24

25

**PROCEEDINGS**

**(July 12, 2013)**

09:20   1
09:20   2
09:29   3   THE COURT:  Good morning.  Have a seat.
09:29   4           Sarah?  Sarah, are you on the phone?
09:29   5           Do we have the phone participants on?  They have
09:29   6   got to hear this.
09:29   7           MS. HIMMELHOCH:  Steve was told to pipe up like I do,
09:29   8   so I'm not sure he will comply.
09:29   9           THE COURT:  Phone participants?
09:29  10           MR. O'ROURKE:  Good morning, Your Honor.
09:29  11           THE COURT:  Good morning, Steve.
09:29  12           Sarah, are you on the line?
09:29  13           MS. HIMMELHOCH:  No, Your Honor, I'm not.
09:29  14           MR. MAZE:  But you sound so clear.
09:29  15           MS. HIMMELHOCH:  I do.
09:29  16           THE COURT:  What caused you to come to New Orleans?
09:30  17   Come on up.  Come speak to me.
09:30  18           MS. HIMMELHOCH:  Believe it or not, Your Honor, I'm
09:30  19   actually doing some actual work.  I'm doing depositions.
09:30  20           THE COURT:  Are you?
09:30  21           MS. HIMMELHOCH:  I am.
09:30  22           THE COURT:  And how's it going?
09:30  23           MS. HIMMELHOCH:  Well, if I do say so myself, we are
09:30  24   doing a spectacular job.
09:30  25           THE COURT:  You're more brilliant than you ever knew,

```
09:30    1    huh?
09:30    2            MS. HIMMELHOCH:  Exactly.
09:30    3            THE COURT:  Well, welcome in.  Have you been getting
09:30    4    some fun in while you're at it?
09:30    5            MS. HIMMELHOCH:  I have.  I have, and I have not had
09:30    6    dinner at Shula's once, just for the record.
09:30    7            THE COURT:  Good.  Good.  I think it should be a
09:30    8    boycott.
09:30    9            MS. HIMMELHOCH:  Although, of course, it's closed
09:30   10    now, I'm told.
09:30   11            THE COURT:  But they have reopened, I understand,
09:30   12    under a different name, different management, same food.
09:30   13            MS. HIMMELHOCH:  Well, I promise I won't eat there
09:30   14    either.
09:30   15            THE COURT:  Andy, are you on the phone to defend
09:30   16    yourself?
09:30   17            MR. HAYCRAFT:  No.
09:30   18            THE COURT:  No?
09:30   19            MR. HAYCRAFT:  But Ryan is on the phone.
09:30   20            THE COURT:  Ryan, do you want to defend Andy?
09:31   21            MR. HAYCRAFT:  No.
09:31   22            THE COURT:  Obviously not.
09:31   23            I forgot to do something about pictures today,
09:31   24    so we have no show-and-tell unless somebody has something on
09:31   25    their iPad, for example.
```

1      **MR. ROY:**  Brian does.

2          **THE COURT:**  Brian, do you want to show us something?

3      **MR. BARR:**  Not particularly, but it sounds like I'm

4  being asked to.

5          **THE COURT:**  No, you don't have to.

6      **MR. BARR:**  I will say this case has gotten to the

7  point where it is so taxing on everybody here --

8      **MR. ROY:**  Families too.

9          **THE COURT:**  Wait.  Well, let me get my violin out.

10     **MR. BARR:**  -- that it has driven my son to drinking.

11  Now, keep in mind he is 18 months old.

12         **THE COURT:**  Correct.  I was drinking at that age.

13     **MR. BARR:**  He was sitting with my wife and just

14  decided he needed a beer.

15         **THE COURT:**  Okay.  Phone participants, Brian's son

16  has the top of a beer bottle about halfway down his throat.

17              That's good.

18     **MR. BARR:**  There might be one more.  I think you will

19  have to look at that one on my phone, so I don't know that

20  people are going to be able to see that.  Give me one second.

21         **THE COURT:**  Well, let's get rolling.  I understand

22  that the e-mails we sent out yesterday might have caused a

23  little controversy, so maybe we should get going.  Sarah liked

24  that one.

25              Good, Sarah.  I'm so glad to be able to see you

09:32   1   enjoy our conferences like I know you do week in and week out.

09:33   2        **MS. HIMMELHOCH:**  Yes.  It's good to have the facial

09:33   3   expressions show.

09:33   4        **THE COURT:**  All right.  Let's see where we are.

09:33   5   Let's start up with the removal of the items sought by

09:33   6   Transocean that are stored out at Michoud.  Captain Englebert

09:33   7   sent us a list of 24 items which she thinks are the items that

09:33   8   should be put on the barge or the truck.

09:33   9            Rob, you have something you want to say about

09:33   10  that, huh?

09:33   11       **MR. GASAWAY:**  No.  You said you wanted to start it,

09:33   12  so go ahead.

09:33   13       **THE COURT:**  Have you had an opportunity to look at

09:33   14  that because I know it came in late?

09:33   15       **MR. GASAWAY:**  It did come in late.  We had an

09:33   16  opportunity to look at it.  I think it looks good to us, to be

09:33   17  honest with you.  We are mindful of the Court's desire to move

09:33   18  on on this issue, so we think that's going to work.

09:33   19       **THE COURT:**  Cool.  All right.  So I don't think

09:33   20  there's much else to talk about, huh?

09:33   21       **MR. GASAWAY:**  Let me mention one other thing,

09:33   22  Your Honor.  You remember the mandrel release that we had a

09:33   23  little while ago, and you remember that the Court entered an

09:34   24  order there basically saying it's TO's mandrel on a

09:34   25  take-and-carry basis with no liability to the Court or

Captain Englebert or BP.

          Now that we are getting down and there's not going to be any motion for reconsideration or appeal or any controversy, we are just in the implementation mode, we think it's appropriate to enter a similar order like that.  So after the discussions with Captain Englebert and the Court this week, we reached out to TO at the meeting yesterday, gave a copy of an order that tracks the mandrel order to Kerry and e-mailed it to David Baay.  Just as we are getting ready to push "Send" --

          THE COURT:  Uh-huh.

          MR. GASAWAY:  I want to give them a chance to comment on it, but before they do push "Send," we would like a similar order, a mandrel order, so let me give you a heads-up on that.

          THE COURT:  Good.  That's no problem.  We will again reserve rights to argue on the ownership of the item.  But when they are being released, presumably the point is TO is responsible for the transportation, condition, and will assume all responsibility.

          MR. GASAWAY:  Absolutely.  Absolutely.  Like we said, they have been outside.  They need to be refurbished.  They are taking possession of it.  It's up to them to do it.

          THE COURT:  That's it.

          MR. MILLER:  Your Honor, we just want to take a look at the order that Rob gave us yesterday afternoon.

          THE COURT:  Theoretically, no problem?

09:35  1          **MR. MILLER:**  Theoretically, no problem.  It's looking

09:35  2    at the details of it, having the equipment people look at it.

09:35  3    We will report back to the Court.

09:35  4          **THE COURT:**  Good.  Thank you.

09:35  5              Now, let's see.  We were talking about the

09:35  6    Michoud lease and the issue of some items continuing, the

09:35  7    freezers, that kind of thing.  Any update on that, Rob?  You

09:35  8    might just want to stay here the remainder of the conference.

09:35  9    No.

09:35  10         **MR. GASAWAY:**  On the other items, I think what it

09:35  11   makes sense to do is to put the onus on BP to come up with a

09:36  12   proposed release list.  The whole idea of having items at

09:36  13   Michoud is the idea that they are evidence in the custody of

09:36  14   the Court that other parties might want access to.

09:36  15              I think that as we look at it, there are a

09:36  16   number of items there that do not need to be kept in evidence

09:36  17   at Michoud.  Some of those items we may want.  Some of those

09:36  18   items we may want the Court's blessing on properly disposing

09:36  19   of.

09:36  20              We do have PTO 1 and other orders for evidence

09:36  21   preservation, so there's release to BP for further preservation

09:36  22   and there's a second theoretical category of release with no

09:36  23   need for further preservation.

09:36  24              Now that we are rolling on the capping stack, I

09:36  25   think that the next tranche of work should be BP's to itemize

```
09:36   1  those items and come back to the Court with a proposal for
09:36   2  either releasing them for further preservation, releasing for
09:37   3  nonpreservation, or if there's certain things that need to be
09:37   4  kept at Michoud, we should identify those.  We think we are in
09:37   5  position to extend the lease, if need be, but we need to make
09:37   6  that decision in the coming weeks.
09:37   7           THE COURT:  Well, if you extend it, it might be a
09:37   8  much smaller lease.
09:37   9           MR. GASAWAY:  Exactly.
09:37  10           THE COURT:  Now, why is Carrie in town?
09:37  11           MR. GASAWAY:  Carrie is in town to generally help the
09:37  12  effort.  She had a vacation after Phase One.
09:37  13           THE COURT:  Is she taking depositions?
09:37  14           MR. GASAWAY:  She's helping me interact with our
09:37  15  colleagues.
09:37  16           THE COURT:  I see.  So you need help in that regard.
09:37  17           MR. GASAWAY:  I do, desperately.
09:37  18           THE COURT:  That answers the question.  Gotcha.
09:37  19               Okay.  That takes care of the next item, which
09:37  20  is a proposed order for removal of items that are no longer
09:37  21  required by any party.  How do you like that?
09:37  22           MR. GASAWAY:  That's excellent.  We will come back to
09:37  23  the Court before the next conference two weeks from now.
09:37  24           THE COURT:  Have we closed out the EHANS software
09:38  25  issue?
```

09:38   1         **MR. GASAWAY:**  I don't know of any additional issues
09:38   2  with that.
09:38   3         **THE COURT:**  I am thinking about return of the laptop.
09:38   4  Has that all be done?
09:38   5         **MS. HIMMELHOCH:**  I don't know if it's been done.
09:38   6         **THE COURT:**  I'll find out from the captain.
09:38   7         **MS. HIMMELHOCH:**  Right.  We are okay with it being
09:38   8  returned.
09:38   9         **MR. NOMELLINI:**  Your Honor, it's Mark.  We are good
09:38 10  with that.  That's all been done with the captain.
09:38 11         **THE COURT:**  Good.  Thank you.  You know, the captain
09:38 12  is going on a vacation again, so we want to get her out of
09:38 13  town.  As soon as that crane loads everything up, she is gone.
09:38 14              Sarah, do you want to talk about the NOAA
09:38 15  information?
09:38 16         **MS. HIMMELHOCH:**  Yes, Your Honor.  We have a call
09:38 17  this afternoon with BP to talk about one subcategory of
09:38 18  information that we need to understand exactly what they are
09:38 19  looking for.  BP has proposed a draft order with which we are
09:38 20  fine.  I think they are waiting until the request is finalized
09:38 21  before they submit the order, but all is proceeding as planned.
09:38 22         **THE COURT:**  Perfect.  Give me an update, please, on
09:38 23  the new bikeshare program in D.C.
09:39 24         **MS. HIMMELHOCH:**  Oh, Capital Bikeshare?  It's really
09:39 25  very nice.  They have stations all over the city.  You can

09:39  1   either be a monthly subscriber and stick a key in and take a

09:39  2   bike -- which is wonderful because D.C., unlike New Orleans,

09:39  3   has a lot of hills, so they have a problem with everybody

09:39  4   riding them down into the city but not wanting to ride them up.

09:39  5   So there's lots of trucks that bring them up to the top of the

09:39  6   hill at the end of every day.

09:39  7         THE COURT:  And it's a key?

09:39  8         MS. HIMMELHOCH:  I don't have it with me.  It's an

09:39  9   electronic key.

09:39  10        THE COURT:  Electronic key.  Okay.  Gotcha.

09:39  11        MS. HIMMELHOCH:  It's wonderful.  Scott Cernich and I

09:39  12  have both taken advantage of it.

09:39  13        THE COURT:  Have you moved to that as opposed to your

09:39  14  own bike?

09:39  15        MS. HIMMELHOCH:  No, no, because they're, as you

09:39  16  might imagine, sturdy, low-speed bikes.  Those of us who ride

09:39  17  regularly like a little more oomph to our ride.

09:39  18        THE COURT:  Good.  I'm looking forward to trying

09:39  19  that.

09:39  20        MS. HIMMELHOCH:  They are really nice.

09:39  21        THE COURT:  I tried it in London.  It was fun.  I

09:39  22  didn't have the nerve to try it in Paris, I must say.

09:40  23             Let's get an update on depo designations, Sarah.

09:40  24  How are we coming on that?

09:40  25        MS. HIMMELHOCH:  So far so good.  I think the e-mail

1    of yesterday might reflect a need to re-evaluate whether we

2    need to get through the remaining 60 on the list.  I think that

3    once we talk through that e-mail, we can make an assessment of

4    what to do.  As it was set up, it is proceeding and going along

5    as planned.

6         THE COURT:  Perfect.  Thank you.

7              Rob, do you want to give us an update on the

8    rolling production on the issue of the three custodians?

9         MR. GASAWAY:  Yes, Your Honor.  Fasten your seatbelts

10   because the first set will be coming in on the 16th.  It will

11   be manageable, but you and Mike will have some work to do

12   starting next week.  I think it's either Monday or Tuesday.

13        THE COURT:  All right.

14        MR. GASAWAY:  That will be Mr. Morgheim's file.

15        THE COURT:  Yes.

16        MR. GASAWAY:  Then we are obviously working with

17   Mr. Lynch and Ms. Harkavy.  Those will be coming in after the

18   16th and before the 1st, but we are on time.

19        THE COURT:  Thank you.

20        MR. GASAWAY:  You're welcome.

21        THE COURT:  So let me ask Steve O'Rourke, you had

22   mentioned that you were going to file a motion to strike the

23   Transocean and Halliburton quantification experts.

24        MR. O'ROURKE:  Yes, Your Honor, we were planning to

25   do that.

```
09:41    1              THE COURT:  Steve, hold on just a second.
09:41    2              MR. O'ROURKE:  We saw your e-mail last night --
09:41    3              THE COURT:  Hold on just a second.
09:41    4              MR. O'ROURKE:  -- which seemed to say that
09:41    5    Judge Barbier has already decided --
09:41    6              MS. HIMMELHOCH:  Steve.
09:42    7              (Discussion off the record.)
09:42    8              THE COURT:  Sorry about that.
09:42    9                   Okay.  I'm sorry, Steve.  Go ahead.
09:42   10              MR. O'ROURKE:  Okay.  Apparently I was interrupting
09:42   11    something there.  Can you hear me?
09:42   12              THE COURT:  I can.
09:42   13              MR. O'ROURKE:  Okay.  Yes, so we were planning to
09:42   14    make a motion, you mentioned, to exclude Transocean's and
09:42   15    Halliburton's experts from coming to the quantification trial.
09:43   16    That would be Strickland, Pollard, Ravi, and Sundaresan.  We
09:43   17    saw your e-mail last night that said Judge Barbier thinks we
09:43   18    have already decided that.
09:43   19              THE COURT:  Yes, but I think we probably need a
09:43   20    motion.  I think Halliburton and Transocean are going to want a
09:43   21    ruling on a motion.
09:43   22                   Is that correct, Kerry?
09:43   23              MR. O'ROURKE:  We will be filing a written version of
09:43   24    that motion.  I have mentioned it a few times at these
09:43   25    conferences.  Sarah sent an e-mail last night in response to
```

09:43  1  yours about whether we could get this rolling today because

09:43  2  Sundaresan's deposition is Monday, Pollard is the following

09:43  3  week.  So we will try to see if we can avoid having to waste

09:43  4  time on those depositions if those experts aren't coming.

09:43  5          THE COURT:  Let's hear from Kerry and Alan and then

09:43  6  we will come back to that issue.

09:43  7          MR. MILLER:  I don't have anything specifically on

09:43  8  whether or not we ought to go forward with Sundaresan and

09:44  9  Pollard, understanding that Sundaresan may be a more urgent

09:44  10  situation.

09:44  11          On the issue of quantification, Transocean

09:44  12  understands the Court's position and would offer some comments

09:44  13  as to what its role is or should be on the quantification part

09:44  14  of Phase Two.

09:44  15          We are fine, in general, letting BP and Andarko

09:44  16  fight the number of barrels issue against the U.S.  There's

09:44  17  been a lot of talk as to the low end, high end, can there be

09:44  18  some stipulations, and talk about what's in the middle and

09:44  19  apply some penalty between the low end and the high end to

09:44  20  that.  We are fine with letting BP and Anadarko and the U.S.

09:44  21  fight that issue out.

09:44  22          There are a couple of issues, as the Court is

09:44  23  aware.  We have concocted Phase Two and made it two parts,

09:44  24  called it source control and quantification, but there are some

09:44  25  issues that blur over some other issues that fall into those

broad categories that maybe are discrete issues.  The two
issues that concern Transocean under quantification -- and
there are two -- are as follows.

Number one, there is in the pleadings and our
expert, Pollard, does offer an opinion on one small issue that
falls under quantification and that is oil that was on the rig
and whether it all burned up before hitting the ocean between
April 20 and April 22.  We see that as a Transocean liability
issue that's gotten plopped into the quantification part of
Phase Two.  So that's a small issue.  Okay?

**THE COURT:**  Okay.

**MR. MILLER:**  The next one, Your Honor, is during the
Phase One trial -- Judge Barbier is aware and I'm sure you are
too -- there were a lot of BOP experts that talked about all
kind of things associated with the BOP, including how it
reacted to various things that were happening after the
blowout: rig drift-off, how the pipe moved after the explosion
and the other forces on the pipe, how it bent, and how the
various components were closing.  We saw that as a Phase One
issue.  However, Phase Two quantification does deal with flow
rate.

One of the issues that Transocean put forward or
questioned witnesses on in Phase One -- including Mr. Stevick,
which was Halliburton's BOP expert, including Morten Emilsen,
which was a witness that BP brought forward -- was how much

flow did it take to move the pipe in certain directions to impact the closing of the BOP components.  So if flow rate experts talk about the flow as it impacts flow rate and moving the pipe between April 20 and April 22, that would also be a Transocean liability issue.

Now, I don't have full authority, but something to offer out there is this.  We are fine with trying to pull back either all of our quantification witnesses -- which are two, Pollard and Sundaresan -- or everything except for what deals with those two small issues.  Okay.  That's point one.

Point two -- and I don't have full authority for all of this, but I think this is the direction maybe we can go in.  I think given the discrete nature of those two issues, Transocean would be fine if we were limited to either five minutes of questioning per witness -- if they don't touch upon these issues, we don't use the five minutes -- or one hour total during quantification, where we would question only as to those two issues if it came up.  Alternatively, the Court could issue a ruling saying these issues aren't coming up and so we can't be adversely impacted by it.

Those are kind of my thoughts on those issues. I wanted to identify what they were and offer some solutions as to how we can protect our client's interest without impacting the timeline in place for quantification.

THE COURT:  Gotcha.  Good, Kerry.  Thank you for

09:48  1   summarizing that.  That's helpful.

09:48  2          **MR. MILLER:**  Thank you.

09:48  3          **THE COURT:**  Alan.

09:48  4          **MR. YORK:**  Good morning, Your Honor.  Alan York for

09:48  5   Halliburton.  I will try to dovetail with as much as what Kerry

09:48  6   said as possible because I think our situations are somewhat

09:48  7   similar although on different issues.

09:48  8              As Kerry said, there is some overlap here.  As

09:48  9   the Court is aware based on the briefing that it has before it

09:48  10  on Dr. Ravi and Dr. Momber, while we are largely dealing with

09:48  11  the number of barrels issue in the quantification stage, the

09:48  12  way that you get to those numbers can have impact on other

09:48  13  issues.  So, for example, with Mr. Momber -- I'm not sure if

09:49  14  it's Mr. or Dr. Momber.

09:49  15         **UNIDENTIFIED SPEAKER:**  Dr. Momber.

09:49  16         **MR. YORK:**  Dr. Momber.

09:49  17         **THE COURT:**  Let's just call him "Momber."

09:49  18         **MR. YORK:**  I will give him his rightful due.

09:49  19              As Dr. Momber relies on some of these cement

09:49  20  issues, we are certainly concerned because we have a cohesive

09:49  21  evidentiary record for Phase One and Phase Two, although we

09:49  22  have sort of divided it up in our mind and in time, that

09:49  23  evidence that comes in in this second phase that is technically

09:49  24  quantification evidence may impact on issues that Halliburton

09:49  25  has that are overriding from Phase One, but because it's a

| | |
|---|---|
| 09:49 | 1 |
| 09:49 | 2 |
| 09:49 | 3 |
| 09:49 | 4 |
| 09:49 | 5 |
| 09:49 | 6 |
| 09:49 | 7 |
| 09:49 | 8 |
| 09:49 | 9 |
| 09:50 | 10 |
| 09:50 | 11 |
| 09:50 | 12 |
| 09:50 | 13 |
| 09:50 | 14 |
| 09:50 | 15 |
| 09:50 | 16 |
| 09:50 | 17 |
| 09:50 | 18 |
| 09:50 | 19 |
| 09:50 | 20 |
| 09:50 | 21 |
| 09:50 | 22 |
| 09:50 | 23 |
| 09:50 | 24 |
| 09:50 | 25 |

1  unitary evidentiary record, we need to be able to at least
2  address those issues.  So our position is very much the same
3  with Transocean on that.
4          We would also reiterate the fact that there is
5  some overlap between some quantification and source control
6  witnesses so that there may be a quantification witness that
7  has some piece of information that also addresses source
8  control.  Recognizing the Court's drive for efficiency, that
9  witness is likely going to be called in quantification because
10  that's where 95 percent of their information is, but they may
11  have a question that it impacts on source control.
12          So again I don't think we have complete
13  authority to do this, but I think something along the same
14  lines as what Transocean is indicating, that as long as we have
15  an opportunity, a set allotment of time, where if a witness
16  hits on one of our issues that we feel we need to address, we
17  have an opportunity to address it, we think that would be very
18  helpful in making sure that we protect our client's interests.
19          To avoid jumping back up again, I will just
20  say -- because I think you said the next issue we were going to
21  move to was the request to pull down the quantification experts
22  from depositions, and I think Mr. Strickland is up the 16th and
23  17th.
24          THE COURT:  Yes.
25          MR. YORK:  Our position would be that his deposition

09:50 1   should go forward, as the Court has already said.  The U.S. is
09:50 2   going to file motions to strike.  We are certainly going to
09:51 3   want to be heard on those.  Given the length of time that it
09:51 4   has taken to develop the deposition schedule, we think it would
09:51 5   be not productive to pull a witness down, try to reschedule
09:51 6   them at another time should that become necessary, better to go
09:51 7   forward with the deposition that everyone is prepared for and
09:51 8   then figure out where we go from there.
09:51 9           THE COURT:  Good.  Thank you.
09:51 10          Sarah.
09:51 11          MS. HIMMELHOCH:  As to the immediate problem of
09:51 12  Dr. Sundaresan, I think I understand Transocean to be saying
09:51 13  they are willing not to put Dr. Sundaresan forward.  He doesn't
09:51 14  address either of the two issues I believe you identified as
09:51 15  Transocean's interest in quantification.
09:51 16          MR. MILLER:  Let me take further counsel on that.  I
09:51 17  think my position was going to be Alan's.  It's Monday and
09:51 18  Tuesday.  This is all very new.  Let it go forward.  I can
09:51 19  certainly make some calls this afternoon and see if that can be
09:51 20  done.  I think right now the U.S. ought to file a motion and
09:51 21  the default ought to be it should go forward, but again happy
09:51 22  to get on the phone and see.
09:51 23          THE COURT:  Yes, I think that's right.  Unless we get
09:51 24  an agreement to pull down, Sarah, I'm scared to tinker with the
09:52 25  schedule because you know you take one brick out and what

1    happens.

2         Now, let me ask you all this.  Do you all

3    alternatively want to talk about one-day depositions for these

4    witnesses?

5         MR. IRPINO:  Yes.

6         MS. HIMMELHOCH:  I need to evaluate that.  If we are

7    going to face the prospect of Dr. Sundaresan testifying at

8    quantification, I need to use my allocation of time

9    appropriately because he goes well beyond the two issues that

10   Transocean has identified.  He critiques the cumulative flow

11   rate analyses that are proffered by the United States.  If I'm

12   going to face the possibility that he is going to be called at

13   trial and proffering those, I believe I need the allocated

14   time.

15        I have to express, I think, a little bit of

16   concern or frustration on the part of the United States.  If we

17   are doing this deposition as an exercise that's just an

18   exercise, it's another round of money that we are spending on

19   behalf of the taxpayers that we don't need to be spending

20   because it's unlikely this individual will testify at trial.

21        That's it.  We are prepared to go forward on

22   Monday.  We can go forward on Monday.  If we go forward on

23   Monday, I believe it should go forward as scheduled, as a

24   two-day deposition, and we will explore the entirety of his

25   opinions.

09:53  1      **THE COURT:**  Okay.  Kerry, would you talk to the
09:53  2  powers that be and, if you can, see if you can pull him down
09:53  3  but for any exceptions you want to make for the two points that
09:53  4  you highlighted for us.  If so, we can convert it, then, to a
09:53  5  one-day.
09:53  6      **MS. HIMMELHOCH:**  Absolutely, if we are only dealing
09:53  7  with those two small issues.
09:53  8      **THE COURT:**  Correct.  If you can't do that, then we
09:53  9  will go forward with the two-day.
09:53  10     **MR. MILLER:**  I will get on the phone after the
09:53  11 conference and communicate with everyone by e-mail.  Hopefully
09:54  12 I won't have to break the e-mail ban on Saturday; but if so, it
09:54  13 will only relate to that issue.
09:54  14     **THE COURT:**  My recollection is Pollard is another
09:54  15 week or so away.
09:54  16     **MS. HIMMELHOCH:**  Yes.  The only other one that's more
09:54  17 immediate is Strickland.
09:54  18     **THE COURT:**  He is this week as well?
09:54  19     **MR. YORK:**  The 16th and 17th.
09:54  20     **MS. HIMMELHOCH:**  16th and 17th, yes.
09:54  21     **THE COURT:**  So he is this week as well.  So I think
09:54  22 we better keep him on the calendar.  It may be for naught,
09:54  23 but --
09:54  24     **MS. HIMMELHOCH:**  We will continue to communicate and
09:54  25 we will try to work that issue out.  I think that the concerns

09:54   1   that they have expressed with respect to cutting them out of
09:54   2   quantification apply to some extent to the United States on
09:54   3   source control in that there is overlap, there are two experts
09:54   4   that are source control designated experts but talk about
09:54   5   quantification related issues.  There's also the question of
09:54   6   what is the effect of this subset of evidence at which we will
09:55   7   have no opportunity to participate.
09:55   8             The U.S. hasn't figured out what, if anything,
09:55   9   it wants to do with respect to it not being included as a party
09:55   10  in Phase Two.  We have had brief conversations with the PSC.  I
09:55   11  just did want to put down a marker that we are having that same
09:55   12  puzzling thought about source control that Transocean and
09:55   13  Halliburton are having with respect to quantification.
09:55   14            THE COURT:  Sure.  Who are those two experts?  Do you
09:55   15  remember?
09:55   16            MS. HIMMELHOCH:  Adam Ballard and -- I wrote it down.
09:55   17  And Wilson.
09:55   18            THE COURT:  Okay.  Good.  All right.  Thank you.
09:55   19            MR. O'ROURKE:  Your Honor, this is Steve O'Rourke.
09:55   20  May I be heard?
09:55   21            THE COURT:  Sure, Steve.
09:55   22            MR. O'ROURKE:  I just wanted to address what Kerry
09:55   23  Miller said, where he said the two issues seem to be, number
09:55   24  one, surface water spills and, number two, kind of what if
09:56   25  somebody says something bad about the blowout preventer.

09:56  1            Well, on the second issue, just so it's clear,
09:56  2   the United States, we are not going after Transocean for the
09:56  3   blowout preventer.  We settled with them, so we won't be doing
09:56  4   that.  We don't particularly object to them wanting to sort of
09:56  5   defend themselves on blowout preventer issues if they need a
09:56  6   few minutes in the quantification trial.
09:56  7            The surface spill stuff, Mr. Miller said, "Well,
09:56  8   what if we just have an agreement that that can't be part of
09:56  9   the quantification trial?"  I hadn't heard that before, but
09:56  10  it's piqued my interest.  I'm going to talk to people and see
09:56  11  if we can't call Transocean and see whether that's something
09:56  12  that we should agree to.  So maybe that second issue could be
09:56  13  reserved for a later date.
09:56  14            THE COURT:  Okay.  Good.
09:56  15            Kerry, anything?
09:56  16            MR. O'ROURKE:  So that's a possibility.
09:56  17            MR. MILLER:  I really wasn't offering that with
09:56  18  respect to that issue.  It was more as to the BOP issues.  If
09:56  19  Steve has any particular ideas, I'm sure we will consider them.
09:56  20            THE COURT:  Good.
09:56  21            MR. MILLER:  The point is we didn't want to be
09:57  22  prejudiced on it.
09:57  23            THE COURT:  Okay.  Good.
09:57  24            All right.  Carrie, do you want up or do you
09:57  25  want Mr. Gasaway to go?

09:57  1          **MS. KARIS:**  I'll defer to Mr. Gasaway and see if I
09:57  2    have anything to add.
09:57  3          **THE COURT:**  Fair enough.
09:57  4          **MR. GASAWAY:**  While we are sort of preserving all of
09:57  5    our positions here, one --
09:57  6          **THE COURT:**  Now, you know, you are included in both
09:57  7    segments of the case.
09:57  8          **MR. GASAWAY:**  We are?  Thank you, Your Honor.
09:57  9          A couple of things.  Number one, it's critical
09:57  10   what Steve said when he was describing the quantification
09:57  11   experts.  I just want to underline Ravi is a quantification
09:57  12   expert for Halliburton.  So if a group of Halliburton
09:57  13   quantification experts go, Ravi should be included in that.
09:57  14   There was some e-mail traffic before where different groups
09:57  15   were mentioned.  As I listened to Steve taking them off with
09:57  16   Ravi, I think that is the right grouping, so I wanted to say
09:57  17   that.
09:57  18          The second thing is, as Your Honor knows, you
09:57  19   did get a letter from Halliburton last night on an issue about
09:57  20   Ravi that's completely independent.  Given our colloquy with
09:58  21   Kerry about does it go forward, does it not go forward, before
09:58  22   this issue came up with Your Honor's e-mail, we were going to
09:58  23   ask to put in a short letter -- I don't think we can get it in
09:58  24   today given all that's going on, but we can get it in Monday.
09:58  25   That's completely independent of that.  That's on issues that

1    were teed up before this issue came up.  So look for that.

2              Then the final thing -- and I will let Carrie

3    amplify on this -- obviously, as we listen to some of these

4    issues here like the BOP issues and where the pipe is, we are

5    taking a hard look at how we are going to put on our

6    quantification case in light of the e-mail.  Certainly on some

7    of these issues, it's not just a two-cornered conversation

8    between Party A and Party B.  BP typically is going to have an

9    interest in this, so we just wouldn't want anything to get

10   decided without us weighing in.

11             THE COURT:  Okay.  Good.

12             On Ravi, I know we set him for two days.  Is he

13   going to be a two-day witness?  At this point you think he is?

14   I see Carrie says he is.

15             MS. KARIS:  He is, Your Honor.  As long as

16   Halliburton does not withdraw any portion of his opinions, then

17   we would ask for the two days.

18             THE COURT:  Okay.  While I'm at it, let me ask about

19   Mr. Stevick.  Is there some reason he needs to be two days?

20             MS. KARIS:  Mr. Stevick, I think he is a source

21   control witness, so he is only one day by the Court's order.

22             THE COURT:  I think he is set for July 25-26.

23             MS. KARIS:  Right, because I think there are

24   outstanding issues in connection with some of Mr. Stevick's

25   opinions.

09:59　　1    **MR. GASAWAY:**  On Mr. Stevick, we are in the process

09:59　　2    of having a meet-and-confer with Halliburton.  They have been

09:59　　3    very helpful in looking at our issues.  We sent over an e-mail

10:00　　4    earlier this morning.  The agreement between BP and Halliburton

10:00　　5    is he will be kept on the calendar for two days.  We are trying

10:00　　6    to narrow him.  We have targeted some specific parts of his

10:00　　7    report for suggestions, but keep him on the calendar for two

10:00　　8    days, don't upset the calendar, would be our position.

10:00　　9            **THE COURT:**  All right.  Gotcha.  Now --

10:00　 10            I'm sorry, Carrie.  Go ahead.

10:00　 11        **MS. KARIS:**  Your Honor, there is one thing I wanted

10:00　 12    to add.  I heard Mr. Miller's suggestion about pulling down

10:00　 13    from Mr. Sundaresan and Mr. Pollard, I believe, a vast majority

10:00　 14    of their opinions and doing a five-minute examination or a

10:00　 15    total of one hour or whatever the recommendation is.  While we

10:00　 16    wholeheartedly agree to streamlining and withdrawing opinions,

10:00　 17    the one concern I have -- and this was an issue in Phase One as

10:00　 18    well -- is that to the extent the reports that these experts

10:00　 19    have submitted will be part of the evidence that's put into the

10:00　 20    record, while a five-minute examination may be what the parties

10:01　 21    intend to conduct, if their entire report is in the record,

10:01　 22    then we would need an opportunity, obviously, to examine them

10:01　 23    on all their issues.

10:01　 24            So if most of the opinions are going to be

10:01　 25    stricken and some redacted version of the report is going to be

10:01   1   put into the record, which did happen in Phase One, we are

10:01   2   fully in agreement with that depending, of course, on what

10:01   3   remains.  So I want to put that out there to make sure we are

10:01   4   all talking about the same thing.  Condensed examination should

10:01   5   also mean a revised report.  That's the first point.

10:01   6            The second point is with respect to the BOP, I

10:01   7   agree with Mr. Miller that there was a lot of evidence in

10:01   8   Phase One on that.  We, BP, are in disagreement with Transocean

10:01   9   and some of the other parties as to what transpired with

10:01   10  respect to the drill pipe immediately following the incident,

10:01   11  what flow rates did or didn't exist in the first couple of

10:01   12  days.

10:01   13           So even if the United States and Transocean

10:01   14  reach some agreement, to the extent there are any stipulations

10:02   15  or agreements between those parties with respect to the BOP, we

10:02   16  would ask to be involved in that and make sure we agree before

10:02   17  any of those opinions are put into the record.

10:02   18           THE COURT:  Good enough.

10:02   19           Kerry, any comment on that as far as revising

10:02   20  the expert reports?

10:02   21           MR. MILLER:  Yes.  I just want to make sure my

10:02   22  potential solution that I mentioned is not misunderstood.  When

10:02   23  I said five minutes per witness, I didn't mean five per

10:02   24  Transocean expert.  I meant five minutes per any witness that

10:02   25  testifies during quantification in the event those issues come

10:02   1   up, so I just want to make sure we are clear on that, or an
10:02   2   hour in the aggregate which we would use at our peril.  Our
10:02   3   role would be essentially what M-I's or Cameron's were in
10:02   4   Phase One except we would have a limitation.
10:02   5           THE COURT:  Well, if you recall, I told M-I's
10:02   6   attorneys to go sit in the overflow courtroom.
10:02   7           MR. MILLER:  I just wanted to clarify that.
10:02   8           Second, I don't think the second issue is a
10:02   9   problem at all in terms of our two experts.  If, in fact, they
10:03   10  offer any opinions on any aspect that I talked about on
10:03   11  quantification, we would peel back the portions of their report
10:03   12  that are cumulative of how many barrels got out and some of the
10:03   13  other issues.
10:03   14          THE COURT:  Good.  Okay.
10:03   15          Alan pointed out to me that the motion deadline
10:03   16  for dispositive motions falls on Saturday and LexisNexis is
10:03   17  down for the weekend.  So we are going to go ahead and move
10:03   18  that motion deadline to Monday and then all the other dates
10:03   19  will just move accordingly.  So we are going to move everything
10:03   20  by two days because you won't be able to file on Saturday,
10:03   21  which is fine.
10:03   22          Anything, Alan, you want to add?
10:03   23          MR. YORK:  Just thank you.
10:03   24          THE COURT:  Okay.  You're welcome.
10:03   25          We had outstanding Mr. Dewers.  Did we put him

10:03    1   down for one day on August 2?

10:04    2           MS. HIMMELHOCH:  With great regret for one of our

10:04    3   attorney's vacation schedule, yes, we are on for August 2.

10:04    4           THE COURT:  Which attorney?  I might take pity if I

10:04    5   like them.

10:04    6           MS. HIMMELHOCH:  I don't think you have met him.  A

10:04    7   gentleman by the name of Richard Gladstein.

10:04    8           THE COURT:  Tell Richard we are very sorry to ruin

10:04    9   his vacation.

10:04   10           MS. HIMMELHOCH:  There was also an open issue with

10:04   11   respect to Dr. Carlos Torres-Verdin's deposition.  We had

10:04   12   thought that the date was set.  BP now is suggesting that we go

10:04   13   with the date.  I understand there was a miscommunication.  We

10:04   14   can live with the dates as BP proposes in its latest e-mail.  I

10:04   15   do think it's time to say that order, with these few changes,

10:04   16   is final because we have a lot of cards stacked up in our house

10:04   17   at least.

10:04   18           THE COURT:  You do.  Sarah, if you want to pop out

10:04   19   the "final" final, we will go ahead and file it.  It will be

10:05   20   fine.

10:05   21           MS. HIMMELHOCH:  Will do, Your Honor.

10:05   22           THE COURT:  Unless somebody has a health issue or

10:05   23   something unforeseen, that's it.

10:05   24           MS. HIMMELHOCH:  I will do that as soon as I return

10:05   25   to the office.

10:05   1         **THE COURT:**  Perfect.

10:05   2         **MR. MILLER:**  Kerry Miller, Your Honor.  Sort of a

10:05   3 similar deposition time cleanup issue.  BP's expert, Adam

10:05   4 Ballard, somebody mentioned him earlier.  He is a source

10:05   5 control expert, so he is a one-day deposition.  He was not

10:05   6 included in your order allocating time for source control

10:05   7 experts for whatever reason.  At any rate, I'm --

10:05   8         **THE COURT:**  I'm sure it's operator error.

10:05   9         **MR. MILLER:**  Who knows at this point.  At any rate,

10:05 10 his opinions, particularly his rebuttal opinions, only really

10:05 11 point to Transocean experts Wilson and Foutz.  So I have

10:05 12 reached out to the PSC and to Halliburton to try and come up

10:05 13 with a proposed allocation and would like to offer that.

10:05 14            PSC would have 30 minutes for Mr. Adam Ballard,

10:05 15 states 10 minutes, Transocean 300 minutes, Halliburton 45

10:06 16 minutes, U.S. 10 minutes, Anadarko 10, and BP 45, which is

10:06 17 modeled off of what you did in your source control order.

10:06 18         **THE COURT:**  Alan.

10:06 19         **MR. YORK:**  While we are talking about deposition

10:06 20 scheduling --

10:06 21         **THE COURT:**  Wait, wait.  I thought you were

10:06 22 commenting on what Kerry had to say.

10:06 23         **MR. YORK:**  No.  We are fine with that.

10:06 24         **THE COURT:**  Does anybody have any problems with

10:06 25 Kerry's proposal?  Fine and dandy.

10:06  1          Okay, Alan, now what you got?

10:06  2          MR. YORK:  In the discussion about Mr. Stevick, it

10:06  3  was mentioned that he was currently scheduled for the 25th and

10:06  4  26th.  I believe once we clarified that he was a source control

10:06  5  witness, he was brought back to a single day on the 25th.  So

10:06  6  according to our schedule right now, he is only one day on the

10:06  7  25th.

10:06  8          MS. HIMMELHOCH:  I confess I don't pay as much

10:06  9  attention to source control, so I don't have it off the top of

10:06  10  my head.

10:07  11          MR. YORK:  If it becomes necessary, we can work with

10:07  12  the parties, but I just wanted to clarify that as of right now,

10:07  13  he is just the one day.

10:07  14          THE COURT:  Okay.  Let's take a look at that.  If

10:07  15  it's already been agreed one day, it will be July 25.  If it's

10:07  16  not been agreed, let's have a little e-mail discussion on it.

10:07  17          MR. YORK:  Thank you.

10:07  18          THE COURT:  We had a discussion at the last work

10:07  19  group conference on the deadline for exchanging lists of

10:07  20  reliance exhibits including consideration materials.  I think

10:07  21  we extended it to August 9, which was the deadline for adding

10:07  22  exhibits to the exhibit list.  BP said they wanted an

10:07  23  opportunity to consider that.  Have you considered it, Rob?

10:08  24          MR. NOMELLINI:  Your Honor, it's Mark.  We considered

10:08  25  it and we agreed.  I think Erica sent around an e-mail on that,

| | | |
|---|---|---|
| 10:08 | 1 | so we are going to go on August 9. |
| 10:08 | 2 | THE COURT:  Good.  Thank you.  I missed that. |
| 10:08 | 3 | MS. PENCAK:  Your Honor, I just sent it around to the |
| 10:08 | 4 | parties so, no, you didn't miss it.  Yes, we are all in |
| 10:08 | 5 | agreement on that. |
| 10:08 | 6 | THE COURT:  Thank you, Erica. |
| 10:08 | 7 | So here comes the hot topic of the day, the |
| 10:08 | 8 | e-mails that were sent out yesterday.  Look, Rob is already in |
| 10:08 | 9 | position. |
| 10:08 | 10 | MR. GASAWAY:  Your Honor, I apologize.  I greatly |
| 10:08 | 11 | appreciate the Court's work, and I'm going to let others |
| 10:08 | 12 | comment first on that.  I had a close up nits-and-nats e-mail |
| 10:08 | 13 | that I wanted people to make sure they focused on. |
| 10:08 | 14 | We are having, by the accommodation of the |
| 10:08 | 15 | parties, a deposition in Washington on Tuesday.  Joe Eisert |
| 10:08 | 16 | sent out an e-mail this week just mentioning it would be at |
| 10:08 | 17 | Kirkland D.C., 655 15th Street, 8:30, and to contact Uzo Dike |
| 10:09 | 18 | to make sure you are on the security list if you are going to |
| 10:09 | 19 | be doing that.  He is at (312) 862-2774.  So I just wanted to |
| 10:09 | 20 | make sure -- that's coming up Tuesday.  It's in D.C. by |
| 10:09 | 21 | accommodation of BP -- if you are taking that deposition, you |
| 10:09 | 22 | got that. |
| 10:09 | 23 | THE COURT:  Or attending. |
| 10:09 | 24 | MR. GASAWAY:  Or attending, right.  I'm sorry.  Now, |
| 10:09 | 25 | open mic. |

| | | |
|---|---|---|
| 10:09 | 1 | **THE COURT:**  If you are attending, please get your |
| 10:09 | 2 | clearance ahead of time, the sooner the better. |
| 10:09 | 3 | Let's get going.  The first thing we sent out |
| 10:09 | 4 | yesterday was the memo with regard to Phase Two trial planning, |
| 10:09 | 5 | allocation of time, and other associated issues.  I'm ready to |
| 10:09 | 6 | take the barrage of comments that you all want to sling at me, |
| 10:09 | 7 | so who wants to go first? |
| 10:10 | 8 | **MR. MILLER:**  I will go first. |
| 10:10 | 9 | **THE COURT:**  Go, Kerry. |
| 10:10 | 10 | **MR. MILLER:**  First, I'm going to channel my inner |
| 10:10 | 11 | Anthony Irpino, Your Honor. |
| 10:10 | 12 | **THE COURT:**  I didn't know you had an inner Anthony |
| 10:10 | 13 | Irpino. |
| 10:10 | 14 | **MR. MILLER:**  He fits inside of me since I'm a foot |
| 10:10 | 15 | taller. |
| 10:10 | 16 | **MR. IRPINO:**  Hold on a minute. |
| 10:10 | 17 | **MR. MILLER:**  We are good friends. |
| 10:10 | 18 | No, we really have worked very hard the last two |
| 10:10 | 19 | weeks with Brian and Jim and their source control team, and |
| 10:10 | 20 | Alan and Gwen and Don from Halliburton, and Corey and Doug and |
| 10:10 | 21 | Win from the states, and it's been a very productive session. |
| 10:10 | 22 | It was an exercise in herding cats to begin with, but we did |
| 10:10 | 23 | make some progress in coming up with an alignment.  You also |
| 10:10 | 24 | came up with the alignment, but we actually had to do the |
| 10:10 | 25 | stroking and the persuading and the other things that it took |

1    to get everyone to sign off.

2              THE COURT:  Was there any kissing involved?

3              MR. MILLER:  There was hugging and kissing, makeups

4    and breakups all along the way, as you might expect.  But at

5    any rate, everybody worked really well together ultimately.  I

6    think that what we were in the process of proposing and sending

7    out to you was actually pretty darn close to what you sent to

8    us right before we were going to send it out to you.

9              THE COURT:  Proving great minds think alike.

10             MR. MILLER:  Like I said, we wanted to meet with BP

11   at 3:00 first, before sending it to the Court, to get their

12   feedback.  At a quarter to 3:00 we got your e-mail, and so we

13   all kind of sat around scratching our heads for a little while

14   thinking whether or not we ought to meet and what we ought to

15   talk about.  At any rate, we did have a productive meeting.

16             Like I said in my e-mail of last night, we did

17   meet some more amongst the aligned parties later in the day

18   yesterday and earlier this morning to try and process a little

19   bit more some of the things that were in your e-mail and in

20   your timeline, some of the things we talked about with BP and

21   that were in Rob's letter from the week of the 4th, and some

22   other ideas we had as to how the various ideas might be melded

23   together and put forward for discussion.  What I did was I kind

24   of came up with some points that are based on the history of

25   the last eight days or two weeks or so.

10:12   1          THE COURT:  Good.

10:12   2          MR. MILLER:  The first point is a fundamental point

10:12   3   all parties appear to be in agreement on and that would be -- I

10:12   4   should say all parties and the Court, and that is source

10:12   5   control limited to four full trial days.  Trial will commence

10:12   6   September 16 at 8:00 a.m. and end by September 19 at 6:00 p.m.

10:12   7   So I think that that's something we are not here to discuss

10:12   8   anymore.

10:12   9          THE COURT:  We checked.  There's not, I don't

10:12   10  believe, any Jewish holidays or otherwise interfering with

10:13   11  that.

10:13   12         MR. MILLER:  It's football season.

10:13   13         THE COURT:  Well, I couldn't look at the LSU

10:13   14  schedule.

10:13   15         MR. MAZE:  They play Auburn that Saturday in

10:13   16  Baton Rouge, not that I checked.

10:13   17         THE COURT:  Not that you don't always have your car

10:13   18  fully fueled and ready to go, huh?

10:13   19         MR. MAZE:  They won't let me drive the state car to

10:13   20  Baton Rouge.

10:13   21         THE COURT:  Have you got your tailgate space lined

10:13   22  up?

10:13   23         MR. MAZE:  No.

10:13   24         THE COURT:  So point two, Kerry?

10:13   25         MR. MILLER:  The other issue -- and again I don't

10:13  1    mean to speak for anybody else, but it looks like everybody was

10:13  2    in agreement on this point.  All parties agreed to the chess

10:13  3    clock approach and that objections and time in colloquy is

10:13  4    charged against the party doing it.  It's when you have your

10:13  5    mouth open is when the clock runs against you no matter what

10:13  6    position you are in at the podium.

10:13  7         **THE COURT:**  I like that.

10:13  8         **MR. MILLER:**  Then number three, all parties agree to

10:13  9    split trial time 50/50.

10:14  10        **THE COURT:**  Okay.

10:14  11        **MR. MILLER:**  This next part is -- I think you gave us

10:14  12   the name the aligned parties.  We can live with that.

10:14  13        **THE COURT:**  If you want to change it, change it.

10:14  14        **MR. MILLER:**  I think we can live with that.  In the

10:14  15   memo I sent, I want to point out Halliburton did have a

10:14  16   footnote as to certain things and I will cover that in a

10:14  17   second.

10:14  18             The first issue is where we had some slight

10:14  19   disagreements or weren't entirely on the same page between what

10:14  20   you proposed at 3:00 and what we were thinking about over the

10:14  21   last couple weeks.

10:14  22             Opening statements under your timeline are

10:14  23   30 minutes per side.  The aligned parties were thinking 60

10:14  24   minutes per side, aligned parties from 8:00 to 9:00, BP from

10:14  25   9:00 to 10:00, take the morning break, and call the first

1    witness after the morning break.

2            Your Honor, in terms of all of this, we had

3    gotten to the point that was in my memo I circulated last night

4    of counting hours.  And kind of as sort of a background and a

5    baseline for some of these ideas and proposals --

6            THE COURT:  And that's right.  When we talk time

7    clock, even though we are talking in terms of days, we are

8    going to have to count hours once we go to the chess clock.

9            MR. MILLER:  Let me give you the methodology that we

10    were using to divvy up a lot of this, and we even have another

11    memo where we talk about witnesses and some further suggestions

12    as to how the witnesses would plug in.

13            8:00 to 6:00 is 10 hours.  We would typically

14    take an hour off for lunch and then have two to three breaks

15    during the course of the day.  So, in general, we were looking

16    at 32 hours of total trial time, which is four 8-hour days on

17    the record.

18            We had initially wanted a five-day trial where

19    we would work Friday.  Maybe that's something the Court is not

20    interested in.  When we talked about it yesterday, we think we

21    can live with four full days.  So that's 32 hours.

22            Then the breakdown further would be two hours

23    for opening statements; 30 hours for evidence, 15 for the

24    aligned parties, 15 for BP.  Within the aligned parties, we

25    were doing our own internal calculations and machinations.  We

10:16   1   thought that we could figure it out ourselves, hopefully,

10:16   2   without Court intervention.

10:16   3            So that's kind of what we were working on there.

10:16   4   That was going to be more witness specific in terms of how we

10:16   5   are going to divvy it up, but that was kind of the thought

10:16   6   process we were employing as to how to get it done.

10:16   7            THE COURT:  Okay.

10:16   8            MR. MILLER:  So at any rate, getting back to opening

10:16   9   statements, this will be the first day of trial.  We have six

10:16   10   aligned parties, PSC, Transocean, Halliburton --

10:16   11            THE COURT:  States.

10:16   12            MR. MILLER:  Five.  Alabama, Louisiana.

10:16   13            That's a time when, for lack of a better term,

10:16   14   bigwigs like to show up.  Those are important times.  Lots of

10:17   15   folks are in the courtroom.  We all felt it was important, even

10:17   16   if it was just for five minutes on the aligned parties' side,

10:17   17   that each member of the alignment be able to introduce

10:17   18   themselves to the Court, join in previous arguments that were

10:17   19   made, make a point in opening statement, and then sit down.

10:17   20            I would also like to point out, in general, the

10:17   21   way we are divvying up source control is Subpart A and

10:17   22   Subpart B.

10:17   23            Subpart A is preparedness by BP, and that

10:17   24   primarily falls to the PSC experts and to the Halliburton

10:17   25   experts.  They talk about whether or not BP statistically

10:17  1    analyzed risks, took adequate precautions for this type of a
10:17  2    blowout prior to April 20, 2010.
10:17  3              Subpart B is what happened after and the various
10:18  4    priorities, the various representations and, we would say,
10:18  5    misrepresentations that BP made to the public and to others
10:18  6    about the flow rate in terms of what it was doing to try and
10:18  7    stem the flow of oil from the well.
10:18  8              Why is source control important to Transocean
10:18  9    and Halliburton?  There's been a lot of media attention lately
10:18  10   about the amount of money BP has spent, billions of dollars.
10:18  11   We know that the issue with respect to quantification is a big
10:18  12   issue for BP in the United States, but we know that it's
10:18  13   bounded by a range, roughly 3 billion to 5 billion barrels,
10:18  14   roughly $1,100 to $3,200 a barrel.
10:18  15             **THE COURT:**  Million.
10:18  16             **MR. MILLER:**  Million.  Million.
10:18  17             **THE COURT:**  You're so used to the billions.
10:18  18             **MR. MILLER:**  Million, million, million.
10:18  19             **MS. HIMMELHOCH:**  We'll take the billion.
10:18  20             **MR. MILLER:**  We throw numbers around like nothing.
10:18  21             That's a range.  We could all do a low end and a
10:18  22   high end and we know it's going to fall somewhere in between.
10:19  23             On the issue of source control, more is at
10:19  24   stake.  More money is at stake for Transocean and Halliburton
10:19  25   than is at stake in quantification in terms of billions of

dollars and I'll tell you why.  If you look at the total spend
by BP that we have all seen in the press and we look at BP's
positions on indemnity and equitable contribution against
Transocean and Halliburton and how fault allocation may play
into that, there is more at stake against Transocean and
Halliburton in the billions of dollars on source control and
how that allocation sways and how that relates to the equitable
contribution and indemnity issues than is at stake given the
bounds on quantification.  It's in the many, many, many
billions of dollars, so much so that it would bankrupt
Transocean, no doubt about it.

So it is very important to Transocean and very
important to Halliburton to be able to have their say in
opening statement and have adequate time to present their cases
because as long as BP is not honoring the indemnity in the
drilling contract and the service contract and is pursuing
contribution against us for its OPA liabilities, it is company
crippling exposure.

THE COURT:  Kerry, let me comment on that.  I did
think about that.  The reason that I was going to allow each of
the aligned parties 10 pages each to talk about really their
source control side of Phase Two was so that you all each got
an opportunity to tell Judge Barbier what your particular point
of interest and view in that segment was, and so I thought I
was covering it.

1    **MR. MILLER:**  We appreciate that.  My response is the

2    old adage a picture is worth a thousand words, and we would

3    rather show the case in pictures.

4        **THE COURT:**  May I take some pages away from you?

5        **MR. MILLER:**  I think so.  I would even say this.  If

6    we were given some additional minutes in opening, that can be

7    taken out of the evidence from us.  I'm saying personally from

8    Transocean, and that would be both external and internal.  So

9    if we got to give on our own a 30-minute opening, that

10   additional time -- if we were originally going to do 15 or 20

11   minutes of the 30 minutes per side, we will give that up in the

12   evidence part of the case.

13       **THE COURT:**  Okay.

14       **MR. MILLER:**  It's very important to us, given what's

15   at stake, to give Judge Barbier a proper context for what we

16   believe our defenses are to source control and what a prudent

17   operator should have done to stop the well after 40 days and

18   why we are not responsible for damages beyond that by way of

19   equitable contribution or not honoring the indemnity in the

20   drilling contract.  So that's sort of the background and the

21   context of that point.

22           Expert witnesses.  In Your Honor's memo

23   timeline, she said each side permitted two expert witnesses,

24   and again the side would be the aligned parties.  The aligned

25   parties propose no limitation on the number of expert witnesses

10:22 1  per side because of the aggregate time limitation and the chess

10:22 2  clock.  We understand that Judge Barbier does not want another

10:22 3  data dump and does not want to read expert reports and addenda

10:22 4  to expert reports only to have those experts withdrawn or not

10:22 5  appear or give very short opinions.

10:22 6  So we would offer in response to what the

10:22 7  concern is that both sides declare the order of expert

10:22 8  witnesses and the expected length of direct and witness

10:22 9  testimony.  Also, we would make the withdrawals or the red

10:22 10 lines or the paring back or black lines.  Aligned parties

10:22 11 disclose order and length -- we need to talk about when we pare

10:23 12 it back -- by July 27, that was in your timeline, and BP by

10:23 13 August 3.

10:23 14 Now, unlike Phase One, given the four-day total

10:23 15 time limitation, there is no way you're going to have any

10:23 16 multiday witness.  I think that might have been, in terms of

10:23 17 not -- we don't know what Judge Barbier did behind the scenes

10:23 18 in terms of reading and preparation.  But from someone who sat

10:23 19 there every day for eight weeks, the most painful part of it

10:23 20 was seeing the same witness on the stand day after day after

10:23 21 day after day, and certainly we heard a lot of comments from

10:23 22 the bench about that.

10:23 23 That's not going to happen in Phase Two.  It

10:23 24 can't happen.  The aligned parties would offer four to six

10:23 25 experts is kind of what we are talking about in our time, each

being 45 minutes, an hour, on and off, and only two fact
witnesses.

We would also like to -- and we'll get into that
later.  We would also like to show clips of videos,
depositions.  Some will be within the context of the experts.
Others will be kind of like we did before.  If you have a
five-minute clip or an eight-minute clip that's fundamental to
something an expert or another fact witness says, it would
precede or succeed the particular witness' testimony.

We worked very hard in this orchestration.  So
within our 15-hour allotment, we had even gotten so far as to
saying we would do something on the order of seven hours of
direct, six hours of cross, and two hours of video, something
like that.  We had gotten that far along in our proposal in
terms of how we are allocating time to make our presentation
that way.  It was something like that within a 15-hour slot for
evidence.

So, anyway, we propose no limitation on the
number of expert witnesses.  We want to work hard to make sure
the Court does not waste any time or energy reading materials
that are not going to be relevant or not going to be part of
the trial, but it would be hard for us to present, given the
fact that there are two parts to source control -- and the
experts really, in general, focus on either Part A, which is
preparedness -- and there are different aspects to that,

there's a statistical aspect to it, there's a process safety aspect to it -- or Part B, which is what happened afterwards.

There's more of an overview aspect of it.  Let's look at what was said publicly.  Let's look at what was said internally.  And there's more of a technical aspect, would this equipment have worked, did this equipment have certain limitations, you know, that kind of thing.

So that's why we are looking at four to six experts and two fact witnesses and why we think that that is fair and won't overburden the Court with information given the separation of the source control issues.

But again we are prepared to declare the order, fix it in, describe what they are going to testify to, pare down stuff in the expert report to the extent there's redundancy or overlap or anything like that so the Court is not overburdened by a data dump.  Obviously, we agree not to ask redundant questions, but that's the whole point that we are prepared to do.  The Court may give us further guidance on that.

We had a question about something that was in your timeline, fact witness deposition designations.

THE COURT:  Well, you know what prompted that.  Judge Barbier got a deposition dump of, what, 230 depositions in Phase One.  That's just not reasonable.  It's just not.  We overdid it.  Sarah is working very hard on the deposition

1    designations to make sure that that's pared down and done

2    properly, but how many depositions have we taken all together

3    or will take all together in both 30(b)(6) fact witness and

4    expert?  What's the count?

5              MR. MILLER:  As you recall, there were some -- I

6    don't know the count on that, but I know we did a count on how

7    many witnesses total touch upon source control issues and that

8    count is more than a hundred.

9              MS. HIMMELHOCH:  Your Honor, I think we can take the

10   number 163 because that's the collective pool of depositions

11   that the parties listed for designations.  So I think the

12   number of depositions that have what any party in this group

13   thinks might be relevant to either source control or

14   quantification, that number is --

15             THE COURT:  That's not including experts.

16             MS. HIMMELHOCH:  That's correct, Your Honor.

17             THE COURT:  So by the time we get into the experts,

18   we are going to be well over 200 again.  Not well over.

19             MS. HIMMELHOCH:  Well, Your Honor, my understanding

20   is we are not going to be designating or submitting deposition

21   transcripts for experts.  I see a raised eyebrow I'm a little

22   worried by.

23             THE COURT:  Well, no, you shouldn't be worried by it.

24   I think that's probably right.  So 163.

25             MS. HIMMELHOCH:  Is the number for both source

10:28    1    control and quantification, though there is overlap.

10:28    2         MR. MILLER:  I was saying source control.  I don't

10:28    3    think the number was that high, but it was about 100 that

10:28    4    touched on source control issues.  So five seemed kind of tight

10:28    5    for us, understanding the Court not wanting to read --

10:28    6         THE COURT:  163 depositions.

10:28    7         MR. MILLER:  We would offer something in between,

10:28    8    much closer to your five than the 163.

10:28    9         THE COURT:  Why don't you make a proposal that you

10:28   10    all, as the aligned parties, think you can live with, and I

10:28   11    would ask BP to do likewise.  You don't have to do it now.

10:28   12         MR. MILLER:  We talked about that.  We didn't know

10:28   13    exactly what you meant, so we didn't want to insinuate

10:28   14    something because we didn't know what you were meaning.  We

10:28   15    could do it in 25, the aligned parties.

10:28   16         THE COURT:  On just source control?

10:29   17    MR. MILLER:  (Nods head.)

10:29   18    MR. GASAWAY:  (Shakes head.)

10:29   19         THE COURT:  So assume that BP says 25, that's 50 for

10:29   20    source control, and that case is a much easier case than

10:29   21    quantification.  I don't know how we are going to go there, but

10:29   22    let me think about it.

10:29   23         MR. MILLER:  Think about it.  We will think about it

10:29   24    too.

10:29   25         THE COURT:  Everybody should think about it.

10:29
10:29
10:29
10:29
10:29
10:29
10:29
10:29
10:29
10:29
10:29
10:29
10:29
10:29
10:30
10:30
10:30
10:30
10:30
10:30
10:30
10:30
10:30
10:30
10:30

1          **MR. MILLER:**  We are only a few hours away still from

2    digesting this.

3          **THE COURT:**  That's right.  No, no.  I'm with you.

4          **MR. MILLER:**  The initial proposal would be 25.

5          **THE COURT:**  Look, I pushed to get it out to you

6    yesterday so we wouldn't have to lose another week.

7          **MR. MILLER:**  No, no.  We are good.  We met several

8    hours since it came out, but there's a lot of input.

9          Last, Your Honor -- and we can pick this issue

10   back up, and we will talk about it more on our end.  Maybe it

11   could be a number of designations or a total page count or

12   something like that.  I don't know.  I just throw that out

13   there so it's not a cajillion pages.  I don't know.

14         **THE COURT:**  I think that would cause Sarah some

15   heartburn.

16         **MS. HIMMELHOCH:**  No, Your Honor.  I think if we are

17   going to scale back the depositions, we do have to think about

18   whether the parties need to go back and revisit their

19   designations in any particular deposition.  I think the

20   finality of the bundles will be thrown into question.

21         If we are looking at limiting depositions, I

22   think that is going to be necessary, and particularly if we are

23   looking at segregating what testimony is source control and

24   what testimony is quantification.  We are going to have to

25   revisit those bundles because the same witness is going to have

| | | |
|---|---|---|
| 10:30 | 1 | testimony for both.  A party may say, "I don't want this |
| 10:30 | 2 | witness for the source control part of the testimony, but as |
| 10:30 | 3 | part of whatever limit is imposed, I do want them for their |
| 10:30 | 4 | quantification." |
| 10:30 | 5 | THE COURT:  Good point. |
| 10:30 | 6 | MS. HIMMELHOCH:  I don't want to interrupt the flow, |
| 10:30 | 7 | but I just want to note that Kerry's e-mail last night included |
| 10:30 | 8 | the United States among the aligned parties and we appreciate |
| 10:30 | 9 | that, but I just need to put a marker down that we haven't been |
| 10:30 | 10 | part of these conversations. |
| 10:30 | 11 | MR. MILLER:  If I did, I didn't mean to.  I thought I |
| 10:31 | 12 | just said Alabama and Louisiana. |
| 10:31 | 13 | MS. HIMMELHOCH:  So the U.S. has some interest in |
| 10:31 | 14 | source control.  We don't have a position yet, but please don't |
| 10:31 | 15 | forget us what you ultimately make your decision about source |
| 10:31 | 16 | control. |
| 10:31 | 17 | THE COURT:  I've almost forgotten you. |
| 10:31 | 18 | MS. HIMMELHOCH:  We do want an opportunity to be |
| 10:31 | 19 | heard.  We will act quickly.  We just haven't had a chance to |
| 10:31 | 20 | think it through. |
| 10:31 | 21 | THE COURT:  Fair enough. |
| 10:31 | 22 | MR. MILLER:  Your Honor, two more brief points and |
| 10:31 | 23 | then I will sit down. |
| 10:31 | 24 | We shared with BP yesterday -- and I meant to |
| 10:31 | 25 | attach it to the e-mail I sent you last night and just goofed, |

10:31   1   only attaching one document and not the other.  The aligned
10:31   2   parties actually put together a one-page issue paper for
10:31   3   Phase Two which we shared with BP.  That's the one that talks
10:31   4   about the witnesses.  This is less how much time and more of
10:31   5   this is how we see the case.
10:31   6          THE COURT:  Which Mike Brock asked for, right?
10:31   7          MR. MILLER:  Right.  Exactly.  So I will hand that to
10:31   8   the Court.  We gave it to Rob and Carrie yesterday at the
10:31   9   meeting.
10:32  10          I do want to highlight for the Court that the
10:32  11   aligned parties -- and part of what we talked about over the
10:32  12   last two weeks -- do not presently intend to offer evidence
10:32  13   related to cofferdam, the Top Hat, the RITT tool, the relief
10:32  14   wells, or other efforts to contain and control the source of
10:32  15   oil.  So we have really pared down some of the issues in
10:32  16   Phase Two, and I think that's something BP was happy to get.  I
10:32  17   will hand that over for Mike.  Again, that's from the aligned
10:32  18   parties.  It should have been attached to my e-mail of last
10:32  19   night.
10:32  20          Finally, Your Honor, back in 2011 -- I have the
10:32  21   document number which I can give you, it's back over there --
10:32  22   you entered a confidentiality order in connection with
10:32  23   multiparty preparation for Phase One which preserved the
10:32  24   ability for diverse parties or parties with somewhat diverse
10:32  25   interests to meet and talk about trial preparation.

10:32  1          So what I did was I took the language -- and
10:32  2     again I will give you the document number.  I took that
10:32  3     language and I struck whoever those parties were -- I think it
10:32  4     was the states and the U.S. -- and inserted the names of the
10:33  5     aligned parties and then changed Phase One to source control,
10:33  6     but in essence it's the same language as your old document
10:33  7     number.  We would appreciate if the Court would enter a similar
10:33  8     order in this case given our efforts to coordinate both past,
10:33  9     present, and future.  I will hand that over, too, and I will
10:33  10    give you the document number.
10:33  11         THE COURT:  Kerry, could you e-mail the proposal that
10:33  12    you have got on the ELMO out to everybody so they can chew on
10:33  13    it as well?
10:33  14         MR. MILLER:  I sure will.
10:33  15         THE COURT:  That will be great.
10:33  16         MR. MILLER:  Thank you, Your Honor.
10:33  17         THE COURT:  Thank you.  I appreciate it.
10:33  18         Rob, do you want to come up and give us your
10:33  19    problems, concerns, teeth gnashing?
10:33  20         MR. GASAWAY:  No teeth gnashing, Your Honor.  We
10:33  21    think, obviously, the Court's proposal greatly advanced the
10:33  22    conversation and put the onus on all parties, and we look
10:33  23    forward to working with the Court to streamline the case.  Let
10:33  24    me start with what Kerry has here because I think it's a good
10:33  25    list.

1    Opening statements.  This first came up when BP
2    asked if it could be a notice and comment about Judge Barbier's
3    original proposal for just 10 pages.  Then we got Judge Barbier
4    to agree to opening statements.  Now we have Judge Barbier to
5    agree to two opening statements.  Now we have Judge Barbier to
6    agree to two opening statements plus 10 pages.  Our point of
7    view, Your Honor, is that opening statements --
8          **THE COURT:**  You just keep pushing, huh?
9          **MR. GASAWAY:**  Our point of view is the Court hit it
10   exactly right: 30 and an hour and a half, three weeks for
11   quantification, one week for source control, plus 10 pages.
12         Your Honor, look, the point of the opening
13   statement, and particularly the disclosure of demonstratives
14   before the opening statement, is to focus the issues for the
15   parties.  It's not for cumulative presentations.
16         We understand the challenges of coalition
17   litigation, but those challenges can be managed by a short
18   introductory period where all the counsel introduce themselves
19   for the record plus the 10 pages.
20         What we want is one half-hour of what their
21   source control case is because we are going to have to get
22   ready to defend that case two days hence, and we think one
23   half-hour where they spend half the time on Part A, as Kerry
24   calls it, half the time on Part B, where they drill down, put
25   out their best pictures, that's going to be very helpful to

10:35    1    Judge Barbier and very helpful to the Court.

10:35    2            I'm sure Judge Barbier is going to be

10:35    3    magnanimous in letting everybody know that just because there's

10:35    4    going to be only one person speaking or maybe one person

10:35    5    speaking for Part A and Part B, this is coalition litigation,

10:35    6    everybody has contributed.  I'm sure Judge Barbier will make a

10:35    7    vehicle available for that, but 30 minutes is exactly right.

10:35    8    We would encourage the Court to stick by its guns there.

10:35    9            Expert witnesses.  Look, the problem with an

10:35   10    unlimited number of experts is there's not an unlimited number

10:36   11    of experts, but there's a very, very large number of experts.

10:36   12    Once you let that camel's nose under the tent of that expert to

10:36   13    come on the stand and put his report into the record, unless

10:36   14    there's been a large negotiation beforehand paring it down,

10:36   15    then for the responding party it becomes very, very difficult

10:36   16    to not respond to each and every point, not only in the limited

10:36   17    time period but also in the report.  So just saying that they

10:36   18    have 15 hours of clock time is not a limitation if they can put

10:36   19    on a dozen experts and put in their report.  So we do think

10:36   20    that a limitation on experts is important.

10:36   21            Now, we heard the weeping and gnashing of teeth

10:36   22    from our compatriots.  For us, one of the key issues is how

10:36   23    many different topics, if I could call them, does a particular

10:37   24    expert address.

10:37   25            We heard Kerry talk about just the Part A of the

1   case, and remember that some experts overlap between Part A

2   with Part B.  Kerry was describing Part A of the case and

3   saying, "Well, there's the statistical component to Part A.

4   There's the process safety component part to Part A.  There's

5   the technical component to Part A."  Then as you reel those

6   out, you understand that it can be that a particular expert

7   would talk about four or five topics, not all of which can be

8   properly addressed by one expert on our side.

9           So the keys here are we need an expert limit,

10  whether two is the right number or not.  We think maybe it

11  should go a little bit north of two, but we need some limit

12  that we would like to talk to him about.

13          We also need to look hard at the Mike Brock

14  issue.  Kerry read the statement in the case of not presenting

15  evidence as to cofferdam, Top Hat, RITT tool, relief wells,

16  other efforts.  That's exactly the type of narrowing we are

17  talking about.  We need to continue that and have a coordinated

18  discussion between BP and the aligned parties as to number of

19  experts and as to the scope of the testimony that those experts

20  are going to present, and that is a complicated discussion.

21          It was a very helpful first step for him to

22  provide the document that he described.  That was exactly what

23  we were looking for.  We would just encourage, on the expert

24  point, for Your Honor to say, in order to manage this, there

25  has to be a limit and ask BP and the aligned parties to have a

follow-on to the conversation that we had yesterday and figure out what that limit should be.

By the way, there was also a limit on the quantification side of the case.  Obviously, we happened to be meeting with the aligned parties on source control when your e-mail came out.  But in the ordinary course, we are obviously going to want to get together with the United States because there's a similar issue on the quantification side of the case.

Moving on in terms of the clarification, we have listened carefully to Judge Barbier.  We know exactly where he was going on this.  He wants a limited number of depositions.  He knows whatever the limit is, it's going to be equal for both sides.  He knows he has two parts of the case.

What we would like to do -- again, we would like to talk to the United States and Transocean, but see if we can work within Judge Barbier's limits, which are 5 and 15, and obviously it's double, as you said.  You know, 25 doubling for 50, I don't think that's what Judge Barbier had in mind.

What we were thinking is because the quantification case is more of an expert case and because there is more factual testimony on the source control side of the case, just like we are having more experts in the quantification side of the case -- I don't think we would ever get to the point where we would have more depositions than in source control, but we may want to even it up, you know, 10

10:40
10:40
10:40
10:40
10:40
10:40
10:40
10:40
10:40
10:40
10:40
10:40
10:40
10:41
10:41
10:41
10:41
10:41
10:41
10:41
10:41
10:41
10:41
10:41
10:41

1    source control, 10 quantification.

2            That would obviously be double, right, because

3    I'm assuming it's 10 for each side.  So that would be a total

4    of 40; 10, 10, 10, and 10.  Then each side would obviously get

5    not only the 10 that it proffered but obviously the

6    counterdesignations on the other side is 10.

7            So we have heard Judge Barbier.  What we would

8    like to do is go back and meet and confer with the aligned

9    parties, with the United States, see if we can work within his

10   limits.

11           One thing that we didn't talk to them about but

12   that we greatly appreciate is that August 3 date.  That is

13   really critical for us.  Obviously, we are in the responsive

14   mode on both sides of the case.  Just to try to be as

15   forthcoming as the aligned parties have been, we get the idea.

16   We are going to try to narrow the number of experts.

17           I can tell the Court today that yesterday we

18   made the decision that Admiral Hull is not going forward.

19   However this is structured, he is not going to make our trial

20   list, so we will pull him down.  There's no need to show up for

21   Admiral Hull's deposition, which was going to be a week from

22   yesterday.

23           Now, that said, there are going to be, however

24   the case is structured, difficult decisions that BP has to make

25   just like the aligned parties.  We think that the July 27,

10:41   1   August 3 stagger works well for us.  As we go into the

10:41   2   conference we were talking about on the 26th, we are going to

10:41   3   be looking for a limitation of issues and expert reports and

10:42   4   testimony from the PSC.  If coming out of that conference they

10:42   5   can tell us who their experts are on the 27th, then obviously

10:42   6   we can choose our starting lineup on August 3.  That will also

10:42   7   give us time to complete the depositions which are going to end

10:42   8   on August 2.

10:42   9            THE COURT:  Correct.

10:42  10            MR. GASAWAY:  The confidentiality order, it sounds

10:42  11   right.  I look forward to getting the e-mail on that, but I

10:42  12   don't see an issue with that.  Let me pause here for a moment

10:42  13   because Carrie was in the meeting with me yesterday.  Let me

10:42  14   just make sure that we don't have another issue.

10:42  15            MR. MILLER:  During the pause, the old document

10:42  16   number that I used on the confidentiality order was 2375.

10:42  17            THE COURT:  Thank you.  Do you know how old that is?

10:42  18   We are in the mid 10,000s right now.

10:43  19            MR. MILLER:  Eons ago.

10:43  20            THE COURT:  Exactly.  I can't believe you remembered.

10:43  21            MR. MILLER:  Search functions.

10:43  22            THE COURT:  Go ahead, Rob.

10:43  23            MR. GASAWAY:  We just wanted it to be clear that when

10:43  24   I was saying that there had to be an expert limit, I wasn't

10:43  25   saying it has to be two.

10:43    1             **THE COURT:**  No.  You made that clear.  Maybe more

10:43    2   than two, please?

10:43    3              **MR. GASAWAY:**  You got it.  You understand.

10:43    4              **THE COURT:**  I got it.

10:43    5              **MR. MILLER:**  Your Honor, I just put on the table we

10:43    6   would propose six with redactions.

10:43    7              **THE COURT:**  Why do I need you, Paul?

10:43    8              **MR. STERBCOW:**  They pulled me off an island to come

10:43    9   here.

10:43   10              **MR. MILLER:**  I didn't mean to steal his thunder.  It

10:43   11   was his idea.

10:43   12              **THE COURT:**  Which island?

10:43   13              **MR. STERBCOW:**  I can't tell you.

10:43   14              **MS. HIMMELHOCH:**  That's your undisclosed location?

10:43   15              **THE COURT:**  That's exactly right.  He has to go to a

10:43   16   secure undisclosed location.

10:44   17              **UNIDENTIFIED SPEAKER:**  He was with Expert A.

10:44   18              **THE COURT:**  No, we now know who is Expert A is.

10:44   19              Were you saying something, Kerry, before we

10:44   20   interrupted you?

10:44   21              **MR. MILLER:**  No.

10:44   22              **THE COURT:**  Okay.  Who would like to comment next?

10:44   23   Is that the extent of the comments?

10:44   24              **MS. HIMMELHOCH:**  If we are talking about source

10:44   25   control, I have my placeholder, but I don't think we have

touched yet on quantification.

**THE COURT:**  No, we have not.  I think we should go ahead and get it all out there.

**MS. HIMMELHOCH:**  Okay.  I think we are in a much more nascent state with respect to quantification.

**THE COURT:**  Look at that.  Nascent.

**MS. HIMMELHOCH:**  I must use weird words because you're not the only one who comments on my vocabulary.

**THE COURT:**  I loved it.

**MS. HIMMELHOCH:**  We haven't yet had a conversation with BP.  They were busy talking to the source control side of the house when this e-mail came out, so there's been no discussion.

I think the first thing we want to say is there's a lot of this that makes a lot of sense to us.  We appreciate really reining us in and putting some structure on this.

We do think that opening statements are a little too long, frankly, for quantification, particularly with the 10-pager on top of it.  We were thinking that the original proposal of 45 minutes made a lot of sense to us.  We can live with the 45 minutes.  So, good news, it shows that we are not always anxious to eat the time.

The two places where we kind of hiccupped were exactly where you expected us to, which is the limit on the

10:45  1  number of experts and the limit on the number of designations.
10:45  2  Rob's proposal of 10 for quantification seems a little low to
10:45  3  me, and that's because there's a lot of evidence related to
10:45  4  what BP was doing with respect to flow rate that comes out of
10:45  5  the fact witness depositions and that are important to us to
10:45  6  demonstrate that what our experts are doing is consistent with
10:45  7  what BP was thinking when it was actually responding to the
10:45  8  spill.
10:45  9          THE COURT:  Let me ask you, though, Sarah.  What I
10:45 10  was thinking, just so you know and then maybe we are cross
10:46 11  speaking, is that when we take a 30(b)(6) deposition, for
10:46 12  example, that may consist of 20 witnesses, but it's one
10:46 13  30(b)(6) depo.
10:46 14               Is it or isn't it, Rob?
10:46 15          MS. HIMMELHOCH:  If that's the case, then 10 I think
10:46 16  is something we can live with.
10:46 17          THE COURT:  Let's talk about that.  I don't want to
10:46 18  get all those witnesses in.  So if you don't need a particular
10:46 19  witness for a 30(b)(6) topic, you don't slice and dice it.
10:46 20          MR. GASAWAY:  Your Honor, we were thinking a witness
10:46 21  is a witness because what we did -- let me just say,
10:46 22  Your Honor, that thanks to Sarah the deposition designation
10:46 23  process is well advanced.
10:46 24          THE COURT:  Smooth.
10:46 25          MR. GASAWAY:  It's been smooth.  It's way more

depositions than Judge Barbier is going to want to read, but we
are now at the point of, I would say, diminishing returns in
terms of the importance of the witnesses to our case.  If we
are going to have any sort of limit on depositions of the time
we are talking about, we may be able to cut short the process.

THE COURT:  You might be able to stop now.

MR. GASAWAY:  Admiral Hull.

MS. HIMMELHOCH:  Yes, Your Honor.  I think that
that's something we will have to talk with the parties about,
but that was certainly a marker I was going to put down today
is that I want to talk to the parties about if we are limiting,
have we reached that point.

THE COURT:  Have you reached the point where
everybody agrees anybody left is inconsequential?

MR. GASAWAY:  Now, that said, we have been
designating with a witness is a witness, meaning --

THE COURT:  I understand.  So my assumption is
wrong --

MR. GASAWAY:  Your assumption is wrong.

THE COURT:  -- which is not the first time.

MR. GASAWAY:  No, but I'm just saying I think it's a
logical assumption.  As we have been doing designations, we
have been having a different assumption.  I think any effort to
go back, with all the work on designations we have done, would
be perilous.

| | | |
|---|---|---|
| 10:48 | 1 | **THE COURT:**  I'm not going to upset the applecart. |
| 10:48 | 2 | **MR. GASAWAY:**  Okay. |
| 10:48 | 3 | **THE COURT:**  Sarah. |
| 10:48 | 4 | **MS. HIMMELHOCH:**  I'm not sure it would require going |
| 10:48 | 5 | back.  I think that if we count each witness as a separate |
| 10:48 | 6 | deposition, then we need time to talk to BP about the number. |
| 10:48 | 7 | We understand there's going to be a number.  We understand it's |
| 10:48 | 8 | going to be under 163 significantly, but we would like an |
| 10:48 | 9 | opportunity to talk to BP about that and work that out.  We |
| 10:48 | 10 | like the fact that you put that after the deadline for |
| 10:48 | 11 | specifying experts because I think -- |
| 10:48 | 12 | **THE COURT:**  Correct.  You all need to look at that. |
| 10:48 | 13 | **MS. HIMMELHOCH:**  Yes, I think that makes a lot of |
| 10:48 | 14 | sense.  I think the number of experts, our initial thought was |
| 10:48 | 15 | the same thought that the aligned parties had with respect to |
| 10:48 | 16 | source control, which is we thought the time limit would be the |
| 10:48 | 17 | appropriate way to keep us in check.  We certainly can't, I |
| 10:48 | 18 | think, accept five as sufficient to make our case.  It's a |
| 10:49 | 19 | complicated question.  BP has raised a lot of issues. |
| 10:49 | 20 | We also need to talk with BP about how this |
| 10:49 | 21 | selection process would go because we are both in a catch-22, |
| 10:49 | 22 | where I can't pick all of the experts I'm going to call until I |
| 10:49 | 23 | know who BP is going to call and BP can't pick their experts |
| 10:49 | 24 | until they know who I'm going to call.  We have to talk about |
| 10:49 | 25 | whatever limit there is, how we are going to do that selection |

10:49   1   process in a way that preserves the idea of plaintiffs,

10:49   2   defendants, rebuttal that is the premise upon which this case,

10:49   3   like any other, is being litigated.

10:49   4            So we suggest that we have the time limit and a

10:49   5   date by which we designate our expert will-calls and identify

10:49   6   any experts that we know we are taking down and that serves as

10:49   7   our limit.  If the Court is insistent on a limited number of

10:49   8   experts, then we need an opportunity to confer amongst

10:49   9   ourselves and talk to BP before we can state what is the

10:50   10  minimum we need to make our case on behalf of the American

10:50   11  public.

10:50   12           **THE COURT:**  Gotcha.

10:50   13           **MS. HIMMELHOCH:**  I think there's one other issue that

10:50   14  overlaps the source control, quantification and that's the

10:50   15  question of how are we going to handle the hybrid witness

10:50   16  deposition bundles under this deposition limit.  Again, we

10:50   17  haven't talked it through, and I think the parties should all

10:50   18  consult.  It may be that we create two bundles for such a

10:50   19  witness.  It may be that we simply have a mechanism for inData

10:50   20  to highlight in different colors.  I don't know what the

10:50   21  solution is, but there are any number of these witnesses --

10:50   22  Tom Hunter, Trevor Hill are two good examples -- where they are

10:50   23  both fact witnesses on source control and fact witnesses on

10:50   24  quantification.

10:50   25           There were just a couple of other little minor

10:50  1    things that I wanted to suggest or discuss.  One was your draft
10:50  2    timeline does not include the deadline for the parties to
10:51  3    exchange TREX-stamped exhibits for nondeposition exhibits.  The
10:51  4    parties, I believe, have agreed on August 16, 2013, for that
10:51  5    date.  Of course, 2013.  Actually, we will do it in 2014.
10:51  6              THE COURT:  Make it 2015.
10:51  7              August 16 for exchange of TREX, huh?
10:51  8              MS. HIMMELHOCH:  Right, yes, for TREX-stamped of
10:51  9    nondeposition exhibits.
10:51  10             THE COURT:  Correct.
10:51  11             MS. HIMMELHOCH:  You clarified the question of the
10:51  12   reliance exhibit list, so the only other question that we had
10:51  13   was on the September 3 date for the deposition summaries.
10:51  14             Oh, is someone telling me I forgot something
10:51  15   else?  My team is quiet for once.
10:51  16             The September 3 date, the submission of
10:51  17   deposition summaries, we just wanted to confirm that that is
10:51  18   the deposition summaries that we have been putting together as
10:51  19   part of the bundles and not something new that's being
10:51  20   contemplated there.
10:52  21             THE COURT:  So, Sarah, let's talk about what
10:52  22   deposition summaries you have been putting together.
10:52  23             MS. HIMMELHOCH:  What's been happening is the parties
10:52  24   exchange what's call the objective summary, which is the who,
10:52  25   what, when, were they a 30(b)(6) witness, did they have a role

in the response, who is their employer, sketchy description --
not sketchy -- short description of their educational and
professional background.  Then the parties have been preparing
and exchanging what we are calling -- I think we have settled
on "adversarial summaries."  None of us like the "nonobjective
summary."  The Plaintiffs' Steering Committee and the
United States are working together on joint ones, and then
BP/Anadarko do one, and TO/HESI do one, I think is the way it's
broken out.  Each of those are limited in length.

THE COURT:  We forgot that, I must tell you.

MS. HIMMELHOCH:  So when the bundle is completed,
inData will have this objective summary and then compile the
summaries behind them.  So I think that date doesn't need to be
in the timeline because --

THE COURT:  You are correct, Sarah.

MS. HIMMELHOCH:  -- it will come in whenever the
bundle comes in.

THE COURT:  Look at that line through that entry.

MS. HIMMELHOCH:  Oh, and the one other thing is
knowing our tendency to go on and the tendency of the other
parties to go on on paper, you have given us page limits for
*Daubert* motions, but you didn't give us page limits for motions
in limine.  We would recommend a 10-page limit on motions in
limine.

THE COURT:  So sorry.  I meant to do that.  I would

1    recommend that to everyone.  I don't see any reason not to.

2         MR. O'KEEFE:  There may be a page limit in

3    Judge Barbier's order.  I can't recall.

4         THE COURT:  I can't either, but we will incorporate

5    whatever Judge Barbier's order designated, if he designated.

6         MS. HIMMELHOCH:  Okay.  Then what I think might be

7    the best plan, in terms of trying to work out the

8    quantification side, is give BP and us this week to first come

9    to our own internal decisions and then talk to each other.

10   Maybe if you wanted to suggest a call sometime early next week

11   with you to sort of talk through where the parties are on

12   quantification, that might be a good way to keep that moving

13   forward.

14         Let me just check and make sure I don't have

15   anything.  Oh, the last one is the September 4 date for

16   exchange of demonstratives.  Given that quantification is going

17   to be starting a week later, can we have a separate date for

18   demonstratives for quantification so that they can come in a

19   week later?

20         THE COURT:  Anybody have a problem with that?

21         MR. GASAWAY:  We do.

22         THE COURT:  Rob does.

23         MS. HIMMELHOCH:  Well, yes, of course, but why should

24   the defendant in the second stage have longer with the

25   demonstratives than they do in the first?

10:54    1          THE COURT:  Okay.  Let me think about that.  I'll

10:55    2    make note.  Thanks, Sarah.

10:55    3              Rob, do you have something to say?

10:55    4          MR. GASAWAY:  Just a minor thing, Your Honor.  As we

10:55    5    are talking about the September 4 date, remember we do also

10:55    6    have two openings, and we should probably talk about when the

10:55    7    demonstratives for the openings are going to be exchanged.  So

10:55    8    looking at the September 4 date, we were going to actually, in

10:55    9    our consultations with the parties, just make sure we got that

10:55   10    lined up like we did in Phase One in terms of demonstratives

10:55   11    for each type of opening, for direct, for cross, but we wanted

10:55   12    a chance to talk to the parties first.

10:55   13          THE COURT:  Is this on the same topic?  Because I was

10:55   14    going to suggest we take a biological break.  Same topic, go

10:55   15    ahead.

10:55   16          MR. YORK:  Same topic, very short placeholder.

10:55   17    Alan York to Halliburton.

10:55   18              Going back to the source control side when we

10:56   19    are talking about the number of deposition designations, just

10:56   20    as a placeholder, one thing that drives the number of

10:56   21    deposition designations is the exhibits that were used in those

10:56   22    depositions because they provide an entry vehicle into the

10:56   23    record for exhibits.

10:56   24          THE COURT:  Correct.

10:56   25          MR. YORK:  So if there is a way that we keep the

1    number of designations smaller but still have an opportunity to

2    get exhibits in, that could balance out a little bit, but I

3    just wanted to put that exhibit placeholder down.

4              THE COURT:  Sarah will like that.

5              MS. HIMMELHOCH:  I think it's a very good point, and

6    I think it also affects how we approach deposition designations

7    in quantification.  If there's a mechanism to get documents

8    into evidence outside of the bundles, I think that would be

9    helpful in reducing the number of pages of testimony he has to

10   read because I don't think Judge Barbier really enjoys reading

11   the foundational testimony, necessarily.

12             THE COURT:  Really?  Really?

13             MS. HIMMELHOCH:  Somehow, given how much I enjoy it,

14   I suspect he enjoys it even less.

15             THE COURT:  Mr. Roy, good morning.

16             MR. ROY:  Judge, I will be brief.  Good morning,

17   Your Honor.  I just raise one of the two points I want to

18   raise.  I will wait until after the break for the second, but

19   since this point has just been raised, Alan's point is a very

20   good one on the exhibits and it is crucial.  If we had known

21   during this process that these draconian restrictions would be

22   in place, then there might have been a different method to get

23   documents in, but it's a very good point that he raises.  There

24   needs to be some way.

25             There is yet another possibility that's not

1    mutually exclusive of what Alan has suggested, and that is just
2    like in the Phase One trial where the judge said, "Look, I'm
3    willing to listen" -- now, there was no time clock.  "Come on,
4    give me limited videos in court," and then you would turn and
5    you would offer that into evidence in court.  Okay.
6              We could do the same thing for bundles that are
7    not offered in globo that are just for a very limited purpose.
8    All we want to do is establish five lines or ten lines on one
9    page of an 800-page deposition.  We are the one with the time
10   limit.  So we are not burdening the Court with having to read
11   the whole thing in advance.  It's up front.  It's right there.
12   We get penalized with the time.  If the defense feels the need
13   to respond in their case, have at it.  They eat their clock the
14   same way.  So it's just one other way to possibly get in
15   little, small snippets from bundles without burdening the judge
16   with having to read entire depositions in advance of the trial.
17             I will make my second comment after the break.
18   Thank you.
19        THE COURT:  Sarah, do you want to think about that?
20   I can see your wheels turning.
21        MS. HIMMELHOCH:  Yeah, and they haven't latched on to
22   which gear they are going to.
23        THE COURT:  How about we get back together in another
24   10 minutes.  Thank you.
25             (Recess.)

11:09    1          **MR. O'KEEFE:**  We were having a sidebar discussion

11:09    2     about how the chess clock is going to work.

11:10    3          **THE COURT:**  Well, I know Andy Langan has it all set

11:10    4     up, I'm sure, the chess clock.

11:10    5          **MR. HAYCRAFT:**  He is shopping for the chess clock.

11:10    6          **THE COURT:**  I think he has already purchased it.

11:10    7          **MS. KARIS:**  He is working on that today.

11:10    8          **THE COURT:**  I figure Andy has it all worked out.

11:10    9             Hello, Mr. Roy.

11:10   10          **MR. ROY:**  If it's okay, I want to make my second

11:10   11     point and then I will sit down.

11:10   12             I wanted to clarify, on the issue on expert

11:10   13     witnesses, we do concur with Kerry's comment that our aligned

11:10   14     side on source control needs, as Kerry said, four to six

11:10   15     experts in order to accomplish the coverages of the various

11:10   16     parties, but I want to explain in more detail what Kerry meant

11:10   17     when he talked about redacting the opinions.

11:10   18             It's our proposal that by a certain date that we

11:11   19     would do two things on our side of the grouping.  Number one,

11:11   20     assuming we are given the four to six expert allowance, we

11:11   21     would tell all parties and the Court what the sequence of those

11:11   22     experts testifying will be.  We will then start with the first

11:11   23     one and redact as necessary to the last one to avoid cumulative

11:11   24     testimony.  So that when those reports go to the Court, they

11:11   25     are going to the Court with the redactions in them, and he

1   doesn't have to waste his time reading the fifth opinion which
2   maybe originally was 40 pages might now have one paragraph left
3   in it that's nonredacted or whatever.
4           The flip side of that would be to call -- we
5   would expect that the Court should expect, too, from the
6   defendants that once they get that, in this case BP, once they
7   get it, to do something very similar by a deadline and redact
8   its own reports and sequence to the Court so the Court doesn't
9   have to waste its time with a big stack of reports from that
10  side.
11          So the point is that we have not only got the
12  clock running against us, but this way we are drastically
13  reducing what the Court has to read and eliminating up front
14  the cumulative nature of it.  Thank you, Your Honor.
15          **THE COURT:**  Okay.  BP do you all want to comment on
16  that idea, understanding that this is all on the fly?
17          **MR. GASAWAY:**  This is all on the fly, but also
18  understanding that Carrie stayed over so we could make some
19  informed comments on the fly, and we appreciate the break.
20          Look, point one and Jim's suggestion of having
21  snippets of testimony at trial, etc., I just don't think that's
22  going to work.  It's the camel's nose under the tent problem,
23  and it's a completely different problem from the documentary
24  exhibit problem.
25          If we are going to take our bundle of 162 and

11:13  1    work it down to 10, 10, 10, and 10, we can all do the math.
11:13  2    There's 122 or so that are going to be left at the wayside.  We
11:13  3    are all going to -- I think when we look at those 122 left at
11:13  4    the wayside, we are going to see documents in there that we
11:13  5    want to get into evidence, and likely we are going to see
11:13  6    support for putting them into evidence in those 122.
11:13  7            That's a completely separate problem, of how do
11:13  8    you justify putting a document into evidence, than the problem
11:13  9    of actually putting testimony into evidence.  If you start
11:13  10   opening up the possibility of throwing something up on the wall
11:13  11   here with a five-minute clip or throwing something up on the
11:13  12   wall there with a five-minute clip, it can take 30 minutes to
11:13  13   scrape off what was thrown up on the wall with a five-minute
11:14  14   clip.  We would strongly oppose any attempt to not have a
11:14  15   deposition mean a deposition mean a deposition.
11:14  16           On the other hand, Carrie and I conferred and we
11:14  17   agreed that Mark Nomellini is at the ready to lead a process
11:14  18   with the parties to talk about exactly how we are going to
11:14  19   handle this issue of leaving 122 or so depositions by the
11:14  20   wayside and everybody adapting to that in terms of their
11:14  21   documentary exhibit list.  So we want to object to half of
11:14  22   Jim's proposal very strongly but be very accommodating and open
11:14  23   to the other half.
11:14  24           I'm not sure that I understand exactly the
11:14  25   timing and the sequencing of the redactions.  Redactions in and

1   of themselves on the plaintiffs' side are absolutely essential.

2   That was my point about the case having a technical component,

3   a statistical component, a process safety component.  What we

4   need is definition.  We need it soon.  We need to get them to

5   pare down their case by limiting the number of witnesses and

6   limiting the testimony of the number of witnesses.

7          I'm a little worried about some of the mechanics

8   that I think they are envisioning, as I try to read Jim's mind.

9   Rather than talking about how he might try to structure this

10   case and how we might try to do it, why don't Carrie and I and

11   others go back and continue the discussion that we were having

12   with them yesterday about managing the issue of redactions;

13   because on that point, the idea of limiting the case by

14   limiting the number and the scope of the expert testimony in

15   the source control case, especially on the plaintiffs' side, we

16   think that's critical and we would like to have a conversation.

17          **THE COURT:**  Win.

18          **MR. SINCLAIR:**  In trying to read Mr. Roy's mind, I

19   wanted to point out that I assume it's going to be just like

20   Phase One with experts.  In the case of redactions, we would

21   expect that cross-examination of any expert could necessarily

22   be on any point made by the expert irrespective of whether it

23   had been previously redacted.

24          **THE COURT:**  I'm not sure I understand that, Win.  Try

25   me again.

11:16  1          **MR. SINCLAIR:** Okay.  If an expert's report has been

11:16  2     redacted and the opposing party wishes to cross-examine on that

11:16  3     point as part of the cross-examination, I think that would be

11:16  4     in bounds.  I think it was in Phase One, and I assume it would

11:16  5     be in Phase Two if we go by the redaction route.

11:16  6          **THE COURT:** I have to go pull out my folder on

11:16  7     pulling down experts and expert opinions because I don't recall

11:16  8     what the rules were.  So I'm going to just reserve anything on

11:16  9     that.  I have a folder that's labeled "Pulling Down Experts and

11:16  10    Redaction of Reports" and we'll take a look at it.

11:16  11               Carrie, do you remember?

11:16  12         **MS. KARIS:** I do, Your Honor.  There is an order that

11:16  13    says that a party can elect to withdraw certain opinions of its

11:17  14    experts but that those opinions can be subject of

11:17  15    cross-examination, which does present part of the problem that

11:17  16    we are talking about here, and that's why I think six experts

11:17  17    is way too many for this issue.

11:17  18               While I completely appreciate that the PSC, TO,

11:17  19    HESI, and others will try and consolidate or narrow down their

11:17  20    experts' opinions, that presents us with a problem, then, of

11:17  21    these experts have, in fact, opined on broader scope.  So it

11:17  22    makes our examination and our use of time that much more

11:17  23    difficult.  So I think the point Mr. Sinclair made further

11:17  24    supports why six is way too many experts.

11:17  25         **THE COURT:** Well, let's think about that.  I don't

11:17
11:17
11:17
11:18
11:18
11:18
11:18
11:18
11:18
11:18
11:18
11:18
11:18
11:18
11:18
11:18
11:18
11:18
11:18
11:18
11:18
11:19
11:19
11:19
11:19

1   want to overcomplicate this discussion because God knows it's

2   complicated enough, but should we change that rule?  Would that

3   simplify?  If Transocean redacts its expert report so that its

4   expert only opines as to point one, should he be subject to

5   cross-examination on five other points?

6          **MS. KARIS:**  Well, I don't necessarily agree with that

7   because the experts, when they issued their reports, were not

8   all necessarily, quote/unquote, aligned with the other parties.

9          **THE COURT:**  Correct.

10          **MS. KARIS:**  So they have rendered opinions that they

11   now, in light of their alignment, may no longer wish to

12   proffer, but that should give us the opportunity to point out

13   before this alignment they had these other opinions.

14          **THE COURT:**  Okay.  So you are not interested in that.

15          **MS. KARIS:**  Certainly not as a blanket rule.  We can

16   see what the suggested redactions are because the second part

17   of the problem with the redactions, which I think is what

18   Mr. Roy, Mr. Miller, and others are trying to cure, is that

19   there's cumulativeness among the experts.  So part of the

20   redactions may be to cure that problem, to eliminate some of

21   the cumulative opinions that will result from offering, for

22   example, somebody who was previously tendered by TO as well as

23   somebody who was tendered by the PSC or others.  So it's

24   difficult to say as a blanket rule we would oppose it until we

25   see what those reactions are, but I would say as a blanket rule

1    we would not support it right now.

2              THE COURT:  Gotcha.  Okay.

3              MR. MILLER:  That was the reason for it.  As I

4    understood, the problem the Court had was reading all this

5    data.  So the point of the redaction is to reduce the amount of

6    reading material for Judge Barbier because when these expert

7    reports went in, we did not have this alignment.  So there is

8    some overlap and it would pare that down.  It is purely to

9    reduce the volume of reading for the Court.

10             The reason why we think more experts are needed

11   after we reduce the volume, I think it's a zero-sum game.  If

12   the Court adheres to two experts only -- look, we have two

13   experts who can cover the waterfront.  They are good experts

14   and we are going to put them on the stand for a long time, and

15   we are not going to redact anything from the reports or very

16   little from their reports.

17             THE COURT:  And Carrie might prefer that.

18             MR. MILLER:  I think the better way to do it is to

19   have our six experts, have them more focused and targeted, and

20   reduce the amount of reading volume for the Court.

21             THE COURT:  Okay.  All right.

22             MR. MILLER:  We are not going to finish source

23   control before Thursday at 6:00.  I think the Court already

24   knows that.

25             THE COURT:  No, I was hoping you would.

11:20  1          **MR. MILLER:**  Maybe we will.

11:20  2          **THE COURT:**  I am always the optimist.

11:20  3          **MR. MILLER:**  Maybe we will, but reducing the number

11:20  4   of experts is not going to accomplish that purpose.

11:20  5          **MS. KARIS:**  Your Honor, if I might just add, this

11:20  6   discussion I think is why the parties need to have further

11:20  7   conversation.

11:20  8          **THE COURT:**  I agree.  I agree.  I think what we will

11:20  9   do is --

11:20  10          Sarah, I'm going to get right to you, I promise.

11:21  11          I think what we will do is I will circulate

11:21  12   maybe for Tuesday a follow-up conference on source control, and

11:21  13   maybe Wednesday a follow-up conference on quantification, and

11:21  14   see where you guys are.  Or maybe we will do both on Wednesday

11:21  15   so we will give you another couple of days to see where y'all

11:21  16   come in.  Maybe I will have one on Wednesday early afternoon

11:21  17   and one on Wednesday late afternoon, depending on calendar.

11:21  18   Yes, let's follow up after you all have had an opportunity to

11:21  19   confer with your clients and confer with each other and see

11:21  20   where we are.

11:21  21          Now Sarah.

11:21  22          **MS. HIMMELHOCH:**  This is just very quick.  I think

11:21  23   Rob was suggesting that BP would not be required to redact its

11:21  24   expert reports in this exchange, and certainly in

11:21  25   quantification that's a topic we want to talk about.  If we are

11:21  1   redacting, once they have seen our redactions, it's our opinion
11:21  2   they ought to be able to redact, and then we would redact our
11:22  3   rebuttal.
11:22  4            THE COURT:  Based on his facial expression, I think
11:22  5   he does not agree that he is not suggesting redaction.
11:22  6            MS. HIMMELHOCH:  Okay.
11:22  7            THE COURT:  Is that right, Rob?
11:22  8            MS. HIMMELHOCH:  How many negatives in there were
11:22  9   there?
11:22  10           THE COURT:  I think he agrees that BP should have
11:22  11  some redaction.
11:22  12           MS. HIMMELHOCH:  Okay.
11:22  13           THE COURT:  How about that?  I will say it
11:22  14  affirmatively.
11:22  15           MS. HIMMELHOCH:  Good.
11:22  16           THE COURT:  Fasten your safety belts.  Oh, no, don't
11:22  17  fasten them yet.  We have the issue of application of Phase One
11:22  18  rulings to Phase Two and just an update on where we might be on
11:22  19  that.
11:22  20           MR. GASAWAY:  Your Honor, we have polled the parties
11:22  21  and there is less unanimity than we would have hoped.  Joe
11:22  22  Eisert and I are preparing a report to the Court that why don't
11:23  23  we say we will submit it on Monday or Tuesday of next week.
11:23  24  Then if you set up the conferences you were describing for
11:23  25  Wednesday, you'll have that piece of information.

11:23  1        You will also obviously see which dispositive

11:23  2  motions will come in on the new Monday deadline.  Let me say

11:23  3  from BP's perspective we are trying to pare back on there as

11:23  4  well to ease burdens on the Court.  When we see what other

11:23  5  motions come in, we may have suggestions for the Court as to

11:23  6  which ones should be briefed promptly and which ones might be

11:23  7  able to be sat upon, as motions sometimes are.

11:23  8        So we are going to do our part in terms of

11:23  9  trimming motions from the list that the Court saw *in camera*.

11:23 10  Others may do that.  Let's add both the Phase One carryover

11:23 11  issue after our report and then the briefing of dispositive

11:23 12  motions to a conversation for next week.

11:23 13        **THE COURT:**  Perfect.

11:24 14        We have on the revised timeline next Friday a

11:24 15  source control planning conference after our regular work group

11:24 16  conference, which I think is well-timed, and then I put down

11:24 17  August 16 for quantification.  I'm not sure either of these

11:24 18  need to be in person.  If you all are not here for depositions,

11:24 19  I don't see any reason why we can't do it by phone.  So you

11:24 20  shouldn't feel as though you have to travel just for that.  If

11:24 21  we need telephone conferences in between because something has

11:24 22  come up that we need to deal with, you all know to let me know.

11:24 23        **MR. YORK:**  Just for clarification, the source control

11:24 24  is two weeks.

11:24 25        **MR. MILLER:**  The 26th.

1          **THE COURT:**  I'm sorry.  The 26th.  Two weeks.  Sorry
2    about that.
3          Okay.  Now it's the fasten the safety belts.
4    Judge Barbier is considering moving the start of the trial by
5    two to three weeks and here are the options.
6          Option 1:  We keep the trial date.
7          Option 2:  We start on September 30 and go
8    straight through October 25.  The reason I say the 25th, that's
9    a Friday.  October 14 is Columbus Day.  We could choose to try
10   the case on Columbus Day, which is fine with Judge Barbier.
11   But if that's a problem, we could pick up a Friday during that
12   time and get the trial time in that way.  That's Option 2.
13          Option 3:  We start October 7 and go through
14   October 25.  We would then break for a week and come back on
15   November 4 through the 7th or the 8th depending on what we do
16   with Columbus Day.
17          So why don't you all think about that.  I think
18   he is inclined to move it back a little bit to give everybody a
19   little breathing room.  He would not change the pretrial
20   conference.  We'll keep that as scheduled right after
21   Labor Day.  But that would give everybody a little breathing
22   room to get their cases pulled together, give him some extra
23   time to read and rule on motions in limine, etc.
24          We would like to hear from you, let's say, by
25   midafternoon, 3:00, on Monday as to any significant problems

1    that you see, not minor problems like Don Godwin is scheduled
2    to go to Aspen.
3            MR. GODWIN:  It's Vail, Judge.
4            THE COURT:  I'm sorry, to Vail.  And your preference
5    if you have one.  All right.  Boy, that went better than I
6    thought.  Maybe it is just stunned silence.
7            MS. HIMMELHOCH:  You shocked us enough already
8    yesterday that we are still reeling.
9            MR. MILLER:  We are numb.
10           THE COURT:  Is there anything else with regard to
11   Phase Two that we need to cover today?  My agenda is exhausted.
12   That's good.
13           Let's get an update on the meetings that have
14   been taking place on the penalty phase.  Anybody want to talk
15   about that?
16           MS. HIMMELHOCH:  Has Mr. O'Rourke rejoined us?
17           MR. O'ROURKE:  Yes, I'm here.
18           THE COURT:  Hey, Steve.
19           MR. O'ROURKE:  I assume Rob is there.  It sounds like
20   Andy might not be.
21           Yeah, we met with Tony and Guy and Rob and Andy
22   and Joel Bruce and some people from my side.  I think it was
23   two weeks ago.  We have started a draft of a Rule 26(f)
24   conference report.  I can't say it's done.
25           We have agreed to exchange first round of

stipulated facts in early August to see if we can't do some
stipulations that maybe possibly could limit the need for some
discovery or for some experts.  So I would say we have taken
the baby steps.

I don't think either side is really prepared to
start intensive Phase Two discovery.  I have agreed we
certainly wouldn't start Phase Three discovery until at least
the conclusion of Phase Two discovery.  We are debating whether
to wait until the conclusion of the Phase Two trial.

So talks are ongoing, and eventually we will
present you with a 26(f) report and some Rule 16 proposed
scheduling order.

**THE COURT:**  Good, good, good, good.  Okay.  I
appreciate that.

Anything to add, Rob?

**MR. GASAWAY:**  No, Your Honor.

**THE COURT:**  So I'm getting together with the PSC and
BP next week on the OPA test cases and hopefully that will move
forward following that meeting.

Relative to Alabama's case, nothing further has
happened there, so that's an update there.

Have I forgotten anything else that we need to
cover with regard to other phases or any other issues that we
haven't covered?

There's one thing I want to go back to, Brian.

On the stipulations for Phase Two that were so hard fought, we didn't set a deadline for filing, I don't think, that or have we filed that?

MR. BARR:  I don't believe.  Well, no, I think we have filed those.

THE COURT:  Have we filed that, Rob?  Do you know?

MR. GASAWAY:  Your Honor, I'm glad you raised that point because levering out from what Steve said on penalty phase, we are planning a major effort on stipulations by August, a major exchange.  I don't want to say more about that, but that is a vehicle that we are going to be looking hard at.

THE COURT:  That's great.

MR. GASAWAY:  Let me say that in the shock and awe of your e-mail yesterday, we did sort of a quick conference between Carrie and myself and others on our team.  One of the things that we want to put on the Court's radar screen as upcoming very shortly would be additional Phase Two stipulations that we think the parties might be able to agree to.

I wasn't going to say anything today because we are trying to assure the Court that we can get those together and get those circulated, but it may be that that's a way to streamline the trial.  Particularly if we are going to build in a couple extra weeks in the trial schedule, we want to leave that option open.

11:31  1            Again, I hadn't had a chance to talk to Brian
11:31  2   about this.  This was going to be another item on the follow-up
11:31  3   list with the aligned parties.  Let's just take a save on the
11:31  4   idea of additional Phase Two source control stipulations, it
11:31  5   would be limited to source control, and see if we can't use
11:31  6   that as a mechanism to further streamline the trial.
11:31  7            THE COURT:  That would be great.  I notice that
11:31  8   Mr. Barr looks skeptical.
11:31  9            MR. BARR:  I'm hopefully optimistic.  I will check
11:32  10  and confirm whether those were filed into the record.  I
11:32  11  believe they were, but I will get back with the Court on that.
11:32  12            THE COURT:  If they were, would you provide the
11:32  13  document number.
11:32  14            MR. BARR:  I will do that.  We are happy to talk to
11:32  15  Rob about stipulations and we will see if it bears fruit.
11:32  16            THE COURT:  Absolutely.  You know I like the idea.
11:32  17            MR. ROY:  Your Honor --
11:32  18            THE COURT:  Jim.
11:32  19            MR. ROY:  -- I was not here for your last conference
11:32  20  where the issue regarding the Alabama state OPA economic test
11:32  21  case was brought up, but I heard you comment on it a minute ago
11:32  22  and I read the order issued in connection with that.  I just
11:32  23  want to make it real clear the PSC's team, discovery and trial
11:32  24  team, is ready, willing, and able to work starting immediately
11:32  25  with Mr. Maze and his AG team whenever the Court gives the

11:32    1    go-ahead.

11:33    2            THE COURT:  Well, I have given Mr. Maze and

11:33    3    presumably his trial team the go-ahead to contact Mr. Langan

11:33    4    and --

11:33    5            MR. MAZE:  We will do that.

11:33    6            THE COURT:  -- start talking.  The go-ahead is given.

11:33    7            Anything else?  Guess what.  We are done for the

11:33    8    day, kids.  Thank you very much, everybody.  Safe travel.

11:33    9            (Proceedings adjourned.)

        10                              *  *  *

        11                          **CERTIFICATE**

        12            I, Toni Doyle Tusa, CCR, FCRR, Official Court

        13    Reporter for the United States District Court, Eastern District

        14    of Louisiana, do hereby certify that the foregoing is a true

        15    and correct transcript, to the best of my ability and

        16    understanding, from the record of the proceedings in the

        17    above-entitled matter.

        18

        19

        20                              _s/ Toni Doyle Tusa_
                                        Toni Doyle Tusa, CCR, FCRR
        21                              Official Court Reporter

        22

        23

        24

        25

**$**

$1,100 [1] 42/14
$3,200 [1] 42/14

**1**

10 [23] 33/16 40/13 43/21 54/3 54/6
54/11 54/19 57/25 58/1 58/3 58/4 58/4
58/4 58/4 58/5 58/6 62/2 62/15 71/24
74/1 74/1 74/1 74/1
10 minutes [2] 33/15 33/16
10,000s [1] 59/18
10-MD-2179 [1] 1/4
10-page [1] 67/23
10-pager [1] 61/20
100 [1] 49/3
1001 [1] 4/13
10:00 [1] 39/25
1100 [1] 2/18
12 [3] 1/7 5/5 6/2
1201 [1] 3/22
122 [4] 74/2 74/3 74/6 74/19
12308 [1] 1/20
1300 [1] 4/7
1331 [1] 4/4
14 [1] 82/9
15 [6] 5/8 40/23 40/24 44/10 55/18 57/16
15-hour [2] 46/11 46/16
15th [1] 35/17
16 [5] 38/6 66/4 66/7 81/17 84/11
1615 [1] 4/7
162 [1] 73/25
163 [5] 48/10 48/24 49/6 49/8 64/8
1665 [1] 4/4
16th [5] 15/10 15/18 21/22 24/19 24/20
1700 [1] 3/22
17th [3] 21/23 24/19 24/20
18 [1] 8/11
19 [1] 38/6
1st [1] 15/18

**2**

20 [6] 1/6 18/8 19/4 42/2 44/10 62/12
200 [3] 4/13 4/17 48/18
20005 [1] 3/10
20006 [1] 4/11
20044 [1] 2/15
2010 [2] 1/6 42/2
2011 [1] 52/20
2013 [4] 1/7 6/2 66/4 66/5
2014 [1] 66/5
2015 [1] 66/6
2020 [1] 4/10
2179 [1] 1/4
22 [3] 18/8 19/4 64/21
2216 [1] 2/3
230 [1] 47/23
2375 [1] 59/16
24 [1] 9/7
25 [7] 34/15 49/15 49/19 50/4 57/17 82/8
82/14
25th [4] 34/3 34/5 34/7 82/8
26 [3] 28/22 83/23 84/11
2615 [1] 1/24
26th [4] 34/4 59/2 81/25 82/1
27 [2] 45/12 58/25
2774 [1] 35/19
27th [1] 59/5

**3**

3 billion [1] 42/13
30 [10] 33/14 40/23 44/11 48/3 54/10
62/11 62/13 62/19 66/25 82/7

30 minutes [3] 39/23 55/7 74/12
30-minute [1] 74/9
300 [2] 3/16 33/15
312 [1] 35/19
316 [1] 1/21
32 [2] 40/16 40/21
32591 [1] 1/21
335 [1] 2/21
35th [1] 2/21
36130 [1] 2/7
3668 [1] 1/16
3700 [1] 2/18
39157 [1] 4/17
3:00 [2] 37/12 82/25
3:00 and [1] 39/20
3:00 first [1] 37/11

**4**

40 [3] 44/17 58/4 73/2
406 [1] 4/19
45 [5] 33/15 33/16 46/1 61/21 61/22
4th [1] 37/21

**5**

5 billion barrels [1] 42/13
50 [3] 39/9 49/19 57/18
50/50 [1] 39/9
500 [2] 1/17 4/19
5000 [1] 3/3
501 [1] 2/7
504 [1] 4/20
556 [1] 1/17
589-7778 [1] 4/20

**6**

60 [2] 15/2 39/23
600 [1] 1/21
601 [1] 1/24
602 [1] 4/17
60654 [1] 3/16
655 [2] 3/9 35/17
6:00 [1] 78/23
6:00 is [1] 40/13
6:00 p.m [1] 38/6

**7**

701 [2] 2/10 3/3
70112 [1] 4/8
70130 [4] 1/24 2/4 2/10 4/20
70139 [1] 3/4
70162 [1] 2/18
70502 [1] 1/17
70505 [1] 4/14
75270 [1] 3/23
7611 [1] 2/15
77010 [1] 4/4
7778 [1] 4/20
7th [1] 82/15

**8**

8-hour [1] 40/16
800-page [1] 71/9
862-2774 [1] 35/19
8:00 a.m [1] 38/6
8:00 to [2] 39/24 40/13
8:30 [1] 35/17
8th [1] 82/15

**9**

90071 [1] 2/22
95 percent [1] 21/10
9:00 [2] 39/24 39/25
9:30 [1] 1/8

**A**

a.m [2] 1/8 38/6
ability [2] 52/24 87/15
able [12] 8/20 8/25 21/1 31/20 41/17
43/13 63/5 63/6 80/2 81/7 85/18 86/24
about [92]
above [1] 87/17
above-entitled [1] 87/17
Abramson [1] 1/23
absolutely [5] 10/19 10/19 24/6 75/1
86/16
accept [1] 64/18
access [1] 11/14
accommodating [1] 74/22
accommodation [2] 35/14 35/21
accomplish [2] 72/15 79/4
according [1] 34/6
accordingly [1] 31/19
act [1] 51/19
actual [1] 6/19
actually [8] 6/19 36/24 37/7 52/2 62/7
66/5 69/8 74/9
adage [1] 44/2
Adam [3] 25/16 33/3 33/14
adapting [1] 74/20
add [6] 27/2 29/12 31/22 79/5 81/10
84/15
addenda [1] 45/3
adding [1] 34/21
additional [5] 13/1 44/6 44/10 85/17 86/4
address [6] 21/2 21/16 21/17 22/14
25/22 55/24
addressed [1] 56/8
addresses [1] 21/7
adequate [2] 42/1 43/14
adheres [1] 78/12
adjourned [1] 87/9
Admiral [3] 58/18 58/21 63/7
advance [2] 71/11 71/16
advanced [2] 53/21 62/23
advantage [1] 14/12
adversarial [1] 67/5
adversely [1] 19/20
affects [1] 70/6
affirmatively [1] 80/14
after [21] 10/5 12/12 15/17 18/16 18/17
24/10 26/2 40/1 42/3 44/17 45/20 45/20
45/21 64/10 70/18 71/17 78/11 79/18
81/11 81/15 82/20
afternoon [5] 10/24 13/17 22/19 79/16
79/17
afterwards [1] 47/2
AG [1] 86/25
again [15] 10/14 13/12 21/12 21/19
22/21 38/25 44/24 47/12 48/18 52/17
53/2 57/14 65/16 75/25 86/1
against [7] 17/16 39/4 39/5 43/3 43/5
43/17 73/12
age [1] 8/12
agenda [1] 83/11
aggregate [2] 31/2 45/1
ago [4] 9/23 59/19 83/23 86/21
agree [14] 26/12 29/16 30/7 30/16 39/8
47/16 54/4 54/5 54/6 77/6 79/8 79/8 80/5
85/18
agreed [8] 34/15 34/16 34/25 39/2 66/4
74/17 83/25 84/6
agreement [8] 22/24 26/8 29/4 30/2
30/14 35/5 38/3 39/2
agreements [1] 30/15
agrees [2] 63/14 80/10
ahead [12] 9/12 16/9 29/10 31/17 32/19

74/14 75/21 75/22 81/19 82/25 84/23
maybe [3] 32/21 39/7 79/4

**A**

ahead... [7] 36/2 59/22 61/3 69/15 87/1
87/3 87/6
aided [1] 4/25
Airborne [1] 4/12
Alabama [6] 2/5 2/6 2/7 41/12 51/12
86/20
Alabama's [1] 84/20
ALAN [11] 4/3 17/5 20/3 20/4 31/15
31/22 33/18 34/1 36/20 69/17 71/1
Alan York [1] 69/17
Alan's [2] 22/17 70/19
aligned [30] 37/17 39/12 39/23 39/24
40/24 40/24 41/10 41/16 43/21 44/24
44/24 45/10 45/24 49/10 49/15 51/8 52/1
52/11 52/17 53/5 56/18 56/25 57/5 58/8
58/15 58/25 64/15 72/13 77/8 86/3
alignment [6] 36/23 36/24 41/17 77/11
77/13 78/7
alike [1] 37/9
all [67] 1/8 9/4 9/19 10/18 13/4 13/10
13/21 13/25 15/13 18/7 18/14 19/8 19/12
22/18 23/2 23/2 25/18 26/24 27/4 27/24
29/9 29/23 30/4 31/9 31/18 35/4 36/6
37/4 37/13 38/3 38/4 39/2 39/8 40/2
41/15 42/21 43/2 43/22 48/2 48/3 49/10
53/22 54/18 56/7 61/3 62/18 63/24 64/12
64/22 65/17 71/8 72/3 72/8 72/21 73/15
73/16 73/17 74/1 74/3 77/8 78/4 78/21
79/18 81/18 81/22 82/17 83/5
allocated [1] 23/13
allocating [2] 33/6 46/15
allocation [5] 23/8 33/13 36/5 43/4 43/7
allotment [2] 21/15 46/11
allow [1] 43/20
allowance [1] 72/20
almost [1] 51/17
along [4] 15/4 21/13 37/4 46/14
already [8] 16/5 16/18 22/1 34/15 35/8
72/6 78/23 83/7
also [20] 19/4 21/4 21/7 25/5 30/5 32/10
36/23 41/20 45/9 46/3 46/4 55/17 56/13
57/3 59/6 64/20 69/5 70/6 73/17 81/1
alternatively [2] 19/18 23/3
although [3] 7/9 20/7 20/21
always [3] 38/17 61/23 79/2
am [3] 1/3 31/3 79/2
America [16] 2/12 3/2 3/3 3/4 3/5 3/6 3/8
3/8 3/9 3/11 3/12 3/13 3/14 3/15 3/16
3/17
American [1] 65/10
among [2] 51/8 77/19
amongst [2] 37/17 65/8
amount [3] 42/10 78/5 78/20
amplify [1] 28/3
Anadarko [7] 4/6 4/6 4/9 4/10 17/20
33/16 67/8
analyses [1] 23/11
analyzed [1] 42/1
Andarko [1] 17/15
Andy [6] 7/15 7/20 72/3 72/8 83/20 83/21
Angeles [1] 2/22
another [12] 22/6 23/18 24/14 40/10 45/2
46/8 50/6 59/14 70/25 71/23 79/15 86/2
answers [1] 12/18
ANTHONY [3] 2/3 36/11 36/12
anxious [1] 61/23
any [38] 10/3 10/3 11/7 12/21 13/1 24/3
26/19 28/16 30/14 30/17 30/19 30/24
31/10 31/10 33/7 33/9 33/24 37/2 37/5
37/15 38/10 41/8 45/15 46/20 48/12
50/19 63/4 63/23 65/3 65/6 65/21 68/1

anymore [1] 38/8
anything [15] 17/7 25/8 26/15 27/2 28/9
31/22 47/15 68/15 76/8 78/15 83/10
84/15 84/22 85/20 87/7
anyway [1] 46/18
APLC [1] 3/2
apologize [1] 35/10
appeal [1] 10/3
appear [2] 38/3 45/5
Appearances [4] 1/13 2/1 3/1 4/1
applecart [1] 64/1
application [1] 80/17
Applies [1] 1/8
apply [2] 17/19 25/2
appreciate [10] 35/11 44/1 51/8 53/7
53/17 58/12 61/16 73/19 76/18 84/14
approach [2] 39/3 70/6
appropriate [2] 10/5 64/17
appropriately [1] 23/9
APRIL [6] 1/6 18/8 18/8 19/4 19/4 42/2
April 20 [3] 18/8 19/4 42/2
April 22 [1] 19/4
are [204]
aren't [2] 17/4 19/19
argue [1] 10/15
arguments [1] 41/18
around [4] 34/25 35/3 37/13 42/20
as [100]
ask [10] 15/21 23/2 27/23 28/17 28/18
30/16 47/16 49/11 56/25 62/9
asked [2] 54/2 54/2
aspect [5] 31/10 47/1 47/2 47/3 47/5
aspects [1] 46/25
Aspen [1] 83/2
assessment [1] 15/3
associated [2] 18/15 36/5
assume [5] 10/17 49/19 75/19 76/4
83/19
assuming [2] 58/3 72/20
assumption [4] 63/17 63/19 63/22 63/23
assure [1] 85/21
at [79] 7/4 7/6 8/12 8/19 9/6 9/13 9/16
10/7 10/24 11/2 11/2 11/12 11/15 11/17
12/4 14/6 16/24 21/1 22/6 23/7 23/12
23/20 25/6 28/5 28/13 28/18 29/3 31/2
31/9 32/17 33/7 33/9 33/9 34/14 34/18
35/16 35/19 36/6 37/4 37/11 37/12 37/15
38/6 38/6 38/13 39/6 39/20 40/16 41/8
42/23 42/24 42/25 43/1 43/2 43/5 43/8
44/15 47/4 47/4 47/8 50/21 50/23 52/8
56/13 61/6 63/2 64/12 67/18 69/8 71/13
73/21 74/2 74/3 74/3 74/17 76/10 78/23
84/7 85/11
attach [1] 51/25
attached [1] 52/18
attaching [1] 52/1
attempt [1] 74/14
attending [3] 35/23 35/24 36/1
attention [1] 34/9 42/9
attorney [2] 2/5 32/4
attorney's [1] 32/3
attorneys [1] 31/6
Auburn [1] 38/15
August [14] 32/1 32/3 34/21 35/1 45/13
58/12 59/1 59/6 59/8 66/4 66/7 81/17
84/1 85/10
August 16 [3] 66/4 66/7 81/17
August 2 [3] 32/1 32/3 59/8
August 3 [4] 45/13 58/12 59/1 59/6

August 9 [2] 34/21 35/1
authority [1] 85/11
available [1] 55/7
Avenue [2] 2/7 2/21
avoid [3] 17/3 21/19 72/23
aware [3] 17/23 18/13 20/9
away [3] 24/15 44/4 50/1
awe [1] 85/13

**B**

Baay [1] 10/9
BABIUCH [1] 3/15
baby [1] 84/4
back [27] 11/3 12/1 12/22 17/6 19/8
21/19 31/11 34/5 41/8 45/10 45/12 50/10
50/17 50/18 52/20 52/21 58/8 63/24 64/5
69/18 71/23 75/11 81/3 82/14 82/18
84/25 86/11
background [3] 40/4 44/20 67/3
bad [1] 25/25
balance [1] 70/2
Ballard [3] 25/16 33/4 33/14
ban [1] 24/12
bankrupt [1] 43/10
Barbier [22] 16/5 16/17 18/13 43/23
44/15 45/2 45/17 47/23 54/3 54/4 54/5
55/1 55/2 55/6 57/10 57/18 58/7 63/1
70/10 78/6 82/4 82/10
Barbier's [4] 54/2 57/16 68/3 68/5
barge [1] 9/8
BARR [2] 1/20 86/8
barrage [1] 36/6
barrel [1] 42/14
barrels [4] 17/16 20/11 31/12 42/13
based [3] 20/9 37/24 80/4
baseline [1] 40/5
basically [1] 9/24
basis [1] 9/25
Baton [2] 38/16 38/20
Baton Rouge [1] 38/16
Baylen [1] 1/21
be [154]
bears [1] 86/15
because [47] 9/14 14/2 14/15 15/10 17/1
20/6 20/20 20/25 21/9 21/20 22/25 23/9
23/20 28/23 31/20 32/16 43/15 45/1
48/10 49/14 50/25 53/24 54/21 55/3 57/7
57/19 57/20 58/22 59/13 61/7 62/3 62/21
64/11 64/21 67/14 69/13 69/22 70/10
75/13 76/7 77/1 77/7 77/16 78/6 81/21
85/8 85/20
become [1] 22/6
becomes [2] 34/11 55/15
been [29] 7/3 10/20 13/5 13/10 17/17
29/2 34/15 34/16 36/21 42/9 45/16 51/9
52/18 55/14 58/15 61/12 62/25 63/15
63/22 63/23 66/18 66/22 66/23 67/3
70/19 70/22 75/23 76/1 83/14
beer [8] 8/14 8/16
before [20] 1/11 10/12 12/23 13/21 15/18
18/7 20/9 26/9 27/14 27/21 28/1 30/16
37/8 37/11 46/6 54/14 60/19 65/9 77/13
78/23
beforehand [1] 55/14
begin [1] 36/22
behalf [2] 23/19 65/10
behind [2] 45/17 67/13
being [8] 8/4 10/16 13/7 25/9 46/1 65/3
66/19
believe [12] 6/18 22/14 23/13 23/23
29/13 34/4 38/10 44/16 59/20 66/4 85/4
86/11
belts [2] 80/16 82/3

**B**

bench [1] 45/22
BENSON [1] 2/13
bent [1] 18/18
best [3] 54/25 68/7 87/15
better [6] 22/6 24/22 36/2 41/13 78/18 83/5
between [14] 17/19 18/7 19/4 21/5 28/8 29/4 30/15 39/19 42/22 49/7 56/1 56/18 81/21 85/15
beyond [2] 23/9 44/18
big [2] 42/11 73/9
bigwigs [1] 41/14
bike [2] 14/2 14/14
bikes [1] 14/16
bikeshare [2] 13/23 13/24
billion [3] 42/13 42/13 42/19
billions [5] 42/10 42/17 42/25 43/6 43/10
Bingham [1] 4/9
biological [1] 69/14
bit [5] 23/15 37/19 56/11 70/2 82/18
black [1] 45/10
blanket [3] 77/15 77/24 77/25
blessing [1] 11/18
blowout [4] 25/25 26/3 26/5 42/2
blowout: [1] 18/17
blowout: rig [1] 18/17
blur [1] 17/25
BOP [8] 18/14 18/15 18/24 19/2 26/18 28/4 30/6 30/15
both [14] 14/12 27/6 44/8 45/7 48/3 48/25 51/1 53/8 57/12 58/14 64/21 65/23 79/14 81/10
bottle [1] 8/16
bounded [1] 42/13
bounds [2] 43/9 76/4
BOWMAN [1] 3/20
Box [3] 1/16 1/20 2/15
Boy [1] 83/5
boycott [1] 7/8
BP [72] 3/2 3/3 3/3 3/4 3/5 3/6 3/8 3/8 3/9 3/10 3/10 3/11 3/13 3/14 3/14 3/15 3/16 3/17 10/1 11/11 11/21 13/17 13/19 17/15 17/20 18/25 28/8 29/4 30/8 32/12 32/14 33/16 34/22 35/21 37/10 37/20 39/24 40/24 41/23 41/25 42/5 42/10 42/12 43/2 43/15 45/12 49/11 49/19 51/24 52/3 52/16 54/1 56/18 56/25 58/24 61/11 62/4 62/7 64/6 64/9 64/19 64/20 64/23 64/23 65/9 67/8 68/8 73/6 73/15 79/23 80/10 84/18
BP's [4] 11/25 33/3 43/2 81/3
BP/Anadarko [1] 67/8
break [8] 24/12 39/25 40/1 69/14 70/18 71/17 73/19 82/14
breakdown [1] 40/22
breaks [1] 40/14
breakups [1] 37/4
breathing [2] 82/19 82/21
BRIAN [6] 1/20 8/1 8/2 36/19 84/25 86/1
Brian's [1] 8/15
brick [1] 22/25
brief [3] 25/10 51/22 70/16
briefed [1] 81/6
briefing [2] 20/9 81/11
brilliant [1] 6/25
bring [1] 14/5
broad [1] 18/1
broader [1] 76/21
Brock [2] 52/6 56/13
broken [1] 67/9
brought [3] 18/25 34/5 86/21

**C**

BRUCE [2] 3/20 83/22
build [1] 65/23
bundle [3] 67/11 67/17 73/25
bundles [8] 50/20 50/25 65/16 65/18 66/19 70/8 71/6 71/15
burdening [2] 71/10 71/15
burdens [1] 81/4
burned [1] 18/7
busy [1] 61/11
but [88]

cajillion [1] 50/13
calculations [1] 40/25
calendar [5] 24/22 29/5 29/7 29/8 79/17
California [1] 2/22
call [11] 13/16 20/17 26/11 39/25 55/23 64/22 64/23 64/24 66/24 68/10 73/4
called [1] 17/24 21/9 23/12
calling [1] 67/4
calls [3] 22/19 54/24 65/5
came [10] 9/14 19/18 27/22 28/1 36/24 37/24 50/8 54/1 57/6 61/12
camel's [2] 55/12 73/22
camera [1] 81/9
Cameron's [1] 31/3
Camp [1] 2/10
can [50] 13/25 15/3 16/11 16/12 17/3 17/17 19/12 19/23 20/12 22/18 22/19 23/22 24/2 24/2 24/4 27/23 27/24 32/14 34/11 39/12 39/14 40/21 44/6 48/9 49/10 50/9 52/21 53/12 54/17 55/18 56/6 56/7 57/15 58/9 58/17 59/5 59/6 61/2 62/16 65/9 68/17 68/18 71/20 74/1 74/12 76/13 76/14 77/15 78/13 85/21
can't [16] 19/20 24/8 26/8 26/11 45/24 59/20 60/13 64/17 64/22 64/23 68/3 68/4 81/19 83/24 84/1 86/5
Capital [1] 31/24
capping [1] 11/24
captain [6] 9/6 10/1 10/6 13/6 13/10 13/11
Captain Englebert [3] 9/6 10/1 10/6
car [2] 38/17 38/19
cards [1] 32/16
care [1] 12/19
carefully [1] 57/10
Carlos [1] 32/11
CAROLYN [1] 3/22
CARRIE [15] 3/14 12/10 12/11 26/24 28/2 28/14 29/10 52/8 59/13 73/18 74/16 75/10 76/11 78/17 85/15
carry [1] 9/25
carryover [1] 81/10
case [40] 8/6 27/7 28/6 44/3 44/12 49/20 49/20 52/5 53/8 53/23 54/21 54/22 56/1 56/2 56/14 57/4 57/8 57/13 57/20 57/20 57/22 57/23 58/14 58/24 62/15 63/3 64/18 65/2 65/10 71/13 73/6 75/2 75/5 75/10 75/13 75/15 75/20 82/10 84/20 86/21
cases [4] 1/8 43/14 82/22 84/18
catch [1] 64/21
catch-22 [1] 64/21
categories [1] 18/1
category [1] 11/22
cats [1] 36/22
cause [1] 50/14
caused [2] 6/16 8/22
CCR [3] 4/19 87/12 87/20
cement [1] 20/19
Cernich [1] 14/11
certain [6] 12/3 19/1 39/16 47/6 72/18

76/13
certainly [4] 30/19 32/12 82/18 28/6 45/21 63/10 64/17 77/15 79/24 84/7
CERTIFICATE [1] 87/11
certify [1] 87/14
challenges [2] 54/16 54/17
chance [4] 10/11 51/19 69/12 86/1
change [4] 39/13 39/13 77/2 82/19
changed [1] 53/5
changes [1] 32/15
channel [1] 36/10
charged [1] 39/4
check [3] 64/17 68/14 86/9
checked [2] 38/9 38/16
chess [6] 39/2 40/8 45/1 72/2 72/4 72/5
chew [1] 53/12
Chicago [1] 3/16
choose [2] 59/6 82/9
circulate [1] 79/11
circulated [2] 40/3 85/22
city [2] 13/25 14/4
clarification [1] 57/9 81/23
clarified [2] 34/4 66/11
clarify [3] 31/7 34/12 72/12
cleanup [1] 33/3
clear [6] 6/14 26/1 31/1 59/23 60/1 86/23
clearance [1] 36/2
client's [2] 19/23 21/18
clients [1] 79/19
clip [5] 46/7 46/7 74/11 74/12 74/14
clips [1] 46/4
clock [12] 39/3 39/5 40/7 40/8 45/2 55/18 71/3 71/13 72/2 72/4 72/5 73/12
close [2] 35/12 37/7
closed [2] 7/9 12/24
closer [1] 49/8
closing [2] 18/19 19/2
coalition [2] 54/16 55/5
cofferdam [2] 52/13 56/15
cohesive [1] 20/20
colleagues [1] 12/15
collective [1] 48/10
colloquy [2] 27/20 39/3
colors [1] 65/20
Columbus [3] 82/9 82/10 82/16
come [22] 6/16 6/17 6/17 9/15 11/11 12/1 12/22 17/6 30/25 33/12 53/18 55/13 60/8 67/16 68/8 68/18 71/3 79/16 81/2 81/5 81/22 82/14
comes [4] 20/23 35/7 62/4 67/17
coming [10] 12/6 14/24 15/10 15/17 16/15 17/4 19/19 35/20 36/23 59/4
commence [1] 38/5
comment [10] 10/11 30/19 35/12 43/19 54/2 60/22 71/17 72/13 73/15 86/21
commenting [1] 33/22
comments [6] 17/12 36/6 45/21 60/23 61/8 73/19
Committee [1] 67/6
communicate [2] 24/11 24/24
company [9] 3/3 3/3 3/9 3/9 3/14 3/14 4/7 4/10 43/17
compatriots [1] 55/22
compile [1] 67/12
complete [2] 21/12 59/7
completed [1] 67/11
completely [5] 27/20 27/25 73/23 74/7 76/18
complicated [3] 56/20 64/19 77/2
comply [1] 6/8
component [6] 56/3 56/4 56/5 75/2 75/3 75/3
components [2] 18/19 19/2

computer [1] 4/25
computer-aided [1] 4/25
concern [4] 18/2 23/16 29/17 45/7
concerned [1] 20/20
concerns [2] 24/25 53/19
conclusion [2] 84/8 84/9
concocted [1] 17/23
concur [1] 72/13
Condensed [1] 30/4
condition [1] 10/17
conduct [1] 29/21
confer [5] 29/2 58/8 65/8 79/19 79/19
conference [15] 1/11 11/8 12/23 24/11
34/19 59/2 59/4 79/12 79/13 81/15 81/16
82/20 83/24 85/14 86/19
conferences [4] 9/1 16/25 80/24 81/21
conferred [1] 74/16
confess [1] 34/8
confidentiality [3] 52/22 59/10 59/16
confirm [2] 66/17 86/10
connection [3] 28/24 52/22 86/22
consider [2] 26/19 34/23
consideration [1] 34/20
considered [2] 34/23 34/24
considering [1] 82/4
consist [1] 62/12
consistent [1] 62/6
consolidate [1] 76/19
consult [1] 65/18
consultations [1] 69/9
contact [2] 35/17 87/3
contain [1] 52/14
contemplated [1] 66/20
context [4] 44/15 44/21 46/5
continue [3] 24/24 56/17 75/11
continuing [1] 11/6
contract [3] 43/16 43/16 44/20
contributed [1] 55/6
contribution [4] 43/3 43/8 43/17 44/19
control [56] 17/24 21/5 21/8 21/11 25/3
25/4 25/12 28/21 33/5 33/6 33/17 34/4
34/9 36/19 38/5 41/21 42/8 42/23 43/6
43/22 44/16 46/23 47/11 48/7 48/13 49/1
49/2 49/4 49/16 49/20 50/23 51/2 51/14
51/16 52/14 53/5 54/11 54/21 57/5 57/21
57/25 58/1 60/25 61/11 64/16 65/14
65/23 69/18 72/14 75/15 78/23 79/12
81/15 81/23 86/4 86/5
controversy [2] 8/23 10/4
conversation [7] 28/7 53/22 57/1 61/10
75/16 79/7 81/12
conversations [2] 25/10 51/10
convert [1] 24/4
Cool [1] 9/19
coordinate [1] 53/8
coordinated [1] 56/17
copy [1] 10/7
COREY [2] 2/6 36/20
cornered [1] 28/7
Corporation [2] 4/6 4/10
correct [11] 8/12 16/22 24/8 48/16 59/9
64/12 66/10 67/15 69/24 77/9 87/15
could [17] 17/1 19/18 26/12 41/1 42/21
49/15 50/11 53/11 54/2 55/23 70/2 71/6
73/18 75/21 82/9 82/11 84/2
couldn't [1] 38/13
counsel [2] 22/16 54/18
count [7] 40/8 48/4 48/6 48/6 48/8 50/11
64/5
counterdesignations [1] 58/6
counting [1] 40/4

couple [7] 17/22 27/9 30/11 39/21 65/25
79/1 86/24
course [6] 7/9 30/2 40/15 57/6 66/5
68/23
court [57] 1/1 4/19 9/23 9/25 10/6 11/3
11/14 12/1 12/23 17/22 19/18 20/9 22/1
37/11 38/4 40/19 41/2 41/18 46/20 47/10
47/15 47/18 49/5 52/8 52/10 53/7 53/23
54/9 55/1 55/8 58/17 65/7 71/4 71/5
71/10 72/21 72/24 72/25 73/5 73/8 73/8
73/13 78/4 78/9 78/12 78/20 78/23 80/22
81/4 81/5 81/9 85/21 86/11 86/25 87/12
87/13 87/21
Court's [8] 9/17 11/18 17/12 21/8 28/21
35/11 53/21 85/16
courtroom [2] 31/6 41/15
cover [4] 39/16 78/13 83/11 84/23
coverages [1] 72/15
covered [1] 84/24
covering [1] 43/25
crane [1] 13/13
create [1] 65/18
Crime [1] 5/8
crippling [1] 43/18
critical [3] 27/9 58/13 75/16
critiques [1] 23/10
cross [8] 46/13 62/10 69/11 75/21 76/2
76/3 76/15 77/5
cross-examination [4] 75/21 76/3 76/15
77/5
cross-examine [1] 76/2
crucial [1] 70/20
cumulative [10] 21/10 31/12 54/15 72/23
73/14 77/21
cumulativeness [1] 77/19
cure [2] 77/18 77/20
currently [1] 34/3
custodians [1] 15/8
custody [1] 11/13
cut [1] 63/5
cutting [1] 25/1

D

D.C [7] 2/15 3/10 4/11 13/23 14/2 35/17
35/20
Dallas [1] 3/23
damages [1] 44/18
dandy [1] 33/25
darn [1] 37/7
data [3] 45/3 47/16 78/5
date [15] 26/13 32/12 32/13 58/12 65/5
66/5 66/13 66/16 67/13 68/15 68/17 69/5
69/8 72/18 82/6
dates [2] 31/18 32/14
Daubert [1] 67/22
David [1] 10/9
DAVIS [1] 2/20
DAVIS-DENNY [1] 2/20
day [29] 14/6 23/3 23/24 24/9 28/13
28/21 32/1 33/5 34/5 34/6 34/13 34/15
35/7 37/17 40/15 40/18 41/9 45/14 45/19
45/20 45/20 45/21 45/21 82/9 82/10
82/16 82/21 87/8
days [15] 28/12 28/17 28/19 29/5 29/8
30/12 31/20 37/25 38/5 40/7 40/16 40/21
44/17 54/22 79/15
deadline [9] 31/15 31/18 34/19 34/21
64/10 66/2 73/7 81/2 85/2
deal [2] 18/20 81/22
dealing [2] 20/10 24/6
deals [1] 19/10
debating [1] 84/8
decided [4] 8/14 16/5 16/18 28/10

decision [3] 12/6 51/15 58/18
decisions [2] 65/4 69/6
declare [2] 45/7 47/12
DEEPWATER [5] 1/5 2/18 2/18 2/21
2/21
default [1] 22/21
defend [4] 7/15 7/20 26/5 54/22
defendant [1] 68/24
defendants [2] 65/2 73/6
defense [1] 71/12
defenses [1] 44/16
defer [1] 27/1
definition [1] 75/4
demonstrate [1] 62/6
demonstratives [6] 54/13 68/16 68/18
68/25 69/7 69/10
DENNY [1] 2/20
Department [1] 2/12
depending [3] 30/2 79/17 82/15
depo [2] 14/23 62/13
deposition [12] 17/2 21/25 22/4 22/7
23/17 23/24 32/11 33/3 33/5 33/19 35/15
35/21 47/21 47/23 47/25 48/20 50/19
58/21 62/11 62/22 64/6 65/16 65/16
66/13 66/17 66/18 66/22 69/19 69/21
70/6 71/9 74/15 74/15 74/15
depositions [23] 6/19 12/13 17/4 21/22
23/3 46/5 47/23 48/2 48/10 48/12 49/6
50/17 50/21 57/11 57/24 59/7 62/5 63/1
63/4 69/22 71/16 74/19 81/18
describe [1] 47/13
described [1] 56/22
describing [3] 27/10 56/2 80/24
description [2] 67/1 67/2
designate [1] 65/5
designated [3] 25/4 68/5 68/5
designating [2] 48/20 63/16
designation [1] 62/22
designations [13] 14/23 47/21 48/1 48/11
50/11 50/19 62/1 63/22 63/24 69/19
69/21 70/1 70/6
desire [1] 9/17
desperately [1] 12/17
detail [1] 72/16
details [1] 11/2
develop [1] 22/4
Dewers [1] 31/25
dice [1] 62/19
did [25] 9/15 19/1 25/11 27/19 30/1
30/11 31/25 33/17 36/22 37/15 37/16
37/23 39/15 43/19 45/17 46/6 47/6 48/6
51/11 53/1 62/21 66/25 69/10 78/7 85/14
didn't [14] 14/22 26/21 30/11 30/23 35/4
36/12 49/12 49/13 49/14 51/11 58/11
60/10 67/22 85/2
different [10] 7/12 7/12 20/7 27/14 46/25
55/23 63/23 65/20 70/22 73/23
difficult [4] 55/15 58/24 76/23 77/24
digesting [1] 50/2
Dike [1] 35/17
diminishing [1] 63/2
dinner [1] 7/6
direct [3] 45/8 46/13 69/11
direction [1] 19/12
directions [1] 19/1
disagreement [1] 30/8
disagreements [1] 39/19
disclose [1] 45/11
disclosure [1] 54/13
discovery [5] 84/3 84/6 84/7 84/8 86/23
discrete [2] 18/1 19/13
discuss [2] 38/7 66/1
discussion [12] 16/7 34/2 34/16 34/18

**D**

discussion... [8]  37/23 56/18 56/20 61/13
72/1 75/11 77/1 79/6
discussions [1]  10/6
disposing [1]  11/18
dispositive [3]  31/16 81/1 81/11
DISTRICT [4]  1/1 1/2 87/13 87/13
diverse [2]  52/24 52/24
divided [1]  20/22
divvy [2]  40/10 41/5
divvying [1]  41/21
do [85]  6/5 6/7 6/15 6/23 7/20 7/23 8/2
9/1 10/12 10/21 11/11 11/16 11/20 12/17
12/21 13/14 15/4 15/7 15/11 15/25 21/13
23/2 24/8 25/9 25/14 26/24 26/24 32/15
32/18 32/21 32/24 36/24 42/21 44/10
46/12 47/18 49/11 49/11 49/15 50/17
51/3 51/18 52/10 52/12 53/18 55/19
57/14 58/8 59/17 60/7 61/18 64/25 66/5
67/8 67/8 67/25 68/21 68/25 69/3 69/5
71/6 71/8 71/19 72/13 72/19 73/7 73/15
74/1 74/7 75/10 76/11 76/12 78/18 79/9
79/11 79/14 81/8 81/10 81/19 82/15 84/1
85/6 86/14 87/5 87/14
Docket [1]  1/4
document [9]  52/1 52/21 53/2 53/6 53/10
56/22 59/15 74/8 86/13
documentary [2]  73/23 74/21
documents [3]  70/7 70/23 74/4
does [15]  8/1 18/5 18/20 27/21 27/21
28/16 33/24 45/2 45/3 46/20 55/23 66/2
68/22 76/15 80/5
doesn't [4]  22/13 67/13 73/1 73/8
doing [13]  6/19 6/19 6/24 23/17 26/3
29/14 35/19 39/4 40/25 42/6 62/4 62/6
63/22
dollars [4]  42/10 43/1 43/6 43/10
Domengeaux [1]  1/15
DON [3]  3/3 36/20 83/1
don't [60]  8/5 8/19 9/19 13/1 13/5 14/8
17/7 19/6 19/11 19/15 19/16 21/12 23/19
26/4 27/23 29/8 31/8 32/6 34/8 34/9 38/9
38/17 38/25 45/17 48/6 49/2 49/9 49/11
49/21 50/12 50/13 51/1 51/6 51/14 51/14
57/18 57/23 59/12 59/14 60/25 62/17
62/18 62/19 65/20 68/1 68/14 70/10
73/21 75/10 76/7 76/12 76/15 80/16 80/22
81/19 82/17 84/5 85/2 85/4 85/10
DONALD [1]  3/19
done [10]  13/4 13/5 13/10 22/20 41/6
44/17 48/1 63/24 83/24 87/7
double [2]  57/17 58/2
doubling [1]  57/17
doubt [1]  43/11
Doug [1]  36/20
DOUGLAS [1]  2/9
dovetail [1]  20/5
down [32]  8/16 10/2 14/4 21/21 22/5
22/24 24/2 25/11 25/16 29/12 31/17 32/1
41/19 47/14 48/1 51/9 51/23 52/15 54/24
55/14 58/20 63/10 65/6 70/3 72/17 74/1
75/5 76/7 76/9 76/19 78/8 81/16
Doyle [4]  4/19 87/12 87/20 87/20
dozen [1]  55/19
Dr [3]  20/14 20/15 20/16
Dr. [7]  20/10 20/10 20/19 22/12 22/13
23/7 32/11
Dr. Carlos [1]  32/11
Dr. Momber [2]  20/10 20/19
Dr. Ravi [1]  20/19
Dr. Sundaresan [3]  22/12 22/13 23/7
draconian [1]  70/21

draft [3]  13/19 66/1 83/23
drastically [1]  53/12
drift [1]  18/17
drift-off [1]  18/17
drill [2]  30/10 54/24
drilling [4]  2/18 22/21 43/16 44/20
drinking [2]  8/10 8/12
drive [2]  21/8 38/19
driven [1]  8/10
drives [1]  69/20
due [1]  20/18
dump [3]  45/3 47/16 47/23
during [7]  18/12 19/17 30/25 40/15 59/15
70/21 82/11

**E**

e-mail [27]  14/25 15/3 16/2 16/17 16/25
24/11 24/12 27/14 27/22 28/6 29/3 32/14
34/16 34/25 35/12 35/16 37/12 37/16
37/19 51/7 51/25 52/18 53/11 57/6 59/11
61/12 85/14
e-mailed [1]  10/8
e-mails [2]  8/22 35/8
each [14]  41/17 43/20 43/21 43/22 44/23
45/25 55/16 58/3 58/4 64/5 67/9 68/9
69/11 79/19
earlier [3]  29/4 33/4 37/18
early [3]  68/10 79/16 84/1
ease [1]  81/4
easier [1]  49/20
EASTERN [1]  1/2 87/13
eat [3]  7/13 61/23 71/13
economic [1]  86/20
educational [1]  67/2
Edwards [1]  1/15
effect [1]  25/6
efficiency [1]  21/8
effort [3]  12/12 63/23 85/9
efforts [3]  52/14 53/8 56/16
EHANS [2]  5/5 12/24
eight [3]  37/25 45/19 46/7
eight-minute [1]  46/7
Eisert [2]  35/15 80/22
either [12]  7/14 12/2 14/1 15/12 19/8
19/14 22/14 46/24 48/13 68/4 81/17 84/5
elect [1]  76/13
electronic [2]  14/9 14/10
eliminate [1]  77/20
eliminating [1]  73/13
Ellis [2]  3/8 3/13
Elm [1]  3/22
ELMO [1]  53/12
else [6]  9/20 39/1 66/15 83/10 84/22
87/7
Emilsen [1]  18/24
employer [1]  67/1
employing [1]  41/6
encourage [2]  55/8 56/23
end [10]  14/6 17/17 17/17 17/19 17/19
38/6 42/21 42/22 50/10 59/7
energy [3]  3/19 4/2 46/20
Enforcement [1]  2/12
Englebert [3]  9/6 10/1 10/6
enjoy [2]  9/1 70/13
enjoys [2]  70/10 70/14
enough [5]  27/3 30/18 51/21 77/2 83/7
enter [2]  10/5 53/7
entered [2]  9/23 52/22
entire [2]  29/21 71/16
entirely [1]  39/19
entirety [1]  23/24
entitled [1]  87/17
entry [2]  67/18 69/22

Environmental [1]  2/12
Eons [1]  59/19
equal [1]  57/12
equipment [3]  11/2 47/6 47/6
equitable [3]  43/3 43/7 44/19
ERICA [3]  2/14 34/25 35/6
ERIKA [1]  3/21
error [1]  33/8
especially [1]  75/15
ESQ [33]  1/16 1/20 1/23 2/3 2/6 2/6 2/9
2/13 2/13 2/14 2/14 2/17 2/20 2/21 3/3
3/8 3/9 3/14 3/14 3/15 3/15 3/19 3/20
3/20 3/21 3/21 3/22 4/3 4/3 4/7 4/10 4/13
4/16
essence [1]  53/6
essential [1]  75/1
essentially [1]  31/3
establish [1]  71/8
etc [2]  73/21 82/23
evaluate [2]  15/1 23/6
even [8]  30/13 40/7 40/10 41/15 44/5
46/11 57/25 70/14
event [1]  30/25
eventually [1]  84/10
ever [2]  6/25 57/23
every [3]  14/6 45/19 55/16
everybody [8]  8/7 14/3 37/5 39/1 49/25
53/12 55/3 55/6 63/14 74/20 82/18 82/21
87/8
everyone [4]  22/7 24/11 37/1 68/1
everything [3]  13/13 19/9 31/19
evidence [21]  11/13 11/16 11/20 20/23
20/24 25/6 29/19 30/7 40/23 44/7 44/12
46/17 52/12 56/15 62/3 70/8 71/5 74/5
74/6 74/8 74/9
evidentiary [2]  20/21 21/1
exactly [15]  7/2 12/9 13/18 49/13 52/7
54/10 55/7 56/16 56/22 57/10 59/20
60/15 61/25 74/18 74/24
examination [8]  29/14 29/20 30/4 75/21
76/3 76/15 76/22 77/5
examine [2]  29/22 76/2
example [4]  7/25 20/13 62/12 77/22
examples [1]  65/22
excellent [1]  12/22
except [2]  19/9 31/4
exceptions [1]  24/3
exchange [7]  66/3 66/7 66/24 68/16
79/24 83/25 85/10
exchanged [1]  69/7
exchanging [2]  34/19 67/4
exclude [1]  16/14
exclusive [1]  71/1
exercise [3]  23/17 23/18 36/22
exhausted [1]  83/11
exhibit [5]  34/22 66/12 70/3 73/24 74/21
exhibits [9]  34/20 34/22 66/3 66/6 66/9
69/21 69/23 70/2 70/20
exist [1]  30/11
expect [4]  37/4 73/5 73/5 75/21
expected [2]  45/8 61/25
expert [40]  18/5 18/24 27/12 30/20 30/24
33/3 33/5 44/22 44/23 44/25 45/3 45/4
45/7 46/8 46/19 47/14 48/4 55/9 55/12
55/24 56/6 56/18 56/20 56/21 56/25 59/3
59/24 60/17 60/18 65/5 72/12 72/20
75/14 75/21 75/22 76/7 77/3 77/4 78/6
79/24
expert's [1]  76/1
experts [62]  15/23 16/15 17/4 18/14 19/3
21/21 25/3 25/4 25/14 27/11 27/13 29/18
31/9 33/7 33/11 41/24 41/25 45/4 45/25

**E**

experts... [43]  46/5 46/24 47/9 48/15
48/17 48/21 55/10 55/11 55/11 55/19
55/20 56/1 56/19 56/19 57/22 58/16 59/5
62/1 62/6 64/11 64/14 64/22 64/23 65/6
65/8 72/15 72/22 75/20 76/7 76/9 76/14
76/16 76/21 76/24 77/7 77/19 78/10
78/12 78/13 78/13 78/19 79/4 84/3
experts' [1]  76/20
explain [1]  72/16
Exploration [3]  3/4 3/10 3/15
explore [1]  23/24
explosion [1]  18/17
exposure [1]  43/18
express [1]  23/15
expressed [1]  25/1
expression [1]  80/4
expressions [1]  9/3
extend [2]  12/5 12/7
extended [1]  34/21
extent [5]  25/2 29/18 30/14 47/14 60/23
external [1]  44/8
extra [2]  82/22 85/24
eyebrow [1]  48/21

**F**

face [2]  23/7 23/12
facial [2]  9/2 80/4
fact [13]  21/4 31/9 46/1 46/8 46/23 47/9
47/21 48/3 62/5 64/10 65/23 65/23 76/21
facts [1]  84/1
factual [1]  57/21
fair [3]  27/3 47/10 51/21
fall [2]  17/25 42/22
falls [3]  18/6 31/16 41/24
Families [1]  8/8
far [4]  14/25 30/19 46/11 46/14
fasten [4]  15/9 80/16 80/17 82/3
fault [1]  43/4
FCRR [4]  4/19 87/12 87/20
feedback [1]  37/12
feel [2]  21/16 81/20
feels [1]  71/12
felt [1]  41/15
few [4]  16/24 26/6 32/15 50/1
Fifteenth [1]  3/9
fifth [1]  73/1
fight [2]  17/16 17/21
figure [4]  22/8 41/1 57/1 72/8
figured [1]  25/8
file [6]  15/14 15/22 22/2 22/20 31/20
32/19
filed [4]  85/3 85/5 85/6 86/10
filing [2]  16/23 85/2
final [4]  28/2 32/16 32/19 32/19
finality [1]  50/20
finalized [1]  13/20
Finally [1]  52/20
find [1]  13/6
fine [10]  13/20 17/15 17/20 19/7 19/14
31/21 32/20 33/23 33/25 82/10
finish [1]  78/22
Firm [1]  2/2
first [22]  15/10 30/5 30/11 35/12 36/3
36/7 36/8 36/10 37/11 38/2 39/18 39/25
41/9 54/1 56/21 61/14 63/20 68/8 68/25
69/12 72/22 83/25
fits [1]  36/14
five [20]  19/14 19/16 29/14 29/20 30/23
30/23 30/24 40/18 41/12 41/16 46/7 49/4
49/8 56/7 64/18 71/8 74/11 74/12 74/13
77/5

**five-minute [1]  40/18**
five-minute [1]  49/11 49/20 46/7 44/11
74/12 74/13
fix [1]  47/13
flip [1]  73/4
Floor [1]  2/21
Florida [1]  1/21
flow [11]  18/20 19/1 19/2 19/3 19/3 23/10
30/11 42/6 42/7 51/6 62/4
fly [3]  73/16 73/17 73/19
focus [2]  46/24 54/14
focused [2]  35/13 78/19
folder [2]  76/6 76/9
folks [1]  41/15
follow [5]  57/1 79/12 79/13 79/18 86/2
follow-on [1]  57/1
follow-up [3]  79/12 79/13 86/2
following [1]  17/2 30/10 84/19
follows [1]  18/3
food [1]  7/12
foot [1]  36/14
football [1]  38/12
footnote [1]  39/16
forces [1]  18/18
foregoing [1]  87/14
forget [1]  51/15
forgot [3]  7/23 66/14 67/10
forgotten [2]  51/17 84/22
forward [22]  14/18 17/18 18/22 18/25 22/1
22/7 22/13 22/18 22/21 23/21 23/22
23/22 23/23 24/9 27/21 27/21 37/23
53/23 58/18 59/11 68/13 84/19
fought [1]  85/1
foundational [1]  70/11
four [9]  38/5 40/16 40/21 45/14 45/24
47/8 56/7 72/14 72/20
four-day [1]  45/14
Foutz [1]  33/11
frankly [1]  61/19
Fraud [1]  5/8
freezers [1]  11/7
Friday [4]  40/19 81/14 82/9 82/11
friends [1]  36/17
Frilot [1]  2/17
front [2]  71/11 73/13
fruit [1]  86/15
frustration [1]  23/16
fueled [1]  38/18
full [4]  19/6 19/11 38/5 40/21
fully [2]  30/2 38/18
fun [2]  7/4 14/21
functions [1]  59/21
fundamental [2]  38/2 46/7
further [11]  11/21 11/23 12/2 12/16 40/11
40/22 47/18 76/23 79/6 84/20 86/6
future [1]  53/9

**G**

game [1]  78/11
GASAWAY [3]  3/8 26/25 27/1
gave [4]  10/7 10/24 39/11 52/8
gear [1]  71/22
general [5]  2/5 17/15 40/15 41/20 46/24
generally [1]  12/11
gentleman [1]  32/7
get [48]  8/9 8/21 8/23 13/12 14/23 15/2
17/1 20/12 22/22 22/23 24/10 27/19
27/23 27/24 28/9 36/1 36/3 37/1 37/11
41/6 46/3 48/17 50/5 52/16 54/21 57/7
57/24 58/4 58/15 61/13 62/18 70/2 70/7
70/22 71/12 71/14 71/23 73/6 73/7 74/5
75/4 79/10 82/12 82/22 83/13 85/21

85/22 86/11
give [25]  8/20 10/11 10/13 13/22 15/7
20/18 40/9 44/9 44/11 44/15 45/5 47/18
52/21 53/2 53/10 53/18 59/7 67/22 68/8
71/4 77/12 79/15 82/18 82/21 82/22
given [17]  19/13 22/3 27/20 27/24 43/8
44/6 44/14 45/14 46/22 47/10 53/8 67/21
68/16 70/13 72/20 87/2 87/6
gives [1]  86/25
glad [2]  8/25 85/7
Gladstein [1]  32/7
globo [1]  71/7
gnashing [3]  53/19 53/20 55/21
go [53]  9/12 16/9 17/8 19/12 22/1 22/6
22/8 22/18 22/21 23/21 23/22 23/22
23/23 24/9 26/25 27/13 27/21 27/21
29/10 31/6 31/17 32/12 32/19 35/1 36/7
36/8 36/9 38/18 40/8 49/21 50/18 56/11
58/8 59/1 59/22 60/15 61/2 63/24 64/21
67/20 67/21 69/14 72/24 75/11 76/5 76/6
82/7 82/13 83/2 84/25 87/1 87/3 87/6
go-ahead [3]  87/1 87/3 87/6
God [1]  77/1
GODLEY [1]  2/21
Godwin [4]  3/19 3/19 4/2 83/1
goes [1]  23/9
going [106]
gone [1]  13/13
good [46]  6/3 6/10 6/11 7/7 7/7 8/17 8/25
9/2 9/16 10/14 11/4 13/9 13/11 14/18
14/25 19/25 20/4 22/9 25/18 26/14 26/20
26/23 28/11 30/18 31/14 35/2 36/17 38/1
50/7 51/5 53/24 61/22 65/22 68/12 70/5
70/15 70/16 70/20 70/23 78/13 80/15
83/12 84/13 84/13 84/13 84/13
goofed [1]  51/25
got [15]  6/6 31/12 34/1 35/22 37/12
38/21 43/22 44/9 47/23 53/12 54/3 60/3
60/4 69/9 73/11
Gotcha [6]  12/18 14/10 19/25 29/9 65/12
78/2
gotten [5]  8/6 18/9 40/3 46/11 46/14
Grand [1]  2/21
GRANT [1]  2/20
great [5]  32/2 37/9 53/15 85/12 86/7
greatly [3]  35/10 53/21 58/12
group [5]  1/11 27/12 34/19 48/12 81/15
grouping [2]  27/16 72/19
groups [1]  27/14
Guess [1]  87/7
guidance [1]  47/18
GUIDRY [1]  4/7
GULF [1]  1/5
guns [1]  55/8
Guy [1]  83/21
guys [1]  79/14
GWEN [2]  4/3 36/20

**H**

had [34]  7/5 9/13 9/15 9/22 12/12 15/21
25/10 31/25 32/11 33/22 34/18 35/12
36/12 36/24 37/22 39/18 40/2 40/18
46/11 46/14 47/20 51/19 57/1 57/18
59/24 61/10 64/15 66/12 70/20 75/23
77/13 78/4 79/18 86/1
hadn't [2]  26/9 86/1
half [7]  54/10 54/20 54/23 54/23 54/24
74/21 74/23
half-hour [2]  54/20 54/23
halfway [1]  8/16
Halliburton [25]  3/19 4/2 15/23 16/20

Halliburton... [21]  20/5 20/24 25/13 27/12
27/12 27/19 28/16 29/2 29/4 33/12 33/15
36/20 39/15 41/10 41/24 42/9 42/24 43/4
43/6 43/13 69/17
Halliburton's [2]  16/15 18/24
hand [4]  52/7 52/17 53/9 74/16
handle [2]  65/15 74/19
happen [3]  30/1 45/23 45/24
happened [4]  42/3 47/2 57/4 84/21
happening [2]  18/16 66/23
happens [1]  23/1
happy [3]  22/21 52/16 86/14
hard [9]  28/5 36/18 46/10 46/19 46/22
47/25 56/13 85/1 85/11
HARIKLIA [1]  3/14
Harkavy [1]  15/17
has [37]  7/24 8/6 8/10 8/16 13/4 13/19
14/3 16/5 20/9 20/25 21/7 22/1 22/4
23/10 26/19 32/22 42/10 51/13 53/24
55/6 56/25 57/13 58/24 59/25 60/15
64/9 70/9 70/19 71/1 72/3 72/6 72/8
73/13 76/1 81/21 83/16 84/20
hasn't [1]  25/8
Hat [2]  52/13 56/15
have [171]
haven't [6]  51/9 51/19 61/10 65/17 71/21
84/24
having [15]  11/2 11/12 17/3 25/11 25/13
29/2 35/14 57/22 63/23 71/10 71/16 72/1
73/20 75/2 75/11
HAYCRAFT [1]  3/3
HB [1]  4/19
HB-406 [1]  4/19
he [56]  6/8 8/11 8/13 8/14 22/13 23/9
23/10 23/12 24/18 24/21 25/23 27/10
28/12 28/13 28/14 28/15 28/19 28/20
28/21 28/22 29/5 33/4 33/5 33/5 34/3
34/4 34/5 34/6 34/13 35/19 36/14 56/22
57/10 57/11 57/12 57/13 57/13 58/19
60/15 60/17 68/5 70/9 70/14 70/23 72/5
72/6 72/7 72/17 72/25 75/9 77/4 80/5
80/5 80/10 82/18 82/19
head [3]  34/10 49/17 49/18
heads [2]  10/13 37/13
heads-up [1]  10/13
health [1]  32/22
hear [4]  6/6 16/11 17/5 82/24
heard [10]  22/3 25/20 26/9 29/12 45/21
51/19 55/21 55/25 58/7 86/21
heartburn [1]  50/15
Hello [1]  72/9
help [2]  12/11 12/16
helpful [7]  20/1 21/18 29/3 54/25 55/1
56/21 70/9
helping [1]  12/14
hence [1]  54/22
her [1]  13/12
herding [1]  36/22
here [17]  8/7 11/8 20/8 27/5 28/4 35/7
38/7 53/24 56/9 59/12 60/9 74/11 76/16
81/18 82/5 83/17 86/19
hereby [1]  87/14
HESI [2]  67/8 76/19
Hey [1]  83/18
hiccupped [1]  61/24
high [4]  17/17 17/19 42/22 49/3
highlight [2]  52/10 65/20
highlighted [1]  24/4
hill [2]  14/6 65/22
hills [1]  14/3
him [14]  20/17 20/18 24/2 24/22 28/12

29/6 29/7 31/25 32/6 33/4 56/12 56/21
58/2 58/24
HIMMELHOCH [1]  2/13
his [17]  8/16 20/18 21/25 23/24 28/16
29/6 32/9 33/10 33/10 55/13 58/9 60/10
60/11 73/1 80/4 86/25 87/3
history [1]  37/24
hit [1]  54/9
hits [1]  21/16
hitting [1]  41/17
hold [3]  16/1 16/3 36/16
Holdings [5]  2/17 2/20 3/5 3/11 3/16
holidays [1]  38/10
honest [1]  9/17
Honor [48]  6/10 6/13 6/18 9/22 10/23
13/9 13/16 15/9 15/24 18/12 20/4 25/19
27/8 27/18 28/15 29/11 32/21 33/2 34/24
35/3 35/10 36/11 40/2 48/9 48/16 48/19
50/9 50/16 51/22 52/20 53/16 53/20 54/7
54/12 56/24 60/5 62/20 62/22 63/8 69/4
70/17 73/14 76/12 79/5 80/20 84/16 85/7
86/17
Honor's [2]  27/22 44/22
HONORABLE [1]  1/11
honoring [2]  43/15 44/19
hoped [1]  9/24
hopefully [4]  24/11 41/1 84/18 86/9
hoping [1]  78/25
HORIZON [1]  1/5
hot [1]  35/7
hour [11]  19/16 29/15 31/2 40/14 40/16
46/1 46/11 46/16 54/10 54/20 54/23
hours [13]  40/4 40/8 40/13 40/16 40/21
40/22 40/23 46/12 46/13 46/13 50/1 50/8
55/18
house [2]  32/16 61/12
Houston [1]  4/4
how [38]  12/21 14/24 18/15 18/17 18/18
18/18 18/25 19/23 28/5 31/12 37/22
40/12 41/4 41/6 43/4 43/7 43/7 46/15
48/2 48/6 49/21 52/4 52/5 55/22 59/17
64/20 64/25 65/15 70/6 70/13 71/23 72/2
74/7 74/18 75/9 75/10 80/8 80/13
how's [1]  6/22
however [3]  18/20 58/19 58/23
hugging [1]  37/3
huh [7]  7/1 9/10 9/20 10/10 38/18 54/8
66/7
Hull [2]  58/18 63/7
Hull's [1]  58/21
hundred [1]  44/8
Hunter [1]  65/22
hybrid [1]  65/15

I

I'll [4]  13/6 27/1 43/1 69/1
I'm [49]  6/8 6/13 6/18 6/19 7/10 8/3 8/25
14/18 16/9 18/13 20/13 22/24 23/11
26/10 26/19 28/18 29/10 33/7 33/8 35/11
35/24 36/5 36/10 36/14 44/7 48/21 50/3
55/2 55/6 58/3 63/21 64/1 64/4 64/22
64/24 71/2 72/4 74/24 75/7 75/24 76/8
79/10 81/17 82/1 83/4 83/17 84/17 85/7
86/9
I's [2]  31/3 31/5
I've [1]  11/15
idea [9]  11/12 11/13 58/15 60/11 65/1
73/16 75/13 86/4 86/16
ideas [4]  26/19 37/22 37/22 40/5
identified [2]  22/14 23/10
identify [3]  12/4 19/22 65/5
if [95]
II [1]  4/16

Illinois [1]  3/16
Illinois' [1]  3/16
immediate [2]  22/11 24/17
immediately [2]  30/10 86/24
impact [3]  19/2 20/12 20/24
impacted [1]  19/20
impacting [1]  19/23
impacts [2]  19/3 21/11
implementation [1]  10/4
importance [1]  63/3
important [8]  41/14 41/15 42/8 43/12
43/13 44/14 55/20 62/5
imposed [1]  51/3
in [232]
in camera [1]  81/9
in globo [1]  71/7
Inc [19]  2/18 2/18 2/21 2/21 3/2 3/4 3/5
3/6 3/8 3/9 3/10 3/12 3/13 3/15 3/16 3/17
3/19 4/3 4/13
incident [1]  30/10
inclined [1]  82/18
include [1]  66/2
included [5]  25/9 27/6 27/13 33/6 51/7
including [5]  18/15 18/23 18/24 34/20
48/15
inconsequential [1]  63/14
incorporate [1]  68/4
inData [2]  65/19 67/12
indemnity [4]  43/3 43/8 43/15 44/19
independent [2]  27/20 27/25
indicating [1]  21/14
individual [1]  23/20
information [6]  13/15 13/18 21/7 21/10
47/10 80/25
informed [1]  73/19
initial [2]  50/4 64/14
initially [1]  40/18
inner [2]  36/10 36/12
input [1]  50/8
inserted [1]  53/4
inside [1]  36/14
insinuate [1]  49/13
insistent [1]  65/7
intend [2]  29/21 52/12
intensive [1]  84/6
interact [1]  12/14
interest [6]  19/23 22/15 26/10 28/9 43/24
51/13
interested [2]  40/20 77/14
interests [2]  21/18 52/25
interfering [1]  38/10
internal [3]  40/25 44/8 68/9
internally [1]  47/5
International [1]  4/13
interrupt [1]  51/6
interrupted [1]  60/20
interrupting [1]  10/10
intervention [1]  41/2
into [20]  14/4 17/25 18/9 29/19 30/1
30/17 43/5 46/3 48/17 50/20 55/13 59/1
69/22 70/8 71/5 74/5 74/6 74/8 74/9
86/10
introduce [2]  41/17 54/18
introductory [1]  54/18
involved [2]  30/16 37/2
iPad [1]  7/25
Irpino [4]  2/2 2/3 36/11 36/13
irrespective [1]  75/22
is [243]
island [2]  60/8 60/12
isn't [1]  62/14
issue [48]  9/18 11/6 12/25 15/8 17/6
17/11 17/16 17/21 18/5 18/9 18/10 18/20

**I**

issue... [36] 19/5 19/19 20/11 21/20
24/13 24/25 26/1 26/12 26/18 27/19
27/22 28/1 29/17 31/8 32/10 32/22 33/3
38/25 39/18 42/11 42/12 42/23 50/9 52/2
56/14 57/8 59/12 59/14 65/13 72/12
74/19 75/12 76/17 80/17 81/11 86/20
issued [2] 77/7 86/22
issues [46] 13/1 17/22 17/25 17/25 18/1
18/2 18/22 19/10 19/13 19/16 19/18
19/19 19/21 20/7 20/13 20/20 20/24 21/2
21/16 22/14 23/9 24/7 25/5 25/23 26/5
26/18 27/25 28/4 28/4 28/7 28/24 29/3
29/23 30/25 31/13 36/5 43/8 47/11 48/7
49/4 52/15 54/14 55/22 59/3 64/19 84/23
it [199]
it's [68] 7/9 9/2 9/24 10/5 10/21 11/1 13/5
13/9 13/24 14/7 14/8 14/11 15/12 20/14
20/25 22/17 23/18 23/20 26/1 26/10 27/9
28/7 32/15 33/8 34/15 34/15 34/24 35/20
36/21 38/12 39/4 42/12 42/22 43/9 44/14
47/24 50/13 52/21 53/6 53/24 54/15
57/12 57/17 58/3 62/12 62/25 62/25
63/21 64/7 64/18 67/8 70/5 70/23 71/11
71/11 71/14 72/10 72/18 73/22 73/23
75/19 77/1 77/23 78/11 80/1 82/3 83/3
83/24
item [3] 10/15 12/19 86/2
itemize [1] 11/25
items [11] 9/5 9/7 9/7 11/6 11/10 11/12
11/16 11/17 11/18 12/1 12/20
its [10] 17/13 32/14 43/17 55/8 73/8 73/9
76/13 77/3 77/3 79/23

**J**

JAMES [1] 1/16
JED [1] 4/13
Jefferson [1] 1/17
JENNY [1] 3/20
Jewish [1] 38/10
Jim [2] 36/19 86/18
Jim's [3] 73/20 74/22 75/8
job [1] 6/24
Joe [2] 35/15 80/21
Joel [1] 83/22
join [1] 41/18
joint [1] 67/7
JOSEPH [1] 3/15
JR [1] 3/20
judge [31] 1/12 16/5 16/17 18/13 43/23
44/15 45/2 45/17 47/23 54/2 54/3 54/4
54/5 55/1 55/2 55/6 57/10 57/16 57/18
58/7 63/1 68/3 68/5 70/10 70/16 71/2
71/15 78/6 82/4 82/10 83/3
Judge Barbier [22] 16/5 16/17 18/13
43/23 44/15 45/2 45/17 47/23 54/3 54/4
54/5 55/1 55/2 55/6 57/10 57/18 58/7
63/1 70/10 78/6 82/4 82/10
Judge Barbier's [4] 54/2 57/16 68/3 68/5
July [6] 1/7 6/2 28/22 34/15 45/12 58/25
July 25-26 [1] 28/22
July 27 [2] 45/12 58/25
jumping [1] 21/19
just [76] 7/6 8/13 10/4 10/9 10/23 11/8
16/1 16/3 20/17 21/19 23/17 25/11 25/22
26/1 26/8 27/11 28/7 28/9 30/21 31/1
31/7 31/19 31/23 34/12 34/13 35/3 35/16
35/19 41/16 47/24 47/24 49/16 50/12
51/7 51/9 51/12 51/19 51/25 54/3 54/8
55/3 55/17 55/25 56/23 57/22 58/14
58/25 59/14 59/23 60/5 62/10 62/21
63/21 65/25 66/17 68/14 69/4 69/9 69/19

**J** (continued)

70/3 70/17 70/19 71/1 71/7 71/14 73/21
75/1 76/14 79/2 83/7 83/8 83/11 83/19
83/6 86/3 86/22
Justice [1] 2/12
justify [1] 74/8

**K**

Kanner [1] 2/9
KARIS [1] 3/14
keep [9] 8/11 24/22 29/7 54/8 64/17
68/12 69/25 82/6 82/20
kept [3] 11/16 12/4 29/5
KERRY [26] 2/17 10/8 16/22 17/5 19/25
20/5 20/8 24/1 25/22 26/15 27/21 30/19
33/2 33/22 36/9 38/24 43/19 53/11 53/24
54/23 55/25 56/2 56/14 60/19 72/14
72/16
Kerry's [3] 33/25 51/7 72/13
key [5] 14/1 14/7 14/9 14/10 55/22
keys [1] 56/9
kids [1] 87/8
kind [14] 11/7 18/15 19/21 25/24 37/13
37/23 40/4 41/3 41/5 45/25 46/4 47/7
49/4 61/24
KIRBY [1] 4/10
Kirkland [3] 3/8 3/13 35/17
kissing [1] 37/2 37/3
knew [1] 6/25
know [39] 8/19 9/1 9/14 13/1 13/5 13/11
22/25 27/6 28/12 36/12 42/11 42/12
42/22 45/17 47/7 47/22 48/6 48/6 49/12
49/14 49/21 50/12 50/13 55/3 57/10
57/17 57/25 59/17 60/18 62/10 64/23
64/24 65/6 65/20 72/3 81/22 81/22 85/6
86/16
knowing [1] 67/20
known [1] 70/20
knows [6] 27/18 33/9 57/12 57/13 77/1
78/24
KRAUS [1] 2/9
Kuchler [1] 4/6
Kullman [1] 1/23
KY [1] 4/10

**L**

labeled [1] 76/9
Labor [1] 82/21
Labor Day [1] 82/21
lack [1] 41/13
laed.uscourts.gov [1] 4/21
Lafayette [2] 1/17 4/14
Lamar [1] 4/4
Langan [2] 72/3 87/3
language [3] 53/1 53/3 53/6
laptop [1] 13/3
large [2] 55/11 55/14
largely [1] 20/10
Lasalle [1] 3/16
last [16] 16/2 16/17 16/25 27/19 34/18
36/18 37/16 37/25 39/21 40/3 50/9 51/7
51/25 52/12 52/18 68/15 72/23 86/19
latched [1] 71/21
late [3] 9/14 9/15 79/17
lately [1] 42/9
later [5] 26/13 37/17 46/4 68/17 68/19
latest [1] 32/14
Law [1] 2/2
lead [1] 74/17
lease [1] 11/6 12/5 12/8
least [3] 21/1 32/17 84/7
leave [1] 85/24
leaving [1] 74/19
left [4] 63/14 73/2 74/2 74/3

**L** (continued)

length [4] 22/3 45/8 45/11 67/9
less [13] 27/13 37/6 46/19 46/22 47/13
47/13 47/15 50/5 57/7 58/18 65/7 69/11
let [25] 8/9 9/21 10/13 15/21 22/16 22/18
23/2 28/2 28/18 35/11 38/19 40/9 43/19
49/22 53/23 55/12 59/12 59/13 62/9
62/1 68/14 69/1 81/2 81/22 85/13
let's [20] 8/21 9/4 9/5 11/5 14/23 17/5
20/17 34/14 34/16 36/3 47/3 47/4 62/17
66/21 76/25 79/18 81/10 82/24 83/13
86/3
letter [3] 27/19 27/23 37/21
letting [3] 17/15 17/20 55/3
levering [1] 85/8
Levin [1] 1/19
Lewis [2] 1/23 3/2
LexisNexis [1] 31/16
liabilities [1] 43/17
liability [3] 9/25 18/8 19/5
light [2] 28/6 77/11
like [45] 6/7 8/3 9/1 10/5 10/12 10/19
12/21 14/17 28/4 32/5 33/13 37/10 37/16
39/1 39/7 41/14 41/20 42/20 46/3 46/4
46/6 46/14 46/16 47/15 50/12 56/12
57/14 57/14 57/22 58/8 58/25 60/22 64/8
64/10 65/3 67/5 69/10 70/4 71/2 75/16
75/19 82/24 83/1 83/19 86/16
liked [1] 8/23
likely [2] 21/9 74/5
likewise [1] 49/11
limine [3] 67/23 67/24 82/23
limit [20] 51/3 56/9 56/11 56/25 57/2 57/3
57/12 59/24 61/25 62/1 63/4 64/16 64/25
65/4 65/7 65/16 67/23 68/2 71/10 84/2
limitation [8] 31/4 44/25 45/1 45/15 46/18
55/18 55/20 59/3
limitations [1] 47/7
limited [12] 3/6 3/11 3/17 19/14 38/5
55/16 57/11 65/7 67/9 71/4 71/7 86/5
limiting [6] 50/21 63/11 75/5 75/6 75/13
75/14
limits [4] 57/16 58/10 67/21 67/22
line [2] 6/12 67/18
lined [2] 38/21 69/10
lines [5] 21/14 45/10 45/10 71/8 71/8
lineup [1] 59/6
Liskow [1] 3/2
list [11] 9/7 11/12 15/2 34/22 35/18 53/25
58/20 66/12 74/21 81/9 86/3
listed [1] 48/11
listen [2] 28/3 71/3
listened [2] 27/15 57/10
lists [1] 34/19
litigated [1] 65/3
litigation [2] 54/17 55/5
little [19] 8/23 9/23 14/17 23/15 34/16
37/13 37/18 48/21 56/11 61/18 62/2
65/25 70/2 71/15 75/7 78/16 82/18 82/19
82/21
live [7] 32/14 39/12 39/14 40/21 49/10
61/21 62/16
LLC [6] 1/15 2/9 2/17 2/17 2/20 4/6
LLP [4] 2/20 3/8 3/13 4/9
loads [1] 13/13
location [2] 60/14 60/16
logical [1] 63/22
London [1] 14/21
long [5] 21/14 28/15 43/15 61/19 78/14
longer [3] 12/20 68/24 77/11
look [29] 8/19 9/13 9/16 10/23 11/2
11/15 28/1 28/5 34/14 35/8 38/13 43/1
43/2 47/4 47/4 50/5 53/22 54/12 55/9
56/13 59/11 61/6 64/12 67/18 71/2 73/20
74/3 76/10 78/12

**L**

looking [12] 11/1 13/19 14/18 29/3 40/15
47/8 50/21 50/23 56/23 59/3 69/8 85/11
looks [3] 9/16 39/1 86/8
Los [1] 2/22
lose [1] 50/6
lot [15] 14/3 17/17 18/14 30/7 32/16
40/10 42/9 45/21 50/8 61/15 61/15 61/21
62/3 64/13 64/19
lots [2] 14/5 41/14
LOUISIANA [15] 1/2 1/6 1/17 1/24 2/4
2/9 2/10 2/18 3/4 4/8 4/14 4/20 41/12
51/12 87/14
loved [1] 61/9
low [5] 14/16 17/17 17/19 42/21 62/2
low-speed [1] 14/16
LP [2] 4/7 4/10
LSU [1] 38/13
lunch [1] 40/14
Lynch [1] 15/17

**M**

M-I's [2] 31/3 31/5
machinations [1] 40/25
made [8] 17/23 41/19 42/5 58/18 60/1
61/21 75/22 76/23
Magazine [1] 2/3
MAGISTRATE [1] 1/12
magnanimous [1] 15/3
mail [27] 14/25 15/3 16/2 16/17 16/25
24/11 24/12 27/14 27/22 28/6 29/3 32/14
34/16 34/25 35/12 35/16 37/12 37/16
37/19 51/7 51/25 52/18 53/11 57/6 59/11
61/12 85/14
mailed [1] 10/8
mails [2] 8/22 35/8
major [2] 85/9 85/10
majority [1] 29/13
make [34] 12/5 15/3 16/14 22/19 24/3
30/3 30/16 30/21 31/1 35/15 35/18 35/20
36/23 41/19 45/9 46/15 46/19 48/1 49/9
51/15 55/6 58/19 58/24 59/14 64/18
65/10 66/6 68/14 69/2 69/9 71/17 72/10
73/18 86/23
makes [4] 11/11 61/15 64/13 76/22
makeups [1] 37/3
making [1] 21/18
manage [1] 56/24
manageable [1] 15/11
managed [1] 54/17
management [1] 7/12
managing [1] 75/12
mandrel [4] 9/22 9/24 10/8 10/13
many [10] 31/12 43/9 43/9 43/9 48/2
48/7 55/23 76/17 76/24 80/8
MARK [4] 3/14 13/9 34/24 74/17
marker [3] 25/11 51/9 63/10
MARTINEZ [1] 3/20
material [1] 78/6
materials [2] 34/20 46/20
math [1] 74/1
matter [2] 39/5 87/17
may [24] 11/17 11/18 17/9 20/24 21/6
21/10 24/22 25/20 29/20 43/4 44/4 47/18
51/1 57/25 62/12 63/5 65/18 65/19 68/2
77/11 77/20 81/5 81/10 85/22
maybe [20] 8/23 18/1 19/12 26/12 40/19
50/10 55/4 56/10 60/1 62/10 68/10 73/2
79/1 79/3 79/12 79/13 79/14 79/16 83/6
84/2
MAZE [3] 2/6 86/25 87/2
McCraney [1] 4/15

McCutchen [1] 4/9
McGeehan [1] 10/25
MD [1] 1/4
me [36] 6/17 8/9 8/20 9/21 10/13 12/14
13/22 14/8 15/21 16/11 22/16 23/2 28/18
31/15 36/6 36/14 38/19 40/9 43/19 49/22
53/24 59/12 59/13 59/13 60/8 62/3 62/9
62/21 66/14 68/14 69/1 71/4 75/25 81/2
81/22 85/13
mean [7] 30/5 30/23 39/1 51/11 60/10
74/15 74/15
meaning [2] 49/14 63/16
meant [5] 30/24 49/13 51/24 67/25 72/16
mechanical [1] 4/24
mechanics [1] 75/7
mechanism [3] 65/19 70/7 86/6
media [1] 42/9
meet [6] 29/2 37/10 37/14 37/17 52/25
58/8
meet-and-confer [1] 29/2
meeting [6] 10/7 37/15 52/9 57/5 59/13
84/19
meetings [1] 83/13
melded [1] 37/22
member [1] 41/17
memo [5] 36/4 39/15 40/3 40/11 44/22
mention [1] 9/21
mentioned [17] 15/22 16/14 16/24 27/15
30/22 33/4 34/3
mentioning [1] 35/16
MESTAYER [1] 4/13
met [3] 32/6 50/7 83/21
method [1] 70/22
methodology [1] 40/9
MEXICO [1] 1/5
mic [1] 35/25
MICHAEL [1] 3/9
Michoud [5] 9/6 11/6 11/13 11/17 12/4
mid [1] 59/18
midafternoon [1] 82/25
middle [1] 17/18
might [25] 8/18 8/22 11/8 11/14 12/7
14/16 15/1 32/4 37/4 37/22 45/16 48/13
63/6 68/6 68/12 70/22 73/2 75/9 75/10
78/17 79/5 80/18 81/6 83/20 85/18
Mike [4] 15/11 52/6 52/17 56/13
MILLER [6] 2/17 25/23 26/7 30/7 33/2
77/18
Miller's [1] 29/12
million [6] 42/15 42/16 42/16 42/18 42/18
42/18
mind [5] 8/11 20/22 57/18 75/8 75/18
mindful [1] 9/7
minds [1] 37/9
minimum [1] 65/10
minor [3] 65/25 69/4 83/1
minute [10] 29/14 29/20 36/16 44/9 46/7
46/7 74/11 74/12 74/13 86/21
minutes [22] 19/15 19/16 26/6 30/23
30/24 33/14 33/15 33/15 33/16 33/16
39/23 39/24 41/16 44/6 44/11 44/11 46/1
55/7 61/21 61/22 71/24 74/12
miscommunication [1] 32/13
misrepresentations [1] 42/5
miss [1] 35/4
missed [1] 35/2
Mississippi [2] 4/16 4/17
misunderstood [1] 30/22
Mitchell [1] 1/19
mode [2] 10/4 58/14
modeled [1] 74/1
Momber [7] 20/10 20/13 20/14 20/15
20/16 20/17 20/19

moment [1] 59/12
Monday [1] 59/18
MONDO [3] 21/25 23/22 23/22 23/22
23/22 23/23 27/24 31/18 80/23 81/2
82/25
money [3] 23/18 42/10 42/24
Montagnet [1] 4/15
Montgomery [1] 2/7
monthly [1] 14/1
months [1] 8/11
more [30] 6/25 8/18 14/17 17/9 24/16
26/18 37/17 37/19 41/4 42/23 42/24 43/5
47/3 47/5 48/8 50/10 51/22 52/4 57/20
57/21 57/22 57/24 60/1 61/4 62/25 72/16
76/22 78/10 78/19 85/10
Morgheim's [1] 15/14
morning [10] 6/3 6/10 6/11 20/4 29/4
37/18 39/25 40/1 70/15 70/16
Morten [1] 18/24
most [2] 29/24 45/19
motion [9] 10/3 15/22 16/14 16/20 16/21
16/24 22/20 31/15 31/18
motions [11] 22/2 31/16 67/22 67/22
67/23 81/2 81/5 81/7 81/9 81/12 82/23
mouth [1] 39/5
move [8] 9/17 19/1 21/21 31/17 31/19
31/19 82/18 84/18
moved [2] 14/13 18/17
moving [4] 19/3 57/9 68/12 82/4
Mr [3] 20/14 27/1 72/9
Mr. [28] 15/14 15/17 18/23 20/13 21/22
26/7 26/25 28/19 28/20 28/24 29/1 29/12
29/13 29/13 30/7 31/25 33/14 34/2 70/15
75/18 76/23 77/18 77/18 83/16 86/8
86/25 87/2 87/3
Mr. Adam [1] 33/14
Mr. Barr [1] 86/8
Mr. Dewers [1] 3/9
Mr. Gasaway [1] 26/25
Mr. Langan [1] 87/3
Mr. Lynch [1] 15/17
Mr. Maze [2] 86/25 87/2
Mr. Miller [3] 26/7 30/7 77/18
Mr. Miller's [1] 29/12
Mr. Momber [1] 20/13
Mr. Morgheim's [1] 15/14
Mr. O'Rourke [1] 83/16
Mr. Pollard [1] 29/13
Mr. Roy [2] 70/15 77/18
Mr. Roy's [1] 75/18
Mr. Sinclair [1] 76/23
Mr. Stevick [5] 18/23 28/19 28/20 29/1
34/2
Mr. Stevick's [1] 28/24
Mr. Strickland [1] 21/22
Mr. Sundaresan [1] 29/13
Ms. [1] 15/17
Ms. Harkavy [1] 15/17
much [14] 9/20 12/8 18/25 20/5 21/2
34/8 43/10 49/8 49/20 52/4 61/4 70/13
76/22 87/8
multiday [1] 45/16
multiparty [1] 52/23
Munger [1] 2/20
must [3] 14/22 61/7 67/10
mutually [1] 71/1
my [26] 8/9 8/10 8/13 8/19 19/21 22/17
23/8 24/14 26/10 30/21 34/10 36/10
37/16 40/3 44/1 48/19 52/18 60/25 61/8
63/17 66/15 71/17 72/10 75/2 76/6 83/11
83/22 87/15
myself [2] 6/23 85/15

**N**

name [3] 7/12 32/7 39/12

**N**

names [1] 53/4
narrow [3] 29/6 58/16 76/19
narrowing [1] 56/16
nascent [2] 61/5 61/6
nats [1] 35/12
nature [2] 19/13 73/14
naught [1] 24/22
necessarily [4] 70/11 75/21 77/6 77/8
necessary [4] 22/6 34/11 50/22 72/23
need [46] 10/20 11/16 11/23 12/3 12/5
12/5 12/16 13/18 15/1 15/2 16/19 21/1
21/16 23/6 23/8 23/13 23/19 26/5 29/22
45/11 50/18 51/9 56/9 56/11 56/13 56/17
58/20 60/7 62/18 64/6 64/12 64/20 65/8
65/10 67/13 71/12 75/4 75/4 75/4 79/6
81/18 81/21 81/22 83/11 84/2 84/22
needed [2] 8/14 78/10
needs [3] 28/19 70/24 72/14
negatives [1] 80/8
negotiation [1] 55/14
nerve [1] 14/22
NeunerPate [1] 4/12
new [14] 1/6 1/24 2/4 2/10 2/18 3/4 4/8
4/20 6/16 13/23 14/2 27/20 66/19 81/2
New Orleans [2] 6/16 14/2
news [1] 61/22
next [13] 11/25 12/19 12/23 15/12 18/12
21/20 39/11 60/22 68/10 80/23 81/12
81/14 84/18
nice [2] 13/25 14/20
night [9] 16/2 16/17 16/25 27/19 37/16
40/3 51/7 51/25 52/19
nits [1] 35/12
nits-and-nats [1] 35/12
no [46] 6/13 7/17 7/18 7/21 7/24 8/5 9/11
9/25 10/14 10/25 11/1 11/9 11/22 12/20
14/15 14/15 25/7 33/23 35/4 36/18 38/23
39/5 43/11 44/25 45/15 46/18 48/23 50/3
50/3 50/7 50/7 50/16 53/20 58/20 60/1
60/18 60/21 61/2 61/12 63/21 71/3 77/11
78/25 80/16 84/16 85/4
NOAA [1] 13/14
Noble [1] 4/16
Nods [1] 49/17
NOMELLINI [2] 3/14 74/17
nondeposition [2] 66/3 66/9
None [1] 67/5
nonobjective [1] 67/5
nonpreservation [1] 12/3
nonredacted [1] 73/3
north [11] 3/4 3/5 3/6 3/9 3/11 3/12 3/15
3/16 3/16 3/17 56/11
nose [2] 55/12 73/22
not [95]
note [2] 51/7 69/2
nothing [2] 42/20 84/20
notice [2] 54/2 86/7
November [1] 82/15
November 4 [1] 82/15
now [34] 7/10 8/11 10/2 11/5 11/24
12/10 12/23 19/6 22/20 23/2 27/6 29/9
32/12 34/1 34/6 34/12 35/24 45/14 49/11
54/4 54/5 55/21 58/23 59/18 60/18 63/2
63/6 63/15 71/3 73/2 77/11 78/1 79/21
82/3
numb [1] 83/9
number [45] 11/16 17/16 18/4 20/11
25/23 25/24 27/9 39/8 44/25 46/19 48/10
48/12 48/14 48/25 49/3 50/11 52/21 53/2
53/7 53/10 55/10 55/10 55/11 56/10
56/18 57/11 58/16 59/16 62/1 62/1 64/6
64/7 64/14 65/7 65/21 69/19 69/20 70/1
70/9 den 75/5 80/7 79/13 81/14
numbers [2] 20/12 42/20
NW [1] 3/9 4/10

**O**

O'ROURKE [4] 2/14 15/21 25/19 83/16
object [2] 26/4 74/21
objections [1] 39/3
objective [2] 66/24 67/12
obviously [15] 7/22 15/16 28/3 29/22
47/16 53/21 57/4 57/6 57/17 58/2 58/4
58/5 58/13 59/5 81/1
ocean [1] 18/7
October [4] 82/8 82/9 82/13 82/14
October 14 [1] 82/9
October 25 [2] 82/8 82/14
October 7 [1] 82/13
off [10] 16/7 18/17 27/15 33/17 34/9 37/1
40/14 46/1 60/8 74/13
offer [11] 17/12 18/5 19/7 19/22 31/10
33/13 45/6 45/24 49/7 52/12 71/5
offered [1] 71/7
offering [2] 26/17 77/21
office [4] 1/16 1/20 2/15 32/25
Official [3] 4/19 87/12 87/21
Offshore [2] 2/17 2/20
Oh [5] 13/24 66/14 67/19 68/15 80/16
oil [5] 1/4 1/4 18/6 42/7 52/15
okay [39] 8/15 12/19 13/7 14/10 16/9
16/10 16/13 18/10 18/11 19/10 24/1
25/18 26/14 26/23 28/11 28/18 31/14
31/24 34/1 34/14 39/10 41/7 44/13 60/22
61/4 64/2 68/6 69/1 71/5 72/10 73/15
76/1 77/14 78/2 78/21 80/6 80/12 82/3
84/13
old [5] 8/11 44/22 53/6 59/15 59/17
Olson [1] 2/20
on [234]
once [19] 7/6 15/3 34/4 40/8 55/12 66/15
73/6 73/6 80/1
one [86] 8/18 8/19 8/20 8/24 9/21 12/12
13/17 18/4 18/5 18/12 18/13 18/19 18/22
18/23 19/10 19/16 20/21 20/25 21/16
22/25 23/3 24/5 24/16 25/24 27/5 27/9
28/21 29/11 29/15 29/17 29/17 30/1 30/8
31/4 32/1 32/2 33/5 34/6 34/13 34/15
45/14 47/24 52/1 52/2 52/3 52/23 53/5
54/11 54/20 54/22 55/4 55/4 55/22 56/8
58/11 61/8 62/12 65/13 66/1 67/8 67/8
67/19 68/15 69/10 69/20 70/17 70/20
71/2 71/8 71/9 71/14 72/19 72/23 72/23
73/2 73/20 75/20 76/4 77/4 79/16 79/17
80/17 81/10 83/5 84/25 85/15
one-day [3] 23/3 24/5 33/5
one-page [1] 52/2
ones [3] 67/7 81/6 81/6
ongoing [1] 84/10
only [19] 19/17 24/6 24/13 24/16 28/21
33/10 34/6 45/4 46/1 50/1 52/1 55/4
55/16 58/5 61/8 66/12 73/11 77/4 78/12
onus [2] 11/11 53/22
oomph [1] 14/17
OPA [3] 43/17 84/18 86/20
open [5] 32/10 35/25 39/5 74/22 85/25
opening [17] 39/22 40/23 41/8 41/19
43/14 44/6 44/9 54/1 54/4 54/5 54/6 54/7
54/12 54/14 61/18 69/11 74/10
openings [2] 69/6 69/7
operator [2] 33/8 44/17
opined [1] 76/21
opines [1] 77/4
opinion [3] 18/5 73/1 80/1

opinions [19] 23/25 28/16 28/25 29/14
29/22 32/2 39/19 44/4 45/9 45/18 45/20
45/5 72/17 76/7 76/13 76/14 76/20 77/10
77/13 77/21
opportunity [14] 9/13 9/16 21/15 21/17
25/7 29/22 34/23 43/23 51/18 64/9 65/8
70/1 77/12 79/18
oppose [2] 74/14 77/24
opposed [1] 14/13
opposing [1] 76/2
optimist [1] 79/2
optimistic [1] 86/9
option [5] 82/6 82/7 82/12 82/13 85/25
options [1] 82/5
or [76] 6/18 9/8 9/25 10/1 10/3 10/3 12/3
15/12 17/8 17/13 18/22 19/9 19/16 20/14
23/16 24/15 26/24 29/14 29/15 30/11
30/15 31/1 31/3 32/22 35/23 35/24 37/14
37/25 37/25 38/10 39/19 41/25 44/10
44/19 45/4 45/5 45/9 45/10 45/10 46/7
46/8 46/9 46/20 46/21 47/2 47/15 47/15
48/3 48/13 48/20 50/11 50/11 52/14
52/24 55/4 56/7 56/10 62/14 66/1 71/8
73/3 74/2 74/11 74/19 76/19 77/23 78/15
79/14 80/23 82/15 84/3 84/23 85/2
orchestration [1] 46/10
order [29] 9/24 10/5 10/8 10/8 10/13
10/13 10/24 12/20 13/19 13/21 28/21
32/15 33/6 33/17 45/7 45/11 46/12 47/12
52/22 53/8 56/24 59/10 59/16 68/3 68/5
72/15 76/12 84/12 86/22
orders [1] 11/20
ordinary [1] 57/6
original [2] 54/3 61/20
originally [2] 44/10 73/2
Orleans [10] 1/6 1/24 2/4 2/10 2/18 3/4
4/8 4/20 6/16 14/2
other [36] 9/21 11/10 11/14 11/20 17/25
18/18 20/12 24/16 30/9 31/13 31/18 36/5
36/25 37/22 38/25 52/1 52/14 56/16 58/6
65/3 65/13 65/25 66/12 67/19 67/20 68/9
71/14 74/16 74/23 77/5 77/8 77/13 79/19
81/4 84/23 84/23
others [9] 35/11 42/5 46/6 75/11 76/19
77/18 77/23 81/10 85/15
otherwise [1] 38/10
ought [6] 17/8 22/20 22/21 37/14 37/14
80/2
our [63] 9/1 12/14 14/17 18/4 19/8 19/23
20/6 20/22 21/2 21/16 21/18 21/25 27/5
27/20 28/5 29/3 29/8 31/2 31/2 31/9 32/2
32/16 34/6 37/13 40/25 44/9 44/16 45/25
46/11 46/14 46/15 50/10 53/8 54/6 54/9
55/22 56/8 58/19 59/6 62/6 63/3 64/14
64/18 65/5 65/7 65/10 67/20 68/9 69/9
72/13 72/18 72/19 73/25 76/22 76/22
78/19 80/1 80/1 80/2 81/8 81/11 81/15
85/15
ourselves [2] 41/1 65/9
out [50] 8/9 8/22 9/1 9/6 10/7 12/24 13/6
13/12 17/21 19/7 22/8 22/25 24/25 25/1
25/8 30/3 31/12 31/15 32/18 33/12 35/8
35/16 36/3 37/7 37/8 39/15 41/1 41/20
44/7 50/5 50/8 50/12 53/12 54/25 56/6
57/2 57/6 59/4 61/3 61/12 62/4 64/9 67/9
68/7 70/2 72/8 75/19 76/6 77/12 85/8
outside [2] 10/20 70/8
outstanding [2] 28/24 31/25
over [11] 13/25 17/25 29/3 39/20 48/18
48/18 52/11 52/17 52/21 53/9 73/18
overburden [1] 47/10
overburdened [1] 47/16
overcomplicate [1] 77/1

## O

overdid [1]  47/25
overflow [1]  31/6
overlap [7]  20/8 21/5 25/3 47/15 49/1
56/1 78/8
overlaps [1]  65/14
overriding [1]  20/25
overview [1]  47/3
own [5]  14/14 40/25 44/9 68/9 73/8
ownership [1]  10/15

## P

p.m [1]  38/6
PA [1]  1/19
page [10]  5/2 39/19 50/11 52/2 67/21
67/22 67/23 68/2 71/9 71/9
pager [1]  61/20
pages [9]  43/21 44/4 50/13 54/3 54/6
54/11 54/19 70/9 73/2
painful [1]  45/19
Papantonio [1]  1/19
paper [2]  52/2 67/21
paragraph [1]  73/2
pare [5]  45/11 47/13 75/5 78/8 81/3
pared [2]  48/1 52/15
paring [2]  45/10 55/14
Paris [1]  14/22
part [33]  17/13 18/9 23/16 26/8 29/19
39/11 44/12 45/19 46/21 46/24 47/2 51/2
51/3 51/10 52/11 54/23 54/24 55/5 55/5
55/25 56/1 56/2 56/2 56/3 56/4 56/4 56/5
66/19 76/3 76/15 77/16 77/19 81/8
Part A [8]  46/24 54/23 55/5 55/25 56/1
56/3 56/4 56/5
Part B [4]  47/2 54/24 55/5 56/2
participants [3]  6/5 6/9 8/15
participate [1]  25/7
particular [7]  26/19 43/23 46/9 50/19
55/23 56/6 62/18
particularly [7]  8/3 26/4 33/10 50/22
54/13 61/19 85/23
parties [63]  11/14 29/20 30/9 30/15
34/12 35/4 35/15 37/17 38/3 38/4 39/2
39/8 39/12 39/23 39/24 40/24 40/24
41/10 43/21 44/24 44/25 45/10 45/24
48/11 49/10 49/15 50/18 51/8 52/2 52/11
52/18 52/24 52/24 53/3 53/5 53/22 54/15
56/18 56/25 57/5 58/9 58/15 58/25 63/9
63/11 64/15 65/17 66/2 66/4 66/23 67/3
67/21 68/11 69/9 69/12 72/16 72/21
74/18 77/8 79/6 80/20 85/18 86/3
parties' [1]  41/16
parts [4]  17/23 29/6 46/23 57/13
party [10]  12/21 25/9 28/8 28/8 39/4
48/12 51/1 55/15 76/2 76/13
past [1]  53/8
PAUL [2]  1/23 60/7
pause [2]  59/12 59/15
pay [1]  34/8
PC [2]  3/19 4/2
peel [1]  31/11
penalized [1]  71/12
penalty [3]  17/19 83/14 85/8
PENCAK [1]  2/14
Pensacola [1]  1/21
people [8]  8/20 11/2 26/10 35/13 83/22
per [8]  19/15 30/23 30/23 30/24 39/23
39/24 44/11 45/1
percent [1]  21/10
Perfect [4]  13/22 15/6 33/1 81/13
peril [1]  31/2
perilous [1]  63/25

period [2]  54/18 55/17
permit [2]  41/23 70/25
person [3]  55/4 55/4 81/18
personally [1]  44/7
perspective [1]  81/3
persuading [1]  36/25
PETRINO [1]  3/9
Petroleum [2]  44/6 4/9
phase [44]  12/12 17/14 17/23 18/10
18/13 18/19 18/20 18/23 20/21 20/21
20/23 20/25 25/10 29/17 30/1 30/8 31/4
36/4 43/22 45/14 45/23 47/24 52/3 52/5
52/23 53/5 69/10 71/2 75/20 76/4 76/5
80/17 80/18 81/10 83/11 83/14 84/6 84/7
84/8 84/9 85/1 85/9 85/17 86/4
Phase One [19]  18/13 18/19 18/23 20/21
20/25 29/17 30/1 30/8 31/4 45/14 47/24
52/23 53/5 69/10 71/2 75/20 76/4 80/17
81/10
Phase Three [1]  84/7
Phase Two [19]  17/14 17/23 18/10 18/20
20/21 25/10 36/4 43/22 45/23 52/3 52/16
76/5 80/18 83/11 84/8 84/9 85/1 85/17
86/4
phases [1]  84/23
phone [10]  6/4 6/5 6/9 7/15 7/19 8/15
8/19 22/22 24/10 81/19
pick [4]  50/9 64/22 64/23 82/11
picture [1]  44/2
pictures [3]  7/23 44/3 54/25
piece [2]  21/7 80/25
Pinhook [1]  4/13
pipe [7]  6/7 18/17 18/18 19/1 19/4 28/4
30/10
piqued [1]  18/9
pity [1]  32/4
place [3]  19/24 70/22 83/14
placeholder [4]  60/25 69/16 69/20 70/3
places [1]  61/24
plaintiffs [5]  1/15 1/19 1/23 2/2 65/1
plaintiffs' [3]  67/6 75/1 75/15
plan [1]  68/7
planned [2]  13/21 15/5
planning [5]  15/24 16/13 36/4 81/15 85/9
play [2]  38/15 43/4
pleadings [1]  18/4
please [4]  13/22 36/1 51/14 60/2
PLLC [1]  4/16
plopped [1]  18/9
plug [1]  40/12
plus [3]  54/6 54/11 54/19
podium [1]  39/6
point [48]  8/7 10/16 19/10 19/11 26/21
28/13 30/5 30/6 33/9 33/11 38/2 38/2
38/24 39/2 39/15 40/3 41/19 41/20 43/23
44/21 47/17 51/5 54/6 54/9 54/12 55/16
56/24 57/24 63/2 63/12 63/13 70/5 70/19
70/19 70/23 72/11 73/11 73/20 75/2
75/13 75/19 75/22 76/3 76/23 77/4 77/12
78/5 85/8
pointed [1]  31/15
points [5]  24/3 37/24 51/22 70/17 77/5
Polk [1]  4/6
Pollard [7]  16/16 16/2 17/9 18/5 19/9
24/14 29/13
polled [1]  80/20
pool [1]  48/10
pop [1]  32/18
portion [1]  28/16
portions [1]  31/11
position [9]  12/5 17/12 21/2 21/25 22/17
29/8 35/9 39/6 51/14
positions [2]  27/5 43/3

possession [1]  10/21
possibility [3]  38/25 59/25 74/10
possible [1]  20/6
possibly [2]  71/14 84/2
Post [3]  1/16 1/20 2/15
potential [1]  30/22
powers [1]  24/2
Poydras [5]  1/24 2/18 3/3 4/7 4/19
precautions [1]  42/1
precede [1]  46/9
prefer [1]  78/17
preference [1]  83/4
prejudiced [1]  26/22
premise [1]  65/2
preparation [3]  45/18 52/23 52/25
prepared [5]  22/7 23/21 47/12 47/18 84/5
preparedness [2]  41/23 46/25
preparing [2]  67/3 80/22
present [6]  43/14 46/22 53/9 56/20 76/15
84/11
presentation [1]  46/15
presentations [1]  54/15
presenting [1]  56/14
presently [1]  52/12
presents [1]  76/20
preservation [4]  11/21 11/21 11/23 12/2
preserved [1]  52/23
preserves [1]  65/1
preserving [1]  27/4
press [1]  43/2
presumably [2]  10/16 87/3
pretrial [1]  82/19
pretty [1]  37/7
preventer [3]  25/25 26/3 26/5
previous [1]  41/18
previously [2]  75/23 77/22
primarily [1]  41/24
prior [1]  42/2
priorities [1]  42/4
probably [3]  16/19 48/24 69/6
problem [19]  10/14 10/25 11/1 14/3
22/11 31/9 55/9 68/20 73/22 73/23 73/24
74/7 74/8 76/15 76/20 77/17 77/20 78/4
82/11
problems [4]  33/24 53/19 82/25 83/1
proceeding [2]  13/21 15/4
proceedings [4]  4/24 6/1 87/9 87/16
process [13]  29/1 37/6 37/18 41/6 47/1
56/4 62/23 63/5 64/21 65/1 70/21 74/17
75/3
Proctor [1]  1/19
production [7]  3/3 3/5 3/8 3/10 3/14 3/16
15/8
productive [3]  22/5 36/21 37/15
Products [3]  3/6 3/11 3/17
professional [1]  67/3
proffer [1]  77/12
proffered [2]  23/11 58/5
proffering [1]  23/13
program [1]  13/23
progress [1]  36/23
promise [2]  7/13 79/10
prompted [1]  47/22
promptly [1]  81/6
proper [1]  44/15
properly [3]  11/18 48/2 56/8
proposal [12]  12/1 33/25 46/14 49/9 50/4
53/11 53/21 54/3 61/21 62/2 72/18 74/22
proposals [1]  40/5
propose [3]  44/25 46/18 60/6
proposed [6]  11/12 12/20 13/19 33/13
39/20 84/11
proposes [1]  32/14

**P**

proposing [1] 37/6
prospect [1] 23/7
protect [2] 19/23 21/18
provide [3] 56/22 69/22 86/12
Proving [1] 37/9
prudent [1] 44/16
PSC [9] 25/10 33/12 33/14 41/10 41/24
59/4 76/18 77/23 84/17
PSC's [1] 86/23
PTO [1] 11/20
PTO 1 [1] 11/20
public [2] 42/5 65/11
publicly [1] 47/4
pull [7] 19/7 21/21 22/5 22/24 24/2 58/20
76/6
pulled [1] 60/8 82/22
pulling [3] 29/12 76/7 76/9
purchased [1] 72/6
purely [1] 78/8
purpose [2] 71/7 79/4
pursuing [1] 43/16
push [2] 10/9 10/12
pushed [1] 50/5
pushing [1] 54/8
put [27] 9/8 11/11 18/22 22/13 25/11
27/23 28/5 29/19 30/1 30/3 30/17 31/25
37/23 51/9 52/2 53/22 54/24 55/13 55/18
55/19 60/5 63/10 64/10 70/3 78/14 81/16
85/16
putting [6] 61/16 66/18 66/22 74/6 74/8
74/9
puzzling [1] 25/12

**Q**

quantification [59] 15/23 16/15 17/11
17/13 17/24 18/2 18/6 18/9 18/20 19/8
19/17 19/24 20/11 20/24 21/5 21/6 21/9
21/21 22/15 23/8 25/2 25/5 25/13 26/6
26/9 27/10 27/11 27/13 28/6 30/25 31/11
42/11 42/25 43/9 48/14 49/1 49/21 50/24
51/4 54/11 57/4 57/8 57/20 57/23 58/1
61/1 61/5 61/19 62/2 65/14 65/24 68/8
68/12 68/16 68/18 70/7 79/13 79/25
81/17
quarter [1] 37/12
question [10] 12/18 19/17 21/11 25/5
47/20 50/20 64/19 65/15 66/11 66/12
questioned [1] 18/23
questioning [1] 19/15
questions [1] 47/17
quick [2] 79/22 85/14
quickly [1] 51/19
quiet [1] 66/15
Quin [2] 4/15 4/16
quote [1] 77/8
quote/unquote [1] 77/8

**R**

radar [1] 85/16
Rafferty [1] 1/19
RAINES [1] 3/22
raise [2] 70/17 70/18
raised [4] 48/21 64/19 70/19 85/7
raises [1] 70/23
range [2] 42/13 42/21
rate [11] 18/21 19/2 19/3 23/11 33/7 33/9
37/5 37/15 41/8 42/6 62/4
rates [1] 30/11
rather [2] 44/3 75/9
Ravi [7] 16/16 20/10 27/11 27/13 27/16
27/20 28/12

re [2] 1/4 15/1
re-evaluate [1]
reach [1] 30/14
reached [4] 10/7 33/12 63/12 63/13
reacted [1] 18/16
reactions [1] 77/25
read [12] 45/3 49/5 56/14 63/1 70/10
71/10 71/16 73/13 75/8 75/18 82/23
86/22
reading [8] 45/18 46/20 70/10 73/1 78/4
78/6 78/9 78/20
ready [6] 10/9 36/5 38/18 54/22 74/17
86/24
real [1] 86/23
really [15] 13/24 14/20 26/17 33/10
36/18 37/5 43/21 46/24 52/15 58/13
61/16 70/10 70/12 70/12 83/4 84/5
reason [8] 28/19 33/7 43/20 68/1 78/3
78/10 81/19 82/8
reasonable [1] 47/24
rebuttal [3] 33/10 65/2 80/3
recall [4] 31/5 48/5 68/3 76/7
Recess [1] 71/25
Recognizing [1] 21/8
recollection [1] 24/14
recommend [2] 67/23 68/1
recommendation [1] 29/15
reconsideration [1] 10/3
record [14] 7/6 16/7 20/21 21/1 29/20
29/21 30/1 30/17 40/17 54/19 55/13
69/23 86/10 87/16
recorded [1] 4/24
red [1] 45/9
redact [6] 72/23 73/7 78/15 79/23 80/2
80/2
redacted [3] 29/25 75/23 76/2
redacting [2] 72/17 80/1
redaction [5] 76/5 76/10 78/5 80/5 80/1
redactions [10] 60/6 72/25 74/25 74/25
75/12 75/20 77/16 77/17 77/20 80/1
redacts [1] 77/3
reduce [4] 78/5 78/9 78/11 78/20
reducing [3] 70/9 73/13 79/3
redundancy [1] 47/15
redundant [1] 47/17
reel [1] 56/5
reeling [1] 83/8
reflect [1] 15/1
refurbished [1] 10/20
regard [4] 12/16 36/4 83/10 84/23
regarding [1] 86/20
regret [1] 32/2
regular [1] 81/15
regularly [1] 14/17
reining [1] 61/16
reiterate [1] 21/4
rejoined [1] 83/16
relate [1] 24/13
related [3] 25/5 52/13 62/3
relates [1] 43/7
Relative [1] 84/20
release [4] 9/22 11/12 11/21 11/22
released [1] 10/16
releasing [2] 12/2 12/2
relevant [2] 46/21 48/13
reliance [2] 34/20 66/12
relief [2] 52/13 56/15
relies [1] 20/19
remainder [1] 11/8
remaining [1] 15/2
remains [1] 30/3
remember [6] 9/22 9/23 25/15 56/1 69/5
76/11

remembered [1] 59/20
rendered [1] 77/10
reopened [1] 7/11
report [16] 11/3 29/7 29/21 29/25 30/5
31/11 47/14 55/13 55/17 55/19 76/1 77/3
80/22 81/11 83/24 84/11
Reporter [3] 4/19 87/13 87/21
reports [14] 29/18 30/20 45/3 45/4 59/3
72/24 73/8 73/9 76/10 77/7 78/7 78/15
78/16 79/24
representations [1] 42/4
request [2] 13/20 21/21
require [1] 64/4
required [2] 12/21 79/23
reschedule [1] 22/5
reserve [2] 10/15 76/8
reserved [1] 26/13
respect [12] 25/1 25/9 25/13 26/18 30/6
30/10 30/15 32/11 42/11 61/5 62/4 64/15
respond [2] 55/16 71/13
responding [1] 55/15 62/7
response [4] 16/25 44/1 45/6 67/1
responsibility [1] 10/18
responsible [2] 10/17 44/18
responsive [1] 58/13
restrictions [1] 70/21
result [1] 77/21
return [1] 13/3 32/24
returned [1] 13/8
returns [1] 63/2
revised [2] 30/5 81/14
revising [1] 30/19
revisit [2] 50/18 50/25
RICHARD [3] 4/3 32/7 32/8
Richeson [1] 4/6
ride [3] 14/4 14/16 14/17
Ridgeland [1] 4/17
riding [1] 14/4
rig [3] 1/4 18/6 18/17
right [35] 9/4 9/19 13/7 15/13 22/20
22/23 25/18 26/24 27/16 28/23 29/9 34/6
34/12 35/24 37/8 40/6 48/24 50/3 52/6
52/7 54/10 55/7 56/10 58/2 59/11 59/18
60/15 66/8 71/11 78/1 78/21 79/10 80/7
82/20 83/5
rightful [1] 20/18
rights [1] 10/15
risks [1] 42/1
RITT [2] 52/13 56/15
Road [2] 4/13 4/17
Rob [19] 9/9 10/24 11/7 15/7 34/23 35/8
52/8 53/18 59/22 62/14 68/22 69/3 79/23
80/7 83/19 83/21 84/15 85/6 86/15
Rob's [2] 37/21 62/2
ROBERT [2] 3/8 4/7
role [3] 17/13 31/3 66/25
rolling [4] 8/21 11/24 15/8 17/1
Ronquillo [2] 3/19 4/2
room [4] 4/19 82/19 82/22
Rouge [2] 38/16 38/20
roughly [2] 42/13 42/14
round [2] 23/18 83/25
route [1] 76/5
Roy [5] 1/15 1/16 70/15 72/9 77/18
Roy's [1] 75/18
ruin [1] 32/8
rule [12] 77/2 77/15 77/24 77/25 82/23
83/23 84/11
Rule 16 [1] 84/11
Rule 26 [1] 83/23
rules [1] 76/8
ruling [2] 16/21 19/19

R

rulings [1] 80/18
running [1] 73/12
runs [1] 39/5
RUSSELL [1] 3/15
RYAN [3] 3/15 7/19 7/20

S

Safe [1] 87/8
safety [5] 47/1 56/4 75/3 80/16 82/3
said [25] 9/11 10/19 16/17 20/6 20/8
21/20 22/1 25/23 25/23 26/7 27/10 30/23
34/22 37/10 37/16 44/23 47/4 47/4 51/12
57/17 58/23 63/15 71/2 72/14 85/8
SALLY [1] 1/11
same [15] 7/12 21/2 21/13 25/11 30/4
39/19 45/20 50/25 53/6 64/15 69/13
69/14 69/16 71/6 71/14
SARAH [24] 2/13 6/4 6/4 6/12 8/23 8/25
13/14 14/23 16/25 22/10 22/24 32/18
47/25 50/14 62/9 62/22 64/3 66/21 67/15
69/2 70/4 71/19 79/10 79/21
sat [3] 37/13 45/18 81/7
Saturday [4] 24/12 31/16 31/20 38/15
save [1] 86/3
saw [4] 16/2 16/17 18/19 81/9
say [31] 6/23 8/6 9/9 14/22 16/4 21/20
27/16 32/15 33/22 38/4 42/4 43/13 44/5
51/1 56/24 61/14 62/21 63/2 69/3 77/24
77/25 80/13 80/23 81/2 82/8 82/24 83/24
84/3 85/10 85/13 85/20
saying [12] 9/24 19/19 22/12 44/7 46/12
49/2 55/17 56/3 59/24 59/25 60/19 63/21
says [5] 25/25 28/14 46/8 49/19 76/13
scale [1] 50/17
scared [1] 22/24
scenes [1] 45/17
schedule [6] 22/4 22/25 32/3 34/6 38/14
85/24
scheduled [4] 23/23 34/3 82/20 83/1
scheduling [2] 33/20 84/12
Schell [1] 4/6
scope [3] 56/19 75/14 76/21
Scott [1] 14/11
scrape [1] 74/13
scratching [1] 37/13
screen [1] 85/16
Search [1] 59/21
season [1] 38/12
seat [1] 6/3
seatbelts [1] 15/9
second [17] 8/20 11/22 16/1 16/3 20/23
26/1 26/12 27/18 30/6 31/8 31/8 39/17
68/24 70/18 71/17 72/10 77/16
Section [2] 1/5 2/12
secure [1] 60/16
security [1] 35/18
see [35] 8/20 8/25 9/4 11/5 12/16 17/3
18/8 22/19 22/22 24/2 26/10 26/11 27/1
28/14 48/21 52/5 57/15 58/9 59/12 68/1
71/20 74/4 74/5 77/16 77/25 79/14 79/15
79/19 81/1 81/4 81/19 83/1 84/1 86/5
86/15
seeing [1] 45/20
seem [1] 25/23
seemed [2] 16/4 49/4
seems [1] 62/2
seen [2] 43/2 80/1
segment [1] 43/24
segments [1] 27/7
segregating [1] 50/23
selection [2] 64/21 64/25

send [3] 10/9 10/12 37/8
sending [1] 66/16
sense [4] 11/11 61/15 61/21 64/14
sent [12] 8/22 9/7 16/25 29/3 34/25 35/3
35/8 35/16 36/3 37/7 39/15 51/25
separate [3] 64/5 68/17 74/7
separation [1] 47/11
September [8] 38/6 38/6 66/13 66/16
68/15 69/5 69/8 82/7
September 16 [1] 38/6
September 19 [1] 38/6
September 3 [2] 66/13 66/16
September 30 [1] 82/7
September 4 [3] 68/15 69/5 69/8
sequence [2] 72/21 73/8
sequencing [1] 74/25
serves [1] 65/6
service [1] 43/16
Services [2] 3/19 4/3
session [1] 36/21
set [9] 15/4 15/10 21/15 28/12 28/22
32/12 72/3 80/24 85/2
settled [2] 26/3 67/4
seven [1] 46/12
several [1] 50/7
Shakes [1] 49/18
shared [2] 51/24 52/3
she [5] 9/7 12/12 12/13 13/13 44/23
She's [1] 12/14
shock [1] 85/13
shocked [1] 83/7
shopping [1] 72/5
short [6] 27/23 45/5 54/17 63/5 67/2
69/16
shortly [1] 85/17
should [29] 7/7 8/23 9/8 11/25 12/4
17/13 22/1 22/6 22/21 23/23 26/12 27/13
30/4 38/4 44/17 49/25 52/18 56/11 57/2
61/2 65/17 68/23 69/6 73/5 77/2 77/4
77/12 80/10 81/6
shouldn't [2] 48/23 81/20
show [7] 7/24 8/2 9/3 41/14 44/3 46/4
58/20
show-and-tell [1] 7/24
shows [1] 61/22
Shula's [1] 71/6
SHUSHAN [1] 1/11
side [27] 39/23 39/24 41/16 43/22 44/11
44/23 44/24 45/1 56/8 57/4 57/8 57/21
57/23 58/3 58/4 58/6 61/11 68/8 69/18
72/14 72/19 73/4 73/10 75/1 75/15 83/22
84/5
sidebar [1] 72/1
sides [3] 45/7 57/13 58/14
sign [1] 37/1
significant [1] 82/25
significantly [1] 64/8
silence [1] 83/6
similar [7] 10/5 10/12 20/7 33/3 53/7 57/8
73/7
simplify [1] 77/3
simply [1] 65/19
since [3] 36/14 50/8 70/19
SINCLAIR [2] 2/6 76/23
single [1] 34/5
sit [4] 31/6 41/19 51/23 72/11
sitting [1] 8/13
situation [1] 17/10
situations [1] 20/6
six [10] 41/9 45/24 46/13 47/8 60/6 72/14
72/20 76/16 76/24 78/19
skeptical [1] 86/8
sketchy [2] 67/1 67/2

slice [1] 62/19
sling [1] 36/6
slot [1] 46/16
small [5] 18/5 18/10 19/10 24/7 71/15
smaller [2] 12/8 70/1
smooth [2] 62/24 62/25
snippets [2] 71/15 73/21
so [143]
software [3] 4/25 5/5 12/24
solution [2] 30/22 65/21
solutions [1] 19/2
some [60] 6/19 7/4 11/6 11/17 11/17
15/11 17/12 17/18 17/19 17/24 17/25
19/22 20/8 20/19 21/5 21/5 21/7 22/19
25/2 27/14 28/3 28/6 28/19 28/24 29/6
29/25 30/9 30/14 31/12 36/23 37/17
37/19 37/20 37/21 37/24 39/18 40/5
40/11 44/4 44/6 46/5 48/5 50/14 51/13
52/15 56/1 56/11 61/16 70/24 73/18 75/7
77/20 78/8 80/11 82/22 83/22 84/1 84/2
84/3 84/11
somebody [6] 7/24 25/25 32/22 33/4
77/22 77/23
Somehow [1] 70/13
someone [2] 45/18 66/14
something [31] 7/23 7/24 8/2 9/9 16/11
19/6 21/13 25/25 26/11 32/23 38/7 40/19
46/8 46/12 46/13 46/16 47/20 49/7 49/14
50/12 52/16 60/19 62/16 63/9 66/14
66/19 69/3 73/7 74/10 74/11 81/21
sometime [1] 68/10
sometimes [1] 81/7
somewhat [2] 20/6 52/24
somewhere [1] 42/22
son [2] 8/10 8/15
soon [3] 13/13 32/24 75/4
sooner [1] 36/2
sorry [9] 16/8 16/9 29/10 32/8 35/24
67/25 82/1 82/1 83/4
sort [9] 20/22 26/4 27/4 33/2 40/4 44/20
63/4 68/11 85/14
sought [1] 9/5
sound [1] 6/14
sounds [3] 8/3 59/10 83/19
source [56] 17/24 21/5 21/7 21/11 25/3
25/4 25/12 28/20 33/4 33/6 33/17 34/4
34/9 36/19 38/4 41/21 42/8 42/23 43/6
43/22 44/16 46/23 47/11 48/7 48/13
48/25 49/2 49/4 49/16 49/20 50/23 51/2
51/14 51/15 52/14 53/5 54/11 54/21 57/5
57/21 57/25 58/1 60/24 61/11 64/16
65/14 65/23 69/18 72/14 75/15 78/22
79/12 81/15 81/23 86/4 86/5
South [1] 1/21
space [1] 38/21
speak [2] 6/17 39/1
speaking [3] 55/4 55/5 62/11
specific [2] 29/6 41/4
specifically [1] 17/7
specifying [1] 64/11
spectacular [1] 6/24
speed [1] 14/16
spend [2] 43/1 54/23
spending [2] 23/18 23/19
spent [1] 42/10
spill [3] 1/4 26/7 62/8
spills [1] 25/24
split [1] 39/9
stack [2] 11/24 73/9
stacked [1] 32/16
stage [2] 20/11 68/24
stagger [1] 59/1

**S**

stake [6] 42/24 42/24 42/25 43/5 43/8
44/15
stamped [2] 66/3 66/8
stand [3] 45/20 55/13 78/14
start [11] 9/5 9/11 53/24 72/22 74/9 82/4
82/7 82/13 84/6 84/7 87/6
started [1] 83/23
starting [4] 15/12 59/6 68/17 86/24
state [7] 2/5 2/9 4/15 38/19 61/5 65/9
86/20
statement [5] 41/19 43/14 54/13 54/14
56/14
statements [9] 39/22 40/23 41/9 54/1
54/4 54/5 54/6 54/7 61/18
states [19] 1/1 1/12 2/12 23/11 23/16
25/2 26/2 30/13 33/15 36/21 41/11 42/12
51/8 53/4 57/7 57/15 58/9 67/7 87/13
stations [1] 13/25
statistical [3] 47/1 56/3 75/3
statistically [1] 41/25
stay [1] 11/8
stayed [1] 73/18
steal [1] 60/10
Steed [1] 4/17
Steering [1] 67/6
STEFANIE [1] 3/21
stem [1] 42/7
stenography [1] 4/24
step [1] 56/21
steps [1] 84/4
Sterbcow [2] 1/23 1/23
Steve [3] 6/7 6/11 15/21 16/1 16/6 16/9
25/19 25/21 26/19 27/10 27/15 83/18
85/8
STEVEN [1] 2/14
Stevick [5] 18/23 28/19 28/20 29/1 34/2
Stevick's [1] 28/24
stick [2] 14/1 55/8
still [3] 50/1 70/1 83/8
stipulated [1] 84/1
stipulations [8] 17/18 30/14 84/2 85/1
85/9 85/18 86/4 86/15
stop [2] 44/17 63/6
stored [1] 9/6
straight [1] 82/8
streamline [3] 53/23 85/23 86/6
streamlining [1] 29/16
Street [13] 1/17 1/21 1/24 2/3 2/10 2/18
3/3 3/9 3/22 4/7 4/10 4/19 35/17
stricken [1] 29/25
Strickland [3] 16/16 21/22 24/17
strike [2] 15/22 22/2
stroking [1] 36/25
strongly [2] 74/14 74/22
struck [1] 53/3
structure [2] 61/16 75/9
structured [2] 58/19 58/24
stuff [2] 26/7 47/14
stunned [1] 83/6
sturdy [1] 14/16
subcategory [1] 13/17
subject [2] 76/14 77/4
submission [1] 66/16
submit [2] 13/21 80/23
submitted [1] 29/19
submitting [1] 48/20
Subpart [4] 41/21 41/22 41/23 42/3
Subpart A [2] 41/21 41/23
Subpart B [2] 41/22 42/3
subscriber [1] 14/1
subset [1] 25/6

succeed [1] 46/9
such [6] 9/11 16/23 55/22 55/23 69/14
78/3
sufficient [1] 64/18
suggest [4] 65/4 66/1 68/10 69/14
suggested [2] 71/1 77/16
suggesting [3] 32/12 79/23 80/5
suggestion [2] 29/12 73/20
suggestions [3] 29/7 40/11 81/5
Suite [10] 1/17 1/21 1/24 2/18 3/3 3/22
4/4 4/7 4/13 4/17
sum [1] 78/11
summaries [6] 66/13 66/17 66/18 66/22
67/5 67/13
summarizing [1] 20/1
summary [3] 66/24 67/6 67/12
Sundaresan [8] 16/16 17/8 17/9 19/9
22/12 22/13 23/9 27/9 29/13
Sundaresan's [1] 17/2
support [3] 4/12 74/6 78/1
supports [1] 76/24
sure [28] 6/8 18/13 20/13 21/18 25/14
25/21 26/19 30/3 30/16 30/21 31/1 33/8
35/13 35/18 35/20 46/19 48/1 53/14 55/2
55/6 59/14 64/4 68/14 69/9 72/4 74/24
75/24 81/17
surface [2] 25/24 26/7
suspect [1] 70/14
sways [1] 43/7

**T**

table [1] 60/5
tailgate [1] 38/21
take [21] 9/25 10/23 14/1 19/1 22/16
22/25 32/4 34/14 36/6 39/25 40/14 42/19
44/4 48/3 48/9 62/11 69/14 73/25 74/12
76/10 86/3
take-and-carry [1] 9/25
taken [4] 14/12 22/4 44/7 48/2 84/3
takes [1] 12/19
taking [7] 10/21 12/13 27/15 28/5 35/21
65/6 83/14
talk [42] 9/20 13/14 13/17 15/3 17/17
17/18 19/3 23/3 24/1 25/4 26/10 37/15
40/6 40/11 41/25 43/21 45/11 50/10
52/25 55/25 56/7 56/12 57/15 58/11
62/17 63/9 63/11 64/6 64/9 64/20 64/24
65/9 66/21 68/9 68/11 69/6 69/12 74/18
79/25 83/14 86/1 86/14
talked [8] 18/14 31/10 37/20 40/20 49/12
52/11 65/17 72/17
talking [15] 11/5 30/4 33/19 40/7 45/25
56/17 59/2 60/24 61/11 63/5 69/5 69/19
75/9 76/16 87/6
talks [2] 52/3 84/10
taller [1] 36/15
TAMERLIN [1] 2/21
targeted [2] 29/6 78/19
taxing [1] 8/7
taxpayers [1] 23/19
team [7] 36/19 66/15 85/15 86/23 86/24
86/25 87/3
technical [3] 47/5 56/5 75/2
technically [1] 20/23
teed [1] 28/1
teeth [3] 53/19 53/20 55/21
telephone [1] 81/21
tell [9] 7/24 32/8 43/1 43/23 58/17 59/5
60/13 67/10 72/21
telling [1] 66/14
ten [1] 71/8
tendency [2] 67/20 67/20
tendered [2] 77/22 77/23
tent [2] 55/12 73/22

term [1] 41/13
terms [15] 8/9 10/20 11/7 11/3 42/6
42/25 45/16 45/18 46/15 57/9 63/3 68/7
69/10 74/20 81/8
test [2] 84/18 86/20
testifies [1] 30/25
testify [2] 23/20 47/13
testifying [2] 23/7 72/22
testimony [16] 45/9 46/9 50/23 50/24
51/1 51/2 56/19 57/21 59/4 70/9 70/11
72/24 73/21 74/9 75/6 75/14
Texas [2] 3/23 4/4
than [14] 6/25 42/25 43/8 48/8 49/8
49/20 57/24 60/2 63/1 68/25 74/8 75/9
80/21 83/5
thank [20] 11/4 13/11 15/6 15/19 19/25
20/2 22/9 25/18 27/8 31/23 34/17 35/2
35/6 53/16 53/17 59/17 71/18 71/24
73/14 87/8
thanks [2] 62/22 69/2
that [472]
that's [73] 8/17 9/18 10/14 10/22 12/22
13/10 18/9 18/10 19/10 20/1 21/10 22/23
23/17 23/21 24/16 26/11 26/16 27/20
27/24 27/25 27/25 29/19 30/5 32/23
35/20 38/7 40/6 40/19 40/21 41/3 41/13
42/21 44/20 45/23 46/7 47/8 47/17 47/24
48/1 48/10 48/15 48/16 48/24 49/19 50/3
52/3 52/16 52/17 54/25 56/16 57/18
60/14 60/15 62/3 62/15 63/9 65/14 66/19
70/25 73/3 73/21 74/7 75/16 76/9 76/16
79/25 82/8 82/11 82/12 83/12 84/21
85/12 85/22
their [29] 7/25 21/10 29/14 29/21 29/23
31/11 36/19 37/11 43/13 43/14 43/21
50/18 51/3 54/20 54/25 55/19 59/5 64/23
67/1 67/2 71/13 71/13 74/20 75/5 76/19
77/7 77/11 78/16 82/22
them [25] 10/11 10/21 12/2 14/4 14/4
14/5 22/6 25/1 26/3 26/4 26/19 27/15
29/22 32/5 51/3 55/23 58/11 67/13 72/25
74/6 75/4 75/12 78/14 78/19 80/4
themselves [4] 26/5 41/18 54/18 75/1
then [39] 15/16 17/5 22/8 24/4 24/8 28/2
28/16 29/22 31/18 39/8 40/14 40/22
41/19 51/23 53/5 54/3 55/15 56/5 58/4
59/5 62/10 62/15 64/6 65/8 67/3 67/7
67/12 68/6 68/9 70/22 71/4 72/11 72/22
76/20 80/2 80/24 81/11 81/16 82/14
theoretical [1] 11/22
Theoretically [2] 10/25 11/1
there [71] 7/13 8/18 9/24 11/15 11/16
16/11 17/17 17/22 17/24 18/3 18/4 18/14
19/7 20/8 21/4 21/6 22/8 25/3 25/3 27/14
28/19 28/23 29/11 30/3 30/7 30/14 32/10
32/13 37/2 37/3 41/3 43/5 45/15 45/19
46/23 46/25 48/5 49/1 49/21 50/13 52/21
55/8 56/24 57/3 57/20 58/23 59/24 61/3
64/25 65/21 65/25 66/20 68/2 69/25
70/22 70/23 70/25 71/3 71/11 74/4 74/12
76/12 78/7 80/8 80/9 80/21 81/3 83/10
83/19 84/21 84/21
there's [34] 9/20 10/2 11/21 11/22 12/3
14/5 17/16 25/5 38/9 42/9 47/1 47/1 47/3
47/5 47/14 50/8 55/3 55/10 55/11 55/14
56/3 56/4 57/8 58/20 61/2 61/15
62/3 64/7 65/13 70/7 74/2 77/19 84/25
these [17] 16/24 19/16 19/19 20/19 23/3
28/3 28/7 29/18 32/15 40/5 51/10 65/21
70/21 76/21 77/13 78/6 81/17
they [59] 6/5 7/11 10/12 10/16 10/20
10/20 10/20 11/13 13/18 13/20 13/21
13/25 14/3 14/20 19/15 19/22 21/10

**T**

they... [42]  22/13 25/1 26/5 29/2 31/9
34/22 35/13 38/15 38/19 41/25 47/13
53/12 54/23 54/24 55/17 55/18 59/4 60/8
61/11 64/24 65/22 66/25 66/25 68/18
68/25 69/22 71/13 71/21 71/22 72/24
73/6 73/6 75/8 77/7 77/10 77/10 77/13
78/13 80/1 80/2 86/11 86/12
they're [1]  14/15
thing [16]  9/21 11/7 27/18 28/2 29/11
30/4 36/3 47/7 58/11 61/14 67/19 69/4
69/20 71/6 71/11 84/25
things [11]  12/3 18/15 18/16 27/9 36/25
37/19 37/20 39/16 66/1 72/19 85/16
think [133]
thinking [9]  13/3 37/14 39/20 39/23 57/19
61/20 62/7 62/10 62/20
thinks [3]  9/7 16/17 48/13
this [79]  6/6 8/6 9/18 10/6 13/17 17/1
19/7 19/12 19/12 20/23 21/13 22/18
22/19 23/2 23/17 23/20 24/18 24/21 25/6
25/19 27/22 28/1 28/3 28/9 28/13 29/4
29/17 33/9 35/16 37/18 39/2 39/11 40/2
40/10 41/9 42/1 44/5 46/10 47/5 47/6
48/12 50/2 50/9 51/1 52/4 52/5 53/8 54/1
55/5 56/24 57/11 58/19 61/12 61/15
61/17 64/20 65/2 65/16 67/12 68/8 69/13
70/19 70/21 73/6 73/12 73/16 73/17
74/19 75/9 76/17 77/1 77/13 78/4 78/7
79/5 79/22 79/24 86/2 86/2
Thomas [1]  1/19
those [43]  11/17 11/17 12/1 12/4 14/16
15/17 17/4 17/4 17/25 19/10 19/13 19/18
19/21 19/21 20/12 21/2 22/3 23/13 24/7
25/14 30/15 30/17 30/25 41/14 45/4
50/25 53/3 54/17 56/5 56/19 62/18 67/9
69/21 72/21 72/24 74/3 74/6 76/14 77/25
85/5 85/21 85/22 86/10
though [4]  40/7 49/1 62/9 81/20
thought [11]  25/12 32/12 33/21 41/1 41/5
43/24 51/11 64/14 64/15 64/16 83/6
thoughts [1]  19/21
thousand [1]  44/2
three [6]  15/8 39/8 40/14 54/10 82/5 84/7
throat [1]  8/16
through [9]  15/2 15/3 51/20 65/17 67/18
68/11 82/8 82/12 82/15
throw [2]  42/20 50/12
throwing [2]  74/10 74/11
thrown [2]  50/20 74/13
thunder [1]  60/10
Thursday [1]  78/23
tight [1]  49/4
time [48]  15/18 17/4 20/22 21/15 22/3
22/6 23/8 23/14 32/15 33/3 33/6 36/2
36/5 39/3 39/9 40/6 40/16 41/13 43/14
44/10 45/1 45/15 45/25 46/15 46/20
48/17 52/4 54/23 54/24 55/17 55/18 59/7
61/23 63/4 63/20 64/6 64/16 65/4 71/3
71/9 71/12 73/1 73/9 76/22 78/14 82/12
82/12 82/23
timed [1]  81/16
timeline [19]  19/24 37/20 39/22 44/23
45/12 47/21 66/2 67/14 81/14
times [2]  16/24 41/14
timing [1]  74/25
tinker [1]  22/24
TO's [1]  9/24
TO/HESI [1]  67/8
today [8]  7/23 17/1 27/24 58/17 63/10
72/7 83/11 85/20
together [13]  37/5 37/23 48/2 48/3 52/2

told [3]  6/7 7/10 31/5
TOLEDO [1]  3/21
Tolles [1]  2/20
TOM [2]  2/13 65/22
Tom Hunter [1]  65/22
Toni [5]  4/19 4/21 87/12 87/20 87/20
Tony [1]  83/21
too [8]  8/8 18/14 49/24 53/9 61/19 73/5
76/17 76/24
took [4]  36/25 42/1 53/1 53/2
tool [2]  52/13 56/15
top [6]  8/16 14/5 34/9 52/13 56/15 61/20
Top Hat [1]  52/13
topic [6]  35/7 62/19 69/13 69/14 69/16
79/25
topics [2]  55/23 56/7
Torres [1]  2/1
Torres-Verdin's [1]  32/11
total [8]  19/17 29/15 40/16 43/1 45/14
48/7 50/11 58/3
touch [2]  19/15 48/7
touched [2]  19/18 48/7
town [3]  12/10 12/11 13/13
tracks [1]  14/5
traffic [1]  27/14
tranche [1]  11/25
transcript [2]  1/11 87/15
transcription [1]  4/25
transcripts [1]  48/21
Transocean [37]  2/7 2/17 2/18 2/20
2/20 2/21 9/6 15/23 16/20 17/11 18/2
18/8 18/22 19/5 19/14 21/3 21/14 22/12
23/10 25/12 26/22 30/7 30/18 30/13 30/24
33/11 33/15 41/10 42/8 42/24 43/4 43/5
43/11 43/12 44/8 57/15 77/3
Transocean's [2]  16/14 22/15
transpired [1]  30/9
transportation [1]  10/17
travel [2]  81/20 87/8
Trevor [1]  65/22
TREX [3]  66/3 66/7 66/8
TREX-stamped [2]  66/3 66/8
trial [28]  16/15 18/13 23/13 23/20 26/6
26/9 36/4 38/5 38/5 39/9 40/16 40/18
41/9 46/22 52/25 58/19 71/2 71/16 73/21
82/4 82/6 82/12 84/9 85/23 85/24 86/6
86/23 87/3
tried [1]  14/21
trimming [1]  81/9
truck [1]  9/8
trucks [1]  14/5
true [1]  87/14
try [16]  14/22 17/3 20/5 22/5 24/25 33/12
37/18 42/6 58/14 58/16 75/8 75/9 75/10
75/24 76/19 82/9
trying [8]  14/18 19/7 29/5 68/7 75/18
77/18 81/3 85/21
Tuesday [6]  15/12 22/18 35/15 35/20
79/12 80/23
turn [1]  71/4
turning [1]  71/20
Tusa [5]  4/19 4/21 87/12 87/20 87/20
two [80]  12/23 17/14 17/23 17/23 18/1
18/3 18/10 18/20 19/10 19/11 19/13
19/18 20/21 22/14 23/9 23/24 24/3 24/7
24/9 25/3 25/10 25/14 25/23 25/24 28/7
28/12 28/13 28/17 28/19 29/5 29/7 31/9
31/20 36/4 36/18 37/25 38/24 40/14
40/22 43/22 44/23 45/23 46/1 46/13
46/23 47/9 51/22 52/3 52/12 52/16 54/5
54/6 54/22 56/10 56/11 57/13 59/25 60/2

57/7 66/18 66/22 67/7 71/23 82/22 84/17
85/2
two-cornered [1]  28/7
two-day [3]  23/24 24/9 28/13
type [3]  42/1 56/16 69/11
typically [2]  28/8 40/13

**U**

U.S [9]  2/12 17/16 17/20 22/1 22/20 25/8
33/16 51/13 53/4
Uh [1]  10/10
Uh-huh [1]  10/10
ultimately [2]  37/5 51/15
unanimity [1]  80/21
under [8]  7/12 18/2 18/6 39/22 55/12
64/8 65/16 73/22
underline [1]  27/11
understand [14]  7/11 8/21 13/18 22/12
32/13 45/2 54/16 56/6 60/3 63/17 64/7
64/7 74/24 75/24
understanding [6]  17/9 48/19 49/5 73/16
73/18 87/16
understands [1]  17/12
understood [1]  78/4
undisclosed [2]  60/14 60/16
unforeseen [1]  32/23
unitary [1]  21/1
UNITED [15]  1/1 1/12 2/12 23/11 23/16
25/2 26/2 30/13 42/12 51/8 57/7 57/15
58/9 67/7 87/13
United States [11]  23/11 23/16 25/2 26/2
30/13 42/12 51/8 57/7 57/15 58/9 67/7
unless [4]  7/24 22/23 32/22 55/13
unlike [2]  14/2 45/14
unlikely [1]  23/20
unlimited [2]  55/10 55/10
unquote [1]  77/8
until [7]  13/20 64/22 64/24 70/18 77/24
84/7 84/9
up [55]  6/7 6/17 9/5 10/13 10/21 11/11
13/13 14/4 14/5 15/4 18/7 19/18 19/19
20/22 21/19 21/22 26/24 27/22 28/1 28/1
31/1 32/16 33/12 35/12 35/20 36/23
36/24 37/24 38/22 40/10 41/5 41/14
41/21 44/11 50/10 53/18 54/1 57/25
58/20 69/10 71/11 72/4 73/13 74/10
74/10 74/11 74/13 79/12 79/13 79/18
80/24 81/22 82/11 86/2 86/21
upcoming [1]  85/17
update [7]  11/7 13/22 14/23 15/7 80/18
83/13 84/21
upon [4]  19/15 48/7 65/2 81/7
upset [2]  29/8 64/1
urgent [1]  17/9
us [38]  8/2 9/7 9/16 10/24 14/16 15/7
24/4 28/10 37/8 39/11 43/17 44/7 44/14
46/22 47/18 49/5 51/15 53/18 55/22
58/13 59/1 59/5 59/7 61/15 61/16 61/21
61/25 62/5 64/17 67/5 67/21 67/22 68/8
73/12 76/20 77/12 83/7 83/16
use [6]  19/16 23/8 31/2 61/7 76/22 86/5
used [3]  42/17 59/16 69/21
using [2]  4/24 40/10
Uzo [1]  35/17

**V**

vacation [4]  12/12 13/12 32/3 32/9
Vail [2]  83/3 83/4
various [6]  18/16 18/19 37/22 42/3 42/4
72/15
vast [1]  29/13
vehicle [3]  55/7 69/22 85/11

61/24 65/18 65/22 69/6 70/17 72/19 76/5
78/13 78/16 80/1 80/2 81/24 82/5 83/11
83/23 84/6 84/8 84/9 85/1 85/17 86/4
two-cornered [1]  28/7

V

Verdin's [1]  32/11
version [2]  16/23 29/25
very [33]  13/25 21/2 21/17 22/18 29/3
 32/8 36/18 36/21 43/12 43/12 44/14 45/5
 46/10 47/25 54/25 55/1 55/11 55/11
 55/15 55/15 56/21 69/16 70/5 70/19
 70/23 71/7 73/7 74/22 74/2 78/15 79/22
 85/17 87/8
video [1]  46/13
videos [2]  46/4 71/4
view [3]  43/24 54/7 54/9
violin [1]  8/9
vocabulary [1]  61/8
volume [3]  78/9 78/11 78/20

W

wait [5]  8/9 33/21 33/21 70/18 84/9
waiting [1]  13/20
wall [3]  74/10 74/12 74/13
want [64]  7/20 8/2 9/9 10/11 10/23 11/8
 11/14 11/17 11/18 13/12 13/14 15/7
 16/20 22/3 23/3 24/3 25/11 26/21 26/24
 26/25 27/11 28/9 30/3 30/21 31/1 31/22
 32/18 36/6 39/13 39/15 45/2 45/3 46/19
 49/13 51/1 51/3 51/6 51/7 51/18 52/10
 53/18 54/20 57/7 57/25 61/14 62/17 63/1
 63/11 70/17 71/8 71/19 72/10 72/16
 73/15 74/5 74/21 77/1 79/25 83/14 84/25
 85/10 85/16 85/24 86/23
wanted [20]  9/11 19/22 25/22 27/16
 29/11 31/7 34/12 34/22 35/13 35/19
 37/10 40/18 59/23 66/1 66/17 68/10
 69/11 70/3 72/12 75/19
wanting [3]  14/4 26/4 49/5
wants [3]  25/9 36/7 57/11
was [91]
Washington [5]  2/7 2/15 3/10 4/11 35/15
wasn't [3]  26/17 59/24 85/20
waste [4]  17/3 46/20 73/1 73/9
water [1]  25/24
waterfront [1]  78/13
way [22]  20/12 37/4 41/21 44/18 45/15
 46/16 57/3 62/25 64/17 65/1 67/8 68/12
 69/25 70/24 71/14 71/14 73/12 76/17
 76/24 78/18 82/12 85/22
wayside [3]  74/2 74/4 74/20
we [530]
we'll [4]  42/19 46/3 76/10 82/20
Wednesday [5]  79/13 79/14 79/16 79/17
 80/25
week [21]  9/1 9/1 10/6 15/12 17/3 24/15
 24/18 24/21 35/16 37/21 50/6 54/11
 58/21 68/8 68/10 68/17 68/19 80/23
 81/12 82/14 84/18
weekend [1]  31/17
weeks [13]  12/6 12/23 36/19 37/25 39/21
 45/19 52/12 54/10 81/24 82/1 82/5 83/23
 85/24
weeping [1]  55/21
weighing [1]  28/10
Weiner [1]  4/6
weird [1]  61/7
welcome [1]  7/3 15/20 31/24
well [35]  6/23 7/3 7/13 8/9 8/21 12/7 23/9
 24/18 24/21 26/1 26/7 29/18 31/5 37/5
 38/13 42/7 44/17 47/22 48/18 48/18
 48/19 48/23 53/13 56/3 59/1 62/23 68/23
 72/3 76/25 77/6 77/22 81/4 81/16 85/4
 87/2
well-timed [1]  81/16
wells [2]  52/14 56/15

went [2]  78/7 83/5
were [55]  11/6 15/20 15/24 16/1 16/2
 18/16 18/19 19/14 19/22 21/20 27/15
 27/22 28/1 31/3 33/21 35/8 37/6 37/8
 37/19 37/21 39/20 39/23 40/10 40/15
 40/25 41/3 41/6 41/18 44/6 44/10 48/5
 49/14 53/3 56/23 57/19 59/2 60/19 61/11
 61/20 61/24 62/20 65/25 66/25 69/8
 69/21 72/1 75/11 76/8 77/7 80/8 80/24
 85/1 86/10 86/11 86/12
weren't [1]  39/19
West [1]  4/13
what [90]
what's [5]  17/18 44/14 48/4 66/23 66/24
whatever [7]  29/15 33/7 51/3 57/12
 64/25 68/5 73/3
wheels [1]  71/20
when [25]  10/15 27/10 30/22 39/4 39/5
 40/6 40/20 41/13 45/11 54/1 57/5 59/23
 61/12 62/7 62/11 66/25 67/11 69/6 69/18
 72/17 72/24 74/3 77/7 78/6 81/4
whenever [2]  67/16 86/25
where [29]  8/7 9/4 19/17 21/10 21/15
 22/8 25/23 27/14 28/4 39/18 40/11 40/18
 54/18 54/23 54/24 57/10 57/24 61/24
 61/25 63/13 64/22 65/22 68/11 71/2
 79/14 79/15 79/20 80/18 86/20
whether [12]  15/1 17/1 17/8 18/7 26/11
 37/14 41/25 50/18 56/10 75/22 84/8
 86/10
which [42]  9/7 12/19 13/19 14/2 16/4
 18/24 18/25 19/8 25/6 30/1 31/2 31/21
 32/4 33/16 34/21 40/16 46/24 47/2 52/3
 52/6 52/21 52/23 56/7 57/16 58/21 59/7
 60/12 61/25 63/20 64/16 65/2 65/5 66/24
 71/22 73/1 76/15 77/17 81/1 81/6 81/6
 81/16 82/10
while [10]  7/4 9/23 20/10 27/4 28/18
 29/15 29/20 33/19 37/13 76/18
Whiteley [1]  2/9
who [16]  14/16 25/14 33/9 36/7 45/18
 59/5 60/18 60/22 61/8 64/23 64/24 66/24
 67/1 77/22 77/23 78/13
whoever [1]  52/3
whole [3]  11/12 47/17 71/11
wholeheartedly [1]  29/20
why [17]  12/10 42/8 43/1 44/18 47/8 47/9
 49/9 60/7 68/23 75/10 76/16 76/24 78/10
 79/6 80/22 81/19 82/17
wife [1]  8/13
will [93]
will-calls [1]  65/5
WILLIAM [1]  4/16
willing [3]  22/13 71/3 86/24
Wilson [2]  25/17 33/11
Win [3]  36/21 75/17 75/24
WINFIELD [1]  2/6
wish [1]  77/11
wishes [1]  76/2
withdraw [2]  28/16 76/13
withdrawals [1]  45/9
withdrawing [1]  29/16
withdrawn [1]  45/4
within [6]  40/24 46/5 46/11 46/16 57/16
 58/9
without [4]  19/23 28/10 41/2 71/15
witness [31]  18/25 19/15 21/6 21/9 21/15
 22/5 28/13 28/21 30/23 30/24 34/5 40/1
 41/4 45/8 45/16 45/20 46/8 47/21 48/3
 50/25 51/2 62/5 62/19 62/20 62/21 63/16
 63/16 64/5 65/15 65/19 66/25
witness' [1]  46/9
witnesses [25]  18/23 19/8 21/6 23/4

40/11 40/12 44/22 44/23 44/25 45/8 46/2
 63/3 65/21 65/23 65/23 72/13 75/5 75/6
won't [6]  7/13 24/12 26/3 31/20 38/19
 47/10
wonderful [2]  14/2 14/11
words [2]  44/2 61/7
work [20]  6/19 9/18 11/25 15/11 24/25
 34/11 34/18 35/11 40/19 46/19 57/16
 58/9 63/24 64/9 68/7 72/2 73/22 74/1
 81/15 86/24
worked [5]  36/18 37/5 46/10 47/6 72/8
working [7]  1/11 15/16 41/3 47/25 53/23
 67/7 72/7
works [1]  59/1
worried [3]  48/22 48/23 75/7
worth [1]  44/2
would [102]
wouldn't [3]  28/9 50/6 84/7
Wright [1]  1/15
written [1]  16/23
wrong [2]  63/18 63/19
wrote [1]  25/16

Y

y'all [1]  79/15
Yeah [2]  71/21 83/21
yes [21]  9/2 13/16 15/9 15/15 15/24
 16/13 16/19 21/24 22/23 23/5 24/16
 24/20 30/21 32/3 35/4 63/8 64/13 66/8
 68/23 79/18 83/17
yesterday [18]  8/22 10/7 10/24 15/1 35/8
 36/4 37/18 40/20 50/6 51/24 52/8 57/1
 58/17 58/22 59/13 75/12 83/8 85/14
yet [5]  51/14 61/1 61/10 70/25 80/17
YORK [3]  4/3 20/4 69/17
you [203]
you'll [1]  80/25
you're [7]  6/25 7/4 15/20 31/24 42/17
 45/15 61/8
your [81]  6/10 6/13 6/18 9/22 10/23 13/9
 13/16 14/13 15/9 15/9 15/24 16/2 16/17
 18/12 20/4 25/19 27/8 27/18 27/22 28/15
 29/11 32/21 33/2 33/6 33/17 34/24 35/3
 35/10 36/1 36/11 37/12 37/19 37/20
 38/17 38/21 39/4 39/22 40/2 43/23 44/22
 45/12 47/21 48/9 48/16 48/19 49/8 50/9
 50/16 51/15 51/22 52/20 53/6 53/16
 53/18 53/20 54/7 54/12 56/24 57/5 60/5
 60/14 62/20 62/22 63/8 63/19 66/1 69/4
 70/17 71/20 73/14 76/12 79/5 79/19
 80/16 80/20 83/4 84/16 85/7 85/14 86/17
 86/19
Your Honor [36]  6/10 6/13 6/18 9/22 13/9
 13/16 15/9 15/24 18/12 20/4 25/19 27/8
 27/18 28/15 32/21 33/2 34/24 36/11 40/2
 48/9 48/16 50/9 50/16 52/20 54/7 54/12
 56/24 62/22 63/8 70/17 73/14 76/12
 80/20 84/16 85/7 86/19
Your Honor's [2]  27/22 44/22
yours [1]  17/1
yourself [1]  7/16

Z

zero [1]  78/11
zero-sum [1]  78/11