UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

### [Regarding the Deposition of Kris Ravi]

On July 15, 2013, the Court granted BP's motion to strike the Phase Two rebuttal report of Dr. Kris Ravi, a quantification expert for Halliburton. Rec. doc. 10751. The order provided a deadline for appeal with the statement that, "[u]ntil there is a final decision on BP's motion to strike Dr. Ravi, the parties are required to proceed with his deposition." Id. at 3.

On July 17, 2013, the order for the Working Group Conference on July 12, 2013 was issued. Because of Judge Barbier's determination that Transocean and Halliburton would not be permitted to call quantification witnesses at Phase Two, the order provides that the deposition of Dr. Ravi is canceled. Rec. doc. 10762 at 3.

Notwithstanding the statement in the July 15, 2013 order (Rec. doc. 10751), the deposition of Dr. Kris Ravi is canceled.

New Orleans, Louisiana, this 18th day of July, 2013.

SALLY SHUSHAN
**United States Magistrate Judge**