| Row No | Policy/Procedure ID | Policy Request ID | Current Status | Type of Decision | Policy Subject | Affected Claim Types/ Review Processes | Revision No | Policy Availability |
|---|---|---|---|---|---|---|---|---|
| 274 | Pol-0 | 401 | Question or Potential Policy or Procedure Sent to Parties for Input | Sent to Parties for Input | Business Economic Loss Claims: Intercompany Transfers and Minority Interest | BEL | 0 | Not Yet Final |
| 275 | Pol-0 | 411 | Policy Request Approved | Sent to Parties for Input | Business Economic Loss Claims: Line Item Categorization | BEL | 0 | Not Yet Final |
| 276 | Pol-0 | 421 | Policy Request Approved | Sent to Parties for Input | Relief from Claims Processing Deadlines | Deadlines | 0 | Not Yet Final |
| 277 | Pol-0 | 423 | Policy Request Approved | Sent to Parties for Input | Documents that Allocate Benchmark Period Revenues by Vessel, Landing, and Catch Type. UPDATE: Reliance Upon Available Data for Allocation Required in the Seafood Program | Seafood | 0 | Not Yet Final |
| 278 | Pol-0 | 439 | PK Coordinator Asked for Clarification | | Start-Up Commercial Fishermen: Zone, RTP, MVIC | BEL | 0 | Not Yet Final |
| 279 | Pol-0 | 442 | Question or Potential Policy or Procedure Sent to Parties for Input | Sent to Parties for Input | Overlapping Family Members | Subsistence | 0 | Not Yet Final |
| 280 | Pol-0 | 443 | Question or Potential Policy or Procedure Pending CA Review | | Requirement of Monthly and Annual Profit and Loss Statements | BEL | 0 | Not Yet Final |
| 281 | Pol-0 | 445 | Question or Potential Policy or Procedure Pending CA Review | | Identification and Tender of Unnecessary GCCF Materials to Class Counsel and BP | Other: GCCF Materials | 0 | Not Yet Final |
| 282 | Pol-0 | 458 | Proposed Policy in Development Stage | | Assignment of Expenses for Low Risk Claims | BEL | 0 | Not Yet Final |
| 107 | Pol-1 | 1 | Approved Policy or Procedure | Claims Administrator Decision | Individual Economic Loss Claims: Similar Jobs | IEL | 0 | External |
| 108 | Pol-2 | 2 | Approved Policy or Procedure | Claims Administrator Decision | Coastal Real Property Claims: Document Requirements for Lessees | Coastal | 0 | External |
| 109 | Pol-3 | 3 | Approved Policy or Procedure | Claims Administrator Decision | All Property Claims: Joint Ownership | Real Property Sales,VoO Charter Payment,Coastal,Wetlands,Vessel Physical Damage | 0 | External |
| 110 | Pol-4 | 4 | Approved Policy or Procedure | Claims Administrator Decision | Coastal and Wetlands Real Property Claims: Vessel Damage | Coastal,Wetlands | 0 | External |
| 113 | Pol-6 | 6 | Approved Policy or Procedure | Claims Administrator Decision | Exclusions: Sellers/Marketers of BP-Branded Fuel | Exclusions | 0 | External |
| 6 | Pol-7 | 7 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Causation | BEL | 0 | External |
| 7 | Pol-8 | 8 | Approved Policy or Procedure | Claims Administrator Decision | Individual Economic Loss Claims: Causation | IEL | 0 | External |
| 115 | Pol-9 | 9 | Approved Policy or Procedure | Claims Administrator Decision | Individual Economic Loss Claims: Causation | IEL | 0 | External |
| 111 | Pol-10 | 10 | Approved Policy or Procedure | Claims Administrator Decision | Individual Economic Loss Claims: Causation | IEL | 0 | External |
| 116 | Pol-11 | 11 | Approved Policy or Procedure | Claims Administrator Decision | Individual Economic Loss Claims: Causation | IEL | 0 | External |
| 117 | Pol-12 | 12 | Approved Policy or Procedure | Claims Administrator Decision | Individual Economic Loss Claims: Causation | IEL | 0 | External |
| 114 | Pol-15 | 15 | Approved Policy or Procedure | Claims Administrator Decision | Individual Economic Loss Claims: New Entrants | IEL | 0 | External |
| 118 | Pol-21 | 21 | Approved Policy or Procedure | Claims Administrator Decision | Individual Periodic Vendor/Festival Vendor Claims: Causation | IPV/FV | 0 | External |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 119 | Pol-22 | 22 | Approved Policy or Procedure | Claims Administrator Decision | Individual Periodic Vendor/Festival Vendor Claims: Losses Calculation | IPV/FV | 0 | External |
| 120 | Pol-23 | 23 | Approved Policy or Procedure | Claims Administrator Decision | Real Property Sales: Foreclosures | Real Property Sales | 0 | External |
| 8 | Pol-25 | 25 | Approved Policy or Procedure | Claims Administrator Decision | Subsistence Claims: Compensable Species | Subsistence | 0 | External |
| 10 | Pol-27 | 27 | Approved Policy or Procedure | Claims Administrator Decision | Subsistence Claims: Traditional or Customary Manner | Subsistence | 0 | External |
| 11 | Pol-30 | 30 | Approved Policy or Procedure | Claims Administrator Decision | Individual Economic Loss Claims: Causation | IEL | 0 | External |
| 12 | Pol-32 | 32 | Approved Policy or Procedure | Claims Administrator Decision | Individual Economic Loss Claims: Reimbursable Training Costs | IEL | 0 | External |
| 13 | Pol-33 | 33 | Approved Policy or Procedure | Claims Administrator Decision | Subsistence Claims: Recreational Fishermen and Hunters | Subsistence | 0 | External |
| 15 | Pol-37 | 37 | Approved Policy or Procedure | Clarified by Seafood Neutral | Seafood Compensation Program Claims: Losses Calculation | Seafood | 0 | External |
| 16 | Pol-38 | 38 | Approved Policy or Procedure | Claims Administrator Decision | Seafood Compensation Program Claims: Losses Calculation | Seafood | 0 | External |
| 19 | Pol-41 | 41 | Approved Policy or Procedure | Claims Administrator Decision | Seafood Compensation Program: Prior Payments | Seafood | 0 | External |
| 28 | Pol-44 | 44 | Approved Policy or Procedure | Claims Administrator Decision | All Property Claims and Subsistence Claims: Prior Payments | Real Property Sales,Subsistence,VoO Charter Payment,Coastal,Wetlands,Vessel Physical Damage,Prior Payments | 0 | External |
| 29 | Pol-45 | 45 | Approved Policy or Procedure | Claims Administrator Decision | Exclusions: Gaming | Exclusions | 0 | External |
| 30 | Pol-46 | 46 | Approved Policy or Procedure | Claims Administrator Decision | Individual Economic Loss Claims: Prior Payments | IEL | 0 | External |
| 32 | Pol-47 | 47 | Approved Policy or Procedure | Claims Administrator Decision | Individual Periodic Vendor/Festival Vendor Claims: Losses Calculation | IPV/FV | 0 | External |
| 33 | Pol-49 | 49 | Approved Policy or Procedure | Claims Administrator Decision | Exclusions: Moratoria | Exclusions | 0 | External |
| 34 | Pol-53 | 53 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Claimant Classification | BEL | 0 | External |
| 35 | Pol-55 | 55 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Causation | BEL | 0 | External |
| 37 | Pol-58 | 58 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Consolidated Claims | BEL | 0 | External |
| 38 | Pol-59 | 59 | Approved Policy or Procedure | Claims Administrator Decision | Individual Economic Loss Claims: Causation | IEL | 0 | External |
| 40 | Pol-61 | 61 | Approved Policy or Procedure | Claims Administrator Decision | Individual Economic Loss Claims: Reimbursable Search Costs | IEL | 0 | External |
| 43 | Pol-63 | 63 | Approved Policy or Procedure | Claims Administrator Decision | Exclusions: NAICS Codes | Exclusions | 1 | External |
| 112 | Pol-63 | 5 | Approved Policy or Procedure | Claims Administrator Decision | Exclusions: NAICS Codes | Exclusions | 0 | External |
| 39 | Pol-65 | 65 | Approved Policy or Procedure | Claims Administrator Decision | Individual Economic Loss Claims: Reimbursable Training Costs | IEL | 0 | External |
| 45 | Pol-70 | 70 | Approved Policy or Procedure | Claims Administrator Decision | Fraud: Authorizations | Fraud Audits | 0 | External |
| 46 | Pol-79 | 79 | Approved Policy or Procedure | Claims Administrator Decision | Appeals: Parties to the Appeal | Appeal | 0 | External |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 47 | Pol-82 | 82 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Failed Businesses | BEL | 0 | External |
| 48 | Pol-83 | 83 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Proof of Customer Addresses | BEL | 0 | External |
| 52 | Pol-84 | 84 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Multi-Facility Businesses | BEL | 0 | External |
| 49 | Pol-85 | 85 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Profit and Loss Statements | BEL | 0 | External |
| 55 | Pol-87 | 87 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Proof to Establish Causation Proxy Claimant | BEL | 0 | External |
| 54 | Pol-88 | 88 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Start-Up Businesses | BEL | 0 | External |
| 53 | Pol-89 | 89 | Approved Policy or Procedure | Agreed to by the Parties | Exclusions: Real Estate Developers | Exclusions | 0 | External |
| 56 | Pol-90 | 90 | Approved Policy or Procedure | Claims Administrator Decision | Individual Economic Loss Claims: Length of Time Calculation | IEL | 0 | External |
| 23 | Pol-91 | 91 | Approved Policy or Procedure | Claims Administrator Decision | Individual Economic Loss Claims: Part-Time and Full-Time Employment Definitions | IEL | 0 | External |
| 25 | Pol-92 | 92 | Approved Policy or Procedure | Claims Administrator Decision | Individual Economic Loss Claims: Career Changers | IEL | 0 | External |
| 26 | Pol-93 | 93 | Approved Policy or Procedure | Claims Administrator Decision | Individual Economic Loss Claims: Losses Calculation | IEL | 0 | External |
| 57 | Pol-97 | 97 | Approved Policy or Procedure | Claims Administrator Decision | Individual Economic Loss Claims: Employment-Related Benefit Losses | IEL | 0 | External |
| 58 | Pol-98 | 98 | Approved Policy or Procedure | Claims Administrator Decision | Individual Economic Loss Claims: Reimbursable Search Costs | IEL | 0 | External |
| 59 | Pol-99 | 99 | Approved Policy or Procedure | Claims Administrator Decision | Individual Economic Loss Claims: Reimbursable Search Costs | IEL | 0 | External |
| 60 | Pol-102 | 102 | Approved Policy or Procedure | Claims Administrator Decision | Individual Economic Loss Claims: Reimbursable Training Costs | IEL | 0 | External |
| 61 | Pol-105 | 105 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Multi-Facility Businesses | BEL | 0 | External |
| 62 | Pol-112 | 112 | Approved Policy or Procedure | Claims Administrator Decision | Fraud: Claimants Found Fraudulent by the GCCF | Fraud Audits | 0 | External |
| 63 | Pol-114 | 114 | Approved Policy or Procedure | Claims Administrator Decision | Seafood Compensation Program: Vessel Lessees | Seafood | 0 | External |
| 67 | Pol-119 | 119 | Approved Policy or Procedure | Claims Administrator Decision | Appeals: Reconsideration Requirement | Appeal | 0 | External |
| 68 | Pol-120 | 120 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Causation | BEL | 0 | External |
| 69 | Pol-121 | 121 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Causation | BEL | 0 | External |
| 71 | Pol-125 | 125 | Approved Policy or Procedure | Claims Administrator Decision | Reconsideration: Change in Review Outcome | Other: Reconsideration | 0 | External |
| 90 | Pol-127 | 127 | Approved Policy or Procedure | Claims Administrator Decision | Subsistence Claims: License Requirements | Subsistence | 0 | External |
| 93 | Pol-129 | 129 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Contract Cancellation | BEL | 0 | External |
| 87 | Pol-130 | 130 | Approved Policy or Procedure | Agreed to by the Parties | Exclusions: Government Agencies | Exclusions | 0 | External |
| 18 | Pol-131 | 131 | Approved Policy or Procedure | Claims Administrator Decision | VoO Charter Payment Claims: Training Requirement | VoO Charter Payment | 0 | External |
| 96 | Pol-132 | 132 | Approved Policy or Procedure | Claims Administrator Decision | VoO Charter Payment Claims: Prior Payments | VoO Charter Payment | 0 | External |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 97 | Pol-135 | 135 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Qualifying Projections | BEL | 0 | External |
| 98 | Pol-136 | 136 | Approved Policy or Procedure | Clarified by Seafood Neutral | Seafood Compensation Program: Losses Calculation | Seafood | 0 | External |
| 99 | Pol-137 | 137 | Approved Policy or Procedure | Clarified by Seafood Neutral | Seafood Compensation Program: Category I Claimants | Seafood | 0 | External |
| 102 | Pol-139 | 139 | Approved Policy or Procedure | Clarified by Seafood Neutral | Seafood Compensation Program: Determination of Oyster Harvesting Year | Seafood | 0 | External |
| 103 | Pol-140 | 140 | Approved Policy or Procedure | Clarified by Seafood Neutral | Seafood Compensation Program: Multiple Vessels | Seafood | 0 | External |
| 104 | Pol-141 | 141 | Approved Policy or Procedure | Clarified by Seafood Neutral | Seafood Compensation Program: New Entrants | Seafood | 0 | External |
| 105 | Pol-142 | 142 | Approved Policy or Procedure | Claims Administrator Decision | Individual Economic Loss Claims: Moratoria | IEL | 0 | External |
| 106 | Pol-143 | 143 | Approved Policy or Procedure | Claims Administrator Decision | Individual Economic Loss Claims: Moratoria | IEL | 0 | External |
| 137 | Pol-147 | 147 | Approved Policy or Procedure | Claims Administrator Decision | Individual Economic Loss Claims: Pay Period Earnings Document Requirement | IEL | 0 | External |
| 91 | Pol-151 | 151 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Intercompany Transfers and Minority Interest | BEL | 0 | External |
| 92 | Pol-152 | 152 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Claimant Classification | BEL | 0 | External |
| 94 | Pol-157 | 157 | Approved Policy or Procedure | Claims Administrator Decision | Business and Individual Economic Loss Claims: Moratoria | IEL,BEL | 0 | External |
| 95 | Pol-158 | 158 | Approved Policy or Procedure | Claims Administrator Decision | Individual Economic Loss Claims: One Time Loss Addendum | IEL | 0 | External |
| 138 | Pol-160 | 160 | Approved Policy or Procedure | Claims Administrator Decision | Subsistence Claims: Interviews | Subsistence | 0 | External |
| 268 | Pol-164 | 403 | Policy or Procedure Announced to Parties for Positions | Policies Announced to Parties | Business Economic Loss Claims: Commercial Fishermen as Start-Up Business Claimants. | BEL,Seafood | 1 | External (Not Yet Final) |
| 141 | Pol-164 | 164 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Commercial Fishermen as Start-Up Business Claimants. | BEL,Seafood | 0 | External |
| 261 | Pol-169 | 406 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Third-Party Rental Management | BEL | 1 | External |
| 142 | Pol-169 | 169 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Third-Party Rental Management | BEL | 0 | External |
| 262 | Pol-170 | 407 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Multi-Facility Businesses | BEL | 1 | External |
| 143 | Pol-170 | 170 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Multi-Facility Businesses | BEL | 0 | External |
| 263 | Pol-172 | 408 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Multi-Facility Businesses | BEL | 1 | External |
| 144 | Pol-172 | 172 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Multi-Facility Businesses | BEL | 0 | External |
| 265 | Pol-173 | 409 | Policy or Procedure Announced to Parties for Positions | Policies Announced to Parties | Business Economic Loss Claims: Failed Businesses | BEL | 1 | External (Not Yet Final) |
| 146 | Pol-173 | 173 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Failed Businesses | BEL | 0 | External |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 147 | Pol-175 | 175 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Line Item Categorization | BEL | 0 | External |
| 72 | Pol-185 | 185 | Approved Policy or Procedure | Claims Administrator Decision | Rescission of Payment Awards and Releases | AllClaims | 0 | External |
| 122 | Pol-191 | 191 | Approved Policy or Procedure | Claims Administrator Decision | Missing Records for a Prior Year | BEL | 2 | External |
| 139 | Pol-191 | 162 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Benchmark Period | BEL | 1 | External |
| 148 | Pol-191 | 178 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Benchmark Period | BEL | 0 | External |
| 123 | Pol-193 | 193 | Approved Policy or Procedure | Claims Administrator Decision | Deadlines: Claimant Appeal | Deadlines | 0 | External |
| 124 | Pol-195 | 195 | Approved Policy or Procedure | Claims Administrator Decision | Deadlines: Seafood Claim Form Submission | Deadlines | 0 | External |
| 125 | Pol-201 | 201 | Approved Policy or Procedure | Claims Administrator Decision | Deadlines: Compliance | Deadlines | 0 | External |
| 64 | Pol-203 | 203 | Approved Policy or Procedure | Claims Administrator Decision | Payment: Retracting Acceptance | Payments | 0 | External |
| 266 | Pol-211 | 417 | Approved Policy or Procedure | Claims Administrator Decision | Seafood Compensation Program: Prior Payments | Seafood | 1 | External |
| 50 | Pol-211 | 211 | Approved Policy or Procedure | Clarified by Seafood Neutral | Seafood Compensation Program: Prior Payments | Seafood | 0 | External |
| 267 | Pol-212 | 418 | Approved Policy or Procedure | Claims Administrator Decision | Seafood Compensation Program: Benchmark Revenue Documentation | Seafood | 1 | External |
| 51 | Pol-212 | 212 | Approved Policy or Procedure | Clarified by Seafood Neutral | Seafood Compensation Program: Benchmark Revenue Documentation | Seafood | 0 | External |
| 128 | Pol-215 | 215 | Approved Policy or Procedure | Claims Administrator Decision | Method for Deducting Prior Payments on Business Economic Loss Awards to Multi-Facility Businesses | BEL | 0 | External |
| 131 | Pol-216 | 216 | Approved Policy or Procedure | Claims Administrator Decision | Entities with No Physical Location Home Port or Landings Within the Geographic Area of the Class Definition | BEL | 0 | External |
| 132 | Pol-218 | 218 | Approved Policy or Procedure | Claims Administrator Decision | Claimants with 13-Month Reporting Periods | BEL | 0 | External |
| 133 | Pol-219 | 219 | Approved Policy or Procedure | Claims Administrator Decision | Failed Businesses | BEL | 0 | External |
| 127 | Pol-220 | 220 | Approved Policy or Procedure | Agreed to by the Parties | Access to the Workbooks of Accountant Reviewers | BEL,Seafood | 0 | External |
| 134 | Pol-221 | 221 | Approved Policy or Procedure | Claims Administrator Decision | Updated Seafood and Game Retail Price Chart | Subsistence | 2 | External |
| 22 | Pol-221 | 42 | Approved Policy or Procedure | Claims Administrator Decision | Subsistence Claims: Fishing and Hunting Area Impairment | Subsistence | 1 | External |
| 9 | Pol-221 | 26 | Approved Policy or Procedure | Claims Administrator Decision | Subsistence Claims: Retail Price Chart | Subsistence | 0 | External |
| 73 | Pol-222 | 222 | Approved Policy or Procedure | Agreed to by the Parties | Presumption of Working and Training Status from a VoO Payment by BP | VoO Charter Payment | 0 | External |
| 75 | Pol-225 | 225 | Approved Policy or Procedure | Agreed to by the Parties | Proof of Training | VoO Charter Payment | 0 | External |
| 78 | Pol-230 | 230 | Approved Policy or Procedure | Claims Administrator Decision | Confirming Vessel Length | VoO Charter Payment | 2 | External |
| 77 | Pol-232 | 232 | Approved Policy or Procedure | Agreed to by the Parties | Profit and Loss Statements (P&Ls) | BEL | 0 | External |
| 129 | Pol-236 | 236 | Approved Policy or Procedure | Agreed to by the Parties | Proof of Age | IEL,Seafood | 0 | External |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 17 | Pol-238 | 238 | Approved Policy or Procedure | Agreed to by the Parties | Proof that the Claimant Sold the Good(s) or Service(s) Claimed Regularly Before 4/20/10 | IPV/FV | 0 | External |
| 79 | Pol-239 | 239 | Approved Policy or Procedure | Claims Administrator Decision | Total Income of Claimants | IPV/FV | 0 | External |
| 80 | Pol-240 | 240 | Approved Policy or Procedure | Agreed to by the Parties | Documents Required When the Mapping Software Does not Show the Parcel as Within the Compensation Zone | Real Property Sales | 0 | External |
| 83 | Pol-241 | 241 | Approved Policy or Procedure | Claims Administrator Decision | Documents that Allocate Benchmark Period Revenues by Vessel, Landing, and Catch Type | Seafood | 0 | External |
| 81 | Pol-242 | 242 | Approved Policy or Procedure | Claims Administrator Decision | Vessel Registration and Ownership 4/20/10 to 12/31/10 | Seafood | 0 | External |
| 82 | Pol-243 | 243 | Approved Policy or Procedure | Claims Administrator Decision | Commercial Fishing License Issued Before 4/20/10 for 2009 or 2010 Season | Seafood | 0 | External |
| 85 | Pol-249 | 249 | Approved Policy or Procedure | Claims Administrator Decision | Deadlines for Processing Claims | Deadlines | 0 | External |
| 86 | Pol-251 | 251 | Approved Policy or Procedure | Claims Administrator Decision | Relief from Claims Processing Deadlines | Deadlines | 0 | External |
| 88 | Pol-252 | 252 | Approved Policy or Procedure | Claims Administrator Decision | Start-Up Businesses and 2012 Tax Returns | BEL | 0 | External |
| 89 | Pol-253 | 253 | Approved Policy or Procedure | Claims Administrator Decision | Proof of Ownership of Parcel | Wetlands | 0 | External |
| 152 | Pol-254 | 254 | Approved Policy or Procedure | Agreed to by the Parties | Proof of Prior Spill-Related Payments to Claimants | IEL | 0 | External |
| 154 | Pol-255 | 255 | Approved Policy or Procedure | Claims Administrator Decision | Sworn Statement on the Absence of Tax Information Documents or Pay Period Earnings Documentation | IEL | 0 | External |
| 155 | Pol-256 | 256 | Approved Policy or Procedure | Claims Administrator Decision | Retail and Lodging Information | BEL | 0 | External |
| 156 | Pol-257 | 257 | Approved Policy or Procedure | Claims Administrator Decision | Documents that Allocate Benchmark Period Revenues by Vessel, Landing, and Catch Type. UPDATE: Reliance Upon Available Data for Allocation Required in the Seafood Program | Seafood | 0 | External |
| 157 | Pol-258 | 258 | Approved Policy or Procedure | Claims Administrator Decision | Proof of Prior Spill-Related Payments to Claimants | Seafood | 0 | External |
| 158 | Pol-260 | 260 | Approved Policy or Procedure | Agreed to by the Parties | Vessel Registration and Title; Percentage of Ownership | Vessel Physical Damage | 0 | External |
| 160 | Pol-261 | 261 | Approved Policy or Procedure | Clarified by Seafood Neutral | Exclusion of a Benchmark Year for Seafood Program Claimants | Seafood | 0 | External |
| 161 | Pol-262 | 262 | Approved Policy or Procedure | Claims Administrator Decision | Documents that Allocate Benchmark Period Revenues by Vessel, Landing, and Catch Type. | Seafood | 0 | External |
| 159 | Pol-263 | 263 | Approved Policy or Procedure | Claims Administrator Decision | Costs Associated with Producing Hard Copies of Claim Files to Claimants or Third Parties | AllClaims | 0 | External |
| 162 | Pol-264 | 264 | Approved Policy or Procedure | Claims Administrator Decision | Zone Classification for Businesses in the Class But Not Located in the Gulf Coast Areas | BEL | 0 | External |
| 163 | Pol-265 | 265 | Approved Policy or Procedure | Agreed to by the Parties | Submission of Consolidated Tax Returns | BEL | 0 | External |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 166 | Pol-269 | 269 | Approved Policy or Procedure | Claims Administrator Decision | Seafood Distribution Chain Definitions | Seafood | 0 | External |
| 167 | Pol-270 | 270 | Approved Policy or Procedure | Claims Administrator Decision | Definition of â€œLandingsâ€ in Seafood Program | Seafood | 0 | External |
| 168 | Pol-271 | 271 | Approved Policy or Procedure | Clarified by Seafood Neutral | Oral Agreements Relating to Seafood Program Oyster Leasehold Claims | Seafood | 0 | External |
| 169 | Pol-272 | 272 | Approved Policy or Procedure | Clarified by Seafood Neutral | Deduction of Prior Spill-Related Payments from Oyster Leaseholder Compensation Payments | Seafood | 0 | External |
| 170 | Pol-274 | 274 | Approved Policy or Procedure | Claims Administrator Decision | Reconciliation of Financial Information | BEL | 0 | External |
| 172 | Pol-275 | 275 | Approved Policy or Procedure | Agreed to by the Parties | Discontinuing Incompleteness Reasons Associated with SWS-10 | IEL | 0 | External |
| 173 | Pol-276 | 276 | Approved Policy or Procedure | Claims Administrator Decision | Scope of the GCCF Release Exclusions | Exclusions | 0 | External |
| 174 | Pol-277 | 277 | Approved Policy or Procedure | Clarified by Seafood Neutral | Subleases of Oyster Leaseholds | Seafood | 1 | External |
| 101 | Pol-277 | 138 | Approved Policy or Procedure | Clarified by Seafood Neutral | Seafood Compensation Program: Oyster Leaseholders | Seafood | 0 | External |
| 175 | Pol-278 | 278 | Approved Policy or Procedure | Claims Administrator Decision | Lodging Tax Returns and Occupancy Reports for Lodging Businesses | BEL | 0 | External |
| 176 | Pol-279 | 279 | Approved Policy or Procedure | Agreed to by the Parties | Minimum Age Requirement for Claimants | IEL,Seafood | 0 | External |
| 177 | Pol-281 | 281 | Approved Policy or Procedure | Claims Administrator Decision | Payment Documentation and Processing | Payments | 0 | External |
| 179 | Pol-282 | 282 | Approved Policy or Procedure | Clarified by Seafood Neutral | Leases of Private Oyster Beds | Seafood | 0 | External |
| 171 | Pol-284 | 284 | Approved Policy or Procedure | Clarified by Seafood Neutral | Seafood Crew Compensation Plan | Seafood | 0 | External |
| 180 | Pol-285 | 285 | Approved Policy or Procedure | Clarified by Seafood Neutral | No Income During Benchmark Period | Seafood | 0 | External |
| 178 | Pol-286 | 286 | Approved Policy or Procedure | Claims Administrator Decision | Creation of Monthly Profit and Loss Statements | BEL | 0 | External |
| 181 | Pol-287 | 287 | Approved Policy or Procedure | Claims Administrator Decision | Start-Up Business Financial Projections | BEL | 0 | External |
| 182 | Pol-288 | 288 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims and Individual Economic Loss Claims: Determination of Entity NAICS Code | Exclusions | 0 | External |
| 183 | Pol-289 | 289 | Approved Policy or Procedure | Claims Administrator Decision | Definition of Tourism | AllClaims | 0 | External |
| 184 | Pol-291 | 291 | Approved Policy or Procedure | Clarified by Seafood Neutral | 2010 Shrimp Vessel Change (Vessel Owners/Vessel Lessees) | Seafood | 0 | External |
| 185 | Pol-292 | 292 | Approved Policy or Procedure | Clarified by Seafood Neutral | 2010 Oyster, Finfish, Blue Crab/Other Seafood Vessel Change (Vessel Owners/Vessel Lessees) | Seafood | 0 | External |
| 186 | Pol-293 | 293 | Approved Policy or Procedure | Clarified by Seafood Neutral | 2010 Shrimp Vessel Change (Boat Captains) | Seafood | 0 | External |
| 187 | Pol-294 | 294 | Approved Policy or Procedure | Clarified by Seafood Neutral | Old Entrant/Adds a Vessel | Seafood | 0 | External |
| 189 | Pol-295 | 295 | Approved Policy or Procedure | Claims Administrator Decision | Entry of Total Revenue | BEL | 0 | External |
| 190 | Pol-297 | 297 | Approved Policy or Procedure | Claims Administrator Decision | Subsistence Claims: Field Visits | Subsistence | 0 | External |
| 188 | Pol-299 | 299 | Approved Policy or Procedure | Agreed to by the Parties | Determination of an Excluded Real Estate Developer | Exclusions | 0 | External |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 193 | Pol-300 | 300 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Multi-Facility Business Claimants | BEL | 0 | External |
| 195 | Pol-301 | 301 | Approved Policy or Procedure | Claims Administrator Decision | Moratoria Losses: Entities Subject to Analysis for Moratoria Losses | BEL | 0 | External |
| 196 | Pol-302 | 302 | Approved Policy or Procedure | Claims Administrator Decision | Moratoria Losses: Choice of NAICS Code | BEL | 0 | External |
| 197 | Pol-303 | 303 | Approved Policy or Procedure | Claims Administrator Decision | Moratoria Losses: Distinguishing Between Moratoria and Non-Moratoria Losses | BEL | 0 | External |
| 198 | Pol-304 | 304 | Approved Policy or Procedure | Claims Administrator Decision | Moratoria Losses: Implementing Section II of Exhibit 19 | IEL,BEL | 0 | External |
| 199 | Pol-305 | 305 | Approved Policy or Procedure | Claims Administrator Decision | Individual Economic Loss Claims: Zone for Specified Gulf Waters | IEL | 0 | External |
| 200 | Pol-307 | 307 | Approved Policy or Procedure | Court Decision | Business Economic Loss: Non-Profit Entities | BEL | 1 | External |
| 36 | Pol-307 | 64 | Approved Policy or Procedure | Claims Administrator Decision | Exclusions: Not for Profit Businesses | Exclusions | 0 | External |
| 202 | Pol-308 | 308 | Approved Policy or Procedure | Court Decision | Economic Loss: Establishing Causation | IEL,BEL | 1 | External |
| 165 | Pol-308 | 268 | Approved Policy or Procedure | Claims Administrator Decision | No Analysis of Alternative Causes of Economic Losses | IEL,IPV/FV,BEL | 0 | External |
| 201 | Pol-309 | 309 | Approved Policy or Procedure | Claims Administrator Decision | Appeals: Re-Review Process | Appeal | 0 | External |
| 194 | Pol-311 | 311 | Approved Policy or Procedure | Claims Administrator Decision | Seafood Program: Affidavits as Evidence of Landings made within the Gulf Coast Area | Seafood | 0 | External |
| 204 | Pol-313 | 313 | Approved Policy or Procedure | Claims Administrator Decision | Seafood Program: Bedding Ground Rental Receipts | Seafood | 0 | External |
| 135 | Pol-315 | 315 | Approved Policy or Procedure | Claims Administrator Decision | Subsistence: Application of 2010 and 2011 Retail Prices | Subsistence | 0 | External |
| 41 | Pol-316 | 69 | Approved Policy or Procedure | Claims Administrator Decision | Subsistence Claims: Evidence of Impairment | Subsistence | 1 | External |
| 44 | Pol-316 | 68 | Approved Policy or Procedure | Claims Administrator Decision | Subsistence Claims: Evidence of Impairment | Subsistence | 0 | External |
| 27 | Pol-317 | 317 | Approved Policy or Procedure | Claims Administrator Decision | Subsistence: Consumption and Bartering Calculation | Subsistence | 1 | External |
| 191 | Pol-317 | 298 | Approved Policy or Procedure | Claims Administrator Decision | Compensation Formula for Consumption Losses | Subsistence | 0 | External |
| 260 | Pol-319 | 434 | Policy or Procedure Announced to Parties for Positions | Policies Announced to Parties | Handling Claims with Incorrect Results | Payments | 1 | External (Not Yet Final) |
| 206 | Pol-319 | 319 | Approved Policy or Procedure | Claims Administrator Decision | Correction of Review Outcomes | AllClaims | 0 | External |
| 192 | Pol-320 | 320 | Approved Policy or Procedure | Claims Administrator Decision | Changes to the Identity Verification Process for the Program | | 0 | External |
| 205 | Pol-321 | 321 | Approved Policy or Procedure | Claims Administrator Decision | Exclusions: Moratoria | IEL,BEL,Exclusions | 0 | External |
| 207 | Pol-322 | 322 | Approved Policy or Procedure | Claims Administrator Decision | Exclusions: Moratoria | IEL,BEL,Exclusions | 0 | External |
| 208 | Pol-324 | 324 | Approved Policy or Procedure | Court Decision | Business Economic Loss Claims: Calculation of Variable Profit | BEL | 1 | External |
| 66 | Pol-324 | 124 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Non-Recurring Operating Revenues and Expenses | BEL | 0 | External |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 210 | Pol-326 | 326 | Approved Policy or Procedure | Claims Administrator Decision | HIPAA - Policy Applicable to Evidence Submitted in Support of Healthcare Business Claims | BEL | 0 | External |
| 211 | Pol-327 | 327 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: State Sales and Use Tax Returns for Retail Businesses | BEL | 0 | External |
| 259 | Pol-328 | 433 | Policy or Procedure Announced to Parties for Positions | Policies Announced to Parties | Business Economic Loss Claims: Non-Revenue Items of Entities | BEL | 1 | External (Not Yet Final) |
| 209 | Pol-328 | 328 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Non-Revenue Items of Entities | BEL | 0 | External |
| 213 | Pol-330 | 330 | Approved Policy or Procedure | Agreed to by the Parties | Economic Loss Zones: Definition of Zone A-28 â€“ The Florida Keys | IEL,BEL | 0 | External |
| 214 | Pol-331 | 331 | Approved Policy or Procedure | Claims Administrator Decision | Economic Loss Claims: Time Period Used to Determine the Applicable Zone | IEL,BEL | 0 | External |
| 215 | Pol-332 | 332 | Approved Policy or Procedure | Claims Administrator Decision | Individual Economic Loss Claims: End Date for Reimbursable Search Costs | IEL | 0 | External |
| 217 | Pol-333 | 333 | Approved Policy or Procedure | Claims Administrator Decision | Individual Economic Loss Claims: Acceptable Substitutes for Sworn Written Statement-12 | IEL | 0 | External |
| 216 | Pol-334 | 334 | Approved Policy or Procedure | Claims Administrator Decision | Seafood Compensation Program: Benchmark Revenue Treatment of Unreported Cash Sales of Seafood in Louisiana | Seafood | 0 | External |
| 218 | Pol-335 | 335 | Approved Policy or Procedure | Claims Administrator Decision | Seafood Compensation Program: Determination of Vessel Length | Seafood | 0 | External |
| 219 | Pol-336 | 336 | Approved Policy or Procedure | Clarified by Seafood Neutral | Seafood Compensation Program: Oyster Vessel Owner and Oyster Boat Captain Compensation Calculations | Seafood | 0 | External |
| 221 | Pol-337 | 337 | Approved Policy or Procedure | Claims Administrator Decision | Seafood Compensation Program: GCR Oyster Leasehold Database | Seafood | 0 | External |
| 222 | Pol-338 | 338 | Approved Policy or Procedure | Claims Administrator Decision | Seafood Compensation Program: Protocol for Reclassifying Claims | Seafood | 0 | External |
| 223 | Pol-339 | 339 | Approved Policy or Procedure | Claims Administrator Decision | Seafood Compensation Program: Documentation Requirements for Oyster Leaseholder Claims | Seafood | 0 | External |
| 224 | Pol-340 | 340 | Approved Policy or Procedure | Clarified by Seafood Neutral | Seafood Compensation Program: Acknowledgement of Oral Oyster Harvesting Agreements | Seafood | 0 | External |
| 220 | Pol-341 | 341 | Approved Policy or Procedure | Claims Administrator Decision | Seafood Compensation Program: Determination of Vessel Classification | Seafood | 0 | External |
| 225 | Pol-342 | 342 | Approved Policy or Procedure | Clarified by Seafood Neutral | Seafood Program: Calculation of Boat Captain Income on Claims by Owner/Operators | Seafood | 0 | External |
| 226 | Pol-343 | 343 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Partial Year Step 2 Compensation | BEL | 0 | External |
| 227 | Pol-344 | 344 | Approved Policy or Procedure | Claims Administrator Decision | Economic Loss Claims: Appropriate Treatment of Revenues for Clean Up Activities | IEL,BEL | 0 | External |
| 229 | Pol-345 | 345 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Customer Mix Test | BEL | 1 | External |
| 228 | Pol-346 | 346 | Approved Policy or Procedure | Claims Administrator Decision | Economic Loss Claims: The Appropriate RTP for Primary Seafood Processors | IEL,BEL | 1 | External |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 145 | Pol-346 | 171 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Primary Seafood Definition RTP | BEL | 0 | External |
| 230 | Pol-348 | 348 | Approved Policy or Procedure | Claims Administrator Decision | VoO Charter Payment Claims: Transitional MVCAs | VoO Charter Payment | 0 | External |
| 1 | Pol-349 | 349 | Approved Policy or Procedure | Claims Administrator Decision | Benchmark Period for Claimants Passing the Local and Non-Local Customer Mix Test. | BEL | 0 | External |
| 2 | Pol-350 | 350 | Approved Policy or Procedure | Claims Administrator Decision | Lodging Tax Returns for Lodging Businesses | BEL | 0 | External |
| 3 | Pol-351 | 351 | Approved Policy or Procedure | Claims Administrator Decision | Lodging Tax Returns and Occupancy Reports for Managed Lodging Businesses | BEL | 0 | External |
| 4 | Pol-352 | 352 | Approved Policy or Procedure | Claims Administrator Decision | The Appropriate Eligibility Zone for Charter Fishing Businesses | IEL,BEL,All Economic Loss Claims | 0 | External |
| 5 | Pol-353 | 353 | Approved Policy or Procedure | Claims Administrator Decision | VoO MVCAs and Recognized Charterers | VoO Charter Payment | 0 | External |
| 84 | Pol-354 | 247 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Newly Acquired Businesses | BEL | 1 | External |
| 76 | Pol-354 | 229 | Approved Policy or Procedure | Claims Administrator Decision | Newly Acquired Businesses as Start-Up Businesses | BEL | 0 | External |
| 231 | Pol-355 | 354 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Documentation Requirements | BEL | 1 | External |
| 153 | Pol-355 | 259 | Approved Policy or Procedure | Claims Administrator Decision | Alternate Source Documents for Revenues and Expenses | BEL | 0 | External |
| 232 | Pol-356 | 355 | Approved Policy or Procedure | Claims Administrator Decision | All Claims: Assignment of Settlement Program Claims | IEL,IPV/FV,Real Property Sales,Subsistence,BEL,VoO Charter Payment,Coastal,Wetlands,Vessel Physical Damage,Seafood,AllClaims,All Economic Loss Claims,All Non-Economic Loss Claims,Seafood Second Distribution | 0 | External |
| 239 | Pol-357 | 383 | Approved Policy or Procedure | Claims Administrator Decision | Payment of 40% Balance to Transition Claimants Previously Paid 60% of a GCCF Award | Prior Payments | 2 | External |
| 14 | Pol-357 | 209 | Approved Policy or Procedure | Claims Administrator Decision | Payment: 40% | Payments | 1 | External |
| 240 | Pol-358 | 384 | Approved Policy or Procedure | Claims Administrator Decision | Claimant Accounting Support | Acct. Support | 6 | External |
| 151 | Pol-358 | 183 | Approved Policy or Procedure | Claims Administrator Decision | Claimant Accounting Support Services: Prior Payments | Acct. Support | 5 | External |
| 100 | Pol-358 | 148 | Approved Policy or Procedure | Claims Administrator Decision | Claimant Accounting Support Services: Out-of-Pocket Expenses | Acct. Support | 4 | External |
| 136 | Pol-358 | 144 | Approved Policy or Procedure | Claims Administrator Decision | Claimant Accounting Support: Eligibility | Acct. Support | 2 | External |
| 241 | Pol-359 | 385 | Approved Policy or Procedure | Claims Administrator Decision | Claimant Account Support: SWS-38 | Acct. Support | 3 | External |
| 121 | Pol-359 | 187 | Approved Policy or Procedure | Claims Administrator Decision | Accounting Support Reimbursement | BEL | 1 | External |
| 150 | Pol-359 | 184 | Approved Policy or Procedure | Claims Administrator Decision | Claimant Accounting Support: Fixed Fees | Acct. Support | 0 | External |
| 243 | Pol-360 | 386 | Approved Policy or Procedure | Claims Administrator Decision | Reimbursement of Claimant Accounting Support | Acct. Support | 2 | External |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 164 | Pol-360 | 266 | Approved Policy or Procedure | Claims Administrator Decision | Reimbursement of Claimant Accounting Support | BEL | 1 | External |
| 140 | Pol-360 | 163 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Claimant Accounting Support | BEL | 0 | External |
| 245 | Pol-361 | 387 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Fixed and Variable Expenses | BEL | 4 | External |
| 130 | Pol-361 | 134 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Fixed and Variable Expenses | BEL | 1 | External |
| 242 | Pol-362 | 388 | Approved Policy or Procedure | Claims Administrator Decision | Operating History of and Definition of Start-Up Businesses | BEL | 0 | External |
| 246 | Pol-363 | 389 | Approved Policy or Procedure | Claims Administrator Decision | Economic Loss Claims: Preventing Double Payment for the Same Loss to an Entity and the Owner or Officer of that Entity | All Economic Loss Claims | 3 | External |
| 212 | Pol-363 | 329 | Approved Policy or Procedure | Claims Administrator Decision | Economic Loss Claims: Application of the Policy Preventing Double Payment for the Same Loss to and Entity and the Owner or Officer of that Entity | IEL,BEL | 2 | External |
| 248 | Pol-364 | 390 | Approved Policy or Procedure | Claims Administrator Decision | Evaluating Multiple Claims for the Same Vessel | VoO Charter Payment | 2 | External |
| 74 | Pol-364 | 223 | Approved Policy or Procedure | Agreed to by the Parties | Evaluating Multiple Claims for the Same Vessel | VoO Charter Payment | 1 | External |
| 126 | Pol-364 | 214 | Approved Policy or Procedure | Claims Administrator Decision | VoO Charter Payment Claims: MVCA | BEL | 0 | External |
| 244 | Pol-365 | 391 | Approved Policy or Procedure | Claims Administrator Decision | Exclusions: Moratoria | IEL,BEL,Exclusions | 1 | External |
| 31 | Pol-365 | 48 | Approved Policy or Procedure | Claims Administrator Decision | Exclusions: Moratoria | IEL,BEL,Exclusions | 0 | External |
| 203 | Pol-366 | 310 | Approved Policy or Procedure | Claims Administrator Decision | Coastal Real Property: How to Calculate Claims for Deeded Timeshare Interests | Coastal | 0 | External |
| 247 | Pol-367 | 393 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Document Requirements | BEL | 1 | External |
| 42 | Pol-367 | 62 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Document Requirements | BEL | 0 | External |
| 249 | Pol-368 | 394 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Multi-Facility Businesses | BEL | 1 | External |
| 21 | Pol-368 | 74 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Multi-Facility Businesses | BEL | 0 | External |
| 250 | Pol-369 | 395 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Document Requirements | BEL | 1 | External |
| 20 | Pol-369 | 73 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Document Requirements | BEL | 0 | External |
| 251 | Pol-370 | 396 | Approved Policy or Procedure | Claims Administrator Decision | VoO Charter Payment Claims: Eligibility | VoO Charter Payment | 1 | External |
| 252 | Pol-371 | 397 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Management Salary/Key Employee Compensation | BEL | 1 | External |
| 65 | Pol-371 | 117 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Management Salary/Key Employee Compensation | BEL | 0 | External |
| 253 | Pol-372 | 398 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Losses Calculation | BEL | 1 | External |
| 70 | Pol-372 | 123 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Losses Calculation | BEL | 0 | External |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 254 | Pol-373 | 399 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Recurring Revenue Streams | BEL | 1 | External |
| 24 | Pol-373 | 150 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: Recurring Revenue Streams | BEL | 0 | External |
| 233 | Pol-376 | 376 | Approved Policy or Procedure | Agreed to by the Parties | All Claims: Sixth-Month Period to Make Additional Claims | AllClaims,Deadlines | 0 | External |
| 234 | Pol-377 | 358 | Approved Policy or Procedure | Claims Administrator Decision | Exclusions: Real Estate Development Activities on Non-Profit Entities | Exclusions | 0 | External |
| 235 | Proc-378 | 377 | Approved Policy or Procedure | Claims Administrator Decision | Access to Claims Information and Data | IEL,IPV/FV,Real Property Sales,Subsistence,BEL,VoO Charter Payment,Coastal,Wetlands,Vessel Physical Damage,Seafood,AllClaims,All Economic Loss Claims,All Non-Economic Loss Claims,Seafood Second Distribution,Other: Access | 0 | External |
| 236 | Proc-379 | 378 | Approved Policy or Procedure | Claims Administrator Decision | Procedure Regarding Handling Untimely Seafood Claims | Seafood,Seafood Second Distribution,Deadlines | 0 | External |
| 237 | Pol-380 | 379 | Approved Policy or Procedure | Claims Administrator Decision | Wetlands Real Property Claims: Payment to a Usufructuary | Wetlands | 0 | External |
| 238 | Pol-381 | 380 | Approved Policy or Procedure | Claims Administrator Decision | Business Economic Loss Claims: The Commencement Date for a Start-Up Business | BEL | 1 | External |
| 255 | Pol-401 | 426 | Approved Policy or Procedure | Clarified by Seafood Neutral | Existing Entities Form a New Entity and Purchase a Vessel | Seafood | 0 | External |
| 256 | Pol-402 | 427 | Approved Policy or Procedure | Claims Administrator Decision | Interpretation of "the same (or nearly the same) ownership" in Policy ID 401 | Seafood | 0 | External |
| 257 | Pol-403 | 428 | Approved Policy or Procedure | Claims Administrator Decision | Interpretation of "for the 2010 fishing season" in Policy ID 294 and Policy ID 401. | Seafood | 0 | External |
| 258 | Pol-404 | 430 | Policy or Procedure Announced to Parties for Positions | Policies Announced to Parties | Seafood Program: Handling Errors in Vessel Registration Information Reported in the LDWF Trip Ticket Database | Seafood | 0 | External (Not Yet Final) |
| 264 | Pol-406 | 415 | Approved Policy or Procedure | Claims Administrator Decision | Individual Economic Loss Claims: GCCF Business Claimants as Eligible Employers | IEL | 1 | External |
| 149 | Pol-406 | 181 | Approved Policy or Procedure | Claims Administrator Decision | Individual Economic Loss Claims: GCCF Business Claimants as Eligible Employers | IEL | 0 | External |
| 269 | Pol-439 | 440 | Policy or Procedure Announced to Parties for Positions | Policies Announced to Parties | Failed Start-Up Businesses EBITDA Calculation Methodology | BEL | 0 | External (Not Yet Final) |
| 270 | Pol-440 | 441 | Approved Policy or Procedure | Claims Administrator Decision | IFQ "Set-Aside" Shares | Seafood | 0 | External |
| 271 | Pol-441 | 446 | Policy or Procedure Announced to Parties for Positions | Policies Announced to Parties | Amendment to Appeals Process Rule 17(d)(5) | Appeal | 0 | External (Not Yet Final) |
| 272 | Pol-458 | 422 | Policy or Procedure Announced to Parties for Positions | Policies Announced to Parties | Documents Required of Retail and Lodging Businesses | BEL | 0 | External (Not Yet Final) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 273 | Pol-459 | 460 | Policy or Procedure Announced to Parties for Positions | Policies Announced to Parties | External Profit and Loss Template | BEL | 0 | External (Not Yet Final) |