## Bob Levine

**From:** Travis, Maria T <Maria.Travis@bp.com>
**Sent:** Wednesday, July 17, 2013 4:03 PM
**To:** Steve Herman; Bob Levine; Holstein, Mark E; Keith Moskowitz; Daniel.Cantor@APORTER.COM; James Roy
**Cc:** Patrick Juneau; David Odom; Kayla Frey; sharon.a.mcgrath@jpmorgan.com; Nikoulina, Dasha (KPMG); Boatman, Amy (KPMG); Burrell, Felecia (Contractor)
**Subject:** RE: BP Oil - Funding Request for General Claims Fund

Bob,

In light of the hearing scheduled by Judge Barbier on Friday, BP will wait until after the hearing to respond to your request.

Regards,

*Maria*

Eldridge 3 6.145C
Tel: 281-366-5928
Cell: 281-935-4271

---

**From:** Steve Herman [mailto:SHERMAN@hhklawfirm.com]
**Sent:** Wednesday, July 17, 2013 3:43 PM
**To:** 'Bob Levine'; Travis, Maria T; Holstein, Mark E; Keith Moskowitz; Cantor, Daniel A. (Daniel.Cantor@APORTER.COM); James Roy
**Cc:** Patrick Juneau; David Odom; Kayla Frey; McGrath, Sharon A (sharon.a.mcgrath@jpmorgan.com); Nikoulina, Dasha (KPMG); Boatman, Amy (KPMG); Burrell, Felecia (Contractor)
**Subject:** BP Oil - Funding Request for General Claims Fund

Class Counsel approves. Thanks.

---

**From:** Bob Levine [mailto:blevine@dheclaims.com]
**Sent:** Wednesday, July 17, 2013 3:18 PM
**To:** Travis, Maria T; mark.holstein@bp.com; Keith Moskowitz; Cantor, Daniel A. (Daniel.Cantor@APORTER.COM); Steve Herman; James Roy
**Cc:** Patrick Juneau; David Odom; Kayla Frey; McGrath, Sharon A (sharon.a.mcgrath@jpmorgan.com); 'Nikoulina, Dasha (KPMG)' (Dasha.Nikoulina@bp.com); Boatman, Amy (KPMG) (Amy.Boatman@bp.com); Burrell, Felecia (Contractor)
**Subject:** Funding Request for General Claims Fund

Maria Travis – BP Parties
Mark Holstein – BP Parties
Jim Roy – Lead Class Counsel
Steve Hermann – Lead Class Counsel

Per the Settlement Agreement, the Claims Administrator is required to initiate a formal request for additional funds to be deposited into the General Claims QSF. This request must be submitted to the BP Parties and Lead Class Counsel for approval.

1

EXHIBIT A

Additionally, the Settlement Agreement indicates the balance must fall below $200 million before this request should be initiated by the Claims Administrator. For your convenience I have listed below the language from the Settlement Agreement which I have referenced above.

*If at any time the balance in the Seafood Compensation Fund falls below $300 million and/or the balance in the General Claims Fund falls below $200 million, the Claims Administrator shall provide a written notice to the BP Parties and Lead Class Counsel specifying the balance in the Settlement Trust and each of the Claims Funds.* The BP Parties will promptly pay or cause to be paid additional amounts to the Settlement Trust, from time to time upon receipt of such notice, sufficient to restore the balance of the General Claims fund to at least $200 million and the balance of the Seafood Compensation Fund to at least $300 million; provided that in no event will the sum of all amounts allocated and paid into the Seafood Compensation Fund under all provisions of this Agreement, in the aggregate, exceed the Seafood Compensation Program Amount (and if it is determined that any amounts were contributed to the Seafood Compensation Fund in excess of the Seafood Compensation Program Amount, the amount of such excess shall be repaid from the Seafood Compensation Fund to the BP Parties)."

The balance in each of the funds as of the close of business today, July 17th, will be approximately:

| | |
|---|---:|
| Seafood Compensation | 1,325,077,047.97 |
| General Claims Fund | 191,344,739.78 |
| Administrative Fund | 30,345,498.11 |
| Gulf Tourism and Seafood Promotion | 34,409,599.07 |
| Supplemental Information | 4,448,125.29 |
| | 1,585,625,010.22 |

Today's payout of $23,243,381 has caused the balance in the General Claims Fund to fall to $191,344,740. The average daily payout rate for the General Claims Fund has been approximately $16,074,175 since June 27th. I estimate that the General Claims Fund requires a funding of **$200,000,000** to fund General Claims through August 2nd, provided the average daily payout remains the same.

With this correspondence, I am requesting approval from the BP Parties and Lead Class Counsel. A formal request for funding will be prepared and submitted after I receive approval from both parties.

Thanks,
**Robert P. Levine**
*Chief Financial Officer*


DEEPWATER HORIZON
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

504-934-4999

935 Gravier Street, Suite 1905
New Orleans, Louisiana 70112
blevine@dheclaims.com
Direct – 504 934-4919
Cell    -  504 813-8597

EXHIBIT A

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.

```
CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.
```

EXHIBIT A