

**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

## CONFLICT OF INTEREST AND RECUSAL

Contractor represents, warrants and covenants that he/she will assist the Claims Administrator in carrying out his/her responsibilities for the Court Supervised Claims Program in a professional manner and that he/she will do so at all times during the term of this Agreement free of any conflict of interest as an independent contractor.

Contractor will not conduct any outside work or business other than his/her work in support of the Claims Administrator except as disclosed to and approved by the Claims Administrator. Such disclosure of any outside work or business shall be made to the Claims Administrator in writing.

Contractor will take appropriate steps to avoid even the appearance of a conflict of interest or loss of impartiality with respect to the performance of his/her official duties as part of the Court Supervised Claims Program. Contractor shall not participate, without prior written approval from the Claims Administrator, in any activity that presents or would appear to present to a reasonable person who is knowledgeable of the relevant facts, a conflict of interest with the Court Supervised Claims Program. However, merely being acquainted with an individual who, or entity that has made a claim with the Transition Process and/or the Court Supervised Claims Program does not by itself require Contractor to be recused from official activities that relate to the Court Supervised Claims Program.

Contractor is not allowed to perform any official duties in the Court Supervised Claims Program that relate to any former employer, close family member or close personal friend of Contractor with respect to the Court Supervised Claims Program, without the prior written approval of the Claims Administrator. Contractor affirms that neither he/she nor any immediate family member is an employee of BP Exploration & Production Inc. (BP) or any affiliated entity of BP. Contractor further affirms that neither he/she nor any immediate family member has submitted a claim to the Court Supervised Claims Program, and if any such claim is intended to be filed or is actually filed after the date of the signing of this document, Contractor shall immediately notify the Claims Administrator in writing so that a determination may be made as to whether Contractor may continue to provide service to the Court Supervised Claims Program under the circumstances.

Other than in the performance of his/her duties on behalf of Claims Administrator, Contractor agrees that he/she does not have and will not have any personal interest in the

EXHIBIT D

Transition Process, the Court Supervised Claims Program or the Claims Administration Services, nor will he/she take any action that will conflict with or contravene this policy as it applies to the Transition Process, the Court Supervised Claims Program or the Claims Administration Services.

Contractor further acknowledges that, to the best of Contractor's knowledge, no close family member or close personal friend has or will have any interest in the Transition Process, the Court Supervised Claims Program or the Claims Administration Services, or will take any action that will contravene this policy as it applies to the Claim Process, the Court Supervised Claims Program or the Claims Administration Services.

Contractor also agrees to report immediately to David F. Odom or Michael J. Juneau if he/she suspects that any other Contractor may have violated of this policy.

Contractor acknowledges that he/she has read, understands and agrees to comply with the above-stated policy.

_Chunty Butano_ / 7/17/12
CONTRACTOR        Date

EXHIBIT D



**DEEPWATER HORIZON
CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

### GIFTS, ENTERTAINMENT AND GRATUITIES

To avoid even the appearance of a conflict of interest or loss of impartiality with respect to the performance of his/her official duties as part of the Court Supervised Claims Program, Contractor is prohibited from soliciting or accepting any gifts or gratuities from any person or entity that may be associated with the Court Supervised Claims Program or Claims Administration Services, including but not limited to any Claimant, party, attorney, vendor or other contractor.

Gifts and gratuities include but are not limited to: cash, gift certificates, tickets to events, liquor, food, vacations, entertainment, services, discounts, the use of property or facilities or other favors of value extended to Contractor or his/her family. Reasonable business meals may, on occasion, be necessary and appropriate. Such meals are acceptable, if they are not lavish or frequent.

Contractor also agrees to report immediately to David F. Odom or Michael J. Juneau if he /she suspects that any other contractor may have violated of this policy.

Contractor acknowledges that he/she has read and understands the above-stated policy and agrees to abide by this policy.

_Christi Ruth_ / 7-17-12
CONTRACTOR        Date

EXHIBIT D