IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: "J" |
| This document relates to all actions. | * | Honorable Carl J. Barbier |
| | | Magistrate Judge Shushan |
| * * * | | |

## EX PARTE MOTION TO FILE MOTION TO INTERVENE AND OPPOSITION UNDER SEAL

**NOW INTO COURT**, through undersigned counsel, comes The Andry Law Firm, L.L.C. and, pursuant to this Court's Standing Order regarding filing documents under seal, respectfully requests that it be permitted to file its Motion to Intervene and File Opposition under seal for the reasons set forth in the supporting memorandum.

1

**WHEREFORE**, The Andry Law Firm, L.L.C. respectfully requests that its motion to file under seal be granted.

Respectfully submitted,

*/s/ Ian Atkinson*
Kyle D. Schonekas, 11817
Ian Atkinson, 31605
SCHONEKAS, EVANS, MCGOEY
& MCEACHIN, L.L.C.
Poydras Center
909 Poydras Street, Suite 1600
New Orleans, Louisiana  70112
Telephone:  (504) 680-6050
Fax:  (504) 680-6051
kyle@semmlaw.com
ian@semmlaw.com

Attorneys for The Andry Law Firm, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has been served, by hand and by email, to counsel for B.P., the Claims Administrator, and the Plaintiffs' Steering Committee this 18th day of July, 2013.

*/s/ Ian Atkinson*
Ian Atkinson