IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: "J" |
| This document relates to all actions. | * | Honorable Carl J. Barbier |
| | | Magistrate Judge Shushan |

\* \* \*

## ORDER

Considering the foregoing,

**IT IS ORDERED** that The Andry Law Firm, L.L.C.'s Motion to Intervene and File Opposition Under Seal is **GRANTED**.

New Orleans, Louisiana this _____ day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE