# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: "J" |
| This document relates to all actions. | * | Honorable Carl J. Barbier |
| | | Magistrate Judge Shushan |
| * | * | * |

## NOTICE OF FILING UNDER SEAL

**NOW INTO COURT**, through undersigned counsel, comes The Andry Law Firm, L.L.C. which, pursuant to this Court's Standing Order regarding filing documents under seal, respectfully represents that it has filed a Motion to Intervene and File Opposition to B.P.'s Motion for Emergency Preliminary Injunction under seal.

Respectfully submitted,

*/s/ Ian Atkinson*
Kyle Schonekas, 11817
Ian Atkinson, 31605
SCHONEKAS, EVANS, MCGOEY
& MCEACHIN, L.L.C.
909 Poydras Street, Suite 1600
New Orleans, Louisiana  70112
Telephone:  (504) 680-6050
Fax:  (504) 680-6051
kyle@semmlaw.com
ian@semmlaw.com

Attorneys for The Andry Law Firm, L.L.C.

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing notice has been served, by hand and by email, to counsel for B.P., the Claims Administrator, and the Plaintiffs' Steering Committee this 18th day of July, 2013.

/s/ Ian L. Atkinson
Ian L. Atkinson