UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: Oil Spill by the Oil Rig "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | CIVIL ACTION<br><br>MDL NO.: 2179<br><br>SECTION "J"(1) |
| THIS DOCUMENT RELATES TO:<br>10-3897 | Hon. Carl J. Barbier<br>Mag. Judge Sally Shushan |

### EX PARTE MOTION FOR DISBURSEMENT OF REGISTRY FUNDS

NOW INTO COURT, through undersigned counsel, come Seacor Holdings, Inc., Seacor Offshore LLC, Seacor Marine LLC and Siemens Financial, Inc. ("Seacor") as beneficial owner, registered owner and managing owner of M/V SEACOR WASHINGTON, to move this Court for an Order directing the Clerk of Court to disburse funds that were deposited into the Registry of the Court on October 20, 2010, in the principal amount of $250.00, plus any accrued interest, to Phelps Dunbar LLP., for the following reasons:

(1) The matter is closed;

(2) By letter dated July 3, 2013, the Clerk of this Court informed counsel for "Seacor",. that $250.00 remains on deposit in the Registry of this Court. (A copy of the letter dated July 3, 2013, is attached hereto as Exhibit "A".)

(3) The above-numbered case has been closed and terminated. As such, plaintiff requests an Order directing the Clerk of Court to release funds in the amount of $250.00 from the registry of this Court, plus any accrued interest, less the court's assessment fee, to be paid to "Phelps Dunbar LLP."

1

WHEREFORE, "Seacor" prays that this Court issue an Order directing the Clerk to release funds from the registry of the Court, in the principal amount of $250.00, plus any accrued interest, less the court's assessment fee, with such funds to be paid to Phelps Dunbar LLP, (Tax I.D. No. 72-0358621), counsel for "Seacor", as all matters related to this litigation have been closed.

        Respectfully submitted,

        **PHELPS DUNBAR LLP**

BY:   *s/ Gary A. Hemphill*
        GARY A. HEMPHILL, T.A. (#6768)
        Phelps Dunbar, LLP
        Canal Place | 365 Canal Street, Suite 2000
        New Orleans, Louisiana 70130-6534
        Telephone: 504-566-1311
        Telecopier: 504-568-9130
        Email: hemphilg@phelps.com

Attorneys for Petitioners in Limitation, Seacor Holdings, Inc., Seacor Offshore LLC, Seacor Marine, LLC and Siemens Fianacial, Inc.

MICHAEL J. LYLE (DC Bar #475078, IL Bar #6199227)
**WEIL, GOTSHAL & MANGES LLP**
1300 Eye Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 682-7157
Facsimile: (202) 857-0940

THEODORE E. TSEKERIDES (NY Bar #2609642)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8218
Facsimile: (212) 310-8007

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 18th day of JULY, 2013.

<i>s/ Gary A. Hemphill</i><br>
Gary A. Hemphill