UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deep Water Horizon" in the Gulf of Mexico, on April 20, 2010 | * | CIVIL CASE NO: 2179 |
| | * | SECTION: "J" (1) |
| This Document Applies to: | | |
| No 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al. | * | JUDGE CARL BARBIER |
| | * | MAG. JUDGE SALLY SHUSHAN |

### EX PARTE MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO FILE UNDER SEAL THE MOTION FOR AN ORDER LIFTING STAY OF ANDRY LERNER CLIENTS' CLAIMS PROCESSING

**NOW INTO COURT**, through undersigned counsel, comes Andry Lerner, L.L.C. which pursuant to this Court's Standing Order regarding filing documents under seal, respectfully requests that it be permitted to file under seal its *Motion For An Order Lifting Stay of Andry Lerner Clients' Claims Processing* ("*Motion*").

On or about June 21, 2012, the Court and the Claims Administrator of the Deepwater Horizon Court Supervised Settlement Program ("CSSP") stayed all CSSP claims filed by Andry Lerner, L.L.C., on behalf of its 489 clients. Upon information and belief, this stay Order was based on a confidential Report of Investigation compiled by the Claims Administrator and provided to the Court.

On June 21, 2012, United States Magistrate Judge Sally Shushan issued a Directive that the Report of Investigation be kept confidential. That Order was violated and the Report of

Investigation was leaked to the Associated Press which wrote at least two articles quoting the document which was apparently based on information provided by a "confidential source." That article suggested that improper payments had been made to a staff attorney working on the CSSP by the law firm representing a particular claimant. That claimant was represented by Andry Lerner, L.L.C. ("Andry Lerner").

Although Andry Lerner has not seen the Report of Investigation, its *Motion* involves a number of issues that Plaintiffs believes are included in the confidential Report. In addition, serious damage has already been inflicted on the reputations of Andry Lerner and its principals by the false and defamatory statements in the leaked Report of Investigation and Associated Press articles. Accordingly, to maintain the confidentiality of these issues and comply with Magistrate Judge Shushan's Directive and to prevent further gratuitous damage to the attorneys' reputations, Andry Lerner, L.L.C. respectfully requests that its *Motion For An Order Lifting Stay of Andry Lerner Clients' Claim Processing* be filed under seal.

**WHEREFORE**, Andry Lerner, L.L.C. respectfully requests that its *Motion to File Under Seal* be granted.

Respectfully submitted,

By: /s/ James Cobb
James A. Cobb, Jr. (La. Bar No. 4213)
Attorney & Counselor-at-Law
900 Emerald Street
New Orleans, Louisiana   70124
Telephone:  (504) 289-7830
Telefax:  (504) 582-2310
E-mail:  jimcobb@jimcobblaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on **July 18, 2013**, I served the foregoing Motion and supporting pleadings via e-mail to all counsel of record.

_____
James A. Cobb, Jr.