## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deep Water Horizon" in the Gulf of Mexico, on April 20, 2010 | * | CIVIL NO: |
| | * | SECTION: "J" (1) |
| This Document Applies to: | | |
| No 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al. | * | **JUDGE CARL BARBIER** |
| | * | **MAG. JUDGE SALLY SUSHMAN** |

## ORDER

*Considering the foregoing Motion to File Under Seal;*

**IT IS HEREBY ORDERED** that the *Motion to File Under Seal* the *Motion For An Order Lifting Stay of Andry Lerner Clients' Claims Processing* is **GRANTED**.

New Orleans, Louisiana this _____ day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE