UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **CIVIL NO:** |
| **"Deep Water Horizon" in the** | | |
| **Gulf of Mexico, on April 20, 2010** | | |
| | * | **SECTION: "J" (1)** |
| This Document Applies to: | | |
| No 12-970, Bon Secour Fisheries, Inc., et | * | **JUDGE CARL BARBIER** |
| al. v. BP Exploration & Production, Inc., et | | |
| al. | | |
| | * | **MAG. JUDGE SALLY SHUSHAN** |

-----------------------------------------------------------------------------------------------------

## NOTICE OF FILING UNDER SEAL

**NOW INTO COURT**, through undersigned counsel, comes Andry Lerner, L.L.C., who,

pursuant to this Court's Standing Order regarding filing documents under seal, respectfully

represents that it has filed under seal a *Motion For Order Lifting Stay of Andry Lerner Clients'*

*Claims Processing*.

Respectfully submitted,

By: _____

James A. Cobb, Jr.  (La. Bar No. 4213)
Attorney & Counselor-at-Law
900 Emerald Street
New Orleans, Louisiana   70124
Telephone:   (504) 289-7830
Telefax:       (504) 582-2310
E-mail:        jimcobb@jimcobblaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on **July 18th 2013**, I served the foregoing Motion and supporting pleadings via e-mail to all counsel of record.

James A. Cobb, Jr.