## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

WILLIAM W. BLEVINS
CLERK

500 POYDRAS STREET, RM C-151
NEW ORLEANS, LA 70130

July 3, 2013

Gary Alan Hemphill
Phelps Dunbar, LLP
Canal Place
365 Canal St., Ste. 2000
New Orleans, LA 70130-6534

RE:   Civil Action 10-3895
      In the matter of Seacor Holdings, Inc. Et al

Dear Mr. Hemphill:

   Our records reflect that the sum of $250.00, your check number 948676, was deposited into the Registry of the Court on 10/20/2010 in the above numbered case.

   The case has been *closed* and in order to return the deposit, you should file a Motion and Order directing the Clerk to refund that sum to you or your client.

   If you have any questions, please call our office at (504) 589-7785. Your prompt attention to this matter would be appreciated.

Very truly yours,

Diane Gertjejansen
Financial Assistant



EXHIBIT A