## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * | **MDL NO. 2179** |
| | * | **SECTION: "J"** |
| **This document relates to all actions.** | * | **Honorable Carl J. Barbier** |
| | | **Magistrate Judge Shushan** |
| | * * * | |

**\* UNDER SEAL \***

### ORDER

### THE ANDRY LAW FIRM, L.L.C.'S EX PARTE MOTION AND INCORPORATED MEMORANDUM FOR EXPEDITED HEARING ON MOTION TO INTERVENE

**NOW INTO COURT**, through undersigned counsel, comes The Andry Law Firm, L.L.C., who moves for an expedited hearing on its Motion to Intervene.

### I.

B.P. Exploration & Production, Inc. and B.P. America Production Company (collectively, "B.P.") have filed a Motion to suspend the entire Deepwater Horizon Court Supervised Settlement Program ("CSSP").

1

## II.

This Court has scheduled a hearing on B.P.'s Motion for Friday, July 19, 2013, at 8:30 a.m.

## III.

If The Andry Law Firm is not permitted to intervene before that time, The Andry Law Firm will not have the opportunity to protect its interest in its claim currently pending before the CSSP.

## IV.

The Andry Law Firm respectfully requests that this Honorable Court hear its Motion to Intervene, which is being filed contemporaneously with the instant motion, on an expedited basis and contemporaneously with B.P.'s Motion for Emergency Preliminary Injunction.

Respectfully submitted,

*/s/ Ian Atkinson*
Kyle D. Schonekas, 11817
Ian Atkinson, 31605
SCHONEKAS, EVANS, MCGOEY
& MCEACHIN, L.L.C.
Poydras Center
909 Poydras Street, Suite 1600
New Orleans, Louisiana  70112
Telephone:  (504) 680-6050
Fax:  (504) 680-6051
kyle@semmlaw.com
ian@semmlaw.com

Attorneys for The Andry Law Firm, L.L.C.

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has been served on all counsel by hand and electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 18th day of July, 2013.

*/s/ Ian Atkinson*
Ian Atkinson