IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: "J" |
| This document relates to all actions. | * | Honorable Carl J. Barbier |
| | | Magistrate Judge Shushan |

\* \* \*

\* UNDER SEAL \*

## MEMORANDUM IN SUPPORT OF MOTION
## TO FILE MOTION TO INTERVENE AND OPPOSITION UNDER SEAL

**NOW INTO COURT**, through undersigned counsel, comes The Andry Law Firm, L.L.C. and, pursuant to this Court's Standing Order regarding filing documents under seal, respectfully requests that it be permitted to file its Motion to Intervene and File Opposition under seal.

On or about June 21, 2012, the Court and the Claims Administrator of the Deepwater Horizon Court Supervised Settlement Program ("CSSP") stayed all CSSP claims filed by the plaintiff, Andry Lerner, L.L.C., on behalf of its clients. Upon information and belief, this stay was based on a confidential Report of Investigation compiled by the Claims Administrator and provided to the Court.

On June 21, 2012, United States Magistrate Judge Sally Shushan issued a directive that the Report of Investigation be kept confidential.

On July 16, 2013, despite Judge Shushan's directive, B.P. Exploration & Production, Inc. and B.P. America Production Company's (collectively, "B.P.") filed a Motion for an Emergency Preliminary Injunction to Suspend Payments from the Court Supervised Settlement Program Pending Special Master Freeh's Investigation and Report and attached redacted copies of the Report of Investigation, as well as several other reports and letters involving the same issues.

To maintain the confidentiality of these issues and comply with Magistrate Judge Shushan's directive, The Andry Law Firm, L.L.C. respectfully requests that its Motion to Intervene and File Opposition be filed under seal.

**WHEREFORE**, The Andry Law Firm, L.L.C. respectfully requests that its motion to file under seal be granted.

Respectfully submitted,

/s/

Kyle D. Schonekas, 1187
Ian Atkinson, 31605
SCHONEKAS, EVANS, MCGOEY
& MCEACHIN, L.L.C.
Poydras Center
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70112
Telephone: (504) 680-6050
Fax: (504) 680-6051
kyle@semmlaw.com
ian@semmlaw.com

Attorneys for The Andry Law Firm, L.L.C.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Opposition has been served, by hand, to counsel for B.P., the Claims Administrator, and the Plaintiffs' Steering Committee this 18th day of July, 2013.

_____
Ian Atkinson

3