IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL NO. 2179 SECTION: "J" |
| This document relates to all actions. | * | Honorable Carl J. Barbier |
| | | Magistrate Judge Shushan |

\* \* \*

\* UNDER SEAL \*

## MEMORANDUM IN SUPPORT OF MOTION TO INTERVENE AND FILE OPPOSITION BY THE ANDRY LAW FIRM, L.L.C.

**NOW INTO COURT**, through undersigned counsel, comes The Andry Law Firm, L.L.C. to move this Court for an Order permitting it to intervene into this action as of right pursuant to Rule 24(a) of the Federal Rules of Civil Procedure and to file an opposition to the Motion for an Emergency Preliminary Injunction filed by B.P. Exploration & Production, Inc. and B.P. America Production Company's (collectively, "B.P.").

Federal Rule of Civil Procedure 24(a) allows for intervention of right to any party that "claims an interest relating to the property or transaction that is subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest."

In the present case, B.P. asks the Court to suspend the entire Deepwater Horizon Court Supervised Settlement Program ("CSSP") based on the unfounded allegation by a confidential source that former CSSP staff attorney Lionel Sutton attempted to influence The Andry Law Firm's claim. If it is not permitted to intervene in this action, The Andry Law Firm will not have the opportunity to rebut B.P.'s inaccurate allegations or to protect its interest in its claim. British Exploration & Production, Inc. and BP America Production Company oppose The Andry Law Firm, L.L.C.'s intervention.

WHEREFORE, The Andry Law Firm, L.L.C. moves this Court for an Order permitting it to intervene and file the attached opposition to B.P.'s motion for an emergency preliminary injunction, for the purpose of protecting the interests of The Andry Law Firm which are being challenged in a proceeding in which no current party is adequately protecting The Andry Law Firm's interests.

Respectfully submitted,

/s/

Kyle D. Schonekas, 1187
Ian Atkinson, 31605
SCHONEKAS, EVANS, MCGOEY
& MCEACHIN, L.L.C.
Poydras Center
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70112
Telephone: (504) 680-6050
Fax: (504) 680-6051
kyle@semmlaw.com
ian@semmlaw.com

Attorneys for The Andry Law Firm, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has been served, by hand and by email, to counsel for B.P., the Claims Administrator, and the Plaintiffs' Steering Committee this 18th day of July, 2013.

_____
Ian Atkinson