

www.heritageboatworks.com

# BILL OF SALE

February 26, 2007

Commotion Investments, LLC

50' Heritage Sportfish
Delivery Date: February 26, 2007
Hull ID #HER00002J606
US Coast Guard Documentation #1188579

Total Cost                             $1,195,335.80

No sales tax included, boat to be registered in Florida

_____                    _2/26/07_____
Robert D. Brittingham, Jr., President         Date

1290 Marshallberg Road
PO Box 31
Marshallberg, NC 28553
Telephone 252-241-7064
E-mail: heritageboats@ec.rr.com

**COMPOSITE EXHIBIT "A"**

## Commotion Spec Sheet

2006 50 ft Heritage Boatworks (delivered 2/07)
Beam: 16'
Displacement: 50,000 lbs
Draft: 4'6"
Engines: Cummins QSM-11 660hp.1128 hrs w/extended warranties
Fuel: 750 gal. single tank under cockpit
Water: 100gal
Cruise: 27k, 46gph      Max: 32k, 64 gph

## LAYOUT

V-berth forward with 4 bunks and storage lockers
2 over-under bunks to starboard with storage lockers
Large head with shower
2 Large walk-in storage closets with shelves
Storage under all bunks
Storage in dinette table in salon
Large wrap around couch on starboard side with storage
Large couch on port side
Recessed lighting throughout with dimmers and 12v emergency lights
Custom chest freezer to starboard
4 flush-mounted Bose speakers in salon
Teak interior with satin finish
Entertainment center with flat screen TV, DVD, VHS Clarion stereo w/cd and Sirius Satellite Radio
Sat phone controls, Air Conditioner controls, water maker remote display screen

## Galley

Galley up to port side
(2) 2 drawer U-Line under counter refrigerators
Microwave
Solid surface countertops
Sink

## Hull/Deck/Bridge

Flexiteak cockpit
Non-skid covering boards
Awlgrip snow white
1 piece molded stainless corner hause pipes
Anchor locker with line on bow
2 bow cleats, 2 spring, 2 stern
Release Marine helm chair with telescoping pedestal
Navigation lights are molded in the hardtop
Recessed lighting (4) white (2) red
Molded spreader lights (2) aft (1) fwd
Forward bridge curtains are Barrett Glass, side are Strataglass
(2) freshwater (4) saltwater outlets in cockpit, 1 set plumbed for tuna tubes
(1) freshwater washdown in bridge

## Electrical

Onan 17kw generator with gauges in bridge and panel in salon
(3) 3 gel cell battery banks, 1 house/generator, 1 stbd engine, 1 port engine
Dockside electrical cable 50 amp/ 240 volt
Battery parallel switch
Sentry battery charger
Cathelco marine growth inhibitor installed in forward sea chest

## Electronics
### (bridge)

Simrad AP25 auto pilot
Ritchie compass
Northstar 6000i depth sounder/chart plotter/Flir video in with 15" screen
Furuno Navnet vx2 10.5" 72 nm radar/plotter/video in/satellite weather
2 Icom 602 VHF with remote mics in tower and salon
Sea Tel satellite phone
Flir Mariner remote controlled infrared night vision
ACR remote controlled spotlight
Clarion stereo remote
4 Bose speakers

### (tower)

Northstar 6000i 8" screen
Simrad auto pliot
ACR spotlight remote
Clarion stereo remote
2 Bose speakers
Ritchie compass
Electronic engine displays

## Mechanical/Engine Room

(3) Crusair air conditioners with reverse cycle (2) 12,000 btu, (1) 16,000 btu
Bilge blowers
5 automatic bilge pumps
Halon auto fire extinguishing system
Fresh water cooling system
Fuel Filters
Fuel shut off valves
Oil storage and transfer pump
Crash pump valves for engines
Hydraulic steering
ZF transmission 2:0;1 with trolling valves
Sea Recovery Aqua-Matic 740gal/day watermaker
Eskimo 600 lb/day ice machine
Glendinning electronic controls with backups, Cummins backup throttles
(1) Headhunter washdown pump, (2) high volume pumps (1) freshwater pump
AC and DC overhead lighting
Awlgrip snow white paint
Hot water heater

## Fishing Equipment

Bausch American tuna tower 6' gap with removable buggy top with seat and backrest
Rupp 41 ft triple spreader outriggers with center rigger
Release Marine Unlimited fighting chair with rocket launcher and backrest
Large refrigerated transom fishbox
Large in-deck insulated fishbox
50 gal livewell in port tackle center
Large ice bin and drink box in starboard tackle center
Tackle drawers in port tackle center
Underwater Lights USA 120v metal halide underwater lights 2 aft, 1 down
3 rod holders on each tower leg in cockpit
6 Lees swivel base rod holders in gunnels
7 rod holders on bridge
2 Release Marine teaser reels in bridge
Transom door
Gunnel storage boxes
Overhead lighting and 2 Bose speakers in bridge overhang