UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER |
| Applies to:  No. 10-2771, and All Cases | § § § § | MAG. JUDGE SHUSHAN |

**HALLIBURTON ENERGY SERVICES, INC.'S OBJECTIONS TO
AND APPEAL FROM MAGISTRATE JUDGE'S ORDER
REGARDING BP'S MOTION TO STRIKE HALLIBURTON EXPERTS KRIS RAVI'S
PHASE 2 REBUTTAL REPORT AND GLEN STEVICK'S PHASE 2 REBUTTAL
REPORT, SECTION II(b)(i) [REC. DOC. 10751]**

Pursuant to 28 U.S.C. § 636(b)(l)(A), Halliburton Energy Services, Inc. ("HESI") objects to and appeals the Magistrate Judge's Order entered July 15, 2013 [Rec. Doc. 10751] granting BP's Motion to Strike Report of Kris Ravi [Rec. Doc. 10742].  As more fully set forth in the accompanying Memorandum, HESI argues the Order is clearly erroneous and contrary to law to the extent it prevents HESI from responding to criticisms of HESI's cement design and testing propounded by Dr. Andreas Momber and other Phase 2 experts.  HESI further appeals the Court's determination, as reflected in the Order, that "Halliburton will not be able to call quantification witnesses at Phase Two[,]" as depriving HESI of its due process right to rebut and cross-examine witnesses and otherwise defend itself against the claims in this litigation.

Dated:  July 19, 2013

Respectfully Submitted,

**GODWIN LEWIS PC**

**By:** /s/ Donald E. Godwin
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
Floyd.Hartley@GodwinLewis.com
Gavin E. Hill
State Bar No.  00796756
Gavin.Hill@GodwinLewis.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332
and
R. Alan York
State Bar No. 22167500
Alan.York@GodwinLewis.com
Jerry C. von Sternberg
State Bar No.  20618150
Jerry.VonSternberg@GodwinLewis.com
Misty Hataway-Coné
State Bar No.  24032277
Misty.Cone@GodwinLewis.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  713.595.8300
Facsimile:  713.425.7594

**ATTORNEYS FOR DEFENDANT HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Halliburton Energy Services, Inc.'s Objections To And Appeal From Magistrate Judge's Order regarding BP's Motion To Strike Halliburton Experts Kris Ravi's Phase 2 Rebuttal Report and Glen Stevick's Phase 2 Rebuttal Report, Section (II)(b)(i) [REC. DOC. 10751] has been served on all Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 19th day of July, 2013.

                                                    /s/ Donald E. Godwin
                                                    Donald E. Godwin