UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>Applies to:   All Cases | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | MDL No. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

### ORDER

On this day the Court considered Defendant Halliburton Energy Services, Inc.'s ("HESI") Objections to and Appeal from Magistrate Judge's Order Regarding BP's Motion to Strike Halliburton Experts Kris Ravi's Phase 2 Rebuttal Report and Glen Stevick's Phase 2 Rebuttal Report, Section II(b)(i) [REC. DOC. 10751].

**IT IS ORDERED** that HESI's Objections To and Appeal From Magistrate Judge's Order Regarding BP's Motion to Strike Halliburton Experts Kris Ravi's Phase 2 Rebuttal Report and Glen Stevick's Phase 2 Rebuttal Report, Section II(b)(i) [REC. DOC. 10751] is GRANTED and BP's Motion to Strike Halliburton Experts Kris Ravi's Phase 2 Rebuttal Report and Glen Stevick's Phase 2 Rebuttal Report, Section II(b)(i) is DENIED.

New Orleans, Louisiana, this ____ day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE