UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § § | MDL No. 2179 SECTION:  J JUDGE BARBIER MAG. JUDGE SHUSHAN |
| Applies to:   All Cases | | |

**DEFENDANT HALLIBURTON ENERGY SERVICES, INC.'S *EX PARTE* MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN EXHIBITS TO ITS MEMORANDUM IN SUPPORT OF ITS OBJECTIONS TO AND APPEAL FROM MAGISTRATE JUDGE'S ORDER REGARDING BP'S MOTION TO STRIKE HALLIBURTON EXPERTS KRIS RAVI'S PHASE 2 REBUTTAL REPORT AND GLEN STEVICK'S PHASE 2 REBUTTAL REPORT, SECTION II(b)(i) [REC. DOC. 10751]**

**PLEASE TAKE NOTICE** that Halliburton Energy Services, Inc. ("HESI") respectfully requests leave to file under seal certain expert reports designated as confidential by other parties which are referenced as exhibits to its Memorandum in Support of its Objections to and Appeal from Magistrate Judge's Order Regarding BP's Motion to Strike Halliburton Experts Kris Ravi's Phase 2 Rebuttal Report and Glen Stevick's Phase 2 Rebuttal Report, Section II(b)(i) [Rec. doc. 10751].  Specifically, HESI seeks to file the following documents designated as confidential under seal:

1. Stewart Giffiths' Expert Report (Exhibit 2);
2. Martin Blunt's Expert Report (Exhibit 3);
3. Kerry Pollard's Expert Report (Exhibit 5);
4. John Wilson's Expert Report (Exhibit 6); and
5. Andreas Momber's Amended Expert Report (Exhibit 11)

For the Court's convenience, hard copies of these referenced exhibits that HESI seeks to file under seal have been hand-delivered to the Court.

**DEFENDANT HALLIBURTON ENERGY SERVICES, INC.'S *EX PARTE* MOTION FOR LEAVE TO FILE UNDER SEAL**

Respectfully submitted,

**GODWIN LEWIS PC**

**By:** /s/ *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
Floyd.Hartley@GodwinLewis.com
Gavin E. Hill
State Bar No.  00796756
Gavin.Hill@GodwinLewis.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
State Bar No. 22167500
Alan.York@GodwinLewis.com
Jerry C. von Sternberg
State Bar No.  20618150
Jerry.VonSternberg@GodwinLewis.com
Misty Hataway-Coné
State Bar No.  24032277
Misty.Cone@GodwinLewis.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  713.595.8300
Facsimile:  713.425.7594

**ATTORNEYS FOR DEFENDANT HALLIBURTON ENERGY SERVICES, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Defendant, Halliburton Energy Services, Inc.'s, *Ex Parte* Motion for Leave to File Under Seal Certain Exhibits to its Memorandum in Support of its Objections to and Appeal from Magistrate Judge's Order Regarding BP's Motion to Strike Halliburton Experts Kris Ravi's Phase 2 Rebuttal Report and Glen Stevick's Phase 2 Rebuttal Report, Section II(b)(i) [Rec. doc. 10751] has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 19TH day of July, 2013.

/s/ Donald E. Godwin  
Donald E. Godwin