UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § § | MDL No. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |
| Applies to:   All Cases | | |

## ORDER

On this day the Court considered Defendant Halliburton Energy Services, Inc.'s *Ex Parte* Motion for Leave to File Under Seal Certain Exhibits to its Memorandum in Support of its Objections to and Appeal from Magistrate Judge's Order Regarding BP's Motion to Strike Halliburton Experts Kris Ravi's Phase 2 Rebuttal Report and Glen Stevick's Phase 2 Rebuttal Report, Section II(b)(i) [Rec. doc. 10751].

**IT IS ORDERED** that the Motion is GRANTED and the confidential exhibits referenced in Halliburton Energy Services, Inc.'s Memorandum in Support of its Objections to and Appeal from Magistrate Judge's Order Regarding BP's Motion to Strike Halliburton Experts Kris Ravi's Phase 2 Rebuttal Report and Glen Stevick's Phase 2 Rebuttal Report, Section II(b)(i) [Rec. doc. 10751] will hereby be filed into the record of this matter UNDER SEAL.

New Orleans, Louisiana, this ____ day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE