FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2013 JUL 15 PM 4:42

WILLIAM W. BLEVINS

13-5083
SECT. J MAG. 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON in the GULF OF MEXICO, on APRIL 20, 2010

MDL NO. 2179

SECTION: J

JUDGE BARBIER
MAG. JUDGE SHUSAN

This Document Relates to: All Cases
(Including No. 10-8888 doc #135862)

## MOTION FOR ACCEPTANCE OF SHORT FORM JOINDER

Upon Motion of Plaintiff, Michael T. Morrow, for Acceptance of Short Form Joinder for filing beyond the September 16, 2011 Deadline and Supporting Memorandum, who respectfully seeks this Honorable Court's permission to accept claimant's late-filed claims in the limitation proceeding for the reasons set forth in his Memorandum.

Dated: July 13th, 2013

Respectfully submitted by

GEORGE J. TATE, P.L.L.C.

BY: _____
George J. Tate, Bar Roll No. 12663
130 Main Street - P. O. Box 817
Abbeville, LA 70511-0817
Telephone No. (337) 893-8335
Telefacsimile No. (337) 893-8653
Attorney for the Plaintiff
Michael T. Morrow

_____
Michael T. Morrow

___Fee _____
___Process_____
_X_ Dktd _____
___CtRmDep_____
___Doc. No._____