UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON in the GULF OF MEXICO, on APRIL 20, 2010 | : MDL NO. 2179  **13-5083** <br> : SECTION: J  **SECT. J  MAG. 1** <br> : <br> : JUDGE BARBIER <br> : MAG. JUDGE SHUSAN |
| This Document Relates to: All Cases 8888 <br> (Including No. 2:10-cv-09999-CJB-SS) | | : <br> : |

## MEMORANDUM IN SUPPORT OF MOTION FOR ACCEPTANCE OF SHORT FORM JOINDERS FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE

NOW INTO COURT, through undersigned counsel, comes claimants, Michael T. Morrow, who files this Memorandum in support of the accompanying Motion for Acceptance of Short Form Joinder Filed Beyond the September 16, 2011 D. This claimant respectfully seeks this Honorable Court's permission to accept claimant's late-filed claims in the limitation proceeding for the following reasons:

1. Claimant contacted counsel after the Court-established deadline of September 16th, 2011, seeking assistance in filing claims for damages incurred as a result of the Deepwater Horizon explosion and resulting oil spill.

2. Because claimants were unaware of the Court-established deadline, or had not yet fully realized their damages, they did not timely file in the Transocean limitation proceeding.

3. No prejudice will result from the acceptance of the late filings. Such filings have been filed in the Court-established filing system under the action 2:10-cv-09999-CJB-SS. No action has been taken in the limitation proceeding that could cause prejudice to any other party to the proceeding.

4. Supplemental Admiralty Rule 14(f) gives the Court discretion to permit the late filing of claims in a limitation proceeding. Where no prejudice could be suffered by plaintiffs in the limitation proceeding, the acceptance of late filed claims should be allowed where equitable reasons are shown. *Texas Gulf Sulphur Co. V. Blue Stack Towing Co.*, 313 F. 3d 359, 362 (5 Cir. 1963) ("[S]o long as rights for the parties are not adversely affected, the court will freely grant permission to file late claims."); *In re Gladiator Marine, Inc.*, No. 98-2037, 1999 WL378121 (E.D. La. June 7, 1999) (citing *Golnoy Barge Co. V. M/T Shinoussa*, 980 F.2d 349, 351(5 Cir. 1993)). Here, there are no indications that any limitation plaintiff would be adversely affected or suffer any prejudice if these late-filed claims are deemed timely. Limitation has not been determined, and there is no prejudice to the limiting parties or other defendants.

For these reasons, claimants respectfully request that the Court accept their late filed Short Forms and grant the accompanying Motion for Acceptance of Short Form Joinders Filed Beyond the September 16, 2011 Deadline.

Dated: July 13th, 2013

Respectfully submitted by

GEORGE J. TATE, P.L.L.C.

BY: _____

George J. Tate, Bar Roll No. 12663
130 Main Street - P. O. Box 817
Abbeville, LA 70511-0817
Telephone No. (337) 893-8335
Telefacsimile No. (337) 893-8653
Attorney for the Plaintiff
Michael T. Morrow

_____
Michael T. Morrow

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above the above and foregoing Motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using manual document filing, to be served upon all counsel and interested parties via CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of July, 2013.

George J. Tate, Bar Roll No. 12663