UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON in the GULF OF MEXICO, on APRIL 20, 2010

MDL NO. 2179   **13-5083**

SECTION: J   **SECT. J MAG. 1**

JUDGE BARBIER
MAG. JUDGE SHUSAN

This Document Relates to: All Cases

(Including No. 10-8888 doc #135862.

## ORDER

Considering the Motion for Acceptance of Short Form Joinders Filed on behalf of Plaintiff, Michael T. Morrow, such filing beyond the September 16, 2011 Deadline and Supporting Memorandum:

It is ORDERED that the late-filed Short Form Joinder filed by Movant, Michael T. Morrow, in the action captioned *Michael T. Morrow v. BP Exploration & Production, Inc., et al* is hereby considered to be timely filed claims in the Transocean Limitation (Civil Action No. 10-2771, by way of Civil Action No. 10-8888), in accordance with Pre-Trial Order No.33.

Signed this ____ day of _____, 2013.

_____
Honorable Carl J. Barbier
U.S. District Court Judge

___ Fee _____
___ Process _____
X   Dktd _____
___ CtRmDep_____
___ Doc. No._____