| Short Form Joinder Number | Full Scope Services File # | Claimant Name | SERVICE ADDRESS |
|---|---|---|---|
| 34821 | BP-001141 | Ritter Construction | Otis Ritter<br>**Ritter Construction**<br>PO Box 803<br>Theodore, AL 36590 |
| 34852 | BCA-001082 | Offshore International Marine, Inc. | Thomas Brewer<br>**Offshore International Marine, Inc.**<br>3802 Navy Blvd.<br>Pensacola, FL 32507 |
| 34900 | BCA-000389 | Michael Adkinson | Michael Adkinson<br>2172 W 9 Mile Rd. #159<br>Pensacola, FL 32534 |
| 38336 | BCA-000112 | Erik Gerace | Erik Gerace<br>6908 N Lagoon Dr. Apt 8<br>Panama City, FL 32408 |
| 40093 | BCA-000492 | Loc Bui | Loc Bui<br>7 Osborne Ave.<br>Kenner, LA 70065 |
| 42536 | BCA-000456 | Island Way Charters, Inc | Kris Sahr<br>**Island Way Charters, Inc.**<br>6519 114th St. N<br>Seminole, FL 33772 |
| 43679 | BCA-000270 | Cheapos Inc | Phillip H Abbott<br>**Cheapos, Inc.**<br>8468 Highway 45<br>Eight Mile, AL 36613 |
| 47718 | BP-000479 | Core Fitness | Robert Logan<br>**Core Fitness**<br>27580 Canal Rd. Unit 1434<br>Orange Beach, AL 36561 |
| 47947 | BP-000629 | Edward Jansen | Edward Jansen<br>12303 Fernwood Dr. West<br>Elberta, AL 36530 |
| 48283 | BP-001115 | American Family Investments, Inc DBA American Concrete Supply | Cleveland Campbell<br>**American Family Investments, Inc. d/b/a American Concrete Supply**<br>PO Box 849<br>Gonzalez, FL 32560 |
| 48285 | BP-001114 | C&C Hauling Co | Cleveland Campbell<br>**C&C Hauling Co., Inc.**<br>222 Hwy 95A N<br>Cantonment, FL 32533 |
| 48290 | BP-001151 | South Alabama Materials, INC | Cleveland Campbell<br>**South Alabama Materials, Inc.**<br>PO Box 850<br>Gonzalez, FL 32560 |
| 53345 | FMG-000024 | Daniel Arabie | Daniel Arabie<br>3066 Highway 1<br>Raceland, LA 70394 |

| | | | |
|---|---|---|---|
| 55342 | BP-000515 | Robert Larisey | Robert Larisey<br>102 Meadow Wood Loop<br>Daphne, AL 36526 |
| 57525 | IBP-000010 | Garys Electric Service, INC | Gary Bordelon<br>**Gary's Electrical Service, Inc.**<br>5701 Crawford St., Suite 1<br>Harahan, LA 70123 |
| 57549 | IBP-000007 | Cindy Champagne | Cindy Champagne<br>PO Box 628<br>Garyville, LA 70051 |
| 57554 | IBP-000031 | Victor Miranda | Victor Miranda<br>924 Marilyn<br>Baton Rouge, LA 70815 |
| 57570 | IBP-000016 | Anthony Serio | Anthony Serio<br>4108 Jasper St.<br>Metairie, LA 70002 |
| 57572 | IBP-000009 | Gary Lamonte | Gary Lamonte<br>2245 Barton Dr.<br>Marrero, LA 70072 |
| 57574 | IBP-000008 | Peter Ives | Peter Ives<br>1417 Seventh St.<br>New Orleans, LA 70115 |
| 57586 | IBP-000044 | Elnora McNeal | Elnora McNeal<br>1220 Tenenbrach St. Apt A<br>Arabi, LA 70032 |
| 57588 | IBP-000043 | Histouric Tour & Batture Press Inc | Rob Florence<br>**Historic Tour & Batture Press, Inc..**<br>2917 Esplanade Ave<br>New Orleans, LA 70119-3115 |
| 59595 | BCA-001150 | Childworld Learning Center, INC | Robert Duncan<br>**Childworld Learning Center, Inc.**<br>3430 Highway 390<br>Panama City, FL 32405 |
| 60509 | IBP-000042 | Wendy White | Wendy White<br>7811 Mill St.<br>New Orleans, LA 70126 |
| 60630 | IBP-000037 | Automatic Fasteners, INC | Randall Bridges<br>**Automatic Fasteners, Inc.**<br>101 27th St.<br>Kenner, LA 70062 |
| 60687 | IBP-000052 | Stephen Wicks | Stephen Wicks<br>39578 Robert Dr.<br>Slidell, LA 70461 |
| 60740 | IBP-000015 | Louisiana Container Sales, INC | Roy Boasso<br>**Louisiana Container Sales, Inc.**<br>9575 Old Gentilly Rd.<br>New Orleans, LA 70127 |
| 60745 | IBP-000013 | Keith Diamond | Keith Diamond<br>2540 W Friendship Dr.<br>Harvey, LA 70058 |

| | | | |
|---|---|---|---|
| 63199 | BP-000194 | Thompson Achee Development, Inc. | Cole Thompson<br>**Thompson Achee Development, Inc.**<br>PO Box 1288<br>Montrose, AL 36559 |
| 63214 | BP-000207 | County Road Storage, | Jeff Thompson<br>PO BOX 1288<br>Montrose, AL 36559 |
| 63626 | BP-000837 | Beaufort Engineers Services | X |
| 63631 | BP-001057 | BES Construction, LLC | Heather Bolton<br>**BES Construction, LLC**<br>311 Fels Avenue<br>Fairhope, AL 36532-1534 |
| 63909 | BCA-000204 | Mark Ramsarran | Mark Ramsarran<br>1460 Annunciation St. #6407<br>New Orleans, LA 70130 |
| 65525 | IBP-000062 | Sierra Investments, INC | Muktibeu Patel<br>**Sierra Investments, Inc.**<br>434 S Airline Hwy<br>Gonzales, LA 70737 |
| 66172 | BP-000021 | Paradise Marine | Gene Myers<br>**Paradise Marine, Inc.**<br>PO Box 2439<br>Gulf Shores, AL 36547 |
| 66334 | BP-000041 | Crystal Pointe, LLC | Dean Skipper<br>**Cyrstal Pointe, LLC**<br>PO Box 1177<br>Robertsdale, AL 36567 |
| 66335 | BP-000043 | Crystal Orchard Inc | Dean Skipper<br>**Cyrstal Orchard, Inc.**<br>PO Box 1177<br>Robertsdale, AL 36567 |
| 66441 | BP-000044 | Tripe S Ventures, Inc | Dean Skipper<br>**Triple S Ventures, Inc.**<br>PO Box 1177<br>Robertsdale, AL 36567 |
| 66453 | BP-001111 | Ronald Bullock | Ronald Bullock<br>612 S 1st St.<br>Pensacola, FL 32507 |
| 67030 | BP-000969 | Doug Thomas | Doug Thomas<br>6495 Cardinal Lane<br>Daphne, AL 36526 |
| 67581 | BP-000171 | Wagner Plumbing | Ronnie Wagner<br>Wagner Plumbing<br>8178 B Nichols Ave.<br>Fairhope, AL 36532 |
| 67990 | BP-000446 | Cockrells Robertsdale | Joe Lamberth<br>23560 Hwy. 59<br>Robertsdale, AL 36567 |
| 68144 | AKD-000006 | J Michaels Repair Service, INC | Michael and Cheryl Jones<br>**J. Michaels Repair Service, Inc..**<br>2111 Kentucky Ave.<br>Kenner, LA 70062 |

| | | | |
|---|---|---|---|
| 68412 | DMA-000042 | Cajun Charlie's Seafood Restaurant, INC | Clinton Charlie<br>**Cajun Charlie's Seafood Restaurant, Inc.**<br>202 Henning St.<br>Sulphur, LA 70663 |
| 69553 | IBP-000049 | Johnathan Kaszowski | X |
| 70336 | BP-000191 | Eastern Shore Plastic Surgery, P.C. | William Staggers<br>**Eastern Shore Plastic Surgery, PC**<br>7541 Cipriano Ct.<br>Fairhope, AL 36532 |
| 70635 | BP-001046 | V-T Sil Flower-Plant Inc | Liem Tran<br>**V-T Sil Flower-Plant, Inc.**<br>4276 Saint Stephens Rd<br>Eight Mile, AL 36613 |
| 70660 | BP-001048 | Star Nails, LLC | Ru T Troung<br>**Star Nails, LLC**<br>179 Highway 98<br>Fairhope, AL 36532 |
| 70668 | BP-000765 | Roberds Corporation | George Roberds<br>**Roberds Corp.**<br>PO Box 1004<br>Fairhope, AL 36533 |
| 70685 | BP-001170 | Chau Nguyen | Chau Nguyen<br>351 Azalea Rd.<br>Mobile, AL 36609 |
| 73372 | BP-000692 | Infinity Homes, Inc | Jim Ivy<br>**Infinity Homes, Inc.**<br>5208 Highway 90 W<br>Mobile, AL 36619 |
| 73844 | BP-001196 | County Rd 20, LLC | Richard Inge<br>**County Rd 20, LLC**<br>169 Dauphin St., Suite 101<br>Mobile, AL 36602 |
| 75772 | DMA-000027 | Damischa Dedeaux | Damischa Dedeaux<br>675 D Bradford St.<br>Biloxi, MS 39530 |
| 77311 | FMG-000019 | Dale Dardar | Dale Dardar<br>5057 Bayouside Drive<br>Chauvin, LA 70344 |
| 80390 | BP-000165 | Rae Meccia | Rae Meccia<br>PO Box 3823<br>Pensacola, FL 32516 |
| 80615 | BCA-000090 | Tommy Hamm Construction, INC | Tommy Earl Hamm<br>**Tommy Hamm Construction, Inc.**<br>1204 Savannah Dr.<br>Panama City, FL 32405 |
| 83228 | BP-000466 | Sun World Inc | Michael McQuillen<br>**Sun World, Inc.**<br>14435 Hwy 181<br>Fairhope, AL 36532 |

| | | | |
|---|---|---|---|
| 83375 | BP-000242 | Gallery Nine Forty | Cynthia Badinger<br>**Gallery Nine Forty**<br>940 Royal St.<br>New Orleans, LA 70116 |
| 83615 | BP-000240 | Hwy 27 Dirt, Inc. | Emery Childress<br>**Hwy 27 Dirt, Inc.**<br>15304 Highway 27<br>Fairhope, AL 36532 |
| 83654 | BP-001020 | Fowler Properties, INC | Alan Fowler<br>**Fowler Properties, Inc.**<br>1339 Polaris Dr.<br>Mobile, AL 36693 |
| 84365 | BP-001165 | Bubba John Seafood | John Keese<br>**Bubba John Seafood, LLC**<br>9262 Bellingrath Rd.<br>Theodore, AL 36582 |
| 87613 | IBP-000048 | Kenneth Radcliff | Kenneth Radcliff<br>4810 Gawin Dr.<br>New Orleans, LA 70127 |
| 88304 | BCA-001407 | Gary Troyer | Gary Troyer<br>P.O. BOX 85474<br>Baton Rouge, LA 70884 |
| 89475 | BP-000178 | NEILL BONDING & INSURANCE | Brenda Neill<br>**Neill Bonding & Insurance, Inc.**<br>1940 State Hwy.<br>Fairhope, AL 36532 |
| 89995 | BP-000889 | J&T LLC | James Jimbo Waldrop<br>**J&T, LLC**<br>1600 Second Ave. NE<br>Cullman, AL 35055 |
| 93235 | DMA-000047 | Leonard McMillian | Leonard McMillian<br>123 W Petain St.<br>Prichard, AL 36610 |
| 93398 | BCA-000725 | Louis Marler | Louis Marler<br>36 Court Dr.<br>Destin, FL 32541 |
| 93660 | BCA-001212 | Christine Gumapas | Christine Gumapas<br>4600 Isles Dr.<br>Pensacola, FL 32507 |
| 94735 | BP-000064 | The Eat Beat LLC | Beth Ann McCormick<br>**The Eat Beat, LLC**<br>PO Box 745<br>Fairhope, AL 36533 |
| 94743 | BP-000138 | Gulf Coast Storage Solutions | Tim McCormick<br>**Gulf Coast Storage Solutions**<br>107 Royal Ln.<br>Fairhope, AL 36532 |
| 96823 | BCA-000074 | Perfect Strokes Painting & Remodeling | Jerome Lucas<br>Perfect Strokes Painting & Remodeling<br>1601 Midway Ave.<br>Mobile, AL 36605 |

| | | | |
|---|---|---|---|
| 96841 | BP-001250 | Roach Builders Inc | Jason Roach<br>Roach Builders, Inc<br>9239 Marchand Ave.<br>Daphne, AL 36526 |
| 97342 | BCA-000141 | Lisa Taylor | Lisa Taylor<br>2380 Wallace Circle<br>Gulf Shores, AL 36542 |
| 97436 | BP-000424 | First Rate Property Solutions | Judah Castagne<br>**First Rate Property Solutions**<br>PO Box 172<br>Gulf Shores, AL 36547 |
| 98612 | BCA-001608 | Phi Van Nguyen | Phi Van Nguyen<br>7025 Benton Dr.<br>Panama City, FL 32404 |
| 98696 | BCA-000761 | Jadrain Clipper | Jadrain Clipper<br>1655 Midway Ave.<br>Mobile, AL 36605 |
| 99746 | BP-000227 | Hons Builders, Inc | Jason Hons<br>**Hons Builders, Inc.**<br>PO Box 703<br>Daphne, AL 36526 |
| 99752 | BP-000226 | Homes by Hons LLC | Jason Hons<br>**Homes by Hons, LLC**<br>131 Patrician Dr.<br>Spanish Fort, AL 36527 |
| 100693 | BP-001248 | Austin Park II, LLC | Peter Howard<br>**Austin Park II, LLC**<br>PO Box 2037<br>Daphne, AL 36526 |
| 100697 | BP-001249 | Peter Howard Churchill II, LLC | Peter Howard<br>**Peter Howard Churchill II, LLC**<br>PO Box 2037<br>Daphne, AL 36526 |
| 101063 | BP-000133 | Clawdaddy's of Perdido Key | Susan Poston<br>**Crawdaddy's of Perdido Key, Inc.**<br>5800 Balderas Ave.<br>Pensacola, FL 32507 |
| 102344 | BCA-000167 | Richard Goodwin | Richard Goodwin<br>13046 Michael St.<br>Biloxi, MS 39532 |
| 104015 | BP-001167 | Professional Cabinets, Inc. | James Hebert<br>Professional Cabinets, Inc.<br>7921 Crary Station<br>Semmes, AL 36575 |
| 105711 | BCA-001195 | Ferguson Insurance Agency, INC | Bill Ferguson<br>**Ferguson Insurance Agency, Inc.**<br>165 Brooks St., Suite A<br>Ft. Walton Beach, FL 32548 |
| 108908 | BP-000866 | Sharon Macaluso | Sharon Macaluso<br>13152 Highway 23<br>Belle Chasse, LA 70037 |
| 110072 | BP-001188 | Kelly Builders, Inc | X |

| | | | |
|---|---|---|---|
| 111426 | BP-000542 | Iron & Canvas Workshop | Joseph Strange<br>**Iron & Canvas Workshop, Inc.**<br>16821 State Highway 181<br>Fairhope, AL 36532 |
| 112291 | BP-001007 | M&M Machine Shop, Inc | Marvin Alberado<br>**M&M Machine Shop, Inc.**<br>11 Monroe Wallace Rd.<br>McNeill, MS 39457 |
| 112529 | BP-000238 | Commercial Van Specialists, Inc. | Troy Boothe<br>**Comemrcial Van Specialists, Inc.**<br>26320 Highway 59<br>Loxley, AL 36551 |
| 112536 | BP-000408 | Deluna Land & Timber Company LLC | David Ball<br>**Deluna Land & Timber Company, LLC**<br>PO Box 130<br>Mobile, AL 36601 |
| 112590 | BP-001141 | Ritter Construction | Otis Ritter<br>**Ritter Construction**<br>PO Box 803<br>Theodore, AL 36590 |
| 122242 | BP-001135 | Aluma Leasing Services, LLC | Darren W Bolotte<br>**Aluma Leasing Services, LLC**<br>1901 A Destrehan Ave<br>Harvey, LA 70058 |
| 123732 | BP-001077 | Harper-Hul Construction, Inc | Donald Hull<br>**Harper-Hul Construction, LLC**<br>140 Elaine Ave.<br>Harahan, LA 70123 |
| 123953 | IBP-000049 | Johnathan Kaszowski | Johnathan Kaszowski<br>4221 Arbor Ct. Apt A<br>Kenner, LA 70065 |
| 123963 | BP-000837 | Beaufort Engineers Services | William Bolton<br>**Beaufort Engineers Services, Inc.**<br>PO Box 1348<br>Fairhope, AL 36533 |
| 123982 | BP-001188 | Kelly Builders, Inc | Charles Kelly<br>**Kelly Builders, Inc.**<br>406-B Pine St.<br>Fairhope, AL 36532 |
| 126220 | BP-000609 | Emerald Coast Mortgage | Judson Basse<br>**Emerald Coast Mortgage**<br>5575 North Shore Way<br>Pensacola, FL 32507 |
| 126402 | SLG-000223 | Turtle Cove Group, LLC | Edward Spaeth<br>**Turtle Cove Group, LLC**<br>827 Roosevelt Blvd.<br>Tarpon Springs, FL 34689 |

| | | | |
|---|---|---|---|
| 127307 | CCS-000021 | Hin Lee Mylaysian Restaurant | Chin Hin Yong<br>**Hin Lee Mylaysian Restaurant, Inc.**<br>1757 Main St.<br>Dunedin, FL 34968 |
| 131707 | ALG-000020 | SOUTHERN SEAPLANE | Rhonda Panepinto<br>**Southern Seaplane, Inc.**<br>#1 Coquille Drive<br>Belle Chase, LA 70037 |
| 131789 | BCA-001103 | Billy Hendley | Billy Hendley<br>303 Ash Dr.<br>Abberville, AL 36310 |
| 132662 | BP-000145 | Windfield Resort Properties, INC | KC Chiang<br>**Windfield Resort Properties, Inc.**<br>PO Box 2889<br>Orange Beach, AL 36561 |
| 133032 | ALG-000009 | CHRISTOPHER HUNZIKER | Christopher Huzinker<br>125 Tall Oaks Lane<br>Youngsville, LA 70592 |