UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * * | |
| **This document relates to the following Short form joinder numbers:** | * * | **MDL NO. 2179** |
| 34821, 34852, 34900, 38336, 40093, | * | **SECTION: "J"** |
| 42536, 43679, 47718, 47947, 48283, | * | |
| 48285, 48290, 53345, 55342, 57525, | * | **HONORABLE CARL J. BARBIER** |
| 57549, 57554, 57570, 57572, 57574, | * | |
| 57586, 57588, 59595, 60509, 60630, | * | **MAGISTRATE JUDGE SHUSHAN** |
| 60687, 60740, 60745, 63199, 63214, | * | |
| 63626, 63631, 63909, 65525, 66172, | * | |
| 66334, 66335, 66441, 66453, 67030, | * | |
| 67581, 67990, 68144, 68412, 69553, | * | |
| 70336, 70635, 70660, 70668, 70685, | * | |
| 73372, 73844, 75772, 77311, 80390, | * | |
| 80615, 83228, 83375, 83615, 83654, | * | |
| 84365, 87613, 88304, 89475, 89995, | * | |
| 93235, 93398, 93660, 94735, 94743, | * | |
| 96823, 96841, 97342, 97436, 98612, | * | |
| 98696, 99746, 99752, 100693, 100697, | * | |
| 101063, 102344, 104015, 105711, 108908, | * | |
| 110072, 111426, 112291, 112529, 112536, | * | |
| 112590, 122242, 123732, 123953, 123963, | * | |
| 123982, 126220, 126402, 127307, 131707, | * | |
| 131789, 132662, 133032 | * | |

## ORDER

Considering the foregoing Motion for Leave to Intervene;

**IT IS ORDERED** that Intervenor Full Scope Services, LLC's Motion for Leave to File Complaint in Intervention is granted, and the Complaint in Intervention shall be filed into the record relative to the referenced short-form joinder cases numbers.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
**JUDGE, UNITED STATES DISTRICT COURT**