UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * * | |
| **This document relates to the following Short form joinder numbers:** | * * | MDL NO. 2179 |
| 34821, 34852, 34900, 38336, 40093, | * | SECTION: "J" |
| 42536, 43679, 47718, 47947, 48283, | * | |
| 48285, 48290, 53345, 55342, 57525, | * | HONORABLE CARL J. BARBIER |
| 57549, 57554, 57570, 57572, 57574, | * | |
| 57586, 57588, 59595, 60509, 60630, | * | MAGISTRATE JUDGE SHUSHAN |
| 60687, 60740, 60745, 63199, 63214, | * | |
| 63626, 63631, 63909, 65525, 66172, | * | |
| 66334, 66335, 66441, 66453, 67030, | * | |
| 67581, 67990, 68144, 68412, 69553, | * | |
| 70336, 70635, 70660, 70668, 70685, | * | |
| 73372, 73844, 75772, 77311, 80390, | * | |
| 80615, 83228, 83375, 83615, 83654, | * | |
| 84365, 87613, 88304, 89475, 89995, | * | |
| 93235, 93398, 93660, 94735, 94743, | * | |
| 96823, 96841, 97342, 97436, 98612, | * | |
| 98696, 99746, 99752, 100693, 100697, | * | |
| 101063, 102344, 104015, 105711, 108908, | * | |
| 110072, 111426, 112291, 112529, 112536, | * | |
| 112590, 122242, 123732, 123953, 123963, | * | |
| 123982, 126220, 126402, 127307, 131707, | * | |
| 131789, 132662, 133032 | * | |

## COMPLAINT FOR INTERVENTION

**NOW INTO COURT**, through undersigned counsel, comes Intervenor **FULL SCOPE SERVICE, L.L.C.** ("Full Scope"), who files this complaint for intervention in accordance with Federal Rule of Civil Procedure 24.

This complaint of **FULL SCOPE**, alleges as follows:

1

1.

Made defendant-in-intervention are one hundred and three (103) claimants with whom Full Scope has entered into contracts for evaluation and assessment services relative to personal and economic damages from the Deepwater Horizon Oil Spill in 2010.

2.

In the aftermath of the Deepwater Horizon Oil Rig Explosion on April 20, 2010 and resulting oil spill, Full Scope was engaged by various law firms and individual claimants to provide assessment and evaluation services for claimants related to oil spill damages and settlement claims in this matter.

3.

In the attached Exhibit "A", the 103 defendants-in-intervention against whom Full Scope now intervenes are identified by short-form number, claimant name, business name (where applicable), and outstanding invoice amount.

4.

Full Scope entered into Contracts with the legal and consulting firms acting as agents of certain claimants to provide assessment and evaluation services for those claimants. These contracts contain the following term:

> "[Defendant Firm] and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided until [Defendant Firm] or Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party payor. [Defendant Firm] agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof, by [Defendant Firm] or Claimant. Full Scope acknowledges that services rendered are provided on an hourly basis…"

5.

Full Scope also entered into Contracts with the Individual Defendants to provide assessment and evaluation services for their claims. These contracts contain the following term:

> "Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment."

6.

Full Scope has performed its obligations under the terms of the contracts with Defendants-in-intervention by providing assessment and evaluation services to the 86 claimants listed in Exhibit "A".

7.

Because Full Scope has fully performed under the terms of the Contracts, Full Scope has an interest in the settlements or judgments of Defendants-in-intervention.

**WHEREFORE**, intervenor Full Scope Services, LLC, prays that defendants-in-intervention identified by short-form number herein, and listed in full in Exhibit "A" be served with a certified copy of this complaint and after the lapse of all legal delays and subsequent filings that there be a judgment in favor of intervenor, Full Scope Services, LLC, and against the Defendants-in-intervention, for all relief sought under the law.

        Respectfully submitted:

        /s/ Joseph M. Bruno
        Joseph M. Bruno (#3604)

Daniel A. Meyer (#33278)
BRUNO & BRUNO, LLP
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
*jbruno@brunobrunolaw.com*
*dmeyer@ brunobrunolaw.com*

**PLEASE SERVE:**
Otis Ritter
**Ritter Construction**
PO Box 803
Theodore, AL 36590

Thomas Brewer
**Offshore International Marine, Inc.**
3802 Navy Blvd.
Pensacola, FL 32507

Michael Adkinson
2172 W 9 Mile Rd. #159
Pensacola, FL 32534

Erik Gerace
6908 N Lagoon Dr. Apt 8
Panama City, FL 32408

Loc Bui
7 Osborne Ave.
Kenner, LA 70065

Kris Sahr
**Island Way Charters, Inc.**
6519 114th St. N
Seminole, FL 33772

Phillip H Abbott
**Cheapos, Inc.**
8468 Highway 45
Eight Mile, AL 36613

Robert Logan
**Core Fitness**
27580 Canal Rd. Unit 1434
Orange Beach, AL 36561

4

Edward Jansen
12303 Fernwood Dr. West
Elberta, AL 36530

Cleveland Campbell
**American Family Investments, Inc. d/b/a American Concrete Supply**
PO Box 849
Gonzalez, FL 32560

Cleveland Campbell
**C&C Hauling Co., Inc.**
222 Hwy 95A N
Cantonment, FL 32533

Cleveland Campbell
**South Alabama Materials, Inc.**
PO Box 850
Gonzalez, FL 32560

Daniel Arabie
3066 Highway 1
Raceland, LA 70394

Robert Larisey
102 Meadow Wood Loop
Daphne, AL 36526

Gary Bordelon
**Gary's Electrical Service, Inc.**
5701 Crawford St., Suite 1
Harahan, LA 70123

Cindy Champagne
PO Box 628
Garyville, LA 70051

Victor Miranda
924 Marilyn
Baton Rouge, LA 70815

Anthony Serio
4108 Jasper St.
Metairie, LA 70002

Gary Lamonte
2245 Barton Dr.
Marrero, LA 70072

Peter Ives
1417 Seventh St.
New Orleans, LA 70115

Elnora McNeal
1220 Tenenbrach St. Apt A
Arabi, LA 70032

Rob Florence
**Historic Tour & Batture Press, Inc..**
2917 Esplanade Ave
New Orleans, LA 70119-3115

Robert Duncan
**Childworld Learning Center, Inc.**
3430 Highway 390
Panama City, FL 32405

Wendy White
7811 Mill St.
New Orleans, LA 70126

Randall Bridges
**Automatic Fasteners, Inc.**
101 27th St.
Kenner, LA 70062

Stephen Wicks
39578 Robert Dr.
Slidell, LA 70461

Roy Boasso
**Louisiana Container Sales, Inc.**
9575 Old Gentilly Rd.
New Orleans, LA 70127

Keith Diamond
2540 W Friendship Dr.
Harvey, LA 70058

Cole Thompson
**Thompson Achee Development, Inc.**
PO Box 1288
Montrose, AL 36559

Jeff Thompson
PO BOX 1288
Montrose, AL 36559

Heather Bolton
**BES Construction, LLC**
311 Fels Avenue
Fairhope, AL 36532-1534

Mark Ramsarran
1460 Annunciation St. #6407
New Orleans, LA 70130

Muktibeu Patel
**Sierra Investments, Inc.**
434 S Airline Hwy
Gonzales, LA 70737

Gene Myers
**Paradise Marine, Inc.**
PO Box 2439
Gulf Shores, AL 36547

Dean Skipper
**Cyrstal Pointe, LLC**
PO Box 1177
Robertsdale, AL 36567

Dean Skipper
**Cyrstal Orchard, Inc.**
PO Box 1177
Robertsdale, AL 36567

Dean Skipper
**Triple S Ventures, Inc.**
PO Box 1177
Robertsdale, AL 36567

Ronald Bullock
612 S 1st St.
Pensacola, FL 32507

Doug Thomas
6495 Cardinal Lane
Daphne, AL 36526

Ronnie Wagner
Wagner Plumbing
8178 B Nichols Ave.
Fairhope, AL 36532

Joe Lamberth
23560 Hwy. 59
Robertsdale, AL 36567

Michael and Cheryl Jones
**J. Michaels Repair Service, Inc..**
2111 Kentucky Ave.
Kenner, LA 70062

Clinton Charlie
**Cajun Charlie's Seafood Restaurant, Inc.**
202 Henning St.
Sulphur, LA 70663
William Staggers
**Eastern Shore Plastic Surgery, PC**
7541 Cipriano Ct.
Fairhope, AL 36532

Liem Tran
**V-T Sil Flower-Plant, Inc.**
4276 Saint Stephens Rd
Eight Mile, AL 36613

Ru T Troung
**Star Nails, LLC**
179 Highway 98
Fairhope, AL 36532

George Roberds
**Roberds Corp.**
PO Box 1004
Fairhope, AL 36533

Chau Nguyen
351 Azalea Rd.
Mobile, AL 36609

Jim Ivy
**Infinity Homes, Inc.**
5208 Highway 90 W
Mobile, AL 36619

Richard Inge
**County Rd 20, LLC**
169 Dauphin St., Suite 101
Mobile, AL 36602

Damischa Dedeaux
675 D Bradford St.
Biloxi, MS 39530

Dale Dardar
5057 Bayouside Drive
Chauvin, LA 70344

Rae Meccia
PO Box 3823
Pensacola, FL 32516

Tommy Earl Hamm
**Tommy Hamm Construction, Inc.**
1204 Savannah Dr.
Panama City, FL 32405

Michael McQuillen
**Sun World, Inc.**
14435 Hwy 181
Fairhope, AL 36532

Cynthia Badinger
**Gallery Nine Forty**
940 Royal St.
New Orleans, LA 70116

Emery Childress
**Hwy 27 Dirt, Inc.**
15304 Highway 27
Fairhope, AL 36532

Alan Fowler
**Fowler Properties, Inc.**
1339 Polaris Dr.
Mobile, AL 36693

John Keese
**Bubba John Seafood, LLC**
9262 Bellingrath Rd.
Theodore, AL 36582

Kenneth Radcliff
4810 Gawin Dr.
New Orleans, LA 70127

Gary Troyer
P.O. BOX 85474
Baton Rouge, LA 70884

Brenda Neill
**Neill Bonding & Insurance, Inc.**
1940 State Hwy.
Fairhope, AL 36532

James Jimbo Waldrop
**J&T, LLC**
1600 Second Ave. NE
Cullman, AL 35055

Leonard McMillian
123 W Petain St.
Prichard, AL 36610

Louis Marler
36 Court Dr.
Destin, FL 32541

Christine Gumapas
4600 Isles Dr.
Pensacola, FL 32507

Beth Ann McCormick
**The Eat Beat, LLC**
PO Box 745
Fairhope, AL 36533

Tim McCormick
**Gulf Coast Storage Solutions**
107 Royal Ln.
Fairhope, AL 36532

Jerome Lucas
Perfect Strokes Painting & Remodeling
1601 Midway Ave.
Mobile, AL 36605

Jason Roach
**Roach Builders, Inc.**
9239 Marchand Ave.
Daphne, AL 36526

Lisa Taylor
2380 Wallace Circle
Gulf Shores, AL 36542

Judah Castagne
**First Rate Property Solutions**
PO Box 172
Gulf Shores, AL 36547

Phi Van Nguyen
7025 Benton Dr.
Panama City, FL 32404

Jadrain Clipper
1655 Midway Ave.
Mobile, AL 36605

Jason Hons
**Hons Builders, Inc.**
PO Box 703
Daphne, AL 36526

Jason Hons
**Homes by Hons, LLC**
131 Patrician Dr.
Spanish Fort, AL 36527

Peter Howard
**Austin Park II, LLC**
PO Box 2037
Daphne, AL 36526

Peter Howard
**Peter Howard Churchill II, LLC**
PO Box 2037
Daphne, AL 36526

Susan Poston
**Crawdaddy's of Perdido Key, Inc.**
5800 Balderas Ave.
Pensacola, FL 32507

Richard Goodwin
13046 Michael St.
Biloxi, MS 39532

James Hebert
Professional Cabinets, Inc.
7921 Crary Station
Semmes, AL 36575

Bill Ferguson
**Ferguson Insurance Agency, Inc.**
165 Brooks St., Suite A
Ft. Walton Beach, FL 32548

Sharon Macaluso
13152 Highway 23
Belle Chasse, LA 70037

Joseph Strange
**Iron & Canvas Workshop, Inc.**
16821 State Highway 181
Fairhope, AL 36532

Marvin Alberado
**M&M Machine Shop, Inc.**
11 Monroe Wallace Rd.
McNeill, MS 39457

Troy Boothe
**Comemrcial Van Specialists, Inc.**
26320 Highway 59
Loxley, AL 36551

David Ball
**Deluna Land & Timber Company, LLC**
PO Box 130
Mobile, AL 36601

Otis Ritter
**Ritter Construction**
PO Box 803
Theodore, AL 36590

12

Darren W Bolotte
**Aluma Leasing Services, LLC**
1901 A Destrehan Ave
Harvey, LA 70058

Donald Hull
**Harper-Hul Construction, LLC**
140 Elaine Ave.
Harahan, LA 70123

Johnathan Kaszowski
4221 Arbor Ct. Apt A
Kenner, LA 70065

William Bolton
**Beaufort Engineers Services, Inc.**
PO Box 1348
Fairhope, AL 36533

Charles Kelly
**Kelly Builders, Inc.**
406-B Pine St.
Fairhope, AL 36532

Judson Basse
**Emerald Coast Mortgage**
5575 North Shore Way
Pensacola, FL 32507

Edward Spaeth
**Turtle Cove Group, LLC**
827 Roosevelt Blvd.
Tarpon Springs, FL 34689

Chin Hin Yong
**Hin Lee Mylaysian Restaurant, Inc.**
1757 Main St.
Dunedin, FL 34968

Rhonda Panepinto
**Southern Seaplane, Inc.**
#1 Coquille Drive
Belle Chase, LA 70037

Billy Hendley
303 Ash Dr.
Abberville, AL 36310

KC Chiang
**Windfield Resort Properties, Inc.**
PO Box 2889
Orange Beach, AL 36561

Christopher Huzinker
125 Tall Oaks Lane
Youngsville, LA 70592