UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| **Applies to:** | * | JUDGE BARBIER |
| | * | |
| *10-2771 and 10-4536* | * | MAGISTRATE SHUSHAN |
| | * | |

## ORDER

The Phase Two trial is presently scheduled to commence on September 16, 2013. After conferring with counsel for the parties to Phase Two, and in order to allow counsel and the Court additional time to adequately prepare for the upcoming trial,

**IT IS ORDERED** that the Phase Two trial is **CONTINUED** to Monday, September 30, 2013 at 8:00 a.m.

Signed in New Orleans, Louisiana, this 19th day of July, 2013.

_____
United States District Judge