IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROMA CHAIN, INC., d/b/a MIAMI SOUVENIRS , <br><br> Plaintiff, <br><br> v. <br><br> BP EXPLORATION & PRODUCTION, INC.; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN HOLDINGS, LLC; TRITON ASSET LEASING GmbH; HALLIBURTON ENERGY SERVICES, INC.; and SPERRY DRILLING SERVICES, a division of HALLIBURTON ENERGY SERVICES, INC. <br><br> Defendants. | MDL No. 2179 <br><br> SECTION "J" <br><br> JUDGE BARBIER <br><br> MAGISTRATE SHUSHAN <br><br> This Document Relates To: <br><br> CIVIL NO. 2:2013-cv-02940 |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for Plaintiff Roma Chain, Inc., d/b/a Miami Souvenirs.

DATED: July 19, 2013

/s/ Travis P. Lepicier
TRAVIS P. LEPICIER, ESQUIRE
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7006
Fax: (850) 436-6005
E-mail: tlepicier@levinlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ Travis P. Lepicier