UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

[Amendment to PTO 1 and PTO 14 Regarding
Communications Between Counsel for the
PSC, Transocean, Halliburton, Alabama and Louisiana]

Pursuant to Pretrial Order 1, Paragraph 20, the "communication of information among and between plaintiffs' counsel and among and between defendants' counsel shall not be deemed a waiver of the attorney-client privilege or the protection afforded attorney's work product, and cooperative efforts contemplated above shall in no way be used against any plaintiff by any defendant or against any defendant by any plaintiff."

IT IS HEREBY ORDERED pursuant to Federal Rule of Evidence 502 and this Court's authority to control this litigation that communication of information among and between members of the Plaintiffs' Steering Committee, Transocean, Halliburton, Alabama and Louisiana for the purpose of coordinating their contentions and witnesses at the source control portion of Phase Two shall not be deemed a waiver of the attorney-client privilege or the protection afforded attorney's work product.

New Orleans, Louisiana, this 19th day of July, 2013.

SALLY SHUSHAN
United States Magistrate Judge