Minute Entry
Barbier, J.
JULY 19, 2013
JS 10:  1 hr. 25 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG                MDL 10-2179
DEEPWATER HORIZON IN THE GULF
OF MEXICO ON APRIL 20, 2010                    SECTION J (1)

                                               JUDGE BARBIER
                                               MAG. JUDGE SHUSHAN
-----------------------------------------------------------------------------------------------------------------------
BON SECOUR FISHERIES, INC ET AL V. BP          C.A. 12-970
EXPLORATION & PRODUCTION INC. ET AL

CASE MANAGER:                                  COURT REPORTER:
STEPHANIE KALL                                 KAREN IBOS

PRELIMINARY INJUNCTION HEARING

FRIDAY, JULY 19, 2013   8:30 A.M.
JUDGE CARL J. BARBIER PRESIDING

MOTION [10761] for Emergency Preliminary Injunction to Suspend Payments from
Court Supervised Settlement Program Pending Special Master Freeh's Investigation
and Report by Defendants BP Exploration & Production Inc., BP America Production
Argued;
ORDERED that motion is DENIED for reasons orally stated on record.

Present:     Jeffrey Clark, Dominic Draye,  Richard Godfrey, Jeffrey Lennard, David
             Zott, Mark Holstein, and, Jeff Zeiger, for BP
             Richard Stanley and Jennifer Thornton, for Patrick Juneau and Deepwater
             Horizon Court Supervised Settlement Program

Steve Herman and James Roy, for the Plaintiffs' Steering Committee.
Kyle Schonekas, for The Andry Law Firm, LLC
James Cobb, for Andry Lerner, LLC