IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
|    "Deepwater Horizon" in the Gulf | * | |
|    of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
|    Roma Chain, Inc. (2:2013-cv-02940) | * | MAGISTRATE SHUSHAN |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for Plaintiff Roma Chain, Inc., d/b/a Miami Souvenirs.

DATED: July 19, 2013

/s/ Travis P. Lepicier
TRAVIS P. LEPICIER, ESQUIRE
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7006
Fax: (850) 436-6005
E-mail: tlepicier@levinlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ Travis P. Lepicier