UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 |
| | | SECTION "J" |
| Applies to: | * * | JUDGE BARBIER |
| *No. 12-970* | * * | MAGISTRATE SHUSHAN |

## ORDER

During a hearing on Friday, July 19, 2013 regarding BP's Motion for Emergency Preliminary Injunction, the Court ruled on the Andry Law Firm, L.L.C.'s Ex Parte Motion to File Motion to Intervene and Opposition Under Seal (Rec. Doc. 10775), as well as the underlying Motion to Intervene and File Opposition. In accordance with those rulings,

**IT IS ORDERED** that the Andry Law Firm, L.L.C.'s Motion to File Under Seal (Rec. Doc. 10775) is **DENIED**. The Clerk of Court shall **UNSEAL** the Andry Law Firm, L.L.C.'s manual attachment (Rec. Doc. 10785).

**FURTHER ORDERED** that the Andry Law Firm, L.L.C.'s Motion to Intervene and File Opposition (Rec. Doc. 10785-1) is **DENIED IN PART** and **GRANTED IN PART** as follows: The request for intervention is denied; the request to file an opposition (Rec. Doc. 10785-3) is granted.

**FURTHER ORDERED** that the Andry Law Firm, L.L.C.'s Ex Parte Motion for Expedited Hearing on Motion to Intervene (Rec. Doc. 10784) is **MOOT.**

New Orleans, Louisiana, this 19th day of July, 2013.

_____
United States District Judge