UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| **THIS PLEADING APPLIES TO:**<br>No. 12-311 | * * * * | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CAMERON'S MEMORANDUM IN OPPOSITION TO LIU'S MOTION TO COMPEL CAMERON TO PRODUCE A COMPUTATION OF ITS DAMAGES AND ALL <u>DOCUMENTS SUPPORTING ITS DAMAGES CLAIMS</u>**

<u>**EXHIBIT A**</u>

<u>**FILED UNDER SEAL**</u>

1132864v1