IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| *Applies to:  All Cases* *And* *10-MAG-09/23-1* | JUDGE BARBIER |
| | MAGISTRATE SHUSHAN |

## ORDER

CONSIDERING this Court's Order dated June 28, 2013 (Doc 10547) released the Capping Stack to Transocean without resolving the dispute regarding the Capping Stack's ownership;

AND CONSIDERING that BP has agreed to accept payment from Transocean for BP's ownership interest in the Capping Stack should it ultimately be determined that BP has an ownership interest in the Capping Stack;

AND CONSIDERING that the Capping Stack has been the subject of destructive testing while at Michoud, and that no effort has been made to preserve the Capping Stack while it has been stored at Michoud;

IT IS ORDERED that, as between BP and Transocean, Transocean shall assume all ownership interests in the Capping Stack upon taking possession of the Capping Stack;

IT IS FURTHER ORDERED that  Transocean may return the Capping Stack to service only upon successfully confirming to Transocean's own satisfaction that the Capping Stack is fit for service; and

IT IS FURTHER ORDERED that Transocean shall release and hold harmless the Court, the Court's Special Master, and BP for any liabilities that may arise in connection with the

Capping Stack's transportation, refurbishment, testing, placement into service and/or use after the Capping Stack's release to Transocean from storage at Michoud.

This ORDER does not address the issue of how much money (if any) Transocean shall pay BP for any ownership interest BP may have in the Capping Stack. The issue of payment shall be addressed later.

New Orleans, Louisiana, this 22nd day of July __, 2013.

_____
SALLY SHUSHAN
United States Magistrate Judge