UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179<br>SECTION: J<br>JUDGE BARBIER |
| Applies to: No. 10-2771, and All Cases | § § § § | MAG. JUDGE SHUSHAN |

**ORDER**

On this day the Court considered Defendant Halliburton Energy Services, Inc.'s ("HESI") Objections to and Appeal from Magistrate Judge's Order Regarding BP's Motion to Strike Halliburton Experts Kris Ravi's Phase 2 Rebuttal Report and Glen Stevick's Phase 2 Rebuttal Report, section II(b)(i) [REC. DOC. 10767].

**IT IS SO ORDERED** that HESI's Objections To and Appeal From Magistrate Judge's Order Regarding BP's Motion to Strike Halliburton Experts Kris Ravi's Phase 2 Rebuttal Report and Glen Stevick's Phase 2 Rebuttal Report, Section II(b)(i) [REC. DOC. 10767] is GRANTED and BP's motion to Strike Halliburton Experts Kris Ravi's Phase 2 Rebuttal Report and Glen Stevick's Phase 2 Rebuttal report, Section II(b)(i) is DENIED.

New Orleans, Louisiana, this _____ day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE