UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | | MDL No.  2179<br><br>Section:  J<br><br>Judge Barbier<br>Magistrate Shushan |
| This Document Relates to:<br>        2:12-cv-01484 | | |

ATTACHMENT "A"

| | Plaintiff | Present Address | Telephone Number |
|---|---|---|---|
| 1. | Patrick M. Kelley, M.D., Plastic Surgery Center, P.A. | plasticcenter@bellsouth.net<br><br>C/O Patrick M. Kelley, M.D.<br>15 Doctors Drive<br>Panama City, FL 32405 | (850) 785-1139 hm<br>(850) 832-0542 cell<br>(850) 769-8991  wk |
| 2. | Aroma Island's Perfume & Cosmetics, Inc. | avshara99@aol.com<br><br>C/O Amit Teri<br>6851 West Sunrise Boulevard, Suite 160<br>Plantation, FL  33313 | (954) 658-2951 cell<br>(954) 587-0875, ext 201 |