UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION "J" |
| Applies to: | * * | JUDGE BARBIER |
| *No. 12-1045*, *Prejean v. O'Brien's Response Management, Inc.* | * * | MAGISTRATE SHUSHAN |

## ORDER

**IT IS ORDERED** that any responses to Plaintiff's Motion for Conditional Certification and Court-Authorized Notice Pursuant to Section 216(b) of the FLSA (Rec. Doc. 6930) shall be filed by August 22, 2013, at which time the motion will be deemed submitted for decision without oral argument.

New Orleans, Louisiana, this 22nd day of July, 2013.

_____
United States District Judge