UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| *10-2771 and all cases* | * | MAGISTRATE SHUSHAN |
| | * | |

### ORDER

Halliburton appeals from the Magistrate Judge's orders striking the expert rebuttal reports of Kris Ravi and Glen Stevick. (Rec. Docs. 10791, 10809). The Court has not called for responses to these appeals.[1] However, after reviewing the instant appeals, the briefing submitted to the Magistrate Judge, and the Magistrate Judge's Orders, the Court finds that the Magistrate Judge was neither clearly erroneous nor contrary to law. *See* 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a). Consequently, the Court does not require responses. Moreover,

**IT IS ORDERED** that Halliburton's appeals (Rec. Doc.10791, 10809) are **DENIED** and the Magistrate Judge's orders (Rec. Docs. 10751, 10767) are **AFFIRMED.**

New Orleans, Louisiana this 22nd day of July, 2013.

_____
United States District Judge

---

[1] Pursuant to Pretrial Order No. 15, all motions are continued and no responses are due until the Court orders otherwise. (Rec. Doc. 676).