"Certification of Funds in the Registry"

PRINCIPAL: $ 250.00

Financial Deputy: _OK_ Date: 7/19/13

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: Oil Spill by the Oil Rig "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | CIVIL ACTION<br><br>MDL NO.: 2179<br><br>SECTION "J"(1) | U.S. DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA<br>FILED 7/22/2013<br>WILLIAM W. BLEVINS<br>CLERK |
| THIS DOCUMENT RELATES TO:<br>10-3895 | Hon. Carl J. Barbier<br>Mag. Judge Sally Shushan | |

### ORDER FOR DISBURSEMENT OF REGISTRY FUNDS

**IT IS HEREBY ORDERED** that the Seacor Holdings, Inc., Seacor Offshore LLC, Seacor Marine LLC AND Seacor Worlewide, Inc. ("Seacor"), as beneficial owner, registered owner and managing owner of M/V SEACOR LEE, Motion for Disbursement of Registry Funds is hereby **GRANTED**.

**THEREFORE, IT IS ORDERED THAT** the clerk is authorized and directed to draw a check on the funds deposited in the registry of this Court by "Seacor" in the principal amount of $ 250.00 plus all interest earned, less the assessment fee for the administration of funds, made payable to Phelps Dunbar, L.L.P. and mailed to Phelps Dunbar, L.L.P, Canal Place, 365 Canal Street, Suite 2000, New Orleans, Louisiana 70130. Phelps Dunbar's tax identification number is 72-0358621.

Dated: New Orleans, Louisiana this _22_ day of _July_, 2013.

_____