UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

"Certification of Funds in the Registry"

PRINCIPAL: $ 250

Financial Deputy: _____ Date: 7/19/13

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED 7/22/2013 SK
WILLIAM W. BLEVINS
CLERK

| | |
|---|---|
| IN RE: Oil Spill by the Oil Rig "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | CIVIL ACTION<br><br>MDL NO.: 2179<br><br>SECTION "J"(1) |
| THIS DOCUMENT RELATES TO:<br>10-3897 | Hon. Carl J. Barbier<br>Mag. Judge Sally Shushan |

### ORDER FOR DISBURSEMENT OF REGISTRY FUNDS

**IT IS HEREBY ORDERED** that the Seacor Holdings, Inc., Seacor Offshore LLC, Seacor Marine LLC and Siemens Financial, Inc.("Seacor"), as beneficial owner, registered owner and managing owner of M/V SEACOR WASHINGTON, Motion for Disbursement of Registry Funds is hereby **GRANTED.**

**THEREFORE, IT IS ORDERED THAT** the clerk is authorized and directed to draw a check on the funds deposited in the registry of this Court by "Seacor" in the principal amount of $ 250.00 plus all interest earned, less the assessment fee for the administration of funds, made payable to Phelps Dunbar, L.L.P. and mailed to Phelps Dunbar, L.L.P, Canal Place, 365 Canal Street, Suite 2000, New Orleans, Louisiana 70130. Phelps Dunbar's tax identification number is 72-0358621.

Dated: New Orleans, Louisiana this _22_ day of _July_, 2013.

_____