# EXHIBIT B

-----Original Message-----
From: O'Rourke, Steve (ENRD) [mailto:Steve.O'Rourke@usdoj.gov]
Sent: Monday, June 24, 2013 5:13 PM
To: Kirby, Ky E.
Cc: Flickinger, Nancy (ENRD); Fitch, Warren Anthony
Subject: RE: Phase Two Trial Planning

Ky:

As we discussed orally, we will present certain evidence during Phase Two including, most notably, a few deposition bundles that contain information relevant to quantification that may relate to Anadarko.

In our Phase Two post-trial briefs and proposed findings, we will not seek any findings that Anadarko was culpable. However, in Phase Three we reserve the right to argue that Anadarko was culpable, including based on evidence from Phase Two.

I believe you found that answer to be satisfactory during our discussions.

Thanks,
Steve


-----Original Message-----
From: Kirby, Ky E. [mailto:Ky.Kirby@bingham.com]
Sent: Saturday, June 22, 2013 8:53 AM
To: O'Rourke, Steve (ENRD); Doug Kraus; Fitch, Warren Anthony; 'sherman@hhkc.com';
'jimr@wrightroy.com'; 'jimmy@jimmywilliamson.com'; 'dsc2179@liskow.com'; Andre, Abigail
(ENRD); Benson, Thomas (ENRD); Cernich, Scott (ENRD); 'Aristede.Chakeres@usdoj.gov';
Horizon, Deepwater; Engel, Bethany (ENRD); Flynn, Stephen (CIV); Himmelhoch, Sarah
(ENRD); King, Rachel (ENRD); 'Eica.Pencak@usdoj.gov'; Underhill, Mike (CIV);
'cmaze@ago.state.al.us'; 'luther.strange@ago.state.al.us'; 'terrellm@ag.state.la.us';
'treyphillipsdwh@ag.state.la.us'; Hanger, Robin L. (CIV); 'WStradley@mithofflaw.com';
'TDemetriou@mithofflaw.com'; 'grant.davis-denny@mto.com'; Robert Guidry
(rguidry@kuchlerpolk.com); 'Cc:'; 'mike_o'keefe@laed.uscourts.gov'
Cc: Lili Petersen; Allison Shipp; Allan Kanner; Brian Barr; Flickinger, Nancy (ENRD); Harvey,
Judy (ENRD); Casey, Patrick (ENRD)
Subject: RE: Phase Two Trial Planning

Steve, will you please clarify?  Are you declining to stipulate that you will not present evidence or argument during the Phase II trial for the purpose of establishing Anadarko's culpability?

Thanks,

Ky

From: O'Rourke, Steve (ENRD) [Steve.O'Rourke@usdoj.gov]
Sent: Friday, June 21, 2013 6:21 PM
To: Kirby, Ky E.; Doug Kraus; Fitch, Warren Anthony; 'sherman@hhkc.com';
'jimr@wrightroy.com'; 'jimmy@jimmywilliamson.com'; 'dsc2179@liskow.com'; Andre, Abigail
(ENRD); Benson, Thomas (ENRD); Cernich, Scott (ENRD); 'Aristede.Chakeres@usdoj.gov';
Horizon, Deepwater; Engel, Bethany (ENRD); Flynn, Stephen (CIV); Himmelhoch, Sarah
(ENRD); King, Rachel (ENRD); 'Eica.Pencak@usdoj.gov'; Underhill, Mike (CIV);
'cmaze@ago.state.al.us'; 'luther.strange@ago.state.al.us'; 'terrellm@ag.state.la.us';
'treyphillipsdwh@ag.state.la.us'; Hanger, Robin L. (CIV); 'WStradley@mithofflaw.com';
'TDemetriou@mithofflaw.com'; 'grant.davis-denny@mto.com'; Robert Guidry
(rguidry@kuchlerpolk.com); 'Cc:'; 'mike_o'keefe@laed.uscourts.gov'
Cc: Lili Petersen; Allison Shipp; Allan Kanner; Brian Barr; Flickinger, Nancy (ENRD); Harvey,
Judy (ENRD); Casey, Patrick (ENRD)
Subject: RE: Phase Two Trial Planning

Hello Ky:

The United States may introduce evidence regarding Anadarko's acts or knowledge related to
quantification or source control, such as Anadarko's efforts to quantify flow rate after the
blowout, and petrophysical analysis based on information gathered from the well before the
blowout.  As you know, there are deposition transcripts and exhibits related to those issues.
Whether those issues relate to "culpability" is a matter for legal argument.  We reserve the right
in Phase Three to argue whether such activities relate to culpability.

Steve

From: Kirby, Ky E. [mailto:Ky.Kirby@bingham.com]
Sent: Friday, June 21, 2013 7:04 AM
To: O'Rourke, Steve (ENRD); Doug Kraus; Fitch, Warren Anthony; 'sherman@hhkc.com';
'jimr@wrightroy.com'; 'jimmy@jimmywilliamson.com'; 'dsc2179@liskow.com'; Andre, Abigail
(ENRD); Benson, Thomas (ENRD); Cernich, Scott (ENRD); 'Aristede.Chakeres@usdoj.gov';
Horizon, Deepwater; Engel, Bethany (ENRD); Flynn, Stephen (CIV); Himmelhoch, Sarah
(ENRD); King, Rachel (ENRD); 'Eica.Pencak@usdoj.gov'; Underhill, Mike (CIV);
'cmaze@ago.state.al.us'; 'luther.strange@ago.state.al.us'; 'terrellm@ag.state.la.us';
'treyphillipsdwh@ag.state.la.us'; Hanger, Robin L. (CIV); 'WStradley@mithofflaw.com';
'TDemetriou@mithofflaw.com'; 'grant.davis-denny@mto.com'; Robert Guidry
(rguidry@kuchlerpolk.com); 'Cc:'; 'mike_o'keefe@laed.uscourts.gov'
Cc: Lili Petersen; Allison Shipp; Allan Kanner; Brian Barr; Flickinger, Nancy (ENRD); Harvey,
Judy (ENRD); Casey, Patrick (ENRD)
Subject: RE: Phase Two Trial Planning

Steve, will you stipulate that no evidence regarding Anadarko's alleged culpability will be presented during the Phase II trial?

Ky

From: O'Rourke, Steve (ENRD) [mailto:Steve.O'Rourke@usdoj.gov]
Sent: Thursday, June 20, 2013 3:45 PM
To: Doug Kraus; Fitch, Warren Anthony; 'sherman@hhkc.com'; 'jimr@wrightroy.com';
'jimmy@jimmywilliamson.com'; 'dsc2179@liskow.com'; Andre, Abigail (ENRD); Benson,
Thomas (ENRD); Cernich, Scott (ENRD); 'Aristede.Chakeres@usdoj.gov'; Horizon, Deepwater;
Engel, Bethany (ENRD); Flynn, Stephen (CIV); Himmelhoch, Sarah (ENRD); King, Rachel
(ENRD); 'Eica.Pencak@usdoj.gov'; Underhill, Mike (CIV); 'cmaze@ago.state.al.us';
'luther.strange@ago.state.al.us'; 'terrellm@ag.state.la.us'; 'treyphillipsdwh@ag.state.la.us';
Hanger, Robin L. (CIV); 'WStradley@mithofflaw.com'; 'TDemetriou@mithofflaw.com';
'grant.davis-denny@mto.com'; Robert Guidry
(rguidry@kuchlerpolk.com<mailto:rguidry@kuchlerpolk.com>); 'Cc:';
'mike_o'keefe@laed.uscourts.gov'
Cc: Lili Petersen; Allison Shipp; Allan Kanner; Brian Barr; Flickinger, Nancy (ENRD); Harvey,
Judy (ENRD); Casey, Patrick (ENRD)
Subject: RE: Phase Two Trial Planning

Judge Shushan:

Judge Barbier's August 26, 2011 ruling regarding Anadarko (Rec. Doc. 3830 at 28) applies to
general maritime negligence  claims. The claims of the United States are filed under the Clean
Water and the Oil Pollution Act, and are not claims for negligence under maritime law.
Accordingly, the order is inapplicable to the claims of the United States against Anadarko, and
thus does not apply to any issue for trial in Phase Two of Civ. No. 10-4536.

Having said that, during the Phase Two trial the United States does not intend to adduce
evidence as to Anadarko's negligence related to Quantification or Source Control.

Respectfully,
Steve

Steven O'Rourke
Environmental Enforcement Section
U.S. Department of Justice
Mail: P.O. Box 7611 Washington, D.C. 20044-7611
Overnight: ENRD Mail Room, 601 D Street, N.W. Washington D.C. 20004
Telephone: (202) 514-2779
Facsimile: (202) 514-2583
E-mail:  steve.o'rourke@usdoj.gov

From: Doug Kraus [mailto:d.kraus@kanner-law.com]
Sent: Thursday, June 20, 2013 9:45 AM
To: Fitch, Warren Anthony (Tony.Fitch@bingham.com<mailto:Tony.Fitch@bingham.com>);
'sherman@hhkc.com'; 'jimr@wrightroy.com'; 'jimmy@jimmywilliamson.com';
'dsc2179@liskow.com'; Andre, Abigail (ENRD); Benson, Thomas (ENRD); Cernich, Scott
(ENRD); 'Aristede.Chakeres@usdoj.gov'; Horizon, Deepwater; Engel, Bethany (ENRD); Flynn,
Stephen (CIV); Himmelhoch, Sarah (ENRD); King, Rachel (ENRD); O'Rourke, Steve (ENRD);
'Eica.Pencak@usdoj.gov'; Underhill, Mike (CIV); 'cmaze@ago.state.al.us';
'luther.strange@ago.state.al.us'; 'terrellm@ag.state.la.us'; 'treyphillipsdwh@ag.state.la.us';
Hanger, Robin L. (CIV); 'WStradley@mithofflaw.com'; 'TDemetriou@mithofflaw.com';
'grant.davis-denny@mto.com'; Robert Guidry
(rguidry@kuchlerpolk.com<mailto:rguidry@kuchlerpolk.com>); 'Cc:';
'mike_o'keefe@laed.uscourts.gov'
Cc: Lili Petersen; Allison Shipp; Allan Kanner; Brian Barr
Subject: FW: Phase Two Trial Planning

All,

Louisiana agrees that Anadarko, as a non-operating party, bears no fault for the incident as it
relates to the source control issues to be addressed in the Phase Two trial. Louisiana specifically
reserves all appellate rights, including but not limited to its claims under OPA and Louisiana
state law, and defers to the United States relating to quantification issues in Phase Two.

Should you have any questions, please feel free to contact me.

Douglas R. Kraus

From: Lili Petersen
Sent: Monday, June 17, 2013 1:18 PM
To: Krystal Crowell; Doug Kraus; David Pote
Subject: FW: Phase Two Trial Planning

_____

From: Brian Barr
Sent: Monday, June 17, 2013 6:18:39 PM
To: Fitch, Warren Anthony; sherman@hhkc.com<mailto:sherman@hhkc.com>;
jimr@wrightroy.com<mailto:jimr@wrightroy.com>;
jimmy@jimmywilliamson.com<mailto:jimmy@jimmywilliamson.com>;
dsc2179@liskow.com<mailto:dsc2179@liskow.com>;
Abigail.Andre@usdoj.gov<mailto:Abigail.Andre@usdoj.gov>;
Thomas.Benson@usdoj.gov<mailto:Thomas.Benson@usdoj.gov>;
Scott.Cernich@usdoj.gov<mailto:Scott.Cernich@usdoj.gov>;
Aristede.Chakeres@usdoj.gov<mailto:Aristede.Chakeres@usdoj.gov>;
Deepwater.Horizon@usdoj.gov<mailto:Deepwater.Horizon@usdoj.gov>;

Bethany.Engel@usdoj.gov<mailto:Bethany.Engel@usdoj.gov>;
Stephen.Flynn@usdoj.gov<mailto:Stephen.Flynn@usdoj.gov>;
Sarah.Himmelhoch@usdoj.gov<mailto:Sarah.Himmelhoch@usdoj.gov>;
Rachel.King@usdoj.gov<mailto:Rachel.King@usdoj.gov>; Steve.O'Rourke@usdoj.gov;
Eica.Pencak@usdoj.gov<mailto:Eica.Pencak@usdoj.gov>;
Mike.Underhill@usdoj.gov<mailto:Mike.Underhill@usdoj.gov>;
cmaze@ago.state.al.us<mailto:cmaze@ago.state.al.us>;
luther.strange@ago.state.al.us<mailto:luther.strange@ago.state.al.us>;
terrellm@ag.state.la.us<mailto:terrellm@ag.state.la.us>;
treyphillipsdwh@ag.state.la.us<mailto:treyphillipsdwh@ag.state.la.us>; David Pote;
Robin.L.Hanger@usdoj.gov<mailto:Robin.L.Hanger@usdoj.gov>;
WStradley@mithofflaw.com<mailto:WStradley@mithofflaw.com>;
TDemetriou@mithofflaw.com<mailto:TDemetriou@mithofflaw.com>; grant.davis-
denny@mto.com<mailto:grant.davis-denny@mto.com>; Sarah Iiams; Robert Guidry
Cc: Sally_Shushan@laed.uscourts.gov<mailto:Sally_Shushan@laed.uscourts.gov>;
mike_o'keefe@laed.uscourts.gov
Subject: RE: Phase Two Trial Planning
Judge Shushan:
The PSC agrees that Judge Barbier's August 26, 2011 ruling that Anadarko, as a non-operating
party, bears no fault for the incident (Rec. Doc. 3830 at 28) applies fully to all source control
issues to be addressed in the Phase Two trial as it pertains to Anadarko.  The PSC defers to the
United States as to quantification issues in Phase 2.


From: Fitch, Warren Anthony [mailto:Tony.Fitch@bingham.com]
Sent: Monday, June 17, 2013 11:45 AM
To: sherman@hhkc.com<mailto:sherman@hhkc.com>;
jimr@wrightroy.com<mailto:jimr@wrightroy.com>; Brian Barr;
jimmy@jimmywilliamson.com<mailto:jimmy@jimmywilliamson.com>;
dsc2179@liskow.com<mailto:dsc2179@liskow.com>;
Abigail.Andre@usdoj.gov<mailto:Abigail.Andre@usdoj.gov>;
Thomas.Benson@usdoj.gov<mailto:Thomas.Benson@usdoj.gov>;
Scott.Cernich@usdoj.gov<mailto:Scott.Cernich@usdoj.gov>;
Aristede.Chakeres@usdoj.gov<mailto:Aristede.Chakeres@usdoj.gov>;
Deepwater.Horizon@usdoj.gov<mailto:Deepwater.Horizon@usdoj.gov>;
Bethany.Engel@usdoj.gov<mailto:Bethany.Engel@usdoj.gov>;
Stephen.Flynn@usdoj.gov<mailto:Stephen.Flynn@usdoj.gov>;
Sarah.Himmelhoch@usdoj.gov<mailto:Sarah.Himmelhoch@usdoj.gov>;
Rachel.King@usdoj.gov<mailto:Rachel.King@usdoj.gov>; Steve.O'Rourke@usdoj.gov;
Eica.Pencak@usdoj.gov<mailto:Eica.Pencak@usdoj.gov>;
Mike.Underhill@usdoj.gov<mailto:Mike.Underhill@usdoj.gov>;
cmaze@ago.state.al.us<mailto:cmaze@ago.state.al.us>;
luther.strange@ago.state.al.us<mailto:luther.strange@ago.state.al.us>;
terrellm@ag.state.la.us<mailto:terrellm@ag.state.la.us>;
treyphillipsdwh@ag.state.la.us<mailto:treyphillipsdwh@ag.state.la.us>; d.pote@kanner-
law.com<mailto:d.pote@kanner-law.com>;

Robin.L.Hanger@usdoj.gov<mailto:Robin.L.Hanger@usdoj.gov>;
WStradley@mithofflaw.com<mailto:WStradley@mithofflaw.com>;
TDemetriou@mithofflaw.com<mailto:TDemetriou@mithofflaw.com>; grant.davis-
denny@mto.com<mailto:grant.davis-denny@mto.com>; Sarah Iiams; Robert Guidry
Cc: Sally_Shushan@laed.uscourts.gov<mailto:Sally_Shushan@laed.uscourts.gov>;
mike_o'keefe@laed.uscourts.gov
Subject: Phase Two Trial Planning

Counsel -


As part of the Phase Two trial planning process, Judge Shushan has directed us (1) to inquire of each party in the case whether it agrees that, and will stipulate that, Judge Barbier's August 26, 2011 ruling that Anadarko, as a non-operating party, bears no fault for the incident (Rec. Doc. 3830 at 28) applies fully to every issue to be addressed in the Phase Two trial and (2) to submit to her a report on each party's response to this inquiry, including a summary of any party's reason for not agreeing to such a stipulation.  Please respond to this inquiry no later than close of business this Thursday 6/20 so that we may report back to the Court on Friday morning. We will both be in New Orleans during the latter part of this week if anyone feels a need to discuss this.


Ky Kirby & Tony Fitch
Warren Anthony Fitch
Partner
T 202.373.6695
F 202.373.6001
tony.fitch@bingham.com<mailto:tony.fitch@bingham.com>

B I N G H A M
Bingham McCutchen LLP
2020 K Street NW
Washington, DC 20006-1806

_____

Confidentiality Notice: The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone.

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended

or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.

_____

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to postmaster@ag.state.la.us<mailto:postmaster@ag.state.la.us>.