UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010** | ) ) ) ) ) ) | **MDL NO. 2719** <br><br> **SECTION J** |
| **THIS DOCUMENT RELATES TO:** | ) ) | **JUDGE BARBIER** |
| **IN RE: TRITON ASSET LEASING, GmbH** <br> **Case No. 2:10-CV-08888-CJB-SS** | ) ) ) ) | **MAGISTRATE JUDGE SHUSHAN** |

## **ORDER**

Considering the Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the September 16, 2011 Monition Date and Supporting Memorandum:

It is ORDERED that the late-filed Short Form Joinders filed by Beacon Fisheries, Inc. in the action 2:10-CV-08888-CJB-SS is hereby considered to be timely filed claims in the Transocean Limitation (Civil Action No. 10-2771), in accordance with Pre-Trial Order Nos. 24 and 25.

Signed this _____ day of _____, 2013.

_____
Honorable Carl J. Barbier
U.S. District Court Judge