UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:**<br>No. 12-311 | * * * | MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the foregoing Ex Parte Motion For Leave To File Exhibit Under Seal;

IT IS ORDERED that Cameron International Corporation be and is hereby granted leave to file Exhibit A to its "Memorandum in Opposition to LIU's Motion to Compel Cameron to Produce a Computation of its Damages and All Documents Supporting its Damages Claims" under seal.

NEW ORLEANS, LOUISIANA, this  22nd  day of    July   , 2013

_____
United States Magistrate Judge

1132885v1