IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to No. 2:13-cv-1557. | * * * * * * * * | Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

## BP'S MOTION FOR INJUNCTION AGAINST TRIBAL-COURT PROCEEDINGS

BP Exploration & Production, Inc. ("BP") moves this Court for an injunction prohibiting the plaintiff in the above-captioned case from proceeding against BP in the parallel action it filed against BP in the Tunica Biloxi Tribal Court on April 19, 2013.  In support of the Motion, BP respectfully states:

1. Plaintiff, the Tunica Biloxi Gaming Authority d/b/a Paragon Casino Resort, an unincorporated instrumentality of the Tunica Biloxi Tribe of Louisiana (the "Tribe"), has filed simultaneous actions in this Court and in the Tunica Biloxi Tribal Court.  Both actions state claims exclusively under the Oil Pollution Act of 1990, 33 U.S.C. § 2701, *et seq.* ("OPA").  By the terms of that statute, however, "the United States district courts shall have exclusive original jurisdiction over all controversies arising under this Act." 33 U.S.C. § 2717(b).  Neither of the two exceptions to that provision applies in the current case.  This Court therefore has jurisdiction over the Tribe's OPA claims to the exclusion of the tribal court.

2. Injunctive relief is appropriate under the Supreme Court's decision in *El Paso Natural Gas Co. v. Neztsosie*, 526 U.S. 473 (1999).  In that case, the Court approved precisely

such an injunction under an exception to the general "tribal exhaustion doctrine," which normally requires litigants to present their challenges to tribal court jurisdiction first to the tribal court. *El Paso* recognized that the language of a federal statute could trump the judge-made exhaustion rule when "Congress . . . expressed an unmistakable preference for a federal forum." *Id.* at 484. The language and purposes of OPA confirm that Congress preferred for claims arising under that statute to proceed in a federal forum. Therefore, BP is excused from compliance with the tribal exhaustion doctrine.

WHEREFORE, for the reasons set forth above, and considering such other arguments and evidence as may properly come before the Court, BP respectfully requests that the Court enter an injunction prohibiting the Tribe from pursuing its pending action in the Tunica Biloxi Tribal Court.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ Don K. Haycraft |
| Of Counsel: | Don K. Haycraft (Bar #14361)<br>R. Keith Jarrett (Bar #16984)<br>K. Todd Wallace (Bar #25920) |
| Richard C. Godfrey, P.C.<br>J. Andrew Langan, P.C.<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>richard.godfrey@kirkland.com<br>andrew.langan@kirkland.com | Devin C. Reid (Bar #32645)<br>LISKOW & LEWIS<br>701 Poydras Street, Suite 5000<br>New Orleans, LA 70139<br>Telephone: (504) 556-4128<br>Facsimile: (504) 556-4108<br>dkhaycraft@liskow.com<br>rkjarrett@liskow.com<br>ktwallace@liskow.com<br>dcreid@liskow.com |
| Jeffrey Bossert Clark<br>Dominic E. Draye<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 879-5000<br>Facsimile: (202) 879-5200<br>jeffrey.clark@kirkland.com<br>dominic.draye@kirkland.com | *Attorneys for BP Exploration & Production Inc.* |

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of July, 2013.

                                                /s/ Don K. Haycraft__