IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * * | MDL NO. 2179 |
| | | SECTION J |
| | | |
| | | Honorable CARL J. BARBIER |
| | | |
| | | Magistrate Judge SHUSHAN |
| This document relates to No. 2:13-cv-1557. | * * * | |

### [PROPOSED] ORDER GRANTING INJUNCTIVE RELIEF

**WHEREFORE,** causes of action for damages and removal costs under the Oil Pollution Act of 1990, 33 U.S.C. § 2701, *et seq.* ("OPA"), may proceed, in accord with OPA's plain text, only in the United States District Courts or state trial courts of competent jurisdiction, 33 U.S.C. § 2717(b) & (c), the following injunction is **ORDERED** and established by this Court:

1. This **ORDER GRANTING INJUNCTIVE RELIEF ("INJUNCTION")** is directed at the following party entities or those acting in active concert with those parties:  (i) the Tunica Biloxi Gaming Authority, (ii) Paragon Casino Resort, and (iii) the Tunica Biloxi Tribe of Louisiana [hereafter, collectively the "Tunica Biloxi Tribal Entities"].

2. Specifically, the Tunica Biloxi Tribal Entities are hereby **ENJOINED** from pursuing in the Tunica Biloxi Tribal Court the action styled *Tunica Biloxi Gaming Authority d/b/a Paragon Casino Resort, a subordinate unincorporated instrumentality of the Tunica Biloxi Tribe of Louisiana v. BP Exploration & Production, Inc.*, No. 2013-007 (filed April 19, 2013) [hereafter, "the Tribal Suit"], currently pending in that tribal court system.  The Tunica Biloxi Tribal Entities are directed to dismiss the Tribal Suit without prejudice.  The Tunica Biloxi Tribal Entities may instead seek to adjudicate their OPA claims, if any, against BP Exploration

& Production, Inc. exclusively in this Court, as to which the Tunica Biloxi Tribal Entities have submitted themselves by voluntarily filing a parallel action here, and thereby waiving any possible claims of sovereign immunity.

       3.  Moreover, the Tunica Biloxi Tribal Court is **ENJOINED** from exercising jurisdiction over the Tribal Suit or any other action seeking OPA damages and removal costs against BP Exploration & Production, Inc. or any other BP entity.  Additionally, the Tunica Biloxi Tribal Entities are **ENJOINED** from filing in any tribal court any other action seeking OPA damages and removal costs against BP Exploration & Production, Inc. or any other BP entity.  As noted in paragraph 2 of this **INJUNCTION**, the Tunica Biloxi Tribal Entities may pursue their OPA remedies relating to the *Deepwater Horizon* Incident, if any, in this Court and in this case, No. 2:13-cv-1557, without prejudice as to anything contained in this **INJUNCTION** directed exclusively against OPA suits filed in tribal court.

**IT IS SO ORDERED.**

       New Orleans, Louisiana, this \_\_\_ day of _____, 2013.

       _____
       UNITED STATES DISTRICT JUDGE