**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *12-311* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## AMENDED ORDER

LIBERTY'S MOTION TO COMPEL - *IN CAMERA* REVIEW (Rec. doc. 10334)

On July 22, 2013, the Court issued an order after the *in camera* review of documents produced by Cameron. Rec. doc. 10808. The appeal deadline for the order was Monday, July 26, 2013. Id. at 5.

IT IS ORDERED that the appeal deadline provided in the July 22, 2013 order on Liberty's motion to compel (*in camera* review) (Rec. doc. 10334) is corrected and the deadline for the appeal is **Monday, July 29, 2013.**

New Orleans, Louisiana, this 24th day of July, 2013.

SALLY SHUSHAN
**United States Magistrate Judge**