UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FISHERMAN'S COVE RESORT, LLC

V

BP Exploration & Production, Inc., et al

CIVIL ACTION

NO. 2:13-cv-2910

SECTION _____ ( )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

BP Exploration & Production, Inc., et al
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

**PARENT CORPORATIONS**

None

July 25, 2013
**Date**

Curt D. Marshall
**Attorney**

NY Bar ID#2524841
**Bar Roll Number**

Weitz & Luxenberg, P.C., 700 Broadway
**Address**

New York, NY 10003