UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LAZY LIZARD ENTERPRISES, INC          CIVIL ACTION

V                                     NO. 2:13-cv-2680

BP Exploration & Production, Inc., et al    SECTION _____ (   )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

BP Exploration & Production, Inc., et al          PUBLICLY HELD
NON-GOVERNMENTAL                                  COMPANY THAT
CORPORATE PARTY                                   OWNS 10% OR MORE
TO THIS ACTION                                    OF THE PARTY'S STOCK

                                                  None

PARENT CORPORATIONS

None


July 25, 2013                         Curt D. Marshall
   Date                                  Attorney

                                      NY Bar ID#2524841
                                         Bar Roll Number

                                      Weitz & Luxenberg, P.C., 700 Broadway
                                         Address

                                      New York, NY 10003