UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MANSION HOUSE HOTEL, INC.                         CIVIL ACTION

V                                                 NO. 2:13-cv-2841

BP Exploration & Production, Inc., et al          SECTION _____ ( )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

BP Exploration & Production, Inc., et al          PUBLICLY HELD
NON-GOVERNMENTAL                                  COMPANY THAT
CORPORATE PARTY                                   OWNS 10% OR MORE
TO THIS ACTION                                    OF THE PARTY'S STOCK

                                                  None

PARENT CORPORATIONS

None

July 25, 2013                                     Curt D. Marshall
Date                                              Attorney

                                                  NY Bar ID#2524841
                                                  Bar Roll Number

                                                  Weitz & Luxenberg, P.C., 700 Broadway
                                                  Address

                                                  New York, NY 10003