UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOWAK ENTERPRISES, INC.                                CIVIL ACTION

V                                                      NO. 2:13-cv-2955

BP Exploration & Production, Inc., et al               SECTION _____ ( )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

BP Exploration & Production, Inc., et al               PUBLICLY HELD
NON-GOVERNMENTAL                                       COMPANY THAT
CORPORATE PARTY                                        OWNS 10% OR MORE
TO THIS ACTION                                         OF THE PARTY'S STOCK

                                                       None

PARENT CORPORATIONS

None


July 25, 2013                                          Curt D. Marshall
   Date                                                     Attorney

                                                       NY Bar ID#2524841
                                                          Bar Roll Number

                                                       Weitz & Luxenberg, P.C., 700 Broadway
                                                               Address

                                                       New York, NY 10003