UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BIJAN'S CATERING, INC.                                CIVIL ACTION

V                                                     NO. 2:13-cv-2941

BP Exploration & Production, Inc., et al              SECTION _____ ( )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

BP Exploration & Production, Inc., et al              PUBLICLY HELD
NON-GOVERNMENTAL                                      COMPANY THAT
CORPORATE PARTY                                       OWNS 10% OR MORE
TO THIS ACTION                                        OF THE PARTY'S STOCK

                                                      None

PARENT CORPORATIONS

None


July 25, 2013                                         Curt D. Marshall
Date                                                  Attorney

                                                      NY Bar ID#2524841
                                                      Bar Roll Number

                                                      Weitz & Luxenberg, P.C., 700 Broadway
                                                      Address

                                                      New York, NY 10003