UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MIAMI RIVER GROUP, INC.                                         CIVIL ACTION

V                                                               NO. 2:13-cv-2977

BP Exploration & Production, Inc., et al                        SECTION _____ ( )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

BP Exploration & Production, Inc., et al            PUBLICLY HELD
NON-GOVERNMENTAL                                    COMPANY THAT
CORPORATE PARTY                                     OWNS 10% OR MORE
TO THIS ACTION                                      OF THE PARTY'S STOCK

                                                    None

PARENT CORPORATIONS

None


July 25, 2013                                       Curt D. Marshall
   Date                                                Attorney

                                                    NY Bar ID#2524841
                                                       Bar Roll Number

                                                    Weitz & Luxenberg, P.C., 700 Broadway
                                                       Address

                                                    New York, NY 10003