UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROLY'S AT DUBLIN, LLC                                                                         CIVIL ACTION

V                                                                                             NO. 2:13-cv-2980

BP Exploration & Production, Inc., et al                                                      SECTION _____ ( )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

| BP Exploration & Production, Inc., et al<br>NON-GOVERNMENTAL<br>CORPORATE PARTY<br>TO THIS ACTION | PUBLICLY HELD<br>COMPANY THAT<br>OWNS 10% OR MORE<br>OF THE PARTY'S STOCK |
|---|---|
|  | None |// 
| **PARENT CORPORATIONS** |  |
| None |  |

July 25, 2013                                                                                 Curt D. Marshall
   Date                                                                                       Attorney

                                                                                              NY Bar ID#2524841
                                                                                              Bar Roll Number

                                                                                              Weitz & Luxenberg, P.C., 700 Broadway
                                                                                              Address

                                                                                              New York, NY 10003