UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TU-DO VIETNAMESE RESTAURANT                        CIVIL ACTION

V                                                  NO. 2:13-cv-2951

BP Exploration & Production, Inc., et al           SECTION _____ ( )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

BP Exploration & Production, Inc., et al           PUBLICLY HELD
NON-GOVERNMENTAL                                   COMPANY THAT
CORPORATE PARTY                                    OWNS 10% OR MORE
TO THIS ACTION                                     OF THE PARTY'S STOCK

PARENT CORPORATIONS

July 25, 2013                                      Curt D. Marshall
    Date                                                Attorney

                                                   NY Bar ID#2524841
                                                       Bar Roll Number

                                                   Weitz & Luxenberg, P.C., 700 Broadway
                                                          Address

                                                   New York, NY 10003