UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG     MDL NUMBER 2719
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO, ON APRIL 20, 2010     SECTION J

THIS DOCUMENT RELATES TO:
IN RE: TRITON ASSET LEASING,     JUDGE BARBIER
      GmbH
CASE NO. 2:10-CV-08888-CJB-SS     MAGISTRATE JUDGE SHUSHAN

**************************************************************************

**MOTION TO AMEND MOTION FOR ACCEPTANCE OF LIMITATION
SHORT FORM JOINDER FILED BEYOND SEPTEMBER 16, 2011 MONITION DATE**

NOW INTO COURT, through undersigned counsel, comes Beacon Fisheries, Inc., who

respectfully moves this Court to amend Record Document 10829, Motion for Acceptance of

Limitation Short Form Joinder Filed Beyond September 16, 2011 Monition Date, to reflect the

short-form claim document number and delete the out of place footnote in the title of the pleading.

By attorneys:

*s/John W. deGravelles*

**JOHN W. deGRAVELLES** (#04808)
J. NEALE deGRAVELLES (#29143)
deGravelles, Palmintier, Holthaus & Frugé, L.L.P.
618 Main Street
Baton Rouge, Louisiana 70801-1910
Telephone: 225/344-3735
Facsimile: 225/336-1146
jdegravelles@dphf-law.com
ndegravelles@dphf-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of July, 2013, the foregoing document was

filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will

be sent to and provided notice by and through LexisNexis to all counsel of record.


　　　　　*s/John W. deGravelles*
　　　　**JOHN W. deGRAVELLES**