UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NUMBER 2719<br><br>SECTION J |
| THIS DOCUMENT RELATES TO:<br>IN RE: TRITON ASSET LEASING, GmbH<br>CASE NO. 2:10-CV-08888-CJB-SS | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Considering foregoing Motion to Amend Motion for Acceptance of Limitation Short Form Joinder Filed Beyond September 16, 2011 Monition Date filed by Beacon Fisheries, Inc.;

IT IS ORDERED that Beacon Fisheries, Inc. is allowed to amend Record Document 10829, Motion for Acceptance of Limitation Short Form Joinder Filed Beyond September 16, 2011 Monition Date.

Signed this _____ day of _____, 2013.

_____
**HONORABLE CARL J. BARBIER**
**U.S. DISTRICT COURT JUDGE**