UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

THIS DOCUMENT RELATES TO:
IN RE: TRITON ASSET LEASING, GmbH
CASE NO. 2:10-CV-08888-CJB-SS

MDL NUMBER 2719

SECTION J

JUDGE BARBIER

MAGISTRATE JUDGE SHUSHAN

*************************************************************************

**AMENDED MOTION FOR ACCEPTANCE OF LIMITATION
SHORT FORM JOINDER FILED BEYOND SEPTEMBER 16, 2011 MONITION DATE**

NOW INTO COURT, through undersigned counsel, comes Beacon Fisheries, Inc., who moves this Court for acceptance of its late-filed Short Form Joinder [Rec Doc 135881] in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as Owner; Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, Civil Action No. 10-2771 (the "Transocean Limitation Proceeding"). In support of their motion, the Claimants declare as follows:

1.

The Honorable Court established a deadline for the filing of claims in the Transocean limitation proceeding for April 20, 2011.

2.

By order of the Court, this deadline was extended to September 16, 2011.

3.

Beacon Fisheries, Inc. contacted counsel after the Court-established deadline seeking assistance in filing claims for injuries and damages incurred as a result of the *Deepwater Horizon*

explosion and resulting oil spill.

4.

Because Beacon Fisheries, Inc. was not aware of the Court-established deadline, and may not yet have fully realized its damages, it did not timely file in the Transocean limitation proceeding.

5.

No prejudice will result from the acceptance of the Short Form Joinder [Rec Doc 135881] filed after September 16, 2011.  Moreover, no action has been taken in the Transocean Limitation Proceeding which could have prejudiced any other party to the proceeding.

6.

The Transocean Limitation Proceeding is pending and undetermined.

For these reasons, Beacon Fisheries, Inc. respectfully requests that the Court grant Beacon Fisheries, Inc.'s Amended Motion for Leave to File Short Form Joinder and that this Court deem that said Short Form Joinder [Rec Doc 135881] is timely filed in the Transocean Limitation Proceeding.

By attorneys:

*s/John W. deGravelles*
**JOHN W. deGRAVELLES** (#04808)
J. NEALE deGRAVELLES (#29143)
deGravelles, Palmintier, Holthaus & Frugé, L.L.P.
618 Main Street
Baton Rouge, Louisiana  70801-1910
Telephone:  225/344-3735
Facsimile:  225/336-1146
jdegravelles@dphf-law.com
ndegravelles@dphf-law.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of July, 2013, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to and provided notice by and through LexisNexis to all counsel of record.

        *s/John W. deGravelles*
        **JOHN W. deGRAVELLES**