UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NUMBER 2719<br><br>SECTION J |
| THIS DOCUMENT RELATES TO:<br>IN RE: TRITON ASSET LEASING, GmbH<br>CASE NO. 2:10-CV-08888-CJB-SS | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Considering the foregoing Amended Motion for Acceptance of Limitation Short Form Joinder Filed Beyond the September 16, 2011 Monition Date filed by Beacon Fisheries, Inc.;

IT IS ORDERED that the late-filed Short Form Joinder [Rec Doc 135881] filed by Beacon Fisheries, Inc. in the action 2:10-CV-08888-CJB-SS is hereby considered to be timely filed claims in the Transocean Limitation (Civil Action No. 10-2771), in accordance with Pre-Trial Order Nos. 24 and 25.

Signed this _____ day of _____, 2013.

_____
**HONORABLE CARL J. BARBIER**
**U.S. DISTRICT COURT JUDGE**