# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 ) ) ) ) | MDL NO. 2179<br><br>SECTION "J"<br><br>JUDGE CARL J. BARBIER |
| THIS DOCUMENT RELATES TO: ) | MAG. JUDGE SHUSHAN |

<u>Originally Filed in E.D. LA.</u>
2:13-cv-02145-J(1); 2:13-cv-02086-J(1); 2:13-cv-02090-J(1);
2:13-cv-02095-J(1); 2:13-cv-02427-J(1); 2:13-cv-02101-J(1);
2:13-cv-02124-J(1); 2:13-cv-02108-J(1); 2:13-cv-02105-J(1);
2:13-cv-02426-J(1); 2:13-cv-02111-J(1); 2:13-cv-02128-J(1);
2:13-cv-02114-J(1); 2:13-cv-02119-J(1); 2:13-cv-02140-J(1);
2:13-cv-02146-J(1); 2:13-cv-02133-J(1); 2:13-cv-02129-J(1);
2:13-cv-02432-J(1); 2:13-cv-02148-J(1); 2:13-cv-02428-J(1);
2:13-cv-02429-J(1); 2:13-cv-02150-J(1); 2:13-cv-02138-J(1);
2:13-cv-02132-J(1); 2:13-cv-02142-J(1); 2:13-cv-02136-J(1);
2:13-cv-02117-J(1); 2:13-cv-02434-J(1);

<u>Originally Filed in N.D. FL. – Panama City</u>
5:13-cv-00140-J(1); 5:13-cv-00144-J(1); 5:13-cv-00131-J(1);
5:13-cv-00124-J(1); 5:13-cv-00161-J(1); 5:13-cv-00134-J(1);
5:13-cv-00148-J(1); 5:13-cv-00141-J(1); 5:13-cv-00149-J(1);
5:13-cv-00126-J(1); 5:13-cv-00139-J(1); 5:13-cv-00143-J(1);
5:13-cv-00136-J(1); 5:13-cv-00127-J(1); 5:13-cv-00129-J(1);
5:13-cv-00145-J(1); 5:13-cv-00132-J(1); 5:13-cv-00133-J(1);
5:13-cv-00137-J(1); 5:13-cv-00135-J(1); 5:13-cv-00139-J(1);
5:13-cv-00153-J(1); 5:13-cv-00163-J(1); 5:13-cv-00150-J(1);
5:13-cv-00142-J(1); 5:13-cv-00147-J(1); 5:13-cv-00123-J(1);
5:13-cv-00155-J(1); 5:13-cv-00152-J(1); 5:13-cv-00151-J(1);
5:13-cv-00154-J(1); 5:13-cv-00130-J(1); 5:13-cv-00125-J(1);

<u>Originally Filed in N.D. FL. – Pensacola</u>
3:13-cv-00262-J(1); 3:13-cv-00325-J(1); 3:13-cv-00263-J(1);
3:13-cv-00269-J(1); 3:13-cv-00274-J(1); 3:13-cv-00273-J(1);
3:13-cv-00264-J(1); 3:13-cv-00267-J(1); 3:13-cv-00265-J(1);
3:13-cv-00270-J(1); 3:13-cv-00275-J(1); 3:13-cv-00271-J(1);
3:13-cv-00259-J(1); 3:13-cv-00258-J(1); 3:13-cv-00272-J(1);
3:13-cv-00266-J(1); 3:13-cv-00260-J(1); 3:13-cv-00261-J(1);
3:13-cv-00268-J(1); 3:13-cv-00269-J(1);

<u>Originally Filed in N.D. FL. – Tallahassee</u>
4:13-cv-00228-J(1);

|   |   |
|---|---|
|  | ) |
| <u>Originally Filed in M.D. FL. – Tampa</u> | ) |
| 8:13-cv-01058-J(1); 8:13-cv-01059-J(1); 8:13-cv-01062-J(1); | ) |
| 8:13-cv-01061-J(1); 8:13-cv-01081-J(1); 8:13-cv-01064 -J(1); | ) |
| 8:13-cv-01063-J(1); | ) |
|  | ) |
| <u>Originally Filed in M.D. FL. – Ft. Myers</u> | ) |
| 2:13-cv-00306-J(1) | ) |

**ORDER REGARDING MOTION TO ENROLL ADDITIONAL COUNSEL**

IT IS HEREBY ORDERED, this _____ day of _____, 2013, that the motion to enroll Ben King, Drake Martin, Carl Nelson, Scott Richards, Franklin R. Harrison, and William G. Harrison, Jr. as additional counsel of record to represent Plaintiffs in the above referenced actions is GRANTED.

_____
United States District Judge