# CONFERENCE ATTENDANCE RECORD

DATE: 7/26/13                         TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

DISCOVERY STATUS CONFERENCE

# 👉 PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Shiran Zohar | BP |
| Rob Gasaway | BP |
| Gary Mazi | Alabama |
| Winfield Sinclair | Alabama |
| Don Godwin | Halliburton |
| Alan York | " " |
| Jenny Martinez | " " |
| Bruce Bowman | " " |
| Gwen Richard | " " |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Sean Fleming | Halliburton |
| Stefanie Major McGregor | " " |
| Erika Toledo | " " |
| Robin Greenwald | PSC |
| Steve O'Rourke | U.S.A. |
| Steve Herman | PSC |
| Brian Barr | PSC |
| Sarah Ijams | Anadarko |
| Mary K Klinefelter | TO |
| Tony Fitch | Anadarko |
| Tammy Godley | TO |
| Don Haycraft | BP |
| Anthony Irpino | PSC |

## MDL 2179-PHASE TWO DISCOVERY CONFERENCE

## 7/26/13-TELEPHONE PARTICIPANTS

George Crow-Lane Aviation

Mike Petrino-BP

Bill Stradley-2185

Tom Benson- US DOJ

Joe Russell

Jed Medier

Mark Nomellini-BP

Ryan Babich

Patrick O'Keefe

Kerry Miller

Craig Pritzlass

Tom Mariani-US

Grant Davis Denny-Transocean

Richard Gladstein-US

Mike Lyle

Kerry Karis

Richard Gladstein