**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **Rod Cooke Construction, Incorporated** | ) | |
| | ) | **CIVIL ACTION NO. 2:13-cv-2287** |
| Plaintiff, | ) | |
| | ) | **JUDGE BARBIER** |
| vs. | ) | |
| | ) | **MAGISTRATE JUDGE SUSHAN** |
| **BP Exploration & Production, Inc.; BP America** | ) | |
| **Production Company; Halliburton** | ) | |
| **Energy Services, Inc.; and Sperry Drilling** | ) | |
| **Services, a division of Halliburton Energy** | ) | |
| **Services, Inc.** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## MOTION TO WITHDRAW

Cunningham Bounds, LLC, Robert T. Cunningham, Steven L. Nicholas, Stephen C. Olen

and Allison E. White move to withdraw as counsel of record for Plaintiff Rod Cooke

Construction, Incorporated in the above-captioned matter.  Plaintiff will continue to be

represented by the E. J. Saad Law Firm.

WHEREFORE, Cunningham Bounds, LLC, Robert T. Cunningham, Steven L. Nicholas,

Stephen C. Olen and Allison E. White respectfully move withdraw their appearance for Plaintiff.

Date:  7/25/2013

/s/  Allison E. White
**Allison E. White,** La. Bar No. 32957
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: aew@cunninghambounds.com

1

Of Counsel:
**Robert T. Cunningham**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: rtc@cunninghambounds.com

**Steven L. Nicholas**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: sln@cunninghambounds.com

**Stephen C. Olen**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: sco@cunninghambounds.com