# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig  "Deepwater Horizon" in the Gulf  of Mexico, on April 20, 2010 | *<br>*<br>*<br>*<br>*<br>* | MDL No. 2179<br><br>SECTION "J"<br><br>JUDGE BARBIER<br> |
| **This Document Relates To: Member Case Nos. 13-CV-2778 J (1) and 13-CV-2779 J (1)** | * | MAGISTRATE SHUSHAN |

## NOTICE OF APPEARANCE

NOTICE IS HEREBY given that S. Drake Martin, Esq., 1701 E. County Highway 30-A, Ste. 201-B, Santa Rosa Beach, FL 32459, hereby represents the following Plaintiffs as co-counsel:

**Hancock County Water & Sewer District**     Member Case No. 13-CV-2779 J (1)

**Premier Entertainment Biloxi, LLC**     Member Case No. 13-CV-2778 J (1)

Counsel requests that copies of all filings with the Court, written correspondence, discovery requests and all other materials distributed in this litigation be forwarded to S. Drake Martin, Esq. at the following e-mail addresses:

**drakemartin@nixlawfirm.com; whitney@nixlawfirm.com;**

**juliegill@nixlawfirm.com; dpirkey@nixlawfirm.com;**

**stephaniemcknight@nixlawfirm.com**

Dated: July 26, 2013.

        Respectfully submitted,
        /s/ S. Drake Martin
        S. Drake Martin
        Florida Bar No: 90479
        Admitted Pro Hac Vice, Southern District of
        Mississippi, Southern Division

Email: drakemartin@nixlawfirm.com
Nix, Patterson & Roach, LLP
1701 E County Hwy 30-A,
Suite 201-B
Santa Rosa Beach, Florida 32459
Telephone: (850) 231-4028
Fax No: (850) 231-2972


Michael C. Moore (MS Bar No. 3452)
Mike Moore Law Firm LLC
P.O. Box 321048
Flowood, MS 39232-1048
Email: mm@mikemoorelawfirm.com
Telephone:     (601) 933-0070
Facsimile:     (601) 933-0071

*Counsel for Plaintiff*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 26, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/ S. Drake Martin
S. Drake Martin
Florida Bar No: 90479
Admitted Pro Hac Vice, Southern District of Mississippi, Southern Division
Email: drakemartin@nixlawfirm.com
Nix, Patterson & Roach, LLP
1701 E County Hwy 30-A,
Suite 201-B
Santa Rosa Beach, Florida 32459
Telephone: (850) 231-4028
Fax No: (850) 231-2972


Michael C. Moore (MS Bar No. 3452)
Mike Moore Law Firm LLC
P.O. Box 321048
Flowood, MS 39232-1048
Telephone:     (601) 933-0070
Facsimile:     (601) 933-0071

*Counsel for Plaintiff*