UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 "J" (1) <br><br> JUDGE BARBIER <br> MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: | * | |
| MARATHON OIL COMPANY | * * | CIVIL CASE NO. 13-1343 |
| Plaintiff | * * | |
| VERSUS | * * | |
| BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY AND BP p.l.c. | * * * * | |
| Defendant | * | |

## EX PARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, MARATHON OIL COMPANY ("Marathon"), which, for the reasons more fully set forth in the attached Memorandum in Support, seeks to withdraw Jimmy Williamson, Cyndi M. Rusnak, William Dills, and the law firm of Williamson & Rusnak as co-counsel of record for Marathon, pursuant to Local Rule 83.2.11.

WHEREFORE, Mover, Marathon Oil Company, prays that this Court enter an order allowing Jimmy Williamson, Cyndi M. Rusnak, William Dills and the law firm of Williamson & Rusnak to withdraw as co-counsel of record for Marathon Oil Company in the captioned matter.

{B0708244.1}                                    1

Respectfully submitted:

BALDWIN HASPEL BURKE & MAYER, L.L.C.

<u>s/ Paul N. Vance</u>
DAVID L. CARRIGEE – Bar #3892
PAUL N. VANCE - Bar #13007
SCOTT L. STERNBERG - Bar #33390
3600 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 569-2900
Fax: (504) 569-2099
*Counsel for Plaintiff, Marathon Oil Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

<u>s/ Paul N. Vance</u>