UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG | * | MDL NO. 2179 "J" (1) |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, ON | * | JUDGE BARBIER |
| APRIL 20, 2010 | * | MAG. JUDGE SHUSHAN |
| | * | |
| THIS DOCUMENT RELATES TO: | | |
| | * | |
| MARATHON OIL COMPANY | * | CIVIL CASE NO. 13-1343 |
| | * | |
| Plaintiff | * | |
| | * | |
| VERSUS | * | |
| | * | |
| BP EXPLORATION & PRODUCTION | * | |
| INC., BP AMERICA PRODUCTION | * | |
| COMPANY AND BP p.l.c. | * | |
| | * | |
| Defendant | * | |

**MEMORANDUM IN SUPPORT OF**
**EX PARTE MOTION TO WITHDRAW**
**AS COUNSEL OF RECORD**

**MAY IT PLEASE THE COURT:**

Plaintiff, MARATHON OIL COMPANY ("Marathon"), seeks to withdraw Jimmy Williamson, Cyndi M. Rusnak, William Dills, and the law firm of Williamson & Rusnak as co-counsel of record for Marathon, pursuant to Local Rule 83.2.11, and in connection therewith represents as follows:

1.

Marathon has terminated its relationship with Jimmy Williamson, Cyndi M. Rusnak, William Dills, and the law firm of Williamson & Rusnak, and is adequately represented by undersigned counsel.

2.

Marathon has been made aware of all applicable deadlines and pending court appearances.

3.

This motion is made in good faith and will not prejudice any party.

4.

Marathon's written consent via email for Williamson & Rusnak's withdrawal is attached as Exhibit "A."

## CONCLUSION

For all of the foregoing reasons, Marathon Oil Company respectfully requests that this Court enter an order allowing Jimmy Williamson, Cyndi M. Rusnak, William Dills and the law firm of Williamson & Rusnak to withdraw as co-counsel of record for Marathon Oil Company in the captioned matter.

Respectfully submitted:

BALDWIN HASPEL BURKE & MAYER, L.L.C.

<u>s/ Paul N. Vance</u>
DAVID L. CARRIGEE – Bar #3892
PAUL N. VANCE - Bar #13007
SCOTT L. STERNBERG - Bar #33390
3600 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 569-2900
Fax: (504) 569-2099
*Counsel for Plaintiff, Marathon Oil Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                                 s/ Paul N. Vance