**From:** Getz, Edward R. (MRO)
**Sent:** Friday, June 28, 2013 4:15 PM
**To:** 'Cyndi Rusnak'
**Cc:** Dillard, Lue (MRO)
**Subject:** RE: Marathon Oil Company vs. BP Exploration & Petroleum, et al

Cyndi,

As requested, on behalf of Marathon Oil Company I authorize Williamson & Rusnak to withdraw its representation of Marathon in the BP vessel commandeering claim.

Thank you for your assistance in this matter.

Randy Getz
Senior Counsel
Marathon Oil Company
5555 San Felipe, Rm 2524
Houston, TX 77056
713-296-2936 work
713-494-9340 mobile
713-513-4164 fax
ergetz@marathonoil.com



EXHIBIT A