UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 "J" (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: | * * | |
| MARATHON OIL COMPANY | * * | CIVIL CASE NO. 13-1343 |
| Plaintiff | * * | |
| VERSUS | * * | |
| BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY AND BP p.l.c. | * * * * | |
| Defendant | * | |

## ORDER

Considering the Ex Parte Motion to Withdraw as Counsel of Record filed herein,

**IT IS ORDERED** that Jimmy Williamson, Cyndi M. Rusnak, William Dills and the law firm of Williamson & Rusnak be withdrawn as co-counsel of record for Marathon Oil Company in the captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE

{B0708251.1}                                                1