IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig "Deepwater  *   MDL No. 2179
       Horizon" in the Gulf of Mexico,   *
       On April 20, 2010   *   Section: J
          *
       This filing relates to: *All Cases*   *   District Judge Carl J. Barbier
          *
       (Including Civil Action No. 12-970)   *   Magistrate Judge Shushan

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## ORDER

[Approving the Rules Governing the Third Party Claims Dispute Resolution Process]

      **CONSIDERING** the request by Patrick A. Juneau, the Claims Administrator of the Economic and Property Damages Settlement (the "Claims Administrator"), for entry of an Order in aid of implementation of the Court Supervised Settlement Program, pursuant to this Court's continuing and exclusive jurisdiction under Section 18.1 of the Economic and Property Damages Settlement Agreement (as amended on May 2, 2012 and approved on December 21, 2012) (the "Settlement Agreement"), and being fully apprised, **IT IS HEREBY ORDERED** as follows:

      1.    The Rules Governing the Third Party Claims Dispute Resolution Process ("Rules") are approved, in accordance with Paragraph 7(b) of the First Amended Court Approved Procedure Order No. 1 (entered on March 11, 2013), to govern the process by which the Third Party Claims Adjudicator will resolve certain disputes regarding Third Party Claims filed against payments to be made by the Claims Administrator to eligible claimants under the Settlement Agreement.  These Rules supersede the Rules Governing the Third Party Claims Dispute Resolution Process as to Attorney Fee Liens entered on April 15, 2013.

2

2. This Court retains exclusive jurisdiction over the interpretation, implementation and enforcement of the Rules described in this Order and of the Third Party Claims Dispute Resolution Process (Rec. doc. 9327).

New Orleans, Louisiana this 26th day of July, 2013.

_____
CARL J. BARBIER
United States District Judge