## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | **MDL 2179** |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | **SECTION "J"** |
| | * | |
| Applies to: | * | **JUDGE BARBIER** |
| | * | |
| *No. 10-8888* | * | **MAGISTRATE SHUSHAN** |
| | * | |

### ORDER

Farrell & Patel LLC move to withdraw as counsel of record for nearly 100 plaintiffs/claimants. (Rec. Doc. 10348). The only reason provided is "the movants have terminated their attorney/client relationship." (*Id.* ¶ 1). The Court finds this is insufficient under the circumstances. Accordingly,

**IT IS ORDERED** that the Motion to Withdraw (Rec. Doc. 10348) is **DENIED WITHOUT PREJUDICE.**

Counsel may refile the motion, but it must provide more detail as to why counsel moves to withdraw. Furthermore, where plaintiffs/claimants have settled their claims, the appropriate action is to voluntarily dismiss the claim, rather than move to withdraw as counsel.[1]

Signed in New Orleans, Louisiana this 23rd day of July, 2013.

United States District Judge

---

[1] Counsel is directed to Pretrial Order No. 42 (Rec. Doc. 4043), approving a Dismissal Form. Footnote 1 to the Dismissal Form contains filing instructions. To the extent this form is not applicable, see Fed. R. Civ. P. 41.