UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon"*In Gulf of Mexico, | * | |
| on April 20, 2010 | * | NUMBER |
| | * | |
| | * | SECTION |
| | * | |
| | * | JUDGE BARBIER |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | |
| This document relates to: 2:10-cv-08888-CJB-SS | * | SHUSHAN |

## ORDER

**IT IS HEREBY ORDERED** that Counsel of Record are Scott Summy and Irma Espino of Baron & Budd, P.C. as Counsel of Record in substitution for C. David Fonvielle and James E. Messer, Jr. of Fonvielle, Lewis, Foote & Messer for the following cases:

Robert L. Kasper, Case No. 2:10-cv-08888-CJB-SS, Doc. 55251;

Scenic Highway 30 A Holdings, LLC, Case No. 2:10-cv-08888-CJB-SS, Doc. 55428;

Cape Property Partnership, LLC, Case No. 2:10-cv-08888-CJB-SS, Doc. 1313118;

Josh Kasper, Case No. 2:10-cv-08888-CJB-SS, Doc. 62630; and,

Dennette J. Rainey, Case No. 2:10-cv-08888-CJB-SS, Doc. 55179.

**THIS DONE AND SIGNED** on this 23rd day of July, 2013 in New Orleans, Louisiana.

_____
JUDGE CARL J. BARBIER
United States District Judge