UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 ) ) ) ) ) THIS DOCUMENT RELATES: ) 2:10-cv-08888-CJB-SS ) ) ) | MDL No. 2179 SECTION: J JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

### MOTION FOR ACCEPTANCE OF LIMITATION SHORT FORM JOINDERS FILED BEYOND THE SEPTEMBER 16, 2011, DEADLINE

NOW INTO COURT, through undersigned counsel, come Claimants as set forth on Exhibit "A" (collectively referred to hereafter as "Claimants") who move this Court for the acceptance of their Short Form Joinders in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as owner, Managing Owners, Owners Pro Hac Vice and/or Operations of the MODU Deepwater Horizon. As this Honorable Court is aware, the Short Form Joinders were approved by the Court as a vehicle by which Claimants could both file a claim into the limitaiton proceeding filed by the above named parties, as well as initiate litigation against all non-limitation defendants with regard to the April 20, 2010, oil spill. In filing this motion, Claimants confirm that their Short Form Joinders are timely as to all non-limitation defendants as there are no deadlines,

1

prescriptive or otherwise, with regard to Claimant's right to file against non-limitaiton defendants set by this Honorable Court. However, as to the parties to the limitation set forth and listed herein, Claimants recognize that this Honorable Court did in fact set deadlines and Claimants would hereby show the court as follows:

1. This Court originally established a deadline for the filing of the claims in the Transocean limitaiton proceeding for April 20, 2011.

2. The Court extended the deadline for filing of the claims in the Transocean limitation proceeding to September 16, 2011.

3. As Claimants were unaware of the Court-established deadlines, or had not yet fully realized their damages, they did not timely file in the Transocean limitation proceeding.

4. No prejudice will result from the acceptance of the post-deadline Short Form Joinders, a list of Claimants which is attached hereto as "Exhibit A" all of whom have filed short forms in 2:10-cv-08888-CJB-SS on or before 4/22/13. No Action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

For these reasons, as explained more fully in the following Memorandum in Support, Movants respectfully request that the Court grant Movants' Motion for

Acceptance of Limitation Short Form Joinders Filed Beyond the September 16, 2011, Deadline and that the Court deem said Short Form Joinders as timely filed.

        Respectfully submitted,

        CUERIA LAW FIRM, LLC

        _____/s/ R. Brent Cueria_____
        R. BRENT CUERIA (#18176)
        700 Camp Street, Suite 316
        New Orleans, LA  70130
        Telephone: (504) 525-5211
        Telecopier: (504) 525-3011
        rbcueria@aol.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for the Acceptance of Limitation Short Form Joinders Filed Beyond the September 16, 2011, Deadline has been served upon all interested counsel, by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of July, 2013.

_____/s/ R. Brent Cueria_____
R. BRENT CUERIA (#18176)
700 Camp Street, Suite 316
New Orleans, LA  70130
Telephone: (504) 525-5211
Telecopier: (504) 525-3011
rbcueria@aol.com