# EXHIBIT A

**CASE NAME:** Total Marine Transport, Inc. et al v. BP Exploration & Production Inc. et al

**INDIVIDUAL CASE NUMBER:** 2:13-cv-02634-CJB-SS

**RELATES TO:** 2:10-cv-08888-CJB-SS

**CLAIMANTS:**

1. Total Marine Transport, Inc. Document Number: 135885

2. Total Marine Transport II, Inc. Document Number: 135882; and

3. Blue Marine Transportation, Inc. Document Number: 135884