UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION "J" |
| Applies to: | * * | JUDGE BARBIER |
| No. 13-3932, Premier Craneworks, LLC v. BP Exploration & Production, Inc., et al. | * * | MAGISTRATE SHUSHAN |

## ORDER

**IT IS ORDERED** that Premier Craneworks, LLC's Motion to Supplement/Amend Complaint (No. 13-3932, Rec. Doc. 2) is **GRANTED**. The Clerk of Court is instructed to attach the exhibits submitted with the Motion to the complaint filed in the docket for the member case (No. 13-3932, Rec. Doc. 1).

Signed in New Orleans, Louisiana this 29th day of July, 2013.

_____
United States District Judge

**Clerk to file a copy of this order in both 10-md-2179 and 13-3932.**