UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
|     "Deepwater Horizon" in the Gulf | * | |
|     of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| *No. 12-970* | * | MAGISTRATE SHUSHAN |
| | * | |

### ORDER

In accordance with the Court's oral ruling during a hearing on BP's Motion for Emergency Preliminary Injunction on Friday, July 19, 2013,

**IT IS ORDERED** that Andry Lerner, L.L.C.'s Motion to File Under Seal the Motion for an Order Lifting Stay of Andry Lerner Clients' Claims Processing (Rec. Doc. 10778) is **DENIED**. Counsel for Andry Lerner, L.L.C. alternatively requested to file redacted versions of the documents, which the Court will permit. Accordingly, the Clerk of Court is instructed to file, unsealed, the redacted versions of Andrey Lerner, L.L.C.'s documents attached to this Order.

Furthermore, as to the Motion for an Order Lifting Stay of Andry Lerner Clients' Claims Processing, **IT IS FURTHER ORDERED** that the motion is **DENIED** for reasons stated during the July 19th hearing.

New Orleans, Louisiana, this 29th day of July, 2013.

_____
United States District Judge