UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deep Water Horizon" in the Gulf of Mexico, on April 20, 2010 | * | CIVIL CASE NO: 2179 |
| | * | SECTION: "J" (1) |
| This Document Applies to: | | |
| No 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al. | * | JUDGE CARL BARBIER |
| | * | MAG. JUDGE SALLY SUSHAN |

**PLAINTIFFS' MOTION FOR AN ORDER LIFTING STAY
OF ANDRY LERNER CLIENTS' CLAIMS PROCESSING**

**NOW INTO COURT**, through undersigned counsel, comes moving parties, Andry Lerner, L.L.C and their approximately ▇ Clients, who are Claimants under the Settlement Agreement, and they move for an Order lifting the stay of Andry Lerner Clients' claims processing.

**WHEREFORE**, for reasons set forth in the attached *Plaintiffs' Memorandum In Support of Motion* attached hereto, moving parties respectfully request that this Honorable Court grant its *Motion* for an *Order Lifting Stay of Andry Lerner Clients' Claims Processing* currently in effect.

Respectfully submitted,

By: /s/ James Cobb
James A. Cobb, Jr. (La. Bar No. 4213)
**Attorney & Counselor-at-Law**
900 Emerald Street
New Orleans, Louisiana   70124
Telephone: (504) 289-7830
Telefax: (504) 582-2310
E-mail: jimcobb@jimcobblaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on **July 18th 2013,** I served the foregoing *Motion* and supporting pleadings via e-mail to all counsel of record.

_____
James A. Cobb, Jr.