UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 "J"(1) JUDGE BARBIER MAGISTRATE SHUSHAN |
| THIS DOCUMENT APPLIES TO: Case No. 12-311 | * * * | JURY TRIAL DEMANDED |

## LIBERTY INTERNATIONAL UNDERWRITERS, INC.'S RULE 72 APPEAL OF MAGISTRATE'S JULY 22, 2013 DISCOVERY ORDER

Defendant Liberty International Underwriters, Inc. ("LIU") submits this Rule 72 Appeal of the Magistrate's July 22, 2013 Discovery Order ordering Cameron to decide whether the remaining documents are privileged and allowing LIU to blindly select 5 documents for *in camera* review (R. Doc. 10808). LIU moved to compel production of 227 documents between Marsh USA, Inc. ("Marsh") and Cameron International Corporation ("Cameron"), or at a minimum, have an *in camera* inspection of the documents. (R. Doc. 10334). For reasons unstated, the Magistrate determined the "Court [was] unable to review all 227 documents *in camera*" and ordered LIU to identify 23 documents for *in camera* review. (R. Doc. 10559 at 3). After LIU made its selection, Cameron immediately withdrew its privilege claim on 2 documents. The Magistrate then found an additional 5 documents were not privileged. (*Id.*). Out of the 23 documents LIU randomly identified, 7 were not privileged, an error rate of 30%.

Given Cameron's high error rate, the Magistrate's decision to allow Cameron to be the sole arbiter on privilege issues pertaining to the remaining 204 documents rather than conduct a complete *in camera* review is clearly erroneous or contrary to law. For the reasons

1

discussed in the attached Memorandum in Support, the Court should reverse the Discovery Order in part.

Respectfully submitted,

*/s/ Judy Y. Barrasso*
Judy Y. Barrasso, 2814
Celeste Coco-Ewing, 25002
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
504.589.9700 (Telephone)
504.589.9701 (Facsimile)

and

Christopher W. Martin, PRO HAC VICE
Federal I.D. 13515
Gary L. Pate, PRO HAC VICE
Federal I.D. 29713
808 Travis, Suite 1800
Houston, Texas 77002
713-632-1700 (Telephone)
713-222-0101 (Facsimile)

Attorneys for Liberty International
 Underwriters, Inc

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th day of July, 2013.

/s/ *Judy Y. Barrasso*