UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 "J"(1) JUDGE BARBIER MAGISTRATE SHUSHAN |
| THIS DOCUMENT APPLIES TO: Case No. 12-311 | * * * | JURY TRIAL DEMANDED |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that defendant Liberty International Underwriters, Inc. submits the attached Rule 72 Appeal of Magistrate Shushan's July 22, 2013 Discovery Order for consideration before the Honorable Carl J. Barbier, United States District Court Judge for the Eastern District of Louisiana, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana on _____, _____, 2013, at \_\_:\_\_ \_.m.

Respectfully submitted,

_/s/ Judy Y. Barrasso_
Judy Y. Barrasso, 2814
Celeste, Coco-Ewing, 25002
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
504.589.9700 (Telephone)
504.589.9701 (Facsimile)

and

1

888435_1

Christopher W. Martin, PRO HAC VICE<br>
Federal I.D. 13515<br>
Gary L. Pate, PRO HAC VICE<br>
Federal I.D. 29713<br>
808 Travis, Suite 1800<br>
Houston, Texas 77002<br>
713-632-1700 (Telephone)<br>
713-222-0101 (Facsimile)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Notice of Submission has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th day of July, 2013.

_/s/ Judy Y. Barrasso_