IN RE:  OIL SPILL BY THE OIL RIG          §
"DEEPWATER HORIZON" IN THE GULF          §     MDL NO. 2179
OF MEXICO ON APRIL 20, 2010              §
                                         §     SECTION J
                                         §
This Document Relates To:                §
                                         §     JUDGE BARBIER
Civil Action No. 2:13-cv-4935            §
*Joe Monani Fish Co, Inc. v. BP Exploration*  §     MAGISTRATE JUDGE SHUSHAN
*& Production, Inc., et al.*              §
                                         §

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Joe Monani Fish Co, Inc.                          PUBLICLY HELD
    NON-GOVERNMENTAL                              COMPANY THAT
    CORPORATE PARTY                              OWNS 10% OR MORE
    TO THIS ACTION                             OF THE PARTY'S STOCK

                                         None_____

PARENT CORPORATIONS
                                         _____

None_____ _____

                                         _____
_____

                                         _____
_____


July 26, 2013_____                      Robin L. Greenwald, Esq.____ ____
      Date                                         Attorney

                                         IL Bar ID # 6183798 _____
                                                 Bar Roll Number

                                         Weitz & Luxenberg, P.C._____
                                                   Address

                                         700 Broadway New York, NY 10003