## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Rod Cooke Construction, Incorporated** ) | |
| ) | **CIVIL ACTION NO. 2:13-cv-2287** |
| Plaintiff, ) | |
| ) | **JUDGE BARBIER** |
| vs. ) | |
| ) | **MAGISTRATE JUDGE SUSHAN** |
| **BP Exploration & Production, Inc.; BP America** ) | |
| **Production Company; Halliburton** ) | |
| **Energy Services, Inc.; and Sperry Drilling** ) | |
| **Services, a division of Halliburton Energy** ) | |
| **Services, Inc.** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT MOTION TO SUBSTITUTE COUNSEL

Pursuant to Local Rule 83.2.11, Cunningham Bounds, LLC and E.J. Saad Law Firm respectfully file this joint motion to withdraw Robert T. Cunningham, Steven L. Nicholas, Stephen C. Olen and Allison E. White as counsel for the Plaintiff and to substitute E.J. Saad as counsel of record for Rod Cooke Construction, Incorporated.

Counsel respectfully submit a Proposed Order along with this motion.

Date:  7/30/2013

**CUNNINGHAM BOUNDS, LLC**

**/s/  Allison E. White**
**Allison E. White,** La. Bar No. 32957
Robert T. Cunningham
Steven L. Nicholas
Stephen C. Olen
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: aew@cunninghambounds.com
            rtc@cunninghambounds.com
            sln@cunninghambounds.com
            sco@cunninghambounds.com

1

**E.J. SAAD LAW FIRM**

**/s/ E.J. Saad**
E.J. Saad (AL861451)
6207 Cottage Hill Road, Suite G
Mobile, Alabama 36609
Phone: 251-660-0888
Fax: 251-660-0777
Email: ejsaad@ejsaadlaw.com