UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Rod Cooke Construction, Incorporated**   )<br>   )<br>             Plaintiff,   )<br>   )<br>**vs.**   )<br>   )<br>**BP Exploration & Production, Inc.; BP America** )<br>**Production Company; Halliburton**   )<br>**Energy Services, Inc.; and Sperry Drilling**   )<br>**Services, a division of Halliburton Energy**   )<br>**Services, Inc.**   )<br>   )<br>             Defendants.   )<br>   )<br>_____ ) | **CIVIL ACTION NO. 2:13-cv-2287**<br><br>**JUDGE BARBIER**<br><br>**MAGISTRATE JUDGE SUSHAN** |

## ORDER

**IT IS ORDERED** that E.J. Saad be substituted as counsel of record for the Plaintiff in this action.

New Orleans, Louisiana this ___ day of _____, 2013.

_____
Honorable Carl J. Barbier