# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 12, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 13-30095, In Re: Deepwater Horizon
USDC No. 2:10-MD-2179
USDC No. 2:10-CV-7777
USDC No. 2:12-CV-970
USDC No. 2:10-CV-2771
USDC No. 2:12-CV-2953
USDC No. 2:12-CV-964
USDC No. 2:10-MD-2179
USDC No. 2:12-CV-970

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUL 31 2013
WILLIAM W. BLEVINS
CLERK

The court has granted appellants' motion to supplement the record in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: Dawn D. Victoriano
Dawn D. Victoriano, Deputy Clerk
504-310-7717

Mr. N. Albert Bacharach Jr.
Mr. Stanley Paul Baudin
Mr. William W. Blevins
Ms. Elizabeth Joan Cabraser
Mr. Jeffrey Bossert Clark Sr.
Mr. Brent Wayne Coon
Mr. Timothy A. Duffy
Mr. George Frazier
Mr. Soren E. Gisleson
Mr. Richard Cartier Godfrey
Mr. Terry Gray
Mr. Don Keller Haycraft
Mr. Stephen Jay Herman
Mr. Samuel Issacharoff
Mr. James Andrew Langan
Mr. Steven Andrew Myers
Mr. Joseph Darrell Palmer
Mr. John Jacob Pentz III
Mr. James Parkerson Roy
Ms. Sarah Elise Spigener
Mr. Stuart Cooper Yoes

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____