UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | SECTION J |
| APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| | * | MAG. JUDGE SUSHAN |
| **THIS DOCUMENT APPLIES TO:** | * | |
| No. 12-311 | * | **JURY TRIAL DEMANDED** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### *EX PARTE* MOTION BY LIBERTY INSURANCE UNDERWRITERS INC. FOR LEAVE TO APPEAR *PRO HAC VICE*

NOW INTO COURT, through undersigned counsel, comes Defendant Liberty Underwriters Inc. ("Liberty"), which, pursuant to Uniform Local Rules for the United States District Court for the Eastern District of Louisiana, respectfully moves this Court to grant admission *pro hac vice* to the following attorneys so that they may appear and participate as co-counsel in the captioned matter:

> Robert G. Dees, Esq.
> Federal Bar No. 13899
> Texas Bar No. 05716430

In support of the present motion, Liberty asserts as follows:

1. Liberty requests that this Court allow Robert G. Dees to appear as counsel *pro hac vice* in this matter in association with its counsel of record, Judy L. Barraso, Louisiana Bar No. 2814 and Celeste Coco-Ewing, Louisiana Bar No. 25002, the latter of whom are all in good standing as members of the Louisiana Bar and are admitted to practice before this Court.

2. Robert G. Dees was licensed to practice law in Texas in 1991 and is an active member in good standing with the State Bar of Texas, as evidenced by the Certificate of Good Standing attached hereto as Exhibit A. Mr. Dees is admitted to practice in all Texas courts, the Fifth Circuit Court of Appeals, the United States District Court for the Northern District of Texas, the United States District Court for the Western District of Texas, the United States District Court for the Eastern District of Texas and the United States District Court for the Southern District of Texas. The Affidavit of Robert G. Dees is attached hereto as Exhibit B.

3. Pursuant to the Uniform Local Rules, the applicant fee is being submitted to the clerk of court simultaneously with the filing of this motion.

WHEREFORE, Defendant Liberty Insurance Underwriters Inc., respectfully requests that this Court permit Robert G. Dees to appear and participate as co-counsel in the captioned matter.

Respectfully submitted,

_____
Judy Y. Barrasso, 2814
Celeste, Coco-Ewing, 25002
BARRASSO USDIN KUPPERMAN
   FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
504.589.9700 (Telephone)
504.589.9701 (Facsimile)

OF COUNSEL:

Christopher W. Martin
Federal I.D. 13515
Gary L. Pate
Federal I.D. 29713
808 Travis, Suite 1800
Houston, Texas 77002
713-632-1700 (Telephone)
713-222-0101 (Facsimile)

And

Paul R. Koepff
Federal I.D. PK8452
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
212-710-3900 (Telephone)
212-710-3950 (Facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing *Ex Parte* Motion by Liberty Insurance Underwriters Inc. for Leave to Appear *Pro Hac Vice* has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31 day of July, 2013.

5395-0002
00995756