UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION J |
| | * | JUDGE BARBIER |
| | * | MAG. JUDGE SUSHAN |
| **THIS DOCUMENT APPLIES TO:** No. 12-311 | * * | **JURY TRIAL DEMANDED** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### <u>AFFIDAVIT OF ROBERT G. DEES</u>

STATE OF TEXAS          §
                                        §
COUNTY OF HARRIS    §

BEFORE ME, the undersigned authority, a Notary Public duly qualified and commissioned in and for the State and County aforesaid, personally came and appeared ROBERT G. DEES who, after being duly sworn, did depose and state as follows:

1.      I am an attorney at law licensed to practice in Texas, and am an active member in good standing with the State Bar of Texas.  I am admitted to practice before the Fifth Circuit Court of Appeals.  I am also admitted to practice in the United States District Court for the Northern District of Texas, the United States District Court for the Western District of Texas, the United States District Court for the Eastern District of Texas and the United States District Court for the Southern District of Texas.

2.      I seek admission *pro hac vice* so that I may appear and participate as co-counsel in the captioned matter on behalf of Defendant Liberty Insurance Underwriters Inc.

3.      In support of this request, and in compliance with Local Rule 83.2.6, I do solemnly swear:

     a.      that I have never had any disciplinary or criminal charges instituted against me.

     b.      that I will support the Constitution of the United States and that I will demean myself uprightly and according to law and the recognized standards of ethics of the legal profession. I do further solemnly swear (or affirm or promise) that I have read the Federal Rules of Civil Procedure, 28 USC; the Federal Rules of Criminal Procedure, 18 USC; the Federal Rules of Evidence, 28 USC; and the Uniform Local Rules of the United States District Court for the Eastern District of Louisiana, and that I am fully prepared to use and abide by them in my practice before this Court.

Further affiant sayeth not.

_Robert G. Dees_
Robert G. Dees

SWORN TO and SUBSCRIBED this _31st_ day of July, 2013.

_Lana C. Reed_
Notary Public
In and for the State of T E X A S

My commission expires: _10/23/2014_