UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL NO. 2179 SECTION J JUDGE BARBIER MAG. JUDGE SUSHAN |
| **THIS DOCUMENT APPLIES TO:** No. 12-311 | * * | **JURY TRIAL DEMANDED** |

**********************************************************************

### ORDER

Considering the *Ex Parte* Motion by Liberty Insurance Underwriters Inc. for Leave to Appear *Pro Hac Vice*;

IT IS ORDERED that Robert G. Dees of the law firm of MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P. are hereby admitted *pro hac vice* as co-counsel of record for Liberty Insurance Underwriters Inc. in the captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE