UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig ) | |
| "Deepwater Horizon" in the Gulf of Mexico ) | MDL No. 2179 |
| on April 20, 2010 ) | |
| ) | SECTION: J |
| This document relates to: ) | |
| 2:13-cv-2287-CJB-SS ) | JUDGE BARBIER |
| ) | MAGISTRATE JUDGE SHUSHAN |
| ) | |

## JOINT MOTION TO SUBSTITUTE COUNSEL

Pursuant to Local Rule 83.2.11, Cunningham Bounds, LLC and E.J. Saad Law Firm respectfully file this joint motion to withdraw Robert T. Cunningham, Steven L. Nicholas, Stephen C. Olen and Allison E. White as counsel for the Plaintiff and to substitute E.J. Saad as counsel of record for Rod Cooke Construction, Incorporated.

Counsel respectfully submit a Proposed Order along with this motion.

Date: 7/31/2013

**CUNNINGHAM BOUNDS, LLC**

**/s/ Allison E. White**
**Allison E. White,** La. Bar No. 32957
Robert T. Cunningham
Steven L. Nicholas
Stephen C. Olen
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: aew@cunninghambounds.com
rtc@cunninghambounds.com
sln@cunninghambounds.com
sco@cunninghambounds.com

1

                        **E.J. SAAD LAW FIRM**

                        **/s/  E.J. Saad**
                        E.J. Saad (AL861451)
                        6207 Cottage Hill Road, Suite G
                        Mobile, Alabama 36609
                        Phone:  251-660-0888
                        Fax:  251-660-0777
                        Email:  ejsaad@ejsaadlaw.com

## CERTIFICATE OF SERVICE

      I, hereby certify that on this  _31st_  day of July, 2013 the foregoing motion was served on all counsel by electronically uploading the same via Lexis Nexis File & Serve, and that this motion was electronically filed with the Clerk of Court by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

                        **CUNNINGHAM BOUNDS, LLC**

                        **/s/  Allison E. White**
                        **Allison E. White**