UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | ) | |
| **"Deepwater Horizon" in the Gulf of Mexico** | ) | MDL No. 2179 |
| **on April 20, 2010** | ) | |
| | ) | SECTION:  J |
| **This document relates to:** | ) | |
| 2:13-cv-2287-CJB-SS | ) | JUDGE BARBIER |
| | ) | MAGISTRATE JUDGE SHUSHAN |
| | ) | |

## ORDER

**IT IS ORDERED** that E.J. Saad be substituted as counsel of record for the Plaintiff in this action.

New Orleans, Louisiana this ___ day of _____, 2013.

_____
Honorable Carl J. Barbier