UNITED STATES DISTRICT COURT
[Eastern District of Louisiana]

| | | | |
|---|---|---|---|
| In Re: Oil Spill by the Oil Rig | ) | MDL No. | 2179 |
| "Deepwater Horizon" in the | ) | | |
| Gulf of Mexico, on April 20, 2010 | ) | Section: J | |

This document Relates to : 13-CV-2323      Judge Barbier
                                           Mag. Judge Shushan

### [Proposed] ORDER

The Court having considered all of the pleadings and finding good cause, hereby orders that the motion of applicant to intervene in the above-captioned matter is hereby granted. The Intervenor Complaint is allowed and entered in this cause. It is so ordered.

Dated: _____            _____