IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG ) <br> "DEEPWATER HORIZON" in the GULF ) <br> OF MEXICO, on APRIL 20, 2010 ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> **Case No. 2:10-cv-08888-CJB-SS** ) <br> ) <br> ) <br> ) | Case No. MDL NO. 2179 <br><br> Civil Action No. 2:10-MD-02179 <br><br> SECTION "J" <br><br><br> JUDGE BARBIER <br> MAG. JUDGE SHUSHAN |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT**, the undersigned counsel moves this Court for an order withdrawing Bachus & Schanker, LLC as counsel of record for Plaintiffs Gilbert Mitchell (2:10-cv-08888-CJB-SS at Docket No. 43452) and Vacairri Patterson (2:10-cv-08888-CJB-SS at Docket No. 43390). The Movants and the Plaintiffs have terminated their attorney/client relationship. At the time of termination, the Movants delivered correspondence via United States certified and first class mail to the Plaintiffs Gilbert Mitchell and Vacairri Patterson, confirming termination of the relationship and informing the recipients of upcoming deadlines.

In further support, Movant states that all Plaintiffs will remain in the litigation and counsel has advised Plaintiffs of all relevant deadlines. This motion is made in good faith. Neither the Plaintiffs, nor any other party, will be prejudiced by Movants' withdrawal of counsel.

As indicated by the Certificate of Service, pursuant to Local Civil Rule 83.2.11, a true and correct copy of the foregoing Motion has been served on Gilbert Mitchell and Vacairri Patterson via certified mail on July 31, 2013.

WHEREFORE, undersigned counsel moves this Court for an Order allowing the withdrawal of Bachus & Schanker, LLC as counsel of record for Gilbert Mitchell and Vacairri Patterson.

DATED: July 31, 2013

Respectfully submitted,

*/s/ J. Kyle Bachus*
J. Kyle Bachus, Esq. (CO #24441)
BACHUS & SCHANKER, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kbachus@coloradolaw.net
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2013, the foregoing document was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of such filing in accordance with the procedures established in MDL 2179.

I further certify that Plaintiffs Gilbert Mitchell and Vacairri Patterson have been advised of all relevant deadlines and pending court appearances, and a true and correct copy of the foregoing Motion to Withdraw as Counsel has been served on Plaintiffs Mitchell and Patterson via certified mail pursuant to Local Civil Rule 83.2.11 on July 31, 2013.

/s/ J. Kyle Bachus
J. Kyle Bachus, Esq.
BACHUS & SCHANKER, LLC