# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) Case No. MDL NO. 2179 ) ) ) Civil Action No. 2:10-MD-02179 ) |
| THIS DOCUMENT RELATES TO:<br>**Case No. 2:10-cv-08888-CJB-SS** | ) SECTION "J" ) ) ) ) JUDGE BARBIER ) MAG. JUDGE SHUSHAN ) |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

This matter is before the Court on the foregoing Motion to Withdraw as Counsel of Record (Docket No. _____).

**IT IS ORDERED** Bachus & Schanker, LLC be allowed to withdraw as counsel of record for Plaintiffs Gilbert Mitchell and Vacairri Patterson.

Signed in New Orleans, Louisiana this _____ day of _____, 2013.


_____
UNITED STATES DISTRICT JUDGE