## EXHIBIT 1

## Revised Timeline 8-1-13

| | |
|---|---|
| 08/02/13 | Dewers Deposition - last expert[1] |
| 08/03/13 | Deadline for the Aligned Parties and U.S. to file initial lists of experts who will testify live at trial |
| 08/05/13 | Deadline for replies to dispositive motions (limited to 7 pages double spaced) |
| 08/09/13 | Exchange exhibit lists and Reliance exhibit lists. Except for good cause shown, the parties will not be permitted to add exhibits after this date |
| 08/10/13 | Deadline for BP/Anadarko to file their list of experts who will testify live at trial |
| 08/10/13 | Deadline for the Aligned Parties and U.S. to serve the redacted reports of their initial list of experts |
| 08/12/13 | Deadline for all parties to submit *in camera* lists of Rule 30(b)(6) and fact witness depositions to be introduced at the trial |
| 08/12/13 | *Daubert* Motions for Phase Two Trial (limited to 15 pages double spaced) |
| 08/13/13 | Announce final deposition bundle lists |
| 08/14/13 | Deadline for the Aligned Parties and U.S. to disclose the remaining experts who will testify live at trial |
| 08/14/13 | Deadline for BP/Anadarko to serve the redacted reports of their experts |
| 08/16/13 | Objections to good faith trial exhibit list – third installment |
| 08/16/13 | Planning Conference on Quantification following WGC |
| 8/16-23/13 | Parties meet and confer on all remaining exhibit list issues (including one in-person |

---

[1] Deadline for contesting the authenticity of any document used in a deposition of an expert witness is fourteen (14) calendar days from the email delivery of a final certified electronic copy of the transcript.

          meet-and-confer in New Orleans, proposed date: August 20)

| | |
|---|---|
| 08/19/13 | Deadline for motions in *limine* (limited to 15 pages double spaced) |
| 08/19/13 | Deadline for the Aligned Parties and the U.S. to serve the redacted reports of their remaining experts |
| 08/21/13 | Submission to Judge Barbier deposition summaries and bundles for the Rule 30(b)(6) and fact witnesses on the final deposition bundle lists |
| 08/26/13 | Oppositions to *Daubert* Motions (limited to 15 pages double spaced) |
| 08/29/13 | Submit pre-trial stipulations |
| 08/29/13 | File final exhibit lists following meet and confer process |
| 08/29/13 | Each party shall submit a pre-trial statement no longer than 10 pages double-spaced. The statement shall contain any matter the party deems pertinent for Judge Barbier's consideration before the trial. It may contain summaries of material facts or lists of contested facts or issues of law. The parties shall not submit a formal pre-trial order. |
| 08/29/13 | Redact and de-confidentialize listed exhibits that have been marked confidential based on the presence of personally identifying information; parties asserting claims that listed exhibits contain "coke formula" confidential information should make such designations. |
| 08/29/13 | Optional motions on 3rd installment exhibits where a party has asked the objecting party to reconsider an objection during the meet and confer and the objection to the exhibit still remains, and 1st or 2nd installment exhibits where a party has asked the objecting party to reconsider the objection based on prior rulings or prior withdrawals of objections and the objection to the exhibit remains. |

| | |
|---|---|
| 08/29/13 | Technical equipment moved into Courthouse and Judge Barbier's courtroom. |
| 09/03/13 | Deadline for oppositions to motions in *limine* (limited to 15 pages double spaced) |
| 09/03/13 | Replies in support of *Daubert* Motions (limited to 3 pages double spaced) |
| 09/04/13 | The parties shall exchange all demonstratives that they can reasonably anticipate using in the trial.[2] |
| 09/04/13 | Responses to motions filed on 8/29/13 (limited to 10 pages double spaced) |
| 09/05/13 | 9:30 a.m. Technical walk through for parties' technical staff only |
| 09/05/13 | 2:00 p.m. Final Pretrial Conference |
| 09/06/13 | Replies in support of motions filed on 8/29/13 (limited to 3 pages double spaced) |
| 09/09/13 | Aligned Parties and the U.S. will disclose video clips they intend to use in their case-in-chief. |
| 09/09/13 | Deadline for advance notice of witnesses to testify during first week of trial |
| 09/09/13 | Deadline for objections to demonstrative aides exchanged on 9/4/13 |
| 09/10/13 | Deadline for replies to motions in *limine* (limited to 3 pages double spaced) |

---

[2] A simple opening or closing statement outline, bullet points, exhibits or portions of an exhibit, or a portion of written transcript of a deposition, video clips of a deposition and the like are not "demonstrative" aides and need not be exchanged in advance of their use at trial. If they are excerpts from an exhibit or a written transcript of a deposition or a video clip of a deposition, they shall clearly identify their source by reference to the exhibit number, date of deposition and page number of the transcript.

If an aide is something newly created or based on an exhibit which has been manipulated in some way, that is a "demonstrative." All demonstratives must be exchanged in accord with Amended Pre-Trial Order No. 54. Rec. doc. 8173 at 3-4. All demonstratives based on an exhibit shall clearly identify their source by reference to the exhibit number and be identified in accord with Phase One procedure.

The parties shall exchange any additional demonstratives to be utilized for *the direct examination* of a prospective witness 48 hours before the day the demonstrative aides are to be used for the first time. Demonstrative aides to be used in *cross examination* will be exchanged no later than 8 p.m. on the night before they are to be used for the first time. Both of these deadlines (*i.e.,* for demonstratives to be used in direct or cross) shall apply to any modified versions of demonstratives that were previously disclosed.

| | |
|---|---|
| 09/11/13 | Resolve all technology issues in courtroom and related space |
| 09/16/13 | BP will disclose video clips it intends to use in its case-in-chief |
| 09/23/13 | Aligned Parties and the U.S. will disclose video clips they intend to use in rebuttal to BP's clips, if any |
| 09/27/13 | Supplies brought into the Courthouse |
| 09/30/13 | Trial of Phase Two Begins - Source Control |
| 10/07/13 | Trial of Phase Two Begins - Quantification |
| 10/24/13 | Trial of Phase Two Ends |