| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 § § § | MDL NO. 2179 |
| § | SECTION J |
| This Document Relates To: § § | JUDGE BARBIER |
| Civil Action No. 2:13-cv-2821 *Atlantic Restaurant Development, Inc. v. BP Exploration & Production, Inc., et al.* § § § § | MAGISTRATE JUDGE SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

<u>Atlantic Restaurant Development, Inc</u>
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

<u>None_____</u>

PARENT CORPORATIONS

<u>None_____</u>

<u>July 26, 2013</u>
Date

<u>/s/  Curt D. Marshall</u>
Attorney

<u>NY Bar ID # 2524841</u>
Bar Roll Number

<u>Weitz & Luxenberg, P.C.</u>
Address

<u>700 Broadway New York, NY 10003</u>

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | § MDL NO. 2179 § § § SECTION J § |
| This Document Relates To: | § JUDGE BARBIER § |
| Civil Action No. 2:13-cv-2944 *Bay Area Hospitality Group, LLC v. BP Exploration & Production, Inc., et al.* | § MAGISTRATE JUDGE SHUSHAN § § § |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

| Bay Area Hospitality Group, LLC | PUBLICLY HELD |
|---|---|
| NON-GOVERNMENTAL | COMPANY THAT |
| CORPORATE PARTY | OWNS 10% OR MORE |
| TO THIS ACTION | OF THE PARTY'S STOCK |
| | None |
| PARENT CORPORATIONS | |
| None | |

July 26, 2013                               /s/ Curt D. Marshall
　　Date                                         Attorney

　　　　　　　　　　　　　　　NY Bar ID # 2524841
　　　　　　　　　　　　　　　　　Bar Roll Number

　　　　　　　　　　　　　　　Weitz & Luxenberg, P.C.
　　　　　　　　　　　　　　　　　Address

　　　　　　　　　　　　　　　700 Broadway New York, NY 10003

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 § § § | MDL NO. 2179 |
| § | SECTION J |
| This Document Relates To: § § | JUDGE BARBIER |
| Civil Action No. 2:13-cv-2695 § *Beach Community Bank v. BP Exploration* § *& Production, Inc., et al.* § § | MAGISTRATE JUDGE SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


<u>Beach Community Bank</u>
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PARENT CORPORATIONS

<u>None                                   </u>

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

<u>None                                   </u>


<u>July 26, 2013      </u>
    Date

    <u>/s/ Curt D. Marshall          </u>
              Attorney

<u>NY Bar ID # 2524841            </u>
       Bar Roll Number

<u>Weitz & Luxenberg, P.C.           </u>
            Address

<u>700 Broadway New York, NY 10003</u>

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | § MDL NO. 2179 § § § SECTION J § |
| This Document Relates To: | § JUDGE BARBIER § |
| Civil Action No. 2:13-cv-2941 *Bijan's Catering, Inc. v. BP Exploration & Production, Inc., et al.* | § MAGISTRATE JUDGE SHUSHAN § § |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Bijan's Catering, Inc.
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

PARENT CORPORATIONS

None

July 26, 2013
   Date

/s/  Curt D. Marshall
            Attorney

NY Bar ID # 2524841
        Bar Roll Number

Weitz & Luxenberg, P.C.
            Address

700 Broadway New York, NY 10003

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010<br><br>This Document Relates To:<br><br>Civil Action No. 2:13-cv-2943<br>*FDS Development and Investment, Inc. v. BP Exploration & Production, Inc., et al.* | § § § § § § § § § § § | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

<u>FDS Development and Investment, Inc.</u>
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PARENT CORPORATIONS

<u>None                                              </u>

<u>                                                     </u>

<u>                                                     </u>

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

<u>None                                              </u>

<u>                                                     </u>

<u>                                                     </u>

<u>                                                     </u>

<u>July 26, 2013         </u>
    Date

<u>  /s/  Curt D. Marshall              </u>
                   Attorney

<u>NY Bar ID # 2524841               </u>
            Bar Roll Number

<u>Weitz & Luxenberg, P.C.             </u>
                Address

<u>700 Broadway New York, NY 10003</u>

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 § § § | MDL NO. 2179 |
| § § | SECTION J |
| This Document Relates To: § § | JUDGE BARBIER |
| Civil Action No. 2:13-cv-2700 *First City Bank of Florida v. BP Exploration & Production, Inc., et al.* § § § | MAGISTRATE JUDGE SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

<u>First City Bank of Florida</u>
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PARENT CORPORATIONS

<u>None</u>

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

<u>None</u>

<u>July 26, 2013</u>
Date

/s/ Curt D. Marshall
Attorney

<u>NY Bar ID # 2524841</u>
Bar Roll Number

<u>Weitz & Luxenberg, P.C.</u>
Address

<u>700 Broadway New York, NY 10003</u>

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010<br><br>This Document Relates To:<br><br>Civil Action No. 2:13-cv-2702<br>*First National Bank of Crestview v. BP Exploration & Production, Inc., et al.* | § MDL NO. 2179<br>§<br>§ SECTION J<br>§<br>§ JUDGE BARBIER<br>§<br>§ MAGISTRATE JUDGE SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


First National Bank of Crestview
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PARENT CORPORATIONS

None

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None


July 26, 2013
  Date

/s/ Curt D. Marshall
  Attorney

NY Bar ID # 2524841
  Bar Roll Number

Weitz & Luxenberg, P.C.
  Address

700 Broadway New York, NY 10003

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 § § § | MDL NO. 2179 |
| § § | SECTION J |
| This Document Relates To: § § | JUDGE BARBIER |
| Civil Action No. 2:13-cv-2910 *Fisherman's Cove Resort, LLC v. BP Exploration & Production, Inc., et al.* § § § § | MAGISTRATE JUDGE SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Fisherman's Cove Resort, LLC
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PARENT CORPORATIONS

None

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

July 26, 2013
Date

/s/ Curt D. Marshall
Attorney

NY Bar ID # 2524841
Bar Roll Number

Weitz & Luxenberg, P.C.
Address

700 Broadway New York, NY 10003

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | § § § § MDL NO. 2179 § § SECTION J § |
| This Document Relates To: | § JUDGE BARBIER § |
| Civil Action No. 2:13-cv-2555 *Florida First City Banks, Inc. v. BP Exploration & Production, Inc., et al.* | § MAGISTRATE JUDGE SHUSHAN § § |

## STATEMENT IN COMPLIANCE WITH FRCP RULE 7.1 CORPORATE DISCLOSURE

Florida First City Banks, Inc
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PARENT CORPORATIONS

None

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

July 26, 2013
Date

/s/ Curt D. Marshall
Attorney

NY Bar ID # 2524841
Bar Roll Number

Weitz & Luxenberg, P.C.
Address

700 Broadway New York, NY 10003

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 § § § | MDL NO. 2179 |
| | § SECTION J |
| This Document Relates To: § | |
| | § JUDGE BARBIER |
| Civil Action No. 2:13-cv-2698 § *FNBT.com Bank v. BP Exploration &* § *Production, Inc., et al.* § § | MAGISTRATE JUDGE SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

FNBT.com Bank
 NON-GOVERNMENTAL
  CORPORATE PARTY
   TO THIS ACTION

PARENT CORPORATIONS

None

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

July 26, 2013
  Date

/s/  Curt D. Marshall
            Attorney

NY Bar ID # 2524841
      Bar Roll Number

Weitz & Luxenberg, P.C.
            Address

700 Broadway New York, NY 10003