| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 § § § | MDL NO. 2179 |
| § § | SECTION J |
| This Document Relates To: § § | JUDGE BARBIER |
| Civil Action No. 2:13-cv-2932 § *Gengiz Khan Restaurant, Inc. v. BP* § *Exploration & Production, Inc., et al.* § § | MAGISTRATE JUDGE SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

<u>Gengiz Khan Restaurant, Inc.</u>
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PARENT CORPORATIONS

<u>None                          </u>

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

<u>None                          </u>

<u>July 26, 2013    </u>
Date

<u>/s/ Curt D. Marshall    </u>
Attorney

<u>NY Bar ID # 2524841    </u>
Bar Roll Number

<u>Weitz & Luxenberg, P.C.    </u>
Address

<u>700 Broadway New York, NY 10003</u>

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | § § § § | MDL NO. 2179 |
| | § § | SECTION J |
| This Document Relates To: | § § | JUDGE BARBIER |
| Civil Action No. 2:13-cv-2561 *Gulf Coast Community Bank v. BP Exploration & Production, Inc., et al.* | § § § § | MAGISTRATE JUDGE SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

| Gulf Coast Community Bank | PUBLICLY HELD |
|---|---|
| NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION | COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK |
| | None |
| PARENT CORPORATIONS | |
| None | |

July 26, 2013                                         /s/ Curt D. Marshall
    Date                                                         Attorney

                                                NY Bar ID # 2524841
                                                    Bar Roll Number

                                                Weitz & Luxenberg, P.C.
                                                        Address

                                                700 Broadway New York, NY 10003

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | § § § MDL NO. 2179 § § SECTION J § |
| This Document Relates To: | § § JUDGE BARBIER § |
| Civil Action No. 2:13-cv-2929 *Hudson Holding Company, LLC v. BP Exploration & Production, Inc., et al.* | § MAGISTRATE JUDGE SHUSHAN § § |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

| Hudson Holding Company, LLC | PUBLICLY HELD |
|---|---|
| NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION | COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK |
| | None |
| PARENT CORPORATIONS | |
| None | |

| | |
|---|---|
| July 26, 2013 | /s/ Curt D. Marshall |
| Date | Attorney |
| | NY Bar ID # 2524841 |
| | Bar Roll Number |
| | Weitz & Luxenberg, P.C. |
| | Address |
| | 700 Broadway New York, NY 10003 |

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 § § § | MDL NO. 2179 |
| § § | SECTION J |
| This Document Relates To: § § | JUDGE BARBIER |
| Civil Action No. 2:13-cv-2894 § *J A V A, LLC v. BP Exploration & § Production, Inc., et al.* § § | MAGISTRATE JUDGE SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

J A V A, LLC
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PARENT CORPORATIONS

None

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

July 26, 2013
Date

/s/ Curt D. Marshall
Attorney

NY Bar ID # 2524841
Bar Roll Number

Weitz & Luxenberg, P.C.
Address

700 Broadway New York, NY 10003

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 § § § | MDL NO. 2179 |
| § § | SECTION J |
| This Document Relates To: § § | JUDGE BARBIER |
| Civil Action No. 2:13-cv-2900 § *K & C Oyster Bar, Inc. v. BP Exploration & Production, Inc., et al.* § § § | MAGISTRATE JUDGE SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

<u>K & C Oyster Bar, Inc.</u>
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

<u>None</u>

_____

PARENT CORPORATIONS

<u>None</u>

_____

_____

_____

_____

_____

<u>July 26, 2013</u>
    Date

<u>/s/  Curt D. Marshall</u>
    Attorney

<u>NY Bar ID # 2524841</u>
    Bar Roll Number

<u>Weitz & Luxenberg, P.C.</u>
    Address

<u>700 Broadway New York, NY 10003</u>

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | § § § MDL NO. 2179 § § SECTION J § |
| This Document Relates To: | § § JUDGE BARBIER § |
| Civil Action No. 2:13-cv-2680 *Lazy Lizard Enterprises, Inc. v. BP Exploration & Production, Inc., et al.* | § MAGISTRATE JUDGE SHUSHAN § § |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Lazy Lizard Enterprises, Inc
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

PARENT CORPORATIONS

None

July 26, 2013
Date

/s/ Curt D. Marshall
Attorney

NY Bar ID # 2524841
Bar Roll Number

Weitz & Luxenberg, P.C.
Address

700 Broadway New York, NY 10003

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 § § § | MDL NO. 2179 |
| § § | SECTION J |
| This Document Relates To: § § | JUDGE BARBIER |
| Civil Action No. 2:13-cv-2841 *Mansion House Hotel, Inc. v. BP Exploration & Production, Inc., et al.* § § § § | MAGISTRATE JUDGE SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Mansion House Hotel, Inc
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PARENT CORPORATIONS

None

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

July 26, 2013
   Date

/s/ Curt D. Marshall
    Attorney

NY Bar ID # 2524841
    Bar Roll Number

Weitz & Luxenberg, P.C.
    Address

700 Broadway New York, NY 10003

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 § § § | MDL NO. 2179 |
| § § | SECTION J |
| This Document Relates To: § § | JUDGE BARBIER |
| Civil Action No. 2:13-cv-2977 *Miami River Group, Inc. v. BP Exploration & Production, Inc., et al.* § § § § | MAGISTRATE JUDGE SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Miami River Group, Inc.
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PARENT CORPORATIONS

None_____

_____

_____

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None_____

_____

_____

_____


July 26, 2013
    Date

/s/  Curt D. Marshall
    Attorney

NY Bar ID # 2524841
    Bar Roll Number

Weitz & Luxenberg, P.C.
    Address

700 Broadway New York, NY 10003

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 § § § | MDL NO. 2179 |
| § § | SECTION J |
| This Document Relates To: § § | JUDGE BARBIER |
| Civil Action No. 2:13-cv-2897 *MLD 2, LLC v. BP Exploration & Production, Inc., et al.* § § § § | MAGISTRATE JUDGE SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

MLD 2, LLC
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PARENT CORPORATIONS

None

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

July 26, 2013
　　Date

/s/ Curt D. Marshall
　　Attorney

NY Bar ID # 2524841
　　Bar Roll Number

Weitz & Luxenberg, P.C.
　　Address

700 Broadway New York, NY 10003

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | § § § § MDL NO. 2179 § § SECTION J § |
| This Document Relates To: | § § JUDGE BARBIER § |
| Civil Action No. 2:13-cv-2955 *Nowak Enterprises, Inc. v. BP Exploration & Production, Inc., et al.* | § MAGISTRATE JUDGE SHUSHAN § § § |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

| Nowak Enterprises, Inc. | PUBLICLY HELD |
|---|---|
| NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION | COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK |
| | None_____ |
| PARENT CORPORATIONS | |
| None_____ | |

| | |
|---|---|
| July 26, 2013 | /s/  Curt D. Marshall |
| Date | Attorney |
| | NY Bar ID # 2524841 |
| | Bar Roll Number |
| | Weitz & Luxenberg, P.C. |
| | Address |
| | 700 Broadway New York, NY 10003 |

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 § § § | MDL NO. 2179 |
| § § | SECTION J |
| This Document Relates To: § § | JUDGE BARBIER |
| Civil Action No. 2:13-cv-2959 *Nowak Enterprises II, Inc. v. BP Exploration & Production, Inc., et al.* § § § § | MAGISTRATE JUDGE SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

<u>Nowak Enterprises II, Inc.</u>
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PARENT CORPORATIONS

<u>None</u>　　　　　　　　　　　　　　

　　　　　　　　　　　　　　　　

　　　　　　　　　　　　　　　　

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

<u>None</u>　　　　　　　　　　　　　　

　　　　　　　　　　　　　　　　

　　　　　　　　　　　　　　　　

　　　　　　　　　　　　　　　　

<u>July 26, 2013</u>　　　　
　　　Date

　　<u>/s/  Curt D. Marshall</u>　　　
　　　　　　Attorney

<u>NY Bar ID # 2524841</u>　　　　
　　　　Bar Roll Number

<u>Weitz & Luxenberg, P.C.</u>　　　　
　　　　　　Address

<u>700 Broadway New York, NY 10003</u>