| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 § § § | MDL NO. 2179 |
| § § | SECTION J |
| This Document Relates To: § § | JUDGE BARBIER |
| Civil Action No. 2:13-cv-2980 § *Roly's At Dublin, LLC v. BP Exploration &* § *Production, Inc., et al.* § § | MAGISTRATE JUDGE SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Roly's At Dublin, LLC
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PARENT CORPORATIONS

None

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

July 26, 2013
   Date

/s/ Curt D. Marshall
         Attorney

NY Bar ID # 2524841
       Bar Roll Number

Weitz & Luxenberg, P.C.
         Address

700 Broadway New York, NY 10003

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010<br><br>This Document Relates To:<br><br>Civil Action No. 2:13-cv-2967<br>*Southern Pines Apartments, LLC v. BP Exploration & Production, Inc., et al.* | § § § § § § § § § § § | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

<u>Southern Pines Apartments, LLC</u>
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PARENT CORPORATIONS

<u>None                                         </u>

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

<u>None                                         </u>

<u>July 26, 2013      </u>
Date

<u>/s/ Curt D. Marshall         </u>
Attorney

<u>NY Bar ID # 2524841         </u>
Bar Roll Number

<u>Weitz & Luxenberg, P.C.         </u>
Address

<u>700 Broadway New York, NY 10003</u>

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 § § § | MDL NO. 2179 |
| § | SECTION J |
| This Document Relates To: § § | JUDGE BARBIER |
| Civil Action No. 2:13-cv-2971 § *Summit Food Services, Inc. v. BP* § *Exploration & Production, Inc., et al.* § § | MAGISTRATE JUDGE SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Summit Food Services, Inc.
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PARENT CORPORATIONS

None

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

July 26, 2013
   Date

/s/ Curt D. Marshall
   Attorney

NY Bar ID # 2524841
   Bar Roll Number

Weitz & Luxenberg, P.C.
   Address

700 Broadway New York, NY 10003

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | § § § MDL NO. 2179 § § SECTION J § |
| This Document Relates To: | § § JUDGE BARBIER § |
| Civil Action No. 2:13-cv-2907 *Sun Village, LLC v. BP Exploration & Production, Inc., et al.* | § MAGISTRATE JUDGE SHUSHAN § § § |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Sun Village, LLC
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

PARENT CORPORATIONS

None

July 26, 2013
    Date

/s/ Curt D. Marshall
    Attorney

NY Bar ID # 2524841
    Bar Roll Number

Weitz & Luxenberg, P.C.
    Address

700 Broadway New York, NY 10003

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 § § § | MDL NO. 2179 |
| § § | SECTION J |
| This Document Relates To: § § | JUDGE BARBIER |
| Civil Action No. 2:13-cv-2935 § *Tropic Breeze MHP, LLC v. BP Exploration* § *& Production, Inc., et al.* § § | MAGISTRATE JUDGE SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Tropic Breeze MHP, LLC
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PARENT CORPORATIONS

None

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

July 26, 2013
  Date

/s/ Curt D. Marshall
       Attorney

NY Bar ID # 2524841
     Bar Roll Number

Weitz & Luxenberg, P.C.
       Address

700 Broadway New York, NY 10003

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | § MDL NO. 2179 § § § SECTION J § |
| This Document Relates To: | § JUDGE BARBIER § |
| Civil Action No. 2:13-cv-2951 *Tu-Do Vietnamese Restaurant, Inc. v. BP Exploration & Production, Inc., et al.* | § MAGISTRATE JUDGE SHUSHAN § § |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Tu-Do Vietnamese Restaurant, Inc
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PARENT CORPORATIONS

None

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

July 26, 2013
   Date

/s/ Curt D. Marshall
   Attorney

NY Bar ID # 2524841
   Bar Roll Number

Weitz & Luxenberg, P.C.
   Address

700 Broadway New York, NY 10003

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | § § § MDL NO. 2179 § § SECTION J § |
| This Document Relates To: | § § JUDGE BARBIER § |
| Civil Action No. 2:13-cv-2979 *Wendium of Florida, Inc. v. BP Exploration & Production, Inc., et al.* | § MAGISTRATE JUDGE SHUSHAN § § |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Wendium of Florida, Inc.
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PARENT CORPORATIONS

None

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

July 26, 2013
Date

/s/ Curt D. Marshall
Attorney

NY Bar ID # 2524841
Bar Roll Number

Weitz & Luxenberg, P.C.
Address

700 Broadway New York, NY 10003

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 § § § | MDL NO. 2179 |
| § § | SECTION J |
| This Document Relates To: § § | JUDGE BARBIER |
| Civil Action No. 2:13-cv-2970 *Whispering Pines Apartments, LLC v. BP Exploration & Production, Inc., et al.* § § § § | MAGISTRATE JUDGE SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Whispering Pines Apartments, LLC
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

PARENT CORPORATIONS

None

July 26, 2013
Date

/s/ Curt D. Marshall
Attorney

NY Bar ID # 2524841
Bar Roll Number

Weitz & Luxenberg, P.C.
Address

700 Broadway New York, NY 10003

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 § § § | MDL NO. 2179 |
| § § | SECTION J |
| This Document Relates To: § § | JUDGE BARBIER |
| Civil Action No. 2:13-cv-2822 *Wonef-Longwood, LLC v. BP Exploration & Production, Inc., et al.* § § § § | MAGISTRATE JUDGE SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

<u>Wonef-Longwood, LLC          </u>
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PARENT CORPORATIONS

<u>None                              </u>

<u>                                  </u>

<u>                                  </u>

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

<u>None                              </u>

<u>                                  </u>

<u>                                  </u>

<u>                                  </u>

<u>July 26, 2013       </u>
  Date

<u>  /s/  Curt D. Marshall         </u>
             Attorney

<u>NY Bar ID # 2524841           </u>
         Bar Roll Number

<u>Weitz & Luxenberg, P.C.         </u>
             Address

<u>700 Broadway New York, NY 10003</u>