UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig     MDL NO. 2179
"Deepwater Horizon" in the Gulf
Of Mexico, on April 20, 2010       SECTION J

Applies to: *All Cases*              JUDGE BARBIER
                                     MAGISTRATE JUDGE SHUSHAN

ORDER

[Regarding Phase One Motions *In Limine* That Apply Directly to Phase Two]

The purpose of this Order is to identify Orders on Phase One motions *in limine* that apply directly to Phase Two. This Order applies only to Phase Two of this case.

CONSIDERING that BP, at the Court's direction, circulated to the parties a list of Orders on Phase One motions *in limine* to see if there was any opposition to applying these Phase One rulings directly to Phase Two. *See* J. Eisert email dated June 19, 2013; *see also* R. Gasaway letter dated July 16, 2013 (Attached).

AND CONSIDERING that the United States, HESI, the PSC, and Transocean agree, or do not object, to applying the following four Orders to Phase Two:

- Order Regarding Motions *in Limine* to Exclude Evidence of the Joint Investigation Report and Testimony (See Rec. Doc. 5448)
- Order Regarding Motions *in Limine* Regarding Evidence of Joint Investigation Report and Testimony (Rec. doc. 5572)
- Order Regarding BP's Motion *in Limine* to Preclude Expert Opinion Testimony Not Disclosed in the Expert's Rule 26(a) Written Report (*See* Rec. Doc. 5505)
- Order Regarding the Opinions of Experts Which Are Withdrawn (*See* Rec. Doc. 5560)

1

*See* T. Benson email dated June 21, 2013 5:26 PM; B. Barr email dated June 27, 2013 5:12 PM; J. Martinez email dated July 1, 2013 4:44 PM; *see also* Order Regarding Telephone Working Group Conference on Friday, July 19, 2013 (Rec. doc. 10810) at 3 ("Transocean concurred in the response by Halliburton to BP's proposals.").

AND CONSIDERING that no other parties object to applying the four Phase One Orders identified above to Phase Two;

IT IS ORDERED that the following Phase One Orders apply to Phase Two:

- Order Regarding Motions *in Limine* to Exclude Evidence of the Joint Investigation Report and Testimony (See Rec. Doc. 5448)
- Order Regarding Motions *in Limine* Regarding Evidence of Joint Investigation Report and Testimony (Rec. doc. 5572)
- Order Regarding BP's Motion *in Limine* to Preclude Expert Opinion Testimony Not Disclosed in the Expert's Rule 26(a) Written Report (*See* Rec. Doc. 5505)
- Order Regarding the Opinions of Experts Which Are Withdrawn (*See* Rec. Doc. 5560)

New Orleans, Louisiana this 1st day of August, 2013.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**

2