UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010**<br><br>**This Document Relates to:**<br><br>*All Cases*; *Bon Secour Fisheries, Inc., et all, individually and on behalf of themselves and all others similarly situated vs. BP Exploration & Production Inc., et al.* | **MDL No. 2179; No. 12-970; 10-8888**<br><br>**SECTION J**<br><br>**JUDGE BARBIER**<br>**MAGISTRATE SHUSHAN** |

## ORDER

The Court having considered all of the pleadings and finding good cause, hereby orders that the motion of applicant to intervene in the above-captioned matter is hereby granted. The Intervenor Complaint is allowed and entered in this cause.  It is so ordered.

Dated: _____              _____