UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010**<br><br>**This Document Relates to:**<br><br>*All Cases*; *Bon Secour Fisheries, Inc., et all, individually and on behalf of themselves and all others similarly situated vs. BP Exploration & Production Inc., et al.* | **MDL No. 2179; No. 12-970; 10-8888**<br><br>**SECTION J**<br><br>**JUDGE BARBIER**<br>**MAGISTRATE SHUSHAN** |

## MOTION FOR ACCEPTANCE OF LIMITATION SHORT FORM JOINDERS BEYOND THE SEPTEMBER 16, 2011 DEADLINE

NOW INTO COURT, through undersigned counsel, comes Claimant Anthony Wilks who moves this Court for leave for Court to accept his filed Short Form Joinder (No. 135894) that was filed July 30, 2013 in the limitation proceedings brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., as Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, and as grounds therefore show the Court as follows:

(1) The deadline for filing the claims in the Transocean limitation action was set for April 20, 2011 and extended to September 16, 2011.

(2) Claimant contacted counsel after the deadline seeking assistance in filing claims for injuries and damages each incurred as a result of the Deepwater Horizon explosion and resulting oil spill.

(3) Because Claimant was unaware of the Court's deadline, or had not yet fully realized his damages, he did not timely file a Short Form Joinder in the Transocean limitation action.

1

(4) No prejudice will result from the acceptance of the late filed Short Form Joinder No. 135894 of the Claimant. No action has been taken in the limitation action which could cause prejudice to any other party to the proceedings.

For the above reasons, Claimant request that the Court grant Movants' Motion for Acceptance of Short Form Joinder No. 135894 filed Beyond the September 16, 2011 Deadline of the Claimant and that the Court deems the Short Form Joinder as timely filed in the Transocean Limitation Proceeding.

Dated July 31, 2013.

Respectfully submitted,

**ATTORNEYS FOR PLAINTIFF**

s/ Gregory Friedlander

Gregory Friedlander
ALBN 0188
Gregory M. Friedlander & Associates, P.C.
11 S. Florida St.
Mobile, AL 36606-1934
(251) 470-0303
(888) 441-2123
E-Mail Address: Isee3@aol.com

/s/ Wesley J. Farrell, Esq.
Wesley J. Farrell, Esq., FLBN 71785
Terry A. C. Gray, Esq, FLBN 100732
Farrell & Patel, Attorneys At Law
113 Almeria Ave
Coral Gables, FL 33134
Tel: 305-798-4177
Fax: 800-946-6711

Sarah E. Spigener, Esq., LSBN 31975
Farrell & Patel, Attorneys At Law
1515 Poydras St., Suite 1400
New Orleans, LA 70112
Tel: 504-233-8585
Fax: 504-264-5953

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 31, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day upon all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Sarah E. Spigener