UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This Document Relates to:<br><br>*All Cases*; *Bon Secour Fisheries, Inc., et all, individually and on behalf of themselves and all others similarly situated vs. BP Exploration & Production Inc., et al.* | MDL No. 2179; No. 12-970; 10-8888<br><br>SECTION J<br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

**MEMORANDUM IN SUPPORT OF MOTION FOR ACCEPTANCE OF LIMITATION SHORT FORM JOINDERS BEYOND THE SEPTEMBER 16, 2011 DEADLINE**

NOW INTO COURT, through undersigned counsel, come Claimant identified as Anthony Wilks who files this Memorandum in Support of Motion for Acceptance of Short Form Joinder 135894 Filed Beyond the September 16, 2011 Deadline. Claimant seeks to have this Honorable Court accept the Short Form Joinder in the Transocean limitation proceeding for the following reasons:

Claimant contacted counsel after the Court's deadline seeking assistance in filing claims for injuries and damages each incurred as a result of the Deepwater Horizon explosion and resulting oil spill, and/or:

Claimant was unaware of the Court's deadline and did not timely file a Short Form Joinder in the Transocean limitation action.

No prejudice will result from the acceptance of the late filed Short Form Joinder (No. 135894) of the Claimant. No action has been taken in the limitation action which could cause prejudice to any other party to the proceedings. No statutory deadline for suit exists before 8/4/2013 or later.

Supplemental Admiralty Rule 14(f) gives the Court discretion to permit the late filing of claims in a limitation proceeding. Where no prejudice could be suffered by plaintiff in the limitation proceeding, the acceptance of late filed claims should be allowed where equitable reasons are shown. Texas Gulf Sulphur Co. v. Blue Stack Towing Co., 313 F.3d 359, 362 (5th Cir. 1963) ("[S]o long as rights of the parties are not adversely affected, the court will freely grant permission to file late claims."); In re Gladiator Marine, Inc., No. 98-2037, 1999 WL 378121 (E.D. La. June 7, 1999); citing Golnoy Barge Co. v. M/T Shinoussa, 980 F.2d 349, 351 (5th Cir. 1993). There is no indication that any plaintiff in the limitation of liability action would be adversely affected or suffer any prejudice if the Short Form Joinder are accepted as filed and deemed timely.

Limitation has not been determined and there is no prejudice to the Limiting Parties or other Defendant.

For the above reasons, Claimant request that the Court grant the Motion for Acceptance of Short Form Joinder beyond the September 16, 2011 Deadline and accept the filed Short Form Joinder (No. 135894) as listed as timely filed.

Dated July 31, 2013.

               Respectfully submitted,

               **ATTORNEYS FOR PLAINTIFF**

               s/ Gregory Friedlander

               Gregory Friedlander
               ALBN 0188
               Gregory M. Friedlander & Associates, P.C.
               11 S. Florida St.
               Mobile, AL 36606-1934
               (251) 470-0303
               (888) 441-2123
               E-Mail Address: Isee3@aol.com

/s/ Wesley J. Farrell, Esq.
Wesley J. Farrell, Esq., FLBN 71785
Terry A. C. Gray, Esq, FLBN 100732
Farrell & Patel, Attorneys At Law
113 Almeria Ave
Coral Gables, FL 33134
Tel: 305-798-4177
Fax: 800-946-6711

Sarah E. Spigener, Esq., LSBN 31975
Farrell & Patel, Attorneys At Law
1515 Poydras St., Suite 1400
New Orleans, LA 70112
Tel: 504-233-8585
Fax: 504-264-5953

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 31, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day upon all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Sarah E. Spigener