UNTIED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 <br> SECTION J, DIVISION 1 |
| THIS DOCUMENT RELATES TO: 2:12-cv-01295 | * * * | JUDGE BARBIER <br> MAG. JUDGE SHUSHAN |

*********************************************

## CORPORATE DISCLOSURES

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Strikezone Charters, LLC, who, pursuant to Fed. R. Civ. P. 7.1, submits its Corporate Disclosures, which are attached hereto as Exhibit A.

Respectfully Submitted,

/s/ Bonnie A. Kendrick, Esq.
**STUART H. SMITH (17805)**
**MICHAEL G. STAG (23314)**
**BONNIE A. KENDRICK (31806)**
Email: bkendrick@smithstag.com
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601

**ROBERT J. MCKEE (0972614)**
Email: RMcKee@krupnicklaw.com
The Law Offices of Krupnick, Campbell, et al
12 Southeast 7th Street- #801
Fort lauderdale, Flordia 33301
Telephone: (954) 763-8181 #8619
Facsimile: (954) 763-8292
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document ahs been served on All Counsel by electronically uploading the same to LexisNexis File & Service in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of August, 2013.

/s/ Bonnie A. Kendrick, Esq
Bonnie A. Kendrick, Esq

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Vincent Frelich, et al

v

BP America Production Company et al

CIVIL ACTION

NO. 2:12-cv-01295

SECTION J (1)

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Strikezone Charters, LLC
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

PARENT CORPORATIONS
None

8/1/2013
Date

Attorney
Bonnie A. Kendrick-31806
Bar Roll Number
365 Canal Place, Suite 2850
Address
New Orleans, LA 70130

EXHIBIT A