

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED AUG -1 2013
WILLIAM W. BLEVINS
CLERK

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 13-30095

12-31155

MD 10-2179-J

IN RE: DEEPWATER HORIZON - APPEALS OF THE ECONOMIC AND PROPERTY DAMAGE
 CLASS ACTION SETTLEMENT

-------------------------------

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; BON SECOUR FISHERIES,
INCORPORATED; FORT MORGAN REALTY, INCORPORATED; LFBP 1, L.L.C.; ZEKES
CHARTER FLEET, L.L.C.; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY;
CORLISS GALLO; JOHN TESVICH; MICHAEL GUIDRY, on behalf of themselves and all
others similarly situated; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE,

 Plaintiffs - Appellees

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION
COMPANY; BP PIPE LINE COMPANY,

 Defendants - Appellees

v.

\_\_ Fee\_\_\_\_\_
\_\_ Process\_\_\_\_\_
X Dktd\_\_\_\_\_
\_\_ CtRmDep\_\_\_\_\_
\_\_ Doc. No.\_\_\_\_\_

GULF ORGANIZED FISHERIES IN SOLIDARITY & HOPE, INCORPORATED,

    Movants - Appellant

---

Cons. w/ 13-30095

IN RE: DEEPWATER HORIZON - APPEALS OF THE ECONOMIC AND PROPERTY DAMAGE
    CLASS ACTION SETTLEMENT

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

CLERK'S OFFICE:

Under FED. R. APP. P. 42(b), the appeal filed January 28, 2013 by Appellants Shanta, L.L.C., SSM Hospitality, L.L.C., Anjani Hospitality, L.L.C., Ashi Hotels, L.L.C., OVS Investment, Incorporated, and Et Al 1 is dismissed as of July 31, 2013, pursuant to appellant's motion.

                LYLE W. CAYCE
                Clerk of the United States Court
                of Appeals for the Fifth Circuit

By: _____ 7/31/13
Shawn D. Henderson, Deputy Clerk

        ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

Revised Letter:   July 31, 2013

Mr. William W. Blevins  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

            No. 13-30095,    In Re: Deepwater Horizon
                    USDC No. 2:10-MD-2179
                    USDC No. 2:10-CV-7777
                    USDC No. 2:12-CV-970
                    USDC No. 2:10-CV-2771
                    USDC No. 2:12-CV-2953
                    USDC No. 2:12-CV-964
                    USDC No. 2:10-MD-2179
                    USDC No. 2:12-CV-970

Enclosed is a copy of the judgment issued as the mandate for Appellants Shanta, L.L.C., SSM Hospitality, L.L.C., Anjani Hospitality, L.L.C., Ashi Hotels, L.L.C., OVS Investment, Inc., Et Al ONLY.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Shawn D. Henderson, Deputy Clerk
                                504-310-7668

cc w/encl:  
    Mr. N. Albert Bacharach Jr.  
    Honorable Carl J. Barbier  
    Mr. Robert C. Mike Brock  
    Ms. Elizabeth Joan Cabraser  
    Mr. Jeffrey Bossert Clark Sr.  
    Mr. Brent Wayne Coon  
    Mr. Timothy A. Duffy  
    Mr. Miguel Angel Estrada  
    Mr. Wesley J. Farrell  
    Mr. George Frazier  
    Mr. Soren E. Gisleson  
    Mr. Richard Cartier Godfrey

```
Mr. Terry Gray
Mr. Kevin W Grillo
Mr. Don Keller Haycraft
Mr. Stephen Jay Herman
Mr. Thomas George Hungar
Mr. Samuel Issacharoff
Mr. James Andrew Langan
Mr. Scott Payne Martin
Mr. Steven Andrew Myers
Mr. Theodore B. Olson
Mr. Joseph Darrell Palmer
Mr. John Jacob Pentz III
Mr. James Parkerson Roy
Ms. Sarah Elise Spigener
Mr. Stuart Cooper Yoes
```

P.S.: Only the appeal of Shanta L.L.C., et al (DC docket #8304) is dismissed. All other appeals remain open. Appellees' briefs will now be due for filing within 30 days from this date.