UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig § | | MDL No. 2179 |
| "Deepwater Horizon" in the § | | |
| Gulf of Mexico, on § | | SECTION: "J" |
| April 20, 2010 § | | |
| § | | Judge Barbier |
| This Document Relates to: All Cases § | | |
| § | | |
| (includes No. 2:10-cv-08888-CJB-SS) § | | Mag. Judge Shushan |

**CLAIMANTS OAKDALE SUBDIVISION, INC. and ROSEWOODESTATESREALTY, LLC'S AMENDED MOTION FOR LEAVE TO FILE SHORT FORM JOINDER FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE**

**NOW INTO COURT,** through undersigned counsel, come Claimants Oakdale Subdivision, Inc. and Rosewoodestatesrealty, LLC, who move this Court for acceptance of their late-filed Short Form Joinder in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., As Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, and as grounds therefore show the Court as follows:

1. This Court established a deadline for the filing of claims in the Transocean limitation proceeding for April 20, 2011.

2. By order of the Court, this deadline was subsequently extended to September 16, 2011.

3. Claimants contacted counsel after the Court-established deadline seeking assistance in filing claims for injuries and damages incurred as a result of the Deepwater Horizon explosion and resulting oil spill.

4. Because claimants were unaware of the Court-established deadline, or had not yet fully realized their damages, they did not timely file in the Transocean limitation proceeding.

5. No prejudice will result from the acceptance of the late-filed Short Form Joinders filed for Oakdale Subdivision, Inc. as document number 135879 on July 24, 2013, and for and Rosewoodestatesrealty, LLC as document number 135897 on August 1, 2013. No action has yet been taken in the limitation proceeding that would cause prejudice to any other party involved in the proceeding, should the court grant this Motion.

For these reasons, Claimants respectfully request that the Court grant Claimants' Amended Motion for Acceptance of Short Form Joinder Filed Beyond the September 16, 2011 Deadline, and that the Court deem said Short Form Joinders to be timely filed.

Respectfully submitted,

**WILLIAMSON & RUSNAK**

   /s/ *Jimmy Williamson*
JIMMY WILLIAMSON
State Bar No. 21624100
4310 Yoakum Boulevard
Houston, Texas 77006
Telephone:  713/223-3330
Facsimile:  713/223-0001
Email: jimmy@jimmywilliamson.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2013 a copy of the foregoing Motion was sent via the Court's CM/ECF system to all counsel of record and via email to all attorneys on the Panel Attorney Service List.

   /s/ *Jimmy Williamson*
JIMMY WILLIAMSON