UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | ) ) ) MDL No. 2179 ) ) SECTION: J |
| This document relates to: 2:13-cv-2287-CJB-SS | ) ) ) JUDGE BARBIER ) MAGISTRATE JUDGE SHUSHAN ) |

## ORDER

Considering the Joint Motion to Substitute Counsel (Rec. Doc. 10894),

**IT IS ORDERED** that E.J. Saad be substituted in place of Robert T. Cunningham, Steven L. Nicholas, Stephen C. Olen, and Allison E. White as counsel of record for Rod Cook Construction, Inc.

New Orleans, Louisiana this 1st day of August, 2013.

_____
United States District Judge