| | |
|---|---|
| IN RE:   OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 § § § | MDL NO. 2179 |
| § § | SECTION J |
| This Document Relates To: § § | JUDGE BARBIER |
| Civil Action No. 2:13-cv-01286-CJB-SS *Gulf Marine Institute of Technology et al. v. BP Exploration & Production, Inc., et al.* § § § § | MAGISTRATE JUDGE SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

BIOMARINE TECHNOLOGIES, INC.
   NON-GOVERNMENTAL
   CORPORATE PARTIES
     TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S' STOCK: None

PARENT CORPORATIONS: None

Dated:  August 2, 2013.          Respectfully submitted,

*Scott Summy*
SCOTT SUMMY (Texas Bar No. 19507500)
ssummy@baronbudd.com
MITCHELL MCCREA, Texas Bar No. 24041435
mmccrea@baronbudd.com
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Telephone:  214-521-3605
Facsimile:  214-521-1181

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
FRANK M. PETOSA (Florida Bar No. 972754)
fpetosa@forthepeople.com
600 North Pine Island Road, Suite 400
Plantation, Florida 33324
Telephone:  (954) 318-0268
Facsimile:  (954) 333-3515