UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This Document Relates to: 13-cv-2323 | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

## ORDER

The Court having considered all of the pleadings and finding good cause, hereby orders that the motion of applicant to intervene in the above-captioned matter is hereby granted. The Intervenor Complaint is allowed and entered in this cause. It is so ordered.

Dated: _____                    _____