UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This Document Relates to: 13-cv-2323 | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

## MOTION FOR LEAVE TO FILE INTERVENOR COMPLAINT

Please take notice that the intervenor plaintiff **Anthony Wilks** who is set out in the attached Intervention Complaint hereby moves this Court for an order granting him leave to intervene in the above-captioned case namely 13:CV2323 as intervener plaintiff pursuant to Federal Rules of Civil Procedure 24 as a matter of permission at the discretion of the court or otherwise and to permit plaintiff intervener to have the attached Complaints entered.

This motion is made on the grounds the plaintiff intervener has significant legally protectable interest that relate to the subject of this action and that his claims are essentially the same or identical to the claims of the plaintiffs in the primary case 13-CV-2323.

Where appropriate, intervention saves judicial time by having like matters handled in a common forum which is particularly appropriate to class cases. This action in particular is a tag along action and all of the plaintiffs have filed short form joinders in addition to the tag along action.

In this case, the intervenor is acting with the consent of the original plaintiffs' attorneys, the parties have similar if not identical issues to their cases and filing a separate action would not be the most effective way of joining the claims. Specifically the underlying case and the intervenor complaint covers mortgage broker type cases having a nexus in Alabama who have common issues of law and fact.

The defendants are not inconvenienced since they have to deal with the claims of the plaintiffs under the existing mdl but the separate tag along action (13-CV-2323) allows for the cases with common facts arising out of the same jurisdiction to be handled together.

This motion is timely.

Counsel for intervener plaintiff has contacted the plaintiff's steering committee (PSC) who responded that they had no position related to this motion.

Respectfully submitted,

**ATTORNEYS FOR PLAINTIFF**

s/ Gregory Friedlander

Gregory Friedlander
ALBN 0188
Gregory M. Friedlander & Associates, P.C.
11 S. Florida St.
Mobile, AL 36606-1934
(251) 470-0303
(888) 441-2123
E-Mail Address: Isee3@aol.com

/s/ Wesley J. Farrell, Esq.
Wesley J. Farrell, Esq., FLBN 71785
Terry A. C. Gray, Esq, FLBN 100732
Farrell & Patel, Attorneys At Law
113 Almeria Ave
Coral Gables, FL 33134
Tel: 305-798-4177
Fax: 800-946-6711

Sarah E. Spigener, Esq., LSBN 31975
Farrell & Patel, Attorneys At Law
1515 Poydras St., Suite 1400
New Orleans, LA 70112
Tel: 504-233-8585
Fax: 504-264-5953

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE INTERVENOR COMPLAINT** has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the

foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 31st day of July 2013.

/s/ Sarah Spigener