UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This Document Relates to: 10-8888<br>Doc. No. 135894 | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

## ORDER

Considering the Motion for Acceptance of Short Form Joinder Filed Beyond the September 16, 2011 Deadline and Supporting Memorandum:

IT IS ORDERED that the Motion for Acceptance of Short Form Joinder Filed Beyond the September 16, 2011 Deadline is hereby granted the all Short Form Joinder (No. 135894) filed by Claimant Anthony Wilks into the record of Civil Action No. 10-8888, shall be considered as timely filed in the Transocean Limitation (Civil Action 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaint, in accordance with Pre-Trial Order Nos. 24 and 25.

Signed this 31st day of July, 2013.

_____

Honorable Carl J. Barbier
U.S. District Court Judge