UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| This Document Applies to All Cases | MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Unredacted Information Concerning Purported Opt-Outs from the *Deepwater Horizon* Medical Benefits Class Action Settlement to Be Provided to the Clean-Up Responder Defendants]**

WHEREAS, BP and Class Counsel filed their Joint Filing of the Declaration of Matthew Garretson, Rec. Doc. 7989, requesting that various exhibits containing information concerning purported opt-outs from the *Deepwater Horizon* Medical Benefits Class Action Settlement be filed under seal;

WHEREAS, because Exhibits A through K to the Joint Filing contained confidential personal information, the exhibits were filed under seal, as ordered in Rec. Doc. 8042, and filed in redacted form without confidential personal information, as ordered in Rec. Doc. 8088;

WHEREAS, BP has informed the Court that, in order to facilitate the Clean-Up Responder Defendants' identification of plaintiffs with claims against them who have opted out of the *Deepwater Horizon* Medical Benefits Class Action Settlement, the Clean-Up Responder Defendants will need to be provided unredacted copies of Exhibits A through K to Rec. Doc. 7989;

IT IS ORDERED that the Clean-Up Responder Defendants may receive unredacted copies of Exhibits A through K to the Joint Filing of the Declaration of Matthew Garretson, Rec. Doc. 7989. The Clean-Up Responder Defendants shall treat the personal confidential information on those unredacted exhibits as "Confidential" under Pretrial Order 13.

New Orleans, Louisiana, this 2nd day of August, 2013.

_____
SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE