| | | |
|---|---|---|
| IN RE:   OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | § § § § § § § § § § § § | MDL NO. 2179 |
| This Document Relates To: | | SECTION J |
| Civil Action No. 2:13-cv-02703-CJB-SS *Bullock Tice Associates, Inc. v. BP Exploration & Production, Inc., et al.* | | JUDGE BARBIER  MAGISTRATE JUDGE SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

| | |
|---|---|
| <u>BULLOCK TICE ASSOCIATES, INC.</u> NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION | PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK: <u>None</u> |

PARENT CORPORATIONS: <u>None</u>

Dated:  August 2, 2013.

Respectfully submitted,


    /s/  Scott Summy
SCOTT SUMMY (Texas Bar No. 19507500)
ssummy@baronbudd.com
M. CRISTINA SANCHEZ (Texas Bar No. 24041856)
csanchez@baronbudd.com
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Telephone:  214-521-3605
Facsimile:  214-521-1181

**BEGGS & LANE, R.L.L.P.**
J. NIXON DANIEL, III, Florida Bar No. 228761
jnd@beggslane.com
JAMES S. CAMPBELL, Florida Bar No. 623539
jsc@beggslane.com
W. LEE ELEBASH, Florida Bar No. 74737
wle@beggslane.com
501 Commendencia Street
Pensacola, FL 32502
Telephone:  (850) 432-2451
Facsimile:  (850) 469-3331

**MORGAN & MORGAN
COMPLEX LITIGATION GROUP**
FRANK M. PETOSA (Florida Bar No. 972754)
fpetosa@forthepeople.com
600 North Pine Island Road, Suite 400
Plantation, Florida 33324
Telephone:  (954) 318-0268
Facsimile:  (954) 333-3515

IN RE:  OIL SPILL BY THE OIL RIG          §
"DEEPWATER HORIZON" IN THE GULF           §      MDL NO. 2179
OF MEXICO ON APRIL 20, 2010               §
                                          §
                                          §      SECTION J
                                          §
This Document Relates To:                 §
                                          §      JUDGE BARBIER
Civil Action No. 2:13-cv-01284-CJB-SS     §
*C & G Welding, Inc. v. BP Exploration &* §
*Production, Inc., et al.*                §      MAGISTRATE JUDGE SHUSHAN
                                          §


STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


C & G WELDING, INC.                        PUBLICLY HELD
NON-GOVERNMENTAL                           COMPANY THAT
CORPORATE PARTIES                          OWNS 10% OR MORE
TO THIS ACTION                             OF THE PARTY'S' STOCK: None


PARENT CORPORATIONS: None

Dated:  August 2, 2013.                    Respectfully submitted,


                                           ___/s/  Scott Summy_____
                                           SCOTT SUMMY (Texas Bar No. 19507500)
                                           ssummy@baronbudd.com
                                           MITCHELL MCCREA, Texas Bar No. 24041435
                                           mmccrea@baronbudd.com
                                           **BARON & BUDD, P.C.**
                                           3102 Oak Lawn Avenue, Suite 1100
                                           Dallas, TX  75219
                                           Telephone:  214-521-3605
                                           Facsimile:  214-521-1181

**COSSICH, SUMICH, PARSIOLA**
**& TAYLOR, LLC**
PHILIP F. COSSICH, JR., #1788 (T.A.)
pcossich@cossichlaw.com
DAVID A. PARSIOLA, #21005
dparsiola@cossichlaw.com
BRANDON J. TAYLOR, #27662
btaylor@cossichlaw.com
8397 Highway 23, Suite 100
Post Office Box 400
Belle Chasse, Louisiana 70037
Telephone: (504) 394-9000
Facsimile: (504) 394-9110

**McALPINE & COZARD, PLC**
MICHAEL McALPINE
365 Canal Street, Suite 3180
New Orleans, Louisiana 70130
Telephone: (504) 561-0323
Facsimile: (504) 394-9110

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG<br>"DEEPWATER HORIZON" IN THE GULF<br>OF MEXICO ON APRIL 20, 2010 §<br><br>This Document Relates To:<br><br>Civil Action No. 2:13-cv-01728-CJB-SS<br>*Communicore, Inc. d/b/a Multicom*<br>*Communications v. BP Exploration &*<br>*Production, Inc., et al.* | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


COMMUNICORE, INC. dba MULTICOM
          COMMUNICATIONS
      NON-GOVERNMENTAL
      CORPORATE PARTY
        TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK: None


PARENT CORPORATIONS: None

Dated:  August 2, 2013.

Respectfully submitted,



    /s/   Scott Summy
SCOTT SUMMY (Texas Bar No. 19507500)
ssummy@baronbudd.com
M. CRISTINA SANCHEZ (Texas Bar No. 24041856)
csanchez@baronbudd.com
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Telephone:  214-521-3605
Facsimile:  214-521-1181

**BEGGS & LANE, R.L.L.P.**
J. NIXON DANIEL, III, Florida Bar No. 228761
jnd@beggslane.com
JAMES S. CAMPBELL, Florida Bar No. 623539
jsc@beggslane.com
W. LEE ELEBASH, Florida Bar No. 74737
wle@beggslane.com
501 Commendencia Street
Pensacola, FL 32502
Telephone:  (850) 432-2451
Facsimile:  (850) 469-3331

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
FRANK M. PETOSA (Florida Bar No. 972754)
fpetosa@forthepeople.com
600 North Pine Island Road, Suite 400
Plantation, Florida 33324
Telephone:  (954) 318-0268
Facsimile:  (954) 333-3515

IN RE:   OIL SPILL BY THE OIL RIG     §
"DEEPWATER HORIZON" IN THE GULF   §
OF MEXICO ON APRIL 20, 2010         §
 §
 §
This Document Relates To:             §
 §
Civil Action No. 2:13-cv-02691-CJB-SS   §
*Currin Insurance & Investment Services, Inc.* §
*v. BP Exploration & Production, Inc., et al.* §

MDL NO. 2179

SECTION J

JUDGE BARBIER

MAGISTRATE JUDGE SHUSHAN

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

| CURRIN INSURANCE & INVESTMENT SERVICES, INC. NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION | PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK: None |
|---|---|

PARENT CORPORATIONS: None

Dated: August 2, 2013.

Respectfully submitted,

_____ /s/  Scott Summy _____
SCOTT SUMMY (Texas Bar No. 19507500)
ssummy@baronbudd.com
M. CRISTINA SANCHEZ (Texas Bar No. 24041856)
csanchez@baronbudd.com
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Telephone:  214-521-3605
Facsimile:  214-521-1181

**BEGGS & LANE, R.L.L.P.**
J. NIXON DANIEL, III, Florida Bar No. 228761
jnd@beggslane.com
JAMES S. CAMPBELL, Florida Bar No. 623539
jsc@beggslane.com
W. LEE ELEBASH, Florida Bar No. 74737
wle@beggslane.com
501 Commendencia Street
Pensacola, FL 32502
Telephone:  (850) 432-2451
Facsimile:  (850) 469-3331

**MORGAN & MORGAN
COMPLEX LITIGATION GROUP**
FRANK M. PETOSA (Florida Bar No. 972754)
fpetosa@forthepeople.com
600 North Pine Island Road, Suite 400
Plantation, Florida 33324
Telephone:  (954) 318-0268
Facsimile:  (954) 333-3515

| | |
|---|---|
| IN RE:   OIL SPILL BY THE OIL RIG<br>"DEEPWATER HORIZON" IN THE GULF<br>OF MEXICO ON APRIL 20, 2010 | §<br>§<br>§<br>§ |
| | § |
| This Document Relates To: | §<br>§ |
| | § |
| Civil Action No. 2:13-cv-01641-CJB-SS | § |
| *Anthony J. Cutrera, Jr. d/b/a Cutrera Trucking*<br>*Ltd. v. BP Exploration & Production, Inc., et*<br>*al.* | §<br>§<br>§ |

MDL NO. 2179

SECTION J

JUDGE BARBIER

MAGISTRATE JUDGE SHUSHAN


STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


<u>ANTHONY J. CUTRERA, JR. D/B/A</u>
<u>CUTRERA TRUCKING, LTD.</u>
NON-GOVERNMENTAL
CORPORATE PARTIES
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S' STOCK: <u>None</u>


PARENT CORPORATIONS: <u>None</u>

Dated: August 2,  2013.                    Respectfully submitted,


     /s/   Scott Summy
SCOTT SUMMY (Texas Bar No. 19507500)
ssummy@baronbudd.com
MITCHELL MCCREA, Texas Bar No. 24041435
mmccrea@baronbudd.com
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Telephone:  214-521-3605
Facsimile:  214-521-1181

**COSSICH, SUMICH, PARSIOLA**
**& TAYLOR, LLC**
PHILIP F. COSSICH, JR., #1788 (T.A.)
pcossich@cossichlaw.com
DAVID A. PARSIOLA, #21005
dparsiola@cossichlaw.com
BRANDON J. TAYLOR, #27662
btaylor@cossichlaw.com
8397 Highway 23, Suite 100
Post Office Box 400
Belle Chasse, Louisiana 70037
Telephone: (504) 394-9000
Facsimile: (504) 394-9110

IN RE:   OIL SPILL BY THE OIL RIG      §
"DEEPWATER HORIZON" IN THE GULF        §      MDL NO. 2179
OF MEXICO ON APRIL 20, 2010            §
                                       §
                                       §      SECTION J
                                       §
This Document Relates To:              §
                                       §
                                       §      JUDGE BARBIER
Civil Action No. 2:13-cv-01498-CJB-SS  §
*Fred Lake LTD. v. BP Exploration &*   §
*Production, Inc., et al.*             §      MAGISTRATE JUDGE SHUSHAN
                                       §


STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


<u>FRED LAKE LTD.</u>                          PUBLICLY HELD
NON-GOVERNMENTAL                       COMPANY THAT
CORPORATE PARTY                        OWNS 10% OR MORE
TO THIS ACTION                         OF THE PARTY'S STOCK:<u> None</u>


                                       _____

PARENT CORPORATIONS: <u>None</u>

Dated: August 2,  2013.

                         **BARON & BUDD, P.C.**


                 BY:     <u>/s/   Scott Summy</u>
                         SCOTT SUMMY (Texas Bar No. 19507500)
                         ssummy@baronbudd.com
                         M. CRISTINA SANCHEZ (Texas Bar No.
                         24041856)
                         <u>csanchez@baronbudd.com</u>
                         3102 Oak Lawn Avenue, Suite 1100
                         Dallas, Texas 75219
                         Telephone: (214) 521-3605
                         Facsimile: (214) 520-1181

IN RE:   OIL SPILL BY THE OIL RIG § MDL NO. 2179
"DEEPWATER HORIZON" IN THE GULF §
OF MEXICO ON APRIL 20, 2010 §
 §
 § SECTION J
 §
This Document Relates To: §
 §
 § JUDGE BARBIER
Civil Action No. 2:13-cv-01113-CJB-SS §
*General Crane Service, LLC v. BP* §
*Exploration & Production, Inc., et al.* § MAGISTRATE JUDGE SHUSHAN
 §


STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


GENERAL CRANE SERVICE, LLC
   NON-GOVERNMENTAL                  PUBLICLY HELD
   CORPORATE PARTIES               COMPANY THAT
     TO THIS ACTION                 OWNS 10% OR MORE
                                    OF THE PARTY'S' STOCK: None


PARENT CORPORATIONS: None

Dated: August 2,  2013.         **BARON & BUDD, P.C.**


      BY:     /s/  Scott Summy
           SCOTT SUMMY (Texas Bar No. 19507500)
           ssummy@baronbudd.com
           MITCHELL MCCREA (Texas Bar No. 24041435)
           mmccrea@baronbudd.com
           3102 Oak Lawn Avenue, Suite 1100
           Dallas, Texas 75219
           Telephone:  (214) 521-3605
           Facsimile:  (214) 520-1181

**COSSICH, SUMICH, PARSIOLA**
**& TAYLOR, LLC**
PHILIP F. COSSICH, JR., #1788 (T.A.)
pcossich@cossichlaw.com
DAVID A. PARSIOLA, #21005
dparsiola@cossichlaw.com
BRANDON J. TAYLOR, #27662
btaylor@cossichlaw.com
8397  Highway 23, Suite 100
Post Office Box 400
Belle Chasse, Louisiana  70037
Telephone:  (504) 394-9000
Facsimile:  (504) 394-9110

IN RE:   OIL SPILL BY THE OIL RIG        §
"DEEPWATER HORIZON" IN THE GULF       §        MDL NO. 2179
OF MEXICO ON APRIL 20, 2010              §
                                                            §
                                                            §        SECTION J
                                                            §
This Document Relates To:                    §
                                                            §        JUDGE BARBIER
Civil Action No. 2:13-cv-01121-CJB-SS   §
*General Oilfield Trucking, Inc. v. BP*      §
*Exploration & Production, Inc., et al.*     §        MAGISTRATE JUDGE SHUSHAN
                                                            §


STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


GENERAL OILFIELD TRUCKING, INC.
        NON-GOVERNMENTAL                           PUBLICLY HELD
        CORPORATE PARTIES                           COMPANY THAT
             TO THIS ACTION                             OWNS 10% OR MORE
                                                                 OF THE PARTY'S' STOCK: None

                                                        _____

PARENT CORPORATIONS: None

Dated: August 2, 2013.                      **BARON & BUDD, P.C.**


                                        BY:  ____/s/  Scott Summy_____
                                                SCOTT SUMMY (Texas Bar No. 19507500)
                                                ssummy@baronbudd.com
                                                MITCHELL MCCREA (Texas Bar No. 24041435)
                                                mmccrea@baronbudd.com
                                                3102 Oak Lawn Avenue, Suite 1100
                                                Dallas, Texas 75219
                                                Telephone:  (214) 521-3605
                                                Facsimile:   (214) 520-1181

**COSSICH, SUMICH, PARSIOLA
& TAYLOR, LLC**
PHILIP F. COSSICH, JR., #1788 (T.A.)
pcossich@cossichlaw.com
DAVID A. PARSIOLA, #21005
dparsiola@cossichlaw.com
BRANDON J. TAYLOR, #27662
btaylor@cossichlaw.com
8397  Highway 23, Suite 100
Post Office Box 400
Belle Chasse, Louisiana  70037
Telephone:  (504) 394-9000
Facsimile:  (504) 394-9110