| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 § § § § § | MDL NO. 2179 § § SECTION J § |
| This Document Relates To: § § Civil Action No. 2:13-cv-01286-CJB-SS § *Gulf Marine Institute of Technology et al. v.* § *BP Exploration & Production, Inc., et al.* § § | JUDGE BARBIER § § MAGISTRATE JUDGE SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

<u>GULF MARINE INSTITUTE OF TECHNOLOGY</u>

| NON-GOVERNMENTAL CORPORATE PARTIES TO THIS ACTION | PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S' STOCK: <u>None</u> |
|---|---|

PARENT CORPORATIONS: <u>None</u>

Dated:  August 2, 2013.

                                       Respectfully submitted,


                                            /s/   Scott Summy
                                       SCOTT SUMMY (Texas Bar No. 19507500)
                                       ssummy@baronbudd.com
                                       MITCHELL MCCREA, Texas Bar No. 24041435
                                       mmccrea@baronbudd.com
                                       **BARON & BUDD, P.C.**
                                       3102 Oak Lawn Avenue, Suite 1100
                                       Dallas, TX  75219
                                       Telephone:  214-521-3605
                                       Facsimile:  214-521-1181

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
FRANK M. PETOSA (Florida Bar No. 972754)
fpetosa@forthepeople.com
600 North Pine Island Road, Suite 400
Plantation, Florida 33324
Telephone:  (954) 318-0268
Facsimile:  (954) 333-3515

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| This Document Relates To: | JUDGE BARBIER |
| Civil Action No. 2:13-cv-02705-CJB-SS *Hedgecock Electric, Inc. v. BP Exploration & Production, Inc., et al.* | MAGISTRATE JUDGE SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

| | |
|---|---|
| HEDGECOCK ELECTRIC., INC. NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION | PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK: None |

PARENT CORPORATIONS: None

Dated:  August 2, 2013.

Respectfully submitted,

 /s/  Scott Summy
SCOTT SUMMY (Texas Bar No. 19507500)
ssummy@baronbudd.com
M. CRISTINA SANCHEZ (Texas Bar No. 24041856)
csanchez@baronbudd.com
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Telephone:  214-521-3605
Facsimile:  214-521-1181

**BEGGS & LANE, R.L.L.P.**
J. NIXON DANIEL, III, Florida Bar No. 228761
jnd@beggslane.com
JAMES S. CAMPBELL, Florida Bar No. 623539
jsc@beggslane.com
W. LEE ELEBASH, Florida Bar No. 74737
wle@beggslane.com
501 Commendencia Street
Pensacola, FL 32502
Telephone:  (850) 432-2451
Facsimile:  (850) 469-3331

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
FRANK M. PETOSA (Florida Bar No. 972754)
fpetosa@forthepeople.com
600 North Pine Island Road, Suite 400
Plantation, Florida 33324
Telephone:  (954) 318-0268
Facsimile:  (954) 333-3515

| | |
|---|---|
| IN RE:   OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 § § § | MDL NO. 2179 |
| § § | SECTION J |
| This Document Relates To: § § | JUDGE BARBIER |
| Civil Action No. 2:13-cv-01282-CJB-SS § *John Street and Associates, Inc. v. BP* § *Exploration & Production, Inc., et al.* § § | MAGISTRATE JUDGE SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

<u>JOHN STREET AND ASSOCIATES, INC.</u>
   NON-GOVERNMENTAL                          PUBLICLY HELD
   CORPORATE PARTIES                          COMPANY THAT
     TO THIS ACTION                           OWNS 10% OR MORE
                                              OF THE PARTY'S' STOCK: <u>None</u>

PARENT CORPORATIONS: <u>None</u>

Dated:  August 2, 2013.                     Respectfully submitted,

                                              ___/s/  Scott Summy_____
                                              SCOTT SUMMY (Texas Bar No. 19507500)
                                              ssummy@baronbudd.com
                                              MITCHELL MCCREA, Texas Bar No. 24041435
                                              mmccrea@baronbudd.com
                                              **BARON & BUDD, P.C.**
                                              3102 Oak Lawn Avenue, Suite 1100
                                              Dallas, TX  75219
                                              Telephone:  214-521-3605
                                              Facsimile:  214-521-1181

IN RE:   OIL SPILL BY THE OIL RIG
"DEEPWATER HORIZON" IN THE GULF
OF MEXICO ON APRIL 20, 2010

MDL NO. 2179

SECTION J

This Document Relates To:

JUDGE BARBIER

Civil Action No. 2:13-cv-02693-CJB-SS
*LSM Marketing, LLC  v. BP Exploration & Production, Inc., et al.*

MAGISTRATE JUDGE SHUSHAN

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

| LSM MARKETING, LLC | PUBLICLY HELD |
| NON-GOVERNMENTAL | COMPANY THAT |
| CORPORATE PARTY | OWNS 10% OR MORE |
| TO THIS ACTION | OF THE PARTY'S STOCK: None |

PARENT CORPORATIONS: None

Dated:  August 2, 2013.

Respectfully submitted,

   /s/  Scott Summy
SCOTT SUMMY (Texas Bar No. 19507500)
ssummy@baronbudd.com
M. CRISTINA SANCHEZ (Texas Bar No. 24041856)
csanchez@baronbudd.com
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Telephone:  214-521-3605
Facsimile:  214-521-1181

**BEGGS & LANE, R.L.L.P.**
J. NIXON DANIEL, III, Florida Bar No. 228761
jnd@beggslane.com
JAMES S. CAMPBELL, Florida Bar No. 623539
jsc@beggslane.com
W. LEE ELEBASH, Florida Bar No. 74737
wle@beggslane.com
501 Commendencia Street
Pensacola, FL 32502
Telephone:  (850) 432-2451
Facsimile:  (850) 469-3331

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
FRANK M. PETOSA (Florida Bar No. 972754)
fpetosa@forthepeople.com
600 North Pine Island Road, Suite 400
Plantation, Florida 33324
Telephone:  (954) 318-0268
Facsimile:  (954) 333-3515

| | |
|---|---|
| IN RE:   OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | § § § § § MDL NO. 2179 § § SECTION J § § JUDGE BARBIER § § MAGISTRATE JUDGE SHUSHAN § § |
| This Document Relates To:<br><br>Civil Action No. 2:13-cv-01283-CJB-SS<br>*Mississippi River Bank  v. BP Exploration & Production, Inc., et al.* | |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

<u>MISSISSIPPI RIVER BANK</u>
 NON-GOVERNMENTAL
 CORPORATE PARTIES
   TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S' STOCK: <u>None</u>

PARENT CORPORATIONS: <u>None</u>
Dated:   August 2,  2013.

**BARON & BUDD, P.C.**

BY:     /s/   Scott Summy
SCOTT SUMMY (Texas Bar No. 19507500)
ssummy@baronbudd.com
CARLA M. BURKE (Texas Bar No. 24012490)
cburke@baronbudd.com
MITCHELL MCCREA (Texas Bar No. 24041435)
mmccrea@baronbudd.com
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone:  (214) 521-3605
Facsimile:  (214) 520-1181

**COSSICH, SUMICH, PARSIOLA
& TAYLOR, LLC**
PHILIP F. COSSICH, JR., #1788 (T.A.)
pcossich@cossichlaw.com
DAVID A. PARSIOLA, #21005
dparsiola@cossichlaw.com
BRANDON J. TAYLOR, #27662
btaylor@cossichlaw.com
8397 Highway 23, Suite 100
Post Office Box 400
Belle Chasse, Louisiana 70037
Telephone: (504) 394-9000
Facsimile: (504) 394-9110

| | |
|---|---|
| IN RE:   OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| This Document Relates To: | JUDGE BARBIER |
| Civil Action No. 2:13-cv-02853-CJB-SS *Terhaar & Cronley General Contractors, Inc. v. BP Exploration & Production, Inc., et al.* | MAGISTRATE JUDGE SHUSHAN |

STATEMENT IN COMPLIANCE WITH<br>FRCP RULE 7.1<br>CORPORATE DISCLOSURE

| | |
|---|---|
| <u>TERHAAR & CRONLEY GENERAL CONTRACTORS, INC.</u> NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION | PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK: <u>None</u> |

PARENT CORPORATIONS: <u>None</u>

Dated: August 2, 2013.

                                           Respectfully submitted,

                                               /s/  Scott Summy  
                                         SCOTT SUMMY (Texas Bar No. 19507500)  
                                         ssummy@baronbudd.com  
                                         M. CRISTINA SANCHEZ (Texas Bar No. 24041856)  
                                         csanchez@baronbudd.com  
                                         **BARON & BUDD, P.C.**  
                                         3102 Oak Lawn Avenue, Suite 1100  
                                         Dallas, TX  75219  
                                         Telephone:  214-521-3605  
                                         Facsimile:  214-521-1181

**BEGGS & LANE, R.L.L.P.**
J. NIXON DANIEL, III, Florida Bar No. 228761
jnd@beggslane.com
JAMES S. CAMPBELL, Florida Bar No. 623539
jsc@beggslane.com
W. LEE ELEBASH, Florida Bar No. 74737
wle@beggslane.com
501 Commendencia Street
Pensacola, FL 32502
Telephone:  (850) 432-2451
Facsimile:  (850) 469-3331

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
FRANK M. PETOSA (Florida Bar No. 972754)
fpetosa@forthepeople.com
600 North Pine Island Road, Suite 400
Plantation, Florida 33324
Telephone:  (954) 318-0268
Facsimile:  (954) 333-3515

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | § § § § § MDL NO. 2179 § § SECTION J § § JUDGE BARBIER § § § MAGISTRATE JUDGE SHUSHAN § |
| This Document Relates To: Civil Action No. 2:13-cv-02847-CJB-SS *The Ennis Company of Northwest Florida v. BP Exploration & Production, Inc., et al.* | |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

| | |
|---|---|
| THE ENNIS COMPANY OF NORTHWEST FLORIDA    NON-GOVERNMENTAL      CORPORATE PARTY        TO THIS ACTION | PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK: None |

PARENT CORPORATIONS: None

Dated:  August 2, 2013.

                                                Respectfully submitted,

                                             /s/  Scott Summy_____
                                      SCOTT SUMMY (Texas Bar No. 19507500)
                                      ssummy@baronbudd.com
                                      M. CRISTINA SANCHEZ (Texas Bar No. 24041856)
                                      csanchez@baronbudd.com
                                      **BARON & BUDD, P.C.**
                                      3102 Oak Lawn Avenue, Suite 1100
                                      Dallas, TX  75219
                                      Telephone:  214-521-3605
                                      Facsimile:  214-521-1181

**BEGGS & LANE, R.L.L.P.**
J. NIXON DANIEL, III, Florida Bar No. 228761
jnd@beggslane.com
JAMES S. CAMPBELL, Florida Bar No. 623539
jsc@beggslane.com
W. LEE ELEBASH, Florida Bar No. 74737
wle@beggslane.com
501 Commendencia Street
Pensacola, FL 32502
Telephone:  (850) 432-2451
Facsimile:  (850) 469-3331

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
FRANK M. PETOSA (Florida Bar No. 972754)
fpetosa@forthepeople.com
600 North Pine Island Road, Suite 400
Plantation, Florida 33324
Telephone:  (954) 318-0268
Facsimile:  (954) 333-3515

| | |
|---|---|
| IN RE:   OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| This Document Relates To: | JUDGE BARBIER |
| Civil Action No. 2:13-cv-02851-CJB-SS *Warren Hollow Metal Doors & Frames, Inc. v. BP Exploration & Production, Inc., et al.* | MAGISTRATE JUDGE SHUSHAN |

**STATEMENT IN COMPLIANCE WITH FRCP RULE 7.1 CORPORATE DISCLOSURE**

| | |
|---|---|
| <u>WARREN HOLLOW METAL DOORS & FRAMES, INC.</u> NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION | PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK: <u>None</u> |

PARENT CORPORATIONS: <u>None</u>

Dated:  August 2, 2013.

                                            Respectfully submitted,

                                                 /s/  Scott Summy
                                        SCOTT SUMMY (Texas Bar No. 19507500)
                                        ssummy@baronbudd.com
                                        M. CRISTINA SANCHEZ (Texas Bar No. 24041856)
                                        csanchez@baronbudd.com
                                        **BARON & BUDD, P.C.**
                                        3102 Oak Lawn Avenue, Suite 1100
                                        Dallas, TX  75219
                                        Telephone:  214-521-3605
                                        Facsimile:  214-521-1181

**BEGGS & LANE, R.L.L.P.**
J. NIXON DANIEL, III, Florida Bar No. 228761
jnd@beggslane.com
JAMES S. CAMPBELL, Florida Bar No. 623539
jsc@beggslane.com
W. LEE ELEBASH, Florida Bar No. 74737
wle@beggslane.com
501 Commendencia Street
Pensacola, FL 32502
Telephone:  (850) 432-2451
Facsimile:  (850) 469-3331

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
FRANK M. PETOSA (Florida Bar No. 972754)
fpetosa@forthepeople.com
600 North Pine Island Road, Suite 400
Plantation, Florida 33324
Telephone:  (954) 318-0268
Facsimile:  (954) 333-3515

IN RE:  OIL SPILL BY THE OIL RIG        §        MDL NO. 2179
"DEEPWATER HORIZON" IN THE GULF   §
OF MEXICO ON APRIL 20, 2010               §
                                                               §        SECTION J
                                                               §
This Document Relates To:                       §
                                                               §        JUDGE BARBIER
Civil Action No. 2:13-cv-01123-CJB-SS   §
*Wranglers of the Sea Productions, LLC v. BP*  §
*Exploration & Production, Inc., et al.*          §        MAGISTRATE JUDGE SHUSHAN
                                                               §

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

WRANGLERS OF THE SEA PRODUCTIONS, LLC

| NON-GOVERNMENTAL CORPORATE PARTIES TO THIS ACTION | PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S' STOCK: None |

PARENT CORPORATIONS: None

Dated: August 2, 2013.                        **BARON & BUDD, P.C.**

                                                        BY:    /s/   Scott Summy
                                                               SCOTT SUMMY (Texas Bar No. 19507500)
                                                               ssummy@baronbudd.com
                                                               MITCHELL MCCREA (Texas Bar No. 24041435)
                                                               mmccrea@baronbudd.com
                                                               3102 Oak Lawn Avenue, Suite 1100
                                                               Dallas, Texas 75219
                                                               Telephone:  (214) 521-3605
                                                               Facsimile:   (214) 520-1181