UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | |
| OIL SPILL by the OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on April 20, 2010 | * | SECTION J |
| | * | |
| THIS DOCUMENT RELATES TO: | * | U.S. DISTRICT JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |
| Case No. 10-8888 | * | |

**MOTION FOR LEAVE TO FILE A LIMITATION**
**SHORT FORM JOINDER BEYOND THE APRIL 20, 2011 DEADLINE**

NOW INTO THE COURT, through undersigned counsel, comes Steve V. Pemberton and Fast Flow, LLC d/b/a Fast Flow Pumps ("Movants"), who move this Court for leave to file late a Short Form Joinder in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., As Owner, Managing Owners, Owners *Pro Hac Vice*, and/or Operators of the MODU Deepwater Horizon, and as grounds therefore shows the Court as follows:

1. This Court established a deadline for the filing of claims in the Transocean limitation proceeding for April 20, 2011, subject to extensions.

2. Movants contacted counsel or provided information necessary to pursue the claim after the Court-established the deadline seeking assistance in filing claims for damages he/she incurred as a result of the Deepwater Horizon explosion and resulting oil spill.

3. Upon information and belief, Movants did not timely file in the Transocean limitation proceeding.

4. No prejudice will result from the acceptance of the proposed Short Form Joinder, which has been filed separately, per the ECF provisions for such filing prior to or with this

Motion as an attachment. No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

WHEREFORE, Movants request that the Court grant Movants' leave to file the Short Form Joinder, attached hereto as Exhibit A, and that the Court deem said Short Form Joinder as timely filed.

Respectfully Submitted,

s/Elizabeth A. Citrin__ _____
ELIZABETH A. CITRIN

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, via the CM/ECF System, and provided notice by and through LexisNexis to all Counsel of Record.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: (None).

s/Elizabeth A. Citrin, Esq.

Elizabeth A. Citrin P.C.
Bar Number #MS101368
Attorney for Plaintiff
28080 Highway 98, Suite G
Daphne, Alabama  36526
Phone:  251-626-8808
Fax:  251-626-8868
Cell:  251-591-6330
E-Mail Address:  Elizabeth@elizabethcitrin.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | |
| OIL SPILL by the OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on April 20, 2010 | * | SECTION J |
| | * | |
| THIS DOCUMENT RELATES TO: | * | U.S. DISTRICT JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |
| Case No. 10-8888 | * | |

**MOTION FOR LEAVE TO FILE A LIMITATION**
**SHORT FORM JOINDER BEYOND THE APRIL 20, 2011 DEADLINE**

**ORDER**

Considering the Motion for Leave to File a Short Form Joinder beyond the April 20, 2011 Deadline and Supporting Memorandum:

It is ORDERED that Movants, Steve V. Pemberton and Fast Flow, LLC d/b/a Fast Flow Pumps, are hereby granted leave to file the Short Form Joinder referenced by the document number in its Motion into the record of Civil Action No. 10-8888, which shall be considered a timely filed claim in the Transocean Limitation (Civil Action No. 10-2771), as well as a Joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pre-Trial Order Nos. 24 and 25.

Signed this ____ day of _____, 2013.

_____
Honorable Carl J. Barbier
United States District Court Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | |
| OIL SPILL by the OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on April 20, 2010 | * | SECTION J |
| | * | |
| THIS DOCUMENT RELATES TO: | * | U.S. DIST. JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |
| Case No. 10-8888 | * | |

**MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE TO FILE A LIMITATION
SHORT FORM JOINDER BEYOND THE APRIL 20, 2011 DEADLINE**

NOW INTO COURT, through undersigned counsel, comes Steve V. Pemberton and Fast Flow, LLC d/b/a Fast Flow Pumps ("Movants"), who file this Memorandum in Support of Motion for Leave To File a Limitation Short Form Joinder Beyond the April 20, 2011 Deadline, and states as follows:

1. Movants contacted counsel after the Court-established deadline seeking assistance in filing claims for damages he incurred as a result of the Deepwater Horizon explosion and resulting oil spill or had documentation for filing only after the deadline had passed.

2. Upon information and belief, Movants did not timely file in the Transocean limitation proceeding.

3. No prejudice will result from the acceptance of the proposed Short Form Joinder, which is attached hereto as Exhibit A to the Motion for Leave to File a Limitation Short Form Joinder Beyond the April 20, 2011 Deadline. No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

4. Supplemental Admiralty Rule 14(f) gives the Court discretion to permit the late filing of claims in a limitation proceeding. Where no prejudice could be suffered by any Parties

in the limitation proceeding, the acceptance of late filed claims should be allowed where equitable reasons are shown. *Texas Gulf Sulphur Co. v. Blue Stack Towing Co.*, 313 F.3d 359, 362 (5th Cir. 1963) ("so long as rights of the parties are not adversely affected, the court will freely grant permission to file late claims."); *In re Gladiator Marine, Inc.*, No. 98-2037, 1999 WL 378121 (E.D. La. June 7, 1999); *citing Golnoy Barge Co. v. M/T Shinoussa*, 980 F.2d 349, 351 (5th Cir. 1993).

5. Procedurally, a provision has been made for the Short Form Joinder process and presentment outside of trial dates and through direct presentment by the BP-originated process, and through the GCCF, and allowing this Short Form Joinder is consistent with the reasoning for those exceptions.

WHEREFORE, Movants request that the Court grant Movants' leave to file the Short Form Joinder, attached as Exhibit A to the Motion for Leave to File a Limitation Short Form Joinder Beyond the April 20, 2011 deadline and any extensions, and being filed simultaneously herewith, and that the Court deem said Short Form Joinder as timely filed.

Respectfully Submitted,

s/Elizabeth A. Citrin
ELIZABETH A. CITRIN

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of August, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:    (None).

s/Elizabeth A. Citrin, Esq.

Elizabeth A. Citrin P.C.
Bar Number #MS101368
Attorney for Plaintiff
28080 Highway 98, Suite G
Daphne, Alabama  36526
Phone:  251-626-8808
Fax:  251-626-8868
Cell:  251-591-6330
E-Mail Address:  Elizabeth@elizabethcitrin.com