IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig   "Deepwater Horizon" in the   Gulf of Mexico, on April 20, 2010 | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL NO. 2179<br><br>SECTION: J<br><br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| Plaisance, *et al.*, individually   and on behalf of the   Medical Benefits Settlement Class,<br><br>            Plaintiffs,<br><br>v.<br><br>BP Exploration & Production Inc., *et al.*,<br><br>            Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | NO. 12-CV-968<br><br>SECTION: J<br><br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**ORDER REQUIRING JOSEPH DARRELL PALMER AND THE FOUR REMAINING APPELLANT-OBJECTORS TO POST AN APPEAL BOND TO SECURE PAYMENT OF COSTS ON APPEAL**

WHEREAS, the Court finding that a Rule 7 appeal bond is necessary to ensure adequate security in this case, and that the risks are significant that the appellant-objectors will not pay the costs if they lose on appeal, and that the appellants have financial ability to post the bond, that the amount of the bond requested will not effectively preclude pursuit of the appeal, that three of the four appellant-objectors have not established that they have standing to appeal the Court's decision approving the Medical Benefits Class Action Settlement Agreement and have thereby

acted in bad faith in doing so, and that appellant-objectors' counsel is a serial objector to class action settlements,

IT IS ORDERED that Mike Sturdivant, Patricia Sturdivant, James H. Kirby IV, and Susan Forsyth shall post an appeal bond in the amount of $50,000. Appellant-objectors are jointly and severally responsible for this bond. Appellant-objectors shall post this bond with the Clerk of Court within fourteen (14) days of this Order.

IT IS SO ORDERED.

New Orleans, Louisiana, this _____ day of August, 2013.

                                                      _____
                                                      Honorable Carl J. Barbier
                                                      United States District Judge