UNITED STATES DISTRICT COURT
Eastern District of Louisiana

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL No.: 10-MDL-2179  Section: J |
| This document Relates to : 13-CV-01870 | ) ) | Judge Barbier  Magistrate Judge Shushan |

**MOTION FOR INTERVENTION**

Please take notice that the Plaintiffs-Intervenors, also set out in the attached Intervention Complaint, hereby move this Court for an order granting them leave to intervene in the above-captioned case as Plaintiff-Intervenors, pursuant to Federal Rules of Civil Procedure 24, as a matter of permission at the discretion of the Court or otherwise, and to permit Plaintiffs-Intervenors to allow for the entering of the attached Intervenor Complaint.

This Motion is made on the grounds that the Plaintiffs-Interveners have significant legally protectable interests that relate to the subject of this action and their claims are essentially the same or identical to the claims of the Plaintiffs in the primary Civil Action No.: 13-CV-01870.

Where appropriate, intervention saves judicial time by having similar matters handled in a common forum which is particularly appropriate to class cases. This action in particular is a companion ("tag along") action, and all of the Plaintiffs have filed Short Form Joinders, in addition to the tag along action.

In this case, the Plaintiffs-Intervenors are acting with the consent of the original Plaintiffs' attorney, the Parties have similar issues to their cases, and filing a separate action would not be the most effective way of joining the claims. Specifically the underlying case and the Intervenor Complaint covers damage cases having a nexus in Alabama and Mississippi who have common issues of law and fact.

The Defendants are not inconvenienced or prejudiced because they have to address the claims of Plaintiffs under the existing MDL, and the separate tag along action (13-CV-01870) allows for cases with common facts arising out of the same jurisdiction to be handled together.

Upon information and belief, Plaintiff's Steering Committee (PSC) has no position related to this Motion, and the Motion is timely.

Respectfully submitted this the 4th day of August, 2013.

s/Elizabeth A. Citrin_____<br>ELIZABETH A. CITRIN

Elizabeth A. Citrin P.C.
Bar Number #MS101368
Attorney for Plaintiff
28080 Highway 98, Suite G
Daphne, Alabama  36526
Phone:  251-626-8808
Fax:  251-626-8868
Cell:  251-591-6330
E-Mail Address:  Elizabeth@elizabethcitrin.com

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MEMORANDUM IN SUPPORT OF MOTION TO INTERVENE has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this the 3rd day of August, 2013.

/s/ Elizabeth A. Citrin ___<br>ELIZABETH A. CITRIN