UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| This Document Applies to:<br>No. 12-970 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Extending Date for BP to Respond to Class Counsel Subpoena]**

WHEREAS, on July 25, 2013, Class Counsel for the Economic and Property Damages Settlement Class served over File & Serve Xpress a subpoena (the "Subpoena") to BP Exploration & Production Inc. and certain other BP entities (collectively, "BP") seeking production of documents by August 12, 2013;

WHEREAS, BP requests, and Class Counsel consent to, an extension of BP's time to serve responses and/or objections to the Subpoena until September 3, 2013, with all objections preserved;

IT IS ORDERED that the deadline for BP to serve responses and/or objections to the Subpoena is hereby extended to and including September 3, 2013, with all objections preserved.

New Orleans, Louisiana, this 5th day of August, 2013.

_____
SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE