UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179 <br><br> SECTION J |
| This Document Relates To: <br><br> Civil Action No. 2:13-cv-05241-CJB-SS <br> *DAL-CO, LLC v. BP Exploration & Production, Inc., et al.* | JUDGE BARBIER <br><br> MAGISTRATE JUDGE SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

| **SMITH & SONS SEAFOOD, INC.** | PUBLICLY HELD |
| NON-GOVERNMENTAL | COMPANY THAT |
| CORPORATE PARTY | OWNS 10% OR MORE |
| TO THIS ACTION | OF THE PARTY'S STOCK |
| | NONE |

PARENT CORPORATIONS:

　　　NONE


　　August 5, 2013
　　　　Date

BARON & BUDD, P.C.

BY:   /s/   Scott Summy
    SCOTT SUMMY (Texas Bar No. 19507500)
    ssummy@baronbudd.com
    CARLA M. BURKE (Texas Bar No. 24012490)
    cburke@baronbudd.com
    MITCHELL MCCREA (Texas Bar No. 24041435)
    mmccrea@baronbudd.com
    3102 Oak Lawn Avenue, Suite 1100
    Dallas, Texas 75219
    Telephone:  (214) 521-3605
    Facsimile:   (214) 520-1181

**COSSICH, SUMICH, PARSIOLA & TAYLOR, LLC**
PHILIP F. COSSICH, JR., #1788 (T.A.)
pcossich@cossichlaw.com
DAVID A. PARSIOLA, #21005
dparsiola@cossichlaw.com
BRANDON J. TAYLOR, #27662
btaylor@cossichlaw.com
8397  Highway 23, Suite 100
Post Office Box 400
Belle Chasse, Louisiana  70037
Telephone:  (504) 394-9000
Facsimile:  (504) 394-9110