IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 ) ) ) ) THIS DOCUMENT RELATES TO: ) **Case No. 2:10-cv-08888-CJB-SS** ) Rec. Docs. 43452 & 43390   ) ) ) | Case No. MDL NO. 2179 Civil Action No. 2:10-MD-02179 SECTION "J" JUDGE BARBIER MAG. JUDGE SHUSHAN |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

This matter is before the Court on the foregoing Motion to Withdraw as Counsel of Record (Docket No. 10898 ).

**IT IS ORDERED** Bachus & Schanker, LLC be allowed to withdraw as counsel of record for Plaintiffs Gilbert Mitchell and Vacairri Patterson.

New Orleans, Louisiana this 2nd day of August, 2013.

_____
United States District Judge