# Exhibit 1



July 19, 2013

*Via Email*
Keith Moskowitz
keith.moskowitz@dentons.com

Dear Mr. Moskowitz,

      We write in response to your letter dated July 18, 2013, in which you provided the Claims Administrator's Office (CAO) with a citizen's complaint of alleged misconduct by an employee of a claims assistance center (CAC) in Mobile, Alabama. We take the allegations in the complaint very seriously, and, as described herein, we have taken immediate steps to swiftly and thoroughly investigate the allegations, and we have placed a hold on all claims that we believe could have possibly been initiated or influenced by the employee in question.

      After receipt of your July 18, 2013 letter, the complainant, ███████, was contacted and interviewed regarding the information that she provided to the fraud hotline operator on July 16.[1]  Based upon the information provided by ███████ and diligent database searches by investigators of HUB Enterprises, Inc. (the CAO's outside fraud investigation firm), the CAO was able to identify the CAC employee referred to in ███████ complaint as ███████. ███████ has worked for the CSSP since May 2012 and currently is a full-time employee of BrownGreer PLC and serves as a subsistence interviewer at the Mobile CAC. Upon the identification of the employee, the following investigative steps were taken:

- The CAO identified a subsistence claim filed by the mother of ███████ (Claimant ID # ███████).  A fraud hold was immediately placed on that claim.

- The CAO identified six subsistence claims initiated by ███████ at the CAC on behalf of claimants:



Claimant ID #
Claimant ID #
Claimant ID #
Claimant ID #

---

[1]     It should initially be noted that, although the complaint form indicates that ███████ is not a claimant, ███████ has, in fact, filed a subsistence claim with the CSSP. Additionally, the complaint form reflects that ███████ contacted a law enforcement agency regarding the allegations in her complaint.  When questioned, however, ███████ advised that, although she attempted to contact the Alabama Attorney's General Office, upon her call being forwarded to a recording, she terminated the call without speaking to anyone, and she did not attempt to call again.

July 19, 2013
Page 2



- On July 17, 2013, a payment check was mailed to claimant ▮▮▮▮ in the amount of $2,155.37. On July 18, Garden City Group placed a "stop payment" on that check (check # ▮▮▮▮ in the amount of $2,155.37). A fraud hold has been placed on the remaining five claims listed above, all of which are still in the claims review process.

- The CAO has identified all employees who accessed and/or reviewed the claims noted above, and those employees will be interviewed regarding their work with those claims.

- The CAO is reviewing its databases to identify all other CSSP claims that have been initiated by ▮▮▮▮ and will place a fraud hold on those claims as soon as they are identified. The CAO is also continuing to review its databases to determine whether ▮▮▮▮ has had access to additional claims other than those that she has initiated.

- On July 19, at approximately 8:30 a.m. CST, ▮▮▮▮ was confronted and interviewed by HUB investigators regarding the aforementioned allegations. ▮▮▮▮ denied any wrongdoing. Upon conclusion of the interview, ▮▮▮▮ was suspended pending the outcome of the CAO's investigation.

- The CSSP computer used by ▮▮▮▮ during the course of her CSSP employment has been sequestered for additional examination. All communications of the employee will also be sequestered, preserved, and reviewed.

- A preliminary review has not revealed any contact or collaboration between ▮▮▮▮ and Lionel H. Sutton III and/or Christine Reitano. This point will be explored further, and the results will be detailed in subsequent reporting.

- Following the interview of ▮▮▮▮, HUB investigators began the process of interviewing all employees of the Mobile CAC, with particular sensitivity to determine whether any other CAC employees may have been aware of or involved in this alleged scheme or any other potentially illicit scheme. This process remains ongoing.

- As a result of the ongoing investigation, another BrownGreer employee, ▮▮▮▮, was suspended on July 19 pending the outcome of this investigation. It was determined that this employee had violated security protocol within the CAC by accessing claims data at the request of ▮▮▮▮. The CAO's investigation into the activities of ▮▮▮▮ is continuing.

The CAO obviously takes the allegations set forth by ▮▮▮▮ very seriously and has taken immediate action to prevent the payment of any potentially fraudulent claims. The CAO will continue to keep BP updated on its findings during the ongoing investigation.

July 19, 2013
Page 3

                                               Sincerely,

                                               *David W. Welker*

                                               David Welker

cc: Jim Roy
    Steve Herman
    Patrick Juneau

CONFIDENTIAL