# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to all actions. | * * * * * * | HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## Declaration of Hal Sider

I, Hal Sider, hereby declare and state as follows:

1. I am over the age of 21 years and a resident of the State of Illinois. Unless otherwise stated, I have personal knowledge of the facts set forth herein and, if called to do so, could testify truthfully thereto.

2. I am an Executive Vice-President of Compass Lexecon. I have been retained by BP and my duties include monitoring the implementation of the Settlement Agreement. I previously submitted declarations in this matter on February 18, 2013, March 14, 2013, April 21, 2013, and July 16, 2013. My February 18 declaration summarizes my qualifications and includes my curriculum vitae.

3. As part of my on-going responsibilities, I, and others under my supervision, monitor the claims activity, compensation offers, and payments made to claimants from the Court Supervised Settlement Program ("CSSP"), as reflected both in reports posted by the Claims Administrator to the CSSP portal, and in claim-specific computer data files posted by CSSP each week that identify the status of all claims, including claimant characteristics and the size of offers. The tabulations reported below are based on analysis of the claim-specific computer data files provided by CSSP.

4. Based on the CSSP's data, between July 2, 2013 and July 29, 2013 the CSSP has paid approximately $325 million in payments to claimants for all types of claims administered by CSSP. Over the three weeks prior to July 29, 2013, the CSSP has paid an average of $93 million per week.

5. I am aware that, after the CSSP's claim determination, either the Claimant or BP (in the case of awards with base pre-RTP compensation of $25,000 or more) may appeal the award to an Appeal Panel. Based on the CSSP's data through July 29, 2013, the CSSP has made $768 million in payments after appeal determinations.

6.     Based on the CSSP's data through July 29, 2013, approximately 86% of finalized subsistence claims (*i.e.* subsistence claims approved, denied, or closed but excluding incomplete or under review subsistence claims) originated at the Mobile Claimant Assistance Center have been approved for payment.  In contrast, CSSP's data indicate that approximately 27% of finalized subsistence claims originated at Claimant Assistance Centers other than Mobile have been approved for payment.

7.     I was asked to identify all claims filed on behalf of claimants represented by two law firms in New Orleans—referred to as Law Firm A and Law Firm B for confidentiality purposes.  Appendix A summarizes information for all claims filed by claimants represented by Law Firm A or B as of July 29, 2013 as reflected in the CSSP-maintained claims database.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is a true and correct statement of my analysis and opinions.

Dated: August 5, 2013               _____
                                                                Hal Sider

2

# Appendix A

## CSSP Claims Filed by Law Firm A and Law Firm B as of July 29, 2013

| Law Firm | Claim Submission Date | Business Name | Type of Claimant | Claim Status | Final Compensation |
|---|---|---|---|---|---|
| Law Firm A | 07/09/2013 | REDACTED | Business Economic Loss | Claim Form Submitted | |
| Law Firm A | 07/09/2013 | REDACTED | Business Economic Loss | Claim Form Submitted | |
| Law Firm A | 07/09/2013 | REDACTED | Business Economic Loss | Claim Form Submitted | |
| Law Firm A | 07/09/2013 | REDACTED | Business Economic Loss | Claim Form Submitted | |
| Law Firm A | 07/09/2013 | REDACTED | Business Economic Loss | Claim Form Submitted | |
| Law Firm A | 07/08/2013 | REDACTED | Wetlands Real Property | In Claims Review | |
| Law Firm A | 07/08/2013 | REDACTED | Wetlands Real Property | In Claims Review | |
| Law Firm A | 07/08/2013 | REDACTED | Wetlands Real Property | In Claims Review | |
| Law Firm A | 07/02/2013 | REDACTED | Wetlands Real Property | In Claims Review | |
| Law Firm A | 05/10/2013 | | Coastal Real Property | Offer Accepted / Claimant Waives Right to Reconsideration | $993.58 |
| Law Firm A | 05/10/2013 | | Coastal Real Property | Offer Accepted / Claimant Waives Right to Reconsideration | $993.58 |
| Law Firm A | 05/10/2013 | | Coastal Real Property | Offer Accepted / Claimant Waives Right to Reconsideration | $993.58 |
| Law Firm A | 05/10/2013 | | Coastal Real Property | Offer Accepted / Claimant Waives Right to Reconsideration | $993.58 |
| Law Firm A | 05/03/2013 | REDACTED | Business Economic Loss | In Claims Review | |
| Law Firm A | 05/03/2013 | REDACTED | Business Economic Loss | Response to Incompleteness Notice Received | |
| Law Firm A | 04/23/2013 | | Coastal Real Property | Offer Accepted / Claimant Waives Right to Reconsideration | $993.58 |
| Law Firm A | 03/25/2013 | REDACTED | Business Economic Loss | In Claims Review | |
| Law Firm A | 02/05/2013 | **Law Firm A** | Business Economic Loss | Response to Incompleteness Notice Received | |
| Law Firm A | 02/05/2013 | **Law Firm A** | Business Economic Loss | Response to Incompleteness Notice Received | |
| Law Firm A | 01/25/2013 | REDACTED | Business Economic Loss | In Claims Review | |
| Law Firm A | 01/25/2013 | REDACTED | Business Economic Loss | In Claims Review | |
| Law Firm A | 01/18/2013 | REDACTED | Business Economic Loss | In Claims Review | |
| Law Firm A | 10/23/2012 | REDACTED | Business Economic Loss | Claim Closed | |
| Law Firm B | 06/25/2013 | REDACTED | Business Economic Loss | In Claims Review | |
| Law Firm B | 06/21/2013 | REDACTED | Business Economic Loss | In Claims Review | |
| Law Firm B | 06/21/2013 | REDACTED | Business Economic Loss | In Claims Review | |
| Law Firm B | 05/24/2013 | REDACTED | Business Economic Loss | Response to Incompleteness Notice Received | |
| Law Firm B | 04/22/2013 | REDACTED | Business Economic Loss | In Claims Review | |
| Law Firm B | 04/22/2013 | REDACTED | Business Economic Loss | In Claims Review | |
| Law Firm B | 04/22/2013 | REDACTED | Business Economic Loss | In Claims Review | |
| Law Firm B | 04/22/2013 | REDACTED | Business Economic Loss | In Claims Review | |
| Law Firm B | 04/22/2013 | REDACTED | Business Economic Loss | In Claims Review | |
| Law Firm B | 10/30/2012 | **Law Firm B** | Business Economic Loss | In Claims Review | |