# Exhibit 4



# APPEAL PANEL TRAINING

# DEEPWATER HORIZON ECONOMIC SETTLEMENT

## August 20, 2012

1



# <u>AGENDA</u>

1. **Settlement Agreement Overview**

2. **Damage Categories**

3. **Overview of Claims Processing**

4. **Overview of Appeals Process**

5. **Appeal Panel Portal and Procedures**

2



# 1. SETTLEMENT AGREEMENT OVERVIEW

3



# Roles





# <u>Status of the Program</u>



# SETTLEMENT PROGRAM STATUS



**3/8/12:**
Order Creating Transition Process

**4/18/12:**
Settlement Agreement Filed

**5/2/12:**
Preliminary Approval; Pat Juneau appointed

**6/4/12:**
Program Opened

**7/15/12:**
First Outcome Notices After Claims Review

**7/31/12:**
First Payments Issued

**10/1/12:**
Opt Out Deadline

**11/8/12:**
Fairness Hearing

7







STATUS OF THE SETTLEMENT: CLAIM FILINGS BY CLAIM TYPE
(As of 8/17/12)

Total Claim Forms Filed:
53,539

- Seafood: 6,192 — 12%
- IEL: 18,401 — 34%
- BEL: 12,893 — 24%
- Coastal RP: 5,208 — 10%
- Wetlands: 963 — 2%
- RP Sales: 510 — 1%
- Subsistence: 3,916 — 7%
- VoO Charter: 5,146 — 10%
- Vessel Physical Damage: 310 — 1%

9





# **Confidentiality of Claims Information**



# CONFIDENTIALITY ORDER (6/28/12)

| | |
|---|---|
| **CONFIDENTIAL CLAIMS INFORMATION** | 1) **All claim files and documents from the GCCF and the DWH**<br>2) **Information that does not reveal claimant identities is not confidential** |
| **WHO HAS ACCESS** | 1) **Court**<br>2) **Claims Administrator and others involved in implementation**<br>3) **BP and Class Counsel**<br>4) **Claimant and those authorized by claimant**<br>5) **DOJ and law enforcement**<br>6) **Coast Guard**<br>7) **Third Parties by subpoena or legal process** |
| **CERTIFICATION** | 1) **All with access must sign**<br>2) **Must maintain a log of those who sign** |

12



# **Class Definition and Exclusions**



# Class Definition:  Geographic Boundaries

| | | |
|---|---|---|
| **"Gulf Coast Areas"** | | |
| 1. | **Louisiana** | **ALL** |
| 2. | **Mississippi** | **ALL** |
| 3. | **Alabama** | **ALL** |
| 4. | Texas | **Chambers, Galveston, Jefferson and Orange Counties** |
| 5. | Florida | **Bay, Calhoun, Charlotte, Citrus, Collier, Dixie, Escambia, Franklin, Gadsden, Gulf, Hernando, Hillsborough, Holmes, Jackson, Jefferson, Lee, Leon, Levy, Liberty, Manatee, Monroe, Okaloosa, Pasco, Pinellas, Santa Rosa, Sarasota, Taylor, Wakulla, Walton and Washington Counties** |

**"Specified Gulf Waters"**

All the waters, bays, estuaries, straits, and other tidal or brackish waters next to or within those Gulf Coast Areas.

14



**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

# Class Definition:  Individual Claimants

☑ **4/20/10 to 4/16/12:  Lived in the US or US Territory;**

<span style="color:red">**AND any one of the following, during any of 4/20/10 to 4/16/12, in the Gulf Coast Areas or Specified Gulf Waters:**</span>

☑ **Job:  Lived or worked, or offered and accepted job; OR**

☑ **Property:  Owned or leased; OR**

☑ **Vessel: Owned, leased, or worked on; OR**

☑ **Seafood Crew: On vessel with landings after 4/20/09**

15



# Class Definition: Entity Claimants

**During any of 4/20/10 to 4/16/12, in the Gulf Coast Areas or Specified Gulf Waters:**

- ☑ **Physical Facility: Owned, operated or leased AND sold products or bought seafood for re-sale; OR**

- ☑ **Service Business:  At least one full-time employee; OR**

- ☑ **Vessel:  Owned, operated or leased; home ported or landed seafood; OR**

- ☑ **Real Property:  Owned or leased.**

16



# Opt Outs/Exclusions

| TYPES OF CLAIMANTS | | |
|---|---|---|
| **CAN MAKE NO CLAIMS** | 1. | **Unrevoked Opt Outs** |
| | 2. | **BP and MDL Defendants** |
| | 3. | **US District Court and Clerks/Families** |
| **BUSINESS CAN CLAIM COASTAL AND REAL PROPERTY DAMAGE ONLY; EMPLOYEES CAN CLAIM ANY OTHER JOB** | 1. | **Financial Institutions** (except ATMs, payday, pawn shops, credit unions, sellers of goods) |
| | 2. | **Funds and Financial Trusts/Vehicles** |
| | 3. | **Gaming** (except bingo and video gaming) |
| | 4. | **Insurance Industry** |
| | 5. | **Defense Contractors** (at least 50% from DOD) |
| **BUSINESS CAN MAKE NO CLAIMS; EMPLOYEES CAN CLAIM FOR OTHER JOBS** | 1. | **Sellers/Marketers of BP-Branded Fuel** |
| | 2. | **Federal, State and Local Governments** |

17



# Opt Outs/Exclusions

| TYPES OF CLAIMANTS (continued) | |
|---|---|
| **OIL AND GAS INDUSTRY** | 1. **Business cannot make any claims**<br>2. **Employees can claim for other jobs** |
| **OIL AND GAS SUPPORT** | 1. **Business can claim Non-Moratoria Losses only**<br>2. **Employees can claim Non-Moratoria Losses and for any other job** |
| **REAL ESTATE DEVELOPERS** | 1. **Business can claim Coastal, Wetlands and Real Property Sales Damage only**<br>2. **Employees can claim for any other job** |
| **GCCF RELEASE PAID** | **Can claim VoO Charter Payment and Vessel Physical Damage only** |

18



# <u>Opt Outs/Exclusions</u>

| | TYPES OF CLAIMS EXCLUDED | |
|---|---|---|
| **1.** | **BODILY INJURY** | **Submit to the Medical Benefits Program** |
| **2.** | **BP STOCK CLAIMS** | **Reserved to the Class** |
| **3.** | **MEHADEN FISHING/PROCESSING** | **Reserved to the Class** |
| **4.** | **CLAIMS AGAINST HALLIBURTON OR TRANSOCEAN** | **Reserved to the Class** |

19



# 2. <u>DAMAGE CATEGORIES</u>



# Claim Types and Benefits

| ECONOMIC LOSS | 1. | Individual Economic Loss |
|---|---|---|
| | 2. | Individual Periodic Vendor/Festival Vendor |
| | 3. | Business Economic Loss |
| | 4. | Start-Up Business Economic Loss |
| | 5. | Failed Business Economic Loss |
| | 6. | Seafood Compensation Program |
| NON-ECONOMIC LOSS | 7. | Coastal Real Property |
| | 8. | Wetlands Real Property |
| | 9. | Real Property Sales |
| | 10. | Subsistence |
| | 11. | VoO Charter Payment |
| | 12. | Vessel Physical Damage |

21



# **Compensation**

| | |
|---|---|
| **Compensation Amount** | **Calculated losses before application of the Risk Transfer Premium ("RTP")** |
| **Risk Transfer Premium** | **Multiple of the calculated losses to cover any potential future injuries arising out of the Spill** |
| **Total Compensation Amount** | 1) **Compensation Amount + (Compensation Amount X RTP Factor) + Additional Compensation (if applicable) – Prior Spill-Related Payments (if applicable) = Total Compensation Amount**<br>2) **Exhibit 15 provides the RTP Factors by Claim Type** |

22



## Types of Economic Loss Claims

| 1. | **Individual Economic Loss** |
|----|------------------------------|
| 2. | **Individual Periodic Vendor or Festival Vendor** |
| 3. | **Seafood Compensation Program** |
| 4. | **General Business Economic Loss** |
| 5. | **Start-Up Businesses** |
| 6. | **Failed Businesses** |

23



# **Individual Economic Loss**



# Individual Economic Loss ("IEL")

| CLAIMING JOB TYPES | |
|---|---|
| **WORKING IN JOB ON 4/20/10** | 1) With > 12 months earnings history<br>2) Fewer than 12 months earnings history<br>3) Career Changer:  Changed line of work from Benchmark to Compensation Period and Jan-April  2010 >20% change over Base Years |
| **NOT WORKING IN JOB ON 4/20/12** | 1) New Entrant:  Accepted before 4/20/10 an offer to work 4/21/10 to 12/31/10 but offer withdrawn or amended<br>2) Seasonal Employee:  With fewer than six months earning history in prior years |
| **CLAIMED BY CLAIMANT** | ▪Claimant seeks compensation for the job → Assess as a Claiming Job |
| **EXCEPTIONS** | 1) Self-employed + filed Form 1040 Schedules C (with expenses), E or F for 2010 → Treat as Business claimant<br>2) Seafood Vessel Owners, Commercial Fishermen, Seafood Crew or Oyster Leaseholders → Seafood Compensation Program |

25



# <u>Individual Economic Loss ("IEL")</u>

| CLAIMANT CATEGORIES:  LEVEL OF PROOF | |
|---|---|
| **CATEGORY I** | ▪ **Contemporaneous Tax Documents for 2010 and the Benchmark Period** |
| **CATEGORY II** | ▪ **Pay Period or Other Earnings Documentation for 2010 and the Benchmark Period** |
| **CATEGORY III** | ▪ **Earnings Documentation for 2010 but no Comparable Benchmark Period Earnings (New Entrants; Less than 12 Months of Earnings History; Career Changers)** |
| **CATEGORY IV** | ▪ **No Earnings Documentation; Submit Individual and Employer Sworn Written Statements to Establish Earnings** |

26



# Individual Economic Loss ("IEL")

**COMPENSATION PERIOD**

90 or more consecutive days 4/21/10 to 12/31/10 (Primary Seafood goes to 4/30/11)

**BASE YEARS**

1) 2009; or
2) Average 2008 and 2009; or
3) Average 2007, 2008 and 2009

**BENCHMARK PERIOD**

90 or more consecutive days in Base Year(s) matching the Compensation Period  (Use 2011 if Category III)

**MAXIMUM COMPENSATION PAYABLE**

Claims Administrator shall determine the maximum compensation payable to the claimant, regardless of what the claimant claimed

27



# Individual Economic Loss ("IEL")

| CAUSATION | |
|---|---|
| **CAUSATION PRESUMED** | 1) **Employer in Zone A**<br>2) **Tourism Business in Zone A or B**<br>3) **Primary Seafood Industry business in Zone A, B, C or D**<br>4) **Secondary Seafood Industry business in Zone A, B or C**<br>5) **Charter Fishing business in Zone A, B or C** |
| **CAUSATION ESTABLISHED** | 1) **Employer filed a claim with the Settlement Program and established causation or received an Offer from the GCCF ("Coattails Eligibility")**<br>2) **Claimant provides an Employer Sworn Written Statement demonstrating lost employment earnings resulting from the Spill** |

28



# Calculate Loss by Claiming Job: Cat I-III

**STEP 1:**
Select Compensation Period and Base Year(s)

**STEP 2:**
Determine Benchmark Earnings

**STEP 3:**
Determine Earnings Growth Factor

**STEP 4:**
Benchmark Earnings X Growth Factors = Expected Earnings

**STEP 5:**
Determine Actual Earnings and Offsetting Earnings During Compensation Period

**STEP 6:**
Expected Earnings -- Actual and Offsetting Earnings = Lost Earnings

**STEP 7:**
Lost Earnings +
(Claimant Lost Earnings X Risk Transfer Premium (RTP))(if applicable) +
Employment-Related Benefits Losses +
Reimbursable Training Costs +
Reimbursable Search Costs +
One Time Non-Recurring Loss –
Prior Spill-Related Payments –
VoO Earned Income Offset and/or VoO Settlement Payment Offset =
FINAL CLAIMANT COMPENSATION

29



# Calculate Loss by Claiming Job: Cat IV

| | LOST EARNINGS CALCULATION BASED ON: |
|---|---|
| 1. | Prior Employment History |
| 2. | Post-DWH Spill Actual and/or Anticipated Employment |
| 3. | Lost Earnings and Calculation |
| 4. | Continued Employment in 2011 |
| 5. | Claimant/Employer Interview |
| 6. | Calculate lost earnings up to a cap of $20,000 |
| 7. | Apply an RTP depending on whether the claimant continued to work in a job similar to the Claiming Job and still lived within 60 miles of that employment location |
| 8. | Add One Time Non-Recurring Loss |
| 9. | Subtract Prior Spill-Related Payments, VoO Settlement Offset and/or VoO Earned Income Offset |

30



# **<u>Individual Periodic Vendor</u>**



# Individual Periodic Vendor ("IPV")

| | ELIGIBILITY |
|---|---|
| **1.** | **Covered Sales to consumers in Zones A, B or C during May to December 2009 and/or May to December 2010** |
| **2.** | **Covered Sales primarily to non-local consumers (except water-related sales)** |
| **3.** | **No permanent business location to engage in Covered Sales** |
| **4.** | **Held any licenses required by law** |
| **5.** | **Not employed by an employer in connection with the Covered Sales** |
| **6.** | **Insufficient Tax Documents to file a Business Economic Loss Claim** |



# Individual Periodic Vendor ("IPV")

| CAUSATION | |
|---|---|
| **CAUSATION PRESUMED** | **Covered Sales in Zones A or B** |
| **CAUSATION ESTABLISHED** | 1) **Decline of 5% or more in net earnings from Covered Sales in Zone C during Compensation Period, compared to the same dates in 2009; or**<br><br>2) **Statement from Adjacent Business that it suffered decline in sales to non-local consumers during May - December 2010 compared to same months in 2009 due to the Spill** |

33



# Individual Periodic Vendor ("IPV")

**COMPENSATION PERIOD** — **Three or more consecutive months between 5/1/10 to 12/31/10**

**BASE PERIOD** — **Three or more consecutive months matching the Compensation Period in 2009**

**MAXIMUM COMPENSATION PAYABLE** — **Lesser of the Lost Earnings or $12,000**

34

 **DEEPWATER HORIZON CLAIMS CENTER** ECONOMIC & PROPERTY DAMAGE CLAIMS | <u>**Calculating IPV Total Compensation Amount**</u>

## LOST EARNINGS CALCULATION

| | |
|---|---|
| **Calculate IPV's Earnings from Covered Sales** | **Total revenues minus corresponding total expenses related to Covered Sales for Compensation Period and the Base Period** |
| **Calculate IPV's Lost Earnings** | **IPV Earnings from Covered Sales for the Base Period minus the IPV Earnings from Covered Sales for the Compensation Period** |
| **Determine Compensation Amount** | **Lesser of IPV's Lost Earnings or $12,000** |
| **Apply RTP** | **RTP = 1** |

35



# **Festival Vendor Economic Loss**



# Festival Vendor ("FV")

| ELIGIBILITY | |
|:---:|:---|
| 1. | **Regularly made Festival Sales before 4/20/10** |
| 2. | **Held all licenses required by law** |
| 3. | **Not employed by an employer in connection with Festival Sales** |
| 4. | **Insufficient tax documents to file a Business Economic Loss claim** |
| 5. | **Claims a loss of revenue and earnings related to a Festival in which the claimant participated or would have participated but for the DWH Spill** |

37



# Festival Vendor ("FV")

| CAUSATION | |
|---|---|
| **CAUSATION PRESUMED** | **Festival Sales in Zones A and B** |
| **CAUSATION ESTABLISHED** | **Festival Coordinator Sworn Written Statement in which the Coordinator verifies the Festival was canceled or experienced a decline in attendance due to the DWH Spill** |

38



# Calculating FV Total Compensation Amount

| LOST EARNINGS CALCULATION | | |
|---|---|---|
| **FV WITH SUFFICIENT EARNINGS DOCUMENTATION** | **Step 1: Identify Eligible Festivals** | |
| | **Step 2: Determine Festival Vendor Earnings in May through December 2009 from Eligible Festivals** | |
| | **Step 3: Determine Festival Vendor Earnings from Eligible Festivals or Replacement Festivals in May through December 2010** | |
| | **Step 4: 2009 Festival Vendor Earnings from Eligible Festivals – 2010 Festival Vendor Earnings from Eligible Festivals = Festival Vendor Lost Earnings** | |
| | **Maximum Compensation Amount = $12,000 plus RTP of 1** | |
| **FV WITHOUT SUFFICIENT EARNINGS DOCUMENTATION** | **Credibility of SWS and any other information provided by the claimant to support claim** | |
| | **Maximum Compensation Amount of $10,000 and no RTP** | |

39



# **Seafood Compensation Program**



# <u>Seafood Compensation Program</u>

1. **Compensates claimants in the Commercial Fishing/Seafood Harvesting Industries**

2. **Vessels Home Ported or made landings in the Gulf Coast Areas**

3. **Revenue tracked by both vessel and catch type**

4. **Claimants may file multiple claims for  multiple species or operator status**



# Seafood Compensation Program

**Five Catch Types:**

1) Shrimp
2) Blue Crab
3) Other Seafood
4) Vessel Owner
5) Boat Captain

**Four Operator Types:**

1) Vessel Owner
2) Boat Captain
3) Seafood Crew
4) Commercial Fisherman Vessel Lessee

**Six Compensation Plans:**

1) Shrimp
2) Blue Crab
3) Other Seafood
4) Finfish
5) Oyster
6) Seafood Crew

42



**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

# Seafood Compensation Program Claims

**Shrimp**

**Vessel Owner**

**Vessel Lessee**

**Boat Captain**

**Blue Crab**

**Vessel Owner**

**Vessel Lessee**

**Boat Captain**

**Other Seafood**

**Vessel Owner**

**Vessel Lessee**

**Boat Captain**

43



# Seafood Compensation Program Claims

| Finfish | Vessel Owner | Vessel Lessee | Boat Captain | IFQ Holder |

| Oyster | Vessel Owner | Vessel Lessee | Boat Captain |

Leaseholder — Leaseholder Lost Income — Combined Oyster/Harvester Leaseholder

| Seafood Crew | Category I | Category II | Category III |

44



**DEEPWATER HORIZON**
**CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

# Shrimp Compensation Plan

**Three Claim Types:**

1) Vessel Owner
2) Commercial Fisherman Vessel Lessee
3) Boat Captain

**Eligibility:**

1) Proof of vessel Registration
2) Commercial Fishing License  valid as of 4/20/2010
3) Revenue Information by landing location, vessel, species and date
4) Compensation calculations based on vessel characteristics

**Four Compensation Plans:**

1) Expedited
2) Reduced Expedited
3) Historical Revenue
4) New Entrant

45



# Blue Crab/Other Compensation Plan

| **Claim Types:** | 1)  Vessel Owner/Lessees<br>2)  Boat Captains and IFQ Holders |
| --- | --- |
| **Eligibility:** | 1)  Vessel Registration<br>2)  Commercial Fishing License<br>3)  Benchmark Revenue |
| **Compensation:** | 1)  Compensation based on Benchmark Revenue and cost adjustments set by operator type and catch type<br>2)   Blue Crab Vessel Owners/Lessees are eligible for $7,500 in additional compensation |

46



# Finfish Compensation Plan

**Claim Types:**
1) **Vessel Owner/Lessees**
2) **Boat Captains**
3) **IFQ Holders**

**Six Eligible IFQ Types:**
1) **Red Snapper**
2) **Gag Grouper**
3) **Red Grouper**
4) **Deep Water Grouper**
5) **Shallow Water Grouper**
6) **Tilefish**

**Eligibility:**
1) **Vessel Registration**
2) **Commercial Fishing License**
3) **Benchmark Revenue**

**Compensation:**
**Based on Benchmark Revenue and cost adjustments set by operator type**

47



# Oyster Compensation Plan

**Claim Types:**

1) **Covers both Oyster Harvesters and Oyster Leaseholders**
2) **Separate claim type for Combined Oyster Harvester and Leaseholders**

**Eligibility:**

1) **Harvester Compensation calculated only using Historical Benchmark Revenue**
2) **Leaseholder Compensation based on location of acres leased**
3) **Leaseholder Lost Income based on the revenue received from harvesting contracts**

48



# Seafood Crew Compensation Plan

**Claim Types:**

1) 3 Categories
2) Covers all species types
3) Covers all vessels in one claim
4) First Mates, Second Mates, Boatswains, and Deckhands

**Category I:**

1) Has tax information or earnings documentation for work as a fisherman in 2009
2) No appeals process rights

**Category II:**

1) No tax information or earnings documentation
2) Can provide Sworn Written Statements of anticipated Commercial Fishing work in 2009 or anticipated work in 2010

**Category III:**

1) No tax information, earnings documentation, or an Employer Sworn Written Statement,
2) Can provide a Claimant Sworn Statement and Sworn Statements from a third parties
3) No appeals process rights

49



# **General Business Economic Loss**



# General Business Economic Loss ("BEL")

| ELIGIBILITY | |
|---|---|
| **COVERS** | 1) **Businesses or self-employed individuals filing Form 1040 Schedules C, E or F for 2010**<br>2) **Must satisfy Class Definition** |
| **DOES NOT COVER** | 1) **Start-Up and Failed Businesses (separate framework)**<br>2) **Commercial Fishermen, Seafood Vessel Owners, Seafood Boat Captains, Seafood Crew and Oyster Leaseholders who assert economic losses relating to Seafood  (Seafood Compensation Program)** |
| **MULTI-FACILITY BUSINESSES** | 1) **May file a consolidated claim for all locations, or**<br>2) **Separate claims for each facility** |

51



# General Business Economic Loss ("BEL")

| CAUSATION | |
|---|---|
| **CAUSATION PRESUMED** | 1) **Businesses located in Zone A**<br>2) **Tourism businesses in Zones A and B**<br>3) **Primary Seafood Industry claimants**<br>4) **Secondary Seafood Industry claimants in Zones A, B and C**<br>5) **Charter Fishing businesses in Zones A, B and C** |
| **CAUSATION ESTABLISHED** | 1) **Three revenue pattern tests:**<br>  a) **V-Shaped**<br>  b) **Modified V-Shaped**<br>  c) **Decline Only**<br>2) **Causation Proxy Claimant**<br>3) **Spill-related reservation or contract cancellations**<br>4) **Seafood Retailer Analysis** |
| **MULTI-FACILITY BUSINESSES** | 1) **Separate claims – Causation applied separately to each facility based on location and industry**<br>2) **Consolidated claim – Causation applied to Headquarters for entire claim** |

52


**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

# General BEL

**COMPENSATION PERIOD**

**Three or more consecutive months between 5/1/10 to 12/31/10**

**BASE YEARS**

1) **2009; or**
2) **Average 2008 and 2009; or**
3) **Average 2007, 2008 and 2009**

**BENCHMARK PERIOD**

**90 or more consecutive days in Base Year(s) matching the Compensation Period**

**ADJUSTMENTS**

1) **Claimant-Specific Factor (pre-Spill revenue trends v. post-Spill revenue)**
2) **General Adjustment Factor of 2%**

53



# General BEL

| **Variable Profit** | 1) Calculated for both Benchmark and Compensation Periods<br>2) Sum of monthly revenue minus variable expenses from revenue over the same time period |
|---|---|
| **Variable Margin** | 1) Calculated only for the Benchmark Period<br>2) Step 1: Sum Variable Profit from Benchmark Period<br>3) Step 2: Sum Total Revenue from Benchmark Period<br>4) Step 3: Variable Margin = % as Variable Profit calculated in Step 1 divided by total revenue calculated in Step 2 |
| **Incremental Revenue** | Claimant's revenue in a claimant-selected period of six, seven or eight consecutive months from Benchmark Period multiplied by Claimant-Specific Factor and General Adjustment Factor |

54



# General BEL

| LOSS CALCULATION | |
|---|---|
| **Step 1** | **Calculate the difference in Variable Profit between the Compensation Period and the Variable Profit over the same months of the Benchmark Period** |
| **Step 2** | **Calculate Claimant-Specific Factor and Incremental Revenue. Multiply Incremental Revenue by Variable Margin in the Benchmark Period** |
| **Step 3** | **Add Step 1 to Step 2 to get Lost Variable Profits** |
| **Step 4** | **Apply RTP, which varies depending on nature of claimant's business and Zone where business is located (See Exhibit 15)** |
| **Multi-Facility Businesses** | 1. **Separate claims – Apply RTP separately to each claiming Facility**<br>2. **Consolidated claim – RTP applied to Headquarters for entire claim** |

55



# **Start-Up Businesses**



# Start-Up Businesses

| ELIGIBILITY | |
|---|---|
| **COVERS** | **Businesses with less than 18 months of operating history at the time of the Spill** |
| **DOES NOT COVER** | **Failed Start-Up businesses (separate framework)** |

57



# **Start-Up Businesses**

| CAUSATION | |
|---|---|
| **CAUSATION PRESUMED** | 1) **Businesses located in Zone A**<br>2) **Tourism businesses in Zones A and B**<br>3) **Primary Seafood Industry claimants**<br>4) **Secondary Seafood Industry claimants in Zones A, B and C**<br>5) **Charter Fishing businesses in Zones A, B and C.** |
| **CAUSATION ESTABLISHED** | 1) **Upturn Revenue Pattern Plus test**<br>   a) **Zone B – 8.5% increase or more in total revenues for three consecutive months from 5/1/11 to 4/30/12 compared to same months from 5/1/10 to 4/30/11**<br>   b) **Zone C – 10% increase or more…**<br>   c) **Zone D – 15% increase or more…;  AND**<br>2) **Customer Mix Test (Zones A – C), or**<br>3) **Tourism/Seafood Distribution Chain businesses, 10% increase in share of total revenue from non-local customers…; OR**<br>4) **Proof of Spill Related Cancellations** |

58



# **Start-Up Businesses**

**COMPENSATION PERIOD**

**Three or more consecutive months between 5/1/10 to 4/30/11**

**BENCHMARK PERIOD**

1) **Post-Spill time period between 5/1/11 and 4/30/12 matching months of Compensation Period**
2) **Basis for estimating claimants Expected Profit in 2010**

59



# Start-Up Businesses Loss Calculation



**STEP 1:**

**Determine Expected Profit/Loss**

**STEP 2:**

**Determine Actual Profit/Loss**

**STEP 3:**

**Expected Profit/Loss - Actual Profit/Loss during the Compensation Period = Base Compensation Amount**

**STEP 4:**

**(Base Compensation Amount x RTP, if applicable) - payments received by the claimant from BP or the GCCF pursuant to BP's OPA claims process, any VoO Settlement Payment Offset and VoO Earned Income Offset = Final Compensation Amount**

60



# **<u>Failed Businesses</u>**



# Failed Businesses

| ELIGIBILITY | |
|---|---|
| **FAILED BUSINESSES** | **Commenced operations** *prior to* **11/1/08 and after 5/1/10 but before 12/31/11 either:**<br><br>a) **Ceased operations and wound down,**<br>b) **Entered bankruptcy, or**<br>c) **Otherwise initiated or completed liquidation of substantially all assets** |
| **FAILED START-UP BUSINESSES** | **Commenced operations** *on or after* **11/1/08 and after 5/1/10 but before 12/31/11 either:**<br><br>a) **Ceased operations and wound down,**<br>b) **Entered bankruptcy, or**<br>c) **Otherwise initiated or completed liquidation of substantially all assets** |

62



# **Failed Businesses**

| | |
|---|---|
| **ELIGIBILITY (Cont.)** | |
| **NOT ELIGIBLE** | 1) **Reported negative EBITDA for 12 month period prior to 5/1/10, or for Failed Start-Up Businesses, reported negative EBITDA for operating months prior to 5/1/10**<br><br>2) **In default prior to 5/1/10 under existing financing agreement**<br><br>3) **Non-Tourism business or Non-Seafood Distribution Chain located in Zone D** |

63



# Failed Businesses

| CAUSATION | |
|---|---|
| **CAUSATION PRESUMED** | 1) **Failed/Failed Start-Up Businesses located in Zone A**<br>2) **Tourism businesses in Zones A and B**<br>3) **Primary Seafood Industry claimants**<br>4) **Secondary Seafood Industry claimants in Zones A, B and C**<br>5) **Charter Fishing businesses in Zones A, B and C** |
| **CAUSATION ESTABLISHED** | **Three Revenue Pattern Tests:**<br><br>a) **Failed Business Revenue Pattern**<br>b) **Failed Start-Up Business Revenue Pattern**<br>c) **Failed Retailer Analysis (Seafood Retailers outside of Zones A, B and C only)** |

64



## Calculating Failed Business Compensation Amount

| | LOSS CALCULATION FOR FAILED BUSINESSES |
|---|---|
| **1.** | **Sum latest 12 months EBITDA for period prior to 5/1/10** |
| **2.** | **Identify claimant's general industry and locate corresponding medial Market Value of Invested Capital ("MVIC") to EBITDA multiple from Exhibit 6, Table 1** |
| **3.** | **Multiply EBITDA by MVIC to EBITDA multiple for Pre-DWH Spill Total Enterprise Value ("TEV")** |
| **4.** | **Determine Liquidation Value of assets as either:**<br>a) **Court-approved reorganization value, or**<br>b) **Sales proceeds from assets liquidated plus certified appraisal values of assets not yet liquidated under a plan of liquidation, net of actual or anticipated liquidation costs** |
| **5.** | **Subtract Net Liquidation Value from the Pre-DWH Spill TEV for claimant compensation.  No RTP.** |

65



## Calculating Failed Business Compensation Amount

| **LOSS CALCULATION FOR FAILED START-UP BUSINESSES** | |
|---|---|
| **1.** | **Calculate book value of equity as of 5/1/10** |
| **2.** | **Subtract amounts distributed to equity holders after the Spill** |
| **3.** | **Add total current amount of unpaid obligations of claimant to creditors** |
| **4.** | **Subtract book value of assets remaining to be liquidated, unless those assets are tendered to BP** |
| **5.** | **Subtract payments received from BP or the GCCF, or profits claimant earned participating in any BP-sponsored Spill remediation program** |
| **6.** | **May be eligible for "sweat equity."  No RTP.** |

66



## Types of Real Property Claims

| | |
|---|---|
| **1.** | **Coastal Real Property** |
| **2.** | **Wetlands Real Property** |
| **3.** | **Real Property Sales** |

67



# **Coastal Real Property**



# Coastal Real Property ("CRP")

| ELIGIBILITY | |
|---|---|
| **Eligible Claimants** | 1) **Owners or lessees of Eligible Parcels that:**<br><br>  a) **Owned the Parcel some time during 4/20/10 and 12/31/10; or**<br>  b) **Leased the Parcel for 60 days or longer some time during 4/20/10 to 12/31/10 and executed the lease before 4/20/10**<br><br>2) **Must meet Class Definition** |
| **Eligible Parcels** | 1) **Two Categories:**<br><br>  a) **Parcels within CRP Claim Zone with County Land Use Designation specified in CRP Framework**<br>  b) **Deeded Boat Slips within the CRP Claim Zone**<br><br>2) **If Parcel is not within CRP Claim Zone, claimants may file a Challenge Form to be included in Claim Zone** |

69



# Coastal Real Property ("CRP")

| COMPENSATION | |
|---|---|
| **Categories** | 1) Parcels placed into four Compensation Categories (A1, A2, B1, B2) depending on oiling status and ESI Shoreline Classification<br>2) Claims Administrator may reclassify based on documentary proof |
| **Compensation Amount** | 1) Calculated per Category using specified percentages of the 2010 Applicable Property Tax Rate for the Eligible Parcel<br>2) All claimants are entitled to at least the minimum Compensation Amount, with a RTP of 2.5 |
| **Physical Damage** | May seek compensation for Reasonable Repair or Replacement Costs for Physical Damage to Real or Personal Property in connection with Spill or in Response to Cleanup; No RTP. |

70



# **Wetlands Real Property**



# Wetlands Real Property ("WRP")

| ELIGIBILITY | |
|---|---|
| **Eligible Claimants** | 1) **Owners of Eligible Parcels some time during  4/20/10 to 4/18/12** <br><br> 2) **Must meet Class Definition** |
| **Eligible Parcels** | 1) **Parcels located within the WRP Claim Zone** <br><br> 2) **If parcel is not within the WRP Claim Zone, claimants may submit a Challenge Form to be included in the Claim Zone** |

72



# Wetlands Real Property ("WRP")

| COMPENSATION | |
|---|---|
| **Categories** | **Parcels placed into following two Compensation Categories:**<br><br>a) **Category A – Presence of oil documented by SCAT or NRD Assessment**<br>b) **Category B – No oil documented by SCAT or NRD Assessment → Can overcome with documentary proof** |
| **Compensation Amount** | 1) **Depends on the length of the Parcel's shoreline along the SCAT Line across the Parcel**<br>2) **All claimants are entitled to at least the minimum Compensation Amount, with a RTP of 2.5%** |
| **Physical Damage** | **May seek compensation for Reasonable Repair or Replacement Costs for Physical Damage to Real or Personal Property in connection with Spill or in Response to Cleanup; No RTP.** |

73



# **<u>Real Property Sales</u>**



# Real Property Sales ("RPS")

| | |
|---|---|
| **ELIGIBILITY** | |
| **Eligible Claimants** | 1) **Sellers of Residential Parcels within the RPS Compensation Zone who:**<br>   a) **Owned the Parcel on 4/20/10; and**<br>   b) **Executed the sales contract:**<br>     ➢ **On or after 4/21/10 and sale closed between 4/21/10 and 12/31/10; or**<br>     ➢ **Before 4/21/10 but contract price was reduced because of the Spill → Sale must have closed between 4/21/10 and 12/31/10**<br>2) **Must meet Class Definition** |
| **Eligible Parcels** | 1) **Residential Parcels located within the RPS Compensation Zone**<br>2) **Must be classified as Residential by county where Parcel is located**<br>3) **Claimants can challenge designation** |

75



# Real Property Sales ("RPS")

| COMPENSATION | |
|---|---|
| **Compensation Amount** | **Sale price of Residential Parcel multiplied by Real Property Compensation Percentage of 12.5%** |
| **Offsets** | **Prior payments from GCCF or BP for a claim related to the sale of the Residential Parcel** |
| **Allocation** | **RPS Compensation Amount will be allocated among Eligible Claimants according to their ownership interest** |

76



## Additional Damage Categories

| 1. | Subsistence |
|----|-------------|
| 2. | Vessels of Opportunity ("VoO") Charter Payment |
| 3. | Vessel Physical Damage |

77



# **<u>Subsistence</u>**



# Subsistence

| ELIGIBILITY | |
|---|---|
| **Eligible** | **Persons who satisfy the Class Definition and who:**<br><br>a) Fish or hunt to harvest, catch, barter, consume or trade Gulf natural resources<br>b) In a traditional or customary manner<br>c) To sustain basic personal or family dietary, economic security, shelter, tool or clothing needs and<br>d) Relied on subsistence resources that were diminished or restricted due to the Spill. |
| **Not Eligible** | 1) Recreational Fishermen<br>2) Recreational Hunters |

79



# Subsistence

| | COMPENSATION FOR NON-CONSUMPTION USE AND BARTERING LOSSES |
|---|---|
| **Step 1** | **Identify time period of loss of subsistence use consistent with closure or impairment of geographic areas identified by the claimant between 4/20/10 and 12/31/11** |
| **Step 2** | **Identify quantity of lost natural resources** |
| **Step 3** | **Total Value of Loss of Subsistence Use of Natural Resources = quantity in pounds X average post-Spill retail price or estimated retail price** |
| **Step 4** | **Compensation Amount is the sum of Step 3 plus (Total Value of Lost Natural Resources multiplied by RTP of 2.25)** |

80


**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

## EXAMPLE OF COMPENSATION FOR LOSSES RELATED TO CONSUMPTION

| | | Total | Adult Male | Adult Female | Child | Child |
|---|---|---|---|---|---|---|
| | | | | Family Member | | |
| Number of Individuals Subsisting on Claimant's Activities | [a] | 4 | 1 | 1 | 1 | 1 |
| Percent of Weekly Protein Supplied by Subsistence Activities | [b] | 50% | 50% | 50% | 50% | 50% |
| USDA Recommended Daily Calories | [c] | | 3000 | 2400 | 1600 | 1400 |
| USDA Recommended Protein Consumption per Day (oz.) | [d] | | 7 | 6.5 | 5 | 4 |
| USDA Recommended Weekly Protein Consumption (lbs.) | [e]=[d]*7/16 | 9.84 | 3.06 | 2.84 | 2.19 | 1.75 |
| Number of Weeks of Lost Subsistence | [f] | 24 | 24 | 24 | 24 | 24 |
| Percent of Losses Attributable to Shrimp | [g] | 75% | 75% | 75% | 75% | 75% |
| Replacement Price for Shrimp | [h] | $6.26 | $6.26 | $6.26 | $6.26 | $6.26 |
| Total Replacement Cost for Shrimp | [i]=[b]*[e]*[f]*[g]*[h] | $555 | $173 | $160 | $123 | $99 |
| Percent of Losses Attributable to Snapper | [j] | 25% | 25% | 25% | 25% | 25% |
| Replacement Price for Snapper | [k] | $9.08 | $9.08 | $9.08 | $9.08 | $9.08 |
| Total Replacement Cost for Snapper | [l]=[b]*[e]*[f]*[j]*[k] | $268 | $83 | $77 | $60 | $48 |
| Total Replacement Cost | [m]=[i]+[l] | $823 | $256 | $238 | $183 | $146 |
| RTP | [n] | 2.25 | 2.25 | 2.25 | 2.25 | 2.25 |
| Total Payment | [o]=[m]+[m]*[n] | $2,674 | $832 | $772 | $594 | $475 |

81



# **VoO Charter Payment**



# Vessels of Opportunity

| | |
|---|---|
| **ELIGIBLITY** | |
| **Eligible Claimants** | **Owned Eligible Vessel(s) during 4/20/10 to 12/31/11 and who:**<br><br>a) **Registered in 2010 to Participate in the VoO Program;**<br>b) **Executed a VoO Master Vessel Charter Agreement ("MVCA") with BP or any other BP subcontractor; and**<br>c) **Completed the Initial VoO Training Program** |

83


**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

# Vessels of Opportunity

| COMPENSATION | | |
| --- | --- | --- |
| **Based on boat size, representing pay for 26 days of work** | | |
| **Vessel Length** | **Working Status** | **Non Working Status** |
| **Less Than 30 Feet** | **$41,600** | **$4,800** |
| **30 – 45 Feet** | **$49,400** | **$5,700** |
| **46 – 65 Feet** | **$62,000** | **$7,200** |
| **More Than 65 Feet** | **$88,400** | **$10,200** |
| **No RTP** | | |

84



# **Vessel Physical Damage**



# Vessel Physical Damage

| ELIGIBILITY | |
|---|---|
| **Eligible Claimants** | **Owners of Eligible Vessel(s) during 4/20/10 to 12/31/11** |
| **Eligible Vessel** | **Vessel, and/or vessel appurtenances that sustained Physical Damage** |
| **Not Eligible** | 1) **Owners of Eligible Vessel(s) that signed a Receipt and Release Letter Agreement in connection with BP's VoO program**<br><br>2) **Physical Damage to an Eligible Vessel while working for an Oil Spill Response Organization or Oil Spill Removal Organization** |

86



# Vessel Physical Damage

| COMPENSATION | |
|---|---|
| **Vessel Damage Compensation** | **Lesser of reasonable and necessary costs to repair or replace an Eligible Vessel** |
| **Verification of Reasonable Costs to Repair/Replace** | **Claims Administrator may verify reasonableness by obtaining an independent estimate** |
| **RTP** | **None** |

87



# 3.  <u>OVERVIEW OF CLAIMS PROCESSING</u>



**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

# HOW CLAIMANTS FILE CLAIMS

| | |
|---|---|
| **FORMS REQUIRED** | 1) **Registration Form**<br>2) **Claim Form with Supporting Documents** |
| **ONLINE SUBMISSION** | 1) **Attorney Portal**<br>2) **Pro Se Portal**<br>3) **At a Claimant Assistance Center** |
| **HARD COPY** | 1) **Mail to PO Box or Hammond Address**<br>2) **Overnight Delivery**<br>3) **Facsimile**<br>4) **Personal Delivery to Hammond or a CAC** |
| **PDFS** | **Sent by Email** |

89



| | **STEPS TO FILE A CLAIM ONLINE** |
|---|---|
| **1.** | **Access DWH Portal:**<br>**a)   Unrepresented Claimant Portal**<br>**b)   Attorney Portal: Can Manage All Claimants**<br>**c)   CAC Portal: Assist Claimants to File Claims and Check Status of the Claim** |
| **2.** | **Create an Account: Automated Email Message to Activate the Link** |
| **3.** | **Establish Claimant by Filling Out Claimant Detail Information: Generates Claimant ID** |
| **4.** | **Complete Registration Form** |
| **5.** | **Complete Applicable Claim Forms** |
| **6.** | **Upload Documents in PDFs or Other Format** |
| **7.** | **Sign Electronically Online** |

90



# CLAIM FILING DEADLINES

| EARLIER OF: | IMPLICATION |
|---|---|
| **LATER OF 4/24/14 or SIX MONTHS AFTER EFFECTIVE DATE** | **File all Claim Types except Seafood Program Claims** |
| **30 DAYS AFTER FINAL JUDICIAL APPROVAL** | **File Seafood Program Claims** |
| **FIRST SETTLEMENT PAYMENT** | **File All Other Claims Within Six Months (180 Days)** |

91



# STAGES OF CLAIMS REVIEW

**STAGE 1:** Signed Claim Form → Ready for Review

**STAGE 2:** Identity Verification

**STAGE 3:** Exclusion Analysis

**STAGE 4:**
1) Document Categorization
2) Financial Data Capture

**STAGE 5:**
1) Eligibility
2) Causation
3) Loss Calculation

**STAGE 6:** Notice Issued:
1) Eligible
2) Incomplete
3) Denied

**STAGE 7:** Reconsideration and Appeal Phase

92



# 4.  <u>OVERVIEW OF APPEALS PROCESS</u>



**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

# <u>Section 6 of Settlement Agreement</u>

**Reconsideration**

**Incompleteness Appeals to Documentation Reviewer**

**Appeals to the Appeal Panel**

94



# Reconsideration and Types of Appeals

| Type of Process | Who Can File? | Deadline to File? | Filing Fee? |
|---|---|---|---|
| Reconsideration | Claimant | Within 30 days after Incompleteness Denial Notice, Denial Notice, or Eligibility Notice | No fee |
| Incompleteness Appeal to Document Reviewer | Claimant | Within 20 days after Post-Reconsideration Incompleteness Denial Notice | No fee |
| Denial or Eligibility Appeal to Appeal Panel | Claimant or BP | Claimant→ Within 30 days after any Post-Reconsideration Eligibility Notice or Denial Notice.<br><br>BP→ Within 10/15/20 days after issuance of Eligibility Notice or Post-Reconsideration Eligibility Notice  >$25,000, based on Compensation Amount. | Claimant→ Sliding scale fee based on amount sought.<br><br>BP→ Sliding scale fee based on Compensation Amount. |

95



# **Reconsideration Process**





**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

# <u>Grounds for Reconsideration</u>

> ## Calculation Error

> ## Failure to take into account relevant information or data

> ## Other failure to follow standards governing determination

**There is no fee for Reconsideration.**

98



# Reconsideration: Possible Outcomes

| | |
|---|---|
| **Notice of Untimely Request or Notice of Withdrawal of Request** | 1) **If claimant submits Request for Reconsideration after 30 day period or withdraws Request, no Reconsideration review performed**<br><br>2) **Claimant cannot Appeal or submit Incompleteness Appeal but may accept original Compensation Amount** |
| **Post-Reconsideration Incompleteness Denial Notice or claim returns for review** | **CA Reconsideration Team performs review and finds documentation insufficient or claim complete and:**<br><br>a) **If documentation remains insufficient, claimant may submit Incompleteness Appeal**<br>b) **If claim complete, claim proceeds to next step of review process** |
| **Post-Reconsideration Eligibility Notice or Denial Notice** | **CA Reconsideration Team performs review and finds claim payable or denies claim and:**<br><br>a) **Claimant may accept new Compensation Amount**<br>b) **Claimant/BP may file Appeal with Appeal Panel** |

99



**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

# Summary of Reconsideration Process

Claims Review → Eligibility Notice, Denial Notice or Incompleteness Denial Notice → File Access: CA posts all forms, calculations, and worksheets relied upon in reaching final determination → Claimant Submits Request for Reconsideration Form

CA Reconsideration Review → Post-Reconsideration Incompleteness Denial Notice → No Response From Claimant; CA Closes Claim / Claimant Submits Incompleteness Appeal

CA Reconsideration Review → Post-Reconsideration Denial or Eligibility Notice → Acceptance, Release and Payment / Claimant/BP Appeals to Appeal Panel

100



# **Appeal for Insufficient Documentation (Incompleteness Appeal)**



## Post-Reconsideration Incompleteness Denial Notices and Incompleteness Appeals

| Claims Administrator |
| :---: |
| CA issues Post-Reconsideration Incompleteness Denial Notice |

| Claimant |
| :---: |
| Claimant has 20 days after Post-Reconsideration Incompleteness Denial Notice to submit Incompleteness Appeal |

| Reviewer | |
| :---: | :---: |
| Documentation Reviewer checks for error in Incompleteness Denial Notice | CA returns claim to review process or issues Post-Incompleteness Appeal Denial Notice |

102



**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

# Incompleteness Appeal: Possible Outcomes

| **Claim Incomplete** | 1) CA issues Post-Incompleteness Appeal Denial Notice<br><br>2) Claimant may file claim again |
|---|---|
| **Claim Not Incomplete** | 1) Documentation Reviewer finds documentation sufficient<br>2) Claim returns to review process<br>3) CA issues appropriate notice according to outcome of review |

103





# **BP and Claimant Appeals to Appeal Panel**



DEEPWATER HORIZON
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

# Who Can Appeal?

| Claimants | Any Post-Reconsideration Eligibility Notice or Denial Notice |
| --- | --- |
| **BP** | **Eligibility Notices and Post-Reconsideration Eligibility Notices with Compensation Amounts > $25,000** |

106



# <u>Types of Appeal Processes</u>

| "Baseball Process" | Eligibility Notice |
|---|---|
| "Non-Baseball Process" | 1) Denial Notice<br>2) Appeal based only on RTP |

107



# **Appeals of Eligibility Notices:**

# **The "Baseball Process"**



DEEPWATER HORIZON
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

# Appeals of Eligibility Notices: Potential Issues on Appeal

| **Compensation Amount** | Before Risk Transfer Premium (RTP) and any offsets |
| --- | --- |
| **RTP** | 1) Risk Transfer Premium<br>2) Based on claim type<br>3) Multiplier of Compensation Amount |
| **Most Appeals** | Likely to be based off Compensation Amount |

109



**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

# Appeals of Eligibility Notices:
## Procedures and Deadlines

| Claimant Appeal | | BP Appeal | |
|---|---|---|---|
| 1. | **Any Compensation Amount** | 1. | **Only claims with pre-RTP Compensation Amount > $25,000** |
| 2. | **Deadline:  30 days after Post-Reconsideration Eligibility Notice** | 2. | **Deadline:**<br>a) **Depends on Compensation Amount**<br>b) **Runs from date of Eligibility Notice or Post-Reconsideration Eligibility Notice** |
| 3. | **May not submit additional documentation other than required Appeal paperwork and any supporting memoranda** | | |

| Compensation Amount | Days for BP to Appeal |
|---|---|
| **$25,00.01 to $250,000** | **10 days** |
| **$250,000.01 to $500,000** | **15 days** |
| **$500,00.01 or more** | **20 days** |

110



**DEEPWATER HORIZON**
**CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

# Appeals of Eligibility Notices:  Filing Fees

**Claimant may choose filing fee or 5% reduction in Compensation Amount if claimant does not prevail (prevail = receive higher Compensation Amount.)  BP must pay filing fee.**

| Claimant Filing Fees | |
| --- | --- |
| **Based on Requested Compensation Amount** | **Fee** |
| **Up to $10,000** | **$100** |
| **$10,000.01 to $25,000** | **$150** |
| **$25,000.01 to $50,000** | **$200** |
| **$50,000.01 to $100,000** | **$250** |
| **$100,000.01 to $250,000** | **$500** |
| **$250,000.01 to $500,000** | **$1,000** |
| **$500,000.01 or more** | **$2,500** |

| BP Filing Fees | |
| --- | --- |
| **Based on Eligibility Notice Compensation Amount** | **Fee** |
| **$25,000.01 to $50,000** | **$400** |
| **$50,000.01 to $100,000** | **$500** |
| **$100,000.01 to $250,000** | **$1,000** |
| **$250,000.01 to $500,000** | **$2,000** |
| **$500,00.01 to $1,000,000** | **$4,000** |
| **$1,000,000.01 or more** | **$5,000** |

111



**DEEPWATER HORIZON**
**CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

# Appeals of Eligibility Notices: "Baseball Process" Initial Proposals

First statement of pre-RTP Compensation Amount each party believes claimant should receive.

| Claimant and BP | |
|---|---|
| **Must submit Initial Proposal within 15 days after Appeals Coordinator posts Notice of Appeal** | **May include supporting memoranda** |

## Appeals Coordinator

**Posts Initial Proposals and any supporting memoranda after 25 days or when it receives both Proposals, if sooner**

112



## Appeals of Eligibility Notices : "Baseball Process"
## Final Proposals

**Second and last statement of pre-RTP Compensation Amount each party believes claimant should receive.**

### Claimant and BP

**If parties have not reached agreement, must submit Final Proposal within 25 days after Notice of Appeal**

### Appeals Coordinator

**Posts Final Proposals  after 35 days or when it receives both Proposals, if sooner**

113



# Appeals of Eligibility Notices:  Appeal Panel Process

**After 5 days**

1) Appeals Coordinator routes claim to Appeal Panel five days after Final Proposals posted
2) Parties may reach a compromise any time until Appeal Panel posts a decision.
3) If parties reach a decision, Appeal Process ends

**Decision**

1) One or three member panel chooses Final Proposal of claimant or BP
2) Appeal Panel posts written decision for every claim
3) If Award $\geq$ $1,000,0000, panel posts written opinion

**Post-Appeal Eligibility Notice**

CA issues Post-Appeal Eligibility Notice

114



# Appeals of Eligibility Notices:  Possible Outcomes

| | |
|---|---|
| **Claimant or BP accepts the other's Initial or Final Proposal** | 1) **Deadline to accept:**<br>   a) **Initial Proposal: Before posting of Final Proposals**<br>   b) **Final Proposal:  5 days after Final Proposals posted**<br>2) **Form: One party submits Acceptance of Initial/ Final Proposal**<br>3) **Appeals Coordinator: Notifies both parties and closes Appeal** |
| **Claimant and BP compromise** | 1) **Deadline to compromise: Before Appeal Panel posts decision**<br>2) **Form: Both parties submit Compromise Compensation Amount**<br>3) **Appeals Coordinator: Verifies Compensation Amounts match, notifies parties, and closes Appeal** |
| **No agreement; claim goes before Appeal Panel** | 1) **Claim posted to Appeal Panel portal 5 days after Final Proposals**<br>2) **Appeal Panel awards Compensation Amount from either Claimant or BP's Final Proposal**<br>   a) **Claimant prevails → Extra 5% on Compensation Amount and reimbursed any filing fee advanced**<br>   b) **Claimant does not prevail → 5% reduction, if applicable**<br>3) **CA: Issues Post-Appeal Notice** |

115



# Claimant/BP Appeal of Eligibility Notice Process

116



# **Appeals of Denial Notices: The "Non-Baseball Process"**



# Appeals of Denial Notices: Potential Issues on Appeal

**Excluded claims**

**Claims denied for causation**

**Non-Baseball Process may apply to Appeals regarding the RTP multiplier**

118



DEEPWATER HORIZON
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

# Appeals of Denial Notices: Procedures, Deadlines and Fees

**1.**

a) **Available to claimants only**
b) **$100 filing fee**

**2.**

**Must complete Reconsideration and receive Post-Reconsideration Denial Notice before filing Appeal of a Denial Notice**

**3.**

**May not submit additional documentation other than required Appeal paperwork and any supporting memoranda or briefs**



**DEEPWATER HORIZON**
**CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

# Appeals of Denial Notices:  "Non-Baseball Process" Memoranda and Reply Brief

| Claimant | |
|---|---|
| Opening memorandum explaining basis for Appeal | Claimant must submit within 10 days after Appeals Coordinator posts Notice of Appeal |

| BP | |
|---|---|
| Opposition memorandum (*optional*). | BP may submit within 25 days after Notice of Appeal |

| Claimant | |
|---|---|
| Reply brief (*optional*). | Claimant may submit within 35 days after Notice of Appeal |

120



# Appeals of Denial Notices:  Appeal Panel Process

| After 35 days | Appeals Coordinator routes claim to Appeal Panel |
| --- | --- |
| **Decision** | 1) Panel either upholds or overturns Denial<br>2) Panel posts written decision for every claim |
| **Post-Appeal Denial Notice** | 1) CA issues Post-Appeal Denial Notice or re-processes claim to determine Eligibility Notice<br>2) Post-Appeal Denial Notice ends Appeals Process |

121



# Claimant Appeal of Denial Notice Process

122



# <u>**Appeal Panel**</u>



# Section 6 and Exhibit 25: Appeal Panel Process and Procedures

1.  **Panel is neutral**

2.  **De Novo review**

3.  **Panel has right to establish own procedural rules for review of Appeals**

4.  **Court has discretionary right to review any Appeal determination**

124



**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

# Appeal Panel Composition

**CA: Random selection of panelists from Court-approved list.**

**Claims < $1,000,000**

**Claims ≥ $1,000,000**

**One Member**

**Three member panel**

**One panelist from claimant's home state**

125


**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

## <u>Neutral Review of Appeals</u>

**Appeals Neutral may consider the following:**

1) Initial/ Final Proposals and any memoranda;
2) Complete record of claimant in Settlement Program;
3) Settlement Agreement and all attachments;
4) Court rulings on similar issues; and
5) Prior appeal rulings on similar issues.

**Parties may reach a compromise any time until Appeal Panel posts a decision.  If they do, Appeal Process ends.**

126



DEEPWATER HORIZON
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

## **Appeal Panel's Ruling**

**All claims:  Each panelist submits decision on portal for every claim Appeals Coordinator assigns. For three member panels, majority vote wins.**

**Claims ≥ $1,000,000:  Must also submit a written opinion**

1) **Upload to DWH Portal; or**
2) **Email to Appeals Coordinator at AppealsCoordinator@dhecc.com.**
3) **Three member panels may coordinate as they deem appropriate to submit written opinion**

127



# 5. <u>APPEAL PANEL PORTAL AND PROCEDURES</u>



# **<u>Appeal Panel Portal</u>**



# **Purpose of Appeal Panel Portal**

1. **Facilitate and support the neutral Appeal Panel Process**

2. **Provide file access**

3. **Randomly assign appeal panelists**

4. **Provide panelists with access to historical appeals reports**

5. **Provide panelists with WebEx training materials for all claim types**

130



# Portal Access to Appeals

1) **Panelists will receive notification from Appeals Coordinator when new Appeal assigned.**

2) **To access Appeal, log into DWH Portal: https://www2.deepwaterhorizoneconomicsettlement.com/**

3) **Enter Login ID and Password and click the Login button.**

4) **Home screen will appear:**



4) **Navigate between the available options on left side of screen by left-clicking on screen to enter.**

131





# Contacting Appeals Coordinator

1) **Panelists must remain neutral.  Appeals Coordinator available to assist Appeal Panel to facilitate processing of Appeals while maintaining the integrity of neutral Appeals Panel Process.**

2) **Panelists may contact Appeals Coordinator at any time for assistance with portal or questions.**

3) **Click Contact Appeals Coordinator button on portal or email Appeals Coordinator at AppealsCoordinator@dhecc.com.**



133



**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

# <u>Contacting Appeals Coordinator</u>

**Contact Appeals Coordinator**

Please type your question or comment in the comment field below. Once you are finished, click Submit and an e-mail with your question or comment will be sent to the Appeals Coordinator.  Alternatively, you may send an email directly to the Appeals Coordinator at AppealsCoordinator@dhecc.com

Max 2,000 Characters.

| Submit | Cancel |

**Type question in space provided.**

**Click Submit to send question to Appeals Coordinator.**

134



# <u>Review of Appeal: Appeals of Compensation Amount</u>

1) **Initial and Final Proposals displayed on Review of Appeal screen.**

2) **Review uploaded documents by clicking View Documents button.**

3) **Three-member Appeal Panel:**

   a) **Names of other two panelists assigned to the Panel, along with their contact information, will display on Appeal Review screen.**

   b) **Each Panel member submits vote on portal.**

   c) **Majority vote wins.**

4) **Two options: Claimant Final Proposal or BP Final Proposal.**

   a) **Click radio button to enter decision.**

   b) **From dropdown menu, choose primary basis for decision; claim tagged with selection for research of historical appeal decision.**

5) **Submit written opinion for claims <u>></u> $1,000,000.**

135



**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

# Review of Appeal: Appeals of Compensation Amount

| Claimant Information | |
|---|---|
| **Claimant ID:** 100000011 | **Claimant/Business Name:** Sinatra, Francis |
| **Claimant Type:** Individual With Business | **Address:** 121 South Test Street |
| **SSN/EIN:** 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 | New Orleans LA 43231 |
| **Represented By:** Lawfirm2 | **Preferred Language:** English |

Contact Appeals Coordinator

### Panelist Contact Information and Decision Summary

| Panelist Name | State | Email | Telephone | Decision BP/Claimant | Final Proposal Amount Selected | Primary Basis for Panelist Decision |
|---|---|---|---|---|---|---|
| Donald C. Massey | LA | donald@abc.com | 804-358-5689 | | | |
| Robert N. Heath | FL | emile@abc.com | 804-458-8798 | BP | $900,000.00 | Error in calculation |
| Alex A. Alston | MS | alex@abc.com | 804-777-4500 | Claimant | $1,200,000.00 | No error |

### Appeal Information

| | | | |
|---|---|---|---|
| Claim ID: | 502 | Claim Type: | Wetlands Real Property |
| Compensation Amount (pre-RTP): | $1,050,000.00 | RTP Multiplier: | 2.25 |
| Home State selected: | LA | Reason for Appeal: | Error in calculation |
| Appeal Type: | BP Appeal | Date submitted to Panel: | 9/2/12 |

### Historical Appeal Proposals

| Appeal Stage | Party | Amount |
|---|---|---|
| Initial | BP | $900,000.00 |
| Initial | Claimant | $1,300,000.00 |
| Final | BP | $900,000.00 |
| Final | Claimant | $1,200,000.00 |

### Documents

Click the View Documents button to view documents uploaded to this claimant's file. The Upload button provides you the ability to send documents to the Claims Administrator. Any documents you upload using this button will be directly linked to the claimant's file.

View Documents          Upload

136



# Appeal Panel Decision: Appeals of Compensation Amount



| Panelist selects Claimant Final Proposal or BP Final Proposal |

**Decision**

| **Decision:** | ★ ○ Claimant Final Proposal | ○ BP Final Proposal |

**Amount:** $$$$$

**Primary Basis for Panelist Decision:** ★ Error in documentation review

Select primary basis for decision

For Panel awards of Compensation Amounts of $1,000,000 or greater, the Panel must submit a written opinion. The written opinion will be provided to the claimant and BP, and we will make the written opinion available to the public with redacted identifying information.  Please upload or email your written opinion to AppealsCoordinator@dhecc.com.

You may provide a comment in the field below for internal reports on historical appeals.

1) **Error in documentation review.**
2) **Error in calculation.**
3) **No error.**
4) **Error in RTP multiplier.**

**Comment:**

Max 2,000 Characters.

Submit

137



# Review of Appeal: Appeals of Denials

1) Access document by clicking View Documents button

2) Two options: Denial Upheld or Denial Overturned

   a) Click radio button to enter decision

   b) From dropdown menu, choose primary basis for decision

138


**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

# Review of Appeal: Appeals of Denials

| Claimant Information | |
|---|---|
| Claimant ID: 100000011 | Claimant/Business Name: Sinatra, Francis |
| Claimant Type: Individual With Business | Address: 121 South Test Street |
| SSN/EIN: 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 | New Orleans LA 43231 |
| Represented By: Lawfirm2 | Preferred Language: English |

| Contact Appeals Coordinator |

| Appeal Information | |
|---|---|
| Claim ID: 502 | Claim Type: Business Economic Loss |
| Date submitted to Panel: 9/2/12 | Reason for Appeal: Claim should not have been excluded |
| Appeal Type: Claimant Submitted | |

Denial Reason(s) on Last Notice:

| Denial Notice Reason | Denial Language in Notice to Claimant |
|---|---|
| | |
| | |

| Documents |
|---|
| Click the View Documents button to view documents uploaded to this claimant's file. The Upload button provides you the ability to send documents to the Claims Administrator. Any documents you upload using this button will be directly linked to the claimant's file. |

| View Documents |   | Upload |

**View Opening Memorandum, Opposition Memorandum, and Reply Brief, and other claimant documents.**

139





# Portal Functionality and Future Enhancements

1.  **When portal is live, we will provide updates, training materials, and any future enhancements or changes to portal to panelists.**

2.  **We will monitor feedback and requests of all appeal panelists and enhance portal functionality as appropriate to facilitate neutral Appeal Panel process.**

141



# **<u>Sample Notice of Appeal Panel Decision</u>**



# <u>Notice of Appeal Panel Decision</u>

| NOTICE OF APPEAL PANEL DECISION | | |
|---|---|---|
| **DATE OF NOTICE: December 25, 2012** | | |
| **I.  CLAIMANT AND CLAIM INFORMATION** | | |

| **Claimant Name** | Last Stinson | First Peter | Middle Lee |
|---|---|---|---|
| **Claimant ID** | 456456 | **Claim ID**  789 | |
| **Claim Type** | Coastal Property | | |
| **Law Firm** | Jones, Jones & Jones | | |
| **Parcel Address** | Street 1234 Baelish Road | | County/Parish |
| | City Bridge City | State LA | Zip Code 70094 |
| **Property Tax Assessment ID** | 123456789 | **Parcel ID** | 123123 |

| **II.  APPEAL PANEL DECISION** |
|---|

The Appeal Panel has reviewed the Appeal of your Post-Reconsideration Eligibility Notice and has reached a decision on your claim. The Appeal Panel has awarded you a pre-RTP Compensation Amount of $1,300,000 as set forth in your Final Proposal. The Compensation Amount awarded by the Appeal Panel will appear in Section 2, line 1 of your Post-Appeal Eligibility Notice. We will increase this Compensation Amount by the applicable Risk Transfer Premium, if any, and also decrease this Compensation Amount by any applicable offsets to determine your Award Amount.  If we have received notice of any outstanding lien, we will also deduct that applicable amount from your Award Amount. The Appeal Panel's decision will stand as the Settlement Program's final determination on your claim. The Appeal Panel submitted a written opinion describing the basis for its determination and we will post or mail this opinion to you in a separate document.

143



# <u>Notice of Appeal Panel Decision</u>

| III. How to Contact us with Questions |
|---|
| For questions about this Notice of Appeal Panel Decision or the status of your other claim(s), contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com.** You may also visit a Claimant Assistance Center for help. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com.** |

| IV. How to Respond to this Notice |
|---|
| You may review your claim through the DWH Portal or contact the Deepwater Horizon Claims Administrator in any of the following ways: |

| | |
|---|---|
| **By Mail:** | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail:** | Deepwater Horizon Economic Claims Center<br>c/o Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **By Facsimile:** | (888) 524-1583 |
| **By Email:** | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center:** | You may visit Claimant Assistance Center with any questions. |

| VII. Summary of Other Submitted Claims |
|---|
| V. |
| We received one or more additional Claim Forms from you that are not included or addressed in this Notice. This chart summarizes the status of those claims as of the date of this Notice. You will receive or have already received separate Notices for each additional claim. You may monitor the status of your other claims by using the DWH Portal. If you do not use the DWH Portal, contact us by one of the methods listed in Section IV of this Notice to find out the current status of your other claims. |

| | Claim Type | Claim ID | Claim Status |
|---|---|---|---|
| **1.** | VoO | 789123 | Under Claims Review |

144



# 6.  QUESTIONS AND ANSWERS