# Exhibit 5

**DENTONS**

**Keith Moskowitz**
Partner

keith.moskowitz@dentons.com
D  +1 312 876 8220

Dentons US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL 60606-6404 USA

T  +1 312 876 8000
F  +1 312 876 7934

**Salans FMC SNR Denton**
dentons.com

July 18, 2013

David Welker
Deepwater Horizon Settlement Program
935 Gravier Street
New Orleans, Louisiana 70130

Dear Mr. Welker:

On July 15, 2013, BP received information through its anti-fraud hotline that a CSSP claim center employee in the Azalea Road Facility located in Mobile, Alabama, is allegedly engaging in a fraudulent scheme by assisting individuals in submitting fraudulent subsistence claims to the CSSP in exchange for payment of a portion of settlement awards that may be paid to these individual claimants. A copy of the intake report from the anti-fraud call center is attached. This is the only record that BP possess related to the reported tip. As you will see, the person who reported the tip does not know the name of the CSSP employee, but contends that the employee is a daughter of the reporter's co-worker (who the reporter identifies by name). BP has not had any further contact with the individual who reported the tip.

Because this allegation relates to a CSSP employee, BP has not conducted any independent investigation and is providing this information directly to the CSSP. BP cannot comment on the veracity of the information reported, although we do note that the individual making this report did not request anonymity. Given that the allegations pertain to a CSSP employee, and that the reported information relates to alleged fraudulent kickbacks on subsistence claims—a claims process that Mr. Sutton was heavily involved with—this information should be promptly investigated. Furthermore, we ask that the CSSP take all necessary steps to ensure that no potentially fraudulent payments are issued during the course of your investigation.

At a minimum we expect any investigation to include the following measures:

- collect, preserve and review all electronic or hard copy documents, Sharepoint sites, emails, or other communications relating to the employee's employment application, certifications, disclosure forms, background checks and disciplinary records;

- collect, preserve and review all electronic or hard copy documents, emails, recordings or other communications relating to the employee's interaction with any CSSP claimants;

**DENTONS**

David Welker
July 18, 2013
Page 2

Salans FMC SNR Denton
dentons.com

- collect, preserve and review all electronic or hard copy documents, emails, recordings or other communications relating to the employee's handling, assistance or submission of any claims to the CSSP;

- collect, preserve and review all electronic or hard copy documents, emails, recordings or other communications created by the employee;

- collect, preserve and review all electronic or hard copy documents, emails, recordings or other communications sent to or received from Mr. Sutton or Ms. Reitano by the employee;

- identify all claims, including but not limited to subsistence claims, that the employee assisted, in any capacity, in submitting to the CSSP;

- put a hold on and review, at minimum, all subsistence claims the employee assisted in any capacity in submitting to the CSSP to determine whether the claims were improperly paid;

- identify all current and former CSSP employees who worked with the employee with particular sensitivity to determine whether any other CSSP employees may have been participants in the alleged scheme;

- interview the employee.

BP expects regular updates on the status and findings of your investigation. In particular, BP would request you provide the list of claims the employee has had any involvement with as soon as possible. BP further expects that during the pendency of your investigation, certain steps must be taken to ensure that fraudulent claims do not continue to be paid out pursuant to this scheme if the alleged misconduct is true. To accomplish this goal, we expect that the CSSP will take immediate action to place a hold on all claims the employee assisted in submitting to the CSSP until the investigation is completed. Furthermore, we request that you promptly provide BP with a report on all previous and ongoing fraud investigations related to subsistence claims.

Please confirm by July 19, 2013 that you will immediately undertake an investigation of this information consistent with the expectations set forth above and that all relevant claims will be placed on hold pending the completion of your investigation.

Sincerely,

Keith Moskowitz

Keith Moskowitz

cc: Patrick Juneau
Enclosure
80456477.2