# Exhibit 6

**Case: GCFH - 18 - Hotline Phone**
**BP America Inc**
**Claims Preparers/ law firms engaged in fraudulent scheme (Fraud regarding multiple claims or fraudulent schemes)**

## Case Snapshot

**Opened:** 7/16/2013
**Days open:** 1
**Last modified:** 7/16/2013 10:20 AM
**Intake method:** Hotline Phone
**Status:** Unreviewed
**Alert:** Green

## General Case Information

**Case number:** GCFH - 18
**Received/Reported date:** 7/16/2013
**Language:** English
**Assigned tier:** BP America Inc

### Issue

**Primary issue:** Claims Preparers/ law firms engaged in fraudulent scheme (Fraud regarding multiple claims or fraudulent schemes)

## Case Details

### Reported tier information

**Case type:** Allegation
**Intake method:** Hotline Phone

### Location

**Organization/Building name:** BP America, Inc.

### Reporter contact information

**Is the reporter an employee?** No
**Reporter anonymous:** No

### Case Information

**First name:** ▮

**Last name:** ▮

**Email address:** ▮

**Phone Number:** ▮

**If the case manager needs to contact you again, what would be the best time and manner?** By phone anytime, ▮ will return calls but doesn't have voicemail setup.

**Can a message be left on your telephone?** No

**A claimant?** No

**Employed by a Claims Preparer, Law Firm or Accounting Firm?** No

**Employed by the Claims Administrators' Office ("CAO") or the Court Supervised Settlement Program ("CSSP")?** No

**Employed by a Claims Vendor Employee?** No

**Employed by BP?** No

**What is the first and last name of the individual or the name of the company that you suspect are involved in fraud?** (first name unknown) ( last name unknown), claims department associate, at the Deepwater Horizon claim center on Azalea Rd. in Mobile, AL

**Please provide any of the following that you might know: address, city, state, telephone number, email address (if known), approximate age:** The individual works at Deepwater Horizon claim center on Azalea Rd. in Mobile, AL. The person suspected of fraud is a female associate who is ▮ and approximately ▮ years old. The female Associate's mothers name is ▮, who is one of ▮ co-worker.

**When did the fraud occur?** ▮ was made aware of the situation in June 2013.

**Was this a one-time event?** No

**If more than one time, how many times would you estimate that it has occurred?** Multiple

**In which city and state was the fraud committed?** Mobile, AL

**Have you reported this incident before to the Gulf Claims Fraud Hotline or any other fraud hotline or law enforcement agency?** Yes

**If so, which group did you report it to and when?** The Attorney General's office

**How did you become aware of this activity?** ▮

**Did the information come from another individual?** Yes

**If yes, please provide any information you have about that individual: first name, last name, address, city, place of business:** ▮, employeed at ▮

▮

Mobile, AL 36619

**Is there anyone else that would have knowledge of this issue?** Possibly other employees at ▮

**Do you know if fraudulent documents were submitted in the claim?** Yes

**If yes, do you know who prepared the documents?** ▮ faxed documents related to ▮ claim from the ▮ office.

**Do you have copies?** No

Were there others using the same information or similar information to file a fraudulent claim?  Yes

Please provide any additional information you believe is pertinent.:  no additional information

Details:  ▮ works with ▮. ▮ is employed at ▮ in Mobile, AL. ▮ Daughter (name unknown) works at the Deepwater claims center. ▮ has told ▮ that claims have been submitted from ▮ Brother (name unknown), ▮, and other family members with the assistance of ▮ Daughter. ▮ Daughter files the claims fraudulently. ▮ said that her Brother is receiving claim compensation of approximately $30,000.00 for a fraudulent claim that listed people and not social security numbers on the claim. ▮ Daughter advised her uncle what types of fish and the weights to claim, and other specific details, to attain the maximum claim possible, and not be caught in fraudulent activity. The Daughter recruits people to file claims in exchange for a percentage of the claims return. The Daughter is receiving a payoff amount of $10,000.00 for the claim that she filed for her uncle. This behavior is rampant in the claims center. ▮ also said that the Daughter will file a claim for the Daughter's ex-husband as a means to recoup owed child support. ▮ does not want this information shared with the Deepwater Mobile, AL center.

### Legacy information

---

### Follow-ups

There are no additional notes for this incident.

### Questions/Comments and Reporter Responses

There are no questions asked by the client.

### Chat Transcripts

There are no chat transcripts for this incident.

---

### Assignments & Access

**Case assignee(s):**  None
**Restricted access:**  None
**Case access list:**  ▮

---

### Participants

None

---

### Items

None

### Agencies

### Attachments

None

### Synopsis

#### Outcome of case

**Primary outcome:**   - Select One -

**Secondary outcome 1:**   - Select One -

**Secondary outcome 2:**   - Select One -

**Action taken:**   - Select One -

#### Additional details

### Tasks

None

### Case Notes

None

### Related Cases

#### Cases marked as related to this case

None

#### Cases in which this case has been marked as related

None