# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | ) | **MDL No. 2179** |
| in the Gulf of Mexico, on April 20, 2010 | ) | |
| | ) | **SECTION J** |
| This Document Relates to: | ) | |
| 2:13-CV-02071 | ) | **JUDGE BARBIER** |
| Alpaugh Supply, LLC v. | ) | |
| BP Exploration & Production, Inc. et al | ) | **MAG. JUDGE SHUSHAN** |

**********************************************************************************

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Alpaugh Supply, LLC
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

NONE

PARENT CORPORATIONS

NONE


**08.02.2013**
DATE

Robert J. Diliberto
Attorney

LABA# 24783
Bar Roll Number

3636 S. I-10 Service Rd. W. Ste 210
Address

Metairie, LA 70001