UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) | **MDL No. 2179** |
| | ) | **SECTION J** |
| This Document Relates to: | ) | |
| 2:13-CV-02308 | ) | **JUDGE BARBIER** |
| Bino, LLC v. | ) | |
| BP Exploration & Production, Inc. et al | ) | **MAG. JUDGE SHUSHAN** |

******************************************************************************

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

| Bino, LLC | PUBLICLY HELD COMPANY THAT |
|---|---|
| NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION | OWNS 10% OR MORE OF THE PARTY'S STOCK |

PARENT CORPORATIONS          NONE

NONE

**08.02.2013**          Robert J. Diliberto
DATE                           Attorney

                               LABA# 24783
                               Bar Roll Number

                               3636 S. I-10 Service Rd. W. Ste 210
                               Address

                               Metairie, LA 70001