UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 ) | **MDL No. 2179** |
| ) | **SECTION J** |
| This Document Relates to: ) | |
| 2:13-CV-02161 ) | **JUDGE BARBIER** |
| Clipper Land Holdings, LLC v. ) | |
| BP Exploration & Production, Inc. et al ) | **MAG. JUDGE SHUSHAN** |

******************************************************************************

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

| Clipper Land Holdings, LLC | PUBLICLY HELD |
| NON-GOVERNMENTAL | COMPANY THAT |
| CORPORATE PARTY | OWNS 10% OR MORE |
| TO THIS ACTION | OF THE PARTY'S STOCK |

PARENT CORPORATIONS                         NONE

NONE


**08.02.2013**                              Robert J. Diliberto
DATE                                        Attorney

                                            LABA# 24783
                                            Bar Roll Number

                                            3636 S. I-10 Service Rd. W. Ste 210
                                            Address

                                            Metairie, LA 70001