**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon"  ) | **MDL No. 2179** |
|     in the Gulf of Mexico, on April 20, 2010                       ) | |
|                                                                                              ) | **SECTION J** |
| This Document Relates to:                                            ) | |
| 2:13-CV-02139                                                                   ) | **JUDGE BARBIER** |
| Amar Dave v.                                                                      ) | |
| BP Exploration & Production, Inc. et al                     ) | **MAG. JUDGE SHUSHAN** |

*************************************************************************

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

| Amar Dave | PUBLICLY HELD |
|:---:|:---:|
| NON-GOVERNMENTAL | COMPANY THAT |
| CORPORATE PARTY | OWNS 10% OR MORE |
| TO THIS ACTION | OF THE PARTY'S STOCK |

| PARENT CORPORATIONS | NONE |
|:---:|:---:|
| NONE | |

**08.02.2013**                                                                        Robert J. Diliberto
         DATE                                                                                    Attorney

                                                                                                   LABA# 24783
                                                                                               Bar Roll Number

                                                                              3636 S. I-10 Service Rd. W. Ste 210
                                                                                                    Address

                                                                                          Metairie, LA 70001