UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) | **MDL No. 2179** |
| This Document Relates to: | ) ) | **SECTION J** |
| 2:13-CV-02027 William Davis v. BP Exploration & Production, Inc. et al | ) ) ) | **JUDGE BARBIER** **MAG. JUDGE SHUSHAN** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

| Davis William | PUBLICLY HELD |
|---|---|
| NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION | COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK |
| PARENT CORPORATIONS | NONE |
| NONE | |

| | |
|---|---|
| **08.02.2013** | Robert J. Diliberto |
| DATE | Attorney |
| | LABA# 24783 |
| | Bar Roll Number |
| | 3636 S. I-10 Service Rd. W. Ste 210 |
| | Address |
| | Metairie, LA 70001 |