UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 ) ) ) | **MDL No. 2179** |
| ) | **SECTION J** |
| This Document Relates to: ) | |
| 2:13-CV-02178 ) | **JUDGE BARBIER** |
| Digital Designers, LLC v. ) | |
| BP Exploration & Production, Inc. et al ) | **MAG. JUDGE SHUSHAN** |

**************************************************************************

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

| Digital Designers, LLC | PUBLICLY HELD COMPANY THAT |
| NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION | OWNS 10% OR MORE OF THE PARTY'S STOCK |

PARENT CORPORATIONS

NONE

NONE

**08.02.2013**
DATE

Robert J. Diliberto
Attorney

LABA# 24783
Bar Roll Number

3636 S. I-10 Service Rd. W. Ste 210
Address

Metairie, LA 70001