**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: Oil Spill by the Oil Rig "Deepwater Horizon"        )        **MDL No. 2179**
    in the Gulf of Mexico, on April 20, 2010        )

                                                           )        **SECTION J**

This Document Relates to:        )

 2:13-CV-02057        )        **JUDGE BARBIER**

 Directional Road Boring, Inc. v.        )

 BP Exploration & Production, Inc. et al        )        **MAG. JUDGE SHUSHAN**

*********************************************************************************

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


      Directional Road Boring, Inc.                      PUBLICLY HELD
           NON-GOVERNMENTAL                 COMPANY THAT
            CORPORATE PARTY                 OWNS 10% OR MORE
             TO THIS ACTION                   OF THE PARTY'S STOCK


PARENT CORPORATIONS

  NONE

                                                                               NONE

**08.02.2013**                                                   Robert J. Diliberto
          DATE                                                 Attorney

                                                          LABA# 24783
                                                        Bar Roll Number

                                 3636 S. I-10 Service Rd. W. Ste 210
                                                            Address

                                                      Metairie, LA 70001