UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon"  )  <br> in the Gulf of Mexico, on April 20, 2010         )  <br>                                                      )  <br> This Document Relates to:                            )  <br> 2:13-CV-02054                                        )  <br> Eymard Homes, Inc. v.                                )  <br> BP Exploration & Production, Inc. et al              )  | **MDL No. 2179** <br><br> **SECTION J** <br><br> **JUDGE BARBIER** <br><br> **MAG. JUDGE SHUSHAN** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

| Eymard Homes, Inc. | PUBLICLY HELD |
|---|---|
| NON-GOVERNMENTAL | COMPANY THAT |
| CORPORATE PARTY | OWNS 10% OR MORE |
| TO THIS ACTION | OF THE PARTY'S STOCK |

PARENT CORPORATIONS                              NONE

  NONE


**08.02.2013**                                    Robert J. Diliberto
   DATE                                              Attorney

                                                   LABA# 24783
                                                  Bar Roll Number

                                        3636 S. I-10 Service Rd. W. Ste 210
                                                    Address

                                                Metairie, LA 70001