UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" ) <br> in the Gulf of Mexico, on April 20, 2010            ) <br>                                                                            ) <br> This Document Relates to:                                     ) <br> 2:13-CV-02134                                                      ) <br> Roy J. Folse v.                                                     ) <br> BP Exploration & Production, Inc. et al               ) | **MDL No. 2179** <br><br> **SECTION J** <br><br> **JUDGE BARBIER** <br><br> **MAG. JUDGE SHUSHAN** |

*******************************************************************************

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


| Roy J. Folse | PUBLICLY HELD COMPANY THAT |
|---|---|
| NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION | OWNS 10% OR MORE OF THE PARTY'S STOCK |
| PARENT CORPORATIONS | NONE |
| NONE | |


**08.02.2013**
DATE

Robert J. Diliberto
Attorney

LABA# 24783
Bar Roll Number

3636 S. I-10 Service Rd. W. Ste 210
Address

Metairie, LA 70001