UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) | **MDL No. 2179** |
| This Document Relates to: | ) ) | **SECTION J** |
| 2:13-CV-02058 Lobdell P. Brown, III v. | ) ) | **JUDGE BARBIER** |
| BP Exploration & Production, Inc. et al | ) | **MAG. JUDGE SHUSHAN** |

*******************************************************************************

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

| Lobdell P. Brown, III | PUBLICLY HELD |
|---|---|
| NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION | COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK |

PARENT CORPORATIONS                                         NONE

NONE


**08.02.2013**                                               Robert J. Diliberto
DATE                                                              Attorney

                                                              LABA# 24783
                                                            Bar Roll Number

                                                  3636 S. I-10 Service Rd. W. Ste 210
                                                              Address

                                                          Metairie, LA 70001