## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) | **MDL No. 2179** |
| This Document Relates to: | ) | **SECTION J** |
| 2:13-CV-02182 M&M Shipping Corporation v. BP Exploration & Production, Inc. et al | ) ) ) | **JUDGE BARBIER** **MAG. JUDGE SHUSHAN** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

| M&M Shipping Corporation | PUBLICLY HELD |
|---|---|
| NON-GOVERNMENTAL | COMPANY THAT |
| CORPORATE PARTY | OWNS 10% OR MORE |
| TO THIS ACTION | OF THE PARTY'S STOCK |

| PARENT CORPORATIONS | NONE |
|---|---|
| NONE | |

**08.02.2013**
DATE

Robert J. Diliberto
Attorney

LABA# 24783
Bar Roll Number

3636 S. I-10 Service Rd. W. Ste 210
Address

Metairie, LA 70001