UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) | **MDL No. 2179** |
| This Document Relates to: | ) | **SECTION J** |
| 2:13-CV-02233 | ) | **JUDGE BARBIER** |
| National Holdings, LLC v. BP Exploration & Production, Inc. et al | ) ) | **MAG. JUDGE SHUSHAN** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

National Holdings, LLC
_____
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

PARENT CORPORATIONS

  NONE
_____

_____

_____

  NONE
_____

_____


**08.02.2013**_____
             DATE

Robert J. Diliberto
_____
            Attorney

LABA# 24783
_____
       Bar Roll Number

3636 S. I-10 Service Rd. W. Ste 210
          Address

       Metairie, LA 70001