**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) | **MDL No. 2179** |
| This Document Relates to: | ) | **SECTION J** |
| 2:13-CV-02173 | ) | **JUDGE BARBIER** |
| Nevil Pizani v. | ) | |
| BP Exploration & Production, Inc. et al | ) | **MAG. JUDGE SHUSHAN** |

*******************************************************************************

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


Nevil Pizani
_____

NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION


PARENT CORPORATIONS

 NONE
_____


_____


_____

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

 NONE
_____


_____


**08.02.2013**_____
                DATE

Robert J. Diliberto
_____
                Attorney

LABA# 24783
_____
            Bar Roll Number

3636 S. I-10 Service Rd. W. Ste 210
_____
                Address

Metairie, LA 70001
_____