## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon"  ) | **MDL No. 2179** |
| in the Gulf of Mexico, on April 20, 2010  ) | |
| ) | **SECTION J** |
| This Document Relates to:  ) | |
| 2:13-CV-02165  ) | **JUDGE BARBIER** |
| Rigolets Bait & Seafood, LLC v.  ) | |
| BP Exploration & Production, Inc. et al  ) | **MAG. JUDGE SHUSHAN** |

*********************************************************************************

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

| Rigolets Bait & Seafood, LLC | PUBLICLY HELD |
| NON-GOVERNMENTAL | COMPANY THAT |
| CORPORATE PARTY | OWNS 10% OR MORE |
| TO THIS ACTION | OF THE PARTY'S STOCK |

PARENT CORPORATIONS                     NONE

NONE


**08.02.2013**                                      Robert J. Diliberto
DATE                                                      Attorney

                                                    LABA# 24783
                                                    Bar Roll Number

                                          3636 S. I-10 Service Rd. W. Ste 210
                                                      Address

                                                Metairie, LA 70001