# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) | **MDL No. 2179** |
| | ) | **SECTION J** |
| This Document Relates to: | ) | |
| 2:13-CV-02170 | ) | **JUDGE BARBIER** |
| Rodd-N-Bobb's, Inc. v. | ) | |
| BP Exploration & Production, Inc. et al | ) | **MAG. JUDGE SHUSHAN** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STATEMENT IN COMPLIANCE WITH
## FRCP RULE 7.1
## CORPORATE DISCLOSURE

| Rodd-N-Bobb's, Inc. | PUBLICLY HELD |
|---|---|
| NON-GOVERNMENTAL | COMPANY THAT |
| CORPORATE PARTY | OWNS 10% OR MORE |
| TO THIS ACTION | OF THE PARTY'S STOCK |

| PARENT CORPORATIONS | NONE |
|---|---|
| NONE | |

**08.02.2013**  
DATE

Robert J. Diliberto  
Attorney

LABA# 24783  
Bar Roll Number

3636 S. I-10 Service Rd. W. Ste 210  
Address

Metairie, LA 70001