UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon"     ) | **MDL No. 2179** |
| in the Gulf of Mexico, on April 20, 2010     ) | |
|     ) | **SECTION J** |
| This Document Relates to:     ) | |
| 2:13-CV-02060     ) | **JUDGE BARBIER** |
| Scott Dennis v.     ) | |
| BP Exploration & Production, Inc. et al     ) | **MAG. JUDGE SHUSHAN** |

*******************************************************************************

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Scott Dennis

NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

PARENT CORPORATIONS

NONE

NONE

**08.02.2013**
DATE

Robert J. Diliberto
Attorney

LABA# 24783
Bar Roll Number

3636 S. I-10 Service Rd. W. Ste 210
Address

Metairie, LA 70001