UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon"     ) | **MDL No. 2179** |
| in the Gulf of Mexico, on April 20, 2010     ) | |
| ) | **SECTION J** |
| This Document Relates to:     ) | |
| 2:13-CV-02227     ) | **JUDGE BARBIER** |
| Serranos Highland, LLC v.     ) | |
| BP Exploration & Production, Inc. et al     ) | **MAG. JUDGE SHUSHAN** |

*********************************************************************************

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


| Serranos Highland, LLC | PUBLICLY HELD |
| NON-GOVERNMENTAL | COMPANY THAT |
| CORPORATE PARTY | OWNS 10% OR MORE |
| TO THIS ACTION | OF THE PARTY'S STOCK |


PARENT CORPORATIONS                    NONE

NONE


**08.02.2013**                         Robert J. Diliberto
DATE                                   Attorney

                                       LABA# 24783
                                       Bar Roll Number

                                       3636 S. I-10 Service Rd. W. Ste 210
                                       Address

                                       Metairie, LA 70001