UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) | **MDL No. 2179** |
| This Document Relates to: | ) ) | **SECTION J** |
| 2:13-CV-02147 St. Mary's Sand & Limstone, LLC v. BP Exploration & Production, Inc. et al | ) ) ) | **JUDGE BARBIER** **MAG. JUDGE SHUSHAN** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

| St. Mary's Sand & Limstone, LLC | PUBLICLY HELD |
| NON-GOVERNMENTAL | COMPANY THAT |
| CORPORATE PARTY | OWNS 10% OR MORE |
| TO THIS ACTION | OF THE PARTY'S STOCK |

PARENT CORPORATIONS          NONE

NONE

**08.02.2013**                                        Robert J. Diliberto
DATE                                                        Attorney

                                                         LABA# 24783
                                                       Bar Roll Number

                                          3636 S. I-10 Service Rd. W. Ste 210
                                                           Address

                                                    Metairie, LA 70001