**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon"  ) | **MDL No. 2179** |
| in the Gulf of Mexico, on April 20, 2010  ) | |
| ) | **SECTION J** |
| This Document Relates to:  ) | |
| 2:13-CV-02226  ) | **JUDGE BARBIER** |
| Wade Delaneuville v.  ) | |
| BP Exploration & Production, Inc. et al  ) | **MAG. JUDGE SHUSHAN** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

| Wade Delaneuville | PUBLICLY HELD |
|:---:|:---:|
| NON-GOVERNMENTAL | COMPANY THAT |
| CORPORATE PARTY | OWNS 10% OR MORE |
| TO THIS ACTION | OF THE PARTY'S STOCK |
| | |
| PARENT CORPORATIONS | NONE |
| NONE | |

| | |
|---|---|
| **08.02.2013** | Robert J. Diliberto |
| DATE | Attorney |
| | LABA# 24783 |
| | Bar Roll Number |
| | 3636 S. I-10 Service Rd. W. Ste 210 |
| | Address |
| | Metairie, LA 70001 |