UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL NO. 2179 "J"(1) <br><br> JUDGE BARBIER <br><br> MAGISTRATE SHUSHAN |
| **THIS DOCUMENT APPLIES TO:** <br> **Case No. 12-311** | * * * | **JURY TRIAL DEMANDED** |

### LIU'S MEMORANDUM IN SUPPORT OF MOTION TO SEAL EXHIBITS A, B, and C TO SUPPLEMENTAL BRIEF TO ITS RULE 72 APPEAL OF THE MAGISTRATE'S JULY 22, 2013 DISCOVERY ORDER (REC DOC NO. 10936-2)

Liberty International Underwriters, Inc. ("LIU") submits this Memorandum in support of its Motion to Seal Exhibits A, B, and C to its Supplemental Brief (Rec. Doc. No. 10936-2). This Memorandum is submitted in compliance with Local Rule 5.6.

The exhibits to be sealed are the following:

- Exhibits A and B are e-mails between Cameron and Marsh personnel.
- Exhibit C is deposition testimony from Anthony Black of Cameron.

These exhibits were marked "confidential" by the producing parties. No party ever has objected to that designation. As such, they are subject to the Court's protective order in this matter, which states that confidential documents "will be filed under seal as an appendix to the instrument that refers to [them]." *See* Rec. Doc. No. 641, at p. 7.

For the reasons set forth above and as required by the Court's protective order, LIU requests that the Court grant its Motion and order that Exhibits A, B, and C to its Supplemental Brief (Rec. Doc. No. 10936-2) be filed under seal.

1

Respectfully submitted,

*/s/ Judy Y. Barrasso*
Judy Y. Barrasso, 2814
Celeste Coco-Ewing, 25002
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
504.589.9700 (Telephone)
504.589.9701 (Facsimile)

and

Christopher W. Martin, PRO HAC VICE
Federal I.D. 13515
Gary L. Pate, PRO HAC VICE
Federal I.D. 29713
808 Travis, Suite 1800
Houston, Texas 77002
713-632-1700 (Telephone)
713-222-0101 (Facsimile)

Attorneys for Liberty International
 Underwriters, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of August, 2013.

*/s/ Judy Y. Barrasso*