UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | * | |
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 "J"(1) |
| "DEEPWATER HORIZON" in | * | |
| the GULF OF MEXICO, on | * | JUDGE BARBIER |
| APRIL 20, 2010 | * | |
| | * | MAGISTRATE SHUSHAN |
| | * | |
| **THIS DOCUMENT APPLIES TO:** | * | **JURY TRIAL DEMANDED** |
| **Case No. 12-311** | * | |
| | * | |

## NOTICE OF MANUAL ATTACHMENT

## EXHIBITS A-B

(e-mails between Cameron and Marsh personnel)

**TO BE FILED UNDER SEAL**

**LIBERTY INTERNATIONAL UNDERWRITERS, INC.'S
MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF**

874870_1