UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 "J"(1) <br><br> JUDGE BARBIER <br><br> MAGISTRATE SHUSHAN |
| THIS DOCUMENT APPLIES TO: <br> Case No. 12-311 | * * * | **JURY TRIAL DEMANDED** |

### NOTICE OF MANUAL ATTACHMENT

### EXHIBIT C

(deposition testimony from Anthony Black)

### TO BE FILED UNDER SEAL

### LIBERTY INTERNATIONAL UNDERWRITERS, INC.'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF

1

874875_1