UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: J |
| Applies to: No. 12-00311 | * | JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |

**TRANSOCEAN'S MOTION TO QUASH OR MODIFY LIBERTY INSURANCE UNDERWRITERS INC.S' SUBPOENA SEEKING TESTIMONY FROM A CORPORATE REPRESENTATIVE OF TRANSOCEAN**

Pursuant to Federal Rules of Civil Procedure 26 and 45(c)(3), Transocean Offshore Deepwater Drilling Inc. ("Transocean") respectfully moves this Court for an order quashing in its entirety or modifying Liberty Insurance Underwriters, Inc.'s Subpoena and Notice of Intent to Take the Oral and Videotaped Deposition of One or More Corporate Representatives of Transocean Offshore Deepwater Drilling, Inc.

Transocean submits that the Court grant its motion and enter an order quashing the subpoena in its entirety or otherwise narrowing the topics on which Transocean is required to provide corporate representative testimony. For the reasons set forth in the accompanying Memorandum in Support, Transocean respectfully requests entry of an order granting its Motion to Quash or Modify Liberty Insurance Underwriters Inc.'s Subpoena Seeking Testimony from a Corporate Representative of Transocean and any and all other relief to which Transocean is entitled.

DATED: August 5, 2013                                Respectfully submitted,

By: /s/ Brad D. Brian                                By: /s/ Steven L. Roberts
Brad D. Brian                                        Steven L. Roberts

| | |
|---|---|
| Michael R. Doyen | Rachel Giesber Clingman |
| Daniel B. Levin | Sean Jordan |
| Susan E. Nash | SUTHERLAND ASBILL & BRENNAN LLP |
| MUNGER TOLLES & OLSON LLP | 1001 Fannin Street, Suite 3700 |
| 355 So. Grand Avenue, 35th Floor | Houston, Texas 77002 |
| Los Angeles, CA 90071 | Tel:  (713) 470-6100 |
| Tel: (213) 683-9100 | Fax:  (713) 354-1301 |
| Fax:  (213) 683-5180 | Email:  steven.roberts@sutherland.com |
| Email:  brad.brian@mto.com | rachel.clingman@sutherland.com |
| michael.doyen@mto.com | sean.jordan@sutherland.com |
| daniel.levin@mto.com | |
| susan.nash@mto.com | By:  /s/ Kerry J. Miller |
| | Kerry J. Miller |
| By:  /s/ Edwin G. Preis, Jr. | FRILOT, LLC |
| Edwin G. Preis, Jr. | 110 Poydras St., Suite 3700 |
| PREIS & ROY PLC | New Orleans, LA 70163 |
| Versailles Blvd., Suite 400 | Tel:  (504) 599-8194 |
| Lafayette, LA 70501 | Fax:  (504) 599-8154 |
| Tel: (337) 237-6062 | Email: kmiller@frilot.com |
| and | |
| 601 Poydras Street, Suite 1700 | |
| New Orleans, LA 70130 | |
| Tel: (504) 581-6062 | |

John M. Elsley
ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Tel: (713) 224-8380

*Counsel for Transocean Offshore Deepwater Drilling Inc.*

## CERTIFICATE OF CONFERENCE

Pursuant to Federal Rule of Civil Procedure 37(a)(1), the undersigned hereby certifies that Steven L. Roberts, counsel for Transocean, conferred in good faith in a teleconference on July 24, 2013, and via email on July 25, 2013, with Gary Pate, counsel for Liberty Underwriters, Inc., regarding the foregoing motion.  Counsel for Transocean opposed production of a corporate representative to testify as to the topics identified in the deposition subpoena and counsel for

2

Liberty Underwriters, Inc. did not agree to withdraw the subpoena or otherwise modify the identified topics.  Accordingly, the parties were unable to reach agreement.

          /s/ Kerry J. Miller_____
                Kerry J. Miller

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August 2013, the foregoing motion was served on all counsel via the Court's CM/ECF system and/or by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

          /s/ Kerry J. Miller_____
                Kerry J. Miller