UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL NO. 2179 "J"(1) <br><br> JUDGE BARBIER <br><br> MAGISTRATE SHUSHAN |
| THIS DOCUMENT APPLIES TO: Case No. 12-311 | * * * * | **JURY TRIAL DEMANDED** |

## ORDER

Considering the foregoing LIU's Motion to Seal Exhibits A, B, and C to Supplemental Brief to its Rule 72 Appeal of the Magistrate's July 22, 2013 Discovery Order (Rec. Doc. No. 10936-2);

IT IS ORDERED that LIU's Motion to Seal Exhibits A, B, and C to Supplemental Brief (Rec. Doc. No. 10936-2) be and is hereby granted.

IT IS FURTHER ORDERED that the clerk seal Exhibits A, B, and C to LIU's previously filed Supplemental Brief to its Rule 72 Appeal of the Magistrate's July 22, 2013 Discovery Order (Rec. Doc. No. 10936-2).

New Orleans, Louisiana, this _____ day of August, 2013.

_____
MAGISTRATE JUDGE

890171