UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 "J"(1) |
| | | JUDGE BARBIER |
| | * * | MAGISTRATE SHUSHAN |
| THIS DOCUMENT APPLIES TO: Case No. 12-311 | * * * | **JURY TRIAL DEMANDED** |

## NOTICE OF MANUAL ATTACHMENT

## EXHIBITS A-B

(e-mails between Cameron and Marsh personnel)

**TO BE FILED UNDER SEAL**

**LIBERTY INTERNATIONAL UNDERWRITERS, INC.'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF**