UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * MDL NO. 2179 "J"(1) <br> * <br> * JUDGE BARBIER <br> * <br> * MAGISTRATE SHUSHAN |
| THIS DOCUMENT APPLIES TO: <br> Case No. 12-311 | * JURY TRIAL DEMANDED |

## NOTICE OF MANUAL ATTACHMENT

### EXHIBIT C

(deposition testimony from Anthony Black)

### TO BE FILED UNDER SEAL

**LIBERTY INTERNATIONAL UNDERWRITERS, INC.'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF**

874875_1