UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

[Regarding Telephone Working Group Conference on Friday, August 2, 2013]

**NOTE TO CELL PHONE PARTICIPANTS:** Please do not put your phone on hold during the conference as it causes an annoying beeping sound for everyone else. If you cannot participate for part of the conference, put your phone on mute. Likewise for those who type during the conference.

### NON-PHASE TWO MATTERS

1. **Michoud Matters**.

   BP reported on the status of its disposition plan for the items remaining at Michoud. It will work with the U.S. regarding its concerns and report to the Court.

   Captain Englebert is working on loading the BOP and LMRP in September.

   BP reported that it may need to negotiate a short extension of the lease at Michoud.

2. **NOAA Information.**

   The U.S. anticipates receipt of a hard drive with the NOAA information. The information will be distributed to the parties in a secure fashion.

**PHASE TWO PREPARATION**

1. **Deposition designations**.

    The U.S. reported that the deposition designations are nearly complete.

2. **Crime-fraud.**

    The Court is working on the documents submitted for *in camera* review.

3. **Experts**.

    BP's motion to strike Glen Stevick, a Halliburton expert, is submitted.

    The U.S. submitted a motion to strike Dr. Andreas Momber, a quantification expert for BP.

    There was discussion of the timing of the ruling on the motion.  BP will respond to it.

4. **Motions in limine.**

    The Court will speak to Judge Barbier concerning the Anadarko motion in limine.

    The U.S. and BP reported changes required in the timeline.  August 19 will be the deadline for the filing of motions in limine and Daubert motions.

5. **Phase Two exhibit list**.

    The PSC reported on agreed-upon changes in the deadlines for exhibits.

    | | |
    |---|---|
    | 8/16/13 | Exchange exhibit lists with an extra version in Excel format. |
    | 8/23/13 | Objections to the good-faith trial exhibit list for the third installment. |
    | 8/23/13 | Parties exchange all non-deposition exhibits and provide inData with all trial exhibits. |
    | 8/23-8/30 | Meet-and-confer. |
    | 9/6/13 | File final exhibit lists. |

9/6/13 Redact personal identifying information and confidential (Coke formula type) information.

9/6/13 Optional motions on objections on third installment exhibits.

9/11/13 Response to the optional motions.

BP commented on the four categories of Phase Two exhibits: (1) those exhibits which were previously admitted in Phase One; (2) the consolidated agreed list of admitted exhibits; (3) exhibits used either in a submitted deposition bundle or with a live witness; and (4) "Orphan" exhibits - those that are not in the first three categories but the parties do not want to reveal them until a later date.

For category two, BP proposed that each side be permitted to designate 10 documents as pre-admitted exhibits. For the fourth category it proposed 5 documents per side. The PSC and U.S. agreed with BP'/s concept but found the suggested numbers too small. The parties will work on the issues for another week. If they cannot be resolved, they will be presented to the Court. The Court asked the parties to focus on when the orphan exhibits will be identified with objections for resolution by Judge Barbier.

**6.** **Transocean in quantification**.

The parties involved in the Transocean issue were asked to remain on the line following the Working Group Conference.

**6.** **Aligned Parties**.

Alabama reported on its communications with Texas, Florida and Mississippi. It will have a further report at the next conference.

**7.** **Oceaneering Costs**.

BP agreed to bear half the costs. The U.S. reported that it will discuss sharing the remaining

half among several of the parties.

**8. Order on Presentation of Evidence.**

The Court will meet with Judge Barbier on August 5 and report to the parties.

**CONFERENCE SCHEDULE**

| | |
|---|---|
| 08/09/13 | WGC meeting at 9:30 a.m. |
| 08/16/13 | WGC meeting at 9:30 a.m. (to be followed by Planning Conference on Quantification). |
| 08/23/13 | **Telephone only WGC at 9:30 a.m.** |
| 08/30/13 | **Telephone only WGC at 9:30 a.m.** |
| 09/05/13 | Phase Two Final Pre-Trial Conference at 2:00 p.m. |
| 09/06/13 | WGC meeting at 9:30 a.m. |
| 09/13/13 | WGC meeting at 9:30 a.m. |
| 09/20/13 | **Telephone only WGC at 9:30 a.m.** |
| 09/30/13 | Commencement of Phase Two Trial - Source Control (Rec. doc. 10795) |
| 10/07/13 | Commencement of Phase Two Trial - Quantification |

**All Saturdays are email free days.**

New Orleans, Louisiana, this 6th day of August, 2013.

**SALLY SHUSHAN**
**United States Magistrate Judge**