UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| Applies to: No. 12-00311 | * | MAGISTRATE SHUSHAN |

### TRANSOCEAN'S UNOPPOSED MOTION TO EXPEDITE TRANSOCEAN'S MOTION TO QUASH OR MODIFY LIBERTY INSURANCE UNDERWRITERS INC.'S SUBPOENA SEEKING TESTIMONY FROM A CORPORATE REPRESENTATIVE OF TRANSOCEAN

Transocean Offshore Deepwater Drilling Inc. ("Transocean") files this, its Unopposed Motion to Expedite Transocean's Motion to Quash or Modify Liberty Insurance Underwriters Inc.'s Subpoena Seeking Testimony from a Corporate Representative of Transocean ("Motion to Expedite").  Respectfully, Transocean requests the Court expedite consideration of its motion, filed yesterday, seeking an order quashing in its entirety or modifying Liberty Insurance Underwriters, Inc.'s Subpoena and Notice of Intent to Take the Oral and Videotaped Deposition of One or More Corporate Representatives of Transocean Offshore Deepwater Drilling, Inc. ("Motion to Quash").  For the reasons set forth in the accompanying Memorandum in Support, Transocean respectfully requests entry of an order granting its Motion to Expedite.

DATED:  August 6, 2013            Respectfully submitted,

By: /s/ Brad D. Brian             By: /s/ Steven L. Roberts
Brad D. Brian                      Steven L. Roberts
Michael R. Doyen                   Rachel Giesber Clingman
Daniel B. Levin                    Sean Jordan
Susan E. Nash                      SUTHERLAND ASBILL & BRENNAN LLP
MUNGER TOLLES & OLSON LLP          1001 Fannin Street, Suite 3700
355 So. Grand Avenue, 35th Floor   Houston, Texas 77002
Los Angeles, CA 90071              Tel: (713) 470-6100
Tel: (213) 683-9100                Fax: (713) 354-1301
Fax: (213) 683-5180                Email: steven.roberts@sutherland.com

Email: brad.brian@mto.com
michael.doyen@mto.com
daniel.levin@mto.com
susan.nash@mto.com

By: /s/ Edwin G. Preis, Jr.
Edwin G. Preis, Jr.
PREIS & ROY PLC
Versailles Blvd., Suite 400
Lafayette, LA 70501
Tel: (337) 237-6062
         and
601 Poydras Street, Suite 1700
New Orleans, LA 70130
Tel: (504) 581-6062

John M. Elsley
ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Tel: (713) 224-8380

rachel.clingman@sutherland.com
sean.jordan@sutherland.com

By: /s/ Kerry J. Miller
Kerry J. Miller
FRILOT, LLC
110 Poydras St., Suite 3700
New Orleans, LA 70163
Tel: (504) 599-8194
Fax: (504) 599-8154
Email: kmiller@frilot.com

*Counsel for Transocean Offshore Deepwater Drilling Inc.*

## CERTIFICATE OF CONFERENCE

Pursuant to Federal Rule of Civil Procedure 37(a)(1), the undersigned hereby certifies that counsel for Transocean conferred in good faith via email on August 6, 2013, with counsel for Liberty Underwriters, Inc., regarding the foregoing motion. At that time, Liberty represented that it is unopposed to the Motion to Expedite, provided that Liberty receives two days to respond to Transocean's pending Motion to Quash.

/s/ Kerry J. Miller
Kerry J. Miller

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August 2013, the foregoing motion was served on all counsel via the Court's CM/ECF system and/or by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

/s/ Kerry J. Miller
Kerry J. Miller