UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: J |
| Applies to: No. 12-00311 | * | JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |

**TRANSOCEAN'S MEMORANDUM IN SUPPORT OF TRANSOCEAN'S UNOPPOSED MOTION TO EXPEDITE TRANSOCEAN'S MOTION TO QUASH OR MODIFY LIBERTY INSURANCE UNDERWRITERS INC.'S SUBPOENA SEEKING TESTIMONY FROM A CORPORATE REPRESENTATIVE OF TRANSOCEAN**

Brad D. Brian
Michael R. Doyen
Daniel B. Levin
Susan E. Nash
MUNGER TOLLES & OLSON LLP
355 So. Grand Avenue, 35th Floor
Los Angeles, CA 90071
Tel: (213) 683-9100
Fax: (213) 683-5180
Email: brad.brian@mto.com
michael.doyen@mto.com
daniel.levin@mto.com
susan.nash@mto.com

Edwin G. Preis, Jr.
PREIS & ROY PLC
Versailles Blvd., Suite 400
Lafayette, LA 70501
Tel: (337) 237-6062
       and
601 Poydras Street, Suite 1700
New Orleans, LA 70130
Tel: (504) 581-6062

Steven L. Roberts
Rachel Giesber Clingman
Sean Jordan
SUTHERLAND ASBILL & BRENNAN LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Tel: (713) 470-6100
Fax: (713) 354-1301
Email: steven.roberts@sutherland.com
rachel.clingman@sutherland.com
sean.jordan@sutherland.com

Kerry J. Miller
FRILOT, LLC
110 Poydras St., Suite 3700
New Orleans, LA 70163
Tel: (504) 599-8194
Fax: (504) 599-8154
Email: kmiller@frilot.com

John M. Elsley
ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
Tel: (713) 224-8380

*Counsel for Transocean Offshore Deepwater Drilling Inc.*

**MEMORANDUM**

In the coverage dispute between Cameron International Corporation ("Cameron") and one of its excess insurers, Liberty Insurance Underwriters, Inc. ("Liberty"), Liberty issued a subpoena to Transocean Offshore Deepwater Drilling ("Transocean") on July 26, 2013, seeking testimony of a corporate representative. Liberty and Transocean were unable to reach agreement as to the Deposition Topics and their corresponding breadth. Accordingly, on Saturday, August 3, 2013, counsel for Transocean notified the interested parties by email that Transocean planned to file a motion to quash, which was in fact filed on August 5, 2013. Dkt. 10943.

On August 6, 2013, counsel for Liberty appeared at the offices of Transocean's counsel, believing failure to appear may constitute a waiver of the opportunity to depose Transocean's corporate representative because the Court had not yet ruled on Transocean's Motion to Quash. The parties then agreed to file this Motion to Expedite,[1] which requests expedited consideration of Transocean's pending Motion to Quash.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of August 2013, the foregoing motion was served on all counsel via the Court's CM/ECF system and/or by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

                                                 /s/ Kerry J. Miller
                                                   Kerry J. Miller

---

[1] Liberty represented that it is unopposed to the Motion to Expedite, provided that Liberty receives two days to respond to Transocean's pending Motion to Quash.

2