UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: J |
| Applies to: No. 12-00311 | * | JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |

## ORDER

Having considered Transocean's Unopposed Motion to Expedite Transocean's Motion to Quash or Modify Liberty Insurance Underwriters Inc.'s Subpoena Seeking Testimony From a Corporate Representative of Transocean, the Court is of the opinion that it should be granted.

Therefore, it is hereby, ORDERED, ADJUDGED, and DECREED that Transocean's Motion is GRANTED.

The deposition of Transocean's corporate representative is hereby STAYED pending this Court's ruling on Transocean's Motion to Quash or Modify Liberty Insurance Underwriters Inc.'s Subpoena Seeking Testimony From a Corporate Representative of Transocean.

Liberty is hereby ORDERED to respond to Transocean's Motion to Quash or Modify Liberty Insurance Underwriters Inc.'s Subpoena Seeking Testimony From a Corporate Representative of Transocean on or before the ____ day of _____, 2013.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that all relief not expressly granted herein is DENIED.

Signed this ____ day of _____, 2013.

_____
THE HONORABLE SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF LOUISIANA