UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION "J" |
| Applies to: | * * | JUDGE BARBIER |
| *No. 12-987* | * * | MAGISTRATE SHUSHAN |

**ORDER**

Member case 12-987, *United States of America ex rel. Adam W. Dillon v. BP, PLC, et al.*, was previously consolidated with this Multidistrict Litigation. This Order is to make clear that this case is stayed and no responsive pleadings are due at this time. Accordingly,

**IT IS ORDERED** that member case 12-987, *United States of America ex rel. Adam W. Dillon v. BP, PLC, et al.* is **STAYED** until the Court orders otherwise.

Signed in New Orleans, Louisiana this 6th day of August, 2013.

_____
United States District Judge