UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Rule to Show Cause Why the Claims Administrator's Proposed Third Quarter 2013 Budget Should not be Funded]**

The Court is in receipt of a letter dated August 3, 2013 to Mr. Bob Levine of the Deepwater Horizon Settlement Program from Maria T. Travis, Director of Claims on behalf on behalf of BP (attached). The letter raises issues regarding BP's funding of the Claims Administrator's proposed third quarter 2013 budget.

BP is directed to show cause on **Wednesday, August 7, 2013 at 9:30 a.m.** before United States Magistrate Judge Sally Shushan, 500 Poydras Street, Room B-345, New Orleans, Louisiana, why it should not be directed to fund the proposed third quarter budget.

New Orleans, Louisiana, this 6th day of August, 2013.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**