**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | **MDL 2179** |
|      "Deepwater Horizon" in the Gulf | * | |
|      of Mexico, on April 20, 2010 | * | **SECTION "J"** |
| | * | |
| Applies to: | * | **JUDGE BARBIER** |
| | * | |
| *12-968* | * | **MAGISTRATE SHUSHAN** |
| | * | |

<u>**ORDER**</u>

**IT IS ORDERED** that any responses to Class Counsel's Motion to Require Professional Objector Joseph Darrell Palmer and the Four Remaining Appellant-Objectors to Post an Appeal Bond to Secure Payment of Costs on Appeal (Rec. Doc. 10924) shall be filed no later than <u>Tuesday, August 13, 2013</u>.

Signed in New Orleans, Louisiana this 6th day of August, 2013.

United States District Judge