UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 |
| | | SECTION "J" |
| Applies to: | * * | JUDGE BARBIER |
| *12-311* | * * | MAGISTRATE SHUSHAN |

### ORDER

**IT IS ORDERED** that Liberty International Underwriters, Inc.'s ("Liberty") Motion for Leave to File Supplemental Brief (Rec. Doc. 10936) and Motion to Seal Exhibits A, B, and C to Supplemental Brief (Rec. Doc. 10944) are **GRANTED.**

Furthermore, having considered Liberty's appeal (Rec. Doc. 10888) from the Magistrate Judge's Order of July 22, 2013 , Liberty's supplemental brief, and the briefing previously submitted to the Magistrate Judge, the Court finds that the Magistrate Judge's Order (Rec. Doc. 10808) was neither clearly erroneous nor contrary to law. *See* 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a). Accordingly,

**IT IS ORDERED** that Liberty's appeal (Rec. Doc. 10888) is **DENIED** and the Magistrate Judge's Order of July 22, 2013 (Rec. Doc. 10808) is **AFFIRMED.**

New Orleans, Louisiana, this 7th day of August, 2013.

_____
United States District Judge