IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: oil Spill by the Oil Rig | * | |
| "Deepwater Horizon" in the Gulf | * | MDL No. 2179 |
| Of Mexico, on April 20, 2010 | * | |
| | * | SECTION : J |
| Civil Action No.   2:10-cv-02989 | * | |
| | * | |
| | * | JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

As authorized by Local Rule 83.2.11, counsel of record for plaintiffs Christopher R. Schorr, Kimberly S. Schorr, Roy Moscattini and Lori Moscattini, on behalf of themselves and all others similarly situated request that the Court permit Gregory G. Schultz, Foy R. Devine, and Deborah J. Livesay of the law firm of Taylor English Duma LLP to withdraw from representation in *Schorr et al. v. BP PLC et al.*, Civ. A. No. 2:10-cv-02989 (E.D. La. Oct. 20, 2010).

Respectfully submitted this 26th day of July, 2013.

TAYLOR ENGLISH DUMA, LLP
1600 Parkwood Circle, Suite 400
Atlanta, Georgia  30339
Telephone:  (770) 434-7394
Facsimile:   (770) 434-7376

/s/   Gregory G. Schultz
Gregory G. Schultz
Georgia Bar No. 630260
Foy R. Devine
Georgia Bar No. 219900
Deborah J. Livesay
Georgia Bar No. 205591
gschultz@taylorenglish.com
fdevine@taylorenglish.com
dlivesay@taylorenglish.com

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | * | SECTION : J |
| | * * | |
| Civil Action No.   2:10-cv-02989 | * * | |
| | * * | JUDGE BARBIER MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * *

### CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2013, I electronically filed the above **MOTION TO WITHDRAW AS COUNSEL OF RECORD** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record in the above reference matter.

|  |  |
|---|---|
| TAYLOR ENGLISH DUMA, LLP<br>1600 Parkwood Circle, Suite 400<br>Atlanta, Georgia  30339<br>Telephone:  (770) 434-7394<br>Facsimile:   (770) 434-7376 | /s/   Gregory G. Schultz<br>Gregory G. Schultz<br>Georgia Bar No. 630260<br>Foy R. Devine<br>Georgia Bar No. 219900<br>Deborah J. Livesay<br>Georgia Bar No. 205591<br>gschultz@taylorenglish.com<br>fdevine@taylorenglish.com<br>dlivesay@taylorenglish.com |