IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: oil Spill by the Oil Rig | * | |
| "Deepwater Horizon" in the Gulf | * | MDL No. 2179 |
| Of Mexico, on April 20, 2010 | * | |
| | * | SECTION : J |
| | * | |
| | * | |
| Civil Action No.   2:10-cv-02989 | * | |
| | * | |
| | * | JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

# [PROPOSED] ORDER

In consideration of the Motion to Withdraw as Counsel of record filed by counsel for Plaintiffs Christopher R. Schorr, Kimberly S. Schorr, Roy Moscattini and Lori Moscattini, on behalf of themselves and all others similarly situated, IT IS HEREBY ORDERED that:

- Gregory G. Schultz, Foy R. Devine, and Deborah J. Livesay and the law firm of Taylor English Duma LLP are withdrawn as counsel of record for all plaintiffs in *Schorr et al. v. BP PLC et al.*, Civ. A. No. 2:10-cv-02989 (E.D. La. Oct. 20, 2010).

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE

1