UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig**<br>    **"Deepwater Horizon" in the Gulf**<br>    **of Mexico, on April 20, 2010** | **MDL NO. 2179**<br><br>**SECTION J** |
| **Applies to:** *All Cases* | **JUDGE BARBIER**<br>**MAGISTRATE JUDGE SHUSHAN** |

### ORDER

[Regarding BP's Obligation to Fund
Claims Administrator's Proposed 4th Quarter 2013 Budget]

Following the hearing on the rule to show cause why the Claims Administrator's Proposed 3rd Quarter 2013 budget should not be funded, the parties raised the issue of funding for the program for the Fourth quarter (commencing October 1, 2013).[1] The parties will proceed as follows:

By Monday, August 12, 2013, Maria Travis (and any other designee of BP not to exceed three persons) is to meet with Mr. Fisher and Mr. Levine (and any other designee of the Claims Administrator not to exceed three persons total) to agree to the format of a budget and the documentation and analysis to support the budget request.

The Claims Administrator is to submit its proposed fourth quarter 2013 budget to BP and Class Counsel **on or before Friday, August 16, 2013.** BP and Class Counsel shall then review the proposed budget and provide detailed comments and suggested revisions to the proposed budget **by Friday, August 23, 2013.** The Claims Administrator will then, in his discretion, make any revisions to its proposed budget and supporting documentation based on the comments received **no later than Wednesday, August 28, 2013.** Thereafter, within 24 hours, any of the parties, that is the Claims

---

[1] The undersigned's previous order (rec. doc. 10953) was in error as to the dates of commencement of the quarters because the Claims Administrator's proposed budget request was from July 13 through September 13, 2013.

Administrator, BP, or Class Counsel, may request a three person Claims Administration Panel be convened pursuant to Section 4.3.4 of the Settlement Agreement. The panel meeting shall be convened and completed **no later than Wednesday, September 4, 2013.**[2] Only upon completion of the Claims Administration Panel meeting shall any remaining issues or disagreements be brought to the Court for resolution. The party or parties complaining about any unresolved issues shall submit a brief, no longer than 10 pages (along with specific proposed budget revisions), **by Friday, September 6, 2013 with a request for expedited hearing.** Any opposition no longer than 10 pages shall be filed **by Tuesday, September 10, 2013** and shall include the countervailing budget items. No further briefing will be allowed. If necessary, the Court will conduct a further hearing on **Thursday, September 12, 2013 at 9:30 a.m.**

    Any appeal of this order shall be made to Judge Barbier **by noon on Thursday, August 8, 2013.** The effect of this ruling shall not be suspended pending any appeal.

    New Orleans, Louisiana, this 7th day of August, 2013.

                                    **SALLY SHUSHAN**
                                    **United States Magistrate Judge**

---

[2] No party may have more than three people attend the panel meeting.