MINUTE ENTRY
BARBIER, J.
AUGUST 7, 2013
JS 10: 53 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 Ref: 12-970 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

COURTROOM DEPUTY:　　　　　　　　　　COURT REPORTER:
STEPHANIE KALL　　　　　　　　　　　　CATHY PEPPER

**HEARING**

WEDNESDAY, AUGUST 7, 2013 3:00 P.M.
JUDGE CARL J. BARBIER PRESIDING

The Court held a hearing to consider BP's appeal from Magistrate Judge Shushan's Order of August 7, 2013, regarding the Claim Administrator's budget request (Rec. Doc. 10953).

After hearing argument, the Court AFFIRMED the Magistrate Judge's ruling. BP shall fund the 3rd quarter 2013 budget in its entirety no later than Monday, August 12, 2013. Counsel shall submit a report to the Court when this has been accomplished.

PRESENT:  Keith Moskowitz, Gene Fendler, Matthew Nickel, for BP
　　　　　 Jim Roy, Steve Herman, Duke Williams, Paul Sterbcow, for
　　　　　　Plaintiffs' Steering
　　　　　　Committee
　　　　　 David Odom, for Claims Administrator's Office
　　　　　 Patrick Juneau, Claims Administrator