UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL NO. 2179 "J"(1) <br><br> JUDGE BARBIER <br><br> MAGISTRATE SHUSHAN |
| THIS DOCUMENT APPLIES TO: <br> Case No. 12-311 | * * * | JURY TRIAL DEMANDED |

## NOTICE OF MANUAL ATTACHMENT

# EXHIBITS A-D

# TO BE FILED UNDER SEAL

**LIBERTY INTERNATIONAL UNDERWRITERS, INC.'S BRIEF IN COMPLIANCE WITH THE MAGISTRATE'S JULY 22, 2013 DISCOVERY ORDER**

874877_1