# EXHIBIT B

## Gary Pate

**From:** Roberts, Steven <Steven.Roberts@sutherland.com>
**Sent:** Monday, July 22, 2013 2:48 PM
**To:** Gary Pate
**Cc:** Roberts, Steven
**Subject:** Re: Oil Spill MDL- Cameron v. Liberty Insurance Underwriters

Gary
Regretfully there will be a number objections.
S

Steve Roberts
Office 713 470 6192
Cell   713 582 2442


On Jul 22, 2013, at 2:39 PM, "Gary Pate" <pate@mdjwlaw.com> wrote:

> Steve. Here are the 30(b)(6) subject matters. Let's talk when you get back in the office. Thanks.
>
> 1. Transocean's history and experience with indemnification agreements in the oil and gas industry.
>
> 2. Cameron International Corporation's ("Cameron") claim and demand for indemnification against Transocean in the New Orleans Oil Spill MDL No. 2179.
>
> 3. Transocean's response and position concerning Cameron's demand for indemnity under the Master Service Agreement between Cameron and R& B Falcon Drilling, the predecessor in interest to Transocean
>
> 4. The Master Service Agreement dated September 28, 2000, including Amendments, between Cameron and R& B Falcon Drilling, the predecessor in interest to Transocean for the Blowout Preventer used on the *Deepwater Horizon*.
>
> 5. Purchase Order Terms & Conditions between Cameron and Transocean for the Blowout Preventer used on the *Deepwater Horizon*.
>
> 6. Transocean's decision to revise the Master Service Agreement Form.
>
> 7. Negotiations between Cameron International Corp. and Transocean for changes in the indemnification language, limits of liability language or other provisions of the Master Service Agreement between Cameron and R& B Falcon Drilling, the predecessor in interest to Transocean and/or future agreements.
>
> 8. Knowledge of Cameron's settlement with BP in the *Deepwater Horizon* Litigation, including any communications with Cameron or BP regarding the settlement or settlement negotiations.
>
> 9. Cameron's motion for summary judgment against Transocean on claims of indemnification, Transocean's response and Cameron's dismissal of its Motion.

1

10. Discussions and/or negotiations between Cameron and Transocean regarding Cameron's dismissal of it motion for summary judgment against Transocean on claims of indemnification.

11. Transocean's claims and demand for indemnification from BP Exploration & Production, Inc. and BP America Production Company (collectively "BP") in the Oil Spill MDL.

12. Transocean's public reports for the time period 2010-2012.

---

**From:** Roberts, Steven [mailto:Steven.Roberts@sutherland.com]
**Sent:** Monday, July 22, 2013 2:28 PM
**To:** Gary Pate
**Cc:** Roberts, Steven
**Subject:** Re: Oil Spill MDL- Cameron v. Liberty Insurance Underwriters

I'm point

Steve Roberts
Office 713 470 6192
Cell   713 582 2442

On Jul 22, 2013, at 2:26 PM, "Gary Pate" <pate@mdjwlaw.com> wrote:

> Steve,
> I represent Liberty Insurance Underwriters in an insurance coverage dispute with Cameron. I think you may have worked with my co-counsel Cassie Giarrusso or Judy Barrasso on a previous Liberty Insurance Underwriter's subpoena to Transocean. I am wanting to take the 30(b)(6) deposition at Transocean. Would you be the point person whom I need to talk to in order to take a 30(b)(6) deposition? If you are that point person, can I send you over a draft of the 30(b)(6) deposition notice so you can review the subject matters? I look forward to visiting with you on this matter.
> Many thanks.
> Gary
>
> **Gary Pate | Partner**
> Martin, Disiere, Jefferson & Wisdom, LLP
> 808 Travis, 20th Floor | Houston, Texas | 77002
> Phone: (713) 632-1708 | Fax: (713) 222-0101
> pate@mdjwlaw.com | www.mdjwlaw.com
>
> DISCLAIMER: The information contained in this electronic message (including any and all attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. It is intended only for the use of the owner of the e-mail address listed as the recipient of this message If you are neither the intended recipient nor the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

CIRCULAR 230 DISCLOSURE: To comply with Treasury Department regulations, we inform you that, unless otherwise expressly indicated, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the Internal Revenue Code or any other applicable tax law, or (ii) promoting, marketing or recommending to another party any transaction, arrangement, or other matter.

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential. If you are not an intended recipient, you may not review, copy, or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.