# EXHIBIT F

# Gary Pate

**From:** Gary Pate
**Sent:** Tuesday, August 06, 2013 8:36 AM
**To:** 'Roberts, Steven'
**Cc:** Olsen-LeGrand, Stephany
**Subject:** RE: Cameron v. LIU - RFPs to Transocean'

Steve,
I have not seen that the Court has ruled on your motion to quash today's deposition at 10 a.m.
Am I correct as far as you know?
Thanks
Gary

**From:** Roberts, Steven [mailto:Steven.Roberts@sutherland.com]
**Sent:** Tuesday, August 06, 2013 6:53 AM
**To:** Gary Pate
**Cc:** Olsen-LeGrand, Stephany
**Subject:** FW: Cameron v. LIU - RFPs to Transocean'

So youre in the loop.
This is our third and likely final production
s
**Steven Roberts** | *Partner* | 713.470.6192

**From:** Williams, Carter
**Sent:** Monday, August 05, 2013 10:58 PM
**To:** Roberts, Steven; 'Catherine F. Giarrusso'
**Cc:** 'Judy Barrasso'; 'David J. Beck (dbeck@brsfirm.com)'; 'pwittmann@stonepigman.com'; "CBertaut@stonepigman.com' (CBertaut@stonepigman.com)'; 'mauslander@wilkie.com'; 'Korn, Jeffrey'; 'DJONES@beckredden.com'; 'Auslander, Mitchell'; Schlemmer, Cheryl
**Subject:** RE: Cameron v. LIU - RFPs to Transocean'

All,

Please find a supplemental production of documents by Transocean attached hereto. I expect this will be our final production.

Please let me know if you have any questions.

Thanks and best regards,

Carter

**Carter Williams** | *Counsel* | 713.470.6126

**From:** Williams, Carter
**Sent:** Wednesday, July 10, 2013 6:48 PM
**To:** Roberts, Steven; Catherine F. Giarrusso
**Cc:** Judy Barrasso; David J. Beck (dbeck@brsfirm.com); 'pwittmann@stonepigman.com'; 'CBertaut@stonepigman.com'