# EXHIBIT G

# Gary Pate

| | |
|---|---|
| **From:** | Gary Pate |
| **Sent:** | Tuesday, August 06, 2013 9:39 AM |
| **To:** | Roberts, Steven |
| **Cc:** | Korn, Jeffrey; Robert Dees; jbarrasso@barrassousdin.com; Bertaut, Carmelite; David J. Beck (dbeck@brsfirm.com); Olsen-LeGrand, Stephany |
| **Subject:** | Re: Cameron v. LIU - TODAY'S DEPOSITION |

I am present. I have not seen a court order granting the motion to quash. If you have, kindly let me know.
Thank you.

Gary L. Pate
Partner
Martin, Disiere, Jefferson & Wisdom, L.L.P.
Licensed in Texas and Arkansas

On Aug 6, 2013, at 9:32 AM, "Roberts, Steven" <Steven.Roberts@sutherland.com> wrote:

> I am at a total loss.
> I emailed everyone on Saturday as a professional courtesy to avoid scurrying around.
> No one will be present for deposition.
> I can not make that any more clear.
>
>
> Regards
> steve
> Steven Roberts | Partner | 713.470.6192 -----Original Message-----
> From: Gary Pate [mailto:pate@mdjwlaw.com]
> Sent: Tuesday, August 06, 2013 9:26 AM
> To: Korn, Jeffrey
> Cc: Bertaut, Carmelite; Roberts, Steven; Olsen-LeGrand, Stephany;
> jbarrasso@barrassousdin.com; Robert Dees
> Subject: Re: Cameron v. LIU - TODAY'S DEPOSITION
>
> Yes. We have reviewed the Rules and we do not see a provision (like in the state Rules) for an automatic stay. Am I missing something?  If so, please advise.
> Thanks
>
> Gary L. Pate
> Partner
> Martin, Disiere, Jefferson & Wisdom, L.L.P.
> Licensed in Texas and Arkansas
>
> On Aug 6, 2013, at 9:21 AM, "Korn, Jeffrey" <JKorn@willkie.com<mailto:JKorn@willkie.com>> wrote:
>
> Gary,
>
> I'm confused.  Is it your position that a witness is legally obligated to show up for a deposition, even though it has filed a motion to quash, because the Court has not yet ruled on that motion?

1

>
> Please clarify your position.  Thank you.
>
>
> Jeffrey B. Korn
> (212) 728-8842
>
> Sent from my iPhone
>
> On Aug 6, 2013, at 10:10 AM, "Gary Pate"
<<mailto:pate@mdjwlaw.com>pate@mdjwlaw.com<mailto:pate@mdjwlaw.com>> wrote:
>
> Steve,
> What is a good call in number for Carmelite and others to attend the deposition by phone?
> Can we start at 11 am so I can review your document production?
> Please advise.
> Thanks
> Gary
>
> From: Bertaut, Carmelite
> [<mailto:CBertaut@stonepigman.com>mailto:CBertaut@stonepigman.com]
> Sent: Tuesday, August 06, 2013 8:59 AM
> To: Gary Pate;
'<mailto:Steven.Roberts@sutherland.com>Steven.Roberts@sutherland.com<mailto:Steven.Roberts@sutherland.com>'
> Cc: '<mailto:stephany.olsen-legrand@sutherland.com>stephany.olsen-legrand@sutherland.com<mailto:stephany.olsen-legrand@sutherland.com>'
> Subject: Re: Cameron v. LIU - TODAY'S DEPOSITION
>
> Gary, should you conduct any proceeding today by phone, I would
> appreciate your setting up a call in number. At this time, I am not
> certain @ which number I will be and a call in number gives me
> flexibility without burdening you with way more info about my
> accessibility than you need. Thanks
>
> From: Gary Pate [<mailto:pate@mdjwlaw.com>mailto:pate@mdjwlaw.com]
> Sent: Tuesday, August 06, 2013 08:49 AM
> To: Roberts, Steven
> <<mailto:Steven.Roberts@sutherland.com>Steven.Roberts@sutherland.com<m
> ailto:Steven.Roberts@sutherland.com>>
> Cc: Olsen-LeGrand, Stephany
> <<mailto:stephany.olsen-legrand@sutherland.com>stephany.olsen-legrand@
> sutherland.com<mailto:stephany.olsen-legrand@sutherland.com>>
> Subject: RE: Cameron v. LIU - TODAY'S DEPOSITION
>
> Steve,
> Can we start today at 11 am? I am just now reading the documents you produced last night.
> Thanks
> Gary
>
> From: Roberts, Steven
> [<mailto:Steven.Roberts@sutherland.com>mailto:Steven.Roberts@sutherlan
> d.com]

2

> Sent: Tuesday, August 06, 2013 6:53 AM
> To: Gary Pate
> Cc: Olsen-LeGrand, Stephany
> Subject: FW: Cameron v. LIU - RFPs to Transocean'
>
>
> So youre in the loop.
> This is our third and likely final production s Steven Roberts |
> Partner | 713.470.6192
>
> From: Williams, Carter
> Sent: Monday, August 05, 2013 10:58 PM
> To: Roberts, Steven; 'Catherine F. Giarrusso'
> Cc: 'Judy Barrasso'; 'David J. Beck
> (<mailto:dbeck@brsfirm.com>dbeck@brsfirm.com<mailto:dbeck@brsfirm.com>
> )';
> '<mailto:pwittmann@stonepigman.com>pwittmann@stonepigman.com<mailto:pw
> ittmann@stonepigman.com>';
> "<mailto:CBertaut@stonepigman.com>CBertaut@stonepigman.com<mailto:CBe
> rtaut@stonepigman.com>'
> (<mailto:CBertaut@stonepigman.com>CBertaut@stonepigman.com<mailto:CBer
> taut@stonepigman.com>)';
> '<mailto:mauslander@wilkie.com>mauslander@wilkie.com<mailto:mauslander
> @wilkie.com>'; 'Korn, Jeffrey';
> '<mailto:DJONES@beckredden.com>DJONES@beckredden.com<mailto:DJONES@bec
> kredden.com>'; 'Auslander, Mitchell'; Schlemmer, Cheryl
> Subject: RE: Cameron v. LIU - RFPs to Transocean'
>
> All,
>
> Please find a supplemental production of documents by Transocean attached hereto. I expect this will be our final production.
>
> Please let me know if you have any questions.
>
> Thanks and best regards,
>
> Carter
>
> Carter Williams | Counsel | 713.470.6126
>
> From: Williams, Carter
> Sent: Wednesday, July 10, 2013 6:48 PM
> To: Roberts, Steven; Catherine F. Giarrusso
> Cc: Judy Barrasso; David J. Beck
> (<mailto:dbeck@brsfirm.com>dbeck@brsfirm.com<mailto:dbeck@brsfirm.com>
> );
> '<mailto:pwittmann@stonepigman.com>pwittmann@stonepigman.com<mailto:pw
> ittmann@stonepigman.com>';
> '<mailto:CBertaut@stonepigman.com>CBertaut@stonepigman.com<mailto:CBer
> taut@stonepigman.com>'
> (<mailto:CBertaut@stonepigman.com>CBertaut@stonepigman.com<mailto:CBer

3