UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section :   J |
| | This Document Relates to:<br>13-CV-02090 | Judge Barbier<br>Mag. Judge Shushan |

**MOTION FOR LEAVE TO RE-FILE FIRST AMENDED COMPLAINT**

COMES NOW Plaintiffs CHCA Mainland, LP and CHCA Clear Lake, LP D/B/A Mainland Medical Center and files this Motion for Leave to File Amended Complaint, and for good and sufficient reason would respectfully show the Court as follows:

1. Plaintiffs' filed their Original Complaint on April 20, 2013.

2. Plaintiffs' filed their First Amended Complaint on April 23, 2013 in order to name additional corporate plaintiffs in the case. However, when the first amended complaint was filed, only the first and last pages of the first amended complaint were electronically filed due to a scanning or uploading error. Plaintiffs did not notice the error until Plaintiffs were ready to serve Defendants with the First Amended Complaint.

3. Plaintiffs request leave of Court to re-file the First Amended Complaint attached hereto as "Exhibit A". Plaintiffs request an Order authorizing them to re-file their First Amended Complaint to ensure the entire First Amended Complaint is filed of record and may be served upon defendants as required by Fed. R. Civ. Pro. 4.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs CHCA MAINLAND, LP and CHCA CLEAR LAKE, LP D/B/A MAINLAND MEDICAL CENTER, prays that this Court grant their motion for leave to re-file Plaintiffs' First Amended Complaint.

*[signature]*

_____
Louis B. ("Brady") Paddock
Louisiana State Bar No. 28711
**NIX PATTERSON & ROACH, LLP**
2900 St. Michael Drive, 5th Floor
Texarkana, Texas 75503-2388
Telephone: (903) 223-3999
Fax No: (903) 223-8520
bpaddock@nixlawfirm.com

*Counsel for Plaintiffs,* CHCA Mainland, LP and CHCA Clear Lake, LP d/b/a Mainland Medical Center