UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 "J"(1) |
| | | JUDGE BARBIER |
| | | MAGISTRATE SHUSHAN |
| THIS DOCUMENT APPLIES TO: Case No. 12-311 | * * * | JURY TRIAL DEMANDED |

## ORDER

Considering the foregoing LIU's Motion to Seal Exhibits to Brief in Compliance with the Magistrate's July 22, 2013 Discovery Order;

IT IS ORDERED that LIU's Motion to Seal Exhibits to Brief in Compliance with the Magistrate's July 22, 2013 Discovery Order be and is hereby granted.

IT IS FURTHER ORDERED that the clerk seal Exhibits A, B, C, and D to LIU's Brief in Compliance with the Magistrate's July 22, 2013 Discovery Order.

New Orleans, Louisiana, this __8th__ day of August, 2013.

_____
United States Magistrate Judge

890171