UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | ) | |
| OIL SPILL BY THE OIL RIG | ) | |
| "DEEPWATER HORIZON" IN THE | ) | MDL Docket No. 2179 |
| GULF OF MEXICO ON APRIL 20, 2010 | ) | |
| | ) | SECTION J |
| | ) | |
| | ) | |
| THIS DOCUMENT RELATES: | ) | JUDGE BARBIER |
| Case No. 2:10-cv-08888-CJB-SS | ) | MAG. JUDGE SHUSHAN |

**MOTION TO WITHDRAW AS COUNSEL**

NOW INTO COURT, the undersigned counsel moves this Court for an order withdrawing Adam M. Milam and the law firm Milam & Milam, LLC, as counsel of record for Plaintiffs listed herein in attachment A. In further support, Movant states that all Plaintiffs will remain in the litigation and counsel has advised Plaintiffs of all relevant deadlines. Neither the Plaintiffs, nor any other party, will be prejudiced by Movants' withdraw of counsel.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, both individually and on behalf of his respective law firm Milam & Milam, LLC, move this Court for an Order withdrawing them as counsel of record for all Plaintiffs as set forth in Attachment A.

Respectfully submitted this the 9th day of August, 2013.

                                                          _/s/ Adam M. Milam_
                                                        ADAM M. MILAM, Esq.
                                                        MILAA2597

OF COUNSEL:

MILAM & MILAM, LLC
Post Office Box 1454
104 S. Section Street
Fairhope, Alabama 36533
(251) 928-0191
(251) 928-0193 fax
smilam@milam-law.com
amilam@milam-law.com

## Certificate of Service

      I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of the Court. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via US Mail, postage prepaid and properly addressed, on the others listed in Attachment A hereto attached on this the 9th day of August, 2013.

                                                          /s/ Adam M. Milam
                                          ADAM M. MILAM, Esq.