## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **OIL SPILL BY THE OIL RIG** | ) | |
| **"DEEPWATER HORIZON" IN THE** | ) | **MDL Docket No. 2179** |
| **GULF OF MEXICO ON APRIL 20, 2010** | ) | |
| | ) | **SECTION J** |
| | ) | |
| | ) | |
| **THIS DOCUMENT RELATES:** | ) | **JUDGE BARBIER** |
| **Case No. 2:10-cv-08888-CJB-SS** | ) | **MAG. JUDGE SHUSHAN** |

### ATTACHMENT A

| Plaintiffs | Termination Date | MDL Document No. |
|---|---|---|
| Bobby L. Jackson | 8/02/13 | 135784 |
| Stephen J. Baker | 7/29/13 | 79677 |
| Omega Holdings, Inc. | 7/29/13 | 78082 |
| Michelle Baker | 7/29/13 | 79676 |
| Timothy Van Alstine | 12/04/12 | 78226 |
| Dan Murphy | 11/14/12 | 78108 |
| Dark Thirty Charters, Inc. | 10/25/12 | 79673 |
| Wahoo Water Sports | 10/25/12 | 78218 |
| LeRae Cody-Babington, Deceased | 9/25/12 | 89750 |
| Thomas Babington | 9/25/12 | 89752 |
| Mark Cox | 6/20/12 | 112316 |