1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF LOUISIANA

3
    *****************************************************************
4
    IN RE: OIL SPILL BY THE
5   OIL RIG *DEEPWATER HORIZON*
    IN THE GULF OF MEXICO ON
6   APRIL 20, 2010

7                            CIVIL ACTION NO. 10-MD-2179 "J"
                               NEW ORLEANS, LOUISIANA
8                         WEDNESDAY, AUGUST 7, 2013, 3:00 P.M.

9
    THIS DOCUMENT RELATES TO
10  ALL ACTIONS

11  *****************************************************************

12

13          TRANSCRIPT OF APPEAL HEARING PROCEEDINGS
              HEARD BEFORE THE HONORABLE CARL J. BARBIER
14                 UNITED STATES DISTRICT JUDGE

15

16
    APPEARANCES:
17

18
    FOR THE PLAINTIFFS'
19  LIAISON COUNSEL:        DOMENGEAUX WRIGHT ROY & EDWARDS
                               BY:  JAMES P. ROY, ESQUIRE
20                          556 JEFFERSON STREET
                               LAFAYETTE, LA  70502
21

22
                               HERMAN HERMAN & KATZ
23                          BY:  STEPHEN J. HERMAN, ESQUIRE
                               820 O'KEEFE AVENUE
24                          NEW ORLEANS, LA  70113

25

                             **OFFICIAL TRANSCRIPT**

```
1    APPEARANCES CONTINUED:

2

3
                      WILLIAMS LAW GROUP
4                     BY:  CONRAD S. P. WILLIAMS, ESQUIRE
                      435 CORPORATE DRIVE, SUITE 101
5                     HOUMA, LA   70360

6

7                     LEWIS, KULLMAN, STERBCOW & ABRAMSON
                      BY:   PAUL M. STERBCOW, ESQUIRE
8                     PAN AMERICAN LIFE BUILDING
                      601 POYDRAS STREET, SUITE 2615
9                     NEW ORLEANS, LA   70130

10

11

12   BP CORPORATION NORTH
     AMERICA INC.,
13   BP EXPLORATION &
     PRODUCTION INC.,
14   BP HOLDINGS NORTH
     AMERICA LIMITED,
15   BP PRODUCTS NORTH
     AMERICA INC.:          LISKOW & LEWIS
16                    BY: S. GENE FENDLER, ESQUIRE
                      ONE SHELL SQUARE
17                    701 POYDRAS STREET, SUITE 5000
                      NEW ORLEANS, LA   70139
18

19
                      BP AMERICA INC.
20                    BY:  JAMES J. NEATH, ESQUIRE
                      501 WESTLAKE PARK BOULEVARD
21                    HOUSTON, TX   77079

22

23                    DENTONS US
                      BY:  MATTHEW T. NICKEL, ESQUIRE
24                    2000 MCKINNEY AVENUE, SUITE 1900
                      DALLAS, TX   75201
25
```

**OFFICIAL TRANSCRIPT**

```
 1    APPEARANCES CONTINUED:

 2

 3                              DENTONS US
                               BY:  KEITH MOSKOWITZ, ESQUIRE
 4                             233 SOUTH WACKER DRIVE, SUITE 7800
                               CHICAGO, IL  60606
 5

 6

 7    FOR THE DEEPWATER
      HORIZON CLAIMS
 8    CENTER:                  DEEPWATER HORIZON CLAIMS CENTER
                               BY:  PATRICK A. JUNEAU, ESQUIRE
 9                                  DAVID ODOM, CEO
                               P. O. BOX 1439
10                             HAMMOND, LA 70404

11

12

13    OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                  CERTIFIED REALTIME REPORTER
14                                REGISTERED MERIT REPORTER
                                  500 POYDRAS STREET, ROOM HB406
15                                NEW ORLEANS, LA  70130
                                  (504) 589-7779
16                                Cathy_Pepper@laed.uscourts.gov

17

18    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
      PRODUCED BY COMPUTER.

19

20

21

22

23

24

25

                            OFFICIAL TRANSCRIPT
```

1                                **I N D E X**

2

3      SPEAKERS                                                        PAGE

4

5      THE COURT............................................   5

6      MR. MOSKOWITZ.......................................   8

7      MR. JUNEAU..........................................  14

8      MR. ROY.............................................  20

9      MR. MOSKOWITZ.......................................  23

10     THE COURT...........................................  27

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                            **OFFICIAL TRANSCRIPT**

1              P-R-O-C-E-E-D-I-N-G-S

2          WEDNESDAY, AUGUST 7, 2013

3          A F T E R N O O N   S E S S I O N

4              (COURT CALLED TO ORDER)

5

6

7          THE DEPUTY CLERK:  All rise.

8          THE COURT:  All right.  Please be seated, everyone.

9              All right.  We're here because, as I appreciate

10    things, the status of things, Judge Shushan conducted a hearing

11    this morning in conjunction with the issue of the claims

12    administrator's request for funding for the third quarter for

13    operation of the *Deepwater Horizon* Court-supervised settlement

14    program, and that in response to that request, BP -- that

15    request was made, it looks like, for the third-quarter funding

16    on July 17th in a letter or e-mail from Robert Levine, chief

17    financial officer for the claims center addressed to BP in

18    which Mr. Levine advised that the administrative fund would

19    essentially be out of money within 10 days, and advised that

20    the amount required to fund the next quarter was in the amount

21    of $128,654,584.

22              In response, on August 5, 2013, BP responded to

23    Mr. Levine's budget request through its director of claims,

24    Maria Travis, and in her response, Ms. Travis raised a number

25    of issues or concerns, both with the operation -- various

15:02:30 1    aspects of the operation of the claims facility and the budget

15:02:38 2    request itself, and essentially went on to state that BP would

15:02:44 3    not approve the budget as requested.

15:02:55 4            So at my direction, this letter was sent to the

15:03:03 5    Court -- I don't know when the Court received it, but it was

15:03:05 6    sent by Ms. Travis to Mr. Levine on Monday, August 5th.  I

15:03:13 7    believe it came to my attention sometime yesterday, and

15:03:18 8    obviously this raised a matter of great concern to Mr. Juneau

15:03:28 9    and the claims facility operation and, of course, to the Court.

15:03:31 10           So I actually asked Judge Shushan to have the

15:03:36 11   parties come in this morning and have a hearing and see if this

15:03:43 12   matter could be resolved one way or the other, and she had her

15:03:49 13   hearing this morning.  She issued an order, which I'm holding

15:03:52 14   in my hands -- actually issued two orders.  The first one is

15:03:57 15   Record Document 10953, which orders that BP fund the

15:04:15 16   third-quarter budget in its entirety, such funding to occur no

15:04:24 17   later than Monday, August 12th.

15:04:26 18           And then a separate second order following that,

15:04:30 19   Record Document 10955, which dealt with the fourth-quarter

15:04:44 20   budget which would arise or begin, obviously, October 1, 2013,

15:04:54 21   which Judge Shushan ordered the parties to engage in certain

15:05:16 22   procedures to try to avoid this type of issue from arising

15:05:22 23   again, particularly from arising at a last minute, creating an

15:05:27 24   emergency situation.

15:05:28 25           The subject before the Court now is actually the

**OFFICIAL TRANSCRIPT**

15:05:39  1    first order that I referred to, Record Document 10953, where

15:05:47  2    Judge Shushan instructed BP to file any appeal by 2 o'clock

15:05:51  3    today, and advised that that could be done orally.

15:05:57  4         I understand counsel for BP came by while I was

15:05:59  5    at lunch and advised that they did intend to appeal, and so I

15:06:03  6    instructed everyone to appear at 3 o'clock today and we will

15:06:07  7    hear the appeal.

15:06:08  8         So here we are.  I do not intend for this to be

15:06:12  9    an evidentiary hearing of any sort.  I not only have a copy of

15:06:21 10    the transcript of this morning's hearing from Judge Shushan's

15:06:25 11    court, but I, in fact, listened to the hearing, not realtime,

15:06:31 12    but we have the facility to listen to the FTR device, which

15:06:40 13    records everything that's going on in court.

15:06:42 14         So between the time the hearing started and after

15:06:49 15    I got back from lunch, I listened to the entire hearing.  So

15:06:53 16    I'm familiar with what occurred before Judge Shushan, and I

15:06:56 17    don't want to rehash all of that, but what I had planned to do

15:07:01 18    is allow the parties to make whatever argument they care to as

15:07:05 19    to why -- I guess, BP, essentially, why I should not enforce

15:07:12 20    Judge Shushan's order.  So who is going to speak?

15:07:16 21         MR. MOSKOWITZ:  Good afternoon, Your Honor.

15:07:18 22    Keith Moskowitz on behalf of BP.

15:07:20 23         THE COURT:  Mr. Moskowitz, good afternoon.  Why don't

15:07:24 24    we go ahead, Mr. Moskowitz, let's have everyone who is here

15:07:28 25    make an appearance.

**OFFICIAL TRANSCRIPT**

15:07:30  1        MR. FENDLER:  Good afternoon, Judge.  Gene Fendler of

15:07:33  2   Liskow & Lewis also here for BP.

15:07:39  3        MR. NICKEL:  Matt Nickel on behalf of Dentons, here on

15:07:39  4   behalf of BP.

15:07:41  5        MR. JUNEAU:  Patrick Juneau, Your Honor, the claims

15:07:43  6   administrator on behalf of the claims administrator.

15:07:47  7        MR. ODOM:  David Odom with the Claims Administrative

15:07:48  8   Office.

15:07:49  9        MR. ROY:  Jim Roy, Steve Herman, Duke Williams,

15:07:49 10   Paul Sterbcow for the PSC and class counsel.

15:07:54 11        THE COURT:  Okay.  Mr. Moskowitz.  You may proceed.

15:07:57 12        MR. MOSKOWITZ:  Thank you, Your Honor.

15:07:58 13        Your Honor, I appreciate that you had an

15:08:00 14   opportunity to hear this morning's hearing as well as have the

15:08:03 15   transcript with regard to the latter point.  Of course, the

15:08:06 16   parties don't, and so to the extent that I have attempted to

15:08:09 17   characterize what happened below this morning, it is a

15:08:13 18   compilation of information I took down in my notes and what I

15:08:15 19   recall from the hearing, and certainly there is no intention

15:08:18 20   here if I misstate something that the record says otherwise

15:08:21 21   without the benefit.

15:08:22 22        THE COURT:  I understand.  I appreciate that.  Okay.

15:08:25 23        MR. MOSKOWITZ:  Your Honor, I will not rehash what

15:08:28 24   occurred below, but I would like to touch on three points which

15:08:33 25   BP maintains constitute error on the part of the magistrate

15:08:37 1    judge in the issuance of her order of this morning, and based

15:08:40 2    on those three principal errors, respectfully request that the

15:08:45 3    Court reverse that order.

15:08:46 4           First, BP presented evidence this morning showing

15:08:53 5    that as early as May of 2013, BP requested information that is

15:09:00 6    critical to the promulgation of an appropriate and reasonable

15:09:05 7    budget from which BP, the class counsel, and frankly, the Court

15:09:11 8    as well, can make reasonable determinations with regard to

15:09:16 9    whether or not the third-quarter budget request funding

15:09:20 10   constitutes reasonable and necessary expenses.

15:09:22 11          BP had a contractual right to make that request.

15:09:27 12   That right exists under 5.12.1.4 of the settlement agreement.

15:09:33 13   That provision of the settlement agreement also speaks to BP's

15:09:36 14   right to reject reasonable -- unreasonable and unnecessary

15:09:40 15   expenses.

15:09:40 16          The record established below shows through the

15:09:47 17   claims administrator's own witnesses that the critical

15:09:51 18   information that is necessary to present a reasonable budget

15:09:58 19   exists at the Court-supervised settlement program, either at

15:10:03 20   the offices of the claims administrator or of the claims

15:10:06 21   administrator vendors, that that information can be provided to

15:10:10 22   BP.  But it has not been.  Those are uncontroverted facts

15:10:16 23   established through the presentation and testimony regarding

15:10:19 24   Exhibit 1, which is the request BP had made for information

15:10:22 25   dating back to May that was revised on June 5th and sent to the

15:10:27 1    claims administrator, specifically indicating what information
15:10:32 2    was requested that would be provided.
15:10:33 3         Second, the chief financial officer of the claims
15:10:36 4    administrator, Mr. Bob Levine, who was responsible for, amongst
15:10:40 5    other things, promulgating the budget, testified that the
15:10:45 6    information BP requested that the claims administrator or its
15:10:50 7    vendors have and that was not provided with BP was information
15:10:54 8    that could and, arguably, should be made part of the budget
15:10:58 9    submission.
15:10:59 10        Indeed, Your Honor, as the testimony below shows,
15:11:05 11   and this was opened up through direct examination by the claims
15:11:08 12   administrator himself of his employees, a principal function of
15:11:14 13   a budget is a management tool.  It is forward looking.  It
15:11:18 14   looks at projected costs out over time, and fundamental to
15:11:23 15   that, of course, is a budget that is appropriately structured
15:11:27 16   to manage the costs and expenses which are dependent upon
15:11:34 17   fundamentally the efficiencies and productivities of the
15:11:37 18   facility.
15:11:38 19        And as Mr. Fisher, a senior member of
15:11:42 20   Mr. Juneau's staff testified, he acknowledged that the CSSP is
15:11:48 21   inefficient, has productivity issues, and that these two things
15:11:50 22   combined manifest themselves in higher-than-expected costs.
15:11:54 23   And, of course, these are all reasons why getting the
15:11:56 24   information that BP requested are critical to the formulation
15:12:00 25   of the budget to take into consideration those testified-to

**OFFICIAL TRANSCRIPT**

15:12:06  1    inefficiencies and productivity issues that are resulting in

15:12:10  2    higher-than-expected costs.

15:12:11  3              And indeed as Magistrate Judge Shushan herself

15:12:15  4    acknowledged, BP's concerns about those excessive costs and low

15:12:19  5    productivity issues are legitimate concerns.

15:12:23  6              Therefore, the record showed that the budget

15:12:26  7    submitted, the third-quarter budget submitted was incomplete.

15:12:31  8    The information could have been provided, can be provided

15:12:35  9    today, and that with the provision of that information, a more

15:12:39 10    appropriate assessment can be made as to the request for

15:12:44 11    budgeted fund.

15:12:47 12              Second, with regard to the budgeting process --

15:12:50 13         THE COURT:  I don't know how many seconds you have.  I

15:12:54 14    heard "second" awhile ago, and I was on about Number 7,

15:12:57 15    frankly, keeping track of your arguments here.

15:12:59 16         MR. MOSKOWITZ:  I appreciate that, Your Honor.

15:13:00 17         THE COURT:  I don't know where we went from one to

15:13:03 18    second and back to second or what.  But forget about the

15:13:07 19    numbers.

15:13:08 20         MR. MOSKOWITZ:  I'll forget the numbers.  I'll move on

15:13:10 21    to my next point.  Thank you, Your Honor.

15:13:13 22              With regard to the budgeting process, as

15:13:16 23    Magistrate Judge Shushan acknowledged at the hearing, the

15:13:18 24    CSSP's budgeting process is flawed.  It needs to be changed.

15:13:23 25              What Judge Shushan ordered in connection with her

**OFFICIAL TRANSCRIPT**

15:13:28 1   overall deliberation on the matter was that future budgets be

15:13:32 2   presented at least 60 days prior to fiscal quarter being

15:13:37 3   budgeted.

15:13:38 4        A fundamental problem we've run into here is a

15:13:42 5   timing issue, according to Judge Shushan.  But that timing

15:13:48 6   issue was created by the claims administrator.  The claims

15:13:52 7   administrator chose to issue the budget into the fiscal quarter

15:13:55 8   that was being budgeted and, of course, that budget was not

15:13:58 9   supported by information that the claims administrator had that

15:14:01 10  BP requested back in May of 2013.

15:14:03 11       So we had a budget presented that was not

15:14:06 12  reasonable, for the reasons that was established below.  We had

15:14:10 13  a process for the presentation of the budget, which the

15:14:15 14  magistrate judge herself acknowledged was flawed and needs to

15:14:17 15  be changed.

15:14:17 16       The next point, Your Honor, this is the last

15:14:21 17  point I'll make with regard to the findings below, is that the

15:14:25 18  show cause hearing itself was procedurally improper.  The

15:14:32 19  magistrate judge noticed the hearing less than 24 hours before

15:14:34 20  it occurred.  The magistrate judge, in her notice of the

15:14:39 21  hearing, did not specify that the hearing would take evidence.

15:14:44 22  She did not specify it would be an evidentiary hearing.

15:14:47 23       Indeed, Your Honor, the claims administrator, who

15:14:51 24  was on the same notice as BP, did not notify BP that the claims

15:14:56 25  administrator intended to call live witnesses.  BP had no

**OFFICIAL TRANSCRIPT**

15:15:00 1   notice that the claims administrator would present to give

15:15:04 2   testimony, Mr. Levine and Mr. Herman.

15:15:08 3         Indeed, at the outset of this morning's hearing,

15:15:11 4   Magistrate Judge Shushan commented that she would take argument

15:15:16 5   and that she would not take evidence on claims administration

15:15:22 6   issues.  And indeed, Your Honor, as you heard from the

15:15:25 7   recording of the hearing this morning, as well as you'll see in

15:15:28 8   the transcript, BP vociferously objected to the unfairness of

15:15:34 9   being presented with live witnesses by the claims administrator

15:15:39 10   with no notice, which materially prejudiced BP's ability to

15:15:49 11   adjudicate the hearing.

15:15:50 12         Fundamentally, BP had no reasonable opportunity

15:15:53 13   to prepare to cross-examine these witnesses.  They were simply

15:15:57 14   presented the day of the hearing without notice.  BP had no

15:16:00 15   opportunity to consider whether or not it would put up

15:16:03 16   witnesses, including potentially rebuttal witnesses to deal

15:16:06 17   with those witnesses.

15:16:07 18         Furthermore, the expedited appeal to Your Honor

15:16:12 19   today merely hours after the hearing this morning was

15:16:16 20   prejudicial to BP.  We've had a very short period of time to

15:16:21 21   collect our positions to present to the Court today on what the

15:16:28 22   Court, both here and the magistrate judge, recognize are very

15:16:32 23   significant, very important issues that fundamentally, in our

15:16:36 24   view, based on the Court's order, impair BP's contractually

15:16:42 25   negotiated rights under the settlement agreement and require BP

15:16:44  1    to make funding that is not in accord with the terms of that

15:16:49  2    agreement.

15:16:51  3              So fundamentally, Your Honor, BP's due process

15:16:55  4    rights were violated here as a result.  We were deprived of the

15:16:59  5    opportunity to prepare to cross-examine witnesses, we were

15:17:02  6    deprived of the opportunity to potentially present our own

15:17:04  7    witnesses, and we have been greatly impaired in our ability to

15:17:09  8    address the significant issues, as both the Court below and

15:17:14  9    this Court recognize are embodied in this issue to present here

15:17:17 10    an appeal.

15:17:19 11              Your Honor, those are my principal points.  Of

15:17:20 12    course, I will address any questions that the Court will have,

15:17:24 13    and would respectfully request an opportunity to present

15:17:26 14    rebuttal to the extent appropriate at the conclusion of the

15:17:29 15    hearing.

15:17:30 16              THE COURT:  Okay.  Thank you very much.

15:17:33 17              MR. MOSKOWITZ:  Thank you.

15:17:35 18              THE COURT:  Who is going to speak on this side?

15:17:38 19    Mr. Juneau or Mr. Roy?  Who is going to speak first?

15:17:41 20              MR. JUNEAU:  Patrick Juneau, Your Honor, just a few

15:17:45 21    brief comments.

15:17:46 22              To put the matter in perspective, Your Honor, we

15:17:54 23    received a letter on August 5th telling us there wouldn't be

15:17:58 24    any payments.  The ramifications -- further funding.  The

15:18:03 25    ramifications of that insofar as they affect literally

**OFFICIAL TRANSCRIPT**

thousands of people are huge.  I had to address that matter to the Court in an immediate manner because that's the format in which I got it.

A couple observations in that regard.  At the hearing -- and the record speaks for itself what took place.  I was notified of the hearing and the scheduling.  Mr. Moskowitz made a statement in the predominance of his argument:  Can you believe that you have a two- or three-page e-mail supporting a request for a million dollars?  Nobody in the country, nobody in any business would ever do that.

The evidence in the record, the exhibits that were introduced into evidence without objection establishes that was the very format and procedure that was approved by BP themselves and we followed since day one, and there has been no objection.

And the budget request that they are objecting to today is the same format, the same procedure, the identical procedure we have followed since day one.  That's undisputed. So I think that puts to rest that argument.  I think that's Exhibit 1F in the --

THE COURT:  Excuse me, Mr. Juneau, I should have said at the outset that I do have all of the exhibits. Judge Shushan sent them on over, I guess all exhibits offered by both sides.  And I have -- I've not read every page of these, but I've scanned through these and, obviously, as I

15:19:45  1   said, I listened to the hearing itself.

15:19:48  2          MR. JUNEAU:  The ultimate point about that, Your Honor,

15:19:49  3   is that was the sequence of events.

15:19:52  4              And I want to go back to one thing.

15:19:55  5   Judge Shushan noted that in this agreement that was drafted and

15:20:00  6   agreed upon amongst the parties, the parties themselves

15:20:03  7   established a procedure for handling any issues involving the

15:20:08  8   administration, it's called *a panel hearing*.  Never ever was

15:20:11  9   that ever invoked.  I put that in the report to the company the

15:20:15 10   other day.  Matters that you're talking about what you need,

15:20:18 11   don't need, what you think you don't have and so forth.  That's

15:20:20 12   the format to do that.  What we got was, was a unilateral

15:20:24 13   declaration on the 5th that this wouldn't be funded.

15:20:28 14              The second thing is the talk about the documents

15:20:32 15   being produced, if you read the testimony and read the exhibits

15:20:36 16   that are actually in the record without objection, establish

15:20:40 17   that a significant -- or most of the documents they've

15:20:44 18   requested may not be in the format they are talking about, but

15:20:48 19   were submitted as part of this record.  That's attached to my

15:20:51 20   April 1st letter that was referred to.  It's a matter of

15:20:55 21   statistical data and the analysis of that data.

15:20:58 22              And I stated at that hearing, we stand ready

15:21:01 23   yesterday, we stand ready today, stand ready tomorrow, any

15:21:06 24   additional procedures beyond what they agreed to provide

15:21:09 25   before, we're willing to do that.  We're willing to sit down

**OFFICIAL TRANSCRIPT**

15:21:12  1    and discuss that.  Have been willing to do so.

15:21:14  2              The reality of it is we've had a severance of a

15:21:19  3    tri-party relationship here in dealing with trying to

15:21:22  4    administer this settlement, which has made it very difficult.

15:21:25  5    And my input to that is I want to encourage, and for myself

15:21:29  6    also, to be a participant in having that -- that's how you

15:21:33  7    solve these kind of issues.

15:21:34  8              The lateness of which they applied or what we

15:21:40  9    have applied, we have complied with everything they have ever

15:21:44 10    done in this case.  We didn't have a panel hearing.

15:21:46 11    Your Honor, I think the magistrate correctly concluded it was

15:21:50 12    inappropriate and it was unreasonable in those given

15:21:54 13    circumstances to deny the funding of a budget that would affect

15:21:57 14    thousands of people by sending a unilateral letter on the 5th

15:22:00 15    of the month to say that we're not going to fund that.

15:22:03 16              THE COURT:  I just had one question.  Let me interrupt

15:22:06 17    you.

15:22:07 18              MR. JUNEAU:  Yes, sir.

15:22:08 19              THE COURT:  What is the current status of your --

15:22:13 20    what's it called, *administrative fund*?

15:22:16 21              MR. JUNEAU:  Administrative fund.  About $210,000, and

15:22:18 22    we have in excess today, in excess of $8 million in bills to

15:22:23 23    pay, just today.  So --

15:22:27 24              THE COURT:  So if you are not -- I want to know what

15:22:30 25    the effect would be, from your perspective, if you do not get

15:22:36 1   this funding, which is due by next week, right?

15:22:41 2        MR. JUNEAU:  It would severely impact the processing of

15:22:45 3   claims and a breach of contractual obligations we have to pay

15:22:50 4   bills to vendors who have, in fact, done the work.

15:22:53 5        THE COURT:  Does this include -- does that include

15:22:55 6   payroll, too?

15:22:57 7        MR. JUNEAU:  Yes, sir, everything.  Payroll, expenses,

15:23:01 8   the whole gamut of expenses.

15:23:04 9        Your Honor, if I can just put one other thing in

15:23:08 10  perspective.  You understand, all of this data -- we send

15:23:12 11  literally thousands of pages of documents, the invoices have

15:23:19 12  explicit detail for all of it.  This has been the case since

15:23:21 13  day one of this case, and BP has had that since day one.  So

15:23:25 14  we've had all of that tracking going on as we speak.  So they

15:23:28 15  know exactly what we're dealing with.

15:23:30 16       There was questions in the hearing this morning

15:23:32 17  about tracking, and it was very clear, Mr. Levine's testimony

15:23:35 18  said, deal very closely with the tracking and the productivity

15:23:39 19  of things, we know at what level we've got to project out for

15:23:42 20  the future.  That's all well documented in the letter.  But

15:23:47 21  there are some huge, disastrous effects to people and

15:23:51 22  contractual rights here that would be affected by this claim.

15:23:55 23  It affects the whole processing of claims.

15:23:57 24       It -- in essence, it's a stoppage, is the way I

15:24:01 25  look at it, of the system.  It would have -- more or less have

**OFFICIAL TRANSCRIPT**

15:24:05  1    a negative effect.  How do we continue?  I can't contractually

15:24:08  2    pay people who are supposed to do what they are supposed to do

15:24:12  3    to process these claims, and that's where we -- we got that on

15:24:15  4    the 5th.

15:24:16  5              And our commitment was -- and I made that

15:24:18  6    commitment -- I made it before, I make it now, and I'll make it

15:24:21  7    again and again, BP wants to sit down and they want additional

15:24:24  8    information.  Tell us.  That's not what they agreed to do.

15:24:28  9    That's not what they put in the format.  We have every quarter

15:24:32 10    done the same thing, and until this quarter, until this thing

15:24:35 11    we're dealing with here, the landscape changed, for whatever

15:24:41 12    reason.

15:24:43 13              I think the impact it would have on this system

15:24:48 14    would be disastrous.  It's a commitment and an obligation

15:24:52 15    that's owed to these people to pay what they've actually done

15:24:57 16    for their work.  I'm willing to work with BP in any capacity

15:25:00 17    they want to work, no matter what they want to know in the

15:25:02 18    future.

15:25:03 19              The last thing I'll mention, Judge Shushan said

15:25:06 20    maybe we can avoid this problem in the future by moving up the

15:25:13 21    submission of the budget.  We've worked since day one with BP

15:25:16 22    submitting the budgets when they want to submit it,

15:25:18 23    Maria Travis and Bob Levine and all of us.  We submit it

15:25:19 24    because it affects their cash flow.  We submitted that

15:25:21 25    consistent with what they requested.  And that's worked every

15:25:25  1   time up until this one.

15:25:26  2        THE COURT:  Is there any reason you will not be able to

15:25:31  3   comply with Judge Shushan's second order to move up the whole

15:25:35  4   budget process in terms of submitting your budget earlier

15:25:40  5   than --

15:25:41  6        MR. JUNEAU:  It requires more effort, more time, but we

15:25:43  7   can do that, and we will do that.  We'll comply with any order

15:25:47  8   of this Court, as we've done since day one.

15:25:50  9        That concludes my argument.  Thank you,

15:25:51 10   Your Honor.

15:25:52 11        THE COURT:  Thank you, Mr. Juneau.

15:25:55 12        Mr. Roy.

15:25:57 13        MR. ROY:  Jim Roy.  Class counsel.  Your Honor, just a

15:26:04 14   few observations.  I won't repeat the depth that I did this

15:26:08 15   morning before the Magistrate, but there are a couple of things

15:26:10 16   I want to point out to you.

15:26:12 17        First, procedurally.  All of the -- well, both of

15:26:16 18   the exhibits of BP went into the record this morning at the

15:26:18 19   hearing without objection.  All of the exhibits of the claims

15:26:23 20   administrator, I think a dozen or so plus subparts, went into

15:26:27 21   the record today without objection.

15:26:30 22        On the procedural point, we would submit that

15:26:33 23   there is all the evidence in the world in the record for the

15:26:36 24   Court to rule and uphold Judge Shushan's ruling even if you

15:26:44 25   totally disregard the live testimony.  Because, frankly, with

**OFFICIAL TRANSCRIPT**

15:26:49 1   just a few exceptions, the detail of the written materials that

15:26:55 2   went in without objection as exhibits at the hearing from both

15:26:59 3   parties more than adequately cover the turf, I think.

15:27:03 4        The second point, the key section of the

15:27:06 5   settlement agreement reflected in Record Document 6276-1

15:27:13 6   Section 5.12.1.4 really, when you get right down to it, can be

15:27:20 7   broken into three parts.

15:27:23 8        The first part talks about contracts entered

15:27:27 9   into.  The claims administration vendors and their

15:27:32 10  subcontractors shall provide BP parties and lead counsel, lead

15:27:36 11  class counsel with a right to receive invoices and a reasonable

15:27:40 12  amount of time to raise concerns.  Those contracts were entered

15:27:43 13  into almost across the board many months ago and/or a year ago.

15:27:48 14  That's not before the Court.  Those contracts contain what they

15:27:53 15  contain.

15:27:54 16       The second part of this, as I am trying to

15:27:59 17  present it, the claims administrator shall provide the BP

15:28:03 18  parties and lead class counsel on a monthly basis with a report

15:28:07 19  of administrative expenses paid, so forth, so on, in as much

15:28:12 20  detail as the BP parties may reasonably request and a

15:28:16 21  reconciliation.

15:28:18 22       BP has made the request.  The claims

15:28:23 23  administrator has complied as they saw fit and appropriate.

15:28:26 24  There is still a dispute.  The position of class counsel is

15:28:30 25  that BP, through self-help, that is chopping off the funding,

**OFFICIAL TRANSCRIPT**

15:28:36 1    cannot obtain a suspension of the claims process that it

15:28:41 2    otherwise has been denied by this Court in other motion

15:28:44 3    practice.

15:28:46 4              And that's exactly what would be obtained by BP

15:28:49 5    if it's permitted to stop the funding of the administration.

15:28:54 6    It would stop the claims in their tracks.

15:28:56 7              The third part of this section says, "The BP

15:29:03 8    parties and the claims administrator shall adjust the monthly

15:29:08 9    payment amounts accordingly to assure" -- and this is the key

15:29:13 10   language, shall -- to assure, quote -- "to assure that

15:29:17 11   sufficient funds are on deposit in the administrative fund to

15:29:21 12   cover the administrative expenses on a timely basis."

15:29:26 13             So everything else aside, comment on contracts,

15:29:29 14   input, output on contracts, and whatnot, the very end of the

15:29:34 15   paragraph, end of that second to last sentence specifically

15:29:41 16   says, "to assure sufficient funds are on deposit in the

15:29:46 17   administrative fund to cover the administrative expenses on a

15:29:50 18   timely basis."

15:29:51 19             We take that, Your Honor, to mean there may be

15:29:54 20   disagreement over adequacy, there may be disagreement over

15:30:00 21   policies, but those come up to Your Honor, because at the end

15:30:05 22   of the day, BP is not the parent corporation of the

15:30:11 23   administration.  And the administration is not a subsidiary of

15:30:14 24   BP.  The administration operates under the authority and

15:30:19 25   direction of Your Honor.  And we submit that what BP is

15:30:23  1   attempting to do here is nothing less than to unilaterally shut
15:30:28  2   it down.  Thank you, Your Honor.
15:30:29  3           THE COURT:  All right.  Thank you.
15:30:32  4               Mr. Moskowitz.
15:30:34  5           MR. MOSKOWITZ:  Your Honor, thank you.
15:30:36  6               Your Honor, based on the comments made by
15:30:39  7   Mr. Juneau and Mr. Roy, in consideration of the record below,
15:30:44  8   it's uncontroverted in the record below that the information BP
15:30:50  9   is asking for as part of the budget is available, was asked for
15:30:55 10   months ago; hasn't been produced, but can be produced.
15:30:58 11               It's uncontroverted based on the record below
15:31:01 12   that the information -- that information is relevant to the
15:31:04 13   budgeting process.  So fundamentally the question is, based on
15:31:10 14   those uncontroverted facts, should BP be ordered to fund
15:31:17 15   $128 million toward a budget that is missing fundamental
15:31:22 16   information.  That's the question.
15:31:24 17               What Mr. Juneau has presented to the Court here
15:31:28 18   today is that he cannot, according to him, meet current
15:31:32 19   obligations to fund approximately $7.8 million out of that
15:31:39 20   $128 million-plus prospective budget.  So in essence, as I
15:31:45 21   appreciate what he's saying, he has certain invoices on hand.
15:31:47 22   Those invoices presumably are independent of his
15:31:50 23   forward-looking budget to collect, what, 120-plus million
15:31:56 24   additional dollars to fund future-billed activity.
15:32:02 25               Your Honor, respectfully, BP is entitled to a

**OFFICIAL TRANSCRIPT**

15:32:07  1   reasonable budget.  There is no reason, based on the

15:32:09  2   uncontroverted record below, that BP can get the information

15:32:13  3   from the claims administrator.  They testified that they

15:32:16  4   hadn't.

15:32:17  5            So why is it not the case here, Your Honor, that

15:32:20  6   there should be an accommodation made for the current immediate

15:32:25  7   invoices, those are billed invoices, fund those invoices, but

15:32:31  8   start an immediate process with firm deadlines to get the

15:32:35  9   information that is admitted exists, that it's admitted is

15:32:40 10   relevant to the process, get it into our hands so that we can

15:32:43 11   deal with a budget and evaluate it?  Get that all on a schedule

15:32:48 12   so we get it by a certain day, we have a fair opportunity to

15:32:51 13   evaluate it.  We get back to the administrator in the spirit of

15:32:56 14   tripartite relationship and cooperation, get it done and then

15:33:01 15   properly assess that budget with interim funding to deal with

15:33:04 16   these very -- in the relative scheme of things, and I

15:33:09 17   appreciate, Your Honor -- is a lot of money, but in comparison

15:33:12 18   to that larger budget is a small fraction of pending invoices

15:33:16 19   taken care of.  Doesn't that not solve the problem in light of

15:33:20 20   the uncontroverted evidence below?

15:33:24 21            THE COURT:  Is that a question?

15:33:26 22            MR. MOSKOWITZ:  I think that is -- that is a

15:33:28 23   question --

15:33:28 24            THE COURT:  I'm here to listen to you, not to answer

15:33:30 25   questions.

**OFFICIAL TRANSCRIPT**

15:33:31  1          MR. MOSKOWITZ:  I understand, Your Honor.  I'm simply

15:33:34  2   presenting that based on what I heard.  So I would simply say

15:33:36  3   that, Your Honor, based on everything that's been said in the

15:33:39  4   uncontroverted evidence, that certainly deals with the only

15:33:42  5   issue that the claims administrator has presented and which is,

15:33:45  6   frankly, the cornerstone of Judge Shushan's ruling which is

15:33:49  7   that there are bills outstanding and people who need to get

15:33:51  8   paid.

15:33:51  9          If I could, Your Honor, just briefly comment on a

15:33:54 10   few more points Juneau made.  One --

15:33:57 11          THE COURT:  Sure.  Go ahead.

15:33:58 12          MR. MOSKOWITZ:  One, a panel hearing.  BP brought to

15:34:01 13   the attention of the administrator not a demand -- or not a

15:34:06 14   statement it wouldn't pay.  BP wrote the administrator and

15:34:09 15   said, Please submit this budget.  Give us the information, the

15:34:12 16   information we asked for months ago, that we now know they have

15:34:15 17   and they can give to us.  That's what we should question.

15:34:16 18          The Court, on its own motion -- and I appreciate

15:34:18 19   the Court's reasons for doing so -- noticed up a hearing.  So

15:34:22 20   BP can hardly be faulted for not availing itself of the panel

15:34:27 21   process.  I mean, the letter was issued on the 5th.  The

15:34:28 22   hearing was noticed up and, of course, we appeared today.  And

15:34:32 23   we have issues with the procedural fairness of that, but it's

15:34:35 24   certainly not a panel issue, so I don't see the relevance of

15:34:38 25   that.

**OFFICIAL TRANSCRIPT**

15:34:38  1          The second issue I just covered, it is admitted

15:34:41  2    that the documents we've asked for exist and weren't produced.

15:34:44  3    We certainly concede.  And to Mr. Roy's point, there was

15:34:47  4    information exchanged with BP.  We don't deny that.  It's

15:34:51  5    simply not the information that's needed to fully assess this

15:34:54  6    budget.

15:34:55  7          And so, therefore, Your Honor, I think for those

15:35:00  8    reasons, again, the district court -- the Magistrate Judge's

15:35:04  9    order should be reversed.  And to the extent there is a need to

15:35:07 10    deal with a short-term interim funding to manage some, in the

15:35:13 11    bigger scheme of the budget, relatively minor costs; but then,

15:35:16 12    otherwise, I'll request that this Court issue an order to the

15:35:19 13    administrator to turn over the information they have by a date

15:35:22 14    certain.  We can then set up some dates to --

15:35:25 15          THE COURT:  Doesn't Judge Shushan's second order

15:35:29 16    effectively do that?

15:35:30 17          MR. MOSKOWITZ:  It doesn't, Your Honor.  Judge

15:35:31 18    Shushan's order speaks only to the fourth-quarter budget.

15:35:34 19    Judge Shushan has ordered BP, in the face of the evidence I

15:35:36 20    just reviewed, to fund all 128 million.  Now, she sets up a

15:35:41 21    process for dealing with the fourth-quarter budget, and we'll

15:35:44 22    completely agree that a rigorous process is needed.  Not the

15:35:48 23    process we've seen to date.

15:35:50 24          What we need to address now is what is the

15:35:52 25    justification for requiring BP to fund the full $128 million?

**OFFICIAL TRANSCRIPT**

15:35:56 1    It's not even necessary for the claims administrator to meet

15:36:00 2    the relatively modest obligations that he has today, and with

15:36:04 3    all of the information available, let's get it out, let's go

15:36:07 4    through it and let's put this budgeting process on track in a

15:36:11 5    professional, well-run manner.

15:36:13 6            THE COURT:  Thank you, Mr. Moskowitz.

15:36:16 7            The first thing I want to say is it really pains

15:36:29 8    me that we have reached the point where we have to have a

15:36:36 9    hearing like Judge Shushan had today and like I'm having right

15:36:38 10   now.  It's just very disappointing that things have gotten to

15:36:48 11   this point.

15:36:49 12           I have, as I said, obviously listened to the

15:36:58 13   hearing this morning in front of Judge Shushan.  I've also read

15:37:02 14   her order or ruling.  My primary concern here, great concern,

15:37:34 15   is that we don't allow a budget dispute, however legitimate the

15:37:40 16   dispute may be, the issues may be, to cause a shutdown of the

15:37:46 17   claims facility or their ability to process claims.

15:37:54 18           It seems to me that unless BP is required to fund

15:38:03 19   the facility going forward, that's -- the effect of what would

15:38:12 20   happen is we would have a shutdown, and at some point soon, we

15:38:16 21   would have a shutdown of the ability of the claims facility to

15:38:20 22   function.

15:38:20 23           It does seem to me that the parties have -- and

15:38:35 24   there may have been some -- I agree with Judge Shushan in that

15:38:44 25   I think the claims administrator should submit a timely budget.

**OFFICIAL TRANSCRIPT**

15:38:59  1    Apparently the parties, for whatever reason, have engaged in a
15:39:06  2    course of conduct among themselves, either by acquiescence or,
15:39:18  3    you know, unspoken agreement, whereby the budgets have been
15:39:25  4    submitted late, obviously later than they should have been.
15:39:30  5          If the example -- if the third quarter begins on
15:39:34  6    July 1st, it looks like Mr. Levine's budget request didn't go
15:39:40  7    out until the 17th, and then to compound the problem, BP does
15:39:45  8    not respond to that for two and a half weeks or so, until
15:39:53  9    August 5th, basically beyond the point at which the claims
15:39:59 10    facility's administrative fund is essentially operating in the
15:40:03 11    red.
15:40:13 12          The problem the Court faces is, of course, as I
15:40:18 13    said, my primary concern is that we don't allow these issues to
15:40:24 14    cause a shutdown of the claims facility or make them unable to
15:40:30 15    perform their work and process claims.
15:40:34 16          I think it's obvious that the parties have some
15:40:43 17    genuine issues or disputes that need to be resolved and can be
15:40:48 18    resolved, should be resolved.  I believe that Judge Shushan has
15:41:00 19    offered her services to the extent you-all need a mediator to
15:41:04 20    engage in that process to hopefully get those suggestions
15:41:08 21    going.
15:41:12 22          Whether that be through a formal panel process or
15:41:14 23    not -- I mean, technically speaking, I think she's correct that
15:41:22 24    BP did not follow the proper procedure here by invoking an --
15:41:28 25    or requesting a panel, which the settlement agreement provides

**OFFICIAL TRANSCRIPT**

15:41:34  1    for in Section 4.3.4, provides that, when there is a dispute

15:41:44  2    such as this, a three-person claims administration panel is

15:41:49  3    convened to address and attempt resolve unanimously any issues

15:41:53  4    of disagreement that arise concerning the claims

15:41:55  5    administrator's oversight, responsibilities, settlement

15:41:58  6    administration or any other issues involving the settlement

15:42:01  7    program.

15:42:01  8           And only after that formal panel process takes

15:42:07  9    place should the dispute be brought to the Court for

15:42:12  10   resolution.

15:42:12  11          What we have here is instead the parties have

15:42:15  12   engaged in a series of exchanging letters back and forth, and

15:42:27  13   there have been meetings, I know.  I know Judge Shushan, again

15:42:32  14   at my request, sat through a day-long meeting.  I think that

15:42:40  15   was in June sometime, where counsel for -- I mean Mr. Juneau

15:42:47  16   and his staff were there, counsel for BP were present, counsel

15:42:51  17   for the class counsel were present, all the major vendors were

15:42:55  18   present, and there was a day-long meeting or hearing --

15:42:59  19   meeting, I guess, discussion, whereby BP and others could ask

15:43:07  20   questions of the vendors and of the staff and obtain

15:43:12  21   information and so forth.

15:43:14  22          That may not have -- apparently didn't completely

15:43:17  23   satisfy all of BP's questions, but certainly there have been a

15:43:22  24   lot of -- there has been a lot of interaction and exchange of

15:43:27  25   information, some formally, some informally, some written, some

15:43:27 1   orally.

15:43:35 2          And I guess, again, getting back to what I see

15:43:39 3   this current situation, again, apparently from the information

15:43:47 4   in the record here, from what I've heard, the budget that was

15:43:54 5   presented to BP for the third quarter was submitted essentially

15:44:05 6   in the same format and through the same process that had been

15:44:12 7   used by the parties and accepted by the parties over the period

15:44:21 8   of time since this program was up and running.

15:44:28 9          While BP may have raised some -- or made some

15:44:32 10  requests for further information in May and/or in June, not

15:44:38 11  until August 5th do they -- in that letter from Ms. Travis, do

15:44:45 12  they essentially -- my interpretation of the letter is

15:44:52 13  essentially it says, we're not going to fund the program for

15:44:56 14  the third quarter unless we get everything we demand in this

15:45:00 15  letter before we agree to fund it.

15:45:04 16         I just think that's unreasonable.  It's not

15:45:12 17  unreasonable for BP to make the request that they have made.

15:45:19 18  Whether every single one can be complied with in the exact

15:45:24 19  format that BP would like it to be -- to receive it is another

15:45:28 20  issue.  I think in some cases, it may be that information is

15:45:32 21  available and can be produced either by the claims

15:45:37 22  administrator and/or through vendors.

15:45:45 23         I don't really know how much time that would take

15:45:46 24  or how much work or effort that would take, but again, from the

15:45:50 25  testimony this morning, apparently a lot, if not all of the

**OFFICIAL TRANSCRIPT**

15:45:54  1    information can, in some form or format, be made available.

15:46:04  2         But none of that is a basis to, again, allow the

15:46:18  3    program to be defunded or unfunded for the next quarter, as has

15:46:27  4    been the practice and the course of conduct between the parties

15:46:34  5    over many months now or number of quarters, many quarters.

15:46:38  6         I think the reasonable way to proceed here and a

15:46:45  7    reasonable -- as I said, it's reasonable for BP to persist in

15:46:51  8    going forward to sit down with -- I think BP or whoever are the

15:47:00  9    appropriate persons need to sit down with the staff at

15:47:03 10    Mr. Juneau's office and/or -- and with class counsel involved

15:47:09 11    and figure out exactly what format -- what would be the proper

15:47:17 12    and reasonable format for the budget going forward, since

15:47:21 13    apparently now the prior format that has been used is no longer

15:47:27 14    satisfactory to BP.

15:47:31 15         So I think you all need to see if you can you all

15:47:35 16    can work out -- I cannot believe that you wouldn't be able to

15:47:39 17    work out, given some time, a format going forward, format for

15:47:44 18    the budget, whatever reasonable -- reasonably necessary

15:47:50 19    documentation, backup documentation is required.

15:47:51 20         I'm hearing from the claims administrators, not

15:47:59 21    only here this afternoon, but in testimony this morning that

15:48:03 22    they believe they can accomplish that.

15:48:08 23         So, in essence, I agree with Judge Shushan's

15:48:18 24    analysis, reasonings -- reasoning and holding here this

15:48:27 25    morning -- this morning, following her hearing.

**OFFICIAL TRANSCRIPT**

15:48:31  1          While Section 5.1.2.1.4 of the settlement

15:48:44  2    agreement provides that the administrative budget is subject to

15:48:47  3    reasonable approval of the parties, in this instance, given the

15:48:54  4    course of conduct -- the previous course of conduct between the

15:48:58  5    claims administrator and BP in operating on a quarterly

15:49:01  6    budgetary basis as a matter of routine and under the

15:49:04  7    circumstances I've just described, I agree with Judge Shushan's

15:49:09  8    finding that the refusal -- BP's refusal to fund the

15:49:14  9    third-quarter budget is unreasonable at this time.

15:49:17 10          So I'm going to order that BP comply with

15:49:34 11    Judge Shushan's order, which now becomes my order, I guess,

15:49:37 12    that BP is ordered to fund the third-quarter 2013 budget

15:49:47 13    request in its entire entirety, such funding to occur no later

15:49:51 14    than Monday, August 12, 2013.

15:50:03 15          Going forward, looking ahead to the fourth

15:50:05 16    quarter, because I think you all need to be looking ahead there

15:50:10 17    essentially now, I think there are two ways you all could

15:50:16 18    proceed.  One would be through the method as outlined in

15:50:21 19    Judge Shushan's second order.

15:50:28 20          Another way to proceed, if you all wished, to ask

15:50:32 21    Judge Shushan to be involved earlier rather than later.  If she

15:50:37 22    can help you-all, I think she would be happy to do that.

15:50:39 23          One of the problems we have -- we're facing and

15:50:42 24    she's facing and I'm facing, frankly, is timing here.  First of

15:50:52 25    all, we both have other things to do.  This is not our only

**OFFICIAL TRANSCRIPT**

15:50:56  1    case on our docket, my docket or hers, believe it or not.

15:50:59  2             Secondly, she has been up to her ears in trying

15:51:05  3    to help you-all get -- you-all, the parties, not just BP and

15:51:09  4    the PSC, but the other parties in the entire case get ready for

15:51:13  5    this second-phase trial which is now scheduled to begin

15:51:19  6    September 30th, which is less than two months away, only a few

15:51:22  7    weeks away.

15:51:23  8             There is still a lot of work to be done by

15:51:25  9    Judge Shushan and the parties in terms of preparing for trial,

15:51:28 10    getting expert witness depositions finished and submitted and

15:51:34 11    redacted and so forth.  And I have a lot of work to do.

15:51:43 12             What I don't want to do, I don't want to put

15:51:46 13    Judge Shushan in a position or myself in a position of having

15:51:50 14    to deal with this on some emergency basis again, you know,

15:51:55 15    mid-September, late September, because we're going to be right

15:51:58 16    on the eve of trial again.  So that's why I think you all need

15:52:01 17    to start getting together immediately to talk about how you

15:52:10 18    will proceed going forward in terms of the fourth-quarter

15:52:14 19    budget.

15:52:14 20             Does anybody have any questions about my order or

15:52:32 21    rulings or what you all are expected to do?  Does anybody have

15:52:42 22    any questions?

15:52:47 23             Okay.  So the order is clear, BP is to fund the

15:52:54 24    third-quarter budget request not later than Monday, August 12,

15:53:03 25    2013.  And I would like a report back from the parties by that

                          **OFFICIAL TRANSCRIPT**

15:53:10  1    date as to whether that has occurred, okay?  All right.  Thank

15:53:16  2    you very much, Counsel.

15:53:19  3             THE DEPUTY CLERK:  All rise.

4             (WHEREUPON, at 3:53 p.m. the proceedings were

5    concluded.)

6                               *    *    *

7

8

9                        REPORTER'S CERTIFICATE

10

11         I, Cathy Pepper, Certified Realtime Reporter, Registered

12    Merit Reporter, Certified Court Reporter of the State of

13    Louisiana, Official Court Reporter for the United States

14    District Court, Eastern District of Louisiana, do hereby

15    certify that the foregoing is a true and correct transcript to

16    the best of my ability and understanding from the record of the

17    proceedings in the above-entitled and numbered matter.

18

19

20                        _s/Cathy Pepper_____

21                        Cathy Pepper, CRR, RMR, CCR
                          Certified Realtime Reporter
22                        Registered Merit Reporter
                          Official Court Reporter
23                        United States District Court
                          Cathy_Pepper@laed.uscourts.gov
24

25

                         **OFFICIAL TRANSCRIPT**

## $

**$128** [3] - 23:15, 23:20, 26:25
**$128,654,584** [1] - 5:21
**$210,000** [1] - 17:21

## 1

**1** [2] - 6:20, 9:24
**10** [1] - 5:19
**10-MD-2179** [1] - 1:7
**101** [1] - 2:4
**10953** [2] - 6:15, 7:1
**10955** [1] - 6:19
**12** [2] - 32:14, 33:24
**120-plus** [1] - 23:23
**128** [1] - 26:20
**12th** [1] - 6:17
**14** [1] - 4:7
**1439** [1] - 3:9
**17th** [2] - 5:16, 28:7
**1900** [1] - 2:24
**1F** [1] - 15:20
**1st** [2] - 16:20, 28:6

## 2

**2** [1] - 7:2
**20** [2] - 1:6, 4:8
**2000** [1] - 2:24
**2010** [1] - 1:6
**2013** [9] - 1:8, 5:2, 5:22, 6:20, 9:5, 12:10, 32:12, 32:14, 33:25
**23** [1] - 4:9
**233** [1] - 3:4
**24** [1] - 12:19
**2615** [1] - 2:8
**27** [1] - 4:10

## 3

**3** [1] - 7:6
**30th** [1] - 33:6
**3:00** [1] - 1:8
**3:53** [1] - 34:4

## 4

**4.3.4** [1] - 29:1
**435** [1] - 2:4

## 5

**5** [2] - 4:5, 5:22
**5.1.2.1.4** [1] - 32:1
**5.12.1.4** [2] - 9:12, 21:6
**500** [1] - 3:14
**5000** [1] - 2:17
**501** [1] - 2:20
**504** [1] - 3:15
**556 JEFFERSON STREET** [1] - 1:20
**589-7779** [1] - 3:15
**5th** [9] - 6:6, 9:25, 14:23, 16:13, 17:14, 19:4, 25:21, 28:9, 30:11

## 6

**60** [1] - 12:2
**601** [1] - 2:8
**60606** [1] - 3:4
**6276-1** [1] - 21:5

## 7

**7** [3] - 1:8, 5:2, 11:14
**7.8** [1] - 23:19
**701** [1] - 2:17
**70113** [1] - 1:24
**70130** [2] - 2:9, 3:15
**70139** [1] - 2:17
**70360** [1] - 2:5
**70404** [1] - 3:10
**70502** [1] - 1:20
**75201** [1] - 2:24
**77079** [1] - 2:21
**7800** [1] - 3:4

## 8

**8** [2] - 4:6, 17:22
**820** [1] - 1:23

## A

**ability** [5] - 13:10, 14:7, 27:17, 27:21, 34:16
**able** [2] - 20:2, 31:16
**above-entitled** [1] - 34:17
**ABRAMSON** [1] - 2:7
**accepted** [1] - 30:7
**accommodation** [1] - 24:6
**accomplish** [1] - 31:22
**accord** [1] - 14:1
**according** [2] - 12:5, 23:18
**accordingly** [1] - 22:9
**acknowledged** [4] - 10:20, 11:4, 11:23, 12:14
**acquiescence** [1] - 28:2
**ACTION** [1] - 1:7
**ACTIONS** [1] - 1:10
**activity** [1] - 23:24
**additional** [3] - 16:24, 19:7, 23:24
**address** [5] - 14:8, 14:12, 15:1, 26:24, 29:3
**addressed** [1] - 5:17
**adequacy** [1] - 22:20
**adequately** [1] - 21:3
**adjudicate** [1] - 13:11
**adjust** [1] - 22:8
**administer** [1] - 17:4
**administration** [9] - 13:5, 16:8, 21:9, 22:5, 22:23, 22:24, 29:2, 29:6
**Administrative** [1] - 8:7
**administrative** [10] - 5:18, 17:20, 17:21, 21:19, 22:11, 22:12, 22:17, 28:10, 32:2
**administrator** [29] - 8:6, 9:20, 9:21, 10:1, 10:4, 10:6, 10:12, 12:6, 12:7, 12:9, 12:23, 12:25, 13:1, 13:9, 20:20, 21:17, 21:23, 22:8, 24:3, 24:13, 25:5, 25:13, 25:14, 26:13, 27:1, 27:25, 30:22, 32:5
**administrator's** [3] - 5:12, 9:17, 29:5
**administrators** [1] - 31:20
**admitted** [3] - 24:9, 26:1
**advised** [4] - 5:18, 5:19, 7:3, 7:5
**affect** [2] - 14:25, 17:13
**affected** [1] - 18:22
**affects** [2] - 18:23, 19:24
**afternoon** [4] - 7:21, 24:6

**ago** [5] - 11:14, 21:13, 23:10, 25:16
**agree** [5] - 26:22, 27:24, 30:15, 31:23, 32:7
**agreed** [3] - 16:6, 16:24, 19:8
**agreement** [9] - 9:12, 9:13, 13:25, 14:2, 16:5, 21:5, 28:3, 28:25, 32:2
**ahead** [4] - 7:24, 25:11, 32:15, 32:16
**ALL** [1] - 1:10
**allow** [4] - 7:18, 27:15, 28:13, 31:2
**almost** [1] - 21:13
**AMERICA** [4] - 2:12, 2:14, 2:15, 2:19
**AMERICAN** [1] - 2:8
**amount** [3] - 5:20, 21:12
**amounts** [1] - 22:9
**analysis** [2] - 16:21, 31:24
**answer** [1] - 24:24
**appeal** [5] - 7:2, 7:5, 7:7, 13:18, 14:10
**APPEAL** [1] - 1:13
**appear** [1] - 7:6
**appearance** [1] - 7:25
**APPEARANCES** [3] - 1:16, 2:1, 3:1
**appeared** [1] - 25:22
**applied** [2] - 17:8, 17:9
**appreciate** [7] - 5:9, 8:13, 8:22, 11:16, 23:21, 24:17, 25:18
**appropriate** [5] - 9:6, 11:10, 14:14, 21:23, 31:9
**appropriately** [1] - 10:15
**approval** [1] - 32:3
**approve** [1] - 6:3
**approved** [1] - 15:13
**APRIL** [1] - 1:6
**April** [1] - 16:20
**arguably** [1] - 10:8
**argument** [5] - 7:18, 13:4, 15:7, 15:19, 20:9
**arguments** [1] - 11:15
**arise** [2] - 6:20, 29:4
**arising** [2] - 6:22, 6:23
**aside** [1] - 22:13
**aspects** [2] - 6:1
**assess** [2] - 24:15,

**26:5
assessment** [1] - 11:10
**assure** [3] - 22:9, 22:10, 22:16
**attached** [1] - 16:19
**attempt** [1] - 29:3
**attempted** [1] - 8:16
**attempting** [1] - 23:1
**attention** [2] - 6:7, 25:13
**AUGUST** [2] - 1:8, 5:2
**August** [8] - 5:22, 6:6, 6:17, 14:23, 28:9, 30:11, 32:14, 33:24
**authority** [1] - 22:24
**available** [4] - 23:9, 27:3, 30:21, 31:1
**availing** [1] - 25:20
**AVENUE** [2] - 1:23, 2:24
**avoid** [2] - 6:22, 19:20
**awhile** [1] - 11:14

## B

**backup** [1] - 31:19
**BARBIER** [1] - 1:13
**based** [8] - 9:1, 13:24, 23:6, 23:11, 23:13, 24:1, 25:2, 25:3
**basis** [6] - 21:18, 22:12, 22:18, 31:2, 32:6, 33:14
**becomes** [1] - 32:11
**BEFORE** [1] - 1:13
**begin** [2] - 6:20, 33:5
**begins** [1] - 28:5
**behalf** [4] - 7:22, 8:3, 8:4, 8:6
**below** [12] - 8:17, 8:24, 9:16, 10:10, 12:12, 12:17, 14:8, 23:7, 23:8, 23:11, 24:2, 24:20
**benefit** [1] - 8:21
**best** [1] - 34:16
**between** [3] - 7:14, 31:4, 32:4
**beyond** [2] - 16:24, 28:9
**bigger** [1] - 26:11
**billed** [2] - 23:24, 24:7
**bills** [3] - 17:22, 18:4, 25:7
**board** [1] - 21:13
**Bob** [2] - 10:4, 19:23
**BOULEVARD** [1] - 2:20

**BOX** [1] - 3:9
**BP** [78] - 2:12, 2:13, 2:14, 2:15, 2:19, 5:14, 5:17, 5:22, 6:2, 6:15, 7:2, 7:4, 7:19, 7:22, 8:2, 8:4, 8:25, 9:4, 9:5, 9:7, 9:11, 9:22, 9:24, 10:6, 10:7, 10:24, 12:10, 12:24, 12:25, 13:8, 13:12, 13:14, 13:20, 13:25, 15:13, 18:13, 19:7, 19:16, 19:21, 20:18, 21:10, 21:17, 21:20, 21:22, 21:25, 22:4, 22:7, 22:22, 22:24, 22:25, 23:8, 23:14, 23:25, 24:2, 25:12, 25:14, 25:20, 26:4, 26:19, 26:25, 27:18, 28:7, 28:24, 29:16, 29:19, 30:5, 30:9, 30:17, 30:19, 31:7, 31:8, 31:14, 32:5, 32:10, 32:12, 33:3, 33:23
**BP's** [7] - 9:13, 11:4, 13:10, 13:24, 14:3, 29:23, 32:8
**breach** [1] - 18:3
**brief** [1] - 14:21
**briefly** [1] - 25:9
**broken** [1] - 21:7
**brought** [2] - 25:12, 29:9
**budget** [48] - 5:23, 6:1, 6:3, 6:16, 6:20, 9:7, 9:9, 9:18, 10:5, 10:8, 10:13, 10:15, 10:25, 11:6, 11:7, 12:7, 12:8, 12:11, 12:13, 15:16, 17:13, 19:21, 20:4, 23:9, 23:15, 23:20, 23:23, 24:1, 24:11, 24:15, 24:18, 25:15, 26:6, 26:11, 26:18, 26:21, 27:15, 27:25, 28:6, 30:4, 31:12, 31:18, 32:2, 32:9, 32:12, 33:19, 33:24
**budgetary** [1] - 32:6
**budgeted** [3] - 11:11, 12:3, 12:8
**budgeting** [5] - 11:12, 11:22, 11:24, 23:13, 27:4
**budgets** [3] - 12:1, 19:22, 28:3
**BUILDING** [1] - 2:8

**business** [1] - 15:10
**BY** [12] - 1:4, 1:19, 1:23, 2:4, 2:7, 2:16, 2:20, 2:23, 3:3, 3:8, 3:17, 3:18

## C

**CALLED** [1] - 5:4
**cannot** [3] - 22:1, 23:18, 31:16
**capacity** [1] - 19:16
**care** [2] - 7:18, 24:19
**CARL** [1] - 1:13
**case** [6] - 17:10, 18:12, 18:13, 24:5, 33:1, 33:4
**cases** [1] - 30:20
**cash** [1] - 19:24
**Cathy** [2] - 34:11, 34:21
**CATHY** [1] - 3:13
**Cathy_Pepper@laed.uscourts.gov** [1] - 34:23
**cathy_pepper@laed.uscourts.gov** [1] - 3:16
**CCR** [2] - 3:13, 34:21
**center** [1] - 5:17
**CENTER** [2] - 3:8
**CEO** [1] - 3:9
**certain** [4] - 6:21, 23:21, 24:12, 26:14
**certainly** [5] - 8:19, 25:4, 25:24, 26:3, 29:23
**CERTIFICATE** [1] - 34:9
**CERTIFIED** [1] - 3:13
**Certified** [3] - 34:11, 34:12, 34:21
**certify** [1] - 34:15
**changed** [3] - 11:24, 12:15, 19:11
**characterize** [1] - 8:17
**CHICAGO** [1] - 3:4
**chief** [2] - 5:16, 10:3
**chopping** [1] - 21:25
**chose** [1] - 12:7
**circumstances** [2] - 17:13, 32:7
**CIVIL** [1] - 1:7
**claim** [1] - 18:22
**CLAIMS** [2] - 3:7, 3:8
**claims** [47] - 5:11, 5:17, 5:23, 6:1, 6:9, 8:5, 8:6, 9:17, 9:20, 10:1, 10:3, 10:6,

10:11, 12:6, 12:9, 12:23, 12:24, 13:1, 13:5, 13:9, 18:3, 18:23, 19:3, 20:19, 21:9, 21:17, 21:22, 22:1, 22:6, 22:8, 24:3, 25:5, 27:1, 27:17, 27:21, 27:25, 28:9, 28:14, 28:15, 29:2, 29:4, 30:21, 31:20, 32:5
**Claims** [1] - 8:7
**class** [8] - 8:10, 9:7, 20:13, 21:11, 21:18, 21:24, 29:17, 31:10
**clear** [2] - 18:17, 33:23
**CLERK** [2] - 5:7, 34:3
**closely** [1] - 18:18
**collect** [2] - 13:21, 23:23
**combined** [1] - 10:22
**comment** [2] - 22:13, 25:9
**commented** [1] - 13:4
**comments** [2] - 14:21, 23:6
**commitment** [3] - 19:5, 19:6, 19:14
**company** [1] - 16:9
**comparison** [1] - 24:17
**compilation** [1] - 8:18
**completely** [2] - 26:22, 29:22
**complied** [3] - 17:9, 21:23, 30:18
**comply** [3] - 20:3, 20:7, 32:10
**compound** [1] - 28:7
**COMPUTER** [1] - 3:18
**concede** [1] - 26:3
**concern** [4] - 6:8, 27:14, 28:13
**concerning** [1] - 29:4
**concerns** [4] - 5:25, 11:4, 11:5, 21:12
**concluded** [2] - 17:11, 34:5
**concludes** [1] - 20:9
**conclusion** [1] - 14:14
**conduct** [4] - 28:2, 31:4, 32:4
**conducted** [1] - 5:10
**conjunction** [1] - 5:11
**connection** [1] - 11:25
**CONRAD** [1] - 2:4
**consider** [1] - 13:15
**consideration** [2] - 10:25, 23:7
**consistent** [1] - 19:25

**constitute** [1] - 8:25
**constitutes** [1] - 9:10
**contain** [2] - 21:14, 21:15
**continue** [1] - 19:1
**CONTINUED** [2] - 2:1, 3:1
**contracts** [5] - 21:8, 21:12, 21:14, 22:13, 22:14
**contractual** [3] - 9:11, 18:3, 18:22
**contractually** [2] - 13:24, 19:1
**convened** [1] - 29:3
**cooperation** [1] - 24:14
**copy** [1] - 7:9
**cornerstone** [1] - 25:6
**CORPORATE** [1] - 2:4
**corporation** [1] - 22:22
**CORPORATION** [1] - 2:12
**correct** [2] - 28:23, 34:15
**correctly** [1] - 17:11
**costs** [6] - 10:14, 10:16, 10:22, 11:2, 11:4, 26:11
**COUNSEL** [1] - 1:19
**Counsel** [1] - 34:2
**counsel** [13] - 7:4, 8:10, 9:7, 20:13, 21:10, 21:11, 21:18, 21:24, 29:15, 29:16, 29:17, 31:10
**country** [1] - 15:9
**couple** [2] - 15:4, 20:15
**course** [12] - 6:9, 8:15, 10:15, 10:23, 12:8, 14:12, 25:22, 28:2, 28:12, 31:4, 32:4
**Court** [28] - 5:13, 6:5, 6:9, 6:25, 9:3, 9:7, 9:19, 13:21, 13:22, 14:8, 14:9, 14:12, 15:2, 20:8, 20:24, 21:14, 22:2, 23:17, 25:18, 26:12, 28:12, 29:9, 34:12, 34:13, 34:14, 34:22, 34:23
**COURT** [24] - 1:1, 3:13, 5:4, 5:8, 7:23, 8:11, 8:22, 11:13, 11:17, 14:16, 14:18, 15:21, 17:16, 17:19, 17:24, 18:5, 20:2, 20:11, 23:3, 24:21,

24:24, 25:11, 26:15, 27:6
**court** [2] - 7:11, 7:13, 26:8
**Court's** [2] - 13:24, 25:19
**Court-supervised** [2] - 5:13, 9:19
**COURT.....................**
**......................** [2] - 4:5, 4:10
**cover** [3] - 21:3, 22:12, 22:17
**covered** [1] - 26:1
**created** [1] - 12:6
**creating** [1] - 6:23
**critical** [3] - 9:6, 9:17, 10:24
**cross** [2] - 13:13, 14:5
**cross-examine** [2] - 13:13, 14:5
**CRR** [2] - 3:13, 34:21
**CSSP** [1] - 10:20
**CSSP's** [1] - 11:24
**current** [4] - 17:19, 23:18, 24:6, 30:3

## D

**DALLAS** [1] - 2:24
**data** [3] - 16:21, 18:10
**date** [3] - 26:13, 26:23, 34:1
**dates** [1] - 26:14
**dating** [1] - 9:25
**David** [1] - 8:7
**DAVID** [1] - 3:9
**day-long** [2] - 29:14, 29:18
**days** [2] - 5:19, 12:2
**deadlines** [1] - 24:8
**deal** [6] - 13:16, 18:18, 24:11, 24:15, 26:10, 33:14
**dealing** [4] - 17:3, 18:15, 19:11, 26:21
**deals** [1] - 25:4
**dealt** [1] - 6:19
**declaration** [1] - 16:13
**Deepwater** [1] - 5:13
**DEEPWATER** [3] - 1:5, 3:7, 3:8
**defunded** [1] - 31:3
**deliberation** [1] - 12:1
**demand** [2] - 25:13, 30:14
**denied** [1] - 22:2
**Dentons** [1] - 8:3
**DENTONS** [2] - 2:23,

3:3
**deny** [2] - 17:13, 26:4
**dependent** [1] - 10:16
**deposit** [2] - 22:11, 22:16
**depositions** [1] - 33:10
**deprived** [2] - 14:4, 14:6
**depth** [1] - 20:14
**DEPUTY** [2] - 5:7, 34:3
**described** [1] - 32:7
**detail** [3] - 18:12, 21:1, 21:20
**determinations** [1] - 9:8
**device** [1] - 7:12
**difficult** [1] - 17:4
**direct** [1] - 10:11
**direction** [2] - 6:4, 22:25
**director** [1] - 5:23
**disagreement** [3] - 22:20, 29:4
**disappointing** [1] - 27:10
**disastrous** [2] - 18:21, 19:14
**discuss** [1] - 17:1
**discussion** [1] - 29:19
**dispute** [5] - 21:24, 27:15, 27:16, 29:1, 29:9
**disputes** [1] - 28:17
**disregard** [1] - 20:25
**District** [3] - 34:14, 34:23
**district** [1] - 26:8
**DISTRICT** [3] - 1:1, 1:2, 1:14
**docket** [2] - 33:1
**Document** [4] - 6:15, 6:19, 7:1, 21:5
**DOCUMENT** [1] - 1:9
**documentation** [2] - 31:19
**documented** [1] - 18:20
**documents** [4] - 16:14, 16:17, 18:11, 26:2
**dollars** [2] - 15:9, 23:24
**DOMENGEAUX** [1] - 1:19
**done** [8] - 7:3, 17:10, 18:4, 19:10, 19:15, 20:8, 24:14, 33:8
**down** [7] - 8:18, 16:25,

19:7, 21:6, 23:2, 31:8, 31:9
**dozen** [1] - 20:20
**drafted** [1] - 16:5
**DRIVE** [2] - 2:4, 3:4
**due** [2] - 14:3, 18:1
**Duke** [1] - 8:9

# E

**e-mail** [2] - 5:16, 15:8
**early** [1] - 9:5
**ears** [1] - 33:2
**EASTERN** [1] - 1:2
**Eastern** [1] - 34:14
**EDWARDS** [1] - 1:19
**effect** [3] - 17:25, 19:1, 27:19
**effectively** [1] - 26:16
**effects** [1] - 18:21
**efficiencies** [1] - 10:17
**effort** [2] - 20:6, 30:24
**either** [3] - 9:19, 28:2, 30:21
**embodied** [1] - 14:9
**emergency** [2] - 6:24, 33:14
**employees** [1] - 10:12
**encourage** [1] - 17:5
**end** [3] - 22:14, 22:15, 22:21
**enforce** [1] - 7:19
**engage** [2] - 6:21, 28:20
**engaged** [2] - 28:1, 29:12
**entered** [2] - 21:8, 21:12
**entire** [3] - 7:15, 32:13, 33:4
**entirety** [2] - 6:16, 32:13
**entitled** [2] - 23:25, 34:17
**error** [1] - 8:25
**errors** [1] - 9:2
**ESQUIRE** [9] - 1:19, 1:23, 2:4, 2:7, 2:16, 2:20, 2:23, 3:3, 3:8
**essence** [3] - 18:24, 23:20, 31:23
**essentially** [8] - 5:19, 6:2, 7:19, 28:10, 30:5, 30:12, 30:13, 32:17
**establish** [1] - 16:16
**established** [4] - 9:16, 9:23, 12:12, 16:7

**establishes** [1] - 15:12
**evaluate** [2] - 24:11, 24:13
**eve** [1] - 33:16
**events** [1] - 16:3
**evidence** [9] - 9:4, 12:21, 13:5, 15:11, 15:12, 20:23, 24:20, 25:4, 26:19
**evidentiary** [2] - 7:9, 12:22
**exact** [1] - 30:18
**exactly** [3] - 18:15, 22:4, 31:11
**examination** [1] - 10:11
**examine** [2] - 13:13, 14:5
**example** [1] - 28:5
**exceptions** [1] - 21:1
**excess** [2] - 17:22
**excessive** [1] - 11:4
**exchange** [1] - 29:24
**exchanged** [1] - 26:4
**exchanging** [1] - 29:12
**excuse** [1] - 15:21
**Exhibit** [2] - 9:24, 15:20
**exhibits** [7] - 15:11, 15:22, 15:23, 16:15, 20:18, 20:19, 21:2
**exist** [1] - 26:2
**exists** [3] - 9:12, 9:19, 24:9
**expected** [3] - 10:22, 11:2, 33:21
**expedited** [1] - 13:18
**expenses** [8] - 9:10, 9:15, 10:16, 18:7, 18:8, 21:19, 22:12, 22:17
**expert** [1] - 33:10
**explicit** [1] - 18:12
**EXPLORATION** [1] - 2:13
**extent** [3] - 8:16, 14:14, 26:9, 28:19

# F

**face** [1] - 26:19
**faces** [1] - 28:12
**facility** [8] - 6:1, 6:9, 7:12, 10:18, 27:17, 27:19, 27:21, 28:14
**facility's** [1] - 28:10
**facing** [3] - 32:23,

32:24
**fact** [2] - 7:11, 18:4
**facts** [2] - 9:22, 23:14
**fair** [1] - 24:12
**fairness** [1] - 25:23
**familiar** [1] - 7:16
**faulted** [1] - 25:20
**FENDLER** [2] - 2:16, 8:1
**Fendler** [1] - 8:1
**few** [5] - 14:20, 20:14, 21:1, 25:10, 33:6
**figure** [1] - 31:11
**file** [1] - 7:2
**financial** [2] - 5:17, 10:3
**findings** [1] - 12:17
**finished** [1] - 33:10
**firm** [1] - 24:8
**first** [8] - 6:14, 7:1, 9:4, 14:19, 20:17, 21:8, 27:7, 32:24
**fiscal** [2] - 12:2, 12:7
**Fisher** [1] - 10:19
**fit** [1] - 21:23
**flawed** [2] - 11:24, 12:14
**flow** [1] - 19:24
**follow** [1] - 28:24
**followed** [2] - 15:14, 15:18
**following** [6] - 6:18, 31:25
**FOR** [2] - 1:18, 3:7
**foregoing** [1] - 34:15
**forget** [2] - 11:18, 11:20
**form** [1] - 31:1
**formal** [2] - 28:22, 29:8
**formally** [1] - 29:25
**format** [14] - 15:2, 15:13, 15:17, 16:12, 16:18, 19:9, 30:6, 30:19, 31:1, 31:11, 31:12, 31:13, 31:17
**formulation** [1] - 10:24
**forth** [5] - 16:11, 21:19, 29:12, 29:21, 33:11
**forward** [8] - 10:13, 23:23, 27:19, 31:8, 31:12, 31:17, 32:15, 33:18
**forward-looking** [1] - 23:23
**fourth** [5] - 6:19, 26:18, 26:21, 32:15, 33:18

**fourth-quarter** [4] - 6:19, 26:18, 26:21, 33:18
**fraction** [1] - 24:18
**frankly** [5] - 9:7, 11:15, 20:25, 25:6, 32:24
**front** [1] - 27:13
**FTR** [1] - 7:12
**full** [1] - 26:25
**fully** [1] - 26:5
**function** [2] - 10:12, 27:22
**fund** [22] - 5:18, 5:20, 6:15, 11:11, 17:15, 17:20, 17:21, 22:11, 22:17, 23:14, 23:19, 23:24, 24:7, 26:20, 26:25, 27:18, 28:10, 30:13, 30:15, 32:8, 32:12, 33:23
**fundamental** [3] - 10:14, 12:4, 23:15
**fundamentally** [5] - 10:17, 13:12, 13:23, 14:3, 23:13
**funded** [1] - 16:13
**funding** [13] - 5:12, 5:15, 6:16, 9:9, 14:1, 14:24, 17:13, 18:1, 21:25, 22:5, 24:15, 26:10, 32:13
**funds** [2] - 22:11, 22:16
**furthermore** [1] - 13:18
**future** [5] - 12:1, 18:20, 19:18, 19:20, 23:24
**future-billed** [1] - 23:24

# G

**gamut** [1] - 18:8
**Gene** [1] - 8:1
**GENE** [1] - 2:16
**genuine** [1] - 28:17
**given** [3] - 17:12, 31:17, 32:3
**great** [2] - 6:8, 27:14
**greatly** [1] - 14:7
**GROUP** [1] - 2:3
**guess** [5] - 7:19, 15:23, 29:19, 30:2, 32:11
**GULF** [1] - 1:5

## H

**half** [1] - 28:8
**HAMMOND** [1] - 3:10
**hand** [1] - 23:21
**handling** [1] - 16:7
**hands** [2] - 6:14, 24:10
**happy** [1] - 32:22
**hardly** [1] - 25:20
**HB406** [1] - 3:14
**hear** [2] - 7:7, 8:14
**HEARD** [1] - 1:13
**heard** [4] - 11:14, 13:6, 25:2, 30:4
**hearing** [39] - 5:10, 6:11, 6:13, 7:9, 7:10, 7:11, 7:14, 7:15, 8:14, 8:19, 11:23, 12:18, 12:19, 12:21, 12:22, 13:3, 13:7, 13:11, 13:14, 13:19, 14:15, 15:5, 15:6, 16:1, 16:8, 16:22, 17:10, 18:16, 20:19, 21:2, 25:12, 25:19, 25:22, 27:9, 27:13, 29:18, 31:20, 31:25
**HEARING** [1] - 1:13
**help** [3] - 21:25, 32:22, 33:3
**hereby** [1] - 34:14
**Herman** [2] - 8:9, 13:2
**HERMAN** [3] - 1:22, 1:23
**herself** [2] - 11:3, 12:14
**higher** [2] - 10:22, 11:2
**higher-than-expected** [2] - 10:22, 11:2
**himself** [1] - 10:12
**holding** [2] - 6:13, 31:24
**HOLDINGS** [1] - 2:14
**Honor** [35] - 7:21, 8:5, 8:12, 8:13, 8:23, 10:10, 11:16, 11:21, 12:16, 12:23, 13:6, 13:18, 14:3, 14:11, 14:20, 14:22, 16:2, 17:11, 18:9, 20:10, 20:13, 22:19, 22:21, 22:25, 23:2, 23:5, 23:6, 23:25, 24:5, 24:17, 25:1, 25:3, 25:9, 26:7, 26:17
**HONORABLE** [1] -

1:13
**hopefully** [1] - 28:20
**Horizon** [1] - 5:13
**HORIZON** [3] - 1:5, 3:7, 3:8
**HOUMA** [1] - 2:5
**hours** [2] - 12:19, 13:19
**HOUSTON** [1] - 2:21
**huge** [2] - 15:1, 18:21

## I

**identical** [1] - 15:17
**IL** [1] - 3:4
**immediate** [3] - 15:2, 24:6, 24:8
**immediately** [1] - 33:17
**impact** [2] - 18:2, 19:13
**impair** [1] - 13:24
**impaired** [1] - 14:7
**important** [1] - 13:23
**improper** [1] - 12:18
**IN** [2] - 1:4, 1:5
**inappropriate** [1] - 17:12
**INC** [4] - 2:12, 2:13, 2:15, 2:19
**include** [2] - 18:5
**including** [1] - 13:16
**incomplete** [1] - 11:7
**indeed** [5] - 10:10, 11:3, 12:23, 13:3, 13:6
**independent** [1] - 23:22
**indicating** [1] - 10:1
**inefficiencies** [1] - 11:1
**inefficient** [1] - 10:21
**informally** [1] - 29:25
**information** [31] - 8:18, 9:5, 9:18, 9:21, 9:24, 10:1, 10:6, 10:7, 10:24, 11:8, 11:9, 12:9, 19:8, 23:8, 23:12, 23:16, 24:2, 24:9, 25:15, 25:16, 26:4, 26:5, 26:13, 27:3, 29:21, 29:25, 30:3, 30:10, 30:20, 31:1
**input** [2] - 17:5, 22:14
**insofar** [1] - 14:25
**instance** [1] - 14:25
**instead** [1] - 29:11
**instructed** [2] - 7:2,

7:6
**intend** [2] - 7:5, 7:8
**intended** [1] - 12:25
**intention** [1] - 8:19
**interaction** [1] - 29:24
**interim** [2] - 24:15, 26:10
**interpretation** [1] - 30:12
**interrupt** [1] - 17:16
**introduced** [1] - 15:12
**invoices** [8] - 18:11, 21:11, 23:21, 23:22, 24:7, 24:18
**invoked** [1] - 16:9
**invoking** [1] - 28:24
**involved** [2] - 31:10, 32:21
**involving** [2] - 16:7, 29:6
**issuance** [1] - 9:1
**issue** [11] - 5:11, 6:22, 12:5, 12:6, 12:7, 14:9, 25:5, 25:24, 26:1, 26:12, 30:20
**issued** [3] - 6:13, 6:14, 25:21
**issues** [15] - 5:25, 10:21, 11:1, 11:5, 13:6, 13:23, 14:8, 16:7, 17:7, 25:23, 27:16, 28:13, 28:17, 29:3, 29:6
**itself** [5] - 6:2, 12:18, 15:5, 16:1, 25:20

## J

**JAMES** [2] - 1:19, 2:20
**Jim** [2] - 8:9, 20:13
**Judge** [34] - 5:10, 6:10, 6:21, 7:2, 7:10, 7:16, 7:20, 8:1, 11:3, 11:23, 11:25, 12:5, 13:4, 15:23, 16:5, 19:19, 20:3, 20:24, 25:6, 26:15, 26:17, 26:19, 27:9, 27:13, 27:24, 28:18, 29:13, 31:23, 32:7, 32:11, 32:19, 32:21, 33:9, 33:13
**JUDGE** [1] - 1:14
**judge** [5] - 9:1, 12:14, 12:19, 12:20, 13:22
**Judge's** [1] - 26:8
**July** [2] - 5:16, 28:6
**June** [3] - 9:25, 29:15, 30:10

**JUNEAU** [9] - 3:8, 8:5, 14:20, 16:2, 17:18, 17:21, 18:2, 18:7, 20:6
**Juneau** [10] - 6:8, 8:5, 14:19, 14:20, 15:21, 20:11, 23:7, 23:17, 25:10, 29:15
**Juneau's** [2] - 10:20, 31:10
**JUNEAU....................
.......................... [1] -
4:7
**justification** [1] -
26:25

## K

**KATZ** [1] - 1:22
**keeping** [1] - 11:15
**Keith** [1] - 7:22
**KEITH** [1] - 3:3
**key** [2] - 21:4, 22:9
**kind** [1] - 17:7
**KULLMAN** [1] - 2:7

## L

**LA** [7] - 1:20, 1:24, 2:5, 2:9, 2:17, 3:10, 3:15
**LAFAYETTE** [1] - 1:20
**landscape** [1] - 19:11
**language** [1] - 22:10
**larger** [1] - 24:18
**last** [4] - 6:23, 12:16, 19:19, 22:15
**late** [2] - 28:4, 33:15
**lateness** [1] - 17:8
**latter** [1] - 8:15
**LAW** [1] - 2:3
**lead** [3] - 21:10, 21:18
**least** [1] - 12:2
**legitimate** [2] - 11:5, 27:15
**less** [4] - 12:19, 18:25, 23:1, 33:6
**letter** [10] - 5:16, 6:4, 14:23, 16:20, 17:14, 18:20, 25:21, 30:11, 30:12, 30:15
**letters** [1] - 29:12
**level** [1] - 18:19
**Levine** [5] - 5:16, 5:18, 6:6, 10:4, 13:2, 19:23
**Levine's** [3] - 5:23, 18:17, 28:6

**Lewis** [1] - 8:2
**LEWIS** [2] - 2:7, 2:15
**LIAISON** [1] - 1:19
**LIFE** [1] - 2:8
**light** [1] - 24:19
**LIMITED** [1] - 2:14
**Liskow** [1] - 8:2
**LISKOW** [1] - 2:15
**listen** [2] - 7:12, 24:24
**listened** [4] - 7:11, 7:15, 16:1, 27:12
**literally** [1] - 14:25, 18:11
**live** [3] - 12:25, 13:9, 20:25
**look** [1] - 18:25
**looking** [4] - 10:13, 23:23, 32:15, 32:16
**looks** [3] - 5:15, 10:14, 28:6
**Louisiana** [2] - 34:13, 34:14
**LOUISIANA** [1] - 1:2, 1:7
**low** [1] - 11:4
**lunch** [2] - 7:5, 7:15

## M

**Magistrate** [5] - 11:3, 11:23, 13:4, 20:15, 26:8
**magistrate** [6] - 8:25, 12:14, 12:19, 12:20, 13:22, 17:11
**mail** [2] - 5:16, 15:8
**maintains** [1] - 8:25
**major** [1] - 29:17
**manage** [2] - 10:16, 26:10
**management** [1] -
10:13
**manifest** [1] - 10:22
**manner** [2] - 15:2, 27:5
**Maria** [2] - 5:24, 19:23
**materially** [1] - 13:10
**materials** [1] - 21:1
**Matt** [1] - 8:3
**matter** [9] - 6:8, 6:12, 12:1, 14:22, 15:1, 16:20, 19:17, 32:6, 34:17
**matters** [1] - 16:10
**MATTHEW** [1] - 2:23
**MCKINNEY** [1] - 2:24
**mean** [4] - 22:19, 25:21, 28:23, 29:15
**MECHANICAL** [1] -

3:17
**mediator** [1] - 28:19
**meet** [2] - 23:18, 27:1
**meeting** [3] - 29:14,
29:18, 29:19
**meetings** [1] - 29:13
**member** [1] - 10:19
**mention** [1] - 19:19
**merely** [1] - 13:19
**Merit** [2] - 34:12,
34:22
**MERIT** [1] - 3:14
**method** [1] - 32:18
**MEXICO** [1] - 1:5
**mid** [1] - 33:15
**mid-September** [1] -
33:15
**million** [8] - 15:9,
17:22, 23:15, 23:19,
23:20, 23:23, 26:20,
26:25
**million-plus** [1] -
23:20
**minor** [1] - 26:11
**minute** [1] - 6:23
**missing** [1] - 23:15
**misstate** [1] - 8:20
**modest** [1] - 27:2
**Monday** [4] - 6:6, 6:17,
32:14, 33:24
**money** [2] - 5:19,
24:17
**month** [1] - 17:15
**monthly** [2] - 21:18,
22:8
**months** [5] - 21:13,
23:10, 25:16, 31:5,
33:6
**morning** [16] - 5:11,
6:11, 6:13, 8:17, 9:1,
9:4, 13:7, 13:19,
18:16, 20:15, 20:18,
27:13, 30:25, 31:21,
31:25
**morning's** [3] - 7:10,
8:14, 13:3
**MOSKOWITZ** [12] -
3:3, 7:21, 8:12, 8:23,
11:16, 11:20, 14:17,
23:5, 24:22, 25:1,
25:12, 26:17
**Moskowitz** [7] - 7:22,
7:23, 7:24, 8:11,
15:6, 23:4, 27:6
**MOSKOWITZ............**
**.......................** [2] -
4:6, 4:9
**most** [1] - 16:17
**motion** [2] - 22:2,
25:18

**move** [2] - 11:20, 20:3
**moving** [1] - 19:20
**MR** [28] - 4:6, 4:7, 4:8,
4:9, 7:21, 8:1, 8:3,
8:5, 8:7, 8:9, 8:12,
8:23, 11:16, 11:20,
14:17, 14:20, 16:2,
17:18, 17:21, 18:2,
18:7, 20:6, 20:13,
23:5, 24:22, 25:1,
25:12, 26:17

## N

**NEATH** [1] - 2:20
**necessary** [4] - 9:10,
9:18, 27:1, 31:18
**need** [16] - 16:10,
16:11, 26:7, 26:9,
26:24, 28:17, 28:19,
31:9, 31:15, 32:16,
33:16
**needed** [2] - 26:5,
26:22
**needs** [2] - 11:24,
12:14
**negative** [1] - 19:1
**negotiated** [1] - 13:25
**never** [1] - 16:8
**NEW** [5] - 1:7, 1:24,
2:9, 2:17, 3:15
**next** [5] - 5:20, 11:21,
12:16, 18:1, 31:3
**Nickel** [1] - 8:3
**NICKEL** [2] - 2:23, 8:3
**NO** [1] - 1:7
**nobody** [2] - 15:9
**none** [1] - 31:2
**NORTH** [3] - 2:12,
2:14, 2:15
**noted** [1] - 16:5
**notes** [1] - 8:18
**nothing** [5] - 12:20,
12:24, 13:1, 13:10,
13:14
**noticed** [3] - 12:19,
25:19, 25:22
**notified** [1] - 15:6
**notify** [1] - 12:24
**number** [2] - 5:24,
31:5
**Number** [1] - 11:14
**numbered** [1] - 34:17
**numbers** [2] - 11:19,
11:20

## O

**o'clock** [2] - 7:2, 7:6
**O'KEEFE** [1] - 1:23
**objected** [1] - 13:8
**objecting** [1] - 15:16
**objection** [6] - 15:12,
15:15, 16:16, 20:19,
20:21, 21:2
**obligation** [1] - 19:14
**obligations** [3] - 18:3,
23:19, 27:2
**observations** [2] -
15:4, 20:14
**obtain** [2] - 22:1,
29:20
**obtained** [1] - 22:4
**obvious** [1] - 28:16
**obviously** [5] - 6:8,
6:20, 15:25, 27:12,
28:4
**occur** [2] - 6:16, 32:13
**occurred** [4] - 7:16,
8:24, 12:20, 34:1
**October** [1] - 6:20
**Odom** [1] - 8:7
**ODOM** [2] - 3:9, 8:7
**OF** [3] - 1:2, 1:5, 1:13
**offered** [2] - 15:23,
28:19
**office** [1] - 31:10
**Office** [1] - 8:8
**officer** [2] - 5:17, 10:3
**offices** [1] - 9:20
**OFFICIAL** [1] - 3:13
**Official** [2] - 34:13,
34:22
**OIL** [2] - 1:4, 1:5
**ON** [1] - 1:5
**ONE** [1] - 2:16
**one** [18] - 6:12, 6:14,
11:17, 15:14, 15:18,
16:4, 17:16, 18:9,
18:13, 19:21, 20:1,
20:8, 25:10, 25:12,
30:18, 32:18, 32:23
**opened** [1] - 10:11
**operates** [1] - 22:24
**operating** [2] - 28:10,
32:5
**operation** [4] - 5:13,
5:25, 6:1, 6:9
**opportunity** [6] - 8:14,
13:12, 13:15, 14:5,
14:6, 14:13, 24:12
**orally** [2] - 7:3, 30:1
**order** [20] - 6:13, 6:18,
7:1, 7:20, 9:1, 9:3,
13:24, 20:3, 20:7,

26:9, 26:12, 26:15,
26:18, 27:14, 32:10,
32:11, 32:19, 33:20,
33:23
**ORDER** [1] - 5:4
**ordered** [6] - 6:21,
11:25, 23:14, 26:19,
32:12
**orders** [2] - 6:14, 6:15
**ORLEANS** [5] - 1:7,
1:24, 2:9, 2:17, 3:15
**otherwise** [3] - 8:20,
22:2, 26:12
**outlined** [1] - 32:18
**output** [1] - 22:14
**outset** [2] - 13:3,
15:22
**outstanding** [1] - 25:7
**overall** [1] - 12:1
**oversight** [1] - 29:5
**owed** [1] - 19:15
**own** [3] - 9:17, 14:6,
25:18

## P

**p.m** [1] - 34:4
**P.M** [1] - 1:8
**page** [2] - 15:8, 15:24
**PAGE** [1] - 4:3
**pages** [1] - 18:11
**paid** [2] - 21:19, 25:8
**pains** [1] - 27:7
**PAN** [1] - 2:20
**panel** [9] - 16:8, 17:10,
25:12, 25:20, 25:24,
28:22, 28:25, 29:2,
29:8
**paragraph** [1] - 22:15
**parent** [1] - 22:22
**PARK** [1] - 2:20
**part** [7] - 8:25, 10:8,
16:19, 21:8, 21:16,
22:7, 23:9
**participant** [1] - 17:6
**particularly** [1] - 6:23
**parties** [23] - 6:11,
6:21, 7:18, 8:16,
16:6, 21:3, 21:10,
21:18, 21:20, 22:8,
27:23, 28:1, 28:16,
29:11, 30:7, 31:4,
32:3, 33:3, 33:4,
33:9, 33:25
**parts** [1] - 21:7
**party** [1] - 17:3
**PATRICK** [1] - 3:8
**Patrick** [2] - 8:5, 14:20
**PAUL** [1] - 2:7

**Paul** [1] - 8:10
**pay** [5] - 17:23, 18:3,
19:2, 19:15, 25:14
**payment** [1] - 22:9
**payments** [1] - 14:24
**payroll** [2] - 18:6, 18:7
**pending** [1] - 24:18
**people** [6] - 15:1,
17:14, 18:21, 19:2,
19:15, 25:7
**PEPPER** [1] - 3:13
**Pepper** [3] - 34:11,
34:20, 34:21
**perform** [1] - 28:15
**period** [2] - 13:20,
30:7
**permitted** [1] - 22:5
**persist** [1] - 31:7
**person** [1] - 29:2
**persons** [1] - 31:9
**perspective** [3] -
14:22, 17:25, 18:10
**phase** [1] - 33:5
**place** [2] - 15:5, 29:9
**PLAINTIFFS'** [1] - 1:18
**planned** [1] - 7:17
**plus** [2] - 20:20, 23:20
**point** [13] - 8:15,
11:21, 12:16, 12:17,
16:2, 20:16, 20:22,
21:4, 26:3, 27:8,
27:11, 27:20, 28:9
**points** [3] - 8:24,
14:11, 25:10
**policies** [1] - 22:21
**position** [3] - 21:24,
33:13
**positions** [1] - 13:21
**potentially** [2] - 13:16,
14:6
**POYDRAS** [3] - 2:8,
2:17, 3:14
**practice** [2] - 22:3,
31:4
**predominance** [1] -
15:7
**prejudiced** [1] - 13:10
**prejudicial** [1] - 13:20
**prepare** [2] - 13:13,
14:5
**preparing** [1] - 33:9
**present** [10] - 9:18,
13:1, 13:21, 14:6,
14:9, 14:13, 21:17,
29:16, 29:17, 29:18
**presentation** [2] -
9:23, 12:13
**presented** [6] - 9:4,
12:2, 12:11, 13:9,
13:14, 23:17, 25:5,

30:5
**presenting** [1] - 25:2
**presumably** [1] - 23:22
**previous** [1] - 32:4
**primary** [2] - 27:14, 28:13
**principal** [3] - 9:2, 10:12, 14:11
**problem** [5] - 12:4, 19:20, 24:19, 28:7, 28:12
**problems** [1] - 32:23
**procedural** [2] - 20:22, 25:23
**procedurally** [2] - 12:18, 20:17
**procedure** [5] - 15:13, 15:17, 15:18, 16:7, 28:24
**procedures** [2] - 6:22, 16:24
**proceed** [5] - 8:11, 31:6, 32:18, 32:20, 33:18
**proceedings** [2] - 34:4, 34:17
**PROCEEDINGS** [3] - 1:13, 3:17, 5:1
**process** [22] - 11:12, 11:22, 11:24, 12:13, 14:3, 19:3, 20:4, 22:1, 23:13, 24:8, 24:10, 25:21, 26:21, 26:22, 26:23, 27:4, 27:17, 28:15, 28:20, 28:22, 29:8, 30:6
**processing** [2] - 18:2, 18:23
**produced** [5] - 16:15, 23:10, 26:2, 30:21
**PRODUCED** [1] - 3:18
**PRODUCTION** [1] - 2:13
**productivities** [1] - 10:17
**productivity** [4] - 10:21, 11:1, 11:5, 18:18
**PRODUCTS** [1] - 2:15
**professional** [1] - 27:5
**program** [6] - 5:14, 9:19, 29:7, 30:8, 30:13, 31:3
**project** [1] - 18:19
**projected** [1] - 10:14
**promulgating** [1] - 10:5
**promulgation** [1] - 9:6
**proper** [2] - 28:24,

31:11
**properly** [1] - 24:15
**prospective** [1] - 23:20
**provide** [3] - 16:24, 21:10, 21:17
**provided** [5] - 9:21, 10:2, 10:7, 11:8
**provides** [3] - 28:25, 29:1, 32:2
**provision** [2] - 9:13, 11:9
**PSC** [2] - 8:10, 33:4
**put** [7] - 13:15, 14:22, 16:9, 18:9, 19:9, 27:4, 33:12
**puts** [1] - 15:19

# Q

**quarter** [22] - 5:12, 5:15, 5:20, 6:16, 6:19, 9:9, 11:7, 12:2, 12:7, 19:9, 19:10, 26:18, 26:21, 28:5, 30:5, 30:14, 31:3, 32:9, 32:12, 32:16, 33:18, 33:24
**quarterly** [1] - 32:5
**quarters** [2] - 31:5
**questions** [7] - 14:12, 18:16, 24:25, 29:20, 29:23, 33:20, 33:22
**quote** [1] - 22:10

# R

**raise** [1] - 21:12
**raised** [3] - 5:24, 6:8, 30:9
**ramifications** [2] - 14:24, 14:25
**rather** [1] - 32:21
**RE** [1] - 1:4
**reached** [1] - 27:8
**read** [4] - 15:24, 16:15, 27:13
**ready** [4] - 16:22, 16:23, 33:4
**reality** [1] - 17:2
**really** [3] - 21:6, 27:7, 30:23
**REALTIME** [1] - 3:13
**realtime** [1] - 7:11
**Realtime** [2] - 34:11, 34:21
**reason** [4] - 19:12, 20:2, 24:1, 28:1

**reasonable** [15] - 9:6, 9:8, 9:10, 9:14, 9:18, 12:12, 13:12, 21:11, 24:1, 31:6, 31:7, 31:12, 31:18, 32:3
**reasonably** [2] - 21:20, 31:18
**reasoning** [1] - 31:24
**reasonings** [1] - 31:24
**reasons** [4] - 10:23, 12:12, 25:19, 26:8
**rebuttal** [2] - 13:16, 14:14
**receive** [2] - 21:11, 30:19
**received** [2] - 6:5, 14:23
**recognize** [2] - 13:22, 14:9
**reconciliation** [1] - 21:21
**record** [16] - 8:20, 9:16, 11:6, 15:5, 15:11, 16:16, 16:19, 20:18, 20:21, 20:23, 23:7, 23:8, 23:11, 24:2, 30:4, 34:16
**Record** [4] - 6:15, 6:19, 7:1, 21:5
**RECORDED** [1] - 3:17
**recording** [1] - 13:7
**records** [1] - 7:13
**red** [1] - 28:11
**redacted** [1] - 33:11
**referred** [2] - 7:1, 16:20
**reflected** [1] - 21:5
**refusal** [1] - 32:8
**regard** [6] - 8:15, 9:8, 11:12, 11:22, 12:17, 15:4
**regarding** [1] - 9:23
**Registered** [1] - 34:11
**REGISTERED** [1] - 3:14
**registered** [1] - 34:22
**rehash** [2] - 7:17, 8:23
**reject** [1] - 9:14
**RELATES** [1] - 1:9
**relationship** [2] - 17:3, 24:14
**relative** [1] - 24:16
**relatively** [2] - 26:11, 27:2
**relevance** [1] - 25:24
**relevant** [2] - 23:12, 24:10
**repeat** [1] - 20:14
**report** [3] - 16:9, 21:18, 33:25

**Reporter** [7] - 34:11, 34:12, 34:13, 34:21, 34:22, 34:22
**REPORTER** [3] - 3:13, 3:13, 3:14
**REPORTER'S** [1] - 34:9
**request** [21] - 5:12, 5:14, 5:15, 5:23, 6:2, 9:2, 9:9, 9:11, 9:24, 11:10, 14:13, 15:9, 15:16, 21:20, 21:22, 26:12, 28:6, 29:14, 30:17, 32:13, 33:24
**requested** [8] - 6:3, 9:5, 10:2, 10:6, 10:24, 12:10, 16:18, 19:25
**requesting** [1] - 28:25
**requests** [1] - 30:10
**require** [1] - 13:25
**required** [3] - 5:20, 27:18, 31:19
**requires** [1] - 20:6
**requiring** [1] - 26:25
**resolution** [1] - 29:10
**resolve** [1] - 29:3
**resolved** [4] - 6:12, 28:17, 28:18
**respectfully** [3] - 9:2, 14:13, 23:25
**respond** [1] - 28:8
**responded** [1] - 5:22
**response** [3] - 5:14, 5:22, 5:24
**responsibilities** [1] - 29:5
**responsible** [1] - 10:4
**rest** [1] - 15:19
**result** [1] - 14:4
**resulting** [1] - 11:1
**reverse** [1] - 9:3
**reversed** [1] - 26:9
**reviewed** [1] - 26:20
**revised** [1] - 9:25
**RIG** [1] - 1:5
**rights** [3] - 13:25, 14:4, 18:22
**rigorous** [1] - 26:22
**rise** [2] - 5:7, 34:3
**RMR** [2] - 3:13, 34:21
**Robert** [1] - 5:16
**ROOM** [1] - 3:14
**routine** [1] - 32:6
**Roy** [5] - 8:9, 14:19, 20:12, 20:13, 23:7
**ROY** [4] - 1:19, 1:19, 8:9, 20:13
**Roy's** [1] - 26:3
**ROY**............................

.................. [1] - 4:8
**rule** [1] - 20:24
**ruling** [3] - 20:24, 25:6, 27:14
**rulings** [1] - 33:21
**run** [2] - 12:4, 27:5
**running** [1] - 30:8

# S

**s/Cathy** [1] - 34:20
**sat** [1] - 29:14
**satisfactory** [1] - 31:14
**satisfy** [1] - 29:23
**saw** [1] - 21:23
**scanned** [1] - 15:25
**schedule** [1] - 24:11
**scheduled** [1] - 33:5
**scheduling** [1] - 15:6
**scheme** [2] - 24:16, 26:11
**seated** [1] - 5:8
**second** [15] - 6:18, 10:3, 11:12, 11:14, 11:18, 16:14, 20:3, 21:4, 21:16, 22:15, 26:1, 26:15, 32:19, 33:5
**second-phase** [1] - 33:5
**secondly** [1] - 33:2
**seconds** [1] - 11:13
**section** [2] - 21:4, 22:7
**Section** [3] - 21:6, 29:1, 32:1
**see** [5] - 6:11, 13:7, 25:24, 30:2, 31:15
**seem** [1] - 27:23
**self** [1] - 21:25
**self-help** [1] - 21:25
**send** [1] - 18:10
**sending** [1] - 17:14
**senior** [1] - 10:19
**sent** [4] - 6:4, 6:6, 9:25, 15:23
**sentence** [1] - 22:15
**separate** [1] - 6:18
**September** [3] - 33:6, 33:15
**sequence** [1] - 16:3
**series** [1] - 29:12
**services** [1] - 28:19
**set** [1] - 26:14
**sets** [1] - 26:20
**settlement** [11] - 5:13, 9:12, 9:13, 9:19, 13:25, 17:4, 21:5,

28:25, 29:5, 29:6, 32:1
**severance** [1] - 17:2
**severely** [1] - 18:2
**shall** [4] - 21:10, 21:17, 22:8, 22:10
**SHELL** [1] - 2:16
**short** [2] - 13:20, 26:10
**short-term** [1] - 26:10
**show** [1] - 12:18
**showed** [1] - 11:6
**showing** [1] - 9:4
**shows** [2] - 9:16, 10:10
**Shushan** [22] - 5:10, 6:10, 6:21, 7:2, 7:16, 11:3, 11:23, 11:25, 12:5, 13:4, 15:23, 16:5, 19:19, 26:19, 27:9, 27:13, 27:24, 28:18, 29:13, 32:21, 33:9, 33:13
**Shushan's** [11] - 7:10, 7:20, 20:3, 20:24, 25:6, 26:15, 26:18, 31:23, 32:7, 32:11, 32:19
**shut** [1] - 23:1
**shutdown** [4] - 27:16, 27:20, 27:21, 28:14
**side** [1] - 14:18
**sides** [1] - 15:24
**significant** [3] - 13:23, 14:8, 16:17
**simply** [4] - 13:13, 25:1, 25:2, 26:5
**single** [1] - 30:18
**sit** [4] - 16:25, 19:7, 31:8, 31:9
**situation** [2] - 6:24, 30:3
**small** [1] - 24:18
**solve** [2] - 17:7, 24:19
**sometime** [2] - 6:7, 29:15
**soon** [1] - 27:20
**sort** [1] - 7:9
**SOUTH** [1] - 3:4
**SPEAKERS** [1] - 4:3
**speaking** [1] - 28:23
**speaks** [3] - 9:13, 15:5, 26:18
**specifically** [2] - 10:1, 22:15
**specify** [2] - 12:21, 12:22
**SPILL** [1] - 1:4
**spirit** [1] - 24:13
**SQUARE** [1] - 2:16

**staff** [4] - 10:20, 29:16, 29:20, 31:9
**stand** [3] - 16:22, 16:23
**start** [2] - 24:8, 33:17
**started** [1] - 7:14
**state** [1] - 6:2
**State** [1] - 34:12
**statement** [2] - 15:7, 25:14
**STATES** [2] - 1:1, 1:14
**States** [2] - 34:13, 34:23
**statistical** [1] - 16:21
**status** [2] - 5:10, 17:19
**STENOGRAPHY** [1] - 3:17
**STEPHEN** [1] - 1:23
**Sterbcow** [1] - 8:10
**STERBCOW** [2] - 2:7, 2:7
**Steve** [1] - 8:10
**still** [2] - 21:24, 33:8
**stop** [2] - 22:5, 22:6
**stoppage** [1] - 18:24
**STREET** [3] - 2:8, 2:17, 3:14
**structured** [1] - 10:15
**subcontractors** [1] - 21:10
**subject** [2] - 6:25, 32:2
**submission** [2] - 10:9, 19:21
**submit** [6] - 19:22, 19:23, 20:22, 22:25, 25:15, 27:25
**submitted** [7] - 11:7, 16:19, 19:24, 28:4, 30:5, 33:10
**submitting** [2] - 19:22, 20:4
**subparts** [1] - 20:20
**subsidiary** [1] - 22:23
**sufficient** [2] - 22:11, 22:16
**suggestions** [1] - 28:20
**SUITE** [5] - 2:4, 2:8, 2:17, 2:24, 3:4
**supervised** [2] - 5:13, 9:19
**supported** [1] - 12:9
**supporting** [1] - 15:8
**supposed** [2] - 19:2
**suspension** [1] - 22:1
**system** [2] - 18:25, 19:13

**T**

**talks** [1] - 21:8
**technically** [1] - 28:23
**term** [1] - 26:10
**terms** [4] - 14:1, 20:4, 33:9, 33:18
**testified** [4] - 10:5, 10:20, 10:25, 24:3
**testified-to** [1] - 10:25
**testimony** [8] - 9:23, 10:10, 13:2, 16:15, 18:17, 20:25, 30:25, 31:21
**THE** [30] - 1:4, 1:5, 1:13, 1:18, 3:7, 4:5, 4:10, 5:7, 5:8, 7:23, 8:11, 8:22, 11:13, 11:17, 14:16, 14:18, 15:21, 17:16, 17:19, 17:24, 18:5, 20:2, 20:11, 23:3, 24:21, 24:24, 25:11, 26:15, 27:6, 34:3
**themselves** [4] - 10:22, 15:14, 16:6, 28:2
**therefore** [2] - 11:6, 26:7
**they've** [2] - 16:17, 19:15
**third** [12] - 5:12, 5:15, 6:16, 9:9, 11:7, 22:7, 28:5, 30:5, 30:14, 32:9, 32:12, 33:24
**third-quarter** [7] - 5:15, 6:16, 9:9, 11:7, 32:9, 32:12, 33:24
**THIS** [1] - 1:9
**thousands** [3] - 15:1, 17:14, 18:11
**three** [5] - 8:24, 9:2, 15:8, 21:7, 29:2
**three-page** [1] - 15:8
**three-person** [1] - 29:2
**timely** [3] - 22:12, 22:18, 27:25
**timing** [1] - 12:5, 32:24
**TO** [2] - 1:9, 5:4
**today** [14] - 7:3, 7:6, 11:9, 13:19, 13:21, 15:17, 16:23, 17:22, 17:23, 20:21, 23:18, 25:22, 27:2, 27:9
**together** [1] - 33:17
**tomorrow** [1] - 16:23
**took** [2] - 8:18, 15:5

**tool** [1] - 10:13
**totally** [1] - 20:25
**touch** [1] - 8:24
**toward** [1] - 23:15
**track** [2] - 11:15, 27:4
**tracking** [3] - 18:14, 18:17, 18:18
**tracks** [1] - 22:6
**TRANSCRIPT** [2] - 1:13, 3:17
**transcript** [4] - 7:10, 8:15, 13:8, 34:15
**Travis** [5] - 5:24, 6:6, 19:23, 30:11
**tri** [1] - 17:3
**tri-party** [1] - 17:3
**trial** [3] - 33:5, 33:9, 33:16
**tripartite** [1] - 24:14
**true** [1] - 34:15
**try** [1] - 6:22
**trying** [3] - 17:3, 21:16, 33:2
**turf** [1] - 21:3
**turn** [1] - 26:13
**two** [6] - 6:14, 10:21, 15:8, 28:8, 32:17, 33:6
**TX** [2] - 2:21, 2:24
**type** [1] - 6:22

**U**

**ultimate** [1] - 16:2
**unable** [1] - 28:14
**unanimously** [1] - 29:3
**uncontroverted** [7] - 9:22, 23:8, 23:11, 23:14, 24:2, 24:20, 25:4
**under** [4] - 9:12, 13:25, 22:24, 32:6
**undisputed** [1] - 15:18
**unfairness** [1] - 13:8
**unfunded** [1] - 31:3
**unilateral** [2] - 16:12, 17:14
**unilaterally** [1] - 23:1
**United** [2] - 34:13, 34:23
**UNITED** [2] - 1:1, 1:14
**unless** [2] - 27:18, 30:14
**unnecessary** [1] - 9:14
**unreasonable** [5] - 9:14, 17:12, 30:16, 30:17, 32:9

**unspoken** [1] - 28:3
**up** [12] - 10:11, 13:15, 19:20, 20:1, 20:3, 22:21, 25:19, 25:22, 26:14, 26:20, 30:8, 33:2
**uphold** [1] - 20:24
**US** [2] - 2:23, 3:3

**V**

**various** [1] - 5:25
**vendors** [7] - 9:21, 10:7, 18:4, 21:9, 29:17, 29:20, 30:22
**view** [1] - 13:24
**violated** [1] - 14:4
**vociferously** [1] - 13:8

**W**

**WACKER** [1] - 3:4
**wants** [1] - 19:7
**ways** [1] - 32:17
**WEDNESDAY** [2] - 1:8, 5:2
**week** [1] - 18:1
**weeks** [2] - 28:8, 33:7
**well-run** [1] - 27:5
**WESTLAKE** [1] - 2:20
**whatnot** [1] - 22:14
**whereby** [2] - 28:3, 29:19
**WHEREUPON** [1] - 34:4
**whole** [3] - 18:8, 18:23, 20:3
**Williams** [1] - 8:9
**WILLIAMS** [2] - 2:3, 2:4
**willing** [4] - 16:25, 17:1, 19:16
**wished** [1] - 32:20
**witness** [1] - 33:10
**witnesses** [9] - 9:17, 12:25, 13:9, 13:13, 13:16, 13:17, 14:5, 14:7
**world** [1] - 20:23
**WRIGHT** [1] - 1:19
**written** [2] - 21:1, 29:25
**wrote** [1] - 25:14

**Y**

**year** [1] - 21:13
**yesterday** [2] - 6:7,

16:23
**you-all** [4] - 28:19,
32:22, 33:3

**OFFICIAL TRANSCRIPT**