# Exhibit 1

**From:** Toledo, Erika
**Sent:** Monday, July 22, 2013 5:43 PM
**To:** 'edempsey@kirkland.com'; 'pcollier@kirkland.com'
**Cc:** Bowman Jr., Bruce; York, R. Alan; Martinez, Jenny; Hill, Gavin; von Sternberg, Jerry; Richard, Gwen
**Subject:** Stevick's Phase Two Reports

Ms. Dempsey and Mr. Collier:

Per today's conference call, attached, please find HESI's proposed redactions (in RED) and substitutions to Stevick's Phase Two Reports.

Thank you,