# Exhibit 4

From: Dempsey, Emily R. [mailto:edempsey@kirkland.com]
Sent: Tuesday, July 23, 2013 9:09 AM
To: Bowman Jr., Bruce
Cc: Richard, Gwen; York, R. Alan; Fleming, Sean; Godwin, Donald; Gasaway, Robert R.; Collier, Paul D.; von Sternberg, Jerry
Subject: Re: MDL 2179: Dr. Stevick's Phase 2 Reports

Bruce,

We accept the redactions relating to the BOP and diverter issues as HESI provided last night in the red highlighting, although we contend that the redactions did not account for all of Dr. Stevick's opinions relating to the diverter and BOP that should be redacted as presented in BP's proposed redacted reports. We contend that these additional redactions relating to the diverter and BOP, highlighted in BP's proposed redacted reports, should also be removed.

We cannot accept the newly inserted text because we have consistently objected to any such late-breaking amendments to Phase 2 reports and the Court has consistently agreed with us on the point and, moreover, this particular proposed insert would continue to make Phase 1 opinions an issue to be relitigated in Phase 2, which we believe the Court would like to avoid.

Further, we continue to object to inclusion of Dr. Stevick's Phase 1 opinions regarding float collar conversion and drill pipe buckling. In light of the above, we believe that Dr. Stevick's deposition should remain 2 days.

Best,
Emily

On Jul 22, 2013, at 5:46 PM, "Bowman Jr., Bruce" <Bruce.Bowman@GodwinLewis.com> wrote:

> Since we are cutting down a lot of Stevick,s report per your objections I would think his depo can now be one day, what are your thoughts
>
> Sent from my iPad
>
> On Jul 19, 2013, at 2:12 PM, "Dempsey, Emily R." <edempsey@kirkland.com> wrote:
>
>> Bruce,
>>
>> We are available on Monday afternoon for a meet and confer. We're generally flexible -- how does 2 pm CST work for your team? We can use the same call-in information: 1.866.331.1856. Code: 60201880.
>>
>> Best,
>>
>> Emily R. Dempsey | Kirkland & Ellis LLP
>> 300 North LaSalle Street | Chicago, IL | 60654
>> Direct: 312.862.7309 | Fax: 312.862.2200

>> Email: emily.dempsey@kirkland.com | Web: www.kirkland.com
>>
>>
>> -----Original Message-----
>> From: Bowman Jr., Bruce [mailto:Bruce.Bowman@GodwinLewis.com]
>> Sent: Friday, July 19, 2013 1:02 PM
>> To: Dempsey, Emily R.
>> Cc: Richard, Gwen; York, R. Alan; Fleming, Sean; Godwin, Donald; Gasaway, Robert R.; Collier, Paul D.; von Sternberg, Jerry
>> Subject: RE: MDL 2179: Dr. Stevick's Phase 2 Reports
>>
>> based on what Rob said today, do you guys want to set another meet and confer for Monday afternoon?
>>
>> -----Original Message-----
>> From: Dempsey, Emily R. [mailto:edempsey@kirkland.com]
>> Sent: Wednesday, July 17, 2013 7:24 PM
>> To: Dempsey, Emily R.
>> Cc: Bowman Jr., Bruce; Richard, Gwen; York, R. Alan; Fleming, Sean; Godwin, Donald; Gasaway, Robert R.; Collier, Paul D.; von Sternberg, Jerry
>> Subject: Re: MDL 2179: Dr. Stevick's Phase 2 Reports
>>
>>
>>> Bruce,
>>>
>>> We accept your offer to redact Dr. Stevick's opinions concerning the negative pressure test, but as you know, we contend there are additional impermissible Phase 1 opinions that should be withdrawn. We've designated those opinions in the redacted reports we provided to you. Since we've reached an impasse, we will proceed accordingly.
>>>
>>> Best,
>>>
>>> Emily R. Dempsey | Kirkland & Ellis LLP
>>> 300 North LaSalle Street | Chicago, IL | 60654
>>> Direct: 312.862.7309 | Fax: 312.862.2200
>>> Email: emily.dempsey@kirkland.com | Web: www.kirkland.com
>>>
>>>
>>> -----Original Message-----
>>> From: Bowman Jr., Bruce [mailto:Bruce.Bowman@GodwinLewis.com]
>>> Sent: Wednesday, July 17, 2013 6:26 PM
>>> To: Dempsey, Emily R.
>>> Cc: Richard, Gwen; York, R. Alan; Fleming, Sean; Godwin, Donald; Gasaway, Robert R.; Collier, Paul D.; von Sternberg, Jerry
>>> Subject: Re: MDL 2179: Dr. Stevick's Phase 2 Reports
>>>
>>> Emily while we are certainly wiling to work with you, we do not believe the redacted version you sent is correct and you apparently do not agree with the redacted version that we sent you.
>>>
>>> Sent from my iPad
>>>

>>> On Jul 17, 2013, at 4:09 PM, "Dempsey, Emily R." <edempsey@kirkland.com<mailto:edempsey@kirkland.com>> wrote:
>>>
>>> Bruce,
>>>
>>> You mentioned on the meet and confer yesterday that Halliburton may be considering whether to withdraw additional opinions set forth in Dr. Stevick's Phase 2 reports. In light of the Court's recent order striking Dr. Stevick's casing breach opinion as an impermissible Phase 1 opinion, we wanted to confirm that Halliburton still considers that all of the remaining opinions in Dr. Stevick's reports are proper Phase 2 opinions and is unwilling to accept the redacted Phase 2 expert reports that I circulated on July 12, 2013. While we are prepared to move forward with the Court on this issue, if Halliburton's position has changed and you are willing to confer, we are available to confer today. Otherwise, we understand that the parties remain at an impasse and will proceed accordingly.
>>>
>>> Best,
>>>
>>> Emily R. Dempsey | Kirkland & Ellis LLP
>>> 300 North LaSalle Street | Chicago, IL | 60654
>>> Direct: 312.862.7309 | Fax: 312.862.2200
>>> Email: emily.dempsey@kirkland.com<mailto:emily.dempsey@kirkland.com> | Web: www.kirkland.com<http://www.kirkland.com>
>>>
>>> From: Dempsey, Emily R.
>>> Sent: Tuesday, July 16, 2013 10:39 AM
>>> To: 'Bowman Jr., Bruce'
>>> Cc: Richard, Gwen; York, R. Alan; Fleming, Sean; Godwin, Donald; Gasaway, Robert R.; Collier, Paul D.; von Sternberg, Jerry
>>> Subject: RE: MDL 2179: Dr. Stevick's Phase 2 Reports
>>>
>>> Bruce,
>>>
>>> We're available at 3 pm today for a call. We can use this call-in information: 1.866.331.1856, Code: 60201880.
>>>
>>> Best,
>>>
>>> Emily R. Dempsey | Kirkland & Ellis LLP
>>> 300 North LaSalle Street | Chicago, IL | 60654
>>> Direct: 312.862.7309 | Fax: 312.862.2200
>>> Email: <mailto:emily.dempsey@kirkland.com> emily.dempsey@kirkland.com<mailto:emily.dempsey@kirkland.com> | Web: <http://www.kirkland.com> www.kirkland.com<http://www.kirkland.com>
>>>
>>> From: Bowman Jr., Bruce [<mailto:Bruce.Bowman@GodwinLewis.com>mailto:Bruce.Bowman@GodwinLewis.com]
>>> Sent: Tuesday, July 16, 2013 10:06 AM
>>> To: Dempsey, Emily R.
>>> Cc: Richard, Gwen; York, R. Alan; Fleming, Sean; Godwin, Donald; Gasaway, Robert R.; Collier, Paul D.; von Sternberg, Jerry
>>> Subject: RE: MDL 2179: Dr. Stevick's Phase 2 Reports
>>>

>>> Emily we will get you our marked up response to what you sent and should get it to you this morning. I suggest a call at 2 or 3
>>>
>>> From: Dempsey, Emily R. [<mailto:edempsey@kirkland.com>mailto:edempsey@kirkland.com]
>>> Sent: Monday, July 15, 2013 4:37 PM
>>> To: Bowman Jr., Bruce
>>> Cc: Richard, Gwen; York, R. Alan; Fleming, Sean; Godwin, Donald; Gasaway, Robert R.; Collier, Paul D.; von Sternberg, Jerry
>>> Subject: RE: MDL 2179: Dr. Stevick's Phase 2 Reports
>>>
>>> Bruce,
>>>
>>> Please let us know whether you've had an opportunity to review the specific opinions that BP contends Dr. Stevick should withdraw. We'd like to schedule a call tomorrow concerning Dr. Stevick's reports so please let me know when you're available.
>>>
>>> Best,
>>>
>>> Emily R. Dempsey | Kirkland & Ellis LLP
>>> 300 North LaSalle Street | Chicago, IL | 60654
>>> Direct: 312.862.7309 | Fax: 312.862.2200
>>> Email: <mailto:emily.dempsey@kirkland.com>
emily.dempsey@kirkland.com<mailto:emily.dempsey@kirkland.com> | Web: <http://www.kirkland.com>
www.kirkland.com<http://www.kirkland.com>
>>>
>>> From: Bowman Jr., Bruce
[<mailto:Bruce.Bowman@GodwinLewis.com>mailto:Bruce.Bowman@GodwinLewis.com]
>>> Sent: Friday, July 12, 2013 9:00 AM
>>> To: Dempsey, Emily R.
>>> Cc: Richard, Gwen; York, R. Alan; Fleming, Sean; Godwin, Donald; Gasaway, Robert R.; Collier, Paul D.
>>> Subject: RE: MDL 2179: Dr. Stevick's Phase 2 Reports
>>>
>>> thanks, we will review and get back with you
>>>
>>> From: Dempsey, Emily R. [<mailto:edempsey@kirkland.com>mailto:edempsey@kirkland.com]
>>> Sent: Friday, July 12, 2013 8:53 AM
>>> To: Dempsey, Emily R.; Bowman Jr., Bruce
>>> Cc: Richard, Gwen; York, R. Alan; Fleming, Sean; Godwin, Donald; Gasaway, Robert R.; Collier, Paul D.
>>> Subject: RE: MDL 2179: Dr. Stevick's Phase 2 Reports
>>>
>>> Dear Bruce, et. al:
>>>
>>> Thank you for participating in the meet and confer yesterday and agreeing to extend Dr. Stevick's deposition to two days and to consider withdrawing certain of Dr. Stevick's opinions. To facilitate this process, I am attaching Dr. Stevick's Phase 2 report and rebuttal report, and I've highlighted the opinions that BP contends Dr. Stevick should withdraw on the basis that they are untimely Phase 1 opinions. Once you've had an opportunity to review the attached reports, please let me know and we can schedule a follow-up meet and confer.
>>>
>>> We remain hopeful that we can reach a resolution through the meet and confer process, but in the event that we cannot, we reserve the right to file a motion to strike certain of Dr. Stevick's opinions.

>>>
>>> Best,
>>>
>>> Emily R. Dempsey | Kirkland & Ellis LLP
>>> 300 North LaSalle Street | Chicago, IL | 60654
>>> Direct: 312.862.7309 | Fax: 312.862.2200
>>> Email: <mailto:emily.dempsey@kirkland.com>
emily.dempsey@kirkland.com<mailto:emily.dempsey@kirkland.com> | Web: <http://www.kirkland.com>
www.kirkland.com<http://www.kirkland.com>
>>>
>>> From: Dempsey, Emily R.
>>> Sent: Wednesday, July 10, 2013 3:31 PM
>>> To: Bowman Jr., Bruce
>>> Cc: Richard, Gwen; York, R. Alan; Fleming, Sean; Godwin, Donald; Gasaway, Robert R.; Collier, Paul D.
>>> Subject: Re: MDL 2179: Dr. Stevick's Phase 2 Reports
>>>
>>> Thanks, Bruce. If 1 pm CST works for you, let's use this call information: 1.866.331.1856. Code: 60201880.
>>>
>>> Thanks,
>>> Emily
>>>
>>> On Jul 10, 2013, at 3:08 PM, "Bowman Jr., Bruce"
<<mailto:Bruce.Bowman@GodwinLewis.com>Bruce.Bowman@GodwinLewis.com<mailto:Bruce.Bowman@GodwinLewis.com>> wrote:
>>> ok, I am available tomorrow until 2 when I will be leaving to catch a plane
>>>
>>> From: Dempsey, Emily R. [<mailto:edempsey@kirkland.com>mailto:edempsey@kirkland.com]
>>> Sent: Wednesday, July 10, 2013 3:03 PM
>>> To: Bowman Jr., Bruce; Richard, Gwen; York, R. Alan; Fleming, Sean; Godwin, Donald
>>> Cc: Gasaway, Robert R.; Collier, Paul D.
>>> Subject: RE: MDL 2179: Dr. Stevick's Phase 2 Reports
>>>
>>> Bruce,
>>>
>>> The concerns raised in my email below are separate from and in addition to those raised in BP's July 5 letter, which related solely to Dr. Ravi's and Dr. Stevick's untimely flow path theories. We would like to discuss the issues set forth in my email on the proposed meet and confer tomorrow.
>>>
>>> Best,
>>>
>>> Emily R. Dempsey | Kirkland & Ellis LLP
>>> 300 North LaSalle Street | Chicago, IL | 60654
>>> Direct: 312.862.7309 | Fax: 312.862.2200
>>> Email: <mailto:emily.dempsey@kirkland.com>
emily.dempsey@kirkland.com<mailto:emily.dempsey@kirkland.com> | Web: <http://www.kirkland.com>
www.kirkland.com<http://www.kirkland.com>
>>>
>>> From: Bowman Jr., Bruce
[<mailto:Bruce.Bowman@GodwinLewis.com>mailto:Bruce.Bowman@GodwinLewis.com]
>>> Sent: Wednesday, July 10, 2013 2:29 PM

>>> To: Dempsey, Emily R.; Richard, Gwen; York, R. Alan; Fleming, Sean; Godwin, Donald
>>> Cc: Gasaway, Robert R.; Collier, Paul D.
>>> Subject: RE: MDL 2179: Dr. Stevick's Phase 2 Reports
>>>
>>> I am confused I thought your letter of July 5th addressed Dr Stevick, are you suggesting something else in his report needs to be addressed
>>>
>>>
>>>
>>> Bruce W. Bowman Jr., Shareholder
>>>
>>> Board Certified - Civil Trial Law
>>> Texas Board of Legal Specialization
>>> In Dallas Office
>>>
<mailto:Bruce.Bowman@GodwinLewis.com>Bruce.Bowman@GodwinLewis.com<mailto:Bruce.Bowman@GodwinLewis.com>
>>>
>>>
>>> [http://www.godwinronquillo.com/email-logo.jpg]
>>>
>>>
>>>
>>> Direct: 214.939.8679
>>> Fax: 214.527.3104
>>>
>>> <www.GodwinLewis.com>www.GodwinLewis.com<http://www.GodwinLewis.com>
>>> Toll Free:  800-662-8393
>>>
>>>
>>> Dallas
>>>
>>> 1201 Elm Street
>>>
>>> Suite 1700
>>>
>>> Dallas, Texas 75270
>>>
>>> 214.939.4400
>>>
>>>
>>> Houston
>>>
>>> 1331 Lamar
>>>
>>> Suite 1665
>>>
>>> Houston, Texas 77010
>>>
>>> 713.595.8300
>>>

>>>
>>> Plano
>>>
>>> 5700 Granite Parkway
>>>
>>> Suite 450
>>>
>>> Plano, Texas 75024
>>>
>>> 214.939.4500
>>>
>>>
>>>
>>> This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Godwin Lewis PC immediately by telephone (800.662.8393) and destroy the original message. Messages sent to and from us may be monitored.
>>>
>>>
>>>
>>> From: Dempsey, Emily R. [<mailto:edempsey@kirkland.com>mailto:edempsey@kirkland.com]
>>> Sent: Wednesday, July 10, 2013 2:15 PM
>>> To: Bowman Jr., Bruce; Richard, Gwen; York, R. Alan; Fleming, Sean; Godwin, Donald
>>> Cc: Gasaway, Robert R.; Collier, Paul D.
>>> Subject: MDL 2179: Dr. Stevick's Phase 2 Reports
>>>
>>> Dear Bruce, et. al:
>>>
>>> I write concerning Dr. Stevick's Phase 2 expert reports. BP contends that Dr. Stevick's Phase 2 opening report and rebuttal report contain several impermissible opinions about purely Phase 1 issues that were fully and properly addressed during the Phase 1 trial. Accordingly, BP requests that Halliburton withdraws these opinions. Specifically, BP contends that Dr. Stevick should withdraw his pipe buckling analysis (See Appendix B "Drill String Buckling Analysis" of Stevick Phase 2 Report). Issues associated with drill pipe buckling, including when and how it buckled, were explored in-depth during Phase 1 by various experts. Dr. Stevick opined at the Phase 1 trial on pipe buckling based on the physical evidence and acknowledged that he had previously withdrawn the analysis and calculations supporting his opinion. (Tr. 7002-7003 (Stevick); Stevick Dep. 498-501). The pipe buckling analysis and associated calculations attached to Dr. Stevick's Phase 2 report are untimely and BP requests that Halliburton withdraw them.
>>>
>>> Further, the opinions Dr. Stevick sets forth in his Phase 2 reports concerning the negative pressure test, float collar conversion, diverter operation, and the suitability of the Deepwater Horizon BOP configuration for the Macondo Well are purely Phase 1 issues that BP contends should be withdrawn. In certain instances, Dr. Stevick attempted to offer these opinions at the Phase 1 trial but was precluded from doing so because he failed to disclose them in his Phase 1 report. (See, e.g., Tr. 6887, 6893-94 (precluding Dr. Stevick from testifying about the April 5, 2010, stripping incident or the test ram conversion). Elsewhere in Dr. Stevick's Phase 2 reports, he purports to offer Phase 1 opinions that he has never before offered. For example, Dr. Stevick's Phase 2 expert reports address how the negative pressure test should have been performed (Stevick Phase 2

Expert Report at 27 ("Chevron "would have performed the negative pressure test as a discrete activity"), and the proper operation of the diverter system. Per the Court's orders, expert opinions about purely Phase 1 issues, i.e., those regarding allocation of fault for the blowout, are improper in the course of the Phase 2 proceeding, and should be struck as such. (Cf. Rec. Doc. 5407 (granting BP's Phase 1 motion in limine to exclude Phase 2 evidence).)

>>>

>>> We would like to meet and confer concerning BP's request that Halliburton withdraw certain of the opinions set forth in Dr. Stevick's Phase 2 expert reports. We propose a time during the afternoon of Thursday, July 11, to meet and confer. If we are unable to resolve this matter based on the meet and confer, BP reserves the right to file a motion to strike the untimely Phase 1 opinions set forth in Dr. Stevick's Phase 2 reports.

>>>

>>> Best,

>>>

>>> Emily R. Dempsey | Kirkland & Ellis LLP
>>> 300 North LaSalle Street | Chicago, IL | 60654
>>> Direct: 312.862.7309 | Fax: 312.862.2200
>>> Email: <mailto:emily.dempsey@kirkland.com>
emily.dempsey@kirkland.com<mailto:emily.dempsey@kirkland.com> | Web: <http://www.kirkland.com>
www.kirkland.com<http://www.kirkland.com>

>>>

>>>

>>> ***********************************************************

>>> IRS Circular 230 Disclosure:

>>> To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

>>>

>>> The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to <mailto:postmaster@kirkland.com> postmaster@kirkland.com<mailto:postmaster@kirkland.com>, and destroy this communication and all copies thereof, including all attachments.

>>> ***********************************************************

>>>

>>> ***********************************************************

>>> IRS Circular 230 Disclosure:

>>> To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

>>>

>>> The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to

<mailto:postmaster@kirkland.com> postmaster@kirkland.com<mailto:postmaster@kirkland.com>, and destroy this communication and all copies thereof, including all attachments.
>>> ************************************************************
>>>
>>> ************************************************************
>>> IRS Circular 230 Disclosure:
>>> To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.
>>>
>>> The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to <mailto:postmaster@kirkland.com> postmaster@kirkland.com<mailto:postmaster@kirkland.com>, and destroy this communication and all copies thereof, including all attachments.
>>> ************************************************************
>>>
>>> ************************************************************
>>> IRS Circular 230 Disclosure:
>>> To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.
>>>
>>> The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to <mailto:postmaster@kirkland.com> postmaster@kirkland.com<mailto:postmaster@kirkland.com>, and destroy this communication and all copies thereof, including all attachments.
>>> ************************************************************
>>>
>>> ************************************************************
>>> IRS Circular 230 Disclosure:
>>> To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.
>>>
>>> The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to

postmaster@kirkland.com<mailto:postmaster@kirkland.com>, and destroy this communication and all copies thereof, including all attachments.
>>> **********************************************************
>>
>> **********************************************************
>> IRS Circular 230 Disclosure:
>> To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.
>>
>> The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
>> **********************************************************
>>
>> **********************************************************
>> IRS Circular 230 Disclosure:
>> To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.
>>
>> The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
>> **********************************************************

**********************************************************
IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
**********************************************************