# Exhibit 5

# APPENDIX B

# Appendix B
# Drill String Buckling Analysis

Following the fire and explosion of the *Deepwater Horizon* ("DWH"), it was known that the drill pipe pressure at the rig was approximately 6,000 psi and climbing.[1] It was also known 2,500 *ft* of 5.5 *inch* drill pipe extended below the BOP and another 800 *ft* of 3.5 *inch* pipe referred to as a "stinger" section, extended below the 5.5 *inch* diameter drill pipe. The stinger was open on the end.

To properly assess which and in what order the BOP element should be closed, BP should have estimated the likelihood that the drill pipe in the BOP was buckled or bowed. The phenomenon of buckled or bowed pipe (that would cause it to be off-center) is well known, particularly in the oil and gas industry. It is virtually impossible to find a mechanical engineering design textbook that does not teach buckling.[2] The equations *"describing critical buckling loads were derived by the great mathematician Leonhard Euler in 1757."*[3] Buckling equations are also given in most textbooks on well control and well completion.[4] Buckling of the drill pipe was foreseeable and should have been considered prior to activating any BOP rams. The calculations would have taken less than an hour to complete and thoroughly check as shown in the following two pages.

There were three compressive loads on the drill pipe as the VBR's closed from 21:47 to 21-49 on April 20, 2010: (i) pressure pushing up on the end of the drill pipe and surfaces at the 5.5 *inch* to 3.5 *inch* pipe transition, (ii) effective compression due to internal pressure and (iii) upward friction due to flow past the VBR's and upper annular. The only downward force was the drill pipe weight.

The upward load due to pressure acting on the end and transition section surfaces of the drill pipe are determined with Equation 1 in the attached calculations. The effective compression due to drill pipe internal pressure is given by Equation 2.[5] Equation 3 is the 1757 buckling formula and Equation 4 is the secant buckling formula which approximates the force required to maintain a buckled shape.

The total compressive force (not including flow friction), 118 kips, is above the likely range of buckling loads for the drill pipe, 55 to 110 kips. The required load to maintain buckling is less than half that to initially buckle the drill pipe. Thus, the drill pipe should have been assumed to be off-center and subsequently held off-center by flow forces. Further, the drill pipe should have been assumed to be off-center due to the traveling block falling and the rig drifting.[6]

---

[1] Bly Report, Appendices D and E, Sperry Sun Realtime Data.
[2] Mechanical Engineering Design, 1st - 7th Editions, by Joseph Shigley, McGraw-Hill, 1977-2003. Higdon, A. et al, Mechanics of Materials, 3rd Edition, John Wiley & Sons, 1976.
[3] Grace, R.D., Blowout and Well Control Handbook, Gulf Professional Publishing, 2003, p. 291.
[4] Drake, L.P., Well Completion Design, Elsevier Science, 2009. Firefighting and Blowout Control, by Abel, L.W., Bowden, J.R., and P.J. Campbell, Wild Well Control, Inc., Bookcrafters, 1994. Well Completion Design, by Jonathan Bellarby, Elsevier Science, 2009. Grace, R.D., Advanced Blowout and Well Control, Gulf Professional Publishing, 1994.
[5] Lubinski, A., and J.L. Logan, Buckling of Tubing Sealed in Packers, Journal of Petroleum Technology, Vol. 14, No. 6, pg 655-670, June 1962. Well Completion Design, by Jonathan Bellarby, Elsevier Science, 2009.
[6] Stevick Phase I Rebuttal Report.

# Buckling Calculations

$L3 := 821\ ft$  Length of 3.5" pipe below BOP

$L5 := 2510\ ft$  Length of 5.5" pipe below BOP

$Ld := 5067\ ft - 30\ ft$  Depth of BOP section

$\rho sw = 64 \dfrac{lbf}{ft^3}$    $\rho g := 0.1 \dfrac{psi}{ft}$    $\rho oil := 42 \dfrac{lbf}{ft^3}$    Seawater, gas, oil densities

$Wt := \left( L5 \cdot 21.9 \dfrac{lbf}{ft} + L3 \cdot 9.3 \dfrac{lbf}{ft} \right)$    $Wt = 63\ kip$   Pipe Weight
Let $Wt := 70\ kip$

$do := 5.5\ in$    5.5" drill pipe OD

$t := 0.361\ in$    5.5" drill pipe thickness

$di := do - 2 \cdot t$    5.5" drill pipe ID

$A := \dfrac{\pi}{4} \left( do^2 - di^2 \right)$    $A = 5.828\ in^2$    5.5" drill pipe cs area

$A5o := \dfrac{\pi}{4} \left( do^2 \right)$    $A3o := \dfrac{\pi}{4} \left( (3.5\ in)^2 \right)$

$A5i := \dfrac{\pi}{4} \left( di^2 \right)$    $A3i := \dfrac{\pi}{4} \left( (2.992\ in)^2 \right)$    $A5i = 18\ in^2$

$Pbop := 6.5\ ksi + Ld \cdot \rho sw$    $P5 := Pbop + L5 \cdot \rho sw$    $P3 := P5 + L3 \cdot \rho sw$

$Fpa := P5 \cdot (A5o - A3o) - P5 \cdot (A5i - A3i) + P3 \cdot (A3o - A3i)$   Press forces [1]
$Fpa = 58\ kip$

$Fpi := Pbop \cdot A5i - 0.5 \cdot Ld \cdot (\rho oil + \rho g) \cdot A5o - 145\ psi \cdot A5o$
$Fpi = 130\ kip$    Int press comp force [2]

1/2

$Fc := Fpi + Fpa - Wt$     $Fc = 118 \; kip$ total comp force

$E := 30 \cdot 10^6 \; psi$     Pipe modulus of elasticity

$I := \dfrac{\pi}{64} \cdot \left(do^4 - di^4\right)$     Drill pipe moment of inertia

$L := 27 \; ft + 4 \; in$     Drill pipe free length

$Ppp := \dfrac{\pi^2 \cdot E \cdot I}{(L \cdot kpp)^2}$     $kpp := 1$     Buckling: pinned/pinned [3]

$Ppp = 53 \; kip$

$Pfp := \dfrac{\pi^2 \cdot E \cdot I}{(L \cdot kfp)^2}$     $kfp := 0.7$     Buckling: fixed/pinned [3]

$Pfp = 109 \; kip$

$Plk := \dfrac{\pi^2 \cdot E \cdot I}{(1000 \; ft \cdot kfp)^2}$     Buckling: long length [3]

$Plk = 0.1 \; kip$

$Pcs := \dfrac{4 \cdot E \cdot I}{(kfp \cdot L)^2} \cdot acos\left(\dfrac{1}{2}\right)$     Buckling: secant formula deriv [4]

$Pcs = 46 \; kip$

Both ends pinned, K = 1.0.
Both ends fixed, K = 0.50.
One end fixed, one end pinned, K = 0.699
One end fixed, one end free, K = 2.0