# Exhibit 6

**Expert Report of Glen Stevick, Ph.D., P.E.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>Applies to:<br><br>ALL CASES and<br>2:10-cv-02771 | MDL No. 2179<br><br>Section: J<br><br>The Honorable Judge Barbier<br>Mag. Judge Shushan |

## EXPERT REPORT OF GLEN STEVICK, Ph.D., P.E.

1

# APPENDIX C

MDL No. 2179
*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Expert report of Dr. Glen Stevick - Appendix C

# Appendix C
# Drill String Buckling

At the time of the actuation of the BOP, the drill string was in a position such that the 5.5 *inch* diameter segment passed through the upper annular, BOP, and upper VBR. This 5.5 *inch* segment extended approximately 2,600 *ft* below the VBR, and the 3.5 *inch* diameter "stinger" section continued another 800 *ft* to the end of the drill string.

As the blow out event began, hydrocarbons entering the bottom of the well traveled upward through the well and drill string. This flow, along with the pressure in the well, applied upward forces on the drill string. The effective weight of the drill string hanging in the well fluids provided a counter downward force that was gradually overcome as the flow of hydrocarbons increased. The initial upward force acted to compressively "bow" or "buckle" the drill string with little upward force exceeding the weight load. Lateral displacement of the drill string was restricted by the inner wall of the casing and BOP bore.

As the upper annular and VBRs were actuated, they restricted the movement of the drill string shortening its effective length for buckling. The bowing that occurred prior to closure acted as an initiating eccentricity, significantly lowering the required load to hold the drill pipe in the bowed condition.

The attached computations show the force on the drill pipe needed for buckling and an approximation of the forces on the drill pipe due to gravity, buoyancy, and fluid drag. The fluid flow forces were more than adequate to bow the drill pipe when its effective length was long (prior to annular and VBR closure) and hold the drill pipe in a bowed condition as they closed. This resulted in the BSR attempting to shear an off-center drill pipe.

### A.   Forces on the Drill String

The downward force due to gravity applied to the drill string is the weight of the drill string minus the buoyancy of the drill string due to being submerged in fluid.

The upward force on the drill string has two primary components. The first is the pressure applied at the horizontal surfaces at the end of the drill pipe and diameter transition. The second is the drag force of the fluid traveling upward on the vertical sections of the drill string.

The pressure outside the drill string decreases with elevation above the end of the drill string. For rapid flow up the drill string with stationary fluid outside the drill string (VBRs closed), the pressure inside decreases more rapidly than the pressure outside the drill string due to the motion of the fluid and friction with the drill pipe inner surface.

The flow rate used for the analysis was determined by setting the friction and acceleration losses due to flow equal to the pressure difference in the drill string. The flow was conservatively assumed to be all liquid in the calculations. The vapor clearly present in the hydrocarbon flow would have increased the upward buoyancy and velocity inside the drill string resulting in significantly higher upward forces.

The upward force on the drill pipe due to fluid drag was calculated from the flow. The conservative net upward forces on the drill string are in the range of 100,000 *lbf*. More than enough to hold the

1

MDL No. 2179
*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Expert report of Dr. Glen Stevick - Appendix C

drill pipe in a buckled condition. Note, the actual forces were almost certainly above 120,000 *lbf* with the substantial vapor in the hydrocarbon flow.[1]

The figure below shows supported hook load and drill pipe pressure data at the time of the incident. Note the hook load drop of 60 *kips* corresponding to the closing of the annular and flow being forced up the drill pipe. This increased flow up the drill pipe caused an upward force and drop in hook load. As the pressure increased in the drill pipe, the flow would have temporarily dropped until pressure containment on the rig was ruptured resulting in a temporary increase in hook load. Following containment rupture, the flow rates up the drill pipe would have increased dramatically and the upward forces would have increased by at least a factor of 3-4.



Fig D-1. Drill pipe pressure and hook load, April 20, 2011.[2]

## B.  Buckling of the Drill String

The theoretical force required to "buckle" or cause unstable displacement of the drill string, can be approximated with the Euler equation for cylindrical columns.[3] This approach uses a coefficient based upon the end conditions of the column. In this case, it is assumed that at the top the drill string is initially held fixed such that there is no displacement, and no rotation. However, as the drill string is damaged at the upper annular, this condition will likely approach an effectively pinned boundary condition. A conservative theoretical buckling force is approximately 115,000 *lbf*, which is on the same order of magnitude as the estimated forces described above due to gravity, fluid flow, and pressure. If the condition of pinned at the top and pinned at the bottom is assumed, the critical buckling force falls to approximately 50,000 *lbf*.

---

[1] BP, Deepwater Horizon Accident investigation Report, September 8, 2010, Appendix W.

[2] From raw data shown in BP, Deepwater Horizon Accident investigation Report, September 8, 2010, Appendices CDE.

[3] Higdon, A. et al, Mechanics of Materials, 3rd Edition, John Wiley & Sons, 1976.

MDL No. 2179
*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Expert report of Dr. Glen Stevick - Appendix C

However, once the upper annular closes, the drill string would be subjected to upward forces with the upper end initially fixed and the lower free as the VBR has not yet closed. In this condition, the length to radius ratio of the drill string below the upper annular is well over 1000:1, and the drill string would buckle if the upward force even slightly exceeds the downward gravitational force. Thus, the drill string was already buckled or bowed as the upper annular closed.

Subsequently, as the VBR closed it imposed a restriction of the drill string, moving it back toward the center of the BOP bore at the VBR location. During this time, a buckling anti-node was established at the VBR, with freedom of movement and rotation as the VBR closes. This condition would require upward net forces on the order of 10,000 – 40,000 *lbf* to maintain a buckled condition as the VBR closes. Once the VBR is closed and the drill string is in a bowed shape inside of the BOP, the force required to maintain it in that shape is on the order of 60,000 – 80,000 *lbf*, lower than the force required to initiate a buckle had the drill string been straight when the VBR's closed.

A finite element analysis (FEA) model was built of the drill string in the segment between the upper annular and the VBR. The results support the assessment above and show the drill string will be displaced away from the BOP bore centerline and lie outside the cutting blades of the BSR. Figure 2 shows the expected displacement of the drill string from the finite element analysis. This result is consistent with the damage found in the drill string segments and the DNV assessment. Off-center drill pipe should have been anticipated in the BSR design. Buckling and bowing of a drill string are well known phenomena and occur with little compressive force, less than 1 *kip* for long sections of drill pipe. These forces that will almost certainly be present in a blowout with a rapid upward flow of hydrocarbons up through the well.



Fig D-2. FEA Displacements at BSR Location

3