# Exhibit 7

1

<pre>
 1                        UNITED STATES DISTRICT COURT
                         EASTERN DISTRICT OF LOUISIANA
 2

 3      ***********************************************************

 4      IN RE:  OIL SPILL BY THE
        OIL RIG DEEPWATER HORIZON
 5      IN THE GULF OF MEXICO ON
        APRIL 20, 2010
 6
                                    CIVIL ACTION NO. 10-MD-2179 "J"
 7                                  NEW ORLEANS, LOUISIANA
09:23AM                             FRIDAY, JANUARY 13, 2012, 9:30 A.M.
 8

 9      THIS DOCUMENT RELATES TO
        ALL ACTIONS
10

11      ***********************************************************

12          TRANSCRIPT OF DISCOVERY STATUS CONFERENCE PROCEEDINGS
                 HEARD BEFORE THE HONORABLE SALLY SHUSHAN
13                    UNITED STATES MAGISTRATE JUDGE

14

15      APPEARANCES:

16

17      FOR THE PLAINTIFFS'
        LIAISON COUNSEL:           DOMENGEAUX WRIGHT ROY & EDWARDS
18                                 BY:  JAMES P. ROY, ESQUIRE
                                   P. O. BOX 3668
19                                 556 JEFFERSON STREET
                                   LAFAYETTE, LA  70502
20

21                                 HERMAN HERMAN KATZ & COTLAR
                                   BY:  STEPHEN J. HERMAN, ESQUIRE
22                                 820 O'KEEFE AVENUE
                                   NEW ORLEANS, LA  70113
23

24      FOR THE PLAINTIFFS:        IRPINO LAW FIRM
                                   BY:  ANTHONY IRPINO, ESQUIRE
25                                 2216 MAGAZINE STREET
                                   NEW ORLEANS, LA  70130
</pre>

10:05AM 1      MR. WILLIAMSON:  Yes.

10:05AM 2      THE COURT:  Let's talk about the issue of pulling down

10:05AM 3 experts.  That is set for briefing, response briefing on Monday.

10:05AM 4 I hope that we will get to that very promptly thereafter.  That

10:05AM 5 also impacts, I believe, the request for use of the opinion of

10:06AM 6 Donald Weintritt; is that right?

10:06AM 7      MR. LANGAN:  He's been pulled down.

10:06AM 8      THE COURT:  He's been pulled down, but we have got

10:06AM 9 somebody who contests it?

10:06AM 10      MR. GODWIN:  Cameron wanted to reserve the right to

10:06AM 11 check on it, Judge.

10:06AM 12      THE COURT:  That's right, and it's been taken care of.

10:06AM 13      MR. GODWIN:  David Beck sent in that afternoon that he

10:06AM 14 was fine with it, so he has been pulled down.

10:06AM 15      THE COURT:  We've only discussed that 50 times.

10:06AM 16      MR. GODWIN:  To that end, Judge, I've got another

10:06AM 17 agreement that --

10:06AM 18      THE COURT:  Come on up to the podium, Don.

10:06AM 19      MR. GODWIN:  Okay, Your Honor.

10:06AM 20      THE COURT:  Let's hear what you've got to say on that

10:06AM 21 one.

10:06AM 22      MR. GODWIN:  Good morning, Judge.

10:06AM 23      THE COURT:  Good morning, Don.

10:06AM 24      MR. GODWIN:  Don Godwin for Halliburton.

10:06AM 25      Judge, David Beck and I -- David, on behalf of

| | | |
|---|---|---|
| 10:06AM | 1 | Cameron, and I reached an agreement this week that, subject to |
| 10:06AM | 2 | Your Honor's approval, of course, Cameron will pull down its |
| 10:06AM | 3 | cement expert in all respects, Mr. Frigaard, F-R-I-G-A-A-R-D. |
| 10:06AM | 4 | That will be pulled out in its entirety. |
| 10:07AM | 5 | Halliburton will, in turn, Your Honor, pull down a |
| 10:07AM | 6 | certain portion of our expert, Mr. Stevick.  I believe that's |
| 10:07AM | 7 | S-T-E-V-I-C-K. |
| 10:07AM | 8 | The portion that we're going to pull down in its |
| 10:07AM | 9 | entirety is that part dealing with the BOP design in |
| 10:07AM | 10 | Mr. Stevick's report and testimony. |
| 10:07AM | 11 | So we'll pull down, Halliburton will, Stevick as it |
| 10:07AM | 12 | relates to BOP design only, and Cameron will pull down in all |
| 10:07AM | 13 | respects Mr. Frigaard. |
| 10:07AM | 14 | Phil is here, and if he is aware of a different |
| 10:07AM | 15 | position, he'll let us know; but, that is what David told me. |
| 10:07AM | 16 | MR. WITTMANN:  That's my understanding, too, Your Honor. |
| 10:07AM | 17 | Phil Wittmann for Cameron. |
| 10:07AM | 18 | THE COURT:  All right, Phil.  Thank you. |
| 10:07AM | 19 | MR. GODWIN:  Thank you, Phil. |
| 10:07AM | 20 | Thank you, Judge. |
| 10:07AM | 21 | MR. STERBCOW:  To the extent the PSC needs to take a |
| 10:07AM | 22 | position, we object to anything they are trying to do with |
| 10:07AM | 23 | respect to withdrawing experts. |
| 10:07AM | 24 | THE COURT:  Thank you.  That was so helpful. |
| 10:07AM | 25 | MR. GODWIN:  I thought he was going to be constructive |