# Exhibit 8

01-38872
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL*

### *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Glen R. Stevick, Ph.D.
**VOLUME 2**

DECEMBER 15, 2011

## *COPY*



Systems Technology for the Litigation World

Litigation Group•Court Reporting•Video Production•Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

Page 496

1    A. I -- I don't know. I would assume others
2  have done a simple flow calc up the drill pipe to
3  see if -- to do a sanity check also.
4    Q. Okay.
5    A. And they'd come up with the same answer,
6  I would assume.
7    Q. Does the SMath model generate -- well,
8  strike that.
9       What does the -- what does an S -- what
10 does SMath do?
11   A. SMath allows you to do -- to take notes
12 and make a hand calculation, but have it stored
13 on the computer. It just looks like an equation
14 as if you wrote it out. It doesn't -- it's not a
15 program that -- where it's a black box set of
16 calculations like finite element analysis, CFD,
17 or these type of models. It's just a -- a way of
18 automating hand calculations.
19   Q. Does the software perform any
20 mathematical calculations?
21   A. Yes.
22   Q. Thank you. And you made a decision not
23 to turn that mathematical calculation over in
24 this litigation; is that correct?
25       MR. VON STERNBERG: Object to the

Page 497

1  form of the question.
2    Q. (By Mr. Kavanaugh) Well, let me ask you
3  this: Do you think you had to turn it over, or
4  not?
5        MR. VON STERNBERG: Object to the
6  form of the question. It's not his position to
7  know that.
8        MR. KAVANAUGH: I just asked him
9  what he thought.
10       MR. VON STERNBERG: Object to the
11 form of the question. He doesn't have to answer
12 that.
13       MR. KAVANAUGH: Are you instructing
14 him not to answer?
15       MR. VON STERNBERG: I am. And we --
16 let's go off the record, and I'll talk to you.
17       MR. KAVANAUGH: Sure.
18       THE VIDEOGRAPHER: The time is
19 12:00 p.m. We're going off the record.
20       (Recess from 12:00 p.m. to 12:06 p.m.)
21       (Exhibit Nos. 7769 through 7771 marked.)
22       MR. KAVANAUGH: I'm ready.
23       THE VIDEOGRAPHER: All set?
24       The time is 12:06 p.m. We're back on the
25 record.

Page 498

1        MR. KAVANAUGH: Okay. During the
2  break, Counsel for Halliburton provided me with
3  three documents that have been marked as
4  Exhibit 7769, which is a one-page document
5  depicting a mathematical calculation labeled
6  "Buckling Hold Force."
7        MR. VON STERNBERG: Object to the
8  form of the question.
9        MR. KAVANAUGH: I'm not asking any
10 question right now.
11       MR. VON STERNBERG: Okay. I object
12 to your sidebar, then.
13       MR. KAVANAUGH: Exhibit seven --
14 7770 is a document that is approximately -- it is
15 ten pages. It contains a number of, apparently,
16 mathematical calculations, and then --
17       MR. VON STERNBERG: Object to the
18 sidebar.
19       MR. KAVANAUGH: -- Exhibit 7771 is
20 the third of the documents that was provided. It
21 looks like a three-page printout of something
22 similar to an Excel format.
23       THE WITNESS: Yes.
24   Q. (By Mr. Kavanaugh) Okay. Dr. Stevick, is
25 it -- could you look at Exhibit 7769, please.

Page 499

1    A. You bet.
2    Q. And what is that?
3    A. It's just a buckling formula, two
4  different forms; the Euler and the secant, the
5  bottom two formulas.
6    Q. Is this -- is 7769 a -- generated by
7  SMath?
8    A. This is actually MathCAD, which is --
9  which is identical to SMath. They both es -- let
10 you put equations just as if you did them by
11 hand. So if you wrote them out, it replaces a
12 sketch pad basically.
13   Q. But -- but 7769 is not from SMath and
14 not --
15   A. It's Math --
16   Q. -- from --
17   A. It's MathCAD.
18   Q. And not from your flow rate calculation,
19 correct?
20   A. Correct.
21   Q. Okay.
22   A. Well, it's just like SMath. It's
23 identical --
24   Q. Just --
25   A. -- program.

PURSUANT TO CONFIDENTIALITY ORDER

Page 500

1  Q. Okay. Since you -- since you handed it
2  to me, what -- what is 7769? What did you use
3  7769 for?
4  A. Just to check the buckling calcs everyone
5  else had been doing, and if you put "f := 0.7,"
6  as you -- you can -- you can do a sensitivity
7  study. So I varied the different variables to
8  see what would happen.
9     You'll notice about two-thirds of the way
10 down, "f := 0.7" for fixed pin, but if you put in
11 "1," you'll get a different answer.
12    But if you put in ".7," you would get the
13 115 kips that everyone else has gotten. It's
14 just a check.
15    And then the last equation is, if you
16 look at prebowed, using the secant equation --
17 which, again, is in most textbooks -- you get a
18 different number.
19    Q. So 7769 relates to your Appendix C, and
20 specifically your calculation of the hundred and
21 120,000 pounds of force?
22    A. Right.
23    Oh, no. That's -- this is the buckling.
24 The actual applied force would be 7770.
25    Q. Okay. What I'm trying to see,

Page 501

1  the -- Exhibit 7769 corresponds to Appendix C,
2  Section B, correct?
3     A. That's correct.
4     Q. It includes the calculations that you did
5  to arrive at the opinions that are expressed in
6  Appendix C, Section B, correct?
7     A. Yes. Those are my notes and
8  calculations.
9     Q. Exhibit 7770, which is the ten-page
10 document, what is that?
11    A. That's just the flow calc. And if you
12 look on Page 9 of 10, there is the total force,
13 which is 90,000 pounds.
14    But, again, that's assuming with the
15 drill pipe -- the flow going up the drill pipe
16 all the way to the rig. If you widen the
17 diameter at the BOP, then you'll get about
18 110,000, and then if you add some friction,
19 change some constants for extra friction inside
20 the drill pipe due to the collars, you get about
21 120.
22    So it's something I would play with to do
23 a sensitivity study, but it's just a series of
24 hand calcs implemented in MathCAD, and this is
25 the same in MathCAD.

Page 502

1  Q. Okay. 7770 is a computer-generated
2  document, yes?
3     A. Yes.
4     Q. Okay. What -- what software application
5  was this Exhibit 7770 generated out of?
6     A. That's SMath. That's a free version of
7  MathCAD, basically. MathCAD you have to pay for,
8  SMath is free, but they work identically. And
9  they simply allow you to do hand calculations and
10 record them --
11    Q. And the various --
12    A. -- easier.
13    Q. And -- and the pages of Exhibit 7770 set
14 forth the various variables or component of the
15 flow rate calculation, correct?
16    A. Right.
17    Q. And the --
18    A. And you can play with the numbers, and
19 you'll get different answers.
20    Q. And they include the inputs that you put
21 into the equation, correct?
22    A. Of course.
23    Q. All right. You talked about widening at
24 the BOP. What were you referring to a moment
25 ago?

Page 503

1  A. Well, if you assume that the flow is able
2  to go through the riser at the BOP, or at -- at
3  the upper annular, you obviously now have a wider
4  section than just going up the drill pipe. If
5  you do that, the force on the pipe below the BOP
6  goes out to about 110. Then if you make
7  adjustments for the extra friction in the drill
8  pipe because of the collars, it goes to about
9  120.
10    Q. So you modeled flow up the drill pipe to
11 the point of the BOP and at the point of the BOP
12 up the drill pipe and the annular space?
13    A. Well, I did this hand calculation using
14 SMath, this very one. But if you just widen the
15 OD at the BOP, it gives you a slightly higher
16 force. It goes from 90 to 110.
17    Q. I'm just trying to understand, up from
18 the bottom of the drill string through the BOP,
19 you modeled flow up the drill string to generate
20 your calculation?
21    A. Right.
22    Q. Okay. At the point of the BOP, you then
23 modeled flow both up the drill string and through
24 the annular space, correct?
25    A. One or the other.

PURSUANT TO CONFIDENTIALITY ORDER