# Exhibit 9

Exhibit No. 7770
Worldwide Court Reporters, Inc.

# Drill Pipe Buckling Calculations

$bbl := 42\, gal$ — volume of barrel

$E_{steel} := 30 \cdot 10^6\, psi$ — Young's modulus for steel

$od_{ds} := 5.5\, in$ — drill string outer diameter

$id_{ds} := (5.5 - 2 \cdot 0.387)\, in$ — drill string inner diameter

$t_{ds} := \dfrac{od_{ds} - id_{ds}}{2}$ — drill string wall thickness

$r_{ds} := \dfrac{od_{ds} + id_{ds}}{2}$ — drill string mean radius

$od_{ds\_35} := 3.5\, in$ — drill string outer diameter (bottom 3.5" section)

$id_{ds\_35} := 2.992\, in$ — drill string inner diameter (bottom 3.5" section)

$t_{ds\_35} := \dfrac{od_{ds\_35} - id_{ds\_35}}{2}$ — drill string wall thickness (bottom 3.5 inch section)

$id_{low\_cs} := 6.09\, in$ — inner diameter of lower casing

$id_{up\_cs} := 8.63\, in$ — inner diameter of upper casing

$Ra := 5 \cdot 10^{-5}$ — Surface roughness

$$A_{ds\_35} := \pi \cdot \left(\frac{od_{ds\_35}}{2}\right)^2 - \pi \cdot \left(\frac{id_{ds\_35}}{2}\right)^2 \qquad \text{cross sectional area of drill string (bottom 3.5inch section)}$$

$$A_{ds} := \pi \cdot \left(\frac{od_{ds}}{2}\right)^2 - \pi \cdot \left(\frac{id_{ds}}{2}\right)^2 \qquad \text{cross sectional area of drill string}$$

$$A_{ds\_op} := \pi \cdot \left(\frac{id_{ds}}{2}\right)^2 \qquad \text{cross sectional area of drill string opening}$$

$$A_{ds\_35\_op} := \pi \cdot \left(\frac{id_{ds\_35}}{2}\right)^2 \qquad \text{cross sectional area of drill string opening (3.5" section)}$$

$$A_{low\_cs\_op} := \pi \cdot \left(\frac{id_{low\_cs}}{2}\right)^2 \qquad \text{cross sectional area of lower casing opening}$$

$$A_{up\_cs\_op} := \pi \cdot \left(\frac{id_{up\_cs}}{2}\right)^2 \qquad \text{cross sectional area of upper casing opening}$$

$$I_{ds} := \frac{\pi}{64} \cdot \left(od_{ds}^4 - id_{ds}^4\right) \qquad \text{moment of inertia of the 5.5" segment of drill string}$$

$$L_{ds} := 27.3 \, ft \qquad \text{length between upper annular and VBR (to determine buckling length)}$$

$$fluid\_density := 52 \, \frac{lb}{ft^3} \qquad \text{density of fluid in well}$$

$\text{fluid\_density} = 52 \frac{lb}{ft^3}$

$\mu_{fluid} := 1 \cdot 10^{-3} \text{ poise}$    fluid viscosity    $\nu := 1.1124 \cdot 10^{-5} \frac{ft^2}{s}$

$\text{rate} := 12991 \frac{m^3}{day}$    flow rate    $\mu := \nu \cdot \text{fluid\_density}$

$\text{rate} = 2.38 \cdot 10^3 \frac{gal}{min}$    $\mu = 8.61 \cdot 10^{-3} \text{ poise}$

$\text{rate} = 1.3 \cdot 10^4 \frac{m^3}{day}$

$\text{rate} = 8.17 \cdot 10^4 \frac{bbl}{day}$

$\text{dens}_{ds} := 7.85 \frac{gm}{cm^3}$    density of drill string

$\frac{\text{dens}_{ds}}{\text{fluid\_density}} = 9.42$

$\text{vel}_{low\_cs} := \frac{\text{rate}}{A_{low\_cs\_op}}$    velocity through lower casing

$\text{vel}_{low\_cs} = 8 \frac{m}{s}$

$\text{vel}_{up\_cs} := \frac{\text{rate}}{A_{up\_cs\_op}}$    velocity through upper casing

$\text{vel}_{up\_cs} = 3.98 \frac{m}{s}$

$\text{vel}_{ds\_35\_cs} := \frac{\text{rate}}{A_{ds\_35\_op}}$    velocity through upper casing

$\text{vel}_{ds\_35\_cs} = 33.15 \frac{m}{s}$

$vel_{ds\_cs} := \dfrac{rate}{A_{ds\_op}}$  velocity through upper casing

$vel_{ds\_cs} = 13.29 \dfrac{m}{s}$

$L_{low\_cs} := 5819\ ft$  length of lower casing

$L_{up\_cs} := 4165\ ft$  length of upper casing

$L_{below} := 2600\ ft$  length of drill string below VBR

$L_{below\_35} := 800\ ft$  length of drill string below VBR

$f_{fric\_low\_cs} := 0.0165$
$f_{fric\_up\_cs} := 0.0153$
$f_{fric\_ds\_35} := 0.018$   friction coefficients for various sections
$f_{fric\_ds} := 0.0165$

$pres_{res} := 950\ bar$  pressure at the hydrocarbon resevoir    $pres_{res} = 1.38 \cdot 10^4\ psi$

$$P_{in\_up\_cs\_inlet} := \sqrt{(p_{res})^2 - \frac{0.5 \cdot f_{fric\_low\_cs} \cdot fluid\_density \cdot vel_{low\_cs}^2 \cdot \frac{L_{low\_cs}}{id_{low\_cs}} + fluid\_density \cdot g \cdot (L_{low\_cs})}{1}}$$

$P_{in\_up\_cs\_inlet} = 754.68\,bar$    pressure at inlet of upper casing (from lower casing)

$$P_{in\_ds\_35\_inlet} := \sqrt{(P_{in\_up\_cs\_inlet})^2 - \frac{0.5 \cdot f_{fric\_low\_cs} \cdot fluid\_density \cdot vel_{up\_cs}^2 \cdot \frac{L_{up\_cs}}{id_{up\_cs}} + fluid\_density \cdot g \cdot (L_{up\_cs})}{1}}$$

$P_{in\_ds\_35\_inlet} = 644.66\,bar$    pressure at inlet of 3.5" drill string (in upper casing)

$P_{out\_ds\_35\_inlet} := (P_{in\_ds\_35\_inlet})$

$P_{out\_ds\_35\_inlet} = 644.66\,bar$    pressure outside of 3.5" drill string (in casing outside of drill string)

$$P_{just\_inside\_ds\_35} := P_{in\_ds\_35\_inlet} - \sqrt{\left(1 - \left(\frac{id_{ds\_35}}{id_{up\_cs}}\right)^2\right)^4 + 0.5 \cdot \left(1 - \left(\frac{id_{ds\_35}}{id_{up\_cs}}\right)^2\right)^2} \cdot \frac{1}{2} \cdot fluid\_density \cdot vel_{ds\_35\_cs}^2$$

$P_{just\_inside\_ds\_35} = 638.14\,bar$    pressure just inside 3.5" drill string (accel loss)

$$P_{in\_ds\_55\_inlet} := \left| P_{just\_inside\_ds\_35} - \left( \frac{0.5 \cdot f_{fric\_ds\_35} \cdot \text{fluid\_density} \cdot \text{vel}_{ds\_35\_cs}^2 \cdot \frac{L_{below\_35}}{id_{ds\_35}} + \text{fluid\_density} g \cdot (L_{below\_35})}{1} \right) \right|$$

$P_{in\_ds\_55\_inlet} = 353.94\,bar$    pressure at inlet of 3.5" drill string (in upper casing)

$$P_{out\_ds\_55\_inlet} := \left| P_{out\_ds\_35\_inlet} - \left( \frac{0 + \text{fluid\_density} g \cdot (L_{below\_35})}{1} \right) \right|$$

$P_{out\_ds\_55\_inlet} = 624.75\,bar$    pressure outside of 3.5" drill string (in casing outside of drill string)

$$P_{just\_inside\_ds\_55} := P_{in\_ds\_55\_inlet} - \left( \left( \left( \frac{id_{ds\_35}}{id_{ds}} \right)^4 - 1 + \left( \left( 1 - \left( \frac{id_{ds\_35}}{id_{ds}} \right)^2 \right)^2 \right) \right) \cdot \frac{1}{2} \cdot \text{fluid\_density} \cdot \text{vel}_{ds\_35\_cs}^2 \right)$$

$P_{just\_inside\_ds\_55} = 356.14\,bar$    pressure just inside 5.5" drill string (accel loss)

$$P_{in\_BOP} := \left| P_{just\_inside\_ds\_55} - \left( \frac{0.5 \cdot f_{fric\_ds} \cdot \text{fluid\_density} \cdot \text{vel}_{ds\_cs}^2 \cdot \frac{L_{below}}{id_{ds}} + \text{fluid\_density} g \cdot (L_{below})}{1} \right) \right|$$

$P_{in\_BOP} = 211.33\,bar$    pressure at inlet of 3.5" drill string (in upper casing)

# Force Contribution due to Gravity

$$F_{buoy\_per\_L} := A_{ds} \cdot \left[\left(-dens_{ds}\right) g\right]$$

force due to relative density of drill string per unit length

$$F_{buoy\_per\_L} = -21.16 \frac{lbf}{ft}$$

$$F_{buoy\_per\_L\_35} := A_{ds\_35} \cdot \left[\left(-dens_{ds}\right) g\right]$$

force due to relative density of drill string (3.5" segment) per unit length

$$F_{buoy\_per\_L\_35} = -8.81 \frac{lbf}{ft}$$

$$F_{grav} := F_{buoy\_per\_L} \cdot L_{below} + F_{buoy\_per\_L\_35} \cdot L_{below\_35}$$

downward force due to weight of drill string

$$F_{grav} = -6.21 \cdot 10^4 \; lbf$$

# Force Contribution due to Upward Hydrocarbon Flow

$$C_{D\_35} := 0.005 \qquad C_{D\_55} := 0.005$$

coefficients of drag

$$C_{D\_35} = 5 \cdot 10^{-3} \qquad C_{D\_55} = 5 \cdot 10^{-3}$$

$A_{drag\_35} := \pi \cdot id_{ds\_35} \cdot L_{below\_35}$    $A_{drag\_55} := \pi \cdot id_{ds\_55} \cdot L_{below}$    effective areas of drag

$A_{drag\_35} = 9.02 \cdot 10^4 \ in^2$    $A_{drag\_55} = 4.63 \cdot 10^5 \ in^2$

$F_{drag\_flow} := \frac{1}{2} \cdot fluid\_density \cdot C_{D\_35} \cdot vel_{ds\_35\_cs}^2 \cdot A_{drag\_35} + \frac{1}{2} \cdot fluid\_density \cdot C_{D\_55} \cdot vel_{ds\_cs}^2 \cdot A_{drag\_55}$

$F_{drag\_flow} = 5.46 \cdot 10^4 \ lbf$    Drag Force

Force Contribution due to Pressure at end of drill string and at transition of 3.5" to 5.5" drill string segments

$F_{p\_35} := eval\left(\left(\pi \cdot \left(\left(\frac{od_{ds\_35}}{2}\right)^2 - \left(\frac{id_{ds\_35}}{2}\right)^2\right)\right) \cdot P_{in\_ds\_35\_inlet}\right)$    Force on end of 3.5" drill string

$F_{p\_35} = 2.42 \cdot 10^4 \ lbf$

$F_{p\_35\_55\_trans\_out} := eval\left(\left(\pi \cdot \left(\left(\frac{od_{ds}}{2}\right)^2 - \left(\frac{od_{ds\_35}}{2}\right)^2\right)\right) \cdot \left(P_{out\_ds\_55\_inlet}\right)\right)$

$$F_{p\_35\_55\_trans\_out} = 1.28 \cdot 10^5 \ lbf$$

$$F_{p\_35\_55\_trans\_in} := eval\left(\left(\pi\right) \cdot \left(\left(\frac{id_{ds}}{2}\right)^2 - \left(\frac{id_{ds\_35}}{2}\right)^2\right)\right) \cdot \left(p_{just\_inside\_ds\_55}\right)$$

$$F_{p\_35\_55\_trans\_in} = -5.43 \cdot 10^4 \ lbf$$

## Total Force

$$F_{total} := F_{grav} + F_{drag\_flow} + F_{p\_35} + F_{p\_35\_55\_trans\_in} + F_{p\_35\_55\_trans\_out}$$

$$F_{total} = 9.06 \cdot 10^4 \ lbf$$

## Euler Buckling Force

$K := 0.7$    column length factor = 1 for pinned at both ends
             =0.5 for fixed at both ends
             =0.7 for fixed/pinned
             =2 for fixed at one end and free at other
             =1 for pinned/pinned

$$F_{Euler} := \frac{\pi^2 \cdot E_{steel} \cdot I_{ds}}{K^2 \cdot L_{ds}^2} \qquad \text{Euler buckling force for column}$$

$$F_{Euler} = 1.15 \cdot 10^5 \; lbf$$

$$F_{Euler\_to\_end\_55} := \frac{\pi^2 \cdot E_{steel} \cdot I_{ds}}{K^2 \cdot L_{below}^2}$$

$$F_{Euler\_to\_end\_55} = 12.68 \; lbf$$