# Exhibit 10

From: Morel, Brian P
Sent: Tue Apr 20 14:31:49 2010
To: Clawson, Bryan R
Subject: RE: Circulation
Importance: Normal

Full returns, didn't see the bottom plug go, but saw it and top plug at all indication points and landed out right on time.

Brian

---

From: Clawson, Bryan R [mailto:bryan.clawson@weatherford.com]
Sent: Tuesday, April 20, 2010 8:02 AM
To: Morel, Brian P; Cotton, Brian A
Subject: Re: Circulation

How did the cement job go? Bryan

From: Morel, Brian P <Brian.Morel@bp.com>
To: Clawson, Bryan R
Sent: Mon Apr 19 18:29:52 2010
Subject: RE: Circulation

Yah we blew it at 3140, still not sure what we blew yet.

---

From: Clawson, Bryan R [mailto:bryan.clawson@weatherford.com]
Sent: Monday, April 19, 2010 5:30 PM
To: Morel, Brian P
Subject: Circulation

Brian, any progress! Bryan

---

CONFIDENTIAL & PRIVILEGED COMMUNICATION

The information contained in this message is privileged, confidential, and protected from disclosure.

This message is intended for the individual or entity addressed herein.

If you are not the intended recipient, please do not read, copy, use or disclose this communication to others.

Also please notify the sender by replying to this message, and then delete it from your system.

The sender totally disclaims, and will not accept, any responsibility or liability for the unauthorized use,

or the consequences of any unauthorized use, of this communication or message.



EXHIBIT 2584

TREX-02584

Confidential

BP-HZN-MBI 00129068
BPD107-217469

**CONFIDENTIAL & PRIVILEGED COMMUNICATION**

The information contained in this message is privileged, confidential, and protected from disclosure.

This message is intended for the individual or entity addressed herein.

If you are not the intended recipient, please do not read, copy, use or disclose this communication to others.

Also please notify the sender by replying to this message, and then delete it from your system.

The sender totally disclaims, and will not accept, any responsibility or liability for the unauthorised use,

or the consequences of any unauthorised use, of this communication or message.

Confidential

BP-HZN-MBI 00129069
BPD107-217470