Exhibit 11

**From:** "Dempsey, Emily R." <edempsey@kirkland.com>
**Date:** July 23, 2013, 4:37:43 PM CDT
**To:** "Bowman Jr.,  Bruce" <Bruce.Bowman@GodwinLewis.com>
**Cc:** "Richard, Gwen" <Gwen.Richard@GodwinLewis.com>, "York, R. Alan"
<Alan.York@GodwinLewis.com>, "Fleming, Sean" <Sean.Fleming@GodwinLewis.com>, "Godwin, Donald"
<Don.Godwin@GodwinLewis.com>, "Gasaway, Robert R." <rgasaway@kirkland.com>, "Collier, Paul D."
<pcollier@kirkland.com>, "von Sternberg, Jerry" <Jerry.VonSternberg@GodwinLewis.com>
**Subject: RE: MDL 2179: Dr. Stevick's Phase 2 Reports**

Bruce,

We agree that Halliburton has 60 minutes, the PSC has 30 minutes, and Halliburton is the last
party besides BP to question Dr. Stevick.  I think we're on the same page, but just to be clear, BP
may reserve up to 60 minutes of its total time for questioning after the conclusion of the
examination by all other parties, including Halliburton.  Unless you disagree, we will notify the
other parties that we propose the following time allocations:

BP: 580 minutes
Transocean: 30 minutes
Anadarko: 10 minutes
U.S.: 10 minutes
States: 10 minutes
PSC: 30 minutes
Halliburton: 60 minutes

Total: 730 minutes

Best,

Emily R. Dempsey  |  Kirkland & Ellis LLP
300 North LaSalle Street  |  Chicago, IL | 60654
Direct: 312.862.7309  |  Fax: 312.862.2200
Email:  emily.dempsey@kirkland.com  |  Web:  www.kirkland.com


-----Original Message-----
From: Bowman Jr., Bruce [mailto:Bruce.Bowman@GodwinLewis.com]
Sent: Tuesday, July 23, 2013 3:44 PM
To: Dempsey, Emily R.
Cc: Richard, Gwen; York, R. Alan; Fleming, Sean; Godwin, Donald; Gasaway, Robert R.;
Collier, Paul D.; von Sternberg, Jerry
Subject: Re: MDL 2179: Dr. Stevick's Phase 2 Reports

Emily, I am told that based  on the previous allocation that we should get 60 minutes and the
PSC 30 minutes, and that we should go last, otherwise ok

Sent from my iPad

On Jul 23, 2013, at 1:49 PM, "Dempsey, Emily R." <edempsey@kirkland.com> wrote:

Bruce,

> For the two day deposition, we propose the same time allocations as we had during Mr. Perkin's two-day source control deposition.  Specifically, the time allocations were as follows:
>
> BP: 580 minutes
> Transocean: 30 minutes (following Court's ruling on June 24, 2013)
> Halliburton: 30 minutes
> Anadarko: 10 minutes
> U.S.: 10 minutes
> States: 10 minutes
> PSC: 60 minutes
>
> Total: 730 minutes
>
> Thanks,
>
> Emily R. Dempsey  |  Kirkland & Ellis LLP
> 300 North LaSalle Street  |  Chicago, IL | 60654
> Direct: 312.862.7309  |  Fax: 312.862.2200
> Email:  emily.dempsey@kirkland.com  | Web:  www.kirkland.com
>
>
> -----Original Message-----
> From: Bowman Jr., Bruce [mailto:Bruce.Bowman@GodwinLewis.com]
> Sent: Tuesday, July 23, 2013 10:06 AM
> To: Dempsey, Emily R.
> Cc: Richard, Gwen; York, R. Alan; Fleming, Sean; Godwin, Donald; Gasaway, Robert R.; Collier, Paul D.; von Sternberg, Jerry
> Subject: RE: MDL 2179: Dr. Stevick's Phase 2 Reports
>
> Emily if we redact what we proposed, then we  need the additional sentence, and that sentence does not require any litigation of phase 1 in phase 2, and further it is not offering anything new, just trying to accommodate your clients objections. 2

days is ok, but he is a source control expert so I am not sure how much time you
are suggesting for everyone.

-----Original Message-----
From: Dempsey, Emily R. [mailto:edempsey@kirkland.com]
Sent: Tuesday, July 23, 2013 9:09 AM
To: Bowman Jr., Bruce
Cc: Richard, Gwen; York, R. Alan; Fleming, Sean; Godwin, Donald; Gasaway,
Robert R.; Collier, Paul D.; von Sternberg, Jerry
Subject: Re: MDL 2179: Dr. Stevick's Phase 2 Reports

Bruce,

We accept the redactions relating to the BOP and diverter issues as HESI
provided last night in the red highlighting, although we contend that the
redactions did not account for all of Dr. Stevick's opinions relating to the diverter
and BOP that should be redacted as presented in BP's proposed redacted
reports. We contend that these additional redactions relating to the diverter and
BOP, highlighted in BP's proposed redacted reports, should also be removed.

We cannot accept the newly inserted text because we have consistently objected
to any such late-breaking amendments to Phase 2 reports and the Court has
consistently agreed with us on the point and, moreover, this particular proposed
insert would continue to make Phase 1 opinions an issue to be relitigated in Phase
2, which we believe the Court would like to avoid.

Further, we continue to object to inclusion of Dr. Stevick's Phase 1 opinions
regarding float collar conversion and drill pipe buckling. In light of the above, we
believe that Dr. Stevick's deposition should remain 2 days.

Best,
Emily

On Jul 22, 2013, at 5:46 PM, "Bowman Jr., Bruce"
<Bruce.Bowman@GodwinLewis.com> wrote:

> Since we are cutting down a lot of Stevick,s report per your
> objections I would think his depo can now be one day, what are
> your thoughts

> Sent from my iPad

3

On Jul 19, 2013, at 2:12 PM, "Dempsey, Emily R."
<edempsey@kirkland.com> wrote:

> Bruce,
>
> We are available on Monday afternoon for a meet
> and confer.  We're generally flexible -- how does 2
> pm CST work for your team?  We can use the same
> call-in information: 1.866.331.1856.  Code:
> 60201880.
>
> Best,
>
> Emily R. Dempsey  |  Kirkland & Ellis LLP
>
> 300 North LaSalle Street  |  Chicago, IL | 60654
>
> Direct: 312.862.7309  |  Fax: 312.862.2200
>
> Email:  emily.dempsey@kirkland.com  | Web:  ww
> w.kirkland.com
>
>
>
> -----Original Message-----
> From: Bowman Jr., Bruce
> [mailto:Bruce.Bowman@GodwinLewis.com]
> Sent: Friday, July 19, 2013 1:02 PM
> To: Dempsey, Emily R.
> Cc: Richard, Gwen; York, R. Alan; Fleming, Sean;
> Godwin, Donald; Gasaway, Robert R.; Collier, Paul
> D.; von Sternberg, Jerry
> Subject: RE: MDL 2179: Dr. Stevick's Phase 2
> Reports
>
>
> based on what Rob said today, do you guys want to
> set another meet and confer for Monday afternoon?
>
> -----Original Message-----
> From: Dempsey, Emily R.
> [mailto:edempsey@kirkland.com]
> Sent: Wednesday, July 17, 2013 7:24 PM
> To: Dempsey, Emily R.

Cc: Bowman Jr., Bruce; Richard, Gwen; York, R. Alan; Fleming, Sean; Godwin, Donald; Gasaway, Robert R.; Collier, Paul D.; von Sternberg, Jerry

Subject: Re: MDL 2179: Dr. Stevick's Phase 2 Reports

Bruce,

We accept your offer to redact Dr. Stevick's opinions concerning the negative pressure test, but as you know, we contend there are additional impermissible Phase 1 opinions that should be withdrawn. We've designated those opinions in the redacted reports we provided to you. Since we've reached an impasse, we will proceed accordingly.

Best,

Emily R. Dempsey  | Kirkland & Ellis LLP

300 North LaSalle Street  | Chicago, IL | 60654

Direct: 312.862.7309  |  Fax: 312.862.2200

Email: emily.dempsey@kirkland.com | Web: www.kirkland.com

-----Original Message-----

From: Bowman Jr., Bruce [mailto:Bruce.Bowman@GodwinLewis.com]

Sent: Wednesday, July 17, 2013 6:26 PM

To: Dempsey, Emily R.

Cc: Richard, Gwen; York, R. Alan; Fleming, Sean; Godwin, Donald; Gasaway, Robert R.; Collier, Paul D.; von Sternberg, Jerry

Subject: Re: MDL 2179: Dr.
Stevick's Phase 2 Reports


Emily while we are certainly wiling
to work with you, we do not believe
the redacted version you sent is
correct and you apparently do not
agree with the redacted version that
we sent you.


Sent from my iPad


On Jul 17, 2013, at 4:09 PM,
"Dempsey, Emily R."
<edempsey@kirkland.com<mailto:e
dempsey@kirkland.com>> wrote:


Bruce,


You mentioned on the meet and
confer yesterday that Halliburton
may be considering whether to
withdraw additional opinions set
forth in Dr. Stevick's Phase 2
reports.  In light of the Court's recent
order striking Dr. Stevick's casing
breach opinion as an impermissible
Phase 1 opinion, we wanted to
confirm that Halliburton still
considers that all of the remaining
opinions in Dr. Stevick's reports are
proper Phase 2 opinions and is
unwilling to accept the redacted
Phase 2 expert reports that I
circulated on July 12, 2013.  While
we are prepared to move forward
with the Court on this issue, if
Halliburton's position has changed
and you are willing to confer, we are
available to confer
today.  Otherwise, we understand
that the parties remain at an impasse
and will proceed accordingly.


Best,

Emily R. Dempsey  |  Kirkland &
Ellis LLP

300 North LaSalle Street  |  Chicago,
IL | 60654

Direct: 312.862.7309  |  Fax:
312.862.2200

Email:  emily.dempsey@kirkland.co
m<mailto:emily.dempsey@kirkland.
com>  |  Web:  www.kirkland.com<h
ttp://www.kirkland.com>


From: Dempsey, Emily R.

Sent: Tuesday, July 16, 2013 10:39
AM

To: 'Bowman Jr., Bruce'

Cc: Richard, Gwen; York, R. Alan;
Fleming, Sean; Godwin, Donald;
Gasaway, Robert R.; Collier, Paul
D.; von Sternberg, Jerry

Subject: RE: MDL 2179: Dr.
Stevick's Phase 2 Reports


Bruce,


We're available at 3 pm today for a
call.  We can use this call-in
information:  1.866.331.1856, Code:
60201880.


Best,


Emily R. Dempsey  |  Kirkland &
Ellis LLP

300 North LaSalle Street  |  Chicago,
IL | 60654

Direct: 312.862.7309  |  Fax:
312.862.2200

Email:  <mailto:emily.dempsey@kir
kland.com>
emily.dempsey@kirkland.com<mailt
o:emily.dempsey@kirkland.com>  |
Web:  <http://www.kirkland.com>
www.kirkland.com<http://www.kirkl
and.com>

From: Bowman Jr., Bruce
[<mailto:Bruce.Bowman@GodwinLewis.com>mailto:Bruce.Bowman@GodwinLewis.com]

Sent: Tuesday, July 16, 2013 10:06 AM

To: Dempsey, Emily R.

Cc: Richard, Gwen; York, R. Alan; Fleming, Sean; Godwin, Donald; Gasaway, Robert R.; Collier, Paul D.; von Sternberg, Jerry

Subject: RE: MDL 2179: Dr. Stevick's Phase 2 Reports

Emily we will get you our marked up response to what you sent and should get it to you this morning. I suggest a call at 2 or 3

From: Dempsey, Emily R.
[<mailto:edempsey@kirkland.com> mailto:edempsey@kirkland.com]

Sent: Monday, July 15, 2013 4:37 PM

To: Bowman Jr., Bruce

Cc: Richard, Gwen; York, R. Alan; Fleming, Sean; Godwin, Donald; Gasaway, Robert R.; Collier, Paul D.; von Sternberg, Jerry

Subject: RE: MDL 2179: Dr. Stevick's Phase 2 Reports

Bruce,

Please let us know whether you've had an opportunity to review the specific opinions that BP contends Dr. Stevick should withdraw. We'd like to schedule a call tomorrow concerning Dr. Stevick's reports so please let me know when you're available.

Best,

Emily R. Dempsey  | Kirkland &
Ellis LLP

300 North LaSalle Street  |  Chicago,
IL | 60654

Direct: 312.862.7309  |  Fax:
312.862.2200

Email:  <mailto:emily.dempsey@kir
kland.com>
emily.dempsey@kirkland.com<mailt
o:emily.dempsey@kirkland.com>  |
Web:  <http://www.kirkland.com>
www.kirkland.com<http://www.kirkl
and.com>

From: Bowman Jr., Bruce
[<mailto:Bruce.Bowman@GodwinL
ewis.com>mailto:Bruce.Bowman@
GodwinLewis.com]

Sent: Friday, July 12, 2013 9:00 AM

To: Dempsey, Emily R.

Cc: Richard, Gwen; York, R. Alan;
Fleming, Sean; Godwin, Donald;
Gasaway, Robert R.; Collier, Paul D.

Subject: RE: MDL 2179: Dr.
Stevick's Phase 2 Reports

thanks, we will review and get back
with you

From: Dempsey, Emily R.
[<mailto:edempsey@kirkland.com>
mailto:edempsey@kirkland.com]

Sent: Friday, July 12, 2013 8:53 AM

To: Dempsey, Emily R.; Bowman
Jr., Bruce

Cc: Richard, Gwen; York, R. Alan;
Fleming, Sean; Godwin, Donald;
Gasaway, Robert R.; Collier, Paul D.

Subject: RE: MDL 2179: Dr.
Stevick's Phase 2 Reports

Dear Bruce, et. al:

Thank you for participating in the meet and confer yesterday and agreeing to extend Dr. Stevick's deposition to two days and to consider withdrawing certain of Dr. Stevick's opinions.  To facilitate this process, I am attaching Dr. Stevick's Phase 2 report and rebuttal report, and I've highlighted the opinions that BP contends Dr. Stevick should withdraw on the basis that they are untimely Phase 1 opinions.  Once you've had an opportunity to review the attached reports, please let me know and we can schedule a follow-up meet and confer.

We remain hopeful that we can reach a resolution through the meet and confer process, but in the event that we cannot, we reserve the right to file a motion to strike certain of Dr. Stevick's opinions.

Best,

Emily R. Dempsey  |  Kirkland & Ellis LLP

300 North LaSalle Street  |  Chicago, IL | 60654

Direct: 312.862.7309  |  Fax: 312.862.2200

Email:  <mailto:emily.dempsey@kirkland.com>
emily.dempsey@kirkland.com<mailto:emily.dempsey@kirkland.com>  | Web: <http://www.kirkland.com>
www.kirkland.com<http://www.kirkland.com>

From: Dempsey, Emily R.

Sent: Wednesday, July 10, 2013 3:31 PM

To: Bowman Jr., Bruce

Cc: Richard, Gwen; York, R. Alan;
Fleming, Sean; Godwin, Donald;
Gasaway, Robert R.; Collier, Paul D.

Subject: Re: MDL 2179: Dr.
Stevick's Phase 2 Reports

Thanks, Bruce.  If 1 pm CST works
for you, let's use this call
information: 1.866.331.1856.  Code:
60201880.

Thanks,

Emily

On Jul 10, 2013, at 3:08 PM,
"Bowman Jr.,  Bruce"
<<mailto:Bruce.Bowman@GodwinL
ewis.com>Bruce.Bowman@Godwin
Lewis.com<mailto:Bruce.Bowman@
GodwinLewis.com>> wrote:

ok, I am available tomorrow until 2
when I will be leaving to catch a
plane

From: Dempsey, Emily R.
[<mailto:edempsey@kirkland.com>
mailto:edempsey@kirkland.com]

Sent: Wednesday, July 10, 2013 3:03
PM

To: Bowman Jr., Bruce; Richard,
Gwen; York, R. Alan; Fleming,
Sean; Godwin, Donald

Cc: Gasaway, Robert R.; Collier,
Paul D.

Subject: RE: MDL 2179: Dr.
Stevick's Phase 2 Reports

Bruce,

The concerns raised in my email
below are separate from and in
addition to those raised in BP's July
5 letter, which related solely to Dr.

Ravi's and Dr. Stevick's untimely
flow path theories.  We would like to
discuss the issues set forth in my
email on the proposed meet and
confer tomorrow.

Best,

Emily R. Dempsey  | Kirkland &
Ellis LLP

300 North LaSalle Street  |  Chicago,
IL | 60654

Direct: 312.862.7309  |  Fax:
312.862.2200

Email:  <mailto:emily.dempsey@kir
kland.com>
emily.dempsey@kirkland.com<mailt
o:emily.dempsey@kirkland.com> |
Web:  <http://www.kirkland.com>
www.kirkland.com<http://www.kirkl
and.com>

From: Bowman Jr., Bruce
[<mailto:Bruce.Bowman@GodwinL
ewis.com>mailto:Bruce.Bowman@
GodwinLewis.com]

Sent: Wednesday, July 10, 2013 2:29
PM

To: Dempsey, Emily R.; Richard,
Gwen; York, R. Alan; Fleming,
Sean; Godwin, Donald

Cc: Gasaway, Robert R.; Collier,
Paul D.

Subject: RE: MDL 2179: Dr.
Stevick's Phase 2 Reports

I am confused I thought your letter
of July 5th addressed Dr Stevick, are
you suggesting something else in his
report needs to be addressed

Bruce W. Bowman Jr., Shareholder

Board Certified - Civil Trial Law

Texas Board of Legal Specialization

In Dallas Office

<mailto:Bruce.Bowman@GodwinLe
wis.com>Bruce.Bowman@GodwinL
ewis.com<mailto:Bruce.Bowman@
GodwinLewis.com>

[http://www.godwinronquillo.com/e
mail-logo.jpg]

Direct: 214.939.8679

Fax: 214.527.3104

<www.GodwinLewis.com>www.Go
dwinLewis.com<http://www.Godwi
nLewis.com>

Toll Free:  800-662-8393

Dallas

1201 Elm Street

Suite 1700

Dallas, Texas 75270

214.939.4400

Houston

1331 Lamar

Suite 1665

Houston, Texas 77010

713.595.8300


Plano

5700 Granite Parkway

Suite 450

Plano, Texas 75024

214.939.4500


This electronic transmission (and/or
the documents accompanying it) may
contain confidential information
belonging to the sender that is
protected by the Electronic
Communications Privacy Act, 18
U.S.C. Sections 2510 and 2521 and
may be legally privileged. This
message (and any associated files) is
intended only for the use of the
individual or entity to which it is
addressed and may contain
information that is confidential,
subject to copyright or constitutes a
trade secret. If you are not the
intended recipient you are hereby
notified that any dissemination,
copying or distribution of this
message, or files associated with this
message, is strictly prohibited. If you
have received this communication in
error, please notify Godwin Lewis
PC immediately by telephone
(800.662.8393) and destroy the

original message.  Messages sent to and from us may be monitored.

From: Dempsey, Emily R. [<mailto:edempsey@kirkland.com> mailto:edempsey@kirkland.com]

Sent: Wednesday, July 10, 2013 2:15 PM

To: Bowman Jr., Bruce; Richard, Gwen; York, R. Alan; Fleming, Sean; Godwin, Donald

Cc: Gasaway, Robert R.; Collier, Paul D.

Subject: MDL 2179: Dr. Stevick's Phase 2 Reports

Dear Bruce, et. al:

I write concerning Dr. Stevick's Phase 2 expert reports.  BP contends that Dr. Stevick's Phase 2 opening report and rebuttal report contain several impermissible opinions about purely Phase 1 issues that were fully and properly addressed during the Phase 1 trial.  Accordingly, BP requests that Halliburton withdraws these opinions.  Specifically, BP contends that Dr. Stevick should withdraw his pipe buckling analysis (See Appendix B "Drill String Buckling Analysis" of Stevick Phase 2 Report).  Issues associated with drill pipe buckling, including when and how it buckled, were explored in-depth during Phase 1 by various experts.  Dr. Stevick opined at the Phase 1 trial on pipe buckling based on the physical evidence and acknowledged that he had previously withdrawn the analysis and calculations supporting his opinion.  (Tr. 7002-7003 (Stevick); Stevick Dep. 498-501).  The pipe buckling analysis and associated

15

calculations attached to Dr. Stevick's
Phase 2 report are untimely and BP
requests that Halliburton withdraw
them.

Further, the opinions Dr. Stevick sets
forth in his Phase 2 reports
concerning the negative pressure
test, float collar conversion, diverter
operation, and the suitability of the
Deepwater Horizon BOP
configuration for the Macondo Well
are purely Phase 1 issues that BP
contends should be withdrawn.  In
certain instances, Dr. Stevick
attempted to offer these opinions at
the Phase 1 trial but was precluded
from doing so because he failed to
disclose them in his Phase 1
report.  (See, e.g., Tr. 6887, 6893-94
(precluding Dr. Stevick from
testifying about the April 5, 2010,
stripping incident or the test ram
conversion).  Elsewhere in Dr.
Stevick's Phase 2 reports, he purports
to offer Phase 1 opinions that he has
never before offered.   For example,
Dr. Stevick's Phase 2 expert reports
address how the negative pressure
test should have been performed
(Stevick Phase 2 Expert Report at 27
("Chevron "would have performed
the negative pressure test as a
discrete activity"), and the proper
operation of the diverter system.  Per
the Court's orders, expert opinions
about purely Phase 1 issues, i.e.,
those regarding allocation of fault for
the blowout, are improper in the
course of the Phase 2 proceeding,
and should be struck as such.  (Cf.
Rec. Doc. 5407 (granting BP's Phase
1 motion in limine to exclude Phase
2 evidence).)

We would like to meet and confer
concerning BP's request that
Halliburton withdraw certain of the
opinions set forth in Dr. Stevick's

Phase 2 expert reports.  We propose a time during the afternoon of Thursday, July 11, to meet and confer.  If we are unable to resolve this matter based on the meet and confer, BP reserves the right to file a motion to strike the untimely Phase 1 opinions set forth in Dr. Stevick's Phase 2 reports.

Best,

Emily R. Dempsey  |  Kirkland & Ellis LLP

300 North LaSalle Street  |  Chicago, IL | 60654

Direct: 312.862.7309  |  Fax: 312.862.2200

Email:  <mailto:emily.dempsey@kirkland.com> emily.dempsey@kirkland.com<mailto:emily.dempsey@kirkland.com>  | Web:  <http://www.kirkland.com> www.kirkland.com<http://www.kirkland.com>

*******************************
*******************************

IRS Circular 230 Disclosure:

To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to <mailto:postmaster@kirkland.com> postmaster@kirkland.com<mailto:postmaster@kirkland.com>, and destroy this communication and all copies thereof, including all attachments.

*****************************
*****************************


*****************************
*****************************

IRS Circular 230 Disclosure:

To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.


The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of

Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to <mailto:postmaster@kirkland.com> postmaster@kirkland.com<mailto:po stmaster@kirkland.com>, and destroy this communication and all copies thereof, including all attachments.

*****************************
*****************************

*****************************
*****************************

IRS Circular 230 Disclosure:

To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have

received this communication in error, please notify us immediately by return e-mail or by e-mail to <mailto:postmaster@kirkland.com> postmaster@kirkland.com<mailto:postmaster@kirkland.com>, and destroy this communication and all copies thereof, including all attachments.

*****************************

*****************************

*****************************

*****************************

IRS Circular 230 Disclosure:

To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to <mailto:postmaster@kirkland.com> postmaster@kirkland.com<mailto:postmaster@kirkland.com>, and

destroy this communication and all
copies thereof, including all
attachments.

****************************
****************************


****************************
****************************

IRS Circular 230 Disclosure:

To ensure compliance with
requirements imposed by the U.S.
Internal Revenue Service, we inform
you that any tax advice contained in
this communication (including any
attachments) was not intended or
written to be used, and cannot be
used, by any taxpayer for the
purpose of (1) avoiding tax-related
penalties under the U.S. Internal
Revenue Code or (2) promoting,
marketing or recommending to
another party any tax-related matters
addressed herein.


The information contained in this
communication is confidential, may
be attorney-client privileged, may
constitute inside information, and is
intended only for the use of the
addressee. It is the property of
Kirkland & Ellis LLP or Kirkland &
Ellis International LLP.
Unauthorized use, disclosure or
copying of this communication or
any part thereof is strictly prohibited
and may be unlawful. If you have
received this communication in
error, please notify us immediately
by return e-mail or by e-mail to
postmaster@kirkland.com<mailto:po
stmaster@kirkland.com>, and
destroy this communication and all
copies thereof, including all
attachments.

****************************
****************************

*********************************************
******************

IRS Circular 230 Disclosure:

To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

*********************************************
******************

*********************************************
******************

IRS Circular 230 Disclosure:

To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only

for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

*******************************************************

*******************************************************

IRS Circular 230 Disclosure:

To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.


The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

*******************************************************

*******************************************************

IRS Circular 230 Disclosure:

To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.


The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If

you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<Order re Time Allocation.pdf>

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IRS Circular 230 Disclosure:

To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*