## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 <br><br> Applies to: <br><br> ALL CASES and 2:10-cv-02771 | MDL No. 2179 <br><br> Section: J <br><br> The Honorable Judge Barbier <br> Mag. Judge Shushan |

## AMENDED EXPERT REPORT OF GLEN STEVICK, Ph.D., P.E.

1

**Expert Report of Glen Stevick, Ph.D., P.E.**

## TABLE OF CONTENTS

I.    FINDINGS .......................................................................................... 5

II.   THE    BLOWOUT    PREVENTER    PURPOSE,
      STRUCTURE, AND DESIGN ............................................................. 7

      A.   The BOP Purpose ..................................................................... 7

      B.   BOP Structure ........................................................................... 8

      C.   BOP Control ............................................................................. 10

           1.   Communicating with the BOP ......................................... 10

           2.   Activating the BSR ........................................................... 11

      D.   BOP Design ............................................................................. 13

III.  THE BOP DESIGN WAS DEFECTIVE BECAUSE
      IT RELIED ON A SINGLE BSR ....................................................... 15

      A.   The BSR was a Single Point of Failure for the
           DWH BOP ................................................................................ 15

      C.   The Potential for Off-Center Drill Pipe was
           Well Known to BP and Transocean ........................................ 16

IV.   TRANSOCEAN    USED    FLAWED    CONDITION-
      BASED MAINTENANCE .................................................................. 17

      A.   Transocean Failed to Recertify the BOP Every
           3-5 Years, as Specified by API and Cameron ........................ 17

      B.   Transocean's Condition-Based Maintenance
           is Flawed Because Only Equipment With
           Measured Problems or Failures Gets Fixed or
           Replaced .................................................................................. 19

           1.   Problems that cannot be measured are
                not considered. ................................................................ 19

           2.   Need for improved equipment is not
                considered. ....................................................................... 20

**Expert Report of Glen Stevick, Ph.D., P.E.**

     3.    Implementing BAST is discouraged. ............................... 21

V.    BP FAILED TO IMPLEMENT BAST IN THE BOP ........................... 21

    A.    BP Failed to Implement BAST for the BSR ............................. 21

    B.    BP and Transocean Failed to Upgrade the BOP to Include a Second BSR ................................................ 24

    C.    BP and Transocean Failed to Upgrade to Cameron's Mark III BOP Control Pod ..................................... 24

    D.    BP Failed to Implement BAST by Relying Solely on MUX Cables for EDS .............................................. 25

    E.    BP and Transocean Failed to Implement BAST by Using EDS-1 Instead of EDS-2 ................................ 25

VI.    THE UNDERCHARGED BLUE CONTROL POD BATTERIES AND INCORRECTLY WIRED YELLOW CONTROL POD SOLENOID 103Y MAY HAVE BEEN CONTRIBUTING CAUSES OF THE BOP'S INABILITY TO STOP THE BLOWOUT. ................................ 26

    A.    Undercharged Blue Control Pod Batteries .............................. 27

    B.    Incorrectly Wired Yellow Control Pod Solenoid 103Y ..................................................................................... 27

    C.    The AMF/Deadman Likely Failed to Actuate the BSR because of Low Blue Pod Battery and the Incorrectly Wired Yellow Pod Solenoid ...................... 28

    D.    The BSR Likely Would Have Completely Sheared the Drill Pipe and Sealed the Well if the BSR had been Activated when the Drill Pipe was Centered ................................................................ 28

**Expert Report of Glen Stevick, Ph.D., P.E.**

## LIST OF FIGURES

Figure 1:   The DWH BOP, showing the position of annulars and valves

Figure 2:   The Cameron BSR used in the DWH BOP

Figure 3:   Model of the DWH BOP BSR from the Det Norske Veritas ("DNV") report

Figure 4:   Model of the DWH and BOP from the DNV report

## INTRODUCTION

Berkeley Engineering And Research, Inc. was retained by Halliburton Energy Services, Inc. to assess the design of the blowout preventer ("BOP") used at the Deepwater Horizon ("DWH") and the BOP's contribution to the well blowout, explosion, fire and spill on April 20, 2010. At the time of the incident, the DWH was in the process of temporarily abandoning BP's Macondo deepwater well after reaching a depth of approximately 18,360 ft, 12,360 ft below the seafloor in the Gulf of Mexico ("GoM").

My opinions are based upon: the materials and information I have reviewed; my analysis of that information; my education, training, experience and knowledge in the areas of mechanical engineering, failure analysis and design, and material behavior; and my knowledge of oilfield and offshore equipment (e.g. offshore platforms, BOP's, casings, and drill strings).

My opinions are also based upon the engineering standard of care, standards, recommended practices and regulations relevant to: (1) offshore oil and gas exploration and (2) drilling and production activities. I have not been asked to make any assumptions, nor have I presumed any facts beyond those which are cited as material relied upon in this Report and its attachments.

## I.   FINDINGS

Based upon my education, training, experience in hydraulics, electronic controls, and offshore mechanical engineering design, review of Phase I and Phase II forensic testing and examination of the DWH BOP, my review of supporting documents, testimony, and other evidence, including the materials identified in Appendix A, and the calculations shown in this report and its appendixes, I have found the following to be true:

1. British Petroleum ("BP") and Vastar Resources Inc. ("Vastar"), which BP acquired, specified the design and configuration of the DWH BOP, which was constructed by Cameron International Corp. ("Cameron").

2. The BOP relied upon a single blind shear ram ("BSR") to be able to shear drill pipe and seal the well in the case of an emergency.

This made the BSR a single point of failure for the entire BOP, of which BP was aware.

3. Transocean implemented a flawed condition-based maintenance system that did not identify the need for technology upgrades to account for past design deficiencies and the issues associated with drilling in deeper and deeper water. This condition-based maintenance program did not allow Transocean to ensure proper maintenance and certification of the existing BOP and its components.

4. BP and Transocean failed to implement the best available and safest technology ("BAST") in the BOP. Specifically, BP and Transocean failed to use:

   • BSR Double "V" Shear rams that would have sheared and sealed off-center drill pipe
   • two BSRs--one to shear the pipe and the other to seal the well;
   • an Emergency Disconnect Sequence ("EDS") that activated the Casing Shear Rams ("CSRs") to center the pipe before activating the BSR to shear and seal the pipe;
   • an Acoustic Control System ("ACS") as a redundant means of communication between the DWH rig and the BOP; and
   • Cameron's Mark III control pod system that used rechargeable BOP control pod batteries and enabled battery levels to be monitored remotely.

5. The undercharged batteries in the blue BOP control pod and incorrectly wired solenoid 103Y were the result of Transocean's flawed condition-based maintenance program and the failure of BP and Transocean to implement BAST. The undercharged batteries and incorrectly wired solenoid may have been contributing causes of the blowout if they prevented the Automatic Mode Function ("AMF")/Deadman from activating the BSR at a time when the drill pipe was centered and could have been sheared and closed by the BSR.

## II.   THE BLOWOUT PREVENTER PURPOSE, STRUCTURE, AND DESIGN

### A.   The BOP Purpose

The primary purpose of the BOP is to prevent uncontrolled oil and gas from reaching the DWH, i.e., to prevent a blowout.  As in any mobile offshore drilling unit ("MODU"), the DWH BOP is a critical subsea component used to seal, control, and monitor the well during drilling operations.  As stated in BP's internal documents:

> *"Blowout equipment is the final line of defense against a catastrophic event which may include fatalities, uncontrollable release of oil and gas, and evacuation of entire communities."*[1]

Indeed, BP's CEO considered a BOP to be a "*fail-safe piece of equipment*" that was "*the last line of defense*" against a blowout.[2]   Similarly, Transocean recognized the BOP as a *"critical piece of equipment."*[3]

---

[1]  BP-Wells Engineer OJT Module #7, BP-HZN-2179MDL01342044-01342052, (Exhibit 2096).

[2]  Deposition of Tony Hayward, June 6 and 8, 2011, 235:10-19.

[3]  Deposition of William Stringfellow, April 11-12, 2011, 203:6-9.

## B.    BOP Structure

As shown to the right in figure 1, the BOP on the DWH consists of two main parts: (1) an upper portion called the Lower Marine Riser Package ("LMRP") and (2) a Lower BOP Stack sitting below the LMRP.   The LMPR contains two annulars, while the lower BOP package includes a single BSR, a single CSR, two variable shear rams (VBRs), and a Test Ram (an inverted VBR to resist downward pressure).



Fig. 1.  The DWH BOP, showing the position of annulars and valves.[4]

The BSR used in the BOP is of particular importance, because the BSR is the device ultimately responsible for shearing the drill pipe and sealing the well in the case of an emergency.  The single BSR in the DWH BOP was a Cameron shearing blind ram, as shown below.

---

[4] Perkin, G.S., Expert Report, August 26, 2011.   Cited image source: Engineering Partners International, LLC.



SHEARING BLIND RAM

**Fig. 2. The Cameron BSR used in the DWH BOP.[5]**

The shearing blind ram includes a lower ram with a straight blade and an upper ram with a "V" shaped blade. The shearing blind ram is designed to shear drill pipe located within the cutting blades and seal the wellbore. The BOP has a bore of 18-3/4 inches and the cutting blades are only 17-7/8 inches for the lower straight blade and 15-1/4 inches for the upper V-shaped blade. This leaves gaps within the wellbore that are outside of the cutting area of the shearing blind ram blades, as shown below in figure 3.



**Fig. 3. Model of the DWH BOP BSR from the Det Norske Veritas ("DNV") report.[6]**

---

[5] Cameron EB 852D, (Exhibit 7001). The shaded areas represent elastomeric sealing elements.

**Expert Report of Glen Stevick, Ph.D., P.E.**

### C.   BOP Control

#### 1. Communicating with the BOP

The DWH BOP was controlled by a Cameron "Mark II" electro-hydraulic multiplex ("MUX") control system.[7]

As shown in the modified version of figure 1 to the right, the LMRP portion of the BOP contains two redundant control pods referred to as the blue and yellow pods. The control pods provided control functionality and communication between the BOP and the DWH rig via wired MUX cables that ran from the control pods through the water up to the DWH where the crew could control the BOP using control panels. Because control commands from the DWH could only be transmitted via the MUX cables, the ability of the DWH crew to directly control the BOP was completely contingent upon properly functioning MUX cables.



---

[6] Det Norske Veritas, Final Report for United States Department of the Interior Bureau of Ocean Energy Management, Regulation, and Enforcement, Forensic Examination of Deepwater Horizon Blowout Preventer, Contract Award No. M10PX00335, Volume I Final Report, Report No. EP030842, 20 March 2011 ("DNV Report Vol. I"), Figure 132.

[7] Deposition of Jack Erwin, June 6-7, 2011, 367:15-17.

**Expert Report of Glen Stevick, Ph.D., P.E.**

**Fig. 1. The DWH BOP, including identification of the blue and yellow control pods.**[8]

Figure 4 below shows a model of the DWH rig and BOP, including identification of various BOP components, the MUX cables, the accumulators that provide hydraulic pressure to activate the BOP rams, images of BOP control panels, and an image of a BOP control pod.



**Fig. 4. Model of the DWH and BOP from the DNV report.**[9]

2. Activating the BSR

There were several different methods of controlling the BOP and activating the BSR, including:

---

[8] Perkin, G.S., Expert Report, August 26, 2011. Cited image source: Engineering Partners International, LLC. Image modified to identify the blue and yellow control pods.

[9] DNV Report Vol. I, Appendix H, Figure 1.

- Activation of the **BOP high pressure BSR function** from either of two control panels located on the DWH. This method requires MUX line communication to an operational control pod.

- Activation of the **Emergency Disconnect Sequence** ("EDS"), which is also activated from either of the two control panels on the DWH and requires MUX line communication to an operational control pod. The primary function of the EDS is to allow the rig to disconnect from the BOP if the dynamic positioning system that holds the rig in position fails.

- Activation of the **AMF/Deadman** circuits located in the Subsea Electronic Modules ("SEMs") within either of the blue or yellow control pods mounted on the LMRP. The AMF is designed to activate automatically (i.e., without requiring initiation by a user) when the BOP loses hydraulic pressure, electrical power, or electronic communication with the DWH.

- Remotely Operated Vehicle ("**ROV**") **initiation of the AMF** by cutting the MUX and hydraulic lines on the BOP.

- **ROV initiation of the Autoshear** function by severing the autoshear activation rod that connects the LMRP to the BOP stack (intended to activate if the LMRP and BOP are separated).

- **ROV hot stab connection to the BOP hydraulics**. The ROV can use onboard hydraulic pumping to power the BOP hydraulics.

The AMF is based on a Cameron circuit board that implements the AMF functionality. The AMF requires at least one functional control pod (i.e., either the blue or yellow control pod) to initiate and complete its sequence, including to activate the BSR. Each of the two control pods contains two SEMs (i.e., SEM A and SEM B), and each SEM contains an AMF card. To power the AMF cards, each SEM contains a dedicated 9 volt battery (i.e., one per SEM, two for each of the blue and yellow control pods, and four total for the BOP). Each control pod also contains a single 27 volt DC battery pack to power the two SEMs in that pod. Each control pod also

contains a high-pressure shear circuit that activates the BSR. The high-pressure shear circuit is energized by solenoid 103 in that pod (i.e., 103B for the blue pod and 103Y for the yellow pod), which activates for 30 seconds when the AMF is triggered. Each solenoid 103 contains two coils, with one coil connected to each of SEM A and SEM B in that solenoid's pod.[10] Each of the 103 solenoids is powered by the 27 volt battery pack from its respective pod.[11]

## D. BOP Design

According to information reviewed by BP's Vice President of Engineering and Quality for the Drilling Systems Division,[12] "BP was involved in the configuration of [the DWH] BOP from the beginning,"[13] and "BP played an active role in specifying [the DWH BOP] stack."[14]

The DWH was built in 2000 at the Hyundai Heavy Industries Shipyard in South Korea for a cost of approximately $350 million. It was originally built for and commissioned by R & B Falcon Drilling Co. ("Falcon") which later became part of Transocean. The DWH was originally contracted to Vastar, which was later acquired by BP. The DWH BOP was first contemplated in a 1998 Drilling Contract between Vastar and Falcon ("Drilling Contract").[15] Under the Drilling Contract, Falcon was to furnish and pay for the BOP[16] and to ensure that the BOP was "adequately maintained and in such condition as to permit [its] continuous and efficient operation."[17]

---

[10] Deposition of Edward Gaude, September 19, 2011, 124:14-25.

[11] Deposition of William LeNormand, June 20-21, 2011, 158:22 - 159:3.

[12] Deposition of David McWhorter, July 7-8, 2011, 13:16-18.

[13] Deposition of David McWhorter, July 7-8, 2011, 591:9-11.

[14] Deposition of David McWhorter, July 7-8, 2011, 330:23-331:3.

[15] BP-HZN-2179MDL00056656-936.

[16] BP-HZN-2179MDL00056656-936 at BP-HZN-2179MDL00056768. Blowout preventers are to be furnished and paid for by the "CONTRACTOR" (i.e., Falcon) under Exhibit B-3 paragraph 1.20 of the Drilling Contract.

[17] BP-HZN-2179MDL00056656-936 at BP-HZN-2179MDL00056674. Under section 14.1.1 of the Drilling Contract, "CONTRACTOR" (i.e., Falcon), agrees to maintain all equipment and materials furnished by CONTRACTOR, which includes the BOP, as noted in Exhibit B-3 paragraph 1.20 of the Drilling Contract.

Although the BOP was manufactured and sold by Cameron and purchased by Falcon, Vastar was heavily involved in the BOP design, configuration, choice of components, and controls.[18] Vastar chose: (1) the configuration of the BOP Stack and the type of rams for each cavity,[19] (2) the routing of the MUX lines,[20] (3) that there would be no acoustic communications,[21] (4) factory adjustments by Cameron prior to acceptance,[22] and (5) the EDS program mode EDS-1.[23]

Furthermore, for BOP designs, BP decides what the BOP stack configuration will be and instructs its drilling contractors, including Transocean, regarding what types of rams should be used and where the rams will be located in the BOP.[24] Here, BP specified the configuration of the BOP in its original contract with Transocean and re-specified the configuration in September 2009 in a contract amendment.[25] As Operator of the Macondo well site, BP is also ultimately responsible for the BOP under the Code of Federal Regulations ("CFRs") and the American Petroleum Institute ("API") Recommended Practices ("RP")[26]

---

[18] Exhibit 5094; BP-HZNBLY00294035.

[19] Exhibit 4112; deposition of Michael Byrd, July 13-14, 2011, 488:12-494:18.

[20] BP-HZNBLY00294826.

[21] BP-HZNBLY00294350.

[22] BP-HZNBLY00294352.

[23] BP-HZNCEC030029. As discussed further below, EDS-1 closes only the BSR, whereas the other available EDS mode, EDS-2, first closes the CSR and then the BSR. Had this mode been selected, it likely would have centered the drill pipe before attempt attempting to shear the pipe, which likely would have sealed the well.

[24] Deposition of Tony Hayward, June 6 and 8, 2011, 573:1-14.

[25] Amendment #38 to Contract No. 980249, September 28, 2009, BP-HZN-CEC041476, (Exhibit 1488).

[26] Code of Federal Regulations Title 30 Part 250 Oil and Gas and Sulphur Operations in the Outer Continental Shelf, Subpart D ("30 CFR § 250"), Section 250.400, et seq; American Petroleum Institution Recommended Practice 53: Recommended Practices for Blowout Prevention Equipment Systems for Drilling Wells ("API RP 53").

## III. THE BOP DESIGN WAS DEFECTIVE BECAUSE IT RELIED ON A SINGLE BSR

After the Macondo blowout, BP acknowledged that it had relied on the BOP as the ultimate form of containment in the event of a blowout.[27] BP also recognized that in the case of a blowout, the BSR was the most critical well control device within the BOP.[28] Despite the importance of the BSR and its crucial role in the operation of the BOP and overall well safety, BP failed to design and implement within the BOP a BSR that could reliably shear the drill pipe and seal the well under foreseeable operating conditions.

### A. The BSR was a Single Point of Failure for the DWH BOP

Although there are several ways to activate the BSR, all of the DWH emergency systems relied upon the BOP's single BSR to be able to shear the drill pipe and seal the well in the case of an emergency, making the BSR a single point of failure for the entire BOP safety system. Failure of the BSR to shear the drill pipe and seal the well, for whatever reason, would result in a total failure of the entire BOP to perform its intended function of preventing a blowout. Indeed, a 2001 Risk Assessment of the DWH BOP identified the risks inherent to the BOP stack configuration with a single BSR:

> The major contributor to the failure likelihood associated with the BOP control system results from the selected stack configuration. With only one shear ram capable of sealing the well in, it is extremely difficult to remove all of the single failure points from the system.[29]

---

[27] Deposition of Tony Hayward, June 6 and 8, 2011, 235:1-9, 277:7-10, 301:7-10.

[28] Deposition of Tony Hayward, June 6 and 8, 2011, 289:7-14.

[29] Risk Assessment of the Deepwater Horizon Blowout Preventer (BOP) Control System, Final Report, April 2000, CAM-CIV-0019032 – CAM-CIV-0019076 at CAM-CIV-0019070 (Exhibit 4120 at 37).

The Risk Assessment further noted that the BSR, including the final shuttle valve that supplies hydraulic pressure to the BSR, accounts for 56% of the failure likelihood of the system to successfully perform its EDS operation.[30]

### B.    The Potential for Off-Center Drill Pipe was Well Known to BP and Transocean

A BOP with a single BSR is particularly deficient.   For example, in situations when the EDS system requires activation, BP's VP of Technology for Global Wells Organization noted that "*EDS pipe is always off center.*"[31]   As discussed above, EDS is primarily designed for use in scenarios where some aspect of the rig's dynamic positioning system has failed and the rig has drifted from its intended location.

> *[In] those scenarios, for which EDS has been designed, the pipe is likely to be off center because of the huge tension that is on the pipe.*[32]

Potential causes of off-center drill pipe include: pipe distortion or bowing from internal pressure; loss of rig control and drift; debris pushing the pipe off-center; a ram pushing the drill pipe off-center; multiple pipes in the riser; and elastic buckling.[33]   Of the potential causes, elastic buckling is the most likely to have forced the drill pipe off-center.[34]   Additionally, helical buckling is a particular type of elastic buckling that has been well known for many years in the drilling context.[35]   It does not appear that Transocean or BP ever conducted any testing or analysis of the BSR's ability to shear off-center drill pipe.

---

[30] Risk Assessment of the Deepwater Horizon Blowout Preventer (BOP) Control System, Final Report, April 2000, CAM-CIV-0019032 – CAM-CIV-0019076 at CAM-CIV-0019072 (Exhibit 4120 at 39).

[31] Deposition of Fereidoun Abbassian, May 3-4, 2011, 50:2-3.

[32] Deposition of Fereidoun Abbassian, May 3-4, 2011, 50:10-13.

[33] DNV Report Addendum, p. 6-8, section 2.2.1.

[34] DNV Report Addendum, p. 6-11, section 2.2.

[35] Lubinski, A., Althouse, W.S., and Logan, J.L.: "*Helical Buckling of Tubing Sealed in Packers,*" JPT 655-70, June 1962.

**Expert Report of Glen Stevick, Ph.D., P.E.**

## IV. TRANSOCEAN USED FLAWED CONDITION-BASED MAINTENANCE

As noted above, under the Drilling Contract between BP (through its predecessor Vastar) and Transocean (through its predecessor Falcon), Transocean had primary responsibility for maintenance of the BOP.[36]

### A. Transocean Failed to Recertify the BOP Every 3-5 Years, as Specified by API and Cameron

Transocean failed to follow the testing and maintenance guidelines specified in 30 CFR § 250 and API RP 53.[37] In particular, Transocean ignored the requirement that:

> *After every 3-5 years of service, the BOP stack, choke manifold, and diverter components should be disassembled and inspected in accordance with the manufacturer's guidelines.*[38]

---

[36] BP-HZN-2179MDL00056656-936 at BP-HZN-2179MDL00056674. Under section 14.1.1 of the Drilling Contract, "CONTRACTOR" (i.e., Falcon), agrees to maintain all equipment and materials furnished by CONTRACTOR, which includes the BOP, as noted in Exhibit B-3 paragraph 1.20 of the Drilling Contract.

[37] *See* 30 CFR § 250 et seq; API RP 53.

[38] API RP 53, section 17.10.3; *see also* 30 CFR § 250.446 (requiring that "BOP maintenance and inspections must meet or exceed the provisions . . . described in API RP 53.")

The recurring disassembly and inspection of the entire BOP as outlined in API RP 53 occurs at the surface and is important to maintaining a safe and effective BOP.  The advantages of regularly scheduled recertification are as follows:

| **Advantages of API/Cameron BOP Recertification** |
| --- |
| 1) Provides periodic opportunities to examine individual BOP components for corrosion, wear, and other flaws and to replace components when necessary |
| 2) Provides periodic opportunities to evaluate the BOP design and replace deficient or outdated components with BAST components and technology |
| 3) Ensures that the entire BOP and its components are inspected at least as often as every 3-5 years |

Consistent with the API, the BOP manufacturer (Cameron) also recommends that the BOP stack be recertified every 3-5 years.[39]  In contrast, an independent inspection of DWH two weeks before the blowout found that for the BOP, "*upon review of certification documentation it was noted that the date of last manufacturer's certification was 13 December 2000*" and "*this is beyond the 5 yearly inspection, overhaul, and re-certification requirement.*"[40]  Although Transocean recognized that both the API and Cameron recommended disassembly, inspection, and recertification of the entire BOP every 3-5 years, Transocean knowingly chose not to follow this recommendation.[41]

---

[39] Deposition of Mark Hay, June 29-30, 2011, 119:7-120:11.

[40] MODU Condition Assessment *DEEPWATER HORIZON*, ModuSpec USA, Inc., 4/1-14/2010, TRN-USCG_
MMS-00038652.

[41] Deposition of William Stringfellow, April 11-12, 2011, 216:25-217:13.

**B.   Transocean's Condition-Based Maintenance is Flawed Because Only Equipment With Measured Problems or Failures Gets Fixed or Replaced**

> *When the piece of equipment fails, we replace it or make repairs to it.*[42]

Instead of complying with the API and Cameron's maintenance guidelines for the BOP, Transocean followed its own "condition-based" maintenance program.[43]   Under this condition-based maintenance program BOP components are not automatically removed from operation and inspected every 3-5 years.[44]   Rather, Transocean personnel would take measurements and test BOP equipment,[45] and when a piece of equipment started to create problems or fail, Transocean fixed it.[46]   This type of condition-based maintenance is subject to numerous flaws:

| **Problems with Transocean's Condition-Based Maintenance** |
| --- |
| 1)   Equipment deterioration that cannot be measured is not considered |
| 2) Need for improved equipment based on design flaws, new industry experience, or operation in a more difficult environment is not considered |
| 3)   Replacement of otherwise functioning equipment with BAST is discouraged |

1. Problems that cannot be measured are not considered.

Transocean's condition-based maintenance program failed to detect several problems with the DWH, including: (1) the low charge on the blue

---

[42] Deposition of Mark Hay, June 29-30, 2011, 120:18-19.

[43] Deposition of Mark Hay, June 29-30, 2011, 114:6-115:22.

[44] Deposition of Mark Hay, June 29-30, 2011, 121:6-9.

[45] Deposition of Pharr Smith, June 27-28, 2011, 15:7-13.

[46] Deposition of Pharr Smith, June 27-28, 2011, 15:7-13; deposition of Mark Hay, June 29-30, 2011, 120:18-19, 121:17-19.

pod batteries; and (2) the incorrect wiring on yellow pod solenoid 103Y in the DWH BOP.  These types of equipment problems are undetectable by condition-based maintenance because the BOP did not have sensors that indicated pod battery levels and physical inspection and testing was needed to evaluate the wiring on yellow pod solenoid 103Y.  But it cannot be debated that properly functioning pod batteries and solenoids are highly important to the safe and effective operation of the BOP and should therefore be regularly tested and evaluated under any maintenance program.  Transocean's condition-based maintenance is flawed because it fails to consider equipment that cannot be measured, whereas such equipment is evaluated under the recertification process found in API and Cameron's guidelines.

As discussed further below, the undercharged blue pod batteries and incorrectly wired yellow pod solenoid 103Y may have prevented the AMF/Deadman from activating the BSR at the time of the incident and ultimately lead to the blowout.  But regardless of whether these battery and solenoid problems were a direct cause of the blowout, these problems do highlight flaws in Transocean's condition-based maintenance program.  The working condition of critical components was not evaluated by Transocean because it could not be measured.

2. Need for improved equipment is not considered.

Another flaw with Transocean's condition-based maintenance program is that it does not detect the need to improve existing equipment that is otherwise functioning properly.    Equipment measurements during condition-based maintenance are not going to identify design flaws, improvements in industry knowledge and practices, or increased system requirements due to operation in a more difficult environment.   Under condition-based maintenance, if equipment measurements are in line with expectations, that equipment will not be considered further for potentially necessary upgrades.  For example, had Transocean disassembled and inspected the DWH BOP for recertification and performed a perfunctory engineering review or industry comparison at any time since 2006, Transocean would have found that the DWH did not have Cameron's most up to date BOP control system (Mark III), which as described below provides numerous safety benefits over the Mark II system used for the DWH BOP.  A recurring BOP recertification process that involves BOP disassembly and inspection as part of an engineering review is superior to

Transocean's condition-based process because recurring recertification provides an opportunity to identify changing requirements for equipment that is otherwise in perfect working order.

> 3. Implementing BAST is discouraged.

Transocean's condition-based maintenance program discourages the implementation of BAST because it focuses on replacing equipment only in the event of measurable problems or failures, as opposed to periodically evaluating whether improved equipment exists that should replace otherwise functional existing equipment. Transocean's condition-based maintenance program further discourages the implementation of BAST by failing to provide the opportunity to implement BAST equipment and technology, which typically must occur at the surface. In contrast, maintenance programs based on engineering review (i.e., recertification) at the surface encourage the implementation of BAST by providing the opportunity to evaluate BAST for all equipment and the opportunity to implement BAST when available. The many failures to implement BAST in the DWH BOP, discussed below, are unsurprising in light of the flaws of Transocean's condition-based maintenance program.

## V.   BP FAILED TO IMPLEMENT BAST IN THE BOP

The CFR requires that BP, as Operator of the Macondo well site, "must use the best available and safest technology (BAST) whenever practical on all exploration, development, and production operations."[47]  But BP failed to implement BAST in numerous areas of the BOP, including the single BSR that was ultimately unable to perform its intended function of severing the drill pipe and sealing the well.

### A.   BP Failed to Implement BAST for the BSR

Implementing BAST in the single BSR was particularly critical due to the BSR being a single point of failure and the device that was ultimately relied upon to seal the well in the case of an emergency.  BP knew the BSR was the most important piece of equipment for preventing a blowout,[48] and yet BP still failed to implement BAST in the BSR, and preferably add a second

---

[47] 30 C.F.R. § 250.107(c).

[48] Deposition of Tony Hayward, June 6 and 8, 2011, 289:7-14.

**Expert Report of Glen Stevick, Ph.D., P.E.**

BSR.[49] Indeed, the BSRs on the DWH BOP had not been upgraded since the rig was first ordered in 1999.[50]

BSRs with double "V" shaped cutting blades and wider blades were available when the BOP was designed. For example, Cameron's Double "V" Shear (DVS) Rams featured "V" shaped cutting blades on both the upper and lower blocks.[51] The double "V" design provided the benefits of helping to center the drill pipe during activation and also improving shearing efficiency by reducing the necessary shearing force.[52] Accordingly, using a DVS ram block instead of the shearing blind ram block for the BSR in the DWH BOP would have allowed the BSR to shear a greater range of pipe with the maximum 4,000 psi available to the emergency system.[53]

The improved shearing efficiency of double "V" rams was further demonstrated by testing by West Engineering Services in 2004 for MMS that showed double "V" blades lower the required shear force, and therefore required hydraulic pressure, by a factor of approximately 20% when compared to BSRs with a single "V" blade and a straight blade.[54] For the DWH BOP, Cameron's DVS was also superior to the shearing blind ram because the DVS blade length was maximized to increase shearing capabilities.[55] BP must have known about these advantages of the DVS over the shearing blind ram, which Cameron touted in its product literature, as shown below.[56]

---

[49] BP-HZN-BLY00294352-59.

[50] Deposition of Jack Erwin, June 6-7, 2011, 65:24 - 66:1.

[51] Cameron EB 852D, p. 6 (Exhibit 7001).

[52] Cameron EB 852D, p. 6 (Exhibit 7001); deposition of Jack Erwin, June 6-7, 2011, 46:16-19.

[53] Deposition of David McWhorter, July 7-8, 2011, 110:8-12.

[54] West Engineering Services, *Shear Ram Capabilities Study for U.S. Minerals Management Service,* Requisition No. 3-4025-1001, page 3-5, September 2004.

[55] Cameron EB 852D, p. 6 (Exhibit 7001).

[56] Cameron EB 852D, p. 13 (Exhibit 7001).

### SBRs -vs- DVS

Shearing Blind Rams                          Double 'V' Shear Rams

- Longer packer fatigue life
- Require less shear force
- Capable of shearing larger diameters
- No loss of fatigue life

**Fig. 9. Comparison of Shearing Blind Ram versus DVS rams from Cameron Product Literature.[57]**

DVS rams and blades for an 18-3/4 inch wellbore 15,000 psi TL BOP, which could have been used in the DWH BOP, were available from Cameron at least as early as 2002.[58]  A Cameron sales representative also acknowledged that by 2009 or 2010, "DVS was a much more used ram than the SBR" and the DVS ram was considered to be "the best in practice at that time."[59]

BP also did not implement Cameron's tandem boosters, which feature a two-part piston that increases shearing force without additional wear on the packers.[60]  The tandem boosters were available at least as early as 1998,[61] and use of tandem boosters would have increased the shear force of the BSR on the DWH BOP.  If BP had used DVS rams with blades that covered the entire well bore, the BSR most likely would have successfully sheared the off center drill pipe and sealed the well, preventing the blowout.

---

[57] Cameron EB 852D, p. 13 (Exhibit 7001).

[58] Cameron 2002 Replacement Parts Catalog, pg 108, BP-HZN-BLY00366414.

[59] Deposition of Jack Erwin, June 6-7, 2011, 62:20-25.

[60] Cameron EB 852D, p. 10 (Exhibit 7001).

[61] Cameron EB 852D, p. 10 (Exhibit 7001).

### B.   BP and Transocean Failed to Upgrade the BOP to Include a Second BSR

A second BSR installed below the CSR would provide redundancy and significantly improve the reliability of both shearing pipe in the BOP and sealing the well.  If a drill string is suspended and sheared first with the CSR (i.e., Super Shears) during an emergency, the drill pipe should fall, clearing the BSR located below the casing ram.  This allows the lower BSR to close and seal without pipe interference in its bore.   Moreover, a Cameron sales representative testified that by 2009 or 2010, most of the rigs had double BSRs.[62]

### C.   BP and Transocean Failed to Upgrade to Cameron's Mark III BOP Control Pod

The DWH BOP used Cameron Mark II BOP control pods[63] with double coil solenoids and batteries that were not rechargeable and the charge of which could not be monitored from the rig.[64]   As discussed above, properly functioning control pod solenoids and batteries are needed to operate the AMF system and are critical components for a safe and effective BOP.  BP and Transocean failed to upgrade to Mark III control pods that have been available since 2006.[65]

---

[62] Deposition of Jack Erwin, June 6-7, 2011, 62:2-14.

[63] Deposition of Jack Erwin, June 6-7, 2011, 367:15-17.

[64] Deposition of David McWhorter, July 7-8, 2011, 290:1-4.

[65] Deposition of David McWhorter, July 7-8, 2011, 289:17-20.

Mark III control pods have rechargeable batteries[66] and the charge on the batteries can be monitored from the rig.[67]  Mark III control pods also have improved single coil solenoids with higher pulling force,[68] which eliminates the potential incorrect wiring problem of the dual coil solenoids used in Mark II control pods and found in yellow pod solenoid 103Y of the DWH BOP.  Moreover, a Cameron corporate representative has testified that Cameron made its customers aware of the new Mark III system and its improvements over the Mark II system, and that Transocean was aware of the Mark III system in 2006.[69]

### D.  BP Failed to Implement BAST by Relying Solely on MUX Cables for EDS

All methods of activating the DWH EDS relied on communications transmitted by MUX cables from the rig down to the BOP.  DWH rig crew members testified that they attempted to activate the EDS system after the explosion but were unsuccessful.  The EDS may have failed to activate due to physical damage to the MUX cables caused by the explosion.  An ACS could have been used as a redundant means of communication between the DWH rig and the BOP.  Cameron had ACS available when the DWH was being configured.[70]  A redundant ACS system could provide BOP communications and control in the case of an emergency even if MUX cables were damaged.

### E.  BP and Transocean Failed to Implement BAST by Using EDS-1 Instead of EDS-2

Cameron could program various EDS sequences into the DWH BOP, depending on what was requested by BP and Transocean.[71]  The DWH BOP implemented an EDS program called EDS-1 that specifies a predetermined sequence of emergency disconnect events such that if the

---

[66] Deposition of Jack Erwin, June 6-7, 2011, 367:18-22.

[67] Deposition of David McWhorter, July 7-8, 2011, 289:21-25.

[68] Deposition of Jack Erwin, June 6-7, 2011, 370:14 - 371:6.

[69] Deposition of David McWhorter, July 7-8, 2011, 358:7 - 360:6.

[70] Deposition of David McWhorter, July 7-8, 2011, 128:6-16.

[71] Deposition of David McWhorter, July 7-8, 2011, 224:8-12.

EDS1- button is pushed, the predetermined sequence of events will occur.[72] EDS-1 for the DWH was programmed to close the BSR and then disconnect the LMRP.[73] Another EDS sequence was available on DWH called EDS-2, whereby the CSR closed before the BSR closed.[74] Because EDS-2 first applies the CSR, which has capabilities the BSR does not, activation of EDS-2 is more likely to successfully shear the pipe and seal the well.[75] Although the CSR is not designed to seal the wellbore, activation of the CSR first would have centered the drill pipe for the BSR, making it much more likely that the BSR would completely shear the drill pipe and seal the well. BP and Transocean failed to implement BAST by having Cameron program the EDS-1 sequence as the primary disconnect sequence for the DWH BOP instead of EDS-2, which was more likely to successfully seal the well if activated.

## VI. THE UNDERCHARGED BLUE CONTROL POD BATTERIES AND INCORRECTLY WIRED YELLOW CONTROL POD SOLENOID 103Y MAY HAVE BEEN CONTRIBUTING CAUSES OF THE BOP'S INABILITY TO STOP THE BLOWOUT

As discussed above, when the AMF/Deadman is activated it causes the BSR to fire. But the AMF/Deadman can only be activated if at least one of the control pods is functioning properly, which requires charged batteries and working solenoids. Based on my review of the post-incident testing of the BOP and related deposition testimony,[76] it appears that neither was true.

---

[72] Deposition of Jack Erwin, June 6-7, 2011, 27:14 - 28:10.

[73] Deposition of Jack Erwin, June 6-7, 2011, 30:1-9.

[74] Deposition of David McWhorter, July 7-8, 2011, 225:13-24.

[75] Deposition of David McWhorter, July 7-8, 2011, 226:10-25.

[76] Deposition of Robert Turlak, July 28-29, 2011, 228:17 - 229:5; deposition of Edward Gaude, September 19, 2011, 130:11-22 (testifying that if two coils in a single solenoid are wired in opposite directions, the electromagnetic fields would oppose each other and cancel out and the solenoid valve would not operate), 210:3-8 (testifying that if a solenoid is not wired correctly it will not function correctly).

## A.   Undercharged Blue Control Pod Batteries

During post incident forensic testing by DNV of the blue control pod batteries, the 27 volt battery registered a low charge, as shown below.[77]

|  | Blue Pod (Volts) | | Yellow Pod (Volts) | |
| --- | --- | --- | --- | --- |
| Battery | Test 1 | Test 2 | Test 1 | Test 2 |
| SEM A (9V) | 8.9 | 8.9 | 8.7 | 8.7 |
| SEM B (9V) | 8.7 | 8.7 | 8.4 | 8.4 |
| Solenoid/Transducer (27V) | 1.1 | 1.0 | 28.2 | 28.2 |

**Fig. 9.  BOP Control Pod Battery Measurements from the DNV report.[78]**

Due these to low charge in the 27 volt battery, it is very unlikely that the blue control pod would have had sufficient power to activate the AMF/Deadman at the time of the incident.

## B.   Incorrectly Wired Yellow Control Pod Solenoid 103Y

Post incident forensic testing by DNV also showed that one of the two coils from yellow control pod solenoid 103Y had been incorrectly wired and 103Y failed to activate either yellow control pod SEM during bench testing.[79]  As a result of 103Y being incorrectly wired, the two coils had opposite polarities and the electromagnetic fields generated by the two coils would largely cancel each other out and could prevent 103Y actuating the BSR in response to the AMF/Deadman circuit in the yellow pod.

---

[77] DNV Report Vol. I, page 42.

[78] DNV Report Vol. I, Table 5, page 42.

[79] DNV Report Vol. I, page 44.  The results of solenoid 103Y testing are inconclusive because 103Y worked properly when connected to and operated by SEM A and SEM B, as would have occurred in the field.  Laboratory Notes from DNV testing of 103Y, 016862 (Exhibit 3130).

### C.   The AMF/Deadman Likely Failed to Actuate the BSR because of Low Blue Pod Battery and the Incorrectly Wired Yellow Pod Solenoid

Even though the BOP had redundant mechanisms for actuating the BSR in response to the AMF/Deadman conditions, it appears likely that both mechanisms failed. The low battery charge measurements for the blue pod 27 volt battery pack suggest that it did not have enough charge to power the two blue pod SEMs at the time of the incident, which would prevent the blue pod from activating the BSR. The incorrect wiring on solenoid 103Y suggests that because each coil received the same voltage[80] and the two coils were activated simultaneously (as is the normal operation during AMF activation[81]), the magnetic fields from the two coils would cancel each other out and would prevent the yellow pod from activating the BSR.[82] It is therefore likely that the AMF/Deadman failed to activate the BSR as a result of the low charge on the 27 volt blue pod battery and the incorrectly wired yellow pod solenoid 103Y.[83]

### D.   The BSR Likely Would Have Completely Sheared the Drill Pipe and Sealed the Well if the BSR had been Activated when the Drill Pipe was Centered

The undercharged blue pod batteries and incorrectly wired solenoid 103Y may have prevented the AMF/Deadman from properly functioning at the time of the incident and activating the BSR.[84] If the drill pipe was centered at the time of the incident (and did not become off-center until later), then activating the BSR probably would have completely sheared the drill pipe and sealed the well, preventing the blowout.

---

[80] Deposition of Edward Gaude, September 19, 2011, 138:7-12.

[81] Deposition of Edward Gaude, September 19, 2011, 131:9-16.

[82] Deposition of Edward Gaude, September 19, 2011, 131:23 - 132:3.

[83] As discussed above, there is evidence that suggests the AMF/Deadman function did not activate the BSR, but overall the evidence is inconclusive on this point. There is also evidence that suggests the AMF/Deadman may have activated the BSR.

[84] It is possible, for example, that the BSR was activated at a later time by the ROV.

As discussed above, undercharged blue pod batteries would have been avoided if BP and Transocean had implemented Cameron's Mark III BOP control system that uses rechargeable control pod batteries and allows remote monitoring of battery charge from the rig. A maintenance program based on recurring disassembly, inspection, and recertification (as opposed to Transocean's condition-based maintenance) probably would have also detected the undercharged blue pod batteries, and would have provided an opportunity to replace them will fully charge and functional batteries.

Similarly, implementation of Cameron's Mark III BOP control system with single coil solenoids would have prevented the problem of incorrectly wired solenoids, as found in 103Y. A recurring recertification based maintenance program probably would have detected that 103Y was incorrectly wired, and would provided an opportunity to replace 103Y with a properly functioning solenoid.

I reserve the right to modify this report and to supplement my opinions if additional data becomes available and in response to reports served by other parties.

Dated January 17, 2012

Dr. Glen Stevick, P.E.