IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * * * * * * | MDL No. 2179<br>SECTION : J |
| Civil Action No.   2:10-cv-02989 | * * * * | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

In consideration of the Motion to Withdraw as Counsel of record filed by counsel for Plaintiffs Christopher R. Schorr, Kimberly S. Schorr, Roy Moscattini and Lori Moscattini, on behalf of themselves and all others similarly situated, IT IS HEREBY ORDERED that:

- Gregory G. Schultz, Foy R. Devine, and Deborah J. Livesay and the law firm of Taylor English Duma LLP are withdrawn as counsel of record for all plaintiffs in *Schorr et al. v. BP PLC et al.*, Civ. A. No. 2:10-cv-02989 (E.D. La. Oct. 20, 2010).

New Orleans, Louisiana this 9th day of August, 2013.

_____
United States District Judge

1