UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Halliburton's Motion to Reconsider (Rec. doc. 10831)]**

In the order for the July 12 Working Group Conference, the Court reported that Judge Barbier determined that Transocean and Halliburton will not be permitted to call quantification witnesses at Phase Two. The deposition of HESI's expert, Strickland, was cancelled. Rec. doc. 10762 at 2-3. Halliburton was not allocated any time for the examination of quantification witnesses for the U.S. and BP.

Halliburton contends that these restrictions on its participation in the quantification segment violate its due process rights.

IT IS ORDERED that Halliburton's motion for reconsideration (Rec. doc. 10831) is DENIED.

New Orleans, Louisiana, this 9th day of August, 2013.

**SALLY SHUSHAN**
**United States Magistrate Judge**