UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig         MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010       SECTION J

Applies to: *All Cases*                 JUDGE BARBIER
                                        MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Regarding Transocean's Motion for Clarification (Rec. doc. 10961)]**

In the order for the July 12 Working Group Conference, the Court reported that Judge Barbier determined that Transocean and Halliburton will not be permitted to call quantification witnesses at the Phase Two trial. Rec. doc. 10762 at 2-3.

Transocean raises two issues. The first is related to Transocean's factual position that the BOP was fully functional on the evening of April 20, 2010. The second is related to its contention that essentially all of the oil that flowed from the well between April 20 and 22 burned in the rig fire.

Since the filing of Transocean's motion for clarification, the Court and the parties discussed these issues. Rec. docs. 10899 at 6-7 and 10946 at 3. The U.S. and Transocean report they are in agreement on resolving the "surface oil and burn off" issue on cross-motions for summary judgment.

IT IS ORDERED that Transocean's motion for clarification (Rec. doc. 10961) is DENIED in PART and DISMISSED in PART as MOOT.

New Orleans, Louisiana, this 9th day of August, 2013.

                              **SALLY SHUSHAN**
                              **United States Magistrate Judge**