UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 02179 |
| | * | SECTION: J |
| This Document Relates to: | * * | |
| 2:12-cv-01045 | * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

## **ORDER**

The Joint Motion to Amend the Scheduling Order is hereby GRANTED. The present scheduling order and its deadlines are continued. A new scheduling conference shall be held following the decision on conditional certification in this matter. The Parties are further directed to submit a joint proposed scheduling order within 15 days after the conditional certification decision. If the dates are acceptable to the Court, a conference may not be necessary.

New Orleans, Louisiana this _____ day of August, 2013.

_____
UNITED STATES JUDGE