# Attachment A

11644

Exhibit No. _____
Worldwide Court
Reporters, Inc.

**In re: Oil Spill by the Oil Rig "Deepwater Horizon" in
the Gulf of Mexico, on April 20, 2010**
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MDL NO. 2179, SECTION J
JUDGE BARBIER; MAGISTRATE JUDGE SHUSHAN

**Expert Report of Andreas Momber**

**EROSION OF WELL-CEMENT DUE TO HYDROCARBON FLOW**

May 1, 2013

**CONFIDENTIAL**

**Executive Summary**

The evidence suggests that before the Macondo incident the bottom of the wellbore was filled with cement; cement filled much of the casing up to the float collar, and more cement filled part of the annulus around the lower portion of production casing. At the start of the blowout, this column of 189 feet of cement in the bottomhole would have impeded the flow of oil dramatically. As flow continued over time, this cement would have been degraded through multiple processes, including cement erosion. This in turn would have permitting ever increasing amounts of oil to flow into the well. It is thus critical to understand how fast these bottomhole degradation processes likely happened. The United States' expert reports ignore or misjudge the importance of cement erosion and other degradation processes. The few reports that discuss cement erosion simply assume that all of the bottomhole cement was essentially completely and almost immediately eliminated within a very short time after the blowout (taking only 9 hours to 2 days). In my opinion, this type of rapid and complete erosion of well cement is inconsistent with what is known about the cement erosional processes. In fact, for the government experts' assumptions to be true, it would require one to believe that erosion rates at Macondo were many times greater than the highest reported rates for the erosion of cement mixtures.

I conclude, based on my experience working in the field of cement erosion, that instead, the well cement likely underwent a *4-step degradation scenario*, which I explain below. Under this scenario, a different process, known as hydraulic fragmentation, caused the rapid initial degradation of a portion of the cement in the casing. But this fragmentation process would be limited mostly to the formation of a net of cracks and fractures. This period was followed by an erosive process during which the flow paths in the cement gradually became wider. This is consistent with available data and my experience with how cement degrades under high pressure flow.

## TABLE OF CONTENTS

Page

**Executive Summary**

| | | |
|---|---|---|
| **1** | **Expertise** | **1** |
| **2** | **Introduction** | **1** |
| | 2.1 Background on erosion | 2 |
| | 2.2 Consideration of cement erosion in the United States' Expert Reports | 3 |
| **3** | **Location and amount of well cement** | **5** |
| | 3.1 Location | 5 |
| | 3.2 Volume of well cement | 5 |
| **4** | **The conditions at Macondo may have allowed for channelling in the cement** | **5** |
| | 4.1 Flow channels | 6 |
| | 4.2 Potential for formation of pre-existing channels in the Macondo well | 6 |
| **5** | **Evidence for preexisting flow channels and cement degradation** | **7** |
| | 5.1 Emilsen's analysis suggests that there was some cement blocking the reservoir | 7 |
| | 5.2 Estimate of flow path dimensions | 9 |
| **6** | **Erosion rate considerations** | **11** |
| | 6.1 Eroded volume | 11 |
| | 6.2 Government erosion rates | 11 |
| | 6.3 The government experts' rates are orders of magnitude greater than any erosion rates reported in the literature on cement erosion | 12 |
| **7** | **Alternative scenario** | **14** |
| | 7.1 Why an alternative scenario? | 14 |
| | 7.2 Hydraulic fragmentation | 14 |
| | 7.3 Alternative 4-step degradation scenario | 16 |
| **8** | **Conclusion** | **18** |
| **9** | **References** | **19** |
| **10** | **List of symbols** | **21** |
| **11** | **Conversion factors (English to metric)** | **21** |
| | **Appendix A** | **23** |
| | **Appendix B** | **26** |
| | **Appendix C** | **33** |
| | **Appendix D** | **44** |

**1      Expertise**

My consulting, research, and teaching career has focused on erosion processes, particularly of mineral-based materials such as cement.  During my over 20 years in this field, I have studied erosion due to liquid flow, slurry flow, cavitating flow, and droplet flow.  I also did research in other degradation processes, namely fragmentation and contact damages.  Results of my investigations are published in more than 80 papers in high-level peer-reviewed journals, and the work was cited about 700 times in the reference literature according to the Google Scholar Index.  I serve as a peer reviewer on a regular basis to numerous scientific journals and associations.  I also am the author of various books on erosion related topics, including a book dedicated to studying the hydrodemolition of concrete surfaces.  My research interests include contact mechanics, fracture mechanics and surface engineering.  I am a lecturer at the Department of Geo-Resources and Materials Technology at the Aachen University of Technology in Germany in the field of erosion of geomaterials.  I have been involved in scientific research programmes in Australia, Germany, Great Britain and the United States and served to a number of universities as a Visiting Professor/Lecturer.


**2      Introduction**

The United States' expert reports do not contain a proper analysis of the impact of cement degradation processes (including erosion) on the probable flow rate and total flow volume.  The few experts that do mention cement erosion do so in a conclusory fashion and do not discuss (or apparently consider) the principles of cement erosion.  Contrary to their assertions, it is scientifically unsound to assume that the cement would have completely eroded within hours or a few days.  I conclude that it is more likely that the cement at the bottom of the well underwent a *4-step degradation scenario*, which would have included a period of rapid non-erosional degradation process followed by periods of much slower erosion.

1

To understand why the United States' experts are wrong when they simply assert that cement erosion would have been complete in hours or few days, it is necessary to understand cement erosion. I turn to that next.

## 2.1    Background on erosion

Erosion of cement-based materials is a common phenomenon in engineering, and it occurs particularly if there is high-speed liquid flow (such as water or oil) through paths in the cement. The existence of solid particles in the liquid flow (called a slurry) will notably increase the severity of erosion.

Others have concluded that the oil passed through the well cement barrier between the shoe and float collar, as illustrated in *Figs. 2.1* and 2.2. Consequently, a flow path must have been formed in the well cement allowing the oil to flow into and up the shoe track. The question becomes whether erosion could have formed such a path. I note that this report addresses only the possible flow path in the well cement and focuses on how that path may have changed after the blow out.



*Figure 2.1*
*Shoe track hydrocarbon penetration path.[1]*

---

[1] *Final Report on the Investigation of the Macondo Well Blowout*. Deepwater Horizon Study Group, March 1, 2011.

Understanding erosion (and other potential processes I discuss) is a crucial aspect of understanding the cement flow path and how it might have changed over time, because erosion will notably affect the flow rate of the oil.  This is intuitive: the amount of resistance/restriction in the bottomhole impacts the amount of oil that can flow into the well--for example, the size of the opening in the cement (such as channels) can impact the amount of oil that flows into the well.

Nevertheless, the government experts have not developed a thorough approach to investigate the effects of erosion of the well cement, as I will discuss next.

2.2      Consideration of cement erosion in the United States' Expert Reports

Cement erosion is briefly mentioned in the reports of Griffiths and Dykhuizen, but both experts make unfounded assumptions regarding the amount and rate of erosion.  The Griffiths Expert Report claims that "*significant erosion of the ... cement barrier in the bottom of the well occurred rapidly over the first few days following blowout.  Subsequent erosion had little impact on flow rates or on the cumulative discharge.*"[2]  Yet he acknowledged that "*the methodology I used cannot address ... erosion directly.*"[3]

Dykhuizen wrote that "*I do not believe that erosion had a significant effect on overall flow from the well past the second day of the blowout.*"[4]  Neither offers any convincing proof to support their assertions.

Thus, although these experts accept erosion of several parts of the flow path for the first few days after the blowout, they ignore it for later periods.  These experts attempt to justify this by suggesting that such a position follows from undisclosed "*simple models.*"  Griffiths, looking at Emilsen's work in BP's *Deepwater Horizon Accident Investigation Report*, admits that there was some sort of blockage downhole at the beginning of the incident.[5]  Griffiths contends that Emilsen's work showed an increase in net pay from zero to between 13 and 16.5 feet over a 30 minute period (from 21:00 and

---

[2] Griffiths Report , 4 (2013).
[3] *Id.*
[4] Dykhuizen Report, 11 (2013).
[5] Griffiths Report at 11.

21:30).[6]  He then concludes that, based on this alleged rate of change to the net pay, downhole

restrictions would have eroded in 9 hours (actually 8.6 hours).  I do not draw such conclusions from

Emilsen's work, but I accept Griffiths's assertions solely for purposes of this report.

Dykhuizen and Griffiths make important assertions, which should be supported by rigorous analyses.

Based on my experience and the scientific literature concerning cement erosion, I find the erosion

rates being posited by the government experts to be implausible.

To understand that, we must first understand how much cement was likely at the bottom of the well.



*Figure 2.2*
*Schematic of the cement-filled shoe track.[7]*

---

[6] *See id.* at 11 (noting also that the productivity index used in his model increased by over 25% during this period and attributing this rise to Emilsen's observations).
[7] Source material for this schematic is the BP Accident Investigation Report (the "Bly Report").

### 3        Location and amount of well cement

#### 3.1      Location

The cement barrier in question is located between the shoe and float collar, as illustrated in *Figs. 2.1* and *2.2*. It has the geometry of a column that can be characterized by its height ($h_C$) and its diameter ($D_C$). Indeed, this is a conservative assumption, because cement also filled part of the annulus and would have provided a barrier to flow there as well.

#### 3.2      Volume of well cement

The *Halliburton Post Job Report* states that there is 189 feet of cement in the shoe track.[8]   The volume to be eroded ($V_C$) is simply the volume of cement in the cylindrical casing and is given as follows:

$$V_C = \frac{\pi \cdot D_C^2}{4} \cdot h_C \tag{3.1}$$

The internal diameter of the 7-inch-pipe (the production casing) is 6.094 inches.[9]   If we take this as the diameter of the cement column ($D_C$=6.094 inch) and $h_C$=189 ft (57 m), then the volume of cement ($V_C$) in the column is approximately 38 ft³. In other words, there was 38 cubic feet (around 7 barrels) of cement located in the Macondo's shoe track.

### 4        The conditions at Macondo may have allowed for channelling in the cement

The conditions of the cement in the shoe track and annulus are not known with certainty.  But the fact that others have concluded that oil flowed up the casing suggests that the cement structure was disturbed.

---

[8] BP-HZN-2179MDL00154146.
[9] Bly Report, Appendix W, Table 1.3.

4.1     Flow channels

The existence of flow channels in deteriorated cement is an established phenomenon in well systems.  Some examples of flow channels that can form in deteriorated well cement are provided in *Table 4.1*.  Pre-existing flow channels can be subdivided into three general types (see *Table 4.1*):

-   an individual, comparatively large flow channel (situation 5 in *Table 4.1*);

-   a number of parallel capillaries (situation 3 in *Table 4.1*);

-   a net of cracks, pores and flaws (combination of situation 3 and 6 in *Table 4.1*).

The existence of pre-existing flow channels cannot be neglected in flow-condition and erosion analyses.  These flow channels will alter the structure of the cement material, and they can act as pathways for penetrating fluids.  The following two examples may illustrate these effects:

-   Cracks as small as 500 µm (millionths of a meter) in a cement-based composite can increase the permeability of the material by some orders of magnitude;[10]

-   Foam-type pores in concrete can increase its permeability by a factor of 10.[11]


4.2     Potential for formation of pre-existing channels in the Macondo well

The conditions for the formation of channels may have been present at Macondo.  This would include the following possibilities[12]:

-   contamination of the cement by nitrogen breakout and migration from nitrified foam cement;

-   inadequate design of the cement;

-   inadequate testing of the cement.

---

[10] *Lepech and Li, 2005*.
[11] *Sanjaya et al., 2007*.
[12] Bly Report, at 34.

| Situation | | Image | Importance |
|---|---|---|---|
| 1 | Between cement and casing | | Contact stresses; interface shrinkage; deteriorated bond |
| 2 | Between cement and casing | | Contact stresses; interface shrinkage; deteriorated bond |
| 3 | Through the cement | | Insufficient mixing; unfinished hydration; pore system; high permeability; degradation |
| 4 | Through the casing | | Casing erosion (solid particle/slurry erosion) |
| 5 | Through fractures in cement | | Cracked cement |
| 6 | Between cement and formation | | Contact stresses cement/ rock, developed during cement slurry setting |

*Table 4.1: Possible flow paths in a deteriorated well; note situations 3 and 5[13]*

Accordingly, it is quite reasonable to assume that the well cement had one or more channels in it by the time of the blowout.

## 5 Evidence for pre-existing flow channels and cement degradation

### 5.1 Emilsen's analysis suggests that there was some cement blocking the reservoir.

Emilsen modeled events leading up to and including the blowout. The 200-psi pressure increase recorded at 21:08 on the night of April 20, 2010, was modeled by Emilsen by assuming hydrocarbon flow through the production casing shoe and through the well cement.[14] This phenomenon could be

---

[13] Adapted from *Celia*, 2010. I added the right column.
[14] Bly Report, Appendix W, at viii.

explained by assuming the existence of initially small channels in the cement between reservoir and wellbore.[15]

The instantaneous flow rates for Emilsen's best model match are reproduced in *Figure 5.1* below.[16] In this model, the flow rate gradually increased until just before 21:30; the flow rate then increased more rapidly.  Griffiths asserts that this shows a fast erosive process.[17]  I agree that it is instructive to assume that this change in model flow rate is related to the capability of the cement material to resist oil flow. The sudden change in flow rate around 21:30 may reflect a notable drop in the cement's resistance to flow.  In other words, around 21:30, the cement began to permit more hydrocarbons to flow through it. Contrary to the assumption of the United States' experts, erosional processes cannot explain this short-time event. Other mechanisms must be considered at play.



*Figure 5.1*: Emilsen's simulation that most closely matched witnessed events and recorded data.
It shows a varying oil influx rate over time.[18]

---

[15] *Id.* at 54 (noting that it is possible that there were initially small channels in the cement and that more of the reservoir became exposed as drawdown increased).
[16] *Id.* at 55.
[17] *See* Griffiths Report, page 11, n. 10.
[18] Bly Report, Appendix W, page 55.

Emilsen concluded that his best model match is for a net pay of between 13 feet to 16.5 feet, and that flow was through the casing shoe and up into the rest of the production casing. This tells us that there was some blockage of the reservoir oil. A reasonable inference from this is that there was substantial cement impeding flow in the wellbore, but that flow was occurring through channels in the cement.[19]

Griffiths argues that if there was cement at the bottom of the well, "*the likely mechanism for progressive failure is erosion*" where the rate of failure would be caused by the opening of "*small channels*" in the cement.[20] He calculates the erosion period to be less than 9 hours before the cement and other impediments would no longer provide significant restrictions to flow from the reservoir into the casing.

To evaluate Griffiths' assertions regarding the rate of erosion, I will next consider the possible flow paths in the cement.

5.2     Estimate of flow path dimensions

The size of the flow path, particularly the cross-sectional area, must take into account flow rate and pressure drops. The flow path cross-section must allow the flow rates shown in *Figure 5.1*, namely the highest flow rate of around 27 stb/min, but it must also be narrow enough to have the corresponding resistance to the flow and pressure drop. We can estimate the diameter of the cement channel before and after the increase in flow rate around 21:30 reflected in the model. As is shown in the Appendix A, for a flow rate of 12 stb/min, based on a net pay of 13 feet, we expect a pressure drop of 1980 psi across the cement channel. This correlates to a flow diameter ($d_F$) of 2.17 inches. And for a flow rate of 27 stb/min, we expect a pressure drop of 3496 psi across the cement channel based on a net pay of 16.5 feet. This correlates to a flow diameter of 2.64 inches.

---

[19] Bly Report, Appendix W, page vii ("It is probable that the sands were restricted to some degree by the cement and downhole equipment and that the resulting reservoir exposure is less than the total reservoir thickness.").

[20] Griffiths Report, page 12, n. 11.

These results can be converted into percentages of the cross-section of the long cement column covered by flow path.  For the lower flow rate, we obtain: $(2.17/6.09)^2 = 0.13$ (13%).  For the higher flow rate, we obtain: $(2.64/6.09)^2 = 0.19$ (19%).  That would mean that between 13% and 19% of the cement column might be open to flow.  Note, however, that the cement column would still provide a sizable flow restriction as evidenced by the large pressure drop across it of between 2000 and 3500 psi.  (Flow restrictions cause pressure drops.)

## 6        Erosion rate considerations

### 6.1        Eroded volume

One can assume that the total volume of cement in the well column needs to erode in order to result in the "*complete elimination of any resistance to flow by the cement*"[21] [22]  This volume was derived in Section 3.2.  It is 38 cubic feet.  We can, however, subtract the volume of the initially existing channels (19%), which would give us a volume of 30.8 cubic feet.

### 6.2        Government erosion rates

Griffiths assumes that any cement remaining in the wellbore at 21:30 would have been completely eroded nine hours later.[23]  For his assumption to hold true, this means that approximately 30.8 cubic feet of cement would need to erode over a 9-hour period. To determine the erosion rate, one simply divides the volume of cement supposedly eroded by the time:

$$E_C = \frac{V_C}{9\,h} = \frac{30.8\,ft^3}{9\,h} = 3.42\,ft^3/h \tag{6.1}$$

Here, $E_C$ is the cement volume $V_C$ (in $ft^3$) that must be eroded in a given time period (in hours).  This calculation is charitable to Griffiths because he mentioned "*any resistance to flow by the cement <u>or other down-hole restrictions</u>*."[24]  Thus, not just the designated cement volume must be removed during the 9-hour period, but additional material (with probably higher erosion resistances, say steel in the float collar) as well.  And as noted above, there would also have been cement in the annulus resisting flow.

---

[21] Griffiths Report, page 12, n.11.
[22]  It could be argued that resistance to flow may end before all the cement eroded.  As we will see, however, the government experts require an erosion rate that is much higher than any reported cement erosion rates. This assumption thus does not affect our results and simplifies our analysis.
[23] Griffiths Report, page 12 ("9 hours represents ... the time to complete elimination of any resistance to flow by the cement...").
[24] *Id.*

If we apply the same calculation procedure to Dykhuizen's "2nd day criterion", we obtain:

$$E_C = \frac{V_C}{48\,h} = \frac{30.8\ ft^3}{48\,h} = 0.64\ ft^3/h \tag{6.2}$$

### 6.3 The government experts' rates are thousands of times greater than any erosion rates reported in the literature on cement erosion

The government experts' assumed erosion rates are 10,000 to 100,000 times greater than any reported in the extensive literature devoted to concrete erosion.   The Halliburton Lab Report mentions that the cement contains some silica sand.[25]  That makes it different from a plain cement, because it contains aggregates and thus behaves like concrete.  A situation very similar to channel flow was recently considered in the experimental work of *Wang et al.* (2012).  They exposed concrete to water flow at a flow speed of 115 ft/s (35 m/s).  The maximum erosion rate they estimated was about $169 \cdot 10^{-6}\ ft^3/h$.  (This is .000169 cubic foot per hour.)

The addition of sand to the flow would increase the erosion rate.  I have found evidence for this in investigations regarding the erosion of steel by oil-water-sand mixtures. For an oil-water-sand mixture with a sand content of about 20% by weight, the erosion rate increased by a factor of 9.[26]  However, all results listed in *Table 6.1* account already for this mixed (slurry) flow.  I have investigated erosion rates in concrete materials and exposed these materials to a high-speed slurry flow (like oil containing sand particles) at velocities of 180 ft/m.[27]  The erosion rates I measured were about $254 \cdot 10^{-5}\ ft^3/h$. (That is .00254 cubic feet per hour.)  More results from other researchers are provided in *Table 6.1*.

Even if the erosion rate is doubled due to the possibility that the well cement had a high porosity,[28] the complete erosion of the well cement would not occur in 2 days or anything close to that.  The compressive strength numbers for the concrete materials cited in *Table 6.1* and those for the well

---

[25] *See* Exhibit 7722.
[26] *Yang and Cheng, 2012*
[27] *Hu et al.*, 2002.
[28] *Atis, 2003.*

cements are of comparable order.  In my earlier investigations,[29] I have found that a plain cement is sometimes easier to erode than a concrete material at very high flow speeds ($v_F$=720 ft/s).  This is because of the lack of interfaces in the cement.  (Interfaces would stop or branch cracks and slow down erosion.)  However, the well cement in question contains some silica sand, and at least some of the well cement must be considered pre-damaged.   These effects will reduce the differences between concrete and cement.

Results of erosion experiments on concrete materials are summarized in *Table 6.1*.  The Government's assumed erosion rates are many times faster than rates reported in the literature. *That is, for these government experts to be correct, the cement in the well would have had to have to erode at least 100 times faster than the highest erosion rates reported in the literature.*

*Table 6.1: Comparisons between erosion rates reported in the reference literature and erosion rates calculated from the expert reports*

| Source | Reference | Material (compressive strength) | Water | Slurry | Flow speed in $ft/s$ | Erosion rate in $ft^3/h$ |
|---|---|---|---|---|---|---|
| Expert Reports[1] | *Griffiths* (2013) | Well cement [2] | | | | 3.42 |
| | *Dykhuizen* (2013) | Well cement [2] | | | | 0.64 |
| Experi-mental Results | Wang et al. (2012) | Concrete (10,900 psi) | | X | 115 | 0.00017 |
| | *Hu et al.* (2002) | Concrete (4,400 psi) | | X | 180 | 0.0025 |
| | *Binici* (2007) | Concrete (7,100 psi) | | X | - | 0.00046 |
| | *Liu et al.* (2012) | Concrete ( 5,000 psi) | | X | 33 | 0.00071 |
| | *Hochheng and Weng* (2002) | Concrete (5,100 psi) | X | X | 50 | 0.00011 |
| | *Liu et al.* (2006) | Concrete (2,900 psi) | | X | 33 | 0.00042 |
| | Wu et al. (2010) | (Fibre reinforced concrete) | | X | 40 | 0.00078 |
| | *Yin and Xie* (2011) | Concrete (4,350 psi) | | X | 256 | 0.0005 |

[1] My calculations based on data from *Griffiths* and *Dykhuizen*;

[2] Typical compressive strength numbers for the well cement are 3,918 to 4,575 psi *(Chevron*, 2010)

---

[29] *Momber and Kovacevic*, 1996.

**7      Alternative scenario**

7.1      Why an alternative scenario?

The possible rapid, early flow path increase cannot be explained with a standard erosion process, because it occurred much too fast.  It seems that another material destruction process may be involved - namely hydraulic fragmentation, which I explore next.


7.2      Hydraulic fragmentation

We have shown the possibility that the cement initially had substantial flaws, such as a net of cracks or a number of capillaries, and a net of voids separated by cement bridges.  We have also seen, based on the discussion of *Figure 5.1*, that there is a period where the oil flow rate in Emilsen's model changed from moderate numbers to higher numbers over a rather short period of time.  This suggests the possibility of hydraulic fragmentation during some short period around the time the modelled flow rate increased.    Hydraulic fragmentation is known from rock and concrete demolition.[30]  It is similar to the well-known process of hydraulic fracturing, but is characterized by a local pressure increase over a short period of time, leading to the rapid fragmentation of, or internal damage to, a given material volume.  Hydraulic fragmentation requires the existence of fluid-filled voids, flaws or capillaries and the sudden release of a particular pressurized fluid volume.  It is possible that such a situation existed in the Macondo well prior to the incident.

The quick release of pressurized oil into a large pre-existing pore or into a pre-cracked section in the well cement due to the collapse of local cement bridges could result in fragmenting, creating pathways allowing the penetration of a substantial volume of oil in a short period of time.

Pressures as low as 3,770 psi, are sufficient to fracture concrete by means of hydraulic fragmentation.[31]    But due to the lateral confinement of the cement volume in the steel pipe in the case of the Macondo well, the long cement column of about 189 feet, and the float collar and other equipment, the ejection of larger cement debris was prevented.  This would have limited the

---

[30] *Momber 1998, 2008; Hammelmann, 1996.*
[31] *Hammelmann, 1996.*

fragmentation process to the formation of a net of cracks and fractures; the fragmented cement likely would have been held in place, with a weakened structure that allowed fluid flow around the fragments. Thus, fragmentation likely would not have removed more than a small amount of the cement.



*Figure 7.1*

*Schematic of the shoe track showing possible fragmenting of the cement. Also note the location of the "Foam Cement" in the annulus. Source material: BP, 2010.*

*Emilsen's* modelling is also instructive. He gets a best match with the net pay of between 13 feet to 16.5 feet. As noted, Griffiths appears to conclude that this means there was a change of net pay

from 13 to 16.5 feet over 30 minutes.[32]   As I explained above, I do not see where Emilsen says this, but I will assume it for purposes of this discussion to provide a better explanation for what Griffiths reports.   That is, assuming that Griffiths' assertion that net pay changed from 13 to 16.5 feet between 21:00 and 21:30 on April 20 were correct, such a change would not be consistent with an erosion process.  But it would be consistent with a fragmentation process, in which all or most of the fragmented cement stayed in place with fractures allowing fluid flow, followed by an erosion process.

7.3   Alternative 4-step degradation scenario

The findings from the previous sections suggest a plausible explanation for what happened downhole.  This alternative multi-step scenario consists of the following periods:

1. "Threshold" period: It is characterized by pre-damaged, permeable well cement, allowing the release of a small volume of hydrocarbons.  This is consistent with the results of the negative pressure test.[33]   During the threshold period, one would expect to see limited channelling and, hence, limited influx of oil into the wellbore.

2. "Initial" period: Hydraulic fragmentation of the pre-damaged well cement during the early period, generating flow paths through the cement.  In the case of Macondo, the initial period is defined by a rapid increase in flow-path area for a short time period caused by fragmentation as described above.

3. Erosion period: Following the initial period of hydraulic fragmentation, I would expect to see a subsequent steady, gradual widening of the openings in the remaining cement due to slurry erosion (erosion caused by a mixture of oil and sand).  This is consistent with a less intense increase in flow path size.  As described in Section 6.3, cement erosion takes some period of

---

[32] Griffiths Report, page 11 (asserting that the increase in net pay took place between 21:00 and 21:30 on April 20 based on Emilsen's modelling).
[33] *See* Bly Report, Appendix W (noting that there was a possible hydrocarbon influx during the negative pressure of 0 to 20 barrels).

time to occur.  We do not know for certain if this lasted for a week or a month or longer.

Erosion is complicated, and the government experts have failed to address these key issues.

4. <u>Final period</u>: Effects of erosion are negligible.

This outlined scenario would account for a sudden release of oil, and for the initially steep increase in flow path cross section.  It also would be consistent with a steady, gradual increase in flow path cross section, and the decreased contribution of erosion during the final period of the hydrocarbon release.  Given the evidence, such a scenario is more likely than simply assuming that only erosion occurred - and that it occurred very rapidly.

**8      Conclusion**

In the end, the government experts do not provide arguments why and how cement erosion could have happened on the unprecedented timescales they posit. It is far more likely that there was an initial period of fragmentation followed by a long period of slower erosion. This erosive period may have lasted for a substantial portion of the spill.

The opinions that I have expressed in this report are based on my education, training, experience, and my review of materials in connection with this legal proceeding. I hold these opinions to a reasonable degree of engineering certainty.

I have not testified in the last four years, either in deposition or trial.

I am compensated for my time working on this matter at an hourly rate of $220, and my compensation is not related in any way to the outcome.

Submitted by:

*A. Momber*

Andreas Momber

May 1, 2013

## 9   References

Atis, C., 2003, Abrasion-porosity-strength model for fly ash concrete. *ASCE Journal of Materials in Civil Engineering*, No. 7/8, 408-410.

Binici, H., 2007, 2007, Effect of crushed ceramic and basaltic pumice as fine aggregates on concrete mortars properties. *Construction and Building Materials*, Vol. 21, 1191-1197.

BP, 2010, *Deepwater Horizon Accident Investigation Report*. September 8, 2010.

Celia, M.A., 2010, The role of existing wells as pathways for $CO_2$ leakage. *AAGP Convention*, New Orleans, LA, USA, April 11-14, 2010.

Chevron, 2010, Cement testing report to the National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling, *CVX80311 00000809*, Energy Technology Company, Houston, TX, USA, 26 October, 2010.

Craft, B.C., Hawkins, M.F., 1991, *Applied Petroleum Reservoir Engineering*. 2nd Ed., Prentice Hall, Englewood Cliffs, USA.

DHSG, 2011, *Final Report on the Investigation of the Macondo Well Blowout*. Deepwater Horizon Study Group, March 1, 2011.

Dykhuizen, R.C., 2013, Flow rates from the Macondo MC 252 well submitted on behalf of the United States. *Expert Report*, March 22, 2013.

Emilsen, M.H., 2010, Dynamic simulations Deepwater Horizon incident. *Report*, Add Energy, Lysaker, Norway, August 29, 2010.

Emilsen, M.H., 2011, Deepwater Horizon Incident: Summary and Conclusions. *Report*, Add Energy, Lysaker, Norway, October 17, 2011.

Griffiths, S.K., 2012, Oil Release from the MC252 Macondo Well following the Deepwater Horizon accident. *Environmental Science and Technology*, Vol. 46, 5616-5622.

Griffiths, S.K., 2013, Oil Release from the MC252 Macondo Well. *Expert Report*, March 22, 2013.

Hammelmann, F., 1996, Die Anwendung der Hochdruckwasserstrahltechnik beim Bohren, Kerben und Spalten von Gestein. (The application of high-pressure waterjet technique for drilling, kerfing and fragmentation of rocks.) *Dissertation*, RWTH Aachen, Aachen, Germany.

Hocheng, H., Weng, C.H., 2002, Hydraulic erosion of concrete by a submerged jet. *Journal of Materials Engineering and Performance*, Vol. 11, 256-261.

Hu, X.G., Momber, A.W., Yin, Y.G., 2002, Hydro-abrasive erosion of steel-fiber reinforced hydraulic concrete. *Wear*, Vol. 253, 848-854.

Lepech, M., Li, V.C., 2005, Water permeability of cracked cementitious composites. *Eleventh International Conference on Fracture*, Paper 4539, Turin, Italy, March 2005.

Liu, Y.W., Yen, T., Hsu, T.H., 2006, Abrasion erosion of concrete by water-borne sand. *Cement and Concrete Research*, Vol. 36, 1814-1820.

Liu, Y.W., Cho, S.W., Hsu, T.H., 2012, Impact abrasion of hydraulic structures concrete. *Journal of Marine Science and Technology*, Vol. 20, No. 3, 253-258.

Momber, A.W. (ed.), 1998, *Water Jet Applications in Construction Engineering*. A.A. Balkema, Rotterdam, Netherlands.

Momber, A.W., 2005, *Hydrodemolition of Concrete Substrates and Reinforced Concrete Structures*. Elsevier Applied Science, London.

Momber, A.W., 2008, *Blast Cleaning Technology*. Springer, Berlin-Heidelberg.

Momber, A.W., Kovacevic, R., Ye, J., 1995, The fracture of concrete due to erosive wear by high velocity water flow. *Tribology Transactions*, Vol. 38, 686-692.

Momber, A.W., Kovacevic, R., 1996, Fracture of brittle multiphase materials by high energy water jets. *Journal of Materials Science*, Vol. 31, 1081-1085

Momber, A.W., Schulz, R.-R., 2006, *Betonoberfläche: Vorbereitung, Eigenschaften, Prüfung*. (*Concrete Surfaces: Preparation, Properties and Testing.*) Birkhäuser, Basel, Switzerland.

Oilfield, 2011, JIT Macondo well tasting. *Oilfield Report*, Job ID 11-0411-01, Oilfield Testing & Consulting, Houston, TX, USA, 1 August, 2011.

20

Sanjaya, C.S., Tamilselvan, T., Wee, T.H., 2007, Permeability of foamed concrete. *32nd Conference on Our World in Concrete and Structures*, 28-29 August, 2007, Singapore.

Wang, X., Luo, S., Hu, Y., Yuang, Q., Wang, H., 2012, High-speed flow erosion on a new roller compacted concrete dam during construction. *Journal of Hydrodynamics*, Vol. 24, No. 1, 32-38.

Wu, C.H., Liu, Y.W., Huang, C.H., Yen, T., Hsu, T.H., 2010, Research on the abrasion erosion and impact resistance of fiber concrete. *Proceedings 18th CIB World Building Congress*, May 2010, Salford, UK, 333-344.

Yang, Y., Cheng, Y.F., 2012, Parametric effects on the erosion–corrosion rate and mechanism of carbon steel pipes in oil sands slurry. *Wear*, Vol. 276-277, 141-148.

Yin, Y., Xie, T., 2011, Erosion mechanisms of hydraulic concretes under high-speed abrasive water jets at different impact angles. *Advanced Materials Research*, Vols. 150-151, 680-686.

## 10    List of symbols

$A_F$              flow path cross section

$A_W$             well cement cross section

$D_C$             well cement column diameter

$d_F$              channel diameter

$E_C$             volumetric erosion rate

$h_C$             well cement column height

p               static pressure

$Q_F$             volumetric flow rate

$v_F$              flow velocity

## 11    Conversion factors (English to metric)

| | | |
|---|---|---|
| Area 1 inch² | 6.45 cm² | |
| Length | 1 inch | 25.4 mm (2.54 cm) |
| | 1 foot | 0.305 m |
| Pressure | 1 psi | 0.007 MPa (0.07 bar) |

21

| Velocity | 1 ft/s | 0.305 m/s |
| Volume | 1 ft³ | 0.028 m³ |

## APPENDIX A

### Estimate of flow path dimensions Section 5.2

The flow path dimension ($d_F$) is coupled to the pressure drop in the channel through the Darcy-Weisbach Equation:

$$\Delta H = f_D \cdot \frac{L}{d_F} \cdot \frac{v_F^2}{2 \cdot g} \tag{A1}$$

Here $\Delta H$ is the head loss due to friction. Two simple relationships:

$$p = \rho_0 \cdot g \cdot H \tag{A2}$$

$$Q_F = \frac{\pi}{4} \cdot d_F^2 \cdot v_F \tag{A3}$$

help to rewrite Eq. (A1) as follows:

$$\Delta p_{channel} = \frac{8 \cdot f_D \cdot h_C \cdot \rho_0 \cdot (F_V \cdot Q_F)^2}{\pi^2 \cdot d_F^5} \tag{A4}$$

Thus, if the pressure drop is known, the flow path diameter can be calculated. The parameters in Equation (A4) are defined as follows: $Q_F$=volumetric flow rate (which varied here); $h_C$=cement column height (channel length of 189 feet here); $d_F$=cross-section diameter open to flow (which we want to determine); $\rho_0$=fluid density (here, 587 kg/m³); $f_D$=friction coefficient (here, 1 millimeter); $F_V$=formation volume factor (2.36 reservoir barrels of oil per stock tank barrel). The friction function $f_D(Re,\varepsilon,d_F)$ can be approximated with the Swamee-Jain Equation:

$$f_D(Re,\varepsilon,d_F) = \frac{0.25}{\left[\log\left(\frac{\varepsilon}{d_F \cdot 3.7} + \frac{5.74}{Re^{0.9}}\right)\right]^2} \tag{A5}$$

In that equation, Re is the Reynolds number:

$$Re = \frac{v_F \cdot d_F \cdot \rho_0}{\mu_0} \tag{A6}$$

23

Here, $\rho_0$= dynamic fluid viscosity (0.0017 Pa·s). (*See* Pencor Lab Report, BP-HZN-2179MDL01872218)

The next step is to establish a procedure for the estimation of $\Delta p_{channel}$. The pressure balance in the production system is as follows:

$$p_{res} - \Delta p_{Darcy} - \Delta p_{channel} = p_{bhp} \tag{A7}$$

The variables are defined as follows: $p_{res}$ is the initial reservoir pressure; $\Delta p_{Darcy}$ is the pressure drop from the flow in the reservoir to the sandface; $p_{bhp}$ is the bottomhole pressure downstream of the cement.

The pressure drop from the reservoir to the bottomhole consists of two terms: the pressure drop from the reservoir to the sandface, and the pressure drop across the cement structure.

First, we have the pressure drop from the reservoir to the sandface, assuming the whole reservoir is open to flow:

$$\Delta p_{Darcy} = \frac{Q_{stb\,21:30}}{PI} \tag{A8}$$

The subscript stands for the time 21:30, which we will use throughout this part of the calculation. This time marks the end of the period with moderate flow rate increase as discussed in Section 5.1; we have a flow rate of $Q_g$=12 stb/min at that time. PI is the productivity Index. We take PI=49 bbl/(day·psi) from *Emilsen* (2010), assuming full reservoir exposure. A rearrangement of Equation (A7) delivers:

$$\Delta p_{channel} = p_{res} - \Delta p_{Darcy} - p_{bhp\,21:30} \tag{A9}$$

The first term is the initial reservoir pressure: $p_{res}$=11,856 psi. We can solve for the Darcy term by using Equation (A8), if we insert the flow rate. For $Q_g$=$Q_{stb-21:30}$=12 stb/min and PI=49 bbl/(day·psi), we obtain $\Delta p_{Darcy}$=353 psi. The bottomhole pressure can be calculated as follows:

$$p_{bhp\,21:30} = p_{res} - \frac{Q_{stb\,21:30}}{PI_{21:30}} \tag{A10}$$

At 21:30, the reservoir height was 13 ft in Emilsen's model.  The productivity index scales linearly with the exposed reservoir (*Craft and Hawkins*, 1991, 247).  We now assume that this effect is accounted for in the cement column.  We also assume that there is no cement covering the reservoir. That delivers a modified productivity index:

$$PI_{21:30} = 49 \frac{bbl}{day \cdot psi} \cdot \frac{13\,ft}{86\,ft} = 7.41 \frac{bbl}{day \cdot psi} \tag{A11}$$

With $PI_{21:30}$=7.41 bbl/(day·psi) and $p_{res}$=11,856 psi, Equation (A10) delivers: $p_{bhp.21:30}$=9524 psi.

If all calculated numbers are inserted into Eq. (A9), we obtain a pressure drop over the channel of $\Delta p_{channel}$=1980 psi.

We introduce this number into Equation (A4) in order to calculate the corresponding flow channel diameter.  This calculation procedure is performed also for the case of the highest flow rate $Q_F$=27 stb/min.  The results of all calculations are summarized in *Table A1*.

*Table A1: Results of flow channel size calculations*

| Parameter | Unit | Flow rate ($Q_F$) in stb/min | |
|---|---|---|---|
| | | 12 | 27 |
| $p_{res}$ | psi | 11,856 | 11,856 |
| $\Delta p_{Darcy}$ | psi | 353 | 794 |
| $p_{bhp}$ | psi | 9,524 | 7,593 |
| $\Delta p_{channel}$ | psi | 1,980 | 3,496 |
| PI | bbl/(day·psi) | 7.41 | 9.12 |
| $D_F$ | inch | 2.17 | 2.64 |

**APPENDIX B**

**Cirriculum Vitae**

**Andreas Momber**



**1          CONTACT**

| | |
|---|---|
| Address | Wolfgangsweg 12 |
| | D-20459 Hamburg |
| | Germany |
| Phone | +49 (0)40-76753719 (private) |
| Phone | +49 (0)40-7527144 (office) |
| Phone | +49 (0)160-4615416 (mobile) |
| E-Mail | andreas.momber@t-online.de |

**2          PERSONAL DATA**

- 1959          Day of birth: 16. March 1959

                     Place of birth: Weißenfels (Sachsen-Anhalt)

                     Name of birth: Andreas Bauda
- 1965 till 1973     Elementary school in Weißenfels
- 1974 till 1977     High school (Gymnasium) in Weißenfels
- 1977          Abitur
- 1977 till 1980     Military service in Weißwasser (construction engineering)
- 1980 till 1985     Study at the Hochschule für Architektur und Bauwesen Weimar

**3          ACADEMIC QUALIFICATIONS**

- August 2002     Habilitation (Dr.-habil.) at the RWTH Aachen, Faculty of Georesources

                     and Materials Engineering), Aachen, Germany

                     Referees:

26

|  | | - Prof. Dr. K. Nienhaus, Faculty of Georesources und Materials Technique, RWTH Aachen |
| :-- | :-- | :-- |

- Prof. Dr. K. Nienhaus, Faculty of Georesources und Materials Technique,
  RWTH Aachen
- Prof. Dr. H. Louis, Institute of Materials Science, University of Hanover
- Prof. Dr. W.-D. Reinhardt, Institute of Construction Materials, University of
  Stuttgart

- February 1990    Promotion (Dr.-Ing.) at the Leipzig University of Technology,
  Department of Civil Engineering, Leipzig, Germany
  Referees:
  - Doz. Dr. J. Moritz, Department of Civil Engineering, TH Leipzig
  - Prof. Dr. G. Kuhnert, Institute of Process Machinery, University
    (Bergakademie) Freiberg
  - Prof. Dr. K-D. Röbenack, Chair for Construction Engineering, HAB Weimar

- February 1985    Diploma (Dipl.-Ing.) at the Hochschule für Architektur und Bauwesen
  Weimar, Department of Materials Processing Technology, Weimar
  Referee: Prof. Dr. S. Röbert

- 1980 till 1985    Studies in Materials Processing Technology at the Hochschule für
  Architektur und Bauwesen Weimar (University)

## 4        EMPLOYMENT

| - Since 02/03 | Muehlhan AG, Hamburg | Head of R&D Department |
| :-- | :-- | :-- |
| - Since 09/02 | RWTH Aachen | Lecturer |
| - 01/99 till 06/02 | RWTH Aachen | Habilitation Fellow |
| - 04/99 till 09/99 | IRIS, Melbourne, Australien | Visiting Researcher |
| - 12/97 till 01/03 | WOMA Apparatebau GmbH, Duisburg | Head Technology / Marketing |
| - 10/97 till 11/97 | Southern Methodist University Dallas, TX, USA | Visiting Researcher |
| - 08/97 till 09/97 | The University of Tulsa, Tulsa, OK, | Visiting Researcher |

|                    | USA                                         |                     |
| ------------------ | ------------------------------------------- | ------------------- |
| - 12/95 till 07/97 | WOMA Apparatebau GmbH, Duisburg             | Head Technology     |
| - 09/93 till 11/95 | University of Kentucky, Lexington, KY,       | Visiting Researcher |
|                    | USA                                         |                     |
| - 03/92 till 08/93 | WOMA Apparatebau GmbH, Duisburg             | Project Coordinator |
| - 04/91 till 02/92 | University Hanover, Institute of Materials   | Senior Researcher   |
|                    | Science                                     |                     |
| - 03/85 till 03/91 | Leipzig University of Technology, Leipzig   | Research Assistant  |

**5**          **TEACHING AND LEARNING**

*5.1*          *Teaching Areas*

- Contact Mechanics

- Corrosion and Corrosion Protection

- Erosion

- Fracture Mechanics

- Materials Engineering

- Mechanical Material Processing

- Recycling

- Surface Science and Technology

- Tribology and Wear

*5.2*          *External Engineering Education*

- DECHEMA, Frankfurt, Germany, Germany

  http://www.dechema.de/en/start_en.html

- Deutsche Gesellschaft für Materialkunde (DGM), Frankfurt, Germany

  http://www.dgm.de/

- ForWind Academy, Bremerhafen, Germany

- Germanischer Lloyd, Hamburg, Germany

- Haus der Technik e.V., Essen, Germany

- NACE, Houston, USA

  http://www.nace.org/home.aspx

- Protective Coatings Europe, Genoa, Italy

28

- SSPC, Pittsburgh, USA

  http://www.sspc.org/

- Technische Akademie Esslingen, Germany

- Technische Akademie Wuppertal, Germany

- Verein Deutscher Ingenieure (VDI), Düsseldorf, Germany

  http://www.vdi.eu/

5.3      *Supervision of Postgraduate Students*

- Supervision of five Diploma Thesis

- Supervision of two PhD Thesis

**6          RESEARCH (see also List of Publications)**

- Coatings and coatings technology

- Corrosion and corrosion prevention

- Crushing and grinding of cement-based materials

- Fracture of quasi-brittle materials

- Mechanical testing of concrete materials

- Non-traditional machining techniques

- Recycling of construction materials

- Surface protection of construction materials

- Wear and erosion of geomaterials

**7          AWARDS AND SCHOLARSHIPS**

- 1991      Integration Grant of the Alexander von Humboldt-Foundation, Bonn, for
            Research at the Institute of Materials Science, University of Hannover,
            Germany

- 1993      First „Feodor Lynen"-Award of the Alexander von Humboldt-Foundation for Research
            at the Center for Robotics and Manufacturing Systems, University of Kentucky,
            Lexington, KY, USA

| | |
|---|---|
| - 1994 | Second „Feodor Lynen"-Award of the Alexander von Humboldt-Foundation for Research at the Center for Robotics and Manufacturing Systems, University of Kentucky, Lexington, KY, USA |
| - 1995 | Third „Feodor Lynen"-Award of the Alexander von Humboldt-Foundation for Research at the Center for Robotics and Manufacturing Systems, University of Kentucky, Lexington, KY, USA |
| - 1995 | Membership The New York Academy of Sciences |
| - 1997 | Invited Visiting Researcher at the Department of Mechanical Engineering, The University of Tulsa, Tulsa, OK, USA |
| - 1997 | Alexander von Humboldt-Foundation Exchange Fellow at the Department of Mechanical Engineering, Southern Methodist University, Dallas, TX, USA |
| - 1997 | Member of the German Engineering Committee "Three Gorges" Dam Project, Yichang, PR China |
| - 1998 | First nomination in Marquis' „Who's Who in Science and Engineering" |
| - 1998 | Habilitation Declaration at the Department of Mining, Metallurgy and Geosciences, RWTH Aachen, Aachen |
| - 1999 | Habilitation Grant of the Deutschen Forschungsgemeinschaft (DFG), Bonn, Germany |
| - 2000 | Session Chair „Fluid Machinery", First Int. Congress on Mechanical Engineering, Shanghai, PR China |
| - 2001 | DAAD Exchange Researcher at the University of Cambridge, Department of Physics and Chemistry, Cambridge, UK |
| - 2001 | First nomination in Marquis' „Who's Who in the World" |
| - 2002 | Invited Exchange Researcher at the University of Cambridge, Department of Physics and Chemistry, Cambridge, UK |
| - 2002 | Venia Legendi (Privatdozent) for „Erosion", RWTH Aachen |
| - 2003 | Nomination „Technology Award", WJTA, USA |
| - 2003 | Front photograph: "Journal of Materials Science Letters" |
| - 2004 | Editor's Award „Journal of Protective Coatings and Linings" |
| - 2004 | Top Ten Paper of the journal "Wear" |
| - 2005 | Invited Membership American Chemical Society |
| - 2007 | Editor's Award „Journal of Protective Coatings and Linings" |
| - 2008 | Invited Membership American Institute of Chemical Engineers |
| - 2009 | SSPC Outstanding Publication Award |
| - 2011 | SSPC: Listed as one of the 24 Industry's Top Thinkers in Surface Technology (Clive H. Hare Award) |

30

**8**          **ACADEMIC AND PROFESSIONAL LEADERSHIP**

8.1          *Referee to Scientific Journals*

- ASCE Transactions

- ASME Transactions

- Colloids and Surfaces A: Physicochemical and Engineering Aspects

- Construction and Building Materials

- Experimental Fluid and Thermal Science

- IME Proceedings

- International Journal of Fracture

- International Journal of Impact Engineering

- International Journal of Mechanical Sciences

- International Journal of Materials and Product Technology

- International Journal of Mechanical Sciences

- Journal of Materials Processing Technology

- Journal of Materials Science

- Journal of Protective Coatings and Linings

- KSCE Journal of Civil Engineering

- Letters in Organic Chemistry

- Measurement Science and Technology

- Mineral Processing and Extractive Metallurgy

- Tribology International

*Referee to Scientific Journals, cont.*

- Tribology Transactions

- Wear

8.2          *Referee to Research Organizations*

- American Society of Mechanical Engineers, New York, USA

- Czech Science Foundation, Prague, Czech Republic

- Canada Research Chairs Program, Ottawa, Canada

- Deutscher Beton- und Bautechnik-Verein e.V., Berlin, Germany

- Deutsches Institut für Normung e.V., Berlin, Germany

31

- Forschungsvereinigung Bau- und Baustoffmaschinen e.V., Frankfurt am Main, Germany
- Germanischer Lloyd AG, Hamburg, Germany
- Institution of Mechanical Engineers, St. Bury, UK
- Institute of Materials, Minerals and Mining, London, UK
- National Association of Corrosion Engineers (NACE), Houston, USA
- Natural Sciences and Engineering Research Council of Canada (NSERC),  Ottawa, Canada
- The Institute of Physics, London, UK
- The Society of Protective Coatings (SSPC), Pittsburgh, USA

8.3     *Chairmanship*

National Association of Corrosion Engineers (NACE)

Technical Committee TG 476

"Corrosion Protection of Offshore Wind Power Units"

Elected Chairman

8.4     *Offered Position*

Associate Professor of Sustainable Materials

School of Engineering

University of Western Sydney

Penrith, Australia

Offer rejected, February 2011

8.5     *Memberships*

- Deutscher Beton- und Bautechnik-Verein (DBV), Berlin, Germany
- Deutscher Hochschulverband, Bonn, Germany
- Deutsches Institut für Normung GmbH (DIN), Berlin, Germany
- Freunde und Förderer der RWTH Aachen e.V., Aachen, Germany
- National Association of Corrosion Engineers (NACE), Houston, USA
- The Society of Protective Coatings (SSPC), Pittsburg, USA
- Verband Deutscher Maschinen- und Anlagenbau e.V. (VDMA), Frankfurt am Main, Germany

**APPENDIX C**

Selected Publications 2000-2013

**1.    Books**

1.1    Momber, A.W.: *Hydroblasting and Coating of Steel Structures*. Elsevier Applied Science, London, 2003.

1.2    Momber, A.W.: *Hochgeschwindigkeitserosion mineralischer Roh- und Werkstoffe*. („*High-speed Erosion of Geomaterials*"). Wissenschaftlicher Buchverlag, Osnabrück, 2004.

1.3    Momber, A.W.: *Hydrodemolition of Concrete Substrates and Reinforced Concrete Structures*. Elsevier Applied Science, London, 2005.

1.4    Momber, A.W., Schulz, R.-R.: *Betonoberfläche: Vorbereitung, Eigenschaften, Prüfung*. („*Concrete Surfaces: Treatment, Properties, Testing*"). Birkhäuser Verlag, Basel, 2006.

1.5    Momber, A.W.: *Blast Cleaning Technology*. Springer Publ., Heidelberg, 2008.

**2.    Journal Papers**

2.1    Momber, A.W.: Concrete failure due to air-water jet impingement. *Journal of Materials Science*, **35** (2000), 2785-2789.

2.2    Momber, A.W.: The fragmentation of standard concrete cylinders under compression: The role of secondary fracture debris. *Engineering Fracture Mechanics*, **67** (2000), 445-459.

2.3    Momber, A.W.: The erosion of cement paste, mortar and concrete by gritblasting. *Wear*, **246** (2000), 46-54.

2.4    Momber, A.W., Kovacevic, R., Particle size distribution influence in high-speed erosion of aluminium. *Particulate Science and Technology*, **18** (2000), 199-212.

2.5    Momber, A.W.: Stress-strain relation for water-driven particle erosion of quasi-brittle materials. *Theoretical and Applied Fracture Mechanics*, **35** (2001), 19-37.

2.6    Momber, A.W.: Energy transfer during the mixing of air and solid particles into a high-speed waterjet: an impact force study. *Experimental Thermal and Fluid Science*, **25** (2001), 31-41.

2.7    Momber, A.W.: Fluid jet erosion of tension-softening materials. *International Journal of Fracture*, **112** (2001), 99-109.

2.8    Momber, A.W., Wong, Y.C., Budidharma, E., Tjo, R.: Hydrodynamic profiling and grit blasting of low-carbon steel. *Tribology International*, **35** (2002), 271-281.

2.9     Momber, A.W.: Surface issues of profiled cementitious composites. *The Journal of Adhesion*, **78** (2002), 203-221.

2.10    Momber, A.W.: The fragmentation of cementitious composites in a jaw breaker. *Theoretical and Applied Fracture Mechanics*, **38** (2002), 151-164.

2.11    Mohan, R., Momber, A.W., Kovacevic, R.: Energy dissipation control in hydro-abrasive machining using quantitative acoustic emission. *International Journal of Advanced Manufacturing Technology*, **20** (2002), 397-406.

2.12    Momber, A.W.: The wettability of some concrete powders. *Particulate Science and Technology*, **20** (2002), 243-246.

2.13    Hu, X.G., Momber, A.W., Yin, Y.G.: Hydro-abrasive erosion of steel-fiber reinforced hydraulic concrete. *Wear*, **253** (2002), 848-854.

2.14    Momber, A.W., Mohan, R.S., Kovacevic, R.: Fracture range detection in hydro-abrasive erosion of concrete. *Wear*, **253** (2002), 1156-1164.

2.15    Momber, A.W.: An SEM-study of high-speed hydrodynamic erosion of cementitious composites. *Composites - Part B: Engineering*, **34** (2003), 135-142.

2.16    Momber, A.W.: Cavitation damage to geomaterials in a flowing system. *Journal of Materials Science*, **38** (2003), 747-757.

2.17    Momber, A.W.: The efficiency of mechanical concrete comminution. *Engineering Fracture Mechanics*, **70** (2003), 81-91.

2.18    Weiß, M., Momber, A.W.: Preliminary investigations into the separation of automotive compounds by a hydro-erosive method. *Institution of Mechanical Engineers, Journal of Automobile Engineering*, **217** (2003), 221-228.

2.19    Momber, A.W., Kovacevic, R.: Hydro-abrasive erosion of refractory ceramics. *Journal of Materials Science*, **38** (2003), 2861-2874.

2.20    Momber, A.W.: Fracture lances in glass loaded with spherical indenters. *Journal of Materials Science Letters*, **22** (2003), 1477-1481.

2.21    Weiß, M., Wüstenberg, D., Momber, A. W.: Hydro-erosive separation of plastic fibres from textile compounds. *Journal of Materials Cycles and Waste Management*, **5** (2003), 84-88.

2.22    Momber, A.W.: Wear of rocks by water flow. *International Journal of Rock Mechanics and Mining Science*, **41** (2004), 51-68.

2.23    Momber, A.W.: Damage to rocks and cementitious materials from solid impact. *Rock Mechanics Rock Engineering*, **37** (2004), 57-82.

2.24    Momber, A.W., Koller, S., Dittmers, H.J.: Effects of surface preparation methods on adhesion of organic coatings to steel substrates. *Journal of Protective Coatings and Linings*, **21** (2004) 2, 44-50.

2.25   Momber, A.W.: Aggregate liberation from concrete by flow cavitation. *International Journal of Mineral Processing*, **74** (2004), 177-187.

2.26   Momber, A.W.: Deformation and fracture of rocks loaded with spherical indenters. *International Journal of Fracture*, **115** (2004), 263-279.

2.27   Momber, A.W.: Synergetic effects of secondary liquid drop impact on solid particle impact during hydro-abrasive erosion of brittle materials. *Wear*, **256** (2004), 1190-1195.

2.28   Hu, X.G., Momber, A.W., Yin, Y., Wang, H., Cui, D.M.: High-speed hydrodynamic wear of steel-fibre reinforced hydraulic concrete. *Wear*, **257** (2004), 441-450.

2.29   Momber, A.W.: Zur Optimierung von Plungerpumpen-Strahl-Systemen. *Engineering Research*, **68** (2004), 239-246.

2.30   Momber, A.W.: Eine Übergangsbedingung beim Strahlverschleiß von Gesteinen und Betonen. *Materialwissenschaft und Werkstofftechnik*, **35** (2004), 151-157.

2.31   Momber, A.W., Greverath, W.-D., Surface preparation standards for steel substrates - a critical review. *Journal of Protective Coatings and Linings*, **21** (2004) 2, 48-52.

2.32   Momber, A.W.: Beobachtungen an Gesteinen bei Eindruckversuchen mit runden Eindruckkör-pern. *Engineering Research*, **68** (2004), 200-212.

2.33   Momber, A.W.: Deformation and fracture of rocks due to liquid impact at high speeds. *International Journal of Fracture*, **130** (2004), 683-704.

2.34   Momber, A.W.: Kavitationserosion von Werkstoffen für Wasserbauten. *Bautechnik*, **81** (2004), 819-824.

2.35   Weiß, M., Wüstenberg, D., Momber, A.W.: Erosive separation of organic coatings from fibrous substrates. *Journal of Environmental Management*, **73** (2004), 219-227.

2.36   Momber, A.W.: Eine elastisch-plastische Übergangsbedingung für die Tropfenschlagerosion von Gesteinen und Betonen. *Materialwissenschaft und Werkstofftechnik*, **35** (2004), 557-561.

2.37   Momber, A.W., Wong, Y.C.: Geometrical features of wear debris, part I: erosion of ductile steel by solid particle impingement. *Journal of Materials Science*, **40** (2005), 3517-3522.

2.38   Momber, A.W., Wong, Y.C.: Geometrical features of wear debris, part II: erosion of ductile steel by liquid particle impingement. *Journal of Materials Science*, **40** (2005), 1805-1808.

2.39   Momber, A.W., Wong, Y.C.: Overblasting effects on surface properties of low-carbon steel. *Journal of Coatings Technology*, **2** (2005), 453-461.

2.40   Momber, A.W.: Digital image analysis for assessing coated and uncoated surfaces. *Journal of Protective Coatings and Linings*, **22** (2005) 2, 53-56.

2.41   Momber, A.W.: A single-stage size-reduction process for the generation of fine-grained concrete. *Transactions of the Institute of Materials, Minerals and Mining*, **114** (2005), 121-127.

2.42   Momber, A.W., Koller, S.: Zur Korrosionsschutzwirkung von organischen Beschichtungssystemen auf gestrahlten Stahloberflächen. *Stahlbau*, **74** (2005), 780-787

2.43   Momber, A.W.: Der Werkstoffwissenschaftler Adolf G. Smekal: 1895 - 1959. *Engineering Research*, **70** (2006), 114-119.

2.44   Momber, A.W.: Ein Zerkleinerungskennwert für Betone. *Engineering Research*, **70** (2006), 120-127.

2.45   Momber, A.W.: Aspects of salt concentration of prepared steel substrates. *Journal of Protective Coatings and Linings*, **23** (2006), 2, M2-M8.

2.46   Momber, A.W.: A transition index for rock failure due to liquid impact. Wear, 260 (2006), 996-1002.

2.47   Hu, X.G., Momber, A.W., Yin, Y.: Erosive wear of hydraulic concrete with low steel fibre content. ASCE Journal of Hydraulic Engineering, 132 (2006), 1331-1340.


2.48   Godoy, R., Momber, A.W.: Preparing offshore platforms with UHPAB – basics and cases. *Journal of Protective Coatings and Linings*, **24** (2007), 36-47.

2.49   Momber, A.W.: Distribution density functions of cementitious fragments formed during mechanical comminution. *Mineral Processing and Extractive Metallurgy*, **116** (2007), 139-143.

2.50   Stenzel, V., Plagemann, P., Momber, A.W.: Les eoliennes offshore sont soumises a rude epreuve. *Galvanic – Organo*, **771** (2007), 31-33.

2.51   Momber, A.W.: Effects of surface preparation on steel substrate quality and on coating performance. *Schiffbauforschung*, **46** (2007) 1, 26-37.

2.52   Stenzel, V., Plagemann, P., Momber, A.W., Schneider, M.: Oberflächenschutz von Offshore-Windenergieanlagen. *Galvanotechnik*, **98** (2007) 10, 2508-2513.

2.53   Momber, A.W., Koller, S.: Effects of surface preparation methods on delamination of organic coatings applied to a metal substrate. *Journal of Protective Coatings and Linings*, **25** (2008), 43-52.

2.54   Momber, A.W.: Grundsatzversuche zum sortenreinen Trennen einiger Textil-Kunststoff-Verbunde. *Müll und Abfall*, **40** (2008), No. 6, 290-293.

2.55   Momber, A.W., Plagemann, P., Stenzel, V., Schneider, M.: Investigations into the corrosion protection of offshore wind energy towers: Part 1: General situation and test programme. *Journal of Protective Coatings and Linings*, **25** (2008), No. 4, 30-43.

2.56   Momber, A.W., Plagemann, P., Stenzel, V., Schneider, M.: Investigations into the corrosion protection of offshore wind energy towers: part 2: Results of the site tests. *Journal of Protective Coatings and Linings*, **26** (2009), No. 4, 24-34.

2.57   Momber, A.W., Plagemann, P., Stenzel, V., Schneider, M.: Investigations into the corrosion protection of offshore wind energy towers: Part 3: Results of the laboratory investigations. *Journal of Protective Coatings and Linings*, **26** (2009), No. 11, 38-46.

2.58   Momber, A.W.: Strahlverschleiß von Stahl mit niedrigem Kohlenstoffgehalt: Untersuchungen zur Verschleißpartikelgeometrie. *Materialwissenschaft und Werkstofftechnik*, **40** (2009), No. 11, 824-830.

2.59   Momber, A.W., Plagemann, P., Stenzel, V., Schneider, M.: Beurteilung von Korrosionsschutz-systemen für Offshore-Windenergietürme - Teil 1: Problemstellung und Versuchsdurchführung. *Stahlbau*, **78** (2009), No. 4, 259-266.

2.60   Momber, A.W., Plagemann, P., Stenzel, V., Schneider, M.: Beurteilung von Korrosionsschutz-systemen für Offshore-Windenergietürme - Teil 2: Ergebnisse und Schlussfolgerungen. *Stahlbau*, **78** (2009), No. 6, 394-401.

2.61   Weiß, M., Momber, A.W.: Untersuchungen zum selektiven Abtrennen von textilen Belägen. *Engineering Research*, **73** (2009), 231-243.

2.62   Momber, A.W.: Nachtrag zum Beitrag "Beurteilung von Korrosionsschutzsystemen für Offshore-                Windenergietürme - Teil 2: Ergebnisse und Schlussfolgerungen". *Stahlbau*, **78** (2009), No. 11,        883-884.

2.63   Teimouriana, H., Shabgarda, M.R., Momber, A.W.: De-painting with high-speed water jets: Paint removal process and substrate surface roughness. *Progress in Organic Coatings*, **69** (2010), 455-462.

2.64   Momber, A.W.: The 50th anniversary of the death of Adolf Gustav Smekal (1895-1959), a pioneer in materials physics. *Journal of Materials Science*, **45** (2010), No. 3, 750-758.

2.65   Momber, A.W.: Corrosion and corrosion protection of support structures for offshore wind energy devices (OWEA). *Materials and Corrosion*, **62** (2011), No. 5, 391-404.

2.66   Buchbach, S., Plagemann, P., Momber, A.W.: Untersuchungen zum Korrosionsschutz von Kanten an Stahlkonstruktionen - Problemstellung und Versuchsdurchführung (Teil 1). *Stahlbau*, **80** (2011), 1, 30-38.

2.67   Momber, A.W.: Morphology and size distributions of fragments formed during compressive testing of cement-based composites. *Fatigue and Fracture of Engineering Materials and Structures*, **34** (2011), 982-998.

2.68   Momber, A.W., Budidharma, E., Tjo, R.: The separation of reinforced cementitious composites with a stream-line cutting tool. *Resources, Conservation and Recycling,* **55** (2011), 507-514.

2.69   Momber, A.W.: Fracture features in soda-lime glass after testing with a spherical indenter. *Journal of Materials Science*, **46** (2011), No. 13, 4494-4508.

2.70   Momber, A.W.: Bruchbilder in Kalknatronglas nach Kontaktbeanspruchung mit hohen Andruck-kräften. *Engineering Research*, **75** (2011), No. 3, 165-182.
       **(a)**

2.71   Momber, A.W., Buchbach, S., Plagemann, P.: Untersuchungen zum Korrosionsschutz von Kanten an Stahlkonstruktionen - Ergebnisse der Laborprüfungen (Teil 2). *Stahlbau*, **81** (2012), No. 1, 41-48.

2.72   Momber, A.W.: Colour-based assessment of atmospheric corrosion products, namely of flash rust, on steel. *Materials and Corrosion*, **63** (2012), No. 4, 333-342.

2.73   Momber, A.W.:   Fractal dimensions of cement-based composites after mechanical comminution.  *International Journal of Mineral Processing*, 110-111 (2012), 82-89.

2.74   Momber, A.W.: Wettability of hydraulically profiled low-carbon steel substrates. *Tribology International*, **54** (2012), 26-31.

2.75   Momber, A.W.: Erosion of schist due to solid particle impingement. *Rock Mechanics and Rock Engineering*, (2012), DOI:10.1007/s00603-012-0297-z.


**3.   Conference Papers**


3.1   Momber, A.W.: hydrodynamic cleaning of heat exchangers. *Heat Exchanger Fouling: Mitigation and Cleaning Technologies* (ed. H.M. Steinhagen), Publico Publ., Essen, Germany, 2000, 98-107.

3.2   Momber, A.W.: Jet-based decontamination of structures and chemical equipment. *International Meeting on Chemical Engineering, Environmental Protection and Biotechnology*, Frankfurt am Main, Germany, 2000.

3.3   Siores, E.; Chen, L.F.; Momber, A.W.: Introduction of a new precision cryogenic system for processing materials. *Proc. 6th Pacific Rim International Conference on Water Jetting Technology* (eds. M. Hood et al.), Sydney, Australia, 2000, 136-139.

3.4   Momber, A.W.: Fluid jet erosion as a non-linear fracture process - a review. *13th International Conference on Wear of Materials*, April 2001, Vancouver, Canada, Abstract printed.

3.5   Momber, A.W.: Recycling of textile automotive components by hydro-separation. *Materials Week 2001: International Congress on Advanced Materials and Processes*, Munich, Germany, October 2001.

3.6   Momber, A.W., Groppetti, R.: Surface issues of fluid jet profiled low-carbon steel. *Materials Week 2001: International Congress on Advanced Materials and Processes*, Munich, Germany, Oktober 2001.

3.7   Weiß, M., Momber, A.W.: Hydro-separation for textile automotive components recycling. *Proc. 6th World Congress on Recovery, Recycling and Re-Integration* (ed. X. Edelmann), Geneva, Switzerland, 2002, Conference-CD.

3.8   Weiß, M., Momber, A.W., Wüstenberg, D.: Hydrotex - Ein neues Verfahren für das Recycling von Textilfaser-Verbundwerkstoffen. *Tagungsband 11. Kunststoff und Recycling Kolloquium*, Krefeld, Germany, September 2002.

3.9     Momber, A.W., Weiß, M., Wüstenberg, D.: Hydro-erosive separation of plastic fibres from textile compounds. *Proc. 2nd International Symposium on Feedstock Recycling of Plastics*, Ostende, Belgium, September 2002, Conference-CD.

3.10    Momber, A.W., Kennedy, C.F.: Erosion of rocks and cementitious composites. *International Conference on Erosive and Abrasive Wear II*, Cambridge, UK, September 2003.

3.11    Koller, S., Momber, A.W.: Einfluß der Untergrundvorbereitung auf das Verhalten organischer Beschichtungssysteme. *4. Tagung Korrosionsschutz im maritimen Bereich*, Hamburg, Germany, January 2005.

3.12    Momber, A.W.: Aufbereitung von Feststoffen mit Hilfe schnell fließender Strömungen. *Aufberei-tung und Recycling*, Freiberg, Germany, November 2005.

3.13    Momber, A.W., Dittmers, H.J.: Objektive Flugrostbewertung und Schlussfolgerungen für die Anwendung. *5. Tagung Korrosionsschutz im maritimen Bereich*, Hamburg, Germany, January 2006.

3.14    Momber, A.W.: Selektives Trennen von Faserverbunden. *Aufbereitung und Recycling*. Freiberg, Germany, November 2006.

3.15    Momber, A.W., Stenzel, V., Plagemann, P., Schneider, M.: Combined field-laboratory studies on corrosion protection conceptions for offshore wind energy towers. *4th International Symposium on Protective Coatings*, Mumbay, India, November 2006, 62-70.

3.16    Plagemann, P., Stenzel, V., Schneider, M., Momber, A.W.: Corrosion protection systems for off shore wind power plants - compared field and laboratory investigations. *The European Corrosion Congress*, Freiburg, Germany, September 2007.

3.17    Momber, A.W.: Neue Ergebnisse beim selektives Trennen von Faserverbunden. *Aufbereitung und Recycling*, Freiberg, Germany, November 2007.

3.18    Stenzel, V., Plagemann, P., Momber, A.W: Korrosionsschutzkonzepte für Offshore-Windenergieanlagen. *Symposium Werkstoffe und Oberflächen für die Energietechnik – Erzeugung, Anwendung und Optimierung*. Deutsche Gesellschaft für Galvano- und Oberflächentechnik e.V. (DGO), Ulm, Germany, May 2007.

3.19    Momber, A.W.: Eindruckversuche an Gesteinen und Betonen. *Aufbereitung und Recycling*, Freiberg, Germany, November 2008.

3.20    Momber, A.W.: Korrosionsschutz der Tragstruktur von Offshore-Windenergieanlagen. *2. Nano und Material Symposium Niedersachsen*, Papenburg, Germany, October 2009.

3.21    Momber, A.W.: Color-based assessment of flash rust. *PACE Conference 2010*, Phoenix, AZ, USA, February 2010.

3.22    Buchbach, S., Plagemann, P., Momber, A.W.: Laboratory investigations into the edge protection of organic coatings. *PACE Conference 2010*, Phoenix, AZ, USA, February 2010.

3.23    Buchbach, S., Plagemann, P., Momber, A.W.: Laboratory testing for the assessment of edge protection performance of organic coatings. *SMM Marine Coatings Conference*, Hamburg, Germany, September 2010.

3.24  Momber, A.W.: Korrosion und Korrosionsschutz von metallischen Werkstoffen für den Einsatz an Offshore-Windenergieanlagen. *Offshore-Windenergieanlagen: Technische Zuverlässigkeit, Anlagendynamik und Instandhaltungskonzepte*, VDI-Fachkonferenz, Bremerhaven, Germany, October 2010.

3.25  Buchbach, S., Plagemann, P., Momber, A.W.: Effects on the edge corrosion protection capacity of organic coatings. *SSPC Conference Greencoat*, Las Vegas, NV, USA, February 2011.

3.26  Momber, A.W.: Instandhaltungskonzepte für den Korrosionsschutz an Windenergieanlagen. VDI-Konferenz *„Instandhaltung von Windenergieanlagen"*, Verein Deutscher Ingenieure, Bremen, Germany, August 2011.

3.27  Momber, A.W.: Maintenance concepts for surface protection systems for wind tower constructions. *International Conference on Maintenance of Wind Turbines*. Hamburg, Germany, May 2012.

3.28  Krömmer, W., Momber, A.W.: Metallisierungen für den Oberflächenschutz an OWEA in korrosiv stark beanspruchten Bereichen. *Workshop "Innovative Beschichtungen für Windkraftanlagen"*, Deutsche Forschungsvereinigung für Oberflächenbehandlung, Berlin, Germany, October 2012.

3.29  Krause, M., Heinemann, M., Plageman, P., Buchbach, S., Momber, A.W: Corrosion protection as per IMO resolution MSC.215(82): Practical experience with the performance of different edge preparation tools. *International Protective Coatings Conference*, Hamburg, Germany, Septem-ber 2012.

3.30  Momber, A.W.: Möglichkeiten der Effektivitätssteigerung von Anlagen für regenerative Energien mittels Beschichtungssystemen. *77. Jahrestagung der Gesellschaft Deutscher Chemiker*, Bremerhaven, Germany, September 2012.

3.31  Momber, A.W.: Protection of offshore wind energy devices by coating systems. *International Marine Science and Technology Week*, Brest, France, 8-12 October, 2012.

3.32  Krömmer, W., Momber, A.W.: Optimierte Beschichtungen im passiven und aktiven Korrosionsschutz durch Lichtbogenschweißen. *41. Tagung Schweißen im Anlagen- und Behäl-terbau*, Munich, Germany, February/March 2013.

3.33  Momber, A.W., Irmer, M., Glück, N.: Performance characteristics of surface protection coating systems for offshore structures under harsh conditions. *Offshore Technology Conference (OTC) 2013*, Houston, TX, USA, 6-9 May, 2012

3.34  Momber, A.W.: Testing procedures for corrosion protection and de-icing performance of coatings. *Conference on Production, Operation and Living in Arctic Regions*, Rostock, Germany, 20-21 March, 2013.

3.35  Irmer, M., Momber, A.W.: Performance characteristics of surface protection coating systems for offshore gas production under harsh conditions. *2nd International Conference on Materials for Energy (EnMat II)*, Karlsruhe, Germany, 12-16 March, 2013.

3.36  Momber, A.W.: Protection systems for offshore wind power constructions. *Eurocorr 2013: European Corrosion Congress*, Estoril, Portugal, 1-5 September, 2013.

3.37   Momber, A.W., Irmer, M., Glück, N.: Protection performance of coating systems under low-temperature offshore conditions. *Eurocorr 2013: European Corrosion Congress*, Estoril, Portugal, 1-5 September, 2013.

## 4.   Invited Presentations

4.1   Momber, A.W.: Erosion as a non-linear fracture phenomenon. *Eastern Colloquium on Physics and Chemistry of Solids*. University of Cambridge, Cambridge, UK, May 2001.

4.2   Momber, A.W.: Hydro-recycling for environmental applications. *4th German-American Frontiers of Engineering Symposium*. U.S. National Academy of Engineering, Essen, Germany, October 2001.

4.3   Momber, A.W.: Nutzanwendungen von Verschleißvorgängen für Abbau und Aufbereitung mineralischer Rohstoffe. RWTH Aachen, Aachen, Germany, April 2002.

4.5   Momber, A.W.: Hydrodynamische Gewinnungstechniken. *Gastvortrag*, Schweizerischer Fachverband für Hydrodynamik am Bau, Bamberg, Germany, June 2002.

4.6   Momber, A.W.: Selective separation of plastic fibres from textile components. *Recycling of Plastics in Europe*, Institut für Werkstofftechnik, Universität Kassel, Kassel, Germany, June 2002.

4.6   Momber, A.W.: Kontaktmechanische Grundlagen der Gesteinsbearbeitung. RWTH Aachen, Aachen, Germany, December 2002.

4.7   Momber, A.W.: Möglichkeiten der Schallemissionsanalyse für die Prozessanalyse von Verschleißvorgängen. *26. AWT-Forum*, Universität Hannover, Hannover, Germany, October 2003.

4.8   Momber, A.W.: Concrete in compression: failure and size effects. Invited Paper, *11th International Conference on Fracture*, Turino, Italy, March 2004.

4.9   Schneider, M., Stenzel, V., Momber, A.W.: Vergleichende Untersuchungen von Korrosionsschutzkonzepten für Offshore-Windenergieanlagen. *Korrelation zwischen Labortests und Praxisbedingungen im schweren Korrosionsschutz*, DECHEMA-Workshop, Frankfurt am Main, Germany, February 2005.

4.10   Momber, A.W.: Verfahren zur Vorbereitung von Metalloberflächen. *Seminar Korrosionsschutz - Grundlagen und Anwendungen*. DECHEMA, Frankfurt am Main, Germany, March 2005 + March 2006 + February 2008 + February 2010 + December 2011.

4.11   Momber, A.W.: Tribologie zementgebundener Baustoffe. *Wissenschaftliches Kolloquium Werkstoffe für das Bauwesen,* Universität Stuttgart, Stuttgart, BRD, Mai 2005.

4.12   Momber, A.W.: Image analysis methods for surface quality assessment. *Navy Production Panel Workshop*, Tampa, USA, February 2006.

4.13   Momber, A.W.: Techniques de décapage a ultra haute pression. Centre Français de l'Anticorrosion, Paris, France, April 2006.

4.14   Momber, A.W.: Assessment methods for steel substrate cleanliness prior to the application of organic coatings - a review of practice experience. Invited Paper, *5th International Symposium on Contact Angle, Wettability and Adhesion*, Toronto, Canada, June 2006.

4.15   Momber, A.W.: Rosten Windenergieanlagen im Meer? Experten-Forum „*Windenergy 2006*", Hamburg, Germany, May 2006.

4.16   Momber, A.W., Plagemann, P., Stenzel, V., Schneider, M.: Application of electrochemical impedance spectroscopy (EIS) to marine coatings. *International Marine Coatings Summit*, Shanghai, China, October 2007.

4.17   Stenzel, V., Momber, A.W.: Korrosionsschutzkonzepte für Windenergieanlagen. *Werkstoffe und Oberflächen für die Energietechnik*. Ulm, Germany, May 2007.

4.18   Momber, A.W.: Die Bedeutung des IMO PSPC für Applikateure. *Exchange Forum*, Germanischer Lloyd, Hamburg, Germany, June 2007.

4.19   Momber, A.W.: Die Rolle mechanischer Oberflächenvorbereitungen im Korrosionsschutz. *45. Sitzung DGM-Fachausschuss „Mechanische Oberflächenvorbehandlungen"*, Kassel, Germany, April 2008.

4.20   Buchbach, S., Plagemann, P., Momber, A.W.: Edge protection in water ballast tanks as per IMO PSPC. *SMM Conference and Exhibition*, Istanbul, Turkey, January 2009.

4.21   Momber, A.W.: Performance tests for coatings on offshore wind towers and over edges. *Institute of Corrosion*, Aberdeen Branch, Aberdeen, Scotland, February 2009.

4.22   Momber, A.W.: Scale and size effects. Invited Presentation, *12th International Conference on Fracture*, Ottawa, Canada, July 2009.

4.23   Momber, A.W.: Korrosionsschutz von Konstruktionen der maritimen Technik. *ZTV Oberflächentage 2009*, Zentralverband Oberflächentechnik, Bremen, Germany, September 2009.

4.24   Momber, A.W.: Advanced paints and coatings. Invited Session Speaker, *Marine Tech Summit - MTS 2010*, Dalian, China, October 2010.

4.25   Momber, A.W.: Korrosion und Korrosionsschutz der Tragstruktur von Offshore-Windenergieanlagen. *Bauteilschädigung durch Korrosion*, DGM Fortbildungsseminar, Cologne, Germany, December 2010/2011/2012.

4.26   Momber, A.W.: Device modelling, testing and development. Invited Session Speaker, *Low Carbon Earth Summit 2011*, Dalian, China, October 2010.

4.27   Plagemann, P., Momber, A.W.: Korrosionsschutz von Tragstrukturen für Offshore-Windenergie- anlagen. *14. Sitzung GfKORR-Arbeitskreis „Korrosion im Bauwesen"*, Helgoland, Germany, May 2011.

4.28   Momber, A.W.: Pipeline and riser technology. Invited Session Speaker (2.3), *2nd Annual Marine Tech Summit - MTS-2011*, Busan, South Korea, September 2011.

4.29   Momber, A.W.: Offshore wind farm construction status. Invited Session Speaker (2-4), *Low Carbon Earth Summit 2012*, Guangzhou, China, October 2012.

4.30   Momber, A.W.: Anti-corrosion for maritime industries. Invited Session Speaker (Forum 8), *The 1st Annual World Congress of Ocean - 2012*, Dalian, China, September 2012.

4.31   Momber, A.W.: Beschichtungssysteme für Offshore-Windanlagen - Untersuchungen und Erfahrungen. *Forum „Beschichtungen von Polymersubstraten und Beschichtungen für Anwendungen in der Kunststofftechnik"*, Internationale Fachmesse für Oberflächen und Schichten, Stuttgart, Germany, June 2012.

4.32   Momber, A.W.: Korrosionsschutz im Stahlbau. *DSTV-Seminar: bauforumstahl*, Düsseldorf, Germany, June 2012.


**5.      Patents**


5.1   Momber, A.W.; Weiss, M.: Vorrichtung zum Trennen von Streifen von textilen Belägen in Faser- und Nichtfaseranteile. Patent Nr. 10107542, 18.02.2001.

5.2   Momber, A.W.; Weiss, M.: Vorrichtung zum Trennen von textilen Belägen in Faser- und Nicht-faseranteile. Patent Nr. 10107541, 18.02.2001.

5.3   Siores, E.; Momber, A.W.; Chen, F.: Method and apparatus for machining and processing of materials. WO 01/03887 A1, 2001.

5.4   Greverath, W.; Momber, A.W.; Opel, H.: Optische Oberflächenprüfvorrichtung und ein Verfahren zur Beurteilung von Oberflächenzuständen, wie Struktur und/oder Farbintensität bzw. -vertei-lung, insbesondere von (un)beschichteten Stahloberflächen. Patent Nr. 03028778.3, 2004.

5.5   Greverath, W.; Momber, A.W.; Opel, H.: Device and method for testing surfaces, in particular steel surfaces, with respect to structure, colour intensity and/or colour distribution. WO 2005/057127 A1.

## Appendix D

### Consideration Materials

| Consideration Materials |
|---|
| CVX80311 00000809 |
| DJIT003_000129 |
| BP-HZN-BLY00000201 |
| HAL_0028709 |
| BP-HZN-2179MDL03742328 |
| BP-HZN-2179MDL02394186 |
| BP-HZN-2179MDL02394187 |
| BP-HZN-2179MDL04578104 |
| BP-HZN-2179MDL04440732 |
| BP-HZN-2179MDL04440689 |
| BP-HZN-2179MDL04440978 |
| BP-HZN-2179MDL04440977 |
| BP-HZN-2179MDL01872218 |
| BP-HZN-2179MDL01872218 |
| BP-HZN-2179MDL00063016 |
| BP-HZN-2179MDL00063084 |
| Schlumberger -- 201000053 BP Macondo PVT Report updated 060910 |
| BP-HZN-2179MDL01608973 |
| Abraham et al - 2000 - Exper. Meas. on the Permeability Coefficient of a Concrete Sample Under Low Pressure Differences.pdf |
| Bamforth - 1991 - The water permeability of concrete and its relationship with strength.pdf |
| Banthia + Mindess - 1989 - Water permeability of cement paste.pdf |
| Christensen et al - 1996 - Comparison of measured and calculated permeabilities for hardened cement pastes.pdf |
| Chui - 1997 - An experiment on the erosion rates of rocks.pdf |
| Clayton - 1978 - Fluid-pressure testing of concrete cylinders.pdf |
| Davy et al - 2007 - Permeability of macro-cracked argillite under confinement - gas and water testing.pdf |
| Dhir et al - 1989 - Near surfacecharacteristics of concrete - intrinsic permeability.pdf |
| Dudgeon - 1983 - Friction loss tests on cement lined steel pipes.pdf |
| Elseth - 2001 - An Experimental Study of Oil-Water Flow in Horizontal Pipes - Thesis.pdf |
| Fang et al - 2007 - Time-dependent water permeation behavior of concrete under constant hydraulic pressure.pdf |
| Halamickova et al - 1995 - Water perm. + chloride ion diff. in Portland cement mortars-.pdf |
| Hearn et al - 1994 - Water permeability and microstructure of three old concretes.pdf |
| Huang et al - Laboratory and Analytical Study of Permeability and Strength Properties of Pervious Concrete.pdf |

| |
|---|
| Huser + Kvernvold - 1998 - PREDICTION OF SAND EROSION IN PROCESS and pipe components.pdf |
| Khatri + Sirivavatnanon - 1997 - Methods for the determination of water permeability of concrete.pdf |
| Lafhaj et al - 2006 - Corr. bet. porosity, permeability + ultrasonic param. of mortar.pdf |
| Lepech + Li - Water permeability of cracked cementitious composites.pdf |
| Loon et al - Carbonation and water permeability of foamed concrete.pdf |
| Narayanan + Ramamurthy - 2000 - Structure and properties of aerated concrete - a review.pdf |
| Nyame + Illston - 1980 - Capillary pore structure and permeability of hardened cement paste.pdf |
| Nyame + Illstone - 1981 - Relationships between permeability and pore structure of hardened |
| Picandet et al - 2009 - Crack effects on gas and water permeability of concretes.pdf |
| Rankhododo - 2006 - Use of cement to reduce erosion of the slopes of mine tailings dams - |
| Sanjaya et al - 2007 - PERMEABILITY OF FOAMED CONCRETE.pdf |
| Sulaiman - WATER PERMEABILITY AND carbonation of foamed concrete - Thesis.pdf |
| Wong et al - 2001 - Study of water movement in concrete.pdf |
| Final Emilsen Report |
| Dykhuizen Report |
| Griffiths Report |
| Pooladi-Darvish Final Report |
| Bly Report - Appendix C (BP-HZN-BLY00000201).pdf |
| Bly Report - Appendix J (BP-HZN-BLY00000237).pdf |
| Bly Report - Appendix K (BP-HZN-BLY00000242).pdf |
| Bly Report (BP-HZN-BLY00000001).pdf |
| http://bp.concerts.com/gom/deepwater_horizon_report_long.htm |
| PresComm - Flow Rate - Amount and Fate of Oil |
| PresComm - BP Comments to Oct 6 Working Paper No 3 - Amount and Fate of Oil |
| FRTG - Assessment of Flow Rate Estimates for the Deepwater Horizon-Macondo Oil Spill - |
| BP-HZN-BLY00000001 |
| BP-HZN-BLY00000194 |
| BP-HZN-BLY00000195 |
| BP-HZN-BLY00000201 |
| BP-HZN-BLY00000202 |
| BP-HZN-BLY00000203 |
| BP-HZN-BLY00000204 |
| BP-HZN-BLY00000208 |
| BP-HZN-BLY00000220 |
| BP-HZN-BLY00000232 |
| BP-HZN-BLY00000237 |
| BP-HZN-BLY00000242 |
| BP-HZN-BLY00000276 |
| BP-HZN-BLY00000304 |
| BP-HZN-BLY00000371 |
| BP-HZN-BLY00000373 |
| BP-HZN-BLY00000375 |
| BP-HZN-BLY00000384 |
| BP-HZN-BLY00000386 |
| BP-HZN-BLY00000393 |
| BP-HZN-BLY00000402 |

| |
|---|
| BP-HZN-BLY00000407 |
| BP-HZN-BLY00000526 |
| BP-HZN-BLY00000586 |
| BP-HZN-BLY00000593 |
| BP-HZN-BLY00000597 |
| BP-HZN-BLY00000758 |
| HAL_0010572 |
| HAL_0010736 |
| HAL_0010853 |
| HAL_0045047 |
| HAL_0045251 |
| HAL_0050582 |
| HAL_0117352 |
| HAL_0128425 |
| HAL_0129363 |
| HAL_0129476 |
| HAL_0131422 |
| HAL_0131423 |
| HAL_0578764 |
| HAL_0608109 |
| HAL_1029721 |
| HAL_1031459 |
| HAL_1034979 |
| HAL_1068405 |
| HAL_1124190 |
| HAL_1126189 |
| HAL_1144065 |
| HAL_0558016 |
| HAL_DOJ-_0000035 |
| HAL_DOJ-_0000042 |
| HAL_DOJ-_0000045 |
| HAL_DOJ-_0000049 |
| CVX80311 00000809 |
| DJIT003-000129 |
| BP-HZN-2179MDL00269659 |
| BP-HZN-2179MDL00269659 |
| BP-HZN-2179MDL00360844 |
| BP-HZN-2179MDL00360844 |
| BP-HZN-2179MDL00640467 |
| BP-HZN-2179MDL00640467 |
| BP-HZN-2179MDL01299582 |
| BP-HZN-2179MDL01299741 |
| BP-HZN-BLY-00111338 |
| BP-HZN-BLY-00111338 |
| BP-HZN-CEC011406 |
| BP-HZN-CEC011406 |
| BP-HZN-2179MDL04578104 |
| BP-HZN-2179MDL04578104 |

| |
|---|
| BP-HZN-2179MDL04440732 |
| BP-HZN-2179MDL04440732 |
| BP-HZN-2179MDL04440689 |
| BP-HZN-2179MDL04440978 |
| BP-HZN-2179MDL04440977 |
| BP-HZN-2179MDL04440977 |
| BP-HZN-2179MDL01872218 |
| BP-HZN-2179MDL01872218 |
| BP-HZN-2179MDL00063016 |
| BP-HZN-2179MDL00063016 |
| BP-HZN-2179MDL00063084 |
| BP-HZN-2179MDL00063084 |
| BP-HZN-2179MDL01608973 |
| C. Reddy, "Composition and fate of gas and oil released to the water column during the Deepwater Horizon oil spill" 2011.pdf |
| BP-HZN-2179MDL01608972 |
| BP-HZN-2179MDL01608972 |
| BP-HZN-2179MDL02900640 |
| BP-HZN-2179MDL02900640 |
| BP-HZN-2179MDL07383107 |
| BP-HZN-2179MDL07383109 |
| BP-HZN-2179MDL07383108 |
| BP-HZN-2179MDL00154146 |