# Attachment C

1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

4      ****************************************************************

5     IN RE:  OIL SPILL BY THE OIL
      RIG *DEEPWATER HORIZON* IN THE
6     GULF OF MEXICO ON APRIL 20,
      2010
7

8                               CIVIL ACTION NO. 10-MD-2179 "J"
                                NEW ORLEANS, LOUISIANA
9                               TUESDAY, APRIL 9, 2013, 8:00 A.M.

10

11    THIS DOCUMENT RELATES TO:

12    CASE NO. 2:10-CV-02771,
      *IN RE:  THE COMPLAINT AND*
13    *PETITION OF TRITON ASSET*
      *LEASING GmbH, ET AL*
14
      CASE NO. 2:10-CV-4536,
15    *UNITED STATES OF AMERICA V.*
      *BP EXPLORATION & PRODUCTION,*
16    *INC., ET AL*

17    ****************************************************************

18

19

20                      **DAY 24  MORNING SESSION**

21             TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS

22         HEARD BEFORE THE HONORABLE CARL J. BARBIER

23                 UNITED STATES DISTRICT JUDGE

24

25

                         **OFFICIAL TRANSCRIPT**

09:29AM  1          THE DEPUTY CLERK:  Raise your right hand.  Do you

2    solemnly swear that the testimony you are about to give is the

3    truth, the whole truth and nothing but the truth, so help you

4    God?

5                          **MORTEN EMILSEN**

6     was called as a witness and, after being first duly sworn by

7      the Clerk, was examined and testified on his oath as follows:

09:29AM  8          THE WITNESS:  I do.

09:29AM  9          THE DEPUTY CLERK:  Please take a seat.  If you would

09:29AM 10    spell and state your name for the record.

09:29AM 11          THE WITNESS:  My name is Morten Emilsen, M-O-R-T-E-N,

09:30AM 12    E-M-I-L-S-E-N.

09:30AM 13          MR. REGAN:  Your Honor, may I proceed?

09:30AM 14          THE COURT:  Yes.

09:30AM 15          MR. REGAN:  Matt Regan on behalf of BP, and for

09:30AM 16    Mr. Emilsen's direct examination.

09:30AM 17                     DIRECT EXAMINATION

09:30AM 18    BY MR. REGAN:

09:30AM 19    Q.    Good morning, Mr. Emilsen.

09:30AM 20    A.    Good morning.

09:30AM 21    Q.    Could you tell the Court where you live?

09:30AM 22    A.    I live in Oslo, Norway.

09:30AM 23    Q.    You're a Norwegian, right?

09:30AM 24    A.    Yes, that's correct.

09:30AM 25    Q.    Is English your native language, Mr. Emilsen?

09:30AM 1    A.    No, it's not.

09:30AM 2    Q.    But you are fluent in English, correct?

09:30AM 3    A.    Yes.

09:30AM 4    Q.    What do you do for a living, Mr. Emilsen?

09:30AM 5    A.    Well, I work with Add Wellflow, the company name, a

09:30AM 6    company specializing in transient multiphase flow simulations

09:30AM 7    for blowout and well control.

09:30AM 8    Q.    We're going to, this morning, just try to explain a little

09:30AM 9    bit about transient dynamic multiphase flow simulations to the

09:31AM 10   Court, but -- and we will use pictures.

09:31AM 11          But, Mr. Emilsen, were you retained as an expert by BP in

09:31AM 12   the case?

09:31AM 13   A.    Yes, I was.

09:31AM 14   Q.    And have you ever testified as an expert or any kind of

09:31AM 15   witness in an American court before?

09:31AM 16   A.    No.  This is the first time.

09:31AM 17   Q.    Okay.  Could we have a -- D-4860.

09:31AM 18          MR. REGAN:  Your Honor, are you getting any feedback on

09:31AM 19   this mike?  Does this sound okay?

09:31AM 20          THE COURT:  It's good.

09:31AM 21          MR. REGAN:  It must be my ears.

09:31AM 22   BY MR. REGAN:

09:31AM 23   Q.    Mr. Emilsen, I've put up on the screen there

09:31AM 24   Exhibit D-4860, which has some of your background.  Could you

09:31AM 25   briefly describe your educational background to the Court?

09:31AM 1    A.    Yes.  I have a Master's degree in fluid mechanics from

09:31AM 2    Norwegian Institute of Technology in Trondheim, Norway.

09:31AM 3    Q.    You said earlier the company that you work for is called

09:32AM 4    Add Energy; is that correct?

09:32AM 5    A.    Yes.

09:32AM 6    Q.    What does Add Energy, what does it do as a company?

09:32AM 7    A.    Well, I work with Add Wellflow.  That's a company a part

09:32AM 8    of the Add Energy group, and the company specializing in

09:32AM 9    running transient multiphase flow simulations for blowouts and

09:32AM 10   well control.

09:32AM 11   Q.    So it's fair to say that what you do for a living is run

09:32AM 12   simulations of well control events or blowouts to try to figure

09:32AM 13   out after the fact what took place?  Is that one of the things

09:32AM 14   you do?

09:32AM 15   A.    Yes, that's correct.  That's our main service.

09:32AM 16   Q.    And you use software to help you do that task?

09:32AM 17   A.    That's correct.  We use a software called OLGA-WELL-KILL

09:32AM 18   to do that.

09:32AM 19   Q.    To define the term, can you explain to the Court what you

09:32AM 20   mean by *multiphase flow*?

09:32AM 21   A.    Multiphase means that the simulator itself is capable of

09:32AM 22   handling several phases, and by *phase*, I mean gas, hydrocarbon

09:33AM 23   gas, hydrocarbon liquid and water and mud at different phases.

09:33AM 24   Q.    How long have you been engaged in this type of work,

09:33AM 25   Mr. Emilsen, doing this dynamic modeling?

09:33AM 1    A.    Well, I've been running OLGA for 20 years now.

09:33AM 2    Q.    And this OLGA, or O-L-G-A, you described earlier, and we

09:33AM 3    have it on the chart, OLGA-WELL-KILL software, can you briefly

09:33AM 4    explain what OLGA-WELL-KILL is?

09:33AM 5    A.    Yes.  OLGA-WELL-KILL is a software that is tailor-made for

09:33AM 6    blowout control applications.  It is based on the commercial

09:33AM 7    available OLGA code that most of the oil companies, at least

09:33AM 8    the major ones, are using.  But the OLGA-WELL-KILL is a special

09:33AM 9    version of OLGA, if you like.

09:33AM 10   Q.    The simulations that you perform at Add Energy using this

09:34AM 11   OLGA-WELL-KILL software, what type of clients do you have?

09:34AM 12   A.    Well, all the major oil companies, as well as smaller

09:34AM 13   independent oil companies, in addition to some service

09:34AM 14   companies are using our services.

09:34AM 15   Q.    Now, in the summer of 2010, Mr. Emilsen, were you retained

09:34AM 16   by BP's Investigation Team to do a dynamic multiphase flow

09:34AM 17   simulation analysis of the Macondo blowout?

09:34AM 18   A.    That's correct.

09:34AM 19   Q.    And did you run such a simulation for the Bly Team?

09:34AM 20   A.    That's correct.

09:34AM 21   Q.    What software did you use?

09:34AM 22   A.    I used OLGA-WELL-KILL.

09:34AM 23   Q.    Was there a particular time period about the blowout that

09:34AM 24   you examined and simulated using your software?

09:34AM 25   A.    Yes.  I built a model and our simulations started at

09:34AM 1    approximately 3 o'clock in the afternoon on April 20th, and the

09:34AM 2    simulations were right until loss of realtime data at 2149.

09:35AM 3    Q.    So your work would have ended with -- around 10 o'clock, a

09:35AM 4    little bit before then, on April 20, 2010, your flow modeling

09:35AM 5    work, correct?

09:35AM 6    A.    That's right.

09:35AM 7    Q.    What type of things, at a very high level, were you

09:35AM 8    looking for in terms of running this model?  What were you

09:35AM 9    trying to do?

09:35AM 10   A.    Well, I tried to diagnose the flow situation, the

09:35AM 11   situation that led up to the blowout.

09:35AM 12        I tried to determine when hydrocarbons started to flow

09:35AM 13   into the wellbore.  I tried to determine the rate of

09:35AM 14   hydrocarbon flow into the wellbore.  I tried to investigate the

09:35AM 15   flow path of hydrocarbons from the reservoir to surface, and,

09:35AM 16   also, the surfacing of hydrocarbons, when the gas and the oil

09:35AM 17   reached surface.

09:35AM 18   Q.    All on April 20th, correct?

09:35AM 19   A.    That's correct.

09:35AM 20   Q.    And you provided a report to the Bly Team, which was used

09:35AM 21   as an appendix to their work, correct?

09:36AM 22   A.    Yes.  That's correct.

09:36AM 23   Q.    And you also, then, submitted an expert report to this

09:36AM 24   court in this matter, correct?

09:36AM 25   A.    Correct.

09:36AM 1    Q.   Let me put up TREX-40003.1.

09:36AM 2         Is this -- appear to be the cover page of the expert

09:36AM 3    simulation analysis report that you provided in this matter?

09:36AM 4    A.   Yes.

09:36AM 5    Q.   This expert report includes the work you did in the summer

09:36AM 6    of 2010, correct?

09:36AM 7    A.   Yes.  That's correct.  The Appendix W is listed as an

09:36AM 8    appendix to this expert report.

09:36AM 9    Q.   The only thing you added to your expert report for this

09:36AM 10   court was some post-physical evidence that was developed after

09:36AM 11   you were done with your modeling that you believe confirmed the

09:36AM 12   results you found in the modeling, correct?

09:36AM 13   A.   The expert report highlights the main findings from my

09:36AM 14   work during the investigation team, and also includes some

09:36AM 15   post-incident evidences, that's correct.

09:37AM 16        MR. REGAN:  Your Honor, I would offer Mr. Emilsen as an

09:37AM 17   expert in transient multiphase flow modeling and the use of

09:37AM 18   that modeling to determine the path, timing and amount of

09:37AM 19   hydrocarbons in the well.

09:37AM 20        THE COURT:  All right.  I don't see -- there are no

09:37AM 21   *Daubert* issues, right?

09:37AM 22        MR. REGAN:  There are not.  There was a motion that was

09:37AM 23   withdrawn.

09:37AM 24        THE COURT:  All right.  I'll accept him.

09:37AM 25        MR. REGAN:  I also offer Mr. Emilsen's report,

09:37AM 1   TREX-40003.

09:37AM 2              THE COURT:  All right.  It's admitted.

09:37AM 3              (WHEREUPON, at this point in the proceedings, Exhibit

09:37AM 4   Number TREX-40003 was admitted into evidence.)

09:37AM 5   BY MR. REGAN:

09:37AM 6   Q.    If we could put up D-4861.

09:37AM 7         Mr. Emilsen, we have on the screen a summary of your key

09:37AM 8   findings in your expert report.  Could you just briefly review

09:37AM 9   those for the Court.  You don't have to read it verbatim, but

09:37AM 10  just review for Judge Barbier what your findings were.

09:37AM 11  A.    Yes.  My main conclusions from the work I did with the

09:37AM 12  Bly Team was that, based on a number of simulations, I figured

09:37AM 13  out that the flow path from the reservoir to surface was

09:38AM 14  through the casing shoe and up through inside of the production

09:38AM 15  casing.

09:38AM 16  Q.    And did you determine -- after you had done that work,

09:38AM 17  after you had submitted your report, was there physical

09:38AM 18  evidence that was consistent with that?

09:38AM 19  A.    That is correct.  I learned that there were several

09:38AM 20  post-incident evidences that supported this conclusion.

09:38AM 21  Q.    The second bullet here describes the time at which you

09:38AM 22  determined flow to occur and some of the amounts.  Could you

09:38AM 23  review that briefly with the Court.

09:38AM 24  A.    Yes.  Again, based on a number of simulations, we figured

09:38AM 25  out that the well got underbalanced at 2052.  And between 2052

09:38AM 1   and 2108, when they shut down the pumps for the sheen test, a

09:38AM 2   total gain of 40 barrels was calculated by the model.

09:38AM 3   Q.    And what did your model calculate in terms of the

09:38AM 4   cumulative amount of flow that had come into the wellbore as of

09:39AM 5   the time of the loss of realtime data?

09:39AM 6   A.    Well, at 2149 there were more than 2,000 barrels inside

09:39AM 7   the wellbore.

09:39AM 8   Q.    We are not going to show the actual simulation itself and

09:39AM 9   how it works, because it actually just produces numbers,

09:39AM 10  correct?

09:39AM 11  A.    That's correct.

09:39AM 12  Q.    But could you briefly describe for Judge Barbier the type

09:39AM 13  of inputs that you use with your software to allow you to

09:39AM 14  determine the types of things such as path of flow, timing of

09:39AM 15  flow and amount of flow.

09:39AM 16  A.    Yes.  The OLGA software is a sophisticated model, and it

09:39AM 17  requires a lot of different input data.

09:39AM 18       First of all, I have to model the wellbore geometry, that

09:39AM 19  means I have to type in the casing strings, the dimensions, the

09:39AM 20  set points, the riser, kill and choke lines, the booster line

09:39AM 21  and some surface equipment.

09:39AM 22       Secondly, I need to describe the reservoir, all the

09:40AM 23  reservoir sands that are capable of flowing into the wellbore.

09:40AM 24  And important properties are:  Pressure, temperature, and some

09:40AM 25  properties that relates to how much the various sands can flow,

09:40AM 1    and those are permeability and thickness.

09:40AM 2         And, third, we need to type in some information regarding

09:40AM 3    the hydrocarbon composition.  We use a compositional approach,

09:40AM 4    meaning that we type in the amount of methane, ethane, propane,

09:40AM 5    etcetera, so we get a good representation of the hydrocarbons

09:40AM 6    in the wellbore.

09:40AM 7    Q.   In a minute we're going to show some of the charts, but

09:40AM 8    can you briefly describe to the Court how the realtime data,

09:40AM 9    which the Court has seen for several weeks now, how did you use

09:41AM 10   the realtime data from Sperry-Sun as related to your OLGA

09:41AM 11   modeling?

09:41AM 12   A.   That's a good question.  A lot of the input data to my

09:41AM 13   model was certain.  There was some data that were not so

09:41AM 14   certain, and one of them was what we call the *net pay* or the

09:41AM 15   reservoir exposure, how much of the reservoir was exposed to

09:41AM 16   the wellbore.

09:41AM 17        So what I did, I ran a number of simulations playing with

09:41AM 18   that number, if you like, in order to match the realtime data.

09:41AM 19        The most important realtime data I used was the drill pipe

09:41AM 20   pressure taken from the Sperry-Sun realtime data.

09:41AM 21   Q.   So to make sure we're on the same page, the realtime data

09:41AM 22   was known data, that was a fixed input in the sense of what

09:41AM 23   your analysis was, correct?

09:42AM 24   A.   Well, it was not a fixed input to my model, but I used it

09:42AM 25   to validate the simulations.

09:42AM 1    Q.   Okay.  If your simulation produced a result of drill pipe
09:42AM 2    pressure that didn't match the realtime data, you knew that you
09:42AM 3    had to change a different variable in your simulation.
09:42AM 4    A.   That's correct.
09:42AM 5    Q.   How many different simulations did you run, Mr. Emilsen?
09:42AM 6    A.   Well, I don't recall the exact number, but I ran hundreds
09:42AM 7    of simulations.
09:42AM 8    Q.   And in your report, you present what are called a number
09:42AM 9    of cases.  Those are some of the different possibilities that
09:42AM 10   you ran, and you explain -- we don't have to do it here
09:42AM 11   today -- but you explain why those cases did or did not fit the
09:42AM 12   realtime data, correct?
09:42AM 13   A.   That's correct.
09:42AM 14   Q.   Okay.  If we could pull up D-4342.
09:42AM 15        Now, Mr. Emilsen, I want to just go through briefly, then,
09:42AM 16   your conclusions on flow path, flow timing and flow amount.
09:43AM 17   Okay.  So let's start with flow path.
09:43AM 18        The Court has seen before here some potential flow paths
09:43AM 19   being a casing flow path, an annular flow path, and what was
09:43AM 20   called a crossover breach flow path, which starts as an annular
09:43AM 21   flow path and then comes into the wellbore.  I want to start
09:43AM 22   with the right side and go right to left.
09:43AM 23        Did you perform modeling of this crossover theory?
09:43AM 24   A.   No, I did not.
09:43AM 25   Q.   And can you explain why you did not?

09:43AM 1   A.   Well, I remember during the work with the Bly Team it was

09:43AM 2   discussed as a possible option, but it was disregarded based on

09:43AM 3   several types of information. One of them was a positive

09:43AM 4   pressure integrity test, and there were other information

09:43AM 5   that -- that led us to not look into that. It was not regarded

09:44AM 6   as a possible scenario.

09:44AM 7   Q.   Okay. The one in the middle, then, the annular flow

09:44AM 8   theory, did you do modeling of that potential flow path?

09:44AM 9   A.   Yes, I did. I ran a number of simulations, assuming that

09:44AM 10   that was the flow path from the reservoir, outside of the

09:44AM 11   casing and up to the surface.

09:44AM 12   Q.   Using your model, Mr. Emilsen, and the realtime data, was

09:44AM 13   it possible for you to simulate flow using this annular flow

09:44AM 14   path and match the recorded data and actual events of

09:44AM 15   April 20th?

09:44AM 16   A.   No, it was not possible at all. Not to match the drill

09:44AM 17   pipe pressure nor the surfacing of hydrocarbons, so it was not

09:44AM 18   possible to achieve a match with that path.

09:44AM 19   Q.   Now, let's go to the third, the casing flow path theory,

09:44AM 20   ask you the same question. Was it possible for you to model

09:44AM 21   the casing flow path and match the -- what you saw as the

09:44AM 22   realtime data an other evidence?

09:45AM 23   A.   Yes.

09:45AM 24   Q.   And what did you call that case in your work, in your

09:45AM 25   expert report?

09:45AM 1    A.    In my expert report, that simulation is called Case 7.

09:45AM 2    Q.    And is that conclusion, then, set forth in both your

09:45AM 3    Appendix W and then also your expert report; that is, that the

09:45AM 4    available evidence and simulation results strongly suggests

09:45AM 5    that the initial flow path was through a leaking casing shoe

09:45AM 6    and up through the inside of the casing?

09:45AM 7    A.    That's correct.

09:45AM 8    Q.    If we can go now to D-4784.

09:45AM 9          What we have on the screen here, Mr. Emilsen, is some -- a

09:45AM 10   series of just a few slides about Case 7.

09:45AM 11         In matching -- in matching Case 7, did you have to make

09:45AM 12   some assumptions about both activities on the rig and the

09:45AM 13   amount of restrictions down at the bottom of the well?

09:45AM 14   A.    Yes.  That's correct.  The main uncertainty, as I told you

09:46AM 15   earlier, was the assumption of the reservoir exposure, what I

09:46AM 16   call the *net pay*.  And that, we ended up with a net pay of

09:46AM 17   between 13 and 16.5 feet.  That is approximately one-fifth of

09:46AM 18   the total reservoir being exposed to the wellbore.

09:46AM 19         Secondly, I spent a lot of time trying to match the

09:46AM 20   realtime data at the very end there.  There were some pressure

09:46AM 21   oscillations that could not be reproduced by the model.

09:46AM 22         First one is a rapid pressure decline at approximately

09:46AM 23   2136, followed by a rapid pressure increase.  That was not

09:46AM 24   predicted by the model.

09:46AM 25         And the last pressure increase from 2142 -- 2141, 2142 was

09:47AM 1   not reproduced by the model.

09:47AM 2   Q.   We'll show the Court just those two issues to make sure

09:47AM 3   that it's understood.

09:47AM 4        But with respect to net pay, could you get the model to

09:47AM 5   match the realtime data under your base case assumption; that

09:47AM 6   is, the full reservoir is open, there is no restrictions to

09:47AM 7   flow down at the bottom of the well?

09:47AM 8   A.   No.  That was our first simulation, so those were based on

09:47AM 9   full reservoir exposure.  And they did not match with the

09:47AM 10  realtime data nor did they match with when hydrocarbons reached

09:47AM 11  surface.

09:47AM 12  Q.   Go to D-4852.  This is just -- 4852.  Sorry.

09:47AM 13       Actually, let's start with this one.  This is a chart from

09:47AM 14  your work; is that correct, Mr. Emilsen?

09:47AM 15  A.   That's correct.

09:47AM 16  Q.   Can you just briefly explain for the Court the different

09:48AM 17  colored lines.  So if we start with the dark blue line, what is

09:48AM 18  that represented on your chart?

09:48AM 19  A.   The dark blue line here represents the drill pipe pressure

09:48AM 20  taken from the Sperry-Sun realtime data.  So that's a pressure

09:48AM 21  reading.

09:48AM 22  Q.   So this would be a line -- if the Court has seen

09:48AM 23  Sperry-Sun data, this would be a line that's coming out of that

09:48AM 24  Sperry-Sun data, correct?

09:48AM 25  A.   That's correct.

09:48AM 1    Q.    What's this yellowish, orangish line here that we see over

09:48AM 2    the top of it?

09:48AM 3    A.    The orange line is a pressure -- drill pipe pressure

09:48AM 4    calculated by the simulator.

09:48AM 5    Q.    So the orange line is your work in terms of your

09:48AM 6    simulation work, correct?

09:48AM 7    A.    That's correct.

09:48AM 8    Q.    Okay.  With respect to this purple line, what does that

09:48AM 9    represent?

09:48AM 10   A.    Well, as I said, there were some pressure behavior the

09:48AM 11   very last minutes before the explosion that we could not

09:48AM 12   reproduce initially.

09:49AM 13        So what we did, we base -- we had several assumptions.

09:49AM 14   One of them is shown here by the purple line.  We believed, or

09:49AM 15   at least initially believed, that somebody had to start to

09:49AM 16   close a BOP element at that point in time to recreate the

09:49AM 17   pressure increase seen from the realtime data.

09:49AM 18        So the purple line is a result from the simulation based

09:49AM 19   on a BOP sealing 100 percent at 2141.

09:49AM 20   Q.    So to -- not to repeat too much, but to just make sure

09:49AM 21   we're on the same page, if you were to tell the model to assume

09:49AM 22   the BOP fully closed right here at 2141, the model would say

09:49AM 23   this is what the pressure data would do if that took place,

09:49AM 24   fair?

09:49AM 25   A.    That's correct.

09:49AM 1    Q.   But we know from the realtime data actually there is a

09:49AM 2    different slope here, correct?

09:49AM 3    A.   That's right.

09:50AM 4    Q.   What assumption did you make, then, to then have your

09:50AM 5    model match this difference?

09:50AM 6    A.   Well, we believed that they tried to close the BOP, but

09:50AM 7    they did not get 100 percent seal at that point in time.

09:50AM 8    Q.   Okay.

09:50AM 9    A.   Meaning that it was still flowing, but you achieved at

09:50AM 10   least a restriction of it.

09:50AM 11   Q.   So if you tell the model to assume that the BOP annular

09:50AM 12   element is closed but not fully closed, that's what allowed you

09:50AM 13   to match the realtime data, correct?

09:50AM 14   A.   That's correct.

09:50AM 15   Q.   Secondly, the Court has heard about a number of these time

09:50AM 16   periods, but this one right here from 2136 to 2138, your model

09:50AM 17   shows a slope here in orange, correct?

09:50AM 18   A.   That's correct.

09:50AM 19   Q.   It does not match this U shape from 2136 to 2138.  So at

09:50AM 20   the time you were doing your work in the summer of 2010, can

09:50AM 21   you explain to the judge what you tried to do to understand

09:51AM 22   this realtime data U shape versus what your model is telling

09:51AM 23   you the pressure should look like.

09:51AM 24   A.   Yes.  I spent a lot of time trying to match, as I said,

09:51AM 25   all the oscillations at the very end there.  So one assumption

7810

09:51AM 1    was that they did something with the BOP at that point in time,

09:51AM 2    sudden opening and closing of the BOP element.  But that did

09:51AM 3    not reproduce this dramatic pressure decrease and increase.

09:51AM 4         So that led us to another assumption, and that was based

09:51AM 5    on that somebody bled off the drill pipe at that point in time.

09:51AM 6    And I ran simulations with that assumption built into the

09:51AM 7    model, and that showed a good match with the realtime data.

09:51AM 8    Q.   So when you were doing your work, you made the assumption

09:51AM 9    that the only way the realtime data would behave like this was

09:51AM 10   that someone physically went over and bled off the drill pipe

09:51AM 11   and then shut it back in; is that correct?

09:51AM 12   A.   That's correct.  That was the only way I could reproduce

09:52AM 13   the Sperry-Sun realtime data.

09:52AM 14   Q.   But you didn't have any evidence at the time you did your

09:52AM 15   model that that, in fact, occurred, right?

09:52AM 16   A.   That's correct.

09:52AM 17   Q.   Are you aware today that there now is evidence about what

09:52AM 18   took place there at 9:36 to 9:38?

09:52AM 19   A.   Yes.  I learned about that, that's correct.

09:52AM 20   Q.   And what have you learned?

09:52AM 21   A.   I learned that the drill pipe was bled back at that

09:52AM 22   particular point in time.

09:52AM 23   Q.   If we can just briefly pull up D-4638.  And if we could

09:52AM 24   just zoom.

09:52AM 25        Is it consistent with what you learned -- this area, thank

09:52AM 1    you -- that at approximately 9:36 to 9:38, Caleb Holloway bled

09:53AM 2    off the drill pipe on the rig?  Is that consistent with what

09:53AM 3    you've learned since the time you did your modeling work?

09:53AM 4    A.    That's what I learned, yes.

09:53AM 5    Q.    You've explained to the Court the idea of net pay.  And

09:53AM 6    just to -- if we could have the Elmo, please.  I'll show

09:53AM 7    D-4691.

09:53AM 8         In terms of the way you modeled the wellbore and the

09:53AM 9    reservoir, your base case was to assume no restrictions,

09:53AM 10   correct?

09:53AM 11   A.    Yes.  That was the base case, assuming no restrictions in

09:53AM 12   the wellbore.

09:53AM 13   Q.    So as we see it visually here on D-469 (sic), that would

09:53AM 14   be the idea that there would be nothing to stop -- any

09:53AM 15   restriction of any kind to stop hydrocarbons from coming into

09:53AM 16   the wellbore and coming up through the casing, you modeled that

09:53AM 17   question, correct?

09:53AM 18   A.    That's correct.

09:53AM 19   Q.    What -- in terms of the restrictions, in terms of

09:53AM 20   restrictions in the wellbore, what was your conclusion about

09:54AM 21   the effective amount of restrictions that you had in order for

09:54AM 22   you to match the realtime data?

09:54AM 23   A.    Well, I had to include some restrictions, otherwise the

09:54AM 24   unloading of the wellbore would occur too fast.  So that led us

09:54AM 25   to the conclusion of a restriction of the net pay assumption.

09:54AM 1    Q.   Can you just give us that number again?

09:54AM 2    A.   Yeah.  That was approximately one-fifth of the total

09:54AM 3    reservoir exposure, between 13 and 16.5 feet.

09:54AM 4    Q.   Now, your model doesn't tell you where the restriction is

09:54AM 5    or what the restriction is, correct?

09:54AM 6    A.   That's correct.  It's just assuming that parts of the

09:54AM 7    reservoir is isolated.

09:54AM 8    Q.   And you're not expressing an opinion on where the

09:54AM 9    restriction is or what the restriction is, correct?

09:55AM 10   A.   That's correct.

09:55AM 11   Q.   But from a person that did the modeling using your

09:55AM 12   software, the only way you could match the realtime data is if

09:55AM 13   effectively -- whatever is going down in this area, it has the

09:55AM 14   effect of only allowing 13 to 16 feet of the reservoir to come

09:55AM 15   in, up through the loss of realtime data at 9:50 p.m.?

09:55AM 16   A.   That's correct.

09:55AM 17   Q.   I'll mark this as D-4691A -- B.  D-4691B.

09:55AM 18        Briefly, Mr. Emilsen, there has been some testimony --

09:55AM 19   you're not a BOP expert, correct?

09:55AM 20   A.   That's correct.

09:55AM 21   Q.   And you're not here to testify about the inner workings of

09:55AM 22   the BOP, correct?

09:55AM 23   A.   Correct.

09:55AM 24   Q.   But there has been some testimony that some BOP experts

09:55AM 25   have used your work.  And I just want to clarify for the Court,

09:55AM 1    the work that they are relying on, I want you to explain to the

09:56AM 2    Court what it is, and what it is not.

09:56AM 3         So if we could put up TREX-7820 briefly.  Sorry.  Let's do

09:56AM 4    50150.144.1.

09:56AM 5         And, Mr. Emilsen, just to move this quickly --

09:56AM 6         MR. DOYEN:  Your Honor, may I ask for the exhibit

09:56AM 7    number again?  I'm sorry.

09:56AM 8         MR. REGAN:  Yes, yes.  My apologies.  TREX-50150.144,

09:56AM 9    and my cull out is .1.

09:56AM 10   BY MR. REGAN:

09:56AM 11   Q.   Mr. Emilsen, there was some work that a BOP expert,

09:56AM 12   Mr. Childs, testified about earlier in court in this trial,

09:56AM 13   where he testified that he relied upon work from a company

09:57AM 14   called Stress Engineering.  And what I have on the screen is

09:57AM 15   the Stress Engineering work that Mr. Child (sic) relied upon,

09:57AM 16   and we've highlighted that that includes Stress Engineering

09:57AM 17   relying on one of your well flow rate estimates.

09:57AM 18        Do you see a citation to Figure 3.9, Appendix W?  Do you

09:57AM 19   see that?

09:57AM 20   A.   Yes, I see that.

09:57AM 21   Q.   There is another citation in TREX-7820.  And again -- I

09:57AM 22   just put up .145.1.

09:57AM 23        Again, the same citation, again, looking at a flow rate

09:57AM 24   from Number 6, which is, again, citing to your work.

09:57AM 25        I would like to show now the Court TREX-41026.31.1.

09:58AM 1      This is the chart that Mr. Childs, through

09:58AM 2  Stress Engineering, relied upon from your work.

09:58AM 3      And can you explain to the Court what this chart actually

09:58AM 4  is showing.

09:58AM 5  A.   Well, this chart, Figure 3.9, shows the blowout potential

09:58AM 6  through the casing shoe as a function of a flowing wellhead

09:58AM 7  pressure.

09:58AM 8  Q.   How much reservoir was exposed for this chart in your

09:58AM 9  work?  What was the assumption of the exposed reservoir to

09:58AM 10  derive these flow rates?

09:58AM 11  A.   This chart is based on the assumption of a full reservoir

09:58AM 12  exposure, that means 86 feet of net pay.

09:58AM 13  Q.   And again, you've confirmed to the Court, does a full

09:58AM 14  reservoir exposure of 86 foot of net pay match with the

09:58AM 15  realtime data pressure signatures that you've seen on

09:58AM 16  April 20th?

09:58AM 17  A.   No, that didn't match.  This chart was just to look at the

09:59AM 18  flow potential, the worst-case flow potential.

09:59AM 19  Q.   If we go now to 41026.30.1.

09:59AM 20      Is this other chart that you prepared, Mr. Emilsen, in

09:59AM 21  your work?

09:59AM 22  A.   It looks so, yes.

09:59AM 23  Q.   You used the word *base*.  We see net pay along the X axis.

09:59AM 24  Is that, again, your base case of full exposure of 86 feet?

09:59AM 25  A.   Yes.  That's the maximum reservoir exposure, that's

09:59AM 1    correct.

09:59AM 2    Q.    So if somebody wanted to rely upon your work about what

09:59AM 3    the flow rate would be up to the time of the explosion of 9:50,

09:59AM 4    would they -- should they be using an exposure of 86 feet or

09:59AM 5    the 13 to 15 feet, 16 feet?

09:59AM 6    A.    Well, I don't know in what context these numbers were

09:59AM 7    used, but I can say that, based on my conclusions, the OLGA

10:00AM 8    simulation work I did, we concluded a reservoir exposure of --

10:00AM 9    between 13 and 16.5.

10:00AM 10   Q.    And that's these rates over here on the left side of the

10:00AM 11   X axis, correct?

10:00AM 12   A.    That's correct.

10:00AM 13   Q.    If we could now go to D-4853, please.

10:00AM 14         We've talked about flow path.  I would like to talk about

10:00AM 15   the amount of flow as derived by your model.  And I should ask

10:00AM 16   right now, we're doing it independently in your exam today, but

10:00AM 17   does the model do all of this work at one point in time, path,

10:00AM 18   amount and time?

10:00AM 19   A.    Yes.  All those numbers are results from the simulator,

10:00AM 20   yes.

10:00AM 21   Q.    It's all, in essence, one result, correct?

10:00AM 22   A.    Yes, you could say so, yeah.

10:00AM 23   Q.    What does this chart from your report represent,

10:01AM 24   Mr. Emilsen?

10:01AM 25   A.    Well, this chart shows two curves.  One is blue colored.

10:01AM 1    That is showing the inflow rate, the flow rate from the

10:01AM 2    reservoir into the wellbore, in stock tank barrels per minute.

10:01AM 3    It should be read from the first Y axis on the left-hand side.

10:01AM 4        It shows that the reservoir starts to flow at 2052,

10:01AM 5    approximately.  It's a very low rate at that point in time, but

10:01AM 6    it keeps increasing.

10:01AM 7    Q.   So in terms of the timelines that the Court has heard

10:01AM 8    about over the last seven weeks, this is the work that actually

10:01AM 9    derived the start time of the underbalance of the well and the

10:01AM 10   flow, correct?

10:01AM 11   A.   That's correct.

10:01AM 12   Q.   It's right there, right?

10:01AM 13   A.   That's correct.

10:01AM 14   Q.   What, then, does the red line on your chart represent?

10:01AM 15   A.   The red line is also a direct result from the simulation.

10:02AM 16   It shows the cumulative volume of hydrocarbons inside the

10:02AM 17   wellbore.

10:02AM 18       So that line also starts from 2052.  There are no

10:02AM 19   hydrocarbons in the wellbore at that point in time, and it

10:02AM 20   increases.

10:02AM 21       The value should be read from the right Y axis, and it

10:02AM 22   shows the hydrocarbon volume in barrels.

10:02AM 23   Q.   So the red line pertains to the axis on the right; the

10:02AM 24   blue line pertains to the Y axis on the left?

10:02AM 25   A.   That's correct.

10:02AM 1    Q.   If we could now quickly go to D-4319.

10:02AM 2        The Court has seen these charts with a number of

10:02AM 3    witnesses, but I just want to ask about one part of them that

10:02AM 4    pertains to your work, Mr. Emilsen.  This is a demonstrative

10:02AM 5    exhibit.

10:02AM 6        For the time period of 2052 to 2108, do you see over on

10:02AM 7    the left-hand side of the chart there is an indication of, by

10:03AM 8    2108, 40 barrels of hydrocarbon influx; do you see that?

10:03AM 9    A.   Yes, I see that.

10:03AM 10   Q.   Is that what you found in your work, in your modeling

10:03AM 11   work?

10:03AM 12   A.   Yes, that's estimated by the model.

10:03AM 13   Q.   40 barrels of hydrocarbon influx at the base of the well

10:03AM 14   would result in an additional 40 barrels of flow seen at the

10:03AM 15   top -- on the surface on the rig, correct?

10:03AM 16   A.   That's correct.

10:03AM 17   Q.   But, probably the last time I'll ask you, in terms of

10:03AM 18   multiphase flow, how does multiphase flow impact the way

10:03AM 19   hydrocarbons behave as they go up the wellbore and then up the

10:03AM 20   riser to the surface?

10:03AM 21   A.   Yeah, that's a good question.  That's probably the reason

10:03AM 22   why we need to use a simulator to explain all these effects

10:03AM 23   going on in the wellbore.  There are several fluids.

10:03AM 24       One important issue is -- with hydrocarbons is that if you

10:03AM 25   elevate the oil from the reservoir toward surface, at some

7818

10:04AM 1  point in time gas will start to flush out through that oil, and

10:04AM 2  it will expand.  So you have a high velocity, if you like, when

10:04AM 3  it reaches surface.

10:04AM 4  Q.  So we have hydrocarbons at the base of the well that

10:04AM 5  you've put as an input into the model, correct?

10:04AM 6  A.  That's correct.

10:04AM 7  Q.  The gas hydrocarbons down this low in the well, they would

10:04AM 8  be in liquid form?

10:04AM 9  A.  Yes.  The gas is in solution with oil.

10:04AM 10  Q.  Solution.

10:04AM 11  A.  That's correct.

10:04AM 12  Q.  But at some point here, the -- what we've heard earlier as

10:04AM 13  a breakout occurs, is that what you were just describing?

10:04AM 14  A.  Yes.  As soon as the oil reached the bubble point

10:04AM 15  pressure, that is the pressure where gas starts to flash out of

10:04AM 16  the solution.

10:04AM 17  Q.  Let's go to D-4321.  I'm sorry, D -- you were on the right

10:05AM 18  one.  D4320-A.

10:05AM 19      Just the next time period, 9:08 to 9:14.  Again, I only

10:05AM 20  want to focus on our picture of the wellbore.

10:05AM 21      We have indicated nine barrels per minute of hydrocarbon

10:05AM 22  inflow as of that time period, which was -- the Court has heard

10:05AM 23  was during what's called a sheen test.  Is that number derived

10:05AM 24  from your modeling?

10:05AM 25  A.  Yes.  That's a number derived from the modeling.  It was

10:05AM 1    shown in the previous slide you showed earlier today, that the

10:05AM 2    rate from the reservoir is not a fixed rate, but it's

10:05AM 3    increasing actually.

10:05AM 4    Q.    Next slide, D-4321.

10:05AM 5          Same question, just to confirm, Mr. Emilsen, the estimate

10:05AM 6    of approximately 300 barrels of hydrocarbon influx as of 9:31,

10:05AM 7    is that consistent with what you found in your modeling?

10:05AM 8    A.    Yes, that's a result from my model.  That's correct.

10:05AM 9    Q.    Then, if we go to the D-4322, 2138 to 2149.

10:06AM 10         When, Mr. Emilsen, did your model determine that the

10:06AM 11   hydrocarbons actually got to the wellhead and above the BOP?

10:06AM 12   A.    That was at approximately 2138.

10:06AM 13   Q.    At that point, is your model capable of handling the

10:06AM 14   multiple phases, then, that the hydrocarbons would be in, that

10:06AM 15   is, some is in gas and some is in liquid?

10:06AM 16   A.    Yeah, that's the main purpose of the model to handle and

10:06AM 17   track the fluid from its expansion.

10:06AM 18   Q.    Then when your model calculates drill pipe pressure

10:06AM 19   responses, it's doing it in the context of doing all of this

10:06AM 20   multiphase analysis of the wellbore?

10:06AM 21   A.    That's correct.

10:06AM 22   Q.    So if we go to D-4792.

10:06AM 23         This is another chart from your work, Mr. Emilsen.  This

10:06AM 24   is just another representation of what we just went through.

10:06AM 25         Does this look consistent with your -- these are your

10:06AM 1   opinions, I should ask you, correct?

10:06AM 2   A.   Yes, that's showing the cumulative gain shown versus time

10:07AM 3   taken from the simulation.  That's correct.

10:07AM 4   Q.   Right.  To confirm, I apologize if I asked you this

10:07AM 5   before, you did not attempt to model flow rates after the

10:07AM 6   explosion, that is, flow rates from April 21st forward, did

10:07AM 7   you?

10:07AM 8   A.   No.  That's correct.  I did not do that.

10:07AM 9   Q.   Finally, I want to turn to what is in your report about

10:07AM 10  post-modeling confirmation of what your simulation determined.

10:07AM 11       Go to D-4345.

10:07AM 12       Are these some of the items that you list in your expert

10:07AM 13  report, Mr. Emilsen, as information that you learned after you

10:07AM 14  had completed your modeling and your conclusion that the flow

10:07AM 15  path was up through the shoe and in the center of the casing?

10:07AM 16  A.   Yes, I recognize several of them, that is correct.

10:07AM 17  Q.   We don't have to go through each of them because they are

10:08AM 18  contained in the report that is in evidence, but, just to do

10:08AM 19  one or two, if we could go to D-4478.

10:08AM 20       What do you recognize this to be, Mr. Emilsen?

10:08AM 21  A.   Well, this is a picture of the seal assembly.  They

10:08AM 22  recovered the seal assembly from the wellbore, and there were

10:08AM 23  no evidence of erosion or damage to the seal assembly.

10:08AM 24       I'm not an expert in looking at seal assemblies, but it

10:08AM 25  looks good; and, it confirmed the conclusion of that flow path

10:08AM 1    was inside the casing and not on the back side.

10:08AM 2    Q.    If we go now to D-4854, which I don't think has been

10:08AM 3    discussed with the Court to date.

10:08AM 4         One of the other things you cite is the relief well

10:08AM 5    intercept that took place on September 16, 2010.  We'll cover

10:08AM 6    this with a few other witnesses, but just to introduce the

10:09AM 7    concept.

10:09AM 8         Were you aware that on September 16th, the relief well

10:09AM 9    that was being drilled by the *Development Driller III*

10:09AM 10   intersected the wellbore at Macondo, the Number 1 well?

10:09AM 11   A.    Yes, I was aware of that.

10:09AM 12   Q.    Just for clarity in the record, I'm going to refer to the

10:09AM 13   original wellbore as Number 1 and the relief wellbore as

10:09AM 14   Number 3.

10:09AM 15        In the materials you looked at, Mr. Emilsen, did the

10:09AM 16   relief well intercept the Number 1 well at approximately

10:09AM 17   17,227?

10:09AM 18   A.    Yes.  That's what I learned.

10:09AM 19   Q.    What about that intercept?

10:09AM 20        Well, before we ask you that ultimate question, at the

10:09AM 21   time of that intercept, did you understand that they had

10:09AM 22   actually put a new rig and a new BOP over the top of the

10:09AM 23   Number 1 well in September?

10:09AM 24   A.    Yes, I learned that the DD II rig was on top of the

10:09AM 25   Macondo.

10:09AM 1      I learned that the DD II, the *Development Driller II*, was

10:09AM 2  connected to the Macondo well.

10:10AM 3  Q.    Then, briefly, Mr. Emilsen, can you just relate to the

10:10AM 4  Court what information that you learned about this intercept

10:10AM 5  did you find to be consistent with your preexisting simulation,

10:10AM 6  that is, consistent with a flow path of hydrocarbons through

10:10AM 7  the casing rather than up the back side?

10:10AM 8  A.    Well, I learned that once they intersected the well, the

10:10AM 9  pressure response matched with a mud-filled annulus.

10:10AM 10     Also, they did bottoms-up circulation through the relief

10:10AM 11 well, and there were no signs of hydrocarbons.

10:10AM 12         MR. REGAN:  Thank you, Mr. Emilsen.

10:10AM 13             Those are the questions that I have.

10:10AM 14         THE COURT:  All right.  Plaintiffs.

10:10AM 15                     CROSS-EXAMINATION

10:10AM 16 BY MR. WILLIAMS:

10:11AM 17 Q.    Good morning, Mr. Emilsen.

10:11AM 18 A.    Good morning.

10:11AM 19 Q.    My name is Conrad Williams.  I represent the PSC, and I

10:11AM 20 have you on cross-examination this morning.

10:11AM 21     I understand -- you speak very good English, but I

10:11AM 22 understand it's not your first language, so I'll try and

10:11AM 23 speak -- actually, some of my colleagues, I was born and raised

10:11AM 24 in the south, claim that English is my second language, as

10:11AM 25 well.

10:11AM 1          But if I ask you a question that you don't understand,

10:11AM 2     just let me know, and I'll rephrase it, okay?

10:11AM 3     A.   Oh, yeah.  I will.

10:11AM 4     Q.   Okay.  I'm going to bounce around just a little bit, but

10:11AM 5     let me ask you:  How long have you worked for Add Energy or its

10:12AM 6     predecessors?

10:12AM 7     A.   Well, I joined Add Wellflow in 1997.

10:12AM 8     Q.   You've worked for them ever since, correct?

10:12AM 9     A.   That's correct.

10:12AM 10    Q.   Now, are you aware that Add Energy has a Master Service

10:12AM 11    Agreement or contractual relationship with BP?

10:12AM 12    A.   Yes, that's correct.

10:12AM 13    Q.   How long has that relationship been in existence?

10:12AM 14    A.   I'm not sure if I recall that from the top of my head,

10:12AM 15    but --

10:12AM 16    Q.   2004 sound about right?

10:12AM 17    A.   That could be right.  At least several years, yes.

10:12AM 18    Q.   Under the Master Service Agreement, you provide or can

10:12AM 19    provide to BP well design and planning services, correct?

10:12AM 20    A.   Well, we -- we offer dynamic simulations.  That's our main

10:12AM 21    service, that's correct.

10:12AM 22    Q.   How about emergency well control planning?

10:12AM 23    A.   That's also correct.  Emergency response is one of our

10:13AM 24    services.

10:13AM 25    Q.   Investigation of well blowout probabilities?

10:13AM 1    A.    Not too much into probabilities.  That's not one of our

10:13AM 2    main services, no.

10:13AM 3    Q.    What about well control prevention?

10:13AM 4    A.    Well, we work with well control response in trying to

10:13AM 5    diagnose and evaluate the mitigation options.

10:13AM 6    Q.    You don't work for just BP, you work for all the major and

10:13AM 7    minor oil companies around the world; is that correct?

10:13AM 8    A.    Yes, not necessarily all the oil companies around the

10:13AM 9    world, but at least all the major ones and a lot of smaller,

10:13AM 10   independent ones, that's correct.

10:13AM 11   Q.    Prior to the Macondo disaster that brings us here today,

10:13AM 12   BP had engaged Add Energy on numerous occasions to provide

10:13AM 13   assistance on wells, didn't it?

10:13AM 14   A.    That's correct.

10:13AM 15   Q.    That involved wells all over the world essentially,

10:14AM 16   correct?

10:14AM 17   A.    Well, yes.  I don't recall all the blowouts we worked on,

10:14AM 18   but all over the world is correct.

10:14AM 19   Q.    Gulf of Mexico?

10:14AM 20   A.    Yes.

10:14AM 21   Q.    North Sea?

10:14AM 22   A.    Yes.

10:14AM 23   Q.    Egypt?

10:14AM 24   A.    Yes.

10:14AM 25   Q.    Vietnam?

10:14AM 1     A.    Yes.

10:14AM 2     Q.    India?

10:14AM 3     A.    Probably.  I'm not really sure if I remember that one.

10:14AM 4     Q.    Have you ever been to Mumbai?

10:14AM 5     A.    I have never been to India.

10:14AM 6     Q.    Before April 20, 2010, BP didn't ask you to assist, you or

10:14AM 7     Add Energy, in any way with the design and execution of the

10:14AM 8     Macondo well, did it?

10:14AM 9     A.    No.  They didn't.

10:14AM 10    Q.    Okay.  Now, you were deposed in New Orleans back in

10:14AM 11    December of 2011; you remember that, correct?

10:14AM 12    A.    That's correct.

10:14AM 13    Q.    You testified in that deposition that from the time you

10:15AM 14    issued your contribution to the Bly Report until the time you

10:15AM 15    put together your expert report, nothing insofar as your

10:15AM 16    findings had changed, correct?

10:15AM 17    A.    That's correct.

10:15AM 18    Q.    Has anything changed since the date of your deposition

10:15AM 19    until today?

10:15AM 20    A.    No.

10:15AM 21    Q.    Your findings are still the same, correct?

10:15AM 22    A.    That's correct.

10:15AM 23    Q.    Thank you.

10:15AM 24          Now, in response to a couple of Mr. Regan's questions

10:15AM 25    about the OLGA model and the inputs thereto, when you were

10:15AM  1   first contacted by BP after this incident, you were provided by

10:15AM  2   members of the BP Investigation Team with various inputs and

10:15AM  3   factual information to input into your modeling, correct?

10:15AM  4   A.   That's correct.  That was the first task I had, actually,

10:15AM  5   to collect all the necessary data to set up and build the

10:16AM  6   model.  That's correct.

10:16AM  7   Q.   Most of that data involved what had happened during the

10:16AM  8   last day, April 20th, April 19th, perhaps, before the

10:16AM  9   explosion, correct?

10:16AM 10   A.   Well, I mentioned all the required data early on.  The

10:16AM 11   sign of the wellbore is important input.  The reservoir

10:16AM 12   properties, fluid properties were data I collected.

10:16AM 13   Q.   Rheology of the mud and the spacer and all those types of

10:16AM 14   things, correct?

10:16AM 15   A.   That's correct.

10:16AM 16   Q.   That information was given to you by members of the

10:16AM 17   BP Investigation Team, correct?

10:16AM 18   A.   That's correct.

10:16AM 19   Q.   You didn't do any independent analysis or verification of

10:16AM 20   the composition or qualities of those -- of that information

10:16AM 21   that was given to you by BP, did you?

10:16AM 22   A.   Well, validating input data is one of our tasks, actually.

10:17AM 23        I spent a lot of time looking at the fluid composition for

10:17AM 24   the main target, but, of course, had to rely on that BP submit

10:17AM 25   me with the most reliable data, that's correct.

10:17AM 1    Q.   As I understand it, as you explained it earlier, you had

10:17AM 2    that data, and you input it into the OLGA model, and you

10:17AM 3    essentially worked backwards to the reservoir; is that correct?

10:17AM 4    A.   Well, I'm not really sure if I understand.

10:17AM 5         I mean, we type in a lot of information into the model,

10:17AM 6    and the model calculates the flow rates and the pressure

10:17AM 7    profile and temperatures.

10:17AM 8         It's not necessarily backwards.  I mean, the flow is from

10:17AM 9    the reservoir and to surface.

10:17AM 10   Q.   Correct.  Well, here is what I mean.  Let me clarify.

10:17AM 11        In the Bly Report, the appendix to the Bly Report -- which

10:17AM 12   is essentially your initial report, correct?

10:17AM 13   A.   Appendix W is my report, that's correct.

10:17AM 14   Q.   You had different case analyses, correct?

10:18AM 15   A.   That's correct.

10:18AM 16   Q.   Each case made different assumptions, at least with

10:18AM 17   respect to the size of the reservoir, as you've testified

10:18AM 18   earlier, correct?

10:18AM 19   A.   That's correct.

10:18AM 20   Q.   So, essentially, the narrowing of the reservoir from the

10:18AM 21   80-some-odd feet of net pay that we know it was, down to the 12

10:18AM 22   or 16 or 18, allowed you to fine tune the model, and,

10:18AM 23   therefore, like in Case 7, come up with the most accurate model

10:18AM 24   which most closely compared to the realtime data and the

10:18AM 25   assumptions made on the back end just before the explosion,

10:18AM 1    correct?

10:18AM 2    A.    Yes.  That's correct.

10:18AM 3          As I said earlier, the net pay was one of the uncertain

10:18AM 4    parameters.  It should be zero, if there were no restrictions

10:18AM 5    down there, of course; but, unfortunately, there were flow

10:19AM 6    paths from the reservoir and into the wellbore.

10:19AM 7    Q.    Now, you testified just a few minutes ago that your

10:19AM 8    modeling indicated that the influx started around 2052,

10:19AM 9    correct?

10:19AM 10   A.    That's correct.

10:19AM 11   Q.    You also talked about bubble point or flash out of gas as

10:19AM 12   hydrocarbons come up and head to the surface of the seabed and

10:19AM 13   up into the riser, correct?

10:19AM 14   A.    That's correct.

10:19AM 15   Q.    At what point does the gas actually start to flash out or

10:19AM 16   is the bubble point encountered in this well based on your

10:19AM 17   analyses?

10:19AM 18   A.    Well, the bubble point curve is actually a functional

10:19AM 19   temperature; but, at reservoir temperature, I recall that the

10:19AM 20   bubble point was 6,500 psi.

10:20AM 21         But, as I said, it's a functional temperature; so, if you

10:20AM 22   move fluids up towards surface, they will be cooled, and you

10:20AM 23   will end up with a different bubble point.

10:20AM 24         But to try to explain in simpler words, the flash point of

10:20AM 25   that oil was below the BOP, some hundred or thousand feet below

10:20AM 1   the BOP, but it depends on the pressure and temperature regime.

10:20AM 2   Q.   I think in your report you said it was -- you estimated it

10:20AM 3   was anywhere from 200 to a thousand feet below the BOP,

10:20AM 4   correct?

10:20AM 5   A.   Yes, that's correct.  But, again, it depends on the

10:20AM 6   situation and when -- what point in time during the unloading

10:20AM 7   sequence you're at.

10:20AM 8   Q.   Okay.  Now, when you reach the flash point, when gas

10:20AM 9   starts to migrate out or bubble out of the liquid hydrocarbons,

10:21AM 10  does the gas then move at a faster rate than the hydrocarbons,

10:21AM 11  the liquid hydrocarbons?

10:21AM 12  A.   Yes.  Usually, due to the buoyancy effect, the gas tends

10:21AM 13  to move faster in regard to the wellbore than liquid.  That's

10:21AM 14  correct.

10:21AM 15  Q.   Did you perform any calculations which indicated at what

10:21AM 16  time -- we know the influx started, based on your analysis, at

10:21AM 17  approximately 2052.  Did you do any analysis which would tell

10:21AM 18  us what time the flash out of this gas started to occur below

10:21AM 19  the BOP?

10:21AM 20  A.   Yes.  All the results are in the model.  I'm not sure if I

10:21AM 21  presented any figures showing that, so I don't recall from the

10:21AM 22  top of my head at what point in time that was.

10:21AM 23       What I do remember is that the first hydrocarbons entered

10:21AM 24  the riser at approximately 2138, meaning that it was a little

10:22AM 25  bit before that point in time.

10:22AM 1    Q.   You testified earlier that between 2052 -- what was the

10:22AM 2    other time -- that 40 barrels -- from 2052, 16 minutes, we had

10:22AM 3    40 barrels of influx, correct?

10:22AM 4    A.   2108, approximately.

10:22AM 5    Q.   Now, based on all of your analysis, all of the modeling,

10:22AM 6    is there any doubt that this well flowed through the casing

10:22AM 7    versus the annulus?

10:23AM 8    A.   I wouldn't say so, no.

10:23AM 9         MR. WILLIAMS:  Those are all the questions I have.

10:23AM 10   Thank you very much.

10:23AM 11        THE COURT:  United States.

10:23AM 12             I tell you what, we've already had one short

10:23AM 13   recess.  Let's try to keep it to about 10 minutes, okay.

10:23AM 14        THE DEPUTY CLERK:  All rise.

10:27AM 15        (WHEREUPON, at 10:23 a.m., the Court took a recess.)

10:36AM 16        THE DEPUTY CLERK:  All rise.

10:36AM 17        THE COURT:  Please be seated, everyone.

10:36AM 18             All right, Mr. Cernich.

10:36AM 19        MR. CERNICH:  Scott Cernich for the United States.

10:36AM 20                       CROSS-EXAMINATION

10:36AM 21        BY MR. CERNICH:

10:36AM 22   Q.   Mr. Emilsen, I have you on cross-examination.

10:36AM 23        There is a lot of ground that I had planned to cover

10:36AM 24   that's been covered already, so I'm going to keep this brief as

10:36AM 25   possible.

7831

10:36AM 1      Your daily rate under your contract with BP is $8,000 per

10:37AM 2  day; is that right?

10:37AM 3  A.   For this work, for the work I did for the Bly Team, that's

10:37AM 4  correct.

10:37AM 5  Q.   Is that also the daily rate for your expert work?

10:37AM 6  A.   That's correct.

10:37AM 7  Q.   After the Macondo incident, your firm, Add Energy,

10:37AM 8  actually opened an office in Houston; is that right?

10:37AM 9  A.   That's right.

10:37AM 10  Q.   That was because of the recognition that your firm

10:37AM 11  received from its work related to the Macondo incident?

10:37AM 12  A.   Well, not necessarily.  We have always done work from Oslo

10:37AM 13  for the clients in Houston, but -- so that was a decision we

10:37AM 14  made based on several factors, that we opened up an office in

10:37AM 15  Houston.

10:37AM 16  Q.   Including some additional business?

10:38AM 17  A.   That's correct.  To be on the ground in Houston was looked

10:38AM 18  at as an important decision.

10:38AM 19  Q.   I think you testified this, but just -- to this already,

10:38AM 20  but, just to be clear, you didn't run any additional

10:38AM 21  simulations or models for the Macondo blowout between the

10:38AM 22  completion of Appendix W to the Bly Report in August 2010 and

10:38AM 23  your expert deposition in December 2011; is that right?

10:38AM 24  A.   That's correct.

10:38AM 25  Q.   So all the modeling you relied on is summarized in

10:38AM  1    Appendix W to the Bly Report?

10:38AM  2    A.    That's correct.

10:38AM  3    Q.    You believe that the simulations you ran with

10:38AM  4    OLGA-Well-Kill were reliable?

10:38AM  5    A.    Yes, I do.

10:38AM  6    Q.    One of the things OLGA-Well-Kill will typically provide is

10:38AM  7    blowout rates; is that right?

10:38AM  8    A.    Yeah, flow rates is one of the main outputs from the

10:39AM  9    model.  That's correct.

10:39AM 10    Q.    You were modeling a dynamic case in this situation,

10:39AM 11    correct?

10:39AM 12    A.    That's correct.

10:39AM 13    Q.    It's simpler to model a steady state blowout situation

10:39AM 14    than a dynamic effect like the one you modeled here?

10:39AM 15    A.    That's also correct.  A steady state situation is much

10:39AM 16    easier to model, and there are a number of steady state models

10:39AM 17    available to the industry.

10:39AM 18    Q.    Prior to the Macondo blowout, you had been involved in

10:39AM 19    actual responses to other blowouts where you used

10:39AM 20    OLGA-Well-Kill?

10:39AM 21    A.    That's correct.

10:39AM 22    Q.    It's your opinion that actual and reliable data for the

10:39AM 23    Macondo well was used as an input into your OLGA-Well-Kill

10:39AM 24    modeling, and that this significantly improved the degree of

10:39AM 25    accuracy of your model?

10:39AM 1   A.   That seems right, yes.

10:39AM 2   Q.   We talked about some of the inputs -- or you already

10:39AM 3   testified regarding the inputs.

10:39AM 4        Just to summarize, you need to have an input of the

10:40AM 5   geometry of the well?

10:40AM 6   A.   That's correct.

10:40AM 7   Q.   So the tubing dimensions, the casing size, the dimensions

10:40AM 8   of the wellbore?

10:40AM 9   A.   Yes.

10:40AM 10  Q.   The reservoir parameters?

10:40AM 11  A.   Yes.

10:40AM 12  Q.   And the information regarding the hydrocarbon fluid?

10:40AM 13  A.   That's correct.

10:40AM 14  Q.   In using those inputs, you ran simulations and matched

10:40AM 15  them with the realtime pressure data from the

10:40AM 16  *Deepwater Horizon*?

10:40AM 17  A.   Yes.  That was one of the parameters we matched, in

10:40AM 18  addition to several others.  That is correct.

10:40AM 19  Q.   Your ultimate conclusion was that the flow was up the

10:40AM 20  production casing.  It's your opinion that the highest flow

10:40AM 21  potential is through the production casing, correct?

10:40AM 22  A.   I don't recall the exact number of the flow potential, but

10:40AM 23  it's stated in my report.  The flow potentials based on several

10:40AM 24  assumptions is included in the report.

10:40AM 25  Q.   But you recall writing in your report that the highest

10:41AM 1    flow potential is through the production casing?

10:41AM 2    A.   Yes.   There are some narrow areas between the production

10:41AM 3    casing and the outside annulus that will restrict the flow more

10:41AM 4    than inside of the casing.   That's correct.

10:41AM 5    Q.   You discussed the fact that you actually ran hundreds of

10:41AM 6    various simulations with different sensitivities?

10:41AM 7    A.   That's correct.

10:41AM 8    Q.   Your report doesn't include any sort of formal uncertainty

10:41AM 9    analysis, does it?

10:41AM 10   A.   Not necessarily, no.   We don't do uncertainty analysis.

10:41AM 11   We do sensitivity analysis.

10:41AM 12        One of the sensitivities that is included in the report is

10:41AM 13   the net pay assumption.   One of the sensitivities we run is a

10:41AM 14   range of net pay assumption.

10:42AM 15   Q.   Did you calculate any error bounds for your work?

10:42AM 16   A.   No, I did not.

10:42AM 17   Q.   But you believe the sensitivities you ran and the cases

10:42AM 18   you analyzed are sufficient for you to tell the judge that your

10:42AM 19   models actually reflect what happened in the Macondo well on

10:42AM 20   April 20, 2010?

10:42AM 21   A.   Yes, that's correct.

10:42AM 22        Based on the realtime data, based on witness accounts, and

10:42AM 23   based on the surfacing of gas and oil, we believe that the

10:42AM 24   model predicted the unloading behavior in the wellbore with

10:42AM 25   good confidence.   That's correct.

10:42AM 1    Q.   Obviously, BP must have sufficient confidence in your work

10:42AM 2    and your opinions, that BP has brought you here today to give

10:42AM 3    your opinions to the Judge?

10:42AM 4    A.   Well, you'll have to ask BP about that, but I think that's

10:42AM 5    right.  I mean, the simulations show to be very valuable in the

10:42AM 6    efforts of diagnosing the situation, that's correct.

10:42AM 7    Q.   I'd like to talk about cement for just a moment.

10:43AM 8         I think we've established you're not an expert in cement;

10:43AM 9    is that correct?

10:43AM 10   A.   That's correct.

10:43AM 11   Q.   You have no opinions related to the design, testing or

10:43AM 12   execution of the cement job?

10:43AM 13   A.   That's correct.

10:43AM 14   Q.   Your modeling did not recognize any cement in the shoe

10:43AM 15   track as a barrier or restriction?

10:43AM 16   A.   At least not a hundred percent barrier.

10:43AM 17        As has been mentioned earlier on, we had to include some

10:43AM 18   restrictions downhole to match the realtime data, and we used

10:43AM 19   the net pay assumption for that purpose.

10:43AM 20        It could be that there were some restrictions in the shoe

10:43AM 21   that matched up with the net pay assumption, if you like.

10:43AM 22   Certain restrictions are down there, that's for sure.

10:43AM 23   Q.   But just to be clear, you don't actually input cement into

10:43AM 24   your OLGA model in any way?

10:43AM 25   A.   No, I did not do that.  You can do that by specifying a

10:43AM 1   different diameter, if you like, on the flow conduct; but, what

10:44AM 2   I did was assume the fully open shoe, no additional

10:44AM 3   restrictions, but I used the net pay assumption to match the

10:44AM 4   realtime data.

10:44AM 5   Q.   So you assumed no restriction from the flow ports in the

10:44AM 6   bottom of the reamer shoe or from the float collar?

10:44AM 7   A.   Well, the geometry of the shoe itself was modeled, but no

10:44AM 8   additional restrictions from cement or debris or other solids,

10:44AM 9   if you like.

10:44AM 10  Q.   Or the float collar?

10:44AM 11  A.   That's correct.

10:44AM 12  Q.   I just want to be clear, I understand that you're saying

10:44AM 13  that your net pay assumption is designed to represent whatever

10:44AM 14  restrictions are down there, be that cement, be that the reamer

10:44AM 15  shoe, be that the float collar; but, OLGA itself can't model

10:44AM 16  cement?

10:44AM 17  A.   Well, it depends what you mean by model cement.

10:44AM 18       OLGA can handle cement by including a restriction.  If you

10:45AM 19  talk about cement in its solid state, you can -- you can change

10:45AM 20  the diameter of the flow path and by such make an assumption of

10:45AM 21  how much cement is still down there.

10:45AM 22  Q.   Could we go to Mr. Emilsen's 30(b)(6) deposition from

10:45AM 23  June of 2011.  I would like go to page 411 of that deposition,

10:45AM 24  please, Don.  I would like to go to lines 12 through 18 here,

10:45AM 25  please.

10:45AM 1        So this is from your deposition, and you were asked the

10:45AM 2    question:

10:45AM 3        "QUESTION:  Now, as I understand it, you were talking --

10:45AM 4    you were talking yesterday about the OLGA model, and -- and my

10:45AM 5    notes show that you said that the OLGA model cannot model

10:46AM 6    cement.  Did I -- did I remember that correctly?"

10:46AM 7        You responded:

10:46AM 8        "ANSWER:  Yeah, OLGA is not a model to -- to -- or a

10:46AM 9    software to model cement.  That's correct."

10:46AM 10        Did you give that testimony during your 30(b)(6)

10:46AM 11    deposition in June of 2011?

10:46AM 12    A.    Yes, I did.

10:46AM 13    Q.    You also have no opinion on the actual amount of cement,

10:46AM 14    if any, was present across the reservoir sands?

10:46AM 15    A.    Not in terms of volumes, no; but, the resulting reservoir

10:46AM 16    exposure is what is important to my model.

10:46AM 17    Q.    So you used this mathematical number of exposed net pay in

10:46AM 18    your model to represent that?

10:46AM 19    A.    Yeah, but it's mathematical -- it's also physical

10:46AM 20    property, if you like, of how much of the reservoir that is

10:46AM 21    open to flow into the wellbore.

10:46AM 22    Q.    You didn't have any conversations as part of your work

10:46AM 23    with the BP Investigation Team regarding cement coverage, did

10:46AM 24    you?

10:47AM 25    A.    I don't recall that; but, of course, that was -- that was

10:47AM 1    discussed.  I mean, you know, as I said, it should be a hundred

10:47AM 2    percent coverage.  Unfortunately, not.  It was less than that,

10:47AM 3    so --

10:47AM 4        But I -- I focused on my modeling, and I run all the

10:47AM 5    way -- all the sensitivities from 0 to 86 feet exposure.

10:47AM 6    Q.   Could we go to your -- Mr. Emilsen's expert deposition,

10:47AM 7    please, page 168.  I would like to look at lines 9 through

10:47AM 8    13 here.

10:47AM 9        The question is:

10:47AM 10       "QUESTION:  Did you have conversations as a part of your

10:47AM 11   work with the BP Investigation Team as to an analysis of the

10:47AM 12   cement coverage?

10:47AM 13       "ANSWER:  No, as far as I remember, no, I did not look

10:47AM 14   into that."

10:47AM 15       Did I read that correctly?

10:47AM 16   A.   Yes.

10:47AM 17           MR. REGAN:  I don't think that's proper impeachment,

10:48AM 18   but -- Your Honor, I think that's what he just said.

10:48AM 19           THE COURT:  All right.  I understand.  Go ahead.

10:48AM 20       BY MR. CERNICH:

10:48AM 21   Q.   You weren't involved in any discussions related to BP's

10:48AM 22   analysis of where -- if any, where cement was set or not set in

10:48AM 23   the annulus or shoe track, correct?

10:48AM 24   A.   Well, I was a part of the team, and there were a lot of

10:48AM 25   discussions, you know, by the team on all topics.

10:48AM  1      But, as I said, cement, as such, is not a direct input to

10:48AM  2   my model.  I focused on the reservoir exposure part.

10:48AM  3   Q.   I asked you a question about whether you were involved in

10:48AM  4   any discussions related to BP's analysis of where, if any,

10:48AM  5   cement was set or not set in the annulus or shoe track.

10:48AM  6      You said there were -- I believe you said there were some

10:48AM  7   discussions among the Bly Team, but I'm talking about you

10:48AM  8   personally.

10:48AM  9   A.   Well, I don't recall that I discussed that or had any

10:48AM 10   opinion on that, no.

10:49AM 11   Q.   You don't recall discussing that?

10:49AM 12   A.   No, I don't recall that.

10:49AM 13   Q.   Thank you.

10:49AM 14      THE COURT:  I have a question.

10:49AM 15         Explain to me, if you can, again, how is it

10:49AM 16   that you determined what the exposure was in the reservoir?

10:49AM 17      THE WITNESS:  Yes, Your Honor.

10:49AM 18         If there were no cement inside the wellbore,

10:49AM 19   the exposure would be 86 foot.  That is based on the --

10:49AM 20      THE COURT:  The entire --

10:49AM 21      THE WITNESS:  -- the entire reservoir, no cement

10:49AM 22   isolating the formation.

10:49AM 23         So that was the first simulation I actually

10:49AM 24   ran, but it did not match with those -- if that had been the

10:49AM 25   case, gas and oil would reach surface much earlier than what we

10:49AM 1    know happened.

10:49AM 2                    It did not match with pressure readings from

10:50AM 3    the Sperry-Sun data.

10:50AM 4                    So, in order to match those data points, I had

10:50AM 5    to reduce the amount of reservoir being exposed to the

10:50AM 6    wellbore.

10:50AM 7            THE COURT:  So you kept running a number of simulations

10:50AM 8    gradually reducing the size of the exposure till it matched the

10:50AM 9    actual data; is that what you did?

10:50AM 10           THE WITNESS:  That's correct.

10:50AM 11           THE COURT:  Okay.

10:50AM 12           THE WITNESS:  Also, that was logic, at least to myself,

10:50AM 13   because we knew there was some cement down there, so it should

10:50AM 14   be some restrictions, at least, downhole.

10:50AM 15           THE COURT:  Okay, thank you.

10:50AM 16           BY MR. CERNICH:

10:50AM 17   Q.   Just to follow up on that, Your Honor.

10:50AM 18           That net pay assumption didn't necessarily just account

10:50AM 19   for the cement; it could have accounted for the other

10:50AM 20   restrictions downhole, for example, the float collar?

10:50AM 21   A.   Yes.  That is true.  You can -- it's the total

10:51AM 22   restriction, if you like, but -- whether it's cement or other

10:51AM 23   solids obstructing the flow path, that is true.

10:51AM 24   Q.   You have no opinions on the mechanism by which the cement

10:51AM 25   in the annulus or in the shoe track failed to provide a barrier

10:51AM 1    in the well?

10:51AM 2    A.    No.

10:51AM 3    Q.    You're not qualified to offer any opinions on that?

10:51AM 4    A.    No, I guess not.

10:51AM 5    Q.    You're not an expert in barriers generally, whether that

10:51AM 6    barrier is cement, a float collar or something else?

10:51AM 7    A.    No.

10:51AM 8    Q.    Now, I'd like to talk to you briefly about the concept of

10:51AM 9    varying net pay that you discuss in your report.

10:51AM 10        If we could go to Exhibit 7401.31.

10:52AM 11        This is your expert report, Exhibit 7401.  This was marked

10:52AM 12   at your expert deposition.  It includes both your expert

10:52AM 13   report, as well as the Appendix W attached to it.

10:52AM 14        So if we could go --

10:52AM 15        THE COURT:  Mr. Cernich, just a second.

10:52AM 16        MR. CERNICH:  Yes, sir.

10:52AM 17        THE COURT:  Is that a different report than the report

10:52AM 18   that was used earlier?

10:52AM 19        MR. CERNICH:  No, it's not.

10:52AM 20        THE COURT:  Because I had a different TREX number for

10:52AM 21   the report.  I had it as 4003.

10:52AM 22        MR. CERNICH:  You do, Your Honor.  It's the same

10:52AM 23   report.  This is the one that was marked at his deposition.

10:52AM 24            We didn't have prior notice as to what exhibit

10:52AM 25   number BP was going to use today.

10:52AM  1        THE COURT:  So now we're going to have the same

10:52AM  2   document with different numbers in this trial.  It's going to

10:53AM  3   add to our confusion about keeping track of the exhibits.

10:53AM  4        MR. CERNICH:  Certainly.  I understand.

10:53AM  5             I'm happy to do whatever we can do to rectify

10:53AM  6   that.

10:53AM  7             Matt, did your copy include Appendix W appended

10:53AM  8   to it?

10:53AM  9        MR. REGAN:  I'm not sure.  We can verify it.

10:53AM 10             I think, for the marshalling purposes,

10:53AM 11   Your Honor, I suspect this may be an issue with several

10:53AM 12   documents in the case.

10:53AM 13             So I think there may be a need -- and it's

10:53AM 14   probably already been done by Mr. Irpino and the people that

10:53AM 15   are really good at this -- of keeping track of what --

10:53AM 16        THE COURT:  During the break, it was brought to my

10:53AM 17   attention, I think Mr. Irpino brought it to our attention that

10:53AM 18   we're still lapsing into sometimes not using the consistent way

10:53AM 19   of identifying these documents, these exhibits.

10:53AM 20             Some people are referring to TREX number with a

10:53AM 21   dot such and such page number at the end, and some people are

10:53AM 22   just referring to other page numbers that are not the TREX

10:53AM 23   number and so forth.

10:53AM 24             So, again, I just urge everybody to try to use

10:54AM 25   a consistent identification.

10:54AM 1            Go ahead.

10:54AM 2        MR. REGAN:  Just to put it right in the same place in

10:54AM 3    the record, we marked Mr. Emilsen's report as 40003.

10:54AM 4            We don't dispute the 7401 is also his report.

10:54AM 5    We'll work with the parties to make sure that the Court gets a

10:54AM 6    consistent set of exhibits.

10:54AM 7        THE COURT:  Very well.  Let's go.

10:54AM 8        MR. CERNICH:  Thank you, Your Honor.

10:54AM 9    BY MR. CERNICH:

10:54AM 10   Q.   So if we could go to Exhibit 7401.31.  If we could go

10:54AM 11   to -- if we could cull out this area right here.

10:54AM 12       You wrote in your report:  "Constant net pay input

10:54AM 13   assumptions were used for all of the simulations, and it is

10:54AM 14   acknowledged that varying net pay is probably more likely.

10:54AM 15   This may explain some of the offsets between the actual

10:55AM 16   recorded data and simulation results."

10:55AM 17       Did I read that correctly?

10:55AM 18   A.   Yes, you did.

10:55AM 19   Q.   So what you recognized was that there was probably varying

10:55AM 20   net pay over the time that you analyzed, but you didn't input

10:55AM 21   that into OLGA.

10:55AM 22       What you did is you actually changed the net pay at a

10:55AM 23   point in time from 13 to 16.5 feet; is that right?

10:55AM 24   A.   That's right.

10:55AM 25       MR. REGAN:  Scott, why don't you just read into the

10:55AM 1    record the top left corner.

10:55AM 2         MR. CERNICH:  Sure.  7401.31.11US1.

10:55AM 3              Thanks.

10:55AM 4    BY MR. CERNICH:

10:55AM 5    Q.   You included that sentence and it's in your report because

10:55AM 6    you got a better match when you changed the net pay from 13 to

10:55AM 7    16.5 feet?

10:55AM 8    A.   That's correct.

10:55AM 9    Q.   That's because it's not unlikely that you would have

10:56AM 10   changes during the unloading sequence, meaning that initially

10:56AM 11   you had more restrictions and then later less restrictions?

10:56AM 12   A.   Yes.  That was one of the conclusions.  To be able to

10:56AM 13   match the pressure readings at the very end, we came to that

10:56AM 14   conclusion that initially it was 13, and then later we ended up

10:56AM 15   with 16.5.  It's not a big change, though.

10:56AM 16   Q.   But that's the more likely scenario, that the restrictions

10:56AM 17   would decrease during the unloading?

10:56AM 18   A.   Well, in Case 7, the conclusions in my report clearly

10:56AM 19   stated that -- that the net pay increased during the unloading

10:56AM 20   sequence from 13 to 16.5 feet net pay.

10:56AM 21   Q.   That's the more likely scenario?

10:56AM 22   A.   To match the unloading sequence, that's correct.

10:56AM 23   Q.   So you believe that initially some restriction was holding

10:57AM 24   back or isolating the reservoir fluids from the wellbore; but,

10:57AM 25   as soon as you reduced the downhole pressure and hydrocarbons

10:57AM 1   to start flow from the reservoir, you'd probably see washout

10:57AM 2   effects that could increase the net pay from what it was

10:57AM 3   initially?

10:57AM 4   A.   Yes.  At least from 13 to 16.5 feet during the unloading

10:57AM 5   sequence, that's correct.

10:57AM 6   Q.   This was occurring during the minutes that your simulation

10:57AM 7   covered?

10:57AM 8   A.   Yeah.  That occurred at the very end, from 8 o'clock until

10:57AM 9   2149.

10:57AM 10  Q.   Could we go to what is page -- can we go to 7401.14.

10:58AM 11       This is page 14 of your expert report, Mr. Emilsen.  I

10:58AM 12  would like to go -- to look at this net pay change.

10:58AM 13       So you changed your net pay here from 13 to 16 and a half

10:58AM 14  feet from one side of 2130 to the other side of 2130; isn't

10:58AM 15  that correct?

10:58AM 16  A.   That's correct.  At 2130, the pumps were shut down, with

10:58AM 17  the result of a much lower bottom hole pressure.  There were no

10:58AM 18  frictional pressure drop in the upper part of the wellbore, and

10:58AM 19  that reduced the bottom hole pressure.

10:58AM 20       At that point in time, we also changed net pay assumption

10:58AM 21  from 13 to 16.5 feet.

10:59AM 22  Q.   Do you recall how much that change in bottom hole pressure

10:59AM 23  was?

10:59AM 24  A.   Due to the cutback on the pumps, I don't recall that, no.

10:59AM 25  Q.   So then flow increases here, correct, from 2130 up to

10:59AM 1    around 2142?

10:59AM 2    A.   Well, the flow increases all the way from 2052.   That

10:59AM 3    dramatic increase, if you like, at 2130, that is mainly due

10:59AM 4    to -- that the pumps were shut off.   So it's not a

10:59AM 5    representation of the increase in net pay.

10:59AM 6    Q.   But it's an increase in the change in the pressure,

10:59AM 7    correct?

10:59AM 8    A.   That's correct.

10:59AM 9    Q.   So that goes up to 26 stock tank barrels per minute, which

10:59AM 10   is the equivalent of over 37,000 barrels per day, correct?

11:00AM 11   A.   Probably is, yes.

11:00AM 12   Q.   Now, you discussed with Mr. Regan a bit your need to

11:00AM 13   describe the reservoir in order to do your modeling.

11:00AM 14        Based on the reservoir data that BP provided to you, you

11:00AM 15   determined that this was a very prolific reservoir?

11:00AM 16   A.   That's correct.

11:00AM 17   Q.   Using the data BP provided, you calculated something

11:00AM 18   called the productivity index?

11:00AM 19   A.   Yes, that's correct.   I calculated the productivity index,

11:00AM 20   the PI, based on -- on 300 millidarcy, based on 86 feet

11:00AM 21   reservoir exposure, and also some PVT parameters you need to be

11:00AM 22   able to calculate the PI.

11:00AM 23   Q.   BP provided you all of that information?

11:00AM 24   A.   Well, BP provided me with permeability, reservoir

11:00AM 25   thickness and fluid composition, that's right.

11:01AM 1  Q.   The permeability you mentioned you used was 300

11:01AM 2  millidarcies?

11:01AM 3  A.   That's correct.

11:01AM 4  Q.   We talked about this -- or Dr. Strickland talked about

11:01AM 5  this a bit, I guess, last week or the week before.  A

11:01AM 6  millidarcy is a unit that describes how easily a fluid can flow

11:01AM 7  through a porous media; is that right?

11:01AM 8  A.   That's right.

11:01AM 9  Q.   You calculated a PI of 49; is that right?

11:01AM 10  A.   Yes.  Based on full reservoir exposure, the PI was 49

11:01AM 11  stock tank barrels per day per psi.

11:01AM 12  Q.   As that name implies, that gives you a sense of how

11:01AM 13  productive the reservoir is?

11:01AM 14  A.   Yeah.  That's a measure of how much the reservoir will

11:01AM 15  flow for a certain underbalance.

11:01AM 16      If you're at balance, there are no flow.  If you reduce

11:01AM 17  the bottom hole pressure, you will get a flow dictated by the

11:01AM 18  productivity index.

11:01AM 19  Q.   You took that PI, that productivity index, and you created

11:02AM 20  an inflow performance curve; is that right?

11:02AM 21  A.   Well, yes.  I created an inflow performance curve.

11:02AM 22      A lot of people tend to use just the PI, but we know that

11:02AM 23  once -- once the hydrocarbons drops below the bubble point

11:02AM 24  pressure and gas starts to flush out, the inflow performance

11:02AM 25  relation is not linear anymore.  So we use the nonlinear inflow

11:02AM 1   performance relation.

11:02AM 2   Q.   If we can go to TREX-7401.49.

11:02AM 3        Is this, Mr. Emilsen, the inflow performance relationship,

11:02AM 4   or IPR curve, that you developed?

11:02AM 5   A.   Yes, that's correct.

11:02AM 6        The chart shows two curves.  The red one is the worst case

11:02AM 7   based on full reservoir exposure.

11:03AM 8        I also included a -- for sensitivity, a blue curve.  I

11:03AM 9   guess that is based on a reduced net pay.  I don't recall if

11:03AM 10  that's based on four feet or another number.  It probably is

11:03AM 11  there.

11:03AM 12  Q.   I think you're right that it was four.  But you didn't use

11:03AM 13  that four in your modeling, correct?

11:03AM 14  A.   That's not correct.  I used four feet also in my model.

11:03AM 15       So I think it's documented in Appendix W, result based on

11:03AM 16  four feet reservoir exposure.

11:03AM 17  Q.   Now, you say again here that you can -- as can be seen,

11:03AM 18  the reservoir is very prolific, right?

11:03AM 19  A.   That's correct.

11:03AM 20       MR. REGAN:  Your Honor, if I could just interpose an

11:03AM 21  objection.  I think that actually this examination is trending

11:03AM 22  into a Phase Two examination about the reservoir.  I don't

11:03AM 23  object to questions about the work he did about --

11:03AM 24       THE COURT:  Where are we going with this examination,

11:04AM 25  Mr. Cernich?

11:04AM 1      MR. CERNICH:  Your Honor, all of this information is

11:04AM 2  the bases for Mr. Emilsen's expert report.

11:04AM 3           In fact, these are all of the inputs that he

11:04AM 4  relies on.  So I'm just trying to make sure --

11:04AM 5      THE COURT:  What are you trying to accomplish here?

11:04AM 6  What's your goal?  Where are you headed to?

11:04AM 7      MR. CERNICH:  My goal is to show the --

11:04AM 8      THE COURT:  Are you trying to establish that the flow

11:04AM 9  path was not up the casing, or are you trying to show something

11:04AM 10  else?  I'm trying to figure where you're going with this

11:04AM 11  examination.

11:04AM 12      MR. CERNICH:  Oh, I was simply trying to show the

11:04AM 13  amount of flow that Mr. Emilsen was relying on in order to show

11:04AM 14  that the flow is going up the production casing.

11:04AM 15      THE COURT:  The amount of flow.

11:04AM 16      MR. CERNICH:  So he had to make some assumptions, and

11:04AM 17  he also had to --

11:04AM 18      THE COURT:  It sounds like we are treading into

11:05AM 19  Phase Two to me.

11:05AM 20      MR. REGAN:  I think these topics, Your Honor, inflow

11:05AM 21  performance curves, productivity indexes --

11:05AM 22      THE COURT:  What is the position of the United States,

11:05AM 23  because I'm not clear on that?  Does the United States contend

11:05AM 24  that the flow path was not up the casing?

11:05AM 25      MR. CERNICH:  No, Your Honor, we don't.

11:05AM  1          THE COURT:  Well, then why where you going into this?

11:05AM  2     What are trying to prove?

11:05AM  3          MR. CERNICH:  I'll move on, Your Honor.

11:05AM  4          THE COURT:  Okay.

11:05AM  5     BY MR. CERNICH:

11:06AM  6     Q.   One final thing, Mr. Emilsen.  When you were working at

11:06AM  7     BP's offices on BP's Internal Investigation, you were told to

11:06AM  8     destroy printouts of documents almost as soon as they were

11:06AM  9     made, correct?

11:06AM  10    A.   No, I don't recall that.

11:06AM  11    Q.   If we could go to Mr. Emilsen's 30(b)(6) deposition,

11:06AM  12    page 317.  If we could look at starting at Line 7 here.

11:07AM  13          "QUESTION:  Did you -- were there printouts while you were

11:07AM  14    working at BP's offices that were -- that were destroyed almost

11:07AM  15    as soon as they were made?

11:07AM  16          "ANSWER:  Yes.  We were told not to print out many

11:07AM  17    documents, and if we needed to do that, we did not want to have

11:07AM  18    many revisions flying around due to the possibility of

11:07AM  19    leakages.  So we were told to do that."

11:07AM  20          Did I read that correctly?

11:07AM  21    A.   Yes, you did.

11:07AM  22    Q.   That was your testimony?

11:07AM  23    A.   Yes.

11:07AM  24    Q.   Those documents were put through a shredder, correct?

11:07AM  25    A.   No.  I think I answered that we were told not to print out

11:07AM 1    a lot of copies of our documents.

11:07AM 2    Q.    Could we go down to line 14 through 17.

11:07AM 3          "QUESTION:  Okay.  And how were they destroyed?

11:07AM 4          "ANSWER:  Technical -- what do you call those machines?

11:07AM 5          "QUESTION:  Shredders?

11:07AM 6          "ANSWER:  Yeah."

11:08AM 7          Was that your testimony?

11:08AM 8    A.    That's my testimony, yes.

11:08AM 9    Q.    You don't recall specifically which documents were

11:08AM 10   destroyed, do you?

11:08AM 11   A.    No.  I did not destroy any documents.  I was told to keep

11:08AM 12   one version of my report.  All my are files are electronic

11:08AM 13   files, input files, output files.  So I did not print many

11:08AM 14   documents, and I do not -- I did not destroy any documents.

11:08AM 15   Q.    So you're giving different testimony here today than the

11:08AM 16   testimony that you gave at your deposition in June of 2011?

11:08AM 17         MR. REGAN:  Your Honor, I object to that because we

11:08AM 18   just saw his testimony from his answer.  The full has just been

11:08AM 19   shown on the screen, and he described what he was talking

11:08AM 20   about.  I object to that question.

11:08AM 21         THE WITNESS:  Well, I can just say what I did, and I

11:08AM 22   did not destroy any documents.

11:08AM 23         THE COURT:  Well, from the part I saw of his answer, it

11:08AM 24   wasn't necessarily inconsistent with his deposition because he

11:09AM 25   said that he was told either not to print them out, or, if he

11:09AM 1    did print them out, to shred them.

11:09AM 2              But what I just heard him say is he didn't

11:09AM 3    print them out, so he didn't destroy anything.

11:09AM 4              Is that what you said?

11:09AM 5         THE WITNESS:  Yeah, that's correct.  As I said, all my

11:09AM 6    is files are electronic version.  We were told to keep them on

11:09AM 7    external hard drives.  I did not print or destroy documents.

11:09AM 8         MR. CERNICH:  That's all we have, Your Honor.  Thank

11:09AM 9    you.

11:09AM 10        THE COURT:  Does Alabama have any questions?

11:09AM 11        MR. SINCLAIR:  Alabama has no questions, Your Honor.

11:09AM 12        THE COURT:  Louisiana?

11:09AM 13        MR. KANNER:  Thank you.  No questions for Louisiana.

11:09AM 14        THE COURT:  Transocean.

11:09AM 15        MR. DOYEN:  Good morning, Your Honor.

11:09AM 16                        CROSS-EXAMINATION

11:09AM 17    BY MR. DOYEN:

11:10AM 18    Q.   Mr. Emilsen, Mike Doyen for Transocean on

11:11AM 19    cross-examination.

11:11AM 20        THE COURT:  You might want to move that mic up a little

11:11AM 21    bit.

11:11AM 22        MR. DOYEN:  I'm not sure we're on.

11:11AM 23        THE COURT:  See if the green light's on.

11:11AM 24        MR. DOYEN:  Let me try the other one.

11:11AM 25        THE COURT:  Try it on your tie a little higher.

11:11AM 1          MR. DOYEN:  I didn't have a light a minute ago, and it

11:11AM 2     suddenly came on.

11:11AM 3               Your Honor, we marked and will use this morning

11:11AM 4     the same exhibit number from the witness' deposition for his

11:11AM 5     report as Mr. Cernich used, 7401.  We'll straighten that out

11:11AM 6     for you.

11:11AM 7          MR. REGAN:  Sounds like it was my fault.

11:12AM 8          MR. DOYEN:  Unless we all coordinate in advance, we

11:12AM 9     sometimes pick the different numbers.

11:12AM 10         BY MR. DOYEN:

11:12AM 11    Q.   Mr. Emilsen, you said on your direct examination that

11:12AM 12    during the period of the sheen test from 9:08 to 9:14 -- have

11:12AM 13    you got that time frame in your mind?

11:12AM 14    A.   Yes, I do.

11:12AM 15    Q.   -- you indicated that the well was flowing at the rate of

11:12AM 16    nine barrels a minute; do you recall that?

11:12AM 17    A.   Yes.

11:12AM 18    Q.   I want to make certain we understand what rates we're

11:12AM 19    talking about because I think we've used a couple different

11:12AM 20    rates over the course of the morning.

11:12AM 21         Let's pull up Exhibit 7401.14.3.

11:12AM 22         So we're talking about the rate here from about 2108 to

11:12AM 23    2114, somewhere around in there, right?

11:12AM 24    A.   That's right.

11:12AM 25    Q.   That's during the sheen test for that six-minute period.

11:12AM 1      The flow rate that's shown on this chart is at all times

11:13AM 2   less than five stock tank barrels per minute, correct?

11:13AM 3   A.   That's correct.

11:13AM 4   Q.   The reason that we have only four or five stock --

11:13AM 5   actually, probably closer to four, maybe four and a half,

11:13AM 6   something like that -- four stock tank barrels per minute,

11:13AM 7   whereas you just said a minute ago that the flow into the well

11:13AM 8   was nine barrels a minute, is that this relates to what you

11:13AM 9   call the shrinkage factor in your report, correct?

11:13AM 10  A.   That's correct.

11:13AM 11  Q.   So let's pull up some language there and make certain that

11:13AM 12  we all understand that.

11:13AM 13      Let's look at -- well, before we go to that, the shrinkage

11:13AM 14  factor means that when we're talking about stock tank barrels,

11:13AM 15  we're talking about how much of this hydrocarbon that came in

11:13AM 16  at the well emerges in surface conditions in liquid form,

11:13AM 17  correct?

11:13AM 18  A.   Yes, stock tank barrels is a common unit in the oil

11:13AM 19  industry, and that is the related to the oil at surface -- or

11:13AM 20  ambient conditions, if you like.

11:14AM 21      What happens downhole is another story due to

11:14AM 22  temperature -- different temperature and different pressure

11:14AM 23  regime.

11:14AM 24      So at this point in time, you're interested in 2108.  As

11:14AM 25  you said, you have a reservoir influx of 4.5 stock tank

11:14AM 1    barrels, but that means nine barrels at downhole conditions.

11:14AM 2    Q.    So nine barrels are flowing into the well during this

11:14AM 3    period of time, right?

11:14AM 4    A.    That's correct.

11:14AM 5    Q.    At surface conditions, we're getting liquid flow sometime

11:14AM 6    later of only -- of only four or five barrels, correct?

11:14AM 7    A.    Yes.  A lot of that oil downhole will flash out gas, and

11:14AM 8    that's the reason why we call it a shrinkage factor.  The oil

11:14AM 9    itself takes less volume at surface compared to downhole.

11:14AM 10   Q.    The shrinkage factor that you use in your report is 2.14,

11:14AM 11   correct?

11:15AM 12   A.    Yes.  The shrinkage factor is a result of the

11:15AM 13   compositional analysis I did prior to dissemination.  That's

11:15AM 14   based on the composition of the fluid.

11:15AM 15   Q.    So just so that we understand that, when 2.14 barrels

11:15AM 16   comes into the reservoir at the bottom, as it moves up the

11:15AM 17   well, at some point we hit what you call the bubble point or

11:15AM 18   flash point, correct?

11:15AM 19   A.    That's correct.

11:15AM 20   Q.    Somewhere a little below the BOP, correct?

11:15AM 21   A.    That's correct.

11:15AM 22   Q.    At that point, gasses like methane, ethane and propane

11:15AM 23   begin to bubble out, correct?

11:15AM 24   A.    Yes.

11:15AM 25         To give you an idea, if you take one barrel of reservoir

11:15AM 1   oil and lift it to surface, it will have five hundred times of

11:15AM 2   gas -- five hundred more times gas than oil.  So one barrel of

11:15AM 3   oil contains 500 barrels of gas.

11:16AM 4   Q.   So if two barrels come into the well and move their way up

11:16AM 5   to the top, a little more than half of that boils off into gas,

11:16AM 6   correct?

11:16AM 7   A.   That's correct.

11:16AM 8   Q.   What we're left with at the top is what we're measuring as

11:16AM 9   standard -- stock tank barrels, I'm sorry, stock tank barrels;

11:16AM 10  is that correct?

11:16AM 11  A.   That's correct.

11:16AM 12  Q.   So 2.14 barrels of flow in the well gives us one barrel of

11:16AM 13  flow up at the surface, correct?

11:16AM 14  A.   One barrel of hydrocarbon liquid flow and a lot of gas.

11:16AM 15  Q.   A lot of gas on top of that barrel of flow, correct?

11:16AM 16  A.   That's correct.

11:16AM 17  Q.   So when you are telling us in various charts, when you're

11:16AM 18  measuring stock tank barrels here, you're talking about how

11:16AM 19  much liquid is going to come out at the surface, correct?

11:16AM 20  A.   That's correct.

11:16AM 21  Q.   But if we want to know -- and you're not tell us when you

11:16AM 22  mention stock tank barrels here how much gas is coming out in

11:16AM 23  addition to that liquid, right?

11:16AM 24  A.   Well, the gas rate is also included in a lot of my charts

11:17AM 25  in Appendix W.

11:17AM 1    Q.    I understand that.  Your model deals with both the liquid

11:17AM 2    rates and the gas rates, correct?

11:17AM 3    A.    That's correct.

11:17AM 4    Q.    But in this particular chart here, we just have the flow

11:17AM 5    of the well, at surface conditions how much liquid is coming

11:17AM 6    out, correct?  In the blue line?

11:17AM 7    A.    Well, the blue line shows how much gas is flowing into the

11:17AM 8    well, but the unit is stock tank barrels per day.

11:17AM 9    Q.    Which has been reduced by your shrinkage factor to 2.1,

11:17AM 10   correct?

11:17AM 11   A.    Yes.  That's correct.

11:17AM 12   Q.    Okay.  So our flow rate, as we move up here to, for

11:17AM 13   example -- what is this, about 21:42, 21:43, sometime in there,

11:17AM 14   where it peaks?

11:17AM 15   A.    Yes.

11:17AM 16   Q.    You've got a flow rate there of looks like about

11:17AM 17   27 barrels per minute; is that right?

11:17AM 18   A.    Yeah.  It looks like it's 25 barrels per minute.  That's

11:18AM 19   right.

11:18AM 20   Q.    Well, 25 is the line, right?  We've above the line, so

11:18AM 21   we're at 26, 27?

11:18AM 22   A.    Yes.

11:18AM 23   Q.    That is stock tank barrels, correct, after it's shrunk and

11:18AM 24   the gas is boiled off?

11:18AM 25   A.    The unit is stock tank barrels per day --

11:18AM 1    Q.    In the wellbore below the BOP, the flow rate is more than

11:18AM 2    twice that, correct?

11:18AM 3    A.    Well, it's a dynamic situation.  This is a measure of how

11:18AM 4    much fluid is going into the wellbore at downhole conditions.

11:18AM 5    It's not trying to give you the flow rate at different

11:18AM 6    positions.

11:18AM 7         For a steady state situation, that would be correct; but,

11:18AM 8    in a dynamic unloading situation, you cannot compare flow rates

11:18AM 9    at various depths.

11:18AM 10   Q.    So when you said down here at 2108 to 2114, the flow rate

11:18AM 11   here is listed on your chart as four barrels per minute,

11:18AM 12   correct?

11:18AM 13   A.    That's four stock tank barrels per minute flowing into the

11:19AM 14   wellbore, that's correct.

11:19AM 15   Q.    But in reservoir barrels, how much hydrocarbons flowing

11:19AM 16   into the well, we have nine barrels, correct?

11:19AM 17   A.    That's correct.

11:19AM 18   Q.    The same thing goes as we move up this chart, correct?

11:19AM 19   A.    Yes.

11:19AM 20   Q.    You can use your 2.14 shrinkage factor all along this blue

11:19AM 21   line, correct?

11:19AM 22   A.    To estimate the flow into the wellbore at downhole

11:19AM 23   conditions --

11:19AM 24   Q.    Yes, sir.

11:19AM 25   A.    -- that's correct.

| | |
|---|---|
| 11:19AM 1 | Q.   So the flow into the wellbore at 2142 isn't 26 barrels per |
| 11:19AM 2 | minute; it's something a little bit more like 55 barrels per |
| 11:19AM 3 | minute, correct, into the wellbore? |
| 11:19AM 4 | A.   Yeah, that's correct. |
| 11:19AM 5 | Q.   What is the flow rate -- |
| 11:19AM 6 | MR. DOYEN:  Give me your calculator, Mr. Spanoudakis, |
| 11:19AM 7 | if you could. |
| 11:19AM 8 | BY MR. DOYEN: |
| 11:19AM 9 | Q.   So at 55 barrels per minute, we can calculate that into a |
| 11:19AM 10 | daily flow rate.  That is, take 55 times 60, to give us an |
| 11:19AM 11 | hour; then, times 24, to give us a day.  So we're |
| 11:20AM 12 | 80,000 barrels per day into the wellbore, correct? |
| 11:20AM 13 | A.   Yes. |
| 11:20AM 14 | Q.   Let's put up TREX-7265.30.1.  This is from your report to |
| 11:20AM 15 | the Bly Team. |
| 11:20AM 16 | 80,000 barrels of flow that we had a minute ago into the |
| 11:20AM 17 | wellbore, okay, on your chart, is in excess of the blowout |
| 11:20AM 18 | potential rate we show on this chart, correct? |
| 11:20AM 19 | That's just because, again, this chart is measuring it in |
| 11:20AM 20 | stock tank barrels, correct? |
| 11:20AM 21 | A.   This is stock tank barrels, yes. |
| 11:21AM 22 | Q.   So if we wanted to make reservoir barrels instead as the |
| 11:21AM 23 | blowout potential, the hydrocarbons coming into the bottom of |
| 11:21AM 24 | the well, we would have to multiply all these by 2.14, correct? |
| 11:21AM 25 | A.   Well, that's correct, except that the formation volume |

11:21AM 1    factor is also dependent on the pressure downhole, so it's

11:21AM 2    connected to the downhole pressure as well.

11:21AM 3    Q.   Understood.

11:21AM 4         But, roughly, we could figure out reservoir barrels, we

11:21AM 5    could multiple by your shrinkage factor of 2.1, correct, for

11:21AM 6    various potentials?

11:21AM 7    A.   Well, I can give you the flow, the volumetric flow at

11:21AM 8    downhole conditions.  That depends on the flowing bottom hole

11:21AM 9    pressure and temperature, in addition, to convert from stock

11:21AM 10   tank barrels.

11:21AM 11   Q.   But you haven't done that in your report, correct?

11:21AM 12   A.   No, I don't believe I've included that in my report, no.

11:22AM 13   Q.   These stock tank barrels, this is applying your -- we

11:22AM 14   talked before about your shrinkage factor to go from reservoir

11:22AM 15   barrels to stock tank barrels of 2.14, do you recall that?

11:22AM 16   A.   Yes.

11:22AM 17   Q.   That allows for the fact that gas has flashed out of the

11:22AM 18   oil as it moves its way to the surface, correct?

11:22AM 19   A.   That's correct.

11:22AM 20   Q.   So when you report the blowout potential in stock tank

11:22AM 21   barrels, you are not including in these numbers the gas

11:22AM 22   potential at the surface, correct?

11:22AM 23   A.   Well, this particular curve shows the blowout rate versus

11:22AM 24   net pay of oil.  In addition to that, there are a lot of gas,

11:22AM 25   of course, flowing together with the oil.

11:22AM 1   Q.   So at the surface we would have these flow rates, for

11:22AM 2   example, at -- I think you said you assumed 16.5 feet of net

11:22AM 3   pay, correct?

11:22AM 4   A.   Well, this chart you're looking at now is based on a

11:22AM 5   steady state situation, trying to determine the flow potential

11:23AM 6   of the well --

11:23AM 7   Q.   I understand.

11:23AM 8   A.   -- if there were no restrictions, no mud, nothing in the

11:23AM 9   wellbore, and everything is at a steady situation.

11:23AM 10       The unloading sequence was, in contrast to a steady

11:23AM 11  situation, a very dynamic situation.

11:23AM 12  Q.   Understood.  I'm just trying to understand your chart.

11:23AM 13       This is showing us the blowout potential of the well as a

11:23AM 14  function of how much exposure we have to the hydrocarbon zones,

11:23AM 15  correct?

11:23AM 16  A.   That's correct.

11:23AM 17  Q.   You said that you picked as your final number 16.5 feet of

11:23AM 18  exposure, correct?

11:23AM 19  A.   That's correct.

11:23AM 20  Q.   The blowout potential, as expressed on this chart, for

11:23AM 21  16.5 -- I can't make it out exactly, but it must be somewhere

11:23AM 22  between 40 and 43,000 stock tank barrels, correct?

11:23AM 23  A.   That's correct.

11:23AM 24  Q.   In addition to the 40,000 barrels per day of oil, liquid

11:24AM 25  oil we would be getting at the surface according to this

11:24AM  1    calculation, we'd be getting a lot of gas on top of that,

11:24AM  2    correct?

11:24AM  3    A.    That's correct.

11:24AM  4    Q.    Both of them would be rising up in the well at the same

11:24AM  5    time, correct?

11:24AM  6    A.    That's correct.

11:24AM  7    Q.    To understand what's happening in the well, you have to

11:24AM  8    take into account both of this liquid flow and the gas flow,

11:24AM  9    correct?

11:24AM 10    A.    Yes.  That's what the models do.  That's correct.

11:24AM 11    Q.    I want to just understand, again, in very simple terms the

11:24AM 12    way the exposure rate is related to the blowout potential that

11:24AM 13    we've just talked about.

11:24AM 14          I understand you haven't given us a precise model of what

11:24AM 15    it is that's restricting flow and restricting our access to the

11:24AM 16    cement, okay?

11:24AM 17    A.    Yes.  We talked about that this morning, the net pay

11:24AM 18    assumption, that's correct.

11:24AM 19    Q.    But you've assumed that effectively, the effective results

11:25AM 20    of whatever it is that's happened down there in the failure of

11:25AM 21    the cement and any other barriers, is effectively exposing us

11:25AM 22    to 16.5 feet of the hydrocarbon zones, correct?

11:25AM 23    A.    That's correct.

11:25AM 24    Q.    As exposure rises, and we can see that on your chart over

11:25AM 25    here, we expect the flow to rise, correct, other things being

11:25AM 1    equal?

11:25AM 2    A.   Yes, this shows the blowout potential versus net pay,

11:25AM 3    that's correct.

11:25AM 4    Q.   We don't have to climb all the way to total exposure to

11:25AM 5    get very near the total blowout potential, do we, because of

11:25AM 6    the shape of the curve?

11:25AM 7    A.   Yeah, it's not a linear relationship.  The curve talks for

11:25AM 8    itself, so --

11:25AM 9    Q.   So, in fact, as your curve shows us here, if we have

11:25AM 10   failure of the cement barrier, if we have exposure to even a

11:26AM 11   little less than half of the hydrocarbon zone down here, we're

11:26AM 12   already up to a blowout potential here of 60,000 barrels a day,

11:26AM 13   correct?

11:26AM 14   A.   That's correct.

11:26AM 15   Q.   We don't need to get all the way to 86 feet of exposure

11:26AM 16   total openness to get 60,000 stock tank barrels of flow, do we?

11:26AM 17   A.   I don't know why you want to get up to 60,000 stock tank

11:26AM 18   barrels per day, but that's a result, if you have -- if you

11:26AM 19   have 40 feet net pay assumption, the blowout potential, steady

11:26AM 20   state blowout potential from this wellbore is 60,000 stock tank

11:26AM 21   barrels per day, that's correct.

11:26AM 22   Q.   You agree that with Macondo BP tapped into a very prolific

11:26AM 23   well, correct -- very prolific reservoir?

11:26AM 24   A.   Yes, that's correct.  I saw that both based on the

11:26AM 25   thickness and the permeability of the main reservoir, and I

11:26AM 1   concluded that to be a very prolific reservoir, that's correct.

11:26AM 2   Q.   In fact, the character of this reservoir, as you

11:27AM 3   determined it, contributes to a very fast unloading of the well

11:27AM 4   when it's left underbalanced and not closed in, correct?

11:27AM 5   A.   That's correct.

11:27AM 6        MR. DOYEN:  I'm cutting out some stuff, Your Honor,

11:27AM 7   that's already been covered, so forgive my skipping around a

11:27AM 8   little bit in an effort.

11:27AM 9        BY MR. DOYEN:

11:27AM 10  Q.   So let's look, again, at TREX-7401.14.3.

11:28AM 11       Now, you assumed a net pay of 16.5 feet of exposure to the

11:28AM 12  reservoir starting at 9:30, correct?

11:28AM 13  A.   That's correct.

11:28AM 14  Q.   You held it constant for the entire rest of your model,

11:28AM 15  correct?

11:28AM 16  A.   Correct.

11:28AM 17  Q.   But during this period starting at 9:30, heading up to

11:28AM 18  9:42 here, we see a substantial increase in the flow rate of

11:28AM 19  the well --

11:28AM 20       MR. DOYEN:  I'm losing this, aren't I?

21       THE COURT:  It just went off.  Something happened.

22       MR. DOYEN:  I think that's probably the end of its

23  battery life.

24       THE COURT:  Do you have another one, Stephanie?

25       MR. DOYEN:  There's one right up here.

1          BY MR. DOYEN:

11:29AM  2     Q.    I'm sorry.  Just to pick up where we were, because I don't

11:29AM  3     remember exactly, at 9:30, you have assumed 16.5 feet of

11:29AM  4     exposure to the formation, correct?

11:29AM  5     A.    That's correct.

11:29AM  6     Q.    You hold that constant for the entire rest of your model,

11:29AM  7     correct?

11:29AM  8     A.    That's correct.

11:29AM  9     Q.    The model doesn't show any increase in the amount of

11:29AM 10     exposure?

11:29AM 11     A.    That's correct.

11:29AM 12     Q.    During this period from 9:30 on to 9:42, we have a

11:29AM 13     substantial increase in the flow rate in the well, correct?

11:29AM 14     A.    Yes, that's correct.

11:29AM 15     Q.    It is quite possible for the flow rate of these

11:29AM 16     hydrocarbons in the well to result in erosion of the various

11:29AM 17     barriers along the way, correct?

11:29AM 18     A.    I have not looked into that, so I cannot answer.

11:29AM 19     Q.    Well, you do know, and I think you said when Mr. Cernich

11:30AM 20     was talking to you, that as soon as the reservoir begins to

11:30AM 21     flow like this, that it is probable that you will see washout

11:30AM 22     effects, correct?

11:30AM 23     A.    Well, we -- we explained the increase from 13 feet till

11:30AM 24     16.5 by that statement, yeah.

11:30AM 25     Q.    As a general principle, you would agree, correct, that

11:30AM 1    increasing flow is likely to result in washout effects,

11:30AM 2    correct?

11:30AM 3    A.    Yes.   You can say that's likely.

11:30AM 4        I have worked a lot of different blowouts, and many of

11:30AM 5    them behave the opposite, meaning that flow will decrease and

11:30AM 6    actually stop by broaching effects.

11:30AM 7    Q.    Well, let's put up the December deposition, which is your

11:30AM 8    expert deposition, page 112, lines 21 through 113, line 13.

11:31AM 9        You say -- I'm reading -- "In the simulations, fixed net

11:31AM 10   pay has been used.   But, in reality, this property" --

11:31AM 11       MR. REGAN:   Your Honor --

11:31AM 12       MR. DOYEN:   I'm sorry.

11:31AM 13       MR. REGAN:   Just before you read it into the record, I

11:31AM 14   thought I would save us some time.

11:31AM 15           This is not the question he just asked; so, if

11:31AM 16   it's trying to be impeachment, it's different.

11:31AM 17       MR. DOYEN:   It's the answer that he gives down here

11:31AM 18   where he says what I've just asked him.   It isn't the question.

11:31AM 19       THE COURT:   Go ahead.   Go ahead.

11:31AM 20       BY MR. DOYEN:

11:31AM 21   Q.    "In the simulations, fixed net pay has been used.   But in

11:31AM 22   relation, this property can change with changing downhole

11:31AM 23   conditions.   What does that mean?

11:31AM 24       "ANSWER:   Well, that has been discussed several times now.

11:31AM 25   It's a fairly good assumption to believe that initially some

11:31AM 1    parts of the cement were holding back or isolating the

11:31AM 2    reservoir fluids from flowing into the wellbore; but, as soon

11:31AM 3    as you reduce downhole pressure to below -- to below the

11:31AM 4    reservoir pressure and hydrocarbon started to flow into the

11:31AM 5    reservoir, you can observe or you will probably see effects,

11:32AM 6    washout effects that could increase the net pay from what it

11:32AM 7    was initially."

11:32AM 8         Did you get asked that question, and did you give that

11:32AM 9    answer at your deposition?

11:32AM 10   A.   Yes.  I think that I agreed that that was how we explained

11:32AM 11   the increase from 13 to 16.5 net pay.

11:32AM 12   Q.   You're not testifying, are you, sir, that at 9:30, all of

11:32AM 13   the washout effects and erosions that were ever going to occur

11:32AM 14   had happened; and, that after that, that although the well was

11:32AM 15   flowing ever more in ever greater terms, there would be no

11:32AM 16   subsequent erosion?  That's not your testimony, is it?

11:32AM 17        MR. REGAN:  Your Honor, I would just ask, for

11:32AM 18   completeness, that he just show the Q & A right below this.

11:32AM 19        MR. DOYEN:  Below what's on screen?

11:32AM 20        MR. REGAN:  Yes.

11:32AM 21        MR. DOYEN:  "QUESTION:  So you have more hydrocarbons

11:32AM 22   coming in?

11:32AM 23             "ANSWER:  That's correct."

11:32AM 24        MR. REGAN:  Right.  From lines 14 to 19 of the same

11:32AM 25   page, please.

| | | |
|---|---|---|
| 11:32AM | 1 | MR. DOYEN: "QUESTION: But your model cannot account |
| 11:32AM | 2 | for that. That's a limitation of the model. |
| 11:32AM | 3 | "ANSWER: No, that's true. The model can |
| 11:33AM | 4 | account for the increase in net pay." |
| 11:33AM | 5 | THE COURT: No, he said -- wait, wait. |
| 11:33AM | 6 | MR. DOYEN: I'm sorry, Your Honor. |
| 11:33AM | 7 | THE COURT: Maybe I heard you wrong. You said, no, |
| 11:33AM | 8 | that's not true, correct? Is that's what you said? |
| 11:33AM | 9 | MR. DOYEN: I may have misread it. |
| 11:33AM | 10 | THE COURT: Maybe I heard you wrong. Just read that |
| 11:33AM | 11 | again. |
| 11:33AM | 12 | MR. DOYEN: The answer is: "No, that's not true. The |
| 11:33AM | 13 | model can account for the increase in net pay, and we changed |
| 11:33AM | 14 | the net pay from 13 to 16.5 during the last Case 7 run we did." |
| 11:33AM | 15 | BY MR. DOYEN: |
| 11:33AM | 16 | Q. Do you see that? |
| 11:33AM | 17 | A. Yes, I see. That's correct. |
| 11:33AM | 18 | Q. I was reading that at the request of BP's counsel. |
| 11:33AM | 19 | I'm asking you, sir, at 9:30, you assumed 16.5 feet of net |
| 11:33AM | 20 | pay, correct? |
| 11:33AM | 21 | A. That's correct. |
| 11:33AM | 22 | Q. After that, your model shows a very substantial increase |
| 11:33AM | 23 | in the flow of the wellbore, correct? |
| 11:33AM | 24 | A. But it's still based on 16.5 net pay. |
| 11:33AM | 25 | Q. I understand that, sir. I'm just asking you the following |

11:33AM 1    question:  After 9:30, does your model show a very substantial

11:33AM 2    increase in the flow of the well?

11:33AM 3    A.   Well, the increase of hydrocarbons into the wellbore has

11:33AM 4    been shown here a couple of times.  It's increasing all the

11:34AM 5    time.

11:34AM 6         You have a relatively large increase at 2130, and that is

11:34AM 7    mainly due to at that point in time they shut off the pumps.

11:34AM 8    Q.   I'm not asking why.

11:34AM 9         Let's go back to 7401.14.3.  Just asking if there was an

11:34AM 10   increase?

11:34AM 11        MR. REGAN:  Your Honor, I think the question has been

11:34AM 12   asked three or four times, and I think the witness has answered

11:34AM 13   it.

11:34AM 14        THE COURT:  What's the question?

11:34AM 15        BY MR. DOYEN:

11:34AM 16   Q.   From 9:30 to 9:42, the flow of the well doubles, correct?

11:34AM 17   A.   Yeah, the flow into the wellbore increases from 10 to

11:34AM 18   25 stock tank barrels per minute.

11:34AM 19   Q.   Then you took a look at what kind of fluid we're talking

11:34AM 20   about flowing out of this well, correct?

11:34AM 21   A.   I'm not sure if I understand.

11:34AM 22   Q.   You understand the oil and gas.  You understand the nature

11:34AM 23   of these products.  You understand this is highly corrosive,

11:34AM 24   erosive material.  It will erode solid steel as it goes up the

11:34AM 25   wellbore; do you understand that?

11:35AM 1   A.   Well, as I said, I have not looked into the actual

11:35AM 2   velocities and erosion.  I have not looked into that.

11:35AM 3   Q.   You haven't gone out to Michoud and seen the heavily

11:35AM 4   eroded steel pipe that all the rest of us in this court have

11:35AM 5   seen?

11:35AM 6   A.   I might have seen a picture of that.  That's correct.

11:35AM 7   Q.   You do understand that erosion is caused by these

11:35AM 8   hydrocarbons flowing through the well, don't you?

11:35AM 9   A.   Yes, that could be true, at least when they started to

11:35AM 10   close the BOP at 2142.  That will, of course, increase the

11:35AM 11   velocities dramatically.

11:35AM 12   Q.   Let's look at Exhibit 7401.

11:35AM 13        MR. DOYEN:  I'm sorry, let me read that better,

11:35AM 14   Your Honor.

11:35AM 15        BY MR. DOYEN:

11:35AM 16   Q.   TREX-7401.15.1.

11:35AM 17        This is a chart showing flow of various materials at --

11:35AM 18   among other things, at the surface, correct?

11:35AM 19   A.   Yes, that's correct.

11:35AM 20   Q.   We have, for example, the flow of the mud and the gas as

11:36AM 21   it's being pushed out of the riser, correct, in the blue line?

11:36AM 22   A.   Well, the blue line shows the combined rate of water and

11:36AM 23   mud at surface.

11:36AM 24   Q.   Correct.  Being pushed out of the well?

11:36AM 25   A.   That's correct.

11:36AM 1    Q.    The red line here, starting in right around 2046, shows

11:36AM 2    the gas that's just starting to come out of the well at the

11:36AM 3    surface, correct?

11:36AM 4    A.    At surface, that's correct.

11:36AM 5    Q.    Then I think we have a green line -- I'm not sure I see

11:36AM 6    this color correctly -- a green line also starting around 2146,

11:36AM 7    where liquid oil is beginning to flow out at the surface,

11:36AM 8    correct?

11:36AM 9    A.    That's correct.  A little bit later for the oil, but,

11:36AM 10   yeah, that's correct.

11:36AM 11   Q.    Let's pull up TREX-1113.1.

11:36AM 12       This is just another version of this chart that was put in

11:36AM 13   the Bly investigative report.

11:36AM 14       I think we have all of the same lines here; but, we have

11:36AM 15   one additional line, which is this dotted line at 2149, do you

11:36AM 16   see that?

11:36AM 17   A.    Yes.

11:37AM 18   Q.    That's what you understand and state in your report to be

11:37AM 19   the time of the explosion, correct?

11:37AM 20   A.    That's correct.

11:37AM 21   Q.    At the time of the explosion and leading up to it, you

11:37AM 22   have gas coming to the rig at about 2146, right?

11:37AM 23   A.    Yes.

11:37AM 24   Q.    Then rising up to a level, by the time of the explosion,

11:37AM 25   of approximately 20 million standard cubic feet per day,

11:37AM 1    correct?

11:37AM 2    A.    That's correct.

11:37AM 3    Q.    Let's pull up Appendix V to the Bly Report,

11:37AM 4    TREX-2602.69.1.

11:37AM 5         This is from the Baker Engineering and Risk Consultants

11:37AM 6    report that was included in the Bly investigative materials.

11:37AM 7    They are often referred to as Baker Risk.

11:37AM 8         Baker Risk did two scenarios to talk about how much gas is

11:38AM 9    on the rig at the time of the explosion.

11:38AM 10            MR. REGAN:  I just object on scope and --

11:38AM 11            THE COURT:  Get by a microphone.

11:38AM 12            MR. REGAN:  Your Honor, I would object to the scope of

11:38AM 13   going into this.  I don't think Mr. Emilsen reviewed this in

11:38AM 14   connection with his report.

11:38AM 15            MR. DOYEN:  I'm only going to contrast, Your Honor, his

11:38AM 16   estimate of the flow of gas with another BP expert of the flow

11:38AM 17   of gas, and talk about whether they are the same.

11:38AM 18            I think I'm entitled to do that with this

11:38AM 19   witness who has given opinions as to how fast this well is

11:38AM 20   flowing.

11:38AM 21            THE COURT:  All right.  Go ahead.

11:38AM 22       BY MR. DOYEN:

11:38AM 23   Q.    Baker Risk Scenario A here, designed to provide an upper

11:38AM 24   bound for how much gas is on the rig by the time of the

11:38AM 25   explosion, is showing a peak flow rate of 750 million standard

11:38AM 1    cubic feet per day of gas prior to the explosion, correct?

11:38AM 2    A.   Well, I haven't studied this chart, but I see there the

11:38AM 3    blue peak seems to reach that number.  That's correct.

11:38AM 4    Q.   750 million standard cubic feet per day.  That is very

11:38AM 5    much, very much larger than your flow rate of gas prior to the

11:39AM 6    explosion of 20 million standard cubic feet per day, isn't it?

11:39AM 7    A.   Well, I haven't studied this report except that I remember

11:39AM 8    that Baker Risk, they used the results from my calculations to

11:39AM 9    do their work.

11:39AM 10   Q.   I'm just asking you, sir, whether their flow rate of

11:39AM 11   750 million standard cubic feet per day prior to the explosion

11:39AM 12   is very much larger than your gas flow right rate?

11:39AM 13              MR. DOYEN:  Yes?

11:39AM 14              MR. REGAN:  Your Honor --

11:39AM 15              THE COURT:  I think we can admit 750 is higher than 20.

11:39AM 16              MR. DOYEN:  Fine, Your Honor.  I can pass that.  I'll

11:39AM 17   move on.

11:39AM 18              THE COURT:  Go ahead.

11:39AM 19          BY MR. DOYEN:

11:39AM 20   Q.   Let's pull up TREX-2602.70.1.

11:39AM 21        This is Baker Risk Scenario B for the lower bound on the

11:39AM 22   amount of gas that's gotten to the rig to account for the

11:39AM 23   explosion that happened at 2149.

11:39AM 24        They have gas flowing in between 150 to a hundred million

11:40AM 25   standard cubic feet per day prior to the explosion, correct?

11:40AM 1    Do you see that?

11:40AM 2    A.    Yes, I see that.

11:40AM 3    Q.    Your model says we have only 20 million standard cubic

11:40AM 4    feet per day coming in, in that last couple minutes, correct?

11:40AM 5    A.    Yes, my model predicted 20 million at a certain point in

11:40AM 6    time, that's correct.

11:40AM 7    Q.    Let's go back to TREX-740 -- I'm sorry, I'm saying that

11:40AM 8    wrong -- 7401.15.1.

11:40AM 9        Again, going back to your surface flow rates, okay.

11:40AM 10   Looking here at the water rate, for example -- I mean, the rate

11:40AM 11   for water and mud, which is blue line.  Do you see that?

11:40AM 12   A.    Yes.

11:40AM 13   Q.    The peak rate there, I think you have at 2146 or 47, do

11:40AM 14   you see that?

11:40AM 15   A.    Yes, if you say so.  It's a little -- but I guess that's

11:40AM 16   true, yeah.

11:40AM 17   Q.    That's up somewhere around 165 barrels per minute,

11:40AM 18   correct?

11:41AM 19   A.    Yes.

11:41AM 20   Q.    That translates into a day rate of 237,000 barrels per

11:41AM 21   day, correct?

11:41AM 22   A.    I haven't done the calculation, but I suppose you --

11:41AM 23   Q.    That sounds right?

11:41AM 24   A.    -- have read it right.

11:41AM 25   Q.    Close to a quarter million?

11:41AM 1   A.   Well, if you say so.

11:41AM 2        MR. DOYEN:  Mr. Spanoudakis, let's see the calculator

11:41AM 3   again.

11:41AM 4        BY MR. DOYEN:

11:41AM 5   Q.   165 times 60, that's our rate per hour; times 24, rate per

11:41AM 6   day.  237,000.  Almost a quarter million barrels per day,

11:41AM 7   correct?

11:41AM 8   A.   That's correct.

11:41AM 9   Q.   That's a lot higher than hydrocarbons coming into the

11:41AM 10  well, correct?

11:41AM 11  A.   That's correct.

11:41AM 12  Q.   That's because the gas is expanding as it's rising,

11:41AM 13  especially as it's rising in the riser, correct?

11:41AM 14  A.   That's correct.

11:41AM 15  Q.   So as a result of that expansion of the gas, it pushes the

11:41AM 16  fluids above it out at a dramatically higher rate, correct?

11:42AM 17  A.   Correct.

11:42AM 18  Q.   Let's pull up TREX-50150.132.2.

11:42AM 19       You understand that Stress did some modeling of how fast

11:42AM 20  the mud and water is being expelled from the well, do you

11:42AM 21  recall that?

11:42AM 22  A.   Well, I think I might have seen part of the work they did,

11:42AM 23  yes.

11:42AM 24  Q.   They didn't give us a chart like yours.  They gave us a

11:42AM 25  table.  You didn't give us a table like theirs, so I'm trying

11:42AM  1    to compare a chart to a table.

11:42AM  2         Let's take a couple of minutes here.

11:42AM  3         At 9:34, you have a flow rate coming out of the well of

11:43AM  4    what looks to be something like 46 barrels a minute?

11:43AM  5    A.   At what point in time?

11:43AM  6    Q.   Right around in here.

11:43AM  7    A.   Yes.  Okay.

11:43AM  8    Q.   Stress, for the same time period, in contrast to your

11:43AM  9    45 or 46 barrels, I can't say exactly, Stress is saying

11:43AM  10   38 barrels per minute.  A little bit slower, correct?

11:43AM  11   A.   Yes.

11:43AM  12   Q.   But in the same ballpark, as we might say here in the

11:43AM  13   States.

11:43AM  14        Then, at 21:43, you have a rate of -- call it 85,

11:43AM  15   86 barrels, do you see that --

11:43AM  16   A.   Yes.

11:43AM  17   Q.   -- barrels per minute?

11:43AM  18   A.   Yes.

11:43AM  19   Q.   At that period of time, Stress says 92 barrels per minute,

11:43AM  20   correct?

11:43AM  21   A.   Okay.

11:43AM  22   Q.   So at this point in their model they have a flow rate

11:43AM  23   slightly higher at the surface, in terms of how fast we're

11:44AM  24   pushing all of this water out, correct, all of this water and

11:44AM  25   mud?

11:44AM 1    A.   Well, I mean, as I said, I haven't studied this report, so

11:44AM 2    I'm not in a position to comment on their numbers and how

11:44AM 3    they -- what assumptions they have made --

11:44AM 4    Q.   I won't ask you about any of that, therefore.

11:44AM 5        I'm just pointing out that they say -- they've got the

11:44AM 6    well starting a little bit slower than you do, and then

11:44AM 7    increasing a little bit faster, all in the same ballpark as

11:44AM 8    your model, from these calculations?

11:44AM 9        THE COURT:  Mr. Doyen, it's not very helpful or fair to

11:44AM 10   the witness if hasn't been asked to look at this.

11:44AM 11       I mean, what's the point of asking?  All you're

11:44AM 12   doing is stating the obvious as to what these other documents

11:44AM 13   show.

11:44AM 14       MR. DOYEN:  Your Honor, I wasn't certain until I asked

11:44AM 15   him how much he would say he looked at this.  I agree, given

11:44AM 16   that he doesn't know much, I'm not going to spend any more

11:44AM 17   time.

11:44AM 18       BY MR. DOYEN:

11:44AM 19   Q.   You agree with Stress Engineering, don't you, that the

11:44AM 20   well became underbalanced no later than about 8:52?

11:45AM 21   A.   Well, I can just answer for the work I did.  I concluded

11:45AM 22   that the well went underbalance at 2052.

11:45AM 23   Q.   2052.  8:52.  Okay?

11:45AM 24   A.   Yes.

11:45AM 25   Q.   Likewise, you agree with Stress' analysis that the crews

11:45AM 1    shut down the pumps at about 9:30, correct?

11:45AM 2           MR. REGAN:  I think we've established that he's done

11:45AM 3    his own work.  I don't think we need to ask him if he agrees

11:45AM 4    with Stress' analysis.  You can ask him about his own work.

11:45AM 5           MR. DOYEN:  I think a lot of witnesses have been asked,

11:45AM 6    Your Honor, whether they're in agreement with other experts.

11:45AM 7    I'm not sure I see the error --

11:45AM 8           THE COURT:  Well, they have throughout this trial.

11:45AM 9           THE WITNESS:  When the pumps were shut off, that is

11:45AM 10   from the Sperry-Sun realtime data, and that was 21:30, so

11:45AM 11   that's --

11:45AM 12          BY MR. DOYEN:

11:45AM 13   Q.   You agree with Stress' analysis that we arrive -- the gas

11:45AM 14   arrives at the rig right around 2146, correct?

11:45AM 15          MR. REGAN:  Just for clarity on my prior objection,

11:45AM 16   Your Honor, Stress Engineering hasn't been put forth as an

11:45AM 17   expert in the case by BP.

11:45AM 18          MR. DOYEN:  Their reports are in the evidence,

11:46AM 19   Your Honor, just as the Baker Risk analysis was that I put up

11:46AM 20   earlier.

11:46AM 21          MR. REGAN:  I just wanted to clarify for the record.

11:46AM 22          THE COURT:  Okay.

11:46AM 23          THE WITNESS:  Well, I have not studied the

11:46AM 24   Stress Engineering report.  I can only answer for the work I

11:46AM 25   did.

11:46AM 1          Gas reached surface at 2146.  That matched

11:46AM 2   quite well with witness accounts, with observations and when

11:46AM 3   gas alarms went off and when they heard the hissing noise.

11:46AM 4          I am not in a position to discuss the report

11:46AM 5   made by Stress Engineering.

11:46AM 6   BY MR. DOYEN:

11:46AM 7   Q.   I respect that.

11:46AM 8        You indicate in your report that if the BOP had remained

11:46AM 9   sealed -- I'm sorry, let me back up for a second to say

11:46AM 10  something I think you already established earlier today.

11:46AM 11       You agree that in your model the BOP appears to be sealed

11:46AM 12  right around 2147; do you recall that?

11:46AM 13  A.   That's correct.

11:46AM 14  Q.   You indicate in your report that if it had remained

11:46AM 15  sealed, oil and gas flow to the surface should have stopped,

11:46AM 16  should have ceased, by right about 2200, right about

11:47AM 17  10 o'clock, a few minutes later, correct?

11:47AM 18  A.   That's correct.

11:47AM 19  Q.   That obviously did not happen, correct?

11:47AM 20  A.   That's correct.

11:47AM 21  Q.   The hydrocarbon-fueled fire continued to rage for the next

11:47AM 22  40 hours, right?

11:47AM 23  A.   That's correct.

11:47AM 24  Q.   But your model doesn't explain how that happened, right?

11:47AM 25       You did not attempt to take your model into the period of

11:47AM 1   time after 2149 and explain how it is we end up with gas

11:47AM 2   flowing --

11:47AM 3   A.   Well, first, we stopped the simulations at that point in

11:47AM 4   time.  Obviously, as you said, the fire was fueled, and we

11:47AM 5   stated a couple of reasons for why that can happen.

11:47AM 6        One of them was that the pressure increase starting at

11:47AM 7   2149 went all the way up to the shut-in pressure of 5700 psi.

11:47AM 8   That could -- that could exceed limitations of surface

11:47AM 9   equipment.  That was one option.

11:48AM 10       There were also other options for why the fire was fueled.

11:48AM 11  Q.   My question is more simple.  You identified a number of

11:48AM 12  possibilities in your report, correct?

11:48AM 13  A.   That's correct.

11:48AM 14  Q.   But you didn't use your OLGA modeling to try and move

11:48AM 15  forward after the explosion and explain what happened there?

11:48AM 16  A.   No, that's correct.

11:48AM 17  Q.   Now, I think you've touched on this briefly before, that

11:48AM 18  in order for you to model what happened from the time of the

11:48AM 19  negative pressure test onward, you had to model the behavior of

11:48AM 20  the lost circulation materials that were circulated into the

11:48AM 21  well prior to the negative test, right?

11:48AM 22  A.   Well, if you're talking about a spacer, that was included.

11:48AM 23  The 16-pounds-per-gallon spacer was included in the model.

11:48AM 24  Q.   Yes.  You described that as a very special fluid that's

11:48AM 25  not common in wellbores, didn't you?

11:48AM 1    A.   Well, I described it as a very viscous fluid.  That was

11:48AM 2    what I recall.

11:48AM 3    Q.   Just so that we're all clear on what we mean by very

11:48AM 4    viscous fluids, I just plugged that phrase into Google and got

11:49AM 5    back a few things that are viscous, very viscous:  Tar,

11:49AM 6    molasses, honey, chocolate syrup, peanut butter.  Those are all

11:49AM 7    viscous materials, have a common characteristic that when you

11:49AM 8    try and pour them out, they poor pretty slowly, correct?

11:49AM 9    A.   Yes, that's correct.

11:49AM 10   Q.   In fact, the tests that were performed after the incident

11:49AM 11   you indicated showed that this fluid viscosity was off the

11:49AM 12   scale, correct?

11:49AM 13   A.   Yes.

11:49AM 14   Q.   The model you used could not produce the viscous behavior

11:49AM 15   of this particular material; isn't that true?

11:49AM 16   A.   Yes, that's true.  We had to add more friction than --

11:49AM 17   than was calculated by the model.

11:49AM 18        That was not a big surprise because the model is not

11:49AM 19   tested too much to such high viscous fluids.

11:49AM 20   Q.   I think you said that these highly viscous materials may,

11:49AM 21   in fact, account for certain discrepancies in your model

11:50AM 22   between the modeled output and the Sperry data, correct?

11:50AM 23   A.   Yes.  During the circulation when you had the viscous

11:50AM 24   spacer inside the wellbore, that is correct.

11:50AM 25        MR. DOYEN:  Your Honor, I have nothing further.

11:50AM 1          THE COURT:  All right.  Halliburton.

11:50AM 2               Mr. Godwin, did we hear the name Halliburton

11:50AM 3    during his testimony?

11:50AM 4          MR. HARTLEY:  I heard Sperry a whole lot of times,

11:50AM 5    Your Honor.

11:50AM 6          MR. GODWIN:  Judge, I mentioned that to him at the

11:50AM 7    break.  We're going to have a little longer talk at lunch.

11:50AM 8          THE COURT:  Mr. Godwin promised us if you didn't hear

11:50AM 9    the name Halliburton, there'd be no cross-examination.

11:50AM 10         MR. GODWIN:  Judge, you've seen me do that when it's

11:50AM 11   been my turn.

11:50AM 12         THE COURT:  I guess it doesn't apply to Mr. Hartley.

11:50AM 13                    CROSS-EXAMINATION

11:50AM 14   BY MR. HARTLEY:

11:51AM 15   Q.    Good morning Mr. Emilsen.

11:51AM 16   A.    Good morning.

11:51AM 17   Q.    Good to see you again.  I have a few questions for you,

11:51AM 18   most of which has been covered by prior counsel.

11:51AM 19         Now, Mr. Cernich asked you about your simulations and

11:51AM 20   modeling you've done, and you had told him that you've not run

11:51AM 21   any simulations -- any new simulations between the time of your

11:51AM 22   work for the Bly Investigation Team and your deposition here in

11:51AM 23   New Orleans in December of 2011.

11:51AM 24         Do you recall that?

11:51AM 25   A.    Yes.  That's correct.

11:51AM  1    Q.    I'm going to close the loop.  You haven't done any

11:51AM  2    additional simulations between December of 2011 and today

11:51AM  3    either, have you?

11:51AM  4    A.    No.

11:51AM  5    Q.    Now, you talked -- you've talked a lot about your flow

11:51AM  6    simulations and how you think that -- the rate of flow getting

11:51AM  7    to the surface.  You're not here today offering any opinions,

11:51AM  8    are you, about when anybody on the rig should have noticed the

11:51AM  9    flow?

11:51AM 10    A.    That's correct.

11:51AM 11    Q.    You're not a well control certified -- you're not well

11:52AM 12    control certified?

11:52AM 13    A.    That's correct.

11:52AM 14    Q.    You haven't attended well control training school from

11:52AM 15    Randy Smith, BP, TO or anybody?

11:52AM 16    A.    No.

11:52AM 17    Q.    You haven't been trained in standard kick indicators?

11:52AM 18    A.    No.

11:52AM 19    Q.    Now, about this simulated gain of hydrocarbons.  You've

11:52AM 20    talked at some length about the 40-barrel gain from 2052 to

11:52AM 21    2108.  You have that time frame in mind?

11:52AM 22    A.    Yes, I have.

11:52AM 23    Q.    Let's pull up D-4853.  4853.

11:53AM 24          THE AUDIO/VIDEO TECHNICIAN:  Nobody has that.

11:53AM 25          MR. HARTLEY:  Maybe Mr. Regan has it.

11:53AM 1     MR. REGAN:  I might have a hard copy.

11:53AM 2     MR. HARTLEY:  All right.  Let's just move on without

11:53AM 3 this one.

11:53AM 4 BY MR. HARTLEY:

11:53AM 5 Q.   Do you remember the slope where you're showing where there

11:53AM 6 is about a 40-barrel gain under your modeling between 2052 and

11:53AM 7 2108?

11:53AM 8 A.   Yes.

11:53AM 9     MR. HARTLEY:  Is that it?  Thanks, Donnie.

11:53AM 10 BY MR. HARTLEY:

11:53AM 11 Q.   And this is represented by the red line you were talking

11:53AM 12 with Mr. Regan earlier?

11:53AM 13 A.   Yes.  That's the cumulative gain versus time, that's

11:53AM 14 correct.

11:53AM 15 Q.   Now, preparing your modeling report to get to this

11:53AM 16 analysis, you didn't review the underlying pit data from the

11:53AM 17 rig, did you?

11:53AM 18 A.   No.  That's correct.  I heard about -- there were people

11:54AM 19 with the Bly Team that looked at the pit gains and then flow in

11:54AM 20 and flow out indicators, and I learned after I did the

11:54AM 21 simulation that they saw the same amount of hydrocarbons at

11:54AM 22 that point in time.  It compared well with the simulations.

11:54AM 23 Q.   So the starting point is you didn't actually calculate,

11:54AM 24 based on the realtime data, how much the pit volumes changed on

11:54AM 25 the rig?

11:54AM 1   A.   No, I did not look into the pit gain data.  I just looked

11:54AM 2   at the standpipe pressure reading and the results.  The blue

11:54AM 3   and the red line here is a result of the simulation.  And that

11:54AM 4   simulation was presented before we had access to the

11:54AM 5   information that supported the gains predicted by the

11:54AM 6   simulation.

11:54AM 7   Q.   You were in the courtroom a little bit last week, weren't

11:54AM 8   you?

11:54AM 9   A.   Well, yes, I was there ten minutes or so.

11:55AM 10  Q.   And that's where I was going.  Were you here when Dr. Beck

11:55AM 11  testified as to his volumetric analysis of those pit gains?

11:55AM 12  A.   No, I don't think I was in this room.  But I heard -- I

11:55AM 13  think I heard about his work, yes.

11:55AM 14  Q.   Did you review the deposition testimony of John Gisclair?

11:55AM 15  A.   No.  I don't think I did, no.

11:55AM 16  Q.   To derive this 40-barrel gain, you relied, at least in

11:55AM 17  part, as you said, on information from some members of the

11:55AM 18  Bly Team who told you that they had come up with this number?

11:55AM 19  A.   Supposably who come up with the number?

11:55AM 20  Q.   No, you relied in part on some members of the Bly Team to

11:55AM 21  inform you of this 40-barrel gain?

11:55AM 22  A.   Yes, that was not something I did.  I didn't look at the

11:55AM 23  pit gains.

11:55AM 24  Q.   Now, if Mr. Gisclair and Dr. Beck are correct, that there

11:55AM 25  wasn't actually a 40-barrel gain in that time, you would go

11:56AM 1   back and revise your modeling to derive results that are more

11:56AM 2   consistent with the actual pit data?

11:56AM 3   A.   Well, that's a hypothetical question.  I mean, I used -- I

11:56AM 4   didn't spend too much time correlating to the pit gains,

11:56AM 5   because, as I said, I learned that later.  I used the standpipe

11:56AM 6   pressure, and I used the information on when hydrocarbons

11:56AM 7   reached surface as the main parameters, if you like, to match

11:56AM 8   the simulations.

11:56AM 9   Q.   I guess my question is a little simpler.

11:56AM 10      In deriving your model, you were trying to match certain

11:56AM 11  defined outputs from the Sperry realtime data, fair?

11:56AM 12  A.   Yes, amongst others.  The drill pipe pressure from the

11:56AM 13  Sperry-Sun, that's correct.

11:56AM 14  Q.   You ran various simulations until you got a fairly good

11:56AM 15  correlation with the actual data?

11:56AM 16  A.   Yes, that's true.

11:56AM 17  Q.   So had you had actual data that there was not a 40-barrel

11:56AM 18  gain in the pits during that time frame, you would have

11:57AM 19  similarly run additional simulations to try to get a better

11:57AM 20  match?

11:57AM 21  A.   Well, yeah, of course, if you had -- the more data I had,

11:57AM 22  the realtime data, the better the simulation would probably be.

11:57AM 23      With respect to that particular gain you're talking about,

11:57AM 24  the 40 barrels within that time frame, if that alone would

11:57AM 25  change the picture, I cannot say by sitting here now.  Based on

11:57AM 1    all the other evidence I had, I felt that the simulations

11:57AM 2    matched very well with both the observations, witness accounts,

11:57AM 3    and pressure data.

11:57AM 4    Q.   Now, we discussed a little bit of the fixed pay versus

11:57AM 5    varying net pay.  I'm not going to get too deeply into that.

11:57AM 6         But you would agree that flow is going to accelerate

11:57AM 7    dramatically over time?

11:58AM 8    A.   That's what this chart is showing, that inflow is

11:58AM 9    accelerating, that's correct.

11:58AM 10   Q.   As additional underbalancing occurs in the well, flow is

11:58AM 11   going to accelerate.  Whether it's erosion or just the

11:58AM 12   underbalancing differential pressure, they will accelerate?

11:58AM 13   A.   Yes, that's true.  Following the circulation of 0, the

11:58AM 14   well got more and more -- underbalanced with the reservoir

11:58AM 15   pressure and the -- more fluid flows from the reservoir into

11:58AM 16   the wellbore, that's correct.

11:58AM 17   Q.   In the hundreds of simulations you ran, you came to the

11:58AM 18   opinion that Case 7 best reflects what happened on rig?

11:58AM 19   A.   That's correct.

11:58AM 20   Q.   And under your modeling that best reflects what happened

11:58AM 21   on the rig, the vast majority of the flow out of the well

11:58AM 22   occurs after this 2108, 2110 time frame?

11:58AM 23   A.   That's correct.

11:58AM 24   Q.   When you started off talking about your OLGA modeling this

11:58AM 25   morning with Mr. Regan, you talked about some of the inputs.

11:58AM 1    And one of those inputs you mentioned was certain information

11:59AM 2    about the sands capable of flow.

11:59AM 3        Do you recall that?

11:59AM 4    A.   Yes.

11:59AM 5    Q.   That's an important input that OLGA is sensitive to.

11:59AM 6    A.   Well, yes.  We need information on the reservoirs, that's

11:59AM 7    correct.

11:59AM 8    Q.   You need pressure, permeability, thickness, those sorts of

11:59AM 9    details about the reservoir to model flow?

11:59AM 10   A.   That's correct.

11:59AM 11   Q.   Let's put up D-8015.

11:59AM 12       This is a demonstrative that reflects the production

11:59AM 13   interval, Mr. Emilsen.  And if I understand correctly, your

11:59AM 14   modeling all relates to the 12.6 ppg sands in the main pay

11:59AM 15   zone?

11:59AM 16   A.   Yes.  Those are the main pay sands in the model.  I also

11:59AM 17   looked at -- at a 13.1 pounds per gallon sand for some of the

12:00PM 18   simulations.

12:00PM 19   Q.   That would be the M56A, 13.1 sand?

12:00PM 20   A.   Yes.

12:00PM 21   Q.   And you modeled that with respect to the pressure being

12:00PM 22   read during the negative test; is that right?

12:00PM 23   A.   That's correct.  In order to match the stable shut-in

12:00PM 24   pressure of the 1400 psi, that matched very well with the

12:00PM 25   pressure in that particular sand.  That's correct.

12:00PM 1    Q.   When you were running your model, you never received,

12:00PM 2    though, any information -- any compositional analysis from the

12:00PM 3    M57B sand, a little higher up, did you?

12:00PM 4    A.   That's correct.

12:00PM 5    Q.   You didn't first learn about the existence of that sand

12:00PM 6    until, what, June of 2010?

12:00PM 7    A.   Yes.  I think it was late June 2010 I learned about that

12:00PM 8    potential sand, that's correct.

12:00PM 9    Q.   So none of your simulations or models you ran reflect the

12:00PM 10   compositional analysis of that sand level?

12:00PM 11   A.   I'm not aware that there existed any compositional

12:01PM 12   analysis for that sand strength, no.

12:01PM 13   Q.   You do think, though, that it's possible that that M57B

12:01PM 14   zone started to flow at or about the time of the negative test?

12:01PM 15   A.   I don't think that is possible, no.

12:01PM 16   Q.   Let's look at TREX-7279.

12:01PM 17        This an e-mail string between you and Kent Corser where

12:01PM 18   you first discussed about the M57B sand, and I want to start at

12:01PM 19   the next page that ends until Bates 7414.

12:01PM 20        The e-mail from Mr. Corser, towards the top of the page,

12:01PM 21   on June 25th, do you recall receiving this e-mail, Mr. Emilsen?

12:01PM 22   A.   Yes.  That's about the time, late June, I received

12:02PM 23   information on that sand, that's correct.

12:02PM 24   Q.   This is where Mr. Corser advises you of this M57B zone,

12:02PM 25   says, "We have a sand at 17,467 feet M.D. that is two feet

12:02PM 1  thick, 14.1 ppg and classified as gas and wood flow."

12:02PM 2      Do you recall receiving that and reading that?

12:02PM 3  A.   Yes.

12:02PM 4  Q.   And this is the sort of data that would be important,

12:02PM 5  these inputs, for your OLGA-WELL-KILL model?

12:02PM 6  A.   Well, generally, you need information on all the various

12:02PM 7  sands that are capable of flowing into the wellbore.  So I

12:02PM 8  asked for all the sands during my work with the Bly Team, but I

12:02PM 9  learned this later on.

12:02PM 10     But once I receive this information, I concluded quite

12:02PM 11 fast that this information of the M57B sand would not affect

12:02PM 12 the results, would not change the picture with respect to the

12:03PM 13 conclusion or the main findings in my work.

12:03PM 14 Q.   The last sentence of this e-mail, he wants to see how that

12:03PM 15 fits to at least start the kick, referring to the M57B sand; is

12:03PM 16 that right?

12:03PM 17 A.   That's right.

12:03PM 18 Q.   So if we go to the first page of this exhibit, 7279, the

12:03PM 19 bottom e-mail, please, do you see here in the third sentence,

12:03PM 20 when you're talking about whether it can flow, you say, "If it

12:03PM 21 can, it is possible that an influx could be taken from this

12:03PM 22 zone, also, before the negative test, as it is above or at

12:03PM 23 balance with the 14 ppg mud in the hole."

12:03PM 24     Do you see that sentence?

12:03PM 25 A.   Yes.

7891

12:03PM 1   Q.   So it's possible that this could flow prior to or about

12:03PM 2   the time of the negative test?

12:03PM 3   A.   Well, I wouldn't say so.  Because if this was exposed to

12:03PM 4   the reservoir during the negative test, the shut-in pressure

12:04PM 5   did not match at all.  So that's another reason why I

12:04PM 6   discounted this sand.

12:04PM 7        If this sand has been exposed to the wellbore, we would

12:04PM 8   see a much higher shut-in pressure than 1400 psi.

12:04PM 9        So there were two reasons for why I discounted this sand:

12:04PM 10  One was the shut-in pressure.  And the second was that it had a

12:04PM 11  very poor productivity compared to the main sand.  The

12:04PM 12  permeability was, as I recall, 7.4 millidarcy, and the

12:04PM 13  thickness was two feet, so that is negligible compared to the

12:04PM 14  main sand.

12:04PM 15  Q.   So after the negative test, though, you've concluded or

12:04PM 16  you're of the opinion that the fluid dynamics in the wellbore

12:04PM 17  were such that there could have been some flow from that M56A

12:04PM 18  and M57B zones we looked at a minute ago?

12:04PM 19  A.   Well, if it was exposed again, the inflow would have

12:04PM 20  started prior to 2052 because of its higher pressure.

12:05PM 21       But, again, the flow potential from the sand is so poor,

12:05PM 22  you wouldn't -- you cannot see it, if you put it into the same

12:05PM 23  chart I showed earlier today where I showed the productivity

12:05PM 24  index, so it would not contribute at all during the unloading

12:05PM 25  sequence.

12:05PM 1    Q.   Was that included in any model you ran as to the unloading

12:05PM 2    sequence?

12:05PM 3    A.   Not this sand.  I included the 13-pounds-per-gallon sand

12:05PM 4    to investigate whether that could cause the unloading sequence.

12:05PM 5    That was also disregarded based on the same reasoning.

12:05PM 6    Q.   So, going back to my original question, you never ran any

12:05PM 7    unloading simulation that included any of the compositional

12:05PM 8    analysis relating to the M57B sands?

12:05PM 9    A.   Well, I think you're mixing a little bit here.

12:06PM 10        As far as I know, there are no compositional analysis of

12:06PM 11   that sand -- whether I include it or not, I did not include it

12:06PM 12   as such in the model; but, based on my 20 years of experience

12:06PM 13   by running dynamic models, I know that even if I included it in

12:06PM 14   the simulations, the results will still be the same because of

12:06PM 15   the very poor productivity.

12:06PM 16   Q.   All right.  Let's talk about flow path from the reservoir

12:06PM 17   to the surface.  You told Mr. Regan that that's one of the

12:06PM 18   charges you were given by BP in performing your analysis?

12:06PM 19   A.   Sorry, what was that?

12:06PM 20   Q.   The flow path from the reservoir to the surface?

12:06PM 21   A.   Yes.

12:06PM 22   Q.   You said you discounted flow up the annulus; is that

12:06PM 23   right?

12:06PM 24   A.   That's one of the conclusions in the report.

12:06PM 25        I ran a lot of simulations trying to match that potential

12:06PM 1   flow path, and it did not match.  So that was discounted,

12:06PM 2   that's correct.

12:07PM 3   Q.   You ultimately concluded that there was a leak in the

12:07PM 4   casing shoe?

12:07PM 5   A.   Yes.  We ended up -- yes, that's correct.  The flow path

12:07PM 6   was through the casing shoe and up inside the casing.

12:07PM 7   Q.   Now, I was curious about the flow path possibility that

12:07PM 8   you discounted.  There was some sort of crossover.  Do you

12:07PM 9   recall talking about that?

12:07PM 10  A.   You're talking about the crossover at the casing, the

12:07PM 11  crossover between 9 7/8 and 7, yes.

12:07PM 12  Q.   If I understood correctly, you're saying you discounted

12:07PM 13  that as a potential flow path because it didn't match the data

12:07PM 14  from the annulus?

12:07PM 15  A.   No.  If you talk about the breach at the crossover, I

12:07PM 16  didn't model that scenario.  That was discussed within the Bly

12:07PM 17  Team, but it was not regarded as likely at all based on

12:07PM 18  pressure tests and -- the casing integrity was found to be a

12:07PM 19  hundred percent.

12:08PM 20  Q.   In your modeling, when you derive your theory as to the

12:08PM 21  flow path coming through a leak in the shoe, your modeling

12:08PM 22  doesn't predict where that leak is, does it?

12:08PM 23  A.   The model -- I have to -- no, it does not predict where it

12:08PM 24  is; but, I have to assume where it is, and I run simulations

12:08PM 25  and see -- I can see whether that matched with the pressure

12:08PM  1   readings or not.

12:08PM  2   Q.    So the leak could be anywhere below the float collar?

12:08PM  3   A.    Well, I assumed that the leak was through the shoe, and

12:08PM  4   that was the most likely option compared to a breach of the

12:08PM  5   shoe or other flow paths downhole.

12:08PM  6   Q.    Let's put D-8015 up again.

12:08PM  7         Your modeling suggests that there is a leak someplace in

12:08PM  8   the shoe below the float collar, and then the flow goes up the

12:09PM  9   casing, fair?

12:09PM 10   A.    That's correct.

12:09PM 11   Q.    So if there is a breach in the casing at some point down

12:09PM 12   here, that would be completely consistent with the hundreds of

12:09PM 13   simulations you ran?

12:09PM 14   A.    Well, simulations are based on the flow through the shoe

12:09PM 15   at 18,304 feet.  It is not based on a leaking casing shoe, if

12:09PM 16   that's what you're --

12:09PM 17   Q.    Maybe I'm hung up on the terminology because it was in

12:09PM 18   your report so much.  But, basically, you're saying flow came

12:09PM 19   somewhere through the shoe?

12:09PM 20   A.    It came through the shoe, through the TD of the shoe,

12:09PM 21   yeah.

12:09PM 22   Q.    Now, if I understand the way your net pay assumption

12:09PM 23   works, you start off with a full reservoir, but you discounted

12:09PM 24   that 86 feet because it would have unloaded too quickly?

12:09PM 25   A.    That's correct.

12:09PM 1    Q.    You scale back until you get to a point that will mirror

12:10PM 2    the data?

12:10PM 3    A.    That's correct.

12:10PM 4    Q.    The scaling back reflects various obstructions, whether

12:10PM 5    it's cement, ports in the reamer shoe, float collar, what have

12:10PM 6    you?

12:10PM 7    A.    Yes.  That's correct.  It's not a function of reservoir

12:10PM 8    exposure, meaning that there are some restrictions downhole.

12:10PM 9    Whether that is cement or other solids obstructing the flow

12:10PM 10   path, that's correct.

12:10PM 11   Q.    Let's put up D-8041.

12:10PM 12         This is a demonstrative, Mr. Emilsen, from Dr. Beck's

12:10PM 13   report where he says there is some sort of breach below the

12:10PM 14   float collar.

12:10PM 15         Based on the hundreds of simulations you ran with your

12:10PM 16   OLGA-Well-Kill modeling, this theory is completely consistent

12:10PM 17   with your modeling, isn't it?

12:10PM 18   A.    Well, I haven't run simulations based on such a scenario,

12:11PM 19   so it's a little bit hard to tell.  I'm not really sure if

12:11PM 20   that's a correct statement or not.

12:11PM 21         My simulations are based on flow through the shoe and up

12:11PM 22   inside the casing.

12:11PM 23   Q.    Well, let me ask you this way.  None of your hundreds of

12:11PM 24   simulations exclude flow through a breach at this point below

12:11PM 25   the float collar; whether it's a complete casing separation or

7896

12:11PM 1   a hole in the casing, none of your simulations exclude that as

12:11PM 2   a potential entry point of hydrocarbons?

12:11PM 3   A.   Well, since I haven't run that scenario, it's a little bit

12:11PM 4   difficult to tell it -- I haven't investigated it, so it's

12:11PM 5   difficult to say.

12:11PM 6   Q.   A little different question.  You haven't run a model with

12:11PM 7   this assumption; the models you have run that you say reflect

12:11PM 8   what actually happened on the rig that night, none of the

12:11PM 9   models you actually ran exclude this theory as a possibility?

12:11PM 10  A.   Well, it's a difficult question.  I mean, since I

12:12PM 11  haven't -- it's a hypothetical question.  I haven't run that

12:12PM 12  model.

12:12PM 13      If I was asked to run that model, we could -- we could

12:12PM 14  talk and discuss whether that was a plausible scenario or not;

12:12PM 15  but, since I haven't run it, it's difficult to tell.

12:12PM 16      But what you're aiming at, I think, the distance from --

12:12PM 17  there is no scale here, but it's not a long distance.  So in

12:12PM 18  terms of frictional pressure drop, etcetera, I can agree that

12:12PM 19  it's not a major part of the wellbore that you're

12:12PM 20  disconnecting, if you like, with this picture.

12:12PM 21  Q.   Does your modeling require the entry of hydrocarbons

12:12PM 22  through the ports in the reamer shoe at the very bottom?

12:12PM 23  A.   Yes, the simulations are based on flow from the main sand

12:12PM 24  downwards.  So we have that effect as well.  It flowing

12:12PM 25  downwards and through the shoe and not upwards.

12:12PM 1     So that's the reason why I cannot comment on this

12:13PM 2  scenario.  I have no -- I don't know what the assumptions

12:13PM 3  behind that scenario, and I have not run any simulations based

12:13PM 4  on that scenario.

12:13PM 5          MR. HARTLEY:  Thank you, Mr. Emilsen.

12:13PM 6              I pass the witness, Your Honor.

12:13PM 7          MR. REGAN:  Your Honor, BP has no further questions of

12:13PM 8  Mr. Emilsen.

12:13PM 9          THE COURT:  All right.  Very well.  You're finished,

12:13PM 10  sir.  Thank you.

12:13PM 11              All right.  Let's break for lunch.  It's 12:15,

12:13PM 12  almost.  We'll come back at 1:30.

12:13PM 13          (WHEREUPON, at 12:13 p.m., the Court was in luncheon

12:16PM 14  recess.)

15                         *    *    *

16

17                    REPORTER'S CERTIFICATE

18          I, Cathy Pepper, Certified Realtime Reporter,
   Registered Merit Reporter, Certified Court Reporter of the
19  State of Louisiana, Official Court Reporter for the United
   States District Court, Eastern District of Louisiana, do hereby
20  certify that the foregoing is a true and correct transcript to
   the best of my ability and understanding from the record of the
21  proceedings in the above-entitled and numbered matter.

22

23          s/Cathy Pepper
           _____
           Cathy Pepper, CRR, RMR, CCR
24         Certified Realtime Reporter
           Registered Merit Reporter
           Official Court Reporter
25         United States District Court
           Cathy_Pepper@laed.uscourts.gov