# Attachment E

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL BY THE OIL RIG    *   Docket 10-MD-2179
DEEPWATER HORIZON IN THE            *
GULF OF MEXICO ON APRIL 20, 2010    *   Section J
                                    *
Applies to:                         *   New Orleans, Louisiana
                                    *
Docket 10-CV-02771,                 *   April 16, 2013
IN RE:  THE COMPLAINT AND           *
PETITION OF TRITON ASSET            *
LEASING GmbH, et al                 *
                                    *
Docket 10-CV-4536,                  *
UNITED STATES OF AMERICA v.         *
BP EXPLORATION & PRODUCTION,        *
INC., et al                         *
                                    *
* * * * * * * * * * * * * * * * * *


                    DAY 28, MORNING SESSION
                    TRANSCRIPT OF NONJURY TRIAL
                 BEFORE THE HONORABLE CARL J. BARBIER
                    UNITED STATES DISTRICT JUDGE


Appearances:


For the Plaintiffs:          Domengeaux Wright Roy
                               & Edwards, LLC
                             BY:  JAMES P. ROY, ESQ.
                             556 Jefferson Street, Suite 500
                             Post Office Box 3668
                             Lafayette, Louisiana 70502


For the Plaintiffs:          Herman Herman & Katz, LLC
                             BY:  STEPHEN J. HERMAN, ESQ.
                             820 O'Keefe Avenue
                             New Orleans, Louisiana 70113




                         OFFICIAL TRANSCRIPT
```

| | | |
|---|---|---|
| 08:49 | 1 | centralizers and bottoms-up and pump rate.  You knew those |
| 08:49 | 2 | things. |
| 08:49 | 3 | A.   Yeah.  Yes, sir. |
| 08:49 | 4 | Q.   Okay.  And you, of course, know that Jesse had recommended |
| 08:49 | 5 | 21 centralizers be used there on the casing string.  You know |
| 08:49 | 6 | that, do you not? |
| 08:49 | 7 | A.   He ran a program with 21. |
| 08:49 | 8 | Q.   With the OptiCem? |
| 08:49 | 9 | A.   Yes, sir. |
| 08:49 | 10 | Q.   Okay.  And you also know that he ran a program with |
| 08:49 | 11 | 10 centralizers.  You know that, do you not, that he ran a |
| 08:49 | 12 | number of programs with different numbers of centralizers, |
| 08:50 | 13 | trying to get to where he felt comfortable, the centralizer |
| 08:50 | 14 | number ought to be.  You know that, don't you? |
| 08:50 | 15 | A.   Yes, sir. |
| 08:50 | 16 | Q.   And, of course, you know that at the end of the day, no |
| 08:50 | 17 | matter what Jesse thought about the number of centralizers, the |
| 08:50 | 18 | ultimate decision regarding the number to be used would be made |
| 08:50 | 19 | by BP. |
| 08:50 | 20 | A.   That -- that's correct. |
| 08:50 | 21 | Q.   Okay.  And in terms of bottoms-up, you're aware that Jesse |
| 08:50 | 22 | had recommended that a full bottoms-up be performed just prior |
| 08:50 | 23 | to the cement job.  You remember that? |
| 08:50 | 24 | A.   I don't remember that, but it was standard. |
| 08:50 | 25 | Q.   Okay.  All right.  And you talked yesterday with Ms. Karis |

| | | |
|---|---|---|
| 08:50 | 1 | about a bottoms-up being performed some days prior to the |
| 08:50 | 2 | actual pumping of the cement job. |
| 08:50 | 3 | Are you aware that the last full bottoms-up was |
| 08:50 | 4 | performed on April 16th, during the wiper trip? |
| 08:50 | 5 | **A.** Yes, sir. |
| 08:50 | 6 | **Q.** Okay, sir. And that was some, what, three days before the |
| 08:50 | 7 | cement job was pumped, was it not? |
| 08:50 | 8 | **A.** Yes, sir. |
| 08:50 | 9 | **Q.** Okay. Would you agree with me that during those three |
| 08:51 | 10 | days, mud in the wellbore could gel up? |
| 08:51 | 11 | **A.** The possibility exists, but I -- with the kind of mud that |
| 08:51 | 12 | we used, we usually didn't see that. |
| 08:51 | 13 | **Q.** But we don't know that it didn't happen here, though. |
| 08:51 | 14 | In other words, where you have a full bottoms-up done |
| 08:51 | 15 | some number of days -- three days prior to the pumping of the |
| 08:51 | 16 | cement job, you leave open the possibility that mud left there |
| 08:51 | 17 | in the wellbore could gel up. |
| 08:51 | 18 | **A.** Well, it wasn't consistent with the data that we got on |
| 08:51 | 19 | the conditioning trip. The wellbore was left open five days |
| 08:51 | 20 | with the -- during the logging run. Then we made the |
| 08:51 | 21 | conditioning trip. |
| 08:51 | 22 | **Q.** Okay, sir. |
| 08:51 | 23 | **A.** And then when we got on the bottom with the |
| 08:51 | 24 | conditioning -- during the conditioning trip, we got all the |
| 08:51 | 25 | data. And the data that we got clearly indicated that the |

| | | |
|---|---|---|
| 08:51 | 1 | well -- I'm sorry, that the mud had not gelled up after sitting |
| 08:51 | 2 | for five days. |
| 08:52 | 3 | **Q.**   All right, sir.  And you, of course, know that one of the |
| 08:52 | 4 | issues with cement setting up is contamination with such things |
| 08:52 | 5 | as mud, are you not? |
| 08:52 | 6 | **A.**   Yes, I am. |
| 08:52 | 7 | **Q.**   As well -- and you can contaminate the cement so that it |
| 08:52 | 8 | will not set up; correct? |
| 08:52 | 9 | **A.**   That's correct. |
| 08:52 | 10 | **Q.**   Likewise, you can contaminate cement with some synthetic |
| 08:52 | 11 | oil-based mud. |
| 08:52 | 12 | **A.**   Yes, you can. |
| 08:52 | 13 | **Q.**   And, of course, synthetic oil-based mud was used here in |
| 08:52 | 14 | this wellbore to -- at the bottom of the well, and that was |
| 08:52 | 15 | done at the -- was a decision made by BP; correct? |
| 08:52 | 16 | **A.**   Yes. |
| 08:52 | 17 | **Q.**   Okay.  After the event, did you participate -- and I'm not |
| 08:52 | 18 | talking about lawyers, by no means, when I ask that.  But did |
| 08:52 | 19 | you participate in a discussion with anyone where there was a |
| 08:52 | 20 | discussion that the cement job may have been contaminated |
| 08:52 | 21 | there -- after it was pumped or during the pumping of it, there |
| 08:53 | 22 | in the wellbore, that might have been one of the reasons for an |
| 08:53 | 23 | issue with the cement job if, in fact, that was determined to |
| 08:53 | 24 | be the case? |
| 08:53 | 25 | **A.**   What we discussed -- the word -- we didn't use the word |

| | | |
|---|---|---|
| 08:53 | 1 | "contamination" -- |
| 08:53 | 2 | **Q.** Yes, sir. |
| 08:53 | 3 | **A.** -- but it was -- it was that the cement didn't fully set |
| 08:53 | 4 | up. |
| 08:53 | 5 | **Q.** And contamination was one of the possibilities of that not |
| 08:53 | 6 | occurring? |
| 08:53 | 7 | **A.** It is one of the possibilities. |
| 08:53 | 8 | **Q.** And that was discussed among you and members of your team? |
| 08:53 | 9 | **A.** It was -- we just said, "The cement obviously didn't set |
| 08:53 | 10 | up." I don't remember "contamination." |
| 08:53 | 11 | **Q.** Thank you, sir. |
| 08:53 | 12 | And if the cement did not set up, the way to |
| 08:53 | 13 | determine that, if that had been an issue, would have been with |
| 08:53 | 14 | a negative pressure test; isn't that correct? |
| 08:53 | 15 | **A.** That's correct. |
| 08:53 | 16 | **Q.** And had there been -- you're aware that on this very |
| 08:53 | 17 | Macondo well, there had been at least two squeeze jobs done |
| 08:53 | 18 | previously, are you not, sir? |
| 08:53 | 19 | **A.** Yes. |
| 08:53 | 20 | **Q.** And that was an indication that on those two occasions, |
| 08:53 | 21 | maybe others, that there was an issue determined with the |
| 08:53 | 22 | cement job, resulting in remediation work in the form of a |
| 08:54 | 23 | squeeze job; correct? |
| 08:54 | 24 | **A.** That is correct. |
| 08:54 | 25 | **Q.** And that and the fact that there was an issue with at |

```
08:54   1   least two prior cement jobs on the Macondo well resulting in
08:54   2   remediation, we obviously know that the well didn't blow out --
08:54   3   A.   Right.
08:54   4   Q.   -- because there had been a squeeze job.
08:54   5   A.   Right.
08:54   6   Q.   And we obviously know here that had the negative pressure
08:54   7   test been correctly interpreted, it could have determined if
08:54   8   an -- if there was an issue with the cement job and, if so,
08:54   9   there could have then been a -- there could have been
08:54  10   remediation work done in the form of a squeeze job; correct?
08:54  11            MS. KARIS:  Your Honor, I'm going to object.  I think
08:54  12   this has been asked and answered several times now.
08:54  13            MR. GODWIN:  I just have one question on that, Judge.
08:54  14            THE COURT:  Yeah, this is ground we've plowed over
08:54  15   and over again.
08:54  16            MR. GODWIN:  I'll move on, Judge.  Thank you.
08:54  17                Could I have him answer that question, Judge?
08:54  18            THE COURT:  No.  Let's just move on.
08:54  19            MR. GODWIN:  Okay, sir.  Thank you.
08:54  20            MS. KARIS:  Thank you, Your Honor.
08:55  21            MR. GODWIN:  Okay.  Let's take a look, if we can,
08:55  22   please, at -- take a look at TREX-01958.
08:55  23   BY MR. GODWIN:
08:55  24   Q.   And we have here two e-mails, one at the bottom from David
08:55  25   Sims to a number of folks, with you as a carbon copy, dated
```

| | | |
|---|---|---|
| 08:55 | 1 | March 11th, 2010, do we not, sir? |
| 08:55 | 2 | A.     Yes, sir. |
| 08:55 | 3 | Q.     And Mr. Sims is writing:  "HSSE:  Good week, no |
| 08:55 | 4 | incidents." |
| 08:55 | 5 | Did I read that correctly? |
| 08:55 | 6 | A.     Yes, sir. |
| 08:55 | 7 | Q.     And were you in charge, as of April 20th, 2010, of HSSE on |
| 08:55 | 8 | the -- *on the Deepwater Horizon*? |
| 08:55 | 9 | A.     Yes, on the BP side. |
| 08:55 | 10 | Q.     On the BP side.  That's what I'm referring to, yes.  Thank |
| 08:56 | 11 | you. |
| 08:56 | 12 | A.     Yes, sir. |
| 08:56 | 13 | Q.     All right.  And if you look -- go down to the |
| 08:56 | 14 | next-to-the-last bullet point there under "Operations since |
| 08:56 | 15 | last Thursday," where it says "Mobilized wireline tools and |
| 08:56 | 16 | prepare procedures and equipment to kill the well." |
| 08:56 | 17 | Did I read that correctly? |
| 08:56 | 18 | A.     Yes, you did. |
| 08:56 | 19 | Q.     Why were they talking about -- why was Mr. Sims talking |
| 08:56 | 20 | there about killing the well as of March 11th? |
| 08:56 | 21 | A.     He's referencing the kick we took on the 8th. |
| 08:56 | 22 | Q.     Okay, sir.  And he wanted to kill it for what purpose? |
| 08:56 | 23 | A.     So we could -- well, if -- so we could continue drilling |
| 08:56 | 24 | the well. |
| 08:56 | 25 | Q.     So that there could be an investigation conducted, stop |