**EXPERT REPORT**

*U.S v. BP Exploration & Production, Inc., et al.*

**Flow Rates from the Macondo MC252 Well**
**Submitted on Behalf of the United States**

**Prepared by:**

**Ronald C. Dykhuizen, Ph.D.**
**Principal Member of the Technical Staff**
**Sandia National Laboratories**
**Albuquerque, New Mexico**

**Ronald C. Dykhuizen, Ph.D.**

**MARCH 22, 2013**

Confidential per BP

## A.       Professional Background

I am a mechanical engineer specializing in multiphase fluid flow.  I have worked at Sandia National Laboratories (SNL or Sandia) in Albuquerque, NM for 28 years.  Sandia is a Department of Energy (DOE) National Nuclear Security Agency (NNSA) national laboratory devoted to work on nuclear weapons, broader defense and deterrent systems, homeland security, and a variety of energy programs.  I am currently a Principal Member of the Sandia Technical Staff.  Throughout my career at Sandia my work has focused on multiphase fluid flow, including flows in: geothermal wells, nuclear reactors, CO2 fire suppression systems, and numerous cooling systems.  I have a wide variety of experience in many practical and academic problems involving thermodynamics, fluid flow, and heat transfer.  I have served as a key member of a variety of investigative teams examining a wide variety of topics that included non-performance of complex systems and accident investigations. The accident investigations included an accidental rocket ignition, a lithium reactor fire, and a nuclear reactor coolant spill (for the DOE and the Nuclear Regulatory Commission).

I have a Ph.D. in Mechanical Engineering from Arizona State University (1985), where my thesis examined multiphase flow of different fluids through complex systems from both modeling and experimental viewpoints.  I have a M.S. and B.S. in Nuclear Engineering from the University of Illinois (1977) and the University of Virginia (1976), respectively.  My studies were concentrated in multiphase flow through complex systems.  From 1981 to 1985, I was a Lecturer in the Arizona State University Mechanical Engineering and Energy Systems department.  I have authored over 30 journal publications and hold two U.S. patents on novel techniques of controlling gas/solid flows.  I was a registered Professional Engineer in Ohio from 1980 until 2006.

## B.       Involvement in Deepwater Horizon Response

In May 2010, I was enlisted to assist in the DOE response to the Macondo well blowout in the Gulf of Mexico.  Engineers from three DOE NNSA laboratories, Sandia, Los Alamos National Laboratories (LANL), and Lawrence Livermore National Laboratories (LLNL), supported the United States' response to the blowout.  The problems I worked on during the response largely involved fluid flow through pipes, which is my professional area of focus.  While I did not have a specialized background in petroleum engineering, the same engineering and physical principles apply to petroleum engineering as other engineering disciplines.  I applied those principles during the response.  I was called upon to perform a variety of calculations related to assessing the flow path in the well, assessing the implications of a number of engineering projects intended to capture, stem, collect, or stop the flow from the well (e.g., cutting the riser, installation of the Capping Stack, the Well Integrity Test), and estimating the flow rate from the well.   I spent several weeks at BP's offices in Houston where I interacted regularly with BP engineers working on the response, including flow assurance, reservoir, and petroleum engineers.  On a number of occasions, BP's engineers presented the DOE NNSA lab engineers with engineering problems

*Confidential per BP*

with the purpose of "comparing notes" on findings and solutions.  For example, in mid-May 2010, BP requested that the DOE NNSA engineers calculate the bottom hole pressure given a measured pressure at the BOP and an assumed flow rate because BP engineers were initially unsure that their standard oil codes would appropriately model unusual geometries..

During the response, the DOE NNSA engineers, including myself, conducted estimates of the flow rate of oil from the Macondo well.  I performed calculations of the flow rate into, through, and out of the Top Hat 4 device installed by BP.  I also estimated the flow rate at the time the Capping Stack was installed and eventually used to shut in the well (July 12-15, 2010) and the cumulative flow from the well over the 86 days of the blowout.  These calculations are documented in a Sandia Report (A. C. Ratzel III, DOE-NNSA Flow Analysis Studies Associated with the Oil Release following the Deepwater Horizon Accident, September 2011, SAND 2011-1653) (DOE-NNSA Flow Analysis Report).[1]  I calculated the predicted increase in flow that could result from cutting off the kinked riser just above the Lower Marine Riser Package (LMRP).  At the request of BP engineers I also calculated potential flow rates through the rupture discs in the Macondo well casing below the seafloor.

## C.    Executive Summary

This report presents calculations regarding the flow of oil from the Macondo well in 2010. A series of calculations designed to determine the flow rate, or a lower bound of the flow rate, for various points in time is presented. This report also updates and/or refines certain calculations prepared during the Macondo well response, including calculations contained in the DOE-NNSA Flow Analysis Report, based on additional data and information.

1. I estimate the flow of oil from the well on July 14 and 15, 2010 (just prior to shut-in) at 53,000 barrels of oil per day (bopd).[2] This is consistent with BP estimates of 51,500 bopd[3] and 59,098 bopd[4] conducted during the same time period.  The DOE NNSA lab team initially presented its estimates to BP engineers in Houston in late July 2010.  At that time, BP did not present an alternate estimate.

2. Using the 53,000 bopd estimate referenced above, I also integrate the flow over the entire incident period to obtain a total oil release of approximately 5 million barrels. The assumptions used in generating my calculations of the total release are strongly supported by analysis of BOP pressure data recorded during the blowout (S. K. Griffiths, *Environ. Sci. Technol,,* 46 (10), 5616–5622, 2012). Other studies conducted by BP are also

---

[1] Exhibit 9361
[2] All references to "barrels of oil" or bopd in this report refer to a stock tank barrel of oil – 42 gallons at 60 F and 14.696 psi
[3] Exhibit 9453 (Appendix A.1).
[4] Exhibit 9491 (Appendix A.2).

*Confidential per BP*

consistent with the flow rates used to obtain this total flow including those of BP engineers and BP contractor ADD Energy.[5]

3. A new calculation is presented that examines the pressures and flows measured during the Top Kill event at the end of May 2010. Based on these measurements, I estimate the flow rate for May 28, 2010 to be over 60,000 bopd, which is consistent with the flow rates I estimated for that same time period in the integrated flow estimate referenced above. I also conclude that the flow rate is certainly greater than 43,000 bopd during this time period. This estimate is consistent with the flow rates I used in determining the total flow.

4. A calculation is also presented that examines the flow from the well during the time period around June 15, 2010 when pressure measurements from BP's collection device Top Hat 4 were available. I estimate the flow to be approximately 60,000 bopd. This same calculation is applicable to all time periods from June 3, 2010 when Top Hat 4 was installed until July 11, 2010 when Top Hat 4 was removed in order to install the Capping Stack. This calculation also provides a lower limit on the flow of 43,000 bopd in that time period based on collection rates and assuming zero flow from the Top Hat 4 skirt. Of course there was always flow from beneath the Top Hat 4 skirt during that period, so the 43,000 bopd figure provides a lower bound. Again this is consistent with the flow rates used in determining the total flow.

The calculations described in 3. and 4. above can be combined with estimates based on other methods to establish lower bounds on the flow rate at various times as well as on the total amount of oil released.

**D.    Calculations**

**1.  Flow Rate Estimate for July 14 and 15 of 2010**

After the capping stack was installed on the well, accurate geometry and measured pressures allowed estimates of the flow rate through the capping stack hardware. When this was added to collected flows from connections to the original BOP, the total flow from the reservoir could be estimated. The three DOE NNSA Lab Teams and BP prepared such estimates. The DOE NNSA Lab work was documented in DOE-NNSA Flow Analysis Report. A flow rate of 53,000 bopd was estimated. It is important to note that this is the flow rate with the Capping Stack installed. The Capping Stack provides additional backpressure reducing flow by approximately 4%.

---

[5] Exhibit 9452, Appendix A.3 (Post event simulation of Top Kill procedure, June 29, 2010), Exhibit 9455 (June 29, 2010 "Top Kill Modeling"); Exhibit 9254 ("Relief well kill for Macondo MC 252 #1, Well Kill Modeling and Evaluations, July 2010).



Fig. 1 : Photo of the Capping Stack prior to Installation

By focusing on flow within the Capping Stack components, specifically the kill and choke lines (see Figure 2), issues and uncertainties for the upstream flow conditions could be avoided. Specifically, during preparations for well shut-in, closure of the Capping Stack middle ram, and other valves on the kill and choke lines provided sets of pressure data from which flow could be computed. During the various flow events, the flow either passed through the Capping Stack or was extracted from pipes on the BOP to surface ships prior to entering (upstream of) the Capping Stack. The extracted flow rates were measured, and the flow through the Capping Stack could be estimated based on measured pressures.

Figure 2 below shows in schematic the Capping Stack geometry with additional detail on the kill- and choke-line piping systems. At different times between July 14 and July 15, the flow was directed through different portions of the Capping Stack piping system. With an estimate of the fluid resistances through the two flow paths and the crude oil properties, the DOE-NNSA lab team was able to use the measured pressure to estimate the flow rate. Alternatively, multiple measurements of flow through the Capping Stack were used to independently determine the fluid resistances and ultimately the flow rate.

*Confidential per BP*

For some of these calculations we used a "resistance coefficient method." In this method, resistance coefficients (also referred to as "K factors") are used to characterize the pipes, bends, elbows, contractions, and expansions in the Capping Stack piping system. In late July 2010, BP provided the DOE NNSA lab teams with BP's preferred geometry for the Capping Stack, but we also reviewed drawings of the Capping Stack provided by BP.[6] BP also provided us with BP's proposed K factors for the elbows, contractions, and fittings and with the oil collection rates used in the DOE NNSA lab team calculations.[7]



Fig. 2 : Capping-stack geometry, with the geometry K factor locations shown. Note that the top ram (Ram #3) of the CS is not shown.

More details of the Capping Stack analysis can be found in the DOE-NNSA Flow Analysis Report (Appendix A.1).

---

[6] Exhibits 9576 (Appendix A.4) (July 27, 2010 Email from Farah Saidi to Arthur Ratzel, et al. re: "Choke side and kill side Drawings" w/ attachments). BP did not provide us with as-built drawings of the Capping Stack.
[7] Exhibit 9469 (July 27, 2010 Email from Trevor Hill to Arthur Ratzel, et al. re: "FW: Rates during integrity test (revised)" w/ attachments).

*Confidential per BP*

Post-incident, I had the opportunity to examine the Capping Stack equipment at the NASA Michoud facility on more than one occasion and to review additional measurements of the equipment. The measurements were very consistent with the dimensions used in the analysis. Only minor differences were noted, and these had very little impact on the flow results.

The DOE-NNSA Flow Analysis Report concluded that the potential error uncertainty in the 53,000 bopd flow estimate for the last day was +/- 10%. This was based upon expert consensus and the fact that the flow estimate was calculated through different flow paths, with different collection rates, and these all yielded similar results. An alternate method was also presented where the resistances were not input, but derived from the pressure data, and this also provided a similar estimate. At the time, I personally thought that the uncertainty bound should be +/- 20% for the flow rates during the last days.  It is now my opinion that the uncertainty bound is smaller based on review of additional studies that obtained similar flows.

The pipe flow calculations used to estimate the flow generally are material for undergraduate fluid mechanics students, however estimates of *multiphase* flows based on pressure measurements are more complex. In this section I will discuss some of the items that have the potential to impact the accuracy of the DOE-NNSA flow estimate for the last days of flow.

The estimates documented in the DOE-NNSA Flow Analysis Report assumed that the oil could be simulated by a single phase fluid with a homogeneous density. There is significant literature discussing the accuracy of this assumption.   A standard reference (J. G. Collier, Convective Boiling and Condensation, McGraw Hill, 1972, p. 93) states that using a homogeneous model (average density) results in satisfactory representation of the experimental data for sudden flow contractions of multiphase flows. On page 94 it is stated that the use of homogeneous flow to approximate the flow through an orifice overestimates the experimental pressure drop (and thus my estimated flow would be too low). Much of the literature regarding the use of a homogeneous fluid to represent a multiphase flow can be traced back to the original work of Chisholm (D. Chisholm, Prediction of pressure gradients in pipeline systems during two-phase flow, Fluid Mechanics and Measurements in Two-Phase Flow Systems, The Institution of Mechanical Engineers, Proceedings 1969-1970, Volume 184 Part 3C, 1970). Chisholm clearly shows that depending upon the exact situation; this assumption sometimes results in an overestimate of the flow, and sometimes results in an underestimate of the flow.

I have repeated the calculations within the DOE-NNSA Flow Analysis Report using the correlations of Chisholm, and found no significant change in the estimate when using multiphase correlations. In fact, the estimated flow *increased* by 4%.  Another expert in this case, Bushnell (2013), used a multiphase flow computer simulation of the flow through the capping stack, and also found that the predicted flow rate with a multiphase calculation was 3% above what was predicted with a homogeneous single phase assumption.

*Confidential per BP*

Another assumption that was made within the calculations presented in the DOE-NNSA Flow Analysis Report was that the individual flow elements (e.g., lengths of pipe, pipe contractions and expansions, elbows, tees, etc.) could be treated independently. The close proximity of those flow elements potentially could alter their impact on the pressure drop, and therefore reduce the accuracy of flow rate prediction. Computational fluid dynamics (CFD) modeling conducted by Bushnell (2013) explored this by simulating the multidimensional flow through the various elements. In this way they did not have to rely upon tabulated flow resistances (K factors) for the individual elements. Bushnell's results were very similar to the results found in the DOE NNSA Flow Analysis Report, which indicates that the components can indeed be treated independently. This provides additional confidence that our approach was correct.

Finally, the temperature of the flow was not accurately known. The DOE-NNSA Flow Analysis Report used 180 F as the temperature of the flow. This number was provided to us by BP personnel from their calculations of the heat transfer within the well. The U.S. government team tried to obtain temperature measurements from BP, but these were never provided. It has been suggested by BP (BP's Preliminary Response to the Flow Rate and Volume Estimates Contained in Staff Working Paper No. 3, October 2010) that the temperature should be 200 F. The DOE-NNSA Flow Analysis Report concluded that if a temperature of 200 F was used, the flow rate would decrease by 2%. BP has also suggested that the temperature could be as high as 220 F since this was the maximum temperature measured during an investigation by Woods Hole Oceanographic Institute (WHOI) (C. M. Reddy, et al., Composition and fate of gas and oil released to the water column during the Deepwater Horizon oil spill, www.pnas.org/cgi/doi/10.1073/pnas.1101242108).[8] Apparently, obtaining accurate temperature measurements proved a difficult task.An increase to 220 F would yield another 2% reduction in the estimate. But I note that the 220 F measurement presented by WHOI as being the maximum temperature recorded, implying that WHOI had lower measurements.

BP has suggested that phase separation was an important aspect to multiphase flow that was not accounted for in the DOE NNSA Flow Analysis Report.[9] It was suggested that as flow was removed from the choke and kill lines within the original BOP, non-representative phase fractions were removed, leaving an unknown oil mixture to flow through the Capping Stack or Top Hat 4. It was suggested that this could invalidate the densities (and thus the flow rates) calculated within the collection devices installed above the BOP. Examination of the collection records from the various ships reveals that the Gas-Oil-Ratio (GOR) data was quite noisy, but there were no obvious trends with flow rate or between separate extraction points. (see figure 3 below derived from BP collection data (BP-HZN-2179MDL07266155.xlsx and BP-HZN-2179MDL07266256.xlsx).[10] This implies that the mixtures removed for collection were indeed

---

[8] Depositions of Arthur C. Ratzel and Ronald C. Dykhuizen.
[9] Depositions of Ratzel and Dykhuizen.
[10] According to BP's records, the Helix Producer GOR was 2366 using the average GOR from the Q4000.

representative of the reservoir oil, and thus the densities used in the flow calculations were indeed reasonable.



Fig. 3: Measured GOR as a function of the collection rate

BP installed pressure gauges on the Capping Stack prior to deploying it.  These gauges were intended to allow BP and the U.S. Government response team to monitor the pressure buildup in the well when the well was shut in due to concerns over well integrity (i.e., whether shutting the well in at the Capping Stack would cause hydrocarbons to flow out of the well casing into the surrounding substrata).  BP designated these pressure gauges PT-3K-1 and PT-3K-2.  For the pressure measurements used in the DOE-NNSA Flow Analysis study, only PT-3K2 was used because BP identified it as the most accurate at the time of the operation. This gauge was determined to be very accurate by BP engineer Matthew Gouchnour's study.[11] This BP report showed that this gauge had an error of less than 10 psi, which results in a very small change in the flow rate. When one considers that the sea bottom ambient pressure was used to calibrate this gauge, there is essentially no error in the ambient pressure since the ambient pressure is subtracted from the gauge reading.  The impact of any error in the pressure gauges on my calculations is negligible.

---

[11] Exhibits 8680, 8679.

*Confidential per BP*

Since the issuance of the DOE-NNSA Flow Analysis Report, a number of studies have become available that support the conclusion for the total flow on the final day. These include a paper by Dr. Stewart K. Griffiths ("Oil Release from Macondo Well MC252 Following the Deepwater Horizon Accident," S. K. Griffiths, *Environ. Sci. Technol,,* 46 (10), 5616–5622, 2012), pp 5616–5622),  reports of Kelkar and Raghavan (2013), Bushnell (2013), Pooladi-Darvish (2013), and various BP studies including calculations by BP engineers Farah Saidi (51,500 bopd)[12] and Adam Ballard (59,098 bopd).[13] These all use different techniques to estimate the flow using BP's pressure data.  In addition, BP Vice-President Richard Lynch testified that BP calculated a flow rate of 56,000 bopd through the Capping Stack based on these same pressure data.[14]  Based on those calculations and the calculations documented in this report, my uncertainty is reduced.

## 2.  Estimate of the integrated oil flow over the duration of the spill

Once the flow rate from the last days is found, one may determine the flow for the various days from April 20 to the capping of the well. I estimate the total release from the Macondo well to be approximately 5 million barrels.  The assumptions used in generating my calculations of the total release are strongly supported by analysis of BOP pressure data recorded during the blowout ("Oil Release from Macondo Well MC252 Following the Deepwater Horizon Accident," S. K. Griffiths, *Environ. Sci. Technol,,* 46 (10), 5616–5622, 2012). Other studies conducted by BP are also consistent with the flow rates used to obtain this total flow including those of BP engineers and BP contractor ADD Energy.[15]  The Top Kill and Top Hat 4 calculations described below give me additional confidence in my estimate.

I helped prepare the estimate of the integral of the flow within the DOE-NNSA Flow Analysis report. First it was observed that the measurements of pressures at the bottom of the BOP (pressure gauge PT-B) exhibited a steady decline. This indicated that the depletion of the reservoir was steady over the course of the 86 day spill as one would expect. The final shut in pressure allowed an estimate of the total depletion of the reservoir.

The DOE-NNSA Flow Analysis report included two instances of major geometrical changes in the well geometry: 1) the removal of the damaged riser just above the BOP/LMRP, and 2) the installation of the Capping Stack.  The DOE NNSA team calculated that the removal of the riser would increase flow by 4% or less.  BP independently estimated the effect of the riser removal as 2 to 5%.[16]  The Capping Stack decreased flow by approximately 4% (so the flow rate immediately prior to the Capping Stack installation would have been approximate 4% higher than the 53,000 bopd I calculated with the Capping Stack in place).   Even with the choke and/or

---

[12]Exhibit 9453 (Appendix A.1).

[13]  Exhibit 9491 (Appendix A.2).

[14]  Deposition of Richard Lynch (May 19, 2011), p. 372.

[15]  Exhibit 9452, Appendix A.3 (Post event simulation of Top Kill procedure, June 29, 2010), Exhibit 9455 (June 29, 2010 "Top Kill Modeling"); Exhibit 9254 ("Reliev well kill for Macondo MC 252 #1, Well Kill Modeling and Evaluations, July 2010).

[16]  Exhibit 11171 (Appendix A.5).

kill lines open, the Capping Stack provided an additional restriction to the flowing oil as evidenced by a pressure above ambient recorded within the Capping Stack. The riser in a similar manner provided additional resistance.

BP has suggested (BP's Preliminary Response to the Flow Rate and Volume Estimates Contained in Staff Working Paper No. 3, October 2010) that the integral estimate did not account for the erosion during the incident contending that this would yield an increasing flow with time. However, the steady decline in the BOP pressure is consistent with depletion of the reservoir and suggests that the erosion was not an important factor. In fact, Dr. Griffiths' work ("Oil Release from Macondo Well MC252 Following the Deepwater Horizon Accident," S. K. Griffiths, *Environ. Sci. Technol,,* 46 (10), 5616–5622, 2012) shows that the BOP data indicate that simple models can be formulated that do not include erosion and can well represent the BOP pressure data. In an attempt to account for some time period where the flow may have been reduced due to initially small flow paths, the integral presented within the DOE-NNSA Flow Analysis report assigned zero flow for the first two days of the incident when the well was flowing at a high rate to atmospheric conditions on the rig floor.  I do not believe that erosion had a significant effect on overall flow from the well past the second day of the blowout.

The DOE-NNSA Flow Analysis report used an estimate of the final reservoir pressure of 10,050 psi, and a BP critique (BP's Preliminary Response to the Flow Rate and Volume Estimates Contained in Staff Working Paper No. 3, October 2010) states that the final average pressure is more accurately represented as 10,600 psi, but does not provide the basis for that pressure. If we assume BP's proposed final reservoir pressure is correct, this results in a 3% reduction in the integrated flow rate from the well. However, other experts in this case who have considered or calculated the final average reservoir pressure have found it to be greater than 10,050, but less than 10,600 (e.g., Kelkar and Ragahavan (2013) and Pooladi-Darvish (2013).  If we accept a fluid temperature of 220 F, this would only reduce the integral by an additional 4%.

### 3.   Top Kill Calculation

The pressure and flow data recorded during the Top Kill event allowed an independent estimate of the oil flow rate during that time period.  I estimate that flow rate to be greater than 60,000 bopd.  During the Top Kill, BP pumped heavy mud down the Macondo well in an effort to overcome the momentum of the hydrocarbons flowing up the wellbore, drive the hydrocarbons back down into the reservoir, and ultimately use a wellbore of heavy mud to "kill" the well.

In brief, using the known pump rates of heavy mud and the measured pressure readings from the BOP pressure gauge (PT-B) during the Top Kill event in a relatively simple calculation, I estimate a *lower bound* flow rate during the Top Kill on May 28, 2010 of 43,000 bopd. This bound assumes that there was zero flow of oil through the BOP during Top Kill.  We know that this is conservative because Top Kill failed implying that the oil flow did not stop. If I estimate the flow of oil out of the well during the Top Kill procedure, I obtain an estimate of the flow for

*Confidential per BP*

times outside of the Top Kill event over 60,000 bopd (for the time period around May 28, 2010). Since there is no indication that the flow rate changed significantly before and after the Top Kill, it is reasonable to conclude that the flow rate before Top Kill also was over 60,000 bopd.[17]  The details of my calculation follow below.

For my analysis I need to define three time periods.

1. Idle time: no mud flow, the test ram open and a BOP pressure measurement was approximately 3500[18] psi.
2. Kill time: 78 barrels per minute (bpm)[19] mud flow, the test ram open, BOP pressure approximately 5500 psi.[20]
3. Normal time: no mud flow, test ram closed BOP pressure approximately 4350 psi.

The ambient pressure is 2200 psi at all times.

The pressure drop through the system from the BOP gauge to the sea can be approximated by the following equation during normal time:

$$(P_{BOP} - P_{amb})_n = K_n \rho_{HC} Q_{HCn}^2 \qquad [1]$$

Note that $Q_{HC}$ has units of volumetric flow rate at the conditions within the BOP. It has not been corrected to get standard barrels.  The subscript $n$ denotes normal time (no mud injection and the test rams closed).

During the top kill, mud was injected through the choke line of the BOP. Thus, an alternate equation for use during the kill time (mud pumping and test ram open):

$$(P_{BOP} - P_{amb})_k = K_k \rho_{ave} (Q_{mud} + Q_{HCk}^2)^2 \qquad [2]$$

An average density is used to account for the mixing of the streams as the two fluids flow through the BOP:

---

[17] Exhibit 5066, BP-HZN-2179MDL00412974 (June 11, 2010 email from Paul Tooms to Kent Wells, et al., Subject: Historical BOP Pressure w/ attachment) (Appendix A.6).

[18] In this section I will use the 966 psi correction on the BOP pressure gauge that was determined by BP during the top kill. All pressures are reported by BP and include that correction.  I have not analyzed whether or not that is the correct offset.

[19] 78 bpm is the equivalent of 112,320 barrels per day.

[20] BP-HZN-2179MDL07557142 "052810 SS BP Kill Job Blue Dolphin TJH.xls"; Exhibit 8687, (BP-HZN-2179MDL06124348-49 ("MC252_DataDump_071810").

*Confidential per BP*

$$\rho_{ave} = \frac{\rho_{mud}Q_{mud} + \rho_{HC}Q_{HCk}}{Q_{mud} + Q_{HCk}} \qquad [3]$$

The following equation represents the idle time condition:

$$(P_{BOP} - P_{amb})_i = K_i \rho_{HC}(Q_{HCi})^2 \qquad [4]$$

We expect that $K_i \approx K_k$, since the geometry is not changed, but the densities might be significantly different. Estimate of the average density is not trivial for one has to account for the mixing of two different temperatures of cold mud and hot oil. During the top kill, I think it is reasonable to assume that the mud flow through the BOP is equal to the rate injected by the ship. It cannot be greater, and it is likely not less since we know that the top kill did not work and mud was observed exiting the riser.

Combining equations 4 and 2, the following result is obtained:

$$Q_{HCi} = \sqrt{\frac{(P_{BOP} - P_{amb})_i}{(P_{BOP} - P_{amb})_k}} \sqrt{\frac{\rho_{ave}}{\rho_{HC}}} \sqrt{\frac{K_k}{K_i}} (Q_{mud} + Q_{HCk}) \qquad [5]$$

The mud density is given as 16.4 pounds per gallon (ppg) (1965 kg/m$^3$). The oil density changes as it passes through the flow system due to the changing pressure and temperature. The following table can be used to estimate the effective oil density (taken as the square root of the product of the oil density at the inlet [just below the BOP] and outlet of the system). The volume factor converts a volumetric flow of oil to standard barrels. The incoming oil is assumed to be at 200 F, and the mud at 40 F. The Sandia equation of state[21] was used to estimate the densities. The following table is used to estimate the fluid densities during the top kill events. The volume factor is used to translate standard barrels to actual fluid volumes:

Table 1: Oil densities during top kill events.

| | $P_{BOP}$ | $P_{amb}$ | Temp F | oil $\rho_{inlet}$ | oil $\rho_{outlet}$ | Effective $\rho_{HC}$ | $\rho_{mud}$ | volume |
|---|---|---|---|---|---|---|---|---|
| Normal time | 4350 | 2200 | 200 | 518 | 326 | 388 | - | 0.32 |
| Idle time | 3500 | 2200 | 200 | 461 | 326 | 411 | - | 0.30 |
| Kill time | 5500 | 2200 | 74 | 642 | 464 | 546 | 1965 | 0.43 |
| Conservative | 5500 | 2200 | 40 | - | - | - | 1965 | - |

---

[21] For details see DOE NNSA Flow Analysis Report.

*Confidential per BP*

It will first be assumed that the oil flow during the top kill event is zero (last row in Table 1). This will yield a lower bound in the oil flow prior to the top kill event via equation 5 by setting the hydrocarbon flow rate to zero. This assumption allows us to estimate the mixture density as the mud density via equation 3, which trivially reduces to the mud density. Equation 5 is then evaluated as follows:

$$Q_{HCi} = \sqrt{\frac{3500-2200}{5500-2200}} \sqrt{\frac{1965}{388}} \sqrt{1}(78\ bpm + 0) = 110\ bpm = 158{,}000\ bopd \qquad [6]$$

Using the volume factor, this flow becomes 48,000 bopd during idle time. This is corrected for the increased back pressure due to the closing of the test ram to obtain a flow of 43,000 bopd during normal time. This is a very conservative calculation to demonstrate a lower bound of the oil flow at the end of May from the Macondo well.  This calculation is independent of any previous calculations, including those documented in the DOE-NNSA Flow Analysis Report.

Note, my assumptions are provided below:

1. The oil flowing through the BOP during the top kill is small (therefore zero) compared to the mud flow rate. Assuming a zero flow rate of oil during the top kill only provides a lower bound on the flow rate of oil prior to the top kill. We know that the oil flowing through the BOP is not zero during the top kill due to two reasons: 1) the BOP pressure was measured at 5500 psi which is below the shut in pressure, and 2) the top kill did not succeed.

2. The flow constant ($K_i=K_k$) is unchanged by the top kill event. In examination of the BOP pressure record before and after the Top Kill event one can conclude that the normal time flow was not significantly altered, if at all, during the top kill. This was also observed by senior BP investigators.[22]

---

[22] Exhibit 5066, BP-HZN-2179MDL00412974 (June 11, 2010 email from Paul Tooms to Kent Wells, et al., Subject: Historical BOP Pressure w/ attachment) (Appendix A.6).

*Confidential per BP*



Fig. 4: BP Post-Top Kill Analysis Pump Rate and Pressure Analysis ("052810 SS BP Kill Job Blue Dolphin TJH.xls" BP-HZN-2179MDL07557142).

The calculation presented above is only a lower bound due to the unknown oil flow rate through the BOP during the top kill event. It is possible to estimate the oil flow rate through the BOP during the top kill event from the measured BOP pressure change and estimates of the reservoir depletion. This requires an assumption of no erosion (of the BOP or the well components) between the time of the top kill and final shut in.  Based on the data available, this is a reasonable assumption.

Using the method to estimate flow as a function of time contained in the DOE-NNSA Flow Analysis Report, one obtains a flow rate of 60,000 bopd during day 38 of the blowout (the Top Kill time period, but without the mud injection). This is based on a reservoir pressure of 11150 psi for day 38 and an elevation head of 3000 psi. During the mud injection, the BOP pressure increases from 4350 psi to 5500 psi. This increased BOP pressure is estimated to reduce the well flow to 43,500 bopd. This calculation uses the resistance from the reservoir to the BOP gauge, a 3000 psi elevation head, and thus does not assume any BOP resistance value (and thus is applicable to the condition of the BOP with test ram open).[23] This 43,500 bopd of oil flow is greater than the zero flow assumed above (during the mud injection). A mixture temperature of

---

[23] BP closed and opened the bottom variable bore ram ("test ram") of the BOP during the response.  The open or closed state of the test rams correlated with changes in the BOP pressure (PT-B).

*Confidential per BP*

68 F is obtained by assuming that the heat capacitance of the oil and the mud are the same. If this flow is inserted into equation 5, the estimate for the oil flow during idle time is 78,000 bopd. This has to be corrected for the closure of the test ram (an increase in the back pressure) to get a flow during normal time, which results in a flow of 70,000 bopd, which is reasonably consistent with the 60,000 bopd used to estimate the fluid densities. This would suggest that the 60,000 bopd estimate for day 38 in the DOE-NNSA Flow Analysis Report is a reasonable estimate of the normal time (no mud flow and test ram closed) flow during the top kill event.

The calculation results are best summarized on the table below:

Table 2: Calculation of top kill flows

| From DOE-NNSA report day 38 | $Q_{HCn} = 60,000$ bopd (test ram closed) |
|---|---|
| Correct for increased back pressure | $Q_{HCk} = 43,500$ bopd (test ram open) |
| Calculate mixture temperature and densities | T = 68 F (given $T_{mud} = 40$ F and $T_{oil} = 200$ F) |
| Calculate oil flow during idle time | $Q_{HCi} = 78,000$ bopd (test ram open) |
| Correct for normal time | $Q_{HCn} = 70,000$ bopd (test ram closed) |
| Compare to top estimate | $60,000 \approx 70,000$ |

The calculations presented above shows that the pressure data recorded during the top kill event was indicative of a flow over 60,000 bopd during time periods around May 28, 2010. It also shows that a lower limit of 43,000 bopd can be easily defended.  This is consistent with a BP engineer's observation conclusion that flow rates were between 44,000 and 77,000 bopd at the time based on his own modeling of the Top Kill.[24]

The calculation of the temperature of the flowing fluid through the BOP during the Top Kill can be called in question. Therefore, the entire calculation was repeated using a mud temperature of 70 F, which resulted in a mixture temperature of 97 F. This did not change the lower bound result of 43,000 bopd since the mud density is assumed independent of temperature. The best estimate of the flow increased from 70,000 bopd to 71,000 bopd with the increased temperature. This shows that the mud temperature is not a source of a significant error in the calculation. The mud temperature cannot be outside of the range considered here.

### 4. Top Hat 4 Flow Rate Estimate

The pressure measurements obtained during the operation with Top Hat 4 allow another opportunity to evaluate the flow rate. However, due to the large uncertainties regarding the flow rate escaping the imperfect seal (named the skirt) between the top hat and the riser, this estimate

---

[24] Exhibit 9452, Page 8 (Post event simulation of Top Kill procedure, June 29, 2010), Appendix A.3.

*Confidential per BP*

is best formulated as a conservative lower limit to the flow rate (43,000 bopd).  Accounting for skirt flow, I estimate the flow rate to be approximately 60,000 bopd for the period Top Hat 4 was installed (June 3, 2010 through July 11, 2010).

An analog pressure gauge was installed on Top Hat 4 through a stab (see Fig. 6 below). The pressure reading was so small (2 psi above the sea floor ambient) that pressure corrections for small elevation differences needed to be made.  While Top Hat 4 was installed, oil constantly exited through 3 open vents at the top of the Top Hat, and through the skirt beneath (see Fig. 5 below). Flow was also being collected through the riser from the center of the Top Hat, and from lines attached to the original BOP. The flow through the vents was relatively easily calculated for the geometry was well known. The elevated Top Hat pressure, plus the effects of buoyancy, forced the oil out through these vents. The flow rates collected were also easily incorporated into the flow estimate since these were measured. The flow out the skirt was more difficult to calculate since the geometry was not well known.  The skirt was severely damaged upon installation. Also complicating the skirt flow was that the positive pressure was countered by buoyancy to such an extent that the net pressure forcing flow out of the seal was poorly defined.



Fig. 5: Top Hat 4 Before Deployment

*Confidential per BP*



Fig. 6 : Analog Top Hat 4 Pressure Gauge

In mid-June 2010, I calculated a flow through the Top Hat vents of 23,000 bopd using an assumed 200 F oil temperature ("Flow Estimate by Analysis of Top Hat and Riser," June 15, 2010, Appendix A.7). This was at a time period when the collection rate was 15,000 bopd. I estimated that the flow through the skirt was 45,000 bopd. However, the skirt flow estimate was very approximate due to items mentioned above. In defense of this estimate, it was observed that during time periods when the collection was turned off (due to processing problems), the plume exiting the skirt was not visually changed. This implies that the collection rate was small compared to the skirt flow.  If the skirt flow is assumed zero, the calculation presented here provides a minimum flow of 38,000 bopd for June 15, 2010. This is a very conservative lower bound since it was obvious from the video images that the flow rate past the skirt was significant.

*Confidential per BP*



Fig. 7: Image of Top Hat over Riser With Missing Seal

The Top Hat pressure needed to be carefully controlled.[25] It was stated by BP that the pressure level had to be less than 15 psig to avoid forces that might remove the Top Hat. It also had to have a high enough pressure so that it would not entrain water through the skirt, which would cause hydrates to form and clog the Top Hat 4 rendering it useless. I calculate that this minimum pressure is 1.1 psi (measured at the gauge elevation).

The condition of Top Hat 4 was constantly monitored via video to assure that there always was flow out of the skirt. Thus, one can be assured that the Top Hat 4 pressure never dropped below 1.1 psi even on the days when the pressure gauge was not working or was not installed. At this pressure, I can calculate a flow out of the skirt is zero (that is what determines the pressure level), and the flow out of the vents is 18,000 bopd. If the 18,000 bopd is added to the maximum collection rate at that time period (> 25,000 bopd)[26], one obtains a very conservative lower limit for the flow during Top Hat 4 as > 43,000 bopd. There were no time periods when the flow out the skirt was zero, so this lower limit of the flow should not be considered an estimate of the total flow out of the well during this time period.  Since the Top Hat 4 was used from June 3, 2010 through July 11, 2010, this *lower bound* flow rate of 43,000 bopd would apply to that entire period of 39 days.

---

[25] E.g., BP-HZN-2179MDL04869503.
[26] Exhibit 9490 (BP Daily Oil and Gas Collection Rates).

*Confidential per BP*

## E.        Approach to the Problem

When one is faced with a difficult problem with limited data, one should assemble a multi-disciplinary team to examine the problem from different angles. It is especially important to consider all available data. A multi-disciplinary approach is cited as one of the strengths of Sandia National Laboratories. For example, I recently served on an accident investigation team for a reported "lithium fire." The assembled expert team determined that the accident was not a fire even though flames were observed. Rather, the event was caused by a molten metal water explosion, and the venting of the hot gas products into the ambient environment resulted in the observed hydrogen flame.  I also was involved in another study to determine the cause of detrimental oxidation of a coating created by spraying molten metal onto a cold substrate. It was thought to be impossible to measure oxidation rates of the 20-micron particles in flight. However, the assembled panel designed a system to measure the oxidation in flight, and built a predictive model.  Outside experts with diverse expertise brought valuable insights to each project.

Similarly, the United States Government assembled such a multi-disciplinary team of scientists and engineers, including personnel from a number of the DOE National Laboratories, to assist in the response to the Macondo blowout and to estimate the flow rate from the well. Calculation of the flow rate from the Macondo well is also a difficult problem that benefits from a multi-method, multi-disciplinary approach. Flow rates from wells are typically determined by separating the liquid and gas flows, and measuring each separately using well calibrated flow meters. Such flow meters were not available on the Macondo well. Thus, we must rely on other methods to make the most of the available data to determine the flow rates as a function of time, and integrate those rates to determine the total amount of oil released from the reservoir. It was also deemed possible to estimate the total flow from the reservoir from depletion parameters. The various methods proposed involved classic petroleum and reservoir engineering principles to different degrees. Many incorporated engineering and mathematical principles from other fields. Many relied upon mathematical optimization techniques to maximize the utility of the data available.

I have found that the results of multi-disciplinary teams allowed more confidence than reliance upon the work of a single analyst. Based on my understanding of the analyses done on behalf of the United States during the response and in this litigation, the United States has assembled a wide variety of experts to examine the problem using a variety of methods each felt best addressed the question.  The fact that results obtained were consistent with each other provides additional confidence in the conclusions reached.

## F.        Conclusions

In summary, I estimate the flow rate through the capping stack to be 53,000 bopd just before the well was shut in.  Based on that estimate, consideration of the depletion of the reservoir, and the

*Confidential per BP*

steady decline in BOP pressure, I estimate total release of oil from the Macondo well to be approximately 5 million barrels.  My independent calculations of flow at the time periods of Top Kill (over 60,000 bopd), and Top Hat 4 (~60,000 bopd), BP's flow rate studies, and the work of other experts in this matter, give me additional confidence in my estimate of the cumulative release of oil.

The opinions expressed in this report are my own and are based on the data and facts available to me at the time of writing. Should additional relevant or pertinent information become available, I reserve the right to supplement the discussion and findings in this report.

## G.  Information Required the Federal Rules of Civil Procedure

1.  This report contains my opinions, conclusions, and reasons therefore.

2.  A general statement of my qualifications is contained in the Background section on page 1.  A more detailed statement of my qualifications and a list of publications is included in Appendix B.

3.  I have received no compensation for my expert work in this case aside from my regular salary from Sandia National Laboratories.

4.  I have not previously testified as an expert witness.

5.  The facts and data I considered in forming my opinions are listed in Appendix C.  I also reviewed and considered a substantial amount of data during my work responding to the Macondo blowout, including data provided by BP.

*Confidential per BP*