```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL         )   MDL NO. 2179
BY THE OIL RIG            )
"DEEPWATER HORIZON" IN    )   SECTION "J"
THE GULF OF MEXICO, ON    )
APRIL 20, 2010            )   JUDGE BARBIER
                          )   MAG. JUDGE SHUSHAN




                    *****************
                        VOLUME 2
                    *****************


        Continuation of the deposition of Stewart
K. Griffiths, Ph.D., taken at the Pan-American
Building, 601 Poydras Street, 11th Floor, New
Orleans, Louisiana, 70130, on the 27th day of
June, 2013.
```

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1        Q.  Okay.
 2        A.  -- and -- and possibly earlier, but I
 3   would have to look at the Report to --
 4        Q.  Well, why don't you refer to Appendix I,
 5   which is in your original Report, 11485 --
 6        A.  (Complying.)
 7        Q.  -- to refresh your recollection as to
 8   the -- the question that I'm asking, which is --
 9   so it's Page 46 of your original Report --
10        A.  (Reviewing document.)  Okay.
11        Q.  -- looking at that Appendix,
12   Dr. Griffiths, when, in your opinion, did erosion
13   that affected flow rates in any significant way
14   end at Macondo?
15        A.  (Reviewing document.)  Well, I think -- I
16   think I can -- I think I can answer this, if I
17   can find what I'm looking for.
18            (Reviewing document.)
19            It would be Ap -- April 29th.
20        Q.  Okay.
21        A.  So I -- I have to -- I'll just correct it
22   in realtime here.  So the April 26th is -- is not
23   accurate.  I would -- I would say April 29th.
24            And -- and the only reason I say that is
25   that is -- is when, in my calculations, I -- I
```

```
 1    say that the -- the -- the pipe below the B --
 2    the BOP dropped, and it would have dropped as a
 3    consequence of erosion, so --
 4         Q.   Okay.  Dr. Griffiths, if you turn to your
 5    Rebuttal Report Page 14, penultimate paragraph --
 6         A.   Page 14?
 7         Q.   -- next-to-the-last paragraph, last
 8    sentence.
 9         A.   M-h'm.
10         Q.   Did you write, quote:  "...I therefore
11    believe that erosion in the reservoir, cement
12    plug, reamer shoe, and/or the float collar would
13    have occurred on a comparable time scale, hours
14    or a few days -- not weeks, and this view is
15    consistent with Mr. Emilsen's calculations."
16              Is that your opinion?
17         A.   (Reviewing document.)  Yes.
18         Q.   So it is your opinion that erosion of
19    drill pipe, annulars, steel rams, cement, reamer
20    shoe, float collar --
21         A.   Wait, wait.  I -- I don't think I -- is
22    talking about the annulars and -- and let's see.
23    "We know with some uncertainty" -- (reviewing
24    document).
25              Now, so -- so -- so -- so the --
```

```
            1    the "...did not occur in weeks or months...matter
            2    of hours..." is talking about erosion of the pipe
            3    at the BOP, so then I conclude reservoir, cement
            4    plug, et cetera, occurred on comparable time
10:06       5    scales.  Okay.  Yes.
            6         Q.  So my question, Dr. Griffiths:  Is it --
            7    is it your opinion that, as you state in
            8    Paragraph 14, you believe erosion of drill pipe,
            9    BOP rams, cement, reamer shoe, float collar, all
10:06      10    would have occurred on the same time scale --
           11              MR. BENSON:  Object to form.
           12         Q.  (By Mr. Regan) -- or a comparable time
           13    scale?
           14         A.  Yeah.  Comp --
10:06      15              MR. BENSON:  Object to the form.
           16         A.  "Comparable" is a pretty soft word.  I --
           17    I think I -- I illustrate it here, you know,
           18    hours, days, not weeks, months, so there's at
           19    least there's a factor of four or something in
10:07      20    there.
           21              So, you know, hours and days has a factor
           22    of 24 in it, so -- so I -- I'm just saying that
           23    "comparable," which is a -- is a pretty soft
           24    term.
10:07      25         Q.  Okay.  It's your opinion that drill pipe,
```

|       |    |                                                                        |
|-------|----|------------------------------------------------------------------------|
|       | 1  | **BOP rams, the reservoir, cement, the reamer shoe,**                  |
|       | 2  | **and the float collar would have all eroded on a**                    |
|       | 3  | **comparable time scale, hours or a few days,**                        |
|       | 4  | **correct?**                                                           |
| 10:07 | 5  | MR. BENSON:  Object to form.                                           |
|       | 6  | A.  Well, again, this is erosion that would                            |
|       | 7  | have affected flow rates, so erosion, I said                           |
|       | 8  | yesterday, I believe erosion occurred over the 86                      |
|       | 9  | days.  If it was still flowing, it would still be                      |
| 10:07 | 10 | occurring today.                                                       |
|       | 11 | All I -- all -- I -- I was just saying                                 |
|       | 12 | that significant ero -- or erosion that had any                        |
|       | 13 | impact on -- any significant impact on flow                            |
|       | 14 | rates, I believe occurred very quickly, hours or                       |
| 10:08 | 15 | days, not weeks, months.                                               |
|       | 16 | **Q.  (By Mr. Regan) Okay.  Is there anywhere,**                       |
|       | 17 | **to -- to your recollection, in your Reports,**                       |
|       | 18 | **where you qualify your opinion on erosion to say**                   |
|       | 19 | **all you're really talking about is erosion that**                    |
| 10:08 | 20 | **had a significant impact on flow rates?**                            |
|       | 21 | A.  Oh, I -- I think there must be --                                  |
|       | 22 | **Q.  Okay.**                                                          |
|       | 23 | A.  -- discussion in there, and -- and if --                           |
|       | 24 | if not, it's my fault for -- for not making that                       |
| 10:08 | 25 | clear.                                                                 |