UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL | ) | MDL NO. 2179 |
| BY THE OIL RIG | ) | |
| "DEEPWATER HORIZON" IN | ) | SECTION "J" |
| THE GULF OF MEXICO, ON | ) | |
| APRIL 20, 2010 | ) | JUDGE BARBIER |
| | ) | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VOLUME 1

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Deposition of Ronald Copeland Dykhuizen, Ph.D., taken at the Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 19th day of June, 2013.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
|       | 1  | A. Yes.                                                  |
|       | 2  | MR. CERNICH: Object to form.                             |
|       | 3  | Q. (By Mr. Regan) Right. And my question                 |
|       | 4  | is: Did you specifically discuss with                    |
| 12:19 | 5  | Dr. Griffiths any changes he should make to his          |
|       | 6  | Report to respond to criticisms that you had             |
|       | 7  | written to him in 2010 concerning his work?              |
|       | 8  | A. No.                                                   |
|       | 9  | THE COURT REPORTER: Doctor, would                        |
| 12:19 | 10 | you put your microphone on, please.                      |
|       | 11 | THE WITNESS: (Complying.)                                |
|       | 12 | THE COURT REPORTER: Thank you, sir.                      |
|       | 13 | Q. (By Mr. Regan) With respect to                        |
|       | 14 | Dr. Griffiths, you're aware -- I asked you before        |
| 12:19 | 15 | the break that he was using a constant PI of 50.         |
|       | 16 | Well, I -- I mean, you understand that he uses a         |
|       | 17 | PI that grows very quickly from a low number to          |
|       | 18 | about 47 point something shortly after the               |
|       | 19 | accident. Do you recall that -- Do you -- you            |
| 12:19 | 20 | understand that?                                         |
|       | 21 | A. Yes.                                                  |
|       | 22 | Q. Okay. Do you disagree with his use of a               |
|       | 23 | constant PI of that 47 number from that period of        |
|       | 24 | eight hours after the accident all the way to            |
| 12:20 | 25 | July 15th?                                               |

1                MR. CERNICH:  Object to form.
2        A.  I do not disagree with his value of high
3   40s.  I personally might question whether it
4   starts at eight hours.  In my analysis I start
12:20 5   flows at two days.  So if he was going to be
6   consistent with me, I would think that he should
7   start at two days.
8        Q.  (By Mr. Regan) Dr. Griffiths assumes that
9   everything that erodes or that could erode, in
12:20 10  terms of a restriction, all takes place in a
11  period of -- of eight hours, correct?
12       A.  Yes, he does.
13               MR. CERNICH:  Object to form.
14       Q.  (By Mr. Regan) Okay.  You in your -- in
12:20 15  the Sandia Report, the DOE-NSS [sic] Report use a
16  period of two days that you testified in your
17  earlier deposition was your wave to erosion.
18               MR. CERNICH:  Object to form.
19       Q.  (By Mr. Regan) Correct?
12:21 20       A.  That was a good paraphrase of what I
21  said, yes.
22       Q.  Okay.  So you don't have flow for the
23  first two days, and you use that as a proxy to
24  account for erosion that would take place,
12:21 25  correct?

```
            1          A.   That's correct.
            2               MR. CERNICH:  Object to form.
            3          Q.   (By Mr. Regan) Okay.  Do you know what
            4     Dr. Griffiths' basis is for believing that
12:21       5     erosion happened faster than the pace at which
            6     you believe it could happen?
            7               MR. CERNICH:  Object to form.
            8          A.   He in his Report talks about some
            9     analysis by Emilsen.
12:21      10          Q.   (By Mr. Regan) M-h'm.
           11          A.   And he extrapolates data from Emilsen --
           12          Q.   Okay.
           13          A.   -- to get the eight or nine hours.
           14          Q.   Okay.  Do you know whether or not he
12:21      15     correctly extrapolated from Mr. Emilsen's work?
           16               MR. CERNICH:  Object to form.
           17          A.   I am not that familiar with Emilsen's
           18     work.
           19          Q.   (By Mr. Regan) Okay.
12:21      20          A.   I don't know whether he correctly
           21     extrapolated or not.
           22          Q.   Okay.  All right.  With respect to
           23     Dr. Griffiths' work, he relies on the PT-B BOP
           24     pressure gauge, correct?
12:22      25          A.   Yes.
```