# Attachment A

**In re: Oil Spill by the Oil Rig "Deepwater Horizon" in**
**the Gulf of Mexico, on April 20, 2010**
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MDL NO. 2179, SECTION J
JUDGE BARBIER; MAGISTRATE JUDGE SHUSHAN

**Expert Report of Andreas Momber**

**EROSION OF WELL-CEMENT DUE TO HYDROCARBON FLOW**

May 1, 2013

**CONFIDENTIAL**

**Executive Summary**

The evidence suggests that before the Macondo incident the bottom of the wellbore was filled with cement; cement filled much of the casing up to the float collar, and more cement filled part of the annulus around the lower portion of production casing.  At the start of the blowout, this column of 189 feet of cement in the bottomhole would have impeded the flow of oil dramatically.  As flow continued over time, this cement would have been degraded through multiple processes, including cement erosion.  This in turn would have permitting ever increasing amounts of oil to flow into the well.  It is thus critical to understand how fast these bottomhole degradation processes likely happened.  The United States' expert reports ignore or misjudge the importance of cement erosion and other degradation processes.  The few reports that discuss cement erosion simply assume that all of the bottomhole cement was essentially completely and almost immediately eliminated within a very short time after the blowout (taking only 9 hours to 2 days).  In my opinion, this type of rapid and complete erosion of well cement is inconsistent with what is known about the cement erosional processes.  In fact, for the government experts' assumptions to be true, it would require one to believe that erosion rates at Macondo were many times greater than the highest reported rates for the erosion of cement mixtures.

I conclude, based on my experience working in the field of cement erosion, that instead, the well cement likely underwent a *4-step degradation scenario*, which I explain below.  Under this scenario, a different process, known as hydraulic fragmentation, caused the rapid initial degradation of a portion of the cement in the casing.  But this fragmentation process would be limited mostly to the formation of a net of cracks and fractures.  This period was followed by an erosive process during which the flow paths in the cement gradually became wider.  This is consistent with available data and my experience with how cement degrades under high pressure flow.

**TABLE OF CONTENTS**

Page

**Executive Summary**

1      **Expertise** ...................................................................................................................... 1

2      **Introduction** .................................................................................................................. 1
       2.1     Background on erosion ..................................................................................... 2
       2.2     Consideration of cement erosion in the United States' Expert Reports ............ 3

3      **Location and amount of well cement** ......................................................................... 5
       3.1     Location .............................................................................................................. 5
       3.2     Volume of well cement ...................................................................................... 5

4      **The conditions at Macondo may have allowed for channelling in the cement** ......... 5
       4.1     Flow channels ..................................................................................................... 6
       4.2     Potential for formation of pre-existing channels in the Macondo well ............. 6

5      **Evidence for preexisting flow channels and cement degradation** .............................. 7
       5.1     Emilsen's analysis suggests that there was some cement blocking the
               reservoir ............................................................................................................. 7
       5.2     Estimate of flow path dimensions ..................................................................... 9

6      **Erosion rate considerations** ....................................................................................... 11
       6.1     Eroded volume ................................................................................................. 11
       6.2     Government erosion rates ................................................................................ 11
       6.3     The government experts' rates are orders of magnitude greater than any
               erosion rates reported in the literature on cement erosion ........................... 12

7      **Alternative scenario** .................................................................................................. 14
       7.1     Why an alternative scenario? .......................................................................... 14
       7.2     Hydraulic fragmentation ................................................................................. 14
       7.3     Alternative 4-step degradation scenario ......................................................... 16

8      **Conclusion** ................................................................................................................. 18

9      **References** .................................................................................................................. 19

10     **List of symbols** .......................................................................................................... 21

11     **Conversion factors (English to metric)** ...................................................................... 21

**Appendix A** ........................................................................................................................ 23

**Appendix B** ........................................................................................................................ 26

**Appendix C** ........................................................................................................................ 33

**Appendix D** ........................................................................................................................ 44

**1      Expertise**

My consulting, research, and teaching career has focused on erosion processes, particularly of mineral-based materials such as cement.  During my over 20 years in this field, I have studied erosion due to liquid flow, slurry flow, cavitating flow, and droplet flow.  I also did research in other degradation processes, namely fragmentation and contact damages.  Results of my investigations are published in more than 80 papers in high-level peer-reviewed journals, and the work was cited about 700 times in the reference literature according to the Google Scholar Index.  I serve as a peer reviewer on a regular basis to numerous scientific journals and associations.  I also am the author of various books on erosion related topics, including a book dedicated to studying the hydrodemolition of concrete surfaces.  My research interests include contact mechanics, fracture mechanics and surface engineering.  I am a lecturer at the Department of Geo-Resources and Materials Technology at the Aachen University of Technology in Germany in the field of erosion of geomaterials.  I have been involved in scientific research programmes in Australia, Germany, Great Britain and the United States and served to a number of universities as a Visiting Professor/Lecturer.

**2      Introduction**

The United States' expert reports do not contain a proper analysis of the impact of cement degradation processes (including erosion) on the probable flow rate and total flow volume.  The few experts that do mention cement erosion do so in a conclusory fashion and do not discuss (or apparently consider) the principles of cement erosion.  Contrary to their assertions, it is scientifically unsound to assume that the cement would have completely eroded within hours or a few days.  I conclude that it is more likely that the cement at the bottom of the well underwent a *4-step degradation scenario*, which would have included a period of rapid non-erosional degradation process followed by periods of much slower erosion.

1

To understand why the United States' experts are wrong when they simply assert that cement erosion would have been complete in hours or few days, it is necessary to understand cement erosion.  I turn to that next.

### 2.1     Background on erosion

Erosion of cement-based materials is a common phenomenon in engineering, and it occurs particularly if there is high-speed liquid flow (such as water or oil) through paths in the cement.  The existence of solid particles in the liquid flow (called a slurry) will notably increase the severity of erosion.

Others have concluded that the oil passed through the well cement barrier between the shoe and float collar, as illustrated in *Figs. 2.1* and 2.2.  Consequently, a flow path must have been formed in the well cement allowing the oil to flow into and up the shoe track.  The question becomes whether erosion could have formed such a path.  I note that this report addresses only the possible flow path in the well cement and focuses on how that path may have changed after the blow out.



*Figure 2.1*
*Shoe track hydrocarbon penetration path.[1]*

---

[1] *Final Report on the Investigation of the Macondo Well Blowout*. Deepwater Horizon Study Group, March 1, 2011.

Understanding erosion (and other potential processes I discuss) is a crucial aspect of understanding the cement flow path and how it might have changed over time, because erosion will notably affect the flow rate of the oil.  This is intuitive: the amount of resistance/restriction in the bottomhole impacts the amount of oil that can flow into the well--for example, the size of the opening in the cement (such as channels) can impact the amount of oil that flows into the well.

Nevertheless, the government experts have not developed a thorough approach to investigate the effects of erosion of the well cement, as I will discuss next.

2.2     Consideration of cement erosion in the United States' Expert Reports

Cement erosion is briefly mentioned in the reports of Griffiths and Dykhuizen, but both experts make unfounded assumptions regarding the amount and rate of erosion.  The Griffiths Expert Report claims that "*significant erosion of the ... cement barrier in the bottom of the well occurred rapidly over the first few days following blowout.  Subsequent erosion had little impact on flow rates or on the cumulative discharge*." [2]  Yet he acknowledged that "*the methodology I used cannot address ... erosion directly*." [3]

Dykhuizen wrote that "*I do not believe that erosion had a significant effect on overall flow from the well past the second day of the blowout*."[4]  Neither offers any convincing proof to support their assertions.

Thus, although these experts accept erosion of several parts of the flow path for the first few days after the blowout, they ignore it for later periods.  These experts attempt to justify this by suggesting that such a position follows from undisclosed "*simple models*."  Griffiths, looking at Emilsen's work in BP's *Deepwater Horizon Accident Investigation Report*, admits that there was some sort of blockage downhole at the beginning of the incident.[5]  Griffiths contends that Emilsen's work showed an increase in net pay from zero to between 13 and 16.5 feet over a 30 minute period (from 21:00 and

---

[2] Griffiths Report , 4 (2013).
[3] *Id*.
[4] Dykhuizen Report, 11 (2013).
[5] Griffiths Report at 11.

21:30).[6]   He then concludes that, based on this alleged rate of change to the net pay, downhole

restrictions would have eroded in 9 hours (actually 8.6 hours).  I do not draw such conclusions from

Emilsen's work, but I accept Griffiths's assertions solely for purposes of this report.

Dykhuizen and Griffiths make important assertions, which should be supported by rigorous analyses.

Based on my experience and the scientific literature concerning cement erosion, I find the erosion

rates being posited by the government experts to be implausible.

To understand that, we must first understand how much cement was likely at the bottom of the well.



*Figure 2.2*
*Schematic of the cement-filled shoe track.*[7]

---

[6] *See id.* at 11 (noting also that the productivity index used in his model increased by over 25% during this period and attributing this rise to Emilsen's observations).
[7] Source material for this schematic is the BP Accident Investigation Report (the "Bly Report").

4

**3      Location and amount of well cement**

3.1     Location

The cement barrier in question is located between the shoe and float collar, as illustrated in *Figs. 2.1*

and *2.2*. It has the geometry of a column that can be characterized by its height ($h_C$) and its diameter

($D_C$). Indeed, this is a conservative assumption, because cement also filled part of the annulus and

would have provided a barrier to flow there as well.


3.2     Volume of well cement

The *Halliburton Post Job Report* states that there is 189 feet of cement in the shoe track.[8]  The

volume to be eroded ($V_C$) is simply the volume of cement in the cylindrical casing and is given as

follows:


$$V_C = \frac{\pi \cdot D_C^2}{4} \cdot h_C \qquad\qquad (3.1)$$


The internal diameter of the 7-inch-pipe (the production casing) is 6.094 inches.[9]  If we take this as

the diameter of the cement column ($D_C$=6.094 inch) and $h_C$=189 ft (57 m), then the volume of cement

($V_C$) in the column is approximately 38 ft³.  In other words, there was 38 cubic feet (around 7 barrels)

of cement located in the Macondo's shoe track.


**4      The conditions at Macondo may have allowed for channelling in the cement**

The conditions of the cement in the shoe track and annulus are not known with certainty. But the

fact that others have concluded that oil flowed up the casing suggests that the cement structure was

disturbed.

---

[8] BP-HZN-2179MDL00154146.
[9] Bly Report, Appendix W, Table 1.3.

4.1     Flow channels

The existence of flow channels in deteriorated cement is an established phenomenon in well systems.  Some examples of flow channels that can form in deteriorated well cement are provided in *Table 4.1*.  Pre-existing flow channels can be subdivided into three general types (see *Table 4.1*):

- an individual, comparatively large flow channel (situation 5 in *Table 4.1*);

- a number of parallel capillaries (situation 3 in *Table 4.1*);

- a net of cracks, pores and flaws (combination of situation 3 and 6 in *Table 4.1*).

The existence of pre-existing flow channels cannot be neglected in flow-condition and erosion analyses.  These flow channels will alter the structure of the cement material, and they can act as pathways for penetrating fluids.  The following two examples may illustrate these effects:

- Cracks as small as 500 μm (millionths of a meter) in a cement-based composite can increase the permeability of the material by some orders of magnitude;[10]

- Foam-type pores in concrete can increase its permeability by a factor of 10.[11]


4.2     Potential for formation of pre-existing channels in the Macondo well

The conditions for the formation of channels may have been present at Macondo.  This would include the following possibilities[12]:

- contamination of the cement by nitrogen breakout and migration from nitrified foam cement;

- inadequate design of the cement;

- inadequate testing of the cement.

---

[10] *Lepech and Li, 2005*.
[11] *Sanjaya et al., 2007*.
[12] Bly Report, at 34.

| Situation | | Image | Importance |
|---|---|---|---|
| 1 | Between cement and casing |  | Contact stresses; interface shrinkage; deteriorated bond |
| 2 | Between cement and casing |  | Contact stresses; interface shrinkage; deteriorated bond |
| 3 | Through the cement |  | Insufficient mixing; unfinished hydration; pore system; high permeability; degradation |
| 4 | Through the casing |  | Casing erosion (solid particle/slurry erosion) |
| 5 | Through fractures in cement |  | Cracked cement |
| 6 | Between cement and formation |  | Contact stresses cement/ rock, developed during cement slurry setting |

Table 4.1: Possible flow paths in a deteriorated well; note situations 3 and 5[13]

Accordingly, it is quite reasonable to assume that the well cement had one or more channels in it by the time of the blowout.

## 5    Evidence for pre-existing flow channels and cement degradation

5.1    Emilsen's analysis suggests that there was some cement blocking the reservoir.

Emilsen modeled events leading up to and including the blowout.  The 200-psi pressure increase recorded at 21:08 on the night of April 20, 2010, was modeled by Emilsen by assuming hydrocarbon flow through the production casing shoe and through the well cement.[14]  This phenomenon could be

---

[13] Adapted from *Celia*, 2010.  I added the right column.
[14] Bly Report, Appendix W, at viii.

explained by assuming the existence of initially small channels in the cement between reservoir and wellbore.[15]

The instantaneous flow rates for Emilsen's best model match are reproduced in *Figure 5.1* below.[16] In this model, the flow rate gradually increased until just before 21:30; the flow rate then increased more rapidly.  Griffiths asserts that this shows a fast erosive process.[17]  I agree that it is instructive to assume that this change in model flow rate is related to the capability of the cement material to resist oil flow. The sudden change in flow rate around 21:30 may reflect a notable drop in the cement's resistance to flow.  In other words, around 21:30, the cement began to permit more hydrocarbons to flow through it. Contrary to the assumption of the United States' experts, erosional processes cannot explain this short-time event. Other mechanisms must be considered at play.



*Figure 5.1*: Emilsen's simulation that most closely matched witnessed events and recorded data. It shows a varying oil influx rate over time.[18]

---

[15] *Id.* at 54 (noting that it is possible that there were initially small channels in the cement and that more of the reservoir became exposed as drawdown increased).
[16] *Id.* at 55.
[17] *See* Griffiths Report, page 11, n. 10.
[18] Bly Report, Appendix W, page 55.

Emilsen concluded that his best model match is for a net pay of between 13 feet to 16.5 feet, and that flow was through the casing shoe and up into the rest of the production casing.  This tells us that there was some blockage of the reservoir oil.  A reasonable inference from this is that there was substantial cement impeding flow in the wellbore, but that flow was occurring through channels in the cement.[19]

Griffiths argues that if there was cement at the bottom of the well, "*the likely mechanism for progressive failure is erosion*" where the rate of failure would be caused by the opening of "*small channels*" in the cement.[20]  He calculates the erosion period to be less than 9 hours before the cement and other impediments would no longer provide significant restrictions to flow from the reservoir into the casing.

To evaluate Griffiths' assertions regarding the rate of erosion, I will next consider the possible flow paths in the cement.

5.2      Estimate of flow path dimensions

The size of the flow path, particularly the cross-sectional area, must take into account flow rate and pressure drops.  The flow path cross-section must allow the flow rates shown in *Figure 5.1*, namely the highest flow rate of around 27 stb/min, but it must also be narrow enough to have the corresponding resistance to the flow and pressure drop.  We can estimate the diameter of the cement channel before and after the increase in flow rate around 21:30 reflected in the model.  As is shown in the Appendix A, for a flow rate of 12 stb/min, based on a net pay of 13 feet, we expect a pressure drop of 1980 psi across the cement channel.  This correlates to a flow diameter ($d_F$) of 2.17 inches.  And for a flow rate of 27 stb/min, we expect a pressure drop of 3496 psi across the cement channel based on a net pay of 16.5 feet.  This correlates to a flow diameter of 2.64 inches.

---

[19] Bly Report, Appendix W, page vii ("It is probable that the sands were restricted to some degree by the cement and downhole equipment and that the resulting reservoir exposure is less than the total reservoir thickness.").
[20] Griffiths Report, page 12, n. 11.

These results can be converted into percentages of the cross-section of the long cement column covered by flow path.  For the lower flow rate, we obtain: $(2.17/6.09)^2=0.13$ (13%).  For the higher flow rate, we obtain: $(2.64/6.09)^2=0.19$ (19%).  That would mean that between 13% and 19% of the cement column might be open to flow.  Note, however, that the cement column would still provide a sizable flow restriction as evidenced by the large pressure drop across it of between 2000 and 3500 psi.  (Flow restrictions cause pressure drops.)

**6        Erosion rate considerations**

6.1        Eroded volume

One can assume that the total volume of cement in the well column needs to erode in order to result in the *"complete elimination of any resistance to flow by the cement"*[21] [22]  This volume was derived in Section 3.2.  It is 38 cubic feet.  We can, however, subtract the volume of the initially existing channels (19%), which would give us a volume of 30.8 cubic feet.

6.2        Government erosion rates

Griffiths assumes that any cement remaining in the wellbore at 21:30 would have been completely eroded nine hours later.[23]  For his assumption to hold true, this means that approximately 30.8 cubic feet of cement would need to erode over a 9-hour period. To determine the erosion rate, one simply divides the volume of cement supposedly eroded by the time:

$$E_C = \frac{V_C}{9\,h} = \frac{30.8\,ft^3}{9\,h} = 3.42\,ft^3/h \qquad\qquad (6.1)$$

Here, $E_C$ is the cement volume $V_C$ (in ft³) that must be eroded in a given time period (in hours).  This calculation is charitable to Griffiths because he mentioned *"any resistance to flow by the cement <u>or other down-hole restrictions.</u>"*[24]  Thus, not just the designated cement volume must be removed during the 9-hour period, but additional material (with probably higher erosion resistances, say steel in the float collar) as well.  And as noted above, there would also have been cement in the annulus resisting flow.

---

[21] Griffiths Report, page 12, n.11.
[22]  It could be argued that resistance to flow may end before all the cement eroded.  As we will see, however, the government experts require an erosion rate that is much higher than any reported cement erosion rates. This assumption thus does not affect our results and simplifies our analysis.
[23] Griffiths Report, page 12 ("9 hours represents ... the time to complete elimination of any resistance to flow by the cement...").
[24] *Id.*

11

If we apply the same calculation procedure to Dykhuizen's "2nd day criterion", we obtain:

$$E_C = \frac{V_C}{48\,\text{h}} = \frac{30.8\,\text{ft}^3}{48\,\text{h}} = 0.64\,\text{ft}^3/\text{h} \qquad\qquad (6.2)$$

### 6.3    The government experts' rates are thousands of times greater than any erosion rates reported in the literature on cement erosion

The government experts' assumed erosion rates are 10,000 to 100,000 times greater than any reported in the extensive literature devoted to concrete erosion.   The Halliburton Lab Report mentions that the cement contains some silica sand.[25]  That makes it different from a plain cement, because it contains aggregates and thus behaves like concrete.   A situation very similar to channel flow was recently considered in the experimental work of *Wang et al.* (2012).  They exposed concrete to water flow at a flow speed of 115 ft/s (35 m/s).  The maximum erosion rate they estimated was about $169 \cdot 10^{-6}\,\text{ft}^3/\text{h}$.  (This is .000169 cubic foot per hour.)

The addition of sand to the flow would increase the erosion rate.  I have found evidence for this in investigations regarding the erosion of steel by oil-water-sand mixtures. For an oil-water-sand mixture with a sand content of about 20% by weight, the erosion rate increased by a factor of 9.[26] However, all results listed in *Table 6.1* account already for this mixed (slurry) flow.   I have investigated erosion rates in concrete materials and exposed these materials to a high-speed slurry flow (like oil containing sand particles) at velocities of 180 ft/m.[27]  The erosion rates I measured were about $254 \cdot 10^{-5}\,\text{ft}^3/\text{h}$. (That is .00254 cubic feet per hour.)  More results from other researchers are provided in *Table 6.1*.

Even if the erosion rate is doubled due to the possibility that the well cement had a high porosity,[28] the complete erosion of the well cement would not occur in 2 days or anything close to that.  The compressive strength numbers for the concrete materials cited in *Table 6.1* and those for the well

---

[25] *See* Exhibit 7722.
[26] *Yang and Cheng, 2012*
[27] *Hu et al.*, 2002.
[28] *Atis, 2003.*

cements are of comparable order.  In my earlier investigations,[29] I have found that a plain cement is sometimes easier to erode than a concrete material at very high flow speeds ($v_F$=720 ft/s).  This is because of the lack of interfaces in the cement.  (Interfaces would stop or branch cracks and slow down erosion.)  However, the well cement in question contains some silica sand, and at least some of the well cement must be considered pre-damaged.  These effects will reduce the differences between concrete and cement.

Results of erosion experiments on concrete materials are summarized in *Table 6.1*.  The Government's assumed erosion rates are many times faster than rates reported in the literature. *That is, for these government experts to be correct, the cement in the well would have had to have to erode at least 100 times faster than the highest erosion rates reported in the literature*.

*Table 6.1: Comparisons between erosion rates reported in the reference literature and erosion rates calculated from the expert reports*

| Source | Reference | Material (compressive strength) | Water | Slurry | Flow speed in *ft/s* | Erosion rate in *ft³/h* |
|---|---|---|---|---|---|---|
| Expert Reports[1] | *Griffiths* (2013) | Well cement [2] | | | | 3.42 |
| | *Dykhuizen* (2013) | Well cement [2] | | | | 0.64 |
| Experimental Results | Wang et al. (2012) | Concrete (10,900 psi) | | X | 115 | 0.00017 |
| | *Hu et al.* (2002) | Concrete (4,400 psi) | | X | 180 | 0.0025 |
| | *Binici* (2007) | Concrete (7,100 psi) | | X | - | 0.00046 |
| | *Liu et al.* (2012) | Concrete ( 5,000 psi) | | X | 33 | 0.00071 |
| | *Hochheng and Weng* (2002) | Concrete (5,100 psi) | X | X | 50 | 0.00011 |
| | *Liu et al.* (2006) | Concrete (2,900 psi) | | X | 33 | 0.00042 |
| | Wu et al. (2010) | (Fibre reinforced concrete) | | X | 40 | 0.00078 |
| | *Yin and Xie* (2011) | Concrete (4,350 psi) | | X | 256 | 0.0005 |

[1] My calculations based on data from *Griffiths* and *Dykhuizen*;

[2] Typical compressive strength numbers for the well cement are 3,918 to 4,575 psi *(Chevron*, 2010)

---

[29] *Momber and Kovacevic*, 1996.

**7**      **Alternative scenario**

7.1      Why an alternative scenario?

The possible rapid, early flow path increase cannot be explained with a standard erosion process, because it occurred much too fast.  It seems that another material destruction process may be involved - namely hydraulic fragmentation, which I explore next.


7.2      Hydraulic fragmentation

We have shown the possibility that the cement initially had substantial flaws, such as a net of cracks or a number of capillaries, and a net of voids separated by cement bridges.  We have also seen, based on the discussion of *Figure 5.1*, that there is a period where the oil flow rate in Emilsen's model changed from moderate numbers to higher numbers over a rather short period of time.  This suggests the possibility of hydraulic fragmentation during some short period around the time the modelled flow rate increased.  Hydraulic fragmentation is known from rock and concrete demolition.[30]  It is similar to the well-known process of hydraulic fracturing, but is characterized by a local pressure increase over a short period of time, leading to the rapid fragmentation of, or internal damage to, a given material volume.  Hydraulic fragmentation requires the existence of fluid-filled voids, flaws or capillaries and the sudden release of a particular pressurized fluid volume.  It is possible that such a situation existed in the Macondo well prior to the incident.

The quick release of pressurized oil into a large pre-existing pore or into a pre-cracked section in the well cement due to the collapse of local cement bridges could result in fragmenting, creating pathways allowing the penetration of a substantial volume of oil in a short period of time.

Pressures as low as 3,770 psi, are sufficient to fracture concrete by means of hydraulic fragmentation.[31]  But due to the lateral confinement of the cement volume in the steel pipe in the case of the Macondo well, the long cement column of about 189 feet, and the float collar and other equipment, the ejection of larger cement debris was prevented.  This would have limited the

---

[30] *Momber 1998, 2008; Hammermann, 1996.*
[31] *Hammelmann, 1996.*

14

fragmentation process to the formation of a net of cracks and fractures; the fragmented cement likely would have been held in place, with a weakened structure that allowed fluid flow around the fragments.  Thus, fragmentation likely would not have removed more than a small amount of the cement.



*Figure 7.1*

*Schematic of the shoe track showing possible fragmenting of the cement.  Also note the location of the "Foam Cement" in the annulus.  Source material: BP, 2010.*

*Emilsen's* modelling is also instructive.  He gets a best match with the net pay of between 13 feet to 16.5 feet.  As noted, Griffiths appears to conclude that this means there was a change of net pay

from 13 to 16.5 feet over 30 minutes.[32]   As I explained above, I do not see where Emilsen says this, but I will assume it for purposes of this discussion to provide a better explanation for what Griffiths reports.   That is, assuming that Griffiths' assertion that net pay changed from 13 to 16.5 feet between 21:00 and 21:30 on April 20 were correct, such a change would not be consistent with an erosion process.  But it would be consistent with a fragmentation process, in which all or most of the fragmented cement stayed in place with fractures allowing fluid flow, followed by an erosion process.

7.3      Alternative 4-step degradation scenario

The findings from the previous sections suggest a plausible explanation for what happened downhole.  This alternative multi-step scenario consists of the following periods:

1.   "Threshold" period: It is characterized by pre-damaged, permeable well cement, allowing the release of a small volume of hydrocarbons.  This is consistent with the results of the negative pressure test.[33]  During the threshold period, one would expect to see limited channelling and, hence, limited influx of oil into the wellbore.

2.    "Initial" period: Hydraulic fragmentation of the pre-damaged well cement during the early period, generating flow paths through the cement.  In the case of Macondo, the initial period is defined by a rapid increase in flow-path area for a short time period caused by fragmentation as described above.

3.   Erosion period: Following the initial period of hydraulic fragmentation, I would expect to see a subsequent steady, gradual widening of the openings in the remaining cement due to slurry erosion (erosion caused by a mixture of oil and sand).  This is consistent with a less intense increase in flow path size.  As described in Section 6.3, cement erosion takes some period of

---

[32] Griffiths Report, page 11 (asserting that the increase in net pay took place between 21:00 and 21:30 on April 20 based on Emilsen's modelling).
[33] *See* Bly Report, Appendix W (noting that there was a possible hydrocarbon influx during the negative pressure of 0 to 20 barrels).

time to occur.  We do not know for certain if this lasted for a week or a month or longer.

Erosion is complicated, and the government experts have failed to address these key issues.

4.  <u>Final period</u>: Effects of erosion are negligible.

This outlined scenario would account for a sudden release of oil, and for the initially steep increase in flow path cross section.  It also would be consistent with a steady, gradual increase in flow path cross section, and the decreased contribution of erosion during the final period of the hydrocarbon release.  Given the evidence, such a scenario is more likely than simply assuming that only erosion occurred - and that it occurred very rapidly.

**8      Conclusion**

In the end, the government experts do not provide arguments why and how cement erosion could have happened on the unprecedented timescales they posit.  It is far more likely that there was an initial period of fragmentation followed by a long period of slower erosion.  This erosive period may have lasted for a substantial portion of the spill.

The opinions that I have expressed in this report are based on my education, training, experience, and my review of materials in connection with this legal proceeding.  I hold these opinions to a reasonable degree of engineering certainty.

I have not testified in the last four years, either in deposition or trial.

I am compensated for my time working on this matter at an hourly rate of $220, and my compensation is not related in any way to the outcome.

Submitted by:

Andreas Momber

May 1, 2013

## 9      References

Atis, C., 2003, Abrasion-porosity-strength model for fly ash concrete. *ASCE Journal of Materials in Civil Engineering*, No. 7/8, 408-410.

Binici, H., 2007, 2007, Effect of crushed ceramic and basaltic pumice as fine aggregates on concrete mortars properties. *Construction and Building Materials*, Vol. 21, 1191-1197.

BP, 2010, *Deepwater Horizon Accident Investigation Report*. September 8, 2010.

Celia, M.A., 2010, The role of existing wells as pathways for $CO_2$ leakage. *AAGP Convention*, New Orleans, LA, USA, April 11-14, 2010.

Chevron, 2010, Cement testing report to the National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling, *CVX80311 00000809*, Energy Technology Company, Houston, TX, USA, 26 October, 2010.

Craft, B.C., Hawkins, M.F., 1991, *Applied Petroleum Reservoir Engineering*. 2nd Ed., Prentice Hall, Englewood Cliffs, USA.

DHSG, 2011, *Final Report on the Investigation of the Macondo Well Blowout*. Deepwater Horizon Study Group, March 1, 2011.

Dykhuizen, R.C., 2013, Flow rates from the Macondo MC 252 well submitted on behalf of the United States. *Expert Report*, March 22, 2013.

Emilsen, M.H., 2010, Dynamic simulations Deepwater Horizon incident. *Report*, Add Energy, Lysaker, Norway, August 29, 2010.

Emilsen, M.H., 2011, Deepwater Horizon Incident: Summary and Conclusions. *Report*, Add Energy, Lysaker, Norway, October 17, 2011.

Griffiths, S.K., 2012, Oil Release from the MC252 Macondo Well following the Deepwater Horizon accident. *Environmental Science and Technology*, Vol. 46, 5616-5622.

Griffiths, S.K., 2013, Oil Release from the MC252 Macondo Well. *Expert Report*, March 22, 2013.

Hammelmann, F., 1996, Die Anwendung der Hochdruckwasserstrahltechnik beim Bohren, Kerben und Spalten von Gestein. (The application of high-pressure waterjet technique for drilling, kerfing and fragmentation of rocks.) *Dissertation*, RWTH Aachen, Aachen, Germany.

Hocheng, H., Weng, C.H., 2002, Hydraulic erosion of concrete by a submerged jet. *Journal of Materials Engineering and Performance*, Vol. 11, 256-261.

Hu, X.G., Momber, A.W., Yin, Y.G., 2002, Hydro-abrasive erosion of steel-fiber reinforced hydraulic concrete. *Wear*, Vol. 253, 848-854.

Lepech, M., Li, V.C., 2005, Water permeability of cracked cementitious composites. *Eleventh International Conference on Fracture*, Paper 4539, Turin, Italy, March 2005.

Liu, Y.W., Yen, T., Hsu, T.H., 2006, Abrasion erosion of concrete by water-borne sand. *Cement and Concrete Research*, Vol. 36, 1814-1820.

Liu, Y.W., Cho, S.W., Hsu, T.H., 2012, Impact abrasion of hydraulic structures concrete. *Journal of Marine Science and Technology*, Vol. 20, No. 3, 253-258.

Momber, A.W. (ed.), 1998, *Water Jet Applications in Construction Engineering*. A.A. Balkema, Rotterdam, Netherlands.

Momber, A.W., 2005, *Hydrodemolition of Concrete Substrates and Reinforced Concrete Structures*. Elsevier Applied Science, London.

Momber, A.W., 2008, *Blast Cleaning Technology*. Springer, Berlin-Heidelberg.

Momber, A.W., Kovacevic, R., Ye, J., 1995, The fracture of concrete due to erosive wear by high velocity water flow. *Tribology Transactions*, Vol. 38, 686-692.

Momber, A.W., Kovacevic, R., 1996, Fracture of brittle multiphase materials by high energy water jets. *Journal of Materials Science*, Vol. 31, 1081-1085

Momber, A.W., Schulz, R.-R., 2006, *Betonoberfläche: Vorbereitung, Eigenschaften, Prüfung*. (*Concrete Surfaces: Preparation, Properties and Testing.*) Birkhäuser, Basel, Switzerland.

Oilfield, 2011, JIT Macondo well tasting. *Oilfield Report*, Job ID 11-0411-01, Oilfield Testing & Consulting, Houston, TX, USA, 1 August, 2011.

Sanjaya, C.S., Tamilselvan, T., Wee, T.H., 2007, Permeability of foamed concrete. *32nd Conference on Our World in Concrete and Structures*, 28-29 August, 2007, Singapore.

Wang, X., Luo, S., Hu, Y., Yuang, Q., Wang, H., 2012, High-speed flow erosion on a new roller compacted concrete dam during construction. *Journal of Hydrodynamics*, Vol. 24, No. 1, 32-38.

Wu, C.H., Liu, Y.W., Huang, C.H., Yen, T., Hsu, T.H., 2010, Research on the abrasion erosion and impact resistance of fiber concrete. *Proceedings 18th CIB World Building Congress*, May 2010, Salford, UK, 333-344.

Yang, Y., Cheng, Y.F., 2012, Parametric effects on the erosion–corrosion rate and mechanism of carbon steel pipes in oil sands slurry. *Wear*, Vol. 276-277, 141-148.

Yin, Y., Xie, T., 2011, Erosion mechanisms of hydraulic concretes under high-speed abrasive water jets at different impact angles. *Advanced Materials Research*, Vols. 150-151, 680-686.

**10      List of symbols**

| | |
|---|---|
| $A_F$ | flow path cross section |
| $A_W$ | well cement cross section |
| $D_C$ | well cement column diameter |
| $d_F$ | channel diameter |
| $E_C$ | volumetric erosion rate |
| $h_C$ | well cement column height |
| $p$ | static pressure |
| $Q_F$ | volumetric flow rate |
| $v_F$ | flow velocity |

**11      Conversion factors (English to metric)**

| | | |
|---|---|---|
| Area 1 inch² | 6.45 cm² | |
| Length | 1 inch | 25.4 mm (2.54 cm) |
| | 1 foot | 0.305 m |
| Pressure | 1 psi | 0.007 MPa (0.07 bar) |

| | | |
|---|---|---|
| Velocity | 1 ft/s | 0.305 m/s |
| Volume | 1 ft³ | 0.028 m³ |