# Attachment B

```
 1                    UNITED STATES DISTRICT COURT

 2                    EASTERN DISTRICT OF LOUISIANA

 3

 4   ****************************************************************

 5   IN RE:  OIL SPILL BY THE OIL
     RIG DEEPWATER HORIZON IN THE
 6   GULF OF MEXICO ON APRIL 20,
     2010
 7

 8                                  CIVIL ACTION NO. 10-MD-2179 "J"
                                    NEW ORLEANS, LOUISIANA
 9                                  TUESDAY, APRIL 9, 2013, 8:00 A.M.

10

11   THIS DOCUMENT RELATES TO:

12   CASE NO. 2:10-CV-02771,
     IN RE:  THE COMPLAINT AND
13   PETITION OF TRITON ASSET
     LEASING GmbH, ET AL
14
     CASE NO. 2:10-CV-4536,
15   UNITED STATES OF AMERICA V.
     BP EXPLORATION & PRODUCTION,
16   INC., ET AL

17
     ****************************************************************
18

19

20                    **DAY 24  MORNING SESSION**

21             TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS

22          HEARD BEFORE THE HONORABLE CARL J. BARBIER

23                     UNITED STATES DISTRICT JUDGE

24

25

                         **OFFICIAL TRANSCRIPT**
```

1                             **I N D E X**

3   EXAMINATIONS                                               PAGE

5   **ADAM THEODORE BOURGOYNE, JR. (CONTINUED)**.............. 7743
6   CROSS-EXAMINATION BY MR. HARTLEY...................... 7744
7   REDIRECT EXAMINATION BY MR. BROCK..................... 7783
8   **MORTEN EMILSEN**........................................ 7795
9   DIRECT EXAMINATION BY MR. REGAN....................... 7795
10  CROSS-EXAMINATION BY MR. WILLIAMS..................... 7822
11  CROSS-EXAMINATION BY MR. CERNICH...................... 7830
12  CROSS-EXAMINATION BY MR. DOYEN........................ 7852
13  CROSS-EXAMINATION BY MR. HARTLEY...................... 7882
14  LUNCHEON RECESS....................................... 7897

17                          E X H I B I T S

19  DESCRIPTION                                                PAGE

21  EXHIBIT NUMBER TREX-40003............................ 7801

```
10:54AM  1                    Go ahead.
10:54AM  2            MR. REGAN:  Just to put it right in the same place in
10:54AM  3    the record, we marked Mr. Emilsen's report as 40003.
10:54AM  4                    We don't dispute the 7401 is also his report.
10:54AM  5    We'll work with the parties to make sure that the Court gets a
10:54AM  6    consistent set of exhibits.
10:54AM  7            THE COURT:  Very well.  Let's go.
10:54AM  8            MR. CERNICH:  Thank you, Your Honor.
10:54AM  9         BY MR. CERNICH:
10:54AM 10    Q.   So if we could go to Exhibit 7401.31.  If we could go
10:54AM 11    to -- if we could cull out this area right here.
10:54AM 12         You wrote in your report:  "Constant net pay input
10:54AM 13    assumptions were used for all of the simulations, and it is
10:54AM 14    acknowledged that varying net pay is probably more likely.
10:54AM 15    This may explain some of the offsets between the actual
10:55AM 16    recorded data and simulation results."
10:55AM 17         Did I read that correctly?
10:55AM 18    A.   Yes, you did.
10:55AM 19    Q.   So what you recognized was that there was probably varying
10:55AM 20    net pay over the time that you analyzed, but you didn't input
10:55AM 21    that into OLGA.
10:55AM 22         What you did is you actually changed the net pay at a
10:55AM 23    point in time from 13 to 16.5 feet; is that right?
10:55AM 24    A.   That's right.
10:55AM 25            MR. REGAN:  Scott, why don't you just read into the
```

```
10:55AM  1    record the top left corner.
10:55AM  2            MR. CERNICH:  Sure.  7401.31.11US1.
10:55AM  3                    Thanks.
10:55AM  4        BY MR. CERNICH:
10:55AM  5    Q.   You included that sentence and it's in your report because
10:55AM  6    you got a better match when you changed the net pay from 13 to
10:55AM  7    16.5 feet?
10:55AM  8    A.   That's correct.
10:55AM  9    Q.   That's because it's not unlikely that you would have
10:56AM 10    changes during the unloading sequence, meaning that initially
10:56AM 11    you had more restrictions and then later less restrictions?
10:56AM 12    A.   Yes.  That was one of the conclusions.  To be able to
10:56AM 13    match the pressure readings at the very end, we came to that
10:56AM 14    conclusion that initially it was 13, and then later we ended up
10:56AM 15    with 16.5.  It's not a big change, though.
10:56AM 16    Q.   But that's the more likely scenario, that the restrictions
10:56AM 17    would decrease during the unloading?
10:56AM 18    A.   Well, in Case 7, the conclusions in my report clearly
10:56AM 19    stated that -- that the net pay increased during the unloading
10:56AM 20    sequence from 13 to 16.5 feet net pay.
10:56AM 21    Q.   That's the more likely scenario?
10:56AM 22    A.   To match the unloading sequence, that's correct.
10:56AM 23    Q.   So you believe that initially some restriction was holding
10:57AM 24    back or isolating the reservoir fluids from the wellbore; but,
10:57AM 25    as soon as you reduced the downhole pressure and hydrocarbons
```

```
10:57AM   1    to start flow from the reservoir, you'd probably see washout
10:57AM   2    effects that could increase the net pay from what it was
10:57AM   3    initially?
10:57AM   4    A.    Yes.  At least from 13 to 16.5 feet during the unloading
10:57AM   5    sequence, that's correct.
10:57AM   6    Q.    This was occurring during the minutes that your simulation
10:57AM   7    covered?
10:57AM   8    A.    Yeah.  That occurred at the very end, from 8 o'clock until
10:57AM   9    2149.
10:57AM  10    Q.    Could we go to what is page -- can we go to 7401.14.
10:58AM  11          This is page 14 of your expert report, Mr. Emilsen.  I
10:58AM  12    would like to go -- to look at this net pay change.
10:58AM  13          So you changed your net pay here from 13 to 16 and a half
10:58AM  14    feet from one side of 2130 to the other side of 2130; isn't
10:58AM  15    that correct?
10:58AM  16    A.    That's correct.  At 2130, the pumps were shut down, with
10:58AM  17    the result of a much lower bottom hole pressure.  There were no
10:58AM  18    frictional pressure drop in the upper part of the wellbore, and
10:58AM  19    that reduced the bottom hole pressure.
10:58AM  20          At that point in time, we also changed net pay assumption
10:58AM  21    from 13 to 16.5 feet.
10:59AM  22    Q.    Do you recall how much that change in bottom hole pressure
10:59AM  23    was?
10:59AM  24    A.    Due to the cutback on the pumps, I don't recall that, no.
10:59AM  25    Q.    So then flow increases here, correct, from 2130 up to
```

10:59AM 1    around 2142?

10:59AM 2    A.   Well, the flow increases all the way from 2052.  That

10:59AM 3    dramatic increase, if you like, at 2130, that is mainly due

10:59AM 4    to -- that the pumps were shut off.  So it's not a

10:59AM 5    representation of the increase in net pay.

10:59AM 6    Q.   But it's an increase in the change in the pressure,

10:59AM 7    correct?

10:59AM 8    A.   That's correct.

10:59AM 9    Q.   So that goes up to 26 stock tank barrels per minute, which

10:59AM 10   is the equivalent of over 37,000 barrels per day, correct?

11:00AM 11   A.   Probably is, yes.

11:00AM 12   Q.   Now, you discussed with Mr. Regan a bit your need to

11:00AM 13   describe the reservoir in order to do your modeling.

11:00AM 14        Based on the reservoir data that BP provided to you, you

11:00AM 15   determined that this was a very prolific reservoir?

11:00AM 16   A.   That's correct.

11:00AM 17   Q.   Using the data BP provided, you calculated something

11:00AM 18   called the productivity index?

11:00AM 19   A.   Yes, that's correct.  I calculated the productivity index,

11:00AM 20   the PI, based on -- on 300 millidarcy, based on 86 feet

11:00AM 21   reservoir exposure, and also some PVT parameters you need to be

11:00AM 22   able to calculate the PI.

11:00AM 23   Q.   BP provided you all of that information?

11:00AM 24   A.   Well, BP provided me with permeability, reservoir

11:00AM 25   thickness and fluid composition, that's right.