UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL NO. 2179 |
| | : | SECTION J |
| This document relates to: | : : | JUDGE BARBIER |
| 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc. | : : : | |
| and All Actions | : | MAGISTRATE JUDGE SHUSHAN |

## ORDER

### [Regarding Protection of Confidential Information]

Pursuant to Pre-Trial Orders Numbered 13 and 36, the Seafood Neutral, the PSC, Class Counsel, BP and the United States agree that any documents produced by the National Marine Fisheries Service ("NMFS"), pursuant to the joint request of BP, the Seafood Neutral, the PSC, and Class Counsel, shall be treated as "confidential." The parties further agree that the Seafood Neutral, BP, the PSC, and Class Counsel seek only the data requested on July 26, 2013, and the documents need not be processed to be marked "confidential" nor are the parties interested in production of metadata.

This order constitutes a court order within the meaning of the Privacy Act, 5 U.S.C. § 552a(b)(11); the Magnuson-Stevens Act, 16 U.S.C. § 1881a(b)(1)(D); and the Health Insurance Portability and Affordability Act of 1996 ("HIPAA"") implementing regulations, 45 C.F.R. § 164.512(a), (e)(1)(i).

BP, the Seafood Neutral, the PSC, and Class Counsel are directed that they are to have any party viewing the information sign a certificate in a form substantially similar to that attached as Appendix A to Pre-trial Order Number 13 and BP shall maintain copies of the certificates and a log identifying such recipients. All other applicable portions of Pre-trial Order Numbers 13 and 36 are adopted and incorporated herein.

New Orleans, Louisiana, this 12th day of August, 2013.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**