**Seafood Neutral - BP – Class Counsel Data Request**
MDL 2179 Economic and Property Damages Settlement
July 26, 2013

The Seafood Neutral, BP and Class Counsel are submitting this request for data to be used to assist in administering the Seafood Compensation Program of the Economic and Property Damages Settlement. The parties submitted an initial data request in February/March 2012, and NOAA provided the requested data in March 2012. The data provided by NOAA generally contained information for a starting date (in some cases 1999; in other cases 2005) through 2010, while some of the datasets contained preliminary and incomplete data for 2011. The parties now request an update of the data files provided in March 2012 with final data for 2011 and 2012 along with any updated, revised or corrected data for prior years, to the extent there have been any updates, revisions or corrections. In addition, the parties now request supplemental information on federal quota and harvest limits for the Gulf of Mexico, and perhaps information from the Vessel Monitoring System for shrimp vessels.

1. **Update of Previously Provided Data**

The parties request updated version of the datasets provided by NOAA in March 2012, based on the latest available information. The original data contained the following separate datasets, identified by the names used in NOAA-provided metadata files:

- Miami Laboratory ALS (Accumulated Landings System)
    - This file contains landings data by species for the Gulf of Mexico from 1999-2011 (and the 2011 data was described as preliminary and incomplete). The data report detailed landings, including (among others) the species name, location of harvest and landing, and the month and year of landing.
- Galveston Laboratory Gulf Shrimp Statistics
    - This file contains data on shrimp catch and effort by month and year of landing from 1999-2011.
- Annual Economic Survey of Federal Gulf Shrimp Permit Holders
    - This file contains survey response data from federal shrimp surveys from 2006-2010, including (among others) information on vessel size and type, variable expenses, and revenue.
- Trip-Level Economic Survey of Federally Permitted Vessels in the Gulf of Mexico Reef Fish and Mackerel Fisheries / Annual Economic Survey of Federally Permitted Vessels in the Gulf of Mexico Reef Fish, Mackerel and Dolphin-Wahoo Fisheries
    - This file contains survey response data from federal finfish surveys, including (among others) information on trip and vessel effort, catch, and variable expenses. This file contains data from both trip-level (2005-2011) and annual surveys (2005-2010; the 2010 data was described as complete but unedited). Trip-level data is collected through the

> Coastal Fisheries Logbook Program.  The annual survey is mailed to a sample of the fleet.
- Beaufort Laboratory Menhaden Logbook Program (CDFR)
  - This file contains survey response data from federal menhaden surveys from 1999-2011 (and the 2011 data was described as complete but unedited), including information on vessel effort, location, and catch

2. **New Requests for Information on Federal Quota and Harvest Limits and Vessel Monitoring System**

A.     **Information on Federal Quota System**

In addition to updating the data described above, the parties request information from NOAA documenting the history of quota and harvest limits placed by the federal government on federally-managed species in the Gulf of Mexico from 2007-2013.  To the extent possible, and where not already posted on public websites, this information should include:

- Annual or seasonal catch limits by species
- Annual or seasonal quota or Individual Fishing Quota allocations by species
- Number of Quotas issued by species
- Quota price data, including any summaries in annual program reports and data itself
- Lease price data, including any summaries in annual program reports and data itself
- IFQ trading activity data to the extent it is collected by NOAA
- Identification of public websites that would contain relevant information

After a request for further clarification from NOAA on the request above, the following provides some addition information regarding the data BP, Class Counsel and the Seafood Neutral request:

With regard to "Number of Quotas per species" referenced above,  the data we would like to obtain is any data available for 2005-2013  that provides the Total Allowable Catch by weight annually, for each species that is under any federal quota program.  If the regulations changed more frequently than annually, we would ask for the breakdown at the time of each change from 2005-2013.

- Also, please provide, for the following species, for the Gulf of Mexico, the following data for the years 2007-2013, to the extent such data is available:OFL – Over Fishing Limit
- ABC – Allowable Biological Catch
- ACL – Annual Catch Limit
- TAC – Total Allowable Catch

Species:  Cobia, Gray Triggerfish, Greater Amberjack, Grouper (Deepwater), Grouper (Gag), Grouper, (Red), Grouper (Shallow-water, other), Hogfish, Jack, King Mackerel, Spanish Mackerel, Cubera Snapper,

Gray Snapper, Lane Snapper, Mid Snapper, Mutton Snapper, Red Snapper, Vermilion Snapper, Yellowtail Snapper, Tilefish.

**B. Vessel Monitoring System/Electronic Logbook Survey Program**

With regard to NOAA's Electronic Logbook survey program for offshore shrimping vessels, please provide any data from the Electronic Logbook Survey Program that reports aggregate measures of effort expended on shrimping by the surveyed vessels . Examples of aggregate data include:
a. Total days at sea
b. Aggregate trawling activity

If available, aggregate data by geographic area in the Gulf of Mexico where effort was expended would be useful. We understand from our call that data may be available by NMFS statistical areas (also referred to as subareas) or blocks and depth zones. Also, we would like such aggregate data by vessel type and vessel size, if available.

We would like to obtain this aggregate data back to the start of the Electronic Logbook Survey Program through the present. Based upon our call, we understand that perhaps the Survey Program began in 2007. Also, we would like the data at the smallest level of temporal disaggregation, e.g., monthly, quarterly, trimester, etc.), as well as annually.

Also, we note that we did review the NOAA Shrimp Stock Assessment Report forwarded following by NOAA counsel. This report did not include a stand-alone summary of the survey results that we could locate.