UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

[Regarding Telephone Working Group Conference on Friday, August 9, 2013]

**NOTE TO CELL PHONE PARTICIPANTS:** Please do not put your phone on hold during the conference as it causes an annoying beeping sound (or music) for everyone else. If you cannot participate for part of the conference, put your phone on mute. Likewise for those who type during the conference.

### NON-PHASE TWO MATTERS

1. **Michoud Matters**.

    BP reported on its discussions with the U.S. on the disposition of the remaining items at Michoud. It requested an extension of the lease with NASA through March 1, 2014. If a formal order requiring the extension is required by NASA, it will seek such an order from the Court.

2. **NOAA Information.**

    The U.S. will re-submit the proposed confidentiality for entry by the Court. After its entry, the U.S. will provide a firm date for the distribution of the NOAA information.

### PHASE TWO PREPARATION

1. **Work Room Assignments.**

    The assignments were announced. The Court will work on space for Anadarko.

2. **Deposition designations**.

The deposition designations are complete.

3. **Deposition bundles**.

There was extended discussion regarding depositions bundles that were made part of the record for Phase One. The U.S. asked for an opportunity to have further discussions with the Aligned Parties, BP and Anadarko. There will be a telephone conference on **Tuesday, August 13, at 1:00 p.m.**

The deadline for the parties to submit their *in camera* lists of deposition bundles was extended to **Wednesday, August 14, at 2:00 p.m. CDT.**

4. **Experts**.

The motions to strike the report of Andreas Momber and portions of the report of Glen Stevick are under submission.

**August 19** is the deadline for *Daubert* motions for experts, except the final round of 4 experts identified by the U.S. and the Aligned Parties. The deadline for *Daubert* motions for those 4 experts is **August 21.** There will be staggered briefing of the oppositions and replies to the *Daubert* motions.

**Thursday, September 5,** is the deadline for the submission of redacted expert reports to Judge Barbier and Ben Allums (2 binders and an electronic set).

5. **Demonstrative Aides**.

BP reported that, after discussion with the parties, it may propose additional protocols for demonstratives. The parties want the procedures for demonstratives in Phase Two to be the same

as they were for demonstratives in Phase One.  The Aligned Parties expressed concern about the sufficiency of the advance notice of the use of demonstratives.

6. **Phase Two exhibits**.

The parties identified four categories of Phase Two exhibits: (1) those exhibits which were previously admitted in Phase One; (2) the consolidated agreed list of admitted exhibits; (3) exhibits used either in a submitted deposition bundle or with a live witness; and (4) "Orphan" exhibits - those that are not in the first three categories but which the parties do not want to reveal them until a later date.

There was discussion of competing proposals by the U.S. and BP on the number of quantification exhibits permitted for categories 2 and 4.  The parties will meet-and-confer.  The issue will be on the agenda for a combined Work Group Conference and planning conference for source control and quantification on August 16.

The parties shall employ a procedure similar to that developed during the trial of Phase One for preparing a list of the exhibits and demonstrative aides used during the trial.  The process will be led by Anthony Irpino for the Aligned Parties, Anna Cross and Erica Pencak for the U.S., and Mark Nomellini and Peter Bartokus for BP.

7. **Anadarko's Motion in Limine** (rec. doc. 10826).

Judge Barbier does not want briefing now.  It is his opinion that his earlier ruling issued during Phase One applies to the Phase Two trial.

BP reported that the parties are working to determine if they can agree on whether other orders on motions in limine are applicable to Phase Two.

8.     **Aligned Parties**.

Alabama reported on its communications with Texas, Florida and Mississippi. They do not intend to present evidence or otherwise take an active role in Phase Two. They will be present during the trial of Phase Two. Texas and Mississippi recognize that the issues in Phases One and Two will not be re-litigated in the MDL.

9.     **Order on Presentation of Evidence.**

On August 6, the order on the presentation of evidence (August 6, 2013 Court's Version) was distributed. After its distribution, the U.S. made a proposal for live rebuttal of empty chair experts. The undersigned agrees with BP's position that Judge Barbier should see that portion of the report of the non-testifying expert that the expert for the U.S. is rebutting.

The U.S. raised the issue of whether an expert who serves as an expert for the U.S. in its case-in-chief and as a rebuttal expert, may testify in the U.S. case-in-chief and then return to the stand when the U.S. presents its rebuttal. BP is opposed to this procedure. It will be resolved on August 16, 2013.

## CONFERENCE SCHEDULE

| | |
|---|---|
| 08/16/13 | WGC meeting at 9:30 a.m. (to be followed by Planning Conference on Source Control and Quantification) |
| 08/23/13 | **Telephone only WGC at 9:30 a.m.** |
| 08/30/13 | **Telephone only WGC at 9:30 a.m.** |
| 09/05/13 | Phase Two Final Pre-Trial Conference at 2:00 p.m. |
| 09/06/13 | WGC meeting at 9:30 a.m. |
| 09/13/13 | WGC meeting at 9:30 a.m. |

09/20/13    **Telephone only WGC at 9:30 a.m.**

09/30/13    Commencement of Phase Two Trial - Source Control (Rec. doc. 10795)

10/07/13    Commencement of Phase Two Trial - Quantification

**All Saturdays are email free days.**

New Orleans, Louisiana, this 12th day of August, 2013.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**SALLY SHUSHAN**
　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**