IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * | MDL No. 2179  Section: J |
| This Document Applies to: No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al | * * * | Judge Carl J. Barbier  Magistrate Judge Sally Shushan |

## ORDER

On August 5, BP filed a renewed motion seeking an injunction to stop all payments from the Court Supervised Settlement Program (CSSP) until Special Master Freeh completes his investigation and issues his final report. [Rec. Doc. 10937] The motion is based on alleged additional evidence of problems in the CSSP that BP recently discovered.

IT IS ORDERED that the Claims Administrator shall file a response to BP's motion not later than Monday, August 26, 2013, at which time the matter will be submitted to the Court on the written briefs. Any other party wishing to file an opposition shall do so by the same deadline, limited to not more than ten double-spaced pages. No further briefing or submissions shall be accepted.

New Orleans, Louisiana, this 12th day of August, 2013.

_____
CARL J. BARBIER
United States District Judge