UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL: 2179 SECTION: J |
| **THIS DOCUMENT RELATES TO:** | * * | JUDGE CARL BARBIER |
| *Jorey Danos, et al. v. BP America Production Co., et al.* | * * | MAGISTRATE JUDGE SHUSHAN |
| **(C.A. No. 2:13-cv-03747-CJB-SS)** | * | |

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel of Record:

IT IS HEREBY ORDERED that LEO R. McALOON, III and MICHAEL D. CANGELOSI of the law firm GIEGER, LABORDE & LAPEROUSE, L.L.C., be enrolled as additional counsel of record for Defendant, Hepaco, Inc.

New Orleans, Louisiana this _____ day of _____ 2013.

_____
UNITED STATES DISTRICT JUDGE