UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL: 2179 |
| | * | SECTION: J |
| **THIS DOCUMENT RELATES TO:** | * * | |
| *Steve Kolian, et al. v. BP Exploration & Production, Inc., et al.* | * * | JUDGE CARL BARBIER |
| | * | MAGISTRATE JUDGE SHUSHAN |
| **(C.A. No. 2:12-cv-02338-CJB-SS)** | * * | |

_____

## MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, comes Defendant, Hepaco, Inc., which suggests to this Honorable Court that it wishes to enroll LEO R. McALOON, III and MICHAEL D. CANGELOSI of the law firm GIEGER, LABORDE & LAPEROUSE, L.L.C. as additional counsel of record in the above-captioned matter. Mover represents granting this motion will not delay the progress of this matter.

Additionally Hepaco, Inc.'s present counsel, as indicated by his electronic signature below, consents to and joins in the request to add undersigned counsel as additional counsel of record for Hepaco, Inc.

WHEREFORE, Defendant, Hepaco, Inc., respectfully moves the Honorable Court to allow LEO R. McALOON, III, and MICHAEL D. CANGELOSI to enroll as additional counsel on their behalf.

Respectfully submitted,

| | |
|---|---|
| */s/ Leo R. McAloon, III* | */s/ Jeffrey I. Mandel* |
| LEO R. McALOON, III (19044) | JEFFREY I. MANDEL (20935) |
| MICHAEL D. CANGELOSI (30427) | SHANNON BURR (28445) |
| GIEGER, LABORDE & LAPEROUSE, L.L.C. | JUGE, NAPOLITANO, GUILBEAU, |
| One Shell Square |   RULI & FRIEMAN |
| 701 Poydras Street, Suite 4800 | 3320 West Esplanade Avenue North |
| New Orleans, Louisiana  70139-4800 | Metairie, Louisiana 70002 |
| Telephone:  (504) 561-0400 | Telephone:  (504) 831-7270 |
| Facsimile:  (504) 561-1011 | Facsimile:  (504) 831-7284 |
| ATTORNEYS FOR DEFENDANT, | ATTORNEYS FOR DEFENDANT, |
|   HEPACO, INC. |   HEPACO, INC. |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served on all counsel of record via the Court's electronic filing system this 13th day of August, 2013.

*/s/ Leo R. McAloon, III*
LEO R. McALOON, III