## CONFERENCE ATTENDANCE RECORD

**DATE:** 8/9/13                **TIME:** 9:30

**CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.**

**DOCKET NUMBER & SECTION: MDL 2179**

**DISCOVERY STATUS     CONFERENCE**

 # PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Don Godwin | Halliburton |
| Alan York | " " |
| Jenny Martinez | " " |
| Bruce Bowman | " " |
| Sean Fleming | " " |
| Gwen Richard | " " |
| Stefanie Major McGregor | " " |
| Erika Toledo | " " |
| Corey Maze | Alabama |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Robin Greenwald | PSC |
| Winston Sudan | Alabama |
| Tony Fitch | Anadarko |
| Sarah Frams | Anadarko |
| Anthony Irpino | PSC |
| Douglas Kraus | La |
| Don Haycraft | BP |
| Carter Williams | TO |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

## MDL 2179 PHASE TWO CONFERENCE

<u>8-9-13 Telephone Participants</u>

Jim Roy

Tom Benson /DOJ

Grant Davis Deny /TO

Keri Karis /BP

Tamerli Godley /TO

Peter Bartozek /BP

Nat Chakeris /US

Erica Penzak /US

Anna Cross /US

Joe Russel /BP

Mike Petrino /BP

Billy Quinn /MI

Ryan Babisch /BP

Craig Pritzlaff /TX

Joe Eisert /BP

Caroline Raines /HESI

Ron Jones /PSC/Governor AL

Drake Martin /St. of FL