**From:** Ritter, Kristopher [mailto:ritterk@kirkland.com]
**Sent:** Thursday, May 23, 2013 9:37 AM
**To:** Mitch Toups; Janney Gordon
**Cc:** Langan, Andrew; *dkhaycraft@liskow.com
**Subject:** RE: Requests for Waiver of Service of Summons

Mitch, since each of your cases names BP p.l.c., which is not properly named, we are not in a position to accept service in those cases on any BP entity.

**Kristopher S. Ritter** | Kirkland & Ellis LLP
300 N. LaSalle | Chicago, IL 60654
Tel  +1-312-862-7118 | Fax  +1-312-862-2200
kristopher.ritter@kirkland.com

**From:** Mitch Toups [mailto:matoups@wgttlaw.com]
**Sent:** Thursday, May 23, 2013 9:34 AM
**To:** Ritter, Kristopher; Janney Gordon
**Cc:** Langan, Andrew; *dkhaycraft@liskow.com
**Subject:** RE: Requests for Waiver of Service of Summons

No we will go forward with service on them through the Hague if forced too—please let me know which ones you will accept service and I will move for service on PLCC though the Hague



EXHIBIT A

1