**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **ISAAC ANDERSON, INDIVIDUALLY** | § | |
| **AND D/B/A EPIPHANY LUTHERAN** | § | |
| **CHURCH, ET AL** | § | |
| | § | |
| **VS.** | § | **C.A. NO. 2:13 CV 976** |
| | § | |
| **BP P.L.C.; BP AMERICA, INC.; BP** | § | |
| **PRODUCTS NORTH AMERICA, INC.;** | § | **JURY TRIAL DEMANDED** |
| **BP AMERICA PRODUCTION COMPANY;** | § | |
| **BP EXPLORATION & PRODUCTION, INC.;** | § | |
| **TRANSOCEAN LTD.; TRANSOCEAN** | § | |
| **HOLDINGS, INC.; TRANSOCEAN** | § | |
| **DEEPWATER, INC.; TRANSOCEAN** | § | |
| **OFFSHORE DEEPWATER DRILLING, INC.;** | § | |
| **TRITON ASSET LEASING GMBH;** | § | |
| **HALLIBURTON ENERGY SERVICES, INC.** | § | |
| **AND SPERRY DRILLING SERVICES** | § | |

**MOTION TO EXTEND TIME TO SERVE**
**DEFENDANTS BP, P.L.C. AND TRITON ASSET LEASING GMBH**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs, Isaac Anderson, Individually and d/b/a Epiphany Lutheran Church, et al, and files their Motion to Extend Time to Serve Defendants BP, plc and Triton Asset Leasing GmbH, and for cause thereof would show unto the Court the following:

I.

Plaintiffs hereby respectfully move the Court for an *ex parte* order granting an extension of ninety (90) days from August 18, 2013, (pursuant to Rule 4(m) of the Federal Rules of Civil Procedure), to November 18, 2013. The Plaintiffs would show that all U.S. Defendants have been served. The Plaintiffs would further show that they forwarded Waivers of Service to

Defendants BP plc and Triton Asset Leasing GmbH, requesting that they waive service. Defendants BP plc did not agree to waive service (See Exhibit "A" – Email from Kristopher Ritter) and Triton Asset Leasing GmbH (They did not respond to Plaintiffs' request for waiver of service) did not agree to waive service.  Therefore, Plaintiffs immediately began the process of having citations issued and serving Defendants BP plc and Triton Asset Leasing GmbH pursuant to The Hague Convention as is required for service on non-U.S. foreign Defendants.  The process has been started, but is taking quite some time as the entire petition (consisting of 184 pages) translated into German prior to service of same as well as waiting on Defendants BP plc and Triton Asset Leasing GmbH to respond to Plaintiffs' Requests for Waivers of Service of Summons.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that the Court grant their Motion for Extension of Time to Serve Defendants BP plc and Triton Asset Leasing GmbH, and for such other and further relief, at law or in equity, to which Plaintiffs may show themselves justly entitled.

Respectfully submitted,

**WELLER, GREEN, TOUPS & TERRELL, L.L.P.**
Post Office Box 350
Beaumont, Texas 77704-0350
Telephone:  (409) 838-0101
Facsimile:  (409) 832-8577

By:      /s/ Mitchell A. Toups
         Mitchell A. Toups
         TEXAS BAR NO.  20151600

**ATTORNEYS FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing has been furnished to all counsel of record listed below by e-mail; facsimile; overnight delivery; Regular Mail and/or Certified Mail, Return Receipt Requested on August 13, 2013.

/s/ Mitchell A. Toups
Mitchell A. Toups