IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| ISAAC ANDERSON, INDIVIDUALLY AND D/B/A EPIPHANY LUTHERAN CHURCH, ET AL | § § § § | |
| VS. | § § | C.A. NO. 2:13 CV 976 |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC.; TRANSOCEAN LTD.; TRANSOCEAN HOLDINGS, INC.; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRITON ASSET LEASING GMBH; HALLIBURTON ENERGY SERVICES, INC. AND SPERRY DRILLING SERVICES | § § § § § § § § § § § § § | **JURY TRIAL DEMANDED** |

**ORDER**

On this day in the above numbered and entitled cause, came on for hearing the Motion to Extend Time to Serve Defendants BP plc and Triton Asset Leasing GmbH, and the Court, having considered said Motion, having reviewed the evidence and pleadings to be filed herein, is of the opinion that said Motion is meritorious and should, in all things, be **GRANTED**; it is accordingly,

**ORDERED**, **ADJUDGED** and **DECREED** that Plaintiffs' Motion to Extend Time to Serve Defendants BP plc and Triton Asset Leasing GmbH is **GRANTED**, and the deadline to serve Defendants BP plc and Triton Asset Leasing GmbH is extended an additional 90 days to November 18, 2013.