**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION: J |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**BP'S MOTION FOR LEAVE TO SUPPLEMENT RECORD**
**AND FILE MEMORANDUM REGARDING HALLIBURTON'S**
**POST-TRIAL GUILTY PLEA AGREEMENT**

BP Exploration & Production Inc. and BP America Production Company ("BP") move the Court for leave to file the attached Memorandum Regarding Halliburton's Post-Trial Guilty Plea Agreement, and to supplement the evidentiary record with the Guilty Plea Agreement and accompanying U.S. Government press release.

On July 25, 2013, shortly after the parties submitted their Phase 1 post-trial briefs and proposed findings, Halliburton agreed to plead guilty to destroying evidence relating to its internal examination of the *Deepwater Horizon* incident. The Guilty Plea Agreement and the U.S. Government press release provide new evidence relevant to the issues in this litigation, including the performance of Halliburton's cement job. BP's Memorandum advises the Court of the significance of this evidence to the litigation positions previously taken by Halliburton and the Government and to BP's pending sanctions motion (Rec. Doc. 8977).

Pretrial Order No. 41 (as amended) states that the Court may hold open the record between phases of the trial. (*See* Second Amended Pretrial Order No. 41, Rec. Doc. 6592 at 5.) Following the end of Phase 1 and the final Marshalling Conference, the Court stated that the Phase 1 was record was closed. (5/17/2013 Working Grp. Conf. Tr. 26:24-25.) Given the

subsequent development of the Halliburton Guilty Plea and in the interests of justice, BP respectfully requests that the Phase 1 record be reopened for the limited purpose of bringing to the Court's attention the facts and circumstances of the Guilty Plea, as those matters bear directly on issues relevant to the Phase 1 proceedings.

WHEREFORE, BP requests that the Court grant this Motion and: (1) permit BP to file the attached Memorandum; and (2) include Exhibit 1 (Guilty Plea Agreement) and Exhibit 2 (Government press release) thereto in the evidentiary record.

August 13, 2013                                    Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar#14361)
R. Keith Jarrett (Bar#16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

J. Andrew Langan, P.C.
Matthew T. Regan, P.C.
Hariklia Karis, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
312-862-2000 (Tel)
312-862-2200 (Fax)

Robert C. "Mike" Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
202-662-5985

*Attorneys for Defendants BP Exploration & Production Inc. and BP America Production Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of August, 2013.

<u>/s/ Don K. Haycraft</u>
Don K. Haycraft