# EXHIBIT 3

**From:** Thomas Roth
Sent: Sun Jul 25 10:34:57 2010
To: Anthony Badalamenti; Simon Turton
Subject: Re: Fred Sabins
Importance: Normal

Anthony good point. Spacer volume was sufficient to sweep entire anulus volume. As such, spacer was sufficient to sweep channel. Subsequent testing with 3D confirms statement that spacer was sufficient...Tommy
--------------------
BlackBerry Wireless Handheld

---

**From:** Anthony Badalamenti
**To:** Simon Turton; Thomas Roth
**Sent:** Sun Jul 25 08:44:47 2010
**Subject:** Re: Fred Sabins

Simon and Tommy. Having thought about this from the other side of the desk. I think one of the areas that we have to address is the following

"Halliburton your computer simulator indicated channeling, which lead to mud and cement inter mixing. However you still recommended foam cement. " ..........

Anthony

---

**From:** Simon Turton
**To:** Thomas Roth; Anthony Badalamenti
**Sent:** Fri Jul 23 11:39:02 2010
**Subject:** RE: Fred Sabins

Kirk Harris shared this info with Bill Hunter this week. Kirk remains in contact with Fred and they regularly meet in Houston.

Simon.

---

**From:** Thomas Roth
**Sent:** Friday, July 23, 2010 11:38 AM
**To:** Simon Turton; Anthony Badalamenti
**Subject:** Re: Fred Sabins

Simon:

Not surprising.

Who is source of the rumor?...Tommy
--------------------------
BlackBerry Wireless Handheld

---

**From:** Simon Turton
**To:** Thomas Roth; Anthony Badalamenti
**Sent:** Fri Jul 23 10:50:30 2010
**Subject:** Fred Sabins
Tommy, Anthony,
    FYI,.....Fred Sabins is consulting to bp performing an investigation into our foam slurry used on Macondo 252 #1 well. Rumour is he is determined to prove slurry instability as a stand alone system and when contaminated with spacer/mud. I was told that Fred is not a foam supporter and hence is trying to prove a point. Just wanted to keep you abreast of the rumour mill.
Best Regards,.....

Simon.

4352
Exhibit No. _____
Worldwide Court
Reporters, Inc.

CONFIDENTIAL                                    HAL_1071448