UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

In re: DEEPWATER HORIZON OIL SPILL  
OPT-OUT AND EXCLUSION LITIGATION

MDL Docket No. 2179  
JUDGE BARBIER

## MOTION TO INTERVENE UNDER RULE 24

THIS DOCUMENT RELATES TO: *Anderson, Carter & Montross, LLC v. BP Exploration & Production, Inc., et al,* MSS/1:13-CV-119-LG-JMR.

**COMES NOW**, the Intervenor, Gene Arnn, by and through undersigned counsel, and hereby files this Motion to Intervene, pursuant to Federal Rules of Civil Procedure Rule 24, and moves the Court for an Order allowing it to intervene in this action, and would show unto the Court the following, to-wit:

1. Intervener, Gene Arnn, has an interest relating to Plaintiff, Anderson, Carter & Montross, LLC's ("ACM") claim in the above-captioned case. Mr. Arnn received an Agreed Judgment against ACM in the County Court of Harrison County, Mississippi, Second Judicial District, Cause NO. D2402-11-158. As part of this Agreed Judgment, ACM agreed to assign its BP Claim to Mr. Arnn. *See* Agreed Judgment attached hereto as **Exhibit A**

2. ACM assigned to Gene Arnn all of its right, title and interest in a certain lawsuit styled "Deepwater Horizon," in the U.S. Court of Eastern District of Louisiana, Cause No. 10-8888, 10-2771 – GCCF Claim Number 3356156. Attached hereto and made a part of this Motion to Intervene is the Affidavit of Assignment of Interest, **Exhibit B**.

3. Counsel for ACM and Gene Arnn have agreed to a proposed order, attached hereto as **Exhibit C**.

**WHEREFORE, PREMISES CONSIDERED,** Gene Arnn files this Motion to Intervene and requests that the Court issue an Order for the relief sought, and allow Gene Arnn to intervene in this matter and protect his interest and grant any other necessary and proper relief in the premises.

Respectfully submitted, this the 13th day of August, 2013.

          Respectfully submitted,
          GENE ARNN

          /s/Russell S. Gill
          Russell S. Gill, MSB #4840

Russell S. Gill, PLLC
638 Charles Ave.
Biloxi, MS 39530
Tel (228) 432-0007
Fax (228) 547-0594
E-Mail: rsgill@datasync.com
COUNSEL FOR INTERVENOR

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing pleading or other paper with the Clerk of the Court using the US District Court system which sent notification of such filing to the following:

Mariano J. Barvie, Esq.
Hopkins, Barvie & Hopkins, P.L.L.C.
P.O. Box 1510
Gulfport, MS 39502-1510
E-Mail: mbarvie@hopkins-law.com
ATTORNEY FOR PLAINTIFF

ATTORNEYS ON RECORD FOR DEFENDANTS

SO CERTIFIED: This the 13th day of August, 2013.

          /s/ Russell S. Gill
          Russell S. Gill, MSB #4840