IN THE COUNTY COURT OF HARRISON COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT

GENE ARNN                                                          PLAINTIFF

VERSUS                                                    CAUSE NO. D2402-11-158

ANDERSON, CARTER & MONTROSS, LLC,
also known as ANDERSON, CARTER & CO.; and
TRAVIS B. ANDERSON & JAMES H. CARTER,
Personally and Individually                                       DEFENDANTS

## AGREED JUDGMENT

This Case having come before the Court for Bench Trial on February 1, 2012, and, the parties having announced to the Court on the record that an agreement was reached to enter into an Agreed Judgment, the Court hereby Finds, Orders and Adjudges as follows:

1.  The Plaintiff, GENE ARNN, shall have and take a Judgment of and from the Defendant, ANDERSON, CARTER & MONTROSS, LLC, a/k/a ANDERSON, CARTER & CO., in the principal sum of One Hundred Ninety-Five Thousand Two Hundred Sixty-Six Dollars and 67/100. ($195,266.67) plus Court Costs. Further, as part of this Agreed Judgment, and without limiting Plaintiff's other post-Judgment remedies, Defendant shall do the following:

   a.  Defendant shall within 30 days of this Judgment's execution assign its interest in a pending collection suit against A1 Towing and Billy Burkett, to the extent of this Judgment;

   b.  Defendant shall within 30 days of this Judgment's execution assign its interest in a pending collection suit against Luker & Son Construction, to the extent of this Judgment;

   c.  Defendant shall within 30 days of this Judgment's execution assign its interest in a pending claim against BP Exploration & Production, Inc.; BP America Production Company; BP p.l.c.; other responsible parties; Transocean Defendants; Dispersant Defendants; Nalco Company; Defendant Corporations A-Z; and/or Defendants John and Jane Does A-Z or GCCF, or any and all other responsible parties, to the extent of this Judgment;


EXHIBIT A

    d.    Defendant has assigned its interest in a Contract with Nungesser Industries, LLC dated March 9, 2010, and shall renew same within 30 days of this Judgment's execution;

    e.    Defendant has assigned its interest in a Contract with GCM Logistics dated March 16, 2010, and shall renew same within 30 days of this Judgment's execution.

2.    Defendant ANDERSON, CARTER & MONTROSS, LLC, a/k/a ANDERSON, CARTER & CO., assigns these rights enumerated in the preceding paragraph up to the amount of this Agreed Judgment. Defendant shall supply Plaintiff all documentation that exists now or in the future relating to these assignments.

3.    Defendant ANDERSON, CARTER & MONTROSS, LLC, a/k/a ANDERSON, CARTER & CO., shall execute such documents as are necessary to effectuate the agreements reached in the Agreed Judgment within 30 days of the date of this Agreed Judgment. Should Defendant fail to comply with the terms of this Agreed Judgment, the Court retains jurisdiction to grant contempt relief, or any other relief allowed by law.

SO ORDERED AND ADJUDGED, this the 1st day of ~~February~~ March, 2012.

_____
COUNTY COURT JUDGE

AGREED:

_____
MARIANO BARVIE', ESQ.
Attorney for Defendant

_____
RUSSELL S. GILL, ESQ.
J. LEANN THOMPSON, ESQ.
Attorneys for Plaintiff

FILED
MAR 0 2 2012
GAYLE PARKER
CIRCUIT CLERK
BY:_____ D C

Judgment Prepared by:
Russell S. Gill, MSB#4840
J. Leann Thompson, MSB#103749
Russell S. Gill, PLLC
638 Howard Avenue
Biloxi, Mississippi 39530
Telephone: 228-432-0007
Facsimile: 228-432-0025