## ASSIGNMENT OF INTEREST

Anderson, Carter & Montross, LLC (hereinafter "ACM") hereby assigns to Gene Arnn all of its right, title and interest in a certain lawsuit styled "<u>Deepwater Horizon</u>," U.S. District Court of _____ Parish, Louisiana, Cause No. <s>10-8888</s> 10-2771, presently on file in the <u>U. S.</u> Court District of <u>Eastern</u> Parish, _____ Judicial District. District of Louisiana. - GCCF Claim Number 3356156

By this instrument, ACM hereby assigns all of its interest in said claim to Gene Arnn. Further, ACM promises and covenants to provide witnesses and documents to support said claims, and to cooperate fully with Arnn and any attorneys to secure a Judgment or settlement. This assignment is subject to the Judgment Arnn has, and should ACM satisfy or reduce said Judgment this assignment will be reduced accordingly.

This assignment is also subject to any attorney fee contract existing between ACM and any attorney prior to its execution. Any sums paid through this assignment shall be sent to Russell S. Gill, P.L.L.C.

Should ACM not cooperate in prosecuting the lawsuit named above, it is subject to enforcement by the County Court of Harrison County, including attorney fees.

This the 3rd day of April, 2012.

_____
Anderson, Carter & Montross, LLC
TRAVIS ANDERSON

STATE OF MISSISSIPPI
COUNTY OF Harrison

Personally came and appeared before me, the undersigned authority in and for the State and County aforesaid, the within named Travis Anderson who first being sworn, states that he signed the above and foregoing Assignment of Interest on the day and year therein mentioned.

SWORN TO AND SUBSCRIBED BEFORE ME, this the 3rd day of April, 2012.

_____
Notary Public

[Notary Seal: STATE OF MISSISSIPPI, RITA STONE BENTZ, ID No 22983, NOTARY PUBLIC, Comm Expires December 3, 2012, HARRISON COUNTY]

EXHIBIT B