UNITED STATES JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

In re: DEEPWATER HORIZON OIL SPILL
OT-OUT AND EXCLUSION LITIGATION

2:10md-02179-CJB-SS

**AGREED ORDER**

THIS DOCUMENT RELATES TO: *Anderson, Carter & Montross, LLC vs. BP Exploration & Production, Inc., et al*, MSS/1:13-cv-119-LG-JMR; US District Court, Eastern District of Louisiana, 2:13-cv-02582-CJB-SS

The Motion to Intervene by GENE ARNN, having come before the Court for consideration, and the Court having reviewed the Motion and being advised in the premises that there is no objection by Anderson, Carter & Montross, LLC, hereby finds that the Motion is well taken and should be granted.

IT IS THEREFORE,

ORDERED AND ADJUDGED, that GENE ARNN is hereby allowed to intervene in this action for the limited purpose of protecting his interest by assignment, and that no disbursement of money shall be made to Plaintiff without an Order that adjudicates Intervenor's assignment interest. Intervenor shall be noticed on all pleadings and hearing in this matter.

SO ORDERED AND ADJUDGED this the _____ day of _____, 2013.

_____
U.S. DISTRICT COURT JUDGE

AGREED AND APPROVED:

_____
Russell S. Gill, Esq.
Attorney for Intervener

_____
Mariano J. Barvie, Esq.
Attorney for Plaintiff

EXHIBIT
C