

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: Oil Spill by the Oil Rig        MDL NO. 2179
       "Deepwater Horizon" in the Gulf
       of Mexico, on April 20, 2010        SECTION J

Applies to: *All Cases*        JUDGE BARBIER
       MAGISTRATE JUDGE SHUSHAN

---

**REPORT BY THE CLAIMS ADMINISTRATOR OF THE DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT ON THE STATUS OF CLAIMS REVIEW**

| STATUS REPORT NO. | 12 | DATE | August 14, 2013 |
|---|---|---|---|

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | |
| of Mexico, on April 20, 2012 | SECTION J |
| | |
| Applies to: *All Cases* | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

<u>REPORT BY THE CLAIMS ADMINISTRATOR OF THE DEEPWATER HORIZON
ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT ON THE
STATUS OF CLAIMS REVIEW</u>

<u>STATUS REPORT NO. 12, DATED AUGUST 14, 2013</u>

The Claims Administrator of the Deepwater Horizon Economic and Property Settlement
Agreement (the "Settlement Agreement") submits this Report to inform the Court of the status of
the implementation of the Settlement Agreement as of August 11, 2013.  The Claims
Administrator will provide any other information in addition to this Report as requested by the
Court.

I.     STATUS OF THE CLAIMS REVIEW PROCESSES AND CLAIM PAYMENTS

A.  <u>Claim Submissions</u>.

1.  **Registration and Claim Forms.**

The Claims Administrator opened the Settlement Program with needed functions staffed
and operating on June 4, 2012, just over 30 days after the Claims Administrator's appointment.
We have received 170,810 Registration Forms and 197,807 Claim Forms since the Program
opened, as shown in the Public Statistics for the Deepwater Horizon Economic and Property
Damages Settlement ("Public Report") attached as Exhibit A.  Claimants have begun but not
fully completed and submitted 12,179 Claim Forms.   The Forms are available online, in hard
copy, or at Claimant Assistance Centers located throughout the Gulf.  Of the total Claim Forms

submitted, 12% of claimants filed in the Seafood Program, 18% filed Individual Economic Loss (IEL) Claims, and 34% filed Business Economic Loss (BEL) Claims (including Start-up and Failed BEL Claims). *See* Ex. A, Table 2. DWH staff at the Claimant Assistance Centers assisted in starting and/or completing 33,685 of these Claim Forms. *See* Ex. A, Table 3. The nineteen Claimant Assistance Centers also provide other forms, including Personal Representative Forms, Subsistence Interview Forms and Sworn Written Statements and Authorizations.

### 2.   Minors, Incompetents and Deceased Claimants.

The table below describes the claims filed on behalf of minors, incompetents and deceased claimants in the Settlement Program.

| Table 1.  Minors, Incompetents and Deceased Claimants | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Minor Claimants | | Incompetent Claimants | | Deceased Claimants | |
| | | Total | Change Since Last Report | Total | Change Since Last Report | Total | Change Since Last Report |
| 1. | Claims Filed | 50 | 0 | 75 | +4 | 263 | +16 |
| 2. | Referred to GADL | 12 | +2 | 5 | 0 | N/A | N/A |
| 3. | Eligible for Payment | 9 | 0 | 41 | +2 | 125 | +11 |
| 4. | Approval Orders Filed | 7 | 0 | 32 | +3 | 98 | +4 |

### 3.   Third Party Claims.

Court Approved Procedure Order No. 1 (as entered September 9, 2012, and amended March 11, 2013) ("CAP") defines the process by which the Claims Administrator will receive, process and pay the claims and/or liens asserted by attorneys, creditors, governmental agencies, or other third parties against the payments to be made by the Claims Administrator to eligible claimants under the Settlement Agreement ("Third Party Claims") and the procedure to resolve disputes between a claimant and a Third Party Claimant over a Third Party Claim.

We require a Third Party Claimant to send us enforcement documentation soon after the initial Third Party Claim assertion, and we notify the claimant about an Enforced Third Party Claim against a potential Settlement Payment as soon as we receive sufficient documentation, regardless of where the underlying Settlement Program Claim is in the review process.  The claimant may, but does not have to, object to the Third Party Claim at this time.  After we send an Eligibility Notice to the affected Settlement Program Claimant against whom an Enforced Lien has been asserted, meaning that the underlying claim and the Third Party Claim are payable, we send the claimant/claimant's attorney and the Third Party Claimant a Notice of Valid Third Party Claim and provide the claimant 20 days to notify us of any objection to the Third Party Claim.  Any disputes over Third Party Claims must be resolved by agreement of the parties or through a dispute resolution process.

We continue to process and pay Third Party Claims as reflected in Table 2 below.

| | Table 2.  Third Party Claims | | | | | | |
|---|---|---|---|---|---|---|---|
| | Type of Third Party Claim ("TPC") | TPCs Asserted | TPCs Asserted Against Claimants With a DHCC ID | TPCs[1] Asserted Against Payable Claims | Valid TPCs Asserted Against Payable Claims | TPCs Paid/ Ready for Payment (TPClmt) | Claims with TPCs Paid/ Ready for Payment (Clmt) |
| 1. | Attorney's Fees | 2,436 | 1,970 | 373 | 206 | 130 | 439 |
| 2. | IRS Levies | 519 | 480 | 51 | 52 | 50 | 60 |
| 3. | Individual Domestic Support Obligations | 274 | 151 | 81 | 65 | 61 | 69 |
| 4. | Blanket State-Asserted Multiple Domestic Support Obligations | 4 states | N/A | N/A | N/A | 0 | 0 |
| 5. | 3rd Party Lien/Writ of Garnishment | 642 | 276 | 14 | 7 | 3 | 5 |

[1] The streamlined enforcement requirements allow us to assess validity earlier in the process, although we will not know if a Valid TPC is asserted against a payable claim until the Eligibility Notice goes out.

| Table 2.  Third Party Claims | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Type of Third Party Claim ("TPC") | TPCs Asserted | TPCs Asserted Against Claimants With a DHCC ID | TPCs[1] Asserted Against Payable Claims | Valid TPCs Asserted Against Payable Claims | TPCs Paid/ Ready for Payment (TPClmt) | Claims with TPCs Paid/ Ready for Payment (Clmt) |
| 6. | Claims Preparation/ Accounting | 908 | 719 | 37 | 15 | 5 | 10 |
| 7. | TOTAL | 4,779 | 3,596 | 556 | 345 | 249 | 583[2] |

To date, we have removed 1,372 lien holds due to parties releasing their claims or resolving disputes.[3]

B. **Claims Review.**

We completed our first reviews and issued our first outcome notices on July 15, 2012, and Payments on July 31, 2012.  There are many steps involved in reviewing a claim so that it is ready for a notice.

1. **Identity Verification.**

The Tax Identity Number (TIN) Verification review is the first step in the DWH claims review process.  The Claimant Identity Team has initiated verifications for 144,208 claimants. Of those, we matched the TIN and claimant's name to public records databases and verified identity for 79,998 claimants from the initial query through LexisNexis and/or D&B.  Initially, 64,210 claimants' information could not be matched to the public records databases and we reviewed these claims to determine if we can identify name changes or typographical errors and re-queried these claims through public searches to resolve 50,469 claimants' records and verified the identity.  After this initial review, we could still not match 13,741 claimants' data to public

---

[2] If the TPC amount is in dispute, we pay the claimant the undisputed portion of the Settlement Payment.  A TPC can be asserted against one or more Settlement Program Claims.  For these reasons, this total may not be equal to the total of the two preceding columns.

[3]  This number may fluctuate due to reassertions of disallowed liens.

records databases and issued Notices to claimants asking for official documentation from the Internal Revenue Service or Social Security Administration that confirms the claimant's TIN.  Of these, 11,623 claimants have submitted information/documents that helped confirm the claimants' information and verify the identity.  Of the remaining 2,118 claimants whose identity has not yet been verified, 726 are still within the time period to respond to the Notice.  Of the 726 still within the time period, 21 responded to the Notice and are under review to determine if we can verify the identity.  Of the remaining 1,392, 1,123 responded to the Notice but the response did not help verify the identity – 13 after the initial and 1,110 after the follow up Notice -- and 269 did not respond to the Notice and their time to respond has passed.

The table below contains information on the number of claimants that were verified during an initial Identity Verification review, and the type and number of TIN Verification Notices issued when we could not verify identity after the initial review.

| | Table 3.  Identity Verification Review Activity. | | | | |
|---|---|---|---|---|---|
| | **Outcome** | **Claims Reviewed Since Last Report** | **Monthly Percentage** | **Total Claims Reviewed** | **Total Percentage** |
| 1. | **Verified During Review** | 2,891 | 78.1% | 50,469 | 78.4% |
| 2. | **SSN Notice Issued** | 46 | 1.2% | 2,346 | 3.6% |
| 3. | **ITIN Notice Issued** | 2 | .1% | 412 | .6% |
| 4. | **EIN Notice Issued** | 762 | 20.6% | 11,167 | 17.4% |
| 5. | **Total Reviewed** | 3,701 | 100% | 64,394 | 100% |

The table below contains information on the number of TIN Verification Notices issued, how many have been cured after the claimant responded to the Notice, and the average time to cure in days.

| Table 4.  Identity Incompleteness Activity. | | | | |
|---|---|---|---|---|
| | **Notice Type** | **Notices Issued** | **Number Cured** | **Percentage Cured** | **Days to Cure** |
| 1. | SSN Notice | 2,346 | 1,900 | 81.0% | 42 |
| 2. | ITIN Notice | 412 | 345 | 83.7% | 26 |
| 3. | EIN Notice | 11,167 | 9,494 | 85.0% | 33 |
| 4. | Total Issued | 13,925 | 11,739 | 84.3% | 34 |

### 2.  Document Categorization.

Document Categorization is the process by which we classify the documents that claimants submit to the Program.  Document Categorization is an initial step in the claims review process where reviewers assign a Document Type to each document received.  This is a necessary step in the process to ensure that the intake of information is properly accounted for during the review.   On June 28, 2013, we added an optional feature to enhance this process.  To better assist claimants and firms in organizing claim documentation and tracking the documentation that has been submitted, we have enhanced the Upload Document feature on Law Firm Portals within the DWH system to include a Document Type drop-down menu.  This allows law firms to assign a Document Type to each document when the firm uploads claimants' documents to the firm Portal.  This change helps increase the speed of claims review and improves the efficiency of the Document Categorization portion of our review system.

### 3.  Employer Verification Review ("EVR").

The EVR process ensures that all employees of the same business are treated uniformly and that each business is placed in the proper Zone.  The review also walks through the intricate analysis necessary to assign the right NAICS code to a business. The EVR team has completed the EVR analysis for over 185,000 businesses and rental properties.

From July 11, 2013, through August 10, 2013, the team completed the EVR step for 8,916 businesses and properties.  We identified an average of 356 new businesses and properties to review each day and completed the EVR review for an average of 288 businesses and

properties each day.  We continue to review new businesses and rental properties on a first-in, first-out basis.

> 4.  **Exclusions.**

The Exclusions review process ensures that claims and claimants excluded under the Settlement Agreement are appropriately denied.  The Exclusions team guides the reviewers and the EVR team when questions arise during the exclusion determination.  Table 5 below shows the number of Denial Notices issued to date for each Exclusion Reason and the team responsible:

| | Table 5.  Exclusions | | | |
|---|---|---|---|---|
| | **Exclusion Reason** | **Team Responsible** | **Denial Notices Since Last Report** | **Total Denial Notices** |
| 1. | GCCF Release | | 326 | 6,979 |
| 2. | BP/MDL 2179 Defendant | Exclusions | 21 | 259 |
| 3. | US District Court for Eastern District of LA | | 0 | 22 |
| 4. | Not a Member of the Economic Class | | 0 | 195 |
| 5. | Bodily Injury | Claims Reviewers | 0 | 4 |
| 6. | BP Shareholder | | 0 | 7 |
| 7. | Transocean/Halliburton Claim | | 0 | 0 |
| 8. | Governmental Entity | Claims Reviewers/ EVR | 20 | 698 |
| 9. | Oil and Gas Industry | | 46 | 542 |
| 10. | BP-Branded Fuel Entity | | 1 | 37 |
| 11. | Menhaden Claim | | 0 | 15 |
| 12. | Financial Institution | | 20 | 219 |
| 13. | Gaming Industry | | 13 | 649 |
| 14. | Insurance Industry | EVR | 18 | 163 |
| 15. | Defense Contractor | | 14 | 321 |
| 16. | Real Estate Developer | | 59 | 149 |
| 17. | Trust, Fund, Financial Vehicle | | 1 | 14 |
| 18. | **Total Denial Notices from Exclusions** | | **539** | **10,273** |

### 5.   Claimant Accounting Support Reviews.

A special team handles Claimant Accounting Support ("CAS") reviews.  CAS reimbursement is available under the Settlement Agreement for IEL, BEL, and Seafood claims. After a claim is returned from the Accountants or BrownGreer's reviewers as payable and the Compensation Amount is known, the CAS team reviews accounting invoices and CAS Sworn Written Statements.  Table 6 includes information on the number of CAS reviews we have completed to date, whether the Accounting Support documentation was complete or incomplete, and the amounts reimbursed.

| | Claim Type | CAS Review Result | | | | Total CAS Reviews | | CAS $ Amount Reimbursed | |
|---|---|---|---|---|---|---|---|---|---|
| | | Complete | | Incomplete | | | | | |
| | | Since Last Report | Total to Date | Since Last Report | Total to Date | Since Last Report | Total to Date | Since Last Report | Total to Date |
| 1. | BEL | 1088 | 8417 | 98 | 832 | 1186 | 9249 | $2,162,280.15 | $12,982,347.96 |
| 2. | IEL | 354 | 1436 | 49 | 255 | 403 | 1691 | $74,634.71 | $192,452.64 |
| 3. | Seafood | 82 | 3525 | 58 | 659 | 140 | 4184 | $56,098.91 | $1,406,977.49 |
| 4. | TOTAL | 1524 | 13378 | 205 | 1746 | 1729 | 15124 | $2,293,013.77 | $14,581,778.09 |

Table 6.  Claimant Accounting Support Reviews

### 6.   QA Review.

The Quality Assurance ("QA") process addresses three fundamental needs of the Settlement Program, which are to: (a) ensure that all claims are reviewed in accordance with the policies of the Settlement Agreement by targeting anomalous claims results through data metrics analysis; (b) provide a mechanism to monitor reviewer performance and the necessary tools to efficiently and effectively provide feedback to reviewers; and (c) identify areas of review resulting in high error rates that require retraining or refined review procedures and data validations.

We have implemented a reviewer follow-up process for all claim types.  We provide daily follow-up to reviewers whose claims resulted in different results after a QA review the day before.  We also have a report that identifies specific reviewers who require re-training, and reveals whether there are issues that warrant refresher training for all reviewers.  Table 7 shows, by Claim Type, the number of claims identified for QA review through the database QA process, as well as how many QA reviews have been completed, how many are in progress, and how many are awaiting review.

| | Claim Type | Total Claims Needing QA To Date | QA Reviews Completed | % Completed | QA Reviews in Progress | Claims Awaiting QA | QA Reviews Completed Since Last Report |
|---|---|---|---|---|---|---|---|
| | **Table 7.  Quality Assurance Reviews** | | | | | | |
| 1. | Seafood | 23,227 | 22,641 | 97% | 513 | 73 | 1,097 |
| 2. | IEL | 21,088 | 18,481 | 88% | 1,230 | 1,367 | 2,962 |
| 3. | BEL | 17,300 | 13,799 | 80% | 246 | 3,255 | 1,904 |
| 4. | Start-Up BEL | 1,368 | 1,170 | 86% | 30 | 168 | 117 |
| 5. | Failed BEL | 1,686 | 1,528 | 91% | 22 | 136 | 84 |
| 6. | Coastal Real Property | 17,728 | 17,673 | 100% | 44 | 11 | 839 |
| 7. | Real Property Sales | 730 | 730 | 100% | 0 | 0 | 24 |
| 8. | VoO Charter | 7,484 | 7,477 | 100% | 3 | 4 | 66 |
| 9. | Subsistence | 17,680 | 6,993 | 40% | 314 | 10,373 | 2,189 |
| 10. | Wetlands | 3,111 | 3,031 | 97% | 31 | 49 | 296 |
| 11. | Vessel Physical Damage | 1,045 | 1,008 | 96% | 13 | 24 | 151 |
| 12. | **TOTAL** | **112,447** | **94,541** | **84%** | **2,446** | **15,460** | **9,729** |

### 7.  Claim Type Review Details.

Table 8 provides information on the number of claims filed, how many claims have been reviewed to Notice, the claims remaining to review, and how many claims were reviewed to

either a Notice or "Later Notice" to date, by claim type. Table 8 splits the claims reviewed to a "Later Notice" into separate sections distinguishing claims receiving Notices after we conduct a Reconsideration review from claims reviewed for additional materials submitted by a claimant in response to an Incompleteness Notice.

| Table 8. Throughput Analysis of Claims Filed and Notices Issued | | | | | | | | | |
|:---|:---|:---|:---|:---|:---|:---|:---|:---|:---|
| A. Claims Reviewed to First Notice | | | | | | | | | |
| | | Status of All Claims Filed | | | | | Productivity Since Last Report on 7/11/13 | | |
| | Claim Type | Total Claims Filed To Date | Reviews Completed to Notice | | Claims Remaining to Review | | New Claims Filed | Avg Daily Claims Filed | Reviews Completed to First Notice | Avg Daily Reviews to First Notice |
| 1. | Seafood | 24,139 | 22,813 | 95% | 1,326 | 5% | 113 | 4 | 227 | 7 |
| 2. | IEL | 32,282 | 29,527 | 91% | 2,755 | 9% | 811 | 26 | 1,390 | 45 |
| 3. | IPV/FV | 254 | 233 | 92% | 21 | 8% | 10 | 0 | 7 | 0 |
| 4. | BEL | 62,807 | 33,208 | 53% | 29,599 | 47% | 6,288 | 203 | 3,706 | 120 |
| 5. | Start-Up BEL | 3,958 | 2,923 | 74% | 1,035 | 26% | 200 | 6 | 204 | 7 |
| 6. | Failed BEL | 2,843 | 2,207 | 78% | 636 | 22% | 127 | 4 | 119 | 4 |
| 7. | Coastal RP | 28,004 | 26,815 | 96% | 1,189 | 4% | 1,296 | 42 | 1,481 | 48 |
| 8. | Wetlands RP | 6,852 | 4,139 | 60% | 2,713 | 40% | 502 | 16 | 546 | 18 |
| 9. | RPS | 1,311 | 1,196 | 91% | 115 | 9% | 55 | 2 | 60 | 2 |
| 10. | Subsistence | 25,592 | 7,022 | 27% | 18,570 | 73% | 2,271 | 73 | 1,556 | 50 |
| 11. | VoO | 8,468 | 8,323 | 98% | 145 | 2% | 53 | 2 | 58 | 2 |
| 12. | Vessel | 1,297 | 1,175 | 91% | 122 | 9% | 80 | 3 | 74 | 2 |
| 13. | TOTAL | 197,807 | 139,581 | 71% | 58,226 | 29% | 22,758 | 759 | 19,678 | 656 |
| B. Claims Reviewed to Later Notice | | | | | | | | | |
| | | Initial or Preliminary Incompleteness Response | | | Follow-Up Incompleteness Responses | | | Requests for Reconsideration | | |
| | Claim Type | Total Responses | Claims with Later Notice | Remaining Claims | Total Responses | Claims with Later Notice | Remaining Claims[2] | Total Requests | Claims with Later Notice | Remaining Claims[2] |
| 1. | Seafood | 5,604 | 4,471 | 1,133 | 2,231 | 1488 | 743 | 2,648 | 1,361 | 1,287 |
| 2. | IEL | 13,919 | 10,802 | 3,117 | 5,330 | 3324 | 2,006 | 2,658 | 1,486 | 1,172 |
| 3. | IPV/FV | 81 | 78 | 3 | 30 | 26 | 4 | 31 | 28 | 3 |
| 4. | BEL | 17,562 | 10,675 | 6,887 | 5,702 | 3318 | 2,384 | 2,696 | 1,801 | 895 |
| 5. | Start-Up BEL | 1,613 | 1,073 | 540 | 736 | 411 | 325 | 275 | 171 | 104 |
| 6. | Failed BEL | 739 | 502 | 237 | 395 | 217 | 178 | 332 | 218 | 114 |
| 7. | Coastal RP | 4,257 | 3,956 | 301 | 1,131 | 1021 | 110 | 1,273 | 1,095 | 178 |

| Table 8.  Throughput Analysis of Claims Filed and Notices Issued | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 8. | Wetlands RP | 254 | 186 | 68 | 49 | 35 | 14 | 398 | 246 | 152 |
| 9. | RPS | 203 | 199 | 4 | 56 | 55 | 1 | 154 | 130 | 24 |
| 10. | Subsistence | 2,338 | 327 | 2,011 | 314 | 19 | 295 | 72 | 15 | 57 |
| 11. | VoO | 862 | 852 | 10 | 359 | 338 | 21 | 591 | 576 | 15 |
| 12. | Vessel | 664 | 617 | 47 | 269 | 230 | 39 | 139 | 124 | 15 |
| 13. | TOTAL | 48,096 | 33,738 | 14,358 | 16,602 | 10,482 | 6,120 | 11,267 | 7,251 | 4,016 |

### C.  Claim Payments.

#### 1.  Notices and Payments.

We issued our first payments to claimants on July 31, 2012.  Tables 4 and 5 of the Public Report attached at Exhibit A provide detail on the notices and payments issued to date.  As of August 10, 2013, we have issued 53,309 Eligibility Notices with Payment Offers totaling over $4.44 billion. As of that date, we also have made over $3.16 billion in payments on 43,031 claims.

#### 2.  Claimants in Bankruptcy.

We have revised our Bankruptcy Procedures to allow a claimant whose bankruptcy was closed after April 20, 2010, but is no longer subject to a revocation, to receive payment without submitting an Approval or Disclaimer Order from the applicable Bankruptcy Court.  This complies with the U.S. Bankruptcy Code, as required in Settlement Agreement Section 30.1.  We have issued Bankruptcy Notices to 280 claimants with active claims who identified an open bankruptcy case on their Registration Forms.  We continue to review these claim files to determine whether the claimants have submitted the documents necessary to remove the bankruptcy hold so the claims can be paid.  For claimants who have not submitted all of the requested documentation, we continue to reach out to those claimants to let them know what needs to be submitted so they can receive payment on their claims.  To date, we have removed

348 bankruptcy holds after determining that the bankruptcy is closed and not subject to revocation, or that the claimant submitted the required documents to receive payment.

    **D.  Re-Reviews, Reconsiderations and Appeals.**

        **1.  Re-Review Reviews and Outcomes.**

The Claims Administrator implemented a Re-Review process beginning on January 18, 2013, that provides claimants with the opportunity to request a Re-Review of their claim within 30 days after an Eligibility or Denial Notice if they have additional documents not previously submitted to support their claim.  This Re-Review leads to a Post Re-Review Notice, from which claimants may then request Reconsideration if they wish.  To date, there have been 50,857 Eligibility and Denial Notices issued from which claimants can seek Re-Review.  Of those, 3,839 are still within the 30 day window to seek Re-Review and have not yet done so, leaving 47,018 that have passed the window for seeking Re-Review.  Of those, claimants have asked for Re-Review of 2,882 claims.  Thus, the rate of Re-Review from all final determinations is 6.1%. The rate of Re-Review from Eligibility Notices is 4% and the rate of Re-Review from Denial and Incompleteness Denial Notices is 11%.

Table 9 summarizes the Re-Reviews Reviews we have completed, the number of Post-Re-Review Notices we have issued, and whether the outcome of the Re-Review review resulted in an award that was higher (↑), lower (↓),or the same (↔). The table also includes information showing whether an original Exclusion Denial was confirmed or overturned on Re-Review.  The number of Notices issued is fewer than the reviews completed because there is a 36 hour lag time between when the review is completed and when the Notice is issued.

| Table 9.  Re-Reviews | | | | | |
|---|---|---|---|---|---|
| **A.  Re-Review Requests and Reviews** | | | | | |
| | **Claim Type** | **Requests Received To Date** | **Reviews Completed To Date** | | |
| | | | **Total** | **Completed Since Last Report** | **Average Weekly Reviews** |
| 1. | Seafood | 624 | 320 | 8 | 9 |
| 2. | IEL | 316 | 94 | 54 | 3 |
| 3. | IPV/FV | 8 | 0 | 0 | 0 |
| 4. | BEL | 996 | 190 | 16 | 5 |
| 5. | Start-Up BEL | 63 | 9 | 2 | 0 |
| 6. | Failed BEL | 76 | 52 | 4 | 1 |
| 7. | Coastal | 434 | 401 | 6 | 11 |
| 8. | Wetlands | 202 | 182 | 13 | 5 |
| 9. | Real Property Sales | 34 | 34 | 1 | 1 |
| 10. | Subsistence | 63 | 12 | 0 | 1 |
| 11. | VoO | 35 | 35 | 0 | 1 |
| 12. | Vessel | 31 | 26 | 0 | 1 |
| 13. | **TOTAL** | **2,882** | **1,355** | **104** | **38** |

| Table 9.  Re-Reviews | | | | | | |
|---|---|---|---|---|---|---|
| **B.  Re-Review Notices Issued** | | | | | | |
| | **Claim Type** | **Notices Issued** | | **Outcome of Review** | | |
| | | **Total Issued to Date** | **Weekly Average** | **Compensation Amount for Eligible Claims** | **Exclusion/Denials** | |
| | | | | ↑ | ↓ | ↔ | **Confirmed** | **Overturned** |
| 1. | Seafood | 389 | 11 | 221 | 6 | 139 | 18 | 2 |
| 2. | IEL | 54 | 1 | 13 | 3 | 12 | 30 | 4 |
| 3. | IPV/FV | 8 | 0 | 0 | 0 | 0 | 8 | 0 |
| 4. | BEL | 623 | 16 | 159 | 17 | 58 | 363 | 17 |
| 5. | Start-Up BEL | 30 | 1 | 13 | 1 | 3 | 12 | 2 |
| 6. | Failed BEL | 51 | 1 | 0 | 0 | 0 | 50 | 0 |
| 7. | Coastal | 316 | 9 | 40 | 3 | 62 | 218 | 7 |
| 8. | Wetlands | 127 | 4 | 3 | 1 | 1 | 123 | 1 |
| 9. | Real Property Sales | 23 | 1 | 0 | 0 | 1 | 21 | 0 |
| 10. | Subsistence | 2 | 0 | 1 | 0 | 1 | 0 | 0 |
| 11. | VoO | 35 | 1 | 7 | 5 | 12 | 11 | 2 |
| 12 | Vessel | 25 | 1 | 18 | 0 | 4 | 7 | 4 |
| 13. | **TOTAL** | **1,683** | **46** | **475** | **36** | **293** | **861** | **39** |

### 2.   Reconsideration Reviews and Outcomes.

To date, there have been 100,151 Eligibility, Denial and Incompleteness Denial Notices issued from which claimants can seek Reconsideration.  Of those, 7,738 are still within the 30 day window to seek Reconsideration and have not yet done so, leaving 92,413 that have passed the window for seeking Reconsideration.  Of those, claimants have asked for Reconsideration of 11,267 claims.  Thus, the rate of Reconsideration from all final determinations is 12.2%.  The rate of Reconsideration from Eligibility Notices is 6% and the rate of Reconsideration from Denial and Incompleteness Denial Notices is 21%.

Table 10 summarizes the Reconsideration Reviews we have completed, the number of Post-Reconsideration Notices we have issued, and whether the outcome of the Reconsideration review resulted in an award that was higher (↑), lower (↓),or the same (↔). The table also includes information showing whether an original Exclusion Denial was confirmed or overturned on Reconsideration.  The number of Notices issued is fewer than the reviews completed because there is a 36 hour lag time between when the review is completed and when the Notice is issued.

| Table 10.  Reconsideration | | | | |
|---|---|---|---|---|
| B.   Reconsideration Requests and Reviews | | | | |
| Claim Type | Requests Received To Date | Reviews Completed To Date | | |
| | | Total | Completed Since Last Report | Average Weekly Reviews |
| 1. Seafood | 2,648 | 1,570 | 134 | 27 |
| 2. IEL | 2,658 | 1,646 | 95 | 28 |
| 3. IPV/FV | 31 | 10 | 3 | <1 |
| 4. BEL | 2,696 | 1,808 | 113 | 31 |
| 5. Start-Up BEL | 275 | 152 | 11 | 3 |
| 6. Failed BEL | 332 | 232 | 16 | 4 |
| 7. Coastal | 1,273 | 1,180 | 29 | 20 |
| 8. Wetlands | 398 | 259 | 1 | 4 |
| 9. Real Property Sales | 154 | 144 | 0 | 2 |
| 10. Subsistence | 72 | 43 | 2 | <1 |

| Table 10.  Reconsideration | | | | | |
|---|---|---|---|---|---|
| B.   Reconsideration Requests and Reviews | | | | | |
| Claim Type | Requests Received To Date | Reviews Completed To Date | | | |
| | | Total | Completed Since Last Report | Average Weekly Reviews | |
| 11. VoO | 591 | 581 | 4 | 10 | |
| 12. Vessel | 139 | 128 | 3 | 2 | |
| 13. TOTAL | 11,267 | 7,753 | 411 | 133 | |

| B.  Reconsideration Notices Issued | | | | | | | |
|---|---|---|---|---|---|---|---|
| Claim Type | Notices Issued | | Outcome of Review | | | | |
| | Total Issued to Date | Weekly Average | Compensation Amount for Eligible Claims | | | Exclusion/Denials | |
| | | | ↑ | ↓ | ↔ | Confirmed | Overturned |
| 1. Seafood | 1,361 | 23 | 512 | 79 | 296 | 470 | 4 |
| 2. IEL | 1,486 | 25 | 67 | 111 | 45 | 1258 | 5 |
| 3. IPV/FV | 28 | <1 | 0 | 0 | 0 | 28 | 0 |
| 4. BEL | 1,801 | 31 | 311 | 81 | 166 | 1207 | 36 |
| 5. Start-Up BEL | 171 | 3 | 9 | 8 | 11 | 140 | 3 |
| 6. Failed BEL | 218 | 4 | 0 | 2 | 1 | 215 | 0 |
| 7. Coastal | 1,095 | 19 | 79 | 20 | 325 | 657 | 14 |
| 8. Wetlands | 246 | 4 | 16 | 1 | 22 | 194 | 13 |
| 9. Real Property Sales | 130 | 2 | 1 | 0 | 3 | 124 | 2 |
| 10. Subsistence | 15 | <1 | 0 | 0 | 1 | 14 | 0 |
| 11. VoO | 576 | 10 | 59 | 4 | 119 | 352 | 42 |
| 12 Vessel | 124 | 2 | 41 | 4 | 10 | 68 | 1 |
| 13. TOTAL | 7,251 | 123 | 1,095 | 310 | 999 | 4,727 | 120 |

3.   **Appeals.**

(a) *BP Appeals.*

To date, we have issued 16,266 Eligibility Notices that meet or exceed the threshold
amounts rendering them eligible for BP to appeal.  Of those, 492 are still within the time for BP
to appeal, leaving 15,774 that have passed the window for BP to consider whether to appeal.  Of
those 15,774, BP has appealed 2,583 or only 16.4%. However, out of the 2,583 claims BP has

appealed, they have subsequently withdrawn 185 appeals, and another 938 have been resolved for the same or greater amount than the Eligibility Notice.  Thus, out of the 2,583 claims BP has appealed, 1,123 have either been withdrawn or resolved, confirming that the outcome of the review was correct.  If we remove those 1,123 from the 2,583 BP has appealed to arrive at a more realistic "rate of disagreement" BP has with our results, that leaves 1,460 claims out of 15,774 or 9.3% rate of disagreement.

Table 11 provides summary information on the status of BP's appeals.

| Table 11.  Status of BP Appeals | | | | |
|---|---|---|---|---|
| **A.   Appeal Filing/Resolution** | | | | |
| | **Status** | **As of 7/10/13** | **Since Last Report** | **Total** |
| **1.** | **BP Appeals Filed** | **2,026** | **557** | **2,583** |
| **2.** | **Appeals Resolved** | **1,315** | **332** | **1,647** |
| (a) | Withdrawn | 154 | 31 | 185 |
| (b) | Panel Decided | 773 | 268 | 1,041 |
| (c) | Settled by Parties | 277 | 24 | 301 |
| (d) | Remanded by Panel | 60 | 7 | 67 |
| (e) | Administratively Closed | 7 | 0 | 7 |
| (f) | Closed for Reconsideration Review | 44 | 2 | 46 |
| **B.  Pending Appeals** | | | | |
| **3.** | **In Pre-Panel Baseball Process** | 708 | | |
| **4.** | **Currently Before Panel** | 228 | | |
| **5.** | **TOTAL PENDING** | **936** | | |

**(b)** *Claimant Appeals.*

Before a claimant may appeal, he must seek Reconsideration and receive a Post-Reconsideration Notice. To date, we have issued 7,251 Post-Reconsideration Notices.  Of those, 1,349 are still within the time for the Claimant to appeal, leaving 5,902 that have passed the window for the claimant to consider whether to appeal.  Of those 5,902, claimants have appealed 731, or 12.4%. Of the 731 Claimant Appeals, 443 are appeals of Post-Reconsideration Denial Notices and 288 are appeals of Post-Reconsideration Eligibility Notices.

Table 12 provides summary information on the status of Claimant Appeals:

| Table 12.  Status of Claimant Appeals | | | | |
|---|---|---|---|---|
| A.   Appeal Filing/Resolution | | | | |
| | Status | As of 7/10/13 | Since Last Report | Total |
| **1.** | **Claimant Appeals Filed** | **621** | **110** | **731** |
| **2.** | **Appeals Resolved** | **363** | **52** | **415** |
| (a) | Panel Decided | 298 | 39 | 337 |
| (b) | Settled by Parties | 32 | 4 | 36 |
| (c) | Remanded by the Panel | 7 | 5 | 12 |
| (d) | Administratively Closed | 6 | 0 | 6 |
| (e) | Withdrawn | 20 | 4 | 24 |
| B.  Pending Appeals | | | | |
| **3.** | **In Pre-Panel Baseball Process** | 56 | | |
| **4.** | **In Pre-Panel Non-Baseball Process** | 166 | | |
| **5.** | **Currently Before Panel** | 94 | | |
| **6.** | **TOTAL PENDING** | **316** | | |

**(c)  *Resolved Appeals.***

As reported in the tables above, 2,062 Claimant and BP Appeals have been resolved.

Table 13 provides a summary of these resolved appeals, by Claim Type.

| | Claim Type | Table 13.  Outcome After Appeal | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Appeals Settled or Decided by Panel | | | | | | Withdrawn | Admin. Closed | Closed Because Claimant Asked For Recon. | Total |
| | | Award Amount after Appeal, Compared to Original Notice | | | | | | | | | |
| | | Higher | Lower | Same | Denial Upheld | Denial Over-turned | Remand | | | | |
| 1. | Seafood | 24 | 87 | 15 | 8 | 1 | 5 | 41 | 3 | 7 | 191 |
| 2. | BEL | 866 | 235 | 51 | 78 | 22 | 51 | 124 | 5 | 36 | 1,468 |
| 3. | Wetlands Real Property | 0 | 1 | 2 | 8 | 0 | 0 | 2 | 0 | 1 | 14 |
| 4. | Coastal Real Property | 0 | 4 | 7 | 19 | 1 | 3 | 4 | 1 | 0 | 39 |
| 5. | Real Property Sales | 2 | 3 | 2 | 17 | 0 | 0 | 2 | 1 | 0 | 27 |
| 6. | VoO Charter Payment | 23 | 35 | 17 | 40 | 42 | 6 | 24 | 2 | 0 | 189 |
| 7. | IEL | 12 | 20 | 9 | 31 | 2 | 5 | 6 | 1 | 2 | 88 |
| 8. | VPD | 19 | 11 | 0 | 1 | 0 | 9 | 6 | 0 | 0 | 46 |
| 9. | Total | 946 | 396 | 103 | 202 | 68 | 79 | 209 | 13 | 46 | 2,062 |

**(d)** *Incompleteness Appeals.*

The Appeal for Insufficient Documentation ("Incompleteness Appeal") allows Economic Class Members ("claimants") to have their claims reviewed by a separate Documentation Reviewer when the Claims Administrator denies their claims because of insufficient documentation.  The Documentation Reviewer reviews the claimant's documents and determines whether the Program correctly denied the claim.

Before sending the claim to the Documentation Reviewer, we review the appeal request along with any newly submitted documents.  If the claimant has submitted the requested documents and cured the incompleteness, we issue the appropriate Notice.  If the claimant still

has not submitted the requested documents, we send the claim to the Documentation Reviewer for review.

Before a claimant may seek an appeal of an Incompleteness Denial, he must seek Reconsideration and receive a Post-Reconsideration Incompleteness Denial Notice.  To date, we have issued 1,061 Post-Reconsideration Incompleteness Denial Notices.  Of those, 345 are still within the time for the claimant to appeal, leaving 716 that have passed the window for the claimant to consider whether to appeal.  Of those 1,061 claims eligible for appeal, there are 309 appeal requests, or 29.1%.

Table 14 provides summary information on the status of Incompleteness Appeals:

| Table 14.  Incompleteness Appeals | | |
|---|---|---|
| A.   Incompleteness Appeal Filing/Resolution | | |
| | Status | As of 8/10/13 |
| 1. | Incompleteness Appeals Filed | 309 |
| 2. | Appeals Resolved | 79 |
| (a) | Withdrawn | 0 |
| (b) | Cured | 32 |
| (c) | Incompleteness Denial Affirmed | 43 |
| (d) | Incompleteness Denial Overturned | 4 |
| B.  Pending Incompleteness Appeals | | |
| 3. | In Pre-Documentation Reviewer Process | 124 |
| 4. | Currently Before Documentation Reviewer | 106 |
| 5. | TOTAL PENDING | 230 |

As reported in Table 14 above, 79 Incompleteness Appeals are resolved.

## II.    CLAIMANT OUTREACH EFFORTS

We have continued our Claimant Outreach efforts since the previous Court Status Report as detailed below:

### A.  __Law Firm Contacts.__

The Law Firm Contacts team continues to increase their outreach efforts related to several damage categories related to incompleteness reasons. Firm Contacts coordinated several calls between accountants and law firms to discuss missing documents, particularly for Seafood Compensation claims.  Outreach calls related to incomplete payment documentation continued helping to complete claims and make nearly $30,000,000 in payments since July 11, 2013.  Firm Contacts also conducted outreach to firms with claimants who were incomplete for registration forms and claim forms, as well as claimants who were unresponsive to EIN Verification Notices. Firm Contacts continues to facilitate conference calls held in collaboration with the accountants to efficiently address documentation requirements and resolve outstanding Program questions.

### B.  __Communications Center (CCC).__

The CCC continues to contribute to Claimant Outreach efforts by working directly with each damage category. The CCC made calls to inform claimants of Deadline Relief Request approvals, to assist claimants subject to Bankruptcy/DMI holds, and to help claimants complete the documentation supporting their claims. The CCC also performed outreach calls to assist claimants with filing claims for Multi-Facility Businesses, to request submission of corrective forms to update Registration information, and to verify and correct inconsistencies in ownership documentation of claimants who filed Coastal Real Property claims. The CCC also completes outreach to claimants who emailed the Program with questions or status inquiries.

C.  **Claimant Assistance Centers (CACs)**.

The Claimant Outreach Program (COP) continues at the CACs.  To date, the COP has completed over 61,000 outreach calls to claimants.  The CACs continues outreach efforts to claimants with incomplete claims across all damage categories, and claimants who started claim forms on the Portal but have not yet submitted them.  In addition to these outreach efforts, CACs began training focused on outreach calls on incomplete Subsistence claims.  The CAC comment card program has consistently shown that over 90% of visitors to CACs responded "Strongly Agree/Agree" that they received thorough, prompt, professional service and would return to the same location for further information and assistance.

D.  **Summary of Outreach Calls**.

The table below summarizes some of the Claimant Outreach Program efforts:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Table 15.  Outreach Call Volume** (As of 8/10/13) | | | | | | | |
| Row | Location | Calls Made | Incomplete Claims Affected | Claims With New Docs After Call | % of Claims With New Docs After Call | Claimants Visiting CAC After Call | % of Claimants Visiting CAC |
| **1.** | BrownGreer | 62,082 | 23,577 | 17,827 | 76% | 8,568 | 37% |
| **2.** | Garden City Group | 53,228 | 7,732 | 5,450 | 70% | 559 | 7% |
| **3.** | P&N | 20,391 | 4,870 | 4,169 | 86% | 137 | 3% |
| **4.** | PWC | 795 | 332 | 305 | 92% | 8 | 2% |
| **5.** | **Total** | **136,496** | **36,511** | **27,751** | **76%** | **9,272** | **25%** |

### III.    CONCLUSION

We offer this Report to ensure that the Court is informed of the status of the Program to date.  If the Court would find additional information helpful, we stand ready to provide it at the Court's convenience.


/s/ Patrick A. Juneau
PATRICK A. JUNEAU
CLAIMS ADMINISTRATOR

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/EDF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of August, 2013.

<u>/s/ Patrick A. Juneau</u>
Claims Administrator