Joseph Darrell Palmer
Law Offices of Darrell Palmer PC
603 N. Highway 101, Suite A
Solana Beach, CA 92075
Phone: (858) 792-5600
Fax: (866) 583-8115
darrell.palmer@palmerlegalteam.com

*Attorney for Objectors Mike and Patricia Sturdivant,
Susan Forsyth, and James H. Kirby IV*

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL NO. 2179**<br><br>**Section J**<br><br>**Honorable Carl J. Barbier**<br><br>**Magistrate Judge Shushan** |
| **Plaisance, *et al.*, individually and on behalf of the Medical Benefits Settlement Class,**<br><br>    *Plaintiffs*,<br>v.<br><br>**BP Exploration & Production Inc., *et al.*,**<br><br>    *Defendants*. | **NO. 12-CV-968**<br><br>**Section J**<br><br>**Honorable Carl J. Barbier**<br><br>**Magistrate Judge Shushan** |

### OBJECTORS' MOTION FOR LEAVE TO ALLOW LATE FILING OF OPPOSITION TO MOTION FOR APPEAL BOND

This honorable Court ordered objectors to file their opposition to class counsels' appeal bond motion by August 13. The opposition was filed at 11:19 A.M. on August 14, 2013.

As outlined in the Declaration of Darrell Palmer, objectors' counsel is currently on vacation with his family and his trusted assistant, Maria Carapia, is home very ill with shingles. When he attempted to file the opposition on Tuesday evening he learned neither the password to his ECF login nor the automatic password reset notifications were working for his account; this was resolved after several calls with the court's ECF very helpful staff on Wednesday morning, August 14.

Unbeknownst to Mr. Palmer, password to access the LexisNexis notice system was also changed and when he attempted to log on to the system on Tuesday night he was unable to do so. He was also unable to reach LexisNexis customer service until 6:39 A.M on August 14. Once he reached them and had the password reset he immediately submitted the opposition for distribution.

The opposition was sent to Steve Herman and Jim Roy at 7:19 A.M. Wednesday. They were asked whether their client had suffered any prejudice but they did not respond directly to that question. They have not any suffered prejudice by this eleven hour delay and no disrespect to the court was intended by the delay.

The explanations at worst constitute excusable neglect and such late filing should be permitted pursuant to FRCP Rule 6(b)(1)(B). Since the ECF system would not

automatically respond to the filer's email address, FRCP Rule 6(a)(3)(B) would also apply and extend the deadline to the next day.[1]

Objectors respectfully request the Court accept and consider the opposition (Doc 11007) filed on August 14 at 11:19 A.M.


Date:  August 14, 2013                    Respectfully submitted,

                                   By:    */s/ Joseph Darrell Palmer*
                                          Joseph Darrell Palmer
                                          Law Offices of Darrell Palmer PC
                                          603 N. Highway 101, Suite A
                                          Solana Beach, CA 92075
                                          Phone: (858) 792-5600
                                          Fax: (866) 583-8115
                                          darrell.palmer@palmerlegalteam.com

                                          *Attorney for Objectors Mike and Patricia*
                                          *Sturdivant, Susan Forsyth, and James H. Kirby IV*

**PROOF OF SERVICE**

I hereby certify that on the 14th day of August 2013, I electronically filed the foregoing with the Clerk of the Court using the court's ECF filing system thus effectuating service of such filing all registered attorneys in this case.  And I also gave notice through the LexisNexis system.

                                          */s/ Joseph Darrell Palmer*
                                          Joseph Darrell Palmer

---

[1] The ECF system would not automatically send a password reset so Mr. Nguyen resolved the problem by sending a new password from his email to Mr. Palmer's email at 10:39 A.M. CST. The opposition was filed 40 minutes later.