Joseph Darrell Palmer
Law Offices of Darrell Palmer PC
603 N. Highway 101, Suite A
Solana Beach, CA 92075
Phone: (858) 792-5600
Fax: (866) 583-8115
darrell.palmer@palmerlegalteam.com

*Attorney for Objectors Mike and Patricia Sturdivant,
Susan Forsyth, and James H. Kirby IV*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL NO. 2179**<br><br>**Section J**<br><br>**Honorable Carl J. Barbier**<br><br>**Magistrate Judge Shushan** |
| **Plaisance, *et al.*, individually and on behalf of the Medical Benefits Settlement Class,**<br><br>    *Plaintiffs*,<br>**v.**<br><br>**BP Exploration & Production Inc., *et al.*,**<br><br>    *Defendants*. | **NO. 12-CV-968**<br><br>**Section J**<br><br>**Honorable Carl J. Barbier**<br><br>**Magistrate Judge Shushan** |

### DECLARATION OF DARRELL PALMER IN SUPPORT OF OBJECTORS' MOTION FOR LEAVE TO ALLOW LATE FILING OF OPPOSITION TO MOTION FOR APPEAL BOND

1. I represent the moving parties and objectors.

2. I am currently on vacation with my wife and son, we are often in remote areas and I have limited phone and internet access.

3. My trusted assistant of many years Maria Carapia is home very ill with shingles. I am a sole practitioner with no other support staff.

4. When I attempted to file the opposition on Tuesday evening I learned neither the password to my LAED ECF login nor the automatic password reset notifications was working for my account. I was panic stricken but unable to resolve the situation. I tried calling Maria several times but she did not answer.

5. On Wednesday morning I made several calls to the LAED ECF staff; they were very friendly and helpful. Eventually Mr. Nguyen resolved the system's inability to email me automatically, by resetting my password and emailing it directly to me at about 10:40 A.M. Thereafter I was able to successfully ECF file the document.

6. I also learned that our LexisNexis password had been changed. I finally reached someone on their customer service line at about 6:30 A.M. and was able to reset that password.

7. I sent the opposition to Steve Herman and Jim Roy at 7:19 A.M. Wednesday. I asked them for consent to file an unopposed motion re the late filing. They declined. I also asked whether their client had suffered any prejudice due to the delay of several hours but they did not respond to that question.

8. The opposition was complete and ready to file on Tuesday. It was my intention to comply with the court's directive setting the opposition date. No disrespect was intended towards this honorable Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  August 14, 2013                By:   */s/ Joseph Darrell Palmer*
                                                            Joseph Darrell Palmer
                                                            Law Offices of Darrell Palmer PC
                                                            603 N. Highway 101, Suite A
                                                            Solana Beach, CA 92075
                                                            Phone: (858) 792-5600
                                                            Fax: (866) 583-8115
                                                           darrell.palmer@palmerlegalteam.com

                                                           *Attorney for Objectors Mike and Patricia*
                                                           *Sturdivant, Susan Forsyth, and James H. Kirby IV*