**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 <br><br> SECTION: J <br><br> JUDGE BARBIER |
| Applies to: All Cases | § § § § | MAG. JUDGE SHUSHAN |

**MEMORANDUM IN SUPPORT OF HALLIBURTON ENERGY SERVICES, INC.'S OBJECTIONS TO AND APPEAL FROM MAGISTRATE JUDGE'S ORDER REGARDING BP'S MOTION TO STRIKE DR. STEVICK'S REPORT [REC. DOC. 10991]**

As detailed in HESI's Response to BP's Motion to Strike (Rec. Doc. 10977), BP's Motion to Strike seeks the exclusion of evidence that is relevant to Phase Two trial issues—issues specifically raised by BP and issues that HESI is entitled to rebut. The Court has allowed the parties to rely in Phase Two on evidence adduced in Phase One, as the Court has recognized there is necessarily some overlap. BP has done so and thus, HESI should likewise be permitted to respond accordingly. Dr. Stevick's Phase Two opinions on source control are not in any way a re-litigation of Phase One opinions. Merely redacting portions of his opinion without allowing the insertion of the one simple requested sentence, would be incorrect and confuse the context. HESI objects to and appeals from Magistrate Judge's Order Regarding BP's Motion to Strike Dr. Stevick's Report (Rec. Doc. 10991).

In light of the briefing completed before Magistrate Judge Shushan, and to reduce the burden upon this Court, HESI submits that additional briefing or argument on this topic may not be needed to assist the Court's consideration of this appeal.  Accordingly, HESI is amenable to having the Court decide this appeal on the record compiled in the briefing before Judge Shushan.  If the Court determines additional briefing is needed, HESI will provide any submissions the Court deems appropriate.

Respectfully Submitted,

**GODWIN LEWIS PC**

**By:** \_\_\_\_\_/s/ Donald E. Godwin_____
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
Floyd.Hartley@GodwinLewis.com
Gavin E. Hill
State Bar No. 00796756
Gavin.Hill@GodwinLewis.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332
and
R. Alan York
State Bar No. 22167500
Alan.York@GodwinLewis.com
Jerry C. von Sternberg
State Bar No. 20618150
Jerry.VonSternberg@GodwinLewis.com
Misty Hataway-Coné
State Bar No. 24032277
Misty.Cone@GodwinLewis.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Halliburton Energy Services, Inc.'s Memorandum In Support Of Halliburton Energy Services, Inc.'s Objections To And Appeal From Magistrate Judge's Order Regarding BP's Motion To Strike Dr. Stevick's Report [Rec. Doc. 10991] has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 14th day of August, 2013.

                                                /s/ Donald E. Godwin
                                                Donald E. Godwin

**MEMORANDUM IN SUPPORT OF HALLIBURTON ENERGY SERVICES, INC.'S OBJECTIONS TO AND APPEAL FROM MAGISTRATE JUDGE'S ORDER REGARDING BP'S MOTION TO STRIKE DR. STEVICK'S REPORT [REC. DOC. 10991]**  Page 4

2229507 v2-24010/0002 PLEADINGS