

SUTHERLAND ASBILL & BRENNAN LLP
First City Tower
1001 Fannin, Suite 3700
Houston, TX 77002-6760
713.470.6100  Fax 713.654.1301
www.sutherland.com

**STEVEN ROBERTS**
DIRECT LINE: 713.470.6192
E-mail: steven.roberts@sutherland.com

August 9, 2013

*BY ELECTRONIC MAIL*
The Honorable Sally Shushan
United States Magistrate Judge
Eastern District of Louisiana
500 Poydras Street, Room B-345
New Orleans, LA 70130

    Re:   In re Oil Spill by the Oil Rig "Deepwater Horizon" in the
             Gulf of Mexico on April 20, 2010
             MDL 2179

Dear Judge Shushan:

    Please accept this letter as a reply to Liberty Insurance Underwriters, Inc.'s Response to Transocean's Motion to Quash the Deposition of One or More Corporate Representatives of Transocean Offshore Deepwater Drilling Inc. (Doc. 10959 filed August 7, 2013).

**SUBSTANTIVE ARGUMENTS**

    Transocean has adequately addressed why it feels the dispute between Cameron/Liberty does not involve the contractual negotiations between Transocean/Cameron which took place many years ago.

    Concerning Transocean's knowledge or participation in Cameron's decision to abandon its indemnity motion against Transocean and proceed with settlement with BP the evening prior to oral hearing on the indemnity motion, Transocean disagrees with Liberty's counsel's contention that "Roberts admitted this is (a) relevant" (sic) source of discovery. What the undersigned said to Liberty's counsel, and all counsel involved, on July 25 was:

> *"The other topics (#'s 2,3,8,9,10 and 12) <u>arguably</u> relate to the facts underlying your dispute. As I mentioned, I handled the indemnity issues with Cameron's counsel, Mr. Beck (copied). There is no other "Transocean" representative with more knowledge. Unless Transocean objects, I will be the witness for those topics. <u>But</u> as we discussed, the nature of the deposition will be very limited as there is not much more to say than what's in the motions and email which you have. Certainly Mr. Beck and I*

> *didn't conspire against Liberty. To my knowledge we never discussed Liberty or Cameron's insurance coverage. I found out about the Cameron/BP settlement just prior to the hearing of the MSJ on the Cameron / Transocean indemnity dispute."* (emphasis added).

As discussed with Liberty's counsel on several occasions, Roberts' representations either in pleadings before the court or in a deposition will remain the same: "Transocean first learned of BP's settlement the morning of the hearing. Transocean was not involved with and had no knowledge of the BP/Cameron settlement before then". So, should reasonable counsel inconvenience all other attorneys involved and incur costs for his client to obtain the same answers from the undersigned? Is such a deposition necessary? If so, I will appear and swear to the above.

## LATE NOTICE/INCONVENIENCE

Liberty's counsel would have the court believe he appeared in our office on Tuesday, August 6, not understanding there would be no witness or that a motion to quash would be filed. Here are the facts:

- Friday, July 26, Liberty issued a deposition notice knowing from prior correspondence that its substantive requests would result in objections.
- Saturday August 3, Roberts notified all parties by email: "Gary (and all). So that your travel plans are not caught off guard, there is no need for anyone to appear at our offices on Tuesday morning as we will be filing a motion to quash the deposition notice. Best regards, steve."
- Monday August 5, 4:06pm, Liberty's counsel emailed saying: "Unsure if you are planning to file a Motion to Quash, so I am preparing for the deposition. Please confirm by phone or email."
- Monday August 5, 4:11pm, Roberts replied, attaching the Saturday email saying: "I'm at a loss, I can't write any more clear than what is below."
- Monday August 5, 4:20pm, Liberty's counsel replied: "... If you send me an email that says one word ... "Yes" I will know you are quashing the deposition before 10am tomorrow ..."
- Monday August 5, 4:23pm, Roberts replied: "we will be filing a motion to quash the deposition notice."
- Monday August 5, 4:25pm, Liberty's counsel replied: "That is all I needed to know."
- Monday August 5, 4:26pm, Roberts replied: "? I quoted from my email Saturday". (See the attached email exchanges of August 5.)
- Monday August 5, 5:36pm, Roberts filed Transocean's Motion to Quash (Doc 10943).
- Tuesday morning: Liberty's counsel appears at Roberts' offices for deposition.

22058937.1

The Honorable Sally Shushan
August 9, 2013
Page 3

For Liberty's counsel to imply that he learned that the deposition would not proceed "while waiting in the lobby of Roberts' office for the deposition to commence" is simply odd.

Very truly yours,

Steven Roberts

SLR/gms
Attachment

22058937.1

## Roberts, Steven

**From:** Roberts, Steven
**Sent:** Monday, August 05, 2013 4:26 PM
**To:** 'Gary Pate'
**Cc:** Olsen-LeGrand, Stephany
**Subject:** RE: MDL 2179; In re: Oil Spill Litigation- Cameron vs. Liberty Insurance Underwriters, Inc.

?
I quoted from my email Saturday.


**Steven Roberts** | *Partner* | 713.470.6192

---

**From:** Gary Pate [mailto:pate@mdjwlaw.com]
**Sent:** Monday, August 05, 2013 4:25 PM
**To:** Roberts, Steven
**Cc:** Olsen-LeGrand, Stephany
**Subject:** RE: MDL 2179; In re: Oil Spill Litigation- Cameron vs. Liberty Insurance Underwriters, Inc.

That is all I needed to know.
Many thanks.

**From:** Roberts, Steven [mailto:Steven.Roberts@sutherland.com]
**Sent:** Monday, August 05, 2013 4:23 PM
**To:** Gary Pate
**Cc:** Olsen-LeGrand, Stephany
**Subject:** RE: MDL 2179; In re: Oil Spill Litigation- Cameron vs. Liberty Insurance Underwriters, Inc.

" we will be filing a motion to quash the deposition notice"


**Steven Roberts** | *Partner* | 713.470.6192

---

**From:** Gary Pate [mailto:pate@mdjwlaw.com]
**Sent:** Monday, August 05, 2013 4:20 PM
**To:** Roberts, Steven
**Cc:** Olsen-LeGrand, Stephany
**Subject:** RE: MDL 2179; In re: Oil Spill Litigation- Cameron vs. Liberty Insurance Underwriters, Inc.

Steve,
Not trying to aggravate you. I am studying for the deposition tomorrow which will be wasted time if you quash it tonight. Although you say you are filing a Motion to Quash, it is 4:15 p.m. and I have not seen such a filing. I am just asking a simple question...Are you planning to file one late this afternoon? If you are, that is fine. I will start working on my motion to compel the deposition. As a professional courtesy, I would appreciate you telling me your clear intent so I do not study for something that will not happen. Let's be civil and polite. If you send me an email that says one word.... "Yes" I will know you are quashing the deposition before 10 a.m. tomorrow. If you send an email that says... "No" I will know to keep studying and billing my time to preparing for this deposition. Just need a one word response.

1

Thanks
Gary

---

**From:** Roberts, Steven [mailto:Steven.Roberts@sutherland.com]
**Sent:** Monday, August 05, 2013 4:11 PM
**To:** Gary Pate
**Cc:** Olsen-LeGrand, Stephany
**Subject:** Re: MDL 2179; In re: Oil Spill Litigation- Cameron vs. Liberty Insurance Underwriters, Inc.

Gary
I'm at a loss. I can't write any more clear than what is below
I won't be writing any further.
Regards

Steve Roberts
Office 713 470 6192
Cell   713 582 2442

On Aug 5, 2013, at 4:06 PM, "Gary Pate" <pate@mdjwlaw.com> wrote:

> Just called and left a VM. Unsure if you are planning to file a Motion to Quash, so I am preparing for the deposition.
> Please confirm by phone or email.
> Thank you
>
>> **From:** Roberts, Steven [mailto:Steven.Roberts@sutherland.com]
>> **Sent:** Monday, August 05, 2013 4:00 PM
>> **To:** Roberts, Steven
>> **Cc:** Gary Pate
>> **Subject:** Re: MDL 2179; In re: Oil Spill Litigation- Cameron vs. Liberty Insurance Underwriters, Inc.
>>
>>
>> Steve Roberts
>> Office 713 470 6192
>> Cell   713 582 2442
>>
>> On Aug 3, 2013, at 6:36 PM, "Roberts, Steven" <Steven.Roberts@sutherland.com> wrote:
>>
>>> Gary (and all)
>>> So that your travel plans are not caught off guard, there is no need for anyone to appear at our offices on Tuesday morning as we will be filing a motion to quash the deposition notice.
>>> Best regards
>>> steve
>>>
>>> **Steven Roberts** | *Partner* | 713.470.6192
>>>
>>> <2013.07.26 Defendant Liberty Ins Underwriters' Deposition Subpoena and Depo Notice of TODDI's Corporate Rep..pdf>

2