IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| HECTOR ARDOIN, JR., INDIVIDUALLY<br>AND D/B/A BETHEL MISSIONARY<br>BAPTIST CHURCH, ET AL; | §<br>§<br>§<br>§ | |
| VS. | §<br>§ | C.A. NO. 2:13 CV 01082 |
| BP P.L.C.; BP AMERICA, INC.; BP<br>PRODUCTS NORTH AMERICA, INC.;<br>BP AMERICA PRODUCTION COMPANY;<br>BP EXPLORATION & PRODUCTION, INC.;<br>TRANSOCEAN LTD.; TRANSOCEAN<br>HOLDINGS, INC.; TRANSOCEAN<br>DEEPWATER, INC.; TRANSOCEAN<br>OFFSHORE DEEPWATER DRILLING, INC.;<br>TRITON ASSET LEASING GMBH;<br>HALLIBURTON ENERGY SERVICES, INC.<br>AND SPERRY DRILLING SERVICES | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **JURY TRIAL DEMANDED** |

**FIRST AMENDED MOTION TO EXTEND TIME TO SERVE
DEFENDANTS BP, P.L.C., TRITON ASSET LEASING GMBH
AND TRANSOCEAN, LTD.**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs, Hector Ardoin, Jr., Individually and d/b/a Bethel Missionary Baptist Church, et al, and files their Motion to Extend Time to Serve Defendants BP, plc, Triton Asset Leasing GmbH and Transocean, Ltd., and for cause thereof would show unto the Court the following:

I.

Plaintiffs hereby respectfully move the Court for an *ex parte* order granting an extension of one hundred and twenty (120) days from August 18, 2013, (pursuant to Rule 4(m) of the Federal Rules of Civil Procedure), to November 18, 2013. The Plaintiffs would show that all

U.S. Defendants have been served. The Plaintiffs would further show that they forwarded Waivers of Service to Defendants BP, plc, Triton Asset Leasing GmbH and Transocean, Ltd., requesting that they waive service. Defendants BP plc did not agree to waive service (See Exhibit "A" – Email from Kristopher Ritter).

Defendant Sperry agreed to waive service. The other BP Defendants, Halliburton and Transocean Defendants did not respond to Plaintiffs request for waiver of service.

Defendant Triton Asset Leasing GmbH did not respond to Plaintiffs' request for waiver of service; however, they informed Plaintiffs today, Wednesday, August 14, 2013, that they would sign a waiver of service on Triton Asset Leasing GmbH only and said Waiver was sent to their counsel today, August 14, 2013, via Federal Express.

In addition, Triton's counsel, who also represents Transocean Ltd, informed counsel that the service that Plaintiffs perfected on Transocean Ltd was not good as they too would have to be served pursuant to the Hague Convention. Plaintiffs began the process of having the summons issued in order to serve BP p.l.c. and Triton Asset Leasing GmbH in the beginning of June, 2013 (It took a few weeks to get all of the summons issued by the Clerk's office). Plaintiffs also began the process of having Transocean Ltd served pursuant to the Hague Convention on Wednesday, August 14, 2013 following their phone conference with Transocean's counsel of record, James Parish of Frilot LLC, when Plaintiffs were advised for the first time that Transocean Ltd. had not been properly served. Plaintiffs thought they had served Transocean Ltd. properly. Although the process of obtaining service pursuant to the Hague Convention has started on these Defendants for some time, it is taking quite some time as the entire petition (consisting of 836 pages) must be translated into German prior to service on Defendant Triton Asset Leasing GmbH and Transocean, Ltd. These Plaintiffs' request an additional 120 days to

complete service on the three remaining Defendants since both are being served pursuant to the Hague Convention.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that the Court grant their Motion for Extension of Time to Serve Defendants BP, plc, Triton Asset Leasing GmbH and Transocean, Ltd., and for such other and further relief, at law or in equity, to which Plaintiffs may show themselves justly entitled.

Respectfully submitted,

**WELLER, GREEN, TOUPS & TERRELL, L.L.P.**
Post Office Box 350
Beaumont, Texas 77704-0350
Telephone:  (409) 838-0101
Facsimile:  (409) 832-8577


By: /s/ Mitchell A. Toups
Mitchell A. Toups
TEXAS BAR NO.  20151600

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing has been furnished to all counsel of record listed below by e-mail; facsimile; overnight delivery; Regular Mail and/or Certified Mail, Return Receipt Requested on August 14, 2013.

/s/ Mitchell A. Toups
Mitchell A. Toups