IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| TODD AUFDENCAMP, ET AL | § | |
| | § | |
| VS. | § | C.A. NO. 2:13 CV 00987 |
| | § | |
| BP P.L.C.; BP AMERICA, INC.; BP | § | |
| PRODUCTS NORTH AMERICA, INC.; | § | **JURY TRIAL DEMANDED** |
| BP AMERICA PRODUCTION COMPANY; | § | |
| BP EXPLORATION & PRODUCTION, INC.; | § | |
| TRANSOCEAN LTD.; TRANSOCEAN | § | |
| HOLDINGS, INC.; TRANSOCEAN | § | |
| DEEPWATER, INC.; TRANSOCEAN | § | |
| OFFSHORE DEEPWATER DRILLING, INC.; | § | |
| TRITON ASSET LEASING GMBH; | § | |
| HALLIBURTON ENERGY SERVICES, INC. | § | |
| AND SPERRY DRILLING SERVICES | § | |

## ORDER

On this day in the above numbered and entitled cause, came on for hearing the Motion to Extend Time to Serve Defendants BP, plc, Triton Asset Leasing GmbH and Transocean, Ltd., and the Court, having considered said Motion, having reviewed the evidence and pleadings to be filed herein, is of the opinion that said Motion is meritorious and should, in all things, be **GRANTED**; it is accordingly,

**ORDERED**, **ADJUDGED** and **DECREED** that Plaintiffs' Motion to Extend Time to Serve Defendants BP, plc, Triton Asset Leasing GmbH and Transocean, Ltd. is **GRANTED**, and the deadline to serve Defendants BP, plc, Triton Asset Leasing GmbH and Transocean, Ltd.is extended an additional 120 days to December 18, 2013.