IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to: *All Cases*<br><br>(Including Civil Action No. 12-970) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**MOTION FOR ENTRY OF ORDER PROVIDING FOR AMENDMENT TO STRUCTURED SETTLEMENT OPTION AND RELEASE**

**NOW INTO COURT,** come Class Counsel, who respectfully request that the Court amend its January 30, 2013 Order (Rec. Doc. 8425) (the "Structured Settlement Order") in accordance with the Proposed Order submitted herewith, for the reasons stated in the accompanying Memorandum in Support. Both BP and Mr. Juneau, the Claims Administrator and Trustee, have reviewed the Proposed Order and associated forms, and have no objection to the entry of the Order.

This 14th day of August, 2013

Respectfully submitted,

| | |
|---|---|
| */s/ Stephen J. Herman* | */s/ James Parkerson Roy* |
| Stephen J. Herman, La. Bar No. 23129 | James Parkerson Roy, La. Bar No. 11511 |
| HERMAN HERMAN & KATZ LLC | DOMENGEAUX WRIGHT ROY EDWARDS |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhklawfirm.com | E-Mail: jimr@wrightroy.com |
| *Co-Lead Class Counsel* | *Co-Lead Class Counsel* |

## CERTIFICATE OF SERVICE

      We hereby certify that the above and foregoing Motion (and Proposed Order and Exhibits) will be served on All Counsel *via* Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of August, 2013.

                                              /s/ Stephen J. Herman and James Parkerson Roy