

## Who Is Midwest Trust?

Midwest Trust was founded in 1993. The company is based in Overland Park, Kansas and is an independent, state chartered, privately owned trust company with more than $15 billion in assets under administration and in trust.

Midwest Trust and its affiliates employ more than 100 associates with 18 trust administrators and 22 portfolio managers with average professional experience of over 20 years.

## MTC Holding Corporation and Affiliates



MidwestTrust.com        (913) 319-0300        5901 College Boulevard, Suite 100, Overland Park, KS 66211



## Midwest Trust Product Offerings

For the settlement and business marketplace Midwest Trust's offerings include the following:

- **TFSS** - Treasury Funded Structured Settlement
  (a Treasury securities funded, qualified, structured settlement product)
- **TFSS-I**
  (a Treasury securities funded, non-qualified, structured settlement product)
- **EAFS** - Enhanced Attorney Fee Structure
  (a fee structure product for attorneys that delivers the potential for increasing payments in the future)
- **PSMT** - Post Settlement Managed Trust
  (a product that serves the post settlement investment needs of the settling parties.)

## Insurance Coverage

The Federal Insurance Company provides $10 million of Directors and Officers coverage ($500,000 deductible) and $10 million of Professional Liability (a/k/a Investment Advisors Errors and Omissions) coverage ($250,000 deductible) is provided by XL-these policies are shared with affiliated companies.  Federal Insurance Company also provides an ERISA Bond which covers 10% of qualified plan assets to a maximum of $500,000 per plan, $1,000,000 with ESOP considerations.

## Assets

Midwest Trust has $15 Billion in assets in trust and under administration.

## Regulation

Midwest Trust and affiliates are regulated by the variety of agencies listed below:

- Federal Deposit Insurance Corporation (FDIC)
- Office of the Comptroller of the Currency (OCC)
- Securities and Exchange Commission (SEC)
- The Federal Reserve
- Kansas State Banking Commission
- Missouri State Banking Commission