# Midwest Trust Company

5901 College Boulevard, Suite 100
Overland Park, KS 66211-1503

Payee: _____

Date: _____

CUSIP#: _____

To Whom It May Concern:

Whereas, The Midwest Trust Company (Midwest Trust), a Kansas corporation, is the trustee of a trust created for the exclusive purpose of entering into Non-Qualified Assignments.

Midwest Trust agrees:

1. To ensure the Treasury obligations held inside the Treasury Funded Structured Settlement International (TFSS-I) are maintained to fund and satisfy the periodic payment obligations assumed by the TFSS-I during the term of the Non-Qualified Assignment; and

2. That the foregoing obligation shall be absolute, unconditional, present and continuing.

Should you have any questions concerning the Keep Well Agreement, please contact Midwest Trust at: 913.319.0300

Sincerely,


David B. Yost
Executive Vice President