UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | MDL No. 2179<br><br>Section: J<br><br>Judge Barbier<br>Magistrate Shushan | |
| This Document Relates to:<br>    2:12-cv-01484 | | |

## ATTACHMENT "A"

| | **Plaintiff** | **Present Address** | **Telephone Number** |
|---|---|---|---|
| 1. | Glib Enterprises, LLC, d/b/a Gulf Beach Auto Sales | gulfbeachauto@gmail.com<br><br>C/O Mr. Kazak Glib<br>3304 Gulf Beach Highway<br>Pensacola, FL 32507 | 850-696-2894<br>850-377-4637 |