UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *12-311* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

TRANSOCEAN'S MOTION TO QUASH (Rec. doc. 10943)

**GRANTED**

      Liberty International Underwriters, Inc. ("Liberty") served Transocean with a subpoena for a deposition, pursuant to Fed. R. Civ. P. 30(b)(6). Transocean moved to quash it.

      On July 5, 2013, BP's motion to quash Liberty's subpoena was granted. Rec. doc. 10642. Liberty's appeal was denied. Rec. doc. 10760. Liberty sought documents relating to communications: (1) between BP and Cameron concerning the BP-Cameron settlement; (2) regarding the negotiation of the BP-Cameron settlement; (3) regarding Cameron's claim for coverage; and (4) between BP and Cameron concerning Cameron's indemnity claims against Transocean.

      Liberty seeks Transocean's testimony on 12 topics:

1. Whether indemnification agreements in the oil and gas industry are used to shift significant risks of loss among the contracting parties.

2. Cameron's claim and demand for indemnification against Transocean in the MDL.

3. Transocean's response to Cameron's demand for indemnity.

4.  Indemnification agreements in the Cameron/Transocean master service agreement for the BOP on the Deepwater Horizon.

5.  Indemnification agreements in the Cameron/Transocean purchase order for the BOP on the Deepwater Horizon.

6.  Transocean's decision to revise any indemnification contained in the master service agreement during 2011.

7.  Negotiations between Cameron and Transocean for changes in the indemnification language in the master service agreement.

8.  Knowledge of Cameron's settlement with BP, including communications with Cameron or BP regarding the settlement.

9.  Cameron's motion for summary judgment against Transocean on claims of indemnification.

10. Discussions between Cameron and Transocean regarding Cameron's dismissal of it motion for summary judgment against Transocean on claims of indemnification.

11. Transocean's claims for indemnification from BP in the MDL.

12. Transocean's 2010-2012 public reports addressing Cameron and/ or Transocean's indemnity agreements.

There are common elements in Liberty's subpoenas for Transocean's deposition and its subpoena for BP's documents. Both subpoenas are concerned with the negotiation of the BP-Cameron settlement and Cameron's claim for indemnification.

For the reasons presented by Transocean in support of its motion to quash, the motion will be granted.

IT IS ORDERED that: (1) the motion of Transocean to quash the subpoena for a Rule 30(b)(6) deposition (Rec. doc. 10943) is GRANTED; (2) the motion of Transocean for expedited consideration (Rec. doc. 10947) is MOOT; and (3) the deadline for an appeal of this order is **Friday, August 23, 2013**.

New Orleans, Louisiana, this 15th day of August, 2013.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**