UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deep Water Horizon" in the Gulf of Mexico, on April 20, 2010 | * | CIVIL NO: MDL 2179 |
| | * | SECTION: "J" (1) |
| This Document Applies to: | | |
| No 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al. | * | JUDGE CARL BARBIER |
| | * | MAG. JUDGE SALLY SHUSHAN |

-----------------------------------------------------------------------

**PLAINTIFFS' *EX PARTE* SECOND MOTION TO LIFT STAY OF ANDRY LERNER CLIENTS' CLAIMS PROCESSING AND FOR EXPEDITED HEARING**

**NOW INTO COURT,** comes Andry Lerner, L.L.C., by and through the undersigned attorney, and moves this Court for an Order lifting the stay imposed on Andry Lerner Clients' Claims Processing ("*Motion*") and requests an expedited hearing on same. This Motion was originally provided to the Court on July 18, 2013 [Rec. Doc. 10778]. Thereafter, a redacted version was filed on July 29, 2013 [Rec. Doc. 10887]. The original Motion was denied on July 29, 2013 [Rec. Doc. 10886].

The *Motion* is necessitated by the fact that the Court has ordered a stay of the processing of the claims of the 489 Andry Lerner clients. The freezing of the determination of these claims is causing and will continue to cause irreparable harm to these claimants, and their lawyers, as set forth in detail in the original moving papers and the new information set forth in the accompanying Memorandum in Support of Andry Lerner LLC's Second Motion for an Order Lifting the Stay of Andry Lerner Clients' Claims Processing. Every passing day that the stay is

in place is highly prejudicial to these innocent claimants. In its supporting memoranda, Andry Lerner demonstrates that there is no factual basis for the Stay and that the Stay violates the constitutional protections of due process. As such, Andry Lerner requests that the stay should be immediately lifted.

The earliest available date to set a regularly scheduled motion is September 11, 2013. An earlier hearing date is critical to help prevent and mitigate the ongoing injury to Andry Lerner's Clients. Given the importance of the requested relief to the claimants, we respectfully request that this *Ex Parte Motion for Expedited Hearing* be granted and that this Court consider the Motion and Supporting Memoranda at its earliest possible convenience.

Respectfully submitted,

By: _____
James A. Cobb, Jr. (La. Bar No. 4213)
Attorney & Counselor-at-Law
900 Emerald Street
New Orleans, Louisiana   70124
Telephone:   (504) 289-7830
Telefax:   (504) 582-2310
E-mail:   jimcobb@jimcobblaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on **August 15, 2013**, I served the foregoing Motion and supporting pleadings via e-mail to all counsel of record.

_____
James A. Cobb, Jr.

2