UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deep Water Horizon" in the Gulf of Mexico, on April 20, 2010 | * | CIVIL NO: |
| | * | SECTION: "J" (1) |
| This Document Applies to: | | |
| No 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al. | * | JUDGE CARL BARBIER |
| | * | MAG. JUDGE SHUSHAN |

---

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 78.1, Andry Lerner, L.L.C., by its undersigned attorneys, respectfully requests that this Honorable Court allow oral argument on its *Second Motion For An Order Lifting Stay of Andry Lerner Clients' Claims Processing*.

Respectfully submitted,

By: /s/ James Cobb
James A. Cobb, Jr. (La. Bar No. 4213)
Attorney & Counselor-at-Law
900 Emerald Street
New Orleans, Louisiana  70124
Telephone:    (504) 289-7830
Telefax:         (504) 582-2310
E-mail:          jimcobb@jimcobblaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on **August 15, 2013** I served the foregoing *Request for Oral Argument* via e-mail to all counsel of record.

_____
James A. Cobb, Jr.