UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deep Water Horizon" in the Gulf of Mexico, on April 20, 2010 | * | CIVIL NO: |
| | * | SECTION: "J" (1) |
| This Document Applies to: | | |
| No 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al. | * | JUDGE CARL BARBIER |
| | * | MAG. JUDGE SALLY SHUSHAN |

---

## ORDER

*Considering the foregoing **Request**:*

**IT IS HEREBY ORDERED** that the ***Request for Oral Argument*** on Plaintiffs' *Second Motion For An Order Lifting Stay of Andry Lerner Clients' Claims Processing and for Expedited Hearing* is hereby **GRANTED**, and that that said *Motion* shall be heard before this Honorable Court on the ___ **day of August, 2013 at** ___ **a.m.,** or as soon hereafter as counsel may be heard.

New Orleans, Louisiana this _____ day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE
