UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *12-311* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

LIBERTY'S MOTION TO COMPEL - *IN CAMERA* REVIEW (Rec. doc. 10334)

**DENIED**

    Liberty International Underwriters, Inc. ("Liberty") moved to compel discovery. Cameron was required to submit 23 documents for *in camera* review that were selected by Liberty from the 227 documents on the Cameron privilege log. Rec. doc. 10559. The Court determined that some of the 23 documents were not protected from disclosure. Cameron was ordered to apply the ruling on the 23 documents to the 204 documents remaining on the privilege log. After Cameron applied the ruling, Liberty was permitted to select 5 documents from the 204 for *in camera review* to permit verification of Cameron's extrapolation. Rec. doc. 10808. Liberty's appeal of this order was denied. Rec. doc. 10951.

    Five documents were selected by Liberty.

    1.    CIC0003341-0003342

    2.    CIC 515

    3.    CIC 517

    4.    Marsh 000662

    5.    CIC 446

Based upon the authorities cited in the July 1 and 22 orders and the *in camera* review of 23 documents, the first four documents are protected from disclosure.

Cameron reported that CIC 446 was produced on July 30, pursuant to the July 22 order. Liberty acknowledged that it inadvertently selected CIC 446 which had been produced. It requested that Marsh 000662 be substituted in place of CIC 446. Marsh 000662 was among the 5 documents submitted by Cameron for *in camera* review. Accordingly, only 4 documents were considered by the Court.

IT IS ORDERED that Liberty's motion to compel (Rec. doc. 10334) is DENIED in PART as provided herein.

New Orleans, Louisiana, this 15th day of August, 2013.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**