IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § | 10:md 2179 (J) (1)  MDL 2179 |
| This document relates to: | § § § | JUDGE BARBIER |
| No. 2:13 cv 01082 Ardoin | § | |
| No. 2:13 cv 00976 Anderson | § | MAG. JUDGE SHUSHAN |
| No. 2:13 cv 01057 Barfield | § | |
| No. 2:13 cv 00987 Aufdencamp | § | |
| No. 2:13 cv 00982 Bailey | § | |

## ORDER

On this day in the above numbered and entitled cause, came on for hearing the Plaintiffs' First Amended and Corrected Motion to Extend Time to Serve Defendants BP, plc, Triton Asset Leasing GmbH  and Transocean, Ltd., and the Court, having considered said Motion, having reviewed the evidence and pleadings to be filed herein, is of the opinion that said Motion is meritorious and should, in all things, be **GRANTED**; it is accordingly,

**ORDERED**, **ADJUDGED** and **DECREED** that Plaintiffs' First Amended and Corrected Motion to Extend Time to Serve Defendants BP, plc, Triton Asset Leasing GmbH  and Transocean, Ltd. is **GRANTED**, and the deadline to serve Defendants BP, plc, Triton Asset Leasing GmbH  and Transocean, Ltd.is extended an additional 120 days to December 18, 2013.

SIGNED this _____ day of _____, 2013.

_____
HONORABLE JUDGE PRESIDING