UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>Applies to: All Cases | § § § § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

**MEMORANDUM IN SUPPORT OF HALLIBURTON ENERGY SERVICES, INC.'S OBJECTIONS TO AND APPEAL FROM MAGISTRATE JUDGE'S ORDER REGARDING HALLIBURTON'S MOTION TO RECONSIDER [REC. DOC. 10981]**

As detailed in HESI's Motion for Reconsideration and Memorandum in Support (Rec. Doc. 10831), the Court's determination[1] that HESI has no right to defend its interests in the Phase Two Quantification expert witness depositions and in the upcoming Phase Two-Quantification trial is contrary to existing law and violates HESI's due process rights. By way of its Motion, HESI urged the Court to reconsider the following determinations:

(1) that HESI will not be permitted to call quantification witnesses at the Phase Two Trial;

(2) that the deposition of HESI's Quantification expert witness, Richard Strickland, is cancelled;

(3) that HESI is not permitted to ask questions at depositions of quantification experts; and

(4) that HESI should be permitted to participate in the Phase Two-Quantification Proceedings because it has an interest in the outcome of this aspect of the litigation.

*See* (Rec. Doc. 10831).

---

[1] HESI's Motion to Reconsider challenged the rulings and determinations made by Judge Barbier (as conveyed by Magistrate Shushan). *See* (Rec. Doc. 10831).

**MEMORANDUM IN SUPPORT OF HALLIBURTON ENERGY SERVICES, INC.'S OBJECTIONS TO AND APPEAL FROM MAGISTRATE JUDGE'S ORDER REGARDING HALLIBURTON'S MOTION TO RECONSIDER [REC. DOC. 10981]**                    Page 1

Magistrate Shushan denied HESI's Motion to Reconsider in its entirety. (Rec. Doc. 10981). HESI objects to and appeals from Magistrate Judge's Order Regarding HESI's Motion to Reconsider (Rec. Doc. 10981).

In light of the briefing previously submitted and to reduce the burden upon the Court, HESI submits that additional briefing or argument on this topic may not be needed to assist the Court's consideration of this appeal. Accordingly, HESI is amenable to having the Court decide this appeal on the record compiled in the prior briefing. If the Court determines additional briefing is needed, HESI will provide any submissions the Court deems appropriate.

Dated: August 15, 2013

Respectfully Submitted,

**GODWIN LEWIS PC**

**By:** /s/ Donald E. Godwin
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
Floyd.Hartley@GodwinLewis.com
Gavin E. Hill
State Bar No. 00796756
Gavin.Hill@GodwinLewis.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332
and
R. Alan York
State Bar No. 22167500
Alan.York@GodwinLewis.com
Jerry C. von Sternberg
State Bar No. 20618150
Jerry.VonSternberg@GodwinLewis.com
Misty Hataway-Coné
State Bar No. 24032277
Misty.Cone@GodwinLewis.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Halliburton Energy Services, Inc.'s Memorandum In Support Of Halliburton Energy Services, Inc.'s Objections To And Appeal From Magistrate Judge's Order Regarding Halliburton's Motion to Reconsider [Rec. Doc. 10981] has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 15th day of August, 2013.

        /s/ Donald E. Godwin
Donald E. Godwin

**MEMORANDUM IN SUPPORT OF HALLIBURTON ENERGY SERVICES, INC.'S OBJECTIONS TO AND APPEAL FROM MAGISTRATE JUDGE'S ORDER REGARDING HALLIBURTON'S MOTION TO RECONSIDER [REC. DOC. 10981]     Page 4

2229511 v3-24010/0002 PLEADINGS