UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179 SECTION: J |
| This Document Relates To: All Actions | : : | JUDGE BARBIER |
| …………………………………………………... | : | MAGISTRATE JUDGE SHUSHAN |

**BP'S MOTION *IN LIMINE* TO EXCLUDE INSTANCES
OF PRIOR ALLEGED IMPROPER CONDUCT AND PRIOR ADVERSE
CRIMINAL, CIVIL, OR REGULATORY PROCEEDINGS**

For the reasons expressed in the accompanying memorandum of law, BP respectfully requests that the Court enter an order barring the parties from introducing evidence regarding prior alleged improper conduct and prior adverse criminal, civil, or regulatory proceedings unrelated to the Macondo well. The Court has previously precluded the introduction of such evidence in the Phase One Trial, *see* Rec. Doc. 5634, and such evidence is no more relevant to Phase Two than it was to Phase One. Both the United States and Halliburton do not oppose the application of the Court's order to Phase Two.

1

Dated: August 15, 2013

Respectfully submitted,

/s / Don K. Haycraft

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Timothy A. Duffy, P.C.
(tim.duffy@kirkland.com)
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

Robert C. "Mike" Brock
(mbrock@cov.com)
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

*Attorneys for the BP Exploration & Production Inc. & BP America Production Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of August, 2013.

                                                       /s/  Don K. Haycraft__