UNITED STATED JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179<br><br>SECTION: J<br><br>Judge Barbier<br>Mag. Judge Sushan |
| This Document Relates to:        2:13cv027777-CJB-SS | |
| SHANNON GELINAS & GERARD GELINAS | PLAINTIFFS |
| VERSUS | CIVIL ACTION NO. 2:13cv027777-CJB-SS |
| BP, PLC;<br>BP AMERICA PRODUCTION COMPANY; AND<br>BP EXPLORATION AND PRODUCTION, INC. | DEFENDANTS |

PLAINTIFFS' MOTION FOR ADDITIONAL
TIME FOR SERVICE OF COMPLAINT UPON BP, PLC

Plaintiffs, Shannon Gelinas & Gerard Gelinas, move this Court to grant additional time to serve the Defendant, BP, PLC, with the Summons and Complaint, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, and state as follows:

I.

Plaintiffs filed their Complaint on April 19, 2013 in the United States District Court, Southern District of Mississippi, Southern Division.  This civil action was subsequently transferred to MDL 2179.

**II.**

Upon information and belief, Kirkland & Ellis, LLP, counsel for BP, PLC, has advised Plaintiffs liaison counsel that Kirkland & Ellis, LLP has been authorized to execute waivers of service on behalf of BP, PLC.  Accordingly, pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, counsel for Plaintiffs has forwarded to Kirkland & Ellis, LLP, the Complaint, Notice of a Lawsuit and Request to Waive Service of Summons, two copies of a Waiver of Service and appropriate prepaid means for returning the Waiver of Service to Plaintiffs' counsel.  Plaintiffs have not yet received the executed Waiver of Service.

**III.**

If a Waiver of Service on BP, PLC is not obtained, Plaintiffs will continue their efforts to serve BP, PLC, whose principal place of business is, upon information and belief, located in London, England.

**IV.**

For these reasons stated above, Plaintiffs move this Court to grant an extension of an additional 120 days to obtain the Waiver of Service or to serve the Defendant, BP, PLC.

Respectfully submitted this the 15th  day of August, 2013.

                                                  SHANNON GELINAS & GERARD GELINAS
                                                  Plaintiffs

                                                  By:  OWEN, GALLOWAY & MYERS, P.L.L.C.

                                                  BY:  /s/        *JOE SAM OWEN*, MSB #3965

**CERTIFICATE OF SERVICE**

I, Joe Sam Owen, of the law firm of Owen, Galloway & Myers, P.L.L.C., do hereby certify that I have I electronically filed the above and foregoing Motion with the Clerk of the Court using the ECF System which sent notification of such filing to all counsel of record.

SO CERTIFIED THIS THE 15th day of August, 2013.

/s/:  JOE SAM OWEN, MSB #3965


JOE SAM OWEN
Owen, Galloway & Myers, P.L.L.C.
1414 25th Avenue
Post Office Drawer 420
Gulfport, MS  39502
Phone 228-868-2821
Fax:  228-864-6421
jso@owen-galloway.com