# CONFERENCE ATTENDANCE RECORD

DATE: 8-16-13   TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

DISCOVERY STATUS   CONFERENCE

 PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Winfield Sinclair | Alabama |
| Robert E. Guidry | Anadarko |
| Tammy Godley | TO |
| Ky Kirby | anadarko |
| Tony Fitch | |
| Scott Cernich | US |
| Bruce Bowman | HESI |
| Jenny Martinez | HESI |
| Stefanie McGregor | HESI |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Erika Toledo | HESI |
| Sean Fleming | HESI |
| Gwen Richard | HESI |
| Ryan Babiuch | BP |
| Andy Langan | BP |
| Don Haycraft | BP |
| Rob Gasaway | BP |
| Peter Bartoszek | BP |
| Kerry Miller | TO |
| Douglas Kraus | La. |
| Carter Williams | TO |
| Anthony Irpino | PSC |
| Brian Barr | PSC |
| | |
| | |
| | |
| | |

## MDL 2179 - Phase Two Discovery Conference

<u>8-16-13 Telephone Participants</u>

Corey Maze /AL

Nat Chakeris /U.S.

Alan Pixton /BP

Mark Nomillini /BP

Jeffrey Coreil /Airborne Support

Tom Benson /DOJ

Steve O'Rourke /U.S.

Sarah Himmelhoch /DOJ