UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig          MDL NO. 2179
      "Deepwater Horizon" in the Gulf
      of Mexico, on April 20, 2010       SECTION J

Applies to: *All Cases*                  JUDGE BARBIER
                                         MAGISTRATE JUDGE SHUSHAN

## ORDER

### [Regarding OPA Test Cases]

After a lengthy nominating process, the undersigned has selected the following cases as the "OPA test cases" which will be prepared for trial by the PSC and BP:

**PSC List**
Bisso Marine
Certified Platform
Seahawk Liquidating Trust

**BP List**
Beacon Exploration
Trinity Offshore
Blake Int'l Rigs USA

The parties are not foreclosed from nominating one more test case involving an exploration company and if they can reach agreement on such a nominee, it will be added to the above list.

The parties should confer regarding the proposed scheduling order. No pretrial or trial dates should be included as they will be set by Judge Barbier.

New Orleans, Louisiana, this 16th day of August, 2013.

                                         _____
                                         **SALLY SHUSHAN**
                                         **United States Magistrate Judge**