# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois  60654

Andrew Langan, P.C.
To Call Writer Directly:
(312) 862-2064
andrew.langan@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

August 1, 2013

**BY ELECTRONIC MAIL**

The Honorable Sally Shushan
United States Magistrate Judge
United States District Court
500 Poydras Street, Room B-345
New Orleans, LA  70130

        Re:    MDL 2179 — Ongoing Data Preservation

Dear Judge Shushan:

        As Your Honor will recall, BP contracted with Oceaneering International, Inc. to provide ROVs during the response to the *Deepwater Horizon* incident.  In connection with this work, Oceaneering has been accumulating back-up tapes of their Houston servers since the incident. Oceaneering contacted BP last week and requested that they be able to stop accumulating new back-up tapes. To be clear, Oceaneering is not proposing to dispose of any existing back-up tapes, but rather to cease creating new backup tapes on a going-forward basis.

        BP raises this issue with Your Honor now because we respectfully submit that this step makes sense for all MDL 2179 parties. Your Honor previously issued an order with a much broader effect that applied only to then-MDL-2179 defendant Cameron. *See* March 5, 2012 Order Regarding Cameron's Motion to Resume Standard Business Practices and Cease Collection of Data Created After January 31, 2012 (Rec. doc. 5956). As Cameron pointed out in its Motion to Resume Standard Business Practices filed on February 7, 2012: (1) the continued collection and preservation of new data represents a substantial expense; and (2) as time progresses it is increasingly unlikely that new information collected and preserved will constitute relevant, non-privileged material. (Rec. doc. 5600).

        Similarly, BP now respectfully requests that the Court issue an order permitting it and the other MDL 2179 parties to cease creating backup tapes of data created after July 1, 2013 for the purposes of complying with its obligations arising from the Deepwater Horizon incident.  This order would not otherwise impact the scope of the parties' preservation obligations.  We would appreciate it if we could discuss at the next Working Group Conference.

        As always, we appreciate the Court's time and consideration in this matter.

Hong Kong    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai    Washington, D.C.

## KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
August 1, 2013
Page 2

                                              Respectfully submitted,

                                              /s/ Andrew Langan, P.C.

                                              Andrew Langan, P.C.

cc (via electronic mail):

    Michael O'Keefe                        Plaintiffs' Liaison Counsel
    Defense Liaison Counsel           United States MDL Counsel List
    State Liaison Counsel