UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to: | JUDGE BARBIER |
| *Case No. 2:10-cv-8888, [Rec. Doc. 68875]; 2:10-cv-2771* | MAG. JUDGE SHUSHAN |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, undersigned counsel moves this Court for an order withdrawing the Dugan Law Firm, APLC as counsel of record for Plaintiff, Dr. Jonathan Boudreaux of Boudreaux Spine & Joint, LLC. In support thereof, Movants would show:

1. On or about February 2, 2011, Plaintiff retained the law firm, The Dugan Law Firm, to serve as counsel with regards to any and all claims Plaintiff had arising out of the Deepwater Horizon Oil Spill on April 20, 2010.

2. On or about April 20, 2011, the undersigned filed a Short Form Joinder on behalf of Plaintiff, [Rec. Doc. 68875].

3. On July 30, 2013, Plaintiff informed the Dugan Law Firm in writing that he no longer desired to have the Dugan Law Firm represent his interests.

4. On August 2, 2013, the Dugan Law Firm honored the wishes of Plaintiff and the parties have terminated their relationship. Thus, the Dugan Law Firm as counsel of record now requests this Court to allow its withdrawal from representation of Dr. Jonathan Boudreaux and/or Boudreaux Spine & Joint, LLC in this case.

5. This motion is made in good faith and considering Plaintiff has chosen to represent himself and/or hire other counsel in this matter, neither he nor any other party will be prejudiced by Movants' withdrawal of counsel.

6. The current mailing address of Plaintiff is 1025 West Tunnel Blvd., Houma, Louisiana 70360.

WHEREFORE, undersigned counsel moves this Court for an Order allowing the withdrawal of the Dugan Law Firm, APLC as counsel of record for Plaintiff in the above captioned case.

Dated: August 16, 2013

Respectfully submitted,

By:
**THE DUGAN LAW FIRM**

*/s/ David B. Franco*
David B. Franco (TXBSA# 24072097)
James R. Dugan, II (LSBA# 24785)
One Canal Place
365 Canal Street, Suite 1000
New Orleans, Louisiana 70130
Telephone: (504) 648 0180
Facsimile: (504) 648 0181

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion to Withdraw as Counsel of Record and [Proposed] Order has been filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel through LexisNexis File & Serve, electronic mail, facsimile, and/or U.S. Mail. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via U.S. Mail, postage prepaid and properly addressed, on the last known address of the Plaintiff on this 16th day of August 2013.

Dr. Jonathan Boudreaux
Boudreaux Spine & Joint, LLC
1025 West Tunnel Blvd.
Houma, LA 70360

                 */s/ David B. Franco*
                 David B. Franco, Esq.