# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** § | | **MDL NO. 2179** |
| **"Deepwater Horizon" in the Gulf of** § | | |
| **Mexico, on April 20, 2010** § | | **SECTION: J(1)** |
| § | | |
| **This Document Relates to:** § | | **Judge Barbier** |
| **2:13-cv-01778 and All Cases** § | | |
| § | | **Mag. Judge Shushan** |
| § | | |

*************************************************************************

## MOTION FOR AN EXTENSION OF TIME TO CONFIRM AND/OR PERFECT SERVICE ON DEFENDANTS TRANSOCEAN LTD., TRITON ASSET LEASING GMBH AND MITSUI OIL EXPLORATION CO., LTD.

NOW UNTO COURT COME HEREIN, Plaintiffs, Sergio Alvarado and Eileen Gonzalez (hereinafter referred to as "Plaintiffs" herein), who file this Motion for Extension of Time to Confirm and/or Perfect Service on Defendants, Transocean Ltd. (hereinafter referred to "Defendant"), Triton Asset Leasing GmbH (hereinafter referred to as "Defendant") and Mitsui Oil Exploration Co., Ltd. (hereinafter referred to as "Defendant") (collectively referred to "Defendants"), and herein, respectfully request this Honorable Court to provide Plaintiffs an additional 120 days to confirm and/or perfect service of said mentioned Defendants for the following reasons, to wit:

### *Brief Procedural Background:*

On April 19, 2013, Complaint for Damages was filed on behalf of Plaintiffs. On July 25, 2013, Plaintiffs' First Amended and Supplemental Complaint for Damages was filed. On July 26, 2013, Plaintiffs' First Amended and Supplemental Complaint for Damages was filed, correcting the caption of said Amended Complaint. Plaintiffs proceeded to serve Defendants.

1

*Triton Asset Leasing GmbH*

On August 8, 2013, Joanna Lambert of Duces Tecum, Inc. attempted to serve Triton Asset Leasing GmbH c/o Steven L. Newman, President and Chief Executive Officer, located at 4 Greenway Plaza in Houston, Texas 77046-0400, the Summons, Civil Cover Sheet, Complaint for Damages, Plaintiffs' First Amended and Supplemental Complaint for Damages, Plaintiffs' First Amended and Supplemental Complaint for Damages with a caption correction. Said service was rejected and Joanna Lambert was handed written instructions to serve Triton Asset Leasing GmbH through Registered Agent for Service of Process, Capitol Services, Inc. / Capitol Corporate Services, Inc., located at 800 Brazos Street, Suite 400 in Austin, Texas (see Exhibit "A" in Globo).

Based on these directives, on August 9, 2013, Plaintiffs proceeded by serving same to Capitol Services, Inc. / Capitol Corporate Services, Inc. via certified mail, including an option presented to Triton Asset Leasing GmbH of waiving the service of summons (see Exhibit "B" in Globo). Said service was rejected (see Exhibit "B" in Globo).

On August 6, 2013, Plaintiffs also served Triton Asset Leasing GmbH the Summons, Civil Cover Sheet, Complaint for Damages, Plaintiffs' First Amended and Supplemental Complaint for Damages, Plaintiffs' First Amended and Supplemental Complaint for Damages with a caption correction, as well as an alternative request to waive service (see Exhibit "C" in Globo). Said service was accepted by signature (see Exhibit "C" in Globo).

Out of an abundance of caution, on August 16, 2013, Plaintiffs also served the foregoing to the registered attorneys listed on File & ServeXpress in line with Pretrial Order No. 12, requesting waiver of service of the summons (see Exhibit "D" in Globo). Plaintiffs have not received a response from said attorneys.

For the foregoing reasons, Plaintiffs respectfully requests this Honorable Court to grant Plaintiffs an additional 120 day extension of time to confirm and/or perfect service on Triton Asset Leasing GmbH, in the event counsel on behalf of said named Defendant fails to waive the service of summons and/or Triton Asset Leasing GmbH argues that the foregoing service was somehow improper.

### *Transocean Ltd.*

On August 8, 2013, Joanna Lambert of Duces Tecum, Inc. attempted to serve Transocean Ltd. c/o Steven L. Newman, located at 4 Greenway Plaza in Houston, Texas 77046-0400, the Summons, Civil Cover Sheet, Complaint for Damages, Plaintiffs' First Amended and Supplemental Complaint for Damages, Plaintiffs' First Amended and Supplemental Complaint for Damages with a caption correction. Said service was rejected and Joanna Lambert was given written instructions to serve Transocean Ltd. through Registered Agent for Service of Process, Capitol Services, Inc. / Capitol Corporate Services, Inc., located at 800 Brazos Street, Suite 400 in Austin, Texas (see Exhibit "A" in Glob).

Based on these directives, on August 9, 2013, Plaintiffs proceeded by serving the foregoing to Capitol Services, Inc. / Capitol Corporate Services, Inc. via certified mail, including an option presented to Triton Asset Leasing GmbH of waiving the service of summons (see Exhibit "E" in Globo). Said service was rejected (see Exhibit "E" in Globo).

On August 6, 2013, Plaintiffs also served Transocean Ltd. c/o Allen M. Katz, Interim Senior Vice President and General Counsel, Civil Cover Sheet, Complaint for Damages, Plaintiffs' First Amended and Supplemental Complaint for Damages, Plaintiffs' First Amended and Supplemental Complaint for Damages with a caption correction, as well as an alternative

3

request to waive service (see Exhibit "F" in Globo). Said service was accepted by signature (see Exhibit "F" in Globo).

Out of an abundance of caution, on August 16, 2013, Plaintiffs also served the foregoing to the registered attorneys listed on File & ServeXpress, according to Pretrial Order No. 12, requesting waiver of service of the summons (see Exhibit "D" in Globo). Plaintiffs have not received a response from said attorneys.

For the foregoing reasons, Plaintiffs respectfully request this Honorable Court an additional 120 day of extension of time to confirm and/or perfect service on Transocean Ltd., in the event counsel on behalf of said named Defendant fails to waive the service of summons and/or Transocean Ltd. argues that the foregoing service was somehow improper.

*Mitsui Oil Exploration Co., Ltd.*

On August 2, 2013, Kevin S. Dunn of Brandywine Process Servers, Ltd. served Mitsui Oil Exploration Co., Ltd. c/o MOEX USA Corporation and Registered Agent for Service of Process, The Corporation Trust Co., located at 1209 Orange Street in Wilmington, Delaware 1980, the Summons, Civil Cover Sheet, Complaint for Damages, Plaintiffs' First Amended and Supplemental Complaint for Damages, Plaintiffs' First Amended and Supplemental Complaint for Damages with a caption correction, confirmed by Affidavit (see Exhibit "G" in Globo).

On August 6, 2013, Plaintiffs served Mitsui Oil Exploration Co., Ltd. c/o MOEX USA Corporation and Registered Agent for Service of Process, CT Corporation System, located at 350 North St. Paul Street, Suite 2900 in Dallas, Texas 75201. Said service was accepted by signature (see Exhibit "H" in Globo). On August 6, 2013, Plaintiffs also attempted to serve Mitsui Oil Exploration Co., Ltd c/o Mr. Daisuke Matsuura, General Manager, located at 9 Greenway Plaza,

Suite 1220 in Houston, Texas 77046 (see Exhibit "K"). However, said service attempt was rejected.

Out of an abundance of caution, on August 15, 2013, Plaintiffs also served the registered attorneys listed on File & ServeXpress, in compliance with Pretrial Order No. 12, attention of the "MOEX Entities, requesting waiver of service of the summons (see Exhibit "J" in Globo). On same day, Plaintiffs also served the same request to Mr. Edward Flounders, Esq. (see Exhibit "I"). Plaintiffs have not received a response from said attorneys.

For the foregoing reasons, Plaintiffs respectfully request this Honorable Court an additional 120 days to confirm and/or perfect service of Mitsui Oil Exploration Co., Ltd.

*Conclusion:*

For the foregoing reasons, Plaintiffs respectfully request this Honorable Court an additional 120 days of an extension of time to confirm and/or perfect service on Triton Asset Leasing GmbH, Transocean Ltd. and Mitsui Oil Exploration Co., Ltd.

August 16, 2013

    Respectfully Submitted,

    /s/ Douglas M. Schmidt
    _____
    Douglas M. Schmidt (Bar No. 11789)
    Douglas M. Schmidt, APLC
    335 City Park Avenue
    New Orleans, LA 70116
    Telephone No.: (504) 482-5711
    Facsimile No.: (504) 482-5755
    *Attorneys for Plaintiffs, Sergio Alvarado & Eileen Gonzalez*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL2179, on this 16th day of August, 2013.

/s/ Douglas M. Schmidt
_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | § | MDL NO. 2179 |
| **"Deepwater Horizon" in the Gulf of** | § | |
| **Mexico, on April 20, 2010** | § | SECTION: J(1) |
| | § | |
| **This Document Relates to:** | § | Judge Barbier |
| **2:13-cv-01778 and All Cases** | § | |
| | § | Mag. Judge Shushan |
| | § | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

This Court has considered Plaintiffs Sergio Alvarado and Eileenz Gonzalez's Motion for an Extension of Time to Confirm and/or Perfect Service on Defendants Transocean Ltd., Triton Asset Leasing GmbH and Mitsui Oil Exploration Co., Ltd., requesting said Court an additional 120 days to confirm and/or perfect service of said Defendants.

It is, therefore, ORDERED that Plaintiffs, Sergio Alvarado and Eileen Gonzalez, are granted an additional 120 day extension of time to confirm and/or perfect service on Transocean Ltd., Triton Asset Leasing GmbH and Mitsui Oil Exploration Co., Ltd.

Signed this \_\_\_\_\_ day of _____, 2013.

_____
United States District Judge Presiding