# DUCES TECUM, INC.

Fast Efficient Service

3801 Kirby, Dr., Suite 313, Houston, TX 77098
FAX 713-520-9020  OFF 713-249-2452
TAX I.D. 76-0257131

**Invoice Number:** 03-01094
**Due Date:** 08/24/2013
**Amount Due:** $0.00

MARISHA H. FRAAZA
DOUGLAS M. SCHMIDT, APLC
335 CITY PARK AVENUE
NEW ORLEANS, LA 70119

New Landline
713-520-9646

Marisha

PLEASE INCLUDE THE ABOVE INVOICE NUMBER WITH YOUR PAYMENT

## Project Information

Reference Number:
Cause Number: 2:13-cv-01778-CJB-SS
Style: SERGIO ALVARDO, ET AL, VS BP EXPLORATION & PRODUCTION, INC., ET AL

**Invoice Date:** 8/9/2013

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1.00 | TRITON ASSET LEASING GMBH BY DELIVERING TO C/O TRANSOCEAN LTD. BY DELIVERING TO STEVEN L. NEWMAN, PRESIDENT AND CHIEF EXECUTIVE OFFICER 4 GREENWAY PLAZA, HOUSTON, TX 77046-0400 SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, COMPLAINT FOR DAMAGES, PLAINTIFFS' FIRST AMENDED AND SUPPLEMENTAL COMPLAINT FOR DAMAGES (CIVIL ACTION NO. 2:13-CV-01778-J1), PLAINTIFFS' FIRST AMENDED AND SUPPLEMENTAL COMPLAINT FOR DAMAGES (MDL NO.2179) | $65.00 | $65.00 |
| 1.00 | 2ND PAPER - TRANSOCEAN LTD. | $35.00 | $35.00 |

Return Originals To Court

### Payments

| Date | Check Num. | Amount |
|---|---|---|
| 08/09/2013 | 3877 | $100.00 |

**Total:** $100.00
**Payments:** $100.00
**Amount Due:** $0.00

EXHIBIT
A in Globo

INVOICES ARE DUE UPON R...

CAUSE NO.: **2:13-cv-01778-CJB-SS**

| | | |
|---|---|---|
| SERGIO ALVARDO, ET AL, | § § § | US DISTRICT COURT |
| VS. | § § § | FOR THE |
| BP EXPLORATION & PRODUCTION, INC., ET AL | § § § § | EASTERN DISTRICT OF LOUISIANA |

### AFFIDAVIT of DUE DILIGENCE

My name is PAM BLACK, SCH210 - EXP. 7/31/2014. I am over the age of eighteen (18). I have never been convicted of a felony or a crime of moral turpitude. I am competent to make these statements contained in this affidavit.

I was assigned to deliver process in the above styled case and cause upon the below-named defendant at the usual place of abode:

    TRANSOCEAN LTD. BY DELIVERING TO C/O STEVEN L. NEWMAN PRESIDENT AND CHIEF EXECUTIVE OFFICER
    4 GREENWAY PLAZA
    HOUSTON, TX 770460400

The following efforts to deliver to the defendant a true copy of the Summons In A Civil Action, Civil Cover Sheet, Complaint for Damages, Plaintiffs' First Amended And Supplemental Complaint for Damages (civil Action No. 2:13-cv-01778-j1) and Plaintiffs' First Amended And Supplemental Complaint for Damages (mdl No.2179) on the following date(s) with stated results:

08/07/2013 @ 3:40 PM -    BAD ADDRESS. SERVICE IS NOT ACCEPTED AT THIS LOCATION. ALL SERVICE OF PROCESS MUST GO TO CAPITOL SERVICES, INC/CAPITOL CORPORATE SERVICES INC AT 800 BRAZOS STREET, STE 400, AUSTIN, TX 78701

Further Affiant Sayeth Not,

_____
AFFIANT

STATE OF TEXAS }

Before me, the undersign authority, personally appeared the above named affiant, who being first duly sworn, stated that the above stated facts are true and correct, and subscribed the same before me on this  8th  day of  August , 2013.

_____
NOTARY PUBLIC

JOANNA LAMBERT
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
MARCH 7, 2017



Kathleen A. Brown
Manager, Global Dispute Resolution

TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC.
4 GREENWAY PLAZA
HOUSTON, TEXAS 77046
TEL  +1-832-587-6474
FAX  +1-713-232-7511
Kathleen.Brown@deepwater.com

January 7, 2013

**RE:   SERVICE OF PROCESS**

ALL PROCESS SERVERS ATTEMPTING TO EFFECT SERVICE:

Capitol Services, Inc./Capitol Corporate Services, Inc. is the statutory registered agent of record for service of process on Transocean Offshore Deepwater Drilling Inc. and all of its U.S. based subsidiaries and affiliated companies.  In the state of Texas, Capitol's address is:

800 Brazos Street, Suite 400
Austin, TX 78701

To minimize disruption to our business operations, please contact Delanie Case at Capitol Services - Tel: 800-345-4647 - for further information.

Thank you for your cooperation.

Sincerely,

Kathleen A. Brown
Manager, Global Dispute Resolution

/kb

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Sergio Alvarado, et. al.

*Plaintiff(s)*

v.

BP Exploration & Production, Inc., et. al.

*Defendant(s)*

Civil Action No. 2:13-cv-01778 J (1)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Transocean Ltd.
c/o Steven L. Newman, President and Chief Executive Officer
4 Greenway Plaza
Houston, TX 77046-0400

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Douglas M. Schmidt, Esq.
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date: Jul 03 2013

*Stephanie Kall*
Deputy clerk's signature

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:13-cv-01778

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

CAUSE NO.: **2:13-cv-01778-CJB-SS**

| | | |
|---|---|---|
| SERGIO ALVARDO, ET AL, | § § § | US DISTRICT COURT |
| VS. | § § § | FOR THE |
| BP EXPLORATION & PRODUCTION, INC., ET AL | § § § § | EASTERN DISTRICT OF LOUISIANA |

### AFFIDAVIT of DUE DILIGENCE

My name is <u>PAM BLACK, SCH210 - EXP. 7/31/2014</u>. I am over the age of eighteen (18). I have never been convicted of a felony or a crime of moral turpitude. I am competent to make these statements contained in this affidavit.

I was assigned to deliver process in the above styled case and cause upon the below-named defendant at the usual place of abode:

> TRITON ASSET LEASING GMBH BY DELIVERING TO C/O TRANSOCEAN LTD. BY DELIVERING TO STEVEN L. NEWMAN, PRESIDENT AND CHIEF EXECUTIVE OFFICER
> 4 GREENWAY PLAZA
> HOUSTON, TX 770460400

The following efforts to deliver to the defendant a true copy of the Summons In A Civil Action, Civil Cover Sheet, Complaint for Damages, Plaintiffs' First Amended And Supplemental Complaint for Damages (civil Action No. 2:13-cv-01778-j1) and Plaintiffs' First Amended And Supplemental Complaint for Damages (mdl No.2179) on the following date(s) with stated results:

08/07/2013 @ 3:40 PM -   BAD ADDRESS. SERVICE IS NOT ACCEPTED AT THIS LOCATION. ALL SERVICE OF PROCESS MUST GO TO CAPITOL SERVICES, INC/CAPITOL CORPORATE SERVICES INC AT 800 BRAZOS STREET, STE 400, AUSTIN, TX 78701

Further Affiant Sayeth Not,

_____
AFFIANT

STATE OF TEXAS }

Before me, the undersign authority, personally appeared the above named affiant, who being first duly sworn, stated that the above stated facts are true and correct, and subscribed the same before me on this __8th__ day of __August__, 2013.

_____
NOTARY PUBLIC

JOANNA LAMBERT
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
MARCH 7, 2017



Kathleen A. Brown
Manager, Global Dispute Resolution

TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC.
4 GREENWAY PLAZA
HOUSTON, TEXAS 77046
TEL. +1-832-587-6474
FAX +1-713-232-7511
Kathleen.Brown@deepwater.com

January 7, 2013

RE: SERVICE OF PROCESS

ALL PROCESS SERVERS ATTEMPTING TO EFFECT SERVICE:

Capitol Services, Inc./Capitol Corporate Services, Inc. is the statutory registered agent of record for service of process on Transocean Offshore Deepwater Drilling Inc. and all of its U.S. based subsidiaries and affiliated companies. In the state of Texas, Capitol's address is:

800 Brazos Street, Suite 400
Austin, TX 78701

To minimize disruption to our business operations, please contact Delanie Case at Capitol Services - Tel: 800-345-4647 - for further information.

Thank you for your cooperation.

Sincerely,

Kathleen A. Brown
Manager, Global Dispute Resolution

/kb

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| Sergio Alvarado | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:13-cv-01778-J1 |
| BP Exploration & Production, Inc., et. al. | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Triton Asset Leasing GmbH
c/o Transocean Ltd. & Steven L. Newman, President and Chief Executive Officer
4 Greenway Plaza
Houston, TX 77046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Douglas M. Schmidt, Esq.
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

_____
Deputy clerk's signature

Date: __Jul 08 2013__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:13-cv-01778-J1

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*
was received by me on *(date)*.

☐ I personally served the summons on the individual at *(place)*
on *(date)*                            ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)*                            , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                                    , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)*                            ; or

☐ I returned the summons unexecuted because                                                                     ; or

☐ Other *(specify)*:


My fees are $              for travel and $              for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:
                                                        _____
                                                                  *Server's signature*

                                                        _____
                                                                  *Printed name and title*


                                                        _____
                                                                  *Server's address*

Additional information regarding attempted service, etc: