

# Douglas M. Schmidt, APLC

A Professional Law Corporation

335 City Park Avenue
New Orleans, LA 70119
Phone: 504-482-5711
Fax: 504-482-5755
Toll Free: 800-375-1193

Douglas M. Schmidt*
Marisha H. Fraaza, of Counsel
*Also admitted to practice in South Carolina

August 9, 2013

Via Certified Mail (7010 1060 0001 1615 6849)
Triton Asset Leasing GmbH
c/o Registered Agent for Service of Process
Capitol Services, Inc. / Capitol Corporate Services, Inc.
800 Brazos Street
Suite 400
Austin, TX 78701

Re: Alvarado, et. al. v. BP Exploration & Production, Inc., MDL No.
2179, as relates to Case No.: 2:13-cv-01778

To Whom It May Concern:

You are hereby served on behalf of the named Defendant, Triton Asset Leasing GmbH.
Please find enclosed a Summons issued by the Clerk of Court for the United States District Court
of the Eastern District of Louisiana, in reference to the above captioned matter. Please also find
enclosed a Civil Cover Sheet, Complaint for Damages, Plaintiffs' First Amended Complaint and
Supplemental Complaint and Plaintiffs' First Amended and Supplemental Complaint for
Damages (with a correction in the caption).

Alternatively, please also find enclosed an originally signed Notice of a Lawsuit and
Request to Waive Service of a Summons (Form AO 398) and an original and two (2) copies of
Waiver of the Service of Summons (Form AO 399), requesting the foregoing named Defendant
to waive service of Summons, in reference to the above captioned matter.

Please complete the enclosed appropriate form(s) and return using the enclosed self-
addressed and pre-paid envelope.

EXHIBIT
B in
6/060

Sincerely,

Marisha H. Fraaza, Esq.

Enclosure(s):  1) Originally signed Notice of a Lawsuit and Request to Waive Service of a
Summons (Form AO 398)

2) Waiver of the Service of Summons (Form AO 399) (an original and two [2]
copies)

3) One (1) Summons In A Civil Action

4) Civil Cover Sheet

5) Complaint for Damages

6) Plaintiffs' First Amended and Supplemental Complaint

7) Plaintiffs' First Amended and Supplemental Complaint for Damages (with a
captioned correction)

Cc:     Douglas M. Schmidt, Esq.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Alvarado, et. al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:13-cv-01778-J-1 |
| BP Exploration & Production, Inc. et. al. | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Triton Asset Leasing GmbH
c/o Registered Agent for Service of Process
Capitol Services, Inc./Capitol Corporate Services Inc.
800 Brazos Street
Suite 400
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Douglas M. Schmidt, Esq.
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date: ___Aug 09 2013___

Deputy Clerk's Signature

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:13-cv-01778-J-1

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*

on *(date)*                                                                      ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                          , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                              , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                                ; or

☐ I returned the summons unexecuted because                                             ; or

☐ Other *(specify):*


My fees are $                    for travel and $                    for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.


Date:

*Server's signature*


*Printed name and title*


*Server's address*


Additional information regarding attempted service, etc:

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| Alvarado, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  2:13-cv-01778-J(1) |
| BP Exploration & Production, Inc., et. al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Triton Asset Leasing GmbH, Registered Agent for Service of Process - Capitol Services, Inc. / Capitol Services, Inc.
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

### Why are you getting this?

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

### What happens next?

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:     08/09/2013

_____
*Signature of the attorney or unrepresented party*

Douglas M. Schmidt, Esq.
*Printed name*
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119

*Address*

dglsschmidt@yahoo.com
*E-mail address*

504-482-5711
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

---

# UNITED STATES DISTRICT COURT

### for the

Eastern District of Louisiana ☒

| | |
|---|---|
| Alvarado, et. al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| BP Exploration & Production, Inc., et. al. | ) |
| *Defendant* | ) |

Civil Action No.  2:13-cv-01778-J(1)

## WAIVER OF THE SERVICE OF SUMMONS

To: Douglas M. Schmidt, Esq.
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____08/09/2013_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____


                                                    _____
*Signature of the attorney or unrepresented party*

_____
*Printed name of party waiving service of summons*

                                                    *Printed name*

                                                    *Address*

                                                 *E-mail address*

                                               *Telephone number*

---

#### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana ☒

| | |
|---|---|
| Alvarado, et. al. | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   2:13-cv-01778-J(1) |
| BP Exploration & Production, Inc., et. al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Douglas M. Schmidt, Esq.
       *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____08/09/2013_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

 

_____      _____
*Printed name of party waiving service of summons*       *Signature of the attorney or unrepresented party*

                                                     _____
                                                        *Printed name*

                                                        _____
                                                        *Address*

                                                        _____
                                                       *E-mail address*

                                                        _____
                                                        *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Louisiana ☒

|   |   |   |
|---|---|---|
| Alvarado, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:13-cv-01778-J(1) |
| BP Exploration & Production, Inc., et. al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: Douglas M. Schmidt, Esq.
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____08/09/2013_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____                          _____
                                                 *Signature of the attorney or unrepresented party*

_____                _____
*Printed name of party waiving service of summons*        *Printed name*

                                                 _____
                                                 *Address*

                                                 _____
                                                 *E-mail address*

                                                 _____
                                                 *Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

8/15/13                                                     USPS.com® - Track & Confirm

certified mail tracking                    [Search]

English          Customer Service          USPS Mobile                                    Register / Sign In

**USPS.COM**                                                          Search USPS.com or Track Packages

Quick Tools                    Ship a Package      Send Mail      Manage Your Mail      Shop      Business Solutions
Track & Confirm
Enter up to 10 Tracking #: Find
Find USPS Locations
Buy Stamps
Schedule a Pickup      **Track & Confirm**
Calculate a Price
Find a ZIP Code™
Hold Mail
Change of Address      PRINT DETAILS
                       EMAIL UPDATES

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70101060000118158849 | Priority Mail 2-Day™ | Processed through USPS Sort Facility | August 14, 2013, 7:37 pm | AUSTIN, TX 78710 | Scheduled Delivery Day: August 12, 2013 |
| | | | | | Certified Mail™ |
| | | | | | Return Receipt |
| | | Undeliverable as Addressed | August 13, 2013, 10:46 am | AUSTIN, TX 78744 | |
| | | Refused | August 12, 2013, 3:08 pm | AUSTIN, TX 78701 | |
| | | Arrival at Unit | August 12, 2013, 8:09 am | AUSTIN, TX 78744 | |
| | | Depart USPS Sort Facility | August 11, 2013 | AUSTIN, TX 78710 | |
| | | Processed through USPS Sort Facility | August 11, 2013, 8:10 pm | AUSTIN, TX 78710 | |
| | | Depart USPS Sort Facility | August 11, 2013 | NEW ORLEANS, LA 70113 | |
| | | Processed at USPS Origin Sort Facility | August 10, 2013, 9:16 pm | NEW ORLEANS, LA 70113 | |
| | | Dispatched to Sort Facility | August 10, 2013, 12:37 pm | METAIRIE, LA 70005 | |
| | | Acceptance | August 10, 2013, 11:55 am | METAIRIE, LA 70005 | |

**Check on Another Item**

What's your label (or receipt) number?

7010 1060 001 1615 8832                    Find

LEGAL                  ON USPS.COM                  ON ABOUT.USPS.COM              OTHER USPS SITES
Privacy Policy ›       Government Services ›        About USPS Home ›              Business Customer Gateway ›
Terms of Use ›         Buy Stamps & Shop ›          Newsroom ›                     Postal Inspectors ›
FOIA ›                 Print a Label with Postage › USPS Service Alerts ›          Inspector General ›
No FEAR Act EEO Data › Customer Service ›           Forms & Publications ›         Postal Explorer ›
                       Delivering Solutions to the Last Mile ›  Careers ›
                       Site Index ›

**USPS.COM**   |   Copyright© 2013 USPS. All Rights Reserved.



# Douglas M. Schmidt, APLC

A Professional Law Corporation

335 City Park Avenue
New Orleans, LA   70119
Phone: 504-482-5711
Fax: 504-482-5755
Toll Free: 800-375-1193

Douglas M. Schmidt*
Marisha H. Fraazá, of Counsel
*Also admitted to practice in South Carolina

August 6, 2013

**Via  Certified Mail (7010 1060 0001 1615 6788)**
Triton Asset Leasing GmbH
c/o Transocean Ltd.
Attention: Mr. Allen M. Katz, Interim Senior Vice President and General Counsel
4 Greenway Plaza
Houston, TX 77046

Re:   *Alvarado, et. al. v. BP Exploration & Production, Inc., et. al.*, MDL No. 2179, as relates to Case No.: 2:13-cv-01778 (J-1)

To Whom It May Concern:

You are hereby served on behalf of the named Defendant, Triton Asset Leasing GmbH. Please find enclosed a Summons issued by the Clerk of Court for the United States District Court of the Eastern District of Louisiana, in reference to the above captioned matter. Please also find enclosed a Civil Cover Sheet, Complaint for Damages, Plaintiffs' First Amended and Supplemental Complaint and Plaintiffs' First Amended and Supplemental Complaint for Damages (with a correction in the caption).

Alternatively, please also find enclosed an originally signed Notice of a Lawsuit and Request to Waive Service of a Summons (Form AO 398) and original and two (2) copies of Waiver of the Service of Summons (Form AO 399), requesting the foregoing named Defendant, to waive service of summons, in reference to the above captioned matter.

Please complete the enclosed appropriate form(s) and return using the enclosed self-addressed and pre-paid envelope.

Sincerely,

Marisha H. Fraaza, Esq.

Enclosure(s):  1) Originally signed Notice of a Lawsuit and Request to Waive Service of a
Summons (Form AO 398)
2) Waiver of the Service of Summons (Form AO 399) (an original and two [2]
copies)
3) One (1) Summons In A Civil Action
4) Civil Cover Sheet
5) Complaint for Damages
6) Plaintiffs' First Amended and Supplemental Complaint
7) Plaintiffs' First Amended and Supplemental Complaint for Damages (with a
captioned correction)


Cc:   Douglas M. Schmidt (electronic copy via email)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Louisiana

| | |
|---|---|
| Sergio Alvarado | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| BP Exploration & Production, Inc., et. al. | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 2:13-cv-01778-J1

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Triton Asset Leasing GmbH
c/o Transocean Ltd. & Allen M. Katz, Interim Senior Vice President and General
Counsel
4 Greenway Plaza
Houston, TX 77046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Douglas M. Schmidt, Esq.
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

William W. Blevins
*Name of clerk of court*

*Deputy Clerk's Signature*

Date: _____Jul 08 2013_____

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:13-cv-01778-J1

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*

on *(date)*                                                               ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

. a person of suitable age and discretion who resides there,

on *(date)*                                , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                        , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                                                               ; or

☐ I returned the summons unexecuted because                                                  ; or

☐ Other *(specify)*:


My fees are $                    for travel and $                    for services, for a total of $     0.00

I declare under penalty of perjury that this information is true.


Date:

                                                                    *Server's signature*


                                                                    *Printed name and title*



                                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| Alvarado, et. al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:13-cv-01778-J(1) |
| BP Exploration & Production, Inc.. et. al. | ) ＭＯＣ ２１７９ |
| *Defendant* | ) |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Triton Asset Leasing GmbH c/o Transocean Ltd. & Allen M. Katz, Interim Sr. Vice President & General Counsel
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within ___30___ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: ___08/06/2013___

_____
*Signature of the attorney or unrepresented party*

Douglas M. Schmidt, Esq.
*Printed name*
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
*Address*

dglsschmdt@yahoo.com
*E-mail address*

504-482-5711
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana ☒

Alvarado, et. al.
_____
*Plaintiff*

v.

BP Exploration & Production, Inc., et. al.
_____
*Defendant*

)
)
)
)
)
)

Civil Action No. 2:13-cv-01778 (J-1), MDL 2179

## WAIVER OF THE SERVICE OF SUMMONS

To: Douglas M. Schmidt, Esq.
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____08/06/2013_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name of party waiving service of summons*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Louisiana

| | |
|---|---|
| Alvarado, et. al. | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.  2:13-cv-01778 (J-1), MDL 2179 |
| BP Exploration & Production, Inc., et. al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Douglas M. Schmidt, Esq.
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____08/06/2013_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

                                                     _____
                                                     *Signature of the attorney or unrepresented party*

_____
*Printed name of party waiving service of summons*
                                                       _____
                                                            *Printed name*

                                                       _____
                                                                *Address*

                                                       _____
                                                         *E-mail address*

                                                       _____
                                                         *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| Alvarado, et. al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No..2:13-cv-01778 (J-1), MDL 2179 |
| BP Exploration & Production, Inc., et. al. | ) |
| Defendant | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Douglas M. Schmidt, Esq.
   *(Name of the plaintiff's attorney or unrepresented plaintiff)*

   I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

   I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

   I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from            08/06/2013            , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____                    _____
                                        *Signature of the attorney or unrepresented party*

_____      _____
*Printed name of party waiving service of summons*          *Printed name*

                                        _____
                                        *Address*

                                        _____
                                        *E-mail address*

                                        _____
                                        *Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

   Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

   "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

   If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

   If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Triton Asset Leasing
c/o Transocean Ltd.
Attn: Allen M. Katz
4 Greenway Plaza
Houston, TX
77046

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

Todd Cabera

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

GmbH

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7010 1060 0001 1615 6788

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15