

E-SERVICE
53766242
Aug 16 2013
10:02AM
File & ServeXpress



# Douglas M. Schmidt, APLC

A Professional Law Corporation

335 City Park Avenue
New Orleans, LA  70119
Phone: 504-482-5711
Fax: 504-482-5755
Toll Free: 800-375-1193

Douglas M. Schmidt*
Marisha H. Fraaza, of Counsel
*Also admitted to practice in South Carolina

August 16, 2013

**Via Electronic Mail & File & ServeXpress, Pursuant to Pretrial Order No. 12 of MDL No. 2179**

Daniel O. Goforth, Esq.
Goforth Easterling, LLP
4900 Woodway, Suite 750
Houston, TX 77056
Email: dangoforth@goforthlaw.com

Rachel Clingman, Esq.
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700
Houston, TX 77002-6760
Email: rachel.clingman@sutherland.com

Richard Salloum
Franke & Salloum, PLLC
Post Office Drawer 460
Gulfport, MS 39502
Email: RPS@FRSLaw.com

Kevin T. Dossett, Esq.
Preis & Roy
Weslayan Tower
24 Greenway Plaza, Suite 2050
Houston, TX 77046
Email: kdossett@preisroy.com



EXHIBIT
m Globo

Frank A. Piccolo, Esq.
Preis & Roy
Weslayan Tower
24 Greenway Plaza, Suite 2050
Houston, TX 77046
Email: fpiccolo@preisroy.com

Paul Thibodeaux
Frilot, LLC
1100 Poydras Street
Suite 3700
Email: pthibodeaux@frilot.com

Kerry J. Miller, Esq.
Frilot, LLC
1100 Poydras Street
Suite 3700
Email: kmiller@frilot.com

Martin A. Stern
Adams & Reese, LLP
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Email: martin.stern@arlaw.com

Evans Martin McLeod, Esq.
Phelps Dunbar
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Email: marty.mcleod@phelps.com

Campbell Edington Wallace
Frilot, LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Email: cwallace@frilot.com

Joseph N. Mole, Esq.
Frilot, LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Email: jmole@frilot.com

Miles Paul Fineran, Esq.
Frilot, LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Email: efineran@frilot.com

Leah Engelhardt, Esq.
Preis & Roy
Pan American Life Center
601 Poydras St., Suite 1700
New Orleans, LA
Email: lne@preisroy.com

Re:  *Alvarado, et. al. v. BP Exploration & Production, Inc., et. al.*, United States
District Court for the Eastern District of Louisiana, MDL No. 2179, as relates to
2:13-cv-01778

Dear Counsel:

We represent Plaintiffs, Mr. Sergio Alvarado and Mrs. Eileen Gonzalez relating to the BP Oil
Spill litigation, in reference to the above captioned matter.

On August 8, 2013, process server, Ms. Joanna Lambert, attempted to serve Transocean Ltd.
("Transocean" or "Defendant") and Triton Asset Leasing GmbH ("Triton" or "Defendant") c/o
Mr. Steven L. Newman, with a Summons, Civil Cover Sheet, Complaint for Damages, Plaintiffs'
First Amended and Supplemental Complaint and Plaintiffs' First Amended and Supplemental
Complaint. Said service was refused (see Affidavits of Due Diligence). The process server was
handed written instructions stating that the proper agent for said entities was Capitol Services,
Inc. / Capitol Corporate Services, Inc., located at 800 Brazos Street, Suite 400, Austin, TX
78701. Pursuant to these instructions, we sent same to the given agent for service of process,
including a request to Waive Service of the Summons (see correspondences dated August 9,
2013, referencing certified tracking nos. 7010 1060 0001 1615 6849 & 7010 1060 0001 1615
6832). However, Capitol Services, Inc. / Capitol Corporate Services, Inc. refused delivery (see
attached USPS.com Track & Confirm for certified tracking nos. 7010 1060 1615 6849 & 7010
1060 0001 1615 6832).

We also served the foregoing on Mr. Allen M. Katz (see tracking nos. 7010 1060 0001
1615 6757 and 7010 1060 0001 6788), which was signed as accepted (please see attached
correspondences).

Therefore, out of an abundance of caution, please also find included a signed Notice of a
Lawsuit and Request to Waive Service of a Summons (Form AO 398) and an original and two
(2) copies of Waiver of the Service of Summons (Form AO 399) per Defendant, requesting
Transocean Ltd. and Triton Asset Leasing GmbH to waive service of the summons.

Please complete the enclosed appropriate form(s) and return to our office as promptly as
possible.

We thank you for your attention to this matter.

Sincerely,

Marisha H. Fraaza, Esq.

Enclosure(s):  1) Notice of a Lawsuit and Request to Waive Service of a Summons (Form AO 398) for Transocean Ltd. and Triton Asset Leasing GmbH
2) Waiver of the Service of Summons (Form AO 399) (an original and two [2] copies) for Transocean Ltd. and Triton Asset Leasing GmbH
3) Civil Cover Sheet
4) Complaint for Damages
5) Plaintiffs' First Amended Complaint and Supplemental Complaint
6) Plaintiffs' First Amended and Supplemental Complaint (with caption correction)
7) Affidavits executed by Ms. Joanna Lambert
8) Correspondence sent to Mr. Allen M. Katz (dated August 6, 2013, see certified tracking no. 7010 1060 0001 1615 6757)
9) Correspondence sent to Mr. Allen M. Katz (dated August 6, 2013, see certified tracking no. 7010 1060 0001 1615 6788)
10) Correspondences sent to Capitol Services, Inc./ Capitol Corporate Services, Inc. (dated August 9, 2013, see  certified tracking nos. 7010 1060 0001 1615 6849 & 7010 1060 0001 1615 6832)
11) UPS Tracking showing refusal of acceptance of deliver (see certified tracking nos. 7010 1060 1615 0001 6849 & 7010 1060 0001 1615 6832).

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Louisiana

| | | |
|---|---|---|
| Alvarado, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  2:13-cv-01778 (J1), MDL 2179 |
| BP Exploration & Production, Inc., et. al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Attorneys registered to represent "Transocean Defendants" on File & ServeXpress (see PTO No. 12 / MDL 2179)
*(Name of the defendant or – if the defendant is a corporation, partnership, or association – an officer or agent authorized to receive service)*

Why are you getting this?

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

What happens next?

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: ____08/16/2013____

_____
*Signature of the attorney or unrepresented party*

Douglas M. Schmidt, Esq.
*Printed name*
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
*Address*

dglsschmdt@yahoo.com
*E-mail address*

504-482-5711
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
## for the
Eastern District of Louisiana ☐

| | |
|---|---|
| Alvarado, et. al. | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. 2:13-cv-01778 (J1), MDL 2179 |
| BP Exploration & Production, Inc., et. al. | ) |
| _Defendant_ | ) |

### WAIVER OF THE SERVICE OF SUMMONS

To: Douglas M. Schmidt, Esq.
    _(Name of the plaintiff's attorney or unrepresented plaintiff)_

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____08/16/2013_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

                                              _Signature of the attorney or unrepresented party_

    Transocean Ltd.
_Printed name of party waiving service of summons_                               _Printed name_

                                                        _Address_

                                                   _E-mail address_

                                                   _Telephone number_

### Duty to Avoid Unnecessary Expenses of Serving a Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does _not_ include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana  [▾]

| | |
|---|---|
| Alvarado, et. al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:13-cv-01778 (J1), MDL 2179 |
| BP Exploration & Production, Inc., et. al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Douglas M. Schmidt, Esq.
     *(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____08/16/2013_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

                                                 *Signature of the attorney or unrepresented party*

Transocean Ltd.
*Printed name of party waiving service of summons*     *Printed name*

                                              *Address*

                                              *E-mail address*

                                              *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana ▢

| | |
|---|---|
| Alvarado, et. al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:13-cv-01778 (J1), MDL 2179 |
| BP Exploration & Production, Inc., et. al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Douglas M. Schmidt, Esq.
  *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____08/16/2013_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Signature of the attorney or unrepresented party*

Transocean Ltd.
_____
*Printed name of party waiving service of summons*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.



# Douglas M. Schmidt, APLC

### A Professional Law Corporation

335 City Park Avenue
New Orleans, LA  70119
Phone: 504-482-5711
Fax: 504-482-5755
Toll Free: 800-375-1193

Douglas M. Schmidt*
Marisha H. Fraaza, of Counsel
*Also admitted to practice in South Carolina

August 9, 2013

Via Certified Mail (7010 1060 0001 1615 6832)
Transocean Ltd.
c/o Registered Agent for Service of Process
Capitol Services, Inc. / Capitol Corporate Services, Inc.
800 Brazos Street
Suite 400
Austin, TX 78701

Re:  Alvarado, et. al. v. BP Exploration & Production, Inc., MDL No.
2179, as relates to Case No.: 2:13-cv-01778

To Whom It May Concern:

You are hereby served on behalf of the named Defendant, Transocean Ltd. Please find enclosed a Summons issued by the Clerk of Court for the United States District Court of the Eastern District of Louisiana, in reference to the above captioned matter. Please also find enclosed a Civil Cover Sheet, Complaint for Damages, Plaintiffs' First Amended Complaint and Supplemental Complaint; and Plaintiffs' First Amended and Supplemental Complaint for Damages (with a correction in the caption).

Alternatively, please also find enclosed an originally signed Notice of a Lawsuit and Request to Waive Service of a Summons (Form AO 398) and an original and two (2) copies of Waiver of the Service of Summons (Form AO 399), requesting the foregoing named Defendant to waive service of Summons, in reference to the above captioned matter.

Please complete the enclosed appropriate form(s) and return using the enclosed self-addressed and pre-paid envelope.

Sincerely,

Marisha H. Fraaza, Esq.

Enclosure(s):  1) Originally signed Notice of a Lawsuit and Request to Waive Service of a
Summons (Form AO 398)
2) Waiver of the Service of Summons (Form AO 399) (an original and two [2]
copies)
3) One (1) Summons In A Civil Action
4) Civil Cover Sheet
5) Complaint for Damages.
6) Plaintiffs' First Amended and Supplemental Complaint
7) Plaintiffs' First Amended and Supplemental Complaint for Damages (with a
captioned correction)

Cc:     Douglas M. Schmidt, Esq.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Alvarado, et. al. | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:13-cv-01778-J-1 |
| BP Exploration & Production, Inc. et. al. | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Transocean Ltd.
c/o Registered Agent for Service of Process
Capitol Services, Inc./Capitol Corporate Services Inc.
800 Brazos Street
Suite 400
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Douglas M. Schmidt, Esq.
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
*Name of clerk of court*

*Deputy clerk's signature*

Date: _____ Aug 09 2013

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:13-cv-01778-J-1

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*

on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana.

Alvarado, et. al. )
 Plaintiff )
v. ) Civil Action No. 2:13-cv-01778-J(1)
BP Exploration & Production, Inc., et. al. )
 Defendant )

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Transocean Ltd. c/o Registered Agent for Service of Process – Capitol Services, Inc. / Capitol Services, Inc.
 *(Name of the defendant or - if the defendant is a corporation, partnership, or association – an officer or agent authorized to receive service)*

Why are you getting this?

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within ___30___ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

What happens next?

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: ___08/09/2013___

_____
*Signature of the attorney or unrepresented party*

Douglas M. Schmidt, Esq.
*Printed name*
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
*Address*

dglsschmidt@yahoo.com
*E-mail address*

504-482-5711
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

|  |  |
|---|---|
| Alvarado, et. al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:13-cv-01778-J(1) |
| BP Exploration & Production, Inc., et. al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Douglas M. Schmidt, Esq.
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____08/09/2013_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name of party waiving service of summons*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

Alvarado, et. al.
_____
*Plaintiff*

v.

BP Exploration & Production, Inc., et. al.
_____
*Defendant*

Civil Action No. 2:13-cv-01778-J(1)

### WAIVER OF THE SERVICE OF SUMMONS

To: Douglas M. Schmidt, Esq.
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

   • I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____08/09/2013_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
Signature of the attorney or unrepresented party

_____
*Printed name of party waiving service of summons*

_____
Printed name

_____
Address

_____
E-mail address

_____
Telephone number

### Duty to Avoid Unnecessary Expenses of Serving a Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

Alvarado, et. al.
_____
Plaintiff

v.

BP Exploration & Production, Inc., et. al.
_____
Defendant

)
)
)
)
)
)

Civil Action No. 2:13-cv-01778-J(1)

## WAIVER OF THE SERVICE OF SUMMONS

To: Douglas M. Schmidt, Esq.
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____08/09/2013_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
Signature of the attorney or unrepresented party

_____
Printed name of party waiving service of summons

_____
Printed name

_____
Address

_____
E-mail address

_____
Telephone number

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

USPS.com® – Track & Confirm

8/15/13

| certified mail tracking | Search |

English     Customer Service     USPS Mobile                                    Register / Sign in

## USPS.COM

Search USPS.com or Track Packages

Quick Tools
Track & Confirm          Ship a Package       Send Mail       Manage Your Mail       Shop       Business Solutions
Enter up to 10 Tracking #: Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Find a ZIP Code™
Hold Mail
Change My Address    PRINT DETAILS

## Track & Confirm

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 7010100900011015... | Priority Mail 2-Day™ | Processed through USPS Sort Facility | August 14, 2013, 1:29 am | AUSTIN, TX 78710 | Scheduled Delivery Day: August 12, 2013 Certified Mail™ Return Receipt |
| | | Undeliverable as Addressed | August 13, 2013, 10:46 am | AUSTIN, TX 78744 | |
| | | Refused | August 12, 2013, 3:08 pm | AUSTIN, TX 78701 | |
| | | Arrival at Unit | August 12, 2013, 8:09 am | AUSTIN, TX 78744 | |
| | | Depart USPS Sort Facility | August 11, 2013 | AUSTIN, TX 78710 | |
| | | Processed through USPS Sort Facility | August 11, 2013, 8:19 pm | AUSTIN, TX 78710 | |
| | | Depart USPS Sort Facility | August 11, 2013 | NEW ORLEANS, LA 70113 | |
| | | Processed at USPS Origin Sort Facility | August 10, 2013, 9:12 pm | NEW ORLEANS, LA 70113 | |
| | | Dispatched to Sort Facility | August 10, 2013, 12:37 pm | METAIRE, LA 70005 | |
| | | Acceptance | August 10, 2013, 11:55 am | METAIRE, LA 70005 | |

## Check on Another Item

What's your label (or receipt) number?                                    Find

LEGAL                          ON USPS.COM                      ON ABOUT.USPS.COM                OTHER USPS SITES
Privacy Policy ›               Government Services ›            About USPS Home ›                Business Customer Gateway ›
Terms of Use ›                 Buy Stamps & Shop ›              Newsroom ›                       Postal Inspectors ›
FOIA ›                         Print a Label with Postage ›     USPS Service Alerts ›            Inspector General ›
No FEAR Act EEO Data ›         Customer Service ›               Forms & Publications ›           Postal Explorer ›
                               Delivering Solutions to the Last Mile ›   Careers ›
                               Site Index ›

USPS.COM  |  Copyright© 2013 USPS. All Rights Reserved.



## Douglas M. Schmidt, APLC

A Professional Law Corporation

335 City Park Avenue
New Orleans, LA  70119
Phone: 504-482-5711
Fax: 504-482-5755
Toll Free: 800-375-1193

Douglas M. Schmidt*
Marisha H. Fraaza, of Counsel
*Also admitted to practice in South Carolina

August 6, 2013

Via  Certified Mail (7010 1060 0001 1615 6757)
Transocean Ltd.
c/o Allen M. Katz, Interim Senior Vice President and General Counsel
4 Greenway Plaza
Houston, TX 77046-0400

Re:    *Alvarado, et. al. v. BP Exploration & Production, Inc., et*
       *al.*, MDL No. 2179, as relates to Case No.: 2:13-cv-01778 (J-1)

To Whom It May Concern:

    You are hereby served on behalf of the named Defendant, Transocean Ltd. Please find enclosed a Summons issued by the Clerk of Court for the United States District Court of the Eastern District of Louisiana, in reference to the above captioned matter. Please also find enclosed a Civil Cover Sheet, Complaint for Damages, Plaintiffs' First Amended and Supplemental Complaint and Plaintiffs' First Amended and Supplemental Complaint for Damages (with a correction in the caption).

    Alternatively, please also find enclosed an originally signed Notice of a Lawsuit and Request to Waive Service of a Summons (Form AO 398) and original and two (2) copies of Waiver of the Service of Summons (Form AO 399), requesting the foregoing named Defendant, to waive service of summons, in reference to the above captioned matter.

    Please complete the enclosed appropriate form(s) and return using the enclosed self-addressed and pre-paid envelope.

Sincerely,

Marisha H. Fraaza, Esq.

Enclosure(s):  1) Originally signed Notice of a Lawsuit and Request to Waive Service of a
               Summons (Form AO 398)

Page 1 of 2

2) Waiver of the Service of Summons (Form AO 399) (an original and two [2] copies)
3) One (1) Summons In A Civil Action
4) Civil Cover Sheet
5) Complaint for Damages
6) Plaintiffs' First Amended and Supplemental Complaint
7) Plaintiffs' First Amended and Supplemental Complaint for Damages (with a captioned correction)


Cc:   Douglas M. Schmidt (electronic copy via email)

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Louisiana

|  |  |
|---|---|
| Sergio Alvarado, et. al. | ) |
|  | ) |
|  | ) |
|  | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 2:13-cv-01778  J  (1) |
| BP Exploration & Production, Inc., et. al. | ) |
|  | ) |
|  | ) |
|  | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Transocean Ltd.
c/o Allen M. Katz, Interim Senior Vice President and General Counsel
4 Greenway Plaza
Houston, TX 77046-0400

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Douglas M. Schmidt, Esq.
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins

Date:  Jul 03 2013

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:13-cv-01778

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                      *Server's signature*

                                          _____
                                                      *Printed name and title*

                                          _____
                                                      *Server's address*

Additional information regarding attempted service, etc:

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Louisiana

|  |  |  |
|---|---|---|
| Alvarado, et. al. | ) |  |
| _Plaintiff_ | ) | Civil Action No. 2:13-cv-01778-J(1) |
| v. | ) | MDL 2179 |
| BP Exploration & Production, Inc., et. al. | ) |  |
| _Defendant_ | ) |  |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Transocean Ltd. c/o Allen M. Katz, Interim Senior Vice President and General Counsel
_(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)_

Why are you getting this?

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within ___30___ days _(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)_ from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

What happens next?

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: ___08/06/2013___

_Signature of the attorney or unrepresented party_

Douglas M. Schmidt, Esq.
_Printed name_
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
_Address_

dglsschmdt@yahoo.com
_E-mail address_

504-482-5711
_Telephone number_

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| Alvarado, et. al . | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 2:13-cv-01778 (J-1), MDL 2179 |
| BP Exploration & Production, Inc., et. al. | ) |
| Defendant | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Douglas M. Schmidt, Esq.
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____08/06/2013_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
Signature of the attorney or unrepresented party

_____
Printed name of party waiving service of summons

_____
Printed name

_____
Address

_____
E-mail address

_____
Telephone number

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Louisiana

Alvarado, et. al.
_____
*Plaintiff*

v.

BP Exploration & Production, inc., et. al.
_____
*Defendant*

)
)
)
)
)
)

Civil Action No. 2:13-cv-01778 (J-1), MDL 2179

## WAIVER OF THE SERVICE OF SUMMONS

To: Douglas M. Schmidt, Esq.
    _____
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____08/06/2013_____ ; the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____                              _____
                                                   *Signature of the attorney or unrepresented party*

_____                    _____
*Printed name of party waiving service of summons*  *Printed name*

                                                   _____
                                                   *Address*

                                                   _____
                                                   *E-mail address*

                                                   _____
                                                   *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

### for the

Eastern District of Louisiana ☒

| | |
|---|---|
| Alvarado, et. al. | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No. 2:13-cv-01778 (J-1), MDL 2179 |
| BP Exploration & Production, Inc., et. al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Douglas M. Schmidt, Esq.
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____08/06/2013_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

                                                            *Signature of the attorney or unrepresented party*

_____
*Printed name of party waiving service of summons*
                                                *Printed name*

                                                *Address*

                                                *E-mail address*

                                                *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent
☐ Addressee

B. Received by (Printed Name)  Todd Cobera    C. Date of Delivery

1. Article Addressed to:

Transocean Ltd.
c/o Allen M. Katz
4 Greenway Plaza
Houston, TX
77046-0400

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7010 1060 0001 1615 6757

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Louisiana

| | | |
|---|---|---|
| Alvarado, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  2:13-cv-01778 (J1), MDL 2179 |
| BP Exploration & Production, Inc., et. al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Attorneys registered to represent "Transocean Defendants" on File & ServeXpress (see PTO No. 12 / MDL 2179)
   *(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

Why are you getting this?

　A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

　This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within　30　days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

What happens next?

　If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

　If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

　Please read the enclosed statement about the duty to avoid unnecessary expenses.

　I certify that this request is being sent to you on the date below.

Date:　　08/16/2013

　　　　　　　　　　　　　　　　　　　　　_M_____
　　　　　　　　　　　　　　　　　　　　*Signature of the attorney or unrepresented party*

　　　　　　　　　　　　　　　　　　　　Douglas M. Schmidt, Esq.
　　　　　　　　　　　　　　　　　　　　　　　*Printed name*
　　　　　　　　　　　　　　　　　　　　Douglas M. Schmidt, APLC
　　　　　　　　　　　　　　　　　　　　335 City Park Avenue
　　　　　　　　　　　　　　　　　　　　New Orleans, LA 70119
　　　　　　　　　　　　　　　　　　　　　　　　*Address*

　　　　　　　　　　　　　　　　　　　　dglsschmdt@yahoo.com
　　　　　　　　　　　　　　　　　　　　　　　*E-mail address*

　　　　　　　　　　　　　　　　　　　　　504-482-5711
　　　　　　　　　　　　　　　　　　　　　*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana ☐

| | | |
|---|---|---|
| Alvarado, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  2:13-cv-01778 (J1), MDL 2179 |
| BP Exploration & Production, Inc., et. al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Douglas M. Schmidt, Esq.
　　*(Name of the plaintiff's attorney or unrepresented plaintiff)*

　　I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

　　I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

　　I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

　　I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from ＿＿＿＿＿＿08/16/2013＿＿＿＿＿＿, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: ＿＿＿＿＿＿＿＿＿＿　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　*Signature of the attorney or unrepresented party*

＿＿＿Triton Asset Leasing GmbH＿＿＿　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
*Printed name of party waiving service of summons*　　　　　　　　*Printed name*

　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　*Address*

　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　*E-mail address*

　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

　　Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

　　"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

　　If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

　　If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

.Eastern District of Louisiana   ☐

| | |
|---|---|
| Alvarado, et. al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| BP Exploration & Production, Inc., et. al. | ) |
| *Defendant* | ) |

Civil Action No.  2:13-cv-01778 (J1), MDL 2179

## WAIVER OF THE SERVICE OF SUMMONS

To: Douglas M. Schmidt, Esq.
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____08/16/2013_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
Signature of the attorney or unrepresented party

Triton Asset Leasing GmbH
*Printed name of party waiving service of summons*

_____
Printed name

_____
Address

_____
E-mail address

_____
Telephone number

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana  ▢

Alvarado, et. al. _____ )
_____ )
         *Plaintiff* )
         v. )    Civil Action No.  2:13-cv-01778 (J1), MDL 2179
BP Exploration & Production, Inc., et. al. ___ )
_____ )
         *Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To:  Douglas M. Schmidt, Esq.
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____08/16/2013_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____ . __ . .. .. .. ___
                                                 *Signature of the attorney or unrepresented party*

    Triton Asset Leasing GmbH
_____
   *Printed name of party waiving service of summons*                                *Printed name*

                                                        *Address*

                                                *E-mail address*

                                             *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.



# Douglas M. Schmidt, APLC

A Professional Law Corporation

335 City Park Avenue
New Orleans, LA  70119
Phone: 504-482-5711
Fax: 504-482-5755
Toll Free: 800-375-1193

Douglas M. Schmidt*
Marisha H. Fraaza, of Counsel
*Also admitted to practice in South Carolina

August 9, 2013

Via Certified Mail (7010 1060 0001 1615 6849)
Triton Asset Leasing GmbH
c/o Registered Agent for Service of Process
Capitol Services, Inc. / Capitol Corporate Services, Inc.
800 Brazos Street
Suite 400
Austin, TX 78701

        Re:  Alvarado, et. al. v. BP Exploration & Production, Inc., MDL No.
        2179, as relates to Case No.: 2:13-cv-01778

To Whom It May Concern:

    You are hereby served on behalf of the named Defendant, Triton Asset Leasing GmbH. Please find enclosed a Summons issued by the Clerk of Court for the United States District Court of the Eastern District of Louisiana, in reference to the above captioned matter. Please also find enclosed a Civil Cover Sheet, Complaint for Damages, Plaintiffs' First Amended Complaint and Supplemental Complaint and Plaintiffs' First Amended and Supplemental Complaint for Damages (with a correction in the caption).

    Alternatively, please also find enclosed an originally signed Notice of a Lawsuit and Request to Waive Service of a Summons (Form AO 398) and an original and two (2) copies of Waiver of the Service of Summons (Form AO 399), requesting the foregoing named Defendant to waive service of Summons, in reference to the above captioned matter.

    Please complete the enclosed appropriate form(s) and return using the enclosed self-addressed and pre-paid envelope.

Sincerely,

Marisha H. Fraaza, Esq.

Enclosure(s):  1) Originally signed Notice of a Lawsuit and Request to Waive Service of a
Summons (Form AO 398)
2) Waiver of the Service of Summons (Form AO 399) (an original and two [2]
copies)
3) One (1) Summons In A Civil Action
4) Civil Cover Sheet
5) Complaint for Damages
6) Plaintiffs' First Amended and Supplemental Complaint
7) Plaintiffs' First Amended and Supplemental Complaint for Damages (with a
captioned correction)

Cc:    Douglas M. Schmidt, Esq.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

|  |  |
|---|---|
| Alvarado, et. al. | ) |
|  | ) |
|  | ) |
|  | ) |
| *Plaintiff(s)* | ) |
| v. | )   Civil Action No. 2:13-cv-01778-J-1 |
| BP Exploration & Production, Inc. et. al. | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Triton Asset Leasing GmbH
c/o Registered Agent for Service of Process
Capitol Services, Inc./Capitol Corporate Services Inc.
800 Brazos Street
Suite 400
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Douglas M. Schmidt, Esq.
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
*Name of clerk of court*

Date: _____Aug 09 2013_____

_____
*Deputy clerk's signature*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:13-cv-01778-J-1

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*

on *(date)*                                                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                          , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                    , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                                              ; or

☐ I returned the summons unexecuted because                                          ; or

☐ Other *(specify):*


My fees are $                for travel and $            for services, for a total of $        0.00

I declare under penalty of perjury that this information is true.


Date:

_____
*Server's signature*


_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Louisiana

| | | |
|---|---|---|
| Alvarado, et. al. | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No.  2:13-cv-01778-J(1) |
| BP Exploration & Production, Inc., et. al: | ) | |
| _Defendant_ | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:  Triton Asset Leasing GmbH, Registered Agent for Service of Process – Capitol Services, Inc. / Capitol Services, Inc.
_(Name of the defendant or – if the defendant is a corporation, partnership, or association – an officer or agent authorized to receive service)_

Why are you getting this?

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court.  It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within __30__ days _(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)_ from the date shown below, which is the date this notice was sent.  Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

What happens next?

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you.  And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:  ___08/09/2013___

_Signature of the attorney or unrepresented party_

Douglas M. Schmidt, Esq.
_Printed name_
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
_Address_

dglasschmidt@yahoo.com
_E-mail address_

504-482-5711
_Telephone number_

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Louisiana ☒

| | |
|---|---|
| Alvarado, et. al. | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No. 2:13-cv-01778-J(1) |
| BP Exploration & Production, Inc., et. al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Douglas M. Schmidt, Esq.
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from     08/09/2013    , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

                                                           *Signature of the attorney or unrepresented party*

_____              _____
  *Printed name of party waiving service of summons*                                    *Printed name*

                                                          _____
                                                          *Address*

                                                           _____
                                                         *E-mail address*

                                                           _____
                                                         *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Alvarado, et. al. | ) |
| *Plaintiff* | ) |
| v. | )     Civil Action No. 2:13-cv-01778-J(1) |
| BP Exploration & Production, Inc., et. al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Douglas M. Schmidt, Esq.
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from    08/09/2013   , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

                                           _____
                                         *Signature of the attorney or unrepresented party*

_____                           _____
*Printed name of party waiving service of summons*                    *Printed name*

                                           _____
                                          *Address*

                                           _____
                                          *E-mail address*

                                           _____
                                          *Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| Alvarado, et. al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 2:13-cv-01778-J(1) |
| BP Exploration & Production, Inc., et. al. | ) |
| Defendant | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Douglas M. Schmidt, Esq.
      *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____08/09/2013_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
Signature of the attorney or unrepresented party

_____
*Printed name of party waiving service of summons*

_____
Printed name

_____
Address

_____
E-mail address

_____
Telephone number

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

| certified mail tracking | | Search |

English　　　Customer Service　　　USPS Mobile

Register / Sign in

# USPS.COM

Search USPS.com or Track Packages

Ship a Package　　　Send Mail　　　Manage Your Mail　　　Shop　　　Business Solutions

Quick Tools
Track & Confirm
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Find a ZIP Code™
Hold Mail
Change of Address

Enter up to 10 Tracking #: Find

## Track & Confirm

PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70101050000118158649 | Priority Mail 2-Day™ | Processed through USPS Sort Facility | August 14, 2013, 7:37 pm | AUSTIN, TX 78710 | Scheduled Delivery Day: August 12, 2013 |
| | | | | | Certified Mail™ |
| | | Undeliverable as Addressed | August 13, 2013, 10:46 am | AUSTIN, TX 78744 | Return Receipt |
| | | Refused | August 12, 2013, 3:08 pm | AUSTIN, TX 78701 | |
| | | Arrival at Unit | August 12, 2013, 8:09 am | AUSTIN, TX 78744 | |
| | | Depart USPS Sort Facility | August 11, 2013 | AUSTIN, TX 78710 | |
| | | Processed through USPS Sort Facility | August 11, 2013, 8:10 pm | AUSTIN, TX 78710 | |
| | | Depart USPS Sort Facility | August 11, 2013 | NEW ORLEANS, LA 70113 | |
| | | Processed at USPS Origin Sort Facility | August 10, 2013, 9:16 pm | NEW ORLEANS, LA 70113 | |
| | | Dispatched to Sort Facility | August 10, 2013, 12:37 pm | METAIRIE, LA 70005 | |
| | | Acceptance | August 10, 2013, 11:55 am | METAIRIE, LA 70005 | |

## Check on Another Item

What's your label (or receipt) number?

7010 1060 001 1815 6832　　　　　　　　Find

LEGAL
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

ON USPS.COM
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

ON ABOUT.USPS.COM
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

OTHER USPS SITES
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

USPS.COM | Copyright© 2013 USPS. All Rights Reserved.



# Douglas M. Schmidt, APLC

### A Professional Law Corporation

335 City Park Avenue
New Orleans, LA  70119
Phone: 504-482-5711
Fax: 504-482-5755
Toll Free: 800-375-1193

Douglas M. Schmidt*
Marisha H. Fraaza, of Counsel
*Also admitted to practice in South Carolina

August 6, 2013

Via  Certified Mail (7010 1060 0001 1615 6788)
Triton Asset Leasing GmbH
c/o Transocean Ltd.
Attention: Mr. Allen M. Katz, Interim Senior Vice President and General Counsel
4 Greenway Plaza
Houston, TX 77046

Re:   *Alvarado, et. al. v. BP Exploration & Production, Inc., et. al.*, MDL No. 2179, as relates to Case No.: 2:13-cv-01778 (J-1)

To Whom It May Concern:

You are hereby served on behalf of the named Defendant, Triton Asset Leasing GmbH. Please find enclosed a Summons issued by the Clerk of Court for the United States District Court of the Eastern District of Louisiana, in reference to the above captioned matter. Please also find enclosed a Civil Cover Sheet, Complaint for Damages, Plaintiffs' First Amended and Supplemental Complaint and Plaintiffs' First Amended and Supplemental Complaint for Damages (with a correction in the caption).

Alternatively, please also find enclosed an originally signed Notice of a Lawsuit and Request to Waive Service of a Summons (Form AO 398) and original and two (2) copies of Waiver of the Service of Summons (Form AO 399), requesting the foregoing named Defendant, to waive service of summons, in reference to the above captioned matter.

Please complete the enclosed appropriate form(s) and return using the enclosed self-addressed and pre-paid envelope.

Sincerely,

Marisha H. Fraaza, Esq.

Page 1 of 2

Enclosure(s):   1) Originally signed Notice of a Lawsuit and Request to Waive Service of a
Summons (Form AO 398)
2) Waiver of the Service of Summons (Form AO 399) (an original and two [2]
copies)
3) One (1) Summons In A Civil Action
4) Civil Cover Sheet
5) Complaint for Damages
6) Plaintiffs' First Amended and Supplemental Complaint
7) Plaintiffs' First Amended and Supplemental Complaint for Damages (with a
captioned correction)


Cc:   Douglas M. Schmidt (electronic copy via email)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| Sergio Alvarado | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | )   Civil Action No. 2:13-cv-01778-J1 |
| | ) |
| BP Exploration & Production, Inc., et. al. | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Triton Asset Leasing GmbH
c/o Transocean Ltd. & Allen M. Katz, Interim Senior Vice President and General
Counsel
4 Greenway Plaza
Houston, TX 77046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Douglas M. Schmidt, Esq.
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*William W. Blevins*

Date:   Jul 08 2013

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:13-cv-01778-J1

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*

on *(date)*                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                    , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                    ; or

☐ I returned the summons unexecuted because                    ; or

☐ Other *(specify)*:

My fees are $                for travel and $                for services, for a total of $        0.00

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

### for the

Eastern District of Louisiana

| | |
|---|---|
| Alvarado, et. al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| BP Exploration & Production, Inc., et. al. | ) |
| *Defendant* | ) |

Civil Action No. 2:13-cv-01778-J(1)

MDL 2179

### NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Triton Asset Leasing GmbH c/o Transocean Ltd. & Allen M. Katz, Interim Sr. Vice President & General Counsel
*(Name of the defendant or – if the defendant is a corporation, partnership, or association – an officer or agent authorized to receive service)*

Why are you getting this?

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within ___30___ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

What happens next?

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: ___08/06/2013___

_____
*Signature of the attorney or unrepresented party*

Douglas M. Schmidt, Esq.
*Printed name*
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
*Address*

dglsschmdt@yahoo.com
*E-mail address*

504-482-5711
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Alvarado, et. al. ) | |
| _Plaintiff_ ) | |
| v. ) | Civil Action No. 2:13-cv-01778 (J-1), MDL 2179 |
| BP Exploration & Production, Inc., et. al. ) | |
| _Defendant_ ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Douglas M. Schmidt, Esq.
_(Name of the plaintiff's attorney or unrepresented plaintiff)_

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____08/06/2013_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____                    _____
                                                   _Signature of the attorney or unrepresented party_

_____              _____
_Printed name of party waiving service of summons_          _Printed name_

                                               _____
                                                        _Address_

                                               _____
                                                     _E-mail address_

                                               _____
                                                    _Telephone number_

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does _not_ include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Louisiana

| | |
|---|---|
| Alvarado, et. al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No.  2:13-cv-01778 (J-1), MDL 2179 |
| BP Exploration & Production, Inc., et. al. | ) |
| Defendant | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Douglas M. Schmidt, Esq.
_____(Name of the plaintiff's attorney or unrepresented plaintiff)_____

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____08/06/2013_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
Signature of the attorney or unrepresented party

_____
Printed name of party waiving service of summons

_____
Printed name

_____
Address

_____
E-mail address

_____
Telephone number

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| Alvarado, et. al. | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. 2:13-cv-01778 (J-1), MDL 2179 |
| BP Exploration & Production, inc., et. al. | ) |
| _Defendant_ | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Douglas M. Schmidt, Esq.
_(Name of the plaintiff's attorney or unrepresented plaintiff)_

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from    08/06/2013    , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____            _____
_Printed name of party waiving service of summons_        _Signature of the attorney or unrepresented party_

_____
_Printed name_

_____
_Address_

_____
_E-mail address_

_____
_Telephone number_

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does _not_ include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

Todd Cobera

1. Article Addressed to:

Triton Asset Leasing
C/o Transocean Ltd.
Attn: Allen M. Katz
4 Greenway Plaza
Houston, TX
77046

GmbH

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7010 1060 0001 1615 6788

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15