# Affidavit of Process Server

SERGIO ALVARDO
PLAINTIFF/PETITIONER
VS BP EXPLORATION & PRODUCTS, INC. et al
DEFENDANT/RESPONDENT
2:13-CV-01778-JI
CASE NUMBER

I KEVIN S. DUNN being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service. RECEIVED 8/2/13.

Service: I served MITSUI OIL EXPLORATION CO. LTD
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS, COMPLAINT, CIVIL COVER SHEET, PLAINTIFFS' FIRST AMENDED AND SUPPLEMENTAL COMPLAINT FOR DAMAGES

by leaving with MELANIE MCGRATH        AUTHORIZED PERSON
NAME                                    RELATIONSHIP

☐ Residence      At
☒ Business   C/O THE CORPORATION TRUST CO. 1209 ORANGE ST. WILMINGTON, DE 19801
ADDRESS                      CITY / STATE

On 8/2/13    AT 11:15 AM
DATE              TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on ___
from ___
CITY    STATE    ZIP    DATE

Manner of Service:
☒ CORPORATE SERVICE
☐ Personal: By personally delivering copies to the person being served.
☐ Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.
☐ Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ Posting: By posting copies in a conspicuous manner to the front door of the person/entity being served.

☐ Non-Service: After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other

Service Attempts: Service was attempted on: (1) ___ (2) ___
                                              DATE   TIME       DATE   TIME
(3) ___    (4) ___    (5) ___
DATE  TIME    DATE  TIME    DATE  TIME

AGE 30   Sex F   Race W   Height 5'6   Weight 130   HAIR BROWN

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN in the State of Delaware, New Castle County before me this 2ND day of AUGUST, 2013.

MELISSA HARMON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires 12/29/2015

SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS



EXHIBIT G
M G/obo