

E-SERVICE
53762046
Aug 15 2013
05:57PM
File & ServeXpress



# Douglas M. Schmidt, APLC

A Professional Law Corporation

335 City Park Avenue
New Orleans, LA 70119
Phone: 504-482-5711
Fax: 504-482-5755
Toll Free: 800-375-1193

Douglas M. Schmidt*
Marisha H. Fraaza, of Counsel
*Also admitted to practice in South Carolina

August 15, 2013

**Via Electronic Mail & File & ServeXpress, Pursuant to Pretrial Order No. 12
of MDL No. 2179**

Deborah D. Kuchler, Esq.
Kuchler, Polk, Schell, Weiner & Richeson LLC
1615 Poydras Street, Suite 1300
New Orleans, LA 70112
Email: dkuchler@kuchlerpolk.com

Wayne W. Drinkwater, Esq.
Bradley, Arant, Boult, Cumming, LLP
One Jackson Place
188 E. Capitol Street, Suite 400
Jackson, MS 39201
Email: wdrinkwater@babc.com

James Dragna, Esq.
Bingham McCutchen LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Email: jim.dragna@bingham.com

Tom Warburton, Esq.
Bradley, Arant, Boult, Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Email: twarburton@babc.com



EXHIBIT
in 6/obo

Robert E. Guidry, Esq.
Kuchler, Polk, Schell, Weiner & Richeson LLC
1615 Poydras Street, Suite 1300
New Orleans, LA 70112
Email: rguidry@kuchlerpolk.com

Kye E. Kirby, Esq.
Bingham McCutchen LLP
2020 K Street NW
Washington, DC 20006-1806
Email: ky.kirby@bingham.com

   Re: *Alvarado, et. al. v. BP Exploration & Production, Inc., et. al.*, United States
     District Court for the Eastern District of Louisiana, MDL No. 2179, as relates to
     2:13-cv-01778

Dear Counsel:

We represent Plaintiffs, Mr. Sergio Alvarado and Mrs. Eileen Gonzalez relating to the BP Oil
Spill litigation, in reference to the above captioned matter.

On August 2, 2013, we served Mitsui Oil Exploration Co., Ltd. ("Defendant") via Process
Server, Kevin S. Dunn, a Summons, Civil Cover Sheet, Complaint for Damages, and Plaintiffs'
First and Amended Supplemental Complaint (please see attached Affidavit, also filed via File &
ServeXpress pursuant to Pretrial Order No. 12 of MDL No. 2179 on August 8, 2013).

We also attempted to obtain waiver of service by sending same via certified mail to Mr. Daisuke
Matsuura, General Manager, located at 9 Greenway Plaza, Suite 1220 in Houston, TX 77046.
However, said service was refused (see enclosed letter dated August 15, 2013, referencing
certified mail tracking no. 7010 1060 0001 1615 6764).

Therefore, out of an abundance of caution, please also find included a signed Notice of a Lawsuit
and Request to Waive Service of a Summons (Form AO 398) and an original and two (2) copies
of Waiver of the Service of Summons (Form AO 399), requesting said named Defendant, Mitsui
Oil Exploration Co., Ltd. to waive service of Summons.

Please complete the enclosed appropriate form(s) and return to our office as promptly as
possible.

We thank you for your attention to this matter.

        Sincerely,

        Marisha H. Fraaza, Esq.

Enclosure(s):  1) Notice of a Lawsuit and Request to Waive Service of a Summons (Form AO 398)
2) Waiver of the Service of Summons (Form AO 399) (an original and two [2] copies)
3) Civil Cover Sheet
4) Complaint for Damages
5) Plaintiffs' First Amended Complaint and Supplemental Complaint
6) Plaintiffs' First Amended and Supplemental Complaint (with caption correction)
7) Affidavit executed by Kevin S. Dunn
8) Letter to Mr. Daisuke Matsuura (dated August 6, 2013)

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Louisiana

| | |
|---|---|
| Alvarado, et. al.<br>*Plaintiff*<br>v.<br>BP Exploration & Production, Inc., et. al.<br>*Defendant* | )<br>)<br>)<br>)<br>)    Civil Action No.  2:13-cv-01778 (J-1) MDL 2179 |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:  Deborah D. Kuchler, Esq., Wayne W. Drinkwater, Esq., James Dragna, Esq., Tom Warburton, Esq.,
      *(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

*Robert E. Guidry, Esq. & Rye E. Kirby, Esq.*
*on behalf of Mitsui Oil Exploration*
*Co., Ltd.*

Why are you getting this?

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within   30   days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

What happens next?

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:      08/15/2013

_____
*Signature of the attorney or unrepresented party*

Douglas M. Schmidt, Esq.
*Printed name*
Douglas M. Schmidt, APLC
335 City Park Avenue
*New Orleans, LA 70119*
*Address*

dglsschmdt@yahoo.com
*E-mail address*

504-482-5755
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana  [▾]

| | |
|---|---|
| Alvarado, et. al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  2:13-cv-01778 (J1), MDL 2179 |
| BP Exploration & Production, Inc., et. al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Douglas M. Schmidt, Esq.
     *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from               08/15/2013               , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:

|  |  |
|---|---|
|  | _____ |
|  | *Signature of the attorney or unrepresented party* |
| Mitsui Oil Exploration Co., Ltd. |  |
| *Printed name of party waiving service of summons* | _____ |
|  | *Printed name* |
|  |  |
|  | _____ |
|  | *Address* |
|  |  |
|  | _____ |
|  | *E-mail address* |
|  |  |
|  | _____ |
|  | *Telephone number* |

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Louisiana ▢

| | | |
|---|---|---|
| Alvarado, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:13-cv-01778 (J1), MDL 2179 |
| BP Exploration & Production, Inc., et. al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: Douglas M. Schmidt, Esq.
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from     08/15/2013    , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:

_____
*Signature of the attorney or unrepresented party*

Mitsui Oil Exploration Co., Ltd.
*Printed name of party waiving service of summons*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana ▾

| | |
|---|---|
| Alvarado, et. al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:13-cv-01778 (J1), MDL 2179 |
| BP Exploration & Production, Inc., et. al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Douglas M. Schmidt, Esq.
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from      08/15/2013     , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:

                                                    *Signature of the attorney or unrepresented party*

     Mitsui Oil Exploration Co., Ltd.
*Printed name of party waiving service of summons*                              *Printed name*

                                                   *Address*

                                                 *E-mail address*

                                                *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.



# Affidavit of Process Server

| SERGIO ALVARDO | VS | BP EXPLORATION & PRODUCTS, INC. et al | 2:13-CV-01778-JI |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

KEVIN S. DUNN _____ being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service. RECEIVED 8/2/13

**Service:** I served MITSUI OIL EXPLORATION CO. LTD
NAME OF PERSON / ENTITY BEING SERVED

SUMMONS, COMPLAINT, CIVIL COVER SHEET, PLAINTIFFS' FIRST AMENDED AND SUPPLEMENTAL COMPLAINT
with (list documents) FOR DAMAGES

by leaving with MELANIE MCGRATH                AUTHORIZED PERSON                At
                  NAME                           RELATIONSHIP

☐ Residence _____
                ADDRESS                 CITY / STATE

☒ Business C/O THE CORPORATION TRUST CO.  1209 ORANGE ST.  WILMINGTON, DE  19801
                ADDRESS                       CITY / STATE

On 8/2/13 _____ AT 11:15 AM
         DATE              TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                              DATE

from _____
      CITY        STATE        ZIP

**Manner of Service:**
☒ CORPORATE SERVICE
☐ Personal: By personally delivering copies to the person being served.
☐ Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 _____ and explaining the general nature of the papers.
☐ Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ Posting: By posting copies in a conspicuous manner to the front door of the person/entity being served.

☐ Non-Service: After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
                                                 DATE    TIME              DATE    TIME

(3)_____ (4)_____ (5)_____
   DATE    TIME        DATE    TIME        DATE    TIME

AGE    30    Sex F    Race W    Height 5'6    Weight 130    HAIR BROWN

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN in the State of Delaware, New Castle County before me the 2ND _____ day of AUGUST _____, 2013.

| MELISSA HARMON |
| NOTARY PUBLIC |
| STATE OF DELAWARE |
| My Commission Expires 12/29/2015 |

_____
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS



# Douglas M. Schmidt, APLC

### A Professional Law Corporation

335 City Park Avenue
New Orleans, LA  70119
Phone: 504-482-5711
Fax: 504-482-5755
Toll Free: 800-375-1193

Douglas M. Schmidt*
Marisha H. Fraaza, of Counsel
*Also admitted to practice in South Carolina

August 6, 2013

**Via Certified Mail (7010 1060 0001 1615 6764)**
Mitsui Oil Exploration Co., Ltd.
c/o MOEX USA Corporation
Attention: Mr. Daisuke Matsuura, General Manger
9 Greenway Plaza
Suite 1220
Houston, TX 77046

Re:  *Alvarado, et. al. v. BP Exploration & Production, Inc., et. al.*, MDL No. 2179, as relates to Case No.: 2:13-cv-01778 (J-1)

To Whom It May Concern:

You are hereby served on behalf of the named Defendant, Mitsui Oil Exploration Co., Ltd. c/o MOEX USA Corporation. Please find enclosed a Summons issued by the Clerk of Court for the United States District Court of the Eastern District of Louisiana, in reference to the above captioned matter. Please also find enclosed a Civil Cover Sheet, Complaint for Damages, Plaintiffs' First Amended and Supplemental Complaint and Plaintiffs' First Amended and Supplemental Complaint for Damages (with a correction in the caption).

Alternatively, please also find enclosed an originally signed Notice of a Lawsuit and Request to Waive Service of a Summons (Form AO 398) and original and two (2) copies of Waiver of the Service of Summons (Form AO 399), requesting the foregoing named Defendant, to waive service of summons, in reference to the above captioned matter.

Please complete the enclosed appropriate form(s) and return using the enclosed self-addressed and pre-paid envelope.

Sincerely,

Marisha H. Fraaza, Esq.

Page 1 of 2

Enclosure(s):   1) Originally signed Notice of a Lawsuit and Request to Waive Service of a
Summons (Form AO 398)
2) Waiver of the Service of Summons (Form AO 399) (an original and two [2]
copies)
3) One (1) Summons In A Civil Action
4) Civil Cover Sheet
5) Complaint for Damages
6) Plaintiffs' First Amended and Supplemental Complaint
7) Plaintiffs' First Amended and Supplemental Complaint for Damages (with a
captioned correction)


Cc:   Douglas M. Schmidt (electronic copy via email)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| Sergio Alvarado | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:13-cv-01778-J1 |
| | ) |
| BP Exploration & Production, Inc., et. al. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Mitsui Oil Exploration Co., Ltd.
c/o MOEX USA Corporation, General Manager, Daisuke Matsuura
9 Greenway Plaza
Suite 1220
Houston, TX 77046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Douglas M. Schmidt, Esq.
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
*Name of clerk of court*

Date: ___Jul 08 2013___

_____
*Deputy clerk's signature*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:13-cv-01778-J1

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*

    ❑ I personally served the summons on the individual at *(place)*

                 on *(date)*            ; or

    ❑ I left the summons at the individual's residence or usual place of abode with *(name)*

                          , a person of suitable age and discretion who resides there,

    on *(date)*            , and mailed a copy to the individual's last known address; or

    ❑ I served the summons on *(name of individual)*            , who is

    designated by law to accept service of process on behalf of *(name of organization)*

                   on *(date)*            ; or

    ❑ I returned the summons unexecuted because            ; or

    ❑ Other *(specify)*:

    My fees are $            for travel and $            for services, for a total of $    0.00

    I declare under penalty of perjury that this information is true.

Date:

                                *Server's signature*

                                *Printed name and title*

                                *Server's address*

Additional information regarding attempted service, etc:

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Louisiana

| | |
|---|---|
| Alvarado, et. al. <br> *Plaintiff* <br><br> v. <br><br> BP Exploration & Production, Inc., et. al. <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No.  2:13-cv-01778-J(1) <br><br> MDL 2179 |

### NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Mitsui Oil Exploration Co. Ltd. c/o MOEX USA Corporation - Daisuke Matsuura, General Manager
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:  08/06/2013

_____
*Signature of the attorney or unrepresented party*

Douglas M. Schmidt, Esq.
*Printed name*
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
*Address*

dglsschmdt@yahoo.com
*E-mail address*

504-482-5711
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana ☒

| | |
|---|---|
| Alvarado, et. al. | )
| *Plaintiff* | )
| v. | )
| BP Exploration & Production, Inc., et. al. | )
| *Defendant* | ) |

Civil Action No.  2:13-cv-01778 (J-1), MDL 2179

## WAIVER OF THE SERVICE OF SUMMONS

To: Douglas M. Schmidt, Esq.
  *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____08/06/2013_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____          _____
                                                          *Signature of the attorney or unrepresented party*

_____          _____
*Printed name of party waiving service of summons*                    *Printed name*

                                                          _____
                                                                             *Address*

                                                          _____
                                                                       *E-mail address*

                                                          _____
                                                                     *Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana ☐▾

| | |
|---|---|
| Alvarado, et. al. | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No. 2:13-cv-01778 (J-1), MDL 2179 |
| BP Exploration & Production, Inc., et. al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Douglas M. Schmidt, Esq.
     *(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from     08/06/2013    , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

                                               _____
                                               *Signature of the attorney or unrepresented party*

_____
*Printed name of party waiving service of summons*
                                                 _____
                                                 *Printed name*

                                                 _____
                                                 *Address*

                                                 _____
                                                 *E-mail address*

                                                 _____
                                                 *Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Louisiana    ☒

Alvarado, et. al.
_____
Plaintiff
v.
BP Exploration & Production, Inc., et. al.
_____
Defendant

)
)
)
)
)

Civil Action No. 2:13-cv-01778 (J-1), MDL 2179

## WAIVER OF THE SERVICE OF SUMMONS

To:  Douglas M. Schmidt, Esq.
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____08/06/2013_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Printed name of party waiving service of summons*

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.