BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: )
)
OIL SPILL BY THE OIL RIG ) MDL Docket No. 2179
"DEEPWATER HORIZON" IN THE )
GULF OF MEXICO ON APRIL )
2010 )
)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

LUTHER SUTTER                                                PLAINTIFF

VS.                    CASE NO: 13-199-KD-B

BP EXPLORATION &                                             DEFENDANT
PRODUCTION, INC., et al

### PLAINTIFF'S MOTION TO EXTEND TIME FOR SERVICE

COMES Plaintiff Luther Sutter, pro se, and for his motion he states:

1.  Normally the United States Marshalls' service process for pro se plaintiffs. However, this did not occur in this case. Consequently, although Plaintiff has served the defendants as reflected by the affidavit attached hereto, Plaintiff moves for an order allowing Plaintiff an additional sixty (60) days within which to correct any errors in service.

WHEREFORE Plaintiff prays for an additional sixty (60) days within which to correct any errors in service.

Respectfully submitted,

_____
Luther Oneal Sutter, pro se
luthersutter.law@gmail.com
310 West Conway Street
Benton, AR 72015
501-315-1910  Office
501-315-1916  Facsmile