BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| OIL SPILL BY THE OIL RIG ) | MDL Docket No. 2179 |
| "DEEPWATER HORIZON" IN THE ) | |
| GULF OF MEXICO ON APRIL ) | |
| 2010 ) | |
| ) | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

LUTHER SUTTER                                                                                      PLAINTIFF

VS.                                         CASE NO: 13-199-KD-B

BP EXPLORATION &                                                                          DEFENDANT
PRODUCTION, INC., et al

**STATE OF ARKANSAS )**
                                        )SS.   **AFFIDAVIT OF LUTHER ONEAL SUTTER**
**COUNTY OF SALINE    )**

COMES Luther Sutter, pro se, who hereby states on oath that he has served the defendants in the time and manner described in the letter attached as **Exhibit A**. The return receipt has been addressed to the Clerk of the Court with the case number affixed thereon, as indicated in **Exhibit A**.

FURTHER AFFIANT SAYETH NOT.

_____
Luther Oneal Sutter, Ark. Bar No. 95031
luthersutter.law@gmail.com

SUBSCRIBED AND SWORN to before me on this, the 16th of August, 2013.

_____
Notary Public
My Commission Expires 1/8/17

GWEN TUCKER
NOTARY PUBLIC
PULASKI COUNTY, ARKANSAS
COMM. EXP. 1-8-2017
COMMISSION NO. 12358506

# LUTHER SUTTER
MAILING ADDRESS: P.O. BOX 2012, BENTON, AR 72018
(501) 607-3614

August 7, 2013

CT Corporation System
2 North Jackson Street, Suite 605
Montgomery, AL 36104

                                        Via Certified Mail/Return Receipt Requested

        RE:    Summons and Complaints

Dear Sir or Madam:

I have enclosed Summonses and Complaints for the following:

        ANDARKO PETROLEUM CORPORTION, CO
        WEATHERFORD U. S.  L. P
        CAMERON INTERNATIONAL CORPORATION F/K/A COOPER-CAMEROLL CORP.
        HALLIBURTON ENERGY SERVICES, INC.
        BP P.I.C
        BP EXPLORATION & PRODUCTION, INC.
        BP AMERICA PRODUCTION COMPANY

These are forwarded to you as the Registered Agent for Service of the defendants named in the above-referenced lawsuit. Please note that the responsive pleading is due within **twenty-one (21) days**.

Thank you for your attention and assistance.

Sincerely,

Luther Sutter

Enclosure(s)



# LUTHER SUTTER
MAILING ADDRESS: P.O. BOX 2012, BENTON, AR 72018
TELEPHONE 501-607-3614

LUTHER ONEAL SUTTER, P.A.        JAMES M. SCURLOCK        LUCIEN R. GILLHAM, P.A.

August 7, 2013

MOEX USA CORPORATION
9 Greenway Plaza Suite 1220
Houston, TX 77046

        **Via Certified Mail/Return Receipt Requested 7008 1830 0001 9214 5979**

      RE:    Summons and Complaints

Dear Sir or Madam:

I have enclosed Summonses and Complaints for the following:

    MOEX USA CORPORATION
    MOEX OFFSHORE 2007-LLC
    MITSUI OIL EXPLORATION CO., LTD

These are forwarded to you as the Registered Agent for Service of the defendants named in the above-referenced lawsuit. Please note that the responsive pleading is due within **twenty-one (21) days**.

Thank you for your attention and assistance.

Sincerely,

Luther Sutter

Enclosure(s)



# LUTHER SUTTER

MAILING ADDRESS: P.O. BOX 2012, BENTON, AR 72018
TELEPHONE 501-607-3614

LUTHER ONEAL SUTTER, P.A.        JAMES M. SCURLOCK        LUCIEN R. GILLHAM, P.A.

August 7, 2013

Capital Corporate Services, Inc.
150 South Perry Street
Montgomery, Alabama 36104

**Via Certified Mail/Return Receipt Requested 7008 1830 0001 9214 5979**

RE:   Summons and Complaints

Dear Sir or Madam:

I have enclosed Summonses and Complaints for the following:

TRANSOCEAN LTD.
TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.
TRANSOCEAN DEEPWATER, INC.
TRANSOCEAN HOLDINGS, LLC
TRITON ASSET LEASING, GMBH
M-1, LLC

These are forwarded to you as the Registered Agent for Service of the defendants named in the above-referenced lawsuit. Please note that the responsive pleading is due within **twenty-one (21) days**.

Thank you for your attention and assistance.

Sincerely,

Luther Sutter

Enclosure(s)

