UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 <br><br> SECTION: J |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE BARBIER <br> MAG. JUDGE SHUSHAN |

### ORDER

**[Regarding BP's Motion to Return to Normal Practice Regarding Backup Tapes for Data Created after July 1, 2013 (Rec. Doc. 11032)]**

On August 1, 2013, BP submitted a letter motion to the Court for an order permitting all parties to resume standard business practices with respect to the creation of backup tapes for data created after July 1, 2013. Rec. Doc. 11032. The Court asked BP to circulate a draft of such an order, and any party with comments to the order was required to notify the Court by Friday, August 23, 2013. No parties offered comments, and the U.S. has advised it has no opposition;

IT IS ORDERED that (1) BP's motion for an order permitting it to return to standard business practices with respect to backup tape preservation for data created after July 1, 2013 (Rec. Doc. 11032) is GRANTED; and (2) BP and all Parties are not required to preserve backup tapes for data created after July 1, 2013.

New Orleans, Louisiana, this 16th day of August, 2013.

                                                                                   **SALLY SHUSHAN**
                                                                                    **United States Magistrate Judge**