IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE FLONASE ANTITRUST LITIGATION | : | CIVIL ACTION |
| THIS DOCUMENT RELATES TO: | : | No. 08-3301 |
| Indirect Purchaser Actions | : | |
| | : | |

| | | |
|---|---|---|
| MEDICAL MUTUAL OF OHIO, on behalf of itself and all others similarly situated, | : | |
| Plaintiff | : | |
| v. | : | CIVIL ACTION |
| | : | No. 12-4212 |
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE plc, | : | |
| Defendant | : | |

## ORDER

AND NOW, this ___20th___ day of June, 2013, it is **ORDERED** that Plaintiffs' Motion to Strike the Objections, for Sanctions, For Contempt, and for Imposition of a Bond in the Event that the Objectors File an Appeal (Dkt. 08-3301 Doc. No. 586; Dkt. 12-4212 Doc. No. 23) is **GRANTED IN PART** and **DENIED IN PART**, as follows:

1. The motion to strike the objections is GRANTED. The objections filed by or on behalf of Jill Jan (Dkt. 08-3301 Doc. No. 580) and James F. Payton (Dkt. 08-3301 Doc. No. 584) are STRICKEN for failure to comply with the minimum procedural requirements, including failure to demonstrate membership in the class, as explained in the Memorandum approving final settlement (Dkt. 08-3301 Doc. No. 605 ; Dkt. 12-4212 Doc. No. 33);

2. The motion for sanctions is DENIED, as stated on the record during the hearing held June 3, 2013;

3. The motion for holding objectors and counsel in contempt is DENIED, as stated on the record during the hearing held June 3, 2013;

4. The request that objectors and their counsel pay attorneys' costs related to responding to the objections is DENIED.

5. The motion for an appeal bond is GRANTED. In the event that either or both of the objectors file(s) a notice of appeal related to this order, any order granting final approval to the settlement, and/or any order regarding class counsel's request for fees, expenses, and incentive awards, the appealing objector(s) must post an appeal bond in the amount of $25,000 within 10 business days after the notice of appeal is filed.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:         Copies **MAILED** on _____ to: