UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179  SECTION: J |
| This Document Relates To: All Actions | : : | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |
| ……………………………………………….. | : | |

**BP'S MOTION *IN LIMINE* TO EXCLUDE CERTAIN
EVIDENCE RELATED TO CRIMINAL PROCEEDINGS**

On February 21, 2013, the Court ordered that certain material related to criminal proceedings would be excluded from the Phase One trial, specifically: (1) the Information against BPXP and (2) the Indictments/Superseding Indictments against Robert Kaluza, Donald Vidrine, and David Rainey. Rec. Doc. 8651. The Court limited this ruling to the Phase One trial. *Id.* at 4. BP hereby moves for an order precluding parties from introducing this same material in the Phase Two trial. Additionally, and for the same reasons, the Court's prior ruling should be extended to include the Indictment, Superseding Indictment, and Second Superseding Indictment from *United States v. Mix*, Cr. No. 12-171 (E.D. La.). Rec. Doc. Nos. 7, 215, 424.

To ease the burden on the Court, BP has not filed an additional memorandum in support of this motion and hereby incorporates the previously filed Memorandum in Support of its prior motion and the related briefing, (Rec. Docs. 8296, 8381, and 8486.)

1

Dated:  August 18, 2013                                    Respectfully submitted,


/s / Don K. Haycraft

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Timothy A. Duffy, P.C.
(tim.duffy@kirkland.com)
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

Robert C. "Mike" Brock
(mbrock@cov.com)
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

*Attorneys for the BP Exploration & Production Inc. & BP America Production Company*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of August, 2013.

/s/  Don K. Haycraft