UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179 SECTION: J |
| This Document Relates To: All Actions ……………………………………………... | : : : | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

**BP'S MOTION *IN LIMINE* TO EXCLUDE OTHER GOVERNMENT REPORTS AND PRIVILEGED COMMUNICATIONS RELATING TO THE SCOPE OF BP'S INTERNAL INVESTIGATION FROM BOTH SEGMENTS OF THE PHASE TWO TRIAL**

In its February 9, 2012 Order, Regarding Motions *in Limine* to Exclude Other Government Reports and Congressional Testimony (Rec. Doc. 5635), the Court excluded from the Phase 1 trial: (1) the National Commission Report and Chief Counsel's Report, (2) the Texas City Refinery Report, (3) the Marshall Islands Report, (4) the 2007 deferred prosecution agreement between BP and the Department of Justice regarding an alleged conspiracy by BP to manipulate the February 2004 propane market, and (5) the OSHA Fact Sheet.

BP hereby moves for an order precluding parties from introducing this same material in the Phase 2 trial. Additionally, and for the same reasons stated in those motions and related briefing to exclude the National Commission Report and Chief Counsel's Report, BP moves to exclude from evidence any "Staff Working Papers" (and draft Staff Working Papers) from the National Commission, which are similarly situated as the final report. For the Court's convenient reference, examples of these Staff Working Papers, which have been designated as trial exhibits for the Phase 2 trial, are available as attachments to this motion. (TREX-010588 (Working Paper No. 2, "Decision-Making Within the Unified Command"); TREX-011279

1

(Working Paper No. 3, "The Amount and Fate of Oil"); TREX-002291 (Working Paper No. 6, "Stopping the Spill: The Five-Month Effort to Kill the Macondo Well").)

In its January 31, 2012 Order, Regarding BP's Motion *in Limine* to Exclude Privileged Communications Relating to the Scope of BP's Internal Investigation (Rec. Doc. 5498), the Court excluded from the Phase 1 trial privileged communications relating to BP's internal investigations.  *See also* Rec. Doc. 2396 (Judge Shushan's order denying the PSC's request for the "Baxter" investigation because it was protected from disclosure by the attorney-client privilege and work-product doctrine.); Rec. Doc. 5720 (Judge Shushan's order granting BP's motion that parties refrain from cross-examination at trial regarding the "Baxter" investigation and its work.)  BP hereby moves for an order precluding parties from introducing this same material in the Phase 2 trial.

To ease the burden on the Court, BP has not filed an additional memorandum in support of these renewed motions and hereby incorporates the previously filed memoranda in support of its prior motions and the related briefing, (Rec. Docs. 4515-1, 4746-1, 5117, 5357.)

Dated: August 18, 2013                                Respectfully submitted,

/s / Don K. Haycraft

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Timothy A. Duffy, P.C.
(tim.duffy@kirkland.com)
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

Robert C. "Mike" Brock
(mbrock@cov.com)
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

*Attorneys for the BP Exploration & Production Inc. & BP America Production Company*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of August, 2013.

/s/  Don K. Haycraft