UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Case: Prejean v. O'Brien's Response Mgmt., Inc.; 12-1045 | SECTION "J" (2) |

## ORDER

The parties have filed a Joint Motion to Amend Scheduling Order. Record Doc. No. 10983. This matter was previously reassigned and referred to me by Judge Barbier for pretrial case management. Record Doc. No. 6665. Accordingly,

**IT IS ORDERED** that a status conference by telephone is hereby SCHEDULED in this matter on **August 29, 2013 at 2:30 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B409, New Orleans, Louisiana, to discuss the parties' motion. Counsel must participate in the conference by contacting my office at 504-589-7630 at the designated time.

The Clerk is directed to file this minute entry in the records of both MDL 2179 and C.A. No. 12-1045.

New Orleans, Louisiana, this    19th    day of August, 2013.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**