UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179  SECTION: J |
| This Document Relates To: All Actions  ……………………………………………... | : : : | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

**BP'S MOTION *IN LIMINE* TO EXCLUDE
EVIDENCE RELATED TO THE SEC SETTLEMENT AND EPA SUSPENSION AND
DISQUALIFICATION FROM BOTH SEGMENTS OF THE PHASE TWO TRIAL**

In its February 21, 2012 Order, As to BP's Motions *in Limine* to Exclude Evidence of the EPA Suspension (Rec. Doc. 8294) and Evidence Related to the SEC Settlement (Rec. Doc. 8295), the Court ruled that "BP is free to re-raise its objections when and if a party seeks to introduce evidence of either the EPA suspension or evidence related to the SEC settlement, whether that occurs during Phase One or during a later phase of the trial. (Rec. Doc. 8650, at 4.)

BP hereby renews both of these previously filed motions for the Phase Two trial — its Motion *in Limine* to Exclude Evidence Related to the SEC Settlement, (Rec. Doc. 8495) and its Motion *in Limine* to Exclude Evidence of the EPA Suspension, (Rec. Doc. 8494). Further, for the same reasons BP raised in its prior memorandum in support of its motion, BP additionally moves for the exclusion of evidence related to the statutory disqualification of BP Exploration & Production Inc. under the Clean Water Act on February 1, 2013. Both the suspension and the statutory disqualification are currently the subject of litigation between BP and the EPA.

To ease the burden on the Court, BP has not filed an additional memorandum in support of this renewed motion and hereby incorporates the previously filed memoranda in support of its prior motions, (Rec. Docs. 8294-1 & 8295-1).

1

Dated: August 18, 2013                                  Respectfully submitted,

/s / Don K. Haycraft

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Timothy A. Duffy, P.C.
(tim.duffy@kirkland.com)
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

Robert C. "Mike" Brock
(mbrock@cov.com)
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

*Attorneys for the BP Exploration & Production Inc. & BP America Production Company*

2

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of August, 2013.

/s/  Don K. Haycraft