UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 ) ) ) | MDL No. 2179 SECTION: J |
| ) ) | JUDGE BARBIER |
| THIS DOCUMENT RELATES: 2:13-cv-02364-CJB-SS ) ) ) ) | MAGISTRATE JUDGE SHUSHAN |

MOTION TO EXTEND TIME TO SERVE
DEFENDANT, TRANSOCEAN, LTD.

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs, Total Marine Transport, Inc., Total Marine Transport, II, Inc., and Blue Marine Transportation, Inc., who file their Motion to Extend Time to Serve Defendant, Transocean, Ltd., and for cause thereof would show unto the Court the following:

I.

Plaintiffs hereby respectfully move the Court for an ex parte order granting an extension of one hundred and twenty (120) days from August 20, 2013, (pursuant to Rule 4(m) of the Federal Rules of Civil Procedure), to December 18, 2013.

The Plaintiffs would show that all U.S. Defendants have been served. The Plaintiffs would further show that they forwarded Waivers of the Service of

Summons to Defendants BP, PLC, Sperry Drilling Services, Inc., Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., Transocean Holdings, LLC, and Transocean, Ltd. requesting that they waive service.

Defendant BP, PLC has agreed to waive service (See Exhibit "A" – Email from Andy Langan). Sperry Drilling Services, Inc., has agreed to waive service (See Exhibit "B" – Email from Donald Godwin). Transocean Offshore Deepwater Drilling, Inc. has agreed to waive service (See Exhibit "C" – Email from James Parish). Transocean Deepwater, Inc., has agreed to waive service (See Exhibit "C" – Email from James Parish). Transocean Holdings, LLC, has agreed to waive service (See Exhibit "C" – Email from James Parish).

Transocean, Ltd. has not responded to Plaintiffs' request for waiver of service and is being served pursuant to the Hague Convention. Plaintiffs began the process of having the summons issued in order to serve Transocean, Ltd., in June 2013. Plaintiffs also began the process of having Transocean, Ltd., served pursuant to the Hague Convention in early July 2013. Further Plaintiffs attempted service on Capitol Corporate Services, Inc., as agent for service of process for "Transocean".

Although the process of obtaining service on this Defendant pursuant to the Hague Convention was initiated and has been processing for some time, the summons and Complaint for Damages must be translated into German prior to

service on Defendant, Transocean, Ltd. Furthermore, plaintiffs were required to request the international process server to verify the address for service of process of Transocean, Ltd. This is taking some time. Therefore, Plaintiffs request an additional 120 days to complete service on the remaining Defendant Transocean Ltd., since it is being served pursuant to the Hague Convention.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that the Court grant their Motion for Extension of Time to Serve Defendant, Transocean, Ltd., and for such other and further relief, at law or in equity, to which Plaintiffs may show themselves justly entitled.

Respectfully submitted,

CUERIA LAW FIRM, LLC

_____/s/ R. Brent Cueria_____
R. BRENT CUERIA (#18176)
700 Camp Street, Suite 316
New Orleans, LA  70130
Telephone: (504) 525-5211
Telecopier: (504) 525-3011
rbcueria@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Extension of Time

3

has been served upon all interested counsel, by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of August, 2013.

          /s/ R. Brent Cueria
R. BRENT CUERIA (#18176)
700 Camp Street, Suite 316
New Orleans, LA  70130
Telephone: (504) 525-5211
Telecopier: (504) 525-3011
rbcueria@aol.com