UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| THIS DOCUMENT RELATES:<br>2:13-cv-02364-CJB-SS | | |

## ORDER

On this day in the above numbered and entitled cause, came on for hearing the Motion to Extend Time to Serve Defendant, Transocean, Ltd., and the Court, having considered said Motion, having reviewed the evidence and pleadings to be filed herein, is of the opinion that said Motion is meritorious and should in all things be **GRANTED**; it is accordingly,

**ORDERED, ADJUDGED** and **DECREED** that Plaintiffs' Motion to Extend Time to Serve Defendant, Transocean, Ltd., is **GRANTED**, and the deadline to serve Defendant, Transocean, Ltd., is extended an additional 120 days to December 18, 2013.

Signed this _____ day of _____, 2013.

_____
Honorable Carl J. Barbier, U.S. District Judge