**From:** Langan, Andrew [mailto:alangan@kirkland.com]
**Sent:** Tuesday, July 30, 2013 12:20 AM
**Subject:** Service on BP plc

Dear Steve and Jim:

I wanted to advise you that going forward, BP has authorized us to execute waivers of service on behalf of BP plc in MDL 2179 cases; while BP plc will reserve all its rights as to jurisdiction and of course the merits in these cases, we will not contest service where a proper waiver of service request is made on BP plc.

Best regards
Andy Langan


J. Andrew Langan, P.C.

**KIRKLAND & ELLIS LLP**
300 North LaSalle Street Chicago, IL 60654
Tel. +1-312-862-2064  Fax +1-312-862-2200

andrew.langan@kirkland.com

************************************************************

IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
************************************************************

Sponsored by: **The James Street Group**, a Plaintiff Structured Settlement Firm
rbcueria@gmail.com (**My Settings**)     **Unsubscribe**     powered by **TrialSmith.com**

CONFIDENTIAL ATTORNEY WORK PRODUCTThis e-mail message contains
confidential, privileged information intendedsolely for the addressee.

Exhibit "A"

Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.