Aug 16 13 01:16p Eddie 2058714618 p.6

Case 2:10-md-02179-CJB-DPC   Document 11047-3   Filed 08/19/13   Page 1 of 2

8/16/13                            Gmail - Case 2:13-cv-02364-CJB-SS Total Marine Transport, Inc et. al. vs. BP et. al.



## Case 2:13-cv-02364-CJB-SS Total Marine Transport, Inc et. al. vs. BP et. al.

**Godwin, Donald** <Don.Godwin@godwinlewis.com>                                Tue, Aug 13, 2013 at 4:15 PM
To: Casey Dieck <casey.cuerialaw@gmail.com>, "Johanns, James" <James.Johanns@godwinlewis.com>
Cc: Brent Cueria <rbcueria@aol.com>, Allison Scully <ascuerialaw@gmail.com>, "Godwin, Donald"
<Don.Godwin@godwinlewis.com>, "Garcia, Angelica" <Angelica.Garcia@godwinlewis.com>, "Thiebaud, Truleigh"
<Truleigh.Thiebaud@godwinlewis.com>, "York, R. Alan" <Alan.York@godwinlewis.com>

James : pls handle the below as I am in flight to NOLA. Thanks,.....Don

Sent from my iPad

On Aug 13, 2013, at 4:11 PM, "Casey Dieck" <casey.cuerialaw@gmail.com<mailto:casey.cuerialaw@gmail.com>> wrote:

Dear Don:

Attached is the Complaint and Waiver of the Service of Summons. Please execute the Waiver of Service and return it to our office within the time period allowed by law.

Should you have any questions, please do not hesitate to contact our office.

Regards,
Casey

[Quoted text hidden]
On Tue, Aug 13, 2013 at 3:42 PM, Brent Cueria <rbcueria@aol.com<mailto:rbcueria@aol.com>> wrote:
Casey, Please e mail and mail the waiver of summons and filed complaint to Don Godwin. He will answer for both Halliburton and Sperry.

Don, this will confirm our call today, where you agreed to accept service and sign any needed waiver of summons for both of these defendants.

Regards.

Brent

Brent Cueria, Esq.
Cueria Law Firm, L.L.C.
700 Camp Street, Ste. 316
New Orleans, LA 70130
(504) 525-5211<tel:%28504%29%20525-5211> (Phone)
(504) 525-3011<tel:%28504%29%20525-3011> (Fax)
rbcueria@aol.com<mailto:rbcueria@aol.com>
www.cuerialawfirm.com<http://www.cuerialawfirm.com>

Personal Injury, Maritime and Jones Act Claims,

Exhibit "B"

Aug 16 13 01:16p  Eddie						20587146163						p.7
Case 2:10-md-02179-CJB-DPC   Document 11047-3   Filed 08/19/13   Page 2 of 2

8/16/13					Gmail - Case 2:13-cv-02364-CJB-SS Total Marine Transport, Inc et. al. vs. BP et. al.

Truck and Auto Cases, Mesothelioma Claims

BP Business Claims, Stockholder Fraud, Commercial Litigation

and Civil Trials


—
Casey C. Dieck
Attorney
Cueria Law Firm, L.L.C.
700 Camp Street, Suite 316
New Orleans, LA 70130
Phone: (504) 525-5211
Fax: (504) 525-3011
<Complaint-FILED.pdf>
<Waiver of the Service of Summons.pdf>