Aug 16 13 01:46p Eddie 2053714015 p.9

Case 2:10-md-02179-CJB-DPC   Document 11047-4   Filed 08/19/13   Page 1 of 3

8/16/13                                  Gmail - Case 2:13-cv-02364-CJB-SS Total Marine Transport, Inc et. al. vs. BP et. al.



## Case 2:13-cv-02364-CJB-SS Total Marine Transport, Inc et. al. vs. BP et. al.

**Parish, James** <JParish@frilot.com>                           Wed, Aug 14, 2013 at 7:08 PM
To: Casey Dieck <casey.cuerialaw@gmail.com>, Brent Cueria <rbcueria@aol.com>
Cc: Allison Scully <ascuerialaw@gmail.com>, Nadia Hall <nmadary@gmail.com>, "Hammett, Wade" <WHammett@frilot.com>, "Tracy, Holly" <htracy@frilot.com>

We will return the waivers, but no answer need be filed at this time.

Thanks,

James Parish
Frilot, LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Phone: 504.599.8297
Fax: 504.599.8276
jparish@frilot.com

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential. If you are not an intended recipient, you may not review, copy, or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Casey Dieck [casey.cuerialaw@gmail.com]
**Sent:** Wednesday, August 14, 2013 3:03 PM
**To:** Brent Cueria
**Cc:** Parish, James; Allison Scully; Nadia Hall
**Subject:** Re: Case 2:13-cv-02364-CJB-SS Total Marine Transport, Inc et. al. vs. BP et. al.

Dear James:

Per your voicemail message to Brent, you have agreed to accept service for Transocean Offshore Deepwater Drilling, Inc, Transocean Deepwater, Inc. and Transocean Holdings, LLC in this matter. Attached is the Complaint, as well as the Waiver of the Service of Summons forms for Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc. and Transocean Holdings, LLC. We ask that you execute these forms and return them to us within the time period allowed by the law.

Also as Brent mentioned to you in his email yesterday, we have, in fact, already served those companies through your office, but no answer has been filed. Attached are the executed Proofs of Service for Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc. and Transocean Holdings, LLC.

Should you have any questions, please do not hesitate to contact our office.

Exhibit "C"

Aug 16 13 01:17p Eddie 2058714813 p.10
Case 2:10-md-02179-CJB-DPC   Document 11047-4   Filed 08/19/13   Page 2 of 3

8/16/13                     Gmail - Case 2:13-cv-02364-CJB-SS Total Marine Transport, Inc et. al. vs. BP et. al.

Thank you.
Regards,
Casey C. Dieck


On Tue, Aug 13, 2013 at 3:58 PM, Brent Cueria <rbcueria@aol.com> wrote:

Hi James,


This will confirm the voice message that you left that you all would accept service for Transocean Offshore Deepwater Drilling, Inc,

Transocean Deepwater, Inc. and Transocean Holdings, LLC.


We have in fact served those companies through your office, but no answer has been filed.


I assume you all will do so in the near future?


By the way, how are people serving Transocean, Ltd?...I have initiated service via the Hague Convention, through APS, whom I have used in the past.


Casey, please send James copies of the summons returns and also please mail Kerry a waiver of summons and complaint in the mail as well, for their records.


Regards.


Brent


Brent Cueria, Esq.
**Cueria Law Firm, L.L.C.**
700 Camp Street, Ste. 316
New Orleans, LA 70130
(504) 525-5211 (Phone)
(504) 525-3011 (Fax)
**rbcueria@aol.com**

Aug 16 13 01:17p Eddie 2058714616 p.11
Case 2:10-md-02179-CJB-DPC Document 11047-4 Filed 08/19/13 Page 3 of 3

8/16/13 Gmail - Case 2:13-cv-02364-CJB-SS Total Marine Transport, Inc et. al. vs. BP et. al.

www.cuerialawfirm.com

Personal Injury, Maritime and Jones Act Claims,

Truck and Auto Cases, Mesothelioma Claims

BP Business Claims, Stockholder Fraud, Commercial Litigation

and Civil Trials

--
Casey C. Dieck
Attorney
Cueria Law Firm, L.L.C.
700 Camp Street, Suite 316
New Orleans, LA 70130
Phone: (504) 525-5211
Fax: (504) 525-3011