# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig      MDL NO. 2179
     "Deepwater Horizon" in the Gulf
     of Mexico, on April 20, 2010      SECTION J

Applies to: *All Cases*      JUDGE BARBIER
     MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Regarding the motion of Halliburton to strike expert opinions (Rec. doc. 11041)]**

On August 15, 2013, Halliburton submitted a motion to strike expert opinions regarding the condition and placement of bottom-hole cement. Halliburton seeks to strike portions of the opinions of Andreas Momber, Glen Benge, Hans Vaziri, Ronald Dykhuizen and Stewart Griffiths. Rec. doc. 11041.

IT IS ORDERED that: (1) Halliburton's motion to strike expert opinions regarding the condition and placement of bottom-hole cement (Rec. doc. 11041) is DENIED; and (2) the deadline for an appeal of this order is **Friday, August 23, 2013.**

New Orleans, Louisiana, this 19th day of August, 2013.

**SALLY SHUSHAN**
**United States Magistrate Judge**