# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig       MDL NO. 2179
     "Deepwater Horizon" in the Gulf
     of Mexico, on April 20, 2010       SECTION J

Applies to: *All Cases*       JUDGE BARBIER
      MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Regarding Working Group Conference on Friday, August 16, 2013]**

**NOTE TO CELL PHONE PARTICIPANTS:** Please do not put your phone on hold during the conference as it causes an annoying beeping sound (or music) for everyone else. If you cannot participate for part of the conference, put your phone on mute. Likewise for those who type during the conference.

## NON-PHASE TWO MATTERS

1. **Michoud Matters**.

BP reported progress on the six month lease extension at Michoud and the discussions with the U.S. on the disposition of the remaining items at Michoud.

2. **NOAA Information.**

The U.S. reported that the NOAA hard drive would be sent to counsel for the U.S. by August 19. Copies will be made and distributed to each party who ordered a copy.

## PHASE TWO PREPARATION

1. **Deposition bundles**.

The U.S. shall have designated its two reliance experts by 3:00 p.m. on Friday, August 16.

On August 14, the deposition bundles were identified: (a) Aligned parties - 15 for trial and

5 for findings & conclusions; (b) the U.S. - 15 for trial and 5 for findings & conclusions; and (c) BP 30 for trial and 5 for findings & conclusions.  All of the identified deposition bundles will be submitted to Judge Barbier on the deadline provided in the time line.  The deposition bundles for findings and conclusions will not be played during the trial of Phase Two.[1]

2.    **Exhibits - Categories Two and Four**.

The parties identified four categories of Phase Two exhibits: (1) those exhibits which were previously admitted in Phase One; (2) the consolidated agreed list of admitted exhibits; (3) exhibits used either in a submitted deposition bundle or with a live witness; and (4) "Orphan" exhibits - those that are not in the first three categories but which the parties do not want to reveal them until a later date.

The U.S. reported on discussions concerning Category Two.  It reviewed its list of exhibits from the first and second installments and prepared a preliminary list of exhibits that are not subject to an objection by any party and are listed by BP/Anadarko.  Exhibits in the deposition bundles identified on August 14 were eliminated from the preliminary list.  The remaining exhibits on the preliminary list were carefully reviewed to determine what the U.S. believes it needs in Phase Two. The preliminary list was pared back to 35.  The U.S. list remains preliminary and further work is required.

BP/Anadarko and the Aligned parties are working on similar preliminary lists of Category Four exhibits.  The parties shall exchange these lists.

Category Two exhibits will come into evidence at the final marshaling conference.  The parties will rest at the conclusion of the source control and quantification segments subject to the

---

[1]  The brevity of counsel for the Aligned parties on this point was noted and appreciated.

admission of the Category Two exhibits at the final marshaling conference.

If a Category Two exhibit is used during the trial with a witness, the parties' right to object to the use of that exhibit is preserved.[2]

The Category Two exhibits as well as the exhibits in the other three categories must be listed on Phase Two exhibit lists.

The U.S. preliminary list does not address Category Four and it does not include documents on the first and second installments where objections remain.  The current time line provides for a meet-and-confer in New Orleans during August 23-30.  If an objection remains on a first or second installment exhibit and a party wants to include the exhibit in Category Two, it may use the August 23-30 meet-and-confer to attempt to resolve the objection to the exhibit.

At the August 23 WGC, the preparation of final lists of the Category Two documents will be discussed.  For example, the Aligned parties reported a need for a list from inData of the exhibits in the deposition bundles before they can finalize their list of Category Two exhibits.

The U.S. noted that there may be a few exhibits where an objection remains, the exhibit has not been admitted as a Category Three exhibit and a party wants to admit the exhibit so that it may be cited in the findings and conclusions.  The Court described these exhibits as Orphans - Category Four.  After the completion of the August 23-30 meet-and-confer, the parties shall prepare lists of the Orphan exhibits.  At that time a procedure will be agreed to for resolving the objections.  The Court does not anticipate taking up the objections to the Orphan exhibits during the marshaling conferences.

---

[2] If a Category Two exhibit is used during the trial with a live witness, it is a Category Three exhibit. It will be removed from the list of Category Two exhibits.  It follows that it will not be admitted at the final marshaling conference as a Category Four exhibit.

3.     **Reliance exhibit lists.**

The deadline for the exchange of reliance exhibit lists was extended to August 23.  There was discussion regarding the definition and identification of reliance exhibits.  The parties will review the procedure for reliance exhibits in Phase One, evaluate it and report on whether they can agree on a procedure for Phase Two.  The Court agreed that reliance exhibits will be part of the final exhibit list.

4.     **Rulings on motions in limine**.

At the WGC on August 23, BP shall report on the status of agreement, if any, on additional Phase One orders on motions in limine applicable to Phase Two.

5.     **Timeline**.

BP reported that the parties agreed on separate schedules for demonstratives for the source control and quantification segments for the trial.

The changes proposed by BP to exhibit deadlines were approved.

The deadline for 10 page pretrial summaries was extended to September 5.

The pretrial conference was reset to Wednesday, September 11 at 2:00 p.m.

These changes shall be incorporated in the final timeline.

6.     **Order on Presentation of Evidence.**

The Aligned parties are working with BP on language to clarify the process for the use of depositions with experts.  The Aligned parties and BP shall report the agreed upon language as promptly as possible.

The Court reported that Judge Barbier was not willing to permit the U.S. to have its experts testify in its case-in-chief and return to the stand when the U.S. presents its rebuttal.  The U.S. responded to BP's arguments.  The Court reported that the transcript of the WGC with the U.S. argument will be presented to Judge Barbier for his re-consideration of the issue.

The provision for the use of depositions with experts, Judge Barbier's action on the rebuttal expert issue, and the changes to Section G on the deposition designations will be incorporated in the final version of the order for the presentation of evidence.

**7**.     **Witness List**.

BP will assemble a witness list for Phase Two as it did for Phase One.

**8**.     **Seating Charts**.

BP submitted a proposal.  The parties shall respond by **Tuesday, August 20, at noon**.  BP will circulate a final revised seating chart before the WGC on August 23.

**9**.     **Tags**.

The Aligned parties will prepare sufficient tags for use by the counsel and their staff (other than the U.S.) during the trial to expedite entry to the courthouse during the trial.

**10**.     **Work Room Assignments**.

The assignments were revised and distributed.

**11**.     **Oceaneering**

The U.S. reported that the Oceaneering invoice was in the pipeline to be paid.  The costs will be split as proposed by BP.

## CONFERENCE SCHEDULE

| | |
|---|---|
| 08/23/13 | **Telephone only WGC at 9:30 a.m.** |
| 08/30/13 | **Telephone only WGC at 9:30 a.m.** |
| 09/06/13 | **Telephone only WGC at 9:30 a.m.** |
| 09/11/13 | Phase Two Final Pre-Trial Conference at 2:00 p.m. |
| 09/13/13 | **Telephone only WGC at 9:30 a.m.** |
| 09/20/13 | **Telephone only WGC at 9:30 a.m.** |
| 09/30/13 | Commencement of Phase Two Trial - Source Control (Rec. doc. 10795) |
| 10/07/13 | Commencement of Phase Two Trial - Quantification |

**All Saturdays are email free days.**

New Orleans, Louisiana, this 19th day of August, 2013.

**SALLY SHUSHAN**
**United States Magistrate Judge**