## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MOHAWK TRAVELER**<br>**TRANSPORTATION, LLC**<br><br>Plaintiff,<br><br>**vs.**<br><br>**BP EXPLORATION & PRODUCTION, INC.,**<br>*et al.*<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   **CIVIL ACTION NO. 2:13-cv-01786**<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS
### TRANSOCEAN, LTD AND TRITON ASSET LEASING GMBH

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Mohawk Traveler Transportation, LLC, who respectfully requests the Court grant an extension of time in which to serve Defendants Transocean, LTD and Triton Asset Leasing GMBH with the Complaint.

1.

Plaintiff filed its Complaint on April 19, 2013.

2.

Plaintiff has been unable to effect service on Transocean, LTD and Triton Asset Leasing GMBH as these Defendants are located in Switzerland.

3.

Plaintiff requests an additional 90 days, or until November 19, 2013, to serve Transocean LTD and Triton Asset Leasing GMBH.

1

**WHEREFORE,** Plaintiff, through undersigned counsel, moves this Court to extend the time in which to serve the Complaint on Transocean LTD and Triton Asset Leasing GMBH for 90 days, or until November 19, 2013.

Respectfully submitted,

**THE DERBES LAW FIRM, L.L.C.**

ERIC J. DERBES (23464)
Frederick L. Bunol (29111)
3027 Ridgelake Drive
Metairie, Louisiana 70002
Phone: (504) 837-1230
Facsimile: (504) 832-0322
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Motion and Order have been served on the following defendants, via U.S. Mail, on this the 19th day of August 2013.

Eric J. Derbes, Esq.

Transocean Holdings, LLC
Capitol Services, Inc.
1675 S. State St., Ste. B
Dover, Delaware 19901

Transocean Offshore Deepwater Drilling, Inc.
Capitol Corporate Services, Inc.
800 Brazos, Suite 400
Austin, Texas 78701

2

Transocean Deepwater, Inc.
Capitol Services, Inc.
1675 S. State St., Ste. B
Dover, Delaware  19901

Anadarko E&P Company LP
CT Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA  70808

Anadarko Petroleum Corporation
CT Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA  70808

Cameron International Corp.
CT Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA  70808

Halliburton Energy Services, Inc.
CT Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA  70808

MOEX Offshore 2007, LLC
CT Corporation System
350 North St. Paul St., Ste. 2900
Dallas, TX 75201-4234

BP PLC
International Headquarters
1 St James's Square
London, SW1Y 4PD

BP America Production Co.
CT Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA  70808

BP Exploration & Production, Inc.
CT Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA  70808

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MOHAWK TRAVELER**<br>**TRANSPORTATION, LLC**<br><br>          **Plaintiff,**<br><br>**vs.**<br><br>**BP EXPLORATION & PRODUCTION, INC.,**<br>*et al.*<br><br><br>          **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     **CIVIL ACTION NO. 2:13-cv-01786** |

## ORDER

Considering the foregoing *Motion for Extension of Time to Serve Defendants Transocean, LTD and Triton Asset Leasing GMBH* ("Motion"),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion is hereby GRANTED and that the time within which Plaintiff has to serve the Complaint is extended to November 19, 2013.

New Orleans, Louisiana this _____ day of _____, 2013.

_____

**JUDGE, Eastern District of Louisiana**

4