UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MOHAWK TRAVELER TRANSPORTATION, LLC<br><br>Plaintiff,<br><br>vs.<br><br>BP EXPLORATION & PRODUCTION, INC., *et al.*<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 2:13-cv-01786 |

## ORDER

Considering the foregoing *Motion for Extension of Time to Serve Defendants Transocean, LTD and Triton Asset Leasing GMBH* ("Motion"),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion is hereby GRANTED and that the time within which Plaintiff has to serve the Complaint is extended to November 19, 2013.

New Orleans, Louisiana this _____ day of _____, 2013.

_____
**JUDGE, Eastern District of Louisiana**

4