UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SUPERIOR ANODE, LLC )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BP EXPLORATION & PRODUCTION, INC., )<br>*et al.* )<br>)<br>)<br>Defendants. )<br>)<br>_____) | CIVIL ACTION NO. 2:13-cv-01904 |

## ORDER

Considering the foregoing *Motion for Extension of Time to Serve Defendants Transocean, LTD and Triton Asset Leasing GMBH* ("Motion"),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion is hereby GRANTED and that the time within which Plaintiff has to serve the Complaint is extended to November 20, 2013.

New Orleans, Louisiana this _____ day of _____, 2013.

_____
**JUDGE, Eastern District of Louisiana**

4