UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL § | | MDL No. 2179 |
| RIG "DEEPWATER HORIZON" § | | |
| IN THE GULF OF MEXICO, § | | SECTION: J |
| ON APRIL 20, 2010 § | | |
| § | | JUDGE BARBIER |
| § | | MAG. JUDGE SHUSHAN |

THIS DOCUMENT RELATES TO ALL CASES

### ORDER EXCLUDING ADMITTEDLY INCORRECT
### OPINION TESTIMONY OF ADRIAN JOHNSON

Upon consideration of the United States' Motion to Exclude Admittedly Incorrect Opinion Testimony of Adrian Johnson, and the attachments thereto, this Court finds that the motion should be granted.  BP/Anadarko shall redact the expert report of Dr. Johnson in keeping with Attachment 3 to the United States' motion, and BP/Anadarko shall not present testimony at trial from Dr. Johnson addressing Dr. Dykhuizen's skirt flow calculation during the Top Hat period.

IT IS SO ORDERED this _____ day of _____, 2013, at New Orleans, Louisiana.

_____
THE HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE