# ATTACHMENT 1

# EXPERT REPORT
## U.S v. BP Exploration & Production, Inc., et al.

**Flow Rates from the Macondo MC252 Well
Submitted on Behalf of the United States**

Prepared by:

Ronald C. Dykhuizen, Ph.D.
Principal Member of the Technical Staff
Sandia National Laboratories
Albuquerque, New Mexico

*[signature]*
Ronald C. Dykhuizen, Ph.D.

**MARCH 22, 2013**

Confidential per BP

XRDX002-000039

A.     **Professional Background**

I am a mechanical engineer specializing in multiphase fluid flow. I have worked at Sandia National Laboratories (SNL or Sandia) in Albuquerque, NM for 28 years. Sandia is a Department of Energy (DOE) National Nuclear Security Agency (NNSA) national laboratory devoted to work on nuclear weapons, broader defense and deterrent systems, homeland security, and a variety of energy programs. I am currently a Principal Member of the Sandia Technical Staff. Throughout my career at Sandia my work has focused on multiphase fluid flow, including flows in: geothermal wells, nuclear reactors, $CO_2$ fire suppression systems, and numerous cooling systems. I have a wide variety of experience in many practical and academic problems involving thermodynamics, fluid flow, and heat transfer. I have served as a key member of a variety of investigative teams examining a wide variety of topics that included non-performance of complex systems and accident investigations. The accident investigations included an accidental rocket ignition, a lithium reactor fire, and a nuclear reactor coolant spill (for the DOE and the Nuclear Regulatory Commission).

I have a Ph.D. in Mechanical Engineering from Arizona State University (1985), where my thesis examined multiphase flow of different fluids through complex systems from both modeling and experimental viewpoints. I have a M.S. and B.S. in Nuclear Engineering from the University of Illinois (1977) and the University of Virginia (1976), respectively. My studies were concentrated in multiphase flow through complex systems. From 1981 to 1985, I was a Lecturer in the Arizona State University Mechanical Engineering and Energy Systems department. I have authored over 30 journal publications and hold two U.S. patents on novel techniques of controlling gas/solid flows. I was a registered Professional Engineer in Ohio from 1980 until 2006.

B.     **Involvement in Deepwater Horizon Response**

In May 2010, I was enlisted to assist in the DOE response to the Macondo well blowout in the Gulf of Mexico. Engineers from three DOE NNSA laboratories, Sandia, Los Alamos National Laboratories (LANL), and Lawrence Livermore National Laboratories (LLNL), supported the United States' response to the blowout. The problems I worked on during the response largely involved fluid flow through pipes, which is my professional area of focus. While I did not have a specialized background in petroleum engineering, the same engineering and physical principles apply to petroleum engineering as other engineering disciplines. I applied those principles during the response. I was called upon to perform a variety of calculations related to assessing the flow path in the well, assessing the implications of a number of engineering projects intended to capture, stem, collect, or stop the flow from the well (e.g., cutting the riser, installation of the Capping Stack, the Well Integrity Test), and estimating the flow rate from the well. I spent several weeks at BP's offices in Houston where I interacted regularly with BP engineers working on the response, including flow assurance, reservoir, and petroleum engineers. On a number of occasions, BP's engineers presented the DOE NNSA lab engineers with engineering problems

*Confidential per BP*

XRDX002-000040

with the purpose of "comparing notes" on findings and solutions. For example, in mid-May 2010, BP requested that the DOE NNSA engineers calculate the bottom hole pressure given a measured pressure at the BOP and an assumed flow rate because BP engineers were initially unsure that their standard oil codes would appropriately model unusual geometries..

During the response, the DOE NNSA engineers, including myself, conducted estimates of the flow rate of oil from the Macondo well. I performed calculations of the flow rate into, through, and out of the Top Hat 4 device installed by BP. I also estimated the flow rate at the time the Capping Stack was installed and eventually used to shut in the well (July 12-15, 2010) and the cumulative flow from the well over the 86 days of the blowout. These calculations are documented in a Sandia Report (A. C. Ratzel III, DOE-NNSA Flow Analysis Studies Associated with the Oil Release following the Deepwater Horizon Accident, September 2011, SAND 2011-1653) (DOE-NNSA Flow Analysis Report).[1] I calculated the predicted increase in flow that could result from cutting off the kinked riser just above the Lower Marine Riser Package (LMRP). At the request of BP engineers I also calculated potential flow rates through the rupture discs in the Macondo well casing below the seafloor.

**C.     Executive Summary**

This report presents calculations regarding the flow of oil from the Macondo well in 2010. A series of calculations designed to determine the flow rate, or a lower bound of the flow rate, for various points in time is presented. This report also updates and/or refines certain calculations prepared during the Macondo well response, including calculations contained in the DOE-NNSA Flow Analysis Report, based on additional data and information.

1. I estimate the flow of oil from the well on July 14 and 15, 2010 (just prior to shut-in) at 53,000 barrels of oil per day (bopd).[2] This is consistent with BP estimates of 51,500 bopd[3] and 59,098 bopd[4] conducted during the same time period. The DOE NNSA lab team initially presented its estimates to BP engineers in Houston in late July 2010. At that time, BP did not present an alternate estimate.

2. Using the 53,000 bopd estimate referenced above, I also integrate the flow over the entire incident period to obtain a total oil release of approximately 5 million barrels. The assumptions used in generating my calculations of the total release are strongly supported by analysis of BOP pressure data recorded during the blowout (S. K. Griffiths, *Environ. Sci. Technol,*, 46 (10), 5616–5622, 2012). Other studies conducted by BP are also

---

[1] Exhibit 9361
[2] All references to "barrels of oil" or bopd in this report refer to a stock tank barrel of oil – 42 gallons at 60 F and 14.696 psi
[3] Exhibit 9453 (Appendix A.1).
[4] Exhibit 9491 (Appendix A.2).

   consistent with the flow rates used to obtain this total flow including those of BP
   engineers and BP contractor ADD Energy.[5]

3. A new calculation is presented that examines the pressures and flows measured during the Top Kill event at the end of May 2010. Based on these measurements, I estimate the flow rate for May 28, 2010 to be over 60,000 bopd, which is consistent with the flow rates I estimated for that same time period in the integrated flow estimate referenced above. I also conclude that the flow rate is certainly greater than 43,000 bopd during this time period. This estimate is consistent with the flow rates I used in determining the total flow.

4. A calculation is also presented that examines the flow from the well during the time period around June 15, 2010 when pressure measurements from BP's collection device Top Hat 4 were available. I estimate the flow to be approximately 60,000 bopd. This same calculation is applicable to all time periods from June 3, 2010 when Top Hat 4 was installed until July 11, 2010 when Top Hat 4 was removed in order to install the Capping Stack. This calculation also provides a lower limit on the flow of 43,000 bopd in that time period based on collection rates and assuming zero flow from the Top Hat 4 skirt. Of course there was always flow from beneath the Top Hat 4 skirt during that period, so the 43,000 bopd figure provides a lower bound. Again this is consistent with the flow rates used in determining the total flow.

The calculations described in 3. and 4. above can be combined with estimates based on other methods to establish lower bounds on the flow rate at various times as well as on the total amount of oil released.

D. Calculations

   1. Flow Rate Estimate for July 14 and 15 of 2010

After the capping stack was installed on the well, accurate geometry and measured pressures allowed estimates of the flow rate through the capping stack hardware. When this was added to collected flows from connections to the original BOP, the total flow from the reservoir could be estimated. The three DOE NNSA Lab Teams and BP prepared such estimates. The DOE NNSA Lab work was documented in DOE-NNSA Flow Analysis Report. A flow rate of 53,000 bopd was estimated. It is important to note that this is the flow rate with the Capping Stack installed. The Capping Stack provides additional backpressure reducing flow by approximately 4%.

---

[5] Exhibit 9452, Appendix A.3 (Post event simulation of Top Kill procedure, June 29, 2010), Exhibit 9455 (June 29, 2010 "Top Kill Modeling"); Exhibit 9254 ("Relief well kill for Macondo MC 252 #1, Well Kill Modeling and Evaluations, July 2010).

3                                                                                   *Confidential per BP*

68 F is obtained by assuming that the heat capacitance of the oil and the mud are the same. If this flow is inserted into equation 5, the estimate for the oil flow during idle time is 78,000 bopd. This has to be corrected for the closure of the test ram (an increase in the back pressure) to get a flow during normal time, which results in a flow of 70,000 bopd, which is reasonably consistent with the 60,000 bopd used to estimate the fluid densities. This would suggest that the 60,000 bopd estimate for day 38 in the DOE-NNSA Flow Analysis Report is a reasonable estimate of the normal time (no mud flow and test ram closed) flow during the top kill event.

The calculation results are best summarized on the table below:

Table 2: Calculation of top kill flows

| From DOE-NNSA report day 38 | $Q_{HCn}$ = 60,000 bopd (test ram closed) |
|---|---|
| Correct for increased back pressure | $Q_{HCk}$ = 43,500 bopd (test ram open) |
| Calculate mixture temperature and densities | T = 68 F (given $T_{mud}$ = 40 F and $T_{oil}$ = 200 F) |
| Calculate oil flow during idle time | $Q_{HCi}$ = 78,000 bopd (test ram open) |
| Correct for normal time | $Q_{HCn}$ = 70,000 bopd (test ram closed) |
| Compare to top estimate | 60,000 ≈ 70,000 |

The calculations presented above shows that the pressure data recorded during the top kill event was indicative of a flow over 60,000 bopd during time periods around May 28, 2010. It also shows that a lower limit of 43,000 bopd can be easily defended. This is consistent with a BP engineer's observation conclusion that flow rates were between 44,000 and 77,000 bopd at the time based on his own modeling of the Top Kill.[24]

The calculation of the temperature of the flowing fluid through the BOP during the Top Kill can be called in question. Therefore, the entire calculation was repeated using a mud temperature of 70 F, which resulted in a mixture temperature of 97 F. This did not change the lower bound result of 43,000 bopd since the mud density is assumed independent of temperature. The best estimate of the flow increased from 70,000 bopd to 71,000 bopd with the increased temperature. This shows that the mud temperature is not a source of a significant error in the calculation. The mud temperature cannot be outside of the range considered here.

### 4. Top Hat 4 Flow Rate Estimate

The pressure measurements obtained during the operation with Top Hat 4 allow another opportunity to evaluate the flow rate. However, due to the large uncertainties regarding the flow rate escaping the imperfect seal (named the skirt) between the top hat and the riser, this estimate

---

[24] Exhibit 9452, Page 8 (Post event simulation of Top Kill procedure, June 29, 2010), Appendix A.3.

XRDX002-000054

is best formulated as a conservative lower limit to the flow rate (43,000 bopd). Accounting for skirt flow, I estimate the flow rate to be approximately 60,000 bopd for the period Top Hat 4 was installed (June 3, 2010 through July 11, 2010).

An analog pressure gauge was installed on Top Hat 4 through a stab (see Fig. 6 below). The pressure reading was so small (2 psi above the sea floor ambient) that pressure corrections for small elevation differences needed to be made. While Top Hat 4 was installed, oil constantly exited through 3 open vents at the top of the Top Hat, and through the skirt beneath (see Fig. 5 below). Flow was also being collected through the riser from the center of the Top Hat, and from lines attached to the original BOP. The flow through the vents was relatively easily calculated for the geometry was well known. The elevated Top Hat pressure, plus the effects of buoyancy, forced the oil out through these vents. The flow rates collected were also easily incorporated into the flow estimate since these were measured. The flow out the skirt was more difficult to calculate since the geometry was not well known. The skirt was severely damaged upon installation. Also complicating the skirt flow was that the positive pressure was countered by buoyancy to such an extent that the net pressure forcing flow out of the seal was poorly defined.



Fig. 5: Top Hat 4 Before Deployment



Fig. 6 : Analog Top Hat 4 Pressure Gauge

In mid-June 2010, I calculated a flow through the Top Hat vents of 23,000 bopd using an assumed 200 F oil temperature ("Flow Estimate by Analysis of Top Hat and Riser," June 15, 2010, Appendix A.7). This was at a time period when the collection rate was 15,000 bopd. I estimated that the flow through the skirt was 45,000 bopd. However, the skirt flow estimate was very approximate due to items mentioned above. In defense of this estimate, it was observed that during time periods when the collection was turned off (due to processing problems), the plume exiting the skirt was not visually changed. This implies that the collection rate was small compared to the skirt flow. If the skirt flow is assumed zero, the calculation presented here provides a minimum flow of 38,000 bopd for June 15, 2010. This is a very conservative lower bound since it was obvious from the video images that the flow rate past the skirt was significant.



Fig. 7: Image of Top Hat over Riser With Missing Seal

The Top Hat pressure needed to be carefully controlled.[25]. It was stated by BP that the pressure level had to be less than 15 psig to avoid forces that might remove the Top Hat. It also had to have a high enough pressure so that it would not entrain water through the skirt, which would cause hydrates to form and clog the Top Hat 4 rendering it useless. I calculate that this minimum pressure is 1.1 psi (measured at the gauge elevation).

The condition of Top Hat 4 was constantly monitored via video to assure that there always was flow out of the skirt. Thus, one can be assured that the Top Hat 4 pressure never dropped below 1.1 psi even on the days when the pressure gauge was not working or was not installed. At this pressure, I can calculate a flow out of the skirt is zero (that is what determines the pressure level), and the flow out of the vents is 18,000 bopd. If the 18,000 bopd is added to the maximum collection rate at that time period (> 25,000 bopd)[26], one obtains a very conservative lower limit for the flow during Top Hat 4 as > 43,000 bopd. There were no time periods when the flow out the skirt was zero, so this lower limit of the flow should not be considered an estimate of the total flow out of the well during this time period. Since the Top Hat 4 was used from June 3, 2010 through July 11, 2010, this *lower bound* flow rate of 43,000 bopd would apply to that entire period of 39 days.

---

[25] E.g., BP-HZN-2179MDL04869503.
[26] Exhibit 9490 (BP Daily Oil and Gas Collection Rates).

XRDX002-000057