# ATTACHMENT 3



In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

United States District Court

Eastern District of Louisiana

MDL No. 2179, Section J

Judge Barbier; Magistrate Judge Shushan

## Technical Review of US Government Expert Witness Reports on Flow Rates from the MC252 Macondo Well

Expert Report of A. E. Johnson PhD CEng MIMechE

May 1, 2013

**CONFIDENTIAL**

FEESA Ltd
FEESA Ltd, Westmead House, Farnborough, Hampshire GU14 7LP.
Tel: + 44 (0) 1252 372321  •  E-mail: info@feesa.net

XAJX003-000017

# CONTENTS

1  EXECUTIVE SUMMARY .................................................................................................. 4
   1.1   Dr. Griffiths' Report ............................................................................................... 4
   1.2   Dr. Dykhuizen's Report ......................................................................................... 5

2  INTRODUCTION ............................................................................................................. 7

3  QUALIFICATIONS AND EXPERIENCE ....................................................................... 8

4  TECHNICAL EVALUATION OF DR. GRIFFITHS' REPORT ................................... 10
   4.1   Dr. Griffiths' unsupported assumption of a constant productivity index after the first nine hours could generate incorrect results. ................................................ 10
      4.1.1   Dr. Griffiths incorrectly interprets the Appendix W data. ........................ 10
      4.1.2   Using Dr. Griffiths' own methods with a non-constant PI assumption demonstrates the uncertainty range of his results is much wider than he claims. ................................. 11
   4.2   Application of Dr. Pooladi-Darvish's methodology prior to 8TH May 2010 further increases the uncertainty around Dr. Griffiths' estimate. ........................... 16
   4.3   Dr. Griffiths' wellbore model does not appropriately represent the geometry of the well and the effects of multiphase flow within that geometry. ..................... 19
      4.3.1   Comparison of Dr. Griffiths' method with an industry-standard multiphase simulator demonstrates errors in Dr. Griffiths' calculations. ......................... 19
      4.3.2   Dr. Griffiths' failure to represent multiphase flow in the two well flowpaths results in an inaccurate model .............................................................. 22
      4.3.3   Dr. Griffiths' comparison of his model to PROSPER work done by a BP Engineer during the response is inappropriate and misleading. ......................... 25
      4.3.4   Dr. Griffiths' use of constant discharge coefficients in his model is unjustified.... 26
   4.4   Dr. Griffiths ignores the many physical changes that occurred through the system over time. .................................................................................................. 26
      4.4.1   Dr. Griffiths ignores changes in the BOP through time. ........................... 27
      4.4.2   Dr. Griffiths ignores changes in the well through time. ............................ 28
   4.5   Dr. Griffiths' attempted verification of his best estimate flow rate is based on flawed logic and circular reasoning. ........................................................................ 30
   4.6   The offset that Dr. Griffiths calculated for PT-B is incorrect. ....................... 31
   4.7   Dr. Griffiths reaches incorrect conclusions in his Appendix I regarding changes in the system geometry prior to 8TH May 2010. ............................................. 36
   4.8   Dr. Griffiths' report contains a number of additional technical errors. ....... 38

5  TECHNICAL EVALUATION OF DR. DYKHUIZEN'S REPORT ............................. 40
   5.1   Dr. Dykhuizen's analyses are based on incorrect or unsupported assumptions in calculating the flow rate from the Top Hat. ........................................................ 40
      5.1.1   Dr. Dykhuizen's Top Hat skirt flow estimate is highly inaccurate. .............. 41
      5.1.2   Dr. Dykhuizen misrepresents his well flow rate estimate, based on the Top Hat vent flow calculation, as a lower bound. ........................................... 42



5.2   DR. DYKHUIZEN'S TOP KILL ANALYSIS HAS SERIOUS TECHNICAL ERRORS THAT AFFECT THE VALIDITY OF HIS FLOW RATE CALCULATIONS............................................................................. 43
5.3   DR. DYKHUIZEN MADE INCORRECT ASSUMPTIONS IN CALCULATING THE FLOW RATE FROM THE WELL THROUGH TIME AND THE CUMULATIVE DISCHARGE. .................................................. 48

6   CONCLUSIONS............................................................................................................. 49
7   FEDERAL RULES OF CIVIL PROCEDURE ............................................................... 51
8   REFERENCES ............................................................................................................... 52
9   APPENDICES................................................................................................................. 54



### 5.1.1 Dr. Dykhuizen's Top Hat skirt flow estimate is highly inaccurate.

Although Dr. Dykhuizen himself presents no attempt to quantify the uncertainty of the skirt flow calculation, it is subject to large error for the following reasons:

1. The geometry of the Top Hat skirt was very complex.

   a. The skirt seal was partial damaged / destroyed during installation;
   b. The Top Hat was tilted at about 5° relative to the riser and riser flange;
   c. There was the complex geometry of the riser, riser flange, and auxiliaries in the skirt flow area; and
   d. The Top Hat was not centered on the riser / flange.

   For these reasons it is impossible to know the geometry of the skirt flow area well enough to accurately calculate the flow.

2. The Top Hat flow calculation is dependent on very small pressure differences (*i.e.*, less than 2 psi) between the pressure within the Top Hat and ambient sea pressure. Accurately measuring the small pressure difference between the fluids inside the Top Hat and ambient sea pressure was difficult, as recognized by Dr. Dykhuizen himself (page 18 of Appendix A.7 in Dr. Dykhuizen's report). Errors of only a fraction of a psi would lead inevitably to large errors in the skirt flow rate calculation. For example, I calculate that an error of only -0.5 psi would result in approximately *halving* the calculated skirt flow rate.

3. The open area of the skirt would not only affect the area available for flow, but also the pressure loss coefficient (*i.e.*, K value) assumed when calculating the flow rate. To calculate a loss coefficient, one needs to know the area at the base of the skirt through which hydrocarbons flow downwards to the sea, and an area within the Top Hat, above the skirt outlet. Based on the open area of the skirt given in Dr. Dykhuizen's report (page 12 of Appendix A.7 of Dr. Dykhuizen's report) and the area of the inside of the Top Hat (diameter taken from page 12 of Appendix A.7 of Dr. Dykhuizen's report), the open area ratio for the skirt opening is 0.07 (*i.e.*, the ratio of these two areas). Assuming that the skirt outlet acts like an orifice, a loss coefficient can be determined from Figure 3 above. This resulting loss coefficient is at least 2, but possibly 3, orders of magnitude greater than Dr. Dykhuizen's work assumed. That is to say, the loss coefficient should be at least 100 times larger (a three-figure loss coefficient), and possibly 1000 times larger (a four-figure loss coefficient) than assumed by Dr. Dykhuizen. A loss coefficient of 700, for example (consistent with an open area ratio of 0.07 from Figure 3 above), would reduce the calculated skirt flow to about 1,800 stb/d, down from Dr. Dykhuizen's June 2010 estimate of 45,000 stb/d (page 17 of Dr. Dykhuizen's report).

   It is possible that the area leading into the skirt could be considered smaller than that of the inside of the Top Hat due to the presence of the riser and flange. This would result in a loss coefficient for the skirt of less than 700. For example, accounting for the riser cross-sectional area reduces the skirt loss coefficient to about 450 resulting in a skirt flow rate of 2,300 stb/d. It is possible that other calculations of the loss



==coefficient could be performed (*e.g.*, it could be argued that the skirt consists of part contraction, due to the riser and flange, and part orifice, due to the presence of some of the seal), but any calculated loss coefficient will be much greater than the value of 2 used by Dr. Dykhuizen. Therefore, I believe that Dr. Dykhuizen's June 2010 flow estimation from the Top Hat skirt is over estimated by at least an order of magnitude.==

### 5.1.2 Dr. Dykhuizen misrepresents his well flow rate estimate, based on the Top Hat vent flow calculation, as a lower bound.

Dr. Dykhuizen adds the highest maximum collection rate (25,000 stb/d) to a calculated vent flow rate (18,000 stb/d) to generate another purported lower bound estimate of the flow rate. This approach is incorrect and assumes that the collection flow rate of 25,000 stb/d applies for the whole of the Top Hat collection period. Claiming that this is a lower bound flow rate for the whole of that period is incorrect. The collection flow rates from the *Helix Q4000* (collection from the BOP) and *Discoverer Enterprise* (collection from the top of the Top Hat) (ref. 33) are shown in Figure 14:



**Figure 14. Collection Flow Rates During the Top Hat Period**

In Figure 14, the collection flow rate from both vessels reaches 25,000 stb/d only for approximately the last 2 weeks of the Top Hat being in place – *i.e.*, approaching the capping stack period. But simply assuming that the maximum observed collection rate would have also occurred at all times earlier, when in fact such collection rates were not achieved, is not a consistent methodology for estimating a *lower bound* for the flow rate.



Prior to the final two weeks of the Top Hat period the actual, recorded, lower collection rates should be added to generate true *lower bound* flow rates, as shown in Figure 15.



**Figure 15. Revised *Lower Bound* Flow Rate Profile**

The analysis for the vent, skirt, and riser flows were separately performed ("decoupled") in Dr. Dykhuizen's work. However, the various flow paths are interrelated, and the changes in flow rate for each path affect the flow rates in the other flow path. An accurate analysis of these interactive flow rates must therefore be performed as one analysis in an integrated model that would then account for these interactions.

## 5.2 Dr. Dykhuizen's Top Kill analysis has serious technical errors that affect the validity of his flow rate calculations.

In section 5.2, I present the examination of the errors Dr. Dykhuizen committed in his calculation of a lower bound flow rate from data at the time of the final Top Kill attempt. I present a calculation, using Dr. Dykhuizen's own spreadsheet, that produces a significantly lower flow rate result for the data available from the first Top Kill attempt.

Dr. Dykhuizen's method of analysis posits a relationship between pressure drop and flow rate for flow through the BOP during Top Kill on 28th May 2010, and then applies this relationship

