UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf Of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This document applies to: ALL CASES | JUDGE BARBIER |
| | MAGISTRATE SHUSHAN |

**TRANSOCEAN'S APPEAL FROM ORDER REGARDING TRANSOCEAN'S MOTION FOR CLARIFICATION (REC. DOC. 10982)**

Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc., and Triton Asset Leasing GmbH (collectively, "Transocean"), hereby appeal the Magistrate Court's August 9, 2013 Order Regarding Transocean's Motion for Clarification, Rec. Doc. 10982, which denied in part Transocean's request for clarification, Rec. Doc. 10961, of the July 12, 2013 Working Group Conference Order, indicating that Transocean would be excluded from participating in the Quantification Segment of the Phase Two trial, Rec. Doc. 10762.

Transocean agrees with the Magistrate Court's ruling that the "surface oil and burnoff" issue falls outside the scope of the Phase Two trial, and it does not appeal that part of the August 9, 2013 Order.  Transocean appeals the denial of the remainder of its request for clarification.  Because Transocean will, under the Court's current ruling, be barred from participating in the Quantification Segment, Transocean objects to any findings or conclusions based on evidence presented during the Quantification Segment being binding upon or prejudicing Transocean in other aspects of the litigation.

This appeal is based on the attached Memorandum of Points and Authorities, the pleadings and record in this case, and any further briefing and argument the Court may hear.

DATED: August 19, 2013                    Respectfully submitted,

By:   s/ Brad D. Brian                              By:   s/ Steven L. Roberts
Brad D. Brian                                       Steven L. Roberts
Michael R. Doyen                                    Rachel Giesber Clingman
Daniel B. Levin                                     Sean Jordan
MUNGER TOLLES & OLSON LLP                           SUTHERLAND ASBILL & BRENNAN LLP
355 So. Grand Avenue, 35th Floor                    1001 Fannin Street, Suite 3700
Los Angeles, CA 90071                               Houston, Texas 77002
Tel: (213) 683-9100                                 Tel: (713) 470-6100
Fax: (213) 683-5180                                 Fax: (713) 354-1301
Email: brad.brian@mto.com                           Email: steven.roberts@sutherland.com,
       michael.doyen@mto.com                               rachel.clingman@sutherland.com
       daniel.levin@mto.com                                sean.jordan@sutherland.com

                                                    By:   s/ Kerry J. Miller
John M. Elsley                                      Kerry J. Miller
ROYSTON, RAYZOR, VICKERY & WILLIAMS                 FRILOT, LLC
LLP                                                 110 Poydras St., Suite 3700
711 Louisiana Street, Suite 500                     New Orleans, LA 70163
Houston, TX 77002                                   Tel: (504) 599-8194
(713) 224-8380                                      Fax: (504) 599-8154
                                                    Email: kmiller@frilot.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2013, I electronically filed the foregoing with the Court's CM/ECF system and service on all counsel by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

/s/ Kerry J. Miller