UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig "Deepwater          :          MDL No. 2179
        Horizon" in the Gulf of Mexico, on           :
        April 20, 2010                               :          SECTION: J
                                                     :
This Document Relates To: All Actions                :          JUDGE BARBIER
                                                     :          MAGISTRATE JUDGE
……………………………………………...               :          SHUSHAN

## BP'S MOTION TO EXCLUDE CERTAIN OPINIONS AND TESTIMONY OF EDWARD R. ZIEGLER, P.E.

BP hereby moves for an Order to exclude certain opinions and testimony of Edward R.

Ziegler, P.E, who is being proffered by the Aligned Parties as an expert on source-control issues

in Phase 2 of this action.  BP moves for such an Order under the rule in *Daubert v. Merrell Dow.*

*Pharm., Inc.*, 509 U.S. 579 (1993), and based on the Court's authority to structure its receipt of

testimony and evidence in specific phases of the trial pursuant to Fed. R. Evid. 403.  *See* PTO 41

(Rec. Doc. 6592).  BP's Motion is further supported by BP's Memorandum in Support of its

Motion to Exclude Certain Opinions and Testimony of Edward R. Ziegler, P.E., which is fully

incorporated by reference herein.


Dated: August 19, 2013                      Respectfully submitted,

                                            By: /s/ Don K. Haycraft

                                            Don K. Haycraft (Bar #14361)
                                            R. Keith Jarrett (Bar #16984)
                                            LISKOW & LEWIS
                                            One Shell Square
                                            701 Poydras Street, Suite 5000
                                            New Orleans, Louisiana 70139-5099
                                            Telephone: (504) 581-7979
                                            Facsimile:  (504) 556-4108

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Timothy A. Duffy, P.C.
(tim.duffy@kirkland.com)
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000

Robert C. "Mike" Brock
(mbrock@cov.com)
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

*Attorneys for BP Exploration & Production Inc.*
*& BP America Production Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of August, 2013.

/s/ Don K. Haycraft