UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL NO. 2179 |
| | : | SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| ALL CASES | : : | MAGISTRATE JUDGE SHUSHAN |

**PHASE TWO, QUANTIFICATION SEGMENT, MOTION *IN LIMINE* OF THE UNITED STATES: MOTION TO PRECLUDE OPINION TESTIMONY OF BP/ANADARKO WITNESS CURTIS WHITSON AS TO PURE QUESTION OF LAW**

The United States seeks a ruling precluding opinion testimony offered by BP/Anadarko expert witness Dr. Curtis Whitson regarding a pure question of law.  In his expert report dated May 1, 2013, Dr. Whitson contends that oil discharged from the Macondo well that dissolved in the Gulf of Mexico before reaching the surface should be ignored for purposes of calculating the total volume of oil discharged, which is the basis for determining the statutory maximum penalty under the Clean Water Act, 33 U.S.C. § 1321(b)(7).  At his deposition on July 23, 2013, Dr. Whitson testified that whether dissolved oil should be counted toward the maximum penalty under the Clean Water Act is a legal question.  Therefore, any trial testimony on the issue will not be helpful to this Court as the trier of fact and should be precluded.  For the reasons discussed in the attached memorandum of law, and in the United States' Memorandum in Support of its Motion for Partial Summary Judgment as to the Inclusion of Dissolved Oil in the Calculation of the Statutory Maximum Penalty (Attachment 1 at 5-18), the United States respectfully requests that the Court preclude Dr. Whitson's opinions and testimony regarding dissolved oil.

Respectfully submitted,

| | |
|---|---|
| BRIAN HAUCK | ROBERT G. DREHER |
| Deputy Assistant Attorney General | Acting Assistant Attorney General |
| Civil Division | Environment & Natural Resources Division |
| | |
| PETER FROST | SARAH HIMMELHOCH |
| Directory, Torts Branch, Civil Division | Senior Litigation Counsel |
| Admiralty and Aviation | NANCY FLICKINGER |
| STEPHEN G. FLYNN | SCOTT CERNICH |
| Assistant Director | RICHARD GLADSTEIN |
| MICHELLE DELEMARRE | THOMAS BENSON |
| SHARON SHUTLER | Senior Attorneys |
| JESSICA SULLIVAN | A. NATHANIEL CHAKERES |
| JESSICA MCCLELLAN | ANNA CROSS |
| MALINDA LAWRENCE | BETHANY ENGEL |
| Trial Attorneys | JUDY HARVEY |
| | RACHEL KING |
| | ERICA PENCAK |
| | Trial Attorneys |
| | |
| /s/ R. Michael Underhill | /s/ Steven O'Rourke |
| R. MICHAEL UNDERHILL, T.A. | STEVEN O'ROURKE |
| Attorney in Charge, West Coast Office | Senior Attorney |
| Torts Branch, Civil Division | Environmental Enforcement Section |
| U.S. Department of Justice | U.S. Department of Justice |
| 7-5395 Federal Bldg., Box 36028 | P.O. Box 7611 |
| 450 Golden Gate Avenue | Washington, D.C. 20044 |
| San Francisco, CA 94102-3463 | Telephone: 202-514-2779 |
| Telephone: 415-436-6648 | Facsimile: 202-514-2583 |
| Facsimile: 415-436-6632 | E-mail: steve.o'rourke@usdoj.gov |
| E-mail: mike.underhill@usdoj.gov | |
| | DANA J. BOENTE |
| | United States Attorney |
| | Eastern District of Louisiana |
| | SHARON D. SMITH |
| | Assistant United States Attorney |
| | Eastern District of Louisiana |
| | 650 Poydras Street, Suite 1600 |
| | New Orleans, LA 70130 |
| | Telephone: (504) 680-3000 |
| | Facsimile: (504) 680-3184 |
| | E-mail: sharon.d.smith@usdoj.gov |

Attorneys for the UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Date:  August 19, 2013.                                                             /s/  Steven O'Rourke  
                                                                                                       U.S. Department of Justice