UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

THIS DOCUMENT RELATES TO ALL CASES

### ORDER TO PRECLUDE OPINION TESTIMONY OF BP/ANADARKO WITNESS CURTIS WHITSON AS TO PURE QUESTION OF LAW

Upon consideration of the United States' Motion to Preclude Opinion Testimony of BP/Anadarko Witness Curtis Whitson as to Pure Question of Law, and the attachments thereto, this Court finds that the motion should be granted.  BP/Anadarko shall not present opinions or testimony at trial from Dr. Whitson regarding dissolved oil.

IT IS SO ORDERED this _____ day of _____, 2013, at New Orleans, Louisiana.

_____
THE HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE