# Attachment 2

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*

United States District Court
Eastern District of Louisiana
MDL No. 2179, Section J
Judge Barbier; Magistrate Judge Shushan

Expert Report of Curtis Hays Whitson, PhD

May 1, 2013



**PERA a/s**
Petroleum Engineering Reservoir Analysts

Granaasveien 1, 3rd floor
7048 Trondheim
Norway
Tel  47 7384 8080
Fax  47 7384 8081
http://www.pera.no

**CONFIDENTIAL**

11496
Exhibit No. _____
Worldwide Court Reporters, Inc.



PERA – Petroleum Engineering Reservoir Analysts

## Summary of Opinions and Analysis

PERA was retained by BP to provide a Pressure, Volume and Temperature ("PVT") model to describe the physical and thermodynamic properties of Macondo reservoir fluids captured in pre-incident fluid samples. The reservoir fluid is a mixture of both oil and gas which will experience a wide range of pressure, volume, and temperature conditions as it travels from the reservoir to the sea surface.

PVT modeling is important in the context of the *Deepwater Horizon* (DWH) Incident for two primary reasons. First, it is critical in determining how much of the released reservoir mixture becomes "stock tank barrels" of oil at surface conditions. As a general matter, a reservoir mixture at high-pressure conditions transforms into a "shrinking" oil volume and an expanding gas volume as it approaches low-pressure surface conditions. The more accurate the PVT model, the more accurate the estimate of oil shrinkage and the calculation of stock tank barrels oil released during the DWH Incident.

Second, flow rate models used to calculate the oil released during the DWH Incident require *PVT* properties of the flowing mixture. The key *PVT* properties include density, viscosity, and volume of each oil or gas phase of the mixture.

### PVT Modeling and Equation of State

PERA built a reliable PVT model that is uniquely for the Macondo reservoir fluids. PERA used all available measured laboratory PVT data – some 1000 PVT data – on four independent samples collected prior to the DWH Incident. PERA used the most sophisticated industry-standard PVT model available – a cubic equation of state ("EOS"). This EOS provides a high level of detail to describe the individual components comprising the Macondo hydrocarbon mixture with a total of 40 species (*e.g.* methane, ethane, carbon dioxide).

### Nature of the the Macondo Fluids

The Macondo reservoir mixture is one of the most unusual reservoir fluids that PERA has modeled. We at PERA have conducted PVT modeling studies on thousands of reservoir mixtures, from hundreds of producing fields around the world – fields representing more than half of the earth's known reserves of oil and gas (Appendix I).

The Macondo reservoir mixture is referred to in the petroleum industry as "near-critical". A near-critical fluid means that it cannot be labeled as either a "gas" reservoir or an "oil" reservoir. Once the reservoir fluid forms two phases (that is, an oil phase and a gas phase) as a result of changing pressure and temperature, the two phases are so similar that it is difficult to determine which phase is "lighter" and which phase is "heavier". Nonetheless, a near-critical fluid develops distinguishable "gas" and "oil" properties when pressure and temperature depart far enough from a near-critical condition. The Macondo system is particularly unique in our experience because it exhibits near-critical behavior over a wide range of temperatures (40°F to 240°F), while "normal" systems are near-critical only for a narrow range of temperature (*e.g.* ±5°F).


PERA – Petroleum Engineering Reservoir Analysts

## Appendix D - Surface Processes and Shrinkage

The conversion of volume from reservoir to stock-tank conditions is an important part of this study, but the determination of "stock tank oil" will depend on the path by which the reservoir fluid takes to the surface. The PVT reports provide experimental data for two pathways; a single-stage flash (where the fluid is flashed directly to atmospheric pressure) and a 4-stage separator, defined previously.

### Oceanic Separation Process

The pressure-temperature path from seabed to surface was estimated using recognized pressure- and temperature-depth profiles in the Gulf of Mexico near Macondo well [13]. The temperature and pressure versus depth profiles are shown in **Figure 3**. A sensitivity study was then made to see how many stages were needed in the oceanic separation process in order to converge on the correct value of total shrinkage. **Figure 29** shows the results of the sensitivity study, which suggests that at least 100 stages are needed.

A set of 130 separation stages was used from seabed to surface. The first-stage separator was always assumed to equal seabed pressure of 2,250 psia. First-stage separator temperature represents the conditions at the exit point into ocean. For the other stages regional p-depth and T-depth correlations are assumed, ending at standard conditions of 14.7 psia and 60 °F.

Because this complex 130-stage separation process cannot be used in most software, PERA identified near-equivalent process with only five stages, where the first stage was exit-point conditions (2250 psia and $T_{exit}$) and the final stage was at stock-tank conditions. This five stage process is called the "oceanic-proxy" separator. By regression, PERA identified the three intermediate stage conditions (p,T) so that oil shrinkage, gas-oil ratio, and surface product properties were almost identical for the 5-stage oceanic-proxy separator and the full 130-stage process. The conditions in the "oceanic-proxy" separator were:

| Stage 1 | 2250 psia | $T_{exit}$ |
| Stage 2 | 1500 psia | 130 F |
| Stage 3 | 250 psia | 35 F |
| Stage 4 | 30 psia | 35 F |
| Stage 5 | 14.7 psia | 60 F |

PERA's 130-stage separation process only addresses gas-oil separation path with specified pressure-temperature conditions based on background oceanic conditions. The resulting black oil tables do not reflect decreases in *oil* volumes associated with  (1) the evolving gas phase dissolving partially or completely into the ocean seawater, (2)  highly soluble light components  found in the surfacing oil phase (*e.g.* methane-pentane) dissolving into the seawater, and (3)  highly soluble lighter aromatics compounds (*e.g.* benzene and toluene) dissolving into the seawater.

---

[13] National Oceanographic Data Center database. http://www.nodc.noaa.gov/OC5/GOMclimatology/

  PERA – Petroleum Engineering Reservoir Analysts

PERA conducted an EOS-based quantitative assessment of (2) and (3) above,[14] calculating that the final stock tank surface oil volume decreases by 10% (±3%) from the surface oil volumes calculated in this study and represented in the oceanic-process black-oil tables. The most significant surface oil volume reduction is caused by the oil phase light components $C_1$-$C_5$ dissolving into seawater.

## Example Showing Effect of Surface Process on Stock Tank Oil Volume

To illustrate the influence of surface process "path" on ultimate stock-tank oil volumes, consider the the example of an initial volume of 100 barrels of reservoir fluid near the initial reservoir conditions (11850 psia and 243°F). The stock-tank oil volumes in this example are EOS calculated values for an average for the four fluids.

The resulting stock-tank barrels of oil associated with each process is as follows:

1. Single Stage Flash:                43.3 barrels
2. Oceanic Separator ($T_{exit}$ =210°):   46.7 barrels
3. Oceanic Separator ($T_{exit}$ =130°):   48.0 barrels
4. 4-Stage Separator:                 47.9 barrels

The pathway from reservoir to surface emulated by the oceanic separator process will be different from the single stage flash and the 4-stage separator processes. The fluids will first expand to exit-point conditions with little or no change in overall composition, and then be transported to surface conditions through a 5,000-ft column of seawater.

The PERA oceanic separator analysis assumed an exit-point pressure equal to the seabed pressure of 2,250 psia, and a range of exit temperatures are then examined. At exit conditions, the 100 barrels of reservoir fluid at initial conditions will now be a 2-phase mixture. The volumes of the two phases will depend somewhat on the exit temperature. For example, whereas an exit temperature of 210°F will result in 63 barrels of oil phase and 122 barrels of gas phase, an exit temperature of 130 °F will result in 65 barrels of oil phase and 92 barrels of gas phase.

The oil and gas exiting at the seabed moves through a path to the surface, and PERA simulated this oceanic process whereby evolving gases are separated immediately from the changing oil at each depth. This results in 46.7 stock-tank barrels for an exit temperature of 210 °F and 48.0 stock-tank barrels of oil for an exit temperature of 130 °F.

Taking into account that most of the light hydrocarbons and some lighter aromatics dissolve in seawater during ascension to the surface through 5,000 of seawater, PERA calculates that the final stock-tank oil

---

[14] Ryerson et al.: "Chemical data quantify Deepwater Horizon hydrocarbon flow rate and environmental distribution".

 PERA – Petroleum Engineering Reservoir Analysts

volume will be approximately 10% less than the laboratory 4-stage separator, reaching a final stock tank oil volume of 43 stock-tank barrels, which is essentially the same stock-tank oil volume as for a single-stage process.

## Oil Shrinkage Definitions

The calculation of oil shrinkage is an important part of this study. However, the industry does not operate with a common definition of "shrinkage" as it is to be used in the Deepwater Horizon Incident. PERA therefore introduces the following nomenclature and definitions to avoid any misunderstanding of the calculations provided in this study and how they should be used. This is also supported by a simple example.

Keeping in line with industrial practice of "naming" different types of barrels (e.g. STB, STBW, and RB), some case-specific barrel definitions for this project are made as follows:

1 barrel = 42 U.S. gallons = 5.6146 ft$^3$

**STB** = total surface ("stock-tank") oil barrel at standard conditions.
**SBO** = surface oil barrel at standard conditions, resulting from shrinkage of exit-point oil.
**SBC** = surface oil (*condensate*) barrel at standard conditions, resulting from condensation of exit-point gas.
**EB** = Seabed exit-point total gas+oil barrel at exit-point temperature and exit-point pressure of 2250 psia.
**EBO** = Seabed exit-point total oil barrel at exit-point temperature and exit-point pressure of 2250 psia.
**EBG** = Seabed exit-point total gas barrel at exit-point temperature and exit-point pressure of 2250 psia.
**RB** = reservoir barrel at reservoir temperature and some pressure (may be gas, oil, or gas+oil).
**RBO** = reservoir barrel oil at reservoir temperature and some pressure.
**RBG** = reservoir barrel gas at reservoir temperature and some pressure.

*Seabed* "total shrinkage factor" (TSF) is defined as the fraction of total (gas+oil) volumetric rate at seabed exit-point conditions that ends up as stock-tank oil after some oceanic separation process. Consider these definitions:

$V_{texit} = V_{oexit} + V_{gexit}$ = total gas+oil volume at seabed exit conditions [EB].

$V_{oexit}$ = oil volume at seabed exit conditions [EBO].

$V_{gexit}$ = oil volume at seabed exit conditions [EBG].

$V_{oo}$ = surface oil volume resulting only from shrinkage of seabed exit-condition oil [SBO].

$V_{og}$ = surface oil volume resulting only from condensation of seabed exit-condition gas [SBC].

$V_{ot} = V_{oo} + V_{og}$ = total surface oil volume at standard conditions [STB].

Also consider terms expressing ratios of the volumes idenitified above:

OF = "oil fraction" = $V_{oexit} / V_{texit}$ = oil phase fraction of total gas+oil volume at seabed conditions [EBO/EB].