# Attachment 3

01-43281
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL*

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Curtis Hays Whitson, Ph.D.

**July 22, 2013**

## *COPY*



*Systems Technology for the Litigation World*

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL      )  MDL NO. 2179
BY THE OIL RIG         )
"DEEPWATER HORIZON" IN )  SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010         )  JUDGE BARBIER
                       )  MAG. JUDGE SHUSHAN
```

```
              *****************
                  VOLUME 1
              *****************
```

   Deposition of Curtis Hays Whitson, Ph.D., taken at the Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 22nd day of July, 2013.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

|       |                                                      |
|-------|------------------------------------------------------|
| 1     | A.   -- whether that's a lower dew point or a        |
| 2     | higher -- upper dew -- upper dew point or a lower    |
| 3     | dew point.  I'm not sure.                            |
| 4     | **Q.   (By Ms. Engel) Okay.  Can you explain the**   |
| 03:52 5 | **difference between an upper and a lower dew**    |
| 6     | **point?**                                           |
| 7     | A.   The upper dew point, well, the -- at a          |
| 8     | given temperature, the upper dew point is a          |
| 9     | higher pressure than the lower dew point.            |
| 03:53 10 | **Q.   Okay.**                                    |
| 11    | A.   That's --                                       |
| 12    | **Q.   Yeah.**                                       |
| 13    | A.   So --                                           |
| 14    | **Q.   So the gas that evolves at that first**       |
| 03:53 15 | **stage, is that a retrograde condensate?**       |
| 16    | A.   I don't know.                                   |
| 17    | **Q.   Why don't you know?**                         |
| 18    | A.   Because I don't know if it's an upper dew       |
| 19    | point or a lower dew point.                          |
| 03:53 20 | **Q.   Okay.  How would you make that**           |
| 21    | **determination?**                                   |
| 22    | A.   Calculating its -- well, in Pha -- in --        |
| 23    | in PhazeComp, you -- you -- you ask for it, both     |
| 24    | the lower and the upper, and -- otherwise, most      |
| 03:53 25 | people would try to make an entire pressure       |

|         |    |                                                          |
|---------|----|----------------------------------------------------------|
|         | 1  | temperature diagram.                                     |
|         | 2  | **Q.  And you didn't --**                                |
|         | 3  | A.  But the -- the -- yeah, the -- the --                |
|         | 4  | yeah, that's -- I mean, the point that that gas,         |
| 03:54   | 5  | whether it condenses oil as it moves up or not,          |
|         | 6  | is -- is a -- is a -- a calculation we didn't            |
|         | 7  | make, based on our set of assumptions, good or           |
|         | 8  | bad.  But it's -- it's pretty clear, from all of         |
|         | 9  | the evidence in this -- in this incident, that           |
| 03:54   | 10 | free gas did not surface, so that that gas that          |
|         | 11 | evolves appears to have dissolved completely into        |
|         | 12 | the ocean.  So that should be kept in mind.              |
|         | 13 | If you're -- if you're -- if you're going                |
|         | 14 | to talk about the free gas phase within an               |
| 03:54   | 15 | oceanic process, we -- we -- we did it with that         |
|         | 16 | in -- in -- in the back of our minds, that               |
|         | 17 | that -- that gas basically dissolves into the            |
|         | 18 | ocean.                                                   |
|         | 19 | Even though we allowed it to condense out                |
| 03:55   | 20 | this -- from the first gas, we -- we -- we did           |
|         | 21 | attribute some condensate, surface condensate,           |
|         | 22 | probably even though it would never make it to           |
|         | 23 | the surface.                                             |
|         | 24 | **Q.  So that assumption is based just on Tom**          |
| 03:55   | 25 | **Ryerson's article?**                                   |

|  |  |
|---|---|
| 1 | A. For the most part, yes, and -- and these |
| 2 | companion papers, we did not reference. |
| 3 | Q. Did you not talk with Tom Ryerson at all? |
| 4 | A. No. |
| 03:55  5 | Q. So you don't know if you're correctly |
| 6 | interpreting his work? |
| 7 | MR. BEFFA: Objection. |
| 8 | A. Well, not -- not for sure, no. |
| 9 | Q. (By Ms. Engel) In your Report, you cite |
| 03:55  10 | just generally to the Ryerson article, right? |
| 11 | A. Yes. |
| 12 | Q. Are there particular sections of that |
| 13 | article that informed your analysis? |
| 14 | A. The -- the -- well, the -- without having |
| 03:56  15 | that paper in front of me, I can't -- |
| 16 | Q. We can get that for you. |
| 17 | MS. ENGEL: Tab 30. |
| 18 | (Exhibit No. 11574 marked.) |
| 19 | Q. (By Ms. Engel) Thank you. And it's |
| 03:56  20 | Exhibit 11574. (Tendering.) |
| 21 | A. (Reviewing document.) |
| 22 | Q. This is a copy of the Ryerson article |
| 23 | that you cite in a footnote to your Report, |
| 24 | right? |
| 03:57  25 | A. Let me just check. Yes. |

```
                1    Q.  I'll give you a second to review it.  But
                2    the question pending is whether you -- whether a
                3    particular part of this article informed your
                4    analysis.
       03:57    5    A.  (Reviewing document.)  Yes, there's --
                6    h'm.  I mean, most of the -- our understanding of
                7    this paper is that the -- the -- the samples
                8    collected -- the oil samples collected were
                9    missing considerable amounts of the lighter
       03:58   10    gaseous components, and some of the light
               11    aromatics --
               12    Q.  The samples --
               13    A.  -- relative to what was originally in the
               14    fluid producing into the seabed.
       03:58   15    Q.  The samples collected from where?
               16    A.  The -- at least, if you look at Figure 2,
               17    as an example, there are different positions --
               18    or different dates given, different references on
               19    location of these.
       03:59   20    Q.  Okay.  And by --
               21    A.  I -- I don't know the details of -- of
               22    exactly where it's --
               23    Q.  So the oil samples that you say were
               24    missing, the light ends, or the lighter gaseous
       03:59   25    components, you don't know where those samples
```

```
 1    were taken from?
 2        A.   Not in any detail, no.
 3        Q.   Okay.  How did you base your analysis on
 4    them, then?
 5        A.   We made the assumption in our
 6    calculations that there was -- the components
 7    methane through pentane with -- were completely
 8    missing or -- or not from the stock tank oil,
 9    and, likewise, for the -- the light aromatics.
10    That was the first method of calculation of --
11    of -- used to assess the reduction in the stock
12    tank oil volume.
13        Q.   So that was just an assumption?
14             MR. BEFFA:  Objection.
15        A.   It was -- it was based on our
16    understanding of -- of the observations from the
17    oils collected.
18        Q.   (By Ms. Engel) Okay.  But you -- again,
19    you don't know where that oil was collected from?
20        A.   No, not in detail.
21        Q.   So you don't know if it's representative
22    of anything in particular?
23        A.   I -- re -- representative of anything in
24    particular?
25        Q.   Of anything that's of import to the
```

01-43282
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

# *CONFIDENTIAL*

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Curtis Hays Whitson, Ph.D.

**VOLUME 2**

**July 23, 2013**

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group◆Court Reporting◆Video Production◆Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL | ) | MDL NO. 2179 |
| BY THE OIL RIG | ) | |
| "DEEPWATER HORIZON" IN | ) | SECTION "J" |
| THE GULF OF MEXICO, ON | ) | |
| APRIL 20, 2010 | ) | JUDGE BARBIER |
| | ) | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VOLUME 2

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Continuation of the deposition of Curtis Hays Whitson, Ph.D., taken at the Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 23rd day of July, 2013.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

|  |  |
|---|---|
| 1 | chemical energy of that component, methane, in |
| 2 | the gas phase, is equal to the chemical energy of |
| 3 | the methane in the oil phase, is equal to the |
| 4 | chemical energy of the methane in the water |
| 10:36  5 | phase. |
| 6 | And, likewise, for all of the components, |
| 7 | 10 or 40, or however many you have, each -- for |
| 8 | each component, you would have that -- that |
| 9 | condition.  Once it's reached would be -- the |
| 10:37 10 | system would be at chemical equilibrium -- |
| 11 | **Q.  But as you testified --** |
| 12 | A.  -- thermodynamic equilibrium. |
| 13 | **Q.  Sure.  As you testified yesterday, that** |
| 14 | **thermodynamic analysis does not include the** |
| 10:37 15 | **question of what happens to a particular** |
| 16 | **hydrocarbon component after it dissolves in the** |
| 17 | **Gulf, right?** |
| 18 | A.  Yes. |
| 19 | **Q.  Okay.  And that's because you don't have** |
| 10:37 20 | **the expertise to evaluate that question?** |
| 21 | A.  Yes. |
| 22 | **Q.  Okay.  Dr. Whitson, do you agree that the** |
| 23 | **question of whether dissolved oil should be** |
| 24 | **counted toward the maximum penalty under the** |
| 10:38 25 | **Clean Water Act, in this case, is a legal** |

```
 1    question?
 2               MR. BEFFA:  Objection.
 3         A.    Yes.
 4         Q.    (By Ms. Engel) Okay.  Are you familiar
 5    with how the maximum penalty is measured under
 6    the Clean Water Act?
 7         A.    No.
 8         Q.    Have you reviewed that Statute with
 9    Counsel at all?
10         A.    No.
11         Q.    When you were being asked questions by BP
12    Counsel a few minutes ago -- and, again, I might
13    not have your words ber -- verbatim, but I think
14    I have the concept of your testimony -- you said
15    that fourth -- four-stage separator tests are
16    designed specifically to measure stock tank
17    barrels.  Correct?
18               MR. BEFFA:  Objection.
19         A.    The most important result from the
20    multistage separator test is the ultimate
21    shrinkage of the stock tank barrel, the -- that's
22    correct.
23         Q.    (By Ms. Engel) And that's why you
24    weighted the fourth stage shrinkage factor more
25    heavily than the first three stages in your own
```