# Attachment 4

01-42956
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

# *CONFIDENTIAL*

## *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# AARON A. ZICK, PH.D.
### Volume 1

JUNE 28, 2013

# *COPY*



Systems Technology for the Litigation World

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL | ) | MDL NO. 2179 |
| BY THE OIL RIG | ) | |
| "DEEPWATER HORIZON" IN | ) | SECTION "J" |
| THE GULF OF MEXICO, ON | ) | |
| APRIL 20, 2010 | ) | JUDGE BARBIER |
| | ) | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
VOLUME 1
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Deposition of Aaron A. Zick, Ph.D., taken at the Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 28th day of June, 2013.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

|  |  |
|---|---|
| 1 | but what Dr. Whitson modeled was not that at all. |
| 2 | He removed all of the hydrocarbons immediately |
| 3 | and then calculated this separation process. |
| 4 | So basically, he -- by removing all those |
| 05:40  5 | light hydrocarbons, he essentially turned the -- |
| 6 | the fluid immediately into a stock tank liquid. |
| 7 | Q.  Now -- |
| 8 | MS. KUCHLER:  Objection, |
| 9 | nonresponsive. |
| 05:40 10 | Q.  (By Mr. Beffa) In -- in your Expert |
| 11 | Report, you describe that you don't think the |
| 12 | solubility calculation should be taken into |
| 13 | account for purposes of calculating stock tank |
| 14 | volumes, correct? |
| 05:40 15 | A.  Correct. |
| 16 | Q.  And you agree that that is a legal |
| 17 | decision and a legal conclusion, that those |
| 18 | calculations should not be taken into effect? |
| 19 | MS. CROSS:  Objection to form. |
| 05:40 20 | A.  I just offered my opinion as to the -- |
| 21 | the -- the thermodynamics of the -- of this |
| 22 | proposed oceanic separation process, and my |
| 23 | opinion that the -- that if -- if you discount |
| 24 | for hydrocarbons that dissolve in the water, |
| 05:41 25 | there's no end to what you could discount, |

|  |  |
|---|---|
| 1 | because it will all eventually dissolve. |
| 2 | MR. BEFFA:  Move to strike. |
| 3 | **Q.  (By Mr. Beffa) You agree that that's a** |
| 4 | **legal question, whether the solubility effects** |
| 05:41  5 | **should be taken into account?** |
| 6 | A.  That's a legal question, but the -- I |
| 7 | think the Court needs to know that eventually, |
| 8 | scientifically, all the oil will dissolve. |
| 9 | **Q.  You don't, in your Rebuttal Report,** |
| 05:42 10 | **challenge the numerical value that Dr. Whitson** |
| 11 | **places on the solubility effect, do you?** |
| 12 | MS. CROSS:  Objection to form. |
| 13 | A.  I didn't repeat his -- his calculations. |
| 14 | I looked at them and -- and, you know, believed |
| 05:42 15 | that the numbers he put in his Report are the |
| 16 | numbers that his calculations showed, but I |
| 17 | believe his calculation method is -- is flawed. |
| 18 | **Q.  (By Mr. Beffa) Your belief that his** |
| 19 | **calculation method is flawed is not expressed** |
| 05:42 20 | **anywhere in your Rebuttal Report, is it?** |
| 21 | MS. CROSS:  Objection to form. |
| 22 | A.  Well, I would -- my belief is that the |
| 23 | entire solubility argument is -- is an irrelevant |
| 24 | point. |
| 05:42 25 | So I didn't want to waste time |

calculating the solubility the way I would have calculated it.

Q. (By Mr. Beffa) And so you didn't, in fact, calculate it the way would you have calculated it?

A. No.

Q. And you didn't, in fact, state any belief or opinion in your Rebuttal Report about the value of the solubility number that Dr. Whitson presented in his Report, correct?

MS. CROSS: Objection to form.

A. I didn't redo his calculations, so I assume that his numbers agree with -- with the calculations that he made. Although if one were to repeat his calculations with my separation model instead of his, the numbers could very well have come out differently, so --

Q. (By Mr. Beffa) But you don't present those calculations in your Rebuttal Report?

A. No, because I find the -- the argument to be somewhat ridiculous.

Q. But, ultimately, a legal question whether it should be included or not?

MS. CROSS: Objection to form.

A. Yes, I suppose so.