**UNITED STATE DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | : | MDL NO.  2179 |
| "Deepwater Horizon" in the Gulf | : | |
| of Mexico, on April 20, 2010 | : | SECTION:  J |
| | : | |
| This Document Relates to: | : | JUDGE BARBIER |
| | : | |
| *All Cases* | : | MAG. JUDGE SHUSHAN |

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

PHASE 2 QUANTIFICATION SEGMENT, MOTION *IN LIMINE* OF THE UNITED
STATES:

<u>MOTION TO EXCLUDE THE EXPERT TESTIMONY OF MICHAEL ZALDIVAR</u>

Dr. Michael Zaldivar has submitted an expert report purporting to calculate flow rates

from data and observations of the riser between May 13-20, 2010.  As explained more fully in

the Memorandum accompanying this motion, Dr. Zaldivar's calculations should be excluded

because they are inconsistent with the position BP has taken in this litigation and in previous

public statements that it was impossible to use computational hydraulic modeling to reliably

calculate flow rates using data available in May 2010.  Dr. Zaldivar's report directly contradicts

BP's Source Control rebuttal expert, Dr. Adam Ballard, who has submitted a report opining that

it was impossible for BP to use data from May 2010 to credibly calculate the flow rate using

hydraulic modeling techniques.   The modeling that Dr. Ballard says cannot be done is precisely

the type of modeling employed by Dr. Zaldivar.  What is more, the evidence in the case clearly

shows that BP was performing this type of modeling in May of 2010.  If this modeling really is

capable of generating a reliable flow rate estimate, then Dr. Ballard's report, as well as all of

BP's public statements regarding BP's ability to calculate flow rate in May 2010, are false.  If

this method is incapable of generating a reliable flow rate estimate, then Dr. Zaldivar's report

should be excluded as unhelpful to the trier of fact under Fed. R. Evid. 702.  As the Court has

repeatedly made clear, both the Source Control and Quantification tracks of Phase 2 are part of a

single, overarching trial. BP is attempting to take different positions in each track, arguing on

one side that it was impossible to calculate flow rate in May 2010, and presenting on the other a

flow rate estimate based on data and methods available in may 2010. It should not be permitted

to engage in such gamesmanship.


Respectfully submitted,

BRIAN HAUCK                                    ROBERT G DREHER
Deputy Assistant Attorney General              Acting Assistant Attorney General
Civil Division                                 Environment & Natural Resources Division
PETER FROST                                    SARAH HIMMELHOCH
Directory, Torts Branch, Civil Division        Senior Litigation Counsel
Admiralty and Aviation                         NANCY FLICKINGER
STEPHEN G. FLYNN                               SCOTT CERNICH
Assistant Director                             THOMAS BENSON
MICHELLE DELEMARRE                             RICHARD GLADSTEIN
SHARON SHUTLER                                 Senior Attorneys
JESSICA SULLIVAN                               A. NATHANIEL CHAKERES
JESSICA MCCLELLAN                              ANNA CROSS
MALINDA LAWRENCE                               BETHANY ENGEL
Trial Attorneys                                JUDY HARVEY
                                               RACHEL KING
                                               ERICA PENCAK
                                               Trial Attorneys


/s/ R. Michael Underhill                       /s/ Steven O'Rourke
R. MICHAEL UNDERHILL, T.A.                     STEVEN O'ROURKE
Attorney in Charge, West Coast Office          Senior Attorney
Torts Branch, Civil Division                   Environmental Enforcement Section
U.S. Department of Justice                     U.S. Department of Justice
7-5395 Federal Bldg., Box 36028                P.O. Box 7611
450 Golden Gate Avenue                         Washington, D.C. 20044
San Francisco, CA 94102-3463                   Telephone: 202-514-2779
Telephone: 415-436-6648                        Facsimile: 202-514-2583
Facsimile: 415-436-6632                        E-mail: steve.o'rourke@usdoj.gov
E-mail: mike.underhill@usdoj.gov
                                               DANA J. BOENTE
                                               United States Attorney
                                               Eastern District of Louisiana
                                               SHARON D. SMITH
                                               Assistant United States Attorney

Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, LA  70130
Telephone:  (504) 680-3000
Facsimile:  (504) 680-3184
E-mail:  sharon.d.smith@usdoj.gov

Attorneys for the UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Date:  August 19, 2013.                                    /s/  Steve O'Rourke
                                                            U.S. Department of Justice