UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | : | MDL NO.  2179 |
| "Deepwater Horizon" in the Gulf | : | |
| of Mexico, on April 20, 2010 | : | SECTION:  J |
| | : | |
| This Document Relates to: | : | JUDGE BARBIER |
| | : | |
| *All Cases* | : | MAG. JUDGE SHUSHAN |

ORDER ON THE UNITED STATES' MOTION *IN LIMINE* TO EXCLUDE EXPERT TESTIMONY OF MICHAEL ZALDIVAR

Upon consideration of the United States' Motion to Exclude Expert Testimony of Michael Zaldivar, and the attachments thereto, this Court finds that the motion should be granted.  BP/Anadarko shall not present testimony from Dr. Michael Zaldivar during the Quantification segment of the Phase 2 Trial, and Dr. Zaldivar's expert report will not come into evidence.

IT IS SO ORDERED this _____ day of _____, 2013, at New Orleans, Louisiana.

_____
THE HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE