# Attachment 2
## to

**MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE THE EXPERT REPORT OF MICHAEL ZALDIVAR**

[PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file Attachment 2 as a sealed appendix per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal as an appendix to the instrument that refers to them.