# Attachment 4

01-41891
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

# *CONFIDENTIAL*

## *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Timothy James Lockett, Ph.D.

### VOLUME 1

DECEMBER 18, 2012

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing

**For U.S. & International Services**
800 - 745 - 1101

 1      Q.  (By Mr. Benson) Okay.  And I think we
 2   have a document somewhere that we'll get to a
 3   little bit later, where you're talking to Trevor
 4   Hill about above 20,000 barrels per day, the
 5   slugging pattern essentially becomes indistinct.
 6   Is that -- do you recall that analysis?
 7      A.  I recall parts of that analysis, and I'm
 8   not sure whether it's directly linked to this or
 9   whether it comes later.
10      Q.  Okay.  Is that consistent, though, with
11   your view of the well and how it operated, that
12   above 20,000 barrels, you wouldn't see a
13   discernible slug pattern?
14            MR. DRAKE:  Objection, form.
15      A.  Slugging is one of the aspects of
16   multiphase flow that we understand least about.
17   I think I would have to pref -- preface the
18   understanding of -- or answering your question
19   with the view that the -- to the extent the
20   boundaries capture the well when -- on modeling
21   just the riser, then slugging -- my
22   interpretation of slugging at that time was that
23   it became less distinct as we went to higher flow
24   rates through the damaged riser.
25      Q.  (By Mr. Benson) Okay.  And that's what

```
 1    sixth page in the internal numbering of this
 2    document.  And do you see the -- the graph on
 3    that page?
 4         A.   Draft title:  "2700 psi upstream of
 5    kink"?
 6         Q.   Yes.
 7         A.   Okay.  Yes.
 8         Q.   And that looks like a graph, a
 9    black-and-white version of a graph that we've
10    looked at earlier today that sort of compared
11    flow rate to kink equivalent diameter; is that
12    right?
13         A.   I believe that's the same -- the same
14    graph we're looking at, yes.
15         Q.   Okay.  And it says in the -- in the note
16    underneath, it says:  "It is noted that the
17    results at 1 inch diameter" six thou -- (6,000
18    barrels per day) "suggest periodic reverse flow
19    at the riser outlet which is not consistent with
20    the observed video footage."
21              So are you saying there that -- well, I
22    think you're saying a couple things.  First, the
23    video footage does not suggest periodic reverse
24    flow, correct?
25              MR. DRAKE:  Objection, form.
```

1        A.   When we were discussing the tab earlier
2   on, we -- I drew attention to the main point of
3   that material, being the difference between the
4   red and green coloring applied to that
5   spreadsheet, which was to indicate the degree of
6   consistency of that result with whether or not
7   the video footage showed reverse flow or not as
8   part of the slugging cycle.  And I believe that
9   this is, effectively, exactly that same
10  observation being recorded.
11       Q.   (By Mr. Benson) Okay.  And -- and so to
12  summarize, if the graph is consistent with kink
13  diameter above 1 inch but it's not consistent
14  with kink diameter at 1 inch or below, based on
15  comparison to the video?
16       A.   Qualified by the date of the measurement
17  of 2700 psi and the assumptions that we've
18  already discussed in the preceding tab, then
19  that's a correct statement.
20       Q.   Okay.  When -- to the best of your
21  recall, when did you start looking at video of
22  the plume?
23       A.   Can I give you a date range?
24       Q.   Sure.
25       A.   I -- I would suggest between May 3rd and

1    A.  I believe the size of the holes was
2  defined for me, and the upstream pressure is
3  defined by Trevor in his E-mail to be 2,750 psi,
4  that he's interested in.  And I then outworked
5  that in the form of a rate coming -- potentially
6  coming through each of three leaks where I am
7  approximating the holes which are themselves
8  noncircular by -- I'm -- I'm using circles, so
9  there's an inherent piece of approximation there.
10     Q.  Okay.  And the estimate that you came up
11  with total for the three leaks is 11,600; is that
12  right?
13     A.  Subject to the work I was doing, yes.
14     Q.  Okay.  That was your best estimate at the
15  time?
16          MR. DRAKE:  Objection, form.
17          MR. PAVLIS:  Objection as to form.
18     A.  I'm going to refer -- use the word "best
19  estimate" to refer only to places where we have
20  corroboration.  So in regard to these leak flow
21  rates, I would not describe that as the "best
22  estimate" of the leak flow rates.  I would
23  describe it as an estimate of the leak flow
24  rates.
25     Q.  (By Mr. Benson) Okay.  Did you have any

1   you're ready.
2       A.  (Reviewing iPad screen.)
3           (Discussion off the record.)
4       A.  I am aware of flow rate --
5           MR. PAVLIS: Whoops, sorry.
6       A.  I am aware of flow rate estimation that
7   is connected with the act of closing in the well,
8   and given that that is the best defined fluid and
9   flow path, I would consider that work to be more
10  likely to capture the flow rate from the well as
11  it was on the 15th of July.
12      Q.  (By Mr. Benson) Okay.  You've -- you've
13  already mentioned that.  I understand that.
14  Anything else that you consider to be more
15  accurate than the work that you did in the June
16  29th Report?
17          MR. DRAKE: Objection, form.
18          MR. PAVLIS: Objection, the same
19  objection.
20      A.  Well, let me clarify whether I understand
21  the question, then, because I'm not sure how what
22  I've said doesn't answer your question.
23          Okay.  So you've made it clear that
24  you're not just referring to the top kill event
25  sequence, and you've made it clear, that although