# Attachment 5

11900
Exhibit No. ______
Worldwide Court Reporters, Inc.

**IN THE UNITED STATES DISTRICT COURT FOR**

**THE EASTERN DISTRICT OF LOUISIANA**

*In re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico on April 20, 2010 (MDL No. 2179)*

Before the Honorable Judge Carl J. Barbier

# EXPERT REPORT OF DR. JOHN L. WILSON

*BP Internal Well Flow Rate Estimates in April and May 2010*

May 1, 2013

Submitted by Transocean Offshore Deepwater Drilling, Inc.

John L. Wilson, Ph.D.




Fig. 7 from Ex. 5063.

- On May 3, 2010, Tim Lockett sent an email to Trevor Hill with the subject line "Best estimate." He stated that he had updated an earlier model "to give a flowrate estimate as a function of pressure at the BOP, temperature at the BOP and D/s [downstream] of the crimp, and velocity of either liquid or mixed phase in the riser…." In other words, by triangulating these three factors, Lockett was suggesting a "best estimate" of flow rate could be obtained. A spreadsheet attached to the email contains graphs and charts of oil flow rates and orifice sizes. Figure 9 below is an excerpt from the spreadsheet showing orifice size on the left, gas flow rate in the center, and stock tank barrels of oil (well flow rate) on the right. The model assumes a PI (bbl/day/psi) of 10. These flow rates are lower than the April 28 values, but still indicate that a one inch diameter hole size is expected to produce flow rates that exceed 20,000 BOPD.

| | Outlet of Riser | |
|---|---|---|
| Hole size | STOCK TANK | |
| inch | QGST [MM | QOST [ST |
| 0.25 | 7.144334 | 2517.027 |
| 0.5 | 25.98098 | 9153.404 |
| 0.75 | 49.14728 | 17315.17 |
| 1 | 64.17776 | 22610.57 |
| 2 | 99.90224 | 35196.59 |
| 4 | 106.7139 | 37596.28 |
| 5 | 107.0196 | 37704.63 |

Fig. 8 from Ex. 9446.

- On May 13, 2010, Tim Lockett and Ian Stillwell re-ran the model targeting flow rates of approximate values of 5,000, 10,000, 15,000, and 20,000 BOPD. He approximately

matched his targets by applying PIs of 1, 2, 4, and 5 (bbls/day/psi), respectively. The resulting equivalent diameter orifice sizes were between 0.59" and 1.15."[42]

- On May 14, 2010, Tim Lockett emailed Trevor Hill about running their model with a new measurement of pressure at the bottom of the BOP of 2700 psi. The resulting flow rates are given in Fig. 9. Interestingly, in this model Lockett has noted that the smallest values of flow rate would involve periodic reverse flow, a condition that he did not observe in the video of the plume coming out of the riser. This modeling therefore indicates that orifice diameters of less than 1 inch, and flow rates of less than 6,233 or 4,477 (depending on modeling slug flow), are not consistent with video observations. For that reason, Lockett indicates these values are not credible.



| | Diameter | Area, in^2 | Oil flowrate, sbb/d not SlugTr | with SlugTrack |
|---|---|---|---|---|
| | 0 | 0 | 0 | 0 |
| PERIODIC REVERSE FLOW - NOT SEEN | 0.75 | 0.441786 | 2760.7 | 1482.168 |
| | 1 | 0.785398 | 6233.269 | 4477.291 |
| FORWARD FLOW THROUGHOUT | 1.5 | 1.767146 | 16582.26 | 16254.23 |
| | 2 | 3.141593 | 30643.32 | 30179.21 |
| | 2.5 | 4.908739 | 48173.13 | 48021.31 |



Fig. 9 from Ex. 10642.

As is clear from these representative models, the flow rate estimates from the flow assurance group ranged between a few thousand to 40,000 or even 60,000 BOPD. By mid-May, moreover, the modelers had indications that the lower values should be discounted.

*Production Engineering Modeling*

During the month of May, another BP workgroup was active that consisted largely of production engineers from BP's EPT Base Management Team. Led by Mike Mason, this team included Simon Bishop, Chris Cecil, Tony Liao, Yun Wang, Frank Sweeney, Ashish Chitale, and Metin Gokdemir. Farah Saidi, Debbie Kercho, and Kelly McAughan also assisted this workgroup, though they were not part of the BP Base Management Team. These engineers focused on modeling different flow paths as well as varying reservoir and wellhead parameters to get ranges of flow rates and, in particular, apply those ranges to assessments of source control operations.

Representative modeling from this group includes:

---

[42] Email between Trevor Hill, Ian Stillwell, and Tim Lockett, "RE: Update of choke information," May 13, 2010, Deposition Exhibit 10641.