# Attachment 9



EXHIBIT # 1644
WIT:

### BACKGROUND TALKING POINTS: July 12th

Current talking points on media issues – verbal use only – not for further distribution

**CORE MESSAGE:** We continue to fight aggressively on three fronts – sub sea, surface and along the shore to defend the shoreline.

### Bob Dudley comments on relief wells timeframe

Bob Dudley commented in an interview to the WSJ, that "In a perfect world with no interruptions" it might be possible "to be ready to stop the well between July 20 and July 27", but that this was "unlikely" to happen. In other words, this timeframe only represents a hypothetical, very best-case scenario, dependent on operations going absolutely according to plan, with no delays.

Admiral Allen has repeatedly stated, given the ongoing threat of disruption from weather and other factors, our expectation and our target remains that the relief well work will be completed in mid-August.

To NBC Bob Dudley indicated that if everything went perfectly, we could complete the relief well in "a couple weeks" meaning toward the end of the month, but all it takes is one storm to delay us. And in the Chronicle on the 2nd he said BP could plug the well by the end of July if weather conditions permit and the drilling of relief wells keeps going smoothly.

"We are ahead of schedule, but all it takes is one storm, and we have to move off of station," Dudley said. "I think it's not unreasonable to think one of those might happen, and then we're into August again. That's why August is probably a higher probability."

**In short, at the present time BP's target for the completion of the relief well work remains mid-August.**

### Further containment developments

*Preparations continue for the next step in containment operations. Preparation of the first floating riser containment system that will be connected to the Helix Producer vessel are slightly behind schedule because of the impact of tropical storm Alex. It is currently anticipated that this first floating riser system will be available to begin first operations towards the end of the week. Plans also are being developed for additional containment capacity and flexibility. These projects are currently anticipated to begin operations around mid- late July.*

LMRP cap was installed on 3 June. Further containment in addition to the LMRP cap are planned. These were set out in the June 13 letter from Doug Suttles to Rear-Admiral Watson. As follows:
1. **Q4000** - use of choke line with 'evergreen' burner (flares both oil and gas). Began ops mid-June. Capturing between 5-10,000 bpd.
2. **Permanent riser No.1** production system; connected to kill line of BOP to Toisa Pisces or Helix Producer on the surface. Production capacity 20-25,000bpd. Scheduled for approx July 8.

Together these three systems will provide potential capacity of 40-53,000bpd.

1

CONFIDENTIAL

BP-HZN-2179MDL00958604
BP-HZN-2179MDL00958604

### Devon deal
This is a complex deal and when we announced it, we didn't expect it to be completed before the end of this year/early next year.

### Dispersants

From press release on the 17 June 2010:
- **Top line message**: We are continuing to work closely with the EPA. We are continuing to use Corexit, while looking for alternative products.
- EPA is allowing subsea application of the currently-used dispersant to continue.
- **More detail**: The EPA directed us to review alternatives from the National Contingency Plan Product Schedule that met the tests of availability, effectiveness and a specified toxicity limit. We did not find one that met the specs. We did find some products had components that may cause unanticipated environmental harm, and we told the EPA about that.
- EPA have asked us to keep looking for less-toxic alternatives, expanding the search beyond the NCPPS. We are doing that, and will check with the manufacturers of other products.
- Meantime, we have an effective, low-toxicity, biodegradable, widely available product that has been approved by the government: Corexit. We are using it to good effect.
- Use of dispersant sub-sea reduces amount of oil going to surface and therefore reduces the amount of spray dispersant required at surface. Also, use at source requires approximately 4 times less dispersant than use at surface.

### Kevin Costner Project
BP met with their team and field tested the equipment in a number of conditions. We are pleased with how they perform and have placed an order to rent 32 of their machines.

### Lower 24 hour production
**Only if asked:** Discoverer Enterprise experienced a short shutdown due to a fire alarm detection activation from 2004CDT to 2227CDT 26 June. Minor hot work operation being conducted on deck set off alarm. Operation safely restored without incident after 2 hr 23 min outage.

### Flow Rate Technical Group
- BP is not a participant in the FRTG but does provide them with data.
- 5,000 b/d was the initial estimate from the Unified Command. It was made shortly after the incident and was based on initial studies by NOAA and others, including input from BP. Very little was known at this time, it was shortly after the incident and was the first estimate. Since then, BP has had no involvement in estimates.
- Any estimate has a great deal of uncertainty because the flow has fluctuations in the relative amounts of gas and oil and these flows cannot be measured directly. The Unified Command's initial estimates ranged from 1,000-15,000 b/d with 5,000 b/d as the most likely. The FRTG was formed and they have updated their estimate a number of times. Their most recent estimate is a range of 35,000-60,000 b/d.

7

CONFIDENTIAL

BP-HZN-2179MDL00958610
BP-HZN-2179MDL00958604