# Attachment 10

# BP'S PRELIMINARY RESPONSE TO THE FLOW RATE AND VOLUME ESTIMATES CONTAINED IN STAFF WORKING PAPER NO. 3

This paper provides BP's initial comments on the portion of the October 6, 2010 staff draft working paper entitled "The Amount and Fate of the Oil" (the "October 6 Staff Draft"), that discusses the estimated flow rate and total volume of oil released from the Macondo well.

In the wake of the Deepwater Horizon accident and oil spill, BP has launched the largest oil spill response in history. BP also set aside a $20 billion claims fund while waiving the $75 million cap under the Oil Pollution Act of 1990. BP is steadfastly committed to being a good member of the Gulf Coast community, and its actions reflect that fact.

Now that the well has been capped, one of the issues to determine is the amount of oil that flowed from the Macondo well. As we look to the future, it is important to have as accurate as possible an estimate of the total volume that flowed from the well. This information is crucial to understanding the environmental impact, shaping appropriate remediation plans, and assessing the legal consequences of the event. A variety of important factors affected the oil flow in complicated ways, and many of these factors—and thus the flow rate—changed significantly over time. Achieving a reliable estimate is thus an enormously important and complex technical challenge.

BP has reviewed the various discharge estimates and analyses discussed in the October 6 Staff Draft, including the estimate released publicly by the Department of Energy ("DOE") and the Flow Rate Technical Group ("FRTG") on August 2 (the "August 2 DOE/FRTG Estimate") that approximately 4.9 million barrels of oil flowed from the Macondo well, and approximately 4.1 million barrels were discharged into the Gulf.[1] As discussed below, the August 2 DOE/FRTG Estimate and other similar estimates are flawed. They rely on incomplete or inaccurate information, rest in large part on assumptions that have not been validated, and are subject to far greater uncertainties than have been acknowledged. As a consequence, it is highly likely that the August 2 DOE/FRTG discharge estimate and similar estimates are overstated by a significant amount. For the same reasons, the statement in the October 6 Staff Draft that a consensus is emerging that roughly five million barrels of oil were released by the Macondo well is both premature and inaccurate.[2]

Although, as set forth below, the deficiencies of previous flow rate estimates and analyses are evident, a reliable estimate cannot yet be developed because several key pieces of information have been and remain unavailable, including information concerning the Blow Out

---

[1] The key environmental metric, of course, is not the amount of oil that flowed out of the well, but the amount of oil discharged into the Gulf. Although the total quantity of oil released from the well is uncertain, it is known that approximately 850,000 barrels were piped to and contained by BP in vessels on the surface.

[2] National Comm. on the BP Deepwater Horizon Oil Spill and Offshore Drilling, THE AMOUNT AND FATE OF THE OIL, Staff Working Paper No. 3 (Draft) (Oct. 6, 2010) at 16.

6192
Exhibit No. _____
Worldwide Court
Reporters, Inc.

1