# Attachment 11

01-40962
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG          )          MDL NO.  2179
"DEEPWATER HORIZON" in the               )
GULF OF MEXICO,  on                      )          SECTION: J
APRIL 20, 2010                           )
                                         )          JUDGE BARBIER
                                         )
                                         )          MAG. JUDGE SHUSHAN

## CONFIDENTIAL

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Adam Lee Ballard, Ph.D.
**VOLUME 1**

OCTOBER 16, 2012

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1   from Temperature."

2           Did I read that correctly?

3       A.   Yes.

4       Q.   And what was Mr. Lockett doing here?

5               MR. BREEN:   Objection, form.

6               MR. DRAKE:   The same objection.

7       A.   So, again, just kind of stepping back,

8   what Mr. Lockett was doing was proposing three

9   methodologies to estimate flow assuming you had

10  sufficient inputs and suf -- and -- and data that

11  you had some reliability -- or had some

12  confidence in.

13          In the third methodology that he proposes

14  is a graph of oil flow rate in what appears to be

15  stock tank barrels per day versus fluid

16  temperature.  And what he's showing here is a

17  representation of how you would use a measurement

18  if you had a calibrated or a model with

19  sufficient inputs to actually make that

20  estimation.

21      Q.   (By Mr. Chakeres) Okay.  And then you

22  see -- it's pretty faint, unfortunately, but do

23  you see a yellow vertical line on that plot?

24      A.   Yes.

25      Q.   And it says on the side, in the -- in the