# Attachment 12

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL        )   MDL NO. 2179
BY THE OIL RIG           )
"DEEPWATER HORIZON" IN   )   SECTION "J"
THE GULF OF MEXICO, ON   )
APRIL 20, 2010           )   JUDGE BARBIER
                         )   MAG. JUDGE SHUSHAN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VOLUME 2

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Deposition of 30(b)(6)
DEPOSITION OF BP, BY AND THROUGH SIMON
BISHOP, taken at Pan-American Building,
601 Poydras Street, 11th Floor, New Orleans,
Louisiana, 70130, on the 28th day of
September, 2012.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

|       |    |                                                        |
|-------|----|--------------------------------------------------------|
|       | 1  | A.  The skin and the net pay were a                    |
|       | 2  | bar- -- a wide range of those was applied to           |
|       | 3  | reflect that uncertainty with the condition            |
|       | 4  | at the bottom of the well, sir.                        |
| 11:44 | 5  | Q.  (BY MR. CHAKERES)  Okay.  Are                      |
|       | 6  | there any other uncertainties that you're              |
|       | 7  | aware of that would have prevented you at              |
|       | 8  | this point in time from modeling the flow              |
|       | 9  | rate from the reservoir?                               |
| 11:45 | 10 | MR. ROMAN:  Same objection.                            |
|       | 11 | Q.  (BY MR. CHAKERES)  In addition                     |
|       | 12 | to skin, net pay, obstructions in the                  |
|       | 13 | wellbore, and flow path and understanding              |
|       | 14 | that there is never going to be perfect data           |
| 11:45 | 15 | regarding the reservoir?                               |
|       | 16 | MR. ROMAN:  Same objection.                            |
|       | 17 | A.  I didn't know the pressure -- no                   |
|       | 18 | one knew the pressure at the top of the well,          |
|       | 19 | sir.  The -- the flow path after the well,             |
| 11:45 | 20 | the restriction, the kink in the riser, many           |
|       | 21 | uncertainties that were -- would have                  |
|       | 22 | absolutely prevented an actual rate that --            |
|       | 23 | for myself or the team that I was associated           |
|       | 24 | to make any -- any calculation of actual               |
| 11:45 | 25 | rate.  We just didn't go there because it was          |

|       |    |                                                        |
|-------|----|--------------------------------------------------------|
|       | 1  | not possible, not practical, not even                  |
|       | 2  | possible for us to do.                                 |
|       | 3  | Q.    (BY MR. CHAKERES)  Okay.  You                    |
|       | 4  | were speaking a little while ago with counsel          |
| 11:45 | 5  | for Halliburton about reservoir simulation             |
|       | 6  | work.  Do you recall that?                             |
|       | 7  | A.    Yes, sir.  Yes, I do.                            |
|       | 8  | Q.    Okay.  I want to talk to you a                   |
|       | 9  | little bit about -- about reservoir depletion          |
| 11:46 | 10 | at -- in the context of the Macondo response.          |
|       | 11 | If you could flip to Tab 73 in the binder in           |
|       | 12 | front of you.  And I apologize, I think it             |
|       | 13 | was counsel for Transocean you were talking            |
|       | 14 | to about numerical reservoir simulations.              |
| 11:46 | 15 | A.    Oh, thank you.  Thank you very                   |
|       | 16 | much for that clarification, sir.                      |
|       | 17 | Q.    Uh-huh.                                          |
|       | 18 | A.    Also, I did discuss MBAL, but                    |
|       | 19 | that's -- I would not term a numerical                 |
| 11:46 | 20 | simulation.  Thank you for that                        |
|       | 21 | clarification.  I appreciate that.                     |
|       | 22 | Q.    Okay.                                            |
|       | 23 | A.    Tab 73, sir.                                     |
|       | 24 | Q.    And, actually, before we get                     |
| 11:46 | 25 | there, I'd like to -- to go to your other              |