# Attachment 13

01-41920
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG )     MDL NO.  2179
"DEEPWATER HORIZON" in the )
GULF OF MEXICO,  on )     SECTION: J
APRIL 20, 2010 )
                                 )     JUDGE BARBIER
                                 )
                                 )     MAG. JUDGE SHUSHAN

# *CONFIDENTIAL*

## *WorldwideVIEW*™
### **Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Clifton Michael Mason

## VOLUME 1

JANUARY 24, 2013

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

46

```
 1    and we started -- we started developing -- we

 2    started going through numbers, trying to

 3    understand properties of the reservoir, the

 4    possible flow paths in the well, and we realized

 5    fairly quickly that we couldn't predict the flow

 6    rate.  We couldn't determine the flow rate.

 7             So we were meeting with -- I was meeting

 8    with Paul Tooms and Trevor Hill, and I think it

 9    was just the three of us -- we had a room that we

10    kind of took over in WestLake Four -- and Trevor

11    Hill was working on the -- the equipment above

12    the well.  He's a -- he was the pipeline guy

13    in -- in BP.  I can't remember his exact -- his

14    exact role.  I think he's -- he's assigned to --

15    to flow assurance.  So Trevor Hill was -- Trevor

16    Hill had -- had a great idea.  He said, "Let's

17    calculate a series of -- of flow rates, and let's

18    see if we can figure out what the ratio of

19    increase of flow rate would be."

20             And the point that is really important

21    here is that as we looked at this well and we

22    thought about it, we -- we realized that we were

23    going to have to take the kinked riser off of

24    that well, or that most likely we were going to

25    have to take the thing off to get control of it.
```