# Attachment 14

**In re: Oil Spill by the Oil Rig "Deepwater Horizon" in
the Gulf of Mexico, on April 20, 2010**
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MDL NO. 2179, SECTION J
JUDGE BARBIER: MAGISTRATE JUDGE SHUSHAN

**Well-Test Analysis**

Expert Report of Alain Gringarten

May 1, 2013



Exhibit No. 11696
Worldwide Court
Reporters, Inc.

**CONFIDENTIAL**



**Figure 5.16:  Flow rates for Option 2 Drill Pipe High.  The dashed lines represent cumulative flow for their respective permeabilities.**