# Attachment 16

01-43289
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG ) MDL NO. 2179
"DEEPWATER HORIZON" in the )
GULF OF MEXICO, on ) SECTION: J
APRIL 20, 2010 )
) JUDGE BARBIER
)
) MAG. JUDGE SHUSHAN

# *CONFIDENTIAL*

## *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Adam Lee Ballard, Ph.D.

**July 29, 2013**

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

|        |    |                                                                 |
|--------|----|-----------------------------------------------------------------|
|        |  1 | including the Government?                                       |
|        |  2 | A.  In my opinion, based on my experience                       |
|        |  3 | using hydraulic modeling, it's my opinion that --               |
|        |  4 | that that it wasn't possible to generate a most                 |
| 08:57  |  5 | likely estimate using hydraulic modeling.                       |
|        |  6 | Q.  Okay.  Now, when you say -- strike that.                    |
|        |  7 | And you understood when you wrote your                          |
|        |  8 | Report and when you used the term "estimate,"                   |
|        |  9 | that that would be less precise than an actual                  |
| 08:57  | 10 | calculation of the flow of the rate -- flow of                  |
|        | 11 | the oil out of the well.  Right?                                |
|        | 12 | A.  Well, a calculation is a calculation.                       |
|        | 13 | H'm --                                                          |
|        | 14 | Q.  Let me put it this way --                                   |
| 08:58  | 15 | A.  Okay.                                                       |
|        | 16 | Q.  I apologize --                                              |
|        | 17 | MS. KARIS:  Sorry.  Were you                                    |
|        | 18 | finished?                                                       |
|        | 19 | Q.  (By Mr. Lee) -- if I'm being -- if I'm                      |
| 08:58  | 20 | being unclear.                                                  |
|        | 21 | MS. KARIS:  I -- I mean, I don't                                |
|        | 22 | think --                                                        |
|        | 23 | A.  Well, I was -- yeah.                                        |
|        | 24 | MS. KARIS:  -- he was finished with                             |
| 08:58  | 25 | his answer.                                                     |

```
 1    know all the input parameters --
 2         Q.   You didn't know all the --
 3         A.   -- so you --
 4         Q.   -- input parameters, did you, at the
 5    time?
 6              MS. KARIS:  Sorry.  I'm not sure he
 7    was finished answering.
 8         Q.   (By Mr. Lee) I apologize.  Why don't you
 9    go ahead and finish your answer.
10         A.   So in order to calculate a rate coming
11    out of a hydraulic model, you would need to know
12    all the input parameters.
13         Q.   Did you know all the input parameters to
14    calculate the flow of oil out of the Macondo Well
15    in April and May of 2010, sir?
16         A.   From my -- from my review of the data and
17    my review of all the information, no.
18         Q.   Okay.
19         A.   The input parameters were not known to a
20    sufficient degree.
21         Q.   Okay.  Some were known, and others were
22    not, correct?
23         A.   Some were known.
24         Q.   All right.  So, for instance, you knew
25    the reservoir pressure?
```

```
 1    the response, so I didn't know what information
 2    was available.
 3        Q.  (By Mr. Lee) Okay.  Your opinion, sir, in
 4    this case is that in April and May of 2010, it
 5    was not possible to reliably estimate the flow
 6    rate from the well.  Correct?  That's --
 7            MS. KARIS:  Object --
 8        Q.  (By Mr. Lee) -- one of your opinions?
 9            MS. KARIS:  I'm sorry.
10         Object to form.
11        A.  So one of my opinions is that during the
12    April through the end of May timeframe, there
13    were insufficiently known inputs to where a most
14    likely estimate of the flow rate could not be
15    generated.
16        Q.  (By Mr. Lee) Okay.
17        A.  Based on hydraulic modeling.
18        Q.  And you would agree with me that May
19    10th, 2010, is within the April May 2010 time
20    period?
21        A.  May 10th is within the April through the
22    end of May time period.
23        Q.  Okay.  So it's your opinion in this case
24    that based on hydraulic modeling, it was not
25    possible to say that the most likely model of
```

1  actual reservoir conditions yielded a 5,000
2  barrel of oil per day estimate. Correct?
3          MS. KARIS: Object to form,
4  foundation.
5      A. So during the timeframe of April through
6  the end of May, it's my opinion that an estimate
7  of rate -- or most likely rate could not be
8  generated using hydraulic modeling.
9      Q. (By Mr. Lee) Okay. Fair enough.
10         So if Exhibit 11907 is based on hydraulic
11 modeling, as it appears to be, since it appears
12 to have come from -- well, strike that.
13         You agree with me that Exhibit 11907
14 appears to have come from Exhibit 9330, that same
15 chart that you were looking at a few minutes ago
16 and that you have right before you. Right?
17         MS. KARIS: Object to form and
18 foundation.
19     A. I'm not sure I agreed to that.
20     Q. (By Mr. Lee) Well --
21     A. It's the same type of analysis that seems
22 to be done in Exhibit 9330, which is an -- it
23 appears to be an MBAL, or material balance type
24 of simulation at a given flow rate, how does the
25 depletion in the reservoir look --

| | |
|---|---|
| 1 | MS. KARIS: Object to foundation. |
| 2 | A. So, again, I -- I guess I would have to |
| 3 | talk to Jasper to make -- to -- to know that. |
| 4 | Q. (By Mr. Lee) Okay. Well -- |
| 11:26  5 | A. So I -- I see the PowerPoint metadata |
| 6 | showing that -- that it appears that he last |
| 7 | saved this PowerPoint on May 7th of 2010. There |
| 8 | are slee -- three slides within it, and -- |
| 9 | Q. Well -- |
| 11:27 10 | A. -- and then there's a bunch of Excel |
| 11 | stuff after that. |
| 12 | **Q. Okay. Well, you're here as an Expert** |
| 13 | **Witness, so let me just ask you this: Did you** |
| 14 | **review any of these documents that I placed** |
| 11:27 15 | **before you now in connection with preparing your** |
| 16 | **Report in this case?** |
| 17 | A. So I -- I haven't reviewed any of those |
| 18 | metadata that you just handed me. I've seen -- |
| 19 | I've seen this slide in Exhibit 11907, or this |
| 11:27 20 | E-mail, along with the -- the attached slide, and |
| 21 | I believe I've seen versions, I don't know if |
| 22 | it's this exact set, of Exhibit 9330. |
| 23 | **Q. Okay. So when you formed your opinion in** |
| 24 | **this case, that it was not possible in May 2010** |
| 11:28 25 | **to reliably estimate flow from the well, you had** |

```
 1   seen, when you provided that opinion, that
 2   someone at BP had generated a document saying the
 3   most likely model of actual reservoir conditions
 4   was 5,000 barrels of oil per day.  Right?
 5        MS. KARIS:  Object to form.
 6        A.   So when I formed -- well, I've seen this
 7   material or similar material.  My opinion is from
 8   a hydraulic modeling perspective, an estimate of
 9   flow rate could not be generated due to the many
10   unknowns.
11        Q.   (By Mr. Lee) Right.  And, therefore, if
12   the Macondo reserv -- reservoir model document
13   that is included in Exhibit 11907 was based on
14   hydraulic modeling, it was inaccurate when it
15   said most likely model based on actual reservoir
16   conditions yielded 5,000 barrels of oil per day.
17   That was just wrong?
18        MS. KARIS:  Object to form and
19   foundation.
20        Q.   (By Mr. Lee) You may answer, sir.
21        A.   I guess I didn't hear the question.
22        Q.   I'll try again:  Since your opinion is
23   that it was not possible reliably to estimate the
24   amount of oil flowing out of the well on
25   May 10th, 2010, you would disagree with the
```

|   |   |
|---|---|
| 1 | A. -- combination of wellbore flow -- |
| 2 | modeling, as well as all the -- the surface |
| 3 | pieces, as well. |
| 4 | Q. Okay. In the letter itself, Exhibit -- |
| 11:53  5 | Tab 14, which is Exhibit 9155, you see in the |
| 6 | first paragraph, Mr. Suttles, a former BP |
| 7 | Executive, says he assumes that "...the Well |
| 8 | continues to flow at the currently estimated rate |
| 9 | of 5,000 barrels per day"? Do you see that in |
| 11:53  10 | the first paragraph? |
| 11 | A. Yes. |
| 12 | Q. And then if you go to the first paragraph |
| 13 | on the second page of his letter, he again says: |
| 14 | "If the Well continues to flow at its currently |
| 11:54  15 | estimated rate of 5,000 barrels per day..."? Do |
| 16 | you see that? |
| 17 | A. Yes, I do. |
| 18 | Q. Okay. And just so we're clear, it's your |
| 19 | opinion, that, as of May 10th, 2010, hydraulic |
| 11:54  20 | modeling could not reliably estimate that 5,000 |
| 21 | barrel per day number, correct? |
| 22 | MS. KARIS: Objection, form. Asked |
| 23 | and answered about 20 times. |
| 24 | A. So it's my opinion that a hydraulic |
| 11:54  25 | modeling could not generate an estimate or most |

```
         1    likely estimate or a reliable estimate of the
         2    daily discharge rate from the well.
         3         Q.   (By Mr. Lee)  All right.
         4         A.   During this timeframe.
11:54    5         Q.   Do you have any idea what the basis was
         6    of Mr. Suttles' statement that there was a
         7    currently estimated rate of 5,000 barrels per
         8    day?
         9         A.   I don't know what that basis was on.  I
11:54   10    reviewed the hydraulic modeling data --
        11         Q.   If --
        12         A.   -- and -- and for the hydraulic modeling
        13    work that was done during this timeframe.
        14         Q.   If Mister --
11:54   15         A.   I know that there was other modeling
        16    done, as you discussed before, around visual
        17    observation.
        18         Q.   Okay.  If Mr. Suttles had asked you:
        19    "Can I accurately state that the estimate of rate
11:55   20    is 5,000 barrels per day based on hydraulic
        21    modeling as of May 10th, 2010?"  You would have
        22    told him:  "Absolutely not, you cannot say that
        23    with any reliability"?
        24              MS. KARIS:  Object to form.
11:55   25    Asked --
```