UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | : | MDL NO.  2179 |
| 'Deepwater Horizon' in the Gulf | : | |
| of Mexico, on April 20, 2010 | : | SECTION:  J |
| | : | |
| This Document Relates to: | : | JUDGE BARBIER |
| | : | |
| Civ. No. 10-4536 | : | MAG. JUDGE SHUSHAN |

**UNITED STATES' PHASE TWO, QUANTIFICATION SEGMENT, MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY OF SRDJAN NESIC**

The United States hereby moves for an order excluding the testimony of BP/Anadarko testifying expert witness Dr. Srdjan Nesic.  As discussed further in the attached Memorandum, Dr. Nesic's opinion should be excluded because: (1) his testimony does not meet the standard for reliability set forth in Federal Rule of Evidence 702 and the Supreme Court's opinion in *Daubert*; (2) his report failed to meet the Rule 26(a)(2) requirement that it state the basis for his opinions; and (3) BP violated the Court's order at Doc. 8907 by failing preserve and produce Dr. Nesic's relied-upon simulation files.

Respectfully submitted,

| | |
|---|---|
| BRIAN HAUCK | ROBERT G. DREHER |
| Deputy Assistant Attorney General | Acting Assistant Attorney General |
| Civil Division | Environment & Natural Resources Division |
| | |
| PETER FROST | SARAH HIMMELHOCH |
| Directory, Torts Branch, Civil Division | Senior Litigation Counsel |
| Admiralty and Aviation | NANCY FLICKINGER |
| STEPHEN G. FLYNN | SCOTT CERNICH |
| Assistant Director | RICHARD GLADSTEIN |
| MICHELLE DELEMARRE | THOMAS BENSON |
| SHARON SHUTLER | Senior Attorneys |
| JESSICA SULLIVAN | A. NATHANIEL CHAKERES |
| JESSICA MCCLELLAN | ANNA CROSS |
| MALINDA LAWRENCE | BETHANY ENGEL |

- 2 -

| | |
|---|---|
| Trial Attorneys | JUDY HARVEY<br>RACHEL KING<br>ERICA PENCAK<br>Trial Attorneys |
| /s/ R. Michael Underhill | /s/ Steven O'Rourke |
| R. MICHAEL UNDERHILL, T.A.<br>Attorney in Charge, West Coast Office<br>Torts Branch, Civil Division<br>U.S. Department of Justice<br>7-5395 Federal Bldg., Box 36028<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3463<br>Telephone:  415-436-6648<br>Facsimile:  415-436-6632<br>E-mail:  mike.underhill@usdoj.gov | STEVEN O'ROURKE<br>Senior Attorney<br>Environmental Enforcement Section<br>U.S. Department of Justice<br>P.O. Box 7611<br>Washington, D.C. 20044<br>Telephone:  202-514-2779<br>Facsimile:  202-514-2583<br>E-mail:  steve.o'rourke@usdoj.gov<br>DANA J. BOENTE<br>United States Attorney<br>Eastern District of Louisiana<br>SHARON D. SMITH<br>Assistant United States Attorney<br>Eastern District of Louisiana<br>650 Poydras Street, Suite 1600<br>New Orleans, LA  70130<br>Telephone:  (504) 680-3000<br>Facsimile:  (504) 680-3184<br>E-mail:  sharon.d.smith@usdoj.gov |

Attorneys for the UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Date:  August 19, 2013            /s/ Steven O'Rourke
                      Steven O'Rourke