# Attachment 1

# In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MDL NO. 2179, SECTION J
JUDGE BARBIER; MAGISTRATE JUDGE SHUSHAN

## Expert Report of Srdjan Nesic, Ph.D

May 1, 2013



11700

Exhibit No. _____

Worldwide Court

CONFIDENTIAL

XSNX001-000008

# TABLE OF CONTENTS

1.   EXECUTIVE SUMMARY ............................................................................................... 4

2.   BACKGROUND AND CREDENTIALS ..................................................................... 5

3.   SCOPE OF WORK....................................................................................................... 7

4.   METHODOLOGY AND EXECUTION ..................................................................... 11

5.   OPERATIONAL AND PHYSICAL PARAMETERS ...................................... 11

6.   SIMULATION RESULTS ......................................................................................... 12

    6.1.   CALIBRATION SIMULATIONS ................................................................. 13
    6.2.   PRE- AND POST-EROSION SIMULATIONS ................................................. 13
        6.2.1.   Simulations of the BSR................................................................. 14
            6.2.1.1.   Pre-erosion CFD Simulations of the BSR ....................... 15
            6.2.1.2.   Post-erosion simulations of the BSR ................................ 18
        6.2.2.   Simulations of the CSR................................................................ 20
            6.2.2.1.   Pre-erosion CFD Simulations of the CSR ....................... 20
            6.2.2.2.   Post-erosion CFD Simulations of the CSR....................... 22
        6.2.3.   Simulations of the UAP ................................................................ 23
        6.2.4.   Simulations of the Kinked Riser .................................................. 24
            6.2.4.1.   Pre-erosion CFD Simulations of the Kinked Riser....................... 26
            6.2.4.2.   Post-erosion CFD Simulations of the Kinked Riser ..................... 29
    6.3.   TRANSIENT SIMULATIONS OF THE BOP ELEMENTS ......................... 31

7.   ANALYSIS AND DISCUSSION................................................................................ 32

8.   RESPONSE TO OTHER EXPERT OPINIONS ABOUT EFFECTS OF
EROSION ON FLOW RATE........................................................................................ 37

APPENDIX A: CURRICULUM VITAE ............................................................... 42

APPENDIX B: MATERIALS CONSULTED ............................................... 60

APPENDIX C: CALIBRATION SIMULATION .................................................... 70

APPENDIX D: PROCESSING, IMPORTING AND MESHING CAD FILES IN
FLUENT ........................................................................................................................ 74

    PRE-EROSION BSR ............................................................................................ 74
    POST-EROSION BSR .......................................................................................... 81
    PRE-EROSION CSR ............................................................................................ 83
    POST-EROSION CSR .......................................................................................... 85
    UA AND KINKED RISER ................................................................................... 86

APPENDIX E: ESTIMATION OF SAND PRODUCTION IN THE MACONDO
WELL ............................................................................................................................. 1

    I.   EXECUTIVE SUMMARY.......................................................................... 2
    II.   BACKGROUND AND CREDENTIALS ................................................... 2
    III.   SAND PRODUCTION................................................................................. 3
    IV.   SAND PRODUCTION AT THE MACONDO WELL ............................... 4

V.      DURATION OF SAND PRODUCTION ............................................................... 12
VI.     AVERAGE PARTICLE SIZE ......................................................................... 12

        APPENDIX 1: MATERIALS CONSIDERED ....................................................... 14
        APPENDIX 2: RESUME ............................................................................. 16
        APPENDIX 3: PROSPER MODELING OF SANDFACE DRAWDOWN ..................... 30

APPENDIX F: DRILL PIPE BUCKLING AND BLIND SHEAR RAM
OPERATIONAL ANALYSIS ..................................................................................... 1

I.      INTRODUCTION ...................................................................................... 2
II.     SCOPE OF WORK ................................................................................... 2
III.    FINITE ELEMENT ANALYSIS & STUDY OF BSR OPERATION ......................... 2
IV.     REFERENCES .......................................................................................... 9

        APPENDIX 1: BSR OPERATIONAL ANALYSIS ................................................ 10

## 1.    EXECUTIVE SUMMARY

I have been retained on behalf of BP America Inc. to provide expert opinions in connection with litigation arising out of the *Deepwater Horizon* incident of April 20, 2010. Specifically, I have been asked to analyze the effect, if any, of metal erosion on the rate at which hydrocarbons flowed up the production casing of the Macondo well following the incident. Metal erosion is a mechanical process of gradual metal loss caused by repeated impact of solid particles.

As discussed below, metal erosion had a significant effect on flow rate at the Macondo well. Specifically, metal components in the hydrocarbon flow path, including components of the blowout preventer ("BOP") and the kinked riser, obstructed flow in the aftermath of the incident, while sand or other solid particles in the hydrocarbons passing through these metal components gradually eroded these obstructions. The result was a wider flow path enabling a higher flow rate.

Based on my review of materials from this litigation (including physical inspection of eroded Macondo components), computational fluid dynamics ("CFD") modeling, and my education and experience in erosion and the broader field of engineering, I have reached the following opinions with a reasonable degree of scientific certainty:

1. Metal loss due to erosion significantly altered flow restrictions in the BOP and kinked riser through which hydrocarbons passed.

2. Blind Shear Rams ("BSR") and Casing Shear Rams ("CSR") significantly restricted flow before they eroded.

3. When the BSR was activated April 22, 2010, it significantly restricted flow. By the end of the sanding/metal erosion period (assumed to be May 27, 2010, at the time of

Top Kill)[1], the BSR was significantly eroded and no longer substantially restricted flow.

4. When the CSR was activated April 29, it also restricted flow.  By the end of the metal erosion period, the CSR was the most significant BOP restriction to flow.

5. The Upper Annular Preventer ("UAP") and kinked riser restricted flow throughout the incident, but never at the levels of the BSR or CSR.

6. Assuming the BOP and the kinked riser were the main restrictions to flow in this period (April 22 - May 27),  flow rate at the Macondo well would have almost doubled (increased by $88 \pm 2\%$) from April 22 - May 27 due to erosion.  This increase was steady throughout the five-week period.

## 2.  BACKGROUND AND CREDENTIALS

I am a Russ Professor of chemical engineering at Ohio University and the Director of the Institute for Corrosion and Multiphase Flow Technology, one of the largest erosion/corrosion laboratories in the world.  I have particular expertise in metallic erosion and corrosion, and I have published more than 70 peer-reviewed papers in leading international journals and monographs on this topic.  My curriculum vitae, which includes a list of my publications over the last ten years, is attached as Appendix A.

I was previously qualified as an expert witness in August 2010 in *State of Alaska v. BP Exploration (Alaska)*.  I was deposed in that case, but did not testify at trial.  I have not testified in any other matter in the past four years.

---

[1] There is evidence that sanding continued beyond this date. In particular, I am aware of contemporaneous documents reporting that sand was in the hydrocarbon flow well into June 2010.  See ADX003-0007575, June 5, 2010 Email from M. Burns to S. Black (warning that sand is in oil and may cause erosion); SDX005-0013242, June 23, 2010 Email from R. Merewether to T. Hunter et al. (estimating 30 bbls of sand production).

I am being compensated $400/hour for preparation of my report and any testimony in this matter, which is my standard hourly rate. Colleagues who provided assistance to me on this matter billed at standard hourly rates ranging from $100/hour to $250/hour. The compensation is not contingent upon the outcome of this litigation.

In forming my opinions, I considered the following materials:

1. Flow geometries before and after erosional damage using:

   1. Computer aided design ("CAD") files of nominal BOP geometries produced by Cameron;

   2. Cloud point files of eroded BSR geometries from original laser scans;

   3. Laser scans of other eroded BOP components;

   4. Laser scans of the eroded kinked riser;

   5. Images of eroded components;

   6. ROV footage depicting flow through the kinked riser; and

   7. Analysis by Nigel Richardson, modeling standoff between BSR blades;[2] and

   8. Physical inspection of the eroded BOP components and riser at the Port Michoud, Louisiana facility (on May 21 and September 27, 2012).

2. Operational parameters such as pressure, temperature, fluid composition, physical properties, and approximate flow rates from:

   1. Intertek reports;

   2. Pencor reports;

   3. The Schlumberger report; and

   4. Flow Rate Technical Group estimates of flow rate.

---

[2] Nigel Richardson's analysis is attached as Appendix F.

3.  Data on solids content in the flowing hydrocarbons from:

    1.  Q4000 data;

    2.  Internal BP reports prepared by Julian Austin modeling erosion of the kink;

    3.  Analysis by Hans Vaziri, BP Distinguished Advisor for Sand Management, estimating upper and lower bounding of sand production at the Macondo well, average sand particle size, and timing and duration of sand production;[3] and

    4.  Top kill and junk shot data.

A complete list of materials I considered is included as Appendix B.

In addition, I have reviewed the expert reports submitted by Ronald Dykhuizen, Stewart Griffiths, and Mehran Pooladi-Darvish.  I focused on the discussion of erosion in those reports, and my response to their opinions on erosion is set forth in Section 8.

**3.     SCOPE OF WORK**

I analyzed flow through and erosion of metal elements along the hydrocarbon flow path in the Macondo well.  The analysis considers likely effects of flow rate on metal erosion and reverse effects of eroded geometries on flow rate.

The key elements I analyzed include:

    1.  **Elements of the BOP stack** (see Figure 1 below showing a cutaway view of the Deepwater Horizon BOP stack components).

---

[3] Dr. Vaziri's analysis is attached as Appendix E.



*Figure 1. Cutaway view of Deepwater Horizon BOP stack components.*

a) **Blind Shear Rams ("BSR").**  BSRs are designed to shear the drill pipe and seal the wellbore.  When the BSR at Macondo was activated April 22, it only partially sheared the drill pipe and failed to seal the wellbore completely.  The BSR's partial closure significantly restricted hydrocarbon flow, thereby increasing local velocity and turbulence, causing substantial erosion of the BSR blocks, as shown in Figure 2 below.

 

*Figure 2. Examples of erosion of the BSR blocks.*

b) **Casing Shear Rams ("CSR").**  CSRs are designed to shear the casing, but are not intended to seal the wellbore.  Nevertheless, when the CSR at Macondo was activated April 29, it significantly restricted hydrocarbon flow, and the recovered CSR blocks reveal significant erosion, as shown in Figure 3 below.



*Figure 3. Examples of erosion of the CSR blocks.*

c) **Upper Annular Preventer ("UAP").**  UAPs are designed to seal the annular

space.  The UAP at Macondo was activated April 20, but it closed on a tool joint

shoulder and only partially sealed the annulus.  The UAP's partial seal led to

erosion of the elastomer on its fingers and the corresponding section of drill pipe.

4. **Kinked riser**.  Risers connect offshore platforms to subsea wellheads.  When the

*Deepwater Horizon* rig sank April 22, it caused the base of the riser to form an

approximately 90-degree kink.  Erosion led to formation of holes and leaks in the

kinked riser, as seen in Figure 4 below.



*Figure 4. Photograph of leaks in kinked riser, taken April 28, 2010.*

4.    METHODOLOGY AND EXECUTION

I applied Computational Fluid Dynamics ("CFD")[4] to determine effects of erosion on

hydrocarbon flow rate.  My analysis is based on numerical simulations of flow of a multiphase

mixture (oil, gas, and solid particles) through geometries of interest, accompanied by simulation

of the associated erosion process.

For these simulations, I selected ANSYS Fluent flow modeling software.  Fluent is one of

the leaders in the CFD field, with capabilities spanning applications across a range of industries.

I selected this software because of its reputation for stability, accuracy, and flexibility in

addressing complex flow geometries such as those modeled here and its potential to work with

custom add-on models.

As part of my analysis, I completed the following steps for each simulated component:

- Defined the operational and physical parameters to be used in the simulations;

- Identified and adjusted the simulated flow geometry using a CAD package;

- Imported the flow geometry into Fluent, created a mesh, and defined boundary conditions;

- Simulated flow and erosion scenarios;

- Produced numerical and graphical outputs; and

- Analyzed simulation results and verified them with available evidence.

5.    OPERATIONAL AND PHYSICAL PARAMETERS

I used the most accurate available parameters and made conservative assumptions and

simplifications to simulate flow through BOP components and the kinked riser. Although I

understand that the fluid was composed of a mixture of liquid and gaseous hydrocarbons, my

---

[4] CFD is a numerical technique that solves fundamental equations of fluid motion using a computer-based iterative process.

model assumes that hydrocarbon flow can be approximated as a two-phase flow, *i.e.*, consisting of a single homogenous fluid phase,[5] carrying a dilute second phase of solid particles, which ultimately caused erosion.  I made this assumption because accounting for an oil/gas/sand mixture flowing through a complex geometry would pose virtually insurmountable computational difficulties.[6]

I also made assumptions about sand production using information provided by Dr. Vaziri (see Appendix E).  Specifically, I assumed a dilute particulate phase comprised of sand particles with a uniform size distribution (grains of sand 500 μm in diameter) and a concentration of 0.01 vol% (equivalent to approximately 100 lb/bbl).  As set forth in Appendix E, Dr. Vaziri conservatively estimated a five-week duration of sand production and concluded that half the sand was likely produced in the first two weeks, by May 4, and the other half by the end of May.

In my simulations, I used bounding values to understand the sensitivity of the models to different flow rate conditions, with an upper bounding value of 0.01 m$^3$/s and a lower bounding value of 0.12 m$^3$/s, which are equivalent to production rates of approximately 5,000 and 65,000 bpd.  I did not attempt to determine the actual or even likely flow rate, and these bounding values do not attempt to reflect such flow rates.

## 6.    SIMULATION RESULTS

I completed three types of flow/erosion CFD simulations using Fluent:

- **Calibration simulations** of a model flow geometry to verify and calibrate the erosion model in Fluent;

---

[5] Specifically, I used a fluid mixture density range of ρ=645 - 688 kg/m$^3$ and viscosity range of ν=0.2 - 0.3 cP.

[6] For this reason, many multiphase flow simulators used in the oil and gas industry, such as OLGA™, make this same approximation.

- **Pre- and post-erosion simulations** of BOP components and the kinked riser; and

- **Transient simulations** of simplified BOP components.

### 6.1.    Calibration Simulations

Before beginning complex simulations of BOP components, I tested and calibrated the erosion model in Fluent to ensure that the results would be accurate and meaningful.  In that process, I applied the erosion model to a well-understood geometry of a pipe with a sudden restriction and expansion, carrying water with 2% sand, where reliable experimental flow and erosion data exist.  (See Appendix C for details.)  Based on the results of the calibration exercise, I fine-tuned the erosion model in Fluent to match the known experimental values.  At this point, the Fluent package was ready for application to the BOP components and the kink in the riser.

### 6.2.    Pre- and Post-Erosion Simulations

The critical BOP components and the kinked riser, recovered after the incident, had clearly been eroded, as illustrated in Figures 2 to 4.

To assess the effect, if any, of this erosion on flow rate, I set up two basic cases for each:

(i) the "**pre-erosion**" case, which refers to a component in its "intact" state and shape and in its position at the beginning of the simulated flow/erosion scenario, and

(ii) the "**post-erosion**" case, which refers to the state of the same element in which it was recovered—damaged by erosion.

For each case, I ran Fluent flow and erosion simulations to calculate change in pressure drop caused by erosion of each component.  I then used these data to analyze the overall effect of erosion on flow rate.  (See *infra*, Section 7.)

### 6.2.1.   Simulations of the BSR

As noted, the BSR was activated April 22, but did not seal the wellbore as intended. Different parties have reported that the BSR did not seal the wellbore because the deformed drill pipe was held off-center (see Figure 5), and I relied on information provided by Nigel Richardson (see Appendix F) about the BSR standoff.  Specifically, I used a gap of just under two inches between the blocks (see Figure 6), with the deformed drill pipe in between.

For approximately one week (April 22 - 29), hydrocarbons entered the BSR through the drill pipe and exited the partially sealed BSR by flowing through both the annulus and partially-severed drill pipe. Once the CSR was activated April 29, the flow path changed; hydrocarbons flowed up through and around the BSR in both the annulus and drill pipe.



*Figure 5. CAD models of BSR blades partially closed in on a deformed off-center drill pipe.*

14



*Figure 6. CAD model of the final 1.9" standoff between BSR blocks.*

6.2.1.1.    Pre-erosion CFD Simulations of the BSR

Erosion of the BSR began when the blocks partially closed April 22.  To simulate the beginning of this process, I imported the pre-erosion BSR assembly internal flow geometry into Fluent and created a computational mesh.  (See Appendix D for discussion of steps taken to create and import this geometry into Fluent.)  I then ran fluid flow, particle tracking, and erosion simulations in Fluent.

The simulations reveal a complex flow path through the partially sealed BSR cavity, requiring hydrocarbon flow to traverse through a tight passageway on the sides of the partially closed blocks, increasing velocity (from one to 50 m/s) and creating turbulent flow conditions (see Figure 7 and Figure 8 below). The simulations also show that solid particles were swept up by the fluid and moved along similar trajectories, causing erosion, as shown in Figure 9.



*Figure 7. Pathlines of fluid passing through drill pipe and partially-sealed initial intact BSR assembly; lighter color indicates higher turbulence level.*



*Figure 8. Pathlines of the fluid passing through partially sealed pre-erosion BSR assembly; red color indicates higher velocity.*



*Figure 9.  Solid particles passing through partially sealed pre-erosion intact BSR assembly.*

The erosion simulations show that the most significant damage was along the sides of the BSR due to sudden changes of flow direction and high local velocity of the fluid, as seen in Figure 10 below.



*Figure 10. Erosion rate of pre-erosion BSR assembly; red color indicates high value.*

After running Fluent flow and particle simulations, I compared the predicted erosion results with visual evidence of eroded BSR components.  The Fluent-simulated erosion patterns

broadly agree with the recovered eroded BSR blocks—both when viewed by the naked eye and as laser scanned.  The actual eroded blocks can be seen in Figure 2 above; the laser scan images are given below in Figure 11 and show that the most severe erosion occurred along the sides of the BSR blocks, consistent with Fluent simulations.



*Figure 11.  3-D laser scans of the eroded BSR blocks.*

6.2.1.2.    Post-erosion simulations of the BSR

Next, I repeated the procedure of importing the eroded, laser-scanned BSR blocks and housing into Fluent and creating a mesh. (See Appendix D for details.)

Flow simulations of the post-erosion BSR assembly establish that erosion enlarged the flow path, allowing fluid and particles to pass more readily across the entire width of the blocks (see Figure 12).  As erosion widened the flow path, maximum fluid velocity was reduced by four times compared to that of the pre-erosion case (assuming the same pressure drop).  Particles followed the pathway of the fluid (see Figure 13). The erosion is spread out across the BSR blades, and at the point of maximum erosion, the rate is two orders of magnitude less than that of the pre-erosion blocks (see Figure 14).



*Figure 12. Pathlines of fluid passing through partially sealed post-erosion BSR assembly; red color indicates higher velocity.*



*Figure 13. Solid particles passing through partially sealed post-erosion BSR assembly.*

19



*Figure 14. Predicted erosion of BSR assembly, red indicating high values.*

### 6.2.2.   Simulations of the CSR

After the CSR was activated April 29, hydrocarbons entered the CSR through the drill

pipe and exited the CSR by flowing through both the annulus and severed drill pipe.[7]

### 6.2.2.1.   Pre-erosion CFD Simulations of the CSR

Erosion of the CSR began when the blocks closed April 29 and lasted throughout the

period of sand production, assumed to be May 27.

To simulate the beginning of this process, I modeled the initial flow geometry and ran

fluid flow, particle tracking, and erosion simulations.  I set up the pre-erosion CSR flow

geometry using the same steps described above for the BSR and created a computational mesh

(shown in greater detail in Appendix D).

The simulations depict a flow path between the central parts of the CSR blades, causing

fluid velocity to increase substantially (see Figure 15a).  As shown below in Figure 15b, solid

particles were swept up by the fluid and moved along similar trajectories, causing erosion.  The

---

[7] Based on photographic evidence showing minor erosion of the VBRs, there appears to have
been some flow through the annular space below the CSR.  However, there was at least a partial
metal-on-metal seal at the VBRs and the fraction of the overall flow coming through the annulus
remained small.   Therefore, I consider it appropriate not to include this flow path in my analysis.

most significant erosion rate is seen in the middle section of the CSR blocks, where the solid particles impacted upon exiting the drill pipe (Figure 16).



*a)*          *b)*

*Figure 15. a) Pathlines of fluid and b) solid particles passing through drill pipe and pre-erosion CSR assembly; lighter color indicates higher velocity.*



*Figure 16. Erosion rate of pre-erosion CSR assembly; red indicating high values.*

As with the BSR, the Fluent-simulated erosion patterns broadly agree with the recovered CSR blocks - based on visual inspection and laser-scanned images.  The actual eroded blocks can be seen in Figure 3 above; the laser scan images are given below in Figure 17 and show that the

most severe erosion occurred in the center of the blades, consistent with Fluent simulation results.

 

*Figure 17. Laser scans of eroded CSR blocks.*

6.2.2.2.    Post-erosion CFD Simulations of the CSR

Next, I repeated the process of importing the eroded, laser-scanned CSR block assembly into Fluent, creating a mesh and performing simulations.  (See Appendix D for details.)

The CFD simulations for the post-erosion CSR blocks establish that erosion widened the flow path between the CSR blades (see Figure 18a),  making it easier for fluid to pass between blocks.  The simulations reveal that particles continued to pass through the gap in the middle of the eroded CSR blocks (see Figure 18b), primarily damaging the central section of the CSR blocks (see Figure 19).

 

*Figure 18. a) Pathlines of fluid and b) solid particles passing through drill pipe and eroded CSR assembly; red indicates higher velocity and higher erosion rate.*



*Figure 19.  Erosion rate of eroded BSR assembly; red color indicates high values.*

### 6.2.3.  Simulations of the UAP

Because the exact UAP flow geometry was not available (in either the pre-erosion or post-erosion state), I constructed a simplified flow geometry of the UAP for simulations.  Other parties have already established that the section of the drillpipe passing through the UAP failed rapidly in the days following the incident and was pushed into the riser, together with the severed section of the drill pipe below it.  Therefore, the UAP flow geometry that needed to be simulated here consisted of sudden constriction of the wellbore followed by sudden expansion.

Although it is clear from the recovered elements of the UAP that the original elastomer was completely eroded along with the edges of the UAP "fingers," this erosion did not lead to a

23

significant change of the flow pattern and pressure drop through the UAP.  This minimal impact

is confirmed by transient flow and erosion simulations, described below.

### 6.2.4.   Simulations of the Kinked Riser

When the *Deepwater Horizon* rig sank, it caused the base of the riser to form an

approximately 90-degree kink and, with the kink, created another flow restriction (see Figure

20).  On April 28, two holes are seen in the kink which have likely been formed by erosion.  A

third hole appeared May 19, and is depicted in Figure 21. The three holes which formed first

(shown in Figure 21) bear classic indications of erosion.

Three additional holes were found on the recovered section of the kink in the riser, as

indicated in Figure 22.  The additional holes which appeared later on the side of the kink in the

riser are likely a consequence of intense mechanical deformation leading to cracking at these

locations. Signs of erosion around these additional holes suggest that some sand production

continued after they were formed. Each of the holes was enlarged in size over time due to

erosion.



*Figure 20. View of the kinked riser April 23, 2010.*



*Figure 21. Images of first three holes in the kinked riser
taken on April 28, May 4, and May 21, 2010 (left to right).*



*Figure 22. Laser scanned image and photo of kink showing location of six holes,
annotated A through F.*

6.2.4.1.     Pre-erosion CFD Simulations of the Kinked Riser

Erosion of the kinked riser began April 22, when the *Deepwater Horizon* rig sank, and

lasted throughout sand production, assumed to be May 27.  To simulate this process, I modeled

the initial flow geometry and then ran fluid flow, particle tracking, and erosion simulations.  The

actual parts of the dismembered kinked riser were laser scanned, reassembled, and converted into

a CAD model (Figure 23) and then imported into Fluent and meshed.[8]



*Figure 23. CAD model of the pre-erosion kinked riser flow geometry.*

The simulations show that fluid accelerated up to 50 times as it passed through the

narrow, dog-bone shaped, cross-section of the kink, see Figure 24, and that solid particles

---

[8] The two pieces of severed drill pipe trapped inside of the kink are not included in this analysis.

passing along that same flow path eroded parts of the kinked riser (see Figure 25 and Figure 26). Again, the Fluent simulation results agree with the actual location of holes in the recovered kink (see Figure 22, above).



*Figure 24. Pathlines of fluid passing through pre-erosion kinked riser; red color indicates higher velocity.*



*Figure 25. Solid particles passing through pre-erosion kinked riser, colored by erosion intensity.*



*Figure 26. Predicted erosion of  pre-erosion kinked riser, red indicating high values.*

6.2.4.2.     Post-erosion CFD Simulations of the Kinked Riser

For the post-erosion simulation of the kinked riser, I introduced three holes into the wall of the pipe following the kink (see Figure 27).  I approximated the location based on:

a) the appearance of holes and the leaks in the recovered kink shown in Figure 21,

b) the laser scans and photo shown in Figure 22, and

c) the predicted locations of maximum erosion shown in Figure 26.

In my analysis, the three holes (B, C, and E in Figure 22)[9] have the following geometry:

- Hole B: cross sectional area: 113 mm$^2$, perimeter: 38 mm;

- Hole C: cross sectional area: 178 mm$^2$, perimeter: 69 mm;

- Hole E: cross sectional area: 178 mm$^2$, perimeter: 69 mm.

To simulate the backpressure effect provided by the remainder of the riser lying on the ocean floor, I assumed pressure at the exit of the kinked riser to be 300 psi higher than at the exit of the holes.

The simulations establish that approximately 22% of the flow exited through the three holes at the kink, with the remaining 78% traveling through the end of the riser (see Figure 28). Erosion continued at the same locations, and the erosion rates remained high (see Figure 29), suggesting a steady erosion process throughout the period of sand production.

---

[9] I considered that holes D and E led to a single, combined leak.



*Figure 27. CAD model of post-erosion kinked riser flow geometry with three holes (B, C and E).*



*Figure 28. Pathlines of fluid passing through post-erosion kinked riser; red color indicates higher velocity.*



*Figure 29. Predicted erosion of the post-erosion kinked riser, red indicating high values.*

### 6.3.    Transient Simulations of the BOP Elements

The pre- and post-erosion simulations discussed above capture two points in time—the beginning and end of the erosion process.  In other words, the simulations establish the flow restriction provided by each component at the beginning and end of erosion.

To flesh out the erosion process between these two times, I recreated simplified versions of the BSR and CSR and then performed transient CFD simulations.  The simplified versions of the BOP components retained all key features important for CFD simulations of these elements, but omitted unnecessary geometrical details that complicate and lengthen the simulations.

Figure 30, which represents a simplified BSR flow geometry, is a good example. The resulting flow pattern (see Figure 31) is in broad agreement with the flow pattern obtained for the actual BSR geometry (Figure 8).  One can see that the main feature of the flow—its motion "sideways" to pass through the constricted space—is retained.

31

Consequently, I was able to assume that the key features related to the dynamics of erosion and the resulting change in flow geometry of the BOP elements could be captured using transient CFD simulations of the simplified geometries. Using this approach, I established how erosion and change of flow geometry over time affected pressure through BOP components.

For all the simulated geometries (BSR, CSR and UAP), I obtained a linear change of pressure over time.



*Figure 30. Transient simulation showing erosion of BSR flow geometry; red arrow points to locations of maximum erosion.*



*Figure 31. Pathlines of fluid passing through BSR assembly; red color indicates higher velocity*

## 7.   ANALYSIS AND DISCUSSION

After I completed the simulations presented above, I estimated change of flow rate through the eroded BOP and kinked riser. It bears emphasis that while executing the work, I did not know *a priori* the magnitude of the flow rate, so I did all simulations twice, using arbitrary

"bounding" values: a low estimate of flow rate at 5,000 bpd and a high estimate of flow rate at 65,000 bpd.  My main goal was to estimate how any given flow rate (high or low) *changed* as elements of the BOP and kinked riser eroded.

To evaluate this change, I focused on pressure drop, the best indicator of resistance to flow.  Therefore, I calculated pressure drop for each component for a given flow rate and then evaluated how it changed over time due to erosion and the resulting change of flow geometry.

Although the analysis of the components of the BOP and kinked riser was done separately for each element, to get a true picture of the overall effect of erosion on flow rate, I considered the overall assembly.  This approach is necessary as the flow rate at any point is determined by overall resistance in its path, which is obtained as the sum of resistances of elements in series.  In other words, to determine the effect on flow rate, I needed to look at the overall sum of pressure drops along the BOP elements and kinked riser and how that total changed due to erosion (for an illustration see Figure 32).[10]

Once I determined the pressure drop created by each component using CFD, I combined individual pressure drops to determine cumulative pressure drop across the system:

$$\Delta p = \Delta p_{CSR} + \Delta p_{BSR} + \Delta p_{UA} + \Delta p_{KR}$$

---

[10] Although I did not consider other resistances to flow, such as those in the well and collapsed riser, or the change of pressure in the reservoir, my analysis accurately describes change in resistance to flow due to erosion of the BOP and kinked riser.



*Figure 32. Cutaway view of* Deepwater Horizon *BOP stack and superimposed riser kink with associated fluid path and the most significant pressure drop locations, from April 22-May 27, 2010*

Because the pressure drops of each component changed over time due to erosion, Figure 33, shown below, depicts calculated time evolution of the overall pressure drop, $\Delta p$, for the system as well as that contributed by each component.  I show a relative[11] change of pressure drop as a function of time because I was able to prove that this normalized change of pressure drop was a "universal" feature of the flow/erosion process, *i.e.* it was the same (within 2-3%) for the entire range of flow rates considered, from 5,000 to 65,000 bpd.  Therefore it is safe to assume that the trend in Figure 33 is universal for the range of conditions I considered, irrespective of actual flow rate.



*Figure 33. Normalized change in pressure drop seen for individual components and the cumulative change in the overall pressure drop, April 22- May 27, 2010.*

The simulations establish that the dominant resistance to flow (pressure drop) was initially created by the BSR (as seen in Figure 33).  Specifically, the BSR pressure drop

---

[11]  I used the pressure drop on May 27 to normalize all other values in Figure 33.

represents 96% of total pressure drop on April 22, which decreased due to erosion to 72% by April 29 when the CSR was activated and to just 15% by May 27.

When the CSR was activated April 29, it temporarily increased the overall resistance to flow (pressure drop).  The CSR accounted for approximately 25% of the pressure drop in the beginning, and by the end it was the dominant resistant to flow: 76% of the total.  The UAP and kinked riser (KR) contributed less resistance to flow at all times.

The pressure drop numbers at the beginning and end of the simulated period represent "hard" numbers because the exact flow geometries are known, whereas I interpolated the values between those two points using transient CFD simulations of BOP geometries (discussed in Section 6.3).[12]

The effects of erosion on the BOP components and kinked riser on flow rate are reflected in the pressure drop results.  According to CFD simulations and consistent with the trend depicted in Figure 33, pressure drop across the BSR decreased due to erosion by a factor of 23 over the five-week period. The pressure drop across the CSR decreased by only approximately 15% in the four weeks after they were activated, which explains why by the end of sand production (assumed to be May 27), the CSR was the largest flow restriction in the system.  The joint contribution of the UAP and kinked riser to overall pressure drop remained relatively small and did not change much in this period, increasing from 3.6% on April 22 to 9.2% on May 27.

Pressure drop is directly related to flow rate.  I used a well-established quadratic relationship for single-phase flow between pressure drop and flow rate: $\Delta p \sim Q^2$, to estimate

---

[12] In Figure 33 and Figure 34, the darker colored bars represent "hard" numbers obtained by CFD simulations of the real BOP components, while the lighter colored bars represent interpolated numbers, obtained from transient CFD simulations of geometries.

change in flow rate due to erosion of the BOP components and kinked riser, as presented in Figure 34.[13]



*Figure 34. Normalized change in flow rate during assumed period of erosion, April 22 - May 27, 2010.*

Assuming the BOP and kinked riser were the main restrictions to flow in this period, Figure 34 shows that flow rate would have almost doubled (increased by 88%) over the first five weeks of the incident due to erosion (assuming a sanding end date of May 27).  This relative change of flow rate is virtually the same (within ± 2%) regardless of whether flow is assumed to be 5,000 or 65,000 bpd or any value in between.

**8. RESPONSE TO OTHER EXPERT OPINIONS ABOUT EFFECTS OF EROSION ON FLOW RATE**

I have reviewed three expert reports provided to me that address or discuss, in part, the effect of erosion on flow rates:

---

[13] In Figure 34 the flow rate data are normalized – presented relative to maximum flow rate on May 27.

" Flow Rates from the Macondo MC252 Well," by Ronald C. Dykhuizen.

"Oil Release from the MC252 Macondo Well," by Stewart K. Griffiths, and

"Estimate of Cumulative Volume of Oil Released from the MC252 Macondo Well," by Mehran Pooladi-Darvish

With respect to all three reports, I focused primarily, if not exclusively, on those portions that discuss erosion. As a general matter, all three cover erosion superficially and conclude, without meaningful analysis, that erosion did not significantly affect flow rates at Macondo. Perhaps most fundamentally, all three reports base their flow calculations on data available in the latter stages of the incident (toward the end of the flow period, when more data were available) and then make arbitrary assumptions about what happened in the first few weeks following the blowout. Indeed they all ignore hard evidence of erosion occurring well after the first few days following the blowout, including erosion of the CSR, which did not even close until April 29, and ROV footage of the kinked riser, which indicates erosion well into May.

**Pooladi-Darvish Analysis**

Although his report is the most detailed of the three in terms of seeking to determine the effects of erosion in the weeks following the blowout, Dr. Pooladi-Darvish fails to make a convincing case about what actually happened to the restrictions to flow within the BOP during the first five weeks (April 22 - May 27), when only a few BOP pressure measurements were available (none before May 8), making it difficult to calibrate his models.

Dr. Pooladi-Darvish states (on page 24, paragraph 4) that:

"…the BOP restriction did not change significantly after May 8, 2010. However, one could imagine a case where during the early days of the blow out, the BOP would have exerted more restriction against flow, but soon eroded away. There is no BOP pressure data available during those early days to confirm whether this erosion led to a significant change in the BOP restriction,"

(emphasis added)  There is no need to *imagine* that the BOP initially restricted flow, and that the restriction then decreased due to erosion. My models and analysis directly demonstrate such an effect, and I have also quantified the effect of erosion on flow rate and provided a timeframe over which it happened.

Even if there were no pressure data before May 8, the ones set forth in Figure 16 of the Pooladi-Darvish report show a rapid decrease in BOP pressure in the first half of May, which is consistent with my findings about erosion of BOP components.  This rate of pressure decrease is more rapid than that in June and July, after most erosion had occurred.

Therefore, I tend to agree, and only broadly, with only the first of the four initial flow scenarios offered by Dr. Pooladi-Darvish, *i.e.* with the so-called "Restricted BOP" scenario. Under this scenario, which Dr. Pooladi-Darvish calls "extreme," there was no flow immediately following the blowout when the BSR closed, and then, because of erosion, pressure drop through the BOP linearly decreased and flow increased until May 8.  Based on my own analysis, this scenario is neither extreme nor ill-founded.  Rather, it proves to be realistic with two obvious corrections -- to account (i) for flow at the beginning (which caused erosion in the first place) and (ii) for flow rate to continue to increase throughout May, as both my analysis and pressure data support.

**Griffiths Analysis**

Dr. Griffiths's  report offers arbitrary, unfounded, and incorrect statements about the role of erosion on flow rate.  As just one example, Dr. Griffiths writes on page 47, paragraph 2:

> "Upon recovery, the BSR showed very extensive erosion on the sides and under side of the recess, but I do not believe that this erosion significantly reduced the pressure drop across the ram. Instead, I believe that the initial openings were sufficiently large that the pressure drop measured later in May was comparable to that present from its first closure."

This statement is clearly incorrect given that precise CFD simulations which I have conducted show that pressure drop across the BSR decreased by a factor of 23 due to erosion.

Indeed, Dr. Griffiths's opinions on erosion are so arbitrary that they conflict with one another. For example, Dr. Griffiths writes on page 46, paragraphs 2 and 3:

> "Each of these rams was closed with the intent to further restrict the BOP and so reduce the flow rate of oil. As such, I might reasonably assume that flow rates from the well *decreased* continuously up to May 8 in response to each subsequent closure of a ram. In this case, flow rates before May 8 would be at least as large as my calculated rate based on the first measured BOP pressures. . . Assuming that flow rates decreased permanently in response to each ram closure does not, however, take into account the possibility of erosion in the rams or captured pipe between the time a ram was activated and the later date of May 8. Such erosion can occur very rapidly when fluid speeds are large, so flow rates may well have *increased by* May 8 from their values at the time a ram was first closed."

(emphasis added.) In other words, Dr. Griffiths first states that flow rate "*decreased* continuously up to May 8 in response to each subsequent closure of a ram,*"* which is not correct as flow rates responded virtually instantaneously when rams closed, and then asserts precisely the opposite in the following statement that "such erosion can occur very rapidly when fluid speeds are large, so flow rates may well have *increased* by May 8 from their values at the time a ram was first closed."

Likewise, I disagree with Dr. Griffiths's analysis of the eroded kinked riser. Specifically, Dr. Griffiths writes on page 47, paragraph 3:

> "My inspection of the recovered riser showed little erosion in the kink, except in the vicinity of the several leaks. These leaks clearly originated from cracks that formed due to folding of the riser that were subsequently enlarged by erosion. There was extensive erosion downstream of each leak indicating very significant flow beyond them."

These conclusions are contradicted by my own visual inspection of the same sections and the CFD simulations I performed to model locations and rates of erosion in the kinked riser. Although some breaches of the pipe wall on the sides of the kink may have originated by

cracking, at least two of the three main holes were clearly formed in areas where stress and strain of the pipe wall were not as high and would not have led to cracks.  Furthermore, the shape of the metal surface around and within the holes I observed as well as the absence of significant damage to the pipe wall away from them are clear signs of erosion damage.

Finally, Dr. Griffiths's summarizes on page 11, paragraph 1:

"…any erosion in the BOP that affected flow rates therefore had to occur over the first few days such that the state of the BOP over the great majority of the 86 days was comparable to that at shut-in on July 15."

This statement lacks any support and in fact is conclusively disproven by my work.

**Dykhuizen Analysis**

Finally, Dr. Dykhuizen does not even attempt to discuss effects of BOP erosion on flow rate.  Rather, he dismisses its importance outright, without proof and by citing Dr. Griffiths's flawed analysis, discussed above.

Although Dr. Dykhuizen is correct that "the steady decline in the BOP pressure is consistent with depletion of the reservoir," it does not follow that "erosion was not an important factor."  (Report at p. 10).  To the contrary, erosion of the BOP led to a decline in BOP pressure and the two effects cannot be separated without an analysis of the type I conducted.

_____

Srdjan Nesic, Ph.D

**APPENDIX A: CURRICULUM VITAE**

# SRDJAN NESIC

Russ Professor of Chemical Engineering
Director, Institute for Corrosion and
Multiphase Flow Technology
Ohio University
Athens, OH 45701,
USA

tel: + 1 (740) 593 9945
fax: + 1 (740) 593 9949
email: nesic@ohio.edu
http://www.corrosioncenter.ohiou.edu/nesic/
http://www.corrosioncenter.org



## EDUCATION
Ph.D.   1991   University of Saskatchewan, Canada, Department of Chemical Engineering.
M.Sc.   1988   University of Belgrade, Yugoslavia, Department of Mechanical Engineering.
B.Sc.   1982   University of Belgrade, Yugoslavia, Department of Mechanical Engineering.


## WORK
2002 – present Professor of Chemical Engineering and Director of the Institute for Corrosion and
Multiphase Flow Technology, Ohio University, Athens, Ohio, USA.
1996 – 2001   Senior Lecturer, Department of Mechanical Engineering, University of Queensland,
Brisbane, Australia.
1991 – 1996   Principal Research Scientist, Institute for Energy Technology, Kjeller, Norway.
1994 – 1995   Part time lecturer at the University of Oslo, Norway.
1983 – 1988   Research Scientist, Vincha Institute for Nuclear Sciences, Belgrade, Yugoslavia.


2009,   2010   Visiting Professor, Department of Physical Chemistry and Electrochemistry,
Faculty of Technology, University of Belgrade, Belgrade, Serbia.
2008          Adjunct Professor, Department of Applied Chemistry, Curtin University of
Technology, Perth, Australia.
2006          Visiting Professor, Department of Physical Chemistry and Electrochemistry,
University of Milan, Italy
2003 – present Editorial Board, Corrosion Journal (NACE International), SPE Journal (Society of
Petroleum Engineers).


## HONORS
2012          Appointed member of National Academy of Sciences (NAS) committee
investigating pipeline transportation of diluted bitumen
2011          Appointed Russ Professor of Chemical and Biomolecular Engineering at Ohio
University
2010          Received award for best paper published in the Corrosion Journal (NACE
International) in 2011
2008          Appointed as Fellow of NACE International, Houston
2007          Received H.H. Uhlig Award for outstanding effectiveness in post-secondary
corrosion education, NACE International, Houston

| 2006 | Nominated to Serbian Academy of Sciences and Arts |
| 2002 | Appointed Honorary Research Fellow, School of Engineering, University of Queensland Brisbane, Australia |
| 2001 | Received 1st prize, Best Tertiary Educational Website, Australian Publishing Association Awards |
| 1998 | Received Bengough award by the Institute of Materials for research paper in British Corrosion Journal, UK. |

## PUBLICATIONS

| 10+ | Book articles |
| 70+ | Peer reviewed papers in reputable international journals and monographs |
| 100+ | International conference papers |
| 50+ | Scientific reports |

## OTHER

| 10+ times | Served as session or symposium chair at the annual NACE International Conferences, and other international conferences, |
| 10+ times | Delivered keynote, plenary and invited lectures, at various international conferences, |
| 15+ times | Worked as consultant/advisor on corrosion related projects for the oil and gas industry, |
| 4 times | Served as consultant or expert/witness in major corrosion related legal cases. |

# Refereed Journal Publications for the Past 10 Years

*(most recent listed first)*

| | *authors* | *title and source* |
|---|---|---|
| 1. | X. Jiang, **S. Nesic**, F. Huet, B. Kinsella, B. Brown and D. Young | *"Selection of Electrode Area for Electrochemical Noise Measurements to Monitor Localized $CO_2$ Corrosion",* J. Electrochemical Society, **159**, p. C283 (2012). |
| 2. | J. Cai, C. Li, X. Tang, F. Ayello, S. Richter and **S. Nesic** | *"Experimental Study of Water Wetting in Oil–Water Two Phase Flow – Horizontal Flow of Model Oil",* Chemical Engineering Science Journal, **73**, p. 334 (2012). |
| 3. | M. Singer, B. Brown, A. Camacho and **S. Nesic** | *"Combined Effect of $CO_2$, $H_2S$ and Acetic Acid on Bottom of the Line Corrosion",* J. Corrosion, **67**, No. 1, p. 1 (2011). |
| 4. | J. Han, **S. Nesic**, Y. Yang and B. Brown | *"Spontaneous Passivation Observations During Scale Formation on Mild Steel in $CO_2$ Brines",* Electrochimica Acta **56**, p. 5396 (2011). |
| 5. | P. Ajmera, W. Robbins, S. Richter, and **S. Nesic** | *"Role of Asphaltenes in Inhibiting Corrosion and Altering the Wettability of the Steel Surface",* J. Corrosion, **67**, No. 10, p. 1 (2011). |
| 6. | Y.-S. Choi and **S. Nesic** | *"Determining the Corrosive Potential of CO2 Transport Pipeline in High $pCO_2$-water Environments",* International Journal of Greenhouse Gas Control, **5**, p. 788 (2011). |
| 7. | M. Singer, B. Brown, A. Camacho and **S. Nesic** | *"Sour Top-of-the-Line Corrosion in the Presence of Acetic Acid",* J. Corrosion, **67**, No. 8, p. 1 (2011). |
| 8. | H. Fang, B. Brown and **S. Nesic** | *"Effects of Sodium Chloride Concentration on Corrosion in Slightly Sour Environments",* J. Corrosion, **67**, p. 1 (2011). |

9.   Y.-S. Choi,        "Effect of $H_2S$ on the $CO_2$ Corrosion of Carbon Steel in Acidic Solutions",
     **S. Nesic** and    Electrochimica Acta, **56**, p. 1752 (2011).
     S. Ling

10.  Y.-S. Choi,        "Effect of Oxygen and Heat Stable Salts on the Corrosion of Carbon Steel
     D. Duan,           in MDEA-Based $CO_2$ Capture Process", J. Corrosion, **66**, p. 4 (2010).
     **S. Nesic**,
     F. Vitse,
     S. Bedell and
     C. Worley

11.  Y.-S. Choi,        "Effect of Impurities on the Corrosion Behavior of $CO_2$ Transmission
     **S. Nesic** and    Pipeline Steel in Supercritical $CO_2$-Water Environments", J. Environ. Sci.
     D. Young           Technol., **44**, p. 9233 (2010).

12.  J. Han,            "Investigation of the Galvanic Mechanism for Localized Carbon Dioxide
     B. Brown and       Corrosion Propagation Using the Artificial Pit Technique", J. Corrosion,
     **S. Nesic**        **66**, p. 31 (2010).

13.  D. Hinkson,        "Chemical Composition and Corrosiveness of the Condensate in Top-of-
     Z. Zhang,          the-Line Corrosion", J. Corrosion, **66**, p.22 (2010).
     M. Singer and
     **S. Nesic**

14.  J. Han,            "Mesh-capped probe design for direct pH measurements at an actively
     B. Brown,          corroding metal surface", J. of Applied Electrochemistry, 40, p.683 (2010).
     D. Young, and
     **S. Nesic**

15.  J. Han,            "Chemistry and Structure of the Passive Film on Mild Steel in CO2
     D. Young,          Corrosion Environments", J. Industrial and Engineering Chemistry
     H. Colijn          Research, **48**, p. 6296 (2009).
     A. Tripathi and
     **S. Nesic**

16.  F. Farelas,        "Evolution of dissolution processes at the interface of carbon steel
     M. Galicia,        corroding in a $CO_2$ environment studied by EIS", Corrosion Science **52**, p.
     B. Brown,          509 (2009).
     **S. Nesic** and
     H. Castaneda

17.  W. Sun and         "A Mechanistic Model of Uniform Hydrogen Sulfide/Carbon Dioxide
     **S. Nesic**        Corrosion of Mild Steel", J. Corrosion, **65**, p.291 (2009).

18.  P. C. Okafor       "$CO_2$ Corrosion of Carbon Steel in The Presence of Acetic Acid  at Higher
     B. Brown and       Temperatures", J. of Applied Electrochemistry, **10**, p. 873 (2009).
     **S. Nesic**

19.  W. Sun,
     **S. Nesic** and
     R.C. Woollam

     *"The Effect of Temperature and Ionic Strength on Iron Carbonate (FeCO₃) Solubility Limit",* Corrosion Science **51**, p. 1273 (2009).

20.  W. Sun and
     **S. Nesic**

     *"Kinetics of Corrosion Layer Formation, Part 1. Iron Carbonate Layers in Carbon Dioxide Corrosion",* J. Corrosion, **64**, p.334 (2008).

21.  W. Sun
     **S. Nesic**, and
     S. Papavinasam

     *"Kinetics of Corrosion Layer Formation, Part 2. Iron Sulfide and Mixed Iron Sulfide/Carbonate Layers in Carbon Dioxide/Hydrogen Sulfide Corrosion",* J. Corrosion, **64**, p.586 (2008).

22.  K. Chokshi,
     W. Sun and
     **S. Nesic**

     *"An Investigation of Corrosion Inhibitor - Iron Carbonate Scale Interaction in Carbon Dioxide Corrosion",* J. Corrosion Science & Engineering, **10**, preprint 24, (2008)

23.  W. Sun,
     **S. Nesic**,
     D. Young and
     R.C. Woollam

     *"Equilibrium Expressions Related to the Solubility of the Sour Corrosion Product Mackinawite",* J. Industrial and Engineering Chemistry Research, **47**, p. 1738 (2008).

24.  Z. Zhang,
     D. Hinkson,
     M. Singer,
     H. Wang and
     **S. Nesic**

     *"A Mechanistic Model of Top of the Line Corrosion",* J. Corrosion, **63**, p.1051 (2007).

25.  **S. Nesic**

     *"Key issues related to modelling of internal corrosion of oil and gas pipelines – A review",* Corrosion Science, **49**, p.4308 (2007).

26.  K. S. George and **S. Nesic**

     *"Investigation of Carbon Dioxide Corrosion of Mild Steel in the Presence of Acetic Acid, Part I - Basic Mechanisms",* J. Corrosion, **63**, p.178 (2007).

27.  V. Ruzic,
     M. Veidt and
     **S. Nesic**

     *"Protective Iron Carbonate Films – Part 3: Combined Chemo-Mechanical Removal in Single-Phase Aqueous Flow",* J. Corrosion, **63**, p.758 (2007).

28.  R. Malka,
     **S. Nesic** and
     D. A. Gulino

     *"Erosion Corrosion and Synergistic Effects in Disturbed Liquid-Particle Flow",* J. Wear, **262**, p.791 (2007).

29.  S. Hernández,
     **S. Nesic**,
     G. Weckman, and
     V. Ghai

     *"Use of Artificial Neural Networks for Predicting Crude Oil Effect on Carbon Dioxide Corrosion of Carbon Steels",* J. Corrosion, **62**, p.467 (2006).

30.  **S. Nesic**

     *"Using Computational Fluid Dynamics in Combating Erosion-Corrosion",* Chemical Engineering Science Journal, **61**, *12*, p. 4086 (2006).

31.   V. Ruzic,          *"Protective Iron Carbonate Films – Part 2: Chemical Removal by*
      M. Veidt and       *Dissolution in Single-Phase Aqueous Flow"*, J. Corrosion, **62**, p.598 (2006).
      **S. Nesic**

32.   V. Ruzic,          *"Protective Iron Carbonate Films – Part 1: Mechanical Removal by*
      M. Veidt and       *Hydrodynamic Forces"*, J. Corrosion, **62**, p.420 (2006).
      **S. Nesic**

33.   P. C. Okafor and   *"Effect of Acetic Acid on CO2 Corrosion of Carbon Steel in Vapor-Water*
      **S. Nesic**       *Two-Phase Horizontal Flow"*, Chem. Eng. Comm., **194**, p.141 (2006).

34.   R. O. Rihan and    *"Erosion–corrosion of mild steel in hot caustic.*
      **S. Nesic**       *Part I: NaOH solution"*, Corrosion Science, **48,** p.2633 (2006).

35.   R. O. Rihan and    *"Erosion–corrosion of mild steel in hot caustic.*
      **S. Nesic**       *Part II: the effect of acid cleaning"*, Corrosion Science, **48,** p. 2660 (2006).

36.   **S. Nesic**,      *"Integrated $CO_2$ Corrosion and Multiphase Flow Model"*, Journal of
      S. Wang,           Petroleum Technology, p.48 (2004)
      J. Cai and
      Y. Xiao

37.   A. Keating,        *"Large-eddy simulation of heat transfer downstream of a backward-facing*
      U. Piomelli,       *step"*, Journal of Turbulence, **5** (2004).
      K. Bremhorst and
      **S. Nesic**

38.   F. Vitse,          *"Mechanistic Model for the Prediction of Top-of-the-Line Corrosion Risk"*,
      **S. Nesic**,      J. Corrosion, **59**, p.1075 (2003).
      Y. Gunaltun,
      D. L. de Torreben
      and
      P. Duchet-Suchaux

39.   **S. Nesic** and   *"A Study of The Effect of Water Wetting on $CO_2$ Corrosion – Using a*
      F. Carroll         *Horizontal Rotating Cylinder"*, J. Corrosion, **59**, p.1085 (2003).

40.   **S. Nesic** and   *"A Mechanistic Model for $CO_2$ Corrosion of Mild Steel in the Presence of*
      K.-L. Lee          *Protective Iron Carbonate Films – Part III: The Film Growth Model"*, J.
                         Corrosion, **59**, p. 616 (2003).

41.   **S. Nesic**,      *"A Mechanistic Model for $CO_2$ Corrosion in the Presence of Protective Iron*
      M. Nordsveen,      *Carbonate Films – Part II: the Numerical Experiment"*, J. Corrosion, **59** p.
      R. Nyborg and      489 (2003).
      A. Stangeland

42.   M. Nordsveen,        *"A Mechanistic Model for $CO_2$ Corrosion in the Presence of Protective Iron*
      **S. Nesic**,         *Carbonate Films – Part I: Theory and Verification"*, J. Corrosion, **59,** p.
      R. Nyborg and       443 (2003).
      A. Stangeland

43.   K.-S. Yang,         *"Numerical Investigation of Turbulent Flow around a Rotating Stepped*
      J.-Y. Hwang,         *Cylinder for Corrosion Study"*, Can. J. Chemical Engineering **81**, p. 26
      K. Bremhorst and    (2003).
      **S. Nesic**

# Articles in Books and Monographs for the Past 10 Years

*(most recent listed first)*

| *authors* | *title and source* |
|---|---|
| 1.   **S. Nesic** | *"Carbon Dioxide Corrosion of Mild Steel",* Uhlig's Corrosion Handbook, 3rd edition, edited by W. Revie, p. 229, John Wiley and Sons Inc. (2011). |
| 2.   J. Postlethwaite and **S. Nesic** | *"Erosion-Corrosion in Single and Multiphase Flow",* Uhlig's Corrosion Handbook, 3rd edition, edited by W. Revie, p. 215, John Wiley and Sons Inc. (2011). |
| 3.   J. Postlethwaite and **S. Nesic** | *"Erosion-Corrosion Recognition and Control",* Uhlig's Corrosion Handbook, 3rd edition, edited by W. Revie, p. 907, John Wiley and Sons Inc. (2011). |
| 4.   **S. Nesic** and W. Sun | *"Acid Gas Corrosion"*, Shrier's Corrosion,  2nd edition, edited by J. A. Richardson et. Al., Vol. 2, p. 1270, Elsevier (2010). |
| 5.   J. Postlethwaite and **S. Nesic** | *"Erosion-Corrosion in Single and Multiphase Flow"*, Chinese edition of Uhlig's Corrosion Handbook, 2nd edition, Edited by W. Revie, Chemical Industry Press, Beijing, China (2005). |

# Conference Papers for the Past 10 Years

*(most recent listed first)*

| *authors* | *title and source* |
|---|---|
| 1. M. Singer,<br>A. Camacho,<br>B. Brown and<br>**S. Nesic** | *"Sour Top of the Line Corrosion in the Presence of Acetic Acid"*, NACE Corrosion/2010 Conference, #10100, Houston, Texas, 2010. |
| 2. D. Duan,<br>Y.-S. Choi,<br>**S. Nesic**,<br>F. Vitse,<br>S. Bedell and<br>C. Worley | *"Effect of Oxygen and Heat Stable Salts on the Corrosion of Carbon Steel in MDEA-Based $CO_2$ Capture Process"*, NACE Corrosion/2010 Conference, #10194, Houston, Texas, 2010. |
| 3. H. Fang,<br>B. Brown and<br>**S. Nesic** | *"High Salt Concentration Effects on CO2 Corrosion and $H_2S$ Corrosion"*, NACE Corrosion/2010 Conference, #10276, Houston, Texas, 2010. |
| 4. G. M. Bota,<br>D. Qu and<br>**S. Nesic** | *"Naphthenic Acid Corrosion of Mild Steel in the Presence of Sulfide Scales Formed in Crude Oil Fractions at High Temperatures"*, NACE Corrosion/2010 Conference, #10353, Houston, Texas, 2010. |
| 5. J. Huang,<br>B. Brown,<br>X. Jiang,<br>B. Kinsella and<br>**S. Nesic** | *"Internal $CO_2$ Corrosion of Mild Steel Pipelines Under Inert Solid Deposits"*, NACE Corrosion/2010 Conference, #10379, Houston, Texas, 2010. |
| 6. P. Ajmera,<br>W. Robbins,<br>S. Richter and<br>**S. Nesic** | *"The Role of Asphaltenes in Inhibiting Corrosion and Altering the Wettability of the Steel Surface"*, NACE Corrosion/2010 Conference, #10329, Houston, Texas, 2010. |
| 7. Y. Yang,<br>B. Brown,<br>**S. Nesic**,<br>M. E. Gennaro and<br>B. Molinas | *"Mechanical Strength and Removal of a Protective Iron Carbonate Layer Formed on Mild Steel in $CO_2$ Corrosion"*, NACE Corrosion/2010 Conference, #10383, Houston, Texas, 2010. |
| 8. T. Gu,<br>K. Zhao and<br>**S. Nesic** | *"A Practical Mechanistic Model for MIC Based on a Biocatalytic Cathodic Sulfate Reduction (BCSR) Theory"*, NACE Corrosion/2009 Conference, paper # 09390, Houston, USA, 2009. |

9.  Y-S Choi and **S. Nesic**  "*Corrosion Behavior of Carbon Steel in Supercritical $CO_2$ – Water Environments*", NACE Corrosion/2009 Conference, paper # 09256, Houston, USA, 2009.

10. M. Singer, D. Hinkson, Z. Zhang, H. Wang and **S. Nesic**  "*$CO_2$ Top of the Line Corrosion in Presence of Acetic Acid - a Parametric Study*", NACE Corrosion/2009 Conference, paper # 09292, Houston, USA, 2009.

11. H. Li, J. Huang, D. Sormaz and **S. Nesic**  "*A Free Open Source Mechanistic Model for $CO_2$ /$H_2S$ Corrosion of Carbon Steel*", NACE Corrosion/2009 Conference, paper # 09572, Houston, USA, 2009.

12. X. Jiang, **S. Nesic** and F. Huet  "*The Effect of Electrode Size on Electrochemical Noise Measurements and the Role of $Cl^-$ on Localized Corrosion for Mild Steel in $CO_2$ Corrosion Environment*", NACE Corrosion/2009 Conference, paper # 09575, Houston, USA, 2009.

13. Y. Yang, B. Brown and **S. Nesic**  "*Application of EQCM to the Study of $CO_2$ Corrosion*" Paper #4071, 17th International Corrosion Congress, Las Vegas, NV, October 6-10, 2008.

14. J. Han, B. Brown and **S. Nesic**  "*Galvanic Model for Localized $CO_2$ Corrosion*" Paper #2687, 17th International Corrosion Congress, Las Vegas, NV, October 6-10, 2008.

15. B. Brown, D. Young and **S. Nesic**  "*Localized Corrosion in an $H_2S$/$CO_2$ Environment*" Paper #2704, 17th International Corrosion Congress, Las Vegas, NV, October 6-10, 2008.

16. F. Ayello, W. Robbins, S. Richter and **S. Nesic**  "*Crude Oil Chemistry Effects on Inhibition of Corrosion and Phase Wetting*" Paper #3149, 17th International Corrosion Congress, Las Vegas, NV, October 6-10, 2008.

17. X. Jiang and **S. Nesic**  "*Electrochemical Investigation of the Role of $Cl^-$ on Localized $CO_2$ Corrosion of Mild Steel,*" Paper #2414, 17th International Corrosion Congress, Las Vegas, NV, October 6-10, 2008.

18. J. Han, D. Young and **S. Nesic**  "*Characterization of the Passive Film on Mild Steel in $CO_2$ Environments*" Paper #2511, 17th International Corrosion Congress, Las Vegas, NV, October 6-10, 2008.

19. H. Fang, D. Young and **S. Nesic**  "*Elemental Sulfur corrosion of Mild Steel at High Concentrations of Sodium Chloride*" Paper #2592, 17th International Corrosion Congress, Las Vegas, NV, October 6-10, 2008.

20. H. Li,
    J. Huang,
    D. Sormaz and
    **S. Nesic**

"*A Free Open Source Mechanistic Model for Prediction of Mild Steel Corrosion*" Paper #2659, 17th International Corrosion Congress, Las Vegas, NV, October 6-10, 2008.

21. C. Li,
    S. Richter and
    **S. Nesic**

"*Effect of Corrosion Inhibitor on Water Wetting & CO2 Corrosion in an Oil-Water Two Phase System*" Paper #2662, 17th International Corrosion Congress, Las Vegas, NV, October 6-10, 2008.

22. D. Qu,
    V. Kanukuntla,
    **S. Nesic** and
    A. Wolf

"*Experimental Study of Concurrent Naphthenic Acid and Sulfidation Corrosion*" Paper #2764, 17th International Corrosion Congress, Las Vegas, NV, October 6-10, 2008.

23. X. Tang,
    S. Richter and
    **S. Nesic**

"*Study of Wettability of Different Mild Steel Surfaces*" Paper #3109, 17th International Corrosion Congress, Las Vegas, NV, October 6-10, 2008.

24. **S. Nesic**

"*Mechanistic Modeling of Localized $CO_2$ Corrosion of Mild Steel*", Gordon Research Conference on Aqueous Corrosion, New Hampshire, USA, 2008.

25. **S. Nesic**
    S. Wang,
    H. Fang,
    W. Sun and
    J. K-L. Lee

"*A New Updated Model of $CO_2$ / $H_2S$ Corrosion in Multiphase Flow*", NACE Corrosion/2008 Conference, paper #535, Houston, USA, 2008.

26. H. Fang,
    D. Young and
    **S. Nesic**

"*Corrosion of Mild Steel in the Presence of Elemental Sulfur*", NACE Corrosion/2008 Conference, paper #637, Houston, USA, 2008.

27. J. Addis,
    B. Brown and
    **S. Nesic**

"*Erosion-Corrosion in Disturbed Liquid/Particle Flow*", NACE Corrosion/2008 Conference, paper #572, Houston, USA, 2008.

28. D. Hinkson,
    Z. Zhang,
    M. Singer and
    **S. Nesic**

"*A Study of the Chemical Composition and Corrosivity of the Condensate in Top of the Line Corrosion*", NACE Corrosion/2008 Conference, paper #466, Houston, USA, 2008.

29. A. Camacho,
    M. Singer,
    B. Brown,
    **S. Nesic**

"*Top of the Line Corrosion in $H_2S$ / $CO_2$ Environments*", NACE Corrosion/2008 Conference, paper #470, Houston, USA, 2008.

30. V. Fajardo,
    C. Canto,
    B. Brown
    D. Young and
    **S. Nesic**

    "*The Effect of Acetic Acid on the Integrity of Protective Iron Carbonate Layers in $CO_2$ Corrosion of Mild Steel*", NACE Corrosion/2008 Conference, paper #333, Houston, USA, 2008.

31. J. Han,
    Y. Yang,
    **S. Nesic** and
    B. Brown

    "*Roles of Passivation and Galvanic Effects in Localized $CO_2$ Corrosion of Mild Steel*", NACE Corrosion/2008 Conference, paper #332, Houston, USA, 2008.

32. Z. Zhang,
    D. Hinkson,
    M. Singer,
    H. Wang and
    **S. Nesic**

    "*A Mechanistic Model of Top of the Line Corrosion*", NACE Corrosion/2007 Conference, paper #556, Houston, USA, 2007.

33. M. Singer,
    B. Brown,
    A. Camacho and
    **S. Nesic**

    "*Combined Effect of $CO_2$, $H_2S$ and Acetic Acid on Bottom of the Line Corrosion*", NACE Corrosion/2007 Conference, paper #661, Houston, USA, 2007.

34. X. Tang,
    C. Li,
    F. Ayello,
    J. Cai,
    **S. Nesic,**
    C.I.T. Cruz and
    J. N. Al-Khamis

    "*Effect Of Oil Type on Phase Wetting Transition and Corrosion in Oil-Water Flow*", NACE Corrosion/2007 Conference, paper #170, Houston, USA, 2007.

35. V. Fajardo,
    C. Canto,
    B. Brown and
    **S. Nesic**

    "*Effect of Organic Acids in $CO_2$ Corrosion*", NACE Corrosion/2007 Conference, paper #319, Houston, USA, 2007.

36. J. Han,
    Y. Yang,
    B. Brown and
    **S. Nesic**

    "*Electrochemical Investigation of Localized $CO_2$ Corrosion on Mild Steel*", NACE Corrosion/2007 Conference, paper #323, Houston, USA, 2007.

37. F. Ayello,
    X. Tang,
    C. Li,
    J. Cai,
    **S. Nesic,**
    C.I.T. Cruz and
    J. N. Al-Khamis

    "*Determination of Phase Wetting in Oil–Water Pipe Flows*", 16th Australasian Fluids Mechanics Conference, Gold Coast, Australia, 2007.

38. **S. Nesic,**
H. Fang,
W. Sun and
J. K-L. Lee

*"Some New Developments in Modeling of Internal Pipeline Corrosion in the Oil and Gas Industry"*, Corrosion Control 007, ACA, Australia, 2007.

39. Jie Wen,
Tingyue Gu and
**S. Nesic**

*"Investigation of the Effects of Fluid Flow on SRB Biofilm and MIC"*, NACE Corrosion/2007 Conference, paper #516, Houston, USA, 2007.

40. Burzin Khajotia,
Dusan Sormaz and
**S. Nesic**

*"Case-based Reasoning Model of $CO_2$ Corrosion Based on Field Data"*, NACE Corrosion/2007 Conference, paper #553, Houston, USA, 2007.

41. W. Sun, and
**S. Nesic**

*"A Mechanistic Model Of $H_2S$ Corrosion Of Mild Steel"*, NACE Corrosion/2007 Conference, paper #655, Houston, USA, 2007.

42. W. Sun, and
**S. Nesic**

*"Basics Revisited: Kinetics Of Iron Carbonate Scale Precipitation In $CO_2$ Corrosion"*, NACE Corrosion/2006 Conference, paper #365, Houston, USA, 2006.

43. H. Fang,
**S. Nesic**,
B. Brown, and
S. Wang

*"General $CO_2$ Corrosion in High Salinity Brines"*, NACE Corrosion/2006 Conference, paper #372, Houston, USA, 2006.

44. K.-L. Lee and
**S. Nesic**

*"Use and Abuse of EIS in Studying the Mechanisms of $CO_2/H_2S$ Corrosion of Mild Steel"*, NACE Corrosion/2006 Conference, paper #417, Houston, USA, 2006.

45. H. Wang and
**S. Nesic**

*"$CO_2$ Corrosion Model Verification Using Field Data"*, NACE Corrosion/2006 Conference, paper #567, Houston, USA, 2006.

46. R. Malka,
D. Gulino and
**S. Nesic**

*"Erosion Corrosion and Synergistic Effects in Disturbed Liquid-Particle Flow"*, NACE Corrosion/2006 Conference, paper #594, Houston, USA, 2006.

47. C. Li,
X. Tang,
F. Ayello,
J. Cai and
**S. Nesic**

*"Experimental Study on Water Wetting and $CO_2$ Corrosion in Oil-Water Two-Phase Flow"*, NACE Corrosion/2006 Conference, paper #595, Houston, USA, 2006.

48. W. Sun,
**S. Nesic,** and
S. Papavinasam

*"Kinetics of Iron Sulfide and Mixed Iron Sulfide/Carbonate Scale Precipitation in $CO_2/H_2S$ Corrosion,* NACE Corrosion/2006 Conference, paper #644, Houston, USA, 2006.

49.    J. Wen,              *"Effects of Mass Transfer and Flow Conditions on SRB Corrosion*
       K. Zhao,            *of Mild Steel",* NACE Corrosion/2006 Conference,  paper #666,
       T. Gu and         Houston, USA, 2006.
       **S. Nesic**

50.    X. Tang,           *"Investigation on Water Wetting in Large Diameter Horizontal*
       F. Ayello,        *and Slightly Inclined Oil-Water Pipe Flows",* 11th NACE Middle
       C. Li,             Eastern Corrosion Conference, Bahrain, 2006.
       J. Cai,
       **S. Nesic**,
       C. I. T. Cruz and
       J. N. Al-Khamis

51.    C. Canto,          *"Effect Of Organic Acids in $CO_2$ Corrosion",* 2006 Joint
       V. Fajardo,      International Meeting of the Electrochemical Society, Cancun,
       **S. Nesic** and   Mexico, 2006.
       B. Brown

52.    V. Ruzic,         *"Mechanisms of protective $FeCO_3$ film removal in single-phase*
       M. Veidt, and   *flow-accelerated $CO_2$ corrosion of mild steel",* Corrosion &
       **S. Nesic**         Prevention-2005, The Australasian Corrosion Association Inc.,
                          Kerrimuir, Australia, 2005.

53.    **S. Nesic**         *"A Mechanistic Model for $CO_2$ Corrosion of Mild Steel",* **Invited**
                          **lecture** at the 43rd Annual Meeting of the Serbian Chemical
                          Society, Belgrade, Serbia, 2005.

54.    J. Cai,              *"Experimental Studies of Water Wetting in Large Diameter*
       **S. Nesic**,       *Horizontal Oil-Water Pipe Flows",* 2005 SPE Annual Technical
       C. Li,             Conference and Exhibition, Dallas, USA, 2005.
       X. Tang,
       F. Ayello
       C.I.T. Cruz and
       J.N. Al-Khamis

55.    **S. Nesic**         *"Key issues related to modelling of internal corrosion of oil and*
                          *gas pipelines– a review",* **Keynote Lecture**, 16th International
                          Corrosion Congress, Chinese Society for Corrosion and
                          Protection, Beijing, China 2005.

56.    K.-L. Lee and   *"A Mechanistic Model for $CO_2$ Corrosion of Mild Steel in the*
       **S. Nesic**         *Presence of $H_2S$ Accompanied by Simultaneous Iron Carbonate*
                          *and Iron Sulfide Film Growth",* 16th International Corrosion
                          Congress, Chinese Society for Corrosion and Protection, Beijing,
                          China 2005.

57.   R. Malka,                       *"Erosion corrosion and synergistic effects in disturbed liquid-*
      **S. Nesic** and                *particle flow"*, 16th International Corrosion Congress, Chinese
      D. A. Gulino                    Society for Corrosion and Protection, Beijing, China 2005.

58.   K. Chokshi,                     *"Study of scale formation in $CO_2$ corrosion of mild steel"*, 16th
      W. Sun and                      International Corrosion Congress, Chinese Society for Corrosion
      **S. Nesic**                    and Protection, Beijing, China 2005.

59.   K.-L. Lee and                   *"The Effect of Trace Amount of $H_2S$ on $CO_2$ Corrosion*
      **S. Nesic**                    *Investigated by Using the EIS technique"*, NACE Corrosion/2005
                                       Conference, paper #630, Houston, USA, 2005.

60.   **S. Nesic**,                   *"A Multiphase Flow and Internal Corrosion Prediction Model for*
      J. Cai and                      *Mild Steel Pipelines"*, NACE Corrosion/2005 Conference, paper
      K.-L. Lee                       #556, Houston, USA, 2005.

61.   Y. Xiao and                     *"A Stochastic Prediction Model of Localized $CO_2$ Corrosion"*,
      **S. Nesic**                    NACE Corrosion/2005 Conference, paper #57, Houston, USA,
                                       2005.

62.   C. Méndez, M. Singer,           *"Effect of Acetic Acid, pH and MEG on the $CO_2$ Top-of-the-Line*
      A. Camacho, S. Hernández,       *Corrosion"*, NACE Corrosion/2005 Conference, paper #278,
      **S. Nesic,**                   Houston, USA, 2005.
      Y. Gunaltun, M. Joosten
      Y. Sun and P. Gabbetta

63.   K. Chokshi,                     *"Iron Carbonate Scale Growth and the Effect of Inhibition in*
      W. Sun and                      *$CO_2$ Corrosion of Mild Steel"*, NACE Corrosion/2005
      **S. Nesic**                    Conference, paper #285, Houston, USA, 2005.

64.   O. A. Nafday and                *"Iron Carbonate Scale Formation and $CO_2$ Corrosion*
      **S. Nesic**                    *in the Presence of Acetic Acid"*, NACE Corrosion/2005
                                       Conference, paper #295, Houston, USA, 2005.

65.   C. M. Jhobalia,                 *"Biochemical Engineering Approaches to MIC"*, NACE
      A. Hu,                          Corrosion/2005 Conference, paper #500, Houston, USA, 2005.
      T. Gu and
      **S. Nesic**

66.   S. Hernández,                   *"Use of Artificial Neural Networks for Predicting Crude Oil Effect*
      **S. Nesic**,                   *on $CO_2$ Corrosion of Carbon Steels"*, NACE Corrosion/2005
      G. Weckman and                  Conference, paper #554, Houston, USA, 2005.
      V. Ghai

67.   B. Brown and                    *"$CO_2$ / $H_2S$ Corrosion under Scale Forming Conditions"*, NACE
      **S. Nesic**                    Corrosion/2005 Conference, paper #625, Houston, USA, 2005.

68.  **S. Nesic**,            *"Formation of Protective Iron Carbonate Films on Mild Steel –*
     W. Sun,                  *Some Important Issues"*, NACE Corrosion/2004 Conference,
     K. Chokshi and           Research in Progress Symposium, Houston, USA, 2004.
     O. Nafday

69.  **S. Nesic** and         *"Computational Fluid Dynamics Atudy of Erosion-Corrosion in*
     S. Coles                 *Shell-and-Tube Heat Exchanger Headers"*, NACE
                              Corrosion/2004 Conference, Research in Progress Symposium,
                              Houston, USA, 2004.

70.  **S. Nesic**             *"Modelling of Internal Corrosion of Oil and Gas Pipelines Made*
                              *from Carbon Steel"*, **Invited Lecture**, Research in Progress
                              Symposium, NACE Corrosion/2004 Conference, Houston, USA,
                              2004.

71.  **S. Nesic**,            *"Integrated $CO_2$ Corrosion - Multiphase Flow Model"*, NACE
     S. Wang,                 Corrosion/2004 Conference, paper #626, Houston, USA, 2004.
     J. Cai and
     Y. Xiao

72.  K.-L. Lee and           *"EIS Investigation of $CO_2/H_2S$ Corrosion"*,  NACE
     **S. Nesic**             Corrosion/2004 Conference, paper #728, Houston, USA, 2004.

73.  S. Wang,                *"High Pressure $CO_2$ Corrosion Electrochemistry and the Effect of*
     K. George and           *Acetic Acid"*, NACE Corrosion/2004 Conference, paper #375,
     **S. Nesic**             Houston, USA, 2004.

74.  **S. Nesic**,            *"A Quasi 2-D Localized Corrosion Model"*, NACE
     Y. Xiao and              Corrosion/2004 Conference, paper #628, Houston, USA, 2004.
     B. F. M. Pots

75.  M. Singer,              *"Top of the Line Corrosion in Presence  of Acetic Acid and*
     **S. Nesic** and         *Carbon Dioxide"*, NACE Corrosion/2004 Conference, paper
     Y. Gunaltun              #377, Houston, USA, 2004.

76.  K. George,              *"Modelling of $CO_2$ Corrosion of Mild Steel at High Pressures of*
     S. Wang,                 *$CO_2$ and in the Presence of Acetic Acid"*, NACE Corrosion/2004
     **S. Nesic** and         Conference, paper #623, Houston, USA, 2004.
     C. de Waard

77.  K. George,              *"Electrochemical Investigation and Modelling of Carbon Dioxide*
     **S. Nesic** and         *Corrosion of Carbon Steel in the Presence of Acetic Acid"*,
     C. de Waard              NACE Corrosion/2004 Conference, paper #379, Houston, USA,
                              2004.

78. Y. Sun and
    **S. Nesic**
    *"A Parametric Study and Modelling of Localized $CO_2$ Corrosion in Horizontal Wet Gas Flow"*, NACE Corrosion/2004 Conference, paper #380, Houston, USA, 2004.

79. J. Cai,
    **S. Nesic** and
    C. de Waard
    *"Modelling Of Water Wetting in Oil-Water Pipe Flow"*, NACE Corrosion/2004 Conference, paper #663, Houston, USA, 2004.

80. Bruce Brown,
    Shilpha Reddy Parakala and
    Srdjan Nesic
    *"$CO_2$ Corrosion in the Presence of Trace Amounts Of $H_2S$"*, NACE Corrosion/2004 Conference, paper #736, Houston, USA, 2004.

81. **S. Nesic**,
    S. Wang,
    J. Cai and
    Y. Xiao
    *"A New Mechanistic $CO_2$ Corrosion/Multiphase Flow Model"*, 1st International Symposium on Oilfield Corrosion, Aberdeen, UK, SPE (2004).

82. **S. Nesic**
    *"A Critical Review of $CO_2$ Corrosion Modelling in the Oil and Gas Industry"*, **Keynote Lecture**, 10th NACE Middle Eastern Corrosion Conference, Bahrain, 2004.

83. J. Cai,
    **S. Nesic** and
    C. de Waard
    *"Modelling of Water Wetting and he Effect of $CO_2$ Corrosion in Oil-Water Pipe Flows"*, 10th NACE Middle Eastern Corrosion Conference, Bahrain, 2004.

84. **S. Nesic**,
    S. Wang,
    J. Cai and
    Y. Xiao
    *"An Integrated $CO_2$ Corrosion - Multiphase Flow Model"*, 10th NACE Middle Eastern Corrosion Conference, Bahrain, 2004.

85. **S. Nesic**,
    S. Wang,
    J. Cai and
    Y. Xiao
    *"$CO_2$ Corrosion in Multiphase Flow Software Package"*, NACE Regional New Orleans Offshore Corrosion Conference, Houston, USA, 2003.

86. F. Vitse,
    **S. Nesic**,
    Y. M. Gunaltun,
    D. L. de Torrebe, and
    P. Duchet-Suchaux
    *"Mechanistic Model for Prediction of the Top of the Line Corrosion Risk"*, NACE Corrosion/2003 Conference, paper #633, Houston, USA, 2003.

87. S. W.ang and
    **S. Nesic**
    *"On Coupling $CO_2$ Corrosion and Multiphase Flow Models"*, NACE Corrosion/2003 Conference, paper #631, Houston, USA, 2003.

88.  B. Brown,          *"Corrosion in Multiphase Flow Containing Small Amounts of*
     K.-L. Lee and       *H$_2$S"*,  NACE Corrosion/2003 Conference, paper #341, Houston,
     **S. Nesic**        USA, 2003.

89.  Y. Sun,            *"The Effect of Cl and Acetic Acid on Localized CO$_2$ Corrosion in*
     K. George and      *Wet Gas Flow"*,  NACE Corrosion/2003 Conference, paper #327,
     **S. Nesic**        Houston, USA, 2003.

APPENDIX B: MATERIALS CONSULTED

| Beg Bates | End Bates | Document Title / Description |
|---|---|---|
| n/a | n/a | John Amos - SkyTruth - Gulf Oil Spill Rate Must be Much Higher than Stated |
| n/a | n/a | NYT Article Reporting 5000 bbl a day NOAA Estimate |
| n/a | n/a | Ian MacDonald -- SkyTruth - Gulf Oil Spill - New Spill Calculation |
| n/a | n/a | Crone, Chiang, Wereley -- NPR - Gulf Oil Spill May Far Exceed Government, BP Estimates   NPR |
| n/a | n/a | Crone, Chiang, Wereley -- NPR - Transcript |
| n/a | n/a | Congressional Hearing - Sizing Up the BP Oil Spill - Transcript (Original) |
| n/a | n/a | Camilli - WHOI Prepared Congressional Statement |
| n/a | n/a | Camilli WHOI Presentation Plan |
| n/a | n/a | Werely - Congressional Presentation |
| n/a | n/a | FRTG Press Release |
| n/a | n/a | FRTG - Summary Preliminary Report |
| n/a | n/a | FRTG -Press Release McNutt Provide Updates on Progress of Scientific Teams |
| n/a | n/a | FRTG - Jun 8 - Pooling Report |
| n/a | n/a | FRTG - Plume Team Statement |
| n/a | n/a | WHOI Preliminary Report |
| n/a | n/a | FRTG - US Scientific Team Draws on New Data |
| n/a | n/a | FRTG Plume Team - PIV Report (Revised) |
| n/a | n/a | FRTG - Refined Estimate |
| n/a | n/a | Deepwater Horizon - BP Oil Budget - What happened to the oil |
| n/a | n/a | Deepwater Horizon MC252 Gulf Incident Oil Budget |
| n/a | n/a | Crone - Science Express - Magnitude of the 2010 Gulf of Mexico Oil Leak |
| n/a | n/a | PresComm - Flow Rate - Amount |

| | | |
|---|---|---|
| | | and Fate of Oil |
| n/a | n/a | PresComm - BP Comments to Oct 6 Working Paper No 3 - Amount and Fate of Oil |
| n/a | n/a | Oil Spill Calculator - Technical Documentation |
| n/a | n/a | PresComm - The Amount and Fate of the Oil (Revised) |
| n/a | n/a | Lehr IOSC - Computing Mass Balance for the Deepwater Horizon Spill (Presented May 26, 2011) |
| n/a | n/a | FRTG - Assessment of Flow Rate Estimates for the Deepwater Horizon-Macondo Oil Spill - (Combined) |
| n/a | n/a | (May-June) Hsieh, P - Application of Transient Analysis to Macondo |
| n/a | n/a | Lehr IOSC Poster- Spill Response 10 Years Later |
| BP-HZN-2179MDL04440732 | BP-HZN-2179MDL04440732 | Intertek CCE & Viscosity Tables |
| BP-HZN-2179MDL04440977 | BP-HZN-2179MDL04440977 | Intertek/Westport Multi-Stage Separator Test (MST Tables) - Native |
| BP-HZN-2179MDL00063016 | BP-HZN-2179MDL00063016 | Pencor-Sample Quality Assessment - Native |
| BP-HZN-2179MDL00063084 | BP-HZN-2179MDL00063084 | Pencor-Volatile Oil Reservoir Study - Native |
| BP-HZN-2179MDL01608973 | BP-HZN-2179MDL01609022 | Schlumberger Report |
| BP-HZN-2179MDL01872218 | BP-HZN-2179MDL01872218 | Pencor Report - Native |
| BP-HZN-BLY00000001 | BP-HZN-BLY00000193 | Deepwater Horizon Accident Investigation Report |
| n/a | n/a | Appendix A. Transocean Deepwater Horizon Rig Incident Investigation Into the Facts and Causation (April 23, 2010) |
| n/a | n/a | Appendix B. Acronyms, Abbreviations and Company Names |
| n/a | n/a | Appendix C Macondo Well Components of Interest |
| n/a | n/a | Appendix D Sperry-Sun Real-time Data Pits |
| n/a | n/a | Appendix E Sperry-Sun Real-time |

| | | Data Surface Parameters |
|---|---|---|
| n/a | n/a | Appendix F Roles and Responsibilities for Macondo Well |
| n/a | n/a | Appendix G Analysis Determining the Likely Source of In Flow |
| n/a | n/a | Appendix H-Description of the BOP Stack and Control System |
| n/a | n/a | Appendix I. Deepwater Horizon Investigation Fault Trees |
| n/a | n/a | Appendix J. Halliburton Lab Results - #73909 2 |
| n/a | n/a | Appendix K. Laboratory Analysis of Cementing Operations on the Deepwater Horizon (from CSI Technologies) |
| n/a | n/a | Appendix M. Summary Report Global Analysis Of Macondo 9 78-In X 7-In Production Casing 4992 ft Water Depth GoM (for Macondo Well Investigation) (from Stress Engineering) |
| n/a | n/a | Appendix N. Mississippi Canyon 252 No.1 (Macondo) Basis of Design Review |
| n/a | n/a | Appendix O. Industry Comparison Data on Long String Casing and Casing Liners in the Macondo Well Area |
| n/a | n/a | Appendix P. BP Deepwater Horizon Rheliant Displacement Procedure "Macondo" OSC-G 32306 (M-I SWACO) |
| n/a | n/a | Appendix Q. Summary of The Effect of Spacer Fluid Composition and Placement on Negative-pressure Test |
| n/a | n/a | Appendix R. Fluid Compressibility Calculation |
| n/a | n/a | Appendix S. First Surface Indications of Well Flow and Pit Gain |
| n/a | n/a | Appendix T. Comparison of Events with Relevant Transocean Well Control Policies, Practices and Procedures |
| n/a | n/a | Appendix U. Riser Fluid Evacuation to Rig Floor |

| n/a | n/a | Appendix V. BP Deepwater Horizon GOM Incident Investigation Dispersion Analysis (from BakerRisk) |
|---|---|---|
| n/a | n/a | Appendix W. Report-Dynamic Simulations Deepwater Horizon Incident BP (from ae add energy) |
| n/a | n/a | Appendix X. Deepwater Horizon Blue Pod AMF System Batteries |
| n/a | n/a | Appendix Y. September 2009 Â» Deepwater Horizon Follow-up Rig Audit |
| n/a | n/a | Appendix Z. Hydraulic analyses of BOP Control system(from Ultra Deep) |
| n/a | n/a | Appendix AA. Deepwater Horizon BOP Modifications Since Commissioning |
| n/a | n/a | DNV BOP Report Volume II Appendices |
| n/a | n/a | DNV Report EP030842 for BOEMRE Volume I |
| BP-HZN-2179MDL04440689 | BP-HZN-2179MDL04440690 | Intertek Constant Composition Expansion Tables 1 & 2 |
| BP-HZN-2179MDL04440978 | BP-HZN-2179MDL04440998 | Intertek/Westport Multi-Stage Separator Test (Final Report) |
| BP-HZN-2179MDL04826982 | BP-HZN-2179MDL04826982 | Riser General Data Sheet |
| BP-HZN-2179MDL04996569 | BP-HZN-2179MDL04996571 | Email from Tim Lockett to Trevor Hill re RE: Plume pics with measurements |
| BP-HZN-2179MDL03676655 | BP-HZN-2179MDL03676667 | Explanation of Erosion Rates |
| BP-HZN-2179MDL04802942 | BP-HZN-2179MDL04802949 | Erosion Potential within Kinked Riser |
| BP-HZN-2179MDL04824968 | BP-HZN-2179MDL04825017 | Woodside |
| BP-HZN-2179MDL04877807 | BP-HZN-2179MDL04877811 | Escalation of Erosion within Deepwater Horizon Kinked Riser |
| BP-HZN-2179MDL04908567 | BP-HZN-2179MDL04908568 | Estimate of Dimensions |
| BP-HZN-2179MDL04996572 | BP-HZN-2179MDL04996572 | Kink-Leak-Flowrates |
| BP-HZN-2179MDL03349164 | BP-HZN-2179MDL03349166 | 3823 Work Requested - Riser Vertical Oscillations |

| BP-HZN-2179MDL04366973 | BP-HZN-2179MDL04366974 | TransOcean.Riser.2010.4.23.B-1 |
|---|---|---|
| BP-HZN-2179MDL04926107 | BP-HZN-2179MDL04926107 | Riser Survey 05222010_Model-1 |
| BP-HZN-2179MDL04926108 | BP-HZN-2179MDL04926108 | Riser Survey 05222010_Layout-1 |
| BP-HZN-2179MDL04996568 | BP-HZN-2179MDL04996568 | Progression of Horizon Riser Surveys - 2 |
| BP-HZN-2179MDL04996573 | BP-HZN-2179MDL04996573 | Riser Joint 34-35 |
| BP-HZN-2179MDL04996574 | BP-HZN-2179MDL04996574 | Riser Joint 35-36 |
| BP-HZN-2179MDL04996575 | BP-HZN-2179MDL04996575 | Riser Joint 36-37 |
| BP-HZN-2179MDL04996576 | BP-HZN-2179MDL04996576 | Riser Joint 37-38 |
| BP-HZN-2179MDL04996577 | BP-HZN-2179MDL04996577 | Riser Movement Log 5-21-10 |
| BP-HZN-2179MDL04578104 | BP-HZN-2179MDL04578104 | Black Oil Tables from EoS for All Temps 11June2010 |
| CAM_CIV_0148046 | CAM_CIV_0148271 | DWH BOP Stack O and M manual |
| BP-HZN-2179MDL02172464 | BP-HZN-2179MDL02172464 | DW Horizon IMT ROV Ops Notes_September 19 |
| n/a | n/a | Rebuttal Expert Report of Forrest Earl Shanks (BP) |
| n/a | n/a | Expert Report of Forrest Earl Shanks FINAL(BP) |
| n/a | n/a | Expert Report of Greg Childs (Transocean) |
| HAL  0048973 | HAL  0048974 | Sperry Sun data [oversized] |
| BP-HZN-BLY00087028 | BP-HZN-BLY00087028 | Document Produced Natively: Chart Outlining BOP Specific Events |
| BP-HZN-2179MDL05497207 | BP-HZN-2179MDL05497208 | Email from David W Moody to Mark Mazzella re Bridging Material Results (5/28/10) & Forward Plan (5/29/10) |
| BP-HZN-2179MDL05497212 | BP-HZN-2179MDL05497212 | Bridging Materials Launched |
| BP-HZN-2179MDL05497215 | BP-HZN-2179MDL05497218 | List of Items Pumped in Order of Discharge |
| BP-HZN-2179MDL04996564 | BP-HZN-2179MDL04996564 | Laser Scan Data (Hard drive BP-036255) |
| BP-HZN-2179MDL04549799 | BP-HZN-2179MDL04549828 | BOEMRE - ADDENDUM Forensic Examination of Deepwater Horizon Blowout Preventer 050311 |

| | | (*Addendum to DNV BOP*) |
|---|---|---|
| CAM_CIV_0018107 | CAM_CIV_0018107 | BOP Blind Shear Rams |
| CAM_CIV_0028270 | CAM_CIV_0028270 | BOP Blind Shear Rams Updated Lower Blade |
| CAM_CIV_0020865 | CAM_CIV_0020865 | BOP Casing Shear Rams |
| CAM_CIV_0020866 | CAM_CIV_0020866 | BOP Variable Bore Ram |
| TRN-INV-02887797 | TRN-INV-02887797 | BOP Stack External View |
| TRN-INV-02956057 | TRN-INV-02956058 | Internal Stack Up of Dimensions of BOP |
| BP-HZN-2179MDL04996564-1 | BP-HZN-2179MDL04996564-1 | Laser Scan Data (Hard drive) |
| BP-HZN-2179MDL07383107 | BP-HZN-2179MDL07383107 | Email from Steve Carmichael to Neal McCaslin and Brian Carlson re Latest Update for Q4000 and HP1 Spreadsheets |
| BP-HZN-2179MDL07383109 | BP-HZN-2179MDL07383109 | MC252 Q4000 Data with Rates |
| BP-HZN-2179MDL07383108 | BP-HZN-2179MDL07383108 | MC252 HP1 Data with Rates |
| n/a | n/a | Expert Report of J. J. Azar, Ph. D |
| BP-HZN-2179MDL06005997 | BP-HZN-2179MDL06006000 | Email from Jose Gonzalez to Paul Forman, et al., re FW: Q4000 Topside Flow Rate |
| BP-HZN-2179MDL06006001 | BP-HZN-2179MDL06006008 | Q4000 Erosion Analysis of Initial Topside Facilities |
| BP-HZN-2179MDL04833558 | BP-HZN-2179MDL04833558 | Kink Plume Center Detail |
| BP-HZN-2179MDL04833559 | BP-HZN-2179MDL04833559 | Kink Plume LH Detail 2 |
| BP-HZN-2179MDL04833560 | BP-HZN-2179MDL04833560 | Kink Plume LH Detail |
| BP-HZN-2179MDL04833561 | BP-HZN-2179MDL04833561 | Kink plume overview |
| BP-HZN-2179MDL04833563 | BP-HZN-2179MDL04833563 | Kink Plume RH Detail |
| BP-HZN-2179MDL04833562 | BP-HZN-2179MDL04833562 | Kink Plume RH Detail Enhanced |
| BP-HZN-2179MDL04833555 | BP-HZN-2179MDL04833555 | Email from Trevor Hill to Derek Wapman re RE: Photos and videos |
| BP-HZN-2179MDL04833564 | BP-HZN-2179MDL04833564 | Riser End 80 Detail - Enhanced |
| BP-HZN-2179MDL04833565 | BP-HZN-2179MDL04833565 | Riser End 80 Detail |
| BP-HZN- | BP-HZN- | Riser End 90 full - Enhanced |

| 2179MDL04833566 | 2179MDL04833566 | |
|---|---|---|
| BP-HZN-2179MDL04833567 | BP-HZN-2179MDL04833567 | Riser End 90 full |
| BP-HZN-2179MDL04833568 | BP-HZN-2179MDL04833568 | Riser End 90 Overview - Enhanced |
| BP-HZN-2179MDL04833569 | BP-HZN-2179MDL04833569 | Riser End 90 Overview |
| BP-HZN-2179MDL04833570 | BP-HZN-2179MDL04833570 | Riser End 90 top - Enhanced |
| BP-HZN-2179MDL04833571 | BP-HZN-2179MDL04833571 | Riser End 90 top |
| BP-HZN-2179MDL04833572 | BP-HZN-2179MDL04833572 | Riser End 160 top - Enhanced |
| BP-HZN-2179MDL04833573 | BP-HZN-2179MDL04833573 | Riser End 160 top |
| BP-HZN-2179MDL04833574 | BP-HZN-2179MDL04833574 | Riser End 270 - Enhanced |
| BP-HZN-2179MDL04833575 | BP-HZN-2179MDL04833575 | Riser End 270 |
| BP-HZN-2179MDL05086932 | BP-HZN-2179MDL05086934 | Email from John Nyholt to David Brookes, et al., re Riser Kink Inspection Update: 6/23 |
| BP-HZN-2179MDL00255269 | BP-HZN-2179MDL00255269 | DVD containing video of a boroscopy as described in BP-HZN-2179MDL00269156 |
| BP-HZN-2179MDL00255270 | BP-HZN-2179MDL00255270 | DVD containing video of a boroscopy as described in BP-HZN-2179MDL00269156 |
| BP-HZN-2179MDL00255271 | BP-HZN-2179MDL00255271 | DVD containing video of a boroscopy as described in BP-HZN-2179MDL00269156 |
| BP-HZN-2179MDL04934351 | BP-HZN-2179MDL04934351 | CAD Drawing of Riser Survey May 4 2010 |
| BP-HZN-2179MDL06094683 | BP-HZN-2179MDL06094686 | CAD Drawing of Riser Survey May 8 2010 |
| BP-HZN-2179MDL05871047 | BP-HZN-2179MDL05871051 | CAD Drawing of Riser Survey May 13 2010 |
| BP-HZN-2179MDL00330291 | BP-HZN-2179MDL00330291 | 20100422-072104-CH2 MILLENNIUM37.mpg |
| BP-HZN-2179MDL04996564 | BP-HZN-2179MDL04996564 | Laser scan of riser |
| BP-HZN-2179MDL04996564-1 | BP-HZN-2179MDL04996564-1 | Laser scan of riser |
| BP-HZN-2179MDL07147962 | BP-HZN-2179MDL07147962 | Laser scan of riser |

| BP-HZN-2179MDL07574314 | BP-HZN-2179MDL07576801 | BOP related photos and Laser scan Data |
|---|---|---|
| BP-HZN-2179MDL05022893 | BP-HZN-2179MDL05022893 | BOP Pressure History (BP-HZN-2179MDL05022893) (native) |
| BP-HZN-2179MDL06314451 | BP-HZN-2179MDL06314451 | BOP PT-B Data Summary 5.15.10 (BP-HZN-2179MDL06314451) (native) |
| BP-HZN-2179MDL01608483 | BP-HZN-2179MDL01608483 | BOP Pressure Summary 25Jun2010 Modified.xls |
| DSE031-001794 | DSE031-001883 | Sandia Report - DOE-NNSA Flow Analysis Studies Associated with the Oil Release following the Deepwater Horizon Accident |
| BP-HZN-2179MDL06393411 | BP-HZN-2179MDL06393411 | Flow Status Log rev2 (BP-HZN-2179MDL06393411) (native) |
| BP-HZN-2179MDL06743478 | BP-HZN-2179MDL06743478 | MC252_PT_B_301_1 (BP-HZN-2179MDL06743478) (native) |
| BP-HZN-2179MDL06744885 | BP-HZN-2179MDL06744885 | MC252_PT_B_301_2 (BP-HZN-2179MDL06744885) (native) |
| BP-HZN-2179MDL06742613 | BP-HZN-2179MDL06742613 | Q4000_MC252_PT_B_301 (BP-HZN-2179MDL06742613) (native) |
| BP-HZN-2179MDL06742965 | BP-HZN-2179MDL06742965 | Skandi_MC252_PT_B_301_1 (BP-HZN-2179MDL06742965) (native) |
| BP-HZN-2179MDL06744773 | BP-HZN-2179MDL06744773 | Skandi_MC252_PT_B_301_2 (BP-HZN-2179MDL06744773) (native) |
| BP-HZN-2179MDL01942110 | BP-HZN-2179MDL01942117 | T_Hill_Presentation_BP-HZN-2179MDL01942110.pdf |
| n/a | n/a | Expert Report of Nathan Bushnell |
| n/a | n/a | Expert Report of Ronal Dykhuizen |
| n/a | n/a | Expert Report of Stewart Griffiths |
| n/a | n/a | Expert Report of Mehran Pooladi-Darvish |
| ADX003-0007575 | ADX003-0007577 | Email from S. Black to M. Burns re RE: Daily update |
| TRN-INV-02822731 | TRN-INV-02822731 | Assessment of Wellbore Obstruction & Discussion of Method to Clear It |
| SDX005-0013242 | SDX005-0013243 | Email from R. Merewether to M. Tatro and others, June 23, 2010, Relief wells |
| SNL093-017659 | SNL093-017661 | Email from T. Hunter to M. McNutt re Re: 3rd erosion hole |
| BP-KPMG Database | BP-KPMG Database | HD-PCTU2 Hard Drive with DNV BOP Testing, Phase 1 Data |
| BP-HZN-2179MDL07574314 | BP-HZN-2179MDL07576801 | Hard Drive BP-HZN-2179VOL000168-001, BP-HZN- |

|  |  | 2179VOL0000168-002, BP-HZN-2179VOL000168-003 |
|---|---|---|
| BP-HZN-2179MDL07576153 |  | BP-060799 Hard Drive |
| BP-HZN-2179MDL07576154 |  | BP-060803 Hard Drive |
| n/a | n/a | Transcript of 30(b)(6) Deposition of David McWhorter (Cameron). Taken November 15 and 16, 2012. |
| n/a | n/a | Transcript of 30(b)(6) Deposition of Marcia McNutt (US).  Taken October 24 and 25, 2012. |
| n/a | n/a | Transcript of 30(b)(6) Deposition of Tom Knox (BP).  Taken October 11 and 12, 2012. |
| n/a | n/a | Transcript of 30(b)(6) Deposition of George Guthrie (US).  Taken November 15 and 16, 2012. |
| n/a | n/a | Transcript of Deposition of Secretary Steven Chu.  Taken January 24, 2013. |
| n/a | n/a | Transcript of Deposition of Mark Havstad.  Taken April 29, 2013. |
| n/a | n/a | TREX 007535: Expert Report of Gregg Perkin (PSC) |
| n/a | n/a | TREX 007536: Appendices to Expert Report of Gregg Perkin (PSC) |
| HCG586-001218 | HCG586-001218 | Email from T. Allen to M. Landry, June 9, 2010, RE: BREAK DOWN AND EROSION INSIDE CASING |
| IGS635-004603 | IGS635-004605 | Dep. Exh. 8852,  Email from M. McNutt to M. Garcia, June 8, 2010, RE: Preliminary flow rate results |
| SDX010-0006269 | SDX010-0006270 | Dep. Exh. 9389, Flow Uncertainty Position |
| ETL080-009219 | ETL080-009223 | Dep. Exh. 9671, Email from M. McNutt to T. Hunter, Jan. 6, 2011, Re: tom hunter feedback on new data |
| SDX011-0012700 | SDX011-0012702 | Dep. Exh. 11297, Email from M. Tatro to A. Ratzel, July 26, 2010, FW: addition to calc |
| ERP001-004329 | ERP001-004330 | Dep. Exh. 11312, Email from M. McNutt to S. Chu, July 19, 2010, RE: Accurate account of flow into the Gulf. |

| n/a | n/a | Sand Production analysis by Hans Vaziri (attached as Appendix E) |
| n/a | n/a | BSR analysis by Nigel Richardson (attached as Appendix F) |

## APPENDIX C: CALIBRATION SIMULATION

The capability and accuracy of Fluent to predict turbulent and single-phase flow fields is well established, at least when it comes to the type of flow geometries simulated here. (The same is true for prediction of dispersed particle movement in a turbulent flow field, particularly for dilute slurries.)  Because the biggest uncertainty is related to the performance of the erosion model, early on I tested and calibrated the erosion model in Fluent using a well understood flow geometry, where reliable experimental flow and erosion data exist. I selected for this purpose a well-documented flow/erosion case including pipe flow carrying 2% dispersed sand in water through a sudden constriction, groove, and sudden expansion (see Figure 35a).

Results of simulations are shown in Figure 35 - Figure 38.  As fluid with entrained sand particles enters the pipe constriction, it accelerates and causes significant erosion at the leading edge (see Figure 36 and Figure 37).  The complete pattern of erosion is shown in Figure 38— both the simulation results and the experimental values.  After adjusting the erosion model, one can claim reasonable agreement, particularly considering that the simulation represents an instantaneous situation ("snapshot" at a given point), whereas the measurements are an averaged result obtained over 72 hours of exposure.  Because of the high erosion rate of the leading edge of the sudden pipe constriction, it rapidly changes shape over the course of the long exposure, as simulated using a transient simulation with a moving mesh, seen in Figure 39.  With this technique, the two-way interaction between flow and erosion is captured, and the change of shape of the eroded surface is predicted, as demonstrated in Figure 40 (showing the leading edge of the sudden pipe constriction which is eroded by 72 hours of exposure, where agreement

between the simulations and the experimental results is remarkable).[14]   After this exercise, the

Fluent package was ready for application to the flow geometries to be addressed in this work.



*Figure 35. (a) Computational mesh and (b) fluid pathlines colored by turbulence level, for a CFD simulation of flow of water with dispersed particles through a pipe with a sudden constriction, groove, and sudden expansion, used for erosion model calibration. Red arrow points to the location of maximum erosion.*

---

[14] Moving-mesh simulations are computer-intensive and could be executed only for simple geometries such as the one used for erosion model calibration.



*Figure 36. Particle trajectories colored by erosion level for a simulation of flow of water with dispersed particles through a pipe with a sudden constriction, groove, and sudden expansion used for erosion model calibration. Red arrow points to the same location of maximum erosion.*



*Figure 37. (a) Fluid velocity magnitude and (b) pipe wall erosion rate level, for a simulation of flow of water with dispersed particles through a pipe with a sudden constriction, groove, and sudden expansion used for erosion model calibration. Red arrow points to the same location of maximum erosion.*



Figure 38. (a) CFD simulation results and (b) measurements of the erosion rate for a case of flow of water with dispersed particles through a pipe with a sudden constriction, groove, and sudden expansion used for erosion model calibration. Red arrow points to the same location of maximum erosion.



Figure 39. Transient CFD simulation results using a moving mesh, showing change of leading edge of a sudden pipe constriction due to erosion, for a case of flow of water with dispersed particles through a pipe with a sudden constriction, groove, and sudden expansion used for erosion model calibration. Red arrow points to the same location of maximum erosion.



Figure 40. Detail showing eroded leading edge of sudden pipe constriction after 72 h of exposure: frame (a) is CFD simulation result and frame (b) is the experimental result, for the case of flow of water with dispersed particles through a pipe with a sudden constriction, groove, and sudden expansion used for erosion model calibration. Red arrow points to the same location of maximum erosion.

**APPENDIX D: PROCESSING, IMPORTING AND MESHING CAD FILES IN FLUENT PRE-EROSION BSR**

To assemble a pre-erosion BSR flow geometry, I started with a CAD design model of the BSR blocks. Using the Siemens' NX™ CAD package, I inserted the BSR blocks into the BSR housing cavity, as shown in Figure 41 and Figure 42.  Then I superimposed the wellbore pipe and the partially-severed drillpipe within the CAD model, as shown in Figure 43, to complete the pre-erosion BSR assembly.

Because my focus is on internal flow, I needed to produce a geometry of the interior cavity of the pre-erosion BSR assembly space through which fluid passed.  To that end, I used the CAD package to create an "inverse" model of the initial BSR solid assembly geometry,  as shown in Figure 44 and Figure 45.  I then imported this inverse (flow) geometry into Fluent (Figure 46) and examined and meshed it (Figure 47) to prepare for fluid flow and erosion calculations.  In the semitransparent images shown in Figure 46, one can identify the external boundaries of the flow geometry as defined by the wellbore, the internal drillpipe, and the blockage created by partially closed BSR blocks.  The drill pipe, which is deformed and severed by the BSR blocks, is off-center.

(a)



(b)



*Figure 41. Opaque CAD models of (a) BSR blocks and (b) BSR blocks positioned within BSR housing cavity.*



*Figure 42. Semi-transparent CAD model of* pre-erosion *BSR housing cavity with BSR blocks inside.*




*Figure 43. (a) Opaque and (b) semi-transparent CAD models of whole* pre-erosion *BSR assembly, including BSR housing cavity with BSR blocks inside wellbore and off-center drillpipe.*

76



*Figure 44. CAD model of BSR blocks (a) superimposed on drillpipe and (b) with wellbore superimposed.*



*Figure 45. CAD model of "inverse" of* pre-erosion *BSR assembly shown in Figure 44.*









*Figure 46. Different views of complete model of* pre-erosion *BSR flow geometry in Fluent.*



*Figure 47. A computational mesh of internal flow geometry for pre-erosion BSR assembly.*

**POST-EROSION BSR**

I next considered the geometry of the eroded BSR blocks.  Specifically, I converted laser scans of the eroded BSR into CAD files and combined them with the eroded housing (see Figure 48) and repeated the whole procedure described above, this time for the post-erosion BSR blocks.  The inverse CAD (flow) geometry of the post-erosion BSR blocks, which was imported into Fluent, is shown in Figure 49.



*Figure 48. Semi-transparent CAD model of* post-erosion *BSR housing cavity with BSR blocks inside.*



*Figure 49. CAD model of "inverse" of* post-erosion *BSR assembly.*

**PRE-EROSION CSR**

I used the same procedure to set up the pre-erosion CSR flow geometry.  I started with a CAD design model of the CSR blocks (Figure 50) and superimposed the blocks with the drillpipe and the wellbore (see Figure 51).  I then created the inverse (flow) geometry (Figure 52), imported the geometry into Fluent (Figure 53) and meshed (Figure 54).



*Figure 50. CAD model of pre-erosion CSR blocks.*

(a)

(b)



*Figure 51. CAD model of* pre-erosion *CSR blocks superimposed on severed drillpipe, (a) side view, and (b) top view.*



*Figure 52. CAD model of "inverse" of* pre-erosion *CSR assembly.*

84



*Figure 53. A complete model of* pre-erosion *CSR flow geometry in Fluent.*



*Figure 54. A computational mesh of internal flow geometry for* pre-erosion *CSR assembly in Fluent.*

**POST-EROSION CSR**

I repeated the process for the post-erosion CSR flow geometry.  I converted laser scans of the eroded CSR blocks into CAD files and imported them into the Siemens NX™ environment, where the inverse (flow) geometry was created (see Figure 55).  I imported this geometry into Fluent and meshed.



*Figure 55. CAD model of the "inverse" of the* post-erosion *CSR assembly.*

**UA AND KINKED RISER**

Construction of the simplified UAP geometry and the kinked riser geometry is described in the main body of the report.

**APPENDIX E: ESTIMATION OF SAND PRODUCTION IN THE MACONDO WELL**

Prepared by Hans Vaziri, Ph.D, April 30, 2013

**CONFIDENTIAL**

## I.   EXECUTIVE SUMMARY

I have been asked to provide an analysis of sand production in the Macondo well in connection with litigation arising out of the *Deepwater Horizon* incident of April 20, 2010. Specifically, I have been asked to estimate, among other things, the amount, timing, and size of sand produced from the reservoir by the Macondo well as a result of and following the incident.

Based on my review of materials from this litigation and materials relied on in the industry,[15] and my education and experience in sand prediction, I reach the following conclusions with a reasonable level of scientific certainty:

1.  The Macondo well likely produced approximately 19,300 - 40,300 pounds of sand from April 20, 2010 until the end of May 2010.  This estimate is conservative and assumes that there was little sand production after May 2010 because by then the dynamic pressure conditions around the well had stabilized.[16]

2.  About half the sand produced following the Macondo incident was likely produced in the first two weeks, with the remainder likely produced by the end of May 2010.

3.  The sand particles produced at the Macondo well following the incident likely ranged from 100 to 10,000 microns, with an average size of approximately 500 microns.

I continue to review materials and reserve the right to amend or supplement these conclusions before trial.

## II.   BACKGROUND AND CREDENTIALS

I am the BP Distinguished Advisor for Sand Management, the highest technical level in the organization.[17]  In this capacity, I am responsible for predicting sand production of drilling wells across the world and recommending mitigating actions.  I am the official at BP most knowledgeable about sand management, and I am unaware of anyone in the field, including at other oil companies, who is more knowledgeable.

My educational background is described in Appendix 2.  Briefly, I received a bachelor's degree in Civil Engineering from Queen Mary College (The University of London) in 1977, a master's degree in soil mechanics from Imperial College (The University of London) in 1979, and a Ph.D. in geotechnical engineering from The University of British Columbia in 1986.

I have over 25 years' experience in sand management and sand prediction, and I have worked at BP for 12 years in sand production management in BP's global operations.  While at

---

[15]   The materials I have reviewed and on which I rely are set forth in Appendix 1 below.

[16]   My estimates do not attempt to take into account cement production.

[17]   There are only seven Distinguished Advisors in BP, and within Global Wells Organization, where I work, there are only two Distinguished Advisors.

BP, I have predicted sand production for more than 30 high value wells, including wells in the Gulf of Mexico.

Sand prediction analysis, where required, is performed after drilling of an exploratory well is complete because core samples acquired during drilling are used for the analysis. Because the Macondo well was at an exploratory stage when the incident occurred, BP did not analyze sand production at that well before the incident.

While at BP, I have refined the ENHANS software (which I originally developed in 1986 as part of my Ph.D. thesis), considered the leading industry tool for sand prediction.[18] ENHANS is a customizable finite element analysis that models sand production based on unique reservoir properties and drawdown pressures. ENHANS has been validated against lab tests using actual conditions. ENHANS is proprietary to BP; therefore, it is only used in projects where BP is either the operator or has a significant business interest. Using ENHANS to predict sanding in the Macondo well, as performed here, is well within the capability of the model and the scope of my experience.

I have published more than 100 articles on sand production related matters. I have also authored more than 50 BP-internal reports on sand production. A full list of my public domain articles is set forth in Appendix 2.

I have never been deposed or served as an expert witness. I am not being specially compensated for preparation of this analysis or any testimony in this matter, and a colleague who is providing assistance to me on this matter also is not being specially compensated.

## III.   SAND PRODUCTION

Sand production is normal and expected in any producing oil well. It occurs where reservoir rock breaks down into smaller pieces and is carried in hydrocarbon flow through a production system. Sand is produced from sandstone lobes, which are sandstone deposits that may contain hydrocarbons.

Oil companies are concerned about sand production because, left uncontrolled, sand can erode obstacles along its pathway, starting from the sandface completion through the flowline, the blowout preventer, and the surface choke manifold. Therefore, before beginning hydrocarbon production of any well, companies perform a sand production analysis to assess likelihood of sanding and expected severity of sanding. For the latter determination, advanced modeling is required, and companies use ENHANS, or other similar software, to quantify sand production based on applied drawdown ("DD").[19] ENHANS thus provides a safe operating

---

[18]   ENHANS has been endorsed by joint venture partners, including in projects where BP is not the operator.

[19]   Drawdown pressure is the difference between average reservoir pressure and flowing bottomhole pressure. Bottomhole pressure is the pressure measured in a well at or near the depth of the producing formation. Typically, the higher the drawdown pressure, the more sand produced.

envelope for pressure management to mitigate sanding, which can then be monitored using options such as acoustic sand detectors and sand erosion probes along with physical sand sampling at the surface.

## IV.    SAND PRODUCTION AT THE MACONDO WELL

As noted, because the Macondo well was exploratory, BP did not model sand production before drilling.[20]

Two sandstone lobes at the Macondo well contributed to sand production.  The upper lobe was approximately 22 feet thick (18067 to 18089 MDft).  The lower lobe had a net thickness of approximately 71 feet (18120 to 18191 MDft and 18217 to 18238 MDft).

As noted, I used ENHANS to simulate field conditions at the Macondo well.[21] Specifically, using ENHANS, I modeled the gradual breakdown of intact rocks into a disaggregated sand mass and then the behavior of the disaggregated sand under representative downhole conditions at the well.  The modeling is based on global experience and principles governing behavior of rocks tailored to Macondo well properties.

My modeling—discussed below in terms of inputs and results—indicates that the Macondo well produced approximately 19,300 - 40,300 pounds of sand.  These numbers do not include cement production,[22] which, by definition, increased solids production.[23]

### A.    Modeling Inputs

Before modeling sand production at the Macondo well, I considered the two most important available inputs: (i) in-situ reservoir stress and fluid pressure data and (ii) unconfined compressive strength ("UCS") of the Macondo Well reservoir.

---

[20]    After completion of the exploratory phase, but before production of a well, companies typically add screens and gravel packs to control sand production.

[21]    Sand prediction modeling, including ENHANS, typically requires assumptions in addition to inputs.  In my analysis here, I use both available data and my industry experience in determining modeling inputs and running the model.

[22]    Prior to the blow-out incident at the Macondo well, cement was placed in the annular space between the 7" casing and the reservoir rock.  It is reasonable to assume that some or all of this cement was produced on blowout.  Production of the Macondo well cement would have further opened the flow path, creating space for production of additional sand and shale.

[23]    I do not account for cement because ENHANS is not intended for use on cement, and I err on the conservative side throughout this report.

1.      **In-situ Stress and Reservoir Pressure**

To model breakdown of intact rock, one needs to know in-situ stress and reservoir pressure, which together represent the actual or effective stress exerted on reservoir rock in its normal resting state.  In-situ stress refers to vertical and horizontal stresses acting on a rock beneath the earth's surface.  Reservoir pressure refers to pressure exerted by a column of fluid from a formation's depth to sea level.

As seen in Table 1 below, several components of in-situ stress[24] and reservoir pressure are used in sand-prediction modeling.  I base each in-situ stress and pressure gradient value on data provided in the National Academy of Engineering and National Research Council report,[25] and the in situ stress and reservoir pressure data are within the expected range of values for a reservoir in the Gulf of Mexico.

| Depth (ft TVD) | Stress + Pressure Gradient (ppg) | Stress, Pressure (psi) |
|---|---|---|
| 18000 | | |
| Reservoir Pressure | 12.7 | 11850 |
| Overburden | 15.8 | 16490 |
| Minimum Horizontal Stress | 14.2 | 13290 |

Table 1. In-situ stress and initial reservoir pressure

2.      **Determination of Unconfined Compressive Strength ("UCS")**

The other important parameter for sand prediction modeling, UCS, is strength of the reservoir rock when crushed in one direction without lateral restraint.  Using the example of an unsupported empty can of soda placed on a table, the pressure that can be exerted downward before it crushes the can is the UCS, or strength, of the can.  For reservoir rock, UCS is derived from laboratory tests on core samples and sonic log data.[26]

UCS values for the Macondo well reservoir show that it is comprised of relatively competent (or strong) rock that contains measurable cementation (see Figure 1, below).[27]

---

[24]    Rock failure is governed by the difference between maximum and minimum stress, which in this case is the vertical and the minimum horizontal stress.  Therefore, the value chosen for maximum horizontal stress is immaterial to the analysis.

[25]    *Macondo Well Deepwater Horizon Blowout: Lessons for Offshore Drilling*, National Academy of Engineering/National Research Council, 2011, *available at*: http://www.nap.edu/catalog.php?record_id=13273.

[26]    Sonic log data measure the shear and compressive travel times of an elastic wave through a formation.  Sonic log data can then be converted to UCS using industry accepted formulae.

[27]    Although laboratory UCS values are generally lower than log data, this result is not unusual because log-UCS without a field-specific calibration tends to overestimate

(continued…)



Figure 1. Log derived and laboratory measured UCS values of the Macondo well reservoir

Not only do UCS acoustic logs show rock strength, they also show length of each sandstone lobe — an important predictor for sand production. Reservoir rock is composed of striated layers of shale and sandstone lobes. Shale is typically stronger than a sandstone lobe and therefore has a consistently stronger UCS value. The gamma ray ("GR") line in Figure 1 above delineates sandstone from shale and shows that the cumulative length of the lower sandstone lobe is about three times that of the upper sandstone lobe and thus likely had a greater effect on sand production at the Macondo well. Figure 2 below also characterizes the length of each sandstone lobe (Y-axis) by UCS value (X-axis).

---

strength of weak intervals, which typically results in underestimation of field sanding mass.



Figure 2. Cumulative length by UCS value

## B.      ENHANS: Sand Prediction Model

After I analyzed data to determine the inputs discussed above, I modeled sand production using ENHANS.

The Macondo well produced more sand than a typical producing well in the Gulf of Mexico because it was an openhole completion without a system for sand management; furthermore, it experienced an uncontrolled blowout, likely creating additional failure of the reservoir rock beyond what might be expected in a normal producing well.

Therefore, in running the simulation, I used an openhole barefoot completion, meaning that there was no casing liner. I consider this completion most representative of the Macondo well because of evidence that the cementing failed at least in part.

I used three steps to model sanding of the Macondo well. First, I modeled sanding potential of the Macondo sandstone lobes. Second, I broke down each sandstone lobe into representative rock units of varying strengths. Third, and finally, I predicted cumulative sanding for both lobes.

## 1.      Sanding Response for Reservoir Rocks

To determine sanding potential of the Macondo lobes, I modeled the way Macondo reservoir rocks of varying UCS values (1500, 2000, 2500, and 3000 psi) respond to drawdown pressure for purposes of analyzing susceptibility of the rocks to sanding.[28]  Figure 3, below,

---

[28]     I assume a sand density of 2000 kg/m$^3$ (typical for quartz-based solids) to convert sand volume to sand mass.  The model explicitly predicts sand volume so conversion to sand mass is performed independently.

shows the relationship between DD and UCS: the weaker the rock (shown as different color lines), the greater the sanding (shown on the Y-axis).



(a)

(b)

Figure 3: Predicted sanding for selected rock strengths over a range of DD expressed in the form of (a) barrel per foot length and (b) pound per foot length

## 2.    Breakdown of Macondo Well Sandstone Lobes into Representative Rock Units

After analyzing the relationship between UCS and sand production, I broke down each lobe into representative rock units of varying UCS values.

Sandstone lobes, including at Macondo, are not homogeneous.  Just as a cracker does not break into uniform pieces when crushed by uniform pressure, reservoir rock in one area may crumble into fine sand, whereas rock in an adjacent area may break into large chunks, and rock in a third area may remain intact.  Therefore, it is not enough to know the length and average UCS of reservoir rock; rather, it is important to break down each lobe into smaller units according to strength.

With Macondo, I broke down each lobe into segments at UCS values 1500, 2000, 2500, and 3000 psi and then calculated the net length of the sandstone lobes at each UCS value.  Figure 4, below, illustrates the process of determining net lengths in the lower sandstone lobe for UCS = 2000 psi and 2500 psi (referred to as $L_{UCS}$=2000 psi and $L_{UCS}$=2500 psi).  I broke down the lobes into ten foot segments (Y-axis) according to UCS (X-axis).



Figure 4. Illustration of net length assignment to selected UCS values along the lower sandstone lobe of the Macondo reservoir

### 3.     Predicted Cumulative Sanding for Each Sandstone Lobe

After breaking down both lobes in to representative rock units at varying UCS values, I modeled cumulative sanding of each lobe.  In the final determination of cumulative sanding, I considered DD magnitude, production rate, and flow path.

Although I could not determine exact DD magnitude, particularly during the highly transient conditions immediately following blowout, I made reasonable attempts at estimating it using data and industry experience.  Specifically, DD was likely at its highest (approximately 6000 psi) immediately following blowout because of the shock to the system.  At the same time, flow rate was likely relatively low due to flow restrictions along the annulus (including cement and reservoir solids).  As constraints gradually dislodged and opened up the annular pathway, DD likely reduced along the sandface and ultimately stabilized at approximately 1500 psi.  Overall, the general trend was gradual reduction of DD as net length of the reservoir contributing to flow increased.

Figure 5 illustrates sand prediction modeling based on DD and rock strength.  In this figure, the left hand Y-axis shows reduction in DD, which I estimated to occur with increase in sandface length contributing to flow (as presented along the X-axis).  DD reaches its minimum level once all possible sand intervals are opened to flow.  The right hand Y-axis shows the computed (predicted) cumulative sanding for the estimated DD magnitude and length of sand interval.

The modeling process consisted of three steps:

- First, I subdivided the two sandstone lobes into approximate ten foot segments from the bottom of the lower sandstone lobe upward.

- Then, I estimated DD using PROSPER,[29] taking into account reservoir factors, including effective permeability, skin, and well completion as described in Appendix 3.

- Finally, I determined overall sanding by adding sand from each ten-foot segment using the results shown in Figure 3, along with the procedure illustrated in Figure 4 for determining equivalent net length of each rock unit.

I ran three cases for each lobe: base; upper bound; and lower bound.  The base case involved a mild flow restriction at the BOP and low skin effect, indicating low flow resistance near the wellbore.  The upper bound involved a mild flow restriction at the BOP and higher skin, indicating greater resistance near the wellbore.  And the lower bound assumed no flow restriction at the BOP and no skin, indicating no resistance near the wellbore.



(a) Lower Bound Case

---

[29]  PROSPER is a well performance, design, and optimization program for modeling most types of well configurations.  It is widely used in the oil industry.



(b) Base Case

(c) Upper Bound Case

Figure 5: DD magnitude as the reservoir interval length increases and associated sanding in the (a) Lower Bound Case, (b) Base Case, and (c) Upper Bound Case.

In Figure 5, the sanding line of the graph terminates at a point indicating total cumulative sanding under each case. Using this technique, the model shows that the cumulative range of sand produced by the Macondo well is approximately 19,300 to 40,300 pounds (28-57 bbls) of sand (see Table 2, below).

| Scenario | Sanding (lb) | | | Sanding (bbl) | | |
|---|---|---|---|---|---|---|
| | Lower sand lobe | Upper sand lobe | Total | Lower sand lobe | Upper sand lobe | Total |
| Lower bound | 18200 | 1100 | 19300 | 26.0 | 1.6 | 28 |
| Base case | 28500 | 1500 | 30000 | 40.7 | 2.1 | 43 |
| Upper bound | 37100 | 3200 | 40300 | 52.9 | 4.6 | 57 |

Table 2. Summary of cumulative sanding estimates

## V.   DURATION OF SAND PRODUCTION

Based on industry experience, fundamental laws of physics and geo-material behavior, and the circumstances and evidence in this case, I conclude that sand production likely continued at least through May 2010. [30] After that time, the unsteady pressure and flow conditions through the reservoir and along the wellbore annulus may have stabilized.  Although such a development would not eliminate sanding beyond May 2010, the quantities involved were likely relatively small compared to the earlier, primary sanding phase.

I further conclude that approximately half the sand production likely occurred within the first two weeks following blowout and that this sand for the most part passed through the system on a steady basis over the two weeks.  When the incident occurred, high DD pressure was exerted on the reservoir sands following the explosion, but there was only limited space through which sand could pass due to cement and other flow path restrictions, including larger chunks of failed rock that likely became jammed within the annular space (it takes time for such material to clear the system). [31]

Finally, I conclude based on my experience and evidence that sand was in the system at least through the end of May and that the remaining sand likely passed through the system on a steady basis from the beginning of week three until sanding ended at the end of May.

## VI.   AVERAGE PARTICLE SIZE

Determining the average particle size of sand is not an issue that typically arises in the oil industry because screens prevent large sand particles (anything over 150 microns) from entering a production stream.  Nevertheless, based on industry experience, I conclude that sand particles produced at the Macondo well likely ranged from 100 to 10,000 microns (about the size of a

---

[30]   Although I have reviewed emails suggesting that sand production lasted through June 2010, I conservatively assume that sand production ended in late May 2010.  See ADX003-0007575, June 5, 2010 Email from M. Burns to S. Black (warning that sand is in oil and may cause erosion); SDX005-0013242, June 23, 2010 Email from R. Merewether to T. Hunter et al. (estimating 30 bbls of sand production).

[31]   The situation is similar to when a large number of concertgoers try to exit a single arena doorway.  Although each person is smaller than the doorway opening, he or she can become tangled as all try to exit at the same time, particularly if all push themselves on top of each other.

coffee bean) and that the average size of solids produced at the Macondo well was approximately 500 microns — about the width of wire from which staples are made.

In most conventional producing wells (wells that have gone through the exploratory stage and are about to begin production), the average sand particle that passes through the system is expected to be 150 microns or less because the gravel packs and screens prevent larger solids grains from entering the system.

The average particle size at the Macondo well was likely larger than 150 microns for two reasons.  First, the reservoir was subjected to sudden and high DD, resulting in tensile failure of the sandface, which in the case of cemented sands (as were present here) leads to break-out in chunks rather than grains.  Second, the openhole geometry allowed larger particles to pass through the system than would be the case if gravel packs and screens were in place.

APPENDIX 1: MATERIALS CONSIDERED

| Beg Bates | End Bates | Document Title / Description |
|---|---|---|
| n/a | n/a | Addendum to DNV BOP Report |
| n/a | n/a | DNV BOP Report Volume I |
| n/a | n/a | DNV BOP Report Volume II Appendices |
| BP-HZN-2179MDL04940401 | BP-HZN-2179MDL04940401 | MC252_DataDump_071810 (3) |
| BP-HZN-2179MDL01608973 | BP-HZN-2179MDL01609022 | Schlumberger Report |
| BP-HZN-2179MDL02900640 | BP-HZN-2179MDL02900640 | TAM Chapter 1 |
| BP-HZN-2179MDL07383107 | BP-HZN-2179MDL07383107 | Email From Steve Carmichael to Neal McCaslin and Brian Carlson re Latest Update for Q4000 and HP1 Spreadsheets |
| BP-HZN-2179MDL07383109 | BP-HZN-2179MDL07383109 | MC252 Q4000 Data with Rates |
| BP-HZN-2179MDL07383108 | BP-HZN-2179MDL07383108 | MC252 HP1 Data with Rates |
| BP-HZN-2179MDL01872218 | BP-HZN-2179MDL01872218 | Pencor Report |
| BP-HZN-2179MDL00063016 | BP-HZN-2179MDL00063016 | Pencor-Sample Quality Assessment |
| BP-HZN-2179MDL00063084 | BP-HZN-2179MDL00063084 | Pencor-Volatile Oil Reservoir Study |
| BP-HZN-2179MDL03290054 | BP-HZN-2179MDL03290094 | Technical Memorandum re Post-Well Subsurface Description of Macondo Well |
| BP-HZN-MBI00023865 | BP-HZN-MBI00023865 | Core Analysis Tracking Sheet |
| BP-HZN-2179MDL04440691 | BP-HZN-2179MDL04440731 | Powerpoint Presentation - Macondo-Petrophysics |
| BP-HZN-2179MDL02394186 | BP-HZN-2179MDL02394186 | Weatherford - CoreLab - Stats Summary and Perm |
| BP-HZN-2179MDL02394185 | BP-HZN-2179MDL02394185 | Weatherford - Pore Volume Compressibility Test - Pore Pressure Depletion |
| BP-HZN-2179MDL02394183 | BP-HZN-2179MDL02394183 | Weatherford - Rock Mechanics Final Report Multi-Stage Triaxial Compressive Tests |
| BP-HZN-2179MDL00470599 | BP-HZN-2179MDL00470599 | Weatherford Laboratories - Core Sample Inventory |
| BP-HZN-2179MDL00470598 | BP-HZN-2179MDL00470598 | Weatherford Laboratories - Core Weight Inventory |
| BP-HZN-2179MDL02394182 | BP-HZN-2179MDL02394182 | Weatherford Laboratories - Rotary Core Data |
| BP-HZN-2179MDL02394187 | BP-HZN-2179MDL02394187 | Weatherford Laboratories - X-Ray Defraction |

| | | |
|---|---|---|
| BP-HZN-2179MDL02393883 | BP-HZN-2179MDL02393883 | Weatherford Rock Mechanics - Uniaxial Pore Volume Compressibility Tests |
| ADX003-0007575 | ADX003-0007577 | Email from S. Black to M. Burns re RE: Daily update |
| TRN-INV-02822731 | TRN-INV-02822731 | Assessment of Wellbore Obstruction & Discussion of Method to Clear It |
| SDX005-0013242 | SDX005-0013243 | Email from R. Merewether to M. Tatro and others, June 23, 2010, Relief wells |
| WFT-MDL-00104611 | WFT-MDL-00104611 | Dep. Exh. 9057, Email from C. Harris to J. Loos, June 26, 2010, Next steps. |
| ERP001-004398 | ERP001-004398 | Email from R. Merewether to M. McNutt, June 23, 2010, RE: casing hanger stability |
| IGS606-012010 | IGS606-012012 | Dep. Exh. 8851, Email from M. McNutt to T. Hunter, Re: 3rd erosion hole |
| n/a | n/a | *Macondo Well Deepwater Horizon Blowout: Lessons for Offshore Drilling*, National Academy of Engineering/National Research Council, 2011, *available at*: http://www.nap.edu/catalog.php?record_id=13273 |

**APPENDIX 2: RESUME**

**HANS VAZIRI**
501 Westlake Pk Blvd, Houston, TX 77079
vazirih@bp.com
281-366-3796

## EXPERIENCE

**BP America, Inc.,** Houston, TX — *Distinguished Advisor for Sand Management* (January 2013-present)
- Senior Sand Management Specialist (2001-05)
- Advisor for Sand Management (2005-08)
- Senior Advisor for Sand Management (2008-2012)
- Developed and taught internal BP courses in sand prediction and management
- Predicted sand production of wells operated by BP in all geographical regions
- Provided support in sand prevention and sand production mitigation for high value wells
- Developed ENHANS sand production prediction model
- Developed Beanup Toolkit model for start-up and operation of wells

**Dalhousie University,** Halifax, NS, Canada — *Professor of Civil Engineering* (July 1994- January 2001)
- Appointed Canada Research Chair, Tier 1, in 2001 (highest and most prestigious scientific position in Canada, approved by the Office of Prime Minister)
- Assistant Professor (1988-90)
- Associate Professor (1990-94)
- Head of civil engineering department (1996-2000)
- Performed research and supervised graduate students in areas related to sand production in wells
- Taught classes in soil mechanics, geo-environmental engineering, and modeling of geomechanical problems.

**Golder Associates,** Seattle, WA — *Senior Geotechnical Engineer* (June 1986-June 1988)
- Managed and performed technical tasks related to enhanced oil recovery from tar sands induced by sanding
- Studied geomechanics of nuclear waste repository project in salt bed

**RE/SPEC Ltd.,** Calgary, Canada — *Senior Geotechnical Engineer* (June 1985-May 1986)
- Consulted on sand production in the Canadian Tar Sands for Husky Oil

**Hardy & Associates,** Vancouver, Canada — *Geotechnical Project Engineer* (June 1981-October 1982)
- Managed and performed geotechnical investigations and analyses for foundation design and slope stability projects in greater Vancouver area

**Ove Arup & Partners,** London, UK — *Geotechnical Engineer* (August 1979-May 1981)
- Pioneered development of first mathematical model for three-dimensional analysis of excavations, which was used in design of high value deep excavations in London and Cairo
- Performed advanced finite element modeling in support of high value international projects

**Marples Ridgway Ltd.,** Bath, UK — *Civil Engineer* (July 1977-September 1978)
- Supervised installation of survey lines as part of major construction involving roads and bridge in Ashford (UK)
- Supervised construction of concrete structures and road pavement

**EDUCATION**

>**University of British Columbia,** Vancouver, Canada
>Ph.D. Geotechnical Engineering, September 1986
>
>**Imperial College (London University),** London, UK
>MSc, DIC Soil Mechanics, September 1979
>
>**Queen Mary College (London University),** London, UK
>BSc Civil Engineering, July 1977

**MISCELLANEOUS**

- Society of Petroleum Engineers Distinguished Lecturer
- Professional Engineer in British Columbia, Alberta, and Nova Scotia
- Member of Society of Petroleum Engineers, Canadian Geotechnical Society, and Association of Rock Mechanics
- Associate Editor of Canadian Geotechnical Journal
- Member of Board of Directors of Canadian Geotechnical Society and Canadian Petroleum Society
- Served on Civil Engineering Selection Committee for Natural Sciences and Engineering Research Council of Canada
- Served on organization committee of Society of Petroleum Engineers and Canadian Geotechnical Society
- Keynote and/or Invited Lecturer at international symposia in Geomechanics

# PUBLICATIONS

**Refereed Journal Papers**

1. Rahmati, H., Jafarpour, M., Azadbakht, S., Nouri, A., Vaziri, H., Chan, D. and Xiao, Y. (Accepted, Nov 2012) Review of Sand Production Prediction Models, Journal of Petroleum Engineering, 24 pages.

2. Taghipoor, S., Nouri, A., Chan, D. and Vaziri, H. (Accepted, Nov 2012) Numerical Modeling of Hydraulic Fracturing in Weakly Consolidated Sandstones using Smeared Fracture Approach, Canadian Energy Technology and Innovation Journal, 15 pages.

3. Rahmati, H.,Nouri, A., Vaziri, H. and Chan, D. (2012) Validation of Predicted Cumulative Sand and Sand Rate against Physical Model Test, Journal of Canadian Petroleum Technology, Vol. 51, No. 5, September.

4. Jafarpour, M., Rahmati, H., Azadbakht, S., Nouri, A., Chan, D. and Vaziri, H. (2012) Determination of Mobilized Strength Properties of Degrading Sandstone, Soils and Foundations, Vol. 52, No. 4, August.

5. M.S. Ravi Sharma, Christopher D.P. Baxter, Kathryn Moran, Hans Vaziri, Raja Narayanasamy , 2011."Strength of Weakly Cemented Sands from Drained Multistage Triaxial Tests", ASCE journal of Geotech and GeoEnviron. Engg

6. Christopher D.P. Baxter, M.S. Ravi Sharma, Kathryn Moran, Hans Vaziri, Raja Narayanasamy, 2011. "Use of $\bar{A}=0$ as a Failure Criterion for Weakly Cemented Soils", ASCE Journal of Geotech. and GeoEnviron. Engg. 137(2), 161-170.

7. M.S. Ravi Sharma, Christopher D.P. Baxter, Wilhelm Hoffmann, Kathryn Moran, Hans Vaziri, 2011. "Characterization of weakly cemented sands using nonlinear failure envelopes", International journal of rock mechanics and mining sciences 48, 146-151.

8. M.S. Ravi Sharma, Matthew O'Regan, C.D.P. Baxter, Kathryn Moran, Hans Vaziri, Raja Narayanasamy, 2010. "Empirical Relationship between Strength and Geophysical Properties for Weakly Cemented Formations", Journal of Petrol. Sci. and Engg. Vol. 72, pp. 134-142.

9. Nouri, A., Kuru, E. and Vaziri, H. (2009) Elastoplastic Modelling of Sand Production Using Fracture Energy Regularization Method, Journal of Canadian Petroleum Technology, 48, (4): 64-71.

10. Vaziri, H., Nouri, A., Knut, H. and Wang, J. (2008) Computation of Sand Production in Water Injectors. SPE Production & Operations, 23 (4).

11. Nouri, A., Vaziri, H., Belhaj, H. and Islam, M.R. (2007) Comprehensive Transient Modeling of Sand Production in Horizontal Wellbores. SPEJ, 12 (4): 468-474, December.

12. Nouri, A., Vaziri, H., Kuru, H., Belhaj, H. and Islam, M.R. (2007) Physical and Analytical Studies of Sand Production from a Supported Wellbore in Unconsolidated Sand Media with Single- and Two-Phase Flow. Journal of Canadian Petroleum Technology (JCPT), 46 (6): 41-48.

13. Vaziri, H., Robbie, A., Kidd, G., Bennett, C., Grose, T., Robinson, P. and Malyn, J. 2006.  Sanding: A Rigorous Examination of the Interplay Between Drawdown, Depletion, Start-up Frequency and Water Cut, SPE Production and Operations J.

14. Nouri, A., Vaziri, H., Belhaj, H., Islam, R. (2006) Sand-Production Prediction: A New Set of Criteria for Modeling Based on Large-Scale Transient Experiments and Numerical Investigation, SPE Journal, Vol. 11, No. 2, pp. 227-237.

15. Nouri, A., Vaziri, H., Kuru, E., Islam, R. (2006) A Comparison of Two Sanding Criteria in a Physical and Numerical Modeling of Sand Production. Journal of Petroleum Science and Engineering, Vol 50, pp. 55-70.

16. Nouri, A., Vaziri, H., Belhaj, H., Shomakhi, N., Butt, S., Donalds, A., Islam, R. (2005) Physical Modeling of Sand Production from a Supported Wellbore in Weakly Consolidated Sandstone. Geotechnical Testing Journal (ASTM), Vol. 28, No. 5.

19

17.  Palmer, I., McLennan, J., Vaziri, H., Vorpahl, D. 2005.  A recent Gulf of Mexico Cavity Completion.  SPE J Drilling and Completions, Vol 20, #3, 219 - 223.

18.  Vaziri, H. and Sitharam, R.  2003.  Centrifuge modeling to understand sand production and its impact on flow improvement.  PetroMin, Vol 29, #10, Dec issue, 37 – 43.

19.  Vaziri, H., Xiao, Y. and Palmer, I.  2003.  Assessment of several sand prediction models with particular reference to HPHT wells.  SPE J. of Petroleum Technology, March 2003.

20.  Vaziri, H.H., Y. Xiao, C. Coles, M.R. Islam, 2003.  "Significant boost in primary production via sand production induced channeling under cap rock", J. Pet. Sci. Eng.

21.  Vaziri, H. and Jalali, J. 2003. Modeling of seepage-induced wellbore cavitation and its interaction with the reservoir cap rock–Int. J. of Anal and Num Meth in Geomech.

22.  Vaziri, H. and Y. Xiao. 2003.  Numerical Evaluation of Geomechanical Parameters Affecting Productivity Index in weak rock formations, Part 1:  Theoretical Model.  J. Can Petrol. Tech, Vol 42, No. 12, 27-31.

23.  Vaziri, H. and Y. Xiao.  2003.  Numerical Evaluation of Geomech Parameters Affecting PI .., Part 2:  Field Application.  J. Can Petrol. Tech, Vol 42, No. 12, 33-38

24.  Vaziri, H.H., Xiao, Y., Lemoine, E., Islam, M.R.. 2003, "Physical modeling study of the influence of shale interbeds and perforation sequence ." Journal of Petroleum Science and Engineering, Vol. 37, Nos 1-2.

25.  Nouri, A., H. Vaziri, M. M. Al-Darbi, and M. R. Islam, 2002"A New Theory and  Methodology for Modeling Sanding during oil production", J. Energy Sources,  Vol. 24, No. 11: 995-1007, November 2002.

26.  Nouri, A., A. Komak Panah, A. Pak, M. M. Al-Darbi, H. Vaziri., and M. R. Islam, 2002 "Evaluation of hydraulic fracturing pressure in a porous medium by using the finite element method", J. Energy Sources, vol. 24, No. 8: 715 - 724, August 2002.

27.  Nouri, A., H. Vaziri, M. M. Al-Darbi, and M. R. Islam, 2002 "Deflection criteria for numerical assessment of the sand production potential in an openhole completion", J. Energy Sources, vol. 24, No. 7: 685- 702, 2002.

28.  Vaziri, H., Y. Xiao, M. R. Islam and A. Nouri, 2002 "Numerical modeling of seepage-induced sand production in Oil and Gas Reservoirs", J. Pet. Sci. Eng., Vol. 36, No. 1: 71-87.

29.  Vaziri, H., Lemoine, E. and Y. Xiao.  2002.  Quantification of sand production induced improvement in productivity index.  Oct issue, Canadian Geotechnical Journal.

30.  Paez, J., Vaziri, H., Islam, M.R., 2002.  "Selection and optimization of low dosage inhibitors", Energy Sources

31.  Ghanei, M., Vaziri, H., Islam, M.R., 2002.  "The application of a continuous three-dimensional solubility parameter in modeling asphaltene precipitation", J. Pet. Sci. Eng.

32.  Muntasser Z.M., Al-Darbi M.M., Vaziri, H., Islam M.R. 2002. "Prevention of Corrosion in a Harsh Environment Using Zinc Primer" Energy Sources.

33.  Genyk, R., Ara, T., Malik, Q., Vaziri, H., and Islam, M.R., 2002, "Experimental and Mathematical Modeling of Ultrasonic treatments for breaking oil-water emulsions", Energy Sources.

34.  Ara, T. S., Talabani, S., Vaziri, H. H., Islam, R., 2002. "In-Depth Investigation of the Validity of the Archie Equation in Carbonate Rocks", J. Pet. Sci. Eng.

35.  M.Z. Saghir, H. Vaziri, M.R. Islam, 2001. "Heat and Mass Transfer Modeling of Fractured Formations", Int. J. Comput. Fluid Dynamics, Vol 15, No. 4, 279-292.

36.  Vaziri, H., Jalali, J.S., Islam, M.R., 2001. An analytical model for stability analysis of rock layers over a circular opening. Int. J. Solids and Structures, vol. 38, 3735-3757.

37.  Paez, J., Blok, R., H. Vaziri, M.R., Islam, 2001 "Problems in hydrates: Practical Recommendations", J. Pet. Tech., Oct., 2001.

38.  Vaziri, H., Jalali, J., and Islam, R.  2001.  An analytical model for stability analysis of cap-rock covering a circular opening. Int. J. of Solids and Structures, Vol 37, 14, 1022 – 1038.

39.   Vaziri, H., Islam, R., Hurley, S. and Phillips, R.  2001.  Experimental and numerical investigation of the influence of cavitation and wormholes on productivity.  J. Pet. Sci. Eng.

40.   Saghir, M.Z., H. Vaziri, and Islam, M.R., 2001, "Comprehensive Modeling of Fractures in a Porous Medium", J. of Can. Pet. Tech.

41.   Saghir, M.Z., Vaziri, H. and Islam, R.  2001.  Viscous fingering in a rotating porous medium. J. Pet. Sci. Eng.

42.   Ghanei, M., Vaziri, H., Islam, M.R., 2001. Application of continuous 3-d solubility parameter distribution for modeling asphaltenes phase behavior. Accepted, J. Pet. Sci. Eng.

43.   J. E. Paez , R. Blok, H. Vaziri, and M.R. Islam, 2000, "Problems in Gas Hydrates: Formation Mechanisms and Elimination Methods", Energy Sources, May-June.

44.   Vaziri, H. and Palmer, I.  1998.  Evaluation of Openhole Cavity Completion Technique in Coalbed Methane Reservoirs.  Int. J. of Rock Mech. and Mining & Geomech. Abs, Vol 35, No. 4/5.

45.   Vaziri, H. and Wang, X.  1998.  Pore fluid stiffness and density effects on soil response. J. of Mathematical Modeling and Scientific Computing, Volume 6, Principia Scientia Int. Pub.

46.   Vaziri, H., Thallak, S. and Phillips, R.  1998. Centrifuge Tests to Identify Mode of Sand Production and its Effect on Production.  Int. J. of Rock Mech. and Mining & Geomech. Abst, Vol 35, No. 4/5.

47.   Wang, X. and Vaziri, H.  1998.  Theoretical assessment of the effects of chamber stiffness in physical model tests. J. of Math Modeling and Scient Comp, # 6, Princip. Scient. Int. Pub.

48.   Vaziri, H., Wang, X. and Palmer, I.  1997.  Well-bore completion technique and geotechnical parameters influencing gas production. Canadian Geotechnical Journal, 34: 87-101.

49.   Vaziri, H., Wang, X., Palmer, I., Khodaverdian, M. and McLennan, J.  1997.  Back analysis of coalbed strength properties from field measurements of well-bore cavitation and methane production.  Int. J. of Rock Mech. and Mining & Geomech. Abst., Vol 34, No. 6, 963-978.

50.   Vaziri, H.  1997.  Discussion of the parameters influencing the response of flexible retaining walls.  Canadian Geotechnical Journal, Vol 34, 166-167.

51.   Vaziri, H., Phillips, R. and Hurley, S.  1997.  Physical Modelling of Sand Production.  Int. J. of Rock Mech. and Mining & Geomech. Abst., 34:3-4, Paper No. 323

52.   Khodaverdian, M., McLennan, J., Palmer, I. & Vaziri, H.  1996.  Coalbed cavity completion analysis suggests improvements.  GasTIPS, Drilling & Completion, Vol. 2, # 1, Gas Research Inst Pub, 22-30.

53.   Vaziri, H.  1996.  A Simple Numerical Model for Analysis of Propped Embedded Retaining Walls.  Int. J. of Solids Structures, Vol 33, 16, 2357 - 2376.

54.   Vaziri, H.  1996.  Numerical study of parameters influencing the response of flexible retaining walls.  Canadian Geotechnical Journal, Vol 33, 2, 290 – 308 (received honorable mention for Quigley Award by the Can Geot Society).

55.   Vaziri, H.H.  1996.  Theory and Application of a Fully Coupled Thermo-Hydro-Mechanical Reservoir Simulator. Int. J. of Computers and Structures, Vol 61, No. 1, 131 - 146.

56.   Palmer, I, Vaziri, H, Khodaverdian, M, McLennan, J & Prasad, K.  1995.  Completions and Stimulations for Coalbed Methane Wells. SPE J. of Petrol. Tech, SPE 30012, 973-986.

57.   Palmer, I. and Vaziri, H.  1995.  Modeling of openhole cavity completions in coalbed methane wells.  In Situ, Vol 19, No. 3, 275-298.

58.   Vaziri, H.  1995.  Theory and Application of an Efficient Computer Program for Analysis of Flexible Earth-Retaining Structures. Int. J. of Computers & Structures, Vol 56, No. 1, 177-187.

59.   Vaziri, H.  1995.  Impedance Functions of Piles, Discussion. Journal of Geotechnical Engineering, ASCE, Vol 121, #2.

60.   Vaziri, H.  1995.  Analytical and Numerical Procedures for Analysis of Flow-Induced Cavitation in Porous Media.  Int. J. of Computers & Structures, Vol 54, No. 2, 223-238.

61.   Vaziri, H. and Christian, H. 1994.  Application of Terzaghi's Theory to Nearly Saturated Soils.  Canadian Geotechnical Journal, Vol 31, No 2, 311-317.

62.   Vaziri, H.  1994.  Impedance functions to model boundary zones with non-reflection interface properties.  Int. Journal of Computers and Structures, Vol. 50, No. 2, 263 - 272.

63.   Vaziri, H. and Wang, X.  1993.  Analytical solution for the expansion of a cavity in a Mohr-Coulomb material.  Int. Journal of Computers and Structures, Vol. 48, No. 5, 961-963.

64.   Vaziri, H. and Han, Y.C. 1993.  Impedance Functions of Piles in Inhomogeneous Media.  Journal of Geotechnical Engineering, ASCE, Vol. 119, No. 9, 1414-1430.

65.   Settari, A., Ito, Y. Fukashima and Vaziri, H. 1993.  Geotechnical Aspects of Recovery Process in Oil Sands.  Canadian Geotechnical Journal, Vol 30, No. 1, 22-33.

66.   Xie, J. and Vaziri, H.  1993.  A numerical model for analysis of flexible beam-columns on elastic foundations. Int. J. of Computers and Geotechnics, 13, 51-62.

67.   Vaziri, H. 1993. Theory of A Two-step Iterative Technique to Nonlinear Boundary Value Problems.  Journal of Microcomputers in Civil Engineering, 6, 257-261.

68.   Vaziri, H. and Xie, J. 1992.  Buckling of columns under variably distributed axial loads.   Int. Journal of Computers & Structures, Vol. 45, No. 3, 505-509.

69.   Vaziri, H. 1992.  A semi analytical approach to elasto-plastic analysis of hollow spheres.  Int. Journal of Computers & Structures, Vol. 44, No. 6, 1235-1238.

70.   Vaziri, H. and Han, Y. 1992.  Nonlinear vibration of pile groups under lateral loading. Canad. Geot. J., Vol. 29, No. 4, 702-710.

71.   Vaziri, H. and Troughton, V. 1992.  An efficient three-dimensional soil-structure interaction model.  Can. Geot. J., Vol 29, No. 4, 529-538.

72.   Vaziri, H. 1992.  Elasto-Plastic Response of Hollow Spheres Under Uniform Pressures.  Int. Journal of Computers & Structures, Vol 43, No. 1, 125-128.

73.   Han, Y.C. and Vaziri, H. 1992.  Dynamic Response of Pile Groups Under Lateral Loading.  Journal of Soil Dynamics and Earthquake Engineering, Vol 11, No. 2, 87-99.

74.   Xie, J.R. and Vaziri, H. 1991.  Vertical Vibration of Nonuniform Piles.  The Journal of Engineering Mechanics, ASCE, Vol. 117, No. 5, 1105 - 1118.

75.   Vaziri, H. 1991. Theory of A Two-step Iterative Technique to Nonlinear Boundary Value Problems.  Journal of Microcomputers in Civil Engineering, 6, 257-261.

76.   Vaziri, H. and Han, Y. 1991.  Full-Scale Field Studies of Dynamic Response of Piles Embedded in Partially Frozen Soils. Canadian Geotechnical Journal, Vol 28, No. 5, 708-718.

77.   Srithar, T., Byrne, P.M. and Vaziri, H. 1991.  Consolidation Analysis of Oil Sand Masses Under Applied Temperature Changes. Can. Geot. Journal, 27, 752-760 & 28, No. 4, 638 (for correction).

78.   Vaziri, H. and Xie, J.R. 1991. A Methodology for Computing the Response of Non-Uniform Piles to Vertical Vibrations.  Int. Journal of Computers and Structures, Vol 40, No. 3, 635-650.

79.   Vaziri, H. and Byrne, P.M. 1990.  Numerical Analysis of Oil Sand Under Non-Isothermal Conditions.  Canadian Geotechnical Journal, 27, 802 - 812.

80.   Vaziri, H. and Xie, J.R. 1990.  A New Method for Analysis of Axially Loaded Piles in Nonlinear Soils.  Int. Journal of Computers and Geotechnics 10, 149 - 159.

81.   Vaziri, H. and Byrne, P.M. 1990.  Analysis of Stress, Flow and Stability Around Wellbores.  Geotechnique 40, No. 1, 63 - 77.

82.   Vaziri, H. 1989. Discussion of Geotechnical Engineering Beyond Soil Mechanics-A Case Study.  Canadian Geotechnical Journal, Vol. 26, No. 4, 766 - 768.

83.   Vaziri, H. 1988.  Coupled Fluid Flow and Stress Analysis of Oil-Sands Subject to Heating.  The Journal of Canadian Petroleum Technology, Vol. 27, No. 5, 84 - 91.

84.   Vaziri, H. 1988.  Theoretical Analysis of Stress, Pressure, and Formation Damage During Production.  The Journal of Canadian Petroleum Technology, Vol. 27, No. 6, 111 - 117.

85.   Vaziri, H., Simpson, B. and Pappin, J. 1981.  Integrated form of Mindlin's Equations.  Geotechnique, 31, No. 4.

**Conference Papers**

1.   Azadbakht, S., Nouri, A., Vaziri, H. and Chan, D. (2012) A Numerical Model for Predicting the Rate of Sand Production in Injector Wells, SPE 156394, presented in the SPE Drilling and Completion Conference, Galveston, Texas, 8 pages.

2.   Y.  Xiao and H. Vaziri (2011)  Import of strength degradation process in sand production prediction and management.  American Rock Mechanics Association, 45th US Rock Mech Symp, San Francisco.

3.   M.S. Ravi Sharma, Christopher D.P. Baxter, Kathryn Moran, Hans Vaziri, Raja Narayanasamy, 2011. "Strength prediction of weakly cemented sands from geophysical logs", 7th International Offshore Site Investigation and Geotechnics Conference, Sep 12-14, 2012, Royal Geographical Society, London. (abstract accepted)

4.   Nouri, A., Wang, X. and Vaziri, H. (2008) A review of Sand Production Mechanisms in Cold Heavy Oil Production. paper CIPC 2008-207  presented at 9th Canadian International Petroleum Conference (CIPC), Calgary, Alberta, June..

5.   Belhaj, H. and Nouri, A. (2007) Reservoir Rock Behavior Pre- and Post- Pore Collapse during Production. paper SPE 11657, International Petroleum Technology Conference, Dubai, Dec.

6.   Nouri, A., Kuru, E. and Vaziri, H. (2007) Enhanced Modeling of Sand Production through Improved Deformation and Stress Analysis. paper CIPC 2007-172  presented at 8th Canadian International Petroleum Conference (CIPC), Calgary, Alberta, June.

7.   Vaziri, H., Nouri, A., Knut, H. and Wang, J. (2007) Computation of Sand Production in Water Injectors. paper SPE 107695, The European Formation Damage Conference held in Scheveningen, The Netherlands, 30 May–1 June.

8.   Nouri, A., Vaziri, H. and Kuru, E. (2006) Numerical Investigation of Sand Production under Realistic Reservoir/Well Flow Conditions. paper CIPC 2006-093, Canadian International Petroleum Conference, Calgary, June.

9.   Nouri, A., Vaziri, H., Kuru, E. and Islam, M.R. (2005) A Laboratory Study of the Effect of Installation of Reticulated Expandable Liners on Sand Production in Weakly Consolidated Sandstone Formations. paper SPE 96151, SPE ATCE, Dallas, TX, OCT 05.

10.   Nouri, A., Vaziri, H., Kuru, E. and Islam, M.R. (2005) Sand Production Prediction in Oil Wellbores:  A Set of Criteria for Design of Reticulated Expandable Completion Techniques Based on Large-Scale Transient Experiments. paper CIPC 2005-156, Canadian International Petroleum Conference, Calgary, June.

11.   Nouri, A., Prior, D., Vaziri, H., Taheri, F. and Islam, M.R. (2005) A Novel Petroleum Well Completion Technique. Proceeding of the First International Conference on Modeling, Simulation and Applied Optimization, Sharjah, U.A.E., February.

12.   Nouri, A., H. Vaziri, E. Kuru.  2005.  "Examination of Conditions Resulting in Development of Wormholes in Heavy Oil Reservoirs", 2005 SPE International Thermal Operations and Heavy Oil Symposium, NOV-05, Calgary, Canada

13.   Nouri, A., H. Vaziri, E. Kuru. 2005.   "Numerical Investigation of Sand Production Under Realistic Reservoir/Well Flow Conditions", 2005 SPE Annual Technical Conference and Exhibition, Dallas, TX

14. Stein, M.H., Chitale, A.G., Collarini, Asher, G., Vaziri, H., Sun, Y., Colbert, J.R., Gonzalez, F.A. 2005. Integrated Sand and Erosion Alarming on NaKika, Deepwater Gulf of Mexico, SPE 95516, Annual Tech Conf.

15. A. Nouri, H. Vaziri, E. Kuru, R. Islam. 2005. "Sand Production Prediction in Oil Wellbores: A Set of Criteria for Design of Reticulated Expandable Completion Techniques Based on Large-Scale Transient Experiments", Canadian International Petroleum Conference, paper #2005-156, Calgary.

16. Vaziri, H., Robbie, A., Kidd, G., Bennett, C., Grose, T., Robinson, P. and Malyn, J. 2004. Sanding: A Rigorous Examination of the Interplay Between Drawdown, Depletion, Start-up Frequency and Water Cut, SPE 89895, Annual Tech Conf, Houston

17. Nouri, A., H. Vaziri, H. Belhaj, R. Islam. 2004. "Sand Production Control: A New Set of Criteria for Modeling Based on Large Scale Transient Experiments and Numerical Investigation", SPE 90273, SPE Annual Tech Conf, Houston.

18. Vaziri, H. 2004. A new approach to sand modeling unlocks the key to Production and Completion integration and optimization. SPE 1st European Sand Management Forum, March 04, Aberdeen, UK.

19. Palmer, I., McLennan, J., Vaziri, H., Vorpahl, D. 2004. A recent Gulf of Mexico Cavity Completion. SPE 86462, SPE Formation Damage Control, Lafayette, Louisiana.

20. Vaziri, H. 2004. Integrated soil and rock mechanics: a major step towards consistent and improved sand production prediction and management. Invited Keynote Lecture, N. Amer Rock Mech, Gulf Rocks 2004, Houston.

21. Willson, S., Vaziri, H., and Crook, A. 2003. Computational Modeling of the Interaction Between Weak Support Systems and Reservoir Sandstones. 12th Panam Con for Soil Mech & Geotech Engrg

22. Palmer, I., Vaziri, H., Willson, S, Moschovidis, Z., Cameron, J and Ispas, I. 2003. Predicting and managing sand production: A new strategy. SPE 84500, SPE Annual Technical Conference, Denver, November 2003.

23. Vaziri, H. 2003. Best Practice in Sand Management. Best Practice in Sand Control Reliability and Selection. Invited Lecture, Best Practice in Sand Control Reliability and Selection. IQPC (Professionally Organized Group in UK), Houston, TX, March 2003

24. Nouri, A., H. Vaziri, H. Belhaj, R. Islam, "Comprehensive Transient Modeling of Sand Production in Horizontal Wellbores", SPE 84500, SPE Annual Technical Conference, Denver, November 2003.

25. Ian Palmer, Hans Vaziri, Stephen Willson, Zissis Moschovidis, John Cameron, Ion Ispas. Predicting and Managing Sand Production: A New Strategy. SPE Annual Technical Conf, SPE 84499. Denver, 2003

26. Belhaj, H. A., K. R. Agha, A. Nouri, S. D. Butt, H. Vaziri, and M. R. Islam, "Numerical Simulation of Non-Darcy Flow Utilizing the New Forchheimer's Diffusivity Equation", SPE 81899, Proc. Middle East Oil Show, Bahrain, April 2003.

27. Nouri, A., H. Vaziri, H. Belhaj, R. Islam, "A Comprehensive Approach for Modeling Sanding During Oil Production", SPE 81032, Proc. SPE Latin American and Caribbean Petroleum Engineering Conference, , April 2003.

28. Belhaj, H. A., K. R. Agha, A. Nouri, W. J. Philips, H. Vaziri, and M. R. Islam, "Numerical and Experimental Modeling of Non-Darcy Flow in Porous Media", SPE 81037, Proc. SPE Latin American and Caribbean Petroleum Engineering Conference, April 2003.

29. Nouri, A., H. Vaziri, H. Belhaj,  M. R. Islam, "Effect of Volumetric Failure on Sand Production in Oil-WellBores", SPE 80448, Proc. SPE Asia Pacific Oil & Gas Conference and Exhibition,  Jakarta, Indonesia, Accepted, April 2003.

30. Belhaj, H. A., K. R. Agha, A. Nouri, S. D. Butt, M. R. Islam, and H. Vaziri, "Numerical Modeling of Forchheimer's Equation to Describe Darcy and Non-Darcy Flow in Porous Medium System", SPE 80448, Proc. SPE Asia Pacific Oil & Gas Conference and Exhibition,  Jakarta, Indonesia, April 2003.

24

31. Nouri, A., Donald, A., Frempong, P., Butt, S., Vaziri, H., Islam, R. (2003) Using Acoustic Measurements in Evaluating Pore Collapse Occurrence and Associated Sand Production. Canadian Society for civil Engineering 31st Annual Conference, June.

32. Nouri, A., Komak Panah, A., Pak, A., Vaziri, H., and Islam, R. (2003) Numerical Evaluation of Hydraulic Fracturing Experiments. Canadian Society for civil Engineering 31st Annual Conference, June

33. Belhaj, H. A., A. Nouri, H. Vaziri, S. D. Butt and M. R. Islam, "Experimental Determination of the Effect of Pore Collapse on Permeability and Porosity of Sandstone Reservoirs", Proc. PAPG.SPE Annual Technical Conference, Islamabad, Pakistan, November 2002.

34. Nouri, A., A. Donald, P. Frempong, S. Butt, H. Vaziri, M. R. Islam, "Using Acoustic Measurements in Evaluating Pore Collapse Occurrence and Associated Sand Production", Canadian Society for civil Engineering 31st Annual Conference, June 2003.

35. Nouri, A., A. Komak Panah, A. Pak, H. Vaziri, and M. R. Islam, "Numerical Evaluation of Hydraulic Fracturing Experiments", Canadian Society for civil Engineering 31st Annual Conference, June 2003.

36. Vaziri, H. 2002. Best Practice in Sand Prediction. Invited Lecture, Best Practice in Sand Control: Reliability and Selection, IQPC (Professionally Organized Group in UK), Houston, TX, July 2002

37. Vaziri, H., Barree, R., Xiao, Y., Palmer, I. and Kutas, M. 2002. What is the Magic of Water in Producing Sand? SPE Annual Technical Conf, SPE 77683, San Antonio, TX.

38. H. Belhaj, A. Nouri, H. Vaziri, M.R. Islam, 2002, "Experimental Modeling of Matrix/Fracture Flow in Sandstone Reservoirs", Proc. SPE Annual Technical Conference, Islamabad, Nov., 2002.

39. Vaziri, H., Xiao, Y. and Palmer, I. 2002. Assessment of several sand prediction models with particular reference to HPHT wells. SPE/ISRM OilRock 2002, SPE 78235, Irvine, TX.

40. Vaziri, H. 2001. A new methodology for predicting sand volume and its validation in HPHT wells. SPE ATW workshop on Sand Management, San Antonio, Nov 2001.

41. Ara, T., S. Talabani, H. Vaziri, M.R. Islam, 2001. "In-depth investigation of the validity of the Archie equation", SPE paper no. 67204, SPE Symposium on Production Operations, Oklahoma City, March.

42. Muntasser, Z., H. Vaziri, M.R. Islam, 2001. "Prevention of corrosion in a harsh environment", SPE paper no. 67249, SPE Symposium on Production Operations, Oklahoma City, March.

43. Paez, J., Blok, R., H. Vaziri, M.R. Islam, 2001. "Problems in hydrates: Practical Recommendations", SPE paper no. 67322, SPE Symposium on Production Operations, Oklahoma City, March.

44. Paez, J., Vaziri, H., Islam, M.R., 2001. "Selection and optimization of low dosage inhibitors", SPE paper no. 67323, SPE Symposium on Production Operations, Oklahoma City, March.

45. Soleimaninazar, A., Vaziri, H., Islam, M.R., 2001. "Experimental and mathematical modeling of wax deposition", SPE paper no. 67328, SPE Symposium on Production Operations, Oklahoma City, March.

46. Ghanei, M., Vaziri, H., Islam, M.R., 2001. "The application of a continuous three-dimensional solubility parameter in modeling asphaltene precipitation", SPE paper no. 67329, SPE Symposium on Production Operations, Oklahoma City, March.

47. Paez, J. E., Blok R., Vaziri H., Islam, R., 2001. "Problems in Gas Hydrates: Practical Guidelines for Field Remediation" SPE paper 69424, SPE LACPEC 2001, March, Buenos Aires.

48. Ghanei, M., Edalat, M., Vaziri, H. H., Islam, R., 2001. "The Non-Regular Solubility Parameter Term for Predicting Onset and Amount of Asphaltene Precipitation" SPE paper 69329, SPE LACPEC 2001, March, Buenos Aires.

49. Nazar, S., Dabri, B., Vaziri, H., and Islam, R., 2001. "Measurement and Modeling of Wax Deposition in Crude Oil Pipelines" SPE paper 69425, SPE LACPEC 2001, March, Buenos Aires.

50. Nouri, A., Panah, A. K., Islam, R., Pak A., Vaziri, H. 2001, "Numerical Evaluation of Hydraulic Fracturing Experiments" CSChE Annual Conference, Halifax, Oct, 2001.

51.  Muntasser, Z. M., Al-Darbi, M., Vaziri, H., Islam, R., 2001 "Coating Performance Under Marine Environment" CSChE Annual Conference, Halifax, Oct, 2001.

52.  Muntasser, Z., Al-Darbi, H. Vaziri, M., Islam, R., 2001. "Coatings performance under marine environment", CIM Conference, Oct., Halifax, 2001.

53.  J. E. Paez, R. Blok, H. Vaziri, M. R. Islam, 2001. "Selection And Optimization of Low-Dosage Inhibitors as Applied in Gas Hydrate Control", CIM, Oct., Halifax, 2001.

54.  Muntasser Z.M., Al-Darbi M.M., Vaziri, H., and Islam M.R. "Microbiological Influence Corrosion Prevention using coatings", CIM Conference, Oct., Halifax, 2001.

55.  Muntasser Z.M., Al-Darbi M.M., Vaziri, H., Islam M.R. 2001. "Prevention of Corrosion in a Harsh Environment Using Zinc Primer", CIM Conference, Oct., Halifax, 2001.

56.  Nouri, A., Vaziri, H., Islam, R., 2001.  "Numerical modelling of depletion induced sanding", CIM Conference, Oct., Halifax, 2001.

57.  Nouri, A., Vaziri, H., Al-Darbi, M. M., Islam, R., 2001. "A New Theory and Methodology for Modeling Sand Production" Mediterranean Petroleum Conference, Tripoli, Libya, to be presented in Jan., 2002.

58.  Muntasser Z.M., Al-Darbi M.M., Vaziri, H. & Islam M.R. 2001. "Coating Performance under marine environment," NACE Conference, Corrosion 2002, April (7-12), Denver, Colorado.

59.  Muntasser Z.M., Al-Darbi M.M., Vaziri, H. & Islam M.R. 2001.  "Microbiological Influence Corrosion Prevention using coatings", NACE Conference, Corrosion 2002, April (7-12), Denver, Colorado.

60.  Vaziri, H., Lemoine, E., Palmer, I. and Islam, R. 2001.  Influence of perforations and inhomogeneity on the mode and magnitude of sand production. 38th Rock Mechanics Symposium, Washington DC.

61.  Vaziri, H., Islam, R. Ma, S. and Zhao, Z.  2000.  A Unified Model For Seepage- And High Compressive-Induced Sand Breakup Around Deep Reservoir Wells.  5th Int. Conf on Computational Structures Technology; Leuven, Belgium:  6-8 September 2000.

62.  Saghir, M.Z., Vaziri, H., and Islam, M.R., 2000, "Viscous Fingering in a Rotating Porous Medium", Proceeding of the Fourth International Workshop on Material Processing at High Gravity, L.L. Regel and W.R. Wilcock, eds., Portdam, NY.

63.  Vaziri, H. and Lemoine, E.  2000.  Numerical Evaluation of Geomechanical Parameters Affecting Productivity Index in Weak Rock Formations.  4th North American Rock Mechanics Symposium, Seattle, Washington, July 2000.

64.  Vaziri, H., Lemoine, E., Palmer, I., McLennan, J. and Islam, R. 2000.  How Can Sand Production Yield a Several-Fold Increase in Productivity:  Experimental and Field Data.  SPE 63235, Annual Technical Conf, Dallas, Oct 2000.

65.  Palmer, I., McLennan, J. and Vaziri, H.  2000.  Cavity-Like Completions in Weak Sands.  SPE 58719, SPE International Symposium on Formation Damage Control, Lafayette, Feb 2000.

66.  Genyk, R., Ara, T., Malik, Q., Vaziri, H., and Islam, M.R., 2000, "Experimental and Mathematical Modeing of Ultrasonic treatments for breaking oil-water emulsions", paper no. 2000-87, Canadian International Petroleum Conference, Calgary, June.

67.  Saghir, M.Z., Vaziri, H., and Islam, M.R., 2000, "Comprehensive Modeling of Fractures in a Porous Medium", paper no. CIM 2000-86, Canadian International Petroleum Conference, Calgary, June.

68.  Saghir, M.Z., Vaziri, H. and Islam, R.  2000.  Rigorous modeling of fractures in a porous medium.  Petrol. Soc. of CIM, 51st Annual Tech. Meeting, Calgary, Canada, 12p

69.  Vaziri, H., Jalali, J. and Xiao, Y.  2000.  Stability Analysis of Flexible Rocks Spanning Over a Circular Cavity.  Annual Tech Can Geot. Conf, Montreal, Oct 2000.

70.  Vaziri, H. and Lemoine, E. 1999.  Experimental investigation of perforations on the mode of sand production. Petrol Soc. of CIM, Res Drill & Productn Engrg, Tech Annual Oil & Gas Conf, Halifax.

71.   Vaziri, H.  1999.  Analysis and prediction of cavitation-induced channeling under rigid cap-rocks and its profound influence in boosting production index.  Petrol Soc. of CIM, Tech Annual Oil & Gas Conf, Halifax (Keynote Lecture).

72.   Vaziri, H. and Lemoine, E. 1999.  Centrifuge study of shale interbeds on the mode of sand production.  Petrol Society of CIM, Reservoir Drilling & Production Engrg, Tech Annual Oil & Gas Conf, Halifax.

73.   Vaziri, H., Thallak, S., Phillips R., and Coles, C. 1998. Investigation of sand production mechanisms resulting in enhanced cold production. Kimura et al (eds), ISSMFE Centrifuge 98, Tokyo, Balkema.

74.   Vaziri, H., Wang, X., Ma, S. and Palmer, I. 1997. Numerical modeling of well-bore cavitation in coalbed methane reservoirs.  Int. Sym. on Num. Meth in Geomech NUMOG V, July 2-4, Montreal.

75.   Vaziri, H., Phillips, R., and Coles, C. 1997.  Centrifuge study of the impact of well-bore sand production on oil flow rate. Fourth Int. Conf. on Civil Engrg, Tehran, Iran.

76.   Vaziri, H., Wang, X. and Palmer, I.  1997.  Geomechanical analysis of mechanisms resulting in seepage-induced well-bore enlargement. Fourth Int. Conf. on Civil Engrg, Tehran, Iran; (Keynote Lecture).

77.   Vaziri, H. and Phillips, R.  1997.  Physical Modeling of Sand Production.  NYRocks '97:  36th U.S. Rock Mechanics Symposium.  June 29, Columbia University, New York.

78.   Vaziri, H., Wang, X. and Palmer, I.D.  1996. Study of parameters influencing gas production from enlarged cavity well-bores.  49th Canadian Geotechnical Conference, St. John's, NF, 521-528.

79.   Vaziri, H., Phillips, R. and Xiao, X.  1996.  Centrifuge modelling of sand production in wellbores.  49th Canadian Geotechnical Conference, St. John's, NF, 529-538.

80.   Vaziri, H., Phillips, R. and Xiao, X.  1996.  Centrifuge modelling of sand production in wellbores.  49th Canadian Geotechnical Conference, St. John's, NF, 529-538.

81.   Palmer, I, Khodaverdian, M, Vaziri, H, and Wang, X.  1996.  Mechanics of openhole cavity completions in coalbed methane wells.  2nd N. Amer Rock Mech Symp:  NARMS' 96, Montreal, Editors:  M. Aubertin, F Hassani and H. Mitri, Balkema, Rotterdam, 1089-1096.

82.   Vaziri, H, Wang, X. and Palmer I. 1996.  Study of mechanisms resulting in enhanced production induced by wellbore cavitation.  Int. Conf. on Flow Through Porous Media & its Application in Engrg, Kona, Hawaii, 24p (Keynote Lecture).

83.   Palmer, I, Vaziri, H, Khodaverdian, M, McLennan, J, Prasad, K, Edwards, P., Brackin, C, Kutas, M, Fincher, R. 1995. Completions and Stimulations for Coalbed Methane Wells.  SPE 30012, 13p.

84.   Khodaverdian, M, Vaziri, H, Palmer, I, McLennan, J., Wang, X.  1995.  Openhole Cavity Completion in Coalbed Methane Wells - Modeling of Field Data.  Proc. INTERGAS' 95, Tuscaloosa, Al, 237-246.

85.   Vaziri, H., Wang, X., Palmer, I.D., Khodaverdian, M. and McLennan, J.  1995.  Back analysis of coalbed strength and permeability properties from field measurements of wellbore cavitation and methane production. 48th Canadian Geotechnical Conference, Vancouver, BC, 737-744.

86.   Palmer, I, Vaziri, H, Khodaverdian, M,  McLennan, J.  1995.  Analysis of openhole cavity completions in the San Juan Basin.  SPE Conference, Bejing, China.

87.   Palmer, I.D. and Vaziri, H.  1994.  Modeling of openhole cavity completions in coalbed methane wells. Annual Tech Meeting of Soc. of Petroleum Eng, New Orleans, Sep 25-28, SPE28580, 8p.

88.   Vaziri, H.  1994.  Use of pre-calculated finite element flexibility matrix for analysis of soil-structure problems.  Int. Conf. on Comp. Meth. in Struct. and Geot. Engng, Hong Kong, 6p.

89.   Hubble, D.W., Kwok, C.M. and Vaziri, H.  1993.  Surcharging and monitoring of organic silt and hydraulic fill in the Bedford Basin.  4th Can. Conf. on Marine Geotech. Engrg, St. John's, 10 p.

90.   Vaziri, H. and Wang, X. 1992.  Application of a generalized critical-state model to investigate pressuremeter tests in the Beaufort Sea clay.  45th Can. Geot. Conf., Toronto, 10p.

91.   Kwok, C., Vaziri, H. and Hubble, D. 1992.  Settlement analysis of partially organic silty hydraulic fill.  45th

Canadian Geotechnical Conference, Toronto, 10p.

92.   Vaziri, H. and Han, Y. 1992.  Theoretical and experimental investigation of pile groups under linear and nonlinear vibration.  45th Canadian Geotechnical Conference, Toronto, 10p.

93.   Vaziri, H., Christian, H. and Pitman, T. 1992.  Generalized form of Terzaghi's consolidation solution.  45th Canadian Geotechnical Conference, Toronto, 10p.

94.   Settari, A., Ito, Y., Fukashima, N. and Vaziri, H. 1992.  Geotechnical Aspects of Recovery Process in Oil Sands.  44th Annual Can. Geot. Society Conference, Calgary, Alberta, 10p.

95.   Vaziri, H. and Han, Y. 1992.  Impedance functions to model boundary zones with non-reflection interface properties.  Numerical Methods in Geomech., NUMOG IV, Swansea, U.K, 8p.

96.   Han, Y. and Vaziri, H. 1991.  Dynamic response of pile foundations in frozen soils.  44th Annual Canadian Geotechnical Society Conference, Calgary, Alberta, 10p.

97.   Vaziri, H. and Xie, J.R. 1991.  Analytical Formulations and a Numerical Procedure for Analysis of Non-Uniform Piles Subject to Vibration.  Int. Conf. for Computer Methods and Advances in Geomechanics, Cairns, Aust., 8p.

98.   Vaziri, H. 1991.  Development and application of a three-dimensional numerical model for the analysis of earth retaining structures.  44th Can. Geot. Soc. Conf., Calgary, Alberta, 10p.

99.   Vaziri, H. 1990.  Numerically-Derived Stress, Strain, and Thermodynamic Properties of Athabasca Oil Sand.  Petroleum Society of CIM, 41st Annual Tech. Meeting, Calgary, 26-1 - 26-12.

100.  Vaziri, H. 1991.  An Efficient Numerical Procedure for the Analysis of Pile Vibration.  Eighth Int. Conf. in Math. and Comp. Methods, April 1-4, 1991, Maryland.

101.  Vaziri, H., 1990.  Mechanisms of Solids Influx in Oil Sand Formations.  40th Canadian Chemical Engineering Conference, Halifax, Canada, 22 p.

102.  Vaziri, H., 1990.  Fluid Flow and Mechanical Coupling in Particulate Beds.  40th Canadian Chemical Engineering Conference, Halifax, Canada, 27 p.

103.  Vaziri, H. 1990.  A Psuedo-Analytical Solution to the Dynamic Response of Nonuniform Piles.  13th Canadian Congress of Applied Mechanics.

104.  Vaziri, H.1990.  A Psuedo-Analytical Solution to the Static Response of Piles in Elasto-Plastic Soils.  13th Canadian Congress of Applied Mechanics.

105.  Vaziri, H., 1989.  A New Constitutive Stress-Strain Model to Describe the Geomechanical Behaviour of Oil Sands.  Petrol. Soc. of CIM, 40th Annual Tech. Meeting, Banff, Canada, 12p.

106.  Vaziri, H., 1989.  A Procedure for Analysing Seepage-Induced Collapse of Weakly-Cemented Formations.  The Int. Symposium of Rock Mechanics at Depth, Pau, France, 10p.

107.  Vaziri, H., 1988.  Numerical Analysis of Soil Stability Around Deep Wellbores.  6th International Conference on Numerical Methods in Geomechanics, Austria, 10p.

108.  Vaziri, H., 1988.  Formulations and a Methodology  for Computing the Response of Unsaturated Soils to Changes in Temperature.  6th Int. Conf. on Num. Methods in Geomech., Austria, 10p.

109.  Byrne, P.M. and Vaziri, H., 1988.  Model Test on Seismic Stability of an Approach Fill Embankment, Annacis Island Bridge Project in Vancouver, Canada.  Second International Conference on Case Histories in Geotechnical Engineering, St. Louis, Missouri, 10p.

110.  Vaziri, H., 1988.  A Methodology for Predicting Sand Failure Around Wellbores.  Petroleum Society of CIM, 38th Annual Technical Meeting, Calgary, Canada.

**BP Internal Publications**

7 Articles in Wellconnected Magazine and 2 Articles in the Frontier Magazine, all related to Sand Production Management

**Papers Submitted & In Review**

1.  Rahmati, H., Nouri, A., Vaziri, H. and Chan, D. (Submitted, Sept. 2012) DEM Simulation of Drilling Induced Fracture-like Breakouts, *Submitted to the International Journal of Numerical and Analytical Methods in Geomechanics*, 18 pages.

2.  Rahmati, H., Nouri, A., Chan, D., Vaziri, H., and Rahmati, E. (Submitted, Sept. 2012) Systematic Calibration Procedure for DEM Parallel-bond Models, *Submitted to the Journal of Soils and Foundations, 33 pages.*

3.  Azadbakht, S., Nouri, A., Vaziri, H. and Chan, D. (Submitted, June 2012) A Numerical Model for Predicting the Rate of Sand Production in Injector Wells, *Submitted to the SPE Journal, Also presented in the 2012 SPE Drilling and Completion Conference, Galveston, Texas.*

APPENDIX 3: PROSPER MODELING OF SANDFACE DRAWDOWN

**1.  Modeling Input**

1.1. Reservoir Pressure = 11,850 psi (as also used for sand production prediction)

1.2. Effective Permeability

I assumed an effective permeability of 238 mD based on well test interpretation analyses.

1.3. Skin Factor

Skin factor is a measure of a well's flow deviation from the ideal flow pattern under unhindered openhole conditions. A skin factor of zero means no deviation, whereas a positive skin factor requires a higher DD to achieve the same flow rate. A number of factors can cause deviation, including reservoir formation damage that could reduce permeability or a mechanical constraint associated with the type of completion used.

With reference to the Macondo well, although we do not have data indicating the level of formation damage, the mechanical constraint associated with the 7" casing liner is a measurable factor that forces the flow to go downward along the casing before it can flow into the well. There are also other constraints within the annular space, such as cement and failed reservoir rock.

Because of these uncertainties, we could not quantify skin factor and used a range of skin factors involving skin equal to 0, 5, 10 and 20.

1.4. Flowing Sand Interval Length

Considering the variations in reservoir flow characteristics and conditions within the annulus involving cement and other potential blockages associated with failed rock debris, we expect that the sand intervals contributing to flow into the well changed over time.  The most logical state is that immediately following the blowout, flow was limited to the bottom segment of the lower sandstone lobe. As flow constraints associated with cement and failed rock debris within the annular space were gradually removed, upper sand intervals started to participate in the flow. This progressive process of higher sand intervals contributing to flow was modeled by considering three flowing sand intervals equal to 10ft, 44ft and 88ft.

1.5. Flow Blockage at BOP

No flow blockage was considered in Prosper modeling.

**2.  Modeling Results**

The results based on Prosper modeling are shown in Figure 1. Change of DD with skin factor is presented in Figure 1 (a). For a given flowing interval length, the higher the skin factor, the

higher the DD. Figure 1 (b) presents the change in sandface DD with the flowing sand interval length. For a given skin factor, DD decreases with increase in flowing sand interval length.

To estimate DD for sand production prediction analysis, the two sandstone lobes are subdivided into approximate ten foot segments from the bottom of the lower sandstone lobe upward. Prior to addition of the subsequent segment, DD is assumed to be the same across the whole flowing interval.  Figure 1 (b) is used to determine the magnitude of DD.

Figure 2 shows the DD used under three different scenarios, Lower Bound, Base, and Upper Bound, largely corresponding to a skin factor of 0, 2.5 and 5, respectively.



(a) Variation of DD with skin factor



(b) Variation of DD with the flowing sand interval length

Figure 1. Prosper modeling results for a constant permeability of 245 mD.



Figure 2. Estimated DD used for the Lower Bound, Base and Upper Bound cases.

**APPENDIX F: DRILL PIPE BUCKLING AND BLIND SHEAR RAM OPERATIONAL ANALYSIS**

Prepared by Nigel Richardson, April 29, 2013

**CONFIDENTIAL**

## I.  INTRODUCTION

### A.  About CD-adapco

CD-adapco is the world's largest independent Computational Fluid Dynamics ("CFD") provider of engineering simulation software, support, and services.  CD-adapco employs over 700 people, working in 30 offices around the world.  We have over 30 years' experience delivering engineering simulation, and our services encompass a wide range of Computer Applied Engineering services in both CFD and Finite Element Analysis ("FEA").  More than 7,000 customers at 3,000 different companies use our software.

### B.  Background of Global Structural/Thermal – Worldwide Engineering Services Group

I am director of CD-adapco's Global Structural/Thermal Group.  The group has 30+ years of experience in the aerospace, automotive, oil & gas, and nuclear industries. Over half the employees in the global structural/thermal group have PhDs.

## II.  SCOPE OF WORK

I have been asked to analyze the effect, if any, of potentially buckled drill pipe on the ability of the blind shear rams (BSR) to cut the drill pipe and seal the Macondo well.  I simulated and compared the effects of both centered and off-centered pipe cutting in reaching my conclusions.

## III.  FINITE ELEMENT ANALYSIS & STUDY OF BSR OPERATION

I performed a FEA to analyze the effects, if any, of potentially buckled drill pipe on the ability of the BSR to cut the drill pipe and seal the well.

To simulate the boundary conditions at the Macondo well, I created a 3D finite element model using BSR rigid blade surfaces and a drill pipe segment.[32]  The drill pipe was fixed at the Upper Annular Preventer ("UAP") and radially restrained at the upper Variable Bore Ram ("VBR"), again consistent with actual conditions.



**Figure 3.1.1 Finite Element Model – BSR Operational Analysis**

To begin the modeling, I moved the BSR blades to an almost-touching position and applied an initial velocity of the blades of 20 m/s, as shown in Figure 3.1.2.[33]  I then used a friction coefficient of 0.05 to simulate contact between the blade surfaces and drill pipe, and I

---

[32] Specifically, I used ABAQUS version 6.12 for this assessment, along with eight node hexahedral solid element (C3D8 element type) for drill pipe and rigid shell elements for BSR blades.  I extracted the geometry from client-provided Cameron BSR assembly CAD data.

[33] Temperature/pressure gradient effects were not included in this analysis.

applied constant axial velocity (on Z axis) to move the BSR ram blades in the advance direction.[34]



| Case | Explicit Run Variables | | | | | | FEA Results | |
|---|---|---|---|---|---|---|---|---|
| | Material Model | Model Yield (ksi) | Blade Velocity (m/sec) | Mass Scale | Boundry | Drill Pipe Location | Max Shear Force (lbf) @ Male Blade | Pressure (Piston Area - 238 in2) |
| **Centered Pipe** | Johnson Cook w/ Ductile & Shear Damage | 135 | 20 | no | Axial (Z-axis) velocity applied to Both Blades | Center | 738,991 | 3,105 |

**Figure 3.1.2 Centered Pipe Cutting Analysis Results**

Generally, the surface of the blind shear ram blades is considered strong relative to deformable drill pipe. The FEA model simulated material (pipe) failure by ductile damage, shear damage, or a combination. Specifically, I used the Johnson-Cook material model with damage parameters for 4340 steel to model ductile damage and the ABAQUS model with shear damage parameters to model shear damage.

I first modeled a scenario with a centered drill pipe. The results were generally similar to those obtained by Cameron. Specifically, Cameron calculated a shear pressure of 3,008 psi, and

---

[34] The heat generation effect by plastic deformation and friction was not included in this analysis.

the FEA model predicted a shear pressure of 3,105 psi, or 3% higher.  As shown in Figure 3.1.3, when the drill pipe was centered and the BSR blades closed, the drill pipe deformed and folded over the lower sheared section.  Therefore, the centered drill pipe enabled the horizontal BSR sealing elements to connect with the lower ram block and form a seal as intended.



**Figure 3.1.3 Validation Model Result – Centered Drill Pipe**

Next, I modeled a scenario with an off-centered drill pipe.  The off-centered drill pipe was intended to simulate pipe displaced to the side of wellbore under the influence of an external buckling force.

| C | Explicit Run Variables | | | | | | FEA Results | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Material Model | Model Yield (ksi) | Blade Velocity (m/sec) | Mass Scale | Boundry | Drill Pipe Location | Max Shear Force (lbf) @ Male Blade | Pressure (Piston Area - 238 in2) |
| Off-Centered Pipe | Johnson Cook w/ Ductile & Shear Damage | 135 | 20 | no | Axial (Z-axis) velocity applied to Both Blades | Off-Center | 1,009,835 | 4,243 |



**Figure 3.1.4 Off-Centered Drill Pipe Cutting Analysis Results**



**Figure 3.1.5 Off-Centered Drill Pipe Cutting Results - Comparison to Recovered Pipe section**

The off-centered drill pipe model indicated that only two-thirds of the pipe was sheared, as shown in Figure 3.1.5.[35]   The remainder of the pipe was deformed outside of the blade surface.  The model established that there was a ~ 1.9 inch opening between the blocks and a ~ 0.8 inch opening between the side packers, as shown in Figure 3.1.6.  The blades did not fully seal.

---

[35] The model required maximum shearing force (RF$_{MAX}$) as the pipe was pressed between the outer faces of the ram blocks.



**Figure 3.1.6 Centered vs. Off-centered Drill Pipe Result Comparison**

## IV.   REFERENCES

1. Specification for Drill Pipe, API specification 5D, fifth edition, Oct 2001

2. Cameron Deepwater Horizon TL BOP Stack Operational and Maintenance Manual, CAM_CIV_0148046

3. DNV Final Report for United States Department of the Interior, Forensic Examination of Deepwater Horizon Blowout Preventer, Volume 1, Report No. EP030842, 20 March 2011

5. ABAQUS Version 6.12 Documentation, Dassault Systemes, 2012

6. Specification for Drill through Equipment, API specification 16A, third edition, June 2004

## APPENDIX 1: BSR OPERATIONAL ANALYSIS

## Loading Rates – Comparison of Shear Force, KE/IE Ratio



A pipe cutting process is difficult to simulate in its natural time scale (up to 30 seconds here) because it requires an excessive number of small time increments.   To simplify the modeling process, I used a higher loading rate (velocity) so that the same physical event occurs in a shorter time and the dynamic (inertial) effects remain insignificant.[36]  This simplification is appropriate because using a velocity of 20 m/sec resulted in a small change to the deformable

---

[36] Typically kinetic energy should remain within 10% of internal energy throughout most of the process for more reliable results.

pipe's kinetic energy (within approximately 5%) relative to the peak internal energy (IE) for most of process.

## Centered Pipe Loading Rate Effects on Cutting Operation



## Centered Pipe Loading Rate Effects on Sealing Operation



## Blade Deformation – Centered Pipe – Static Stress Analysis Results



## Blade Deformation – Off-Centered Pipe – Static Stress Analysis Results

*Sources: Utilized explicit analysis time points to perform blade deformation results. Please note that similar to 4340 SS material property utilized for analysis in absent of actual material of construction information for blades.*



12