# Attachment 2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL | ) | MDL NO. 2179 |
| BY THE OIL RIG | ) | |
| "DEEPWATER HORIZON" IN | ) | SECTION "J" |
| THE GULF OF MEXICO, ON | ) | |
| APRIL 20, 2010 | ) | JUDGE BARBIER |
| | ) | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VOLUME 1

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Deposition of SRDJAN NESIC, Ph.D., taken at Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 23rd day of July, 2013.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

|  |  |
|---|---|
| 1 | THE VIDEOGRAPHER:  This is the |
| 2 | deposition of Dr. Srdjan Nesic in regard to |
| 3 | the oil spill of the oil rig Deepwater |
| 4 | Horizon in the Gulf of Mexico on April 20th, |
| 08:29  5 | 2010.  Today's date is July 23rd, 2013.  The |
| 6 | time is 9:29 [sic] a.m.  We are now on the |
| 7 | record. |
| 8 | SRDJAN NESIC, Ph.D., |
| 9 | having been first duly sworn, testified as |
| 08:29 10 | follows: |
| 11 | E X A M I N A T I O N |
| 12 | BY MS. CROSS: |
| 13 | **Q.     Good morning, Dr. Nesic.** |
| 14 | A.     Good morning. |
| 08:29 15 | **Q.     I introduced myself off the** |
| 16 | **record, but I will do so again, here, on the** |
| 17 | **record.  My name is Anna Cross.  I work for** |
| 18 | **DOJ, and I represent the United States in** |
| 19 | **this matter.  With me is my colleague Erica** |
| 08:30 20 | **Pencak, also from DOJ, also representing the** |
| 21 | **United States.  Could you please state your** |
| 22 | **full name for the record?** |
| 23 | A.     My name is Srdjan Nesic. |
| 24 | **Q.     Do you have a middle name?** |
| 08:30 25 | A.     No. |

|       |    |                                                                 |
|-------|----|-----------------------------------------------------------------|
|       | 1  | **particle size since reviewing Dr. Bushnell's**                |
|       | 2  | **report; is that fair?**                                       |
|       | 3  | A.     That's correct.                                          |
|       | 4  | **Q.     And when you refer to it as an**                       |
| 08:45 | 5  | **omission, what do you mean?**                                 |
|       | 6  | A.     I should probably have used the                          |
|       | 7  | other word that I did mention in my previous                    |
|       | 8  | statement, and that is an inconsistency, that                   |
|       | 9  | I list in the report that I used 500 micron                     |
| 08:45 | 10 | sand particles, whereas in the files I gave                     |
|       | 11 | you, there is small -- there is a smaller                       |
|       | 12 | particle size, I believe it's 150.  Now, that                   |
|       | 13 | is an inconsistency rather than an omission.                    |
|       | 14 | An omission is, in a sense, I omitted to --                     |
| 08:45 | 15 | to use the right number that is consistent                      |
|       | 16 | with the files I gave you.  However, as I                       |
|       | 17 | said, there is two important qualifications                     |
|       | 18 | to that statement, one is that I already                        |
|       | 19 | mentioned and that is that bears no                             |
| 08:46 | 20 | consequence on the substance of my main                         |
|       | 21 | conclusions; and the other one is that we                       |
|       | 22 | have done simulations with various particle                     |
|       | 23 | sizes, 500 and 150 microns included.  And                       |
|       | 24 | when we handed those files over as support                      |
| 08:46 | 25 | for my opinions, we didn't match up what was                    |

```
           1    in the report with what the file -- what was
           2    in the files that were given.  That's --
           3    that's the omission that I refer to.
           4         Q.     When did you run simulations
08:46      5    using 500 microns?
           6         A.     Many times.  Throughout the
           7    period of -- of simulating the various
           8    scenarios and where we investigated the
           9    effect of particle size.  That was done on
08:47     10    numerous occasions in varied geometries.
          11         Q.     You're referring to the period
          12    of simulating the various scenarios.  What
          13    was that period?
          14         A.     If we go back over a year
08:47     15    probably is a fair, yet not perfectly precise
          16    period over which we did many, many different
          17    simulations using computational fluid
          18    dynamics and of looking at many different
          19    geometries and testing for the effects of
08:47     20    many different variables, and that's -- that
          21    whole, one big, long exercise included a
          22    change in the particle size, too.  It was
          23    over a year, to put it succinctly.
          24         Q.     Was -- were all of those
08:48     25    simulations run before you submitted your
```

Case 2:10-md-02179-CJB-DPC Document 11058-3 Filed 08/19/13 Page 6 of 17

23

|  |  |
|---|---|
| 1 | changed, for example, where we changed the |
| 2 | geometry or we varied a particular parameter |
| 3 | which showed an important effect. |
| 4 | When there were runs where |
| 08:50  5 | nothing much changed, say, we changed a |
| 6 | particular parameter, but nothing significant |
| 7 | came out as a consequence of that, we did |
| 8 | not -- we made a note of that behavior, but |
| 9 | we did not retain those runs because, as I |
| 08:50 10 | said, the files and just the logistics of |
| 11 | manipulating such -- such large files or |
| 12 | retaining it all was -- was not there. So we |
| 13 | did not have all the runs or files about all |
| 14 | the runs we did. Unfortunately, the files we |
| 08:50 15 | kept with respect to particle size was the |
| 16 | one with the different particle size to the |
| 17 | ones that are in the report. I never noticed |
| 18 | that when, obviously, I was providing the |
| 19 | files, because that was immaterial for -- for |
| 08:50 20 | the conclusions I reached. And with |
| 21 | hindsight I wish I hadn't done that, but that |
| 22 | happened. |
| 23 | **Q. Okay. So you don't have the** |
| 24 | **results of the simulations using 500 microns** |
| 08:50 25 | **that you ran prior to May 1, 2013?** |

Worldwide Court Reporters, Inc.
**PURSUANT TO CONFIDENTIALITY ORDER**

```
08:51

08:51

08:51

08:51

08:51
```

1    A.    No, I don't have.  We did look
2    for that, indeed, when this came to light.  I
3    went back, but I -- we didn't retain those.
4    We redid them, and they came up with, you
5    know, what we knew is -- is the case with the
6    same answers.
7         Q.    **You didn't produce any runs that**
8    **show, as you just testified, that particle**
9    **size was immaterial to the conclusions you**
10   **reached, did you?**
11        A.    We did not explicitly produce
12   any files that would demonstrate that, that
13   is correct.
14        Q.    **And by explicitly produced, what**
15   **do you mean?**
16        A.    Sorry, we did not produce, to
17   answer your question correctly.
18        Q.    **Okay.  You did not produce any**
19   **files that show that particle size is**
20   **immaterial to your opinion?**
21        MR. ROMAN:  Object to the form.
22        A.    No, although I can explain that,
23   but, no, we did not produce any files that
24   showed that.
25        Q.    **(BY MS. CROSS)  When were you**

```
 1    11.1 days?
 2         MR. ROMAN:  Object to the form.
 3         A.    In this sequence that's
 4    described by this -- this produced -- gifts
 5    here that are shown -- jpgs, I'm sorry.  Yes,
 6    that's right.
 7         Q.    (BY MS. CROSS)  Looking at
 8    Figure 10, you see in the -- the bottom
 9    image -- and we're still in Dr. Bushnell's
10    report.
11         A.    Oh.
12         Q.    So you're on the right page.
13    Figure 10 of Dr. Bushnell's rebuttal.
14         MR. ROMAN:  Figure 10.
15         A.    Oh, Figure 10.  Oh, yes, I see.
16         Q.    (BY MS. CROSS)  Figure 10 of
17    Dr. Bushnell's rebuttal report, there is a
18    spike that's coming out of that mesh, right?
19         A.    Yes.
20         Q.    What does that spike represent?
21         MR. ROMAN:  Object to the form.
22         A.    Well, that spike represents a
23    situation where clearly something physically
24    unrealistic has happened in -- in the FLUENT
25    simulation, where it actually shows up in the
```

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
|       | 1  | time stamp just above it, the one that's                 |
|       | 2  | shown as anim-107 in Figure 9 of Bushnell's              |
|       | 3  | report.                                                  |
|       | 4  | For reasons that we don't                                |
| 04:35 | 5  | understand fully because we haven't been able            |
|       | 6  | to delve into -- into how that's exactly                 |
|       | 7  | done, at some point in time in the transient             |
|       | 8  | simulation something strange happens and one             |
|       | 9  | gets physically unrealistic results like                 |
| 04:35 | 10 | this.  This would mean that somehow there was            |
|       | 11 | this massive blowout and -- and massive                  |
|       | 12 | erosion on the side, which makes no sense.               |
|       | 13 | Now, that happened typically --                          |
|       | 14 | and I used the No. 12 as -- as sort of an                |
| 04:36 | 15 | average.  Sometimes, depending on how big the            |
|       | 16 | time stamp was and how we adjusted those                 |
|       | 17 | other parameters in this transient                       |
|       | 18 | simulation, sometimes that happened a little             |
|       | 19 | earlier, sometimes it took -- it carried a               |
| 04:36 | 20 | little longer.                                           |
|       | 21 | For example, it happened so that                         |
|       | 22 | in this Figure 11 in Bushnell's report, we               |
|       | 23 | show a simulation where we were able to carry            |
|       | 24 | to 14 days where -- where there is that                  |
| 04:36 | 25 | bulge, and I -- from memory, that next day,              |

|  |  |
|---|---|
| 1 | that bulge just exploded like -- like it did |
| 2 | here.  So -- |
| 3 | MR. ROMAN:  When you say "here," you |
| 4 | mean what? |
| 04:36  5 | A.   (Continuing)  Like in figure 10. |
| 6 | So, in other words, there was a little bit of |
| 7 | success in pushing the boundaries beyond |
| 8 | that -- that average 12 days.  In some cases |
| 9 | we didn't have success and it exploded even |
| 04:36 10 | earlier.  So that's -- that's how that -- |
| 11 | that panned out. |
| 12 | **Q.    (BY MS. CROSS)  Okay.  And, now,** |
| 13 | **what Dr. Bushnell includes as Figure 11 is** |
| 14 | **Figure 30 from your expert report, right?** |
| 04:37 15 | A.    That's what he quotes.  I can |
| 16 | check, but that's probably true. |
| 17 | Yes. |
| 18 | **Q.    Okay.  The picture that reflects** |
| 19 | **the transient simulation at 14 days isn't in** |
| 04:37 20 | **the transient simulation files that you** |
| 21 | **produced which are reflected in** |
| 22 | **Exhibit 11732, right?** |
| 23 | A.    It may be the case.  That -- |
| 24 | that's -- because the other one ran until 11 |
| 04:37 25 | point something days, so that sounds right. |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL | ) | MDL NO. 2179 |
| BY THE OIL RIG | ) | |
| "DEEPWATER HORIZON" IN | ) | SECTION "J" |
| THE GULF OF MEXICO, ON | ) | |
| APRIL 20, 2010 | ) | JUDGE BARBIER |
| | ) | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VOLUME 2

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Deposition of SRDJAN NESIC, Ph.D., taken at Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 24th day of July, 2013.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

|       |    |                                                    |
|-------|----|----------------------------------------------------|
|       | 1  | A.   If you transfer this period of                |
|       | 2  | time of simulation on the simplified geometry      |
|       | 3  | to this situation in Figure 33 of my original      |
|       | 4  | report which refers to the real geometries,        |
| 08:39 | 5  | then one can conditionally say, yes,               |
|       | 6  | that's -- that's the same amount of time.          |
|       | 7  | **Q.   Okay.  How did you draw the**               |
|       | 8  | **conclusion that the pressure drop between**      |
|       | 9  | **May 2nd and May 27th was linear when you**       |
| 08:39 | 10 | **didn't have any transient data for that**        |
|       | 11 | **period?**                                        |
|       | 12 | MR. ROMAN:  Object to the form, asked              |
|       | 13 | and answered.                                      |
|       | 14 | A.   That exercise where one predicts              |
| 08:39 | 15 | what happens beyond the period from -- for         |
|       | 16 | which one has dailies called extrapolation.        |
|       | 17 | So I have extrapolated beyond the 10, 11 days      |
|       | 18 | data that I had.                                   |
|       | 19 | **Q.   (BY MS. CROSS)  How did you do**            |
| 08:40 | 20 | **that extrapolation?**                            |
|       | 21 | A.   That's normally done and that's               |
|       | 22 | what I did, is that you assume that the            |
|       | 23 | character of the curve that you've adopted         |
|       | 24 | carries forward --                                 |
| 08:40 | 25 | **Q.   Let's talk about --**                       |

```
 1              A.     -- beyond the data that one has.
 2              Q.     Let's talk about the character
 3      of the curve.  What do you mean by that?
 4              A.     That means whether the curve is
 5      linear, exponential, polynomial,
 6      hyperbolical, or whatever the nature of the
 7      character of the curve is.
 8              Q.     For the period between May 2nd
 9      and May 27th if you had carried forward an
10      exponential curve, you could have
11      extrapolated that exponential curve from the
12      22nd of April to May 2nd forward to May 27th,
13      right?
14              A.     That would be possible in
15      principle, yes.
16              Q.     Did you?  Did --
17              A.     No, I did not.  I considered the
18      exponential curve inappropriate.
19              Q.     You testified that it's
20      mathematically appropriate, in fact, a bit
21      more accurate.  Why are you testifying now
22      that the exponential fit is inappropriate?
23              A.     Let me clarify.  That's not
24      exactly what I said.  I said that
25      mathematically it provides a slightly better
```

```
            1    fit for the period of the little over 10 days
            2    where I had the data.  I also said that for
            3    all practical purposes, that means for the
            4    intended purpose of what this is, for
08:41       5    pressure drop calculation that difference was
            6    not significant, the difference between the
            7    fit by the exponential line and the linear
            8    line.  That's what I said.
            9                 Now, we are discussing, based on
08:42      10    your last question, what is a better fit or
           11    curve to extrapolate be- -- beyond the 10 --
           12    original 10 days, and I said that I
           13    considered that it's inappropriate to
           14    extrapolate the exponential function beyond
08:42      15    the 10 days.  That's what I said.
           16        Q.    And what's the basis for that
           17    conclusion?
           18        A.    The basis for that conclusion
           19    are twofold.  The main reason for that is
08:42      20    that in a general sense it's well understood
           21    that extrapolation of nonlinear functions,
           22    such as the exponential function, exponential
           23    curve in this case, nonlinear meaning not
           24    being aligned, is generally not a good way to
08:43      25    approach extrapolation because the behavior
```

|        |    |                                                                |
|--------|----|----------------------------------------------------------------|
|        | 1  | MR. ROMAN: Object to the form.                                 |
|        | 2  | A. I did rely on the variations in                             |
|        | 3  | the results that were obtained when I varied                   |
|        | 4  | the input parameters to construct the main                     |
| 12:26  | 5  | graphs, and that is, I believe, the graph in                   |
|        | 6  | Figure 33 on Page 35 of my report. The                         |
|        | 7  | variation of the input parameters resulted in                  |
|        | 8  | the variation of the normalized pressure drop                  |
|        | 9  | within a narrow percentage range that I                        |
| 12:26  | 10 | report.                                                        |
|        | 11 | **Q. (BY MS. CROSS) What input**                               |
|        | 12 | **parameters did you vary in your modeling run?**              |
|        | 13 | A. Input parameters, the main input                            |
|        | 14 | parameters which were varied were flow rate,                   |
| 12:27  | 15 | obviously, also the physical parameters,                       |
|        | 16 | density, viscosity. We have changed particle                   |
|        | 17 | size. We have actually created a number of                     |
|        | 18 | geometries with different leading lengths                      |
|        | 19 | into the geometry of interest, et cetera.                      |
| 12:27  | 20 | There were many, many variations, hundreds                     |
|        | 21 | and hundreds. I don't remember all the                         |
|        | 22 | variations we did.                                             |
|        | 23 | **Q. Did you disclose any modeling**                           |
|        | 24 | **files that showed variations of the following**              |
| 12:27  | 25 | **parameters: density, viscosity, particle**                   |

```
         1    size, or different geometries?
         2         A.     From that list the only ones
         3    I've disclosed were the ones where there was
         4    a significant effect, and that was the
12:28    5    different geometry effect.
         6         Q.     Okay.  And so where you
         7    concluded that there was no significant
         8    effects, such on -- such as with regard to
         9    density, viscosity, and particle size, you
12:28   10    didn't produce those sensitivity studies?
        11         A.     Those were not provided as
        12    supporting files to -- to my -- to my
        13    conclusions, that's correct.  I'm sorry,
        14    I'm -- I'm trying to -- produce, you mean
12:28   15    given to the other side, to the Government?
        16         Q.     Correct.
        17         A.     Okay.  Then my statement is
        18    correct.
        19         Q.     Were you told to retain your
12:28   20    documents and modeling files in this matter?
        21         A.     Yes.
        22         Q.     Okay.  Were you told that at the
        23    beginning of your work on this matter?
        24         A.     Yes, I believe so.
12:28   25         Q.     And do you believe you complied
```

```
 1    THE STATE OF LOUISIANA :
      PARISH    OF    ORLEANS :
 2
      I, PHYLLIS WALTZ, a Certified Court Reporter,
 3    Registered Professional Reporter, and
      Certified Realtime Reporter in and for the
 4    State of Louisiana, do hereby certify that
      the facts as stated by me in the caption
 5    hereto are true; that the above and foregoing
      answers of the witness, SRDJAN NESIC, Ph.D.,
 6    to the interrogatories as indicated were made
      before me by the said witness after being
 7    first duly sworn to testify the truth, and
      same were reduced to typewriting under my
 8    direction; that the above and foregoing
      deposition as set forth in typewriting is a
 9    full, true, and correct transcript of the
      proceedings had at the time of taking of said
10    deposition.
11    I further certify that I am not, in any
      capacity, a regular employee of the party in
12    whose behalf this deposition is taken, nor in
      the regular employ of his attorney; and I
13    certify that I am not interested in the
      cause, nor of kin or counsel to either of the
14    parties.
15    GIVEN UNDER MY HAND AND SEAL OF OFFICE, on
      this, the 24TH day of JULY, 2013.
16
17
18                        _____
                          PHYLLIS WALTZ, RMR, CRR
19                        TEXAS CSR, TCRR NO. 6813
                          Expiration Date:  12/31/13
20                        LOUISIANA CCR NO. 2011010
                          Expiration Date:  12/31/12
21
22    Worldwide Court Reporters, Inc.
      Firm Certification No. 223
23    3000 Weslayan, Suite 235
      Houston, Texas   77027
24    (713) 572-2000
25
```