UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL | § | MDL No. 2179 |
| RIG "DEEPWATER HORIZON" | § | |
| IN THE GULF OF MEXICO, | § | SECTION: J |
| ON APRIL 20, 2010 | § | |
| | § | JUDGE BARBIER |
| | § | MAG. JUDGE SHUSHAN |

THIS DOCUMENT RELATES TO ALL CASES

**ORDER ON THE UNITED STATES' PHASE TWO, QUANTIFICATION SEGMENT, MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY OF SRDJAN NESIC**

Upon consideration of the United States' Motion to Exclude Testimony of Srdjan Nesic, the attachments thereto, and any response thereto, this Court finds that the motion should be granted for the reasons set forth in the Motion. BP/Anadarko shall not present testimony from Dr. Nesic at trial.

IT IS SO ORDERED this _____ day of _____, 2013, at New Orleans, Louisiana.

_____
THE HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE