UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL NO. 2179  SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| ALL CASES | : : | MAGISTRATE JUDGE SHUSHAN |

............................................................................................................................

**PHASE TWO, QUANTIFICATION SEGMENT, MOTION *IN LIMINE* OF THE UNITED STATES: MOTION TO PRECLUDE SURREBUTTAL EXPERT OPINION TESTIMONY NOT DISCLOSED IN RULE 26(a) WRITTEN REPORTS OF CERTAIN BP/ANADARKO WITNESSES**

The United States hereby moves for an order to preclude surrebuttal expert opinions not disclosed in the Rule 26(a) expert reports of BP/Anadarko witnesses, including those of Dr. Robert Zimmerman and Dr. Curtis Whitson. As discussed further in the attached Memorandum, these extra-report opinions violate this Court's established "four corners" rule. As a result, BP/Anadarko should be precluded from offering, and the witnesses in question should be precluded from testifying, regarding any new opinions or analyses disclosed for the first time at deposition.

                                                                  Respectfully submitted,

| | |
|---|---|
| BRIAN HAUCK | ROBERT G. DREHER |
| Deputy Assistant Attorney General | Acting Assistant Attorney General |
| Civil Division | Environment & Natural Resources Division |
| | |
| PETER FROST | SARAH HIMMELHOCH |
| Directory, Torts Branch, Civil Division | Senior Litigation Counsel |
| Admiralty and Aviation | NANCY FLICKINGER |
| STEPHEN G. FLYNN | SCOTT CERNICH |
| Assistant Director | RICHARD GLADSTEIN |
| MICHELLE DELEMARRE | THOMAS BENSON |
| SHARON SHUTLER | Senior Attorneys |
| JESSICA SULLIVAN | A. NATHANIEL CHAKERES |

| | |
|---|---|
| JESSICA MCCLELLAN<br>MALINDA LAWRENCE<br>Trial Attorneys | ANNA CROSS<br>BETHANY ENGEL<br>JUDY HARVEY<br>RACHEL KING<br>ERICA PENCAK<br>Trial Attorneys |
| /s/ R. Michael Underhill | /s/ Steven O'Rourke |
| R. MICHAEL UNDERHILL, T.A.<br>Attorney in Charge, West Coast Office<br>Torts Branch, Civil Division<br>U.S. Department of Justice<br>7-5395 Federal Bldg., Box 36028<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3463<br>Telephone:  415-436-6648<br>Facsimile:  415-436-6632<br>E-mail:  mike.underhill@usdoj.gov | STEVEN O'ROURKE<br>Senior Attorney<br>Environmental Enforcement Section<br>U.S. Department of Justice<br>P.O. Box 7611<br>Washington, D.C. 20044<br>Telephone:  202-514-2779<br>Facsimile:   202-514-2583<br>E-mail:  steve.o'rourke@usdoj.gov<br><br>DANA J. BOENTE<br>United States Attorney<br>Eastern District of Louisiana<br>SHARON D. SMITH<br>Assistant United States Attorney<br>Eastern District of Louisiana<br>650 Poydras Street, Suite 1600<br>New Orleans, LA  70130<br>Telephone:  (504) 680-3000<br>Facsimile:  (504) 680-3184<br>E-mail:  sharon.d.smith@usdoj.gov |

Attorneys for the UNITED STATES OF AMERICA

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Date: August 19, 2013.                                    /s/  Steven O'Rourke
                                                                                     U.S. Department of Justice