UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

THIS DOCUMENT RELATES TO ALL CASES

### ORDER TO PRECLUDE SURREBUTTAL EXPERT OPINION TESTIMONY NOT DISCLOSED IN RULE 26(a) WRITTEN REPORTS OF CERTAIN BP/ANADARKO WITNESSES

Upon consideration of the United States' Motion to Preclude Surrebuttal Expert Opinion Testimony Not Disclosed in Rule 26(a) Written Reports of Certain BP/Anadarko Witnesses, and the attachments thereto, this Court finds that the motion should be granted. BP/Anadarko shall not offer, and all BP/Anadarko witnesses are precluded from testifying at trial, regarding any new opinions or analysis not disclosed in their Rule 26(a) written expert reports.

IT IS SO ORDERED this _____ day of _____, 2013, at New Orleans, Louisiana.

_____
THE HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE