# Attachment 1

01-42960
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179  SECTION: J  JUDGE BARBIER  MAG. JUDGE SHUSHAN |

## **CONFIDENTIAL**

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Robert Wayne Zimmerman, Ph.D.

### Volume 1

July 2, 2013

## *COPY*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
         1            Q.  Okay.  And when you say a "few," can you
         2    estimate?
         3            A.  I think about three or four days but not
         4    necessarily full days, but I think they were on
08:16    5    three or four different calendar days.
         6            Q.  And I assume you reviewed a number of
         7    documents; is that correct?
         8            A.  Yes.
         9            Q.  Okay.  Do you -- do you remember when you
08:17   10    were retained in this case, when you were hired,
        11    approximately?
        12            A.  I think it was about October of 2012.
        13            Q.  Now, in -- in your Report, Tab 1, which
        14    is Exhibit 11497, in your Executive Summary,
08:17   15    you -- you list a number of opinions on Page 6
        16    and 7; is that correct?
        17            A.  Yes.
        18            Q.  Are those the extent of -- of the
        19    opinions that you expect to testify to in this
08:18   20    case?
        21               MR. BEFFA:  Object to the form.
        22            A.  No.
        23            Q.  (By Mr. Gladstein) No?  There are
        24    additional opinions?
08:18   25            A.  After reading the Rebuttal documents that
```

| | |
|---|---|
| 1 | were presented by Drs. Huffman and Roegiers, I |
| 2 | have subsequently reached additional opinions |
| 3 | that I intend to possibly testify to in -- at the |
| 4 | trial. |
| 08:18  5 | **Q.  Okay.  Could you summarize what those** |
| 6 | **additional opinions are?** |
| 7 | A.  Well, yes.  I -- I believe I have a -- a |
| 8 | list of those opinions in sort of keyword form, |
| 9 | which I've brought here to help jog my memory; |
| 08:18  10 | and I believe that we're going to enter that as |
| 11 | a -- |
| 12 | **Q.  Okay.  You can -- do you want to -- you** |
| 13 | **can --** |
| 14 | A.  -- part of the evidence, or whatever it |
| 08:18  15 | would be called. |
| 16 | **Q.  Okay.  So --** |
| 17 | MR. GLADSTEIN:  That's fine.  So |
| 18 | let's make that our next exhibit. |
| 19 | MR. BEFFA:  11500. |
| 08:19  20 | (Exhibit No. 11500 marked.) |
| 21 | **Q.  (By Mr. Gladstein) So I'm looking at** |
| 22 | **Exhibit 11500, and it's entitled:  "Dr. Robert** |
| 23 | **Zimmerman's List of Opinion Topics Responding to** |
| 24 | **United States Rebuttal Experts."** |
| 08:19  25 | **And I think rather than go into each of** |

1  any writing or calculations to support your new
2  opinion as to the Poisson ratio?
3       A.   If you're asking whether I've written
4  this up in any Report form --
5       Q.   No, not in a Report form.
6       A.   No?
7       Q.   Notes, notes or any -- any paper, did you
8  do any writing in the process of calculating your
9  new Poisson ratio?
10      A.   I wrote down the equation on a piece of,
11 essentially, scratch paper that represents the
12 relationship between the Poisson ratio and the
13 ratio between confining pressure and pore
14 pressure during a uniaxial compression test.
15           I then did one or two lines of
16 calculation to invert that relationship --
17      Q.   Okay.
18      A.   -- to express the Poisson ratio in terms
19 of those parameters.
20      Q.   Uh-huh.
21      A.   And then I did a couple of very simple
22 hand-calculator calculations.
23      Q.   Okay. And did you -- did you put this on
24 an Excel spreadsheet or -- or any other computer
25 documentation?

|       |    |                                                            |
|-------|----|------------------------------------------------------------|
|       | 1  | A.  No.  They're -- they're very simple |
|       | 2  | calculations that can be done with -- with a hand |
|       | 3  | calculator -- |
|       | 4  | **Q.  Okay.** |
| 09:53 | 5  | A.  -- in -- in -- |
|       | 6  | **Q.  Okay.  And are those --** |
|       | 7  | A.  -- two or three steps. |
|       | 8  | **Q.  I'm sorry.  Are -- are -- are those** |
|       | 9  | **writings preserved?  Do you still have them?** |
| 09:53 | 10 | A.  As I said, it is basically a piece of |
|       | 11 | scratch paper.  I do have that page.  I could |
|       | 12 | certainly write it up in a more readable form for |
|       | 13 | you, if that -- if that -- I would imagine that |
|       | 14 | this piece of scratch paper I have would not be |
| 09:54 | 15 | intelligible to anyone. |
|       | 16 | I'm perfectly happy to explain these |
|       | 17 | calculations in detail, so if -- if the Court |
|       | 18 | would be happy for me to write up a small, |
|       | 19 | half-page document, I'd be happy to do that. |
| 09:54 | 20 | As I said, the page -- the sheet itself |
|       | 21 | does not actually have any of the calculations. |
|       | 22 | It just has a few scribbled equations. |
|       | 23 | MR. GLADSTEIN:  Counsel, we would |
|       | 24 | ask for production of -- of any of the -- the |
| 09:54 | 25 | documents that Dr. Zimmerman has considered or |

|    |    |
|----|----|
| 1  | discussed yesterday, I previously had a general |
| 2  | perception in my memory that I had seen many such |
| 3  | papers -- |
| 4  |     Q.  M-h'm. |
| 10:19   5 |     A.  -- using this pore fluid.  Now I have |
| 6  | looked at -- concretely at two such papers. |
| 7  |     **Q.  Okay.  And did you rely on any new** |
| 8  | **information from anyone related to your new** |
| 9  | **opinion on fluid type?** |
| 10:19 10 |     A.  No. |
| 11 |     **Q.  No. 6 is "Temperature effect."  What is** |
| 12 | **your new opinion on temperature effect?** |
| 13 |     A.  My new opinion with regard to the effect |
| 14 | of temperature on the uniaxial pore volume |
| 10:19 15 | compressibilities of the Macondo rocks is that |
| 16 | these compressibilities are probably about 5 |
| 17 | percent higher at the reservoir temperature than |
| 18 | they were at room temperature, as measured by |
| 19 | Weatherford. |
| 10:20 20 |     **Q.  Do you have any writings that reflect** |
| 21 | **this new opinion?** |
| 22 |     A.  No. |
| 23 |     **Q.  No calculations?** |
| 24 |     A.  I did two very simple calculator |
| 10:20 25 | calculations, one of which was to scale down the |

|  |  |  |
|---|---|---|
|  | 1 | data from the paper by Von Gonten and Choudhary |
|  | 2 | on the Berea sandstone where they presented data |
|  | 3 | that went -- that presented two data points that |
|  | 4 | went from about 20 degrees C to 200 degrees C, I |
| 10:20 | 5 | did a very simple calculation to scale that back |
|  | 6 | to see what the effect would be from two hun -- |
|  | 7 | from 20 degrees C to 110 degrees C. |
|  | 8 | I also did some very simple calculations |
|  | 9 | looking at a table in the paper by Soga, which I |
| 10:21 | 10 | believe we've mentioned previously. And that's, |
|  | 11 | again, a very simple calculation. It doesn't |
|  | 12 | even require any writing. It's just sort of |
|  | 13 | interpolating some values from his chart, from |
|  | 14 | his table. |
| 10:21 | 15 | **Q. Okay. Okay. So did you write down any** |
|  | 16 | **of your calculations for purposes of your new** |
|  | 17 | **temperature effect opinion?** |
|  | 18 | A. No. Those calculations were just done |
|  | 19 | with a -- with a calculator. There -- there was |
| 10:21 | 20 | not -- there was no writing. |
|  | 21 | **Q. Okay. With -- and did you rely on any** |
|  | 22 | **new information from anyone related to your** |
|  | 23 | **temp -- new temperature effect opinion?** |
|  | 24 | A. No. |
| 10:22 | 25 | **Q. Okay. No. 7, "Rate of sample loading."** |

|  |  |
|---|---|
| 1 | occurred.  If such an inelastic deformation had |
| 2 | occurred, it would by necessity have occurred |
| 3 | towards the end of that test, rather than at the |
| 4 | beginning of that test.  It would, therefore, |
| 10:30  5 | probably not give us -- not have given us any |
| 6 | relevant information, relevant to whether |
| 7 | inelastic deformation will occur within the |
| 8 | pressure range of 11,800 psi down to 10,400 psi, |
| 9 | which is the range of interest for the purpose |
| 10:30 10 | of -- of -- of this case. |
| 11 | **Q.  Okay.  Did you do any written** |
| 12 | **documentation of your new opinion on return to** |
| 13 | **initial pressure?** |
| 14 | A.  No. |
| 10:30 15 | **Q.  Did you consult any new literature on** |
| 16 | **your new opinion on return to initial pressure?** |
| 17 | A.  No. |
| 18 | **Q.  And did you consult with -- rely on any** |
| 19 | **information obtained from any -- anyone else on** |
| 10:31 20 | **your new opinion on return to initial pressure?** |
| 21 | A.  No. |
| 22 | **Q.  Okay.  No. 10, "Creep," what is your new** |
| 23 | **opinion on creep?** |
| 24 | A.  In response to suggestions in one or both |
| 10:31 25 | of the Rebuttal Reports, that perhaps creep could |

|   |   |
|---|---|
| 1 | have been of significance during the three-month |
| 2 | period of leakage in the reservoir. |
| 3 | I have done some thinking about this |
| 4 | issue and some reading about this issue. |
| 10:32  5 | Several -- I have read several papers, but |
| 6 | primarily I relied on a pape -- a recent paper in |
| 7 | the Journal of Geophysical Research by authors |
| 8 | Heap, et al., that's H-e-a-p, et al.  That paper |
| 9 | indicates that creep in the sandstone would not |
| 10:32  10 | be expected to occur until the effect of |
| 11 | differential stresses reach about 60 percent of |
| 12 | the level of the effect of differential stress |
| 13 | that would be expected to cause complete failure |
| 14 | of the rock. |
| 10:32  15 | Then based on the strength data of the |
| 16 | Macondo rocks, as reported by Weatherford, which |
| 17 | gives us, essentially, a boundary in the |
| 18 | mathematical plane in which one axis is the |
| 19 | lateral confining stress and the other axis is |
| 10:33  20 | the vertical stress, gives us a boundary |
| 21 | corresponding to the point where failure would |
| 22 | occur for the rock.  If I then calculate that |
| 23 | curve corresponding to 60 percent of that stress, |
| 24 | that gives me a boundary at which one would |
| 10:33  25 | expect that creep would begin to occur. |

|   |   |
|---|---|
| 1 | I then compared that curve with the |
| 2 | differential effect of stresses that existed |
| 3 | during the uniaxial pore volume compressibility |
| 4 | tests, which were intended to mimic the stress |
| 10:33  5 | state evolution that was undergone in the |
| 6 | reservoir during the leakage period, and my |
| 7 | conclusion is that the stress state was not |
| 8 | sufficient to cross that threshold line and |
| 9 | initiate creep. |
| 10:33 10 | **Q.  Okay.  And what was the new literature** |
| 11 | **that you relied on?** |
| 12 | **(Discussion off the record.)** |
| 13 | A.  This paper that I mentioned by H-e-a-p, |
| 14 | et al., I believe is from the "Journal of |
| 10:34 15 | Geophysical Research." |
| 16 | MR. GLADSTEIN:  I know that, but |
| 17 | where are they in here? |
| 18 | (Discussion off the record.) |
| 19 | **Q.  (By Mr. Gladstein) Did you do any written** |
| 10:34 20 | **documentation of your new opinion on creep?** |
| 21 | A.  No, other than some, again, rough |
| 22 | scratching and scribbles on -- on a scrap paper. |
| 23 | I certainly would be prepared to prepare a proper |
| 24 | discussion of -- of this, if -- if -- if that's |
| 10:35 25 | required at some point in the future. |

|  |  |
|---|---|
| 1 | Q. Okay. Did you keep your rough scratches |
| 2 | on scrap paper? |
| 3 | A. I -- I believe I -- I -- I did, yes. |
| 4 | MR. GLADSTEIN: Okay. Counsel, we'd |
| 10:35  5 | ask for production of -- of any written |
| 6 | documentation that he has related to his new |
| 7 | opinion on creep. |
| 8 | Q. (By Mr. Gladstein) Okay. In addition to |
| 9 | these ten new opinions, have you formed any other |
| 10:35 10 | new opinions? |
| 11 | MR. BEFFA: Objection, form. |
| 12 | A. I believe all the new opinions I have |
| 13 | formed would fall under these ten headings, to |
| 14 | the best of my recollection at this time. |
| 10:35 15 | (Discussion off the record.) |
| 16 | Q. (By Mr. Gladstein) Okay. Let's turn to |
| 17 | Exhibit 3 -- or Tab 3. |
| 18 | MR. GLADSTEIN: It's -- we'll mark |
| 19 | this as our next exhibit. Do you know what our |
| 10:36 20 | next exhibit would be? |
| 21 | THE COURT REPORTER: 11527. |
| 22 | MR. GLADSTEIN: 11557. |
| 23 | MR. BEFFA: 527. |
| 24 | MR. GLADSTEIN: 11527. |
| 10:36 25 | (Exhibit No. 11527 marked.) |

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
|       | 1  | **Exhibit 11500?**                                       |
|       | 2  | MR. BEFFA: Objection.                                    |
|       | 3  | A.  I believe that we've touched upon most of            |
|       | 4  | the opinions that I'm expecting to testify to            |
| 11:48 | 5  | regarding these ten issues.  I may as a result of        |
|       | 6  | being questioned at the trial elaborate on them,         |
|       | 7  | perhaps a little bit more than I have, but I             |
|       | 8  | believe that we've actually touched on all of            |
|       | 9  | the -- the issues, as far as I can recall right          |
| 11:48 | 10 | now.                                                     |
|       | 11 | **Q.  (By Mr. Gladstein) Okay.  And you also**           |
|       | 12 | **gave us a new estimate of the UPVC of .55**            |
|       | 13 | **microsips today, correct?**                            |
|       | 14 | MR. BEFFA:  6.55.                                        |
| 11:49 | 15 | **Q.  (By Mr. Gladstein) 6.5 micros -- 6.55**            |
|       | 16 | **microsips, correct?**                                  |
|       | 17 | A.  Yes.                                                 |
|       | 18 | **Q.  So other than the -- the ten new opinions**        |
|       | 19 | **listed on Exhibit 11500 and your -- your new**         |
| 11:49 | 20 | **opinion as to your best estimate of the -- of the**    |
|       | 21 | **rock compressibility for the reservoir, are there**    |
|       | 22 | **any other new opinions that you're intending to**      |
|       | 23 | **offer at -- at -- at trial?**                          |
|       | 24 | MR. BEFFA:  Objection.                                   |
| 11:49 | 25 | A.  Well, as I mentioned, this is a list of              |