# Attachment 2

## Dr. Robert Zimmerman's List of Opinion Topics Responding to United States Rebuttal Experts

1. Poisson ratio
2. Drilling/coring damage
3. Sample representativeness
4. Calibration
5. Fluid type
6. Temperature effect
7. Rate of sample loading
8. Depletion rate
9. Return to initial pressure
10. Creep

11500

Exhibit No. _____

Worldwide Court Reporters, Inc.