# Attachment 4

# KIRKLAND & ELLIS LLP
### AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C.  20005

| | | |
|---|---|---|
| Robert R. Gasaway<br>To Call Writer Directly:<br>(202) 879-5175<br>robert.gasaway@kirkland.com | (202) 879-5000<br><br>www.kirkland.com | Facsimile:<br>(202) 879-5200 |

July 11, 2013

**BY ELECTRONIC MAIL**

Richard M. Gladstein
U.S. Department of Justice
Environment & Natural Resource Division
P.O. Box 7611
Washington, DC 20044

> Re:   MDL No. 2179 — Possible United States Motion to Strike Alleged
> Surrebuttal Opinions of Dr. Zimmerman

Dear Mr. Gladstein:

This letter responds on behalf of BP and Anadarko to the United States' July 9, 2013 letter asking BP and Anadarko to "withdraw" certain statements made by Dr. Robert Zimmerman at his deposition.

We disagree with your position that Dr. Zimmerman's deposition testimony includes objectionable "new opinions" that cannot be presented at trial.  We accordingly decline to "withdraw" any testimony presented by Dr. Zimmerman during his deposition on July 2 and 3, 2013.

As you know, Dr. Zimmerman offered deposition testimony outlining his views as a scientist regarding opinions proffered in certain rebuttal reports by United States experts Drs. Roegiers and Huffman.  *See* attached Excerpt from Transcript of Zimmerman Deposition at 39-40.

As you also know, on June 24, 2013, Magistrate Judge Shushan issued an order striking certain portions of Drs. Roegiers's and Huffman's rebuttal reports as "improper rebuttal." (Rec. Doc. 10477).  Specifically, Magistrate Judge Shushan excised portions of Drs. Roegiers's and Huffman's reports that did not "explain, repel, counteract or disprove the evidence of the adverse party. . . ."  (Rec. Doc. 10477, quoting *In re Katrina Canal Breaches Consol. Litigation*, 2012 WL 2526980, *1 (E.D. La.) (Duval, J.)).  To the extent opinions contained in Drs. Roegiers's and Huffman's rebuttal reports met the standard for proper rebuttal, they were not stricken by Judge Shushan's Order and allowed to remain.

Chicago      Hong Kong      London      Los Angeles      Munich      New York      Palo Alto      San Francisco      Shanghai

# KIRKLAND & ELLIS LLP

Richard M. Gladstein
July 11, 2013
Page 2


During his deposition, Dr. Zimmerman presented testimony responsive to the portions of the Roegiers and Huffman rebuttal reports that were allowed by Judge Shushan to remain intact; namely, the portions of the two reports that the United States has argued, and the Court agreed, were "directly and specifically" responsive to Dr. Zimmerman's own expert report. Dr. Zimmerman's testimony was, therefore, helpfully and responsively directed at scientific criticisms of Dr. Zimmerman's own work that he saw for the first time in rebuttal reports.

In short, Dr. Zimmerman's testimony advances the Court's truth-seeking function by properly addressing material newly presented in the United States' rebuttal reports.

Sincerely,

Robert R. Gasaway

Attachment

cc (via electronic mail):

Warren Anthony Fitch
Ky E. Kirby

# ATTACHMENT

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL        )  MDL NO. 2179

BY THE OIL RIG           )

"DEEPWATER HORIZON" IN )  SECTION "J"

THE GULF OF MEXICO, ON )

APRIL 20, 2010           )  JUDGE BARBIER

                         )  MAG. JUDGE SHUSHAN




*****************

VOLUME 1

*****************



          Deposition of Robert Wayne Zimmerman,

Ph.D., taken at the Pan-American Building, 601

Poydras Street, 11th Floor, New Orleans,

Louisiana, 70130, on the 2nd day of July, 2013.



**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

|       |    |                                                             |
|-------|----|-------------------------------------------------------------|
|       | 1  | Q.   Okay.  And when you say a "few," can you               |
|       | 2  | estimate?                                                   |
|       | 3  | A.   I think about three or four days but not               |
|       | 4  | necessarily full days, but I think they were on             |
| 08:16 | 5  | three or four different calendar days.                      |
|       | 6  | Q.   And I assume you reviewed a number of                  |
|       | 7  | documents; is that correct?                                 |
|       | 8  | A.   Yes.                                                   |
|       | 9  | Q.   Okay.  Do you -- do you remember when you              |
| 08:17 | 10 | were retained in this case, when you were hired,            |
|       | 11 | approximately?                                              |
|       | 12 | A.   I think it was about October of 2012.                  |
|       | 13 | Q.   Now, in -- in your Report, Tab 1, which                |
|       | 14 | is Exhibit 11497, in your Executive Summary,                |
| 08:17 | 15 | you -- you list a number of opinions on Page 6              |
|       | 16 | and 7; is that correct?                                     |
|       | 17 | A.   Yes.                                                   |
|       | 18 | Q.   Are those the extent of -- of the                     |
|       | 19 | opinions that you expect to testify to in this             |
| 08:18 | 20 | case?                                                       |
|       | 21 | MR. BEFFA:  Object to the form.                             |
|       | 22 | A.   No.                                                    |
|       | 23 | Q.   (By Mr. Gladstein) No?  There are                     |
|       | 24 | additional opinions?                                        |
| 08:18 | 25 | A.   After reading the Rebuttal documents that              |

40

```
        1    were presented by Drs. Huffman and Roegiers, I

        2    have subsequently reached additional opinions

        3    that I intend to possibly testify to in -- at the

        4    trial.

08:18   5        Q.  Okay.  Could you summarize what those

        6    additional opinions are?

        7        A.  Well, yes.  I -- I believe I have a -- a

        8    list of those opinions in sort of keyword form,

        9    which I've brought here to help jog my memory;

08:18  10    and I believe that we're going to enter that as

       11    a --

       12        Q.  Okay.  You can -- do you want to -- you

       13    can --

       14        A.  -- part of the evidence, or whatever it

08:18  15    would be called.

       16        Q.  Okay.  So --

       17               MR. GLADSTEIN:  That's fine.  So

       18    let's make that our next exhibit.

       19               MR. BEFFA:  11500.

08:19  20        (Exhibit No. 11500 marked.)

       21        Q.  (By Mr. Gladstein) So I'm looking at

       22    Exhibit 11500, and it's entitled:  "Dr. Robert

       23    Zimmerman's List of Opinion Topics Responding to

       24    United States Rebuttal Experts."

08:19  25               And I think rather than go into each of
```