# Attachment 6

| | |
|---|---|
| From: | Himmelhoch, Sarah (ENRD) |
| To: | "Gasaway, Robert R."; "Sally_Shushan@laed.uscourts.gov" |
| Cc: | Andre, Abigail (ENRD); Chakeres, Aristide (ENRD); "bbarr@levinlaw.com"; Engel, Bethany (ENRD); Horizon, Deepwater; "dsc2179@liskow.com"; Pencak, Erica (ENRD); "godleytj@mto.com"; "grant.davis-denny@mto.com"; "jimmy@jimmywilliamson.com"; "jimr@wrightroy.com"; "mdl2179states@ago.state.al.us"; Underhill, Mike (CIV); "Cc:"; "phase2bp@liskow.com"; "phase2us@liskow.com"; King, Rachel (ENRD); Gladstein, Richard (ENRD); Cernich, Scott (ENRD); Shutler, Sharon (CIV); "*sherman@hhkc.com"; O"Rourke, Steve (ENRD); "TDemetriou@mithofflaw.com"; Benson, Thomas (ENRD); "Fitch, Warren Anthony"; "WStradley@mithofflaw.com" |
| Subject: | RE: United States" Motion to Strike Surrebuttal Opinions of Dr. Zimmerman |
| Date: | Thursday, July 18, 2013 1:40:00 PM |

Rob --

Thank you. Of course, oral new opinions are also inappropriate. We take you to be agreeing that BP's witnesses will not offer new opinions, including any new opinions responding to the rebuttal reports of the US. If you do not agree, we will ask Judge Shushan to calendar the motion for immediate resolution. If you do agree, we agree that the resolution of the Zimmerman motion can be moved to the motion in limine phase.

-----Original Message-----
From: Gasaway, Robert R. [mailto:rgasaway@kirkland.com]
Sent: Wednesday, July 17, 2013 11:36 PM
To: 'Sally_Shushan@laed.uscourts.gov'; Himmelhoch, Sarah (ENRD)
Cc: Andre, Abigail (ENRD); Chakeres, Aristide (ENRD); 'bbarr@levinlaw.com'; Engel, Bethany (ENRD); Horizon, Deepwater; 'dsc2179@liskow.com'; Pencak, Erica (ENRD); 'godleytj@mto.com'; 'grant.davis-denny@mto.com'; 'jimmy@jimmywilliamson.com'; 'jimr@wrightroy.com'; 'mdl2179states@ago.state.al.us'; Underhill, Mike (CIV); 'Cc:'; 'phase2bp@liskow.com'; 'phase2us@liskow.com'; King, Rachel (ENRD); Gladstein, Richard (ENRD); Cernich, Scott (ENRD); Shutler, Sharon (CIV); *sherman@hhkc.com; O'Rourke, Steve (ENRD); 'TDemetriou@mithofflaw.com'; Benson, Thomas (ENRD); 'Fitch, Warren Anthony'; 'WStradley@mithofflaw.com'
Subject: RE: United States' Motion to Strike Surrebuttal Opinions of Dr. Zimmerman

Dear Judge Shushan and Sarah,

Since our afternoon call concluded, we've had a chance to consider the United States' proposal that the BP need not respond to the United States "motion to strike," so long as BP agrees that its experts will not pass out at upcoming depositions "additional written lists of new opinions."

BP accepts this proposal.

Respectfully submitted,
/Rob Gasaway


-----Original Message-----
From: Sally_Shushan@laed.uscourts.gov [mailto:Sally_Shushan@laed.uscourts.gov]
Sent: Wednesday, July 17, 2013 9:24 AM
To: *Sarah.Himmelhoch@usdoj.gov
Cc: Andre, Abigail (ENRD); Chakeres, Aristide (ENRD); bbarr@levinlaw.com; Engel, Bethany (ENRD); *deepwater.horizon@usdoj.gov; dsc2179@liskow.com; Pencak, Erica (ENRD); godleytj@mto.com; grant.davis-denny@mto.com; jimmy@jimmywilliamson.com; jimr@wrightroy.com; mdl2179states@ago.state.al.us; *Mike.Underhill@usdoj.gov; Cc:; phase2bp@liskow.com; phase2us@liskow.com; King, Rachel (ENRD); Gasaway, Robert R.; Gladstein, Richard (ENRD); Cernich, Scott (ENRD); Shutler, Sharon (CIV); *sherman@hhkc.com; O'Rourke, Steve (ENRD); TDemetriou@mithofflaw.com; Benson, Thomas (ENRD); Fitch, Warren Anthony; WStradley@mithofflaw.com
Subject: RE: United States' Motion to Strike Surrebuttal Opinions of Dr. Zimmerman

BP Folks, how about close of business tomorrow for a response?  Thanks,

_____
Sally Shushan
504 589 7620 work
504 881 9861 cell


From:   "Himmelhoch, Sarah (ENRD)" <Sarah.Himmelhoch@usdoj.gov>
To:     "Gladstein, Richard (ENRD)" <Richard.Gladstein@usdoj.gov>,
        "Sally_Shushan@laed.uscourts.gov"
        <Sally_Shushan@laed.uscourts.gov>, "sherman@hhkc.com"
        <sherman@hhkc.com>, "jimr@wrightroy.com" <jimr@wrightroy.com>,
        "bbarr@levinlaw.com" <bbarr@levinlaw.com>,
        "jimmy@jimmywilliamson.com" <jimmy@jimmywilliamson.com>,
        "dsc2179@liskow.com" <dsc2179@liskow.com>, "Andre, Abigail
        (ENRD)" <Abigail.Andre@usdoj.gov>, "Benson, Thomas (ENRD)"
        <Thomas.Benson@usdoj.gov>, "Cernich, Scott (ENRD)"
        <Scott.Cernich@usdoj.gov>, "Horizon, Deepwater"
        <Deepwater.Horizon@usdoj.gov>, "Engel, Bethany (ENRD)"
        <Bethany.Engel@usdoj.gov>, "King, Rachel (ENRD)"
        <Rachel.King@usdoj.gov>, "Pencak, Erica (ENRD)"
        <Erica.Pencak@usdoj.gov>, "Underhill, Mike (CIV)"
        <Mike.Underhill@usdoj.gov>, "Shutler, Sharon (CIV)"
        <Sharon.Shutler@usdoj.gov>, "WStradley@mithofflaw.com"
        <WStradley@mithofflaw.com>, "TDemetriou@mithofflaw.com"
        <TDemetriou@mithofflaw.com>, "grant.davis-denny@mto.com"
        <grant.davis-denny@mto.com>, "Chakeres, Aristide (ENRD)"
        <Aristide.Chakeres@usdoj.gov>, "O'Rourke, Steve (ENRD)"
        <Steve.O'Rourke@usdoj.gov>, "godleytj@mto.com"
        <godleytj@mto.com>, "mdl2179states@ago.state.al.us"
        <mdl2179states@ago.state.al.us>, "Cc:"
        <mike_o'keefe@laed.uscourts.gov>, "Gasaway, Robert R."
        <rgasaway@kirkland.com>, "Fitch, Warren Anthony"
        <Tony.Fitch@bingham.com>, "O'Rourke, Steve (ENRD)"
        <Steve.O'Rourke@usdoj.gov>
Cc:     "phase2bp@liskow.com" <phase2bp@liskow.com>,
        "phase2us@liskow.com" <phase2us@liskow.com>,
        "mike_o'keefe@laed.uscourts.gov"
        <mike_o'keefe@laed.uscourts.gov>
Date:   07/17/2013 07:49 AM
Subject:        RE: United States' Motion to Strike Surrebuttal Opinions of Dr.
        Zimmerman


Dear Judge Shushan and Mike:

In all the excitement caused by your email of Thursday evening and the proposed new trial dates, I neglected to mention this motion we submitted on July 11, 2013 regarding the surrebuttal opinions that BP's expert has prepared.  I may have missed the email traffic, but I don't believe BP has responded and we would request they be given a deadline for doing so.  We believe resolution of this motion takes on added importance as the parties evaluate the use of experts in preparation for trial.

Respectfully,

Sarah D. Himmelhoch

From: Gladstein, Richard (ENRD)
Sent: Thursday, July 11, 2013 9:06 PM
To: Sally_Shushan@laed.uscourts.gov; sherman@hhkc.com; jimr@wrightroy.com; bbarr@levinlaw.com; jimmy@jimmywilliamson.com; dsc2179@liskow.com; Andre, Abigail (ENRD); Benson, Thomas (ENRD); Cernich, Scott (ENRD); Horizon, Deepwater; Engel, Bethany (ENRD); Himmelhoch, Sarah (ENRD); King, Rachel (ENRD); Pencak, Erica (ENRD); Underhill, Mike (CIV); Hanger, Robin L. (CIV); WStradley@mithofflaw.com; TDemetriou@mithofflaw.com; grant.davis-denny@mto.com; Chakeres, Aristide (ENRD); O'Rourke, Steve (ENRD); godleytj@mto.com; mdl2179states@ago.state.al.us; Cc:; Gasaway, Robert R.; Fitch, Warren Anthony
Cc: phase2bp@liskow.com; phase2us@liskow.com
Subject: United States' Motion to Strike Surrebuttal Opinions of Dr. Zimmerman

Dear Judge Shushan:  Attached please find a letter motion of the United States asking the Court to strike surrebuttal opinions presented by Dr. Zimmerman at his deposition on July 2-3, 2013.  Also attached are the United States' initial letter to BP with exhibits on this subject dated July 9, and BP's response dated July 11.

Thank you for your consideration.

Richard Gladstein
Senior Counsel
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044-7611
Phone: 202-514-1711
Fax: 202-514-8395

Express Mail Deliveries:
ENRD Mailroom, Room 2121
601 D Street, NW
Washington, DC 20004

This e-mail, including attachments, contains information that is
confidential and it may be protected by the attorney/client or other
privileges.  This e-mail, including attachments, constitutes non-public
information intended to be conveyed only to the designated recipient(s).
If you are not an intended recipient, please delete this e-mail, including
attachments, and notify me by return mail, e-mail or at (202) 514-1711.
The unauthorized use, dissemination, distribution or reproduction of this
e-mail, including attachments, is prohibited and may be unlawful.


*************************************************************
IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
***********************************************************