# Attachment 7

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in
the Gulf of Mexico, on April 20, 2010*

United States District Court
Eastern District of Louisiana
MDL No. 2179, Section J
Judge Barbier; Magistrate Judge Shushan

Expert Report of Curtis Hays Whitson, PhD

May 1, 2013



PERA a/s
Petroleum Engineering Reservoir Analysts

Granaasveien 1, 3rd floor
7048 Trondheim
Norway
Tel   47 7384 8080
Fax   47 7384 8081
http://www.pera.no

**CONFIDENTIAL**

 **PERA** – Petroleum Engineering Reservoir Analysts

## Appendix D - Surface Processes and Shrinkage

The conversion of volume from reservoir to stock-tank conditions is an important part of this study, but the determination of "stock tank oil" will depend on the path by which the reservoir fluid takes to the surface. The PVT reports provide experimental data for two pathways; a single-stage flash (where the fluid is flashed directly to atmospheric pressure) and a 4-stage separator, defined previously.

### Oceanic Separation Process

The pressure-temperature path from seabed to surface was estimated using recognized pressure- and temperature-depth profiles in the Gulf of Mexico near Macondo well [13]. The temperature and pressure versus depth profiles are shown in **Figure 3**. A sensitivity study was then made to see how many stages were needed in the oceanic separation process in order to converge on the correct value of total shrinkage. **Figure 29** shows the results of the sensitivity study, which suggests that at least 100 stages are needed.

A set of 130 separation stages was used from seabed to surface. The first-stage separator was always assumed to equal seabed pressure of 2,250 psia. First-stage separator temperature represents the conditions at the exit point into ocean. For the other stages regional p-depth and T-depth correlations are assumed, ending at standard conditions of 14.7 psia and 60 °F.

Because this complex 130-stage separation process cannot be used in most software, PERA identified near-equivalent process with only five stages, where the first stage was exit-point conditions (2250 psia and $T_{exit}$) and the final stage was at stock-tank conditions. This five stage process is called the "oceanic-proxy" separator. By regression, PERA identified the three intermediate stage conditions (p,T) so that oil shrinkage, gas-oil ratio, and surface product properties were almost identical for the 5-stage oceanic-proxy separator and the full 130-stage process. The conditions in the "oceanic-proxy" separator were:

| | | |
|---|---|---|
| Stage 1 | 2250 psia | $T_{exit}$ |
| Stage 2 | 1500 psia | 130 F |
| Stage 3 | 250 psia | 35 F |
| Stage 4 | 30 psia | 35 F |
| Stage 5 | 14.7 psia | 60 F |

PERA's 130-stage separation process only addresses gas-oil separation path with specified pressure-temperature conditions based on background oceanic conditions. The resulting black oil tables do not reflect decreases in *oil* volumes associated with (1) the evolving gas phase dissolving partially or completely into the ocean seawater, (2) highly soluble light components found in the surfacing oil phase (*e.g.* methane-pentane) dissolving into the seawater, and (3) highly soluble lighter aromatics compounds (*e.g.* benzene and toluene) dissolving into the seawater.

---

[13] National Oceanographic Data Center database. http://www.nodc.noaa.gov/OC5/GOMclimatology/

XCWX001-000033

 **PERA** – Petroleum Engineering Reservoir Analysts

PERA conducted an EOS-based quantitative assessment of (2) and (3) above,[14] calculating that the final stock tank surface oil volume decreases by 10% (±3%) from the surface oil volumes calculated in this study and represented in the oceanic-process black-oil tables. The most significant surface oil volume reduction is caused by the oil phase light components $C_1$-$C_5$ dissolving into seawater.

### Example Showing Effect of Surface Process on Stock Tank Oil Volume

To illustrate the influence of surface process "path" on ultimate stock-tank oil volumes, consider the the example of an initial volume of 100 barrels of reservoir fluid near the initial reservoir conditions (11850 psia and 243°F). The stock-tank oil volumes in this example are EOS calculated values for an average for the four fluids.

The resulting stock-tank barrels of oil associated with each process is as follows:

1. Single Stage Flash:                     **43.3 barrels**

2. Oceanic Separator ($T_{exit}$=210°):   **46.7 barrels**

3. Oceanic Separator ($T_{exit}$=130°):   **48.0 barrels**

4. 4-Stage Separator:                      **47.9 barrels**

The pathway from reservoir to surface emulated by the oceanic separator process will be different from the single stage flash and the 4-stage separator processes. The fluids will first expand to exit-point conditions with little or no change in overall composition, and then be transported to surface conditions through a 5,000-ft column of seawater.

The PERA oceanic separator analysis assumed an exit-point pressure equal to the seabed pressure of 2,250 psia, and a range of exit temperatures are then examined. At exit conditions, the 100 barrels of reservoir fluid at initial conditions will now be a 2-phase mixture. The volumes of the two phases will depend somewhat on the exit temperature. For example, whereas an exit temperature of 210°F will result in 63 barrels of oil phase and 122 barrels of gas phase, an exit temperature of 130°F will result in 65 barrels of oil phase and 92 barrels of gas phase.

The oil and gas exiting at the seabed moves through a path to the surface, and PERA simulated this oceanic process whereby evolving gases are separated immediately from the changing oil at each depth. This results in 46.7 stock-tank barrels for an exit temperature of 210°F and 48.0 stock-tank barrels of oil for an exit temperature of 130°F.

Taking into account that most of the light hydrocarbons and some lighter aromatics dissolve in seawater during ascension to the surface through 5,000 of seawater, PERA calculates that the final stock-tank oil

---

[14] Ryerson et al.: "Chemical data quantify Deepwater Horizon hydrocarbon flow rate and environmental distribution".

CONFIDENTIAL

XCWX001-000034

Case 2:10-md-02179-CJB-DPC Document 11060-9 Filed 08/19/13 Page 5 of 6

 **PERA** – Petroleum Engineering Reservoir Analysts

volume will be approximately 10% less than the laboratory 4-stage separator, reaching a final stock tank oil volume of 43 stock-tank barrels, which is essentially the same stock-tank oil volume as for a single-stage process.

## Oil Shrinkage Definitions

The calculation of oil shrinkage is an important part of this study. However, the industry does not operate with a common definition of "shrinkage" as it is to be used in the Deepwater Horizon Incident. PERA therefore introduces the following nomenclature and definitions to avoid any misunderstanding of the calculations provided in this study and how they should be used. This is also supported by a simple example.

Keeping in line with industrial practice of "naming" different types of barrels (e.g. STB, STBW, and RB), some case-specific barrel definitions for this project are made as follows:

1 barrel = 42 U.S. gallons = 5.6146 ft$^3$

**STB** = total surface ("stock-tank") oil barrel at standard conditions.
**SBO** = surface oil barrel at standard conditions, resulting from shrinkage of exit-point oil.
**SBC** = surface oil (*condensate*) barrel at standard conditions, resulting from condensation of exit-point gas.
**EB** = Seabed exit-point total gas+oil barrel at exit-point temperature and exit-point pressure of 2250 psia.
**EBO** = Seabed exit-point total oil barrel at exit-point temperature and exit-point pressure of 2250 psia.
**EBG** = Seabed exit-point total gas barrel at exit-point temperature and exit-point pressure of 2250 psia.
**RB** = reservoir barrel at reservoir temperature and some pressure (may be gas, oil, or gas+oil).
**RBO** = reservoir barrel oil at reservoir temperature and some pressure.
**RBG** = reservoir barrel gas at reservoir temperature and some pressure.

*Seabed* "total shrinkage factor" (TSF) is defined as the fraction of total (gas+oil) volumetric rate at seabed exit-point conditions that ends up as stock-tank oil after some oceanic separation process. Consider these definitions:

$V_{texit} = V_{oexit} + V_{gexit}$ = total gas+oil volume at seabed exit conditions [EB].

$V_{oexit}$ = oil volume at seabed exit conditions [EBO].

$V_{gexit}$ = oil volume at seabed exit conditions [EBG].

$V_{oo}$ = surface oil volume resulting only from shrinkage of seabed exit-condition oil [SBO].

$V_{og}$ = surface oil volume resulting only from condensation of seabed exit-condition gas [SBC].

$V_{ot} = V_{oo} + V_{og}$ = total surface oil volume at standard conditions [STB].

Also consider terms expressing ratios of the volumes idenitified above:

OF = "oil fraction" = $V_{oexit} / V_{texit}$ = oil phase fraction of total gas+oil volume at seabed conditions [EBO/EB].

---

Macondo PVT Model Study (May 1, 2013)

CONFIDENTIAL

XCWX001-000035

 **PERA** – Petroleum Engineering Reservoir Analysts

GF = "gas fraction" = $1 - OF = V_{gexit} / V_{text}$ = gas phase fraction of total gas+oil volume at seabed conditions [EBG/EB].

OS = $V_{oo} / V_{oexit}$ = "oil shrinkage" = surface oil volume resulting from shrinkage of the oil at seabed exit conditions, expressed as a fraction of oil volume at seabed conditions [SBO/EBO].

OSF = OF x OS = $V_{oo} / V_{texit}$ = "oil shrinkage factor" = surface oil volume resulting from the shrinkage of oil at seabed exit conditions, expressed as a fraction of gas+oil volume at seabed conditions [SBO/EB].

CSF = $V_{og} / V_{texit}$ = "condensate shrinkage factor" = surface oil volume condensing from exit-point gas, expressed as a fraction of gas+oil volume at seabed exit conditions [SBC/EB].

TSF = OSF + CSF = $V_{ot} / V_{texit}$ = "total shrinkage factor" = total surface oil, expressed as a fraction of gas+oil volume at seabed exit conditions **[STB/EB].**

**Example.** Consider a simple example using the CL68379 sample and $T_{exit}$=210 $^{o}$F, where OF≈0.33, OS≈0.75, and CSF≈0.003. Measured exit-point total gas+oil volume $V_{texit}$=100 EB.

OF represents the fraction of total gas+oil volume at exit conditions on the seabed that is an oil phase. OF=0.33 means that one third of the total 100 barrels volume leaving the well at seabed exit conditions is an oil phase, 33 EBO, and two thirds of the total volume is a gas phase, 67 EBG.

OS represents the shrinkage of seabed exit-condition oil volume subject to an oceanic separation process, expressed as an oil volume at standard conditions. OS=0.75 means that seabed exit-condition oil shrinks by 1-OS or 25% due to the oceanic separation process, resulting in a surface oil volume 75% of the seabed exit-condition oil volume, 0.75(33 EBO)=25 SBO.

The product of OF and OS has been used previously to approximate shrinkage of total gas+oil volume at seabed exit conditions to final surface oil. However, this does not take into account the surface oil (condensate) that forms from condensation of the gas phase at seabed exit point – e.g. CSF=0.003 in our example. The total surface oil resulting from oceanic separation of 100 barrel of total gas+oil mixture at seabed exit point is TSF=OSF+CSF=0.253 STB/EB times 100 EB, or (0.253)(100)=25.3 STB surface-oil barrels. The impact of condensation of surface oil from the exit-point gas is ≈1.2% difference for the assumed $T_{exit}$=210 $^{o}$F in this example; the condensate impact decreases to 0.1% difference for lower exit-point temperatures.

As discussed earlier, the reported total shrinkage factors from this study do *not* include additional shrinkage due to the solubility of hydrocarbons in the oil. PERA did quantify, based on research studies about hydrocarbon solubilities in seawater, that the surface oil volume decreases by approximately 10% due to (a) partial or complete solubility all $C_1$-$C_5$ components and (b) the solubility of lighter aromatic compounds. For this example calculation, using a decrease in surface oil volume of 10% due to the solubility of both light components and lighter aromatic compounds, the final total shrinkage would then be: 0.25(1-0.1)(1-0.02)+0.003 = 0.2235 versus 0.253 for no stripping – a net reduction from 25.3 STB to 22.35 STB for 100 EB.

XCWX001-000036