**Attachment 8**

# EXPERT REBUTTAL REPORT
## U.S. v. BP Exploration & Production, Inc., et al.

Prepared on Behalf of the United States

Prepared by:
Aaron A. Zick
Zick Technologies, Inc.
6335 SW Dolph Drive
Portland, OR 97219-4945

Aaron A. Zick

June 10, 2013

CONFIDENTIAL

XAZX007-000003

## 2. ON THE DEFINITION OF STOCK TANK OIL

By definition, a stock tank oil can be any mixture of hydrocarbons that would remain stable in a liquid phase at ambient, stock tank conditions (usually, 60 F and 1 atm). It is not uniquely defined, however. Its composition, properties, mass, and volume are determined not only by the reservoir fluid from which it originated, but also by the processes that it underwent in going from the reservoir to the stock tank.

During the production of most oil or gas reservoirs, the nature of the stock tank oil can be affected by the depletion of the reservoir itself, as the depletion can change the composition of the fluids flowing into the wells. In the case of the Macondo well, however, that was not an issue, as the flowing composition remained essentially constant, from the reservoir to the exit of the well, for the entire duration of the spill.

During normal oil or gas production, the nature of the stock tank oil is also affected by the processing of the hydrocarbons at the surface, where the lighter hydrocarbons must be removed (as a surface gas) so that the remaining stock tank oil will remain stable as a liquid. There are many different ways of performing that surface processing, however, each of which results in a different amount of stock tank oil with different properties.

Separating a reservoir fluid into stock tank oil and surface gas is a little like opening a bottle of champagne. If you pop the cork and release the pressure suddenly, much of the dissolved carbon dioxide will rush out of solution and out of the bottle, taking a fair amount of the valuable champagne with it. If you remove the cork gently, however, to release the pressure gradually, you minimize the loss of the carbon dioxide and keep the champagne in the bottle.

The simplest of all possible surface processes is to flash the hydrocarbons directly to stock tank conditions in a single-stage separation (like popping the champagne cork). This is often used for well testing purposes, because it is so simple, but it would rarely be used for production purposes because of its inefficiency. Too many of the valuable intermediate components (butane to decane or so) would be lost to the surface gas instead of being stabilized in the stock tank oil, resulting in less stock tank oil than would be optimal.

During normal production, surface processing is usually performed with a multistage separation, where the fluid coming from the well is passed through a sequence of separators, with temperatures and pressures decreasing at each stage from wellhead conditions toward ambient conditions (like removing the champagne cork gently). The separated liquid from the first stage is passed to the second-stage separator, the separated liquid from that stage is passed to the third-stage separator, and so forth, until the final liquid is at stock tank conditions. The separated gases from each stage are gathered together as the surface gas (which might be transported and sold separately, processed further at a gas plant to extract additional natural gas liquids, burned as fuel, or simply disposed of by flaring).

A multistage process is more efficient at recovering stock tank oil because of the way the surface gas is removed incrementally, which removes fewer of the intermediate

XAZX007-000011

hydrocarbons from the liquid. Generally, the more separation stages used, the more stock tank oil is recovered.

When BP commissioned three laboratories to perform analyses and testing on four samples collected from the Macondo well before the disaster, each lab was asked to perform a specific 4-stage separator test[4] on each sample.[5] One can only presume that BP had intended to use that separation scheme during production, had normal production ever occurred, so it was one of the separation processes that both Dr. Whitson and I used to calculate *shrinkage factors* for the Macondo reservoir fluids.

A reservoir fluid's *shrinkage factor* is defined as the volume of oil at one stage of processing (usually at the stock tank conditions, but not necessarily) divided by the volume of the original reservoir fluid at some other conditions before processing. For it to have any meaning, the initial and final conditions must both be specified, as well as the process that was taken in between. Because those conditions and the process can be arbitrary, a fluid's shrinkage factor has no single unique value. It is also somewhat of a misnomer, because the more the fluid shrinks from its initial to its final conditions (as gas is removed), the smaller the shrinkage factor. Three things to remember are that

- Two shrinkage factors (e.g., for different processes or different fluid models) can be compared only if the specified conditions (initial and final) and are the same for both.
- The greater the shrinkage factor (for given initial conditions), the greater the volume of oil at the final (usually stock tank) conditions.
- If you know the shrinkage factor of a reservoir fluid as it is processed from condition A to condition B, and the shrinkage factor as it is processed from condition B to condition C, then the product of the two gives the shrinkage factor as the fluid is processed from A to B to C (this can provide a method of converting the shrinkage factor specified for one set of conditions to a shrinkage factor for a different set of conditions).

A reservoir fluid's *formation volume factor* is the inverse of its shrinkage factor (for a given process that would take the fluid to stock tank conditions). A formation volume factor (as a function of pressure and/or temperature) is a required input for many types of petroleum engineering software (reservoir simulators, pipe-flow simulators, material balance software, etc.), but again, its value at any given set of conditions depends on the assumed process.

In my initial report, I provided the shrinkage factors (and corresponding formation volume factors) for taking what I considered to be the average Macondo reservoir fluid from its saturation pressure of 6679.85 psia at 243 F (as calculated by my EOS) to the standard stock tank conditions of 1 atm at 60 F through two different surface processes: a

---

[4] Stage 1: 1250 psia at 130 F. Stage 2: 450 psia at 120 F. Stage 3: 150 psia at 120 F. Stage 4: 1 atm at 60 F.
[5] Pencor Volatile Oil Reservoir Fluid, Report No. 36126-19-5010068508, June 30, 2010 (BP-HZN-2179MDL00063084), Pencor Volatile Oil Reservoir Fluid, Report No. 36126-53-5010068379, June 10, 2010 (BP-HZN-2179MDL01872218), Schlumberger Fluid Analysis on Macondo Samples, June 9, 2010 (BP-HZN-MDL217900062844-62893), Intertek Multistage Separator Test Final Report WTC-10-001812, June 10, 2010 (BP-HZN-MDL217904440978-998).

XAZX007-000012

single-stage separation and the 4-stage separation that BP had specified for the laboratory experiments.

Dr. Whitson reported so many different shrinkage factors and formation volume factors (for each of the four laboratory samples, different initial conditions, and many different processes and variations thereof) that it is impossible to enumerate them all. The best way to summarize his findings, however, is to repeat the shrinkage factors he calculated for an average reservoir fluid (he used the molar average of the four samples), going from initial reservoir conditions (243 F and 11,850 psia) to stock tank conditions (60 F and 1 atm). I was easily able to recalculate the corresponding shrinkage factors for my average reservoir fluid (which I took to be the molar average of the Pencor 19 sample, from highest in the formation, and the Schlumberger 1.18 sample, from lowest in the formation).

Table 1 summarizes the predictions of the two fluid models for a single-stage separation and for BP's specified four-stage separation. Regardless of the process, my EOS predicts a shrinkage factor about 3% greater than Dr. Whitson's, and regardless of the EOS, the four-stage separation would produce about 11% more stock tank oil than would the single-stage separation.

|                    | Calculated Shrinkage Factor |           |              |
| ------------------ | --------------------------- | --------- | ------------ |
| **Surface Process** | **Whitson EOS**            | **Zick EOS** | **% Difference** |
| **Single-Stage**   | 0.433                       | 0.445     | 2.8          |
| **Four-Stage**     | 0.479                       | 0.494     | 3.1          |
| **Difference, %**  | 10.6                        | 11.0      |              |

Table 1. Shrinkage factors for an average Macondo reservoir fluid going from 243 F and 11,850 psia to 60 F and 1 atm, as calculated by both the Whitson and Zick equations of state for a single-stage separation and BP's specified 4-stage separation.

Since normal production, and normal surface processing did not occur for the Macondo reservoir fluids, Dr. Whitson proposed an alternative separation process for defining the Macondo stock tank oil, namely an *oceanic* separation process, a schematic of which is shown in Figure 1.[6] In this process, the usual three or four surface separators are replaced by a continuum of theoretical separation stages, each one represented by the temperature and pressure from a different depth within the ocean, from the seabed to the surface. The first separation stage represents the conditions at the very exit of the well, before the reservoir fluid hits the water. These conditions determine the split of the reservoir fluid into an oil stream and a gas stream. From there, Dr. Whitson's model passes the oil stream through the sequence of assumed oceanic conditions from the seabed to the surface, removing the gas and adding it to the gas stream at each stage. The oil that reaches the surface is defined as stock tank oil. In Dr. Whitson's theoretical process, the gas stream does not undergo any other separation until it reaches the surface, where just the original exit gas is flashed in a single-stage separation at standard conditions, which

---

[6] Despite repeated requests to BP, the modeling files for Dr. Whitson's oceanic process were not provided to the US, so I had to deduce the details of his process from the somewhat vague description in his report, some files containing a simplified version of his process, and some trial-and error modeling of my own until I was able to duplicate his reported results.

XAZX007-000013

condenses a small amount of additional liquid (condensate) that adds to the stock tank oil volume. Dr. Whitson experimented with the number of theoretical stages and found that it took 130 stages before his results became insensitive to the number.



Figure 1. Dr. Whitson's proposed oceanic separation process, which does not account for potential condensation from the rising gas stream until it reaches the ocean surface. The separator conditions are determined from estimated profiles of temperature (T) and pressure (P) with depth.

XAZX007-000014

Because most petroleum engineering software would not allow a separation process to be designed with so many stages, Dr. Whitson came up with a 5-stage approximation to his 130-stage oceanic separation, with the temperatures and pressures determined by regression (a mathematical form of trial-and-error), instead of being tied to oceanic temperature and pressure profiles. The schematic of the separation process remained the same; it just had far fewer separators. He called this his *oceanic proxy* separation process. I confirmed the agreement between his proxy process and his full oceanic process for a few cases, but there is no way to guarantee that it will always predict similar results. There is also no guarantee that all petroleum engineering software would simulate the separation process correctly, given the 5 sets of separator conditions. I suspect that many software packages would fail to perform the final separation on the gas stream, because that stage is not part of a typical separation train. If that were the case, the simulation would predict less stock tank oil than intended.

I have also developed an oceanic process model to simulate how the Macondo reservoir fluid might have separated into stock tank oil and surface gas on its way to the ocean surface. My oceanic process differs from Dr. Whitson's with one significantly different assumption, however. Dr. Whitson made a serious omission by assuming that the gas stream would rise all the way to the ocean surface before any additional liquids would condense from it. My calculations show that liquids should actually continue to condense (at each stage) from the total accumulating gas stream until the pressure falls below approximately 750 psia (which would occur about two-thirds of the way from the seabed to the ocean surface), and the amount of condensation is considerable. A schematic of my oceanic separation process is shown in Figure 2.

XAZX007-000015



Figure 2. Zick oceanic separation process that accounts for potential condensation from the rising gas stream. The separator conditions are determined from estimated profiles of temperature (T) and pressure (P) with depth.

My oceanic separation process assumes that, at each depth, there is both an oil stream and a gas stream that remain isolated from each other. However, any gases that separate from the oil stream will commingle with the gas stream at the next depth, while any liquids that condense from the gas stream will commingle with the oil stream at the next depth.

9

XAZX007-000016

This will continue all the way from the seabed to the ocean surface, where the final streams represent the stock tank oil and the surface gas. These assumptions are simple enough to allow the separation calculations (without requiring the tracking of each oil droplet and each gas bubble in a rigorous plume simulation), but they account for the separation of both streams in a logical way.  It should not matter that the gas stream, being more buoyant, might travel at a higher velocity than the oil stream, as long as one also assumes that both streams settle into a pseudo-steady state, which I believe to be a very reasonable assumption.

In order to compare my oceanic separation model with Dr. Whitson's, I adopted his 129 sets of separator conditions, giving my model 257 separator stages (one for the well's exit and 128 for each stream), as opposed to his 130 (one for the well exit, 128 for the oil stream, and one for the exit gas stream). As in Dr. Whitson's model, the well's exit pressure is assumed to be 2250 psia. Dr. Whitson made his calculations for several different exit temperatures, but seemed to suggest 210 and 130 F as the most likely extremes, so the results for those two exit temperatures are presented here as well, in Table 2 and Table 3, respectively.

| Oceanic Process | Calculated Shrinkage Factor | | |
|---|---|---|---|
| | Whitson EOS | Zick EOS | % Difference |
| Whitson Model | 0.467 | 0.482 | 3.2 |
| Zick Model | 0.489 | 0.506 | 3.5 |
| Difference, % | 4.7 | 5.0 | |

Table 2. Shrinkage factors for an average Macondo reservoir fluid going from 243 F and 11850 psia to 60 F and 1 atm, as calculated by both the Whitson and Zick equations of state for the oceanic separation models of both Whitson and Zick with an exit temperature of 210 F.

| Oceanic Process | Calculated Shrinkage Factor | | |
|---|---|---|---|
| | Whitson EOS | Zick EOS | % Difference |
| Whitson Model | 0.480 | 0.495 | 3.1 |
| Zick Model | 0.490 | 0.507 | 3.5 |
| Difference, % | 2.1 | 2.4 | |

Table 3. Shrinkage factors for an average Macondo reservoir fluid going from 243 F and 11850 psia to 60 F and 1 atm, as calculated by both the Whitson and Zick equations of state for the oceanic separation models of both Whitson and Zick with an exit temperature of 130 F.

The first thing to note is that my oceanic separation model is more efficient than Dr. Whitson's, because of the additional condensation from the gas stream. It predicts 2–5% more stock tank oil than Dr. Whitson's model does, depending slightly on the EOS but much more so on the well's exit temperature. Regardless of the EOS, my oceanic model is very insensitive to the exit temperature, but that is not the case for Dr. Whitson's oceanic model. That is understandable, because the exit temperature determines how the flowing reservoir fluid splits into the initial oil and gas streams, which are both processed in a similar manner with my oceanic model, but which are processed very differently with Dr. Whitson's model.

XAZX007-000017

The other thing to note is that my EOS predicts a 3.1–3.5% greater shrinkage factor than Dr. Whitson's EOS does, depending slightly on the oceanic separation model. This is similar to the differences in the predictions for the 4-stage separation.

All of the previous shrinkage factor calculations can be summarized by Table 4, which lists the calculated shrinkage factor for a given process, relative to the shrinkage factor calculated for a single-stage process (by either Dr. Whitson's EOS or mine). The processes are listed in the order of increasing shrinkage factor. The higher the shrinkage factor, the more stock tank barrels produced per barrel of reservoir fluid.

| Separation Process | Relative Shrinkage Factor | |
|---|---|---|
| | Whitson EOS | Zick EOS |
| Single-Stage | 1.000 | 1.000 |
| Whitson Oceanic @ 210 F | 1.079 | 1.083 |
| Four-Stage | 1.106 | 1.110 |
| Whitson Oceanic @ 130 F | 1.109 | 1.112 |
| Zick Oceanic @ 210 F | 1.129 | 1.137 |
| Zick Oceanic @ 130 F | 1.132 | 1.139 |

Table 4. Shrinkage factor (to stock tank conditions) for a variety of processes, relative to the shrinkage factor predicted by either the Whitson or the Zick EOS for a single-stage separation.

The way to use Table 4 is as follows. If you are given a simulated prediction of the volume of stock tank oil that flowed from the Macondo well, and you know that the simulation assumed a certain surface process (process A), then you can determine the amount of stock tank oil for any other assumed surface process (process B) simply by dividing the given results by the table's relative shrinkage factor for process A and then multiplying them by the table's relative shrinkage factor for process B.

For example, if a simulation using my EOS has predicted 5 million barrels of stock tank oil under the assumption of BP's four-stage separation, then 5.122 million barrels would be predicted by a switch to my oceanic process with an exit temperature of 210 F (5 divided by 1.110 times 1.137 equals 5.122). There would be no reason to rerun the simulation (even if the software could handle the complicated oceanic process).

The reason the Macondo stock tank volumes can be scaled so easily (without rerunning any simulation) is that the physics of the fluid flow, from the reservoir to the well's exit, can in no way be influenced by any of the processing that takes place subsequently. Furthermore, since the flowing composition was essentially constant during the entire Macondo disaster, the conversion of the flowing reservoir fluid from mass units to stock tank volumes will always be by a constant factor that is simply proportional to the relative shrinkage factor shown in Table 4 for the assumed process.

No matter which surface process is chosen to convert the amount of spilled Macondo oil into stock tank barrels, the mass of the resulting stock tank oil will still always be less than the mass of the hydrocarbons that were actually spilled (because the stock tank oil will not include the mass of the separated surface gas). My recommendation has always been to perform the conversion with the most efficient process available, to account for

XAZX007-000018

as much of the hydrocarbon mass spilled into the Gulf of Mexico as possible. Some sort of multistage separation process will always be the most efficient. In light of the calculations presented in this section, my current recommendation is to use my oceanic separation process to make the conversions. Despite Dr. Whitson's claims to the contrary, there is no need for special software to simulate such a complex process. The necessary flow calculations can be performed with any software that can handle a single-stage separation to define the stock tank oil; the predicted number of stock tank barrels should then just be increased by 13 or 14% to account for the oceanic separation (see Table 4).

XAZX007-000019