# Attachment 9

01-43281
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG ) MDL NO. 2179
"DEEPWATER HORIZON" in the )
GULF OF MEXICO, on ) SECTION: J
APRIL 20, 2010 )
) JUDGE BARBIER
)
) MAG. JUDGE SHUSHAN

# *CONFIDENTIAL*

## *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Curtis Hays Whitson, Ph.D.

**July 22, 2013**

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
 1         A.  Well, honestly, I don't think -- I don't
 2   think I've found any, certainly not significant.
 3         Q.  Nothing of substance, then?
 4         A.  No.  No.
 5         Q.  Subsequent to submitting your Report on
 6   May 1st, 2013, did you perform any additional
 7   analysis related to the Macondo Well?
 8         A.  Yes.
 9         Q.  What was that?
10         A.  In connection with the Rebuttal Report of
11   Dr. Zick, there was a number of calculations made
12   related to that Rebuttal Report.
13         Q.  What calculations did you make?
14         A.  Well, the first calculation was made to
15   show that if you use physically realistic
16   assumptions in the oceanic process, instead of
17   the unphysical assumption used by Dr. Zick, what
18   the consequence would be on the calculated stock
19   tank oil volumes.  He basically makes three
20   assumptions in his oceanic process that differ
21   from our oceanic process, and so we did
22   quantitative analysis of the consequence of
23   making, instead of his unphysical assumptions
24   about that process, if you use physical
25   assumptions, what stock tank oil volumes would be
```

01-43282
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

# *CONFIDENTIAL*

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Curtis Hays Whitson, Ph.D.

**VOLUME 2**

**July 23, 2013**

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
 1   9:39 a.m.  We're off the record.
 2                   MR. BEFFA:  Give me a minute and
 3   I'll be right back.
 4           (Recess from 9:39 a.m. to 9:42 a.m.)
 5                   THE VIDEOGRAPHER:  The time is
 6   9:42 a.m.  We're back on the record, beginning
 7   Tape 12.
 8                         EXAMINATION
 9   QUESTIONS BY MR. BEFFA:
10        Q.  Good morning, Dr. Whitson.  You have read
11   Dr. Zick's Rebuttal Expert Report in this case,
12   correct?
13        A.  Yes.
14        Q.  That Report was previously marked as
15   Exhibit 11491.  Do you have that exhibit in front
16   of you?
17        A.  Yes.
18        Q.  If you could turn to Page 8, please.  The
19   first sentence of the second paragraph on
20   Page 8 reads:  "I have also developed an oceanic
21   process model to simulate how the Macondo
22   reservoir fluid might have separated into stock
23   tank oil and surface gas on its way to the ocean
24   surface."
25           Do you see that?
```

1   A.   Yes.
2   **Q.   Have you read that sentence before?**
3   A.   Yes.
4   **Q.   Do you agree that Dr. Zick has simulated**
09:43  5   **how the Macondo Reservoir fluid might have**
6   **separated into stock tank oil and surface gas on**
7   **its way to the ocean surface?**
8   A.   No, I don't.
9   **Q.   Why not?**
09:43 10   A.   Dr. Zick makes three fundamental
11   assumptions in his oceanic process.  The first is
12   what he refers to as a "pseudo-steady state
13   process," whereby the -- the stream of fluid
14   entering at the seabed, which is the same stream
09:44 15   leaving the reservoir, that that stream flows
16   together as a -- a plume, if you will, a mixture
17   of hydrocarbons through the entire ocean from the
18   seabed to the surface.
19          And in doing so, this implies that the
09:44 20   gas and oil are -- are flowing up together to the
21   surface.  That, in itself, as an assumption,
22   is -- is plausible, but his -- he makes two
23   additional assumptions, and those are both
24   nonphysical.
09:44 25          The -- the one assumption is that there's

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | no interaction with water, which, obviously,                 |
|       | 2  | looking at the thermodynamics of this system,                |
|       | 3  | is -- is incorrect physically.  This is even                 |
|       | 4  | stated by Dr. Zick in his original Report, that              |
| 09:45 | 5  | there is an interaction between the gas and the              |
|       | 6  | oil and the water and component exchange between             |
|       | 7  | these three phases.  He ignores that.  So that's             |
|       | 8  | an assumption that's not physical.                           |
|       | 9  | But the most important assumption he                         |
| 09:45 | 10 | makes, which is -- is physically impossible, is              |
|       | 11 | what I'll refer to as "selective mixing."  And               |
|       | 12 | that assumption is that the gas and oil, as it's             |
|       | 13 | moving up together to the surface, that the gas              |
|       | 14 | and -- equilibrium gas and oil that's moving up              |
| 09:45 | 15 | does -- does not mix.  They're moving up                     |
|       | 16 | separately, he puts up a -- a -- an impermeable              |
|       | 17 | barrier between the gas and the oil.  So he                  |
|       | 18 | doesn't let them equilibrate as it moves up to               |
|       | 19 | the surface.                                                 |
| 09:45 | 20 | But, at the same time, at each depth, he                     |
|       | 21 | allows the gas to evolve oil through                         |
|       | 22 | condensation, and he allows that condensed oil to            |
|       | 23 | move through this impermeable barrier to the                 |
|       | 24 | other side to -- to mix with the already existing            |
| 09:46 | 25 | oil.  And he allows the already existing oil to              |

|        |    |                                                              |
|--------|----|--------------------------------------------------------------|
|        | 1  | evolve gas, as it moves upwards, coming out of               |
|        | 2  | solution, he allows that gas to move across the              |
|        | 3  | impermeable barrier to the other side and mix                |
|        | 4  | with the free gas.                                           |
| 09:46  | 5  |             So he allows mixing when he wants to, and        |
|        | 6  | he doesn't allow mixing when he doesn't want to.             |
|        | 7  | That's -- is physically impossible to have such a            |
|        | 8  | system, as certainly provided by Mother Nature in            |
|        | 9  | the ocean.                                                   |
| 09:46  | 10 |             So that's -- that's the -- that's the            |
|        | 11 | assumption that's -- that -- that just can't --              |
|        | 12 | can't exist.  So that's -- that's -- that's why.             |
|        | 13 | He's not simulating what actually happens in the             |
|        | 14 | ocean.  You -- so -- yes.                                    |
| 09:46  | 15 |     **Q.   If Dr. Zick were to include the**                 |
|        | 16 | **thermodynamic effects of water in his ocean**              |
|        | 17 | **separator model, what would be the effect?**               |
|        | 18 |     A.   Well, we've studied that in detail, and             |
|        | 19 | by making three-phase thermodynamic equilibrium              |
| 09:47  | 20 | calculations, and the net result is that you                 |
|        | 21 | basically end up with a stock tank oil volume.               |
|        | 22 | When you allow equilibrium of the gas and the                |
|        | 23 | oil, even using his -- his -- his nonphysical                |
|        | 24 | selective mixing, when you allow the gas and oil             |
| 09:47  | 25 | to equilil -- equilibrate with water as it moves             |

|  |  |  |
|--|--|--|
|  | 1 | upwards, then you end up with a final oil at the |
|  | 2 | surface. That -- that is approximately the same |
|  | 3 | volume as the single-stage flash. |
|  | 4 | And so that's basically what happens. It |
| 09:48 | 5 | depends on how much water you contact the system |
|  | 6 | with, and the amount of water that you need to |
|  | 7 | contact to -- to reach this single-stage liquid |
|  | 8 | volume is, in fact, the amount of water required |
|  | 9 | to dissolve all of the C1, C2, and C3 completely |
| 09:48 | 10 | into the water, so that there's no more C1, C2, C3 |
|  | 11 | in the -- in the stock tank oil. |
|  | 12 | And when you reach that condition, that |
|  | 13 | stock tank oil volume has a value equal basically |
|  | 14 | to the single-stage flash stock tank oil volume. |
| 09:48 | 15 | **Q. If you were to remove from Dr. Zick's** |
|  | 16 | **ocean separator the barrier that you described a** |
|  | 17 | **few minutes ago, what would be the effect?** |
|  | 18 | A. Now, we're retaining his general |
|  | 19 | pseudo-steady state flow assumption, we're |
| 09:49 | 20 | assuming there's no interaction with water which |
|  | 21 | is his other assumption, but we'll keep that |
|  | 22 | intact, and we'll simply introduce a physical |
|  | 23 | mixing, which is what you would expect for a |
|  | 24 | plume of gas and oil flowing up together, so you |
| 09:49 | 25 | allow mixing as it -- as it moves from the seabed |

|       |    |                                                      |
|-------|----|------------------------------------------------------|
|       | 1  | to the surface.                                      |
|       | 2  | And when that happens, the -- the gas and            |
|       | 3  | oil will be equilibrating with each other            |
|       | 4  | continuously from the seabed to the surface.         |
| 09:49 | 5  | What you'll find when you get to the                 |
|       | 6  | surface is that the stock tank oil volume will be    |
|       | 7  | exactly, to 15 significant digits, equal to the      |
|       | 8  | single-stage flash stock tank oil volume.            |
|       | 9  | **Q. Of these separation processes that have**       |
| 09:49 | 10 | **been presented in this case, which do you find to** |
|       | 11 | **be the most physically realistic?**                |
|       | 12 | A. Well, I believe our oceanic process with          |
|       | 13 | its assumptions are all physical assumptions.        |
|       | 14 | They're -- I think this is the -- the only all --    |
| 09:50 | 15 | alternative.                                         |
|       | 16 | And so I think that a second alternative             |
|       | 17 | is to use the pseudo-steady state assumption         |
|       | 18 | of -- of -- of Zick, Dr. Zick, but to remove this    |
|       | 19 | nonphysical barrier.  That would also be a           |
| 09:50 | 20 | plausible oceanic process.                           |
|       | 21 | So, I think either -- either of those.               |
|       | 22 | **Q. Dr. Whitson, we talked yesterday about**        |
|       | 23 | **the calculations you made about the solubility of** |
|       | 24 | **hydrocarbons in ocean water, correct?**            |
| 09:51 | 25 | A. Yes.                                              |

```
           1         Q.  And when you made those calculations, you
           2    were accounting for the thermodynamic interaction
           3    between hydrocarbons and water?
           4         A.  Yes.
09:51      5         Q.  You -- you mentioned several times that
           6    the -- under certain assumptions, the volume of
           7    stock tank oil that your ocean separator process
           8    predicts is approximately the same as the number
           9    of stock-tank barrels of oil under a single-stage
09:51     10    flash separation process, correct?
          11         A.  Yes.
          12              MR. BENSON:  Objection, form.
          13         Q.  (By Mr. Beffa) Under which -- or what
          14    level of solubility allows the -- your ocean
09:52     15    separator model to predict roughly the same
          16    number of stock-tank barrels as the single-stage
          17    flash method?
          18         A.  Well, basically, what we found is that if
          19    you remove -- if you remove methane, ethane,
09:52     20    propane, butanes, and pentanes, C1 through C5
          21    components, these are the traditional gaseous
          22    components in -- in the petroleum -- in petroleum
          23    systems.  If those are removed completely from
          24    the stock tank oil, through the assumption this
09:52     25    occurs in interaction with large amounts of
```

                1    oceanic water mixing, then that results in a
                2    stock tank oil volume very close to the
                3    single-stage flash stock tank oil volume.
                4           Now, when we did those original
   09:53    5    calculations in the original Report, we did not
                6    base that on -- on rigorous thermodynamic
                7    calculations of gas, oil, and -- and -- and
                8    water.  Those calculations have been done
                9    subsequent to the -- Dr. Zick's Rebuttal Report,
   09:53   10    where we have actually made rigorous three-phase
              11    gas/oil/water thermodynamic calculations, and
              12    find that you get basically the -- the same stock
              13    tank oil volume with rigorous three-phase
              14    calculations, where all of the components are
   09:53   15    allowed to partition in varying amounts,
              16    according to the thermodynamics.
              17           And -- and as that stock tank oil that
              18    you calculate from the more rigorous method,
              19    as -- as the methane, ethane, and propane
   09:54   20    basically disappear from that stock tank oil
              21    through these calculations, according to certain
              22    amount of water it's in contact with, at that
              23    point, where basically all of the methane,
              24    ethane, and propane have disappeared, that is
   09:54   25    where you're seeing the stock tank oil volume

```
 1            being equal to this single-stage flash volume.
 2                Q.   And methane, ethane, and propane, what
 3            carbon numbers are those?
 4                A.   C1, C2, and C3.
 5                Q.   And you discuss, in your answer, the C1
 6            through C5 components.  Do those components
 7            include aromatics?
 8                A.   No.
 9                Q.   Shifting gears, Dr. Whitson, which EOS
10            model presented in this case do you believe fits
11            the PVT data better?
12                A.   I believe that our equation of state fits
13            the PVT data better.
14                Q.   Why?
15                A.   Well, I believe the -- the PVT data of
16            most importance to this particular case are --
17            are clearly fit better, and that's the reason.
18            It's the emphasis on -- on certain data, in
19            particular, the liquid stock tank oil volume, the
20            single-phase densities, which ensures the
21            conversion from mass rates, mass volumes to stock
22            tank oil volumes and the -- basically these
23            are -- are the most important.
24                     And it also appears that the -- the
25            description of the systems being gas condensate
```

```
 1    record, beginning Tape 13.
 2                    REDIRECT EXAMINATION
 3    QUESTIONS BY MS. ENGEL:
 4        Q.  (By Ms. Engel) Welcome back, Dr. Whitson.
 5        A.  Thank you.
 6              MS. ENGEL:  First, for the record,
 7    the United States objects to the witness offering
 8    any surrebuttal opinions, including any
 9    calculations or analysis in response to or
10    performed subsequent to Dr. Zick's Rebuttal
11    Report dated June 10th, 2013.
12            We further object to Dr. Whitson offering
13    any such opinions, calculations, or analysis, and
14    preserve our objections for trial.
15        Q.  (By Ms. Engel) Now, Dr. Whitson, your
16    Counsel just asked you a bunch of questions, but
17    one series of them focused on your -- your
18    post-Report analysis of Dr. Zick's oceanic
19    separation analysis, correct?
20        A.  Post-Report?
21        Q.  Right.  Meaning they are calculations and
22    analysis done subsequent to your Report dated May
23    1st, 2010.  Right?
24        A.  Yes.
25        Q.  And they're also subsequent to
```

```
 1    Dr. Zick's Rebuttal Report dated June 10th, 2013,
 2    right?
 3         A.   Yes.
 4         Q.   And I think I said May 1st, 2010 for your
 5    Report.  I meant May 1st, 2013.  I have 2010 on
 6    the brain.
 7              So you said that one of your -- your
 8    concerns about his analysis is that he does
 9    something that you termed "selective mixing."  Is
10    that right?
11         A.   Yes.
12         Q.   And that's where you say he assumes that
13    gas and equilibrium oil don't mix as they move to
14    the surface, for the most part, right?
15              MR. BEFFA:  Objection.
16         A.   Gas and oil are not allowed to
17    equilibrate is what I said, I think.
18         Q.   (By Ms. Engel) Okay.  Thank you.  But
19    then he does allow gas to evolve oil from -- he
20    allows gas to evolve oil, which then moves over
21    toward the oil phase, and he also allows -- I'm
22    sorry.  Let me start that over.
23         A.   M-h'm.
24         Q.   I was jotting notes quickly as you spoke.
25              You said he allows gas to evolve from the
```

```
          1    wouldn't you?
          2           MR. BEFFA:  Objection.
          3       A.  You might be.
          4       Q.  (By Ms. Engel) Okay.  Now, another
10:32     5    simplification that you made in your model was
          6    that you didn't examine the amount of time it
          7    might take for C1 through C5 and any aromatics to
          8    dissolve in the ocean, correct?
          9       A.  Yes.
10:32    10       Q.  And you didn't examine that because the
         11    question was too complicated?
         12       A.  Yes.  It's outside the scope of the
         13    thermodynamic treatment we were looking at.
         14       Q.  It's outside the scope of your expertise?
10:32    15       A.  Yes.
         16       Q.  Did you try to bring in any other Experts
         17    who might be able to examine that question, to
         18    work with you?
         19       A.  No, we didn't.
10:32    20       Q.  I believe you testified earlier -- and,
         21    again, you know, my notes may not be your words
         22    verbatim, but you testified under questioning by
         23    your Counsel that you didn't do any rigorous
         24    analysis of the interactions of oil, gas, and
10:33    25    water prior to reading Zick's Rebuttal Report
```

|  |  |
|---|---|
| 1 | dated June 10th, 2013, correct? |
| 2 | MR. BEFFA: Objection. |
| 3 | A. I don't think I said we didn't do any |
| 4 | rigorous gas/oil/water thermodynamic |
| 10:33  5 | calculations. I think I said we initiated more |
| 6 | rigorous three-phase gas/oil/water equilibrium |
| 7 | calculations as part of our assessment of the new |
| 8 | oceanic process introduced in Dr. Zick's Rebuttal |
| 9 | Report. |
| 10:33 10 | Q. (By Ms. Engel) So you didn't include this |
| 11 | more rigorous analysis of the three-phase |
| 12 | interaction in your Expert Report, correct? |
| 13 | A. No. That was -- |
| 14 | MR. BEFFA: Objection. |
| 10:33 15 | A. Yeah, that -- those calculations were |
| 16 | made in response to the new oceanic process |
| 17 | introduced by Dr. Zick in his Rebuttal Report, |
| 18 | which was in, what, June 2013. |
| 19 | Q. (By Ms. Engel) And you're aware that the |
| 10:34 20 | Court ruled that proper Rebuttal, correct? |
| 21 | MR. BEFFA: Objection. |
| 22 | A. I -- I'm not aware of what the Court's |
| 23 | ruled on anything. |
| 24 | Q. (By Ms. Engel) You're not a lawyer, |
| 10:34 25 | right? |

```
10:34

10:34

10:35

10:35

10:35
```

1  A.   That's correct.
2  Q.   Okay.  So none of these calculations that
3  you just described under questioning by Counsel
4  related to the -- the calculations and analysis
5  that you did in response to Dr. Zick's Rebuttal
6  Report, specifically, his oceanic separation
7  process?  None of those are contained in your
8  Expert Report, right?
9           MR. BEFFA:  Objection.
10  A.   Can you just repeat that one more time?
11 It was long.
12  Q.   (By Ms. Engel) Sure.  That was long.
13           None of the calculations or analysis that
14 you just discussed under questioning by your
15 Counsel that you performed in response to
16 Dr. Zick's Rebuttal Report are contained in your
17 Expert Report, correct?
18           MR. BEFFA:  Objection.
19  A.   Yes.  That would have been physically
20 impossible.
21  Q.   (By Ms. Engel) So that's a "No," they're
22 not in your Expert Report?
23           MR. BEFFA:  Objection.
24  A.   No.
25  Q.   (By Ms. Engel) You've used the term