# Attachment 10

Case 2:10-md-02179-CJB-DPC   Document 11060-12   Filed 08/19/13   Page 2 of 5
Case 2:10-md-02179-CJB-SS   Document 8121   Filed 12/21/12   Page 1 of 56

1

```
                     UNITED STATES DISTRICT COURT

                   THE EASTERN DISTRICT OF LOUISIANA

                            AT NEW ORLEANS


IN RE:  OIL SPILL BY THE OIL RIG          *   10-MD-2179 "J"
          DEEPWATER HORIZON IN THE        *
          GULF OF MEXICO ON               *
          APRIL 20, 2010                  *   December 18, 2012
                                          *
                                          *
Applies to:   All Cases                   *   9:30 a.m.
*********************************************



                    DISCOVERY STATUS CONFERENCE

                BEFORE THE HONORABLE SALLY SHUSHAN

                   UNITED STATES MAGISTRATE JUDGE








SUSAN A. ZIELIE, RMR, FCRR
Official Court Reporter
HB 406
500 Poydras Street
New Orleans, Louisiana 70130
susan_zielie@laed.uscourts.gov
504.589.7781


Proceedings Recorded by Computer-aided Stenography Transcription
Software.
```

Case 2:10-md-02179-CJB-DPC   Document 11060-12   Filed 08/19/13   Page 3 of 5
Case 2:10-md-02179-CJB-SS   Document 8121   Filed 12/21/12   Page 34 of 56
REALTIME ROUGH DRAFT TRANSCRIPT                                            34

```
:09:45   1           MS. HIMMELHOCK:  Your Honor, to succinctly summarize
:10:14   2   the United States' position, I was instant messaging my
:10:14   3   colleagues:  Yippee.
:09:56   4           THE COURT:  Good, Sarah.  I'm glad we could get a
:09:59   5   yippee out of you, because you were sure gloomy for the rest of
:10:04   6   the morning.
:10:05   7           And have you got that set up as a group instant
:10:08   8   messaging?
:10:11   9           MS. HIMMELHOCK:  No.  One at a time.  But one of my
:10:14  10   colleagues replied yippee with six E's.
:10:20  11           THE COURT:  I've got mine set up as a group so I can
:10:26  12   send it out mass-send.
:10:27  13           I wanted to talk briefly about the conflict that
:10:30  14   we seem to have created by breaking Dr. Bea out and putting him
:10:36  15   on a separate track.  And we got Rob's letter yesterday saying
:10:43  16   that, if we do that, then all of the experts who are responding
:10:50  17   to Bea/Gail won't be able to come until May, which is
:10:58  18   problematic.
:11:00  19           So what I'd like to think about, and I guess I'm
:11:05  20   looking at Mr. Barr, is whether Dr. Gail can put something
:11:14  21   together and maybe make a slightly modified timeline where we
:11:22  22   would not be having all of the -- I don't know how many there
:11:28  23   are going to be.  I went back and looked at the summary of
:11:32  24   Dr. Bea's projected testimony, which was submitted to me
:11:36  25   in-camera -- I'm not going to disclose that.  And I don't know
```

Case 2:10-md-02179-CJB-DPC   Document 11060-12   Filed 08/19/13   Page 4 of 5
Case 2:10-md-02179-CJB-SS   Document 8121   Filed 12/21/12   Page 35 of 56
REALTIME ROUGH DRAFT TRANSCRIPT                                              35

| | | |
|---|---|---|
| :11:43 | 1 | how many of those there will be.  So I need to look at that. |
| :11:48 | 2 | But it is a problem to think that all of that would be moved |
| :11:51 | 3 | back until May and you all will really be jammed during that |
| :11:55 | 4 | time period.  So would you think on that and think what we might |
| :11:59 | 5 | do to accommodate that issue? |
| :12:04 | 6 |       MR. BARR:  We'll think about it, Your Honor. |
| :12:07 | 7 |       MR. GASAWAY:  And we'll talk to Brian. |
| :12:09 | 8 |       THE COURT:  That would be helpful. |
| :12:11 | 9 |       MR. O'ROURKE:  If I may? |
| :12:11 | 10 |       THE COURT:  Sure. |
| :12:13 | 11 |       MR. O'ROURKE:  This is Steve O'Rourke for the United |
| :12:15 | 12 | States. |
| :12:15 | 13 |       We don't oppose an extension or the schedule. |
| :12:17 | 14 |       The only thing we're concerned about is, if we do |
| :12:20 | 15 | our reports, BP does theirs, we rebut, then comes a later phase |
| :12:27 | 16 | where -- we want it to be strictly construed that they can't be |
| :12:32 | 17 | surrebutting our rebuttal experts.  It has to be very clear. |
| :12:35 | 18 |       THE COURT:  No surrebuttals.  Let me be real clear. |
| :12:39 | 19 | Surrebuttal report, not going to happen.  So that's easy. |
| :12:46 | 20 |       I do want to try to accommodate the PSC and Dr. |
| :12:51 | 21 | Bea, because he will be busy in January.  On the other hand, I |
| :12:54 | 22 | don't want to create a logjam in May.  So let's do that. |
| :13:02 | 23 |       I understand that the clawback spreadsheets have |
| :13:07 | 24 | been completed, and Mike Petrino wanted to particularly thank |
| :13:15 | 25 | Anthony for his hard work on that.  So we're going to give you a |

Case 2:10-md-02179-CJB-DPC   Document 11060-12   Filed 08/19/13   Page 5 of 5
Case 2:10-md-02179-CJB-SS   Document 8121   Filed 12/21/12   Page 36 of 56
REALTIME ROUGH DRAFT TRANSCRIPT                                              36

| | |
|---|---|
| :13:22  1 | shout-out on that one. He was really most grateful for your |
| :13:26  2 | work on that. |
| :13:30  3 | MR. IRPINO: Everybody has been wonderful to work with |
| :13:32  4 | on the whole project, particularly Mike and Alan and everybody |
| :13:37  5 | from BP. |
| :13:37  6 | THE COURT: So that's good. |
| :13:38  7 | And that project is complete. |
| :13:41  8 | MR. O'KEEFE: It's complete. It's very -- |
| :13:42  9 | MS. HIMMELHOCH: Your Honor, may I ask a question about |
| :13:44 10 | your preference and the parties' preference? |
| :13:46 11 | I anticipate, given the volume of our production, |
| :13:49 12 | that we may find additional documents that we need to clawback |
| :13:55 13 | between now and the Phase Two trial. In fact, I can practically |
| :13:58 14 | guarantee it. |
| :13:58 15 | My thought was that, rather than serve a new short |
| :14:03 16 | clawback list, we would serve the Excel spreadsheet of our |
| :14:10 17 | cumulative list and simply identify what's been added to our |
| :14:14 18 | cumulative list so that the parties have one list that they're |
| :14:17 19 | working with going forward on clawbacks. |
| :14:19 20 | But I wanted to make sure that that met |
| :14:22 21 | particularly the Court's preference, but also other parties' |
| :14:25 22 | preferences. And whether either parties' would be doing the |
| :14:29 23 | same for their clawbacks. |
| :14:30 24 | THE COURT: Okay. |
| :14:31 25 | Anthony, do you have a preference on that, that |