# Excerpts from the Deposition Transcript of Stewart Griffiths

# Taken June 26-27, 2013

## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL ) MDL NO. 2179
BY THE OIL RIG )
"DEEPWATER HORIZON" IN ) SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010 ) JUDGE BARBIER
) MAG. JUDGE SHUSHAN

*****************
VOLUME 1
*****************

Deposition of Stewart K. Griffiths,
Ph.D., taken at the Pan-American Building, 601
Poydras Street, 11th Floor, New Orleans,
Louisiana, 70130, on the 26th day of June, 2013.

## Page 2

APPEARANCES

APPEARING FOR BP, INC.:
 Mr. Matthew T. Regan
 KIRKLAND & ELLIS
 300 North LaSalle
 Chicago, Illinois 60654
 Ms. Bridget K. O'Connor
 KIRKLAND & ELLIS
 655 Fifteenth Street, NW
 Washington, D.C. 20005-5793

APPEARING FOR TRANSOCEAN:
 Mr. Patrick J. Cafferty, Jr.
 MUNGER TOLLES & OLSON
 560 Mission Street, 27th Floor
 San Francisco, California 94105-2907
 Mr. Emmanuel Tedder
 MUNGER TOLLES & OLSON
 355 South Grand Avenue, 35th Floor
 Los Angeles, California 90071-1560

APPEARING FOR ANADARKO PETROLEUM COMPANY:
 Mr. Warren Anthony Fitch
 BINGHAM MCCUTCHEN
 2020 K Street, Northwest
 Washington, D.C. 20006-1806

APPEARING FOR HALLIBURTON:
 Mr. Jerry C. von Sternberg
 GODWIN LEWIS
 1331 Lamar, Suite 1665
 Houston, Texas 77010-3133

 Mr. Prescott W. Smith
 Ms. S. Kena Lopez
 GODWIN LEWIS
 Renaissance Tower
 1201 Elm Street, Suite 1700
 Dallas, Texas 75270-2041

## Page 3

APPEARING FOR THE UNITED STATES:
 Mr. Thomas A. Benson
 Mr. A. Nathaniel Chakeres
 Mr. David L. McIlwain
 U.S. DEPARTMENT OF JUSTICE
 ENVIRONMENT & NATURAL RESOURCES DIVISION
 Ben Franklin Station
 Post Office Box 7611
 Washington, D.C. 20044-7611
 601 D Street, N.W.
 Washington, D.C. 20004

APPEARING FOR THE STATE OF LOUISIANA:
 Mr. Douglas R. Kraus
 Attorney for Louisiana Attorney General
 KANNER & WHITELEY
 701 Camp Street
 New Orleans, Louisiana 70130-3504

ALSO PRESENT:
 Mr. Peter Jennings, Videographer
 Mr. Ray Aguirre, Case Manager
 Mr. James Deel, Logistics

## Page 4

INDEX
VIDEOTAPED ORAL DEPOSITION OF
STEWART K. GRIFFITHS, PH.D.
JUNE 26, 2013
VOLUME 1

Appearances                                    2

Direct Examination-Mr. Regan                   6

Changes and Signature                        354
Reporter's Certificate                       356

EXHIBIT INDEX

Ex No    Description                        Marked

11485  Expert Report, U.S. v. BP
       Exploration & Production, Inc.,
       et al, Oil Release from the
       Macondo Well, Prepared on Behalf
       of the United States, Prepared by
       Stewart K. Griffiths, March 22,
       2013, marked as CONFIDENTIAL PER
       BP; 82 pages                           6

11486  Expert Rebuttal Report, U.S. v. BP
       Exploration & Production, Inc.,
       et al, Oil Release from the
       Macondo Well, Prepared on Behalf
       of the United States, Prepared by
       Stewart K. Griffiths, June 10,
       2013, marked as CONFIDENTIAL PER
       BP; 42 pages                           6

11487  Chart titled PT-B Data; Bates
       No XSGX002-037309(fort 86)           263

Page 9

an Expert in this case?
A. I believe so.
Q. Okay.
A. Although there was a caveat in -- in these that -- that if additional information is -- is made available to me, I would -- I would reconsider.
Q. Okay. But is it fair to say that you're prepared today to testify about the opinions that you would intend to express to Judge Barbier in the trial in September? Have you come fully prepared to testify about the opinions set forth in your Expert Reports?
A. I -- I am prepared to testify about the opinions in these Reports.
Q. Okay. Have you ever testified as an Expert Witness in any litigation before this litigation?
A. I have not.
Q. Okay. Could you define the expertise that you're using in this matter in connection with the opinions set forth in 11485 and 11486?
  MR. BENSON: Object to the form.
A. Could -- could you repeat the question, please?

Page 10

Q. (By Mr. Regan) Certainly. Could you define for me the expertise that you would say you're using? How would you characterize your expertise for purposes of being an Expert Witness --
A. Oh. That --
Q. -- to the Judge?
A. -- that I drew on for -- for this.
  So not -- not necessarily something that was expressed in here, but the -- the expertise I drew on --
Q. Yeah.
A. -- to -- to reach these conclusions?
Q. Let me -- let me -- yes, but let me try it with a new question.
  What would you say you're an Expert in?
A. Well, let's see. I -- I don't know -- I don't know what you mean by "Expert." I'm happy to talk about expertise and experience, if -- if you'd like.
Q. I -- I can only ask you for your -- your -- your view of what you are an Expert in.
A. Well --
  MR. BENSON: Object to the form. Go ahead.

Page 11

A. Again, I -- well, I would have to spend some time defining what my view of an "Expert" is, and -- and that sets a very high bar in my eyes, and -- and I don't know if I would reach that bar or not. I think it would probably be more productive just to talk about my expertise and my experience and --
Q. (By Mr. Regan) Okay. Dr. Griffiths, if Judge Barbier were to ask you, "What are you an Expert in, Dr. Griffiths," what would your answer be?
A. I -- I think my answer would be the same, is -- is that I don't know what -- I -- I am aware that there's some sort of legal use of the word "Expert."
Q. M-h'm.
A. But -- but I don't know what you mean. I only know what I mean.
Q. Okay. Well, let me assure you that whatever the legal definition of it is, I'm not asking you for a legal definition. I am asking you here to define in your own words what you believe you're an Expert in, in for purposes of providing opinions to the Judge.
  MR. BENSON: The same objection.

Page 12

A. Again, I -- I -- I -- I don't know that I can do that without defining what -- what --
Q. (By Mr. Regan) Okay.
A. -- my view of an Expert is.
Q. And what is your view of an Expert?
A. Well -- so I worked at Sandia for over 30 years, and before that I worked at Lawrence Livermore, and -- and because of the nature of those places, there are a number of Experts around. And so these Experts in my eyes are people that -- that work in -- in a very narrow field for decades, 30 years, 40 years. They do experimental work; they do theoretical work; but they work for a very, very long time in a very, very narrow field. At -- at Sandia, we had people who -- who spent 30 to 40 years studying how to weld a particular alloy of stainless steel.
  So -- so that sort of thing in my eyes, that's what an Expert is. I think that's -- see, I think that's very, very far removed from -- from what I understand --
Q. M-h'm.
A. -- an Expert in the legal sense is.
Q. Okay. Are you an Expert in multiphase

## Page 13

1  flow under your own view of the word "Expert"?
2         MR. BENSON:  Object to the form.
3     A.  I would say that -- that I am familiar
4  with multiphase flow.  I have worked in the past
5  in multiphase flow.
6     Q.  (By Mr. Regan)  Okay.  Would you say
7  you're an Expert in multiphase flow?
8         MR. BENSON:  The same objection.
9     Q.  (By Mr. Regan)  Under your own definition
10  of the word.
11     A.  Under the -- the -- the -- the extreme
12  sort of definition that I provided, I -- I
13  would -- I would not label myself -- there's some
14  other issues here.  For example, I don't -- I'm
15  not comfortable with self-proclaimed Experts.
16  You know, I'm not comfortable with the --
17     Q.  Okay.
18     A.  -- notion of saying, "I am an Expert."
19  And I don't know if this is modesty or this is
20  having known people who -- who I have
21  tremendously high regard for.
22         Would you repeat your question, please?
23     Q.  Sure.
24     A.  Yeah.
25     Q.  I'm just trying to find out what you

## Page 14

1  would tell Judge Barbier you are an Expert in for
2  purposes of serving as someone who can come to
3  the Court and testify as an Expert Witness.
4     A.  Oh, as an Expert Witness.  That's a
5  different definition.  So as an Expert Witness,
6  I'm an Expert in -- in fluid dynamics, heat
7  transfer, thermal dynamics.  I'm an Expert in
8  mathematics, in -- in -- especially applied
9  mathematics, solution of nonlinear algebraic
10  equations, solution of differential equations.
11         I am an Expert in examination of data.  I
12  am an Expert in the examination and
13  interpretation of data through the development
14  of -- of physically based mathematical models.
15  And I am an Expert in the development and writing
16  of software of the sort that I did for this
17  problem.
18     Q.  Okay.  Do you believe you're an Expert in
19  multiphase flow under your definition of "Expert
20  Witness"?
21     A.  I would not be under my definition.  I
22  think that I am under the sort of legal
23  definition.
24     Q.  Okay.  Under any definition, do you
25  believe you're an Expert in the oil and gas area?

## Page 15

1     A.  Probably not.
2     Q.  You had no prior experience in the
3  Petroleum Industry, correct, prior to your work
4  on Macondo?
5     A.  That's correct.
6     Q.  Okay.  Prior to the work you started in
7  June of 2010, had you ever tried to estimate the
8  quantity of hydrocarbons that had emanated from a
9  well?
10     A.  I had not.
11     Q.  Had you -- have you ever done any work in
12  reservoir engineering, oil and gas reservoir?
13     A.  I -- I have never done work in -- in oil
14  and gas reservoir engineering.  I have done a
15  great deal of work in -- in problems that have
16  some similar characteristics.
17     Q.  Right.  Have you ever done any -- any
18  work in any respect to examine the properties or
19  performance or geometry or flow potential of an
20  oil and gas well?
21     A.  Again, no, in the -- in the strict sense,
22  but I have -- my background and experience are --
23  contain just about everything you need to do that
24  problem.
25     Q.  Okay.  Have you -- do you have any prior

## Page 16

1  work in using commercially available software
2  that has been developed in the oil and gas area
3  to examine issues such as multiphase flow,
4  geometry change effects in --
5     A.  I --
6     Q.  -- in oil and gas flows?
7     A.  Again, not oil and gas flows, but I have
8  a great deal of experience with -- with
9  commercial software for doing those same sort of
10  problems.
11     Q.  Okay.  Do -- have you ever used
12  commercially available software for multiphase
13  flow work in any context?
14     A.  I -- I don't believe I have.  I'm -- I'm
15  not sure.  You know, 30 years is a long time ago.
16     Q.  M-h'm.
17     A.  Hard to say for sure.
18     Q.  Right.
19     A.  Certainly, I have written software for
20  multiphase flow.
21     Q.  Okay.  All right.  But it -- would it be
22  fair to say that none of the software you've
23  written was concerning the behavior of multiphase
24  flow of hydrocarbons, correct?
25     A.  Well, not -- not -- not multiphase flow

17

1  of oil and gas like it was in the Macondo Well.
2      Q. Okay. And you -- in reference to your
3  CV, you've authored more than 50 refereed journal
4  publications and you say more than 100 Corporate
5  Technical Reports --
6      A. Yes.
7      Q. -- and you have 12 Patents; is that
8  correct?
9      A. Yeah.
10     Q. Okay. Any of those deal with oil and gas
11 or oil and gas flows or oil and gas wells?
12     A. Again, I don't believe any of those deal
13 with oil/gas wells, but virtually all of them
14 deal with things that I -- I drew on in -- in
15 solving this problem.
16     Q. Okay. Mathematics could apply to oil and
17 gas wells and geothermal wells and the potential
18 storage of nuclear material underground. Fair?
19     A. Absolutely.
20     Q. All right. But the actual physical
21 properties of oil and gas and water and steam and
22 nuclear materials could be different, correct?
23     A. Yes.
24     Q. And those physical differences between
25 oil and gas densities and behavior in a

18

1  multiphase environment, geothermal water and
2  steam behavior in a multiphase environment and
3  whatever behavior you might get with respect to
4  nuclear materials, those physical characteristics
5  could influence the multiphase behavior. Fair?
6      A. Well, they -- they -- they could, and
7  they do.
8      Q. Okay.
9      A. But do keep in mind that -- that -- that
10 many of the -- probably most of the multiphase
11 flow correlations that have ever been developed
12 that are applied to oil and gas and are applied
13 to everything else, were developed with air and
14 water, so there is a universy -- universality
15 here that -- that -- that does exist.
16     Q. Right. Do you know whether or not that's
17 true with respect to commercially available
18 multiphase software in the Petroleum Industry;
19 that is, does the Petroleum Industry use
20 correlations that were based on air and water --
21     A. Right --
22     Q. -- as opposed to correlations that may be
23 based on the behavior of hydrocarbons?
24     A. I -- I think -- I think -- you know, over
25 the last few decades, certainly, I -- I know

19

1  about flow loops, and I know that -- that they
2  do -- do make two-phase flow correlations using
3  oil and gas and -- and that sort of thing, yes.
4      Q. All right. Now, Dr. Griffiths, you
5  became involved in Macondo starting in June of
6  2010; is that correct?
7      A. That's correct.
8      Q. You gave a deposition in November of
9  2012, which touched upon both your factual work
10 and also your -- you were a 30(b)(6) witness,
11 correct?
12     A. That's correct.
13     Q. All right. You reviewed that deposition
14 after it was taken, correct?
15     A. I did.
16     Q. And you had an opportunity to submit
17 what's called an errata sheet or error sheet,
18 correct?
19     A. M-h'm, yes.
20     Q. Okay. You understand that the testimony
21 you gave in November of 2012 and your errata
22 sheet were both under oath?
23     A. Yes.
24     Q. Okay. And other than the changes in your
25 errata sheet, do you have any other changes that

20

1  you would make to your deposition that you gave
2  in -- in November of 2012?
3      A. Well, I re -- reread it very quickly,
4  recently, and I -- I found there was -- there was
5  like a typo or something about a date, but -- but
6  there's no substantive change --
7      Q. Okay.
8      A. -- that I would choose to make.
9      Q. Be fair to say that you would stand
10 behind the substantive answers that you gave in
11 November of 2012 today, just as you gave them in
12 November of 2012?
13     A. Yes.
14     Q. Okay. And the same will be true in
15 September of this year; you would stand behind
16 the substance of your answers from your fact
17 deposition?
18     A. Yes.
19         MR. BENSON: Object to the form.
20     Q. (By Mr. Regan) Now, in your fact
21 deposition, there was a reference to privileged
22 work and some instructions on privilege that you
23 were given --
24     A. (Nodding.)
25     Q. -- I think more than one, with respect to

85

1  that occurs after equilibrium, or was it using
2  the final reservoir pressure immediate at the
3  point of shut-in?
4      A.  Well, I think I used both.
5      Q.  In your Sandia work, you believe you used
6  both?
7      A.  Well, I -- I used -- I used the -- the --
8  the -- the immediate shut-in was my baseline.
9          I had an estimate, at that time, based
10 on -- on just early data of what I thought the --
11 the -- the long-term reservoir pressure would be.
12 And I used that value in my most likely
13 conditions.
14     Q.  Okay.  In your Rebuttal Report, the very
15 end, you described the fact that you -- and --
16 and I'll -- can just read it to you if you want
17 to refer to it, feel free, it's --
18     A.  I do.
19     Q.  -- it's Page 20 of Ex -- Tab 2, Exhibit
20 11486.
21     A.  Tab 2, page 20?
22     Q.  M-h'm.
23     A.  Okay.
24     Q.  You -- you have a paragraph starting:
25 "Finally" -- where you say:  "Finally, I do

86

1  recognize the value and importance of commercial
2  general-purpose fluid dynamic software"?
3      A.  M-h'm.
4      Q.  You say:  "When geometries and dimensions
5  are well defined, the fluid is well
6  characterized, and results are properly
7  validated, these computational tools are
8  invaluable in system design and evaluation across
9  many industries."  Correct?
10     A.  Yes.
11     Q.  You then contrast your methodology to
12 that in the same paragraph, correct?  You write,
13 quote:  "In contrast, my methodology and the
14 resulting software I developed" represent "a
15 specialized model that describes the Macondo well
16 exactly as it existed.  It is not a
17 general-purpose tool and would not be useful in
18 that capacity.  I do believe, however, that it
19 provides the most accurate description possible
20 for flow in the Macondo reservoir wellbore, BOP
21 and capping stack."
22         That's what you wrote, correct?
23         MR. BENSON:  Object to the form.
24     A.  I did write that.
25     Q.  (By Mr. Regan) Okay.  So I take it that

87

1  your methodology would not be one that you
2  believe could be applied to a different
3  circumstance, other than Macondo.
4      A.  That -- that's not what I was trying to
5  say there.
6      Q.  Okay.  You wrote that it -- your
7  methodology is "not a general-purpose tool and
8  would not be useful in that capacity."  What do
9  you mean by that?
10     A.  Well, the commercial tools -- and -- and
11 here I'm talking, I think, maybe a little broader
12 than just oil and gas.  Commercial tools solve
13 problems in -- in -- in a -- a -- one particular
14 manner.  You have to tell it everything about the
15 geometry.  You have to tell it everything about
16 the fluid.  You have to tell it about the
17 roughness of the interior of the pipes, and you
18 have to provide, I think at least one pressure
19 and either a second pressure or a flow rate in
20 order to solve any problem.
21     Q.  Okay.
22     A.  But it will -- if you know all that
23 stuff, it will -- it will, you know, with
24 assumptions and inaccuracies, et cetera, it
25 will -- it will solve your problem.

88

1          But the -- you know, here -- here, as I
2  describe, we don't -- we don't know the
3  geometries.
4          At the time I wrote my Sandia Report,
5  nobody even knew whether flow was up casing, the
6  annulus, or both.  My methodology did not require
7  knowledge of that.
8          And so I say that my model is not a
9  general purpose computational tool.  My model --
10 it's just -- that's not the nature of it.
11     Q.  Would -- would you describe your model as
12 a general purpose theoretical model?
13         MR. BENSON:  Object to the form.
14     A.  I -- I -- I guess I personally wouldn't
15 have picked those words.
16     Q.  (By Mr. Regan) Okay.  If I could show you
17 Exhibit 11485, your original Report, Tab 1,
18 Page -- Tab 1 Page 5, under the heading
19 "METHODOLOGY AND MODEL"?
20     A.  Okay.
21     Q.  First paragraph, third sentence, you
22 write, quote:  "General-purpose theoretical
23 models used in such calculations also require a
24 detailed description of geometry between...two
25 points at which pressures are specified,

22 (Pages 85 to 88)

89

1 including lengths and apertures at every position
2 along the path."
3     A. M-h'm.
4     Q. "They additionally require an equation of
5 state describing the fluid as a function
6 of...pressure and temperature, some model
7 describing fluid" temperature, "and" a cons --
8 "constitutive equation relating the" for -- "flow
9 rate of a two-phase fluid to local pressure
10 gradients as a function of local fluid
11 properties."
12     A. M-h'm.
13     Q. Did I read that correctly?
14     A. (Nodding.)
15     Q. Okay. Your model is not what you've
16 written there as a general purpose theoretical
17 model, correct?
18     A. I -- I think that was the same thing I
19 was saying in -- in a general sense --
20     Q. Okay.
21     A. -- earlier.
22     Q. All right. So your model would not be
23 what you describe as a general purpose
24 theoretical model, correct?
25     A. That's -- that's correct.

90

1     Q. You understand that the United States has
2 Experts who are proposing instantaneous and
3 cune -- cumulative flow rates that are based on
4 what you would describe as a general purpose
5 theoretical model?
6     A. That's --
7         MR. BENSON: Objection --
8     A. -- perfectly fine.
9     Q. (By Mr. Regan) Okay. But you do not
10 think that those models are appropriate for
11 calculating flow, given the conditions at
12 Macondo, correct?
13         MR. BENSON: Object --
14     A. I --
15         MR. BENSON: -- to the form.
16     A. I don't -- no, I don't agree with that at
17 all.
18     Q. (By Mr. Regan) Okay. You think using a
19 general purpose theoretical model, as defined in
20 your Expert Report, Page 5, is appropriate when
21 the geometries and dimensions within the B --
22 within and below the BOP are not known
23 accurately?
24     A. But I -- it's -- I -- I don't know
25 everything that everybody else did. But to the

91

1 best of my knowledge, the only sort of CFD
2 commercial software calculations that -- that --
3 that -- that were done by -- by any of the U.S.
4 Experts, were calculations of the capping stack.
5     Q. M-h'm.
6     A. The capping stack geometries are known.
7 There is no disconnect here between what I said
8 and what I feel about my work and -- and -- and
9 the -- and the use of commercial software for the
10 problem I was solving. They are solving a
11 different problem.
12         I think, for their problem, I would have
13 gone out and got commercial software. I -- I
14 think that, for their problem, they -- they --
15 they did the right thing.
16     Q. You -- you -- you would -- if -- from
17 your perspective, someone who is trying to
18 determine flow rate at the time of the capping
19 stack closure, it -- is that a different problem
20 than the one you were working on or the same
21 problem?
22     A. They -- they had -- they had no flow from
23 the well. They have no flow in the wellbore.
24 They have no flow through the BOP. They are
25 concerned entirely -- again, my -- my take on it,

92

1 they are concerned entirely with flow through the
2 capping stack.
3     Q. M-h'm.
4     A. The capping stack was built. It wasn't
5 dropped. It wasn't mangled. The geometry of the
6 capping stack was known. Therefore, commercial
7 software and an equation of state was known, and
8 all the other things I list here, all those
9 things were known, if you are setting out to do a
10 calculation of what's happening in the capping
11 stack.
12     Q. M-h'm.
13     A. They did not try to calculate flow
14 through the BOP or through the wellbore or in the
15 reservoir.
16         So, yes, commercial software, perfectly
17 appropriate for that problem; not appropriate at
18 all for the problem I was trying to solve.
19     Q. Okay. So if someone was using the com --
20 this general purpose theoretical model where they
21 used things such as geometry and equations of
22 state to determine flow rates at the time of the
23 capping stack, do you, Dr. Griffiths, think it
24 would be appropriate to then extrapolate that
25 flow rate on that day backwards 86 days --

23 (Pages 89 to 92)

93

1  MR. BENSON: Object to the form.
2  Q. (By Mr. Regan) -- in light of the fact
3  that you don't know the geometry and you don't
4  know some of those variables for the preceding
5  days?
6  MR. BENSON: Object to the form.
7  A. I -- I'm not sure -- I didn't extrapolate
8  back. I used the data through that period.
9  Q. (By Mr. Regan) Yeah. I -- I'm not asking
10 about your -- your work --
11 A. Oh, somebody else's work?
12 Q. I'm asking you about --
13 A. I don't -- I don't have an opinion. I
14 haven't studied their work. I don't have an
15 opinion on what they did.
16 Q. You do have an opinion as expressed in
17 your Expert Report that it would be inappropriate
18 to use a model that depends on things like
19 geometry, equations of state, temperature to
20 determine a flow rate for Macondo for days where
21 you don't know the geo -- the exact geometry, the
22 exact temperature, the exact flow regime,
23 et cetera?
24 MR. BENSON: Object to the form.
25 A. To -- well, again, I -- I probably have

94

1  limited knowledge, but -- but my limited
2  knowledge, I don't recall ever seeing anybody
3  trying to do a CFD calculation of flow from the
4  well on -- on, you know, June 2nd.
5  Q. (By Mr. Regan) Okay. All right. Do you
6  think there was enough information available at
7  the time of Top Kill, the end of May, to use a
8  general purpose theoretical model to determine
9  the flow rate?
10 MR. BENSON: Object to the form.
11 A. Let's see. At the time of May -- I -- I
12 don't know. I wouldn't -- I mean, I would just
13 have -- you're not talking about something I did.
14 I -- I -- I would have that -- to give that a lot
15 of thought. I have no idea, you know, how you
16 might try to use it, but -- but if -- if -- if
17 somebody came to me and said: "On -- on May
18 25th, May 26th, I knew this -- I knew the
19 internal geometry of the BOP and was able to do
20 a -- a CFD calculation and get an accurate flow
21 rate just from that geometry," I'd be suspicious.
22 Q. What if someone were to come to you and
23 say, "I've calculated the -- the flow rate during
24 the time of Top Kill using a model that assumes
25 homogenous" flow -- "fluid" and -- and makes

95

1  assumptions about the position of rams,
2  et cetera?
3  A. I --
4  MR. BENSON: Object to form.
5  A. I'd -- I'd really to need to look in
6  detail at that. I don't think I would draw any
7  conclusion.
8  Q. (By Mr. Regan) But your conclusion
9  that -- the reason you find your model to be
10 valuable is because you don't have data available
11 in the 86 days prior to capping stack about
12 geometry and potential changes in geometry.
13 Correct?
14 MR. BENSON: Object to form.
15 A. Well, let's see. Again, back -- back to
16 my methodology, if I calculate a flow rate using
17 a reservoir and a BOP pressure at the bottom of
18 the BOP, that calculated flow rate automatically
19 accounts for anything you do downstream.
20   I picked the methodology for exactly that
21 reason, because there was so much uncertainty
22 about that.
23   Since I applied that methodology, I also
24 did these alternate calculations. I get the same
25 value to the discharge from the alternate

96

1  calculations. I can -- I can conclude from that
2  with some degree of certainty that, in fact,
3  nothing did change in the BOP; otherwise, I would
4  not get the same answer.
5    So I -- I -- I'm not sure what you're
6  asking me to comment on, because my -- my
7  methodology accounts for those things downstream
8  of the BOP gauge. Additional calculations
9  indicate to me that -- that the BOP, beyond about
10 April 28th, 29th, was -- was essentially
11 unchanged.
12 Q. Okay. So your methodology would account
13 for any changes in the BOP during and after Top
14 Kill, correct, because those are downstream of
15 PT-B, correct?
16 A. I believe that's right. I'm not sure I
17 heard the statement quite --
18 Q. I -- I -- I'll state it again.
19 A. Thank you.
20 Q. Your method -- your methodology would
21 account for any changes in the BOP during and
22 after Top Kill because those are downstream of
23 PT-B?
24 A. Yes.
25 Q. Okay. But for the Top Kill time period,

24 (Pages 93 to 96)

97

1  do you use the actual PT-B measurements, or do
2  you do -- do you adjust them?
3      A. In -- in -- for my best estimate, as
4  presented here, I -- I just exclude those,
5  because they're very noisy, because they were
6  pumping, you get big spikes, but, in fact, I have
7  done calculations of -- of different sorts that
8  include them. And I concluded that I -- it would
9  be hard to assign a magnitude to it, and it is a
10 short period. It was -- this only spanned about
11 four days.
12     Q. M-h'm.
13     A. But that flow rate during that time was
14 higher because the test rams were open, that the
15 flow rate during that period would be higher than
16 what I accounted for.
17     Q. Okay. The calculations you just
18 described, are those set forth in your Expert
19 Report?
20     A. I'm not sure if I -- if I mentioned that
21 or not.
22     Q. Okay. You understand that -- do you
23 understand that Dr. Dykhuizen is putting forth an
24 Expert opinion on what the flow rate was during
25 Top Kill by relying on PT-B data during that

98

1  time?
2      A. I -- I am aware that he's doing that, and
3  I think nothing more.
4      Q. Okay. Have you tried to reconcile what
5  your model would calculate as flow rate for that
6  time period, with what his opinion is about flow
7  rate for that time period, given that you use
8  different methodologies?
9      A. I -- I don't know what his opinion is.
10 I've never tried to reconcile it. I have no
11 knowledge of what -- what he's doing there.
12     Q. Okay. With respect to -- do you -- do
13 you know about the Top Hat 4 that was installed
14 on the Well in -- in roughly June 3rd through
15 July time period?
16     A. I -- I know there was a Top Hat.
17     Q. Okay. In terms of your methodology, does
18 the installation of the Top Hat, in any way,
19 impact your calculation of cumulative flow?
20     A. Well, let's see. If -- if the Top Hat --
21 and I don't know -- if the Top Hat affected the
22 flow rate from the well, my -- my best estimate
23 method -- the -- the -- the methodology for my
24 best estimate would properly account for that.
25 It would know there was -- a Top Hat was put on,

99

1  if it were really im -- impacting flow rate.
2         My alternate calculations would not.
3      Q. Okay. And the way that your best
4  estimate would be able to sense an impact under
5  your methodology is that you expect to see that
6  in PT-B pressure data because it's downstream of
7  PT-B?
8      A. You would, yes.
9      Q. Okay. Have you ever looked at the
10 geometry of the Top Hat 4 to determine whether
11 you think it's well enough known to determine a
12 flow rate at the time of Top Hat?
13     A. I've never -- I've never looked at that.
14     Q. And have you looked at Dr. Dykhuizen's
15 calculations or opinion about what the flow rate
16 was during the time that Top Hat 4 was installed
17 in the well?
18     A. I -- I have no knowledge of any of that.
19     Q. And not having looked at it, you have not
20 attempted to reconcile Dr. Dykhuizen's approach
21 of calculating flow rates during that time period
22 and your methodology of calculating flow rates
23 during that time period. Is that correct?
24     A. I have not.
25     Q. Okay. And, similarly, you have not tried

100

1  to reconcile Dr. Dykhuizen's use of PT-B data and
2  your use of PT-B data?
3      A. I have not.
4      Q. All right. Okay. Now you've referred
5  to, you know, these alternate models, in addition
6  to your -- your best estimate model, in a few of
7  your answers here, already, this morning.
8      A. M-h'm.
9      Q. The parameters that you have for your
10 alternate -- there -- you have two alternate
11 method -- two alternate models; is that right?
12     A. M-h'm.
13     Q. Okay. Is that "Yes"?
14     A. Yes.
15     Q. Okay. Are the parameters for each of
16 these alternate models determined using the data
17 that was available on July 14th and 15th?
18     A. Yes.
19     Q. Okay. And in any of your alternate
20 models, are the model parameters, K factors, PI,
21 allowed to change versus time?
22     A. Well, the -- the way I used those
23 parameters, I -- I do not change them over time.
24     Q. Okay. So would it be a fair statement,
25 then, if I'm looking at your models, that is,

113

1  A. It's --
2  Q. -- sorry, 11485. Do you still have that
3  page open?
4  A. I do.
5  Q. Okay. Now, in using two separate values
6  for reservoir pressure, in the residual versus
7  the constraint calculations, in your best
8  estimate calculation, do you -- would you agree
9  that that -- a product of that, is that you're
10 using two different definitions of
11 productivity -- Productivity Index for those time
12 periods?
13         MR. BENSON: Object to the form.
14 A. H'm. No. I only ever use one
15 Productivity Index. There's only one value of
16 the parameter.
17 Q. (By Mr. Regan) Right. So the model --
18 when you ask the model to use one value of final
19 reservoir pressure in the residual, and a
20 different value of final reservoir pressure in
21 the constraint, is it your testimony that will
22 have no impact on the way the model is going to
23 calculate PI?
24         MR. BENSON: Object to the form.
25 A. Well, no. It -- it -- it does, but

114

1  because the constraints are constraints --
2  Q. (By Mr. Regan) M-h'm.
3  A. -- it forces it to take the value that
4  the constraints want.
5  Q. Okay. So the PI would be calculated
6  preferentially just using the final reservoir
7  pressure used for the constraints, and there
8  would be no impact on the PI from using a
9  different value in the residuals?
10 A. Well, no impact. I mean, I --
11 Q. Well --
12 A. -- I -- I chose this because I think it
13 would have a favorable impact on them --
14 Q. M-h'm.
15 A. -- that is, it would get the relative
16 sizes of all of the -- of all the coefficients
17 correct.
18 Q. Okay. Well, did you ever run the model
19 where you used the same final far field reservoir
20 pressure for both the residuals and the
21 constraints using the 7260 psi?
22 A. Well, I think it makes no sense to do
23 that, so I did not.
24       But -- but I -- I -- I think you -- you
25 would probably just get sort of odd results.

115

1  Q. Okay. Well, whether it makes sense or
2  not, the first question: Did you, in fact, run a
3  model, like your base case, where you used the
4  same reservoir pressure for residuals and
5  constraints, but instead of using 6605, you used
6  7260 consistently, did your -- did you ever
7  perform that model run?
8  A. I --
9         MR. BENSON: Object to the form.
10 A. -- I don't recall -- I mean, it's
11 conceivable that, early on, because I was doing
12 the same thing back at -- when I was still at
13 Sandia --
14 Q. (By Mr. Regan) M-h'm.
15 A. -- it -- it -- it's conceivable that
16 at -- you know, as part of sort of the thought
17 process --
18 Q. Yeah.
19 A. -- that -- that I might have done --
20 Q. Yeah.
21 A. -- those calculations. I don't remember
22 one way or another.
23 Q. Well, can you -- would you agree that if
24 you had run such a calculation, it would inform
25 you as to any potential errors that you might

116

1  have in the model from the choice of using
2  different --
3  A. No --
4  Q. -- sorry.
5  A. No, it wouldn't --
6  Q. -- go ahead.
7  A. -- I -- I -- I was informed of -- of the
8  issues here by thinking about the problem. I
9  didn't need to calculate. The -- the -- the
10 issue is that the choke is closed, you know,
11 there's no flow through the wellbore and the BOP.
12       And when that -- in that state, the
13 capping stack pressure was 6605 at that instant.
14 So it's the one instant in time.
15       So if there's no flow through the BOP
16 through the wellbore, then -- then that implies
17 that at that instant in time, from the
18 perspective of the shut-in, that the -- the
19 reservoir is behaving as though its value is
20 6605.
21 Q. M-h'm.
22 A. Because if I had 7260 and 6605, then --
23 then it would think there was flow through the
24 system, when, in fact, there could not be any
25 flow through the system.

117

1  Q. If you used your model with actually
2  telling it to use the far field reservoir
3  pressure for the residuals, your model, the way
4  it's designed, would end up showing flow in what
5  you know physically was a no-flow condition?
6     A. You -- you would not be able to -- to
7  satisfy conservation of mass using that, and --
8     Q. Right.
9     A. -- and you know that mass is conserved.
10 So there's really no point in -- in giving
11 conditions that -- that, at that moment in time,
12 are inconsistent with -- with what you know is
13 going to be the case.
14    Q. Right. But this choice about using one
15 reservoir pressure for constraints and a
16 different reservoir pressure for parameters,
17 whatever the product of that is in your model,
18 you then are using that to extrapolate backwards
19 over the 86-day time period, correct? For your
20 best estimate, right?
21    A. Yeah --
22       MR. BENSON: Object to the form.
23    A. -- it's -- well, I -- let's see. I -- I
24 lost track of that.
25    Q. (By Mr. Regan) Sure.

118

1     A. Would you repeat it, please.
2     Q. Your best estimate has, em -- embedded in
3  it, the fact that you use different reservoir
4  pressures for your parameter versus your
5  constraint. Correct?
6     A. Yeah. Well, embedded in it? Okay. I
7  used two different -- I used two different
8  values. One -- one --
9     Q. Right.
10    A. -- reflects and -- at sort of
11 instantaneous near time, near term --
12    Q. Right.
13    A. -- reservoir pressure, and one that I
14 think more accurately would -- would give
15 parameters that would more accurately reflect
16 flow rates over the 86 days.
17    Q. And the reason you had to use different
18 numbers there, is that your model cannot
19 distinguish near field versus far field reservoir
20 pressure consistently for what you have as your
21 parameters and your constraints?
22       MR. BENSON: Object to form.
23    Q. (By Mr. Regan) Do you understand what I'm
24 asking?
25    A. My model is not a transient model, so --

119

1  so -- so it can't describe -- well, no model
2  describes everything exactly. But it can't
3  describe transient processes, because it's not a
4  transient model.
5        And I made, based on my experience, a
6  judgment that the most accurate estimates would
7  come from using 6605, so that I had --
8     Q. M-h'm.
9     A. -- conservation of mass satisfied for all
10 my residuals, that the relative magnitudes of the
11 various discharge coefficients, the kill line,
12 the choke line, the BOP --
13    Q. M-h'm.
14    A. -- wellbore had the right relative
15 magnitudes. And that the -- the overall
16 magnitude of the parameters were the best
17 possible descriptions of those values for use
18 over the 86 days.
19    Q. Okay. But as of the time of the
20 constraints, your -- the 7260 psi is something
21 that you calculated at -- at a -- a -- a
22 forward time after equilibrium of the reservoir
23 pressure, not something that existed as of the
24 time period you have for your constraints.
25 Correct?

120

1        MR. BENSON: Object to the form.
2     A. The -- yeah. The -- the -- the 7260
3  is -- is a number that I believe accurately
4  describes the equilibrium reservoir pressure as
5  of July 15th --
6     Q. (By Mr. Regan) M-h'm.
7     A. -- less the elevation head.
8     Q. Okay. For purposes of -- of your model,
9  you also have a final reservoir pap -- pressure
10 calculation, correct?
11    A. I do.
12    Q. Do you make a -- a -- a -- a
13 determination of the temperature of the fluid at
14 the top and bottom of the well just prior to
15 shut-in as -- as any part of your analysis?
16    A. Well, I don't require that in my
17 calculations of flow rates. I do -- I do use
18 some temperatures when I discuss uncertainties.
19    Q. Okay. But in calc -- in calculating
20 final reservoir pressure, you have to take your
21 capping stack pressure and then add to it what's
22 called an elevation head.
23    A. Yes.
24    Q. Correct?
25    A. M-h'm.

293

1  A. Yes.
2  Q. Can you relate those numbers?
3  A. Yeah. The -- the -- the "+0" and "-12%"
4  are related to how much flow rate -- in this case
5  how -- how much the PI -- the -- how much
6  variation in density and viscosity assuming a
7  constant PI would -- would vary the flow rate and
8  what -- how -- so the 12 percent is how much the
9  combination of those things would vary the flow
10 rate relative to the assumption of a constant PI.
11     The minus 1 percent, then -- and -- and
12 I -- I made a judgment about whether it should be
13 plus or minus six or plus zero minus 12. I -- I
14 concluded that it should be "+0/-12" for reasons
15 discussed in the Appendix.
16     And the negative one is then the impact
17 on a calculated cumulative flow rate.
18 Q. Okay. So you may have just answered
19 this, but I -- forgive me if I -- if I ask the
20 same question again: With respect to uncertainty
21 caused by the assumption that PI, Productivity
22 Index, did not change over 86 days, is that
23 captured in reservoir density and viscosity?
24 A. Part of it is.
25 Q. Okay. Is -- is -- is it captured

294

1  anywhere else?
2  A. In -- in that?
3  Q. Anywhere else on the uncertainty chart.
4  A. Well, sure. It's -- it's -- it's --
5  well, let's see. Yes, it is, because it's
6  captured in the minus 3.3 percent.
7  Q. Okay. So the -- the potential error from
8  assuming that the PI does not change for 86 days
9  is a combination of flow rate before May 8th
10 error --
11 A. M-h'm.
12 Q. -- and Reservoir Density and Viscosity
13 error?
14 A. I think that's correct. Yes.
15 Q. Okay. Is it anywhere else in this
16 uncertainty chart?
17 A. I don't believe so.
18 Q. Okay. How about the assumption of -- of
19 constant wellbore discharge coefficient --
20 A. Okay.
21 Q. -- or kwell? Is that captured anywhere in
22 this gray area on your chart on Page 10?
23 A. Again, in part, it is, because it's
24 captured in wellbore density, part of it.
25 Q. Okay. Anywhere else?

295

1  A. H'm. (Reviewing document.)
2     Well, yeah. I think, again, part of it
3  is captured in flow rate before May 8th.
4  Q. Okay. BOP gauge offset, is that -- is
5  that the PT-B factor of plus or minus 130 psi you
6  were testifying about earlier?
7  A. That's -- that's the plus or minus 130,
8  yes.
9  Q. Reservoir pressure decay, plus or minus
10 50 psi, what does that refer to?
11 A. That's -- that's uncertainty in the decay
12 over the 86 days in the reservoir pressure.
13 Q. Okay. So, you know, three-tenths of a
14 percent of uncertainty?
15 A. H'm.
16 Q. Or is that three -- three-tenths of a
17 percent against five million?
18     Is that how to read that?
19 A. Oh, all of these numbers are against five
20 million.
21 Q. Okay. All right. The plus or minus
22 50 psi means that you believe you could be wrong
23 about the total amount of decay over 86 days by
24 50 psi, plus or minus?
25 A. Oh, I think prob -- that -- that's what

296

1  it indicates. I don't know that I would real
2  strongly defend plus or minus 50 psi. I think by
3  the time I was doing those, I was -- I was adding
4  so many numbers together in a way that made it
5  worst case that I -- I sort of didn't feel
6  horribly compelled. May -- maybe it's plus or
7  minus a hundred. That still makes no difference
8  at all.
9  Q. Okay. What -- what do you want to go
10 with? Do you want to go with plus or minus 50 or
11 plus or minus a hundred, or it makes no
12 difference?
13 A. It's in the Report. I'm just -- I'm just
14 saying if you -- if you are concerned that I
15 think I have accuracy here that -- that I
16 couldn't justify fully, I might not disagree with
17 you.
18     But the -- but the uncertainty is, is it
19 plus or minus 50 or is it plus or minus a
20 hundred. It's not is it plus or minus 50 or is
21 it plus or minus 600 and -- and these -- these
22 uncertainties in -- in reservoir and BOP
23 pressures have a very weak effect on -- I mean, a
24 hundred psi roughly gives -- gives a 1 percent
25 change in -- in my calculated flow rate.

297

1    So once you get down to talk about tens
2 of psi, I just don't care.
3    Q. With respect to the sources of
4 uncertainty set forth in your chart on Page 10,
5 should we apply that as to your best estimate; or
6 should we apply it as to your base case?
7    A. Oh, it's -- we talked about that some.
8       These -- these numbers apply to both
9 cases. You know, they -- they might differ in
10 the third or fourth digit, if I had -- had done
11 the analysis a little bit differently, but --
12 but they -- they apply to both.
13    Q. The largest negative uncertainty in your
14 chart is with respect to flow rate before
15 May 8th, correct?
16    A. Yes.
17    Q. And what does that refer to, that source
18 of uncertainty in your model?
19    A. What does it refer to?
20    Q. Yeah. What do you -- what do you mean by
21 "uncertainty caused by flow rate before May 8th"?
22    A. Well, this is -- I break this at May 8th
23 because that's when -- when PT-B data relevant to
24 flow rates begins, and so I discuss the -- the --
25 the uncertainties in these two periods: May 8th

298

1 through July 15th and April 20 to May 8th.
2    Q. Would you agree that the April 20th to
3 May 8th time period is the time period that has
4 the greatest uncertainty for your methodology,
5 because of the absence of PT-B data?
6    A. I think -- well, yes. I think my numbers
7 confirm that.
8    Q. Okay. Would you agree that, with respect
9 to your calculation of cumulative flows, the
10 largest amount of -- of -- of -- the highest
11 flows you calculate for your cumulative flow
12 occur between April 20th and May 8th?
13    A. For -- for the best estimate conditions,
14 that's correct.
15    Q. Okay. So the highest day -- daily flow
16 rates that you were calculating for your
17 cumulative flow occur during the period where you
18 have the greatest uncertainty. Is that fair?
19    A. I think that's correct.
20    Q. With respect to your conclusion about PI
21 for your best estimate, how long after the
22 explosion on April 20th, 2010, do you believe
23 elapsed before the well PI reached your best
24 estimate value of 43 -- I believe it's 43.8?
25    A. Well, I -- I -- I think the -- the

299

1 opinion or the value stated in the Report is nine
2 hours, or some -- some such number.
3    Q. Okay. So did you come to a judgment as
4 to what -- what you started from, what the
5 starting PI was?
6    A. Well, I think I -- well, let's see.
7 We -- I've got to insert words like "surrogate"
8 and "proxy" and stuff, because we're -- we're
9 going to wind up talking about PIs for a while,
10 and -- and so I -- you know, I -- I just want to
11 make sure that you understand that when we're
12 talking about PI during the course of this, we
13 are not necessarily talking about PI, we are
14 talking about changes that occurred downhole
15 that -- that may be related to PI, may be related
16 to other issues.
17    Q. Okay. Whether -- however you want to
18 define it, just to be clear, when do you believe
19 the well PI reached a value of 43.8?
20       Is it nine hours after the accident?
21    A. The -- the -- the -- the effective
22 equivalent surrogate PI acting as a PI, I -- I
23 state that in my -- in my Report, that -- that
24 the -- the -- that it's something on the order of
25 nine hours. I --

300

1    Q. Okay.
2    A. -- I -- I want to make clear that --
3 that, you know, I don't have, you know, high,
4 high confidence in 9 hours versus 10 hours versus
5 12 hours.
6    Q. Okay.
7    A. So -- so, I -- I don't want to -- you
8 know, you said it was nine hours; and, you know,
9 there's uncertainty associated with that.
10    Q. Okay. Well, I mean, how uncertain are
11 you about how long it took for the well to reach
12 the effective equivalent surrogate PI acting as
13 PI of 43.8?
14    A. I -- I -- I think it was -- was, you
15 know, 9, 10, 12. I mean, it's just -- it just --
16 it was -- it was happening very, very quickly
17 and -- and I -- I can't say anything much more
18 about that. I -- I don't think, in my
19 calculations, I ever -- I don't think I ever used
20 the 9 hours, because there's 36 hours that --
21 that I use, I think 36,000 barrels a day for the
22 first 36 hours.
23       So, as far as my calculations and my
24 discussion of uncertainties are concerned,
25 whether it's 9 hours or 36 hours isn't going to

Worldwide Court Reporters, Inc.
PURSUANT TO CONFIDENTIALITY ORDER

325

1  that's exposed?
2      MR. BENSON: Object to form.
3  A. I -- I don't recall.
4  Q. (By Mr. Regan) What's the effect of rig
5  pumps on the pressures in the well?
6      MR. BENSON: Object to form.
7  A. I don't recall.
8  Q. (By Mr. Regan) Do you agree that
9  Mr. Emilsen would be the best source about why he
10 changed his amount of effective reservoir face
11 from 13 feet to 16.5 feet at one moment at
12 9:30 p.m.? Do you believe that he would be the
13 best source of information as to why that
14 happened in his model?
15     MR. BENSON: Object to form.
16 A. I think Dr. Emilsen is probably qualified
17 to speak about his work.
18 Q. (By Mr. Regan) Okay. Do you agree that
19 he is the most qualified to speak about what, in
20 fact, he modeled and why he modeled it in that
21 fashion?
22 A. I -- I guess I would think that might be
23 appropriate.
24 Q. Okay. If you could turn to Page 48 of
25 your opening Report, which is Exhibit 11485.

326

1      THE COURT REPORTER: Tab 1.
2  Q. (By Mr. Regan) So before we go to
3  Page 48, you referenced that -- earlier that the
4  time period could be 9 hours or up to 36 hours.
5  Do you recall giving that answer before our last
6  break?
7  A. That -- that's --
8      MR. BENSON: Object to the form.
9  A. That's not the answer I gave. That's a
10 piece of the answer I gave.
11 Q. (By Mr. Regan) Okay.
12 A. I -- I said the 9 hours came from
13 extrapolation of -- of -- of results provided by
14 Dr. Emilsen. I said that there was some
15 uncertainty in that, and I -- it was a high
16 precision number.
17     The 36 hours, the only thing I said about
18 36 hours was that if it had reached 43.8, you
19 know, within 36 hours, anytime before 36 hours,
20 that I don't believe that it would have any
21 impact on any of the numbers, any of the values,
22 any of the uncertainties that are discussed in my
23 Report.
24 Q. Okay.
25 A. The reason for that is that that -- over

327

1  that 36 hours I believe that -- I believe that I
2  assumed a constant flow rate of 36,000 barrels a
3  day; so that if it reached that value within 36
4  hours, it would have no impact on anything I said
5  in my Report.
6  Q. Okay. But if it did not reach that
7  impact in 36 hours and, in fact, took longer,
8  what would be the effect on your methodology or
9  your conclusion of cumulative flow?
10 A. It -- it would reduce the flow rates that
11 I calculate prior to May 8th, and so increase my
12 uncertainties associated with that period.
13 Q. Okay. Your uncertainty that you
14 calculate right now for May 8th, does it include
15 the possibility that the PI did not increase as
16 fast as 36 hours, or does it -- does it exclude
17 that possibility?
18 A. I --
19     MR. BENSON: Object to the form.
20 A. Can you repeat the question, please?
21 Q. (By Mr. Regan) Sure. You have an
22 approximately 3 percent uncertainty to the
23 negative on your cumulative flow rate --
24 A. M-h'm.
25 Q. -- based on uncertainty prior to May 8th,

328

1  correct?
2  A. Yes.
3  Q. Does that uncertainty calculation include
4  the possibility that PI actually took longer than
5  36 hours to reach 43.8?
6  A. It does not.
7  Q. So your 3 percent uncertainty calculation
8  would be too low, if, in fact, it took more than
9  36 hours for PI to reach 43.8 at Macondo?
10     MR. BENSON: Object to form.
11 A. Well, my -- you know, I think I already
12 said that my -- my estimate of uncertainty for
13 that period does not include the possibility the
14 PI took longer than 36 hours to reach that value.
15 I don't -- I don't know whether -- I apologize.
16 I'm tired.
17     I don't know whether -- whether that
18 would ultimately impact my evaluation of
19 uncertainties during that period or not. The
20 simple, obvious answer is if, if it increased
21 from some low value to 43.8 over a period longer
22 than 36 hours, then my estimate of un -- the
23 magnitude of my estimate of uncertainty during
24 that period would be too small, but, as I said,
25 that's the simple, obvious --

329

1   Q. (By Mr. Regan) Okay.
2   A. -- explanation or description that --
3   that I come up with right now.
4   Q. Okay. On Page 48 of your opening Report,
5   if you have that still in front of you, 11485 --
6       MR. BENSON: Yeah, you're there.
7   A. M-h'm.
8   Q. (By Mr. Regan) -- you indicate -- well, I
9   guess it -- it starts on the preceding page of
10  47, you say: "Assuming...the middle and upper
11  VBRs were closed and remained perfectly sealed at
12  this point, the pipe hanging below the BOP, the
13  BSR, and riser offered the primary resistance to
14  flow." Correct?
15  A. Yes.
16  Q. Then you -- you later say: "The
17  section...above the BSR was already missing so
18  the path through both annulars was open."
19  Correct?
20  A. Correct.
21  Q. And you --
22  A. "The section of pipe above the BSR was
23  already" -- yes.
24  Q. "Using my estimated discharge coefficient
25  for each of these resistances, I calculate that

330

1   the flow rate from the well was just over 41,000"
2   stock-tanks per barrel. Correct?
3   A. M-h'm.
4   Q. And you say: "The duration of this
5   period, before the next event, was 4.01 days
6   so...cumulative discharge was 0.17" million
7   barrels?
8   A. That's correct.
9   Q. Okay. If the drill pipe is in the BOP
10  and the VBRs had sealed around that drill pipe,
11  do you believe the well was capable of -- of
12  flowing greater than 41,000 stock-tank barrels,
13  just through the drill pipe?
14  A. Well, no. What I say here is that --
15  that if the -- the pipes hanging below the VBRs
16  are -- any one of them is sealed perfectly, then
17  the flow rate would be 41,000.
18  Q. Okay.
19  A. So that kind of by definition says it
20  wouldn't be more than, it wouldn't be less than.
21  It just says if -- and this is a big "if" -- the
22  VBRs sealed perfectly --
23  Q. M-h'm.
24  A. -- then -- because I do not believe that,
25  then the most you could get -- well, what you

331

1   would get -- it's not the most, it's not the
2   less -- what you would get under those conditions
3   is 41,000 --
4   Q. Okay.
5   A. -- barrels a day.
6   Q. Did the VBRs, in your opinion, seal
7   perfectly around drill pipe at 9:47 p.m. on April
8   20th, 2010?
9   A. That --
10      MR. BENSON: Object to form.
11  A. That's the same as 2147?
12  Q. (By Mr. Regan) Yes, it is.
13  A. Okay. The VBRs --
14  Q. Two minutes before the explosion.
15  A. I -- I think they -- I think they sealed
16  reasonably well at that time. I mean, they
17  sealed well enough to drive the -- the drill pipe
18  pressure up.
19  Q. Okay.
20  A. So, I mean, that -- I -- I -- I believe
21  that.
22  Q. Did the upper annular seal perfectly when
23  it was activated prior to that point in time on
24  the same evening?
25  A. Well, I -- I think -- none of us know for

332

1   certain any of this stuff, but I think the
2   consensus is, and my belief is, that the upper
3   annular did not seal perfectly.
4   Q. Okay. In the circumstance where the VBRs
5   sealed the drill pipe in the BOP, would you agree
6   that in that scenario flow would be up through
7   the drill pipe -- the inside of the drill pipe
8   and not through the annulus outside the drill
9   pipe in the BOP?
10  A. Okay.
11      MR. BENSON: Object to form.
12      Go ahead.
13  A. If -- let's see. If -- if -- if -- if
14  the drill pipe below the BOP and through the BOP,
15  not counting above the upper annular, is -- is
16  present, intact, not eroded, and the VBRs -- any
17  one of them, I think -- were closed and perfectly
18  sealed --
19  Q. (By Mr. Regan) M-h'm.
20  A. -- then the only path out is through the
21  drill pipe.
22  Q. Okay. If you were looking at PT-B in
23  that scenario -- that is, drill pipe in the BOP,
24  VBRs are sealed -- would the PT-B be measuring
25  the flow path, or would it be measuring the

Worldwide Court Reporters, Inc.
PURSUANT TO CONFIDENTIALITY ORDER

**Page 358**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL      ) MDL NO. 2179
BY THE OIL RIG        )
"DEEPWATER HORIZON" IN ) SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010        ) JUDGE BARBIER
                      ) MAG. JUDGE SHUSHAN

*****************
VOLUME 2
*****************

Continuation of the deposition of Stewart K. Griffiths, Ph.D., taken at the Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 27th day of June, 2013.

**Page 359**

APPEARANCES

APPEARING FOR BP, INC.:
 Mr. Matthew T. Regan
 KIRKLAND & ELLIS
 300 North LaSalle
 Chicago, Illinois 60654
 Ms. Bridget K. O'Connor
 KIRKLAND & ELLIS
 655 Fifteenth Street, NW
 Washington, D.C. 20005-5793

APPEARING FOR TRANSOCEAN:
 Mr. Patrick J. Cafferty, Jr.
 MUNGER TOLLES & OLSON
 560 Mission Street, 27th Floor
 San Francisco, California 94105-2907
 Mr. Emmanuel Tedder
 MUNGER TOLLES & OLSON
 355 South Grand Avenue, 35th Floor
 Los Angeles, California 90071-1560

APPEARING FOR ANADARKO PETROLEUM COMPANY:
 Mr. Warren Anthony Fitch
 BINGHAM MCCUTCHEN
 2020 K Street, Northwest
 Washington, D.C. 20006-1806

APPEARING FOR HALLIBURTON:
 Mr. Prescott W. Smith
 Ms. S. Kena Lopez
 GODWIN LEWIS
 Renaissance Tower
 1201 Elm Street, Suite 1700
 Dallas, Texas 75270-2041

 Mr. Jerry C. von Sternberg
 GODWIN LEWIS
 1331 Lamar, Suite 1665
 Houston, Texas 77010-3133

**Page 360**

APPEARING FOR THE UNITED STATES:
 Mr. Thomas A. Benson
 Mr. A. Nathaniel Chakeres
 Mr. David L. McIlwain
 U.S. DEPARTMENT OF JUSTICE
 ENVIRONMENT & NATURAL RESOURCES DIVISION
 Ben Franklin Station
 Post Office Box 7611
 Washington, D.C. 20044-7611
 601 D Street, N.W.
 Washington, D.C. 20004

APPEARING FOR THE STATE OF LOUISIANA:
 Mr. Douglas R. Kraus
 Attorney for Louisiana Attorney General
 KANNER & WHITELEY
 701 Camp Street
 New Orleans, Louisiana 70130-3504

ALSO PRESENT:
 Mr. Peter Jennings, Videographer
 Mr. James Deel, Case Manager

**Page 361**

INDEX
VIDEOTAPED ORAL DEPOSITION OF
STEWART K. GRIFFITHS, PH.D.
JUNE 27, 2013
VOLUME 2

Appearances                                    359

Continued Direct Examination-Mr. Regan         363
Examination-Mr. Fitch                          471
Examination-Mr. Cafferty                       539
Examination-Mr. Smith                          589
Examination-Mr. Benson                         614
Redirect Examination-Mr. Regan                 623

Changes and Signature                          666
Reporter's Certificate                         668

EXHIBIT INDEX

Ex No    Description                    Marked

11488  Technical Review of US Government
       Expert Witness Reports on Flow
       Rates from the MC252 Macondo Well,
       Expert Report of A. E. Johnson, PhD,
       CEng, MIMechE dated May 1, 2013;
       130 pages                              502

11489  Expert Report of Dr. Sankaran
       Sundaresan, Estimates of Flow Rate
       Preceding Shut-In on July 14-15,
       2010, Submitted by Transocean
       Offshore Deepwater Drilling, Inc.,
       marked as CONFIDENTIAL; 28 pages       517

**442**

1  before with a line, I fit numbers before. I
2  looked at how those two trends align. They're
3  dead on.
4      Q. All right. Not my question.
5          Is your zero impact conclusion based on
6  your interpretation of B -- PT-B data, "Yes" or
7  "No"?
8      A. That wasn't your question, but the answer
9  to that question is, yes, it's based on my
10 interpretation of PT-B data.
11     Q. Okay. And in your interpretation of PT-B
12 data, you apply your offset, correct?
13     A. This doesn't depend on the offset.
14     Q. All right. And after you apply your
15 offset, you have a plus or minus 130 psi,
16 correct?
17     A. This does --
18         MR. BENSON: Object to form.
19     A. -- not involve an offset.
20     Q. (By Mr. Regan) You -- I'm asking you, do
21 you have an offset?
22     A. I believe, probably, back when I did
23 that, which was while I was still at Sandia, I --
24 I -- I was probably just looking at the pressures
25 as reported. Offsets do not matter in this.

**443**

1      Q. Okay.
2      A. You just add numbers. You subtract
3  numbers. They all move together.
4      Q. M-h'm.
5      A. It does not change whether something
6  before and after some event was the same or not.
7      Q. Okay. Yesterday you told me your 130 psi
8  offset somewhat depends on your -- 130 psi, plus
9  or minus, somewhat depends your offset and
10 somewhat depends on the gauge. Correct?
11     A. I don't -- no, I don't think that's what
12 I said.
13     Q. Okay. The 130 psi, plus or minus, what
14 does it apply to?
15     A. It applies -- I think what I said was the
16 number comes out of my looking at the data in the
17 context of offsets.
18     Q. Okay.
19     A. But that the number itself represents
20 an -- an uncertainty in PT-B pressures.
21     Q. Okay. So in terms of looking at PT-B
22 pressures and determining there is no change, do
23 you agree that you would have to say, "including
24 that, my plus or minus 130 psi uncertainty"?
25     A. Well --

**444**

1          MR. BENSON: Object to form.
2      A. I -- yeah, I suppose if I had to do it
3  over and I had an infinite amount of time to work
4  on this, I would have pulled threads like that
5  and looked at it, but I -- again, what I'm
6  looking for is -- is did -- did flow rate change
7  between those as -- as evidenced by looking at --
8  at PT-B pressures, and I'm not sure I would --
9  that -- that -- that my conclusion hangs on it
10 being identical or nearly identical. Plus or
11 minus thir -- 130 psi, I would still say they
12 were the same. Within the uncertainty of the
13 gauge, they were identical.
14         So I don't -- I'm not -- I'm a little
15 confused about what the importance of the plus or
16 minus 130 psi is. I would reach the same
17 conclusion. Within the uncertainty of the gauge,
18 they were identical before and after.
19     Q. I'm just asking you a question, that's
20 all.
21     A. Okay.
22     Q. I'm not asking for an interpretation of
23 it, just -- I'm just asking just the question:
24 Does your 130 psi, plus or minus, apply to either
25 raw readings of PT-B or corrected readings of

**445**

1  PT-B? Does it apply to both?
2      A. I think it applies to both.
3      Q. Thank you. Go to Page 47 of your
4  original Report, 11485.
5      A. 47, original Report.
6          (Reviewing document.) Okay.
7      Q. On Page 47, which is your Appendix I,
8  titled "Flow Rates and Discharge Prior to May 8."
9      A. M-h'm.
10     Q. Page 47, the second paragraph, in the
11 middle, you're describing the blind shear rams.
12 And you have the sentence --
13     A. M-h'm.
14     Q. -- "Upon recovery, the BSR showed very
15 extensive erosion on the sides and under" the
16 "side of the recess, but I do not believe that
17 this erosion significantly reduced the pressure
18 drop across the ram."
19     A. M-h'm.
20     Q. "Instead, I believe that the initial
21 openings were sufficiently large that the
22 pressure drop measured later in May was
23 comparable to" the -- "that present from its
24 first closure."
25     A. M-h'm.

Worldwide Court Reporters, Inc.
PURSUANT TO CONFIDENTIALITY ORDER

446

1  Q. Is that what you wrote?
2  A. I did.
3  Q. Yeah. What's the basis for your opinion
4  about what the size the initial openings were in
5  the blind shear ram?
6  A. Well, I -- I -- I -- you know, I -- I
7  looked at the rams, I looked at drawings. In
8  the -- in the DNV Report there are -- are
9  drawings, and there is an estimate they provide
10 of some aperture, and so -- so I formed a mental
11 picture of -- of what these apertures would look
12 like.
13 Q. Okay.
14 A. And, you know, it depends on whether you
15 include the packers or not, but -- but -- but up
16 the sides of this thing, they were -- they were
17 reasonably open.
18 Q. But is it your opinion that the state of
19 the blind shear ram, the apertures that existed
20 in what you looked at, the forensic data --
21 A. M-h'm.
22 Q. -- that those apertures would have
23 existed in -- in -- on or about April 26th? Is
24 that what you're saying here?
25 A. Well --

447

1  Q. Let me ask it this way: You have the
2  phrase "...I believe...the initial openings were
3  sufficiently large..." What initial openings are
4  you referring to there in your opinion,
5  Dr. Griffiths?
6  A. Well, the BSR was not closed or sealed.
7  Q. Okay. But what "initial openings,"
8  what -- what are you describing there?
9  A. Well, this is going to be a narrative,
10 I'm afraid. I mean, the -- the geometry of these
11 things in a partially closed state is very
12 complex, but -- but -- but the geometry is such
13 that -- both sides of the -- of the partially
14 closed rams and perhaps between the blades, the
15 blades, as near as I could tell, would have
16 been -- would have -- and blades might not be the
17 right word, but -- but -- but, anyway, that
18 they -- that they may have overlapped, based on
19 what DNV said was the -- the smallest spacing
20 that you could have between them.
21    So I've got openings up the side, I've
22 got possible flow path up -- up through the
23 blades. I looked at those dimensions. I thought
24 about -- you know, I sat there and go: "Well,
25 that must be about like that." (Indicating.)

448

1  And -- and --
2  Q. Sorry. You --
3  A. I'm -- I was holding my fingers --
4  Q. Could you -- could you describe --
5  A. -- indicating, in that case, a -- a
6  channel with a dimension of like, you know, 2
7  inches by, you know, an inch or -- or 2,
8  something like that, so you -- you wind up with,
9  you know, 4, 8 square inches, or something, up
10 each side, possible flow through the -- the --
11 the blades.
12    I'm thinking, you know, this -- this
13 doesn't look like a huge restriction.
14 Q. Did you ever actually commit any of your
15 calculations to paper, that is, what you believed
16 the, quote, initial openings would have been in
17 the blind shear ram, what -- at what point the
18 openings would have expanded to then not matter
19 for purposes of flow?
20    MR. BENSON: Object to the form.
21 A. Well -- well, I sort of think they didn't
22 ever matter, is -- is -- and -- and there are
23 other reasons for that, that I won't go into
24 them, but maybe you'll ask.
25    There are other reasons that I also -- so

449

1  I -- you know, I don't like to draw conclusions
2  from just one thing. I mean, if possible, you
3  know, I want several sources of information that
4  support a conclusion.
5  Q. (By Mr. Regan) M-h'm.
6  A. So you know -- no, I didn't -- I
7  didn't -- well, I don't recall, although I might
8  well have sat with a piece of paper and written
9  down some numbers and multiplied them, but it
10 was, you know, it was some sort of hand
11 calculation or some mental calculation that --
12 that led me to the conclusion that these -- these
13 apertures were reasonably large.
14 Q. Well, it's also your conclusion -- you've
15 reached a conclusion about when those apertures
16 reached the size that they are shown in
17 forensically today, correct?
18    MR. BENSON: Object to form.
19 A. I -- I don't think I ever reached -- I --
20 I don't think I did that exercise.
21 Q. (By Mr. Regan) Okay. Not -- not actually
22 trying to determine how -- how long it took for
23 those apertures to be created, how can you reach
24 the conclusion you just said that you don't think
25 it -- they -- they matter?

23 (Pages 446 to 449)

626

1  a model to estimate flow in the way that you've
2  created your methodology model for Macondo?
3      A. Yes, I have.
4      Q. Okay. And can -- in terms of estimating
5  flow by taking an estimate on one day and
6  extrapolating backwards, is that something you
7  had done before your work on Macondo?
8          MR. BENSON: Object to the form.
9      A. I'm not sure that I ever did -- that --
10  that's a very particular sort of problem. I --
11  I'm not sure that I ever did a problem where I
12  extrapolated backwards --
13      Q. (By Mr. Regan) Okay.
14      A. -- in time.
15      Q. You would agree that your best estimate
16  of cumulative flow in this case is a methodology
17  that derives values on one day -- that is, July
18  14th, July 15th, two days -- and then uses those
19  values to extrapolate backwards to determine
20  cumulative flow. Correct?
21      A. It -- it --
22          MR. BENSON: Object to the form.
23      A. It -- it does do that, but I will need to
24  add that that's a sort of particular feature of
25  this problem. Everything that I did associated

627

1  with this problem drew on a toolkit that I built
2  over 35 years of -- of -- of expertise,
3  knowledge, experience.
4          And those things that I brought to this
5  problem --
6      Q. (By Mr. Regan) M-h'm.
7      A. -- those things I've done over and over
8  and over again.
9      Q. Okay.
10      A. The extrapolation to earlier times is --
11  is a -- is, in my opinion, a -- a very small
12  special characteristic feature of this.
13      Q. Have you ever in your career,
14  Dr. Griffiths, reached a judgment that you could
15  opine that an environment could be represented by
16  a constant over an 87-day period of time, like
17  you have here?
18          MR. BENSON: Object to form.
19      A. I don't believe probably that I ever
20  solved a problem where I was specifically
21  interested in an 87-day period.
22      Q. (By Mr. Regan) Okay. And have you ever
23  solved a problem at Sandia where you were
24  extrapolating backwards for a period of time of
25  three months or more?

628

1          MR. BENSON: Object to the form.
2      A. I would have to think long and hard about
3  that, but probably the answer is "No."
4      Q. (By Mr. Regan) Okay. You say you brought
5  your toolkit to this problem, but you would agree
6  with me that the tool that you have built that's
7  represented by your methodology expressed in
8  Exhibits 11485 and 11486 is a custom-made tool
9  for this problem?
10      A. It -- it is -- is a custom-made tool for
11  this problem in exactly the same manner, is that
12  I developed a custom-made tool that described a
13  155 millimeter gun that fired liquid propellants
14  that I -- I did for various gas transfer
15  problems. And I can just go backwards and
16  backwards of -- of one time after another that I
17  developed tools that drew on my skills and my
18  expertise that -- that looked at different
19  problems, but the methodologies, the tools, the
20  approaches identical to what --
21      Q. All right.
22      A. -- I did here.
23      Q. But the methodology that you have created
24  to arrive at your cumulative flow in this case is
25  one that's unique to the features that you found

629

1  in Macondo?
2      A. You'd have to repeat that, please.
3      Q. Okay. The methodology you developed
4  to develop a cumulative flow estimate for Macondo
5  is unique to any methodology that you have
6  employed before?
7      A. No, it's not. It -- it shares a lot in
8  common with -- with methodologies I've used in
9  other problems. Parameter estimation, I -- I --
10  I was doing on a problem that's -- that's not
11  flow from a well, but it's another problem. That
12  was the -- the last technical problem I ever
13  worked on at Sandia, so -- so, it is not unique.
14      Q. Okay.
15      A. The problem itself is unique. The
16  methodology, the approach is -- is exactly the
17  same approach --
18      Q. Okay.
19      A. -- that I used going back to the
20  beginning of my career.
21      Q. As of the Summer of 2010, were you a
22  Senior Scientist at Sandia?
23      A. Start of 2010?
24      Q. In the Summer of 2010, were you a Senior
25  Scientist at Sandia?

Worldwide Court Reporters, Inc.
PURSUANT TO CONFIDENTIALITY ORDER

662

1  A. M-h'm.
2  Q. -- would you expect them to have an
3  adjustment or uncertainty factor for two-phase
4  flows?
5     MR. BENSON: The same objection.
6  A. No. Homgeneous flow is -- is -- is a
7  case of two-phase flow. So why would you, you
8  know, if -- you know, I -- I can think of
9  multiple reasons that -- that, you know, either
10 assuming or having calculated that -- that it
11 looked like a homgeneous flow, that -- that there
12 would be no reason to say, "I have to correct it
13 for a two-phase flow," because a homgeneous flow
14 is already a two-phase flow.
15 Q. Okay. Several points over the last two
16 days, there's been some sentences in your Report
17 where you have testified that you would have
18 changed the language slightly, or the way it's
19 written, you would write differently. I think,
20 at one point, you said because you did something
21 under a very hurried environment. Do you
22 recall --
23 A. Do you recall my -- what --
24 Q. -- those exchanges?
25 A. You're talking about my -- my original

663

1  Report and my Rebuttal?
2  Q. Yes.
3  A. Yeah, especially the Rebuttal was --
4  Q. Okay.
5  A. -- hurried.
6  Q. Beyond the things that you have already
7  discussed in your deposition, as you sit here
8  today, Dr. Griffiths, are there any other changes
9  to your Rebuttal, or your original Report, any
10 other language that you would change, for any
11 reason, including that you had to put it together
12 quickly, or you're not sure about it?
13 A. None that I know of. I'm -- I'm sure
14 there are still a few typos in there somewhere,
15 but -- but I -- I am not aware of any language
16 that I would -- would choose to change.
17 Q. Okay. Do you believe that you are an
18 Expert, in your definition of the word, in
19 cementing oil and gas wells?
20    MR. BENSON: Object to form.
21 A. Um. Let's see. We -- yeah. We talked
22 about my definition of word, and all that, and
23 the other, and I also said that I am really
24 reluctant to proclaim myself an Expert.
25    So if you want to ask me about my

664

1  expertise and my experience, my knowledge, I will
2  be happy to discuss those with you.
3     But -- but it is -- it's a little painful
4  for me to say, "I am an Expert."
5  Q. Okay. There are some legal processes
6  that are in place, including something called the
7  Daubert Challenge, and other Rules of Evidence
8  that apply to Expert Witnesses.
9     And as part of my evaluation of a
10 witness, I believe I'm entitled for the witness
11 to tell me what he or she believes they are a
12 Testifying Expert in, what they believe their --
13 the expertises that they are applying for
14 purposes of the Reports --
15 A. Okay.
16 Q. -- they've submitted.
17    So that's the context of my question,
18 Doctor.
19 A. And I gave -- I -- I -- I did, in fact,
20 give you an answer to that, with what my
21 understanding of was --
22 Q. Right.
23 A. -- the sort of legal definition --
24 Q. Sure.
25 A. -- of Expert, I gave you a list, a short

665

1  list of, I -- I think I said, under those
2  definitions, I am an Expert in fluid dynamics, I
3  am an Expert in mathematics, and -- and things
4  like that.
5  Q. Okay. In that context, Dr. Griffiths,
6  are you an Expert in cementing oil and gas wells?
7  A. In -- in the -- the legal -- the -- the
8  low bar leg -- well, compared to my standard, in
9  the legal definition, I would -- I would not
10 think I was an Expert in cementing oil and gas
11 wells.
12 Q. Okay.
13    MR. BENSON: That's all. We're out
14 of time.
15    MR. REGAN: Thank you,
16 Dr. Griffiths.
17    THE VIDEOGRAPHER: The time is
18 4:38 p m. We're off the record.
19    (Deposition concluded at 4:38 p m.)

77 (Pages 662 to 665)