UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179<br><br>SECTION: J |
| This Document Relates To: All Actions | : : : | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |
| ……………………………………………... | : | |

**BP'S MOTION *IN LIMINE* TO PRECLUDE GREGG PERKIN FROM OFFERING NEW AND UNTIMELY OPINIONS BEYOND HIS EXPERT REPORTS**

For the reasons expressed in the accompanying memorandum of law, BP respectfully requests that the Court enter an order precluding Gregg Perkin from offering at trial opinions that were not disclosed in his Phase 2 expert reports. The Court has previously applied the "four corners rule" to preclude experts, including Mr. Perkin, from offering at trial new opinions that were not sufficiently disclosed in their expert reports. *See, e.g.*, Order at 2-3, MDL No. 2179 (Feb. 22, 2012) (Rec. Doc. 5808) (granting Cameron's Phase 1 motion to exclude Mr. Perkin's previously undisclosed opinions because they were outside the four corners of his expert report).

Dated: August 19, 2013

/s / Don K. Haycraft

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Timothy A. Duffy, P.C.
(tim.duffy@kirkland.com)
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert C. "Mike" Brock
(mbrock@cov.com)
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

*Attorneys for the BP Exploration & Production Inc. & BP America Production Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of August, 2013.

                                               /s/  Don K. Haycraft