# Excerpts from the Deposition Transcript of John Wilson

# Taken July 22, 2013

**1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL      )   MDL NO. 2179
by the OIL RIG,        )
DEEPWATER HORIZON in   )   SECTION "J"
the GULF OF MEXICO,    )
April 20, 2010    )   JUDGE BARBIER
                  )
                  )   MAG. JUDGE
                  )   SHUSHAN

Videotaped deposition of JOHN
WILSON, taken at Pan-American Building, 601
Poydras Street, 11th Floor, New Orleans,
Louisiana, 70130, on the 22nd of July, 2013.

**2**

1
2        A P P E A R A N C E S
3   Mr. Matthew Lundy
    Mr. Nicholas Kohrs
4   LUNDY, LUNDY SOILEAU & SOUTH, LLP
    501 Broad Street
5   Lake Charles, Louisiana

6        APPEARING FOR THE PLAINTIFFS'
              STEERING COMMITTEE
7   Ms. Hariklia Karis
    Ms. Catherine Stahl
8   KIRKLAND & ELLIS, LLP
    300 North LaSalle
9   Chicago, Illinois 60654
10        APPEARING FOR BP, INC.
11  Mr. Andrew Wood Ingersoll
    U.S. DEPARTMENT OF JUSTICE
12  601 D Street, N.W.
    Washington, D.C. 20004
13
         APPEARING FOR THE UNITED
14            STATES
15  Mr. Luis Li
    Ms. Amelia Sargent
16  Mr. Paul Thibodaux
    MUNGER, TOLLES, OLSON, LLP
17  355 South Grand Avenue, 35th Floor
    Los Angeles, California 90071
18
         APPEARING FOR TRANSOCEAN
19
    Mr. Jerry von Sternberg
20  Ms. Gwen E. Richard
    Mr. Jason Sharp
21  GODWIN RONQUILLO
    4 Houston Center
22  1331 Lamar, Suite 1665
    Houston, Texas 77010
23
         APPEARING FOR HALLIBURTON
24
25

**3**

1   APPEARANCES:  (Continued)
2   Mr. Robert Guidry
    KUCHLER, POLK, SCHELL, WEINER & RICHESON
3   1615 Poydras Street, Suite 1300
    New Orleans, Louisiana 70112
4
         APPEARING FOR ANADARKO
5
    ALSO PRESENT:
6
    Melissa Bardwell, videographer
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22  REPORTED BY:
23
    THU BUI, CCR, RPR
24  Certified Court Reporter
    State of Louisiana
25  State of Texas

**4**

1            I N D E X
2                        PAGE
3   Appearances.....................   2
4   Stipulations....................   7
5   JOHN WILSON
6   Examination by Ms. Karis       8, 345
7   Examination by Mr. Von Sternberg   340
8   WITNESS' CERTIFICATE............  357
9   REPORTER'S CERTIFICATE..........  359
10
11        EXHIBITS
12  NO.      DESCRIPTION       PAGE
13  11900   Expert Report of John L.
            Wilson, dated May 1, 2013     32
14
15  11901   Meeting Summary Notes, dated
            May 4, 2010
16          BP-HZN-2179MDL04932783 -
            BP-HZN-2179MDL04932784        82
17  11902   Flow rate Group Provides
            Preliminary Best Estimate of
18          Oil Flowing from BP Oil
            Well                         202
19
    11903   NWX Dept of Interior, dated
20          May 27, 2010
            IGS606-027998 - IGS606-028009  213
21
    11904   String of e-mails, top one from
22          Paul King to Asbjorn Olsen,
            dated May 8, 2010 - Subject:
23          Fw: CFD Results - Case 11 -
            70000 bpd impacting baseplate
24          of DEN BOP
            TRN-MDL-02950206 -
25          TRN-MDL-02950245            316

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

17

1 about privileged material, so...
2     MS. KARIS:  Well, when we get to those
3 questions, respectively, you can make your
4 privilege, but I don't think the question of
5 when did you begin working on the issues in
6 this case is privileged.
7     Q.    Go ahead.
8     A.    Once again, when I check my
9 records, I can give you a fair -- a fair
10 approximate -- approximate date or an exact
11 date.  Much more recently than I began
12 working on the case as a whole.
13     Q.    Okay.  You issued a report in
14 this case on May 1st of 2013, correct?
15     A.    Umm...
16     Q.    I'll represent to you that's the
17 date on your report.
18     A.    I -- I don't recall the date,
19 but that sounds about right.
20     Q.    I'll represent to you, and
21 you'll see when we get to the report.
22         Approximately how much prior to
23 tendering your report in this case did you
24 begin your engagement on the phase 2 issues
25 for which you've tendered opinions?

18

1     A.    Once again, I'd have to check
2 the records to be sure.  It was months.
3     Q.    Okay.  So if you can commit to
4 checking the records on when you were first
5 engaged and how many hours total you've spent
6 in addition to when you first started working
7 on the phase 2 issues and how many hours
8 you've spent on the phase 2 issues during a
9 break, I'd very much appreciate it.
10     A.    Yes.
11     Q.    Okay.  Then let's move on.
12         Who contacted you in connection
13 with the work that you've done in this case?
14     A.    Initially?
15     Q.    Yes.
16     A.    Pat Cafferty.
17     Q.    And who is Mr. Cafferty?  Do you
18 know?
19     A.    He's an attorney with Munger in
20 San Francisco.
21     Q.    Okay.  So an attorney from
22 Munger Tolles contacted you --
23     A.    Yes.
24     Q.    -- counsel for Transocean?
25     A.    Yes.

19

1     Q.    Okay.  What were you asked to do
2 in connection with the opinions that you've
3 rendered in this case?
4     A.    In this case, I was asked to
5 review the modeling efforts by BP and its
6 consultants and contractors from the time of
7 the accident through the end of May.
8     Q.    Okay.  And so is the modeling
9 work that you've reviewed limited to the end
10 of May in terms of time period?
11     A.    That's correct.
12     Q.    You mentioned that you were
13 asked to review the modeling efforts by BP,
14 its consultants and contractors, correct?
15     A.    That is correct.  That's my way
16 of characterizing it.
17     Q.    Okay.  Fair enough.
18         Was your review of modeling to
19 be limited to work done by BP, its
20 consultants, and its contractors?
21     A.    Yes, but I'll do that by
22 example.  It was not to include work done by
23 other parties.
24     Q.    What about the United States
25 Government, did you look at what work the

20

1 United States Government or any agencies,
2 national labs or others, have performed on
3 behalf of the government, modeling work
4 similar to the work that you looked at for
5 BP?
6     MR. LI:  Objection, form.  So just --
7 just to -- I just want to help here.  So --
8 so there's a privilege issue.
9     Q.    Well, I can restate if you don't
10 under --
11     MR. LI:  No, no.  He understands it.
12 There's a privilege issue, and I just want to
13 make sure we're only talking about the
14 opinion that's being offered.  So for the
15 purpose of -- of discussing about the opinion
16 that's offered --
17     MS. KARIS:  Fair enough.  Yes.
18     Q.    For purposes of the opinions and
19 work that you intend to tender in this case,
20 including what's in your report, which we're
21 going to mark in a second, were you asked to
22 consider any work -- modeling work that had
23 been performed by the United States
24 Government or any of its agencies?
25     A.    No, I was not asked to consider

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

21

1    that information.
2         Q.    Did you exclude that work from
3    your consideration?
4         A.    Yes.
5         Q.    So when you tendered opinions
6    about what work BP did or didn't provide to
7    the United States Government, did you look at
8    whether the United States Government itself
9    had performed such modeling?
10         A.    Not as part of this opinion.
11         Q.    Okay.  When you tendered
12    opinions in this case about what BP knew
13    about top kill and the chance of success of
14    top kill, going into top kill, did you look
15    at what the United States Government knew
16    about the chance of success of top kill?
17         A.    No, I did not.
18         Q.    You purposely excluded that from
19    your consideration?
20         A.    I reviewed modeling over this
21    period of time, and I did not consider any
22    modeling done by the government related to
23    events in May --
24         Q.    Okay.
25         A.    -- that would have impacted the

22

1    top kill decision.
2         Q.    Let me go back to my question.
3              Were you aware that the United
4    States Government had performed modeling
5    regarding the success of top kill going into
6    the top kill events?
7         MR. LI:  Objection, form.
8         A.    I know of no efforts by the
9    U.S. Government related to the success or
10    failure of top kill prior to the event.
11         Q.    Okay.  That wasn't my
12    question -- let me ask another question.
13              Were aware that the United
14    States Government had performed modeling
15    regarding top kill prior to top kill being
16    performed?
17         MR. LI:  Objection, form.
18         A.    I have no recollection of that.
19         Q.    So sitting here now, you have no
20    recollection of the United States performing
21    any independent analysis for assessment of
22    top kill prior to it being performed; is that
23    correct?
24         MR. LI:  Objection, form.
25         A.    I have no recollection of that.

23

1    If I -- I may have seen something on that at
2    some point in time.  But at the time I was
3    reviewing that, it was probably independent
4    of this assignment, and therefore, I don't
5    have a recollection of it.
6         Q.    All right.  So I asked you if
7    you purposely excluded modeling that had been
8    done by the United States Government, and you
9    told me that your assignment was limited to
10    BP when I asked you.
11              Were you aware that the United
12    States Government had done any modeling in
13    connection with the spill events of the
14    DEEPWATER HORIZON oil spill?
15         MR. LI:  Objection, form.
16         A.    I'm sorry?
17         Q.    Were you aware that the
18    government had performed any modeling in
19    connection with the oil spill?
20         MR. LI:  Objection, form.
21         A.    I was aware that the government
22    had performed modeling in connection with the
23    oil spill.  I did not recognize modeling that
24    may have been done in May, June, or July, or
25    the difference between those.

24

1         Q.    Okay.  So you were aware that
2    the government had done some modeling in
3    either April, May, June, or July of 2010,
4    correct?
5         MR. LI:  Objection, form.
6         A.    My understanding is modeling
7    they did started sometime in May, mid-May or
8    later.
9         Q.    Okay.  And so you had an
10    understanding that the government had
11    performed some type of modeling in the time
12    period for which you were evaluating BP's
13    modeling, correct?
14         MR. LI:  Objection, form.
15         A.    I was aware that there was a
16    group of government scientists who had
17    started to do modeling in the latter part of
18    May.
19         Q.    Okay.  And did you consider that
20    modeling that you were aware the United
21    States Government had started to perform in
22    the latter part of May as part of tendering
23    any of the opinions that you've reached in
24    this case?
25         MR. LI:  Objection, form.

37

1  considered -- that is accounted for when done
2  source control operations.
3          Dr. Ballard in his rebuttal,
4  pointed that out, that that's one of the
5  control options he worked on.
6      Q.   Okay. I want to talk about the
7  opinions you tendered.
8          To get to Dr. Ballard, for
9  purposes of tendering your report, 11900, did
10 you anywhere in your report point out what
11 effect flow rate modeling had on assessing --
12 or I'm sorry -- trying to capture
13 hydrocarbons that were exiting the well?
14     A.   In my report I referred to
15 source controls, which encompass the whole
16 family of possible source controls. The
17 top kill is one of those on which I focused,
18 but I was not excluding other source control
19 options in looking at -- at that particular
20 one in -- in -- in a focused effort.
21     Q.   All right. I understand you're
22 now telling me you weren't excluding the top
23 kill, which is what your scope of work speaks
24 to.
25         You have affirmative opinions in

38

1  your report on what effect the flow rate
2  modeling had on top kill operations, correct?
3      A.   That's correct.
4      Q.   Are there any other source
5  control efforts that your report addresses
6  what effect flow rate modeling had on those
7  efforts as you did for top kill?
8      A.   I don't recall specific
9  paragraphs or sentences related to other
10 source control methods; in other words,
11 picking a source -- particular source control
12 method and talking about how flow rate
13 relates to that. I may have. I don't
14 recall.
15     Q.   Did you perform that work? Did
16 you look at what effect flow rate work had on
17 other source control methods?
18     A.   I was looking at the modeling
19 effort itself, not the source control
20 efforts.
21     Q.   Okay.
22     A.   And so we had in the example of
23 the top kill, specific evidence, if you wish,
24 of its importance to that source control
25 effort by BP. I simply did not evaluate

39

1  other options in the same way.
2      Q.   Okay. And I understand you did
3  that for top kill, and that's very clear in
4  your report. What I'm trying to understand
5  is whether you did that same type of analysis
6  for other source control options, and I think
7  I just heard you say you did not?
8      MR. LI:  Objection, form.
9      Q.   Correct?
10     A.   Yeah, I don't believe -- I can't
11 recall having a paragraph of that type in the
12 report.
13     Q.   Did you review any modeling that
14 was done strictly for the purpose of
15 evaluating other source control efforts?
16     A.   There were some memos or e-mails
17 that may have -- this is a vague
18 recollection -- that may have related to
19 things like the issue we were just
20 discussing. But I may be confusing
21 Adam Ballard's rebuttal where he talked about
22 his efforts on that side from an e-mail that
23 he may have been involved with regarding the
24 same issue.
25     Q.   Okay. When we get to the

40

1  modeling, maybe we can explore that a little
2  further.
3          I'm going to try and understand
4  the range or scope of your opinions and see
5  if we can reach agreement on what you did
6  not -- you're not intending to offer opinions
7  on. That'll help narrow, then, what I need
8  to ask you about.
9          Is it correct that you do not
10 intend to offer any opinions regarding any
11 work done after May 31st of 2010, including
12 any modeling work?
13     A.   That is correct.
14     Q.   Is it correct that you do not
15 intend to offer any opinions on any modeling
16 done by the United States Government?
17     A.   That is correct.
18     Q.   You do not intend to offer any
19 opinions on what, if anything, the government
20 would have done differently if BP had
21 provided the government with the modeling
22 that you suggest should have been reported?
23     MR. LI:  Objection, form.
24     A.   I've read depositions by
25 government leaders or decision-makers like

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

41

1    Secretary Chu, for example, that suggest that
2    he would like to have had the option to do
3    something different had that information been
4    supplied.  So while I have no opinion as to
5    what they might have done, I certainly
6    recognize that had they had this information,
7    they very well may have done something
8    differently.
9         Q.    Okay.  I want to get your
10   opinions as opposed to other people's
11   testimony.
12        You do not intend to offer any
13   opinions on what the United States Government
14   would have done differently had BP provided
15   the government with the modeling you contend
16   should have been provided?
17        MR. LI:  Objection, form.
18        Q.    From a source control
19   perspective, correct?
20        MR. LI:  Objection, form.
21        A.    Yeah.  I have no knowledge of
22   what the government may have done differently
23   had they had a different set of information
24   in front of them.
25        Q.    And, in fact, you didn't even

42

1    look at what information the government had
2    from its own work and analysis, correct, as
3    part of tendering your opinions in this case?
4         MR. LI:  Objection, form.
5         A.    I know that BP misrepresented
6    the flow rates that their own modeling was
7    producing to the government and the public,
8    and that the government, by the end of May,
9    had a misunderstanding about what the flow
10   rate was.
11        MS. KARIS:  Dr. Wilson, I'm going to
12   move to strike your answer.  Please listen to
13   my question.
14        Q.    You did not attempt to look at
15   what modeling the government itself had in
16   connection with the source control efforts in
17   this case; is that correct?
18        MR. LI:  Objection, form.
19        A.    Well, I think I answered that
20   earlier in that I reviewed -- had read some
21   of the government reports related to their
22   efforts to understand what was going on, such
23   as the report authored by Marcia McNutt.
24        Q.    I thought you told me you did a
25   cursory review.

43

1         Was I mistaken?
2         A.    I read it like any other member
3    of the public though its efforts and read it.
4         Q.    Okay.  So in connection with
5    tendering your opinions in this case, you did
6    not attempt to understand what modeling the
7    government itself had done in connection with
8    source control efforts undertaken as part of
9    the post-spill operations?
10        MR. LI:  Objection, form.
11        A.    I did not include that as part
12   of my consideration material.
13        Q.    Now, we'll get to the various
14   opinions that you've tendered in this case,
15   but let me ask you, for all of the opinions
16   that you intend to offer, have you formed
17   each of those opinions to a reasonable degree
18   of scientific certainty?
19        A.    Yes.
20        Q.    Could you define for me what you
21   contend to be a reasonable degree of
22   scientific certainty?
23        A.    Well, that depends on the
24   problem you're facing.  It's a general
25   question, but the answer is more or less

44

1    specific to the issue in front of you.  And
2    the issue here is what kinds of flow rates
3    was BP producing through its efforts and the
4    efforts of its consultants and contractors
5    over this period of time, from the end of
6    April to the end of May.
7         And one could argue, then, that
8    the issue is, were the bulk of those
9    simulation results producing flow rates for
10   whatever reason that were substantially
11   higher than the numbers being recommend by BP
12   to the government and the public?  And the
13   answer is, they were.
14        Q.    And is it important to
15   understand for what reason that modeling was
16   being performed?
17        A.    It's always important to guide
18   modeling efforts by a guideline or objective.
19   And in this particular case, the objective
20   was outlined in my report as being, first, a
21   diagnostic phase to understand what was going
22   on in the well, and secondly, an effort,
23   then, to evaluate alternative source control
24   options against those simulation results.
25        Q.    Now, you testified that the

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

53

1   with assessing flow rate from an uncontrolled
2   well, oil and gas well?
3       A.   If you restrict it to oil and
4   gas well, the answer is, no, I have not.
5       Q.   This case involves the flow of
6   oil and gas, correct?
7       A.   Correct.
8       Q.   In connection with the work that
9   you've done in this case, did you perform any
10  modeling using any program whatsoever to
11  assess the flow of oil and gas that was
12  coming from the Macondo well in April or May
13  of 2010?
14      A.   I did no modeling.
15      Q.   Did you evaluate the
16  appropriateness and the reliability of the
17  models that were used by BP in the summer --
18  April and May of 2010 for which you offer
19  opinions?
20      MR. LI:  Objection, form.
21      A.   What do you mean by reliability?
22      Q.   Whether those models could
23  appropriately predict the actual flow rate
24  coming from the Macondo well in that time
25  period.

54

1       MR. LI:  Objection, form.
2       A.   Well, I --
3       Q.   To a reasonable degree of
4   certainty, that's what I mean by reliability.
5       A.   Yes, I did evaluate that.
6       Q.   Okay.  And which of the models
7   that were used by BP do you contend could
8   have reliably, that is, to a reasonable
9   degree of certainty, predicted the actual
10  flow coming from the Macondo well in April
11  and May of 2010?
12      MR. LI:  Objection, form.
13      A.   Well, we have a little
14  definitional problem because no model that BP
15  was using was aimed at predicting actual flow
16  rate.  They were aimed at predicting ranges
17  of flow rates that could then be used in
18  source control efforts.
19      Q.   Okay.  Let's go back to my
20  question.
21      Did you evaluate which of the
22  models that were utilized by BP and its
23  contractors in April and May of 2010 could
24  have reliably, to a reasonable degree of
25  certainty, predicted the range of flow rates

55

1   coming from the Macondo well,
2   contemporaneous?
3       MR. LI:  Objection, form.
4       A.   All of the models they used were
5   appropriate for the purposes that they were
6   applied.  Each model had certain assumptions
7   and limitations.  All could be used
8   appropriately to assess the flow rate and the
9   range of flow rates coming from the Macondo
10  well.
11      Q.   Okay.  You said the purpose for
12  which they were applied.  That's not exactly
13  what my question was, and I just want to make
14  sure we're speaking to the same question.
15      My question is limited to which
16  of those models could have reliably predicted
17  a range of flow rates that was actually
18  flowing at the time.
19      MR. LI:  Objection, form.
20      A.   Well, that question doesn't make
21  sense.
22      Q.   Okay.
23      A.   Because there's one flow rate
24  that's actually occurring, and the range of
25  flow rates is going to hopefully bracket

56

1   that.
2       Q.   Okay.
3       A.   So the range of flow rates is
4   not the actual flow rate.  It's a measure of
5   the uncertainty about the estimation of that
6   actual flow rate.
7       Q.   Some of that modeling was done
8   to assess potential source control options,
9   correct?
10      A.   Much of the modeling has its
11  ultimate purpose to assess source control.
12      Q.   So, for example, some of that
13  modeling was done using conditions that had
14  no BOP on the wellhead, correct?
15      A.   In some modeling scenarios, they
16  conceptually removed the BOP and saw what the
17  flow rate would be in the absence of the BOP.
18      Q.   And we know that there was a BOP
19  in place, correct?
20      A.   Yes.
21      Q.   Okay.  So when I asked you about
22  modeling that could have predicted the flow
23  rate, even within a range, I'm focusing on
24  what, if any, modeling was -- if any, was
25  done to assess the flow rate based on the

53

1  with assessing flow rate from an uncontrolled
2  well, oil and gas well?
3      A.   If you restrict it to oil and
4  gas well, the answer is, no, I have not.
5      Q.   This case involves the flow of
6  oil and gas, correct?
7      A.   Correct.
8      Q.   In connection with the work that
9  you've done in this case, did you perform any
10  modeling using any program whatsoever to
11  assess the flow of oil and gas that was
12  coming from the Macondo well in April or May
13  of 2010?
14      A.   I did no modeling.
15      Q.   Did you evaluate the
16  appropriateness and the reliability of the
17  models that were used by BP in the summer --
18  April and May of 2010 for which you offer
19  opinions?
20      MR. LI:  Objection, form.
21      A.   What do you mean by reliability?
22      Q.   Whether those models could
23  appropriately predict the actual flow rate
24  coming from the Macondo well in that time
25  period.

54

1      MR. LI:  Objection, form.
2      A.   Well, I --
3      Q.   To a reasonable degree of
4  certainty, that's what I mean by reliability.
5      A.   Yes, I did evaluate that.
6      Q.   Okay.  And which of the models
7  that were used by BP do you contend could
8  have reliably, that is, to a reasonable
9  degree of certainty, predicted the actual
10  flow coming from the Macondo well in April
11  and May of 2010?
12      MR. LI:  Objection, form.
13      A.   Well, we have a little
14  definitional problem because no model that BP
15  was using was aimed at predicting actual flow
16  rate.  They were aimed at predicting ranges
17  of flow rates that could then be used in
18  source control efforts.
19      Q.   Okay.  Let's go back to my
20  question.
21      Did you evaluate which of the
22  models that were utilized by BP and its
23  contractors in April and May of 2010 could
24  have reliably, to a reasonable degree of
25  certainty, predicted the range of flow rates

55

1  coming from the Macondo well,
2  contemporaneous?
3      MR. LI:  Objection, form.
4      A.   All of the models they used were
5  appropriate for the purposes that they were
6  applied.  Each model had certain assumptions
7  and limitations.  All could be used
8  appropriately to assess the flow rate and the
9  range of flow rates coming from the Macondo
10  well.
11      Q.   Okay.  You said the purpose for
12  which they were applied.  That's not exactly
13  what my question was, and I just want to make
14  sure we're speaking to the same question.
15      My question is limited to which
16  of those models could have reliably predicted
17  a range of flow rates that was actually
18  flowing at the time.
19      MR. LI:  Objection, form.
20      A.   Well, that question doesn't make
21  sense.
22      Q.   Okay.
23      A.   Because there's one flow rate
24  that's actually occurring, and the range of
25  flow rates is going to hopefully bracket

56

1  that.
2      Q.   Okay.
3      A.   So the range of flow rates is
4  not the actual flow rate.  It's a measure of
5  the uncertainty about the estimation of that
6  actual flow rate.
7      Q.   Some of that modeling was done
8  to assess potential source control options,
9  correct?
10      A.   Much of the modeling has its
11  ultimate purpose to assess source control.
12      Q.   So, for example, some of that
13  modeling was done using conditions that had
14  no BOP on the wellhead, correct?
15      A.   In some modeling scenarios, they
16  conceptually removed the BOP and saw what the
17  flow rate would be in the absence of the BOP.
18      Q.   And we know that there was a BOP
19  in place, correct?
20      A.   Yes.
21      Q.   Okay.  So when I asked you about
22  modeling that could have predicted the flow
23  rate, even within a range, I'm focusing on
24  what, if any, modeling was -- if any, was
25  done to assess the flow rate based on the

14  (Pages 53 to 56)

57

1    known conditions at the time.
2        MR. LI:  Objection, form.
3        A.    Well, quite a bit of the
4    modeling was attempting to assess what the --
5    what the range of flow rates were for the
6    conditions in the well as they were
7    understood at that time.
8        Q.    Okay.  Tell me which modeling
9    was run with the purpose of understanding
10   what the actual flow rate was based on the
11   conditions known at the time.
12       MR. LI:  Objection, form.
13       A.    Well, once again, they were not
14   getting estimates of the actual flow rate
15   but, rather, a range of flow rates, which is
16   why they attempted the scenario analysis
17   approach.  And most of their modeling efforts
18   were aimed in that direction.
19       Q.    Okay.  And we're going to get to
20   that, since perhaps I'm not being clear
21   enough, when we go through the different
22   models.
23           Do you intend to offer any
24   opinions in this case as to what the
25   cumulative flow rate was from the Macondo

58

1    well?
2        A.    I have no opinion as to the
3    cumulative flow rate.
4        Q.    Do you have any opinion as to
5    what the daily flow rate was on any day?
6        A.    I believe I offered no opinion
7    in my report about the daily flow rate, and I
8    have no opinion about the daily flow rate.
9        Q.    Okay.  So that would have been a
10   simple no, correct?
11       MR. LI:  Objection, form.
12       Q.    You don't intend to offer any
13   opinion on the daily flow rate, correct?
14       A.    Well, part of the problem is the
15   term daily flow rate seems to be a loaded
16   term.  I don't quite know what it means.  So
17   as any layperson would interpret the term,
18   no, I don't intend to offer any --
19       Q.    And I don't mean it to be a
20   loaded term at all.
21       A.    Yeah.
22       Q.    What I mean is the flow rate
23   coming from the well on any given day.
24       A.    No, I don't intend to offer an
25   estimate of that.

59

1        Q.    Did you evaluate the accuracy of
2    any of the flow rate analysis performed by
3    the flow rate technical group?  You may have
4    answered this already.  I apologize if you
5    did.
6        A.    No, I did not.
7        Q.    Did you evaluate any of the
8    modeling that was performed by the National
9    Labs in connection with the work that you've
10   done in this case?
11       MR. LI:  Report tendered.
12       MS. KARIS:  Well, if it's work you've
13   done in this case to tender this report,
14   then --
15       MR. LI:  Okay.
16       MS. KARIS:  -- that would be related.
17       Q.    Go ahead.
18       A.    I have no idea what you guys
19   just said.
20       Q.    Okay.  I understand you've done
21   other consulting --
22       MR. LI:  It's non-privileged
23   immaterial.
24       Q.    I understand you've done other
25   consulting work?

60

1        A.    Yes.
2        Q.    For purposes of any of the work
3    you did in this case, did you evaluate any of
4    the modeling that had been done by the
5    National Labs?
6        A.    I examined some of the modeling
7    done by the national labs.  I may have
8    actually thought about a critique of it at
9    one point in time.  I have completely
10   forgotten about it.  It did not influence my
11   report.
12       Q.    At any time in your prior
13   experience, have you participated in any
14   Unified Command structure?
15       A.    I'm sorry.  Is that a national
16   term?
17       Q.    Are you familiar with the
18   Unified Command?
19       A.    In this case, yes.
20       Q.    Are you familiar with the setup
21   that the United States statutes has for
22   forming a Unified Command structure?
23       A.    I'm vaguely aware of it.  And
24   the answer is I've never participated in one
25   of those.

15  (Pages 57 to 60)

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

61

1    Q.    Okay.  Have you ever been a
2  member of any crisis response team?
3    A.    No, I have not.
4    Q.    At any time in your career, have
5  you ever designed any source control
6  mechanisms?
7    A.    For an oil and gas well?
8    Q.    For an oil and gas well.
9    A.    No, I have not.
10    Q.    I want to understand your
11  curriculum vitae a little better, if you
12  will, so if you can look at exhibit 11900,
13  which is your report.
14         Attached at appendix B is your
15  CV, correct?
16    A.    I believe you're right.
17    Q.    Okay.  It's at page 51.
18         Is that a current and accurate
19  CV?
20    A.    Yes, but it's limited in time.
21    Q.    Okay.
22    A.    It only goes back a few years in
23  terms of papers and presentations, things
24  like that.
25    Q.    All right.  Are there any more

62

1  recent --
2    MS. KARIS:  Strike that.
3    Q.    Are there any papers or
4  presentations, work experience that are more
5  recent from what is included in this
6  report -- I mean, in this CV?
7    A.    Likely, there are a couple of
8  more papers.
9    Q.    Okay.  Did any of those papers
10  deal with oil and gas systems?
11    A.    No, they did not.
12    Q.    Okay.  You have a bachelor's
13  degree in civil engineering from
14  Georgia Tech, correct?
15    A.    Correct.
16    Q.    Did any courses that you took or
17  any work that you did in connection with
18  obtaining your bachelor's degree relate to
19  oil and gas systems?
20    A.    In general?  In a general sense,
21  yes, I did fluid mechanics and other things
22  in which we looked at systems that would move
23  all -- any fluid that you could imagine,
24  including oil and gas.
25    Q.    Okay.  And have you specifically

63

1  in your coursework -- did you specifically in
2  your coursework look at the movement of oil
3  and gas in a pipeline -- pipeline system?
4    A.    Of a liquid and a gas, yes.
5    Q.    Question was oil and gas.
6         So if the liquid was oil?
7    A.    Yeah, but the liquid -- oil is a
8  liquid.
9    Q.    I understand that, but there are
10  other liquids that are not oil, correct?
11    A.    That's correct.  But if you look
12  at liquid and gas in a pipe, you're looking
13  at oil and gas in a pipe.
14    Q.    Okay.  And so you have, then,
15  done -- taken courses that specifically
16  looked at the flow of oil and gas in a
17  pipeline, correct?
18    A.    I've taken courses that looked
19  at the flow of a liquid and a gas in a
20  pipeline.
21    Q.    And you're telling me the liquid
22  would have been oil?
23    A.    It could have been any other
24  liquid.
25    Q.    But it would have included oil?

64

1    A.    It would have included oil.
2    Q.    Okay.  Have you taken any
3  courses on multiphase fluid flow?
4    A.    And taught many.
5    Q.    Okay.  And for oil and gas
6  systems in particular?
7    A.    Including oil and gas systems.
8    Q.    Okay.  And have you published
9  any papers in connection with multiphase
10  fluid flow as it relates to oil and gas flow?
11    A.    I published many papers dealing
12  with the flow of a liquid and a gas.
13    Q.    Okay.
14    A.    Some of which are oil and gas,
15  but I can't recall which ones.
16    Q.    Okay.  And can you identify for
17  me any of the publications in your CV that
18  involve multiphase fluid flow as it relates
19  to oil and gas flow in pipelines?
20    A.    In pipelines?
21    Q.    In pipes.
22    A.    Ah.  They're probably none in
23  here that relate to multiphase flow of that
24  kind in pipelines.
25    Q.    Have you published any materials

16  (Pages 61 to 64)

93

```
1    its proprietary information about the well
2    with Mineral Management Services?
3        MR. LI:  Objection, form.
4        A.    They may have shared some
5    information.  I have -- I did not review
6    that.  It was not part of my exercise
7    reviewing the modeling between April and May
8    and the misrepresentation of those results to
9    the government and the public.  But I do
10   recall Secretary Chu talking about all the
11   things he wish he could have had but did not
12   have.
13       MS. KARIS:  Okay.  I'm going to move to
14   strike your answer.  Please listen to my
15   question.
16       Q.    My question is whether BP shared
17   with the Mineral Management Services
18   proprietary reservoir data about the Macondo
19   well.
20       MR. LI:  Objection, form.
21       A.    Did they share any data?
22       Q.    Yes.
23       A.    They had to share some data in
24   order to get -- I don't know what the word
25   called -- a permit or permission to do the
```

94

```
1    drilling.
2        Q.    Okay.  What about after the
3    incident, did you look at what information,
4    proprietary data, BP shared with Mineral
5    Management Services after the blowout in
6    connection with the Macondo well?
7        MR. LI:  Objection, form.
8        A.    I did not look at what data BP
9    shared with the government at any point in
10   time during the response to the blowout.
11       Q.    Okay.
12       A.    I do know that in depositions I
13   read, people talked about, like
14   Secretary Chu, what they did not get and what
15   they wish they could have had.
16       Q.    And did you look at whether
17   Secretary Chu evaluated what Mineral
18   Management Services had when he talked about
19   what data he did not have?
20       MR. LI:  Objection, form.
21       A.    It was his National Labs that
22   were looking at flow rate estimations.  So if
23   Mineral Management Services had something, it
24   was not conveyed on to his groups or -- I
25   don't know.  I simply don't know what they
```

95

```
1    had or did not have.
2        Q.    Tell me what data about the
3    reservoir Secretary Chu contends his
4    National Labs did not have that was available
5    to BP after the incident.
6        MR. LI:  Objection, form.
7        A.    Well, I would be quoting from
8    his deposition.
9        Q.    Sitting here now, can you
10   identify any data that Secretary Chu contends
11   he did not have about the Macondo well, or
12   his labs team didn't have?
13       MR. LI:  Objection, form.
14       A.    Well, first and foremost, he did
15   not have BP's estimates of flow rates.
16       Q.    I'm talking about data, though.
17   Any data about the well characteristics, the
18   reservoir characteristics, the well
19   properties, the BOP, the riser, any data
20   rather than someone's estimate.
21       MR. LI:  Objection, form.
22       A.    Well, in his deposition, he
23   listed in response to questions, a series of
24   data points.  And I can't remember
25   specifically which ones, but it was of the
```

96

```
1    nature of viscosity, permeability, thickness
2    as -- as used by BP in their own estimates of
3    flow rate.
4        Q.    So it's your --
5        A.    But it was a series of
6    properties like that, but I'd have to go look
7    at his deposition to see which ones they
8    were.  He also purposefully and deliberately
9    mentioned that when BP did provide
10   information like on the architecture or
11   construction of the well, that the
12   information he was given was not complete in
13   that actually what had been installed was
14   different than what he had been given, that
15   while the plans were what had been initially
16   proposed, the as-built architecture was
17   different.
18       And unless his people asked for
19   some piece of information in particular --
20   they had to figure out what was incorrect or
21   inaccurate or unknown that they weren't given
22   it.
23       Q.    Okay.
24       A.    So he was rather disappointed
25   with the quality of information and the
```

24  (Pages 93 to 96)

97

1    quantity of information given by BP to the
2    federal government and particular to the --
3    to the National Lab engineers and scientists
4    working on flow rates.
5        Q.    Do you know whether
6    **Secretary Chu ever in any communication prior**
7    **to the litigation indicated to BP that he was**
8    **disappointed or dissatisfied with the**
9    **information he was getting from BP?**
10       MR. LI:  Objection, form.
11       A.    I think as time went on, his
12   disappointment increased, particularly
13   through June and July.  And he was still
14   finding out stuff at the time he was deposed.
15       Q.    Okay.
16       A.    So I can't give you an answer to
17   that question in terms of a particular event
18   in which he indicated to BP he was
19   disappointed.
20       Q.    **All right.  But if I heard your**
21   **testimony, it's your contention that**
22   **Secretary Chu testified he did not have**
23   **certain characteristic -- data of the**
24   **characteristics of the reservoir, like**
25   **permeability and viscosity?**

98

1        A.    Of the reservoir and the
2    fluid --
3        Q.    Okay.
4        A.    -- and even some of the well
5    characteristics.
6        Q.    All right.
7        A.    But, again, I'd have to refer to
8    his deposition to give you a specific list.
9        Q.    **And we'll look at that dep in a**
10   **little bit.**
11       **You referenced depositions that**
12   **you read, and I just want to be clear.**
13       **Is it accurate that the only**
14   **depositions you've read in this case are**
15   **those that are listed in appendix C of your**
16   **reliance materials?**
17       A.    I'm not sure.  I'd have to go
18   look to see if --
19       Q.    **If you could turn --**
20       A.    -- appendix C has everything.
21       Q.    **Sure.  Turn to tab 1,**
22   **appendix C, which is right after page 61.**
23   **There are 25 depositions listed here.**
24       A.    Are they at the beginning or --
25       Q.    Yes.  I'm sorry.  They are

99

1    **very -- at the very beginning of your**
2    **consideration materials.**
3        **Are these the only depositions**
4    **that you've reviewed in this case?**
5        A.    It'll take me a minute to review
6    this and --
7        Q.    **Well, let me ask you, when you**
8    **put this list together, were you intending to**
9    **reflect all the depositions that you had**
10   **received, or had you received some**
11   **depositions and not included them?**
12       A.    Are these listed alphabetically?
13   Do you know?  No, they're not.
14       Q.    **They're not.**
15       A.    Received and looked at.
16       Q.    **You understood that the purpose**
17   **of this was to list any depositions that --**
18       A.    That I relied upon.
19       Q.    **-- you were considering?**
20       A.    Yeah.
21       Q.    **Correct?**
22       A.    Yes, ma'am, I did.
23       Q.    **Not listed in here is**
24   **Mr. Inglis's deposition, correct?**
25       A.    That's correct.

100

1        Q.    Do you know who Andy Inglis is?
2        A.    I know he's a senior executive
3    at BP, but I don't know his job title or
4    anything.
5        Q.    Do you know what his role was in
6    connection with the source control efforts?
7        A.    I don't know his exact role.
8        Q.    Do you know what interphases he
9    had with the United States Government in
10   terms of providing them information?
11       A.    I do not know the details.
12       Q.    Do you know what communications
13   Mr. Inglis had with members of the
14   National Labs, secretaries of the United
15   States, members of Mineral Management
16   Services in connection with source control
17   efforts?
18       A.    I don't recall the specifics of
19   those communications.
20       Q.    Okay.  Likewise, you have not
21   listed the deposition of Paul Tooms.
22       Do you know who Mr. Tooms is?
23       A.    Another senior executive.
24       Q.    When you say senior executive,
25   what -- what level are you calling somebody a

101

1   senior executive?
2       A.   Well, I have trouble identifying
3   BP's organizational chart.
4       Q.   But you reached the conclusion
5   he was a senior executive?
6       A.   On the basis of --
7       Q.   So I'm trying to understand what
8   you mean.
9       A.   -- of title and communication
10  and where -- where they stand in the -- in
11  the hierarchy of the organization.  So I
12  could go back and look up the title,
13  whether --
14      Q.   What's -- I'm sorry.  Go ahead.
15      A.   I could go -- go back and look
16  up the title that gave me that impression,
17  for example.
18      Q.   Do you have any idea what
19  Mr. Tooms' title was that led you to the
20  conclusion that he's a senior executive?
21      A.   No, I don't recall.
22      Q.   You didn't review his
23  deposition, correct?
24      A.   That's correct.
25      Q.   Do you know what role he had in

102

1   connection with any of the modeling efforts
2   that you have listed in your report?
3       A.   Individual reports would be made
4   to him from various modeling groups, one in
5   particular, as I recall.
6       Q.   Which particular group do you
7   recall --
8       A.   I --
9       Q.   -- reporting to him?
10      A.   I don't recall which one.  I
11  just recall it was one in particular.
12      Q.   Of all the models that you list
13  in your report, do you know which of those
14  were reported to Mr. Tooms?
15      A.   I'd have to go back and look at
16  that detail to -- to recall.
17      Q.   Did you ever attempt to
18  understand, since you called him a senior
19  executive, what his level of confidence was
20  in the modeling that had been performed?
21      MR. LI:  Objection, form.
22      A.   I don't recall e-mails from him,
23  but in other cases, there was an e-mail from
24  the assistants to, or individuals who I was
25  regarding as senior executives, back down the

103

1   line congratulating people on doing a good
2   job.
3       Q.   That Mr. Tooms was involved in?
4       A.   I don't recall an e-mail from
5   him of that kind.
6       Q.   We're focusing -- my question
7   was about Mr. Tooms.
8           Do you know what Mr. Tooms'
9   level of confidence was in any of the
10  modeling that had been performed that you
11  discuss in your report?
12      MR. LI:  Objection, form.
13      A.   I don't know.  We could go and
14  look through the record of correspondence and
15  see if we can find a return e-mail from him
16  or his representative describing exactly
17  that, but I'd have to go through my appendix
18  of modeling results --
19      Q.   Was there --
20      A.   -- and find that.
21      Q.   I'm sorry.  Was there any reason
22  that you excluded reviewing Mr. Inglis' or
23  Mr. Tooms' deposition --
24      MR. LI:  Objection, form.  I'm sorry.
25      Q.   -- from your report?

104

1       MR. LI:  Objection, form.
2       A.   No particular reason.
3       Q.   Okay.  Do you know who
4   Lamar McKay is?
5       A.   Say again?
6       Q.   Lamar McKay.
7       A.   No, I do not.
8       Q.   And his deposition isn't listed
9   here, either, correct?
10      A.   I don't believe it is.
11      Q.   By the way, is it fair to say
12  you do not know what interactions Mr. Tooms
13  had with members of the National Labs in
14  connection with any of the modeling that you
15  speak to in your report?
16      MR. LI:  Objection, form.
17      A.   No, I did not review his
18  specific interactions with the National Labs.
19      Q.   Do you know what information
20  Mr. Tooms provided to the National Labs in
21  connection with the top kill prior to top
22  kill being executed?
23      MR. LI:  Objection, form.
24      A.   No, I did not review that
25  interaction.

26 (Pages 101 to 104)

105

1    Q.    Do you know what inter --
2  information Mr. Tooms provided to the
3  National Labs about top kill after top kill
4  had failed?
5    MR. LI:  Objection, form.
6    A.    I don't know of his specific
7  interaction, but I know that the indication
8  BP was giving the National Labs on the
9  failure had to do with the burst disk and not
10  due to the flow rate.  And BP's own internal
11  modelers and related people were suggesting
12  it was flow rate.
13    Q.    And do you know whether
14  Mr. Tooms had any discussion with the
15  National Labs as to what effect the flow rate
16  may have had on top kill?
17    MR. LI:  Objection, form.
18    A.    No, I don't recall I've seen
19  anything about that.
20    Q.    Okay.  Do you know who
21  Paul Hseih, H-s-e-i-h?
22    A.    Yes, I know Paul Hseih.
23    Q.    Do you know him personally?
24    A.    Yes.
25    Q.    All right.  Did you ever look

106

1  at -- do you have an opinion as to his
2  competency to perform modeling on oil and gas
3  systems?
4    A.    Yes.
5    Q.    And what is your opinion?
6    A.    He's an outstanding modeler.
7    Q.    And did you look at what, if
8  any, modeling he had done, since you know him
9  and view him as an outstanding modeler during
10  the time period for which you were rendering
11  opinions in this case?
12    A.    In regards to rendering opin --
13  opinions in this case, no, I did not consider
14  his work.
15    Q.    I asked you about a few
16  depositions, and I don't want to go through
17  all the other ones that have been tendered --
18  given in this case that you haven't listed.
19    Is it accurate to say that if
20  the deposition is not listed in your reliance
21  materials, you have not reviewed that
22  deposition?
23    A.    I would say it's accurate to say
24  if it's not listed, I probably did not review
25  it, but we may have missed one that I don't

107

1  recall.  The ones I can remember off the top
2  of my head are in this list.
3    Q.    Okay.  And I would ask at any
4  time today if there are any depositions that
5  you reviewed that you think you may have
6  inadvertently missed, that you identify that
7  for me, okay, as we go through the
8  discussion.
9    A.    Yes.
10    Q.    If one comes to mind, just say,
11  I read that one and I don't see it listed
12  here.  If you would let me know, please.
13    A.    Yes.
14    Q.    Okay.  Now, Mr. Dupree, do you
15  know Mr. Dupree?  You did review his
16  deposition.
17    A.    I don't recognize the name off
18  the top of my head.
19    Q.    Okay.  So sitting here, do you
20  know what Mr. Dupree's role was in connection
21  with source control?
22    A.    I don't recall.
23    Q.    Do you know what his role was in
24  connection with sharing information with
25  various agencies with the United States

108

1  Government, including Secretary Salazar and
2  Chu?
3    MR. LI:  Objection, form.
4    A.    I do not recall.
5    Q.    Do you know what, if any,
6  information Mr. Dupree shared with respect to
7  modeling with any of the government agencies?
8    MR. LI:  Objection, form.
9    A.    Once again, I do not recall.
10    Q.    Okay.  You list Mr. Hill's
11  deposition here.
12    Do you recall what Mr. Hill's
13  position was in connection with the source
14  control efforts after the Macondo incident?
15    A.    Yes.
16    Q.    Okay.  What was his position?
17    A.    He was in one of the groups I
18  identified and was involved in the modeling
19  effort, using several different computer
20  programs.
21    Q.    Okay.  And did you seek to
22  evaluate what information Mr. Hill shared
23  with various members of the United States
24  Government, including National Labs, in
25  connection with modeling work he had

27 (Pages 105 to 108)

109

1    performed?
2        MR. LI:  Objection, form.
3        A.    I did not evaluate the sharing
4    of information with National Labs.
5        Q.    How about any other agencies of
6    the government?
7        A.    From Mr. Hill?  No, I did not
8    evaluate his sharing information with any
9    agency of the federal government.
10       Q.    Okay.  Is it fair to say that
11   you do not know which, if any, of the models
12   that Mr. Hill was involved in he may have
13   provided verbal communications to the
14   government about?
15       MR. LI:  Objection, form.
16       A.    If anybody at BP or internally
17   had verbal conversations in person or over
18   the phone, I have no record of that, nor do I
19   have a record of anything that was conveyed
20   in that same way to the government.
21       Q.    Okay.
22       A.    However, I might say that there
23   were instructions given not to share flow
24   rate information internally or externally,
25   either one.  And there's a small section of

110

1    my report that deals with that inhibition.
2        Q.    We're going to get to that.
3            Are you aware of an instruction
4    to not share flow rate information with the
5    National Labs?
6        A.    I'm aware of instructions not to
7    share flow rate information, period.
8        Q.    Do you know whether that was
9    intended to include the National Labs?
10       A.    I assume it was pretty clear.
11   If it was intended not to include your
12   colleague down the hall, it also included the
13   National Labs.
14       Q.    And you did not look at what
15   information the National Labs received from
16   BP in connection with modeling it had
17   performed for source control purposes --
18       MR. LI:  Objection --
19       Q.    -- correct?
20       MR. LI:  Objection, form.
21       A.    I did not perform any evaluation
22   of information exchanged between BP and the
23   National Labs, independent of what I read
24   about in depositions and in e-mails and the
25   like.

111

1        Q.    Right.
2            And depositions, again, limited
3    to the depositions you've listed here,
4    correct?
5        A.    We believe so.
6        Q.    Have you ever testified as an
7    expert in any case involving modeling
8    conducted for oil and gas systems?
9        A.    I've participated in a number of
10   cases involving modeling for fluid flow and
11   porous media, which is like a petroleum
12   reservoir, but not for a petroleum reservoir.
13       Q.    So you have never testified as
14   an expert in any case involving modeling for
15   oil and gas systems for petroleum reservoir?
16       A.    While I've done a lot of
17   modeling testimony, I've not done any
18   testimony specifically related to oil and gas
19   reservoirs.
20       Q.    Has any court ever disqualified
21   you as an expert on any subject?
22       A.    No.
23       Q.    Have you ever been tendered as
24   an expert in oil and gas systems?
25       A.    I don't believe I have ever been

112

1    tendered as an oil and gas expert in a -- in
2    a litigation.
3        Q.    Okay.  Have you ever consulted
4    for an oil and gas company?
5        A.    Many times.
6        Q.    Okay.  And have you ever
7    consulted for an oil and gas company related
8    to reservoir evaluation and production?
9        A.    I have not consulted to an oil
10   and gas company.  I have visited and
11   collaborated back 20 years ago on reservoir
12   heterogeneity issues.
13       Q.    I saw that referenced in your
14   report.
15           Can you describe for me the
16   nature of that work?
17       A.    Back in the 1980s, I had a
18   series of different assignments, but one was
19   for a period of about 10 or 15 years.  I got
20   involved in doing petroleum
21   engineering-related work principally aimed at
22   the effects of reservoir heterogeneity, the
23   spatially variable properties like
24   permeability on production.  And I had a
25   large grant from the Department of Energy

28 (Pages 109 to 112)

125

1    issues if you're trying to understand the
2    flow rate from the well.
3         MR. LI: Objection, form.
4         A.    BP used modeling in their
5    attempt to understand those issues.
6         Q.    Dr. Wilson, respectfully, I'm
7    not asking about what BP did. What I'm
8    asking you, as somebody told me you have run
9    similar models, is it important to understand
10   in a flowing well what role the BOP has as a
11   constriction?
12        A.    It's important in this case to
13   use models to help build that understanding
14   of what the effects of restrictions in the
15   BOP stack would be on flow or in the riser.
16        Q.    Okay. Is it also important to
17   understand the relationship between the well
18   and the reservoir and what, if any, damage
19   may have occurred to the well or the
20   reservoir as a result of a blowout if you're
21   trying to model the flow rate?
22        MR. LI: Objection, form.
23        A.    In this case, it's important to
24   use the modeling to develop a better
25   understanding of what that connection is.

126

1         Q.    Okay. You testified earlier
2    about testimony from Secretary Chu about BP's
3    level of transparency and information
4    sharing.
5         Do you recall that?
6         A.    I recall testifying or -- about
7    his comments regarding that sharing.
8         Q.    Okay. Do you know who
9    Admiral Cook is?
10        A.    The name doesn't come to me.
11        Q.    Okay. Well, you offer an
12   opinion in this case that BP did not share
13   information that it had about modeling with
14   members of the government, the public, or the
15   media, correct?
16        MR. LI: Objection, form.
17        Q.    I think you called them the
18   press.
19        A.    Yes. I think you
20   mischaracterized that. As I recall, what I
21   said was they did not share their modeling
22   results regarding flow rate with those
23   groups.
24        Q.    Okay. Did you evaluate what
25   information BP shared regarding the

127

1    reservoir, the well, the BOP, the riser,
2    those things that you told me were important,
3    for purposes of modeling with the government?
4         MR. LI: Objection, form.
5         A.    I did not look at the
6    information transfer on details of reservoir
7    fluids and other characteristics or the well,
8    for that matter, between BP and the
9    government other than reading things such as
10   Secretary Chu's comments we referred to
11   earlier.
12        Q.    You referenced Secretary Chu's
13   comments.
14        Do you know who Tom Hunter is?
15        A.    Tom Hunter, I don't recall that
16   name. It doesn't mean I doesn't -- haven't
17   looked at something regarding Tom Hunter, but
18   I just don't recall the name.
19        Q.    If you can turn to tab 90,
20   please. And I'm sorry, before we go to
21   tab 90, was I correct that you didn't know
22   who Admiral Cook was?
23        A.    I don't recall the name.
24        Q.    Do you know what Admiral -- I'll
25   represent to you that he was one of

128

1    Admiral Allen's, Thad Allen's representative
2    in the Houston incident command post.
3         A.    Yes.
4         Q.    Are you familiar with the setup
5    of the Houston incident command post?
6         A.    I have cursory knowledge of that
7    setup.
8         Q.    Was is your understanding of
9    what the setup was of that post?
10        A.    That there was a series of
11   government representatives at that post,
12   including Admiral Allen, for example. And --
13        Q.    Where was that -- I'm sorry. Go
14   ahead.
15        A.    And there's BP representatives
16   and representatives from the other -- other
17   government agencies involved at the incident
18   command post. I don't have an authoritative
19   knowledge of the operation of that command
20   post.
21        Q.    Do you know what type of
22   information was shared on a daily basis
23   between BP and the government at the incident
24   command post where folks were working
25   together in Houston at BP's offices?

32 (Pages 125 to 128)

129

1       MR. LI:  Objection, form.
2       A.    I reviewed BP's modeling efforts
3  over this period of five or six weeks, and I
4  did not review how BP and the federal folks
5  at the incident command post communicated
6  beyond the documents that came up through the
7  modeling effort.
8       Q.    Okay.  Let's look at tab 90.
9       A.    It's going to take me a minute
10 to get there.
11      Q.    Sure.  Are you at tab 90?
12      A.    Yes.  Is this exhibit --
13      Q.    And tab 90 is previously marked
14 as exhibit 9125.
15      A.    Yes, I'm there.
16      Q.    And your opinion, to be clear,
17 is that in the weeks following the blowout,
18 BP's computer modeling suggested higher well
19 flow rates than those reported to the
20 government, the press, and the public,
21 correct?
22      A.    Correct.
23      Q.    And so what you're contending is
24 that BP's modeling suggests a rate higher
25 than what BP told the government about

130

1  potential flow rates, correct?
2       A.    Correct, where the government is
3  government decision-makers like Admiral Allen
4  or Secretary Chu.
5       Q.    Was Dr. Hunter a government
6  decision-maker?  He's identified here as the
7  director of the Sandia National Lab.
8       MR. LI:  Objection, form.
9       A.    Yes, I would say he is a -- an
10 important position.  Secretary Chu had a
11 similar position prior to this appointment as
12 Secretary of Energy.  I suppose you would
13 count him as a government decision-maker.
14      Q.    And did Secretary Chu rely on
15 Dr. Hunter for purposes of assessing source
16 control options?
17      MR. LI:  Objection, form.
18      A.    I believe he corresponded with
19 Dr. Hunter.  I don't recall Dr. Hunter's
20 name, but I do recall the context now in
21 terms of his title.
22      Q.    All right.  Now, he is listed as
23 one of the depositions that you read.
24           Did you -- or at least
25 considered.  Did you review his deposition

131

1  testimony?
2       A.    In part, at least.
3       Q.    Okay.  And do you recall what
4  parts or aspects of Dr. Hunter's testimony
5  you reviewed?
6       A.    I do not recall.
7       Q.    Is there anything that you
8  recall Dr. Hunter having testified to?
9       A.    No.
10      Q.    Okay.  Now, exhibit 9125, since
11 you're speaking to what information BP
12 shared, is dated May 4th of 2010, correct?
13      A.    Yes.
14      Q.    And it says here -- and are you
15 aware that this is a document created by the
16 United States Government for the United
17 States Government's representatives?  This is
18 not created by BP or sent to BP, correct?
19      MR. LI:  Objection, form.
20      A.    I'd have to make that inference,
21 but it would be an inference, not -- nothing
22 I could tell.
23      Q.    Well, you made inferences about
24 what BP sent the government, right?
25      MR. LI:  Objection, form.

132

1       A.    Well, if I recognize -- this is
2  slightly different than anything we've seen.
3  This is not an e-mail from or to or a memo
4  that makes it clear what the origin.  But
5  this does have a Sandia National Lab number
6  in the lower right-hand corner, which
7  suggests it is a government memo.
8       Q.    And you don't recall Dr. Hunter
9  even talking about this document or what the
10 circumstances were around it, correct?
11      A.    I don't recall this document.
12      Q.    What's noted, at least here on
13 the face of this Sandia Lab document, is that
14 Dr. Hunter, who was the director of the
15 National Lab, Sandia National Lab, described
16 the working environment at the BP engineering
17 site in Houston as highly cooperative.
18           Do you see that?
19      A.    Yes.
20      Q.    And do you have any reason to
21 disagree with the statement in that sentence
22 that was Dr. Hunter's impression of BP's
23 working environment in Houston?
24      MR. LI:  Objection, form.
25      A.    That was his impression in --

33 (Pages 129 to 132)

133

1    May 4.
2        Q.    Okay.  And it goes on to say,
3    laboratory team members are receiving access
4    to information and technical staff from BP
5    and other companies and subcontractors and
6    are participating in engineering meetings.
7            Do you see that?
8        A.    Yes.
9        Q.    Do you know what information is
10   being referenced there?
11       A.    No, I do not.
12       Q.    Do you know whether any of the
13   modeling information that was being run by BP
14   in connection with flow rates was being
15   shared at the offices in Houston that were
16   part of the incident command post?
17       MR. LI:  Objection, form.
18       A.    No, I do not.  But I do know the
19   government put together a flow rate technical
20   group after this partly because they did not
21   feel that they were getting sufficient
22   information about flow rate estimates from
23   BP.
24       Q.    And we'll talk about the flow
25   rate technical group.  I promise.

134

1            By the way, your report doesn't
2    mention the flow rate technical group, does
3    it?
4        A.    No.
5        Q.    Okay.
6        A.    This is just a matter of
7    history.
8        Q.    Back to the document, 9125.
9            Do you know what information
10   laboratory team members were receiving from
11   BP that's referenced here in this Sandia
12   document?
13       MR. LI:  Objection, form.
14       A.    I have no independent review of
15   what information was transferred from BP to
16   the government representatives in groups like
17   this over this period of time.  My review of
18   the modeling efforts by BP don't give a very
19   strong indication of any effort to share
20   information.
21       Q.    Do you know who Admiral Landry
22   is?
23       A.    Yes.
24       Q.    Okay.  Did you review
25   Admiral Landry's testimony?

135

1        A.    Yes.
2        Q.    Admiral Landry testified that --
3    was asked, would you say it was a
4    collaborative effort among the various
5    federal agencies, state agencies, as well as
6    the private sector to attempt to work the
7    DEEPWATER oil spill?  He responded yes.
8            Do you have any reason to
9    disagree with that?
10       MR. LI:  Objection, form.
11       A.    I'd have to see the quote.
12       Q.    Sure.  Tab 94, lines 14 to 20.
13   Page 93 -- I'm sorry.  Page 93, line 14 from
14   Admiral Landry's deposition.
15           Based on your experience --
16       A.    I'm sorry.  What tab are you in?
17       Q.    I'm sorry.  Tab -- tab 94.
18       A.    Oh.  Thank you.
19       Q.    We don't need to mark this as an
20   exhibit.  It's an excerpt from
21   Admiral Landry's deposition.
22           She was the federal on-scene
23   coordinator, correct?
24       A.    Yes.
25       Q.    And she was involved in and

136

1    approved various source control options,
2    correct?
3        A.    She was involved in, perhaps
4    approved, but felt uncomfortable because it
5    was not in her area of expertise.
6        Q.    Okay.
7        A.    This is my impression based on
8    her deposition.
9        Q.    So she was approving source
10   control efforts, but she was uncomfortable,
11   it's your testimony, because it wasn't in her
12   area of expertise?
13       A.    Correct.  That's an impression,
14   not a fact.
15       Q.    Okay.  Page 93, line 14.
16           Based on your experience, would
17   you say it was a collaborative effort among
18   the various federal, state agencies, as well
19   as the private sector, in order to attempt to
20   work on the DEEPWATER oil spill?  And her
21   answer was yes.
22           Do you see that?
23       A.    Yes.
24       Q.    And do you know whether the
25   collaborative effort there that she's

145

1  but there were probably several, did I get
2  anything like we observed something.
3         In other words, that memo we
4  looked at from Exxon had far more information
5  about feedback from another group, in this
6  case, an Exxon engineer, than I saw in the
7  entire -- entirety of correspondence I looked
8  at in terms of feedback to the modeling
9  groups from the National Lab.
10     Q.    Now, let me see if I understand.
11         Are you saying the National Labs
12  was not giving feedback, or that BP was not
13  seeking feedback from the National Labs?
14     A.    The BP engineers that I reviewed
15  had very little reference to the National Lab
16  folks.  Why that's the case?  I don't know.
17  It seemed more like the communications
18  between them was not strong.
19     Q.    Okay.  And you did not even --
20  MS. KARIS:  Strike that.
21     Q.    You did not review, for example,
22  Paul Tooms' testimony who interacted
23  regularly with the National Labs, correct?
24  MR. LI:  Objection, form.
25     A.    I have not reviewed Paul Tooms'

146

1  testimony.
2     Q.    And do you recall what -- you
3  don't recall what Dr. Hunter said about
4  whether BP was, in fact, using the
5  National Labs as a brain trust to evaluate
6  ideas?
7  MR. LI:  Objection, form.
8     A.    Well, that may have been his
9  impression in May.  I don't know what his
10  impression was at the time of his deposition
11  because I don't recall reading that.
12     Q.    Now, you did look at top kill
13  specifically, correct?
14     A.    I looked at the modeling in
15  reference to top kill specifically.
16     Q.    Did BP reach out to the
17  National Labs to perform an evaluation with
18  respect to top kill?
19  MR. LI:  Objection, form.
20     A.    I reviewed the internal modeling
21  of BP, its contractors, and consultants over
22  this period of time.  I did not see any
23  information regarding BP reaching out to
24  modeling done by National Labs regarding top
25  kill.

147

1     Q.    Well, I thought you told me that
2  in what you reviewed, there didn't appear to
3  be this reaching out by BP to the labs as a
4  brain trust.
5  MR. LI:  Objection, form.
6     Q.    Did I misunderstand you?
7     A.    You mischaracterized what I
8  said.  I said in the modeling group, in the
9  correspondence I reviewed in the modeling
10  group, there were very few references to
11  interactions with the National Lab folks.
12  And then it was more or less a compliment,
13  things like how smart they are as opposed to,
14  I got this idea or this new concept.
15         I mean, a brain trust, you would
16  hope to learn something from and I didn't get
17  the impression that the modelers felt that
18  they had the opportunity to -- or had learned
19  much from the National Lab folks.
20     Q.    And does your statement apply
21  equally to the top kill efforts?  That's what
22  I'm trying to understand.
23     A.    It refers to the modeling
24  efforts, not to the top kill technology
25  itself.

148

1     Q.    Does it apply to modeling that
2  had been performed with respect to top kill,
3  including the modeling that you reference in
4  your report?
5  MR. LI:  Objection, form.
6     A.    In the top kill documents
7  relating to BP modeling and in support of
8  that effort, I saw no reference to the
9  National Lab, that I can recall.
10     Q.    Okay.
11     A.    I should say the National Labs.
12     Q.    Okay.  Now, we're talking about
13  information-sharing or communication between
14  BP and the government.  And let's see if we
15  can agree on some basic principles.
16         Would you agree that BP was in
17  frequent contact with federal officials
18  during the response?
19  MR. LI:  Objection, form.
20     A.    I did not review that as part of
21  my assignment.
22     Q.    Okay.
23     A.    The modelers were not in
24  frequent contact with the federal government.
25     Q.    Does that include Mr. Tooms?

37 (Pages 145 to 148)

149

1    A.    Mr. Tooms was not a modeler.  He
2  was an executive.
3    Q.    Were the folks -- was Mr. Tooms
4  getting information about the models that the
5  modelers had run?
6    A.    In my review of e-mail, I can't
7  recall specifics, but the answer is, yes --
8    Q.    And --
9    A.    -- he was getting information.
10   Q.    And since he was getting
11 information, did you look at Mr. Tooms'
12 interaction with those federal officials with
13 respect to work in modeling that BP had been
14 performing?
15   MR. LI:  Objection, form.
16   A.    I did not specifically look to
17 see what detailed information he might have
18 been providing to the federal government.
19   Q.    Would you agree that BP briefed
20 Secretary Salazar every morning with respect
21 to the source control efforts?
22   MR. LI:  Objection, form.
23   A.    I don't know that information.
24 I would not be surprised if that's the case,
25 but I -- I really don't know.

150

1    Q.    Would you agree that major
2  decisions on source control activities were
3  worked through the Unified Command system?
4    MR. LI:  Objection, form.
5    A.    I reviewed the modeling efforts
6  and support of source control.  I did not
7  review the source control efforts or the
8  specific decision-making operations regarding
9  them.  So I -- I don't know.
10   Q.    So sitting here today, you don't
11 know who had authorization for approving a
12 source control methodology?
13   MR. LI:  Objection, form.
14   A.    The structure of the -- the
15 system was somewhat amorphous to me, and I
16 don't know the details of how those decisions
17 were arrived at.
18   Q.    You offer opinions about
19 top kill?
20   A.    Yes.
21   Q.    Did you review who had authority
22 to approve top kill?
23   A.    I offer opinions about the
24 modeling in support of a top kill effort.
25 I --

151

1    Q.    My question was, do you have an
2  opinion -- do you know --
3    MS. KARIS:  Strike that.
4    Q.    Not even an opinion.  Do you
5  know who had authority to approve top kill?
6    MR. LI:  Objection, form.
7    A.    My review had to do with the
8  modeling efforts, among other things, in
9  support of top kill and not the top kill
10 decision or operation in and of itself.
11   Q.    Dr. Wilson, is the answer to my
12 question, then, that you don't know?  Who had
13 authority to approve top kill is the
14 question.
15   MR. LI:  Objection, form.
16   A.    It was not included in the
17 information I looked at, and I do not know
18 who had authority to approve top kill --
19 top kill.
20   Q.    Do you know what the MMS's role
21 was, Mineral Management Services role was in
22 connection with source control efforts?
23   A.    I can't be sure of their exact
24 role.  I know they had a general role in the
25 whole source control operation.  It was part

152

1  of their purview, but I couldn't tell you
2  what specific role they played on --
3    Q.    Did you --
4    A.    -- a day-to-day basis.
5    Q.    Did you look at what modeling
6  Mineral Management Services ran in connection
7  with source control efforts?
8    MR. LI:  Objection, form.
9    A.    To the best of my knowledge,
10 they ran no modeling, but I don't know
11 whether or not they did.  But they --
12   Q.    Well, are you saying you don't
13 know?
14   A.    As far as I could tell, they
15 didn't have the capability of doing the
16 modeling.  I only reviewed BP's modeling and
17 the modeling of their consultants and
18 contractors.
19   Q.    And it's your contention that
20 Mineral Management Services doesn't have the
21 capability to run modeling?
22   MR. LI:  Objection -- objection, form.
23   A.    I don't know.  I -- my
24 impression is they don't have the staffing to
25 do something like that.

169

1    MR. LI:  Objection, form.
2    A.    Yes.  I was referring to the
3  computer codes, the programs, not to the
4  conceptual models of the well and the
5  reservoir.
6    Q.    Could the United States
7  Government have obtained those proprietary
8  models and computer codes in April and May of
9  2010?
10    MR. LI:  Objection, form.
11    MR. INGERSOLL:  Objection, form.
12    A.    If they had had expertise
13  onboard in early May, they might have been
14  able to do that.  They didn't have the
15  expertise in looking at these kinds of
16  reservoir well conditions onboard until later
17  when the National Labs began to look at it.
18  And they use their own codes.
19    Q.    When did the National Labs begin
20  to look at this issue?
21    A.    Again, I have not reviewed this
22  critically, and I'm speculating a little bit,
23  but as I recall, they began to use a variety
24  of different flow rate estimation tools, not
25  to include reservoir modeling, toward the end

170

1  of May when they begin to form the flow rate
2  technical group.  And I -- I just don't know
3  when they started any kind of modeling of a
4  substantive basis.  I believe they had some
5  kind of numbers in later May.
6    Q.    When did the National Labs begin
7  its assessment of flow rate from the Macondo
8  well?
9    MR. LI:  Objection, form.
10    A.    I couldn't tell you when that
11  date was.
12    Q.    When did the United States Coast
13  Guard begin any assessment of flow rate from
14  the Macondo well?
15    MR. LI:  Objection, form.
16    A.    Well, the Coast Guard was --
17  and -- and NOAA, both, were looking at
18  surface indicators of the oil spill.
19    Q.    How early?
20    A.    I assume they did it right away
21  because that's their job.
22    Q.    Okay.  And --
23    A.    But they weren't looking at the
24  reservoir or the well or the model for that.
25  They were just looking at surface indicators.

171

1    Q.    When did the flow rate technical
2  group begin their analysis of flow rate from
3  the Macondo well?
4    MR. LI:  Objection, form.
5    A.    This is a vague recollection,
6  that they formed sometime in mid to latter
7  May.  I don't recall.
8    Q.    Okay.
9    A.    It was not part of my review.
10    Q.    Now, you say that BP engineers
11  have sufficient tools and information to
12  model flow rates from the Macondo well by the
13  end of May of 2010, correct?
14    A.    Let me find that quote so I
15  can --
16    Q.    Sure.
17    A.    -- be sure that we're on the
18  same page.
19    Q.    Sure.  It is a heading, in fact,
20  at page 6 of your report.  BP engineers had
21  sufficient tools and information to model
22  flow rates from the Macondo well.
23          That's your heading in your
24  report, correct?
25    A.    Correct.

172

1    Q.    My question is, by when do you
2  contend that BP engineers had sufficient
3  tools and information to model flow rates
4  from the Macondo well?
5    A.    They began the modeling almost
6  immediately before the rig sank.
7    Q.    And is it your contention that
8  by -- before the rig sank, BP engineers had
9  sufficient tools and information to model
10  flow rates from the Macondo well to a
11  reasonable degree of engineering certainty?
12    MR. LI:  Objection, form.
13    A.    Engineering deals with
14  uncertainty all the time.  And as soon as the
15  accident occurred, they had sufficient
16  information to begin modeling, to begin to
17  understand what the consequences of that
18  failure -- that accident was in terms of flow
19  rates and begin modeling the flow rates
20  almost immediately using information they
21  had, starting out with the worst case
22  discharge model they had already developed
23  earlier using MCAT -- M -- MBAL and Prosper.
24    Q.    I'm just trying to understand
25  your opinion.

43 (Pages 169 to 172)

173

1     Is it your contention that even
2  before the rig sank, BP engineers had
3  sufficient tools and information to model the
4  actual flow rates coming out of the Macondo
5  well to a reasonable degree of engineering
6  certainty?
7     MR. LI:  Objection, form.
8     A.    There you go again with that
9  word actual flow rates.  They're not modeling
10 actual flow rates.  They're modeling ranges
11 of flow rates to try and bracket the
12 uncertainty about what the situation might be
13 and what kind of flow rates might be produced
14 and what the pressures and temperatures might
15 be in an attempt to, among other things,
16 understand the well and then design source
17 control efforts.
18    Q.    Okay.  So I'm asking you, do you
19 have an opinion as to when BP engineers had
20 sufficient tools and information to model
21 flow rates of what the actual flow rate was
22 from the Macondo well?
23    MR. LI:  Objection, form.
24    A.    At no time did BP attempt to
25 model the actual flow rate from the well.

174

1  They were modeling ranges of flow rate to
2  deal with the uncertainty of the situation.
3  And they had that information essentially
4  immediately because they actually did
5  modeling immediately.  And that's within a
6  day or so.
7     Q.    Did you see any modeling in
8  which BP attempted to model the actual flow
9  rate from the well?
10    MR. LI:  Objection, form.
11    A.    I -- I guess I'm having trouble
12 with this term actual flow rate because they
13 had estimates of what the flow rate would be.
14    They were never claiming that it
15 was the flow rate in the system.  And -- and
16 that was true throughout the entire period of
17 review I had.  These were estimates of flow
18 rate, ranges of flow rate based on different
19 conditions to bracket the uncertainty about
20 conditions in the well and the reservoir and
21 the BOP stack and riser in order to get some
22 idea of what the flow rate might be and to
23 what extent different source control options
24 would work.
25    They needed to bracket it.  They

175

1  needed to have a range of uncertainty that,
2  as time went on, they could lower and improve
3  their estimates and reduce the -- the
4  probability that their source control measure
5  would fail.
6     Q.    Now, the BP engineers and their
7  contractors were challenged by uncertainties
8  that existed at the time in connection with
9  their modeling efforts, correct?
10    A.    That's my statement.
11    Q.    And those uncertainties were
12 significant for purposes of trying to
13 understand what was occurring at the Macondo
14 well, correct?
15    A.    Well, let's define uncertainty,
16 first.  Most of science and engineers --
17 engineering deals with problems that are not
18 fully known, if you wish, that -- that are
19 challenged by uncertainty.  In this
20 particular case -- you need something or --
21    Q.    Well, my iPad keeps blocking
22 here, but I don't want to stop you.  Go
23 ahead.  Finish and then --
24    A.    I'd have to recover my train of
25 thought.

176

1     MR. LI:  In this particular case.
2     A.    In this particular case, they
3  knew a lot about the reservoir and the well
4  and the connection between the reservoir and
5  the well prior to the accident and the BOP
6  stack and the riser.  But some of those
7  things -- some of those components of the
8  system were damaged or affected by the
9  accident.  And for those components that were
10 affected by the accident, they could
11 hypothesize what that damage was and create
12 scenarios in which they could explore the
13 uncertainty about damage and what its effect
14 on flow, pressures, and temperatures would be
15 and, therefore, use that resulting suite of
16 models across a scenario of different
17 conditions to examine source control methods
18 in what, if it had been done formerly, would
19 be called some kind of probabilistic risk
20 assessment, things we do all the time.
21    Q.    Okay.  Now, let me back up here.
22    You said they knew a lot about
23 the reservoir and the well --
24    A.    Correct.
25    Q.    -- from activities prior to the

44 (Pages 173 to 176)

217

```
 1        A.   Well, again, I refer to this as
 2   being mainly aimed at their concerns with
 3   capturing the oil that had been released.
 4        Q.   Okay.  And what is the worst
 5   case catastrophic scenario that is being
 6   referenced there?
 7        A.   As of?
 8        Q.   May 27th of 2010.
 9        A.   May 27th.  I'm not sure.  It
10   could be the original worst case scenario
11   pre -- pre-drilling, which is something like
12   162,000 barrels of oil per day.  It could be
13   referring to some later estimate.
14        Q.   Okay.  You don't know; is that
15   correct?
16        A.   I have no knowledge of what
17   Dr. McNutt was referring to.
18        Q.   And the next page, it says, we
19   have not been constrained by flow rate
20   estimates.  The scale of the response would
21   have been the same regardless if it were
22   1,000 barrels a day or a hundred times that.
23             Do you see that?
24        A.   Yes, I do.  And, again, I
25   believe she's responding to talk mostly
```

218

```
 1   about, if not entirely about, the surface
 2   response and not the response at the wellhead
 3   itself.
 4        Q.   Do you know of any efforts at
 5   the wellhead itself that were constrained by
 6   flow rate estimates?
 7        A.   Well, an example would be the
 8   top kill.
 9        Q.   Okay.  And those are the
10   opinions that you've rendered in this case,
11   correct?
12        A.   Yes.  That and other source
13   control mechanisms besides the top kill,
14   which I may have spoken about explicitly or
15   may not have in my --
16        Q.   Well, if there are --
17        A.   -- my report.
18        Q.   I'm sorry.  If there are other
19   source control mechanisms besides the
20   top kill, I'm asking you to list those.
21             What other mechanisms were
22   constrained by flow rate estimates?
23        A.   Well, I referred to some of
24   these earlier in my --
25        Q.   Anything other than what we've
```

219

```
 1   already talked about?  I should start by
 2   saying that.
 3        A.   Well, I need to review 'cause
 4   I'm not sure we've talked about everything.
 5   One would be the capture and -- and -- of oil
 6   from the subsurface and removing it to the
 7   surface, which would imply you have the right
 8   surface of the vessels to collect it.  You
 9   have a riser -- or a riser is needed to get
10   it from the subsurface -- from the seabed up
11   to the surface, and that you have some kind
12   of vessel, like the top hat, to collect that
13   oil.
14             And so you could argue that the
15   cofferdam was one of those.  The top hat was
16   another --
17        Q.   And --
18        A.   -- and the removal of the -- of
19   the riser and putting the top hat on and then
20   the -- the -- a BOP on top of the old BOP
21   or -- or what they eventually put there.
22        Q.   Dr. Wilson, do you intend to
23   offer any opinions in this case about what
24   impact flow rate estimates had on any one of
25   those source control methods that you just
```

220

```
 1   identified?
 2        A.   It's not my intent to give an
 3   explicit discussion of those, outside of the
 4   top kill itself --
 5        Q.   Okay.
 6        A.   -- other than you simply had to
 7   have a sufficient capacity to handle oil
 8   coming out of that system.  And if you
 9   underestimate the oil flow rate, you're going
10   to have, very likely, an incomplete capacity
11   to handle that oil, should you capture it.
12        Q.   And did you look at that issue
13   as to whether by any estimation of the flow
14   rate they had an incomplete capacity to
15   handle flow coming from the well?
16        A.   They certainly did after June 1.
17        Q.   At the time -- in the time
18   period that you evaluated evidence, data and
19   information in this case, which you told me
20   ended in May -- May 31st, did you look at
21   whether they had incomplete capacity to
22   handle oil that was coming from the well and
23   offer any opinions in this case on that
24   subject?
25        A.   Had they had incomplete capacity
```

55 (Pages 217 to 220)

221

1  at that time on -- in place that actually was
2  affecting their ability to collect oil, they
3  would have had to be collecting oil at a
4  higher rate than they did from the RIT, which
5  was put at the end of this riser. And they
6  simply didn't have that capacity to get the
7  oil collected at the seabed, so they didn't
8  need the capacity at the surface.
9       Q.    And you haven't offered any
10 opinions in that respect in this case,
11 correct?
12      A.    Not that I can think of.
13      Q.    Okay. Now, Dr. McNutt goes on
14 to state here, we -- they're based on new
15 methodologies being employed to understand a
16 highly --
17      A.    Before you --
18      Q.    I'm sorry. The third paragraph.
19      A.    Third paragraph?
20      Q.    Same document, same page,
21 page 3. Prior to that, she says, I want to
22 emphasize these numbers are still
23 preliminary. They're based on new
24 methodologies being employed to understand a
25 highly dynamic -- I'm sorry -- to understand

222

1  a highly dynamic in a complex situation.
2  We're still getting more data, and we're
3  improving our scientific modeling.
4       Do you see that?
5       A.    Yes. I don't understand the
6  English, but I see it.
7       Q.    Right.
8       So it seems like there's a typo
9  there?
10      A.    Yeah.
11      Q.    Do you know what the highly
12 dynamic in a complex situation statement is
13 referencing?
14      A.    I think it's probably highly
15 dynamic and complex situation. Dynamic
16 refers, among other things, to changes over
17 time.
18      Q.    And would you describe the
19 Macondo well conditions in April and May of
20 2010 as highly dynamic and a complex
21 situation?
22      A.    I think both terms apply,
23 complex and dynamic.
24      Q.    Highly dynamic and complex,
25 those are the words used.

223

1       A.    Those are her words.
2       Q.    Right, and I'm asking if you
3  agree with that.
4       A.    Highly is a judgmental word. I
5  would say it's certainly dynamic and complex.
6       Q.    Okay. So you won't agree with
7  the highly? That's her judgment, not yours?
8       A.    That's her -- her term.
9       Q.    But you would not adopt that
10 term; is that correct?
11      A.    Complex is complex.
12      Q.    I'm talking about dynamic,
13 though. It says highly dynamic.
14      A.    It is certainly dynamic.
15      Q.    And will a dynamic and highly
16 complex situation affect the ability to
17 estimate flow coming from a well involving
18 oil and gas in a multiphase situation?
19      A.    The more complex a situation,
20 the more difficult an estimation of something
21 like an oil flow rate will be, which is why
22 BP employed a scenario analysis approach to
23 deal with that complexity and get ranges of
24 flow rates.
25      Q.    Okay.

224

1       A.    In the same sense, a dynamic
2  situation, which includes, in this case,
3  something that Dr. McNutt was probably not
4  referring to, is the dynamics of flow in the
5  well itself requires the use of sophisticated
6  computer codes to represent it, like Olga,
7  rather than the other computer codes used,
8  PipeSim and Prosper.
9       And because of the dynamic
10 nature of that flow, you have to use good
11 tools, the best tools, to capture it, and --
12 which is why they were using Olga. I think
13 she's referring to dynamics rather than in
14 the larger sense, ships and personnel and,
15 you know, just the overall --
16      Q.    She's talking --
17      A.    -- dynamic nature of -- of the
18 response.
19      Q.    She's talking about ships and
20 personnel when she's talking about the fact
21 that they issued a preliminary estimate and
22 that they're continuing to do modeling as to
23 that estimate?
24      MR. LI: Objection, form.
25      Q.    And it's you're contention that

56 (Pages 221 to 224)

249

1  part of this modeling, correct?
2     A.   Yes.  I -- I referred to tab 8,
3  as presented in this slideshow but with many
4  other scenarios presented in a later version
5  of the similar of the similar -- or the same
6  simulation.
7     Q.   All right.  If you could just
8  look at the title page 8942, first page.
9     A.   Yes.
10    Q.   Can you read into the record
11 under William Birch what the subject is of
12 this presentation?
13    A.   The subject says it's a
14 Department of Interior well control modeling
15 presentation.
16    Q.   And do you know whether that
17 presentation ever took place?
18    A.   No, I do not.
19    Q.   Now, you also speak to some work
20 that was done by Dr. Rygg, Ole Rygg, correct?
21    A.   Yes.  Is that the proper way to
22 pronounce his name?  Because I've been
23 mispronouncing it.
24    Q.   I believe so, but I could
25 certainly be mispronouncing it, as well.

250

1         If you could take a look at
2  tab 31.
3     A.   Thank you.
4     Q.   It's exhibit 9266.
5     A.   Yes.
6     Q.   And this is some work done by
7  Dr. Rygg on May 9th of 2010 titled blowout
8  rates.
9         Do you see that?
10    A.   Yes.
11    Q.   And Dr. Rygg on the back there,
12 presents a chart that has the results of
13 different modeling scenarios under different
14 conditions, correct?
15    A.   Yes.
16    Q.   And is it correct to say some of
17 those scenarios are flow paths that are being
18 considered?  The annulus, the casing, or
19 both?
20    A.   Yes.  He considers three
21 different flow paths, the third of which is a
22 combination of the first two.
23    Q.   And for each of those flow
24 paths, he considers restricted conditions or
25 unrestricted conditions in measurements,

251

1  correct?
2     A.   Yes, that's correct.
3     Q.   Is there any one of these
4  scenarios that you contend Dr. Rygg, Mr. Mix,
5  or anyone at BP believed to reasonably
6  represent the condition of the Macondo well
7  at the time that this report was generated?
8     MR. LI:  Objection, form.
9     A.   I think the range of flow rates
10 presented in these kind of scenario analysis
11 are what is represented of the conditions in
12 the well and what kind of flow rates could be
13 produced.
14    Q.   I'm not asking --
15    A.   It's not necessarily any one of
16 them.
17    Q.   Listen to my question, please.
18        Of the scenarios that Dr. Rygg
19 presents, which are six different scenarios,
20 is there one that you contend reflects what
21 BP reasonably believed to be actually
22 occurring at the time?
23    MR. LI:  Objection, form.
24    A.   Again, these are a range of flow
25 rates aimed at dealing with the uncertainty

252

1  of the situation, and they suggest that the
2  actual flow rate was substantially higher
3  than 5,000 barrels of oil per day, but not in
4  any one of these particular scenarios.
5     Q.   Is it fair to say that you don't
6  know whether, at the time, believe -- BP
7  believed the flow was up the annulus, up the
8  casing, or up both, correct?
9     MR. LI:  Objection, form.
10    A.   BP tested hypotheses about which
11 path was occurring and had a finite number of
12 possibilities which they --
13    Q.   But in terms of --
14    A.   -- explored.
15    MR. LI:  Wait.
16    Q.   In terms of which one was --
17    MR. LI:  If the witness could be
18 allowed to finish.  Are you finished?
19    Q.   -- actually occurring?
20    A.   No, I'm not finished.
21        Anyway, they had a series of
22 hypotheses about what the actual flow rate --
23 flow path could be.  They explored those
24 hypotheses, and there were only a few of
25 them.  In this case, three.  In other cases,

63 (Pages 249 to 252)

253

1  a few more.  And they use that to get ranges
2  of flow rates.  It's the range of flow rates
3  these simulations producing that's of
4  interest, not any one of them.
5      Q.    Okay.  What do you --
6      MS. KARIS:  Strike that.
7      Q.    Do you contend that there was a
8  consensus view at BP as to what a reasonable
9  bound was for what the flow rate coming from
10  the Macondo well was in the April to May time
11  period?
12      MR. LI:  Objection, form.
13      A.    BP engineers never met to form a
14  consensus about bounds on flow rates.  One
15  can infer from their results that the range
16  was significant, but the range -- the rates
17  were high.
18      Q.    Can you give me any figures that
19  you contend BP's engineers believed to be a
20  reasonable bound of what the flow rate was?
21      MR. LI:  Objection, form.
22      Q.    Actual flow rate occurring at
23  the time?
24      A.    Well, there were different
25  modeling groups working on this, so you'd

254

1  have to look at each one to see what they
2  would think.  They never presented it as a
3  subjective consensus estimate of what the
4  bounds would be.  But you can look at their
5  results and form your own conclusions.
6      Q.    Okay.  And if you look at the
7  results of the reservoir team, their
8  modeling, what would you contend to be was a
9  reasonable bound for the flow rate based on
10  their work?
11      MR. LI:  Objection, form.
12      A.    Well, again, I was referring to
13  their forming a consensus about what that
14  bound is.  I can look at their results and
15  then make a conclusion.
16      Q.    Fair enough.  Let me re-ask the
17  question.
18      Do you contend that the
19  reservoir team had a consensus as to what
20  would be a reasonable bound for a flow rate
21  based upon the work they had done at the
22  time?
23      A.    Well, they certainly had an
24  upper bound and --
25      Q.    What about a lower bound?

255

1      A.    I'd have to go back and look at
2  the results.  And, again, you have to put a
3  sort of probability on it, the probability of
4  exceeding the upper bound and the probability
5  of exceeding the lower bound.  But the rates
6  on average were quite high.
7      Q.    I'm asking if you know what the
8  lower bound range was.
9      A.    I couldn't tell you without
10  going back and looking at one of the many
11  pieces of information we have about their
12  estimation.
13      Q.    You also speak to work that was
14  done by the drilling engineers.
15      Do you contend -- well, do you
16  have an opinion as to what the drilling
17  engineers believed the lower bound was --
18      A.    Again --
19      Q.    -- for a reasonable flow rate at
20  the time?
21      A.    They did not form a consensus
22  opinion on things like that, did not
23  prevent -- present a memo saying, well, after
24  all this work, these are what we think the
25  likelihoods are of different flow rates,

256

1  these are the upper and lower bounds.  They
2  did not present a most likely value.  They
3  did not present bounds.  Those are the kind
4  of terms used in presenting things to the
5  press and to the government by BP executives,
6  but they're not terms used here by BP
7  engineers actually doing the modeling.
8      Q.    Did any of the modeling that you
9  saw present a consensus view by the
10  production engineers or the flow assurance
11  engineers as to what the reasonable bound was
12  for the flow rate, the lower bound?
13      MR. LI:  Objection.
14      Q.    From April to May of 2010?
15      MR. LI:  Objection, form.
16      A.    Again, the group did not form a
17  consistent opinion -- or a consensus opinion
18  and did not present a memo establishing what
19  they thought the range of flow rate should be
20  with an upper and lower bound described or
21  some kind of probability density function or
22  any other kind of explicit representation.
23      But their results, the actual
24  numbers they produce, speak to that issue if
25  we go and look at them.

**Worldwide Court Reporters, Inc.**
PURSUANT TO CONFIDENTIALITY ORDER

289

1   included in the meeting was a discussion of
2   some of his simulation results regarding top
3   kill.
4       **Q.    Okay.**
5       A.    And there may have been
6   attendees at that meeting from some National
7   Labs.
8       **Q.    And was there a discussion**
9   **regarding what modeling showed if the flow**
10  **rate was in excess of 15,000 barrels per day?**
11      A.    In the memo that described the
12  meeting I'm referring to -- and I don't
13  recall the exhibit number -- there was a
14  reference to that.  In fact, in my expert
15  report I can actually pull up two relevant
16  bullets from that, which I'll look at.
17      **Q.    You don't need to do that.  I'm**
18  **just asking whether there was a discussion**
19  **between BP and the United States government**
20  **in which BP discussed what its modeling**
21  **showed about the likelihood of success of top**
22  **kill if the flow rate was over**
23  **15,000 barrels.**
24      MR. LI:  Objection, form.
25      A.    Well, I'm going to refresh my

290

1   memory.
2       **Q.    Sure.**
3       A.    So it -- it was a May 17th
4   meeting and there were some U.S. government
5   scientists present at that.  I'd have to look
6   at the actual exhibit to see who might have
7   been copied on it, but the notes refer -- the
8   notes or summary -- memo from that meeting
9   refer to two aspects that were discussed.
10          And one is that top kill would
11  be unsuccessful if the flow rate is greater
12  than 15,000 barrels of oils per day.  And the
13  other is that the flow rate is an important
14  consideration in the top kill.
15      **Q.    That information was provided to**
16  **the United States government approximately**
17  **ten days before the first attempt at top**
18  **kill, correct?**
19      A.    Yes.  But at the same time with
20  representations from talking -- top
21  executives of BP to the U.S. government that
22  the flow rate was 5,000 barrels of oil per
23  day.
24      **Q.    And when you say with**
25  **representations, do you know what the United**

291

1   **States government's own work showed about the**
2   **likely flow rate when BP held those meetings**
3   **with the United States government?  'Cause I**
4   **believe you told me FRTG was formed because**
5   **of distrust of BP?**
6       MR. LI:  Objection, form.
7       **Q.    So given your belief, what did**
8   **the United States government's own work show**
9   **about what they knew about flow rate --**
10      MR. LI:  Objection, form.
11      **Q.    -- when BP held that meeting**
12  **with them and told them if the flow rate is**
13  **over 15,000, top kill may not work?**
14      MR. LI:  Objection, form.
15      A.    Well, the Flow Rate Technical
16  Group, using three different methods, had
17  estimated a flow rate that would be in excess
18  of 10,000.  I forget what the number was.
19  15, 16 to 19 was the best estimate or
20  something like that.  It's the exhibit we
21  looked at a few minutes ago.  Were the
22  scientists who attended this meeting members
23  of the Flow Rate Technical Group, were they
24  aware of that estimate?  I don't know.
25      **Q.    Do you know whether there were**

292

1   members of the National Labs that were on the
2   Flow Rate Technical Group members who
3   attended this meeting?
4       MR. LI:  Objection, form.
5       A.    I just said I did not know
6   whether the people attending this meeting
7   happened to be members of the Flow Rate
8   Technical Group or not.
9       **Q.    Okay.**
10      A.    And it's represented in -- in my
11  notes here in this report in reading the
12  e-mail -- or the -- or the attendance list
13  that at least during parts of the meeting,
14  member -- representatives from the National
15  Lab were present at that meeting.
16      **Q.    Okay.**
17      A.    It says, some U.S. government
18  scientists.
19      **Q.    Okay.  Now, if you could, turn**
20  **to tab 72, please.  Tab 72 has been**
21  **previously marked as exhibit 9245.**
22          **Do you see that?**
23      A.    Yes, I do.
24      **Q.    Okay.  Have you previously**
25  **reviewed this document, which is a May 18th**

73 (Pages 289 to 292)

293

```
 1   memo from Kate Baker to a number of
 2   individuals, including several members of the
 3   Livermore National Labs, Sandia Labs and a
 4   professor at Berkeley --
 5       A.   It's --
 6       Q.   -- who was working with the
 7   government?
 8       A.   -- possible I did from the
 9   distribution list because it includes some of
10   the modelers we've been talking about.
11       Q.   Okay.
12       A.   But I don't seem to recall
13   seeing this before.
14       Q.   Okay.
15       A.   Wait.  I have seen it before.
16   I've seen the next two pages, or a version of
17   the next two pages before.
18       Q.   And would you agree --
19       A.   It may not be this exhibit I've
20   seen them in, but some other exhibit.
21       Q.   This is a summary of a meeting
22   that took place; is that correct?
23       A.   Yes.  And I read two of the -- I
24   read about two of the bullets a couple of
25   minutes ago.
```

294

```
 1       Q.   All right.  And one of the
 2   bullets is the one you referenced that
 3   modeling indicates that a dynamic kill cannot
 4   be successful -- successfully executed if the
 5   oil flow rate is 15,000 stock tank barrels
 6   per day, correct?
 7       A.   That is correct.
 8       Q.   And the knowledge of the flow
 9   rate is needed to form a view of the
10   probability of success, as is knowledge of
11   the position of flow restrictions, correct?
12       A.   Correct.
13       Q.   Again, that was communicated --
14       A.   That's what it says, right.
15       Q.   -- to the government.  Now, turn
16   to tab 73, exhibit 9135.
17       A.   Well, it was a meeting held at
18   which a number of people attended from the
19   government.  We'd have to look at this
20   distribution list to see who was present --
21   or who received this e-mail to see what
22   members of the government.  It looks like
23   Sandia National Labs folks.
24       Q.   Several, Sandia National Labs,
25   Livermore National Labs and others?
```

295

```
 1       A.   And Livermore, yeah.
 2       Q.   Okay.  Go to the next exhibit,
 3   please.  73.  I'm sorry.  Tab 73, which is
 4   exhibit 9135.  Have you seen this document
 5   previously?
 6       A.   I don't believe I have.
 7       Q.   All right.  Do you know who
 8   Curtt Ammerman from lanl.gov is?
 9       A.   He's obviously at Los Alamos
10   National Labs.  I don't know him.
11       Q.   Okay.  Do you know what his role
12   was in connection with the top kill
13   procedure?
14       A.   No, I do not.
15       Q.   Okay.  The top e-mail says, Ray
16   and Jim.  And those would both be, at least
17   according to the mail addresses, members of
18   the Lawrence Livermore National Labs,
19   correct?
20       A.   Yes.
21       Q.   So this is an internal
22   communication of the United States
23   government, correct?
24       A.   No.  I'm sorry.  That's not
25   Livermore.  That's Los Alamos.
```

296

```
 1       Q.   I'm sorry.  Los Alamos -- excuse
 2   me -- National Labs.  So this is an internal
 3   communication?
 4       A.   Yes.
 5       Q.   Okay.  And it says in the second
 6   paragraph there, BP provided the lab
 7   representatives with an overview of the well
 8   top kill procedure and some of the associated
 9   supporting analyses.  The presentations and
10   discussions were informative and forthcoming.
11   BP answered all questions and was open to
12   ideas and suggest -- suggestions provided by
13   the reviewers.
14          And that's as of May 18th,
15   correct?
16       A.   Correct.
17       Q.   And that's referencing the well
18   kill meeting, at least according to the
19   title, that had taken place between BP and
20   the United States government, correct?
21       A.   Yes.  At which BP presented the
22   results that are summarized in that previous
23   exhibit we looked at.
24       Q.   The e-mail goes on to write in
25   the next paragraph, I felt confident that
```

74 (Pages 293 to 296)

353

1  sensitive to these assumptions as some other
2  modeling efforts.
3      Q.    Okay.  Mr. Von Sternberg asked
4  you about the opinion that you had here, the
5  conclusion that you had regarding top kill.
6  And I just want to follow up briefly on that
7  question.
8          Have you been able to rule out
9  that top kill failed for reasons other than
10 the flow rate and offer an opinion to a
11 reasonable degree of engineering certainty?
12     A.    I did not do a technical review
13 of top kill.  My impression is it failed
14 because of flow rate.
15     Q.    Okay.
16     A.    There's no indication of any
17 other cause of the failure.
18     Q.    Okay.  And I heard you say your
19 impression, but then I heard your -- I
20 thought I heard some testimony previously.
21 And I'm not asking about your impressions.
22 I'm asking about any scientific or
23 engineering analysis.
24         Have you done any to determine
25 whether top kill failed for reasons other

354

1  than flow rate?
2      A.    I had not done a detailed
3  examination of top kill, but flow rate was
4  clearly in excess of the 15,000 barrels per
5  day threshold.  And all indications are it
6  failed for that reason.  I did not -- I did
7  not investigate, basically, failures other
8  than that in -- in the system.
9      Q.    I can't help but follow up now.
10         You say the flow rate was
11 clearly in excess of 15,000 barrels per day.
12     A.    Based on the modeling that
13 Ole Rygg had done.
14     Q.    Okay.  So simply limited to the
15 modeling Ole Rygg had done, it's your
16 collusion that the flow rate was in excess of
17 15,000 barrels per day?
18     A.    And the evaluation written
19 afterwards by Wild Well Control and their
20 view of videotape and things like that at
21 Add Energy.
22     Q.    I hear what you're --
23     A.    It seemed to be a -- sort of a
24 consensus opinion by many of the engineers
25 down in the trenches.

355

1      Q.    All right.  And -- and I just
2  want to make sure I'm understanding.
3          You've seen various documents
4  that suggest that flow rate was the cause for
5  the failure, but you have not done your own
6  assessment as to why flow rate -- why, excuse
7  me -- top kill failed, correct?
8      A.    I have not done any calculations
9  in support of that as to why top kill failed.
10     Q.    Okay.  And would you be
11 comfortable publishing for peer-review
12 submission anything about why top kill
13 failed, based on your review without doing
14 any analysis, calculations, or conclusions?
15     A.    Without doing additional study
16 of other possible failure mechanisms, I would
17 not feel comfortable publishing on that.  I
18 would feel comfortable arguing strongly that
19 flow rate is the most likely cause, but that
20 is --
21     Q.    And I don't want arguments.
22     A.    -- not a strong argument
23 without --
24     Q.    I don't want arguments.  I want
25 scientific or engineering opinions that you

356

1  would feel comfortable putting in public
2  literature and submitting for peer review.
3      A.    Because I --
4      Q.    Would you have a level of
5  confidence, based on your review, to put next
6  to your name an opinion as to why top kill
7  failed and submit it to peer-review
8  literature?
9      A.    Because I've not thoroughly
10 examined all the alternatives for failure, I
11 would not feel comfortable doing that.
12     Q.    Okay.  Thank you.
13         MS. KARIS:  I have no further
14 questions.  Thank you.
15         THE WITNESS:  Thank you.
16         VIDEOGRAPHER:  The time now is
17 4:07 p.m.  Today's deposition of
18 Mr. John Wilson, consisting of five disks, is
19 now concluded.
20         (Conclusion of deposition.)

89 (Pages 353 to 356)