# Excerpts from the Deposition Transcript of
# Paul Tooms

# Taken June 16, 2011

```
                                    1
          UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF LOUISIANA

  IN RE: OIL SPILL          )   MDL NO. 2179
  BY THE OIL RIG            )
  "DEEPWATER HORIZON" IN    )   SECTION "J"
  THE GULF OF MEXICO, ON    )
  APRIL 20, 2010            )   JUDGE BARBIER
                            )   MAG. JUDGE SHUSHAN




                 *****************
                     VOLUME 1
                 *****************

       Deposition of Paul Tooms, Individually and as
  a Corporate Representative, taken at Kirkland & Ellis
  International, 30 St. Mary Axe, 22nd Floor, London EC3A
  8AF, England, United Kingdom, on the 16th of June,
  2011.
```

```
                                    2
 1          A P P E A R A N C E S
 2
 3
 4   APPEARING FOR THE PLAINTIFFS' STEERING COMMITTEE:
       Mr. Joseph Bruno
 5     BRUNO & BRUNO
       855 Baronne Street
 6     New Orleans, Louisiana  70113
 7     Mr. Ronnie G. Penton
       LAW OFFICES OF RONNIE G. PENTON
 8     209 Hoppen Place
       Bogalusa, Louisiana  70427-3827
 9
       Mr. John Parkerson Roy
10     DOMENGEAUX, WRIGHT, ROY & EDWARDS
       556 Jefferson Street, Suite 500
11     Lafayette, Louisiana  70501
12   APPEARING FOR THE DERIVATIVE PLAINTIFFS, MDL 2185
     SECURITIES PLAINTIFFS SUBCLASS:
13     Ms. Sherie Potts-Beckman
       MITHOFF LAW FIRM
14     500 Dallas St. - Penthouse
       Houston, Texas  77002
15
     APPEARING FOR BP, INC.:
16     Ms. Hariklia "Carrie" Karis
       KIRKLAND & ELLIS
17     300 North LaSalle
       Chicago, Illinois  60654
18
       Ms. Karen K. Gase
19     Managing Attorney
       BP Legal
20     BP AMERICA INC.
       501 Westlake Park Boulevard
21     Houston, Texas  77079
22   APPEARING FOR PAUL TOOMS:
       Mr. David S. Krakoff
23     Ms. Paige Ammons
       BUCKLEY SANDLER
24     1250 24th Street NW, Suite 700
       Washington, D.C.  20037
25
```

```
                                    3
 1   APPEARING FOR TRANSOCEAN:
       Mr. Steven L. Roberts
 2     Mr. Daniel Johnson
       SUTHERLAND ASBILL & BRENNAN
 3     1001 Fannin, Suite 3700
       Houston, Texas  77002-6760
 4
     APPEARING FOR ANADARKO PETROLEUM COMPANY:
 5     Ms. Diane C. Hertz
       BINGHAM MCCUTCHEN
 6     399 Park Avenue
       New York, New York 10022-4689
 7
     APPEARING FOR CAMERON INTERNATIONAL CORPORATION:
 8     Mr. David W. Jones
       BECK, REDDEN & SECREST
 9     One Houston Center
       1221 McKinney Street, Suite 4500
10     Houston, Texas  77010-2010
11   APPEARING FOR DRIL-QUIP, INC.:
       Mr. C. Dennis Barrow, Jr.
12     WARE, JACKSON, LEE & CHAMBERS
       America Tower, 42nd Floor
13     2929 Allen Parkway
       Houston, Texas  77019-7101
14
     APPEARING FOR M-I SWACO:
15     Mr. Steven A. Luxton
       MORGAN, LEWIS & BOCKIUS, LLP
16     1111 Pennsylvania Avenue, NW
       Washington, D.C.  20004
17
     APPEARING FOR HALLIBURTON:
18     Mr. Donald E. Godwin
       Ms. Jenny L. Martinez
19     Ms. Stefanie K. Major
       GODWIN RONQUILLO
20     1201 Elm Street, Suite 1700
       Dallas, Texas 75270-2041
21
     APPEARING FOR THE UNITED STATES:
22     Mr. Scott Cernich
       U.S. DEPARTMENT OF JUSTICE
23     601 D Street, N.W.
       Washington, D. C.  20004
24
25
```

```
                                    4
 1     Mr. R. Michael Underhill
       Attorney in Charge
 2     West Coast Office
       U.S. DEPARTMENT OF JUSTICE
 3     TORT BRANCH, CIVIL DIVISION
       450 Golden Gate Avenue
 4     7th Floor, Room 5395
       San Francisco, California  94102-3463
 5
       Ms. Jessica L. McClellan
 6     U.S. DEPARTMENT OF JUSTICE
       TORT BRANCH, CIVIL DIVISION
 7     1425 New York Avenue, N.W.
       Suite 10100
 8     Washington, D.C.  20005
       Post Office Box 14271
 9     Washington, D.C.  20044-4271
10   APPEARING FOR THE STATE OF LOUISIANA:
       Mr. David A. Pote
11     Mr. Douglas R. Kraus
       KANNER & WHITELEY
12     701 Camp Street
       New Orleans, Louisiana  70130-3504
13
     ALSO PRESENT:
14     Ms. Kayla Barnes, Videographer
       Ms. Lilia Garcia
15
16
17
18
19
20
21
22
23
24
25
```

1 (Pages 1 to 4)

**PURSUANT TO CONFIDENTIALITY ORDER**

285

1    **THE WITNESS:** When you girls are finished
2  fighting.
3    **MR. BRUNO:** Yes.
4    **THE WITNESS:** I believe, and I certain --
5  I certainly intended to say that to my knowledge no
6  flow rate calculations were done for me while the
7  well -- during the incident while the well was flowing.
8  I've clarified that a calculation was done after the
9  well was shut in.
10    **MR. BRUNO:** Okay. Thank you.
11   Q. (By Mr. Cernich) And just so I understand,
12  that's in addition to the calculations that were made
13  by Ole Rygg before the top kill effort?
14   A. The -- I'm -- I'm not aware that Ole Rygg made
15  any calculations or estimates of flow rate before the
16  top kill effort.
17   Q. So I'm trying -- again, I'm trying to
18  understand. So he just put some numbers down on paper
19  that weren't based in any -- on any facts or any
20  calculations or any estimates?
21   A. Correct. I've already testified that we
22  couldn't find a way to make any sort of reasonably
23  accurate estimate of the flow rate and that -- I also
24  testified, as far as I'm aware, Ole Rygg was doing a
25  modeling exercise and chose a range of numbers.

286

1   Q. But you did know at that point before the top
2  kill, you did know that the flow rate was at least what
3  you were collecting through the riser insertion tube;
4  is that correct?
5    **MS. KARIS:** Object to form.
6   A. We -- we knew how much we were collecting. We
7  also knew that the well was slugging. So if I
8  collect -- if we collected a certain amount of oil over
9  a 24-hour period and if the measurements of that
10  collection were accurate, we -- we could assume that
11  we -- the well was flowing that much.
12   Q. (By Mr. Cernich) Okay. If we can turn back to
13  the document. Now -- the same paragraph we were
14  looking at -- I'll direct you to the last sentence in
15  that paragraph. It says: "These are serious
16  impediments to a reasoned scientific estimate that
17  would be broadly" credible -- "credible."
18      And my question is: Is -- is one of the
19  impediments to the -- to the DOE/FRTG work the fact
20  that they didn't have all of the data that was
21  available to BP in order to do their calculations?
22    **MS. KARIS:** Object to form.
23   A. So I read this document, made sure that it
24  made sense. The document was -- was prepared at the
25  request of our counsel, and we shared the document.

287

1  I'm not sure to what extent I'm allowed to share
2  what -- what the background to going -- the
3  calculations going or statements going into the
4  document are.
5      But to answer your -- your question, which I
6  think was how we -- they didn't use information because
7  we didn't make it available. No, I think we're saying
8  that they ignored a lot of data and issued an estimate
9  before they had evaluated all the data.
10   Q. (By Mr. Cernich) And --
11   A. So I think we could go through in this
12  document to -- to substantiate why we say that.
13   Q. So is it your testimony that all data in BP's
14  possession that might be relevant to calculating flow
15  rates from the Macondo Well have been provided to the
16  DOE or the FRTG Teams?
17   A. No. I've already said I -- I couldn't know
18  that.
19   Q. Okay. Now, is it correct that you -- I don't
20  know if "complain" is the right -- the right word to
21  use, but you -- that you made comments to the oil spill
22  Commission that the DOE's Team -- Science Team slowed
23  down BP's efforts to shut in the well; is that correct?
24   A. Now, I'd have to refresh myself as to -- to
25  what the -- exactly what the comments I made were, but

288

1  I -- I did make some comments similar to that, yeah.
2   Q. Okay. And do you think the DOE Science Team
3  might have been able to move more quickly if it had had
4  every piece of data, even the data that it didn't
5  specifically request from BP during the response?
6    **MR. KRAKOFF:** Object to form.
7    **MS. KARIS:** Object to the form.
8   A. So far as I'm aware, we gave the -- the
9  Science Team -- which consisted of two groups, one was
10  scientists that were largely reporting to Secretary
11  Chu, and the other group was the National Labs, who
12  were largely Engineers -- we gave them full access to
13  information that they needed to assess whether you
14  could shut the well in.
15   Q. (By Mr. Cernich) Okay. Well, let's go ahead
16  and -- and walk through some of the -- some of the
17  critiques in the paper here. I'd like to direct you
18  to -- well, actually first, here, it says: "The
19  science team supporting Secretary Chu apparently
20  estimated a flow rate of 52,700 bopd" -- that's barrel
21  of oil per day -- "on July 14 based on pressure
22  readings taken from the capping stack at a time when
23  the flow of fluid was solely passing through the
24  capping stack's kill line.5/"
25      Am I correct that it was actually the choke

**PURSUANT TO CONFIDENTIALITY ORDER**

289

```
 1  line that they used to make that estimate?
 2     A.  I can't recall whether it's the choke or the
 3  kill line.
 4     Q.  Do you recall what -- what line BP's estimate
 5  that Ms. Saidi made, whether it was the choke line or
 6  the kill line?
 7     A.  I think -- and -- and I -- I'm not certain on
 8  this, but I think her estimate used both the kill and
 9  the choke line and -- and looked at the ratio between
10  the two, but I can't -- I can't remember.
11     Q.  Okay.  And then moving down to A.1:  "Failure
12  to Consider the Complexity of the Capping Stack
13  Structure."  And in here it talks about the -- the K
14  factors that were used again.  We discussed K factors a
15  bit earlier.  And I believe you told me that -- that
16  you didn't know what K factors BP used to calculate
17  flow through the capping stack?
18     A.  Correct.
19     Q.  Do you know if BP's done anything to refine
20  the K factors that were use -- that are used to
21  calculate flow through the capping stack?
22     A.  That would fall under the same privilege
23  that -- that we've already discussed.
24     Q.  Okay.  And then in A.2., the critique is that
25  the DOE/FRTG Teams failed to consider the effects of
```

290

```
 1  two-phase flow.  Can you tell me how BP considered
 2  two-phase flow in its analysis?
 3         MS. KARIS:  Object to form, and instruct
 4  you not to answer with respect to any work done as part
 5  of the privileged work.
 6     A.  And I can tell -- tell you in general that --
 7  that all of our calculations that we did used --
 8  considered two-phase flow.
 9     Q.  (By Mr. Cernich)  Did any of the -- go ahead.
10     A.  I was going to say, it has a -- a large
11  bearing on how you calculate flow rates.  If it was
12  single-phase flow, it would have been much easier to
13  have estimated a flow rate.
14     Q.  And -- and can you explain to me, how it has
15  that large bearing?
16     A.  Because in two-phase flow, you have gas and
17  oil flowing at the same time, and they mix and un --
18  unmix.  The gas flows at a different rate to the oil,
19  and it just becomes extremely complicated.  I think
20  that -- as I said earlier, we -- even with --
21  we spend -- we spend many, many millions on trying to
22  develop multiphase flow meters for our subsea wells.
23  Even then, when we know the range of flow that we're
24  dealing with and we know the fluid properties and we
25  know the size of the pipe, we still find it difficult
```

291

```
 1  to get an accurate and reliable measurement of flow.
 2  So it's a -- it's very complex once it gets into the
 3  multiphase.
 4     Q.  And does that -- that multiphase flow tend to
 5  increase the flow, or does it tend to decrease the
 6  flow?
 7     A.  It is just complex.
 8     Q.  So there's no trend in multiphase flow, as far
 9  as an increase or decrease in flow?
10     A.  Well, it's too complex for me to -- to be able
11  to answer that because to answer something complex like
12  that in a simple way, I'd have to be a real expert in
13  flow measurement, and I'm not at that level.
14     Q.  And I think earlier you said that there were
15  only a couple of people in BP who were capable of doing
16  this multiphase flow modeling; is that correct?
17     A.  Certainly during my experience during Macondo
18  we -- we only had a handful of people who could run,
19  for instance, the OLGA model.
20     Q.  And who were those people?
21     A.  Farah Saidi, I think, was one.  I think Adam
22  Ballard was -- was another.
23     Q.  And so Adam Ballard and Farah Saidi were
24  running OLGA multiphase flow models during the
25  response?
```

292

```
 1         MS. KARIS:  Object to form.
 2     A.  Farah Saidi certainly was running multiphase
 3  flow levels for us during -- during the response.
 4     Q.  (By Mr. Cernich)  Right.  Do you know if those
 5  have been produced as part of this litigation?
 6     A.  We've made everything available that -- that
 7  we -- that we did during the event.
 8     Q.  You turned those models over to counsel?
 9     A.  I didn't.
10     Q.  Now, if the -- the modeling was done on a
11  computer, do you have any idea how that was -- how that
12  was produced?
13     A.  How it was produced to?
14     Q.  To counsel or to the parties in the case?
15         MS. KARIS:  Object to form.
16     A.  No, because I have -- had nothing to do with
17  how any of the data or information has been handed
18  over.  All any of us did who were involved in the
19  incident was follow instructions that were given to us
20  by lawyers to make sure that we didn't destroy any
21  documentation.
22     Q.  (By Mr. Cernich)  And the custodians of those
23  OLGA models would have been Ms. Saidi or Mr. Ballard?
24     A.  As I say, I -- I don't know what modeling
25  Mr. Ballard, if he did any modeling, on the -- the
```