# Exhibit 2

## Annotated Excerpts from Vol 2 of the Rule 30(b)(6) Deposition Transcript of Don Maclay

## Taken November 1, 2012

Case 2:10-md-02179-CJB-DPC   Document 11064-3   Filed 08/19/13   Page 2 of 11

01-40979
TB/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

# *CONFIDENTIAL*

## WorldwideVIEW ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Don Maclay
**VOLUME 2**

NOVEMBER 1, 2012

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

319

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL | ) | MDL NO. 2179 |
| by the OIL RIG, | ) | |
| DEEPWATER HORIZON in | ) | SECTION "J" |
| the GULF OF MEXICO, | ) | |
| April 20, 2010 | ) | JUDGE BARBIER |
| | ) | |
| | ) | MAG.  JUDGE |
| | ) | SHUSHAN |

*************
VOLUME 2
*************

Videotaped deposition of DON MACLAY, taken at Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 1st of November, 2012.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1                    A P P E A R A N C E S
 2
         Mr. Ervin A. Gonzalez
 3       Mr. Jeff Keiser
         COLSON, HICKS, EIDSON
 4       255 Alhambra Circle, Penthouse
         Coral Gables, Florida 33134
 5
                        APPEARING FOR THE PLAINTIFFS'
 6                      STEERING COMMITTEE
 7       Mr. Martin R. Boles
         Mr. Logan Maccuish
 8       KIRKLAND & ELLIS, LLP
         333 South Hope Street
 9       Los Angeles, California 90071
10                      APPEARING FOR BP, INC.
11       Ms. Judy Harvey
         Mr. Jeffrey M. Prieto
12       Mr. Michael Marchetti
         U.S. DEPARTMENT OF JUSTICE
13       601 D Street, N.W.
         Washington, D.C. 20005
14
15                      APPEARING FOR THE UNITED
                        STATES
16
         Mr. Patrick J. Cafferty, Jr.
17       Ms. Mary Klinefelter
         MUNGER, TOLLES & OLSON, LLP
18       560 Mission Street, 27th Floor
         San Francisco, California 94105
19
                        APPEARING FOR TRANSOCEAN
20
         Mr. Thomas Porteous
21       KUCHLER, POLK, SCHELL, WEINER & RICHESON,
         L.L.C.
22       1615 Poydras Street, Suite 1300
         New Orleans, Louisiana 70112
23
                        APPEARING FOR ANADARKO
24
25
```

```
 1       APPEARANCES: (Continued)
 2
         Mr. Lambert J. Hassinger, Jr.
 3       GALLOWAY, JOHNSON, TOMPKINS, BURR AND SMITH
         701 Poydras Street, 40th Floor
 4       New Orleans, Louisiana 70139
 5
                   APPEARING FOR THE STATE OF
 6                 LOUISIANA
 7
         Ms. Maggie A. Broussard
 8       STONE, PIGMAN, WALTHER, WITTMANN, L.L.C.
         546 Carondelet Street
 9       New Orleans, Louisiana 70130
10                 APPEARING FOR CAMERON
11       Mr. Sean Fleming
         Ms. Joni Ogle
12       GODWIN RONQUILLO
         1201 Elm Street, Suite 1700
13       Dallas, Texas 75270
14                 APPEARING FOR HALLIBURTON
15       Mr. Lucas T. Elliott
         MORGAN LEWIS
16       1000 Louisiana Street, Suite 4000
         Houston, Texas 77002-5006
17
                   APPEARING FOR M-I SWACO
18
19       ALSO PRESENT:
20       James Deel, videographer
21       REPORTED BY:
22
               THU BUI, CCR, RPR
23             Certified Court Reporter
               State of Louisiana
24             State of Texas
25
```

Worldwide Court Reporters, Inc.
**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1        likely cases, or he called it the base cases.
 2            Q.    How did he --
 3            A.    Base cases, yes.
 4            Q.    How did he calculate the number
 5        5.61 microsips?
 6            A.    Actually, he did not calculate
 7        that.  That was something he saw in the rock
 8        mechanics report from, I think -- I believe,
 9        Weatherford, again.
10            Q.    Okay.  Let's take a look at that
11        report.  That would be tab 2, exhibit 9851.
12                  Do you know where -- let me
13        start the question over again.
14                  In your preparation for this
15        deposition, did you determine where in
16        exhibit 9851, the Weatherford rock mechanics
17        report, he got his input number for
18        compressibility of 5.61 microsips?
19            A.    I did see that value in one of the
20        tables in the Weatherford report.
21            Q.    Well, take a couple of minutes and
22        find that for me, please, if you can.
23            A.    All right.  I have -- I do see it
24        in a summary table.
25            Q.    Okay.  Can you read --
```

```
 1         A.    The table is not numbered.
 2         Q.    Can you read me the production
 3   number at the bottom right-hand corner of the
 4   page you're looking at?
 5         A.    The last group of numbers are
 6   016358.
 7         Q.    All right.  I'm looking at the
 8   same page, then.  And the chart is captioned
 9   Summary of Unilaxial Pore Volume
10   Compressibility Tests, correct?
11         A.    Yes, that's correct.
12         Q.    And are you referring to the far
13   right-hand column?
14         A.    Yes, I am.
15         Q.    Which has the heading 3-22R
16   (18150.00 feet)?
17         A.    That's correct.
18         Q.    What does 3-22R refer to?
19         A.    That would be a sample number
20   designation by Weatherford.
21         Q.    And why did -- or do you know why
22   Dr. Kelkar chose that sample number at that
23   depth to pick his number for modeling rock
24   compressibility?
25         A.    I do recall in a discussion that
```

1  it was a number intermediate to the other
2  numbers in adjacent columns, that it was
3  approximately in -- in the middle.
4      Q.   And why did he pick a pressure of
5  11,000?
6           MS. HARVEY:  Object to form.
7      Q.   Well, let's clarify that.
8      A.   Okay.
9      Q.   The number that we're looking at,
10 5.61, appears in a row labeled in the
11 left-hand column 11,000 psi, correct?
12     A.   Yes.
13     Q.   Why did he pick that?
14     A.   He did not discuss the -- the
15 pressure, why that arose, in particular.
16     Q.   The -- all right.  In your
17 discussions with Dr. Kelkar, did you tell him
18 you disagreed with his selection of an
19 assumption of 5.61 microsips for rock
20 compressibility?
21          MS. HARVEY:  Objection to scope.
22     A.   No, we did not.
23     Q.   Did you disagree with it?
24          MS. HARVEY:  Objection to scope.
25     A.   I don't disagree with it.

1         Q.    Can you go to the next page,
2 page 18?  There are two -- by the way, we're
3 on figure 9 -- exhibit 9859 now from tab 44.
4 Figure 18 with a caption --
5         A.    18.  There it is.
6         Q.    Yeah, on page 18.
7         A.    Okay.
8         Q.    And there's -- the caption says,
9 Relative Permeability Curves Used For
10 Simulations.
11         A.    I see those.
12         Q.    How were they used for his
13 simulations?
14         A.    Well, relative perm curves, that
15 curved portion, is used when another phase
16 enters the reservoir when it is not all oil.
17 For instance, if gas appears, that adversely
18 affects the permeability to oil, or if water
19 appears, it affects the permeability to oil,
20 also.  So those curves are used to take into
21 account reduced permeability when another
22 phase appears.
23         Q.    So did -- were those curves used
24 to further reduce the permeability numbers
25 that we just looked at in exhibit 9860?

```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
 2
 3   IN RE:  OIL SPILL        )    MDL NO. 2179
     by the OIL RIG,          )
 4   DEEPWATER HORIZON in     )    SECTION "J"
     the GULF OF MEXICO,      )
 5   April 20, 2010           )    JUDGE BARBIER
                              )
 6                            )    MAG. JUDGE
                              )    SHUSHAN
 7
                     REPORTER'S CERTIFICATION
 8                   DEPOSITION OF DON MACLAY
                     TAKEN NOVEMBER 1, 2012
 9
              I, Thu Bui, Certified Shorthand
10   Reporter in and for the State of Texas, hereby
     certify to the following:
11
              That the witness, DON MACLAY, was duly
12   sworn by the officer and that the transcript
     of the oral deposition is a true record of the
13   testimony given by the witness;
              That the deposition transcript was
14   submitted on _____, 2012, to the
     witness or to Attorney _____for
15   examination, signature and return to Worldwide
     Court Reporters, Inc., by _____,
16   2012.
              That the amount of time used
17   by each party at the deposition is as follows:
18           Mr. Boles    - 3:25
             Mr. Cafferty - 1:22
19           Mr. Fleming  - 0:16
             Mr. Gonzalez - 0:10
20           Ms. Harvey   - 0:27
21
              I further certify that I am
22   neither counsel for, related to, nor employed
     by any of the parties in the action in which
23   this proceeding was taken, and further that I
     am not financially or otherwise interested in
24   the outcome of the action.
              SUBSCRIBED AND SWORN to by me this ____
25   day of _____, 2012.
```

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**



```
THU BUI, CSR, RPR
CSR NO. 7618; Expiration Date: 12-31-11
Worldwide Court Reporters
Firm Registration No. 223
3000 Weslayan, Suite 235
Houston, TX 77027
(713) 572-2000
```