# Exhibit 3

# Dep. Ex. 5242

From: Bozeman, Walt
Sent: Mon Apr 26 17:09:47 2010
To: McAughan, Kelly
Subject: FW: BP Macondo PVC test HH-46949
Importance: Normal

fyi

---

From: Willson, Stephen SM
Sent: Monday, April 26, 2010 11:00 AM
To: Epps, David S
Cc: Kercho, Debbie A; Bozeman, Walt; Skripnikova, Galina
Subject: RE: BP Macondo PVC test HH-46949

David: 5 $\mu$sips seems like a good number. I think what would be useful is to get a handle on the well PI. If the current flow is in deed 1,000 bpd, then using the 50 bbl/d/psi number that the drillers are working with, this would represent a 20 psi drawdown only. I did some work on Thursday - and followed up with emails over the weekend - that suggests that the 132 ft interval between the theoretical TOC at 17,300 ft.MD and the 9-7/8" shoe at 17,168 ft.MD should have collapsed under the reduced pressure experienced by the blow-out. At the high rates of flow (drillers' numbers were 168,000 bpd) sand would also have been eroded and swept into whatever channels formed. (I do not expect the formation to be more than weakly cemented).

Thus, I believe that the annular flow path from the reservoir will be plugged with formation debris - either shale from the exposed open-hole interval and/or sand swept in from the reservoir. The narrow (0.8125") annulus between the 9-7/8" liner and the 7" production tubing will also impede flow (although the frictional pressure loss is small). My view at this time is that the plugged annulus still has some "porosity" and "permeability" to it, and that buoyancy-driven flow, perhaps together with a slight lightening of the hydrostatic column by gas coming out of solution in the riser, is sufficient to provide this small drawdown to the formation that is permitting this flow. At 1,000 bpd, the annular flow velocity in the 9-7/8" x 7" annulus is 28 ft/min (5.6 ins/sec). This doesn't seem too unreasonable to me.

Does this help? I'd be happy to discuss this with you if needed. Also, I would like to see the results of your PROSPER analyses, if possible, when they are complete.

Steve

---

From: Epps, David S
Sent: Monday, April 26, 2010 10:28 AM
To: Skripnikova, Galina; Willson, Stephen SM
Cc: Kercho, Debbie A; Bozeman, Walt
Subject: RE: BP Macondo PVC test HH-46949

5242
Exhibit No. _____
Worldwide Court
Reporters, Inc.

CONFIDENTIAL

BP-HZN-2179MDL03701084

Steve,

two questions regarding the PVC data

would you expect this rock to remain intact at flow rates > 200,000 bopd ? In other words, is there an expectation that the formation might fail and the associated bridge reduce the production rate?

we are representing the formation in Prosper with 5 usip. Does the data you saw support that value?

Thanks,

David

---

**From:** Skripnikova, Galina
**Sent:** Monday, April 26, 2010 10:18 AM
**To:** Willson, Stephen SM
**Cc:** Kercho, Debbie A; Epps, David S; Bozeman, Walt
**Subject:** RE: BP Macondo PVC test HH-46949

Steve,
I do not but Debbie and David probably do.
I cc them in this e-mail.
Thank you,
Galina


**From:** Willson, Stephen SM
**Sent:** Monday, April 26, 2010 10:10 AM
**To:** Skripnikova, Galina
**Subject:** RE: BP Macondo PVC test HH-46949

Thanks, Galina - the data look OK to me from a very cursory inspection of the data. Is there anything more you need from me at this time?

Steve

---

**From:** Skripnikova, Galina
**Sent:** Monday, April 26, 2010 10:06 AM
**To:** Willson, Stephen SM
**Subject:** FW: BP Macondo PVC test HH-46949

Macondo PVC test

CONFIDENTIAL

**From:** Kwon, Ohmyoung [mailto:Ohmyoung.Kwon@weatherfordlabs.com]
**Sent:** Saturday, April 24, 2010 9:06 PM
**To:** Skripnikova, Galina; Kercho, Debbie A; McAughan, Kelly; Epps, David S
**Cc:** Loos, Jaime L
**Subject:** BP Macondo PVC test HH-46949

Dear All,

Attached please find a report for pore volume compressibility tests.
Please let me know if you have any question/comment on data.

Thanks,
Ohmyoung

**Ohmyoung Kwon**, Ph.D.
Rock Mechanics Manager, USA
**Weatherford Laboratories** | 8845 Fallbrook | Houston, TX | 77064
Main: 832-237-4000 | Fax 832-237-4700 | Cell: 832-286-3210
Ohmyoung.Kwon@weatherfordlabs.com | www.weatherfordlabs.com

==================================
CONFIDENTIAL & PRIVILEGED COMMUNICATION

The information contained in this message is privileged, confidential, and
protected from disclosure.
This message is intended for the individual or entity addressed herein.
If you are not the intended recipient, please do not read, copy, use or
disclose this communication to others.
Also please notify the sender by replying to this message, and then delete it
from your system.
The sender totally disclaims, and will not accept, any responsibility or
liability for the unauthorized use,
or the consequences of any unauthorized use, of this communication or message.

CONFIDENTIAL

BP-HZN-2179MDL03701086