# <u>Exhibit 4</u>

**Annotated Excerpts from
Vol 2 of the Rule 30(b)(6)
Deposition Transcript of
Graham Vinson**

**Taken September 19, 2012**

01-41272
PW/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG            )        MDL NO.  2179
"DEEPWATER HORIZON" in the                 )
GULF OF MEXICO, on                         )        SECTION: J
APRIL 20, 2010                             )
                                           )        JUDGE BARBIER
                                           )
                                           )        MAG. JUDGE SHUSHAN

## CONFIDENTIAL

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Graham Pinky Vinson
## VOLUME 2

SEPTEMBER 19, 2012

## *COPY*



WORLDWIDE

*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL          )   MDL NO. 2179

BY THE OIL RIG             )

"DEEPWATER HORIZON" IN  )   SECTION "J"

THE GULF OF MEXICO, ON  )

APRIL 20, 2010             )   JUDGE BARBIER

                                )   MAG. JUDGE SHUSHAN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VOLUME 2

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Deposition of 30(b)(6)

DEPOSITION OF BP, BY AND THROUGH GRAHAM

"PINKY" VINSON, taken at Pan-American

Building, 601 Poydras Street, 11th Floor, New

Orleans, Louisiana, 70130, on the 19th day of

September, 2012.

```
1                A P P E A R A N C E S
2
3      APPEARING FOR THE PLAINTIFFS' STEERING
       COMMITTEE:
4           Mr. Walter J. Leger, Jr.
            LEGER & SHAW
5           600 Carondelet Street, 9th Floor
            New Orleans, Louisiana  70130
6
7      APPEARING FOR BP, INC.:
            Mr. Martin R. Boles
8           Mr. Logan MacCuish
            KIRKLAND & ELLIS
9           333 South Hope Street
            Los Angeles, California  90071
10
            Mr. Christopher W. Keegan
11          KIRKLAND & ELLIS
            555 California Street
12          San Francisco, California  94104
13
       APPEARING FOR TRANSOCEAN:
14          Mr. Paul C. Thibodeaux
            FRILOT
15          1100 Poydras Street, Suite 3600
            New Orleans, Louisiana  70163
16
            Mr. Ray S. Seilie
17          MUNGER TOLLES & OLSON
            355 South Grand Avenue, 35th Floor
18          Los Angeles, California  90071-1560
19
       APPEARING FOR ANADARKO PETROLEUM COMPANY:
20          Mr. Thomas A. Porteous
            KUCHLER POLK SCHELL WEINER & RICHESON
21          1615 Poydras Street, Suite 1300
            New Orleans, Louisiana 70112
22
23
24
25
```

```
 1          A P P E A R A N C E S (Continued)
 2
 3    APPEARING FOR CAMERON INTERNATIONAL
      CORPORATION:
 4         Mr. Thomas Ganucheau
           BECK, REDDEN & SECREST
 5         One Houston Center
           1221 McKinney  Street, Suite 4500
 6         Houston, Texas  77010-2010
 7
      APPEARING FOR M-I SWACO:
 8         Mr. Lucas T. Elliot
           MORGAN, LEWIS & BOCKIUS, LLP
 9         1000 Louisiana Street, Suite 4200
           Houston, Texas 77002-5006
10
11    APPEARING FOR HALLIBURTON:
           Mr. Gavin Hill
12         Mr. Timothy Alford
           GODWIN RONQUILLO
13         1201 Elm Street, Suite 1700
           Dallas, Texas 75270-2041
14
           Ms. Gwen E. Richard
15         GODWIN RONQUILLO
           1331 Lamar, Suite 1665
16         Houston, Texas  77010-3133
17    APPEARING FOR THE UNITED STATES:
           Mr. A. Nathaniel Chakeres
18         U.S. DEPARTMENT OF JUSTICE
           ENVIRONMENTAL & NATURAL
19         RESOURCES DIVISION
           601 D Street, N.W.
20         Washington, D.C.  20004
21         Mr. Matthew Z. Leopold
           Mr. Jeffrey M. Prieto
22         U.S. DEPARTMENT OF JUSTICE
           ENVIRONMENTAL & NATURAL
23         RESOURCES DIVISION
           ATTORNEY ADVISOR, LAW AND POLICY SECTION
24         950 Pennsylvania Avenue, N.W., Room 2616
           Washington, D.C.  20530
25
```

```
 1           A P P E A R A N C E S (Continued)
 2
 3    APPEARING FOR THE STATE OF ALABAMA:
          Mr. Corey L. Maze
 4        Special Deputy Attorney General
          Mr. Winfield J. Sinclair
 5        Assistant Attorney General
          OFFICE OF THE ATTORNEY GENERAL
 6        STATE OF ALABAMA
          501 Washington Avenue
 7        Montgomery, Alabama   36104
 8
      APPEARING FOR THE STATE OF LOUISIANA:
 9        Mr. Douglas R. Kraus
          Attorneys for Louisiana Attorney General
10        KANNER & WHITELEY
          701 Camp Street
11        New Orleans, Louisiana   70130-3504
12
      ALSO PRESENT:
13        Mr. James Deel, Videographer
14
15
16
17
18
19
20
21
22
23
24
25
```

1      were doing reservoir simulation.

2            Q.     So is that a "yes"?

3            A.     I'm just trying to separate the

4      difference.  Kelly is not a geomechanics

10:16  5      expert.

6            Q.     I appreciate that.  But,

7      nonetheless, she had responsibility for

8      determining what compressibility number BP

9      was going to rely on for its reservoir

10:16 10      models; isn't that fair?

11            MR. BOLES:  Object to the form.

12            A.     Not directly.  She had

13      responsibility for facilitating the flow of

14      information from the subsurface team to the

10:16 15      reservoir modeling team.

16            Q.     (BY MR. LEOPOLD)  Who had

17      ultimate responsibility for picking the

18      compressibility number BP's models would rely

19      on for purposes of modeling the Macondo

10:16 20      reservoir?

21            MR. BOLES:  Object to form.

22            A.     It was a team effort.  It would

23      have included Steve Willson, it would have

24      included Galina, it would have been a

10:17 25      collaboration of those folks for discussion

1    with the potential modeling team, which would

2    have included a number of reservoir

3    engineers.

4         Q.    (BY MR. LEOPOLD)  Okay.  And

10:17  5    before we leave this exhibit, can you explain

6    what Kelly means by "I will increase

7    Macondo's by a factor of 2"?

8         A.    This is just simply -- this is

9    just simply Kelly describing that for the

10:17 10    purposes of reservoir modeling and looking at

11    the risk to shut in accounting for all

12    possibilities, I will actually consider an

13    uncertainty range that has the -- that

14    actually has the compressibility multiplied

10:17 15    by a factor of 2.  She is not saying that the

16    compressibility of the Macondo reservoir is

17    the average of the rotary sidewall cores

18    multiplied times 2.

19         Q.    So if you -- so if you did what

10:17 20    Kelly is suggesting there, increase it by a

21    factor of 2, what is the microsip value you

22    would get for the Macondo reservoir?

23         A.    Steve Willson's view of the

24    compressibility of the Macondo reservoir is 5

10:18 25    to 6, such that if you multiplied it by 2,

1    you would get a value of 12 for purposes of

2    sensitivity and risk for modeling.

3         Q.    (BY MR. LEOPOLD)  Okay.  And I

4    also notice that permeability at Santa Cruz

10:18    5    and -- is -- or any core in the Galapagos is

6    higher, is 10 -- 10 microsips to

7    20 microsips; is that correct?

8         A.    Again, for purposes of direct

9    comparison to Macondo, Isabela and Santa Cruz

10:18   10    are not analogs for compressibility insomuch

11    as you can take the direct values measured

12    there and bring them to Macondo.

13              Relative to comments I made

14    yesterday, the porosity of the Macondo

10:18   15    reservoir is much lower.  The temperature of

16    the Macondo reservoir is much higher than

17    Isabela and Santa Cruz.

18         Q.    Which you're simply saying

19    you're not going to ignore the data that you

10:19   20    have for the Macondo well in -- in

21    determining what's an analog and what's not,

22    correct?

23         A.    I'm going to utilize the nearest

24    offset wells of Isabela and Santa Cruz to

10:19   25    generate a predictive model, and then I am

          1          A.      When I read this e-mail, that

          2    6 microsips that's still on the data actually

          3    relates to the Weatherford core report.

          4          Q.      Okay.  But then when he says,

10:30     5    "Here's a calculator that is consistent for

          6    both Macondo and Santa Cruz," what is he

          7    referring to by that?

          8          A.      So in previous testimony earlier

          9    today that is -- Steve -- when -- when we

10:30    10    asked Steve for a technical opinion on

         11    compressibility for a reservoir, Steve

         12    actually builds based on his experience

         13    calculators that are actually using potential

         14    offset wells as training data sets, and then

10:31    15    he will establish a relationship based on the

         16    properties that we mentioned earlier today to

         17    predict pore volume compressibility.

         18                  So that's the actual calculator

         19    that he is referring in this e-mail.

10:31    20          Q.      Okay.  And if you look at the

         21    attachment to this e-mail, which is natively

         22    produced by BP, is that the calculator --

         23    does that represent the calculator that Steve

         24    Willson provided?

10:31    25          A.      I recognize that as one of the

422

```
  1   calculators that Steve used.
  2         Q.     All right.  Let's turn to the
  3   next tab, Tab 13.  All right.  Let's mark
  4   this as the next exhibit.
10:31  5         MR. BOLES:  8774.
  6         Q.     (BY MR. LEOPOLD)  All right.
  7   Now, if you look at -- look at me -- look
  8   with me at the second e-mail on this page,
  9   which is from Dave Schott to Kelly McAughan
10:32 10   and Jessica Kurtz, cc to Steve Willson, it's
 11   a follow-on to the previous exhibit we just
 12   looked at.
 13              And Dave -- David Schott says,
 14   Hi, Kelly, Not honoring sidewall core data is
10:32 15   the point, isn't it?  Because we know from
 16   Santa Cruz data and intuitively that sidewall
 17   core data is conservative just from the way
 18   the grains are aligned.  I don't get what you
 19   and Steve are driving at.  We shouldn't be
10:32 20   strictly confined to the sidewall data at
 21   Macondo or anywhere.
 22              Did I read that correctly?
 23         A.     You did.
 24         Q.     All right.  Do you disagree with
10:32 25   Mr. Schott's statement in this e-mail?
```

1    A.    I do.

2    Q.    What's your basis for

3 disagreeing with that?

4    A.    David Schott is not a

10:33 5 geomechanics expert.  He's a reservoir

6 engineer.  Nor is he a petrophysics expert

7 when he starts discussing the way in which

8 grains are arranged.

9    Q.    Well, Kelly McAughan is not a

10:33 10 petrophysicist or geomechanics expert,

11 either, is she?

12    A.    She is a reservoir engineer.

13    Q.    And she had some responsibility

14 in determining what compressibility numbers

10:33 15 BP would rely on for its reservoir modeling,

16 correct?

17    A.    She had a responsibility as the

18 liaison between the subsurface team and the

19 reservoir modeling team to provide

10:33 20 information.

21    Q.    And interpretation; would you

22 agree with me on that?

23    A.    We did not look to Kelly to

24 actually provide interpretation of the

10:33 25 Weatherford core report for rotary sidewall

1  cores.

2       Q.     Okay.   But this is -- this is

3  not just about rotary sidewall cores; this is

4  about upgrading or adjusting up based on the

10:33  5  Santa Cruz data; isn't that fair?

6       A.     This is about, as we discussed

7  earlier, was -- should -- should one apply a

8  possible scaling of conversion factor to go

9  from rotary sidewall cores in the Isabela

10:34  10  well relative to conventional core in the

11  actual Santa Cruz well.   For their comparison

12  they saw that there was a factor difference.

13       Q.     So you disagree when Mr. Schott

14  says, "We shouldn't be strictly confined to

10:34  15  the sidewall data at Macondo or anywhere"?

16  You disagree with that?

17       A.     I disagree from the perspective

18  of one cannot just blindly go attempt to

19  determine a scaling factor based on rotaries

10:34  20  in one well and conventional core data in

21  another well when the wells may be a mile or

22  two apart, because what one does not know is

23  did the rock sample that they were comparing

24  from the rotaries match exactly the same

10:34  25  depth, the same stratigraphy, the same

1    porosity, the same permeability in the well

2    where the conventional core was.  It's an

3    apples and oranges comparison.

4         Q.    Okay.  So you're saying BP

10:35  5    should be strictly confined to core data from

6    one well and not compare it to any other

7    analog wells; is that your testimony?

8         A.    That is not my testimony, and we

9    were not strictly confined.  As I have

10:35  10    testified earlier, Steve Willson utilized

11    Isabela and Santa Cruz and Fourier and

12    Herschel as a training data set.  Predrill

13    from that data where the data was trained, he

14    predicted 5 microsips at Macondo.  Post well

10:35  15    when he took the inputs from Macondo using

16    those same potential wells, we post drill

17    calculated a value of 5 microsips, which is

18    consistent with the measured rotary sidewall

19    cores at Macondo.

10:35  20         Q.    Okay.  So I'd like to direct

21    your attention to the first e-mail from Steve

22    Willson dated July 6, 2010.  It's responding.

23              And in -- in the second-to-last

24    sentence, he says, "The initial response was

10:36  25    more to do with what we measured on the

          1    Macondo rotary sidewall cores, which as you

          2    correctly point out have some inherent

          3    biases."

          4              Did I read that correctly?

10:36     5         A.    You read the phrase correctly,

          6    but what was meant by that phrase is not that

          7    the Macondo rotary sidewall cores had

          8    inherent biases, but that there are potential

          9    biases that could either be high or low

10:36    10    related to the measurement on the rotary

         11    sidewall cores.

         12         Q.    Biases high or low are biases;

         13    would you agree with me on that?

         14         A.    Again, I said high or low.

10:36    15    There are factors involved in testing on core

         16    plugs that could actually result in the

         17    measurement of compressibility actually being

         18    lower than what we measured at Macondo.

         19         Q.    Okay.  I appreciate that

10:36    20    information, but my question is simple:  Do

         21    rotary sidewall cores have inherent biases?

         22         A.    Not necessarily.

         23         Q.    Why does Steve Willson think

         24    that they do?

10:37    25              MR. BOLES:  Object to the form.

there.  So let's talk about your conversation

with Steve.  First of all, when you had a

conversation with him did you discuss this

e-mail?

10:54   A.    I don't recall discussing the

specific e-mail.  What we did discuss was

within this time frame with the multiple

e-mails that exist where compressibility is

being discussed, what was his understanding

10:54   of what it was that he was actually

providing.

Q.    Okay.  And was he providing a

compressibility value that could be relied on

by the reservoir -- reservoir engineers for

10:54   their modeling work?

A.    He was providing uncertainty

ranges, i.e., assumptions strictly looking at

what is the potential flow rate of the well

and what reservoir pressure would may

10:55   actually manifest itself when we cap and

contain.  He was not saying -- he was not

saying that the compressibility of the

Macondo reservoir is any different in his

technical opinion or interpretation of 5 to

10:55   6.  These were bounds and ranges looking at

1    all possibilities related to the risk to shut

2    in.

3         Q.    Okay.  If -- if -- if you would

4    bear with me, I would like to get just a -- a

10:55  5    yes-or-no question to the question that I

6    pre- -- yes-or-no answer to the question that

7    I ask.  So I'd ask the court reporter to read

8    back my prior question.

9              (The last question was read by

10:56  10   the reporter.)

11        MR. BOLES:  Object to the form.

12        A.    He was providing a

13   compressibility that could be relied upon not

14   as the compressibility of the Macondo

10:56  15   reservoir, but as assumptions for uncertainty

16   ranges looking at the flow rate and the risk

17   to shut in.

18        Q.    (BY MR. LEOPOLD)  How is that

19   different from compressibility for the

10:56  20   Macondo reservoir?

21        A.    Steve Willson then and now will

22   tell you, is of the opinion based on his

23   analysis of all the data that the

24   compressibility of the Macondo reservoir is 5

10:56  25   to 6 microsips.

Q.      Did he include comparison to analog wells in the analysis that you just mentioned?

A.      He utilized Isabela and Santa Cruz as a training data set that predicted using that data, if you want to call that an analog well.  It doesn't fit my definition of an analog well.  Then his predrill prediction was 5, his post drill prediction was 5, which is consistent with the measured values on the rotary sidewall cores at Macondo.

Q.      So Steve doesn't think that you need to adjust the values measured on the rotary sidewall cores in any way, shape, or form; is that your testimony?

A.      Steve is not of the technical opinion that you need to adjust the rotary sidewall cores at Macondo.

Q.      Okay.  Well, then why would he give a much higher value of 15 microsips to Bob and Kelly for reservoir modeling?

A.      Because we were looking at the risk to shut in for cap and contain.  We were not concerned at this point as to how low flow rate of the well would be.  We were

1    concerned as to how high could the flow rate

2    of the well be, such that when we design a

3    Serial No. 1 cap and contain stack, that

4    whatever the manifestation of reservoir

10:57    5    pressure is at shut in, that that system

6    would work the first time.

7        Q.    So what were BP's high flow

8    estimates for that work?

9        MR. BOLES:  Object; scope.

10:57    10        A.    Outside my area of expertise.  I

11    wasn't involved in the -- in the flow rate

12    calculations.

13        Q.    (BY MR. LEOPOLD)  Do -- I mean,

14    wouldn't you have to have a flow rate

10:58    15    estimate to perform that analysis that you

16    just mentioned?

17        MR. BOLES:  Object; scope.

18        A.    What do you mean by have a flow

19    rate estimate to --

10:58    20        Q.    (BY MR. LEOPOLD)  Well, I mean

21    the flow of oil from an uncapped Macondo

22    well, that's what I mean?

23        MR. BOLES:  Same objection.

24        A.    Part of the work of the

10:58    25    reservoir simulation team was to utilize

1    PowerPoint that Steve Willson created; isn't

2    that correct?

3         A.    Yes.

4         Q.    Okay.  And in -- in the -- in

11:00  5    the bottom -- in the -- in the lower quarter

6    of the chart we see different compressibility

7    numbers listed there.  Do you see that?

8    Starting with 5 microsips all the way up to

9    40 microsips; isn't that right?

11:01  10        A.    Those are type curves.

11        Q.    And what are type curves?

12        A.    All Steve is attempting to

13    demonstrate here is if you -- if you take the

14    blue line that you see there, which is one of

11:01  15    the Macondo cores, relative to porosity

16    versus vertical effective stress, those gray

17    lines are just simulating what the slope of

18    that curve would have to be if the

19    compressibility were 10, 15, 20, 30, and 40.

11:01  20        Q.    Okay.  All right.  So let's go

21    on to the next tab, Tab 16.  I'd like to mark

22    this as the next exhibit.

23        MR. BOLES:  8776.

24        Q.    (BY MR. LEOPOLD)  And this is a

11:01  25    continuation on the e-mail that we just saw

          1   from Steve Willson where Kelly McAughan

          2   responds and Steve gives another response and

          3   Bob Merrill gives a response.  The top e-mail

          4   is from Bob Merrill to Steve and Kelly.  It's

11:02     5   the subject, Macondo rotary sidewall core PVC

          6   comparison dated July 7, 2010, and this is

          7   Bates Page 5755276.  Do you see that,

          8   Mr. Vinson?

          9          A.     I do.

11:02    10          Q.     Okay.  And let me direct your

         11   attention to the third e-mail down from the

         12   top, which was from Kelly McAughan to Bob --

         13   Bob Merrill and Steve Willson, and she says

         14   in response to Steve's prior e-mail that,

11:02    15   "How about we use 6-12-18.  Then we keep the

         16   6 that we originally had" and honor -- excuse

         17   me, it says, "and honors side wall data-then

         18   multiple it by a factor of 2 and 3.  Is that

         19   reasonable?"  Did I read that correctly?

11:03    20          A.     You did.

         21          Q.     Now, when Kelly is listing those

         22   numbers 6, 12, and 18, do you understand that

         23   to be pore volume compressibility estimates

         24   for the Macondo reservoir?

11:03    25          A.     I understand that to be the

1    actual value of 6 that we believe the

2    reservoir to be, 5 to 6.  12 -- again, 12 and

3    18 were assumptions for looking at risk to

4    shut in.  Nothing more than looking at

11:03  5    uncertainty ranges.

6          Q.    Okay.  But I think we've already

7    established that -- well, maybe we haven't.

8    Was BP using the number 6 microsips to

9    perform reservoir modeling?

11:03 10          A.    We had utilized a number 6 to

11    perform reservoir modeling, and we have

12    used -- Bob Merrill used the value of

13    6 microsips when we were actually looking at

14    the well for intersection reservoir

11:04 15    completion on the relief well.

16          Q.    Did -- did Bob Merrill also use

17    the number of 12 microsips?

18          MR. BOLES:  Object to the form.

19          A.    Bob Merrill had simulation runs

11:04 20    where he looked at the risk to shut in, and

21    he used assumptions looking at all

22    possibilities to potential flow rates.

23          Q.    (BY MR. LEOPOLD)  Assumptions

24    based on exercise of engineering judgment,

11:04 25    correct?

1          MR. BOLES:  Object to the form.

2          A.    The value of 12 that is in that

3    middle number is the Macondo reservoir

4    compressibility multiplied by 2.  I have

11:04  5    previously testified today that the factors

6    that were used to determine that comparison

7    from Isabela and Santa Cruz, that those,

8    quote, inherent biases that we saw on a

9    previous e-mail, those do not actually exist

11:05  10   in the rotaries at Macondo.  Again, 12 and 18

11   are assumptions.

12          Q.    (BY MR. LEOPOLD) Okay.  And

13   then there is a high of 18 that Kelly listed,

14   18 microsips.  Do you see that?

11:05  15          A.    I do.

16          Q.    Okay.  And was the reservoir

17   engineering team using 18 microsips to model

18   the Macondo reservoir?

19          A.    We were not using 18 microsips

11:05  20   to model the Macondo reservoir.  6 -- 5 to 6

21   is the compressibility of the Macondo

22   reservoir.  12 and 18 are modeling

23   assumptions looking at risk to shut in.

24          Q.    Okay.  Are you aware that Kelly

11:05  25   McAughan gave the number 12 microsips to the

1    United -- reservoir model for the United

2    States to use in his reservoir modeling

3    efforts related to cap and containment of the

4    Macondo well?

11:05  5          MR. BOLES:  Object to form, scope.

6          A.    I am aware that Kelly met with

7    the government employee that was doing the

8    modeling.

9          Q.    (BY MR. LEOPOLD)  You're not

11:06  10   aware of that?

11         A.    I'm aware they had a meeting.

12         Q.    Okay.  Are you aware that she

13   told him to use 12 microsips as the input

14   parameter for his reservoir modeling?

11:06  15         MR. BOLES:  Object; form, scope.

16         A.    I'm not aware of that

17   conversation.

18         Q.    (BY MR. LEOPOLD)  Okay.  Are you

19   aware of any other instances when the number

11:06  20   12 microsips was given to the government to

21   rely on for reservoir modeling purposes?

22         MR. BOLES:  Object; form, scope.

23         A.    I am aware of a presentation

24   that was made to the federal government, and

11:06  25   I -- I believe the July time frame where the

1      number 6, 12, and 18 were presented as part

2      of the presentation.

3              Q.      (BY MR. LEOPOLD)  Okay.  Is

4      it -- would -- is it BP's practice to give

11:06  5      information to government authorities that's

6      unreliable or inaccurate?

7              A.      It is not.

8              MR. BOLES:  Object; form, scope.

9              A.      That presentation that I recall

11:07 10      was titled "Risk to Shut-In."  So the purpose

11      of that document, as I stated earlier, was

12      trying to understand at what levels the well

13      could be flowing because of our obligation to

14      cap and contain with Serial No. 1 the first

11:07 15      time.  One in that type of analysis would not

16      be looking at using values of compressibility

17      that are lower than what was measured in the

18      well.  You would be looking at ranges that

19      are higher because that's where your

11:07 20      sensitivity was.

21              Q.      (BY MR. LEOPOLD)  So the value

22      that was measured on the cores of 6 microsips

23      was a low end of the range that the reservoir

24      modelers were looking at, fair enough?

11:07 25              MR. BOLES:  Object to the form, scope.

         1        A.      As I testified earlier, 5 to 6

         2    is our technical opinion of the

         3    compressibility of the reservoir.   12 and 18

         4    are used in sensitivities, looking at all

11:07    5    possibilities of risk to shut in.

         6        Q.      (BY MR. LEOPOLD)  And

         7    possibilities of risk to shut in, it's

         8    important to -- to have a compressibility as

         9    an input to model the possibilities; is that

11:08   10    fair?

        11        MR. BOLES:  Object; scope.

        12        A.      Compressibility is a parameter

        13    you need to actually run any reservoir

        14    simulation.

11:08   15        Q.      (BY MR. LEOPOLD)  Okay.  So it

        16    was incumbent on BP to come up with some

        17    estimate of compressibility in order to

        18    perform that modeling for risk to shut in; is

        19    that fair?

11:08   20        MR. BOLES:  Object; scope, form.

        21        A.      We did derive a technical

        22    understanding of the compressibility of the

        23    Macondo reservoir.

        24        Q.      (BY MR. LEOPOLD)  So you agree

11:08   25    with me?

           1            MR. BOLES:  Same objection.

           2            A.      Could you rephrase the question

           3    before I answer that?

           4            MR. LEOPOLD:  I'll have the court

11:08      5    reporter.

           6                    (Page 446, line 13 through

           7    line 17 were read by the reporter.)

           8            MR. BOLES:  Same objections.

           9            A.      Could you explain to me the

11:09     10    phrase "incumbent upon BP"?  I don't

          11    understand what you mean, was it incumbent

          12    upon BP.

          13            Q.      (BY MR. LEOPOLD)  Can you -- can

          14    you model a flow rate without having a

11:09     15    compressibility number as an input?

          16            MR. BOLES:  Object; scope.

          17            A.      I'm not a reservoir modeler, but

          18    I'm not aware that you can do that without a

          19    compressibility value.

11:09     20            Q.      (BY MR. LEOPOLD)  So that's what

          21    I mean by incumbent upon BP.

          22            MR. BOLES:  Object; scope.

          23            Q.      (BY MR. LEOPOLD)  With that --

          24    with that definition, do you agree with my

11:09     25    prior question?

```
 1                A.     I do.

 2                Q.     All right.  And then in the

 3      latter part of her -- the paragraph here, she

 4      says, "Steve Willson was a great help and I

11:19 5      lean towards his expertise on this but we

 6      wanted to back up with additional data.  We

 7      went from 6 microsips to 12 microsips.

 8      Nakika team did about the same for Isabella

 9      rotaries approximately upping a factor of 2

11:20 10      gauging from Santa Cruz whole core."

 11                Did I read that correctly?

 12                A.     You did.

 13                Q.     Okay.  So do you understand that

 14      Kelly McAughan was relying on the expertise

11:20 15      of Steve Willson in upping the estimate of

 16      PVC from 6 to 12?

 17                A.     I understand that she was

 18      actually seeking the technical opinion of

 19      Steve as to were there reasons why one would

11:20 20      take the data from the rotaries in Macondo

 21      and apply a scaling factor upwards.

 22                Q.     And Steve Willson confirmed that

 23      there are -- were reasons to upscale that

 24      information, correct?

11:20 25                A.     As I testified earlier today, in
```

1    discussions with Steve and the previous

2    e-mail that he referred to with inherent

3    bias, that the factors that potentially would

4    lead one to want to do that do not exist

11:21  5    either in the testing procedures or in the

6    material makeup of the cores that we tested

7    at Macondo.

8         Q.    At this time it appears that

9    Steve agreed that upping it by a factor of 2

11:21 10    based on the Santa Cruz whole core was

11    reasonable; would you agree with me?

12         A.    I don't read that in that

13    e-mail, no.

14         Q.    Was it -- was it Kelly's opinion

11:21 15    that it was reasonable to up it by a factor

16    of 2 from the measured core value of

17    6 microsips?

18         A.    The factor of 2 multiplier was

19    being derived by the reservoir engineer for

11:21 20    the Galapagos area, David Schott.  David

21    would agree today that the reasons why one

22    would do that in going from rotaries in

23    Isabela to conventional core in Santa Cruz,

24    that those effects don't apply to the Macondo

11:21 25    rotary sidewall cores.

1      Q.      So he made a mistake in July

2   2010; is that your testimony?

3      A.      He did not make a mistake.  He

4   didn't have all of the available information

11:22  5   available to him, nor did he ask the

6   questions that one would ask to make sure

7   that you understood why you might be applying

8   a scaling factor.

9      Q.      What information would he have

11:22 10   needed that would have given him a fully

11   formed opinion with respect to the scaling

12   factor?

13      A.      He should have requested to look

14   at the CAT scan photos of the rotary sidewall

11:22 15   cores that were actually acquired, and he

16   should have asked to look at the detailed

17   testing procedures that were actually used

18   for the measurement, neither of which did he

19   ask for.

11:22 20      Q.      Did anyone at BP look at that

21   information subsequent to July 8, 2010?

22      A.      We looked at the testing

23   procedures that were already in place because

24   we designed them that way in the measurement

11:22 25   prior, so that was the report that was

1    generated on April 26th.

2              The CAT scan photos were

3    actually looked at as part of that analysis

4    to actually determine which plugs that

11:23  5    actually had the -- the proper physical

6    characteristics to actually test.

7          Q.    Did Steve Willson look at that

8    information?

9          A.    Steve actually set the testing

11:23  10   procedures for the -- for the -- for the

11   compressibility data.

12         Q.    So Steve was aware of the CAT

13   scan information and its existence, correct?

14         A.    Steve had that knowledge.

11:23  15         Q.    Yet he still thought using a

16   range of 6, 12, and 18 microsips was

17   reasonable, correct?

18         MR. BOLES:   Object to the form.

19         A.    Again, Steve's technical opinion

11:23  20   of the Macondo compressibility for the

21   reservoir is 5 to 6.   The 12 and 18 values

22   are all possibilities risk to shut in looking

23   at simulation runs for sensitivity.   Steve

24   was not saying that the intrinsic pore volume

11:23  25   compressibility of the Macondo reservoir is

1    12 or 18.

2         Q.     (BY MR. LEOPOLD)   But he is

3    saying that 12 and 18 are possible values for

4    the Macondo reservoir, correct?

11:24  5         MR. BOLES:   Object to the form.

6         A.     I would disagree with that.

7    Steve is looking at providing opinion as to

8    assumptions for simulation.   That's all Steve

9    was doing.

11:24  10         Q.     (BY MR. LEOPOLD)   Is he saying

11   that those are unreasonable assumptions for

12   simulation at the Macondo reservoir?

13         MR. BOLES:   Object to the form.

14         A.     Based on the nearest offset

11:24  15   wells that were contained in the previous

16   plot we looked at using that data to

17   constrain, which is what any technical expert

18   will do when looking at uncertainty or

19   possible sensitivities to simulation, you do

11:24  20   want to constrain yourselves with available

21   data.

22              So having looked at that

23   analysis, again, for assumptions, Steve felt

24   that 12 and 18 for sensitivity runs were not

11:24  25   outside of the ranges of the offset wells

       1    that he looked at.  However, the wells that

       2    he looked at all had very different

       3    porosities and very different temperatures

       4    than the Macondo reservoir.

11:25  5         Q.    (BY MR. LEOPOLD)  So despite the

       6    fact that Dave Schott may have not looked at

       7    all the available informations in making the

       8    recommendation to upping PVC by a factor of

       9    2, Steve Willson did look at all the

11:25  10   available information and still agreed with

       11   using 12 as a reasonable estimate for

       12   modeling the Macondo reservoir?

       13        MR. BOLES:  Object to the form.

       14        A.    No.  12 was not an estimate.  It

11:25  15   was an assumption.

       16        Q.    (BY MR. LEOPOLD)  And what was

       17   that assumption based on?

       18        A.    It was based on looking at the

       19   nearest offset wells and all the data that

11:25  20   was contained in the plot that we looked at

       21   previously.

       22        Q.    What is your definition -- or

       23   strike that.

       24             Can you distinguish for me the

11:26  25   difference between an assumption and an

1    estimate?

2         A.    An estimate is actually derived

3    where the characteristics of the particular

4    parameter that you're looking at, if you were

11:26  5    utilizing other wells to derive that, then

6    they have the same physical characteristics.

7              All of the other data that

8    existed on that plot all exist in reservoirs

9    that are shallower, much higher porosity, and

11:26  10   also, in fact, are all at a much lower

11   temperature than Macondo.

12        Q.    Okay.  Are -- are any two wells

13   identical, in your experience in the oil

14   industry over the past 30 years?

11:26  15        MR. BOLES:  Object; scope, form.

16        A.    Very few.

17        Q.    (BY MR. LEOPOLD)  Do you know of

18   any?

19        A.    In my experience, I -- if I

11:26  20   thought back far enough, I can recall some

21   that were -- sometimes you drill a well

22   that's called a twin, right next to the next

23   well.  Those are pretty close to each other.

24        Q.    Okay.  Are twins unusual?

11:27  25        A.    Not in development scenarios.

```
 1    THE STATE OF LOUISIANA :
      PARISH   OF    ORLEANS :
 2
      I, PHYLLIS WALTZ, a Certified Court Reporter,
 3    Registered Professional Reporter, and
      Certified Realtime Reporter in and for the
 4    State of Louisiana, do hereby certify that
      the facts as stated by me in the caption
 5    hereto are true; that the above and foregoing
      answers of the witness, 30(b)(6) DEPOSITION
 6    OF BP, BY AND THROUGH GRAHAM "PINKY" VINSON,
      to the interrogatories as indicated were made
 7    before me by the said witness after being
      first duly sworn to testify the truth, and
 8    same were reduced to typewriting under my
      direction; that the above and foregoing
 9    deposition as set forth in typewriting is a
      full, true, and correct transcript of the
10    proceedings had at the time of taking of said
      deposition.
11
      I further certify that I am not, in any
12    capacity, a regular employee of the party in
      whose behalf this deposition is taken, nor in
13    the regular employ of his attorney; and I
      certify that I am not interested in the
14    cause, nor of kin or counsel to either of the
      parties.
15
      GIVEN UNDER MY HAND AND SEAL OF OFFICE, on
16    this, the 19TH day of SEPTEMBER, 2012.
17
18    _____
      PHYLLIS WALTZ, RPR, CRR
19    TEXAS CSR, TCRR NO. 6813
      Expiration Date:  12/31/13
20    LOUISIANA CCR NO. 2011010
      Expiration Date:  12/31/12
21    NEW MEXICO CCR NO. 610
      Expiration Date:  12/31/12
22
23    Worldwide Court Reporters, Inc.
      Firm Certification No. 223
24    3000 Weslayan, Suite 235
      Houston, Texas  77027
25    (713) 572-2000
```

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**