# Exhibit 5

# Dep. Ex. 10919

<tr>
<tr>

<tr><tr>

<tr>
<tr>

<tr><tr>
<tr><tr>

<tr>
<tr>

<tr><tr>
<tr><tr>

<tr>
<tr>

<tr><tr>
<tr><tr>

<tr>
<tr>

<tr><tr>
<tr><tr>

<tr>
<tr>

<tr><tr>

<tr>
<tr>

<tr><tr>
<tr><tr>
<tr><tr>

<tr>
<tr>

<tr><tr>
<tr><tr>
<tr><tr>

<tr>
<tr>

<tr><tr>
<tr><tr>

<tr>
<tr>

<tr>
<tr>

<tr>
<tr>

<tr>
<tr>

<tr>
<tr>

<tr>
<tr>

<tr>
<tr>

<tr>
<tr>

<tr>
<tr>

<tr>
<tr>

<tr>
<tr>

<tr>

<tr>

From: Bishop, Simon R
Sent: Sun May 09 16:32:49 2010
To: Mason, Mike C; Wang, Yun; Levitan, Michael M.; Liao, Tony T
Cc: MC252_Email_Retention
Subject: Meeting Summary: Sunday May 9 2010 - Build Up Times / Shut In Pressures
Importance: Normal

**DO NOT FORWARD THIS EMAIL**

**Purpose of Meeting - Build Up Times / Shut In Pressures**

**Attendies**
- Mike Mason
- Mike Levitan
- Mike Mullen
- Tony Liao
- Yun Wang
- Simon Bishop
- Bob Quitzau - Anardarko - Contractor
- David Strickland - Contractor

**Reservoir**
- 11824 psi at 17967 TVDss - top of smaller lobe
- 12023 psi at 17704 TVDss - 3 ft gas sand
  - Data from Peter Carragher
  - Data to be confirmed

**Build Up analysis**
- Fluid Formation Volume Factor 2.77 RB/STB
- Viscosity 0.178 cP
- Oil Compressibility 14.6 1/psi *10-6
- Porosity 21%
- Water Saturation 12.3%
- Net thickness 88 feet
- Formation Compressibility 6 1/psi *10-6
- Wellbore Radius 0.354'

- Skin = 0 - also ran Skins of 25 and 50
- 300 mD
- Shape of the Compartment 3500' by 8000'
  - From Seismic Map

**Assumptions - Required to make PIE work (This is NOT a statement of what the rates are)**
- First 2 days 50000 bbl/d



10919
Exhibit No. _____
Worldwide Court Reporters, Inc.

- 5000 bbl/d for 1000 hours (1 month) - and 25000 bbl/d for 1000 hours
- After 1000 hours - well closed and in build up

### Conclusions
- Under any simulation we can model for this permeability - most of the drawdown is recovered in the first 2 hours (less than 1 hour for high permeability cases) - Mike Levitan
- The shut in wellhead pressure would be a maximum of 8900 psia for an oil column
    - For a gas column it would be 10040 psia (this would take an extended time period)

### Feedback to Drilling & Completions Teams
- Once you start pumping do not stop

### Actions
- Yun Wang - try to confirm pore pressures in the 3 feet gas sand at 17704' TVDss
- Confirm MDT pressure in the three oil layers

BP Exploration Operating Company Limited. Registered office: Chertsey Road, Sunbury on Thames, Middlesex, TW16 7BP, United Kingdom. Registered in England and Wales, number 00305943

CONFIDENTIAL

BP-HZN-2179MDL04825098
BPD344-025530