# Exhibit 7
# TREX-141028

**From:** McCaslin, Neal F
**Sent:** Wed Jun 16 05:27:45 2010
**To:** McAughan, Kelly
**Subject:** RE: MC252 Data Request - Rock Mechanics
**Importance:** Normal

Kelly,

Great stuff. Thank you for all the data. I think I will be set after you send the remaining items. On the logs, we normally get either pdf's or cgm's for a 5" DIL/Den/Neu. That would be ideal.

Thanks again for all your help.

Neal.

---

**From:** McAughan, Kelly
**Sent:** Tuesday, June 15, 2010 9:42 PM
**To:** McCaslin, Neal F
**Subject:** RE: MC252 Data Request - Rock Mechanics

We got a rock compressibility of 6 $\mu$sips. I'll get with the petrophysicist and see if there are pictures or anything else that might be useful for you guys. I think that sand description spreadsheet will be best for perm/poro/Sw.

I'll get you some of the reports we have done. Other than that I owe you tomorrow - logs, amplitude map, and AOP/WAT. Anything else?

---

**From:** McCaslin, Neal F
**Sent:** Tuesday, June 15, 2010 9:07 PM
**To:** McAughan, Kelly
**Subject:** RE: MC252 Data Request

Great.

Here is a link to a folder in the IMT site. If you have access, I made a folder under "Containment Production Operations Team/Well Information"

https://wss2.bp.com/EP12/ASOO/IMT/Shared%20Documents/Forms/AllItems.aspx

If you do not have access, try this one. You should have access to this one.

CONFIDENTIAL

BP-HZN-2179MDL05036461

TREX-141028.001

<< \\bp1houis017\transfer\NealMcC\MacData>>

Thanks again.

Neal.

---

**From:** McAughan, Kelly
**Sent:** Tuesday, June 15, 2010 8:07 PM
**To:** McCaslin, Neal F
**Subject:** Re: MC252 Data Request

Actually I have access to one of the incident sharepoint sites. Not sure how many are out there but if you have a transfer drive that might be best. I have all the data just need to get it to you. Logs and amplitude maps are the only things I will have to get tomorrow.

Kelly McAughan
GoMX Reservoir Engineer

Sorry for spelling errors
Sent from my iPhone

On Jun 15, 2010, at 7:39 PM, "McCaslin, Neal F" < Neal.McCaslin@bp.com> wrote:

> Kelly,
>
> Did you guys do an end of well report. If you did, that may be all I need. If not here is the answer to your questions.
>
> 1. I would like images of the logs. I do not need the digits. I would like GR/resistivity/den/neutron. Process log with porosity/ saturation, vsh (just the normal stuff). Any mechanical properties logs if available, again not digits.
> 2. That is fine.
> 3. I doubt you have access to the IMT sharepoint site. Can you just put it on the transfer drive temporarily?
> 4. I do not need water pressures, just what ever data you have.
> 5. I am mainly interested in the sanding potential, so whatever you have that could indicate sand strength (pictures, porosity, cementation, etc.)
> 6. Any reports you may have would be great. I am just trying to understand why the well is producing like it is. If we could just start with the data above that would probably be best. I do not want to take all of your time with this. I just want to get an understanding of the well. We have essentially no log/ reservoir data.
>
> Thanks for your help.

CONFIDENTIAL

BP-HZN-2179MDL05036462

TREX-141028.002

Neal.

---

**From:** McAughan, Kelly
**Sent:** Tuesday, June 15, 2010 7:55 AM
**To:** McCaslin, Neal F
**Subject:** RE: MC252 Data Request

1) What specific logs do you want (Neutron-Density, CMR, Mudlog)? Digital or do you want print outs? Our petrophysicist's last day in the office is Wed for awhile so please let me know asap on this.
2) Amplitude map I can get for you from the geologist - I don't have the latest.
3) Fluids - we have reports from 3 labs because the first lab reported the fluid system as dewpoint. So I can get you all of those. Yun Wang is going through them now. The AOP report is 26 megabytes so I will have to get it to you another way than email. Do you have a transfer drive I could put this info out for you on?
4) Have MDT pressures I can get you. FYI - no water leg so no OWC.
5) We have core analysis but nothing in a formal report. I can get you the petrophysicist's interpretation of the sand intervals and what the porosity, water sat, etc are.
6) Anything else? Well, we have done A LOT of analysis since the incident - various rate models, SIWHP calcs, reservoir descriptions, etc. Reason I thought we should talk is why duplicate work when we might have already done what you need. We have been working closely with EPT on all of this so we don't duplicate work efforts and put a better product out there. If you want the data to do something independent that is fine too.

Let me know!
Kelly

---

**From:** McCaslin, Neal F
**Sent:** Monday, June 14, 2010 10:07 PM
**To:** McAughan, Kelly
**Subject:** RE: MC252 Data Request

Kelly,

CONFIDENTIAL

BP-HZN-2179MDL05036463

TREX-141028.003

I am working the night shift and depending on when you come in, our paths may not cross. It is probably best if you just send me what you think and I will respond back if I need additional information. Email will probably work best for me. I am not at my regular desk as I am currently sitting the IMT.

Neal.

---

**From:** McAughan, Kelly
**Sent:** Monday, June 14, 2010 9:29 PM
**To:** Bozeman, Walt
**Cc:** McCaslin, Neal F
**Subject:** Re: MC252 Data Request

Neal I will get with you first thing in the morning. I have all of what you are asking for but might need clarity on some of it.

Kelly McAughan
GoMX Reservoir Engineer

Sorry for spelling errors
Sent from my iPhone

On Jun 14, 2010, at 8:45 PM, "Bozeman, Walt" < Walt.Bozeman@bp.com> wrote:

> Neal,
> Get with Kelly McAughan on this, she should have everything (or most everything).
> Thanks,
> Walt
> PS - I am in Mobile on the IMT for another night
>
> ---
>
> Walt,
> I was able to locate a Pencor analysis. The name of the spreadsheet is "36126 Preliminary Data (Pencor).xls". I am not sure if there is any other data than this. I am also interested in any flow assurance tests preformed on the oil (i.e. WAT, etc.)
> Thanks again.
> Neal.
>
> ---
>
> **From:** McCaslin, Neal F
> **Sent:** Monday, June 14, 2010 7:19 PM
> **To:** Bozeman, Walt
> **Subject:** MC252 Data Request
> Walt,
> I am working on the MC252 oil recovery effort. Me and my counter parts would like to get

CONFIDENTIAL

BP-HZN-2179MDL05036464

TREX-141028.004

more information on the well in order to better understand the oil production from the well.
Do you have a presentation that I could get that would have the results from the well? I am specifically looking for the following information:
1. Well log (raw and processed)
2. Reservoir map (amplitude map preferred)
3. Fluid results (PVT) from all samples taken
4. Pressure information (MDT data)
5. Anything you might have on sand strength (cores, mechanical properties log, etc.)
6. Any other information you may have that you think would be helpful in understand how the well would produce.

If you have a post well presentation, I can start with that. I really appreciate your help. I will distribute to the other production engineers in the effort.
Thanks.
Neal.

CONFIDENTIAL

BP-HZN-2179MDL05036465

TREX-141028.005