# Exhibit 8

# Dep. Ex. 10933

From: Merrill, Robert C
Sent: Sun Jul 25 21:47:50 2010
To: Levitan, Michael M.
Subject: PIE_DPDerivatives_25July.xls
Importance: Normal
Attachments: PIE_DPDerivatives_25July.xls

Please be sure to use the Physical Data in the enclosed spreadsheet.
IT IS NOT THE SAME AS BEFORE!!!
<<...>>

10933
Exhibit No. _____
Worldwide Court
Reporters, Inc.

CONFIDENTIAL

BP-HZN-2179MDL04850770
BPD344-051202

Document Produced Natively

CONFIDENTIAL

BP-HZN-2179MDL04850771
BPD344-051203

## PIE Volumetric Calculations and Analysis

### Case 1:

**Static Input Data:**

| | | |
|---|---|---|
| Bo | 2.310 rb/stb | |
| Oil Viscosity | 0.210 cP | |
| | | |
| Fluid Compressibility | 14 µsips | |
| Water Compressibility | 3 µsips | |
| Rock Compressibility | 6 µsips | |
| *Total* | *23 µ sips* | |
| | | |
| Net Thickness | 93 ft | Includes M56D, M56E, M56F (v2) |
| Porosity | 21.6% | NetH weighted Average |
| Water Saturation | 12.2% | NetHxPorosity Average |
| | | |
| Initial Pressure | 11,856 psia | M56E Sand |
| Initial Pressure (WHP) | 8,562 | (corrected using 3294 psia) |

| **Model** | Linear (homogeneous) | |
|---|---|---|
| +X | 1,750 | 3,500 |
| -X | 1,750 | |
| +Y | 11,500 | 23,000 |
| -Y | 11,500 | |

| | | |
|---|---|---|
| Pore Volume | 1.617E+09 ft3 | |
| H/C Pore Volume | 253 mmrb | |
| Original Oil In Place | 109 mmstb | |

## Average Fluid Properties

| Property | Value |
|---|---|
| Average GOR (Single-Stage Flash, scf/stb) | 2,938 |
| Average API (Single-Stage Flash, scf/stb) | 34.9 |
| Formation Volume Factor (single-stage flash, @Psat and Tres, rb/stb) | 2.558 |
| Formation Volume Factor (single-stage flash, @Pres and Tres, rb/stb) | 2.310 |
| Reservoir Temperature (F) | 243 |
| Initial Reservoir Pressure (psia) | 11,856 |
| Bubble Point at Reservoir Temperature (psia) | 6,430 |
| Average Oil Density at Reservoir Conditions (g/cc) | 0.589 |
| Average Oil Viscosity at Reservoir Conditions (cp) | 0.21 |
| Average Oil Compressibility at Reservoir Conditions (1/psi) | 13.96 |