# **Exhibit 9**

# **Dep. Ex. 10859**



## Macondo Technical Note

| Title: | Depleted Pressure |
| --- | --- |
| Contributors: | |
| Issued by: | |
| Date: | June 29, 2010 |
| Version: | A – DRAFT |

### Question Addressed in this Technical Note:

Discussions with the National Laboratories and other teams has resulted in a request for an estimated reservoir pressures for the Macondo field. This note provides the reservoir pressures calculated for the case in which the reservoir has produced at constant 35,000 stb/d from 20-April to 1-July.

### Key Conclusions

**Well Block Pressures at shut-in on 1-July-2010**
*Depletion 35mbd from 4/20/2010 (cumulative prodn: 2.52 mmstb total production)*

| Reservoir Section | Top Depth ftTVDSS | Near Well Pressure psia | Reservoir Pressure psia | Comment |
| --- | --- | --- | --- | --- |
| M110 | 8,969 | 4,730 | 4,730 | gas sand at 18" shoe (depth of 18" shoe) |
| M57B | 17,381 | 10,875 | 11,567 | gas sand (cross flow) |
| M57C | 17,614 | 11,397 | 12,875 | gas sand (cross flow) |
| M56A | 17,718 | 10,248 | 9,895 | gas sand (cross flow) |
| M56B | 17,890 | 10,846 | 10,878 | water sand (little flow) |
| M56C | 17,944 | 11,059 | 11,771 | water sand (little flow) |
| M56D | 17,981 | 10,921 | 11,539 | oil sand |
| M56E | 18,034 | 10,842 | 11,258 | Main Oil Sand (on which 11,850 psia is based) |
| M56F | 18,132 | 10,939 | 11,524 | oil sand |

*Note: all pressures hydrocarbon pore volume weighted at mid-point of reservoir layer*

### Assumptions

1. The calculation was performed using a VIP simulation model with the following parameters:
   - Oil $B_{oi}$: 2.345 rb/stb
   - $c_f$: 6 x 10-6 psia$^{-1}$

10 959

Exhibit No. _____

Worldwide Court
Reporters, Inc.

P 1 of 1

CONFIDENTIAL

BP-HZN-2179MDL07066668

- $c_w$: 3 x 10-6 psia$^{-1}$
- GOR: 2993 SCF/stb
- OOIP: 109.9 mmstb
- Reservoir Volumes:   Oil: 257.8 mmrb, $S_{wc}$: 9.7% (in M56E, varies in other zones), Aquifer: 991.6 mmrb (excludes connate water, 3.8x oil volume)

2. The model is a stylized representation of the reservoir, with each layer homogeneous, and no dip.

   - The "near well pressure" is taken from the well's gridblock, with dimensions of 100 x 100 ft.
   - The model includes the M57(B, C) and M56(B, C, D, E, F) sands, and was originally created to address whether the wellbore could become gas filled during shut-in at the "topkill."
   - The M57 gas sands have a higher initial pressure than the main oil sands; they are modelled with a limited areal extent. These sands contribute some flow for the first 10 days of production, during which time the predicted GOR drops from 4,600 SCF/stb to 3030 SCF/stb.
   - For depletion with only the M56D-F open, depletion at a constant 35 mbd would yield a near well pressure in the M56E of 10,889 psia, and there would be no change in the sand's average pressure.

3. Reservoir sands' properties and depths were modelled per spreadsheet "MC252 – 1 Sand Description v2.xls", (24-May, email Kelly McAughan).

Draft for Discussion

CONFIDENTIAL