# Exhibit 10

# Dep. Ex. 10860



## Macondo Technical Note

| | |
|---|---|
| Title: | Depleted Pressure for Relief Well Planning |
| Contributors: | Bob Merrill |
| Issued by: | Bob Merrill |
| Date: | July 2, 2010 |
| Version: | A – DRAFT |

### Question Addressed in this Technical Note:

The team planning the relief well has requested an estimate of the pressures which they may encounter at the reservoir interval.

### Key Conclusions

The likely maximum pressure in the M56E (main oil sand) is 11,260 psia. The likely minimum pressure is 9,360 psia. This range is due to the uncertainty in aquifer support and flowrate.

### Simulated Reservoir Pressures on 1-July

| | | 4x Aquifer | | No Aquifer | |
|---|---|---|---|---|---|
| | Initial P | 35 mbd | 70 mbd | 35 mbd | 70 mbd |
| M57B | 12,850 | 11,570 | 10,900 | 11,380 | 10,610 |
| M57C | 13,020 | 12,870 | 12,800 | 12,860 | 12,770 |
| M56A | 12,040 | 9,890 | 8,130 | 9,170 | 6,960 |
| M56B | 12,040 | 10,880 | 9,900 | 10,400 | 9,150 |
| M56C | 12,040 | 11,770 | 10,340 | 10,630 | 9,560 |
| M56D | 11,840 | 11,540 | 11,240 | 11,210 | 10,620 |
| M57E | 11,860 | 11,260 | 10,670 | 10,550 | 9,360 |
| M57F | 11,880 | 11,520 | 11,180 | 11,110 | 10,400 |

The main oil sand is highlighted.

- A large aquifer would be associated with higher pressures ("large" referring to the geologist's largest mapped aquifer extent of 4x the oil column). The aquifer's effectiveness leads to an uncertainty of 1,000 psia in the reservoir pressure.

10 960

Exhibit No. _____
Worldwide Court
Reporters, Inc.

CONFIDENTIAL

BP-HZN-2179MDL04843794

- The depletion is directly proportional to the flowrate. These cases were run at fixed rates of 35, 40, 50 and 70mbd. This range of flowrates leads to an uncertainty of between 600 and 1200 psia in the M56E (depending on aquifer size).

- The M56A sand, a permeable, 3 ft sand which is 300 ft above the main sand, is likely to see the largest depletion of any reservoir sand. It's depletion could be as large as 5,000 psi, and average values yield depletions of 2,000 psi.

**Assumptions / Discussion**

1. The calculation was performed using a VIP simulation model with the following parameters:
   - Oil $B_{oi}$: 2.345 rb/stb
   - $c_f$: 6 x 10-6 psia$^{-1}$
   - $c_w$: 3 x 10-6 psia$^{-1}$
   - GOR: 2993 SCF/stb
   - OOIP: 109.9 mmstb
   - Reservoir Volumes:  Oil: 257.8 mmrb, $S_{wc}$: 9.7% (in M56E, varies in other zones), Aquifer: 991.6 mmrb (excludes connate water, 3.8x oil volume)

2. The model is a stylized representation of the reservoir, with each layer homogeneous, and no dip.
   - The model includes the M57(B, C) and M56(B, C, D, E, F) sands, and was originally created to address whether the wellbore could become gas filled during shut-in at the "topkill."
   - The M57 gas sands have a higher initial pressure than the main oil sands; they are modelled with a limited areal extent. These sands contribute some flow for the first 10 days of production, during which time the predicted GOR drops from 4,600 SCF/stb to 3030 SCF/stb.

3. Reservoir sands' properties and depths were modelled per spreadsheet "MC252 – 1 Sand Description v2.xls", (24-May, email Kelly McAughan, attached). The sands without permeability but calculated porosity were assigned a nominal permeability (see table).

P 2 of 3

CONFIDENTIAL

BP-HZN-2179MDL04843795

BP-HZN-2179MDL04843796

## Reservoir Properties



If Sand log is not corrected to match core porosity

1 Core core is MRDC and MRDC, G perforating was used, and perforating status in 1255 psi is a function of core porosity at net confining stress
2 Log porosity is calibrated to core porosity at net confining stress as MRDC & MRDE
3 Log permeability calculated from core permeability derived (Part # 1)

CONFIDENTIAL