# Exhibit 11
# Dep. Ex. 10839



**From:** Merrill, Robert C
**Sent:** Mon Jul 05 22:56:09 2010
**To:** Baker, Kate H (Swift)
**Cc:** Mason, Mike C; Yeilding, Cindy
**Subject:** Depletion Review with James Dupree
**Importance:** Normal
**Attachments:** Modelling_Presentation_6July.ZIP
**Attachments:** Modelling_Presentation_6July.ZIP

Kate:

As promised, I enclose a set of slides for tomorrow's discussions.  I will be here early (6:30-ish), so if you see anything that needs clarification, let me know and I will do my best to fix it before the meeting.

I assume that the meeting will not be before 8am?  The last note didn't give a time.

Bob


Bob Merrill

Senior Advisor
Reservoir Engineering Community of Practice
BP EPT, Houston
Phone:  +1 281-366-2049
Cell:    +1 713-409-7340
email:   merrilrc@bp.com





10839

Exhibit No. _____
Worldwide Court
Reporters, Inc.

CONFIDENTIAL

BP-HZN-2179MDL04804765

MDM945-000295



bp

**Preliminary Reservoir Model MC252**

6-July-2010

CONFIDENTIAL

BP-HZN-2179MDL04804766

MDM945-000296

## Outline



- Modelling approach & purpose
- Input Data & Model
  - Rock & Fluid Properties
  - Layering
  - Aquifer Support
- Results
- Impact on "tubing head pressure
- Conclusions & Future Directions

DRAFT

CONFIDENTIAL

BP-HZN-2179MDL04804767

MDM945-000297

## Model Approach & Purpose



- Model constructed to address impact of crossflow of M57B & M56A gas sands during "top kill"
  - Response of observed pressures
  - GOR variation with time
- Request to investigate whether depletion is consistent with known pressures below BOP
- Requested to avoid making assumptions regarding likely rates
  - Role of flowrate investigation team

- Approach
  - Simple: tight timing, multiple unknowns
  - Single layer per reservoir (M57B to M56F, with intervening shales)
  - 10 x 12 x 17; no structure

CONFIDENTIAL

BP-HZN-2179MDL04804768

MDM945-000298



## Input Data



- Data provided by GoMx Reservoir Team
- Rock Properties
  - Developed from MC252 logs
  - Permeability
    - 275 mD in main M56E sand
    - 397 mD in M56A gas/oil sand (only 2.5')
    - 86 – 110 mD in other oil sands
  - Compressibility:
    - Cr: 6 x10⁻⁶ psia⁻¹
    - Cw: 3 x10⁻⁶ psia⁻¹
    - Cf: ~13 x10⁻⁶ psia⁻¹
  - Fluid properties generated by EoS; volatile, near critical fluid
- tubing performance matched to GAP / Prosper work of T. Liao, A. Chitale & M Gokdemir



CONFIDENTIAL



CONFIDENTIAL







CONFIDENTIAL

BP-HZN-2179MDL04804771

MDM945-000301



BP-HZN-2179MDL04804772

MDM945-000302



CONFIDENTIAL





CONFIDENTIAL

BP-HZN-2179MDL04804775

MDM945-000305





## Match to "Tubing Performance"

- Flowpath is a major (priniciple?) source of THP uncertainty
- Various cases considered:
  - Annular flow
  - Casing flow
  - Annular + casing flow
- VIP wellbore modelling capability limited in comparison with Prosper / Gap
  - Matched lift with simple tubing string
  - Equivalent diameter & roughness



CONFIDENTIAL

BP-HZN-2179MDL04804777

MDM945-000307



CONFIDENTIAL

BP-HZN-2179MDL04804778

MDM945-000308





CONFIDENTIAL

BP-HZN-2179MDL04804779

MDM945-000309



**Key Conclusions wrt SIWHP**

- Impact of crossflow:
  - Reservoir fluid fills the M110, charging it above fracture capacity
  - Possible broach to surface
- M110 sand is small (5' thick), in one scenario could fill to fracture pressure in 10 days (resvr flow > 32mbd).

*Can we detect this scenario?*

- Leak off will not be detectable (constant charge from M56)
- Crossflow at 18" shoe would be detectable if "large enough"
  - *Max $Q_o$ through 6 disks: 6000 bpd*
- Would manifest itself as a lower than "anticipated" SI BOP pressure
- Uncertainty in SI BOP pressure is driven by aquifer & rate

Figure labels: 2270 psi ambient; Containment Cap; LMRP; BOP; 4365 psi 6/26/10; 18" Shoe M110 Sand; crossflow with rupture disk failure; M57 Gas Sand; expected crossflow; M56 11850 psi Initial pressure

CONFIDENTIAL





Preliminary Reservoir Model MC252

6-July-2010

MDM945-000311





## Outline

- Modelling approach & purpose
- Input Data & Model
  - Rock & Fluid Properties
  - Layering
  - Aquifer Support
- Results
- Impact on "tubing head" pressure
- Conclusions & Future Directions

DRAFT



DRAFT

# Model Approach & Purpose

- Model constructed to address impact of crossflow of M57B & M56A gas sands during "top kill"
  - Response of observed pressures
  - GOR variation with time
- Request to investigate whether depletion was consistent with known pressures below BOP
- Requested to avoid making any conclusions regarding likely rates
  - Role of flowrate investigation team

- Approach
  - Simple: tight timing, multiple unknowns
  - Single layer per reservoir (M57B to M56F, with intervening shales)
  - 10 x 12 x 17; no structure

MDM945-000313

# Input Data

- Data provided by GoMx Reservoir Team
- Rock Properties
  - Developed from MC252 logs
  - Permeability
  - 275 mD in main M56E sand
  - 397 mD in M56A gas/oil sand (only 2.5')
  - 86 – 110 mD in other oil sands
  - Compressibility:
    - Cr: 6 x10$^{-6}$ psia$^{-1}$
    - Cw: 3 x10$^{-6}$ psia$^{-1}$
    - Cf: ~13 x10$^{-6}$ psia$^{-1}$
  - Fluid properties generated by EoS; volatile, near critical fluid
- tubing performance matched to GAP / Prosper work of T. Liao, A. Chitale & M Gokdemir



# Macondo RF – Aquifer Size

## Oil Accumulation
## 110 mmstb = 258 mmrb

### 9500 acre Aquifer

| Net Sand Thickness, ft. | Porosity, % | Aquifer Size |
| --- | --- | --- |
| 44 | 13 | 1.5x |
| 44 | 17 | 2.0x |
| 66 | 17 | 2.9x |

### 12400 acre Aquifer

| Net Sand Thickness, ft. | Porosity, % | Aquifer Size |
| --- | --- | --- |
| 44 | 13 | 1.9x |
| 44 | 17 | 2.5x |
| 66 | 17 | 3.7x |

Largest Aquifer Size – used as base case (will minimise depletion)

DRAFT



2900 acres

9500 acres

M56 Sand Fairway

Aquifer = 992 mmrb



MDM945-000316





# Depletion Response @wellbore

- PIE gives similar results to VIP
  - Constant compressibility (too low)
  - Single phase
- $P_{wf}$ drops ~8 psi/day (for 35mbd case)
- Lack of observed depletion could be due to *fixed* seafloor pressure and *large* orifice





Macondo M1 Shut-In

DRAFT



bp

DRAFT

crossflow with
rupture disk failure

expected
crossflow

Containment
Cap

LMRP

BOP

2270 psi
*ambient*

4365 psi
*6/26/10*

18" Shoe
M110 Sand

M57
Gas Sand

M56
11850 psi
*initial pressure*

DRAFT

# Conclusions

- Actual reservoir depletion dependent on:
  - Flowrate
  - Oil column size
  - Aquifer
- Limited depletion observed in wellhead could be controlled by non-reservoir mechanisms
  - Large orifice
  - Flowpath / choke between BOP & reservoir
  - Broken gauge
  - Crossflow
- Largest uncertainties: flowrate and pressure drop

MDM945-000319





Back-Up

MDM945-000320



Difference between Aquifer & H/C Pressure



DRAFT

# Match to "Tubing Performance"



- Flowpath is a major (priniciple?) source of THP uncertainty

- Various cases considered:
  - Annular flow
  - Casing flow
  - Annular + casing flow

- VIP wellbore modelling capability limited in comparison with Prosper / Gap
  - Matched lift with simple tubing string
  - Equivalent diameter & roughness

MDM945-000322



# Influences on Observable Shut-In Pressure

## At Shut-In

### High Wellhead Pressure

- Limited crossflow
- Well integrity above 18" shoe
  - small leak into small zone
- Large aquifer
- Lower production (higher skin)

### Low Wellhead Pressure

- Integrity failure (crossflow into M110)
- Smaller aquifer
- Higher production (& lower skin)



## After Shut-In

### Rising THP

- Fluid Segregation
  - Only if $P_{thp}$ < 6,650psia
  - Increase would begin at low rates or at flow cessation
- Reservoir Response (radius of investigation)
  - Aquifer size will influence $P_{final}$
- Cessation of crossflow (pressure equilibration)

### Falling THP

- Wellbore temperature equilibration (cooling)
- Large leak with limited inflow





# Key Conclusions wrt SIWHP

- Impact of crossflow:
  - Reservoir fluid fills the M110, charging it above fracture capacity
  - Possible broach to surface
- M110 sand is small (5' thick), in one scenario could fill to fracture pressure in 10 days (resvr flow > 32mbd).

### *Can we detect this scenario?*

- Leak off will not be detectable (constant charge from M56)
- Crossflow at 18" shoe would be detectable if "large enough"
  - *Max Q_o through 6 disks: 6000 bpd*
- Would manifest itself as a lower than "anticipated" SI BOP pressure
- Uncertainty in SI BOP pressure is driven by aquifer & rate



Containment Cap

LMRP

BOP

**2270 psi**
*ambient*

**4365 psi**
*6/26/10*

**18" Shoe**
**M110 Sand**

**M57**
**Gas Sand**

**M56**
**11850 psi**
*initial pressure*

crossflow with rupture disk failure

expected crossflow

MDM945-000325