# Exhibit 12

**Annotated Excerpts from Vols 1 and 2 of the Deposition Transcript of Robert Merrill**

**Taken January 15-16, 2013**

01-41905
PW/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ) | MDL NO.  2179 |
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO,  on | ) | SECTION: J |
| APRIL 20, 2010 | ) | |
| | ) | JUDGE BARBIER |
| | ) | |
| | ) | MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Robert C. Merrill, Jr.

**VOLUME 1**

JANUARY 15, 2013

# COPY



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing
**For U.S. & International Services**
**800 - 745 - 1101**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL          )  MDL NO. 2179

BY THE OIL RIG             )

"DEEPWATER HORIZON" IN  )  SECTION "J"

THE GULF OF MEXICO, ON  )

APRIL 20, 2010             )  JUDGE BARBIER

                           )  MAG. JUDGE SHUSHAN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VOLUME 1

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Deposition of ROBERT C.

MERRILL, JR., taken at Pan-American Building,

601 Poydras Street, 11th Floor, New Orleans,

Louisiana, 70130, on the 15th day of January,

2013.

```
 1              A P P E A R A N C E S
 2
 3     APPEARING FOR THE PLAINTIFFS' STEERING
       COMMITTEE:
 4          Mr. Andrew A. Lemmon
            LEMMON LAW FIRM
 5          650 Poydras Street, Suite 2335
            New Orleans, Louisiana 70130
 6
 7     APPEARING FOR BP, INC.:
            Mr. Darin T. Beffa
 8          Mr. Logan MacCuish
            KIRKLAND & ELLIS
 9          333 South Hope Street
            Los Angeles, California  90071
10
11     APPEARING FOR TRANSOCEAN:
            Mr. Paul C. Thibodeaux
12          Ms. Mary K. Klinefelter
            FRILOT
13          1100 Poydras Street, Suite 3600
            New Orleans, Louisiana  70163
14
15     APPEARING FOR CAMERON INTERNATIONAL
       CORPORATION:
16          Ms. Daria Burgess Diaz
            STONE PIGMAN WALTHER WITTMAN
17          546 Carondelet Street
            New Orleans, Louisiana  70130-3588
18
19     APPEARING FOR M-I SWACO:
            Mr. Paul E. Krieger
20          MORGAN, LEWIS & BOCKIUS
            1000 Louisiana Street, Suite 4200
21          Houston, Texas  77002
22
       APPEARING FOR HALLIBURTON:
23          Ms. Kali A. Thomson
            Mr. James E. Johanns
24          GODWIN LEWIS
            1201 Elm Street, Suite 1700
25          Dallas, Texas 75270-2041
```

```
 1           A P P E A R A N C E S (Continued)
 2
 3     APPEARING FOR THE UNITED STATES:
            Mr. Richard Gladstein
 4          Ms. Anna E. Cross
            U.S. DEPARTMENT OF JUSTICE
 5          601 D Street, N.W.
            Washington, D. C.  20004
 6
 7     APPEARING FOR THE STATE OF LOUISIANA:
            Mr. Lambert J. "Joe" Hassinger, Jr.
 8          GALLOWAY, JOHNSON, TOMPKINS, BURR
            AND SMITH
 9          701 Poydras Street, 40th Floor
            New Orleans, Louisiana  70139
10
11     APPEARING FOR ROBERT C. MERRILL JR.:
            Mr. Robert J. Ridge
12          THORP REED & ARMSTRONG, L.L.P.
            One Oxford Centre
13          301 Grant Street, 14th Floor
            Pittsburgh, PA  15219
14
15     ALSO PRESENT:
            Mr. Jesse Haycraft, Logistics Supervisor
16          Mr. James Deel, Videographer
            Mr. Paul Hsieh, U.S. Geological Survey
17
18
19
20
21
22
23
24
25
```

         1          Q.     And then on the aquifer size,

         2    you got 3.8 times X in bold.  Why did you

         3    bold the -- the 3.8 and the 12?

         4          A.     The bold values were going to be

02:49    5    used as a reference case so that all the

         6    sensitivities would be referenced to that

         7    case.

         8          Q.     Okay.  What does a reference

         9    case mean?

02:49   10          A.     Case against which you reference

        11    the sensitivities.

        12          Q.     Uh-huh.  Okay.  Does -- now --

        13    now, 12 is midway between 6 and 18; is that

        14    right?

02:49   15          A.     That is correct.

        16          Q.     Did you talk with anybody -- I

        17    mean, you didn't come up with these rock

        18    compressibilities on your own, right?

        19          A.     No, sir, I did not.

02:49   20          Q.     Okay.  So who gave you these

        21    numbers?

        22          A.     The value 6, which is the value

        23    that I used for all of the reservoir modeling

        24    previous to this point, was given to me by I

02:50   25    think it was Steve Willson, who was our

 1    geomechanical expert.  It might have been

 2    Kelly McAughan.  It was someone familiar with

 3    the -- the rock mechanic reports from the --

 4    from the -- from the cores that had been

02:50  5    taken in the -- in the -- in the -- in the

 6    course of the -- of the coring of the -- of

 7    the well prior to the incident.

 8              12 and 18, I recall, were values

 9    that were -- we were asked to evaluate

02:50 10   because we wanted to be sure that we captured

11    the highest possible pressures that you would

12    actually possibly see in this buildup, and

13    the reason we were concerned about the

14    highest pressures that you might see is

02:51 15   because there was this concern about the

16    burst disks.  And with a higher pressure,

17    either you could put the burst disks at risk

18    or with a higher pressure you would also have

19    a higher -- a larger driving force for this

02:51 20   flow into a shallower horizon.

21              But the experimental

22    measurements upon the -- from the well were

23    actually 6 microsips.

24         Q.   Okay.  But why -- why would the

02:51 25   rock compressibility have a bearing on how

|     |     |
| --- | --- |
|     | 1   | it -- the rock compressibility have a bearing |
|     | 2   | on the pressure? |
|     | 3   | A.    Rock -- |
|     | 4   | MR. RIDGE:  Object to the form. |
| 02:51 | 5 | A.    (Continuing)  Well -- |
|     | 6   | MR. RIDGE:  Go ahead. |
|     | 7   | A.    (Continuing)  Rock |
|     | 8   | compressibility -- okay.  We've been talking |
|     | 9   | a lot about reservoir depletion.  Reservoir |
| 02:51 | 10 | depletion is a function of lots of things. |
|     | 11  | One is how much you take out of the |
|     | 12  | reservoir.  Another factor is how much is in |
|     | 13  | the reservoir to start with.  Another factor |
|     | 14  | is how compressible or springy the fluid is |
| 02:52 | 15 | in the reservoir and how big the aquifer is |
|     | 16  | that supports the reservoir. |
|     | 17  | And another parameter that -- |
|     | 18  | that has to do with the springiness of the |
|     | 19  | reservoir is the rock compressibility, or, |
| 02:52 | 20 | more formally -- we call it the rock |
|     | 21  | compressibility, but more formally it's the |
|     | 22  | compressibility of the pore volumes.  Because |
|     | 23  | the pore volume, as you relieve pressure in |
|     | 24  | the reservoir, acts as a force against that |
| 02:52 | 25 | to -- to -- to maintain pressure as the -- as |

1    you would -- the predicted results would be

2    800 psi lower.

3           Q.    Yeah.  And then under

4    compressibility, if you're using 12 microsips

02:55    5    as opposed to 6 microsips, you're going to be

6    plus 200 psi, all other things being equal?

7           A.    All other things being equal in

8    the reference -- in the simulation model.

9           Q.    And same thing with the 18

02:55   10    microsips, all other things being equal under

11    this particular simulation, you'd have plus

12    300 psi?

13           A.    Referenced to a 6 microsip case.

14    All of our calculations up to this point had

02:56   15    been done at 6 microsips, which was the

16    measured data.

17           Q.    Okay.  But -- but now you were

18    telling me before that here 12 became the

19    referenced --

02:56   20           A.    I said reference --

21           Q.    Right.

22           A.    But this next chart we're

23    looking at where it says "depletion" --

24           Q.    Yeah.

02:56   25           A.    -- it's all actually referenced

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1    against a 6 microsip case.
 2              Q.    I see.  Okay.  Okay.
 3              A.    And that's why the bottom line
 4    in here says recommend new, quote, most
 5    likely 3.8 aquifer, 12 microsips, 35 mbd.
 6              Q.    Okay.  So what does that mean?
 7              MR. BEFFA:  Object to the form.
 8              Q.    (BY MR. GLADSTEIN)  So does that
 9    mean that -- that we're now thinking that
10    the -- that the most likely case is an
11    aquifer that's 3.8X, 12 mi- -- with
12    12 microsips and 35,000 barrels a day?
13              MR. BEFFA:  Object to the form.
14              A.    No, sir.  That's why "most
15    likely" is in little --
16              Q.    (BY MR. GLADSTEIN)  Okay.
17              A.    -- apostrophe.
18              Q.    Okay.
19              A.    Brackets.  It's -- we normally
20    think of things or very often you think of a
21    low case, a mid case, and then -- and a --
22    and a high side case.  And in the sloppiness
23    of everyday discourse, you often call it a
24    minimum, a maximum, and a most likely.
25              Q.    Yeah.
```

02:56 — 5
02:56 — 10
02:57 — 15
02:57 — 20
02:57 — 25

1        A.      And so this is a recourse to
2    that sort of discussion where we're calling
3    the middle case the reference case that we're
4    going to be using for future calculations to
02:57 5    be 3.8, 12 microsips, and 35 mbd.
6        Q.      Okay.
7        A.      I wasn't actually judging the
8    validity of any of those --
9        Q.      But that's going to be a
02:57 10    reference case?
11        A.      That's going to be the reference
12    case for these predictions.
13        Q.      And then we're going to vary
14    certain variables based on that reference
02:57 15    case; is that right?
16        A.      That is correct.
17        Q.      Okay.  Okay.  So if we could --
18    if we could go to the second-to-the-last
19    page --
02:58 20        A.      In the same tab?
21        Q.      -- same tab, we've got "Key
22    Conclusions" at the top there; do you see
23    that?
24        A.      Yeah.
02:59 25        Q.      First bullet point, "Impact of

1   crossflow:  Reservoir fluid fills the M110,

2   charging it above fracture capacity; Possible

3   broach to surface."

4          Second bullet point, M1 sand is

02:59   5   small (5 feet thick), in one scenario could

6   fill to fracture pressure in 10 days

7   (reservoir flow more than 32,000 barrels per

8   day).

9          What is this second bullet point

02:59  10   referring to?

11      A.    The second bullet point was

12   saying that in one scenario -- and I'm not

13   entirely sure, but I assume based on its

14   position in the key conclusions slide, it's,

02:59  15   like, the worst-case scenario.  The

16   prediction was that if we had crossflow

17   res- -- you know, reservoir flow cross in

18   between two reservoirs, the -- the little

19   M110 sand would fill to a point where it

03:00  20   would pose a hazard to seafloor broach in ten

21   days.

22      Q.    And that's assuming a -- a flow

23   rate of greater than 32,000 barrels a day; is

24   that right?

03:00  25      A.    I do not believe that refers to

```
 1    THE STATE OF LOUISIANA :
      PARISH   OF    ORLEANS :
 2
      I, PHYLLIS WALTZ, a Certified Court Reporter,
 3    Registered Professional Reporter, and
      Certified Realtime Reporter in and for the
 4    State of Louisiana, do hereby certify that
      the facts as stated by me in the caption
 5    hereto are true; that the above and foregoing
      answers of the witness, ROBERT C. MERRILL,
 6    JR., to the interrogatories as indicated were
      made before me by the said witness after
 7    being first duly sworn to testify the truth,
      and same were reduced to typewriting under my
 8    direction; that the above and foregoing
      deposition as set forth in typewriting is a
 9    full, true, and correct transcript of the
      proceedings had at the time of taking of said
10    deposition.
11    I further certify that I am not, in any
      capacity, a regular employee of the party in
12    whose behalf this deposition is taken, nor in
      the regular employ of his attorney; and I
13    certify that I am not interested in the
      cause, nor of kin or counsel to either of the
14    parties.
15    GIVEN UNDER MY HAND AND SEAL OF OFFICE, on
      this, the 15TH day of JANUARY, 2013.
16

17                    _____

18                    PHYLLIS WALTZ, RPR, CRR
                      TEXAS CSR, TCRR NO. 6813
19                    Expiration Date:  12/31/13
                      LOUISIANA CCR NO. 2011010
20                    Expiration Date:  12/31/12
                      NEW MEXICO CCR NO. 610
21                    Expiration Date:  12/31/12
22
      Worldwide Court Reporters, Inc.
23    Firm Certification No. 223
      3000 Weslayan, Suite 235
24    Houston, Texas  77027
      (713) 572-2000
25
```

01-41906
PW/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG          )          MDL NO.  2179
"DEEPWATER HORIZON" in the               )
GULF OF MEXICO,  on                      )          SECTION: J
APRIL 20, 2010                           )
                                         )          JUDGE BARBIER
                                         )
                                         )          MAG. JUDGE SHUSHAN

## *CONFIDENTIAL*

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Robert C. Merrill, Jr.

## VOLUME 2

JANUARY 16, 2013

# COPY



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL          )   MDL NO. 2179

BY THE OIL RIG             )

"DEEPWATER HORIZON" IN     )   SECTION "J"

THE GULF OF MEXICO, ON     )

APRIL 20, 2010             )   JUDGE BARBIER

                           )   MAG. JUDGE SHUSHAN


*****************

VOLUME 2

*****************


Deposition of ROBERT C.

MERRILL, JR., taken at Pan-American Building,

601 Poydras Street, 11th Floor, New Orleans,

Louisiana, 70130, on the 16th day of January,

2013.

```
 1              A P P E A R A N C E S
 2
 3     APPEARING FOR THE PLAINTIFFS' STEERING
       COMMITTEE:
 4          Mr. Andrew A. Lemmon
            LEMMON LAW FIRM
 5          650 Poydras Street, Suite 2335
            New Orleans, Louisiana 70130
 6
 7     APPEARING FOR BP, INC.:
            Mr. Darin T. Beffa
 8          Mr. Logan MacCuish
            KIRKLAND & ELLIS
 9          333 South Hope Street
            Los Angeles, California  90071
10
11     APPEARING FOR TRANSOCEAN:
            Mr. Paul C. Thibodeaux
12          Ms. Mary K. Klinefelter
            FRILOT
13          1100 Poydras Street, Suite 3600
            New Orleans, Louisiana  70163
14
15     APPEARING FOR CAMERON INTERNATIONAL
       CORPORATION:
16          Ms. Daria Burgess Diaz
            STONE PIGMAN WALTHER WITTMAN
17          546 Carondelet Street
            New Orleans, Louisiana  70130-3588
18
19     APPEARING FOR M-I SWACO:
            Mr. Paul E. Krieger
20          MORGAN, LEWIS & BOCKIUS
            1000 Louisiana Street, Suite 4200
21          Houston, Texas  77002
22
       APPEARING FOR HALLIBURTON:
23          Ms. Kali A. Thomson
            Mr. James E. Johanns
24          GODWIN LEWIS
            1201 Elm Street, Suite 1700
25          Dallas, Texas 75270-2041
```

```
 1           A P P E A R A N C E S (Continued)
 2
 3     APPEARING FOR THE UNITED STATES:
            Mr. Richard Gladstein
 4          Ms. Anna E. Cross
            U.S. DEPARTMENT OF JUSTICE
 5          601 D Street, N.W.
            Washington, D. C.  20004
 6
 7     APPEARING FOR THE STATE OF LOUISIANA:
            Mr. Lambert J. "Joe" Hassinger, Jr.
 8          GALLOWAY, JOHNSON, TOMPKINS, BURR
            AND SMITH
 9          701 Poydras Street, 40th Floor
            New Orleans, Louisiana  70139
10
11     APPEARING FOR ROBERT C. MERRILL JR.:
            Mr. Robert J. Ridge
12          THORP REED & ARMSTRONG, L.L.P.
            One Oxford Centre
13          301 Grant Street, 14th Floor
            Pittsburgh, PA  15219
14
15     ALSO PRESENT:
            Mr. Jesse Haycraft, Logistics Supervisor
16          Mr. James Deel, Videographer
            Mr. Paul Hsieh, U.S. Geological Survey
17
18
19
20
21
22
23
24
25
```

1    expert on pressure transient analysis

2    techniques?

3         A.    I am not an expert on pressure

4    transient analysis techniques.

12:41  5         Q.    Is there someone at BP who you

6    would go to that you do consider to have

7    expertise in the field of pressure transient

8    analysis?

9         A.    Yes.

12:41  10         Q.    And who is that?

11         A.    I always ask Michael Levitan

12    when I have questions about pressure

13    transient analysis.  But there are a

14    number -- a number of other people I ask, but

12:41  15    if Mike's around, I ask him first.

16         Q.    Now, shifting gears a little

17    bit.  You've been asked questions over the

18    last couple of days about your use of pore

19    volume compressibility in your modeling

12:42  20    efforts during the Macondo incident; do you

21    recall that?

22         A.    Yes, sir.

23         Q.    And between April and June what

24    value were you using for the pore volume

12:42  25    compressibility in your modeling efforts

1    related to the Macondo well?

2         A.    As far as I recall, I was using

3    a -- a value of 6 microsips.

4         Q.    And why did you use 6 microsips

12:42  5    as the pore volume compressibility in those

6    modeling efforts?

7         A.    I had been told that that was

8    the -- the compressibility of the reservoir.

9         Q.    Who told you that?

12:42 10         A.    It was either Kelly McAughan or

11    Steve Willson.

12         Q.    Did they tell you where that

13    number came from?

14         A.    They told me it was based on

12:42 15    core data.

16         Q.    All right.  Did you eventually

17    come to use a different value of pore volume

18    compressibility in your modeling exercises?

19         A.    In the period leading up to the

12:43 20    well integrity test we moved our reference

21    case from a value of 6 microsips to

22    12 microsips.

23         Q.    And when you say "in the period

24    leading up to the well integrity test," do

12:43 25    you recall roughly what dates that involved?

1        A.      Not exactly, but it was early
2    July, the first week in July.
3        Q.      Leading up to --
4        A.      The wellhead -- the well
12:43  5    integrity test, which actually occurred on
6    July 15th when the well was shut-in with the
7    capping stack.
8        Q.      Thank you.  And why did you
9    increase your reference case from 6 microsips
12:43 10    to 12 microsips in the lead-up to the well --
11    wellbore integrity test?
12        A.      There was a review held, an
13    internal BP review of my reservoir modeling
14    efforts and in this review there were a
12:44 15    number of reservoir engineers present and
16    there was a discussion about the value of
17    6 microsips and anecdotal evidence had --
18    was -- was presented which suggested that
19    sidewalls may give a lower compressibility
12:44 20    number than full bore cores.
21        Q.      Do you recall the nature of that
22    anecdotal evidence?
23        A.      I -- I don't remember the exact
24    details of it.  I do remember it was Dave,
12:44 25    Dave Schott, and he was making reference to

         1    one of our other fields in the Gulf of Mexico

         2    for which there was data on a number of

         3    wells.

         4         Q.    During the incident did you ever

12:45    5    analyze whether that anecdotal evidence was

         6    accurate or not?

         7         A.    No, I did not.

         8         Q.    Did you during the incident ever

         9    reach any conclusions about whether the

12:45   10    measured pore volume compressibility was an

        11    accurate representation of the Macondo

        12    reservoir?

        13         MR. GLADSTEIN:  Objection as to form.

        14         A.    Would you repeat the question?

12:45   15         Q.    (BY MR. BEFFA)  Sure.  During

        16    the incident did you reach any conclusions

        17    about whether the measured pore volume

        18    compressibility was an accurate

        19    representation of the Macondo reservoir?

12:45   20         MR. GLADSTEIN:  Same -- same objection.

        21         A.    I don't believe I came to a

        22    conclusion.  I'd never used 12 after the

        23    lead-up to the -- the wellbore integrity test

        24    because it wasn't necessary to match the data

12:46   25    that was being -- being collected during the

 1    well integrity test.

 2         Q.    (BY MR. BEFFA)   What was your

 3    primary concern in the lead-up to the

 4    wellbore integrity test?

12:46  5         A.    We had many concerns.   It's hard

 6    to say one was primary or not.   But we were

 7    concerned that we captured the -- the -- both

 8    the low side of the pressure range that we

 9    would expect and the high -- and -- but, more

12:46 10    particularly, we were very concerned that we

11    would shut-in the well and might cause damage

12    to the burst disks or cause crossflow into

13    the shallower reservoir.   And so we were --

14    so we were concerned about the higher

12:47 15    pressure was of more immediate concern to us

16    than the -- the lower pressures.

17         Q.    And in your modeling efforts is

18    it a higher or lower pore volume

19    compressibility that would lead to a model

12:47 20    prediction of a higher wellbore pressure?

21         A.    For the same fluid withdrawal

22    rate the higher pore volume compressibility

23    would give a higher reservoir pressure and

24    therefore less completion.

12:47 25         Q.    And so by using 12 microsips in

1   your modeling efforts leading up to the

2   wellbore integrity test, you were ensuring

3   you were looking at the higher end of the

4   pressures that may be seen during the

12:48   5   wellbore integrity test in the wellbore?

6           A.    I'm not sure I completely

7   understand your question.  We used -- we --

8   we -- in the buildup to the well integrity

9   test we used 6, 12, and 18 as our range of

12:48   10  compressibilities, and we did that to try and

11  capture the -- the highest possible pressures

12  that we would see in the test as well as the

13  pressures on the other side, on the low side.

14          Q.    After the lead-up to the

12:48   15  wellbore integrity test was complete, did you

16  continue to use 12 microsips as the pore

17  volume compressibility in your modeling

18  efforts?

19          A.    After the lead-up or when data

12:49   20  was being collected?  I...

21          Q.    In the effort -- your modeling

22  efforts -- strike that.

23                You told me earlier that the

24  wellbore integrity tests started on

12:49   25  July 15th?

```
 1              A.      That's when the well was
 2     shut-in.
 3              Q.      Did you -- is that also when the
 4     wellbore integrity tests started?
12:49  5              A.      Yes.
 6              Q.      From July 15th forward did you
 7     use -- did you continue to use a pore volume
 8     compressibility of 12 in your modeling
 9     efforts during the response to the incident?
12:49 10              A.      I don't recall using 12 after
11     that time.
12              Q.      What number did you use after
13     that time?
14              A.      I used -- generally used 6.
12:50 15              Q.      And why --
16              A.      There were a number of runs that
17     we looked at yesterday as part of the
18     government's questioning where a range of
19     compressibilities was considered in the
12:50 20     simulation, but generally when I was doing
21     depletion calculations for relief well
22     planning or analyzing the pressure transient
23     analysis in PIE we used -- we used -- we used
24     6.
12:50 25              Q.      And why is it that you changed
```

1    the pore volume compressibility input in your

2    model back to 6 after July 15th?

3         A.    Which model?  I didn't change it

4    in some of the models because in some of the

12:50  5    models I had never changed it from 6.

6         Q.    Did you use 6 as -- is it fair

7    to consider 6 your reference case after

8    July 15th?

9         A.    I'm not sure we did the

12:51  10   case-to-case comparisons that a reference

11   case would have been applicable.

12        Q.    So to the extent you -- you did

13   use 12 microsips in some of your modeling

14   efforts, why did you make the change back to

12:51  15   6 microsips after the well was shut-in?

16        A.    The reservoir did not display

17   the energy that we expect -- you know, the --

18   when we shut-in the well the observed

19   pressures which was the low side of the range

12:51  20   that we had predicted and therefore were more

21   consistent with a lower rock compressibility,

22   lower aquifer support, lower energy system.

23        Q.    Now, you mentioned, I think, two

24   efforts that you were involved in after

12:52  25   July 15th, and one of them was relief well

1      planning; is that right?

2              A.      Yes, sir.

3              Q.      And you also mentioned that you

4      were doing some pressure transient analysis;

12:52  5      is that right?

6              A.      Yes, sir.

7              Q.      Were there any other efforts

8      that you were involved in after the well was

9      shut-in before mid August of 2010?

12:52  10             A.      I don't recall any other

11      efforts.

12             Q.      Were you also creating Horner

13      plots to --

14             A.      I consider that part of the

12:52  15      pressure transient analysis work.

16             Q.      Fair enough.  In those two

17      efforts, then, the relief well planning and

18      your pressure transient analysis, was it a

19      concern -- was a high pressure in the

12:53  20      wellbore a concern that you were actively

21      interested in?

22             A.      Repeat the question.

23             Q.      Sure.  During the two efforts

24      that you were involved in between July 15th,

12:53  25      2010 and mid August 2010 was a potential high

1    wellbore pressure, did that continue to be a

2    concern in your modeling efforts?

3          A.     No, none.  I don't recall it

4    being of particular concern.  The pressure

12:53  5    was low, you know, the pressure was below the

6    burst disks' rating.

7          Q.     And when you say "the pressure

8    was below the burst disks' rating," that was

9    the actual observed pressure from the

12:53 10    measurement gauges -- the measurements that

11    you obtained after the well was shut-in?

12          MR. HASSINGER:  Objection.

13          A.     The -- when I say the -- repeat

14    the question.

12:54 15          Q.     (BY MR. BEFFA)  Sure.  You said

16    that the pressure was low, the pressure was

17    below the burst disks rating.  Do you

18    remember saying that?

19          A.     Yes.

12:54 20          Q.     And I'm -- I guess what I'm

21    trying to understand is what is that pressure

22    that you're referring to?

23          A.     The -- the shut-in wellhead

24    pressure and the additional pressure at

12:54 25    the -- at the burst disks' location due to

          the head that would -- was in the well.
              Q.    And I guess specifically I'm
          interested in whether you were talking about
          a modeled pressure or an observed pressure
12:54     from a gauge.
              A.    I was referring to the observed
          pressure in the gauge.
               MR. BEFFA:  I have no further
          questions.
12:55          MR. GLADSTEIN:  And the United States
          has some follow-up.
               THE VIDEOGRAPHER:  The time is
          12:55 p.m., and we're off the record.
               (Recess from 12:55 p.m. to 12:58 p.m.)
12:58          THE VIDEOGRAPHER:  The time is
          12:58 p.m.  We're back on the record.
               F U R T H E R   E X A M I N A T I O N
          BY MR. GLADSTEIN:
               Q.    Good afternoon, Dr. Merrill.  As
12:58     I said, we're going to get you out of here
          pretty soon.  I want to go back to the line
          of questioning on rock compressibility,
          12 microsips versus 6 microsips.  I believe
          that you indicated in your testimony there
12:59     was a discussion about the value of -- of

1    6 microsips and anecdotal evidence was

2    presented.  What anecdotal evidence were you

3    referring to?

4          A.    I was referring to the -- to a

12:59  5    discussion we had in this internal meeting

6    where one of the reservoir engineers said

7    that he thought that the sidewall -- sidewall

8    core pore volume level -- well, I was

9    referring to the anecdotal evidence from --

12:59  10   presented by a reservoir engineer in this

11   meeting where he said that core volume

12   compressibility determined from sidewall

13   cores was lower than pore volume

14   compressibility based on whole core.

12:59  15         Q.    Yeah, and that was, I think you

16   said, from some other fields, in his

17   experience; is that right?

18         A.    That is correct.

19         Q.    Do you remember what particular

12:59  20   fields he was referring to?

21         A.    I do not remember the exact

22   fields that he was referring to.  I believe

23   they were in the Galapagos field.

24         Q.    And the -- the side volume cores

01:00  25   that you were referring to, you had indicated

```
 1    THE STATE OF LOUISIANA :
      PARISH   OF   ORLEANS :
 2

 3    I, PHYLLIS WALTZ, a Certified Court Reporter,
      Registered Professional Reporter, and
      Certified Realtime Reporter in and for the
 4    State of Louisiana, do hereby certify that
      the facts as stated by me in the caption
 5    hereto are true; that the above and foregoing
      answers of the witness, ROBERT C. MERRILL,
 6    JR., to the interrogatories as indicated were
      made before me by the said witness after
 7    being first duly sworn to testify the truth,
      and same were reduced to typewriting under my
 8    direction; that the above and foregoing
      deposition as set forth in typewriting is a
 9    full, true, and correct transcript of the
      proceedings had at the time of taking of said
10    deposition.
11    I further certify that I am not, in any
      capacity, a regular employee of the party in
12    whose behalf this deposition is taken, nor in
      the regular employ of his attorney; and I
13    certify that I am not interested in the
      cause, nor of kin or counsel to either of the
14    parties.
15    GIVEN UNDER MY HAND AND SEAL OF OFFICE, on
      this, the 14TH day of JANUARY, 2013.
16

17
                              _____
18                            PHYLLIS WALTZ, RPR, CRR
                              TEXAS CSR, TCRR NO. 6813
19                            Expiration Date:  12/31/13
                              LOUISIANA CCR NO. 2011010
20                            Expiration Date:  12/31/12
21

22    Worldwide Court Reporters, Inc.
      Firm Certification No. 223
      3000 Weslayan, Suite 235
23    Houston, Texas  77027
      (713) 572-2000
24

25
```