# <u>Exhibit 16</u>

**Annotated Excerpts from Vols 1 and 2 of the Deposition Transcript of Mohan Kelkar**

**Taken July 17-18, 2013**

01-42981
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG ) MDL NO.  2179
"DEEPWATER HORIZON" in the )
GULF OF MEXICO, on ) SECTION: J
APRIL 20, 2010 )
) JUDGE BARBIER
)
) MAG. JUDGE SHUSHAN

## CONFIDENTIAL

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Mohan Kelkar, Ph.D.

**July 17, 2013**

## *COPY*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL        )  MDL NO. 2179
BY THE OIL RIG           )
"DEEPWATER HORIZON" IN )  SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010           )  JUDGE BARBIER
                         )  MAG. JUDGE SHUSHAN

*****************

VOLUME 1

*****************

Deposition of Mohan Kelkar, Ph.D., taken
at the Pan-American Building, 601 Poydras Street,
11th Floor, New Orleans, Louisiana, 70130, on the
17th day of July, 2013.

```
 1                  A P P E A R A N C E S
 2
 3
 4      APPEARING FOR BP, INC.:
             Mr. Martin R. Boles
 5           Mr. Logan MacCuish
             KIRKLAND & ELLIS
 6           333 South Hope Street
             Los Angeles, California  90071
 7
             Mr. Frank A. Monago
 8           Senior Attorney
             BP AMERICA INC.
 9           501 Westlake Park Boulevard
             Houston, Texas  77079
10
11
        APPEARING FOR TRANSOCEAN:
12           Mr. Patrick J. Cafferty, Jr.
             MUNGER TOLLES & OLSON
13           560 Mission Street, 27th Floor
             San Francisco, California  94105-2907
14
             Mr. Ray S. Seilie
15           MUNGER TOLLES & OLSON
             355 South Grand Avenue, 35th Floor
16           Los Angeles, California  90071-1560
17
18      APPEARING FOR ANADARKO PETROLEUM CORPORATION:
             Ms. Ky E. Kirby
19           BINGHAM MCCUTCHEN
             2020 K Street, Northwest
20           Washington, D.C. 20006-1806
21
22      APPEARING FOR HALLIBURTON:
             Mr. Prescott W. Smith
23           Mr. Daniel A. Ortega
             GODWIN LEWIS
24           Renaissance Tower
             1201 Elm Street, Suite 1700
25           Dallas, Texas 75270-2041
```

```
 1          Ms. Gwen E. Richard
            GODWIN LEWIS
 2          1331 Lamar, Suite 1665
            Houston, Texas  77010-3133
 3
 4
     APPEARING FOR THE UNITED STATES:
 5          Ms. Bethany Engel
            U.S. DEPARTMENT OF JUSTICE
 6          ENVIRONMENT & NATURAL RESOURCES DIVISION
            Ben Franklin Station
 7          Post Office Box 7611
            Washington, D.C.  20044-7611
 8          601 D Street, N.W.
            Washington, D.C.  20004
 9
            Mr. Scott Cernich
10          U.S. DEPARTMENT OF JUSTICE
            601 D Street, N.W.
11          Washington, D.C.  20004
12
13   APPEARING FOR THE STATE OF LOUISIANA:
            Mr. Grady J. Flattmann
14          HENRY DART ATTORNEYS AT LAW
            510 North Jefferson Street
15          Covington, Louisiana  70433
16
17   ALSO PRESENT:
            Mr. Peter Jennings, Videographer
18          Mr. Ray Aguirre, Case Manager
19
20
21
22
23
24
25
```

         1         Q.   And what units are used to measure pore

         2    volume compressibility?

         3         A.   The typical units are psi inverse; or

         4    sometimes you can use microsips, which is

03:18    5    compressibility in psi inverse times 106.

         6         Q.   Okay.  And in -- on the first line of

         7    this paragraph on Page 28, is that -- when we see

         8    "12x10-6 psi-1," is that 12 --

         9         A.   Microsips.

03:18   10         Q.   Okay.  And is -- when this says

        11    "formation compressibility," is that referring to

        12    pore volume compressibility?

        13         A.   It is.

        14         Q.   And that goes into the calculation of the

03:18   15    material balance?

        16         A.   It does.

        17         Q.   As part of the total compressibility

        18    shown in the top of Page 28?

        19         A.   Yes, ct, yes, yes.

03:19   20         Q.   The next sentence says:  "According to

        21    BP, this is the most likely value of formation

        22    compressibility and is consistent with BP's

        23    presentations to the U.S. Government."

        24              Do you see that?

03:19   25         A.   Okay.

1        Q.  And then you cite, in Footnote 41,

2    "Merrill, R.: PowerPoint Presentation."

3        A.  Okay.

4        Q.  Is that the basis for your opinion --

03:19   5    well, let me ask this:  Do you have an opinion

6    that the formation compressibility for the

7    Macondo Reservoir is 12 microsips?

8        A.  That's my best guess.

9        Q.  And is it just a guess?

03:19   10           MS. ENGEL:  Object to form.

11        A.  Best educated guess.

12        Q.  (By Mr. Boles) Okay.  Are you an Expert

13    in Geomechanics?

14        A.  No.

03:19   15        Q.  Do you -- so you -- you don't have the

16    independent expertise to evaluate the for --

17    formation compressibility of Macondo Reservoir?

18        A.  I do not have independent expertise to

19    evaluate formation compressibility.

03:20   20        Q.  So is your use of 12 microsips in your

21    material balance calculation of cumulative flow

22    based solely on this Merrill PowerPoint that you

23    cite in Footnote 41?

24           MS. ENGEL:  Object to form.

03:20   25        A.  So there is a -- there are two things,

1    two -- two or three things which I could just

2    discuss here.

3            I think the PowerPoint is a culmination

4    of a certain E-mail traffic which -- which is

03:20  5    going on between Dr. Merrill and some of the

6    other DU -- BP people like Schott and Kelly

7    McAughan.  I may be mispronouncing their names

8    but -- and, actually, if you read that

9    correspondence, actually you could see that there

03:21  10   is a lot of discussion which is going on prior to

11   this particular presentation as to what is the

12   most appropriate value of formation

13   compressibility.

14           And what that discussion centers around

03:21  15   is that if you take the sidewall core samples

16   versus the core samples in the wellbore, you

17   would expect to see differences because BP had

18   observed those differences in some other analog

19   wells.

03:21  20           And then eventually that discussion

21   concludes with an E-mail from Kelly to everybody

22   else saying that, okay, so we have decided that

23   we should use these ranges of compressibility:

24   6, 12, and 18; and it's -- there's an affirmative

03:21  25   E-mail from Dr. Merrill and -- and someone else

1       saying, okay, I agree with this information.

2               So it's not just a PowerPoint

3       presentation, but there is a -- some E-mail

4       discussion.

03:22   5               And subsequent to that, obviously,

6       that -- we have Expert Reports from both Huffman

7       and -- and Roegiers, actually, who do say that --

8       that the sidewall core samples are not as

9       reliable as the vertical core samples; and so,

03:22  10       the compressibility should be -- compressibility,

11       what you measure based on the sidewall cores may

12       not be as reliable.

13                       MR. BOLES:  I think we're out of

14       time.  Let's take a break.

03:22  15                       THE WITNESS:  Okay.

16                       THE VIDEOGRAPHER:  It's 3:22 p.m.

17       We're off the record.

18               (Recess from 3:22 p.m. to 3:37 p.m.)

19                       MR. BOLES:  Ready.

03:35  20                       THE VIDEOGRAPHER:  All set?

21               The time is 3:37 p.m.  We're back on the

22       record --

23       Q.   (By Mr. Boles) Dr. Kelkar --

24                       THE VIDEOGRAPHER:  -- beginning

03:37  25       Tape Sev -- 6.

         1          Q.  (By Mr. Boles) Dr. Kelkar, before the
         2    break, you testified that in your decision to use
         3    a formation compressibility of 12 microsips,
         4    in -- you relied, in addition to the Merrill
03:37    5    PowerPoint cited in Footnote 41, on a series of
         6    BP internal E-mails leading up to that
         7    PowerPoint, correct?
         8          A.  Oh, I -- I think it's 12 microsips, not
         9    2.
03:37   10          Q.  Okay.
        11          A.  Yeah.  But okay.  Yeah.
        12              So what was the question?  It's --
        13          Q.  Yeah.  I'll get -- better get that part
        14    of the question right.
03:37   15          A.  Okay.
        16          Q.  In your decision to use --
        17          A.  Yeah.
        18          Q.  -- 12 microsips --
        19          A.  Yeah.
03:37   20          Q.  -- in your material balance analysis, you
        21    relied, in addition to the Merrill PowerPoint
        22    cited in Footnote 41, on a series of internal BP
        23    E-mails, correct?
        24          A.  Yes.
03:37   25          Q.  And you also said you -- you -- you said

1    Q.   And what about Dr. Huffman?

2    A.   I did not.

3    Q.   Okay.

4    A.   I think I could -- if I -- if I could

03:39  5  just also point out one more thing, since we got

6    cut off in -- just before the break -- is that

7    there was also a -- a conversation between Kelly

8    McAughan and Paul Hsieh regarding the

9    compressibility of the formation, and I think

03:39 10  Pa -- Dr. Hsieh asked her what -- what should be

11   the value of compressibility I should use, and

12   she suggested also 12 microsips.

13   Q.   And did -- did -- did you learn about

14   that through looking at the deposition testimony

03:40 15  of Dr. Hsieh?

16   A.   I did.

17   Q.   Did you also look at the deposition

18   testimony of BP's witness, Pinky Vinson, about

19   that series of E-mails that you're referring to

03:40 20  now as the basis for your use of 12 microsips?

21   A.   I don't recall it.

22   Q.   Okay.  Is it -- do you have an -- an

23   Expert opinion on whether BP made a scientific

24   conclusion that rotary sidewall core measurements

03:40 25  of compressibility at Macondo were unreliable?

1          MS. ENGEL:   Object to form.

2      A.   I -- I don't know whether it was a

3    conclusion or not.   I just read the E-mails, and

4    it -- it's kind of pointed out to the fact that

03:41  5    there was a consensus opinion among the people

6    who were writing the E-mails to each other that

7    it's better to use 12 microsip as a

8    representative value.   I don't know what happened

9    subsequent to that.

03:41  10      Q.   (By Mr. Boles) And -- and that was a

11    consensus opinion, to use three different values

12    for compressibility, 6, 12, and 18, correct?

13      A.   The -- I -- I don't remember the E-mail

14    exactly, but I believe that 12 to be the most

03:41  15    likely value and 6 and 18 at the upper and lower

16    limits.   Yeah, that's -- I think.   If I remember

17    correctly.

18          (Discussion off the record.)

19      Q.   (By Mr. Boles) Let's have you look at Tab

03:42  20    27 in your binder.

21      A.   Do you want to look at this Report?

22      Q.   Yeah.   Keep that handy, please.

23      A.   Okay.

24          (Discussion off the record.)

03:42  25            THE COURT REPORTER:   Tab 27.

|   |   |
|---|---|
| | 1 |
| | 2 |
| | 3 |
| | 4 |
| 03:43 | 5 |
| | 6 |
| | 7 |
| | 8 |
| | 9 |
| 03:43 | 10 |
| | 11 |
| | 12 |
| | 13 |
| | 14 |
| 03:44 | 15 |
| | 16 |
| | 17 |
| | 18 |
| | 19 |
| 03:44 | 20 |
| | 21 |
| | 22 |
| | 23 |
| | 24 |
| 03:44 | 25 |

1          MS. ENGEL:  27.

2          THE WITNESS:  27?  Oh, okay.  Okay.

3      (Discussion off the record.)

4  Q.  (By Mr. Boles) Are you at Tab 27?

5  A.  I am.  10841?  Yes.

6  Q.  Yes, Exhibit 10841.

7  A.  Okay.

8  Q.  Is this the presentation that you're

9  referring to in 41, Footnote 41 of your Report?

10  A.  (Reviewing document.)

11      (Discussion off the record.)

12  A.  H'm.

13  Q.  (By Mr. Boles) Let me direct your

14  attention to Page 3.

15  A.  Okay.  I think there is something which I

16  don't see in this slide, so I'm just kind of

17  wondering if it was later than this presentation.

18  But, anyway, okay.  Go ahead.

19  Q.  Okay.

20  A.  Page 3?

21  Q.  Page 3.

22  A.  Okay.

23  Q.  At the bottom, the last two lines of the

24  slide say:  "Recommend:  new," quote, "'most

25  likely:'" end quote, "3.8x aquifer, 12" -- I

1   believe that's "microsips" -- and "35 mbd."  Do

2   you see that?

3        A.  I do.

4             MS. ENGEL:  Sorry.  If it's easier

03:44  5   for you to look at the color version, you can go

6   ahead and do that.

7             THE WITNESS:  Okay.  That's fine.

8   I'm -- I'm okay with this.

9             MS. ENGEL:  Okay.

03:44  10   A.  Yeah.

11        Q.  (By Mr. Boles) All right.  And is this

12   where you -- is this the part of Exhibit 10841

13   that you're referring to or that you intended to

14   rely on in your Expert Report, in citing this for

03:45  15   the use of 12 microsips as rock compressibility?

16        A.  So if you look at the Page 2 and 3, I

17   think in both cases the compressibility is

18   defined as 6, 12, and 18, and "12" is in bold,

19   and then on the next page, the "most likely"

03:45  20   value is specified as 12 microsips.

21        Q.  Okay.  On Page 2?

22        A.  Yes.

23        Q.  Where -- where are you on Page 2?

24        A.  "Cr."

03:45  25        Q.  What does "Cr" stand for?

```
 1              A.   The formation compressibility.   Under
 2         "Aquifer."   Do you see that?
 3              Q.   Okay.   I see that.
 4                   Now, have you -- by the way, do you know
 5         if this PowerPoint that we're looking at, Exhibit
 6         10841, was ever presented to the Government?
 7                        MS. ENGEL:   Object to form.
 8              A.   What was the question?
 9              Q.   (By Mr. Boles) Yeah.   We're looking at a
10         PowerPoint now, Exhibit 108 --
11              A.   Right.
12              Q.   -- 41, correct?
13              A.   Yes.
14              Q.   And you cite this in your Expert Report.
15         It's --
16              A.   Okay.
17              Q.   In Footnote 41, right?
18              A.   Okay.
19              Q.   Do you know if this was ever presented to
20         the United States Government?
21              A.   I have no idea.
22                        MS. ENGEL:   Same objection.
23              Q.   (By Mr. Boles) Okay.   So you don't know
24         whether or not this is a draft or final version
25         of a -- of the presentation?
```

03:45  (line 5)
03:46  (line 10)
03:46  (line 15)
03:46  (line 20)
03:46  (line 25)

1              MS. ENGEL:  Object to form.

2         A.  I -- I -- I don't know, really --

3         Q.  (By Mr. Boles) Have you ever studied the

4    testimony of the person you're citing as the

03:46  5    author of this presentation, Robert Merrill?

6         A.  I have.

7         Q.  Let's have you look at Tab 27.

8              THE COURT REPORTER:  No.

9         Q.  (By Mr. Boles) Tab 45.

03:46  10   A.  Tab 45.

11         (Discussion off the record.)

12         A.  Okay.

13         Q.  (By Mr. Boles) All right.  And you have

14   in front of you Volume 1 of the Merrill

03:47  15   deposition.

16         A.  Yes.

17         Q.  Flip to Page 212, please.

18         A.  200 and -- okay.

19         Q.  Okay.  I want you to -- to read to

03:47  20   yourself the transcript from Pages 212 to 220,

21   and tell me when you're done.

22         A.  So from --

23         Q.  212 --

24         A.  Okay.

03:47  25   Q.  -- to 220.

1          But if I remember what David Schott said

2     is that he was more -- I think he was a Rock

3     Mechanics Expert, and he was discussing the

4     differences between side cores versus the cores

04:05   5     in the wellbore, and I think he discussed the

6     information he found from Santa Maria -- or I

7     don't remember, some -- some name field -- and he

8     said that we have observed differences in the

9     side wall compressibility versus the core

04:05  10     compressibility, and -- and so the ratio of 2 is

11     reasonable.

12          And I believe there was another

13     Geologist -- well, a Petrophysicist, excuse me --

14     who was also referring to his own knowledge, and

04:06  15     I think his name may be Willson, or something.  I

16     don't remember.

17          **Q.   (By Mr. Boles) Let's have you look at**

18     **Tab 30.**

19          A.   Tab 3?

04:06  20          **Q.   Tab 30.**

21          A.   30.  Okay.

22               MR. BOLES:  And if you'd mark that,

23     please.

24               (Exhibit No. 11551 marked.)

04:06  25               MS. ENGEL:  Okay.  M-h'm.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

1       Q.   (By Mr. Boles) Okay.  Have you marked

2   that?

3       A.   Oh, yeah.  Just a minute.

4       Q.   Thanks.

04:07   5       A.   So it's 11551.

6       Q.   Okay.  Are you looking at a BP Macondo

7   Technical Note with a title "Depleted Pressure

8   For Well Control Planning," "Contributors:  Bob

9   Merrill," "Issued by:  Bob Merrill," "Date:  July

04:07  10   22, 2010"?

11       A.   I am.

12       Q.   And let me direct your attention to the

13   first heading, "Question Addressed in this

14   Technical Note."  Do you see that?

04:07  15       A.   Yes.

16       Q.   And it says:  "The team planning the"

17   reef -- "relief well has requested a revised

18   estimate of the pressures which they may

19   encounter at the reservoir interval."

04:07  20           Do you see that?

21       A.   Okay.

22       Q.   Do you remember reviewing this Technical

23   Note by Bob Merrill prior to selecting 12

24   microsips for compressibility in your material

04:08  25   balance analysis?

1      A.   I do not believe I have seen this note

2   before.

3      Q.   Okay.  Look -- look at Page 3.  And under

4   Numeral 2, it says:  "Reservoir Parameters for

04:08  5   simulation (unchanged from previous note)."

6           Do you see that?

7      A.   Yes.

8      Q.   And read the second bullet point.

9      A.   Yes.

04:08 10      Q.   What does that say?

11      A.   6 times 10 to the minus 6.

12      Q.   Okay.  What is it -- what parameter is

13   that referring to in your understanding?

14      A.   Rock compressibility.

04:08 15      Q.   Okay.  And for rock compressibility, you

16   used 12 microsips, correct, in your material

17   balance analysis?

18      A.   I did.

19      Q.   And here, on July 22, 2010, a couple of

04:08 20   weeks after the Merrill PowerPoint that you're

21   citing in your Report, Bob Merrill is modeling

22   the relief well pressures using 6 microsips.

23   Correct?

24      A.   Okay.

04:09 25      Q.   Okay.  What does that tell you about the

 1    consensus within BP about the right number to use

 2    for rock compressibility?

 3        A.   I don't know.

 4        Q.   You don't have any opinion -- does

04:09 5    this -- do you take this into account in your

 6    opinion that the BP consensus was to use 12

 7    microsips?

 8              MS. ENGEL:   Object to form.

 9        A.   No.   I mean -- okay.   I think they used

04:09 10   these values, but there's no uncertainty bounds

 11   here anywhere.   And I'm not sure what the purpose

 12   was of this note.

 13       Q.   (By Mr. Boles) Do --

 14       A.   I said I have not seen this note before.

04:09 15      Q.   Okay.   Do you have any reason to believe

 16   that the purpose was other than what is stated at

 17   the top, which is doing a revised estimate of the

 18   pressures that may be encountered at the

 19   reservoir interval of the relief well?

04:10 20      A.   No.

 21       Q.   You know from reservoir engineering

 22   experience it's important, when drilling a relief

 23   well, to have a good, accurate best estimate of

 24   the pressures that would be expected in a relief

04:10 25   well, correct?

```
  1              MS. ENGEL:  Object to form.

  2         A.  (Reviewing document.)  Okay.  Oh, sorry,

  3    I -- I was just read -- I never read this note,

  4    so I was just looking at it.  Sorry.

04:10  5         Q.  (By Mr. Boles) Right.

  6         A.  Yeah.  And was --

  7         Q.  From your -- from your experience as a

  8    Reservoir Engineer, you know that it's important

  9    for BP, in drilling the relief well, to have a

04:11 10    good estimate of the pressures that would be

 11    encountered when they hit the reservoir interval,

 12    correct?

 13              MS. ENGEL:  Same objection.

 14         A.  Okay.

04:11 15         Q.  (By Mr. Boles) Is that correct?

 16         A.  Sure.  I mean, you want to get the best

 17    possible estimate, no matter what you're doing.

 18         Q.  And to do that, Bob Merrill, in this

 19    document, is assuming pore volume compressibility

04:11 20    of 6 microsips, correct, on Page 3?

 21         A.  Okay.

 22         Q.  Is that right?

 23         A.  Yes.

 24         Q.  And you don't have -- do you have any

04:11 25    opinion as to whether or not this reflects the
```

consensus within BP as to what the best number is

for rock compressibility of the Macondo

Reservoir?

MS. ENGEL:  Object to form.

A.  I -- I think that if you look at the

formation volume factor, clearly that value is

not inconsistent with what BP's own black oil

model indicated.  So I think there may be a

mistake.  I don't know.

Q.  (By Mr. Boles) So is it -- is it your

Expert opinion, then, that this is a mistaken

number?

A.  I mean, not -- 6 is not a mistake.  I'm

just saying that it could be possible that there

could be some errors in the way the values are

defined, and -- and there's no reason to believe

that he simply said, "Okay, I'm not going to use

12 anymore, I'm just going to use 6."

I mean, I don't see any evidence that 6

was determined as a consensus anywhere.

(Discussion off the record.)

Q.  (By Mr. Boles) You don't -- do you know,

one way or the other, whether, at the time this

analysis was done, July 22, 2010, the consensus

within BP was that the best value for pore volume

 1    compressibility was 6 microsips?

 2                MS. ENGEL:  Object to form.

 3        A.  I have no idea.

 4        Q.  (By Mr. Boles) Okay.  And do you --

04:13  5         (Discussion off the record.)

 6                MR. MACCUISH:  (Indicating.)

 7        Q.  (By Mr. Boles) In your 30 years of

 8    experience as a Reservoir Engineer, have you ever

 9    estimated rock compressibility using measurements

04:14 10    on rotary sidewall cores?

11        A.  I have not.

12        Q.  Have you ever used somebody else's

13    estimates of rock compressibility done using

14    rotary sidewall cores?

04:14 15                MS. ENGEL:  Object to form.

16        A.  I don't recall.  As you say that this is

17    the kind of discussion in the weeds, you know, I

18    think that people who really are experts in -- in

19    Rock Mechanics, I think, will probably would have

04:14 20    these kind of subtleties and understanding of

21    these subtleties more so than I would.

22        Q.  (By Mr. Boles) When you say "Rock

23    Mechanics," is that the same as Geomechanics?

24        A.  So, nowadays, actually, in the reservoir,

04:15 25    I mean, nowadays, because of the unconventional

1    reservoirs, you always see people who consider

2    themselves to be Experts in Geomechanics, and

3    they will look at kind of some different

4    properties.

04:15    5         But, yeah, I think you could say that

6    Geomechanics is similar to Rock Mechanics.

7         Q.   And you're not a Geomechanic?

8         A.   I -- I don't have any expertise.

9         Q.   And you don't have expertise in Rock

04:15   10   Mechanics either?

11        A.   I do not.

12        Q.   Have you ever heard -- have you ever --

13   strike that.

14             Have you ever, in your 30 years of

04:15   15   experience as a Reservoir Engineer, heard anybody

16   say that rotary sidewall cores produce unreliable

17   measurements of rock compressibility?

18             MS. ENGEL:  Object to form.

19        A.   Honestly, I never heard of this type of

04:16   20   discussion till I got involved in this.

21        Q.   (By Mr. Boles) Okay.

22             (Discussion off the record.)

23        Q.   (By Mr. Boles) I want to go back to what

24   you said about Dr. Hsieh's testimony.  Let's have

04:16   25   you look at Tab 67, please.

          1            Are you looking at a document with the
          2    front page Exhibit number at the bottom right?
          3        A.  Sorry, sorry.  Okay.  It says like
          4    "7/30/10"?
04:17     5        Q.  Right.
          6        A.  Okay.  At the -- at the top?
          7        Q.  Right.
          8        A.  Okay.
          9        Q.  And the exhibit number in the bottom
04:17    10    right is Exhibit 8628.
         11        A.  Okay.
         12        Q.  By the way, do you see the very top, it
         13    says "PNNL"?
         14        A.  Okay.
04:17    15        Q.  Do you -- do you know what that stands
         16    for?
         17        A.  No.
         18        Q.  Have you ever heard of Pasys -- Pacific
         19    Northwest National Laboratories?
04:17    20        A.  Okay.
         21        Q.  Have you ever heard of that?
         22        A.  H'm.  No.
         23        Q.  Okay.  Look at -- flip -- just flip into
         24    these pages until you see some handwritten notes.
04:18    25        A.  Okay.

364

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
 3    IN RE:  OIL SPILL     )  MDL NO. 2179
      BY THE OIL RIG        )
 4    "DEEPWATER HORIZON" IN )  SECTION "J"
      THE GULF OF MEXICO, ON )
 5    APRIL 20, 2010         )  JUDGE BARBIER
                             )  MAG. JUDGE SHUSHAN
 6
 7
 8
 9              REPORTER'S CERTIFICATION
         TO THE ORAL AND VIDEOTAPED DEPOSITION OF
10               MOHAN KELKAR, PH.D.
                   JULY 17, 2013
11                    VOLUME 1
12
13
14        I, Emanuel A. Fontana, Jr., Certified
      Shorthand Reporter in and for the State of Texas,
15    hereby certify to the following:
16        That the witness, MOHAN KELKAR, PH.D., was
      duly sworn by the officer and that the transcript
17    of the oral deposition is a true record of the
      testimony given by the witness;
18
          That the deposition transcript was submitted
19    on            , 2013, to the witness or to
      Attorney _____ for the witness to
20    examine, sign, and return to Worldwide Court
      Reporters, Inc., by             , 2013.
21
          That the amount of time used by each party
22    at the deposition is as follows:
23        Mr. Boles - 7 Hours, 21 Minutes
24
25
```

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

1        I further certify that I am neither counsel
for, related to, nor employed by any of the
2    parties in the action in which this proceeding
was taken, and further that I am not financially
3    or otherwise interested in the outcome of the
action.

4

         SUBSCRIBED AND SWORN to by me on this 17th
5    day of July, 2013.

6

7

8                     _____
                     Emanuel A. Fontana, Jr., RPR
9                     Texas CSR No. 1232
                     Expiration Date: 12/31/2014
10                    Worldwide Court Reporters
                     Firm Registration No. 223
11                    3000 Weslayan, Suite 235
                     Houston, Texas  77027
12                    (713) 572-2000
13
14
15
16
17
18
19
20
21
22
23
24
25

01-42983
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ) | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO, on | ) | SECTION: J |
| APRIL 20, 2010 | ) | |
| | ) | JUDGE BARBIER |
| | ) | |
| | ) | MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Mohan Kelkar, Ph.D.
# Volume 2

**July 18, 2013**

## *COPY*



WORLDWIDE
*Systems Technology for the Litigation World*
Litigation Group♦Court Reporting♦Video Production♦Videoconferencing
**For U.S. & International Services**
**800 - 745 - 1101**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL         )   MDL NO. 2179

BY THE OIL RIG            )

"DEEPWATER HORIZON" IN )   SECTION "J"

THE GULF OF MEXICO, ON )

APRIL 20, 2010           )   JUDGE BARBIER

                         )   MAG. JUDGE SHUSHAN

*****************

VOLUME 2

*****************

        Continuation of the deposition of Mohan

Kelkar, Ph.D., taken at the Pan-American

Building, 601 Poydras Street, 11th Floor, New

Orleans, Louisiana, 70130, on the 18th day of

July, 2013.

367

```
 1               A P P E A R A N C E S
 2
 3
 4     APPEARING FOR BP, INC.:
           Mr. Martin R. Boles
 5         Mr. Logan MacCuish
           KIRKLAND & ELLIS
 6         333 South Hope Street
           Los Angeles, California  90071
 7
 8     APPEARING FOR TRANSOCEAN:
           Mr. Ray S. Seilie
 9         MUNGER TOLLES & OLSON
           355 South Grand Avenue, 35th Floor
10         Los Angeles, California  90071-1560
11
       APPEARING FOR ANADARKO PETROLEUM CORPORATION:
12         Ms. Ky E. Kirby
           BINGHAM MCCUTCHEN
13         2020 K Street, Northwest
           Washington, D.C. 20006-1806
14
15     APPEARING FOR HALLIBURTON:
           Mr. Prescott W. Smith
16         Mr. Daniel A. Ortega
           GODWIN LEWIS
17         Renaissance Tower
           1201 Elm Street, Suite 1700
18         Dallas, Texas 75270-2041
19
       APPEARING FOR THE UNITED STATES:
20         Ms. Bethany Engel
           U.S. DEPARTMENT OF JUSTICE
21         ENVIRONMENT & NATURAL RESOURCES DIVISION
           Ben Franklin Station
22         Post Office Box 7611
           Washington, D.C.  20044-7611
23         601 D Street, N.W.
           Washington, D.C.  20004
24
25
```

```
 1        Mr. Scott Cernich
          U.S. DEPARTMENT OF JUSTICE
 2        601 D Street, N.W.
          Washington, D.C.  20004

 3

 4    APPEARING FOR THE STATE OF LOUISIANA:
          Mr. Grady J. Flattmann
 5        HENRY DART ATTORNEYS AT LAW
          510 North Jefferson Street
 6        Covington, Louisiana  70433

 7

      ALSO PRESENT:
 8        Mr. Peter Jennings, Videographer
          Mr. Ray Aguirre, Case Manager

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    Q.  Have you ever seen this July 9

2  presentation by Bob Merrill?

3    A.  I have not.

4    Q.  So you didn't consider that in arriving

08:48  5  at your opinion about what the BP consensus was

6  on rock compressibility in July 2010?

7         MS. ENGEL:  Object to form.

8    A.  Can I just look at this just to be sure I

9  have not seen it, or you don't want me to?  Can I

08:48  10  just --

11         MS. ENGEL:  Take your -- take your

12  time and look at it if you need to.

13    A.  (Reviewing document.)  But I think there

14  are, like, many multiple presentations here by

08:48  15  different people.

16    Q.  (By Mr. Boles) Okay.  Let me ask the

17  question about that, then.  Do you --

18    A.  Okay.

19    Q.  -- do you know whether the Bob Merrill

08:49  20  presentation that begins on the page ending

21  1457 --

22    A.  Okay.  And it ends on 59, because there's

23  only one more page after that?

24    Q.  Yes.

08:49  25      Do you know whether Bob Merrill gave that

1    presentation as part of the same presentation to

2    the Government that is shown on the first page of

3    Exhibit 11556 labeled "Shut the Well in on Paper

4    Benefits and Risks"?

08:49   5              MS. ENGEL:  Object to form.

6         A.  I -- I have no idea.

7         Q.  (By Mr. Boles) Okay.

8         A.  Yeah.

9         Q.  So you don't know whether the Bob Merrill

08:49   10    presentation that begins on the page numbered --

11        A.  57.

12        Q.  Thank you.

13             -- 1457 was part of a presentation to the

14    Government about benefits and risks of shutting

08:50   15    in the well?

16        A.  What -- did he give this presentation?

17        Q.  Yeah.  Do you -- no.  Do you know --

18    well, that's a good question.

19             Do you know whether Bob Merrill gave this

08:50   20    presentation on July 9 to the Government?

21                  MS. ENGEL:  Object to form.

22        A.  I have no idea.

23        Q.  (By Mr. Boles) And you don't know whether

24    this is a revised version of the July 8

08:50   25    presentation that you cite in your Footnote?

1        MS. ENGEL:   The same objection.

2        A.   I have no idea.

3        Q.   (By Mr. Boles) And do you know whether

4   this presentation by Bob Merrill, that begins on

08:50   5   the page ending 1457 of Exhibit 11556, was part

6   of a presentation to the Government about

7   benefits and risks of shutting in the well?

8                MS. ENGEL:   The same objection.

9        A.   Can you repeat that question?

08:50  10        Q.   (By Mr. Boles) Yeah.   Do you know whether

11   the Bob Merrill presentation here was given as

12   part of a presentation to the Government about

13   risks of shutting in the well?

14        A.   I -- I have no idea.

08:51  15        Q.   Now if you can turn to Tab 48, please.

16        A.   48.   (Complying.)

17        Q.   Are you looking at the deposition of

18   "Pinky" Vinson?

19        A.   Let's see.   Deposition -- okay.   Yeah.

08:51  20        Q.   Okay.   Please turn to Page 445.

21             (Discussion off the record.)

22        A.   Okay.

23        Q.   (By Mr. Boles) And read Page 445 and 446,

24   and let me know when you're done, please, just to

08:52  25   yourself.

```
         1      A.  (Reviewing transcript.)  Which page do

         2   you want me to stop?

         3      Q.  445 and 446.

         4      A.  Okay.

08:53    5      Q.  You've read those?

         6      A.  I have.

         7      Q.  All right.  Now, let's go to 445.

         8      A.  Okay.  445.

         9      Q.  And Line 9.

08:53   10      A.  Okay.

        11      Q.  Mr. Vinson is testifying:  The

        12   "presentation that I" call was -- "was titled

        13   'Risk to Shut-In.'  So the purpose of that

        14   document, as I stated earlier, was" to try "to

08:53   15   understand at what levels the well could be

        16   flowing because of our obligation to cap and

        17   contain with Serial No. 1 the first time.  One in

        18   that type of analysis would not be looking at

        19   using values of compressibility that are lower

08:54   20   than what was measured in the well.  You would be

        21   looking at ranges that are higher because that's

        22   where your sensitivity was."

        23          Have I read that correctly?

        24      A.  You have.

08:54   25      Q.  Okay.  Is -- do you agree with
```

```
 1    quotation marks next to 12 microsips?

 2         A.  Yes.

 3              MS. ENGEL:  Object to form.

 4         Q.  (By Mr. Boles) So let's look at -- on

 5    Page 219, Line 8, question by Mr. Gladstein:

 6              "So does that mean that -- that we're now

 7    thinking that the -- that the most likely case is

 8    an aquifer that's 3.8X, 12" -- and skip a couple

 9    of words -- "microsips and 35,000 barrels a day?

10              "ANSWER:  No, sir.  That's why 'most

11    likely' is in little" -- continuing with the

12    answer -- "apostrophe."  Continuing with the

13    answer, "Brackets.  It's -- we normally think of

14    things or very often you think of a low case, a

15    mid case, and then" -- and -- "and a high side

16    case.  And in the sloppiness of everyday

17    discourse, you often call it a minimum, a

18    maximum, and a most likely."

19         A.  Okay.

20         Q.  Do you agree with Mr. Merrill's

21    explanation of why he put "most likely" in the

22    July 8 draft of the presentation that you cite in

23    your Footnote?

24              MS. ENGEL:  Object to form.

25         A.  I think that -- fine.  I mean, if he
```

```
     1   wants to call it mid case, okay, it's mid case.
     2   That's -- that's fine.  I mean, I -- I -- I get
     3   the point that you may not be the most likely
     4   case, and I understand that there are
09:02 5   uncertainties with respect to different input
     6   parameters and sometimes you will call it low
     7   case, mid case, and high case, versus low case,
     8   most likely case, and high case.  Okay.  Fine.  I
     9   mean, it -- it -- if you don't want to choose
09:02 10  "most likely" and call it a "mid case," it's
    11   okay.  I mean, fine.
    12       Q.  (By Mr. Boles) And if you don't want to
    13   deem the middle case as scientifically most
    14   likely, that's fine, too?
09:02 15           MS. ENGEL:  Object to form.
    16       A.  But in the absence, I mean, I think
    17   that lar -- I mean, I get the point, okay, so
    18   maybe the distribution between the minimum and
    19   maximum case is skewed, and so I -- I -- I can
09:02 20  see that the mid case could be something in the
    21   middle, and it may not be the most likely case.
    22   I mean, it's possible, but the reality is that in
    23   a lot of these calculations, we have -- we have
    24   to use discrete values, and in the absence of any
09:03 25  other knowledge, it's very difficult to say that
```

 1   why the most likely value will be different than
 2   the mid case.  So I -- I don't see any discussion
 3   as to if indeed 12 is a mid case, then what is
 4   the most likely case.

09:03  5          So fine.  I mean, I -- it's -- it's a
 6   "mid case," it's a mid case.

 7          Q.  (By Mr. Boles) Let's go to Tab 46, which
 8   is also the Merrill testimony, please.

 9          A.  Okay.

09:03 10          Q.  And turn to Page 398, please.

11          A.  Okay.  I'm there.

12          Q.  And does that begin with, on Line 1:  "I
13   do not wish to speculate on --"?

14          A.  Yeah.

09:04 15          Q.  Okay.  Can you read that page to yourself
16   and let me know when you're done, please.

17          A.  (Reviewing transcript.)

18              (Discussion off the record.)

19          A.  Okay.  I -- I finished.

09:04 20          Q.  (By Mr. Boles) Okay.  So let's go to
21   Page 398, Line 8.  I'm going to skip some words
22   just for clarity.

23              The question is:  "...so everybody agreed
24   to use 12 then; is that right?"

09:05 25              Then at Line 15 the answer, from

 1    Mr. Merrill:  "I recall there were some e-mails
 2    back and forth between our geomechanics person
 3    who felt that...may be unreasonably high as a
 4    rock compressibility and was not comfortable with
09:05  5    that value, but we did use it, in any event."
 6          Then Line 23 continues:  "And we only
 7    used it in" -- "the pur- -- for the purposes of
 8    this wellbore integrity test."
 9          Did I read that correctly?
09:05 10    A.  Yes.
11    Q.  Do you agree with Mr. Merrill's
12    recollection that the Geomechanics person at BP
13    felt that 12 may be unreasonably high as rock
14    compressibility, but that BP used it anyway for
09:06 15    the wellbore integrity test?
16                MS. ENGEL:  Object to form.
17    A.  I -- I have no idea.  I mean, I -- I
18    don't know.
19    Q.  (By Mr. Boles) And let's look at Tab
09:06 20    22 -- oh, sorry.  This isn't in a binder, so I'm
21    just going to hand this to Counsel.  Sorry about
22    that.
23                MS. ENGEL:  Do you have a copy for
24    me?
09:06 25                MR. BOLES:  Pardon?

         1          Q.  And look at -- look at the backside,

         2     which you --

         3          A.  Okay.

         4          Q.  -- kindly called to my attention.

09:08    5          A.  Okay.

         6          Q.  The E-mail from Stephen Willson.

         7          A.  Okay.

         8          Q.  And he's --

         9          A.  Yeah.

09:08   10          Q.  -- writing to Kelly McAughan and Robert

        11     Merrill, those are people --

        12          A.  Right.

        13          Q.  -- whose names you're familiar with,

        14     right?

09:08   15          A.  Right.

        16          Q.  And he says:  "Hi Kelly - I don't think

        17     you can go" --

        18          A.  Right.

        19          Q.  -- "much above 6 microsips and still

09:08   20     honor the data."  Do you see that?

        21          A.  M-h'm.

        22          Q.  Do you -- is it your opinion that Steve

        23     Willson later changed his mind?

        24               MS. ENGEL:  Object to form.

09:08   25          A.  Yes.

1      Q.   (By Mr. Boles) Do you know what Steve

2  Willson's -- well, strike that.

3           Let's go to the first page of this, and

4  the first -- or the second E-mail from Steve

09:08  5  Willson to David Schott dated July 6.  Do you see

6  that?

7      A.   Yes.

8      Q.   Okay.  And it says "David - I have spoken

9  with Bob Merrill and have more context now" --

09:08  10     A.   Yeah.

11     Q.   -- "around the question being asked."

12     A.   Right.

13     Q.   Do you know what question they're

14  referring to?

09:08  15     A.   No.

16     Q.   Do you know if -- if they're talking

17  about the decision on what compressibility --

18  compressibility to use in early July 2010?

19     A.   No, I -- I don't know, really, what was

09:09  20  the discussion between Dr. Merrill and

21  Mr. Willson.

22     Q.   Okay.  Can you look at Tab 34?  And --

23     A.   Okay.

24     Q.   And you should have an exhibit number in

09:09  25  the bottom right that says 10825?

401

                    A.  Right.

 1

 2                  Q.  And you see at the top this begins with

 3      an E-mail from Michael Levitan to Robert Merrill?

 4                  A.  Okay.

09:10  5            Q.  Do you know who Michael Levitan is within

 6      BP?

 7                  A.  I do.

 8                  Q.  Who is he?

 9                  A.  I mean, are you just asking me refer to

09:10 10     this E-mail or just outside the scope of this?

 11                 Q.  No, just generally, do you know -- would

 12     you -- have you ever met Michael Levitan?

 13                 A.  I've met him.

 14                 Q.  When have you met him?

09:10 15            A.  In some SB meetings.

 16                 Q.  Have you ever talked to him about

 17     reservoir engineering science?

 18                       MS. ENGEL:  Object to form.

 19                 A.  Yes.

09:10 20            Q.  (By Mr. Boles) Is he a Reservoir

 21     Engineer?

 22                 A.  Yes.

 23                 Q.  Is he a good Reservoir Engineer?

 24                 A.  Yes.

09:10 25                  MS. ENGEL:  Object to form.

563

```
 1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
 2
 3   IN RE:  OIL SPILL      )  MDL NO. 2179
     BY THE OIL RIG         )
 4   "DEEPWATER HORIZON" IN )  SECTION "J"
     THE GULF OF MEXICO, ON )
 5   APRIL 20, 2010         )  JUDGE BARBIER
                            )  MAG. JUDGE SHUSHAN
 6
 7
 8              REPORTER'S CERTIFICATION
        TO THE ORAL AND VIDEOTAPED DEPOSITION OF
 9                 MOHAN KELKAR, PH.D.
                    JULY 18, 2013
10                     VOLUME 2
11
12       I, Emanuel A. Fontana, Jr., Certified
     Shorthand Reporter in and for the State of Texas,
13   hereby certify to the following:
14       That the witness, MOHAN KELKAR, PH.D., was
     duly sworn by the officer and that the transcript
15   of the oral deposition is a true record of the
     testimony given by the witness;
16
         That the deposition transcript was submitted
17   on           , 2013, to the witness or to
     Attorney _____ for the witness to
18   examine, sign, and return to Worldwide Court
     Reporters, Inc., by                 , 2013.
19
         That the amount of time used by each party
20   at the deposition is as follows:
21       Mr. Boles - 1 Hour, 42 Minutes
         Ms. Kirby - 1 Hour, 29 Minutes
22       Ms. Engel - 3 Minutes
23
24
25
```

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

1        I further certify that I am neither counsel
for, related to, nor employed by any of the
2   parties in the action in which this proceeding
was taken, and further that I am not financially
3   or otherwise interested in the outcome of the
action.

4

        SUBSCRIBED AND SWORN to by me on this 18th
5   day of July, 2013.

6

7

8                           _____

                            Emanuel A. Fontana, Jr., RPR
9                           Texas CSR No. 1232
                            Expiration Date: 12/31/2014
10                          Worldwide Court Reporters
                            Firm Registration No. 223
11                          3000 Weslayan, Suite 235
                            Houston, Texas  77027
12                          (713) 572-2000

13

14

15

16

17

18

19

20

21

22

23

24

25