UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

William W. Blevins  
   Clerk

500 Poydras St., Room C-151  
New Orleans, LA 70130

Mr. Lyle W. Cayce, Clerk  
U. S. Court of Appeals, Fifth Circuit  
  600 South Maestri Place  
  New Orleans, LA  70130

12-31155  
APPEAL NO 13-30095

[Filed stamp: U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA, FILED JUL 30 2013, WILLIAM W. BLEVINS CLERK]

IN RE: OIL SPILL BY OIL RIG DEEPWATER HORIZON   MD 10-2179 J

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

   ___ 1) Electronic Copy of Record on appeal

      ___ Volume(s) of record    ___ Volume(s) of transcripts

      ___ Volume(s) of depositions

      ___ Container(s) of exhibits ___ box    ___ binder

   _x_ 2) Supplemental record   3 volumes and 1 transcript of suppl #19

   ___ 3) SEALED DOCUMENT _____

   ___ 4) Other_____

Very truly yours,

By___Alicia Phelps___  
    Deputy Clerk

___ Fee_____  
___ Process_____  
_X_ Dkhd_____  
___ CtRmDep_____  
___ Doc. No._____