UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

William W. Blevins
   Clerk

500 Poydras St., Room C-151
New Orleans, LA 70130

August 5, 2013

Mr. Lyle W. Cayce, Clerk
U. S. Court of Appeals, Fifth Circuit
 600 South Maestri Place
 New Orleans, LA 70130

FILED AUG -5 2013
WILLIAM W. BLEVINS
CLERK

APPEAL NO <u>12-30883</u>

<u>IN RE: OIL SPILL BY OIL RIG DEEPWATER HORIZON    MD 10-2179 J</u>

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

    ___ 1) Electronic Copy of Record on appeal

        ___ Volume(s) of record   ___ Volume(s) of transcripts

        ___ Volume(s) of depositions

        ___ Container(s) of exhibits ___ box ___ binder

    ___ 2) Supplemental record_____

    _x_ 3) SEALED DOCUMENT __4836, 5113, 5214, and 5283__

    ___ 4) Other_____

Very truly yours,

By___Alicia Phelps_____
    Deputy Clerk



___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____