UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | MDL No.  2179<br><br>Section:  J<br><br>Judge Barbier<br>Magistrate Shushan |
| This Document Relates to:<br>         2:12-cv-01484 | | |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

THIS CAUSE came before the Court upon the law firms of KRUPNICK CAMPBELL MALONE BUSER SLAMA HANCOCK LIBERMAN & MCKEE, P.A. and SMITH STAG, LLC's Motion to Withdraw as Counsel. The Court having read and considered argument of counsel and being otherwise fully apprised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1.     That ROBERT J. MCKEE, ESQUIRE, and the law firm of KRUPNICK CAMPBELL MALONE BUSER SLAMA HANCOCK LIBERMAN & MCKEE, P.A. and STUART H. SMITH, ESQUIRE, and the law firm of SMITH STAG, LLC's **Motion to Withdraw as Counsel** as to **only** those individual Plaintiffs listed below be and the same is hereby **granted**.

| | **Plaintiff** | **Present Address** | **Telephone Number** |
|---|---|---|---|
| 1. | Glib Enterprises, LLC, d/b/a Gulf Beach Auto Sales | gulfbeachauto@gmail.com<br><br>C/O Mr. Kazak Glib<br>3304 Gulf Beach Highway<br>Pensacola, FL 32507 | 850-696-2894<br>850-377-4637 |

2. That **Glib Enterprises, LLC, d/b/a Gulf Beach Auto Sales** must enroll new counsel within thirty (30) days from the receipt of this Order, failing which its claims may be dismissed since corporations and L.L.C.s must be represented by licensed counsel. See Southwest Exp. Co., Inc. v. I.C.C., 670 F.2d 53, 55 (5th Cir. 1982); see also Collier v. Cobalt LLC, No. 01-2007, 2002 WL 726640 (E.D. La. April 22, 2002).

DONE AND ORDERED in Chambers, at New Orleans, Louisiana on this 19th day of August 2013.

_____
United States District Judge