UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| This Document Relates To: | |
| | JUDGE BARBIER |
| Civil Action No. 2:13-cv-05511-CJB-SS *Industrial Coatings of Louisiana, LLC v. BP Exploration & Production, Inc., et al.* | MAGISTRATE JUDGE SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

<u>INDUSTRIAL COATINGS OF LOUISIANA, LLC</u>
   NON-GOVERNMENTAL
   CORPORATE PARTY
   TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK: <u>None</u>

PARENT CORPORATIONS: None

Dated:   August 21, 2013.            Respectfully submitted,

BARON & BUDD, P.C.

BY: _/s/ Scott Summy_____
   SCOTT SUMMY (Texas Bar No. 19507500)
   ssummy@baronbudd.com
   IRMA ESPINO (Georgia Bar No. 558220)
   iespino@baronbudd.com
   3102 Oak Lawn Avenue, Suite 1100
   Dallas, Texas 75219
   Telephone: (214) 521-3605
   Facsimile: (214) 520-1181

**COSSICH, SUMICH, PARSIOLA
& TAYLOR, LLC**
PHILIP F. COSSICH, JR., #1788 (T.A.)
pcossich@cossichlaw.com
DAVID A. PARSIOLA, #21005
dparsiola@cossichlaw.com
BRANDON J. TAYLOR, #27662
btaylor@cossichlaw.com
8397 Highway 23, Suite 100
Post Office Box 400
Belle Chasse, Louisiana 70037
Telephone: (504) 394-9000
Facsimile: (504) 394-9110