IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

Timothy Jordan,

    Plaintiff,

v.                                           CASE NO.: 2:11-cv-02528-CJB-SS

BP P.L.C.; BP America Inc.;
BP Products North America Inc.;
BP America Production Company;
BP Exploration & Production Inc.;
Anadarko Petroleum Corporation;
Anadarko E&P Company, LP;
Moex Offshore 2007, LLC; Transocean
Ltd.; Transocean Deepwater, Inc.;
Transocean Offshore Deepwater Drilling,
Inc.; Transocean Holdings, LLC; Triton
Asset Leasing GmbH; Halliburton Energy
Services, Inc.; M-I, LLC; Weatherford U.S.,
L.P.; Dril-Quip, Inc.; Cameron International
Corporation f/k/a Cooper Cameron Corporation;
John and Jane Doe A-Z; and Corporations A-Z,

    Defendants.
_____/

## MOTION FOR WITHDRAWAL OF COUNSEL

Counsel for Plaintiff TIMOTHY JORDAN, respectfully moves the Court for entry of an order allowing him to withdraw as attorney of record.

Counsel for Plaintiff has discussed this matter with Plaintiff and he has no objection to this motion. He is seeking a new attorney.

WHEREFORE, the undersigned attorney for Plaintiff TIMOTHY JORDAN, respectfully requests the Court to enter an order relieving him from further responsibility as counsel of record for Plaintiff.

DATED this the 16th day of August, 2013.

_____
Aaron L. Watson, Esquire
Florida Bar Number: 071091
Levin, Papantonio, Thomas, Mitchell,
 Rafferty & Proctor, P.A.
Post Office Box 12308 (32591)
Pensacola, FL 32502
(850) 435-7105 (Watson)
(850) 436-6105 (Fax)
Attorneys for Plaintiff

2