UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| This Document Relates To: | |
| | JUDGE BARBIER |
| Civil Action No. 2:13-cv-05241-CJB-SS *DAL-CO, LLC v. BP Exploration & Production, Inc., et al.* | MAGISTRATE JUDGE SHUSHAN |


[CORRECTED] STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE


| DAL-CO, LLC | PUBLICLY HELD |
|---|---|
| NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION | COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK |
| | NONE |

PARENT CORPORATIONS:

NONE


August 21, 2013
Date

BARON & BUDD, P.C.

BY:   /s/   Scott Summy
 SCOTT SUMMY (Texas Bar No. 19507500)
 ssummy@baronbudd.com
 CARLA M. BURKE (Texas Bar No. 24012490)
 cburke@baronbudd.com
 MITCHELL MCCREA (Texas Bar No. 24041435)
 mmccrea@baronbudd.com
 3102 Oak Lawn Avenue, Suite 1100
 Dallas, Texas 75219
 Telephone:  (214) 521-3605
 Facsimile:   (214) 520-1181

**COSSICH, SUMICH, PARSIOLA**
**& TAYLOR, LLC**
PHILIP F. COSSICH, JR., #1788 (T.A.)
pcossich@cossichlaw.com
DAVID A. PARSIOLA, #21005
dparsiola@cossichlaw.com
BRANDON J. TAYLOR, #27662
btaylor@cossichlaw.com
8397  Highway 23, Suite 100
Post Office Box 400
Belle Chasse, Louisiana  70037
Telephone:  (504) 394-9000
Facsimile:  (504) 394-9110