UNITED STATED JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179<br><br>SECTION: J<br><br>Judge Barbier<br>Mag. Judge Sushan |

This Document Relates to:          2:13cv02777-CJB-SS

SHANNON GELINAS & GERARD GELINAS                    PLAINTIFFS

VERSUS                         CIVIL ACTION NO. 2:13cv02777-CJB-SS

BP, PLC;
BP AMERICA PRODUCTION COMPANY; AND
BP EXPLORATION AND PRODUCTION, INC.                 DEFENDANTS

NOTICE OF WITHDRAWAL OF MOTION

Plaintiffs, Shannon Gelinas & Gerard Gelinas, by and through their counsel, Owen, Galloway & Myers, PLLC, submit this Notice of Withdrawal of Motion for Extension of Time for Service of Process on BP, PLC [Doc #11029] filed on August 15, 2013, and state as follows:

On August 19, 2013, Plaintiffs received the executed Waiver of Service from counsel for BP, PLC. Accordingly, as BP, PLC has waived service, Plaintiffs' Motion is

moot and does not require the attention of the Court.

Respectfully submitted this the 21st day of August, 2013.

>SHANNON GELINAS & GERARD GELINAS
>Plaintiffs
>
>By: OWEN, GALLOWAY & MYERS, P.L.L.C.
>
>BY: /s/     *JOE SAM OWEN*, MSB #3965

## CERTIFICATE OF SERVICE

I, Joe Sam Owen, of the law firm of Owen, Galloway & Myers, P.L.L.C., do hereby certify that I have I electronically filed the above and foregoing Notice with the Clerk of the Court using the ECF System which sent notification of such filing to all counsel of record.

SO CERTIFIED THIS THE 21st day of August, 2013.

>/s/:  *JOE SAM OWEN, MSB #3965*

JOE SAM OWEN
Owen, Galloway & Myers, P.L.L.C.
1414 25th Avenue
Post Office Drawer 420
Gulfport, MS  39502
Phone 228-868-2821
Fax:  228-864-6421
jso@owen-galloway.com