IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *<br>*<br>*<br>*<br>* | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br><br>*13-5234* | *<br>*<br>*<br>* | Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

**EX PARTE MOTION TO SUPPLEMENT RECORD WITH OMITTED EXHIBIT**

Defendants BP Exploration & Production Inc., BP America Production Company and BP Corporation North America Inc. (collectively "BP"), hereby respectfully move this Court to supplement its prior filing at Record Document Number 1 with the attached Declaration of Cynthia Reyes Garcia, attached as Exhibit A. The declaration was original referenced in Paragraph XVIII in that same filing but erroneously omitted in the electronic filing process. Counsel for BP circulated the intended declaration to all counsel in both related actions via e-mail on Tuesday, August 7, 2013 after it was notified by counsel for plaintiff that the declaration was erroneously omitted from the intended filing. *See* Exhibit B. Counsel for all parties have been contacted and have not objected to the filing of this motion.

WHEREFORE, BP respectfully requests that it be permitted to supplement the original filing with the declaration of Cynthia Reyes Garcia, attached hereto as Exhibit A.

.

Respectfully submitted on August 21, 2013.

/s/ Devin C. Reid

Don K. Haycraft, T.A. (Bar #14361)
Mark D. Latham (Bar #19673)
Devin C. Reid (Bar #32645)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

ATTORNEYS FOR DEFENDANTS BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY AND BP CORPORATION NORTH AMERICA INC.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21st day of August, 2013.

/s/ Devin C. Reid