# Laura Rutledge

| | |
|---|---|
| **From:** | Devin Reid |
| **Sent:** | Tuesday, August 06, 2013 2:31 PM |
| **To:** | 'mhelm@helmlawfirm.com'; 'jms@nola-law.com'; 'sbrady@flanaganpartners.com'; 'jrobert@preisroy.com' |
| **Subject:** | Affidavit re Hayden v. Mitchell (No. 13-5234) and Hayden v. A.M.C. (No. 13-5235) |
| **Attachments:** | Hayden declaration.pdf |

Counsel,

Julie notified me that the declaration was omitted from the notices of removal for the two referenced cases.  I apologize for this error.  The intended exhibit it attached to this e-mail.

Best regards,


**Devin C. Reid**

(504) 556-4151 Direct
(504) 556-4108 Fax


# LISKOW&LEWIS
New Orleans | Lafayette | Houston

One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139
www.liskow.com


**Liskow & Lewis, A Professional Law Corporation.** This communication is solely for the person to whom it is addressed. It contains legally privileged and confidential information. If you are not the intended recipient, you may not forward, disclose, copy, print, or save the message or its attachments. If you have received this message in error, please notify me immediately, and please delete this message.

1

## DECLARATION OF CYNTHIA REYES GARCIA

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared Cynthia Reyes Garcia, known to me to be a credible person of lawful age, and being by me first duly sworn, upon her oath deposed and stated that she has personal knowledge of the facts stated in this Declaration as follows:

1.      My name is Cynthia Reyes Garcia. I am authorized and competent to make this Affidavit, and I am over the age of 21 years and have never been convicted of a crime involving moral turpitude. I swear and affirm that the statements contained in this Declaration are true and correct. The matters attested herein are within my personal knowledge.

2.      I am currently the Vice President of Human Resources for the Reservoir Development Function. On April 20, 2010 I was the Human Resources Manager in the Gulf of Mexico.

3.      I am authorized to give this Declaration on behalf of BP Exploration & Production Inc., BP America Production Company and BP Corporation North America Inc. (collectively "BP").

4.      As a general practice, and consistent with BP's internal policies, BP does not assume control over the employees of contractors.

5.      I am not aware of any facts that would indicate that BP's general practice was not followed with respect to Russell Hayden.

6.      Russell Hayden has never been an employee of a BP entity.

7.      Hence, Russell Hayden was not on BP's payroll or receiving fringe benefits from BP.

8.      BP is not aware that Russell Hayden ever applied to become a BP employee.

9.      BP had no right to discharge Russell Hayden as an employee of his actual employer.

Further Affiant sayeth not.

_Cynthia Reyes Garcia_
Cynthia Reyes Garcia

SUBSCRIBED AND SWORN to before me on this the $\underline{22}$ day of July 2013 to certify which witness my hand and seal of office.

_Nicole C. Sherrod_
Notary Public, State of Texas

NICOLE C. SHERROD
Notary Public, State of Texas
My Commission Expires
August 31, 2013

2