IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to: | * * | Honorable CARL J. BARBIER |
| *13-5234* | * * | Magistrate Judge SHUSHAN |

## ORDER

Considering the foregoing Ex-Parte Motion to Supplement Record with Omitted Exhibit;

**IT IS ORDERED** that the motion is granted and that Record Document Number 1 filed by Defendants BP Exploration & Production Inc., BP America Production Company and BP Corporation North America Inc. be and is hereby supplemented with the declaration of Cynthia Reyes Garcia, attached to the above referenced motion as Exhibit A.

New Orleans, Louisiana, this _____ day of _____ 2013.

_____
**UNITED STATES DISTRICT COURT JUDGE**