# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL NO. 2179 |
| This document relates to Case Numbers 13-5234 | * * | SECTION: J |
| | * * | JUDGE BARBIER MAGISTRATE SALLY SHUSHAN |
| | * | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## CERTIFICATE OF COMPLIANCE WITH 28 U.S.C. § 1447(b)

NOW INTO COURT, through undersigned counsel, come BP Exploration & Production Inc., BP America Production Co., and BP Corporation North America Inc. (collectively "BP") and file this certificate of compliance with 28 U.S.C. § 1447(b), as required by the Court's August 5, 2013 order.

1.

The parties named in this action are plaintiff, Russell Hayden, and defendants, BP Exploration & Production Inc., BP America Production Company and BP Corporation North America Inc. and Mitchell Lift Boats, L.L.C.

2.

Copies of all pleadings filed in state court by the parties are attached hereto as Exhibit "A."

3.

Returns on service of process filed in state court are attached hereto as Exhibit "B."

Respectfully submitted,

/s/ Devin C. Reid_____
Don K. Haycraft, T.A. (Bar #14361)
Mark D. Latham (Bar #19673)
Devin C. Reid (Bar #32645)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

ATTORNEYS FOR DEFENDANTS BP
EXPLORATION & PRODUCTION, INC.,
BP AMERICA PRODUCTION
COMPANY AND BP CORPORATION
NORTH AMERICA INC.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21st day of August 2013.

/s/ Devin C. Reid_____