25th JUDICIAL DISTRICT COURT FOR THE PARISH OF PLAQUEMINES

STATE OF LOUISIANA

NO. 60-623   DIVISION: A   SECTION:

RUSSELL HAYDEN

VERSUS

FILED JUN 27 2013

MITCHELL LIFT BOATS L.L.C., DRC EMERGENCY SERVICES, LLC, BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, BP CORPORATION NORTH AMERICA INC., AND JACOB PUDDERER

FILED: _____   _____
                                    DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes the plaintiff, RUSSELL HAYDEN, a person of full age of majority and resident of Parish of Plaquemines, State of Louisiana, and for his Petition respectfully represents as follows:

1.

Made defendants herein are:

1. MITCHELL LIFT BOATS, L.L.C., on information and belief, a corporation authorized to do and doing business in the State of Louisiana and within the jurisdiction of this Honorable Court, and at all times pertinent hereto, the employer of the plaintiff and/or the owner, owner *pro hac vice*, charterer and/or operator of the M/V MACY LYN;

2. DRC EMERGENCY SERVICES, LLC, on information and belief, a corporation authorized to do and doing business in the State of Louisiana and within the jurisdiction of this Honorable Court, and at all times pertinent hereto, the employer of the plaintiff and/or the owner, owner *pro hac vice*, charterer and/or operator of the M/V LA 7028 and/or the M/V MACY LYN;

3. BP EXPLORATION & PRODUCTION, INC., on information and belief, a corporation authorized to do and doing business in the State of Louisiana and within the jurisdiction of this Honorable Court, and at all times pertinent hereto, the employer of the plaintiff and/or the owner, owner *pro hac vice*, charterer and/or operator of the M/V LA 7028 and/or the M/V MACY LYN;

1

4. BP AMERICA PRODUCTION COMPANY, on information and belief, a corporation authorized to do and doing business in the State of Louisiana and within the jurisdiction of this Honorable Court, and at all times pertinent hereto, the employer of the plaintiff and/or the owner, owner *pro hac vice*, charterer and/or operator of the M/V LA 7028 and/or the M/V MACY LYN;

5. BP CORPORATION NORTH AMERICA, INC., on information and belief, a corporation authorized to do and doing business in the State of Louisiana and within the jurisdiction of this Honorable Court, and at all times pertinent hereto, the employer of the plaintiff and/or the owner, owner *pro hac vice*, charterer and/or operator of the M/V LA 7028 and/or the M/V MACY LYN;

6. JACOB PUDDERER, on information and belief, an individual and person of full age of majority and a resident of the Parish of Plaquemines, State of Louisiana, within the jurisdiction of this Honorable Court, and at all times pertinent hereto, the employer of the plaintiff and/or the owner, owner *pro hac vice*, charterer and/or operator of the M/V LA 7028.

## FIRST CAUSE OF ACTION

2.

Petitioner, RUSSELL HAYDEN, was at all times mentioned herein an employee of the defendants, and a member of the crew of the M/V LA 7028 and/or the M/V MACY LYN, vessels, owned, chartered, and/or operated by the defendants, performing his duties as a seaman aboard said vessels, and the defendants are liable unto him under the admiralty law known as the Merchant Marine Act, modified and commonly known as the Jones Act, 46 U.S.C. Appx. § 688 (now 46 U.S.C. § 30104), and/or alternatively pursuant to 33 U.S.C. § 905(b), and pursuant to the General Maritime Law of the United States of America, and under the law and statutes of the State of Louisiana, and he brings this suit pursuant to the "savings to suitors" clause of the United States Constitution and hereby designates this claim as one in admiralty and maritime, for the following reasons:

3.

On or about November 7, 2010, plaintiff was employed as a seaman aboard vessels owned and/or operated by the defendants, which vessels were in the navigable waters of the United States and within the jurisdiction of this Court. On that date, plaintiff was working aboard the M/V MACY LYN performing his assigned duties as a seaman aboard said vessels. In the course of performing

2

those duties, suddenly and without warning and due to the negligence of the defendants and/or the unseaworthiness of the vessel, plaintiff was caused to sustain severe and disabling injuries while assisting a crewmember of the M/V MACY LYN move an ice chest, he was caused to be thrown back against the guard rail on the M/V MACY LYN.

4.

Plaintiff was in no manner negligent. On information and belief, plaintiff alleges that the sole and proximate cause of the accident and his injuries, as described herein, was the unseaworthiness of the vessel and/or negligence and/or failure of the defendants, and their employees, servants and/or agents, in carrying out their obligations and duties, individually and concurrently, in the following respects:

1. Failure to provide plaintiff with a safe place in which to work;

2. Failure to warn the plaintiff;

3. Failure to warn plaintiff of the dangerous and unsafe conditions of the vessel;

4. Failure to exercise reasonable care in discovering and correcting any and all unsafe conditions existing on the vessel;

5. Failure to provide competent and adequate supervisory authority;

6. Hiring untrained and unskilled employees;

7. Retaining employees found to be careless and/or unskilled;

8. Failure to properly man the vessel;

9. Creation and maintenance of an unseaworthy vessel, and failure to properly maintain the vessel;

10. Failure to provide plaintiff with the proper equipment and/or personnel to accomplish his job in a reasonably safe manner;

11. Breach of legally imposed duties of reasonable care owed by the defendant(s) to the plaintiff;

12. Failure to provide prompt and adequate medical care, treatment, maintenance and cure, thereby causing additional damages, including but not limited to any negligent hiring and/or retention of physicians and/or disregarding advice of physicians;

13. Other acts of negligence and conditions of unseaworthiness to be proven at the trial of this case.

5.

Solely by reason of the negligence of the defendants and unseaworthiness of the vessel, and other acts and inactions described herein, plaintiff sustained serious injuries including but not limited to the following: possible ruptured discs and nerve damage, as well as other injuries to his bones,

3

muscles and joints, organs and tissues among other component parts of his head, back, neck, ribs, legs, feet, and hands. As a result thereof, plaintiff has in the past and will in the future: require medicines, medical care, medical treatment, have to expend moneys and incur obligations for treatment and care, suffer agonizing aches, pains, and mental anguish, and be disabled from performing his usual duties, occupations and avocations.

6.

As a result of the aforesaid negligence, breach of duties, and unseaworthiness on the part of the defendants herein, plaintiff has suffered injuries and damages for which defendants are liable unto him, plus legal interest from the date of occurrence, a reasonable attorney's fee, and all costs of these proceedings.

## SIXTH CAUSE OF ACTION

## MAINTENANCE AND CURE

7.

Plaintiff repeats and realleges all of the foregoing paragraphs with the same force and effect as if herein set forth in full, and in addition thereto alleges that as a result of the aforementioned injuries which plaintiff received aboard the vessel, he was rendered unfit for duty as a seaman from the date of the accident, on or about November 7, 2010.

8.

Pursuant to the General Maritime Laws of the United States of America, the defendants owed the absolute and non-delegable duty to provide plaintiff with maintenance and cure benefits from the date of his injury until full recovery.

9.

Thus, the defendants is indebted unto the plaintiff for maintenance and cure benefits in the amount of FIFTY ($50.00) DOLLARS per day from November 7, 2010, until he has fully recovered from his injuries, or such amount as plaintiff proves to be legally entitled to, together with interest from the date of occurrence, a reasonable attorney's fee and all costs of these proceedings.

10.

In addition, the defendant has refused and/or failed to timely pay plaintiff's maintenance and cure benefits. The refusal/failure to do so on a timely basis was willful, wanton, arbitrary, capricious and/or otherwise without cause. As a result, the plaintiff has had to endure additional and

4

unnecessary pain, suffering and financial stress and possible worsening of his physical condition. As a result thereof, the defendant is liable unto the plaintiff for additional compensatory damages in a full and true amount to be determined at the trial of this matter, together with interest from the date of occurrence, a reasonable attorney's fee and all costs of these proceedings and punitive damages pursuant to the Supreme Court of the United States' ruling in *Atlantic Sounding Co., Inc. v. Townsend*, 129 S.Ct. 2561 (2009).

WHEREFORE, RUSSELL HAYDEN prays that his Complaint be deemed good and sufficient, and that after due proceedings had and the expiration of all legal delays herein:

1. That there be judgment in favor of the plaintiff, RUSSELL HAYDEN, and against the defendants, MITCHELL LIFT BOATS, L.L.C., DRC EMERGENCY SERVICES, LLC, BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION CO., BP CORPORATION NORTH AMERICA, INC. and JACOB PUDDERER, jointly, severally, and *in solido*, in damages in an amount to be determined at trial, together with interest from the date of occurrence until paid, attorney's fees, and all costs;

2. There be a judgment rendered herein in favor of the plaintiff and against the defendants for maintenance and cure benefits, past, present, and future at a daily rate of FIFTY ($50.00) DOLLARS, or such amount as plaintiff proves to be legally entitled to, plus interest from the date of occurrence, costs and attorney's fees therefore, all in a true sum to be determined at the trial of this case;

3. There be judgment herein in favor of the plaintiff and against the defendants for additional compensatory damages and for punitive damages for the defendants' willful, wanton, arbitrary, capricious, and/or otherwise without cause failure and/or refusal to pay plaintiff's maintenance and cure benefits, in an amount to be determined at trial, together with interest from the date of occurrence, a reasonable attorney's fee, and all costs of these proceedings;

4. For any and all other relief which the law and justice provide.

RESPECTFULLY SUBMITTED:

/s/ 

LAWRENCE BLAKE JONES (7495)
DAVID C. WHITMORE    (17864)
JULIE SUMRALL            (21387)
SCHEUERMANN & JONES, L.L.C.
701 Poydras Street, Suite 4100
New Orleans, LA 70139
Telephone: (504) 525-4361
Facsimile: (504) 525-4380
Attorneys for Plaintiff,
Russell Hayden

PLEASE SERVE THE PETITION FOR DAMAGES ON THE DEFENDANTS AS FOLLOWS:

1. MITCHELL LIFT BOATS, L.L.C.
Through its registered agent:
Dale Mitchell
5113 Rip Van Winkle Rd.
New Iberia, Louisiana 70560

2. DRC EMERGENCY SERVICES, L.L.C.
Through its registered agent:
C T CORPORATION SYSTEM
5615 Corporate Blvd., Ste. 400B
Baton Rouge, Louisiana 70808

3. BP EXPLORATION & PRODUCTION INC.
Through its registered agent:
C T CORPORATION SYSTEM
5615 Corporate Blvd., Ste. 400B
Baton Rouge, Louisiana 70808

4. BP AMERICA PRODUCTION COMPANY
Through its registered agent:
C T CORPORATION SYSTEM
5615 Corporate Blvd., Ste. 400B
Baton Rouge, Louisiana 70808

5. BP CORPORATION NORTH AMERICA INC.
Through its registered agent:
THE PRENTISS-HALL CORPORATION SYSTEM, INC.
320 Somerulos Street
Baton Rouge, Louisiana 70802-6129

6. JACOB PUDDERER
86504 Highway 23
Port Sulphur, Louisiana 70083

6

# LOUISIANA CIVIL CASE REPORTING
## Civil Case Cover Sheet - LA. R.S. 13:4688 and
## Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:** Russell Hayden vs. Mitchell Lift Boats, LLC; DRC Emergency Services, LLC; BP Exploration + Production Inc.; BP America Production Company; BP Corporation North America Inc.; Jacob Pudderer

**Court:** 25th JDC     **Docket Number:** _____

**Parish of Filing:** Plaquemines     **Filing Date:** _____

**Name of Lead Petitioner's Attorney:** Julie Sumrall

**Name of Self-Represented Litigant:** _____

**Number of named petitioners:** 1     **Number of named defendants:** 6

**Type of Lawsuit:** Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

- ___ Auto: Personal Injury
- ___ Auto: Wrongful Death
- ___ Asbestos: Property Damage
- ___ Product Liability
- ___ Intentional Bodily Injury
- ___ Intentional Wrongful Death
- ___ Business Tort
- ___ Defamation
- ___ Environmental Tort
- ___ Intellectual Property
- ___ Legal Malpractice
- ___ Other Professional Malpractice
- ✓ Maritime
- ___ Wrongful Death
- ___ General Negligence
- ___ Auto: Property Damage
- ___ Auto: Uninsured Motorist
- ___ Asbestos: Personal Injury Death
- ___ Premise Liability
- ___ Intentional Property Damage
- ___ Unfair Business Practice
- ___ Fraud
- ___ Professional Negligence
- ___ Medical Malpractice
- ___ Toxic Tort
- ___ Other Tort (describe below)
- ___ Redhibition
- ___ Class action (nature of case)

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
Action for personal injury to a Jones Act seaman

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

**Name:** Julie Sumrall     **Signature:** _____

**Address:** Scheuermann + Jones, LLC, 701 Poydras St. - Ste. 4100, N.O., LA 70139

**Phone number:** (504) 525-4361     **E-mail address:** www.nola-law.com

# CITATION



RUSSELL HAYDEN

Versus

MITCHELL LIFT BOATS LLC ET AL

Case: 00060623
Division: A
25th Judicial District Court
Parish of Plaquemines
State of Louisiana

To: MITCHELL LIFT BOATS, LLC
THROUGH ITS REGISTERED AGENT:
DALE MITCHELL
5113 RIP VAN WINKLE RD.
NEW IBERIA, LA 70560

YOU ARE HEREBY SUMMONED to comply with the demand contained in the Petition of which a true and correct copy (exclusive of exhibits) accompanies this Citation, or make an appearance either by filing a pleading, or otherwise, in the 25th Judicial District Court in and for the Parish of Plaquemines, State of Louisiana, within fifteen (15) days after the service hereof, under the penalty of default.

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Thursday, June 27, 2013.

Req. By:
JULIE SUMRALL
ATTORNEY FOR PLAINTIFF
504-525-4361

Deputy Clerk of Court for
Dorothy M. Lundin, Clerk of Court
P.O. Box 40
Belle Chasse, LA 70037

## Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above named party as follows:

Personal Service on the party herein named _____
Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20____.

Service      $_____
                              By: _____
Mileage      $_____              Deputy Sheriff

Total        $_____

2013 JUL 1 PM 11 37

IBERIA PARISH SHERIFF DEPT.
RECEIVED: 7-1-13
SERVED: 7-2-13
PERSONAL ( ✓ )
DOMICILIARY ( ) ON _____
SERVICE FEE _____ MILEAGE FEE _____ TOTAL _____
DEP:
Thad Broussard
# 187

FILED
JUL 12 2013

[ FILED COPY ]

**CITATION**



RUSSELL HAYDEN

Versus

MITCHELL LIFT BOATS LLC ET AL

Case: 00060623
Division: A
25th Judicial District Court
Parish of Plaquemines
State of Louisiana

To: BP CORPORATION NORTH AMERICA INC.
THROUGH ITS REGISTERED AGENT:
THE PRENTISS-HALL CORPORATION SYSTEM, INC.
320 SOMERULOS ST.
BATON ROUGE, LA 70802-6129

YOU ARE HEREBY SUMMONED to comply with the demand contained in the Petition of which a true and correct copy (exclusive of exhibits) accompanies this Citation, or make an appearance either by filing a pleading, or otherwise, in the 25th Judicial District Court in and for the Parish of Plaquemines, State of Louisiana, within fifteen (15) days after the service hereof, under the penalty of default.

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Thursday, June 27, 2013.

Req. By:
JULIE SUMRALL
ATTORNEY FOR PLAINTIFF
504-525-4361

Deputy Clerk of Court for
Dorothy M. Lundin, Clerk of Court
P.O. Box 40
Belle Chasse, LA 70037

**Service Information**

Received on the _3_ day of _July_, 20_13_ and on the _3_ day of _July_, 20_13_ served the above named party as follows:

Personal Service on the party herein named _Prentice Hell Corp_.

Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20_____.

Service $_____
Mileage $_____
Total $_____

By: _____
Deputy Sheriff

**FILED**
JUL 12 2013
DY. CLERK

RECEIVED
JUL 02 2013
E.D.R. SHERIFF'S OFFICE

[ FILED COPY ]

Case: 0006023
Division: A
25th Judicial District Court
Parish of Plaquemines Parish
State of Louisiana

7.5.13
60-624

FILED
JUL 10 20[..]
[signature]
DY. CLERK

To Whom it May Concern:

Russell Hayden was employed as captain of my vessel LA-7028-FC. He served as captain for part of 2010 while working for the BP oil spill. At this time my vessel was under contract through DRC. While under contract for DRC the sum of $300.00 per day was deducted from my vessels daily pay in order to cover insurance for my vessel LA-7028-FC. If there is any other information needed from me concerning this matter please contact me at 504-915-0695 or 504-564-1353.

Sincerly!      Jacob F Puderer
              Jacob F Puderer

**CITATION**



RUSSELL HAYDEN

Versus

MITCHELL LIFT BOATS LLC ET AL

Case: 00060623
Division: A
25th Judicial District Court
Parish of Plaquemines
State of Louisiana

To: BP AMERICA PRODUCTION COMPANY
THROUGH ITS REGISTERED AGENT:
C T CORPORATION SYSTEM
5615 CORPORATE BLVD., SUITE 400B
BATON ROUGE, LA 70808

YOU ARE HEREBY SUMMONED to comply with the demand contained in the Petition of which a true and correct copy (exclusive of exhibits) accompanies this Citation, or make an appearance either by filing a pleading, or otherwise, in the 25th Judicial District Court in and for the Parish of Plaquemines, State of Louisiana, within fifteen (15) days after the service hereof, under the penalty of default.

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Thursday, June 27, 2013.

Req. By:
JULIE SUMRALL
ATTORNEY FOR PLAINTIFF
504-525-4361

JUL 03 2013

I made service on the named party through the CT Corporation by tendering a copy of this document to
☐ CARTH GAILLOULI ☐ TREVOR CAROUTTE

Deputy Clerk of Court for
Dorothy M. Lundin, Clerk of Court
P.O. Box 40
Belle Chasse, LA 70037

**Service Information**

Received on the _____ day of _____, 20___ and on the _____ day of _____, 20___ served the above named party as follows:

Personal Service on the party herein named _____.
Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20___.

Service     $_____
                                By: _____
Mileage     $_____        Deputy Sheriff

Total       $_____

FILED
JUL 09 2013
DY CLERK

E.B.R. SHERIFF'S OFFICE
RECEIVED
JUL 02 2013

[ FILED COPY ]

RUSSELL HAYDEN

*Versus*

MITCHELL LIFT BOATS LLC ET AL



**CITATION**

Case: 00060623
Division: A
25th Judicial District Court
Parish of Plaquemines
State of Louisiana

To: BP EXPLORATION & PRODUCTION INC
THROUGH ITS REGISTERED AGENT:
C T CORPORATION SYSTEM
5615 CORPORATE BLVD., SUITE 400B
BATON ROUGE, LA 70808

YOU ARE HEREBY SUMMONED to comply with the demand contained in the Petition of which a true and correct copy (exclusive of exhibits) accompanies this Citation, or make an appearance either by filing a pleading, or otherwise, in the 25th Judicial District Court in and for the Parish of Plaquemines, State of Louisiana, within fifteen (15) days after the service hereof, under the penalty of default.

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Thursday, June 27, 2013.

Req. By:
JULIE SUMRALL
ATTORNEY FOR PLAINTIFF
504-525-4361

JUL 03 2013

I made service on the named party through the CT Corporation by tendering a copy of this document to D. ANTOINE

Deputy Clerk of Court for
Dorothy M. Lundin, Clerk of Court
P.O. Box 40
Belle Chasse, LA 70037

**Service Information**

Received on the _____ day of _____, 20___ and on the _____ day of _____, 20___ served the above named party as follows:

*Personal Service* on the party herein named _____.
*Domiciliary Service* on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20___.

Service      $ _____
                       By: _____
Mileage     $ _____              Deputy Sheriff

Total          $ _____

FILED
JUL 09 2013
DY. CLERK

RECEIVED
JUL 02 2013
E. BY SHERIFF'S OFFICE

[ FILED COPY ]

**RUSSELL HAYDEN**

Versus

**MITCHELL LIFT BOATS LLC ET AL**



*Case:* **00060623**
*Division: A*
*25th Judicial District Court*
*Parish of Plaquemines*
*State of Louisiana*

To: DRC EMERGENCY SERVICES, LLC
THROUGH ITS REGISTERED AGENT:
C T CORPORATION SYSTEM
5615 CORPORATE BLVD., SYUTE 400B
BATON ROUGE, LA 70808

YOU ARE HEREBY SUMMONED to comply with the demand contained in the Petition of which a true and correct copy (exclusive of exhibits) accompanies this Citation, or make an appearance either by filing a pleading, or otherwise, in the 25th Judicial District Court in and for the Parish of Plaquemines, State of Louisiana, within fifteen (15) days after the service hereof, under the penalty of default.

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Thursday, June 27, 2013.

Req. By:
JULIE SUMRALL
ATTORNEY FOR PLAINTIFF
504-525-4361

JUL 03 2013

I made service on the named party through the CT Corporation by tendering a copy of this document to
☐ ANTOINE ____
☐ TREVOR GAROUTTE
☐ CHRISTY CAILLOUET

Deputy Clerk of Court for
Dorothy M. Lundin, Clerk of Court
P.O. Box 40
Belle Chasse, LA 70037

### Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above named party as follows:

**Personal Service** on the party herein named _____

**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20____.

Service     $_____
                            By: _____
Mileage    $_____             Deputy Sheriff

Total        $_____

FILED
JUL 09 2013

RECEIVED
JUL 02 2013
E.B.R. SHERIFF'S OFFICE

[ FILED COPY ]

**RUSSELL HAYDEN**

Versus

**MITCHELL LIFT BOATS LLC ET AL**



*CITATION*

Case: **00060623**
Division: **A**
25th Judicial District Court
Parish of Plaquemines
State of Louisiana

To:  JACOB PUDDERER
     86504 HIGHWAY 23
     PORT SULPHUR, LA 70083

YOU ARE HEREBY SUMMONED to comply with the demand contained in the Petition of which a true and correct copy (exclusive of exhibits) accompanies this Citation, or make an appearance either by filing a pleading, or otherwise, in the 25th Judicial District Court in and for the Parish of Plaquemines, State of Louisiana, within fifteen (15) days after the service hereof, under the penalty of default.

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Thursday, June 27, 2013.

Req. By:
JULIE SUMRALL
ATTORNEY FOR PLAINTIFF
504-525-4361

Deputy Clerk of Court for
Dorothy M. Lundin, Clerk of Court
P.O. Box 40
Belle Chasse, LA 70037

### Service Information

Received on the _____ day of _____, 20___ and on the _____ day of _____, 20___ served the above named party as follows:

**Personal Service** on the party herein named _____
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20___.

Service    $_____
                                    By: _____
Mileage    $_____                   Deputy Sheriff

Total      $_____

Served: 06-28-13   Time: _____
Personal_____ Domiciliary✓ Anaette Pudderer (wife)
Unable to Serve:
_____ Not at this address    _____ Vacant
_____ No Such Address        _____ Moved
_____ Received too late to serve
_____ Numerous attempts _____ times
_____ Need street/apartment/bldg. number
Comments: _____
Completed By: _____
Deputy Sheriff Plaquemines Parish

JUL 03 2013

[ FILED COPY ]   PAID-CHECK # 34590