# CITATION

RUSSELL HAYDEN

Versus

MITCHELL LIFT BOATS LLC ET AL



Case: *00060623*
Division: A
25th Judicial District Court
Parish of Plaquemines
State of Louisiana

To: MITCHELL LIFT BOATS, LLC
THROUGH ITS REGISTERED AGENT:
DALE MITCHELL
5113 RIP VAN WINKLE RD.
NEW IBERIA, LA 70560

YOU ARE HEREBY SUMMONED to comply with the demand contained in the Petition of which a true and correct copy (exclusive of exhibits) accompanies this Citation, or make an appearance either by filing a pleading, or otherwise, in the 25th Judicial District Court in and for the Parish of Plaquemines, State of Louisiana, within fifteen (15) days after the service hereof, under the penalty of default.

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Thursday, June 27, 2013.

Req. By:
JULIE SUMRALL
ATTORNEY FOR PLAINTIFF
504-525-4361

Deputy Clerk of Court for
Dorothy M. Lundin, Clerk of Court
P.O. Box 40
Belle Chasse, LA  70037

## Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above named party as follows:

Personal Service on the party herein named _____.
Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20____.

Service     $_____
                              By: _____
Mileage    $_____              Deputy Sheriff

Total        $_____

IBERIA PARISH SHERIFF DEPT.
RECEIVED: 7-1-13
SERVED:     7-2-13
PERSONAL ( / )
DOMICILIARY (  ) ON _____
SERVICE FEE_____ MILEAGE FEE _____ TOTAL _____
DEP:
Thad Broussard
# 187

FILED
JUL 12 2013

[ FILED COPY ]

**CITATION**



RUSSELL HAYDEN

Versus

MITCHELL LIFT BOATS LLC ET AL

Case: *00060623*
Division: A
25th Judicial District Court
Parish of Plaquemines
State of Louisiana

To: BP CORPORATION NORTH AMERICA INC.
THROUGH ITS REGISTERED AGENT:
THE PRENTISS-HALL CORPORATION SYSTEM, INC.
320 SOMERULOS ST.
BATON ROUGE, LA 70802-6129

YOU ARE HEREBY SUMMONED to comply with the demand contained in the Petition of which a true and correct copy (exclusive of exhibits) accompanies this Citation, or make an appearance either by filing a pleading, or otherwise, in the 25th Judicial District Court in and for the Parish of Plaquemines, State of Louisiana, within fifteen (15) days after the service hereof, under the penalty of default.

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Thursday, June 27, 2013.

Req. By:
JULIE SUMRALL
ATTORNEY FOR PLAINTIFF
504-525-4361

Deputy Clerk of Court for
Dorothy M. Lundin, Clerk of Court
P.O. Box 40
Belle Chasse, LA 70037

### Service Information

Received on the 3 day of July, 2013 and on the 3 day of July, 2013 served the above named party as follows:

Personal Service on the party herein named Prentice Hall Corp
Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this ___ day of _____, 20___.

Service $_____
Mileage $_____
By: _____
Deputy Sheriff
Total $_____

**FILED** JUL 12 2013

RECEIVED JUL 02 2013 E.B.R. SHERIFF'S OFFICE

[ FILED COPY ]

RUSSELL HAYDEN

Versus

MITCHELL LIFT BOATS LLC ET AL



**CITATION**

Case: 00060623
Division: A
25th Judicial District Court
Parish of Plaquemines
State of Louisiana

To: BP AMERICA PRODUCTION COMPANY
THROUGH ITS REGISTERED AGENT:
C T CORPORATION SYSTEM
5615 CORPORATE BLVD., SUITE 400B
BATON ROUGE, LA 70808

YOU ARE HEREBY SUMMONED to comply with the demand contained in the Petition of which a true and correct copy (exclusive of exhibits) accompanies this Citation, or make an appearance either by filing a pleading, or otherwise, in the 25th Judicial District Court in and for the Parish of Plaquemines, State of Louisiana, within fifteen (15) days after the service hereof, under the penalty of default.

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Thursday, June 27, 2013.

Req. By:
JULIE SUMRALL
ATTORNEY FOR PLAINTIFF
504-525-4361

Deputy Clerk of Court for
Dorothy M. Lundin, Clerk of Court
P.O. Box 40
Belle Chasse, LA 70037

*Service Information*

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above named party as follows:

Personal Service on the party herein named _____
Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20____.

Service      $ _____
                              By: _____
Mileage      $ _____           Deputy Sheriff
Total        $ _____

FILED
JUL 09 2013

RECEIVED
JUL 02 2013
E.B.R. SHERIFF'S OFFICE

[ FILED COPY ]

# CITATION



RUSSELL HAYDEN

Versus

MITCHELL LIFT BOATS LLC ET AL

Case: 00060623
Division: A
25th Judicial District Court
Parish of Plaquemines
State of Louisiana

To: BP EXPLORATION & PRODUCTION INC
THROUGH ITS REGISTERED AGENT:
C T CORPORATION SYSTEM
5615 CORPORATE BLVD., SUITE 400B
BATON ROUGE, LA 70808

YOU ARE HEREBY SUMMONED to comply with the demand contained in the Petition of which a true and correct copy (exclusive of exhibits) accompanies this Citation, or make an appearance either by filing a pleading, or otherwise, in the 25th Judicial District Court in and for the Parish of Plaquemines, State of Louisiana, within fifteen (15) days after the service hereof, under the penalty of default.

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Thursday, June 27, 2013.

Req. By:
JULIE SUMRALL
ATTORNEY FOR PLAINTIFF
504-525-4361

JUL 03 2013

I made service on the named party through the
CT Corporation
by tendering a copy of this document to

Deputy Clerk of Court for
Dorothy M. Lundin, Clerk of Court
P.O. Box 40
Belle Chasse, LA 70037

## Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above named party as follows:

Personal Service on the party herein named _____
Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20____.

Service   $_____
          By: _____
Mileage  $_____       Deputy Sheriff

Total    $_____

**FILED**
JUL 09 2013
DY. CLERK

BY SHERIFF'S OFFICE
RECEIVED JUL 02 2013

[ FILED COPY ]




## CITATION

RUSSELL HAYDEN

Versus

MITCHELL LIFT BOATS LLC ET AL

Case: 00060623
Division: A
25th Judicial District Court
Parish of Plaquemines
State of Louisiana

To: DRC EMERGENCY SERVICES, LLC
THROUGH ITS REGISTERED AGENT:
C T CORPORATION SYSTEM
5615 CORPORATE BLVD., SYUTE 400B
BATON ROUGE, LA 70808

YOU ARE HEREBY SUMMONED to comply with the demand contained in the Petition of which a true and correct copy (exclusive of exhibits) accompanies this Citation, or make an appearance either by filing a pleading, or otherwise, in the 25th Judicial District Court in and for the Parish of Plaquemines, State of Louisiana, within fifteen (15) days after the service hereof, under the penalty of default.

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Thursday, June 27, 2013.

Req. By:
JULIE SUMRALL
ATTORNEY FOR PLAINTIFF
504-525-4361

JUL 03 2013

I made service on the named party through the CT Corporation by tendering a copy of this document to ☐ ANTOINE ___ ☐ TREVOR GAROUTTE ☐ CHESTY CALLOUET

Deputy Clerk of Court for
Dorothy M. Lundin, Clerk of Court
P. O. Box 40
Belle Chasse, LA 70037

### Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above named party as follows:

Personal Service on the party herein named _____.
Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20____.

Service    $_____
                        By: _____
Mileage    $_____        Deputy Sheriff

Total      $_____

FILED
JUL 09 2013
DY. CLERK

RECEIVED
JUL 02 2013
E.B.R. SHERIFF'S OFFICE

[ FILED COPY ]

# CITATION

RUSSELL HAYDEN

Versus

MITCHELL LIFT BOATS LLC ET AL



Case: 00060623
Division: A
25th Judicial District Court
Parish of Plaquemines
State of Louisiana

To: JACOB PUDDERER
86504 HIGHWAY 23
PORT SULPHUR, LA 70083

YOU ARE HEREBY SUMMONED to comply with the demand contained in the Petition of which a true and correct copy (exclusive of exhibits) accompanies this Citation, or make an appearance either by filing a pleading, or otherwise, in the 25th Judicial District Court in and for the Parish of Plaquemines, State of Louisiana, within fifteen (15) days after the service hereof, under the penalty of default.

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Thursday, June 27, 2013.

Req. By:
JULIE SUMRALL
ATTORNEY FOR PLAINTIFF
504-525-4361

Deputy Clerk of Court for
Dorothy M. Lundin, Clerk of Court
P.O. Box 40
Belle Chasse, LA 70037

## Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20____.

Service     $_____
                                    By: _____
Mileage    $_____                Deputy Sheriff

Total       $_____

FILED
JUL 03 2013

Served: 06-28-13   Time: _____
Personal ____ Domiciliary ✓  ANAette Pudderer (wife)
Unable to Serve:
____ Not at this address        ____ Vacant
____ No Such Address            ____ Moved
____ Received too late to serve
____ Numerous attempts ____ times
____ Need street/apartment/bldg. number
Comments: _____
Completed By: _____
              Deputy Sheriff Plaquemines Parish

[ FILED COPY ]   PAID-CHECK # 34590