25th JUDICIAL DISTRICT COURT FOR THE PARISH OF PLAQUEMINES

STATE OF LOUISIANA

NO. 60-624          DIVISION: "A"          SECTION:

RUSSELL HAYDEN

VERSUS

A.M.C. LIFTBOATS, INC., DRC EMERGENCY SERVICES, LLC, BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, BP CORPORATION NORTH AMERICA INC., AND JACOB PUDDERER

FILED: _____          _____
                                          DEPUTY CLERK

FILED JUN 27 2013

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes the plaintiff, RUSSELL HAYDEN, a person of full age of majority and resident of Parish of Plaquemines, State of Louisiana, and for his Petition respectfully represents as follows:

1.

Made defendants herein are:

1.  A.M.C. LIFTBOATS, INC., on information and belief, a corporation authorized to do and doing business in the State of Louisiana and within the jurisdiction of this Honorable Court, and at all times pertinent hereto, the employer of the plaintiff and/or the owner, owner *pro hac vice*, charterer and/or operator of the L/B WHITNEY;

2.  DRC EMERGENCY SERVICES, LLC, on information and belief, a corporation authorized to do and doing business in the State of Louisiana and within the jurisdiction of this Honorable Court, and at all times pertinent hereto, the employer of the plaintiff and/or the owner, owner *pro hac vice*, charterer and/or operator of the M/V LA 7028 and/or the L/B WHITNEY;

3.  BP EXPLORATION & PRODUCTION, INC., on information and belief, a corporation authorized to do and doing business in the State of Louisiana and within the jurisdiction of this Honorable Court, and at all times pertinent hereto, the employer of the plaintiff and/or the owner, owner *pro hac vice*, charterer and/or operator of the M/V LA 7028 and/or the L/B WHITNEY;

1

4.  BP AMERICA PRODUCTION COMPANY, on information and belief, a corporation authorized to do and doing business in the State of Louisiana and within the jurisdiction of this Honorable Court, and at all times pertinent hereto, the employer of the plaintiff and/or the owner, owner *pro hac vice*, charterer and/or operator of the M/V LA 7028 and/or the L/B WHITNEY;

5.  BP CORPORATION NORTH AMERICA, INC., on information and belief, a corporation authorized to do and doing business in the State of Louisiana and within the jurisdiction of this Honorable Court, and at all times pertinent hereto, the employer of the plaintiff and/or the owner, owner *pro hac vice*, charterer and/or operator of the M/V LA 7028 and/or the L/B WHITNEY;

6.  JACOB PUDDERER, on information and belief, an individual and person of full age of majority and a resident of the Parish of Plaquemines, State of Louisiana, within the jurisdiction of this Honorable Court, and at all times pertinent hereto, the employer of the plaintiff and/or the owner, owner *pro hac vice*, charterer and/or operator of the M/V LA 7028.

## FIRST CAUSE OF ACTION

2.

Petitioner, RUSSELL HAYDEN, was at all times mentioned herein an employee of the defendants, and a member of the crew of the M/V LA 7028 and/or the L/B WHITNEY, vessels, owned, chartered, and/or operated by the defendants, performing his duties as a seaman aboard said vessels, and the defendants are liable unto him under the admiralty law known as the Merchant Marine Act, modified and commonly known as the Jones Act, 46 U.S.C. Appx. § 688 (now 46 U.S.C. § 30104), and/or alternatively pursuant to 33 U.S.C. § 905(b), and pursuant to the General Maritime Law of the United States of America, and under the law and statutes of the State of Louisiana, and he brings this suit pursuant to the "savings to suitors" clause of the United States Constitution and hereby designates this claim as one in admiralty and maritime, for the following reasons:

3.

On or about July 1, 2010, plaintiff was employed as a seaman aboard vessels owned and/or operated by the defendants, which vessels were in the navigable waters of the United States and within the jurisdiction of this Court. On that date, plaintiff was working aboard the LB WHITNEY performing his assigned duties as a seaman aboard the vessels. In the course of performing those

2

duties, suddenly and without warning and due to the negligence of the defendants and/or the unseaworthiness of the vessel, plaintiff was caused to sustain severe and disabling injuries when his head struck the light fixture in the bunkhouse.

4.

Plaintiff was in no manner negligent. On information and belief, plaintiff alleges that the sole and proximate cause of the accident and his injuries, as described herein, was the unseaworthiness of the vessel and/or negligence and/or failure of the defendants, and their employees, servants and/or agents, in carrying out their obligations and duties, individually and concurrently, in the following respects:

1. Failure to provide plaintiff with a safe place in which to work;
2. Failure to warn the plaintiff;
3. Failure to warn plaintiff of the dangerous and unsafe conditions of the vessel;
4. Failure to exercise reasonable care in discovering and correcting any and all unsafe conditions existing on the vessel;
5. Creation and maintenance of an unseaworthy vessel, and failure to properly maintain the vessel;
6. Failure to provide plaintiff with the proper equipment and/or personnel to accomplish his job in a reasonably safe manner;
7. Failure to provide competent and adequate supervisory authority;
8. Hiring untrained and unskilled employees;
9. Retaining employees found to be careless and/or unskilled;
10. Failure to properly man the vessel;
11. Breach of legally imposed duties of reasonable care owed by the defendant(s) to the plaintiff;
12. Failure to provide prompt and adequate medical care, treatment, maintenance and cure, thereby causing additional damages, including but not limited to any negligent hiring and/or retention of physicians and/or disregarding advice of physicians;
13. Other acts of negligence and conditions of unseaworthiness to be proven at the trial of this case.

5.

Solely by reason of the negligence of the defendants and unseaworthiness of the vessel, and other acts and inactions described herein, plaintiff sustained serious injuries including but not limited to the following: his head and neck resulting in seizures and headaches, as well as possible injuries to his bones, muscles and joints, organs and tissues among other component parts of his head, neck,

back, ribs, legs, feet, and hands. As a result thereof, plaintiff has in the past and will in the future: require medicines, medical care, medical treatment, have to expend moneys and incur obligations for treatment and care, suffer agonizing aches, pains, and mental anguish, and be disabled from performing his usual duties, occupations and avocations.

6.

As a result of the aforesaid negligence, breach of duties, and unseaworthiness on the part of the defendants herein, plaintiff has suffered injuries and damages for which defendants are liable unto him, plus legal interest from the date of occurrence, a reasonable attorney's fee, and all costs of these proceedings.

## SECOND CAUSE OF ACTION
## MAINTENANCE AND CURE

7.

Plaintiff repeats and realleges all of the foregoing paragraphs with the same force and effect as if herein set forth in full, and in addition thereto alleges that as a result of the aforementioned injuries which plaintiff received aboard the vessel, he was rendered unfit for duty as a seaman from the date of the accident, on or about July 1, 2010.

8.

Pursuant to the General Maritime Laws of the United States of America, the defendants owed the absolute and non-delegable duty to provide plaintiff with maintenance and cure benefits from the date of his injury until full recovery.

9.

Thus, the defendants is indebted unto the plaintiff for maintenance and cure benefits in the amount of FIFTY ($50.00) DOLLARS per day from July 1, 2010, until he has fully recovered from his injuries, or such amount as plaintiff proves to be legally entitled to, together with interest from the date of occurrence, a reasonable attorney's fee and all costs of these proceedings.

10.

In addition, the defendant has refused and/or failed to timely pay plaintiff's maintenance and cure benefits. The refusal/failure to do so on a timely basis was willful, wanton, arbitrary, capricious and/or otherwise without cause. As a result, the plaintiff has had to endure additional and unnecessary pain, suffering and financial stress and possible worsening of his physical condition. As

4

a result thereof, the defendant is liable unto the plaintiff for additional compensatory damages in a full and true amount to be determined at the trial of this matter, together with interest from the date of occurrence, a reasonable attorney's fee and all costs of these proceedings and punitive damages pursuant to the Supreme Court of the United States' ruling in *Atlantic Sounding Co., Inc. v. Townsend*, 129 S.Ct. 2561 (2009).

WHEREFORE, RUSSELL HAYDEN prays that his Complaint be deemed good and sufficient, and that after due proceedings had and the expiration of all legal delays herein:

1. That there be judgment in favor of the plaintiff, RUSSELL HAYDEN, and against the defendants, A.M.C. LIFTBOATS, INC., DRC EMERGENCY SERVICES, LLC, BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION CO., BP CORPORATION NORTH AMERICA, INC. and JACOB PUDDERER, jointly, severally, and *in solido*, in damages in an amount to be determined at trial, together with interest from the date of occurrence until paid, attorney's fees, and all costs;

2. There be a judgment rendered herein in favor of the plaintiff and against the defendants for maintenance and cure benefits, past, present, and future at a daily rate of FIFTY ($50.00) DOLLARS, or such amount as plaintiff proves to be legally entitled to, plus interest from the date of occurrence, costs and attorney's fees therefore, all in a true sum to be determined at the trial of this case;

3. There be judgment herein in favor of the plaintiff and against the defendants for additional compensatory damages and for punitive damages for the defendants' willful, wanton, arbitrary, capricious, and/or otherwise without cause failure and/or refusal to pay plaintiff's maintenance and cure benefits, in an amount to be determined at trial, together with interest from the date of occurrence, a reasonable attorney's fee, and all costs of these proceedings;

4. For any and all other relief which the law and justice provide.

RESPECTFULLY SUBMITTED:

_____
LAWRENCE BLAKE JONES (7495)
DAVID C. WHITMORE (17864)
JULIE SUMRALL (21387)
SCHEUERMANN & JONES, L.L.C.
701 Poydras Street, Suite 4100
New Orleans, LA 70139
Telephone: (504) 525-4361
Facsimile: (504) 525-4380
Attorneys for Plaintiff,
Russell Hayden

PLEASE SERVE THE PETITION FOR DAMAGES ON THE DEFENDANTS AS FOLLOWS:

1. AMC LIFTBOATS, INC.
Through its registered agent:
Polly D. Cheramie
144 Cheramie LN.
Golden Meadow, Louisiana 70357

2. DRC EMERGENCY SERVICES, LLC
Through its registered agent:
C T CORPORATION SYSTEM
5615 Corporate Blvd., Ste. 400B
Baton Rouge, Louisiana 70808

3. BP EXPLORATION & PRODUCTION INC.
Through its registered agent:
C T CORPORATION SYSTEM
5615 Corporate Blvd., Ste. 400B
Baton Rouge, Louisiana 70808

4. BP AMERICA PRODUCTION COMPANY
Through its registered agent:
C T CORPORATION SYSTEM
5615 Corporate Blvd., Ste. 400B
Baton Rouge, Louisiana 70808

5. BP CORPORATION NORTH AMERICA INC.
Through its registered agent:
THE PRENTISS-HALL CORPORATION SYSTEM, INC.
320 Somerulos Street
Baton Rouge, Louisiana 70802-6129

6. JACOB PUDDERER
86504 Highway 23
Port Sulphur, Louisiana 70083

6

LOUISIANA CIVIL CASE REPORTING
Civil Case Cover Sheet - LA. R.S. 13:4688 and
Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

Suit Caption:

Russell Hayden vs. A.M.C. Liftboats, INC.
DRC Emergency Services, LLC
BP Exploration & Production, INC.
BP America Production Company
BP Corporation North America, INC.
Jacob Pudderer

Court: 25th JDC    Docket Number: _____

Parish of Filing: Plaquemines    Filing Date: _____

Name of Lead Petitioner's Attorney: Julie Sumrall

Name of Self-Represented Litigant: _____

Number of named petitioners: 1    Number of named defendants: 6

Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

__ Auto: Personal Injury             __ Auto: Property Damage
__ Auto: Wrongful Death              __ Auto: Uninsured Motorist
__ Asbestos: Property Damage         __ Asbestos: Personal Injury Death
__ Product Liability                 __ Premise Liability
__ Intentional Bodily Injury         __ Intentional Property Damage
__ Intentional Wrongful Death        __ Unfair Business Practice
__ Business Tort                     __ Fraud
__ Defamation                        __ Professional Negligence
__ Environmental Tort                __ Medical Malpractice
__ Intellectual Property             __ Toxic Tort
__ Legal Malpractice                 __ Other Tort (describe below)
__ Other Professional Malpractice    __ Redhibition
✓ Maritime                           __ Class action (nature of case)
__ Wrongful Death
__ General Negligence

Please briefly describe the nature of the litigation in one sentence of additional detail:
Action for personal injury to a Jones Act seaman

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name: Julie Sumrall    Signature: _____

Address: Scheuermann & Jones, LLC, 701 Poydras Street Ste. 4100, NOLA 70139

Phone number: (504) 525-4361    E-mail address: www.nola-law.com

# CITATION



RUSSELL HAYDEN

Versus

A M C LIFTBOATS INC ET AL



Case: 00060624
Division: A
25th Judicial District Court
Parish of Plaquemines
State of Louisiana

To:  A M C LIFTBOATS INC
     THROUGH ITS REGISTERED AGENT
     POLLY D CHERAMIE
     144 CHERAMIE LN
     GOLDEN MEADOW LOUISIANA 70357

YOU ARE HEREBY SUMMONED to comply with the demand contained in the Petition of which a true and correct copy (exclusive of exhibits) accompanies this Citation, or make an appearance either by filing a pleading, or otherwise, in the 25th Judicial District Court in and for the Parish of Plaquemines, State of Louisiana, within fifteen (15) days after the service hereof, under the penalty of default.

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Thursday, June 27, 2013.

Req. By:
JULIE SUMRALL
(504) 525-4361
ATTY FOR PLAINTIFF

Deputy Clerk of Court for
Dorothy M. Lundin, Clerk of Court
P.O. Box 40
Belle Chasse, LA  70037

## Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above named party as follows:

Personal Service on the party herein named _____
Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this ____ day of _____, 20____.

Service   $ _____
Int. ____
Mile-
Total

(38)60624-1-CI/CV
PERS
POLLY CHERAMIE at
144 CHERAMIE LN, Golden Meadow
Service Date & Time: 7/3/2013 11:43 AM

FILED
JUL 12 2013
/DY. CLERK

275 - Chiasson, Curtis, Lafourche Parish Deputy

[ FILED COPY ]

# CITATION



RUSSELL HAYDEN

Versus

A M C LIFTBOATS INC ET AL

Case: 00060624
Division: A
25th Judicial District Court
Parish of Plaquemines
State of Louisiana

---

To: BP CORPORATION NORTH AMERICA INC
THROUGH ITS REGISTERED AGENT
THE PRENTISS-HALL CORPORATION SYSTEM INC
320 SOMERULOS STREET
BATON ROUGE LA 70802-6129

YOU ARE HEREBY SUMMONED to comply with the demand contained in the Petition of which a true and correct copy (exclusive of exhibits) accompanies this Citation, or make an appearance either by filing a pleading, or otherwise, in the 25th Judicial District Court in and for the Parish of Plaquemines, State of Louisiana, within fifteen (15) days after the service hereof, under the penalty of default.

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Thursday, June 27, 2013.

Req. By:
JULIE SUMRALL
(504) 525-4361
ATTY FOR PLAINTIFF

Deputy Clerk of Court for
Dorothy M. Lundin, Clerk of Court
P.O. Box 40
Belle Chasse, LA  70037

---

## Service Information

Received on the __3__ day of __July__, 20__13__ and on the __3__ day of __July__, 20__13__ served the above named party as follows:

Personal Service on the party herein named __Prentice Hall Corp__

Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____  this ____ day of _____, 20____.

Service   $_____
Mileage   $_____        By: _____
Total     $_____             Deputy Sheriff

**FILED**
JUL 1 2 2013

E.B.R. SHERIFF'S OFFICE
RECEIVED JUL 02 2013

[ FILED COPY ]

RUSSELL HAYDEN

Versus

A M C LIFTBOATS INC ET AL

No. 00060624
Division: A
25th Judicial District Court
Parish of Plaquemines
State of Louisiana

To: JACOB PUDDERER
86504 HIGHWAY 23
PORT SULPHUR LA 70083

YOU ARE HEREBY SUMMONED to comply with the demand contained in the Petition of which a true and correct copy (exclusive of exhibits) accompanies this Citation, or make an appearance either by filing a pleading, or otherwise, in the 25th Judicial District Court in and for the Parish of Plaquemines, State of Louisiana, within fifteen (15) days after the service hereof, under the penalty of default.

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Thursday, June 27, 2013.

Req. By:
JULIE SUMRALL
(504) 525-4361
ATTY FOR PLAINTIFF

Deputy Clerk of Court for
Dorothy M. Lundin, Clerk of Court
P.O. Box 40
Belle Chasse, LA 70037

### Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20____.

Service      $_____
Mileage      $_____        By: _____
Total        $_____        Deputy Sheriff

Served: 06/28/13    Time: _____
Personal ___ Domiciliary ✓ Annette Pudderer (Wife)
Unable to Serve:
___ Not at this address           ___ Vacant
___ No Such Address               ___ Moved
___ Received too late to serve
___ Numerous attempts ___ times
___ Need street/apartment/bldg. number
Comments: _____
Completed By: _____
Deputy Sheriff Plaquemines Parish

FILED JUL 03 2013

[FILED COPY] PAID-CHECK # 34641

7·5·13

Case: 000601624
Division: A
25th Judicial District Court
Parish of Plaquemines
State of Louisiana

FILED
JUL 10 2013
DY. CLERK

To Whom it May Concern:

Russell Hayden was employed as captain of my vessel LA-7028-FC. He served as captain for part of 2010 while working for the BP Oil Spill. At this time my vessel was under contract through DRC. While under contract for DRC the sum of $300.00 per day was deducted from my vessels daily pay in order to cover insurance for my vessel LA-7028-FC. If there is any other information needed from me concerning this matter please contact me at 504-915-0695 or 504-564-1353.

Sincerly: Jacob F Puderer
Jacob F. Puderer