CITATION

RUSSELL HAYDEN

Versus

A M C LIFTBOATS INC ET AL



Case: 00060624
Division: A
25th Judicial District Court
Parish of Plaquemines
State of Louisiana



To: A M C LIFTBOATS INC
THROUGH ITS REGISTERED AGENT
POLLY D CHERAMIE
144 CHERAMIE LN
GOLDEN MEADOW LOUISIANA 70357

YOU ARE HEREBY SUMMONED to comply with the demand contained in the Petition of which a true and correct copy (exclusive of exhibits) accompanies this Citation, or make an appearance either by filing a pleading, or otherwise, in the 25th Judicial District Court in and for the Parish of Plaquemines, State of Louisiana, within fifteen (15) days after the service hereof, under the penalty of default.

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Thursday, June 27, 2013.

Req. By:
JULIE SUMRALL
(504) 525-4361
ATTY FOR PLAINTIFF

Deputy Clerk of Court for
Dorothy M. Lundin, Clerk of Court
P.O. Box 40
Belle Chasse, LA 70037

### Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above named party as follows:

Personal Service on the party herein named _____
Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20____

Service   $ _____
Mile-
Tota

(38)60624-1--CI/CV
PERS
POLLY CHERAMIE at
144 CHERAMIE LN, Golden Meadow
Service Date & Time: 7/3/2013 11:43 AM

275 - Chiasson, Curtis, Lafourche Parish Deputy

FILED
JUL 12 2013

[ FILED COPY ]

# CITATION



RUSSELL HAYDEN

Versus

A M C LIFTBOATS INC ET AL

Case: 00060624
Division: A
25th Judicial District Court
Parish of Plaquemines
State of Louisiana

To: BP CORPORATION NORTH AMERICA INC
THROUGH ITS REGISTERED AGENT
THE PRENTISS-HALL CORPORATION SYSTEM INC
320 SOMERULOS STREET
BATON ROUGE LA 70802-6129

YOU ARE HEREBY SUMMONED to comply with the demand contained in the Petition of which a true and correct copy (exclusive of exhibits) accompanies this Citation, or make an appearance either by filing a pleading, or otherwise, in the 25th Judicial District Court in and for the Parish of Plaquemines, State of Louisiana, within fifteen (15) days after the service hereof, under the penalty of default.

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Thursday, June 27, 2013.

Req. By:
JULIE SUMRALL
(504) 525-4361
ATTY FOR PLAINTIFF

Deputy Clerk of Court for
Dorothy M. Lundin, Clerk of Court
P.O. Box 40
Belle Chasse, LA 70037

## Service Information

Received on the _3_ day of _July_, 20_13_ and on the _3_ day of _July_, 20_13_ served the above named party as follows:

Personal Service on the party herein named _Prentice Hall Corp_

Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this ___ day of _____, 20 ___.

Service $ _____
Mileage $ _____
Total $ _____

By: _____
Deputy Sheriff

FILED
JUL 12 2013
DY CLERK

E.B.R. SHERIFF'S OFFICE
JUL 02 2013
RECEIVED

[ FILED COPY ]

RUSSELL HAYDEN

*Versus*

A M C LIFTBOATS INC ET AL

Case: 00060624
Division: A
25th Judicial District Court
Parish of Plaquemines
State of Louisiana

To: JACOB PUDDERER
86504 HIGHWAY 23
PORT SULPHUR LA 70083

YOU ARE HEREBY SUMMONED to comply with the demand contained in the Petition of which a true and correct copy (exclusive of exhibits) accompanies this Citation, or make an appearance either by filing a pleading, or otherwise, in the 25th Judicial District Court in and for the Parish of Plaquemines, State of Louisiana, within fifteen (15) days after the service hereof, under the penalty of default.

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Thursday, June 27, 2013.

Req. By:
JULIE SUMRALL
(504) 525-4361
ATTY FOR PLAINTIFF

Deputy Clerk of Court for
Dorothy M. Lundin, Clerk of Court
P.O. Box 40
Belle Chasse, LA 70037

### Service Information

Received on the _____ day of _____, 20___ and on the _____ day of _____, 20___ served the above named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20___.

Service    $_____
Mileage    $_____           By: _____
Total      $_____

Served: 06-28-13   Time: _____
Personal ___  Domicilary ✓ Annette Pudderer (wife)
Unable to Serve:
___ Not at this address          ___ Vacant
___ No Such Address              ___ Moved
___ Received too late to serve
___ Numerous attempts ___ times
___ Need street/apartment/bldg. number
Comments: _____
Completed By: _____
Deputy Sheriff Plaquemines Parish

FILED JUL 03 2013

[ FILED COPY ]   PAID-CHECK # 34641