UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | |
| "DEEPWATER HORIZON" in the | * | MDL NO. 02179 |
| GULF OF MEXICO, on APRIL 20, 2010 | * | |
| | * | |
| | * | SECTION: J |
| This Document Relates to: | * | |
| | * | |
| 2:12-cv-01045 | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## UNNOPPOSED MOTION TO RESCHEDULE STATUS CONFERENCE

Defendant moves the Court for an Order rescheduling the telephonic status conference set by the Court for 2:30 p.m. on August 29, 2013. Subject to the Court's availability, the parties request the Court reschedule the status conference to either September 6 or 10, 2013.

In support of this motion, the parties submit:

1.

This matter was filed on April 24, 2012. Thereafter, the matter was designated part of the Multi-District Litigation MDL-2179.

2.

A Scheduling Order issued on July 5, 2012. In that order, the Court set various deadlines. These included a discovery deadline of September 10, 2013, as well as various trial related deadlines with respect to witness and expert witness disclosures. Trial was set for November 4, 2013.

3.

On August 9, 2013, the parties jointly moved to amend the scheduling order. Subsequently, on August 20, 2013, the Court set a telephonic status conference to discuss the

motion for August 29, 2013, at 2:30 p.m.

5.

Due to scheduling conflicts, including previously scheduled vacation, counsel for the Defendant desire to reschedule the date for the status conference and Plaintiff consents to this request. Counsel for the parties have conferred and will be available for either September 6 or 10, 2013.

Accordingly, the parties request the Court reschedule the status conference previously set for August 29, 2013, to either September 6 or 10, 2013, at a time convenient for the Court. Respectfully submitted this 22nd day of August, 2013.

*/s/ David I. Moulton*
DAVID I. MOULTON
Texas Bar No. 24051093
BRUCKNER BURCH PLLC
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Telephone: (713) 877-8788
Facsimile: (713) 877-8065
Email: dmoulton@brucknerburch.com

DERRICK EARLES
Louisiana Bar No. 29570
BRIAN CAUBARREAUX & ASSOCIATES
144 West Tunica Drive
Marksville, Louisiana 71351
Telephone: (318) 253-0900
Facsimile: (318) 253-5666
Email: digger@caubarreaux.com

**Attorneys for Plaintiffs**

*/s/Larry Sorohan*
KEITH M. PYBURN, JR.
Louisiana Bar No. 10914
LARRY SOROHAN
Louisiana Bar No. 26120
FISHER & PHILLIPS LLP
201 St. Charles Avenue, Suite 3710
New Orleans, Louisiana 70170
Telephone: (504) 522-3303
Facsimile: (504) 529-3850
Email: kpyburn@laborlawyers.com
        lsorohan@laborlawyers.com

JEFFREY S. KLEIN
JONATHAN SOKOTCH
ARYEH ZUBER
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Jeffrey.klein@weil.com
        Jonathan.sokotch@weil.com
        aryeh.zuber@weil.com

**Attorneys for Defendant**
**O'Brien's Response**
**Management, L.L.C.**

2

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL, 2179.

                                                                 */s/Larry Sorohan*
                                                                 LARRY SOROHAN