UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 02179 |
| | * | SECTION:  J |
| This Document Relates to: | * * | |
| 2:12-cv-01045 | * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

## **ORDER**

The Unopposed Motion to Reschedule Status Conference is hereby GRANTED. The status conference set for August 29, 2013, at 2:30, is rescheduled. The telephonic conference will be held on the ____ day of _____, 2013, at ____ a.m./p.m.

The Clerk is directed to file this minute entry in the records of both MDL 2179 and C.A. No. 12-1045

So ordered this ____ day of August, 2013.

_____
UNITED STATES JUDGE