UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MULTI-DISTRICT LITIGATION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| OIL SPILL BY THE OIL RIG ) | MDL Docket No. 2179   SECTION: J |
| "DEEPWATER HORIZON" IN THE ) | CASE NO. 2:10-MD-02179-CJB-SS |
| GULF OF MEXICO ON APRIL ) | |
| 2010 ) | Hon. Carl Barbier |
| ) | Magistrate Judge Sally Shushan |

**This Document Relates to:**   Case No. 1:13-cv-001999-KD-B
From the Southern District of Alabama (Mobile)

LUTHER SUTTER                                                                                   PLAINTIFF

VERSUS.

BP EXPLORATION & PRODUCTION, INC., et al.                          DEFENDANTS

### PLAINTIFF'S MOTION TO EXTEND TIME FOR SERVICE

COMES Plaintiff Luther Sutter, pro se, and for his motion he states:

1. Normally the United States Marshalls Office perfects service of process for *pro se* plaintiffs. However, that did not occur in this case. Consequently, although Plaintiff has attempted to serve the defendants, as reflected by the attached Ex. A, all Defendants have not yet been served. Plaintiff moves for an order allowing Plaintiff an additional one hundred twenty (120) days within which to correct any errors in service, and serve any non-served defendants.

WHEREFORE Plaintiff prays for an additional one hundred twenty (120) days within which to correct served any non-served defendants.

Respectfully submitted,

Luther Oneal Sutter, pro se
luthersutter.law@gmail.com
310 West Conway Street
Benton, AR 72015
501-315-1910  Office
501-315-1916  Facsmile