UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MULTI-DISTRICT LITIGATION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| OIL SPILL BY THE OIL RIG ) | MDL Docket No. 2179    SECTION: J |
| "DEEPWATER HORIZON" IN THE ) | CASE NO. 2:10-MD-02179-CJB-SS |
| GULF OF MEXICO ON APRIL ) | |
| 2010 ) | Hon. Carl Barbier |
| ) | Magistrate Judge Sally Shushan |

**This Document Relates to:**   Case No. 1:13-cv-001999-KD-B
From the Southern District of Alabama (Mobile)

LUTHER SUTTER                                                                                           PLAINTIFF

VERSUS.

BP EXPLORATION & PRODUCTION, INC., et al.                           DEFENDANTS

STATE OF ARKANSAS )
                                        )SS.   **AFFIDAVIT OF LUTHER ONEAL SUTTER**
COUNTY OF SALINE  )

COMES Luther Sutter, pro se, who hereby states on oath that he has served the defendants in the time and manner described in the letter attached as **Exhibit A**. The return receipt has been addressed to the Clerk of the Court with the case number affixed thereon, as indicated in **Exhibit A**.

FURTHER AFFIANT SAYETH NOT.

_____
Luther Oneal Sutter, Ark. Bar No. 95031
luthersutter.law@gmail.com

SUBSCRIBED AND SWORN to before me on this, the _____ of August, 2013.

_____
Notary Public

My Commission Expires _____

```
GWEN TUCKER
NOTARY PUBLIC
PULASKI COUNTY, ARKANSAS
COMM. EXP. 1-8-2017
COMMISSION NO. 12358506
```

# LUTHER SUTTER

MAILING ADDRESS: P.O. BOX 2012, BENTON, AR 72018
(501) 607-3614

August 7, 2013

CT Corporation System
2 North Jackson Street, Suite 605
Montgomery, AL 36104

                              Via Certified Mail/Return Receipt Requested

    RE:    Summons and Complaints

Dear Sir or Madam:

I have enclosed Summonses and Complaints for the following:

    ANDARKO PETROLEUM CORPORTION, CO
    WEATHERFORD U. S.  L. P
    CAMERON INTERNATIONAL CORPORATION F/K/A COOPER-CAMEROLL CORP.
    HALLIBURTON ENERGY SERVICES, INC.
    BP P.I.C
    BP EXPLORATION & PRODUCTION, INC.
    BP AMERICA PRODUCTION COMPANY

These are forwarded to you as the Registered Agent for Service of the defendants named in the above-referenced lawsuit. Please note that the responsive pleading is due within **twenty-one (21) days**.

Thank you for your attention and assistance.

Sincerely,

Luther Sutter

Enclosure(s)



# LUTHER SUTTER

MAILING ADDRESS: P.O. BOX 2012, BENTON, AR 72018
TELEPHONE 501-607-3614

LUTHER ONEAL SUTTER, P.A.          JAMES M. SCURLOCK          LUCIEN R. GILLHAM, P.A.

August 7, 2013

MOEX USA CORPORATION
9 Greenway Plaza Suite 1220
Houston, TX 77046

**Via Certified Mail/Return Receipt Requested 7008 1830 0001 9214 5979**

RE:   Summons and Complaints

Dear Sir or Madam:

I have enclosed Summonses and Complaints for the following:

MOEX USA CORPORATION
MOEX OFFSHORE 2007-LLC
MITSUI OIL EXPLORATION CO., LTD

These are forwarded to you as the Registered Agent for Service of the defendants named in the above-referenced lawsuit. Please note that the responsive pleading is due within **twenty-one (21) days**.

Thank you for your attention and assistance.

Sincerely,

Luther Sutter

Enclosure(s)



# LUTHER SUTTER
MAILING ADDRESS: P.O. BOX 2012, BENTON, AR 72018
TELEPHONE 501-607-3614

LUTHER ONEAL SUTTER, P.A.      JAMES M. SCURLOCK      LUCIEN R. GILLHAM, P.A.

August 7, 2013

Capital Corporate Services, Inc.
150 South Perry Street
Montgomery, Alabama 36104

        **Via Certified Mail/Return Receipt Requested 7008 1830 0001 9214 5979**

        RE:   Summons and Complaints

Dear Sir or Madam:

I have enclosed Summonses and Complaints for the following:

        TRANSOCEAN LTD.
        TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.
        TRANSOCEAN DEEPWATER, INC.
        TRANSOCEAN HOLDINGS, LLC
        TRITON ASSET LEASING, GMBH
        M-1, LLC

These are forwarded to you as the Registered Agent for Service of the defendants named in the above-referenced lawsuit. Please note that the responsive pleading is due within **twenty-one (21) days**.

Thank you for your attention and assistance.

Sincerely,

Luther Sutter

Enclosure(s)

