UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MULTI-DISTRICT LITIGATION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| OIL SPILL BY THE OIL RIG ) | MDL Docket No. 2179     SECTION: J |
| "DEEPWATER HORIZON" IN THE ) | CASE NO. 2:10-MD-02179-CJB-SS |
| GULF OF MEXICO ON APRIL ) | |
| 2010 ) | Hon. Carl Barbier |
| ) | Magistrate Judge Sally Shushan |

**This Document Relates to:**   Case No. 1:13-cv-001999-KD-B
From the Southern District of Alabama (Mobile)

LUTHER SUTTER                                                                PLAINTIFF

VERSUS.

BP EXPLORATION & PRODUCTION, INC., et al.                    DEFENDANTS

### ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME FOR SERVICE

CONSIDERED ON THIS DAY is Plaintiff's Motion to Extend Time for Service. After due consideration, the Court finds that the Plaintiff's Motion is well taken, and should be, and hereby is, GRANTED. Plaintiff shall have up to and through December 13, 2013, within which to serve the Defendants.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

/s/ Luther Sutter
Luther Oneal Sutter, pro se
luthersutter.law@gmail.com
310 West Conway Street
Benton, AR 72015
501-315-1910  Office
501-315-1916  Facsmile