UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010



Rec'd 7/29/13

MDL 2179
SECTION "J"
JUDGE BARBIER
MAGISTRATE SHUSHAN

## MOTION TO INTERVENE AND LETTER TO JUDGE BARBIER

**Comes now the claimant, Adam Killick** trading formerly as Ameribrit International Vanguard Holdings LLC,, a Zone A business, and Adam Killick Real Estate and Bay County Regional Center.
The claimant was working in the United Kingdom when contacted by defendant's accountants Price Waterhouse LLP in early June requesting information on the date his automotive retail company was formed. The movant supplied the necessary information as listed on the State web site but was unable to satisfy the specific questions relating to this date of their representative. The claimant returned to the United States on June 16th to deal with this issue to find an incomplete notice had been posted on the portal indicating the absence of several more documents which had not been mentioned while the claimant was in the UK. The claimant informed the representative that all these requested documents had been supplied by certified mail on August 4th 2012

On 17th January2011 NCA, a company representing the defendant in Real Estate Claims admitted the same loss of documents in claim number 105276

On 17th July 2010 these documents were faxed to the processing center in Panama City Beach, and the originals sent by certified mail on 17th August2010.

On December 6th 2010 the claim ref 03347949 was again denied citing the absence of these documents
The claimant respectfully asks this court for the following relief.

    1 That claims submitted by identification numbers100089966,100047223 and 100049992 be joined . .

2. That the defendant be compelled to produce all documents supplied by the claimant since July 2010 or explain their absence to the court

Adam Killick

PO Box 18331,
Panama City Beach, Florida 32407

I certify that a copy of the foregoing was mailed to Deepwater Horizon, PO Box 1439, Hammond La 70404-1439 on July 24, 2013



DOB: 1833/
PCB, FL 32417

PENSACOLA FL 325
25 JUL 2013 PM 2 L

Judge Barbier/Magistrate Shushan
500 Poydras Street,
New Orleans,
LA 70130

U.S. MARSHALS

7013 0305 3127