# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>2:12-cv-1045-CJB-JCW | MDL No. 2179<br><br>SECTION: J<br><br>Judge Barbier<br>Mag. Judge Wilkinson |

## 28 U.S.C. § 1746 DECLARATION OF JONATHAN SOKOTCH

I, Jonathan Sokotch, declare as follows:

1. My name is Jonathan Sokotch. I am an associate at Weil, Gotshal & Manges LLP, attorneys for Defendant O'Brien's Response Management, L.L.C. ("O'Brien's"). I submit this declaration in support of O'Brien's Memorandum of Law in Opposition to Plaintiff's Motion for Conditional Certification and Court-Authorized Notice.

2. Attached hereto as Exhibit A are true and correct copies of certain of the time sheets submitted to O'Brien's by the opt-in plaintiffs in this litigation during the Deepwater Horizon ("DWH") spill response.

3. Attached hereto as Exhibit B are true and correct copies of certain of the Statements of Qualifications and resumes submitted to O'Brien's by the opt-in plaintiffs in this litigation.

4. Attached hereto as Exhibit C are true and correct copies of certain of the teaming agreements signed between O'Brien's and the opt-in plaintiffs in this litigation.

5. Attached hereto as Exhibit D are true and correct copies of certain of the Supplier Registration Forms submitted to O'Brien's by the opt-in plaintiffs in this litigation.

6.  Attached hereto as Exhibit E are true and correct copies of certain of the time sheets that
    Plaintiff Dennis Prejean submitted to O'Brien's during the DWH spill response.


I declare under penalty of perjury that the foregoing statements made in this declaration are true
and correct.


Executed on the 22nd day of August 2013.



Jonathan Sokotch

2

# EXHIBIT A



## BP RESPONSE TIME SHEET

**Name:** MORGAN CLARK   **Billing Period:** 6/28/10 THRU 6/30/10

**Paykey Code: ZKRAUMD252**   **Response: Deepwater Horizon**

| Date | Start Time | End Time | Total Hours | Location/Activity |
|------|-----------|----------|-------------|-------------------|
| 6/29/10 | 05:30 | 1800 | 12.5 | Fourchon / AIR OPS / BOAT OPS |
| 6/30/10 | 05:30 | 1800 | 12.5 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Signature:** Morgan Clark   **Date:** 7/15/10



# BP RESPONSE TIME SHEET

**Name: Dale Croy**                                **Billing Period: 9/20/10 to 9-26-10**

**Paykey Code: ZKRAUMD252**                        **Response: Deepwater Horizon**

| Date | Start Time | End Time | Total Hours | Location/Activity |
|------|-----------|----------|-------------|-------------------|
| 9-20-10 | 0430 | 1830 | 14 | Jefferson Parish/Boom Removal |
| 9-21-10 | 0430 | 1830 | 14 | Jefferson Parish/Boom Removal |
| 9-22-10 | 0500 | 1700 | 12 | Jefferson Parish/Boom Removal |
| 9-23-10 | 0500 | 1630 | 11.5 | Jefferson Parish/Boom Removal |
| 9-24-10 | 0530 | 1630 | 11 | Jefferson Parish/Boom Removal |
| 9-25-10 | 0530 | 1700 | 11.5 | Jefferson Parish/Boom Removal |
| 9-26-10 | 0530 | 1830 | 13 | Jefferson Parish/Boom Removal |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | ' | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Signature: _____                  Date: _____

**CONFIDENTIAL**                                                           **PRE00000211**



| | **BP RESPONSE TIME SHEET** |
|---|---|

**Name: Keating & Assoc., LLC (Michael Keating)**       **Billing Period:**    8/23/10 – 8/31/10

**Paykey Code: ZKRAUMD252**                      **Response: Deepwater Horizon**

| Date | Start Time | End Time | Total Hours | Location/Activity |
|------|-----------|----------|-------------|-------------------|
| 8/23 | 6:30AM | 5:00PM | 10:30 | Office / Contract Mgt. |
| 8/24 | 6:30AM | 4:30PM | 10:00 | Office / Contract Mgt. |
| 8/25 | 6:30AM | 5:00PM | 10:30 | Office / Contract Mgt. |
| 8/26 | 6:30AM | 3:00PM | 8:30 | Office / Contract Mgt. |
| 8/27 | 6:30AM | 4:30PM | 10:00 | Office / Contract Mgt. |
| 8/28 | <Off> | <Off> | <Off> | |
| 8/29 | 6:30AM | 4:30PM | 10:00 | Office / Contract Mgt. |
| 8/30 | 6:30AM | 5:00PM | 10:30 | Office / Contract Mgt. |
| 8/31 | 6:00AM | 4:30PM | 10:30 | Office / Contract Mgt. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Signature: _(signed)_                      Date: 8/31/10

**CONFIDENTIAL**                                      **PRE00000358**



| | BP RESPONSE TIME SHEET |

**Name: Leland B. Hales**　　　　　　　　　　**Billing Period:** 　7/1/10-7/11/10

**Paykey Code: ZKRAUMD252**　　　　　　　　　　**Response: Deepwater Horizon**

| Date | Start Time | End Time | Total Hours | Location/Activity |
|------|-----------|----------|-------------|-------------------|
| 7/1/10 | 7:00 | 3:30 | 8.5 | Assigned to R.A.T. Cocodrie LA, for rapid assessment of Gulf oil spill response operations. |
| 7/2/10 | 6:00 | 3:00 | 8.0 | Assigned to R.A.T. Cocodrie LA, for rapid assessment of Gulf oil spill response operations. |
| 7/3/10 | 6:00 | 4:30 | 10.5 | Assigned to R.A.T. Cocodrie LA, for rapid assessment of Gulf oil spill response operations. |
| 7/4/10 | 6:00 | 3:30 | 9.5 | Assigned to R.A.T. Cocodrie LA, for rapid assessment of Gulf oil spill response operations. |
| 7/5/10 | 6:00 | 2:00 | 8.0 | Assigned to R.A.T. Cocodrie LA, for rapid assessment of Gulf oil spill response operations. |
| 7/6/10 | 6:00 | 3:30 | 9.5 | Assigned to R.A.T. Cocodrie LA, for rapid assessment of Gulf oil spill response operations. |
| 7/7/10 | 6:00 | 3:00 | 9.0 | Assigned to R.A.T. Cocodrie LA, for rapid assessment of Gulf oil spill response operations. |
| 7/8/10 | 5:30 | 4:00 | 10.5 | Assigned to R.A.T. Cocodrie LA, for rapid assessment of Gulf oil spill response operations. |
| 7/9/10 | 7:00 | 3:30 | 8.5 | Assigned to R.A.T. Cocodrie LA, for rapid assessment of Gulf oil spill response operations. |
| 7/10/10 | 6:00 | 5:30 | 11.5 | Assigned to R.A.T. Cocodrie LA, for rapid assessment of Gulf oil spill response operations. |
| 7/11/10 | 6:00 | 5:30 | 11.5 | Assigned to R.A.T. Cocodrie LA, for rapid assessment of Gulf oil spill response operations. |

Signature: *Leland B. Hales*　　　　　　　　　　Date: 7/11/10

CONFIDENTIAL　　　　　　　　　　PRE00000275



## BP RESPONSE TIME SHEET

**Name: Lance Trochessett**

**Billing Period:** 10/18/2010-10/24/10

**Paykey Code: ZKRAUMD252**

**Response: Deepwater Horizon**

| Date | Start Time | End Time | Total Hours | Location/Activity |
|------|-----------|----------|-------------|-------------------|
| 10/18 | 06:00 | 18:00 | 12 | OSRO manager training. MS Gulf Coast |
| 10/19 | 06:00 | 18:00 | 12 | OSRO manager training. MS Gulf Coast |
| 10/20 | 06:00 | 18:00 | 12 | OSRO manager training. MS Gulf Coast |
| 10/21 | 06:00 | 18:00 | 12 | OSRO manager training. MS Gulf Coast |
| 10/22 | 06:00 | 18:00 | 12 | OSRO manager training. MS Gulf Coast |
| 10/23 | 06:00 | 18:00 | 12 | OSRO manager training. MS Gulf Coast |
| 10/24 | | | | Time off |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Signature: *Lance Trochessett*                    Date: 10/24/10

CONFIDENTIAL



# BP RESPONSE TIME SHEET

**Name: Alan R. Erickson**          **Billing Period: 11/11/10- 11/20/10**          **Time Sheet 1016**

**Paykey Code: ZKRAUMD252**                              **Response: BP MISS. CANYON Block 252**

| Date | Start Time | End Time | Total Hours | Location/Activity |
|------|-----------|----------|-------------|-------------------|
| 11/11 | 0545 | 1730 | 12.0 | Venice Site Logistics/Large Vessel Demobilization |
| 11/12 | 0600 | 1745 | 12.0 | Venice Site Logistics/Large Vessel Demobilization |
| 11/13 | 0545 | 1730 | 12.0 | Venice Site Logistics/Large Vessel Demobilization |
| 11/14 | 0545 | 1730 | 12.0 | Venice Site Logistics/Large Vessel Demobilization |
| 11/15 | 0545 | 1745 | 12.0 | Venice Site Logistics/Large Vessel Demobilization |
| 11/16 | 0545 | 1800 | 12.0 | Venice Site Logistics/Large Vessel Demobilization |
| 11/17 | 0545 | 1830 | 12.0 | Venice Site Logistics/Large Vessel Demobilization |
| 11/18 | 0600 | 1730 | 11.5 | Venice Site Logistics/Large Vessel Demobilization |
| 11/19 | 0545 | 1800 | 12.0 | Venice Site Logistics/Large Vessel Demobilization |
| 11/20 | 0545 | 1800 | 12.0 | Venice Site Logistics/Large Vessel Demobilization |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| 10 Days | Total  Hr |  | 119.5 |  |
|  |  |  |  |  |

Signature: Alan R. Erickson                              Date: 11/21/10



# BP RESPONSE

**NAME:**     Scott Tew                              **BILLING PERIOD: 12/06/2010-12/12/2010**

**Paykey Code: ZKRAUMD252**                          **Response: Deepwater Horizon**

| Date | Start | End | Total | Location/Activity |
|------|-------|-----|-------|-------------------|
| 12/06/2010 | OFF | OFF | 0 Hrs | OFF |
| 12/07/2010 | OFF | OFF | 0 Hrs | OFF |
| 12/08/2010 | OFF | OFF | 0 Hrs | OFF |
| 12/09/2010 | OFF | OFF | 0 Hrs | OFF |
| 12/10/2010 | OFF | OFF | 0 Hrs | OFF |
| 12/11/2010 | 0500 | 1800 | 13 Hrs | Pensacola NAS Operations |
| 12/12/2010 | 0730 | 1830 | 11 Hrs | Pensacola Beach Area 31 Mechanical Operations |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

_____                    12/12/2010 _____
Scott Tew                                           Date

CONFIDENTIAL                                         PRE00000686



# BP RESPONSE TIME SHEET

**Name: Barlup Sr. , Ronald K**                    **Billing Period: 07/01/2010-07/11/2010**

**Paykey Code: ZKRAUMD252**                    **Response: Deepwater Horizon**

| Date | Start Time | End Time | Total Hours | Location/Activity |
|------|-----------|----------|-------------|-------------------|
| 07/02/ 2010 | 0600 | 1800 | 12 | Walton 1 & 2- Monitor lakes / gulf inlets |
| 07/03/ 2010 | 0600 | 1800 | 12 | Walton1 & 2- Monitor lakes / gulf inlets |
| 07/04/ 2010 | 0600 | 1800 | 12 | Walton 1 & 2- Monitor lakes / gulf inlets |
| 07/05/ 2010 | 0600 | 1800 | 12 | Walton 1 & 2- Monitor lakes / gulf inlets |
| 07/06/ 2010 | 0600 | 1800 | 12 | Bay 1 & 2- shoreline supervision |
| 07/07/ 2010 | 0600 | 1800 | 12 | Bay 3 – shoreline supervision |
| 07/08/ 2010 | 0600 | 1800 | 12 | Bay 3 – shoreline supervision |
| 07/09/ 2010 | 0600 | 1800 | 12 | Bay 3 – shoreline supervision |
| 07/10/ 2010 | 0600 | 1800 | 12 | Bay 3 – shoreline supervision |
| 07/11/ 2010 | 0600 | 1800 | 12 | Bay 3 – shoreline supervision |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**CONFIDENTIAL**                                        **PRE00000011**

|  | BP RESPONSE TIME SHEET |
|--|--|

**Name:   James Ray**                    **Billing Period:**   8/2/10 thru 8/9/10

**Paykey Code: ZKRAUMD252**                    **Response: Deepwater Horizon**

| Date | Start Time | End Time | Total Hours | Location/Activity |
|------|-----------|----------|-------------|-------------------|
| 8/2 | 20:00 | 00:00 | 4hrs | perdido beach/oversaw beach cleaning operation |
| 8/3 | 00:00 | 08:00 | 8hrs hrs | perdido beach /oversaw beach cleaning operation |
| 8/3 | 20:00 | 00:00 | 4hrs | perdido beach/oversaw beach cleaning operation |
| 8/4 | 00:00 | 08:00 | 8hrs | Perddido beach/oversaw beach cleaning operation |
| 8/4 | 20:00 | 00:00 | 4hrs | Perdido beach/oversaw beach cleaning operation |
| 8/5 | 00:00 | 08:00 | 8hrs | Perdido beach/oversaw beach cleaning operation |
| 8/5 | 20:00 | 00:00 | 4hr | Perdido beach/oversaw beach cleaning operation |
| 8/6 | 00:00 | 08:00 | 8hr | Perdido beach/oversaw beach cleaning operation |
| 8/6 | 20;00 | 00:00 | 4hr | Perdido beach/oversaw beach cleaning operation |
| 8/7 | 00:00 | 08:00 | 8hr | Perdido beach/oversaw beach cleaning operation |
| 8/7 | 20:00 | 00:00 | 4hr | Perdido beach/oversaw beach cleaning operation |

| | | | | |
|---|---|---|---|---|
| | | | | |
| 8/8 | 00::00 | 08:00 | 8hr | Perdido beach/oversaw beach cleaning operation |
| 8/8 | 20:00 | 00:00 | 4hr | Perdido beach/oversaw beach cleaning operation |
| 8/9 | 00:00 | 08:00 | 8hr | Perdido beach/oversaw beach cleaning operation |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Signature: | Date: 7/5/10 | | | |

PRE00000504



| | **BP** |
|---|---|
| **O'BRIEN'S** **RESPONSE MANAGEMENT** | **RESPONSE TIME SHEET** |

*Daren Benandi*

**Name:** CTS llc.                         **Billing Period:** 10-18 thru 10-24-2010

**Paykey Code:** ZKRAUMD252            **Response: Deepwater Horizon**

| Date | Start Time | End Time | Total Hours | Location/Activity |
|---|---|---|---|---|
| 10-18 | 6 AM | 6 PM | 12 | Venice - Contractor Observation |
| 10-19 | 6 AM | 6 PM | 12 | Venice - '' '' |
| 10-20 | 6 AM | 6 PM | 12 | Venice - '' '' |
| 10-21 | 6 AM | 6 PM | 12 | Empire - '' '' |
| 10-22 | 6 AM | 6 PM | 12 | Empire - '' '' |
| 10-23 | 6 AM | 6 PM | 12 | Venice - '' '' |
| 10-24 | 6 AM | 6 PM | 12 | Venice - '' '' |
| | | | | |

**Signature:** _(signature)_                **Date:** 10-24-2010

**CONFIDENTIAL**                                              PRE00000055



# BP RESPONSE TIME SHEET

**Name: Alan R. Erickson**          **Billing Period: 08/31/10-09/10/10**          **Time Sheet 1009**

**Paykey Code: ZKRAUMD252**                    **Response: BP MISS. CANYON BLOCK 252**

| Date | Start Time | End Time | Total Hours | Location/Activity |
|------|-----------|----------|-------------|-------------------|
| 8/31/10 | 0530 | 1800 | 12.5 | Venice Site Logistics/Forward Staging Recon |
| 9/01/10 | 0520 | 1800 | 12.5 | Venice Site Logistics/Forward Staging Recon |
| 9/02/10 | 0530 | 1800 | 12.5 | Venice Site Logistics/Forward Staging Recon |
| 9/03/10 | 0530 | 1810 | 12.5 | Venice Site Logistics/Forward Staging Recon |
| 9/04/10 | 0530 | 1730 | 12.0 | Venice Site Logistics/Forward Staging Recon |
| 9/05/10 | 0530 | 1840 | 13.0 | Venice Site Logistics/Forward Staging Recon |
| 9/06/10 | 0530 | 2100 | 15.5 | Venice Site Logistics/Forward Staging Recon |
| 9/07/10 | 0420 | 1540 | 11.0 | Venice Site Logistics/Travel & Rotation |
| 9/08/10 | | | | Rotation |
| 9/09/10 | | | | Rotation |
| 9/10/10 | | | | Rotation |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 10 Days | Total Hr | | 102 | |
| | | | | |

Signature: Alan R. Erickson                              Date: 9/11/10

CONFIDENTIAL                                                       PRE00000250



**Name:** Lance Trochessett

**Billing Period:**   Aug. 16th – Aug. 22nd

**Paykey Code: ZKRAUMD252**

**Response: Deepwater Horizon**

| Date | Start Time | End Time | Total Hours | Location/Activity |
|------|-----------|----------|-------------|-------------------|
| 8/16/10 | 06:00 | 18:00 | 12 | Performed all daily duties as dock master/supervisor Yates 6th Street Biloxi |
| 8/17/10 | 06:00 | 18:00 | 12 | Performed all daily duties as dock master/supervisor Yates 5th Street Biloxi |
| 8/18/10 | 06:00 | 18:00 | 12 | Performed all daily duties as dock master/supervisor Yates 5th Street Biloxi |
| 8/19/10 | 06:00 | 18:00 | 12 | Performed all daily duties as dock master/supervisor Yates 5th Street Biloxi |
| 8/20/10 | 06:00 | 18:00 | 12 | Performed all daily duties as dock master/supervisor Yates 5th Street Biloxi |
| 8/21/10 | 06:00 | 18:00 | 12 | Performed all daily duties as dock master/supervisor Yates 5th Street Biloxi |
| 8/22/10 | 06:00 | 18:00 | 12 | Performed all daily duties as dock master/supervisor Yates 5th Street Biloxi |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Signature:** _Lance Trochessett_

**Date:** 8-23-10

**CONFIDENTIAL**                                                                                           **PRE00000737**

# EXHIBIT B

STATEMENT OF QUALIFICATIONS

Name: Dennis D. Burnett

Address: 25878 Pollard Rd. #2212, Daphne, AL 36526

Contact Information:    Phone: 251-382-1367
                        Fax: (Manual) 251-382-1367
                        Pager/Cell: Cell: 702-465-7559
                        E-mail: dennisburnett2k2@yahoo.com

Education, Certification, Licenses: Hard boom & soft boom training, Hazwopper 40, 252 Module 3 Marine, 30 Hr. 1926 Construction OSHA, Emergency situation onboard training. Also Life & Adjuster insurance licenses.

Employment History: ① Most recent with Parson's - VOO Safety Inspector & boom deployment trainer. ② Self Employed Life/Adjuster Insurance agent. ③ Supervisor - Safety & construction with Gauld Equipment & Lamb-Grays Harbor Co.

Skills, Services: Safety Tech, Estimator/Adjuster, Steel & thru all crafts including, fitter, welder, burner, QC control, inventory control, field inspections, system layout & pricing.

Experience: Shipbuilding 10 yrs, Safety Tech/Supervisor 5 yrs., General Sales/Estimating 10 yrs. Oil Spill Safety/Boom Trainer 2 mos.

CONFIDENTIAL                                               PRE00000146

## STATEMENT OF QUALIFICATIONS

Name: *Emile DiGiovanni*

Address: *251 Garden Rd - River Ridge, L. 70123*

Contact Information:     Phone: _____

Fax: *(504) 267-7535*

Pager/Cell: *Cell (504) 231-5896*

E-mail: *Emiledigi@gmail.com*

Education, Certification, Licenses: *High School -*
*TWIC - HAZMAT - HAZWOPER -40hr.*

Employment History: *Self. DCC - DiGiovanni Const. C. LLC*

Skills, Services: _____

Experience: _____

Teaming Agreement                                                        March 2009

CONFIDENTIAL                                                        PRE00000243

# EMILE P. DI GIOVANNI

251 Garden Road
River Ridge, LA 70123
(504) 231-5896 (Mobile Phone)
E-mail: Janetsdigi@hotmail.com

---

Professional with over 38 years experience in various insulation, refractory and construction work. Supervision of and performance of above skills. Organized, dependable, conscientious, able to work under pressure and time constraints with proven ability to follow through. Good communicator with strong work ethics. .

## EMPLOYMENT

**DiGiovanni Construction, LLC., River Ridge, LA**                     1985 to
*Owner / General contractor*                                          present

- Estimate job and submit bids
- Hire and supervise sub-contractors
- Liaison between Reagan Equipment and various plant management
- Meet with and prepare various reports for sub-contractors, clients and permit board inspectors

**SOUTHERN LOUISIANA INSULATION & REFRACTORY, Kenner LA**
*Part Owner & Operator of insulation & refractory company*           1978 to
                                                                      1985

- Estimated jobs and submitted bids
- Supervised crews performing insulation and refractory work
- Met with and prepared reports for various plant personnel and management
- Supervised crews in Shell Toca, Shell Yscloskey, Houma Power House, New Orleans Sewerage and Water Board, University of New Orleans, Tulane University and Celotex various sizes of metal studs
- Supervised machine shop

**KLA INSULATION & REFRACTORY, Jefferson LA**                         1976 to
*Superintendent*                                                      1978

- Supervised crews numbering 50 – 100 people performing insulation and refractory work in various refineries and chemical plants
- Performed retubing and boiler work

**FULLER AUSTIN , Austin, TX**                                        1975 to
*Insulation Supervisor*                                               1976

- Supervise various pipe insulators on the Alaskan Pipeline
- Liasion between Fuller Austin and various plant management

**BRANTON INSULATION, Harahan, LA**                                   1973 to
*Insulation Supervisor*                                               1975

- Supervised 105 people performing insulation work at the Taft Nuclear Power Plant
- Liaison between Braton Insulation and various plant management
- Ordered parts and equipment necessary to perform job duties

**CONFIDENTIAL**                                                           **PRE00000244**

Jul 06 10 02:32p        Janet DiGiovanni                    (504) 267-7535                    p.5

EMILE P. DI GIOVANNI                              PAGE TWO

### MILITARY SERVICE

Merchant Marines

### EDUCATION

Graduated from Warren Easton High School, New Orleans, Louisiana

### BOAT / WATER EXPERIENCE

- 6 years sea duty in Merchant Marines
- 4 years experience on offshore rigs / platforms
- 20+ years experience running pleasure boats
- 10+ years experience as commercial trawler

### CREDENTIALS AND CERTIFICATES

- TWIC
- 40 Hour Hazmat Training
- Asbestos Removal Training
- Asbestos Supervisor Training
- Blueprint Analysis Training
- Stick Welding Certificate

CONFIDENTIAL                                                      PRE00000245

## STATEMENT OF QUALIFICATIONS

Name: _THOMAS P WRIGHT_

Address: _127 SUMMER STORM PL, THE WOODLANDS, TX 77381_

Contact Information:     Phone: _936-273-9373_

Fax: ____

Pager/Cell: _CELL - 832-797-7388_

E-mail: _tom-wright2000@comcast.net_

Education, Certification, Licenses: _BA ECONOMICS, U of NOTRE DAME_

_PHR_

Employment History: _RESUME SENT_

Skills, Services: _ORG. DEVELOPMENT, TEAM BUILDING_

_COACHING_

Experience: _13 YRS OIL & GAS DRLG, 10 YRS HR,_

_6 YRS OIL COMPANY CONSULTING_

Teaming Agreement                                            March 2009

CONFIDENTIAL                                            PRE00000842

ATTN: HOPE

## STATEMENT OF QUALIFICATIONS

Name: GREG DARREN WEAVER

Address: 11287 ELYSIAN CIRCLE, DAPHNE, AL 36526

Contact Information:   Phone: 251-327-5775

Fax:

Pager/Cell:

E-mail: DRRNWEAVER@YAHOO.COM

Education, Certification, Licenses: 40 HOUR HAZWOPER, OSHA30 ASSOCIATE DEGREE BUSINESS ADMIN.

Employment History: PDS MARITIME PARSON'S

Skills, Services: SAFETY, MANAGEMENT SITE MANAGER, SAFETY and VOD VESSEL INSPECTOR and SAFETY TRAINING, IMPLEMENT OF ALL ASPECTS OF Administrative DUTIES

Experience: 20 YEARS IN the Construction and MARITIME INDUSTRY, MANAGEMENT and SAFETY FOREMAN

March 2009

CONFIDENTIAL

PRE00000815

## STATEMENT OF QUALIFICATIONS

Name: _JOHN  MAYNARD_

Address: _758 ST. MICHAEL ST #801 MOBILE  AL  36602_

Contact Information:   Phone: _251. 802. 7542_

Fax: _____

Pager/Cell: _251  802. 7542_

E-mail: _jmaynard001@gmail.com_

Education, Certification, Licenses: _HM ROYAL NAVY (ENGLAND) ROYAL NAVAL COLLEGE OF ENGINEERING : HIGHBURY COLLEGE OF TECHNOLOGY (ENGLAND) ELECTRICAL / ELECTRONIC ENGINEERING : SPRING HILL COLLEGE (MOBILE AL) BUSINESS- ACCOUNTING - FINANCE, BUSINESS LAW : FAULKNER STATE UNIVERSITY (MOBILE AL) BUSINESS ACCOUNTING + FINANCE_

Employment History: _2005-2010  TARGETED  TECHNOLOGIES, LLC - DIRECTOR OPERATIONS 2002-2005  GLOBAL TEL LINK - DIRECTOR PROJECT MANAGEMENT 1987-2002  MINOLTA-QMS INC - ENGINEERING  MANAGER 1978-1986  HM ROYAL NAVY (ENGLAND) - ENGINEERING_

Skills, Services: _PROJECT MANAGEMENT , WORKFLOW ANALYSIS , COST ANALYSIS, PERSONNEL MANAGEMENT, CUSTOMER SUPPORT, PROJECT COSTING (MATERIALS, LABOR) / ESTIMATING, ISSUE RESOLUTION_

Experience: _DESIGNED / IMPLEMENTED ENGINEERING COURSE FOR R&D ENGINEERING APPRENTICES. MANAGED SIGNIFICANT TECHNICAL PROJECTS (MATERIALS, TIME, COST, PERSONNEL) - OPERATIONS MANAGE DIRECTOR (PURCHASING, CUSTOMER SUPPORT / RESOLUTION), PROJECT COSTING / ESTIMATING, QA, INSTALLATION / UPGRADES, INVENTORY CONTROL (JIT)_

**CONFIDENTIAL**                                                          **PRE00000427**

STATEMENT OF QUALIFICATIONS

Name: John G. Sawicki

Address: 1494 Knoll Elk Glen   Escondido, CA 92029

Contact Information:   Phone: 619-992-8565

Fax: 760-432-9996

Pager/Cell:

E-mail: jgsawicki@cox.net

Education, Certification, Licenses: BA, Calif Appraiser License NO35057
Calif Brokers License #01409768
40-Hour HAZWOPER #HZWPI-0054

Employment History: Whillock Construction PM 2005-09
Goodrich Aerospace - Project Executive
Marine Engineering & Services 1972-1992

Skills, Services: Project Management, Project Executive
Sr. Project Manager. Construction, Ship
Repair, General Management, Permitting.

Experience: 20+ years Marine Construction & Ship Repair
20+ years Industrial Construction; Waste Water
Treatment plant, Chemical Processing 44 Tanks
Construction, & Co Electrical power generation

CONFIDENTIAL                                                              PRE00000625

## STATEMENT OF QUALIFICATIONS

Name: Dale Croy

Address: 11691 Branchwood Drive  Fairhope AL 36532

Contact Information:  Phone: 251-928-1918

Fax:

Pager/Cell: 251-391-3247

E-mail: decroy@bellsouth.net

Education, Certification, Licenses: 40HR HAZWOPER, 4 hour Marine hazmat module 3 MC 252, OSHA 30 1926 Construction

Leon High School 1980

Employment History: VOO Fueling manager, VOO safety Inspector & training officer 6/2010 - 8/2010 US Coast Guard 9/1981 - 4/2002 Metro Medical - Sales

Skills, Services: Rescue Coordinator, crew Supervisor/ trainer, boat engineer/crewman/vol. Firefighter.

Experience: I am a retired Coast Guard Supervisor with 22 yrs of honorable Service. Skills set in crew training, mission readiness and Operational management.

CONFIDENTIAL

PRE00000215

STATEMENT OF QUALIFICATIONS

Name: Alfredo Valentine

Address: 2000 N. Congress Ave #210 West Palm Beach, FL 33409

Contact Information:   Phone: 954-330-8864

Fax: _____

Pager/Cell: 954-330-8864

E-mail: Alfredo.Valentine74@Gmail.Com

Education, Certification, Licenses: Emery Aviation College 8/93-11/93 Colorado Spgs. Co

Borough of Manhattan C.C. 9/00-6/01, Indian River CC. 5/02-12/02, Health Careers Inst 1/96-5/97

NAUI Master Diver/Rescue Diver 6/97-9/97, Coral Springs Fire Academy 2/06

State of Florida Paramedic 8/09.

Employment History: Wachenhut Comp 2/10-5/10, Florida East Coast Railway Police

9/2007-8/2009, City of Riviera Beach Police Dept 6/2002-9/2007

Broward County Sheriff's office Fire Rescue Reserve

Skills, Services: Certified law enforcement Florida 8yrs exp.

Certified Fire fighter 2yrs Exp. Licensed Paramedic 1yrs exp.

Recognition of response to chemical, biological and radiological agents.

Hazmat Awareness Dos 8hr refresher Per NFPA.

Experience: Basic life support. Advanced life support, trauma life support certified.

5 years experience as Police Officer with City of Riviera Beach

2yrs experience reserve firefighter/Emt-Paramedic with Broward sheriffs off.

4 months experience with Wachen hot security.

CONFIDENTIAL                                                                PRE00000792

# EXHIBIT C

## RESPONSE MANAGEMENT
## TEAMING AGREEMENT

This Agreement is between **O'Brien's Response Management Inc.** (O'Brien's RM) (referred to collectively as Company), and Ronald Barlup (referred to as Contractor). In consideration of the mutual benefits derived herefrom, the parties, intending to be legally bound, covenant and agree as follows.

Company is principally engaged in the business of providing emergency preparedness and response management services to its clients. Company wishes to utilize Contractor to assist Company in providing these services, and Contractor agrees to support the Company, under the terms and conditions herein provided. Such services include, but are not limited to, staffing of Incident Command System positions at selected emergency events, conducting training courses, participating in and/or facilitating exercises and other similar consulting services as mutually agreed to by both parties. Contractor understands that Company is not obligated to request Contractor's services and Company understands that Contractor may refuse Company's request for services, if Contractor is not available.

Remuneration for services rendered as part of this Agreement will be at a rate of S TBD per hour/day for **consulting** plus reasonable out-of-pocket expenses, and/or $500.00 per day for **responses** plus reasonable out of pocket expenses.  Rates may be changed annually upon 30 days written notice.  Contractor will invoice Company within 10 days of project completion and will include receipts for **all** expenses. Company will provide all billing to the client and distribute to Contractor upon receipt of fees and expenses from the client.  Company will provide general liability insurance as required by the client and Contractor will provide workers compensation insurance for its employees.  Contractor will be responsible for all wages, salaries and benefits of its employees.

Contractor agrees that any proprietary and confidential information that results from all work covered by this agreement will be held in strict confidence for at least five years beyond the termination of this Agreement and may not be used for any purpose other than fulfillment of Contractor's responsibilities. Contractor also agrees not to solicit or sell services substantially similar to that provided by Company to Company's clients for the term of this agreement and for a period of one year thereafter.

This Agreement is a continuing (evergreen) commitment with no set termination.  It does not bind either party to a joint venture, partnership, or any other type of formal business entity.  It also does not make either party an employee of the other.  For the sake of good order, Contractor will keep Company apprised of information needed for maintaining Contractor's Statement of Qualifications.  Either party may terminate this Agreement with at least 60 days prior written notice to the other party.

COMPANY:

By: _K. Minkhms_

Name: _K. Tim Perkins_

Title: _CEO_

Company: O'Brien's Response Management Inc.

Date: _7/2/10_

CONTRACTOR:

By: _Ronald K. Barlup Sr._

Name: _Ronald K. Barlup Sr._

Title: _____

Company: _____

Date: _06-26-2010_

**HIGHLY CONFIDENTIAL**                                                                 PRE00000032

# RESPONSE MANAGEMENT
# TEAMING AGREEMENT

This Agreement is between **O'Brien's Response Management Inc.** (O'Brien's RM) (referred to collectively as Company), and Troy Bradley (referred to as Contractor). In consideration of the mutual benefits derived herefrom, the parties, intending to be legally bound, covenant and agree as follows.

Company is principally engaged in the business of providing emergency preparedness and response management services to its clients. Company wishes to utilize Contractor to assist Company in providing these services, and Contractor agrees to support the Company, under the terms and conditions herein provided. Such services include, but are not limited to, staffing of Incident Command System positions at selected emergency events, conducting training courses, participating in and/or facilitating exercises and other similar consulting services as mutually agreed to by both parties. Contractor understands that Company is not obligated to request Contractor's services and Company understands that Contractor may refuse Company's request for services, if Contractor is not available.

Remuneration for services rendered as part of this Agreement will be at a rate of $ TBD per hour/day for **consulting** plus reasonable out-of-pocket expenses, and/or $500.00 per day for **responses** plus reasonable out of pocket expenses. Rates may be changed annually upon 30 days written notice. Contractor will invoice Company within 10 days of project completion and will include receipts for **all** expenses. Company will provide all billing to the client and distribute to Contractor upon receipt of fees and expenses from the client. Company will provide general liability insurance as required by the client and Contractor will provide workers compensation insurance for its employees. Contractor will be responsible for all wages, salaries and benefits of its employees.

Contractor agrees that any proprietary and confidential information that results from all work covered by this agreement will be held in strict confidence for at least five years beyond the termination of this Agreement and may not be used for any purpose other than fulfillment of Contractor's responsibilities. Contractor also agrees not to solicit or sell services substantially similar to that provided by Company to Company's clients for the term of this agreement and for a period of one year thereafter.

This Agreement is a continuing (evergreen) commitment with no set termination. It does not bind either party to a joint venture, partnership, or any other type of formal business entity. It also does not make either party an employee of the other. For the sake of good order, Contractor will keep Company apprised of information needed for maintaining Contractor's Statement of Qualifications. Either party may terminate this Agreement with at least 60 days prior written notice to the other party.

COMPANY:

By: _K. Tim Perkins_

Name: _K. Tim Perkins_

Title: _CEO_

Company: O'Brien's Response Management Inc.

Date: _7/2/10_

CONTRACTOR:

By: _[signature]_

Name: _TROY G. BRADLEY_

Title: _____

Company: _____

Date: _6/25/2010_

HIGHLY CONFIDENTIAL                                                               PRE00000121

# RESPONSE MANAGEMENT
# TEAMING AGREEMENT

This Agreement is between **O'Brien's Response Management Inc.** (O'Brien'sRM) (referred to collectively as Company), and  Lance Trochessett  (referred to as Contractor).  In consideration of the mutual benefits derived herefrom, the parties, intending to be legally bound, covenant and agree as follows.

Company is principally engaged in the business of providing emergency preparedness and response management services to its clients. Company wishes to utilize Contractor to assist Company in providing these services, and Contractor agrees to support the Company, under the terms and conditions herein provided.  Such services include, but are not limited to, staffing of Incident Command System positions at selected emergency events, conducting training courses, participating in and/or facilitating exercises and other similar consulting services as mutually agreed to by both parties.  Contractor understands that Company is not obligated to request Contractor's services and Company understands that Contractor may refuse Company's request for services, if Contractor is not available.

Remuneration for services rendered as part of this Agreement will be at a rate of $   TBD   per hour/day for **consulting** plus reasonable out-of-pocket expenses, and/or $  500.00   per day for **responses** plus reasonable out of pocket expenses.  Rates may be changed annually upon 30 days written notice. Contractor will invoice Company within 10 days of project completion and will include receipts for **all** expenses.  Company will provide all billing to the client and distribute to Contractor upon receipt of fees and expenses from the client  Company will provide general liability insurance as required by the client and Contractor will provide workers compensation insurance for its employees.  Contractor will be responsible for all wages, salaries and benefits of its employees.

Contractor agrees that any proprietary and confidential information that results from all work covered by this agreement will be held in strict confidence for at least five years beyond the termination of this Agreement and may not be used for any purpose other than fulfillment of Contractor's responsibilities. Contractor also agrees not to solicit or sell services substantially similar to that provided by Company to Company's clients for the term of this agreement and for a period of one year thereafter.

This Agreement is a continuing (evergreen) commitment with no set termination.  It does not bind either party to a joint venture, partnership, or any other type of formal business entity.  It also does not make either party an employee of the other.  For the sake of good order, Contractor will keep Company apprised of information needed for maintaining Contractor's Statement of Qualifications.  Either party may terminate this Agreement with at least 60 days prior written notice to the other party.

COMPANY:

By: _K. Tim Perkins_

Name: _K. Tim Perkins_

Title: _CEO_

Company: O'Brien's Response Management Inc.

Date: _7/2/10_

CONTRACTOR:

By: _Lance Trochessett Sr._

Name: _Lance J. Trochessett Sr._

Title: _____

Company: _____

Date: _6-22-10_

Teaming Agreement                                                            March 2009

**HIGHLY CONFIDENTIAL**                                              PRE00000762

# EXHIBIT D

**SEACOR Holdings Inc.**
P.O. Box 13038
Fort Lauderdale FL 33316

Including SEACOR Companies:
*SCF Marine Inc.*
- *Era Helicopters LLC*
- *EraMed LLC*
- *Era FBO LLC d/b/a Million Air Exchange*
- *Liberty Services Inc.*
- *Energy Logistics Inc.*

*SCF Tanker Inc.*
- *Seabulk Towing Inc.*
- *SCF Marine Inc.*
- *SCF Waxler Marine LLC d/b/a Waxler Transportation Co.*

*Response Management Services LLC*
*The O'Brien's Group, Inc.*
- *SEACOR Environmental Services, Inc.*
- *SEACOR Environmental Products*
- *National Response Corporation (NRC)*
- *NRC Environmental Services*

## Supplier Registration Form  Jan. 08

Please fill out this form completely and return via fax at 866-234-8843 or mail it to the attention of Accounts Payable–Suppliers at the above address.
If you have any questions, please call our Supplier Support Specialists toll-free at (800) 738-0030 ext. 105250 or (954) 524-4200 ext. 105250.

If you are an existing Seacor supplier and need to make changes to your information, please check here,
fill in your Company name and only the information you wish to change, then sign and submit the form. } **Change?**

### Supplier Information

Company Name: K E D Investments Inc.
Contact Name: David D Hamilton
E-Mail Address: dhamilton130@comcast.net
Telephone Number: 251-639-1080 or 251-510-7942
Fax Number: 251-639-1067

Street Address / P.O. Box: 7202 Wynnridge Drive
City: Mobile   State: AL
Zip Code: 36695   Country: USA

Nature of Business Activity: (please check one that best applies to you)
- Manufacturer ___
- Supplier ___
- Professional Services ___
- Contractor Services ✓
- Legal Services ___
- Repair Agency ___
- Insurance ___
- Government / Public ___
- Other ___

### Accounts Receivable Information

A/R Contact Name: K E D Investments Inc.
E-Mail Address: dhamilton130@comcast.net
Telephone Number: 251-639-1080
Fax Number: 251-639-1067

Remit to Address (as on your invoice): 7202 Wynnridge Drive
City: Mobile   State: AL
Zip Code: 36695   Country: USA

### Bank Account Information  (please refer to Seacor ACH Program - Frequently Asked Questions)

Bank Name: Regions Bank
Bank ABA Routing Number (9 Digits; use routing number from a check): REDACTED
Bank Account Number: REDACTED

Remittance Advise Choice - please check one
*(how you would like for us to deliver payment information to you)*
E-Mail* ✓   Fax* ___   CTX ___
* E-Mail Address or Fax Number must be provided in Accounts Receivable Information section above.

### Federal Tax Identification Number & W-9 Information

Name (as shown on your income tax return):

Business Name, if different from above: K E D Investments Inc.

Address (number, street, and apt or suite no): 7202 Wynnridge Drive
City: Mobile   State: AL
Zip Code: 36695

Check Appropriate Box:
Individual/Sole proprietor ___   Corporation ✓
Partnership ___   Other ___
Limited liability company* ___
*Enter the tax classification (C=corporation, P=partnership, D=disregarded entity)
Exempt from backup withholding (?) ___

Taxpayer Identification Number (TIN):
[Must be 9 digits. Fill in EIN or SSN not both]
Employer Identification No. (EIN): REDACTED
Social Security No. (SSN): ___

Note: if necessary, refer to IRS form W-9 instructions at http://www.irs.gov for more specific instructions.

### Certification & Signature

Supplier authorizes SEACOR to issue payments via the Automated Clearing House (ACH) Payment System, as well as reverse electronic payments that are found to be duplicate, in excess of requirements, or made in error. Supplier certifies that the Bank Account Information provided herein is true and correct and agrees to release and hold harmless SEACOR for all damages arising from payments made in accordance with the above. Further, under penalty of perjury, Supplier certifies the above Federal Tax Identification Number and W-9 Information is true and correct and in accordance with all applicable IRS regulations and instructions. By signing below, I represent that I am an authorized representative of the supplier named above and all information provided and statements herein are true and correct.

Signature of Authorized Representative: David D Hamilton   Title: President
Printed Name: David D Hamilton   Date: 6/30/10

*Jan 08 SRF.xls*

HIGHLY CONFIDENTIAL

**SEACOR Holdings Inc.**
P.O. Box 13038
Fort Lauderdale FL 33316

Including SEACOR Companies:
– SEACOR Marine LLC
– Era Helicopters LLC
– Erahled LLC
– Era FBO LLC d/b/a Million Air Exchange
– Liberty Services Inc.
– Energy Logistics Inc.

– Seabulk Tankers Inc.
– Seabulk Towing Inc.
– SCF Marine Inc.
– SCF Waxler Marine LLC d/b/a Waxler Transportation Co.

– Response Management Associates
– The O'Brien's Group, Inc.
– SEACOR Environmental Services, Inc.
– SEACOR Environmental Products
– National Response Corporation (NRC)
– NRC Environmental Services

## Supplier Registration Form Jan 08

Please fill out this form completely and return via fax at 866-234-8843 or mail it to the attention of Accounts Payable–Suppliers at the above address.
If you have any questions, please call our Supplier Support Specialists toll-free at (800) 738-0030 ext. 105250 or (954) 524-4200 ext. 105250.

If you are an existing Seacor supplier and need to make changes to your information, please check here,
fill in your Company name and only the information you wish to change, then sign and submit the form. } **Change?** ____

### Supplier Information

Company Name: C T S, llc
Contact Name: Daren Benandi
E-Mail Address: darenbenandi@att.net
Telephone Number: 251 895-9293
Fax Number: 251 929-2852

Street Address / P.O. Box:
124 Augusta Court
City: Fairhope   State: AL
Zip Code: 36532   Country: USA

Nature of Business Activity: - Manufacturer ___  - Professional Services ___  - Legal Services ___  - Government / Public ___
(please check one that best applies to you)  - Supplier ___  - Contractor Services ✓  - Repair Agency ___  - Other ___

### Accounts Receivable Information

A/R Contact Name: Daren Benandi
E-Mail Address: daren benandi@att.net
Telephone Number: 251 895-9293
Fax Number: 251 929-2852

Remit to Address (as on your invoice):
124 Augusta Court
City: Fairhope   State: AL
Zip Code: 36532   Country: USA

### Bank Account Information (please refer to Seacor ACH Program - Frequently Asked Questions)

Bank Name: Regions Bank
Bank ABA Routing Number (9 Digits; use routing number from a check): REDACTED
Bank Account Number: REDACTED

Remittance Advise Choice - please check one
(how you would you like for us to deliver payment information to you)
E-Mail* ✓   Fax* ___   CTX ___
* E-Mail Address or Fax Number must be provided in Accounts Receivable Information section above.

### Federal Tax Identification Number & W-9 Information

Name (as shown on your income tax return): C T S, llc
Business Name, if different from above:

Address (number, street, and apt.or suite no.):
124 Augusta Court
City: Fairhope   State: AL
Zip Code: 36532

Check Appropriate Box:
Individual/Sole proprietor ___   Corporation ___
Partnership ___   Other ___
Limited liability company* ✓
*Enter the tax classification (C=corporation, P=partnership, D=disregarded entity)
Exempt from backup withholding (?) ___
Note: If necessary, refer to IRS form W-9 instructions at http://www.irs.gov for more specific instructions.

Taxpayer Identification Number (TIN):
[Must be 9 digits. Fill in EIN or SSN but not both]
Employer Identification No. (EIN): REDACTED
Social Security No. (SSN): ___

### Certification & Signature

Supplier authorizes SEACOR to issue payment via the Automated Clearing House (ACH) Payment System, as well as reverse electronic payments that are found to be duplicate, in excess of requirements, or made in error. Supplier certifies that the Bank Account Information provided herein is true and correct and agrees to release and hold harmless SEACOR for all damages arising from payments made in accordance with the above. Further, under penalty of perjury, Supplier certifies the above Federal Tax Identification Number and W-9 Information is true and correct and in accordance with all applicable IRS regulations and instructions. By signing below, I represent that I am an authorized representative of the supplier named above and all information provided and statements herein are true and correct.

Signature of Authorized Representative: Daren Benandi   Title: Owner
Printed Name: Daren Benandi   Date: 6-21-10

Jan 08 SRF.xls



**SEACOR Holdings Inc.**
P.O. Box 13038
Fort Lauderdale FL 33316

Including SEACOR Companies:
- SEACOR Marine LLC
- Era Helicopters LLC
- EraMed LLC
- Era FBO LLC d/b/a Million Air Exchange
- Liberty Services Inc.
- Energy Logistics Inc.

- Seabulk Tankers Inc.
- Seabulk Towing Inc.
- SCF Marine Inc.
- SCF Waxler Marine LLC  d/b/a Waxler
  Transportation Co.

- Response Management Associates
- The O'Brien's Group, Inc.
- SEACOR Environmental Services, Inc.
- SEACOR Environmental Products
- National Response Corporation (NRC)
- NRC Environmental Services

## Supplier Registration Form  Jan. 08

Please fill out this form completely and return via fax at 866-234-8843 or mail it to the attention of Accounts Payable–Suppliers at the above address.
If you have any questions, please call our Supplier Support Specialists toll-free at (800) 738-0030 ext. 105250 or (954) 524-4200 ext. 105250.

If you are an existing Seacor supplier and need to make changes to your information, please check here,    } Change? ____
fill in your Company name and only the information you wish to change, then sign and submit the form.

### Supplier Information

| | |
|---|---|
| Company Name: KEATING & ASSOC. LLC | Street Address / P.O. Box: 19380 QUAIL CREEK DRIVE |
| Contact Name: MICHAEL KEATING | City: FAIRHOPE    State: AL |
| E-Mail Address: mkeatingfl@yahoo.com | Zip Code: 36532    Country: USA |
| Telephone Number: (251) 302-0199 | |
| Fax Number: (888) 270-3791 | - Insurance |

Nature of Business Activity:  - Manufacturer    - Professional Services  X    - Legal Services    - Government / Public
(please check one that best applies to you)   - Supplier    - Contractor Services  X    - Repair Agency    - Other

### Accounts Receivable Information

| | |
|---|---|
| A/R Contact Name: MICHAEL KEATING | Remit to Address (as on your invoice): |
| E-Mail Address: mkeatingfl@yahoo.com | 19380 QUAIL CREEK DR. |
| Telephone Number: (251) 302-0199 | City: FAIRHOPE    State: AL |
| Fax Number: (888) 270-3791 | Zip Code: 36532    Country: USA |

### Bank Account Information  (please refer to Seacor ACH Program - Frequently Asked Questions)

Bank Name: REGIONS BANK

Remittance Advise Choice - please check one
(how you would like for us to deliver payment information to you)

Bank ABA Routing Number (9 Digits; use routing number from a check):

**REDACTED**

E-Mail*  X    Fax* ____    CTX ____

Bank Account Number:

**REDACTED**

* E-Mail Address or Fax Number must be provided in Accounts
Receivable Information section above.

### Federal Tax Identification Number & W-9 Information

Name (as shown on your income tax return): MICHAEL L. KEATING

Address (number, street, and apt.or suite no):  19380 QUAIL CREEK DR.
City: FAIRHOPE    State: AL

Business Name, if different from above: KEATING & ASSOC, LLC

Zip Code: 36532

Check Appropriate Box:
Individual/Sole proprietor ____    Corporation ____
Partnership ____    Other ____
Limited liability company*  X (D)
*Enter the tax classification (C=corporation, P=partnership, D=disregarded entity)

Taxpayer Identification Number (TIN):
[Must be 9 digits.  Fill in EIN or SSN not both]
Employer Identification No. (EIN):

**REDACTED**

Social Security No. (SSN):

Exempt from backup withholding (?) ____
Note:  if necessary, refer to IRS form W-9 instructions at http://www.irs.gov for more specific instructions.

### Certification & Signature

Supplier authorizes SEACOR to issue payments via the Automated Clearing House (ACH) Payment System, as well as reverse electronic payments that are found to be duplicate, in excess of requirements, or made in error.  Supplier certifies that the Bank Account Information provided herein is true and correct and agrees to release and hold harmless SEACOR for all damages arising from payments made in accordance with the above.  Further, under penalty of perjury, Supplier certifies the above Federal Tax Identification Number and W-9 Information is true and correct and in accordance with all applicable IRS regulations and instructions.  By signing below, I represent that I am an authorized representative of the supplier named above and all information provided and statements herein are true and correct.

Signature of Authorized Representative: _Michael L. Keating_    Title: PRESIDENT

Printed Name: MICHAEL L. KEATING    Date: 6/22/10

Jan 08 SRF.xls

HIGHLY CONFIDENTIAL

**SEACOR Holdings Inc.**
P.O. Box 13038
Fort Lauderdale  FL  33316

- SEACOR Marine LLC
- National Response Corporation (NRC)
- SEACOR Environmental Services, Inc.
- The O'Brien's Group

- ERA Helicopters LLC
- Seabulk Tankers
- Seabulk Towing
- SCF Marine

## Supplier Registration Form

Please fill out this form completely  and return via **fax at 866-234-8843**  or mail it to the attention of Accounts Payable–Suppliers at the above
address.  If you have any questions, please call our Supplier Support Specialists toll-free at (800) 738-0030 or (954) 524-4200.

### Supplier Information

Company Name: *MAREN , INC*          Street Address / P.O. Box: *6554 FISHER RD*

Contact Name: *DARREN BENSON*

E-Mail Address: *BENSONRX6MSN.COM*          City: *DALLAS*          State: *TX*

Telephone Number: *602 - 388 - 7569*          Zip Code: *75214*          Country: *USA*

Fax Number:

Nature of Business Activity:
(please check one that best applies to you)

| | | |
|---|---|---|
| - Manufacturer ____ | - Professional Services ____ | - Governmental / Public ____ |
| - Supplier ____ | - Contractor Services ____ | - Other ____ |

### Accounts Receivable Information

A/R Contact Name  *— SAME —*          Remit to Address:

E-Mail Address:

Telephone Number:          City:          State:

Fax Number:          Zip Code:          Country:

### Bank Account Information  (please refer to Seacor ACH Program - Frequently Asked Questions)

Bank Name: *WELLS FARGO*          Remittance Advise Choice - please check one

Bank ABA Routing Number (9 Digits):          *(how you would you like for us to deliver payment information to you)*

REDACTED          E-Mail* **X**          Fax* ____          CTX ____

Bank Account Number:          * E-Mail Address or Fax Number must be provided in Accounts
Receivable Information section above.

REDACTED

### Federal Tax Identification Number & W-9 Information

Name (as shown on your income tax return) :          Address (number, street, and apt,or suite no) : *6554 FISHER RD.*

*DARREN BENSON*          City: *DALLAS*          State: *TX*

Business Name, if different from above;          Zip Code: *75214*

*MAREN , INC*

Check Appropriate Box:          Taxpayer Identification Number (TIN) (must be 9 digits) :

Individual ____          Employer Identification No.   (EIN)          REDACTED

Corporation ____

Partnership ____          Social Security No. (SSN)          REDACTED

Other ✓

Exempt from backup withholding (?) ____

Note:  if necessary, refer to IRS form W-9 instructions at http://www.irs.gov for more specific instructions.

### Certification & Signature

Supplier authorizes SEACOR to issue payments via the Automated Clearing House (ACH) Payment System, as well as reverse electronic payments that are found to be
duplicate, in excess of requirements, or made in error.  Supplier certifies that the Bank Account Information provided herein is true and correct and agrees to release and
hold harmless SEACOR for all damages arising from payments made in accordance with the above.  Further, under penalty of perjury, Supplier certifies the above Federal
Tax Identification Number and W-9 Information is true and correct and in accordance with all applicable IRS regulations and instructions.  By signing below, I represent
that I am an authorized representative of the supplier named above and all information provided and statements herein are true and correct.

Signature of Authorized Representative:          Title: *President*

Printed Name: *DARREN BENSON*          Date: *10/10/08*

EM

**HIGHLY CONFIDENTIAL**          PRE00000103

# EXHIBIT E



**Name: Dennis Prejean**                              **Billing Period: 7-31-2010 - 8-9-2010**

**Paykey Code: ZKRAUMD252**                **Response: Deepwater Horizon**

| Date | Start Time | End Time | Total Hours | Location/Activity |
|------|-----------|----------|-------------|-------------------|
|      |           |          |             |                   |
| Jul 31, 2010 | 1700 | 2400 | 7 | Venice staging / Operations / Yard Supervisor |
| Jul 31, 2010 | 2400 | 600 | 6 | Venice staging / Operations / Yard Supervisor |
| Aug 1, 2010 | 1800 | 2400 | 6 | Venice staging / Operations / Yard Supervisor |
| Aug 1, 2010 | 2400 | 600 | 6 | Venice staging / Operations / Yard Supervisor |
| Aug 2, 2010 | 1800 | 2400 | 6 | Venice staging / Operations / Yard Supervisor |
| Aug 2, 2010 | 2400 | 600 | 6 | Venice staging / Operations / Yard Supervisor |
| Aug 3, 2010 | 1800 | 2400 | 6 | Venice staging / Operations / Yard Supervisor |
| Aug 3, 2010 | 2400 | 600 | 6 | Venice staging / Operations / Yard Supervisor |
| Aug 4, 2010 | 1700 | 2400 | 7 | Venice staging / Operations / Yard Supervisor |
| Aug 4, 2010 | 2400 | 600 | 6 | Venice staging / Operations / Yard Supervisor |
| Aug 5, 2010 | 1700 | 2400 | 7 | Venice staging / Operations / Yard Supervisor |
| Aug 6, 2010 | 2400 | 600 | 6 | Venice staging / Operations / Yard Supervisor |
| Aug. 7,2010 | 1700 | 2400 | 7 | Venice staging / Operations / Yard Supervisor |
| Aug. 7, 2010 | 2400 | 600 | 6 | Venice staging / Operations / Yard Supervisor |
| Aug. 8, 2010 | 1700 | 2400 | 7 | Venice staging / Operations / Yard Supervisor |
| Aug. 8, 2010 | 2400 | 600 | 6 | Venice staging / Operations / Yard Supervisor |
| Aug. 9, 2010 | 1700 | 2400 | 7 | Venice staging / Operations / Yard Supervisor |
| Aug. 9,2010 | 2400 | 600 | 6 | Venice staging / Operations / Yard Supervisor |
|      |           |          |             |                   |
|      |           |          |             |                   |
|      |           |          |             |                   |
|      |           |          |             |                   |
|      |           |          |             |                   |
|      |           |          |             |                   |
|      |           |          |             |                   |
|      |           |          |             |                   |
|      |           |          |             |                   |

Signature:                                          Date: 7/30/2010

**CONFIDENTIAL**                                                                       **PRE00000484**



| | BP RESPONSE TIME SHEET |
|---|---|

**Name: Dennis Prejean**                    **Billing Period: 9-1-2010 - 8-20-2010**

**Paykey Code: ZKRAUMD252**            **Response: Deepwater Horizon**

| Date | Start Time | End Time | Total Hours | Location/Activity |
|---|---|---|---|---|
| Sep 1, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Sep 2, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Sep 3, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Sep 4, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Sep 5, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Sep 6, 2010 | 530 | 1800 | 13.5 | Venice staging / Operations / Yard Supervisor |
| Sep 7, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Sep 8, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Sep 9, 2010 | 530 | 1900 | 13.5 | Venice staging / Operations / Yard Supervisor |
| Sep 10, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Sep 11, 2010 | | | 12 | Demobilization to home |
| Sep 12, 2010 | | | | Home |
| Sep 13, 2010 | | | 12 | Remobilization to Venice |
| Sep 14, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Sep 15, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Sep 16, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Sep 17, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Sep 18, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Sep 19, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Sep 20, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Signature: | | | | Date: 9/20/2010 |

CONFIDENTIAL                                                            PRE00000493



| | BP RESPONSE TIME SHEET |
|---|---|

**Name: Dennis Prejean**

**Billing Period: 9/21/10 - 9-30-10**

**Paykey Code: ZKRAUMD252**

**Response: Deepwater Horizon**

| Date | Start Time | End Time | Total Hours | Location/Activity |
|------|-----------|----------|-------------|-------------------|
| | | | | |
| Oct 1, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Oct 2, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Oct 3, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Oct 4, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Oct 5, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Oct 6, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Oct 7, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Oct 8, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Oct 9, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Oct 10, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Signature: | | | | Date: 9-30-10 |

CONFIDENTIAL



| | | BP RESPONSE TIME SHEET |

**Name: Dennis Prejean**                    **Billing Period: 11/10/10 - 11-28-10**

**Paykey Code: ZKRAUMD252**                 **Response: Deepwater Horizon**

| Date | Start Time | End Time | Total Hours | Location/Activity |
|------|-----------|----------|-------------|-------------------|
| | | | | |
| Nov 10, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Nov 11, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Nov 12, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Nov 13, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Nov 14, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Nov 15, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Nov 16, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Nov 17, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Nov 18, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Nov 19, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Nov 20, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Nov 21, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Nov 22, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Nov 23, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Nov 24, 2010 | 530 | 1230 | 7 | Venice staging / Operations / Yard Supervisor |
| Nov 25, 2010 | | | | Thanksgiving Day / On Call |
| 11/26-27/2010 | 1730 | 900 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Nov 28, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Signature: | | Date: 11-28-10 |

**CONFIDENTIAL**



| | BP RESPONSE TIME SHEET |
|---|---|

**Name: Dennis Prejean**  **Billing Period: 12/9/10 - 12-18-10**

**Paykey Code: ZKRAUMD252**  **Response: Deepwater Horizon**

| Date | Start Time | End Time | Total Hours | Location/Activity |
|---|---|---|---|---|
| | | | | |
| Dec 9, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Dec 10, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Dec 11, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Dec 12, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Dec 13, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Dec 14, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Dec 15, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Dec 16, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Dec 17, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| Dec 18, 2010 | 530 | 1800 | 12.5 | Venice staging / Operations / Yard Supervisor |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Signature: | Date: 12-08-10 |
|---|---|

**CONFIDENTIAL**  **PRE00000481**

CONFIDENTIAL

PRE00000482