# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>2:12-cv-1045-CJB-JCW | MDL No. 2179<br><br>SECTION: J<br><br>Judge Barbier<br>Mag. Judge Wilkinson |

## 28 U.S.C. § 1746 DECLARATION OF ROBERT ANDERSON

I, Robert Anderson, declare as follows:

1. My name is Robert Anderson. I am Vice President, Risk Management and Loss Prevention with Witt O'Brien's, LLC. O'Brien's Response Management, L.L.C., the defendant in this action, is wholly-owned by Witt O'Brien's, LLC.

2. O'Brien's Response Management, L.L.C. is formerly known as O'Brien's Response Management, Inc. ("O'Brien's"). The company name was changed on December 26, 2012.

3. Following the April 20, 2010 explosion and fire on the DEEPWATER HORIZON ("DWH") mobile offshore drilling unit and resultant oil spill, I worked for O'Brien's on matters relating to the oil spill response and clean-up efforts that ensued.

### Background of DWH Spill Response

4. O'Brien's provides emergency preparedness and response management services to its clients, including staffing skilled professionals into a variety of short-term emergency response assignments.

5. Following the April 20, 2010, incident aboard the DWH rig, BP contacted O'Brien's for assistance with the spill response, and O'Brien's immediately mobilized.

6. Pursuant to the National Contingency Plan ("NCP"), the federal government's blueprint for responding to oil spills, BP was deemed the Responsible Party ("RP") for the DWH oil spill. As the RP, BP played a role in funding and participating in the oil spill clean-up. Although O'Brien's served as a contractor to BP, it was subject to the ultimate authority and direction of the federal government throughout the DWH spill response.

7. The Incident Command System ("ICS") was the command and control organizational structure and management process used by the federal government to execute the DWH oil spill response efforts. The Unified Area Command ("UAC") operated as the headquarters for the response effort, per NCP requirements, under the leadership of the Federal On-Scene Coordinator ("FOSC"), the federal official designated by the United States Coast Guard ("USCG") to oversee the response. Incident Command Posts ("ICPs") were also established by the USCG.

8. Incident Action Plans ("IAPs") were prepared that contained detailed instructions concerning the response activities that were to occur during each operating period. Each IAP was reviewed, signed, and approved by the FOSC and/or the FOSC's representatives ("FOSCRs") and then delivered to the ICPs for execution and dissemination into the field.

9. The ICS organizational structure contained numerous and various response positions. Pursuant to its agreement with BP, O'Brien's staffed contractors into a wide range of ICS positions in five different states at both the ICPs and field locations, which constituted the vast majority of the personnel that O'Brien's supplied to the DWH spill response. Other

private staffing companies also filled positions in the ICS. In serving in their positions within the ICS structure, these individuals were subject to the ultimate authority and direction of the UAC.

### O'Brien's Contractors Held a Variety of Positions and Performed Dissimilar Job Duties

10. O'Brien's entered into independent contractor agreements called teaming agreements with individuals, pursuant to which they provided services on the DWH spill response (the "O'Brien's Contractors"). O'Brien's Contractors held more than fifty different positions within the DWH spill response. A small sampling of the positions that O'Brien's Contractors held includes Beach Cleaning Trainer, Shoreline Assessment, Operations Liaison, Control Burn Air Operations Technical Advisor, Radio Operator/Dispatcher, Deputy Environmental Unit Leader, VOO Boat Inspector, and Protection and Recovery Technical Specialist.

11. To outline a few of the above positions: a Shoreline Assessment worker analyzed affected areas and provided in-depth assessments on clean-up methods; a Planning Section Chief crafted spill response strategies; an Operations Liaison communicated with local officials to coordinate response efforts and obtain approvals and licenses; and a Beach Cleaning Trainer instructed spill workers on best practices.

12. Determining the different locations at which each O'Brien's Contractor provided service during the DWH spill response would be an extremely burdensome task as such information is not readily available.

### O'Brien's Exerted Limited Control That Varied From Contractor to Contractor

13. O'Brien's Contractors received instructions or received assignments from their superiors within the ICS. These instructions and assignments may have been given to the

O'Brien's Contractors by USCG officers, BP personnel, other O'Brien's Contractors and/or other third-party contractors, all of whom were acting in accordance with their positions within the ICS structure.

14. O'Brien's did not maintain policies and procedures directing who O'Brien's Contractors reported to, how O'Brien's Contractors behaved on job sites, what O'Brien's Contractors were permitted to wear, how O'Brien's Contractors performed their work, how O'Brien's Contractors handled documents, or that O'Brien's Contractors submit to random drug and alcohol testing.

15. Practices that O'Brien's Contractors were required to follow were generally mandated by the UAC and/or explained in the IAPs. For example, daily schedules and working hours were determined by the UAC. In addition, the chain of command, and thus the individuals to whom O'Brien's Contractors reported, was dictated by the ICS organizational structure.

16. The UAC, and not O'Brien's, made and/or authorized the decisions to eliminate positions within the ICS and, once such decisions were made, would instruct O'Brien's to inform O'Brien's Contractors in such positions that they would be demobilized. Similarly the UAC, not O'Brien's, made and/or authorized the decisions regarding when/if to create ICS positions and requested that O'Brien's find contractors to staff these positions.

## DWH Spill Response Resources Were Provided By Other Parties

17. O'Brien's provided virtually none of the equipment or office space utilized during the DWH response. Instead, BP and other contractors, acting in accordance with their positions within the ICS, owned, rented, ordered and/or supplied such equipment and office space used during the response.

US_ACTIVE:\44315104\4\73293.0059

## O'Brien's Staging Area Contractors

18. The tools and equipment required to conduct the DWH spill response were generally kept at staging areas. O'Brien's Contractors in the field typically mobilized at staging areas at the start of each workday, where they received the tools, equipment, and safety briefings they required before they were deployed.

19. Staging areas normally included a warehouse, tent, and/or open area in which equipment was maintained and inventoried. O'Brien's Contractors who supervised such yards or warehouses checked equipment into the staging areas, ensured that newly received equipment was properly tagged, stored, and ready for deployment, and checked equipment out of the staging areas once it was deployed. These contractors also processed the paperwork that provided ICS authorization for the transfer or deployment of equipment.

20. O'Brien's Contractors who conducted the work outlined above typically had job titles that included staging area manager, yard supervisor, and equipment supervisor.

I declare under penalty of perjury that the foregoing statements made in this declaration are true and correct.

Executed on the 22 day of August 2013.

*Robert Anderson*

Robert Anderson