# EXHIBIT 7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * MDL NO. 02179 |
| | * |
| | * SECTION: J |
| This Document Relates to: | * |
| | * |
| 2:12-cv-01045 | * JUDGE BARBIER |
| | * MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

## 28 USC §1746 DECLARATION OF RAY PERRY

I, Ray Perry, declare as follows:

1. The facts contained within this declaration are within my personal knowledge and are true and correct.

2. In May 2010, I started providing services on the Deepwater Horizon ("DWH") oil spill response under a contractor agreement with O'Brien Response Management Inc. ("O'Brien's"), called a Teaming Agreement. O'Brien's compensated me for the time that I worked at a rate that started at $600 per day and was raised to $650 per day. At the end of 2010, I received a Form-1099 for tax purposes. As an independent contractor, I have never received any employment benefits from O'Brien's.

3. I understood my relationship to O'Brien's to be temporary and on an independent contractor basis. I also understood that I was free to work as an independent contractor for other companies during and after my time working with O'Brien's.

4. Prior to contracting with O'Brien's to work on the DWH oil spill response, I was a firefighter in Newark, California for 32 years. When I retired in 2000, I began providing

services for a predecessor of O'Brien's (also referred to here as "O'Brien's") on a sporadic basis as an independent contractor on short term projects. I conducted drills with O'Brien's 3-6 times during 2001 and after 2004. In 2005, I worked with O'Brien's to provide clean-up services during the Hurricane Katrina clean-up. I also worked on a prior project with O'Brien's and BP after Hurricane Dennis. Up to the time of the DWH spill, some of the various other matters I contracted to work on included jobs related to Texas City, Hurricane Ike, and a spill in San Francisco Bay.

5. I did not receive any formal training from O'Brien's prior to starting my work on the DWH oil spill response. I was already HAZWOPER certified and had the necessary emergency response skills and experience from my spill response experience. Nor did I ever receive an employee handbook from O'Brien's, or any other similar documents, detailing such employment-type policies.

6. My first assignment on the DWH oil spill response was based out of the Incident Command Post in Mobile, Alabama ("ICP Mobile"), one of several posts established by the USCG pursuant to the Incident Command System ("ICS"), the organizational structure used by the federal government to execute the oil spill response efforts For the month of May 2010, I trained contractors and clean-up workers with respect to what they should be doing in the field. This training included teaching them the basics of oil spill clean-up. During my career as a firefighter and in previous oil spill response work, I gained the experience and skills in emergency response and safety that I used on these tasks during the DWH response.

7. In June 2010, I went to Baldwin County, Alabama to serve as the Deputy Branch Director in charge of the county. This position was also run out of ICP Mobile. My responsibilities in this position included overseeing all operations in Baldwin County, namely by

2

supervising the clean-up efforts and working with local political leaders. I reported to the Deputy Operations Section Chief, a worker for BP who was operating in the ICS and subject to the ultimate authority and direction of the federal government.

8. At the end of June, I became the supervisor of operations for Baldwin County, and was in charge of the crews conducting clean-up work on the beaches. I relayed assignments set forth in the ICS Incident Action Plans, oversaw safety, and reported back to ICP Mobile on behalf of infield responders. I provided services for O'Brien's in this position until March 2011.

9. I was given no instruction or direction by O'Brien's on how to perform my work during the DWH oil spill response and relied on my own skill and experiences to perform the work, subject to the ICS instructions given to me by my superiors, or by federal officials like the USCG, and I performed my work in conformity with all instructions given.

10. I brought my own computer equipment and mobile phone to the DWH oil spill response job after contracting with O'Brien's. I never received any equipment from O'Brien's to conduct my job.

I declare under penalty of perjury that the foregoing is true and correct. I have given this statement voluntarily and of my own free will.

Executed on the 05 day of March 2013.

Ray Perry