# EXHIBIT 9

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 02179 |
| | * | SECTION: J |
| This Document Relates to: | * * | |
| 2:12-cv-01045 | * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## 28 USC §1746 DECLARATION OF ANTHONY TERRELL

I, Anthony Terrell, declare as follows:

1. The facts contained within this declaration are within my personal knowledge and are true and correct.

2. In 2006, I contracted with O'Brien Oil Pollution Services, Inc. and its parent, the O'Brien's Group, Inc. – which companies merged and were renamed O'Brien's Response Management Inc. ("O'Brien's") in 2008 – to provide services on an independent contractor basis. Attached is a true and correct copy of the contractor agreement, called a Teaming Agreement, that I signed in 2006. In each year since and including 2006, I have worked on short-term temporary projects for O'Brien's as an independent contractor. Work was sporadic and on an as needed project basis.

3. I always understood that I was free to work for other companies during my time working with O'Brien's as an independent contractor. In fact, from 2009-2010, during the same period I would provide contracting services to O'Brien's, I also worked for another company running logistics for a barge line and coordinating barge movements.

4. Before contracting with O'Brien's in 2005, my background was in inland marine transportation, in the operation of boats and barges.

5. During my time with O'Brien's before the Deepwater Horizon ("DWH") oil spill, I worked on several short term oil spill response assignments. I used my inland marine transportation experience and expanded my oil spill response skills during this time.

6. On or about July of 2010, I contracted with O'Brien's to work on the DWH oil spill response on an independent contractor basis. O'Brien's compensated me for the time that I worked at a rate starting at $500 per day. At the end of 2010, I received a Form-1099 for tax purposes. Because of the long term nature of the DWH oil spill response assignment, O'Brien's then converted me into a temporary, full-time employee on January 1, 2011. My work as a temporary, full-time employee for O'Brien's lasted through February 2012.

7. For the time period from June 2010 to January 1, 2011, I always understood my relationship to O'Brien's to be temporary and on an independent contractor basis.

8. I did not attend any training before starting my work on the DWH oil spill. I already had HAZWOPER certification.

9. I began this work on the DWH oil spill as the Deputy Operations Section 2 in Houma, Louisiana. In this assignment, I was responsible for helping to coordinate manpower, supplies, and equipment at various clean-up locations. My position was run out of the incident command post in Houma, Louisiana ("ICP Houma"), one of several posts established by the United States Coast Guard ("USCG") pursuant to the Incident Command System ("ICS"), the organizational structure used by the federal government to execute the oil spill response efforts. Through the ICS, Incident Action Plans ("IAPs") were developed and reviewed, signed, and approved by the federal government, and I helped distribute them to the field. I worked with and

took instructions from USCG and BP workers on a daily basis, all of whom worked within the ICS organizational structure subject to the ultimate authority, direction, control and supervision of the federal government. We worked alongside each other in the same room in Houma. I remained in that position for around three weeks.

10. Around July 2010, I moved to work with the Decontamination Assessment Team, also in Houma, Louisiana. In that assignment, my duties including going out into the field to assess the amount of decontamination work necessary for the equipment used in the clean-up. I used the expertise I gained working on seven different oil spill responses to execute these duties. I worked in that position until October 2010.

11. In October 2010, I became a supervisor at the Amelia decontamination site in Amelia, Louisiana. I supervised four of five employees while we updated the computer software being used at the site. I used expertise and computer skills I had gained before working for O'Brien's to complete this assignment. I worked in this capacity until November 2010.

12. In November 2010, I switched to be a supervisor at the Lake Charles decontamination site in Lake Charles, Louisiana. I supervised one employee while we updated the software used at that decontamination site. I worked in that assignment until December 2010.

13. I completed my services on the DWH oil spill response in February 2012, and at all times worked out of ICP Houma. I was paid as a temporary, full-time employee from January 2011 until I completed work on the spill in 2012.

14. I was given no instruction by O'Brien's on how to perform my work during the DWH oil spill response, and relied on my own skill and experiences to perform my work, subject

to the ICS instructions given to me by my superiors, or by federal officials like the USCG, and I performed my work in conformity with all instructions given.

I declare under penalty of perjury that the foregoing is true and correct. I have given this statement voluntarily and of my own free will.

Executed on the _30_ day of March 2013.

_____
Anthony Terrell