UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | |
| "DEEPWATER HORIZON" in the | * | MDL NO. 02179 |
| GULF OF MEXICO, on APRIL 20, 2010 | * | |
| | * | |
| | * | SECTION:  J |
| This Document Relates to: | * | |
| | * | |
| 2:12-cv-01045 | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER DENYING PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION AND COURT-AUTHORIZED NOTICE

Before the Court is Plaintiff's Motion for Conditional Certification and Court-Authorized Notice Pursuant to Section 216(b) of the FLSA.  Having considered the legal memorandum, the record, and the law, the Court finds that Plaintiff's Motion is **DENIED**.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE