UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | |
| "DEEPWATER HORIZON" in the | * | MDL NO. 02179 |
| GULF OF MEXICO, on APRIL 20, 2010 | * | |
| | * | |
| | * | SECTION:  J |
| This Document Relates to: | * | |
| | * | |
| 2:12-cv-01045 | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER DENYING PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION AND COURT-AUTHORIZED NOTICE BUT CONDITIONALLY CERTIFYING AN ALTERNATE CLASS

Before the Court is Plaintiff's Motion for Conditional Certification and Court-Authorized Notice Pursuant to Section 216(b) of the FLSA.  Having considered the legal memorandum, the record, and the law:

**IT IS ORDERED** that Plaintiff's Motion for Conditional Certification and Court-Authorized Notice Pursuant to Section 216(b) of the FLSA is hereby **DENIED**

**IT IS FURTHER ORDERED** that the Court will conditionally certify an alternative class in accordance with Defendant's proposed class definition for purposes of conditional certification and issuance of notice.  The class is defined to include those individuals who: (a) performed the positions of staging area manager, yard supervisor, and/or equipment supervisor and/or those who performed substantially similar job duties to those three positions; (b) contracted with O'Brien's to work on the Deepwater Horizon spill response from April 21, 2010 to January 1, 2011; (c) were classified as Independent Contractors; (d) were paid a day rate; **and** (e) worked over forty hours in at least one workweek without receiving overtime pay.

**IT IS FURTHER ORDERED** Defendant shall produce to Plaintiff a computer-readable data file containing all potential Opt-in Plaintiffs' names and mailing addresses within thirty (30) days from date of this Order.

**IT IS FURTHER ORDERED** that the parties shall meet and confer regarding the form of the notice and consent that will be distributed to class members and will submit a joint proposed form of notice and consent within thirty (30) days from the date of this Order.

New Orleans, Louisiana, this _____ day of _____, 2013.


_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE