IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This document relates to Civil Action No. 12-970 | * * * * * | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |
| | * * | |

## MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

The Deepwater Horizon Court Supervised Settlement Program and Patrick A. Juneau, in his capacity as Claims Administrator and Trustee, move this Honorable Court to enroll Phillip A. Wittmann, John M. Landis, and Maggie A. Broussard of Stone Pigman Walther Wittmann L.L.C., with offices located at 546 Carondelet Street, New Orleans, Louisiana, as additional counsel of record for the Deepwater Horizon Court Supervised Settlement Program and Mr. Juneau. Mr. Wittmann, Mr. Landis, and Ms. Broussard are admitted to practice in the State of Louisiana and in this Honorable Court.

**WHEREFORE**, the Deepwater Horizon Court Supervised Settlement Program and Patrick A. Juneau, pray that the foregoing Motion to Enroll as Additional Counsel be granted and that Phillip A. Wittmann, John M. Landis, and Maggie A. Broussard be allowed to enroll as additional counsel of record for the Deepwater Horizon Court Supervised Settlement Program and Patrick A. Juneau, in his capacity as Claims Administrator and Trustee.

Respectfully submitted,

/s/ *Gina M. Palermo*
Richard C. Stanley, 8487
Jennifer L. Thornton, 27019
Gina M. Palermo, 33307
Patrick H. Fourroux, 34550
    Of
STANLEY, REUTER, ROSS
  THORNTON & ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone:  (504) 523-1580
Facsimile:  (504) 524-0069

*and*

/s/ *Phillip A. Wittmann*
Phillip A. Wittmann, 13625
John M. Landis, 7958
Maggie A. Broussard, 33033
    Of
STONE PIGMAN WALTHER
  WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361

*Attorneys for Deepwater Horizon Court Supervised Settlement Program and Patrick A. Juneau, in his capacity as Claims Administrator and Trustee*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 23nd day of August, 2013, I electronically filed the foregoing Motion to Enroll as Additional Counsel of Record by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Gina M. Palermo*