IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 <br><br> SECTION J |
| This document relates to Civil Action No. 12-970 | * * * * * * * | HONORABLE CARL J. BARBIER <br><br> MAGISTRATE JUDGE SHUSHAN |

**ORDER GRANTING MOTION TO
ENROLL AS ADDITIONAL COUNSEL OF RECORD**

CONSIDERING the foregoing Motion to Enroll as Additional Counsel of Record filed by the Deepwater Horizon Court Supervised Settlement Program and Patrick A. Juneau, in his capacity as Claims Administrator and Trustee:

IT IS HEREBY ORDERED that the Motion is granted, and Phillip A. Wittmann, John M. Landis, and Maggie A. Broussard are enrolled as additional counsel of record for the Deepwater Horizon Court Supervised Settlement Program and Patrick A. Juneau, in his capacity as Claims Administrator and Trustee,.

New Orleans, Louisiana, this _____ day of August, 2013.

_____
JUDGE CARL J. BARBIER