UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Case: <u>Prejean v. O'Brien's Response Mgmt., Inc.</u>; 12-1045 | SECTION "J" (2) |

## ORDER

The Unopposed Motion to Reschedule Status Conference, Record Doc. No. 11089, is hereby GRANTED. The status conference previously set in this matter before me on August 29, 2013 at 2:30 p.m., is hereby RESCHEDULED on **September 10, 2013 at 2:30 p.m.** Counsel must participate in the conference by contacting my office at 504-589-7630 at the designated time.

The Clerk is directed to file this minute entry in the records of <u>both</u> MDL 2179 <u>and</u> C.A. No. 12-1045.

New Orleans, Louisiana, this    22nd    day of August, 2013.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE