| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 § § § | MDL NO. 2179 |
| § § | SECTION J |
| This Document Relates To: § § | JUDGE BARBIER |
| Civil Action No. 2:13-cv-2887 § *Chicken Foot Development, Inc. v. BP* § *Exploration & Production, Inc., et al.* § § | MAGISTRATE JUDGE SHUSHAN |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Chicken Foot Development, Inc
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PARENT CORPORATIONS

None

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

August 23, 2013
Date

/s/ Curt D. Marshall
Attorney

NY Bar ID # 2524841
Bar Roll Number

Weitz & Luxenberg, P.C.
Address

700 Broadway New York, NY 10003