**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
|      "Deepwater Horizon" in the Gulf | * | |
|      of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| *12-968* | * | MAGISTRATE SHUSHAN |
| | * | |

<u>**ORDER**</u>

     **IT IS ORDERED** that Objectors' Motion for Leave to Allow Late Filing of Opposition to Motion for Appeal Bond (Rec. Doc. 11009) is hereby **GRANTED**.

     New Orleans, Louisiana, this 23rd day of August, 2013.

_____
United States District Judge