UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>Applies to:  All Cases | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | MDL No. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

**HALLIBURTON ENERGY SERVICES, INC.'S OBJECTIONS TO
AND APPEAL FROM MAGISTRATE JUDGE'S ORDER REGARDING
HALLIBURTON'S MOTION TO STRIKE EXPERT OPINIONS**

Pursuant to 28 U.S.C. § 636(b)(l)(A), Halliburton Energy Services, Inc. ("HESI") objects to and appeals from the Magistrate Judge's Order entered August 19, 2013 (Rec. Doc. 11048) determining that HESI's Motion to Strike Expert Opinions Regarding the Condition and Placement of Bottom-Hole Cement (Rec. Doc. 11041) is denied.  As more fully set forth in the accompanying Memorandum, HESI argues that the Magistrate Judge's Order is erroneous and contrary to law because BP and the United States should not be permitted to backdoor and re-open the Phase One trial record with unsupported assumptions and conclusions concerning the condition and placement of HESI's cement in the Macondo well.  The inclusion of this evidence in Phase Two is particularly prejudicial to HESI due to HESI's complete exclusion from Phase Two Quantification discovery and proceedings and the Court's striking of rebuttal testimony in Dr. Kris Ravi's expert report and Section II (b)(i) of Dr. Glen Stevick's report.

Dated:   August 23, 2013

Respectfully Submitted,

**GODWIN LEWIS PC**

**By:**   /s/ Donald E. Godwin
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
Floyd.Hartley@GodwinLewis.com
Gavin E. Hill
State Bar No.  00796756
Gavin.Hill@GodwinLewis.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332
and
R. Alan York
State Bar No. 22167500
Alan.York@GodwinLewis.com
Jerry C. von Sternberg
State Bar No.  20618150
Jerry.VonSternberg@GodwinLewis.com
Misty Hataway-Coné
State Bar No.  24032277
Misty.Cone@GodwinLewis.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  713.595.8300
Facsimile:  713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Halliburton Energy Services, Inc.'s Objections To And Appeal From Magistrate Judge's Order Regarding Halliburton's Motion To Strike Expert Opinions has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 23rd day of August, 2013.

            /s/ Donald E. Godwin
            Donald E. Godwin

**HALLIBURTON ENERGY SERVICES, INC.'S OBJECTIONS TO AND APPEAL FROM MAGISTRATE JUDGE'S ORDER REGARDING HALLIBURTON'S MOTION TO STRIKE EXPERT OPINIONS**    Page 3

2240083 v1-24010/0002 PLEADINGS