**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § | MDL No. 2179 |
| | § | SECTION:  J |
| Applies to:  All Cases | § § | JUDGE BARBIER |
| | § | MAG. JUDGE SHUSHAN |
| | § | |
| | § | |

**MEMORANDUM IN SUPPORT OF HALLIBURTON ENERGY SERVICES, INC.'S OBJECTIONS TO AND APPEAL FROM MAGISTRATE JUDGE'S ORDER REGARDING HALLIBURTON'S MOTION TO STRIKE EXPERT OPINIONS**

As detailed in Halliburton Energy Services, Inc's ("HESI") Objections to and Appeal from Magistrate Judge's Order Regarding HESI's Motion to Strike Expert Opinions, the Magistrate Judge's denial of HESI's motion to strike portions of the opinions of Andreas Momber, Glen Benge, Hans Vaziri, Ronald Dykhuisen, and Stewart Griffiths allows testimony from other parties' experts witnesses concerning the cement pumped on the Macondo but deprives HESI of any way to challenge those opinions, thus violating HESI's due process rights. Portions of the reports and opinions from these witnesses potentially impacts HESI by including comments addressing the cement pumped by HESI.  Because the Court has previously ruled that HESI cannot participate when these experts testify during the Phase Two Quantification trial, HESI is in a position of being attacked without being able to defend.  The inclusion of this testimony is highly prejudicial given the Court's determination that HESI is excluded from Phase Two Quantification discovery and trial proceedings and the Court's decision to strike HESI's rebuttal evidence.  HESI objects to and appeals from Magistrate Judge's Order Regarding the Motion of HESI to Strike Expert Opinions (Rec. Doc. 11041).

In light of the briefing previously submitted and to reduce the burden upon the Court, HESI submits that additional briefing or argument on this topic may not be needed to assist the Court's consideration of this appeal.  Accordingly, HESI is amenable to having the Court decide this appeal on the record compiled in the prior briefing.  (Rec. Doc. 11041).  If the Court determines additional briefing is needed, HESI will be happy to provide any submissions the Court deems appropriate.

Dated:   August 23, 2013

Respectfully Submitted,

**GODWIN LEWIS PC**

**By:**     /s/ Donald E. Godwin
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
Floyd.Hartley@GodwinLewis.com
Gavin E. Hill
State Bar No.  00796756
Gavin.Hill@GodwinLewis.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332
and
R. Alan York
State Bar No. 22167500
Alan.York@GodwinLewis.com
Jerry C. von Sternberg
State Bar No.  20618150
Jerry.VonSternberg@GodwinLewis.com
Misty Hataway-Coné
State Bar No.  24032277
Misty.Cone@GodwinLewis.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  713.595.8300
Facsimile:  713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Memorandum in Support of Halliburton Energy Services, Inc.'s Objections To And Appeal From Magistrate Judge's Order Regarding Halliburton's Motion To Strike Expert Opinions has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 23rd day of August, 2013.

/s/ Donald E. Godwin

Donald E. Godwin

**MEMORANDUM IN SUPPORT OF HALLIBURTON ENERGY SERVICES, INC.'S OBJECTIONS TO AND APPEAL FROM MAGISTRATE JUDGE'S ORDER REGARDING HALLIBURTON'S MOTION TO STRIKE EXPERT OPINIONS**                    **Page 4**

2240704 v3-24010/0002 PLEADINGS