UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to: | JUDGE BARBIER |
| *Case No. 2:10-cv-8888; 2:10-cv-2771* | MAG. JUDGE SHUSHAN |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Considering the foregoing Motion to Withdraw as Counsel of Record:

The Court having read and considered argument of counsel and being fully apprised in the premises, it is hereby ORDERED AND ADJUDGED as follows:

1. That the Motion to Withdraw as Counsel of Record filed on behalf of the Dugan Law Firm, APLC be and the same is hereby GRANTED and the Dugan Law Firm, APLC is hereby withdrawn as counsel for the following Plaintiffs/Claimants:

| Plaintiff/Claimant | Address | Rec. Doc of Short Form Joinder (10-8888) |
|---|---|---|
| B.T. Seafood | 4226 Hwy 1<br>Napoleonville, LA 70390 | 72244 |
| Double Deuce Saloon | P.O. Box 234<br>Gibson, LA 70356 | 67116 |
| Custom Apparel & Promotions | 505 Wellington Drive<br>Houma, LA 70360 | 66904 |

2. All correspondence and pleadings for the Plaintiffs/Claimants shall be mailed to the addresses listed above.

Signed in New Orleans, Louisiana this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE