# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED AUG 23 2013
WILLIAM W. BLEVINS
CLERK

No. 13-30596

MD 10-2179-J

IN RE: DEEPWATER HORIZON

---

In Re: In the Matter of the Complaint of Seacor Holdings, Inc., et al, as owners of the M/V Seacor Vanguard

SEACOR HOLDINGS, INCORPORATED.; SEACOR OFFSHORE, L.L.C.; SEACOR MARINE, L.L.C.,

    Petitioners - Appellees

v.

DUWAYNE MASON,

    Claimant - Appellant

---

DUWAYNE MASON,

    Plaintiff - Appellant

v.

SEACOR MARINE, L.L.C.,

    Defendant - Appellee

---

JASON PERKINS, ET AL,

    Plaintiffs

v.



BP EXPLORATION & PRODUCTION INCORPORATED.; BP AMERICA PRODUCTION COMPANY; BP PIPE LINE COMPANY,

    Defendants - Appellees

v.

DUWAYNE MASON,

    Movant - Appellant

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

Before DAVIS, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that Appellees' motion to dismiss appeal for lack of jurisdiction is GRANTED.

A true copy
Attest.
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
    Deputy
New Orleans, Louisiana

AUG 2 0 2013

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 16, 2013

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

      No. 13-30596,   In Re: Deepwater Horizon
            USDC No. 2:10-MD-2179
            USDC No. 2:10-CV-3896
            USDC No. 2:11-CV-826
            USDC No. 2:12-CV-968

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Angelique D. Batiste*
Angelique D. Batiste, Deputy Clerk
504-310-7715

cc w/encl:
    Mr. Jeremy Thomas Grabill
    Mr. Don Keller Haycraft
    Mr. Gary Alan Hemphill
    Mr. James Andrew Langan
    Mr. Michael J. Lyle
    Mr. Patrick E. O'Keefe
    Mr. Scott Eric Silbert
    Mr. Joseph P. Tynan