UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE GULF | : | |
| OF MEXICO, ON APRIL 20, 2010 | : | SECTION J |
| | : | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : | JUDGE BARBIER |
| | : | |
| 2:10-CV-02771 | : | MAGISTRATE JUDGE SHUSHAN |

## UNITED STATES' GOOD FAITH PHASE TWO TRIAL EXHIBIT LIST – THIRD INSTALLMENT

Attached please find the United States' Good Faith Phase Two Trial Exhibit List -- Third Installment ("List"). This List includes the exhibits identified in the United States' First and Second Installments, with a small number of revisions to correct typographical errors; those exhibits are indentified as "revised." The exhibits identified as "new" are the exhibits that the United States is adding to its List in this Third Installment. The List includes "Reliance Exhibits," as that term is defined in Doc. 8907 (i.e., "any materials that have been identified in the report of an expert pursuant to Fed. R. Civ. P. 26(a)(2)(B) as Consideration Materials, and that the parties list to be offered into evidence or otherwise to be presented at trial").

The United States notes that in a number of instances, deposition exhibits introduced by various parties included a combination of Bates-numbered pages followed by native versions of the same document that were produced without Bates numbers (e.g., the Bates-numbered black and white version of a PowerPoint, followed by the un-Bates numbered color native version of the PowerPoint). In such instances, the United States has identified the Bates range for the Bates-numbered pages found in the exhibit, but the listed exhibit also encompasses those pages within the exhibit that do not have Bates numbers. This convention applies to all exhibits

1

identified on the United States' Phase Two Good Faith Trial Exhibit list, regardless of the installment in which they were first identified.

The United States has included "Duplicate" and "Currently Recommended for Trial" columns on its List. The "Duplicate" column identifies exhibits that the United States has identified as duplicates, as modified by input from the parties received during our good faith de-duplication efforts this summer. The "Currently Recommended for Trial" column identifies the one exhibit from each duplicate set that is *currently* recommended for use at trial. No party objected to the stipulation that foundation citations and objections as to every exhibit in a set of duplicates apply to the exhibit selected from that set of duplicates. *See* July 13, 2010 email from Erica Pencak to the parties. However, the parties were in agreement that the recommendations as to which exhibit from each duplicate set would be the version recommended for use at trial would need to be revisited after non-deposition trial exhibits are exchanged and the parties are able to identify the most legible versions of the exhibits.

Respectfully submitted,

| | |
|---|---|
| BRIAN HAUCK | ROBERT G. DREHER |
| Deputy Assistant Attorney General | Acting Assistant Attorney General |
| Civil Division | Environment & Natural Resources Division |
| | |
| PETER FROST | SARAH HIMMELHOCH |
| Directory, Torts Branch, Civil Division | Senior Litigation Counsel |
| Admiralty and Aviation | NANCY FLICKINGER |
| STEPHEN G. FLYNN | SCOTT CERNICH |
| Assistant Director | RICHARD GLADSTEIN |
| MICHELLE DELEMARRE | THOMAS BENSON |
| SHARON SHUTLER | Senior Attorneys |
| JESSICA SULLIVAN | A. NATHANIEL CHAKERES |
| JESSICA MCCLELLAN | ANNA CROSS |
| MALINDA LAWRENCE | BETHANY ENGEL |
| Trial Attorneys | JUDY HARVEY |
| | RACHEL KING |
| | ERICA PENCAK |
| | Trial Attorneys |

R. MICHAEL UNDERHILL, T.A.
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463
Telephone: 415-436-6648
Facsimile: 415-436-6632
E-mail: mike.underhill@usdoj.gov

/s/ Sarah Himmelhoch
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov

DANA J. BOENTE
United States Attorney
Eastern District of Louisiana

SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3000
Facsimile: (504) 680-3184
E-mail: sharon.d.smith@usdoj.gov

Attorneys for the UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Good Faith Phase Two Trial Exhibit List – Third Installment has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12.

Dated: August 23, 2013

*/s/ Sarah Himmelhoch*