# Exhibit 1

From: Cernich, Scott (ENRD) [mailto:Scott.Cernich@usdoj.gov]
Sent: Friday, August 16, 2013 03:00 PM Central Standard Time
To: eFile-Shushan@laed.uscourts.gov <eFile-Shushan@laed.uscourts.gov>; *sherman@hhkc.com; jimr@wrightroy.com <jimr@wrightroy.com>; bbarr@levinlaw.com <bbarr@levinlaw.com>; jimmy@jimmywilliamson.com <jimmy@jimmywilliamson.com>; dsc2179@liskow.com <dsc2179@liskow.com>; Andre, Abigail (ENRD) <Abigail.Andre@usdoj.gov>; Benson, Thomas (ENRD) <Thomas.Benson@usdoj.gov>; *deepwater.horizon@usdoj.gov; Engel, Bethany (ENRD) <Bethany.Engel@usdoj.gov>; Flynn, Stephen (CIV) <Stephen.Flynn@usdoj.gov>; *Sarah.Himmelhoch@usdoj.gov; King, Rachel (ENRD) <Rachel.King@usdoj.gov>; Pencak, Erica (ENRD) <Erica.Pencak@usdoj.gov>; *Mike.Underhill@usdoj.gov; Shutler, Sharon (CIV) <Sharon.Shutler@usdoj.gov>; WStradley@mithofflaw.com <WStradley@mithofflaw.com>; TDemetriou@mithofflaw.com <TDemetriou@mithofflaw.com>; grant.davis-denny@mto.com <grant.davis-denny@mto.com>; Chakeres, Aristide (ENRD) <Aristide.Chakeres@usdoj.gov>; O'Rourke, Steve (ENRD) <Steve.O'Rourke@usdoj.gov>; godleytj@mto.com <godleytj@mto.com>; mdl2179states@ago.state.al.us <mdl2179states@ago.state.al.us>
Cc: mike_o'keefe@laed.uscourts.gov <mike_o'keefe@laed.uscourts.gov>; ben_allums@laed.uscourts.gov <ben_allums@laed.uscourts.gov>; Sally Shushan <Sally_Shushan@laed.uscourts.gov>
Subject: RE: MDL 2179:  US In Camera Submission of Deposition Bundle Lists

Judge Shushan, Mike, and Counsel,

The United States will submit the deposition of Dr. Nathan Bushnell as a "relied upon expert."

Respectfully,
Scott

Scott M. Cernich
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Telephone (202) 514-0056
Facsimile  (202) 514-8865

Overnight mail:
ENRD Mailroom, Room 2121
601 D Street, NW
Washington, DC 20004