# Exhibit 2

## Excerpt from
## Aug. 9, 2013
## Working Group Conference Transcript

```
09:31:22  1                    UNITED STATES DISTRICT COURT
                               EASTERN DISTRICT OF LOUISIANA
          2
             ******************************************************************
          3
             IN RE:  OIL SPILL BY THE              Docket No. MDL-2179
          4  OIL RIG DEEPWATER HORIZON             Section "J"
             IN THE GULF OF MEXICO ON              New Orleans, LA
          5  APRIL 20, 2010                        Friday, August 9, 2013
             CIVIL
          6
             ******************************************************************
          7
                    TRANSCRIPT OF WORKING GROUP STATUS CONFERENCE PROCEEDINGS
          8              HEARD BEFORE THE HONORABLE SALLY SHUSHAN
                              UNITED STATES MAGISTRATE JUDGE
          9

         10  APPEARANCES:

         11  FOR THE PLAINTIFFS:               DOMENGEAUX, WRIGHT, ROY & EDWARDS
                                               BY:  JAMES P. ROY, ESQ.
         12                                    P. O. BOX 3668
                                               556 JEFFERSON ST.
         13                                    LAFAYETTE, LA 70502-3668

         14                                    IRPINO LAW FIRM
                                               BY:  ANTHONY IRPINO, ESQ.
         15                                    2216 Magazine St.
                                               New Orleans, LA 70130
         16
                                               LEVIN PAPANTONIO THOMAS MITCHELL
         17                                    RAFFERTY & PROCTOR
                                               BY:  BRIAN H. BARR, ESQ.
         18                                    316 South Baylen Street, Suite 600
                                               Pensacola, FL 32502
         19
                                               WEITZ & LUXENBERG
         20                                    BY:  ROBIN L. GREENWALD, ESQ.
                                               700 Broadway
         21                                    New York, NY 10003

         22                                    BEASLEY ALLEN CROW METHVIN
                                               PORTIS & MILES
         23                                    BY:  RHON E. JONES, ESQ.
                                               P.O. BOX 4160
         24                                    MONTGOMERY, AL 36013

         25
```

```
10:17:04  1   conference call on Tuesday at one, and I will have Marie send out
10:17:09  2   the dial-in information.
10:17:32  3           We've got the motions to strike Stevick and Momber, and I
10:17:39  4   guess we will be working on that ASAP.
10:17:43  5           MS. HIMMELHOCH:  Your Honor, may we submit a short reply
10:17:45  6   on Saturday?
10:17:46  7           THE COURT:  That will be fine.  Thank you, Sarah.
10:18:02  8           We had a change to the Daubert motion deadline for the
10:18:11  9   four remaining experts to be designated by the aligned parties.
10:18:19 10   Does that require a change in the rest of the briefing for the
10:18:24 11   Daubert motions on these four experts?
10:18:26 12           MR. GASAWAY:  Your Honor, I believe that the draft order
10:18:31 13   that Joe circulated included --
10:18:33 14           THE COURT:  Took care of that?
10:18:35 15           MR. GASAWAY:  -- corresponding changes.
10:18:37 16           THE COURT:  Good.
10:18:38 17           MR. GASAWAY:  And I also wanted to say for the record
10:18:41 18   that the United States had a proposal, I don't know if they want to
10:18:43 19   make it, we didn't object to it, for another tweak on that; but Joe
10:18:48 20   didn't include it in his e-mail back because we didn't want to do
10:18:52 21   something.  But if somebody's on for the United States and wants to
10:18:55 22   propose the further modification, we wouldn't disagree.
10:18:58 23           MS. PENCAK:  Your Honor, this is Erica Pencak for the
10:19:00 24   United States.  I had just suggested that potentially we could make
10:19:03 25   the Daubert motion deadline for all experts to be 8/21, rather than
```

|  |  |
|---|---|
| 10:19:10 1 | having the staggered deadline.  So that would be a change of the |
| 10:19:15 2 | 8/12, 8/21 -- |
| 10:19:18 3 | THE COURT:  I'm sorry, it would be a change from what? |
| 10:19:20 4 | MS. PENCAK:  I believe the original date was 8/12 and |
| 10:19:25 5 | then what Joe Eisert had proposed was 8/19 for most of the experts |
| 10:19:30 6 | and then 8/21 for the additional four that the U.S. and the aligned |
| 10:19:35 7 | parties will name later, and our suggestion was just could we just |
| 10:19:39 8 | make everything 8/21. |
| 10:19:41 9 | THE COURT:  Well, the problem with that is that it gives |
| 10:19:44 10 | Judge Barbier a week less to try to process these in limines.  So |
| 10:19:52 11 | although I would like to cut you some slack, I don't think I |
| 10:19:54 12 | should.  I think I better try to get this to Judge Barbier and let |
| 10:19:58 13 | him start working on what he can work on.  So let's keep it |
| 10:20:02 14 | staggered, if you don't mind.  And I know that puts an extra burden |
| 10:20:08 15 | on you, but I don't want to put an extra burden on him. |
| 10:20:11 16 | MS. PENCAK:  Understandable, your Honor. |
| 10:20:13 17 | THE COURT:  Sorry about that. |
| 10:20:14 18 | We have not set a deadline for, I don't believe, and |
| 10:20:24 19 | maybe it is in this revised timeline, but I don't think we set a |
| 10:20:29 20 | deadline for submission of redacted expert reports to Judge |
| 10:20:33 21 | Barbier.  We were thinking about two binders and an electronic set. |
| 10:20:39 22 | Have we got a deadline for that? |
| 10:20:41 23 | MR. GASAWAY:  Your Honor, that's been another issue for |
| 10:20:46 24 | discussion, because the original redaction deadline was actually |
| 10:20:50 25 | before some of the designation deadlines. |