# Exhibit 3

# Excerpts from the Initial Report of Dr. Nathan Bushnell



**Engineer • Simulate • Innovate**

SimuTech Group – West
11611 Airport Road, Suite 201
Everett, WA 98204-3782

# Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico- Capping Stack Flow Calculations, July 12 to 15, 2010

Report Prepared on Behalf of the United States

Author:

Nathan Bushnell, Ph.D.
CFD Consulting Engineer

_____
Nathan Bushnell, Ph.D.

22nd March 2013

- straight up through the large bore pipe,

- through the Kill Line, and /or,

- through the Choke Line.

The path was controlled by opening and closing the gate valves and rams.  For instance by closing the middle Ram and Choke line gates all the flow could be directed through the kill line before exiting into the Gulf of Mexico.

On July 14 and 15, prior to the shut in (closing of all rams and valve) of the well there was a series of events for which pressure data were available and the condition of various valve positions was defined.  This provided a defined flow path and pressure drop across a known flow path, providing an opportunity to use advanced engineering tools to calculate the release of oil into the Gulf of Mexico.

Table 1: Key events relevant to report after installing the Capping Stack

| Date/Time | Event |
| --- | --- |
| 14Jul10/18:02 to 20:00 | Oil and Gas flow only allowed to flow through the Kill Line |
| 15Jul10/4:30 to 5:50 | A portion of the flow is collected prior to the Kill Line with remaining flowing through the Kill Line. |
| 15Jul10/6:30 to 7:30 | A different portion of the flow is collected prior to the Kill Line with remaining flowing through the Kill Line. |
| 15Jul10/12:22 | Flow through only the Choke Line with Cameron Willis CC40 choke valve positioned 0 Turns closed |

## Overview of CFD

Computational fluid dynamics (CFD) is an advanced engineering method for calculating flow. [1] CFD is a branch of fluid mechanics that uses numerical methods and algorithms to solve problems that involve fluid flows.  These problems can be either flow within a confined space, external flow around a solid body, or a combination of both.

The governing equations for CFD are derived from basic principles of physics, including the conservation of mass, energy and Newton's second Law of motion.  Almost all CFD models use a set of governing

---

[1] A glossary of technical terms and their definitions is provided at page 29.

equations for mass and momentum, with additional equations as needed, such as turbulent flow, multi-phase flow, reactions, combustion, equations of state, etc.  The flow region that is to be analyzed is subdivided into many small elements.  The CFD solution process is an iterative procedure where the governing equations are simultaneously solved for the numerous individual elements.  Computers perform these numerous calculations.

The governing equations that describe the momentum transfer in Newtonian fluid are called the Navier-Stokes equations.  A Newtonian fluid is one where the shear stress is linearly proportional to the velocity gradient.  Many common fluids such as air, water, oil, and gasses meet the criteria for a Newtonian fluid.  The principal equations solved in almost all CFD models are the Navier-Stokes equations combined with the conservation of mass equation.  The Navier-Stokes equations were first derived in the first half of the nineteenth century.  Numerical techniques are required to solve them, except for some special cases, due to the complexity of the mathematical equations.

## History of CFD

Prior to computers only very simple problems could be solved due to the labor intensiveness of manual computation.  Earlier application of CFD started in the 1950s with the invention of digital computers.  During succeeding years, many of the aircraft companies developed proprietary CFD codes.  As computers improved and grew in their ability to consider larger numbers of equations simultaneously, the functionality of these proprietary codes expanded accordingly to allow the analysis of more complex models with improved resolution and the ability to provide more accurate results.

While the original applications of CFD to the aerospace industry have now been ongoing for more than 40 years, the first commercial CFD codes started to become available in the early 1990s.  Today, multiple such commercial codes are available.

With the expanded computational capabilities now available, CFD codes have been used in the development of high-speed trains, racing yachts, cooling flows within electronic devices, wind turbines, HVAC (heating ventilating and air conditioning) installations, environmental dispersion of smoke-stack plumes and noxious fumes and almost every imaginable application involving the movement of liquids and/or gases.

CFD is a reliable, robust engineering tool for simulating complex fluid flow (for product development, government labs, research and general engineering) with a long history of accuracy and utility.  CFD is commonly accepted within all engineering fields including the Oil and Gas industry, has a history of giving accurate answers and is an appropriate methodology to calculate the oil flow rate through the Capping Stack.

BP consultants used multiple CFD models during the Macondo well oil spill response.

## Methodology

- The basic process for a CFD analysis is as follows.  First, a geometric model is developed that defines the fluid flow passage.  The geometric model includes the smallest details which influence the flow.

- The model is then subdivided into smaller discrete cells (mesh).  The mesh may be uniform or non-uniform.

- The Navier-Stokes equations, conservation of mass, and the appropriate modeling equations necessary for a specific application (such as: conservation of energy, turbulence, etc.) are defined throughout the model.

- The material properties of the fluid(s) modeled are defined.

- Boundary conditions are defined.  This involves specifying the fluid behavior and properties at the boundaries of the flow volume.

- The equations are then solved using an iterative procedure.  The iterative method is based upon numerical techniques and involves changing the values at each mesh cell until the values correctly give agreement based on the equations defined by the model.  The solution is then considered "converged."

- Finally, a postprocessor is used for the analysis and visualization of the resulting solution.

- Additionally, the model is resolved to gain an understanding of the impact of modeling inputs.

- If experimental information is available, the model's results are compared against it.  No direct experimental work is available for the main CFD modeling reported, however comparison against the provided Cameron Willis (CW) flow coefficients for CC40 Plug and Cage Choke[2] flow coefficients was possible.  CFD was used to calculate flow coefficients and the results were compared against the CW test values.

## CFD Applied to the Capping Stack

### Engineering software choice

The ANSYS suite of software was chosen for this project.  ANSYS is recognized as an industry leading engineering software tool, with a long history of accurately solving industrial engineering problem.  Unless otherwise specified, all fluid analyses were performed using ANSYS CFX version

---

[2] Provided 003_CC40FNR P&C Cv=256.pdf document, LAL134-003719.

14.0.1.  ANSYS CFX software is a state-of-the-art commercial computational fluid dynamics (CFD) code which uses robust numerical methods to accurately solve a variety of real-world fluid mechanics problems.  ANSYS CFX has undergone over twenty years of continuous improvement resulting in a highly reliable commercially available CFD codes.

## Geometry creation

The geometry was created based on documented dimensions, scans and inspection of the Capping Stack components at the NASA Michoud Assembly Facility.  When there was discrepancy between these different sources, SimuTech Group took on-site measurements which I used to confirm which values were most accurate.  Additionally, SimuTech Group a few measurements where there were no values provided.

An accurate representation of the fluid passage for the kill line was created (Figure 6) using ANSYS SpaceClaim 2012™ and Ansys DesignModeler.  Some minor features were removed from the model.  These features were deemed to be insignificant to the flow path and therefore insignificant to the accurate oil flow rate calculation.  Refer to Appendix II for more details about the specific fluid geometry created.



Figure 6: Kill Line Fluid Passage

A sensitivity study of the calculated oil flow rate to variation in the geometry was undertaken and is included in the Appendices.  The oil flow rate was calculated using geometric dimensions that were varied independently based on the range of reported dimensions. The calculated oil flow rate was found to vary by only up to +4.9% and -2.3% from the baseline model (Figure 6) for the different reported dimensions. Therefore, the reported geometry differences were found to have little effect on the calculated oil flow rate.

To determine the necessary number of mesh elements/nodes (acceptable mesh size) required, CFD calculations were done with several different mesh sizes (see Figure 11). I decided to proceed with 60,447 nodes. For an extremely large number of elements (23.7 million nodes), there was only a 1.3% difference for the calculated flow rate as compared with a model with the smallest 60,447 nodes mesh. The results of this effort had demonstrated that the results are "mesh-independent" and that the 60,447 nodes mesh that was used for the subsequent Kill Line models will produce accurate results. The time required to obtain a converged solution increases as the number of mesh elements increase. It is good CFD practice to use the largest mesh (fewest nodes) that can be proven to be mesh-independent.



Figure 11: Calculated Oil Flow Rate on different meshes

## Model definition

The fluid mass, velocity and pressure were calculated using the fundamental fluid flow equations (Navier-Stokes equations, conservation of mass), driven by the pressure drop across the capping stack. In addition, turbulence, roughness and material properties with variations due to pressure were also included with their interactions with the fluid flow.

## Multiphase modeling

Within the Capping Stack, the flow is composed of two phases, liquid oil and natural gas. The flow through the Capping Stack was modeled as a Homogenous Multiphase mixture. This model assumes relative motion (slip) between the phases is insignificant, and is not included. This approach is common practice for dispersed/ well mixed flows as is the case through the kill and choke lines. The homogeneous model was deemed valid for the following reasons:

- A review of flow regime papers indicated a dispersed/ well mixed bubbly flow[3].

- A review of research papers on particle sizing indicated a small particle size (bubble or even droplets).

- Between the inlet capping stack's inlet and outlet, the pressure drop is significant; therefore, the fluid motion through the capping stack is expected to be primarily driven by the pressure drop. Any motion caused by slip between the two phases is expected to be relatively minor.

- High flow velocities through the smaller bores and the associated Reynolds Number[4] of the flow confirmed that the flow was highly turbulent.

All of these factors indicate that the homogenous assumption would be a valid model.

The no slip assumption was tested with an Eulerian-Eulerian heterogeneous model that includes the relative motion of the oil and gas phases. The oil flow rate calculated by the Eulerian-Eulerian (slip) model only differed by +2.5% compared to the homogenous model with its no-slip assumption[5]. Thus, the no-slip assumption is deemed valid. The homogenous no-slip model was deemed the most accurate modeling method, since it can include the mass transfer between the phases that occurs inside the capping stack, which the Eulerian-Eulerian heterogeneous slip model cannot.

## Turbulence model

Nearly all industrial flows are turbulent and given the geometry of the capping stack, turbulent flow conditions were expected. The CFD solutions and subsequent values calculated for the Reynold's Number verified the assumed turbulent flow condition. In turbulent flows, the fluid motion is characterized by irregular and unsteady motion as would be seen in a flowing brook. Turbulence models are used to capture the effect of these complex flow structures. The use of such turbulent models has a long history of successful application for CFD analysis and is considered standard practice for industry.

Based on experience the K-$\varepsilon$ turbulence model was used to account for the effects of turbulence in the capping stack. The K–$\varepsilon$ turbulence model has a long history of accurately predicting flow in a large

---

[3] A review of liquid/liquid and liquid/gas flow regime maps was undertaken. The correction factors from the third addition of Chemical Engineers' Handbook (Perry & Chilton, 1973) were used to correct between the published air/water flow regimes and the oil/gas mixture in the capping stack. Liquid/gas flow maps considered are: (Mandhane, Gregory, & Aziz, 1974), (Baker, 1954), (Taitel, Bornea, & Duckler, 1980), (Hewitt & Roberts, 1969), (Brennen, 2005) and (Giffith, 1984). Liquid/liquid flow maps considered are: (Angeli & Hewitt, 2000) and the maps reproduced by (Angeli & Hewitt, 2000) of (Arirachakaran, Oglesby, Malinowsky, Shoham, & Brill, 1989) and (Nadler & Mewes, 1995). Complete references for each of these materials are included in the Work Cited section below.

[4] Reynold Number is a dimensionless parameter used to characterize the fluid flow by measuring the ratio of the inertial forces to the viscous forces.

[5] The variation between the slip and no-slip models calculation is due to a number of differences in the model. The +2.5% variation includes the different treatment of turbulence, wall interactions of the dispersed phase and the constant mass fraction assumption of the no-slip method.

## Appendix VI (Multiphase Slip)

In addition to the non-slip multiphase, the flow rate was calculated using the Eulerian-Eulerian heterogeneous multiphase model for the **Kill Line with no collection**. The Eulerian-Eulerian model includes the slip between the oil and gas phases. The most appropriate morphology for the CFD model of the capping stack was judged to be a continuous oil phase with a dispersed natural gas (bubbles) phase.

The Eulerian-Eulerian model required additional modeling parameters that the no-slip homogeneous multiphase model did not, surface tension and particle sizing. The following subsection details the calculation procedures and values for those additional parameters.

## Model Definition

The model definition of the Eulerian-Eulerian model varied from the homogenous model by the following:

- Instead of oil/ natural gas being treated as mixture each phase is individually modeled, allowing for the relative motion of each phase. The Oil phase was model as a continuous phase, while the Gas phase was modeled as dispersed phase (bubble). A representative bubble size of 0.02 (mm) was used, with the particle sizing calculation detailed in the following sections.

- The density and viscosity were defined individually for each phase using Dr. Zick's lookup tables, except for the oil density, which is discussed in the oil density section.

- Instead of a single turbulence model, the Eulerian-Eulerian model used fluid dependent turbulence models. Specifically, the Eulerian-Eulerian model uses the K-$\varepsilon$ model for the continuous phase, and the Dispersed Phase Zero Equation for the dispersed phase.

- The interphase momentum transfer was model using the Ishii Zuber Drag force, Lift Force and Favre Averaged Drag Force Turbulent Dispersion Force.

- The volume fraction was set at the inlet based on the inlet pressure. The volume fraction was not varied throughout the model based on local pressure, as this was a limitation of the Eulerian-Eulerian model.

- The treatment at walls was also different from the homogenous model. The continuous phase was set as a no-slip wall condition using the same roughness values as the homogeneous model; however the dispersed phases was treated as a free-slip wall condition.

CONFIDENTIAL

## Bubble and Droplet Size

The calculated volumetric flow of oil at surface conditions is reported in Table 37 for a number of different bubble sizes for reference instead of the **Baseline Eulerian-Eulerian** model's 0.02 (mm) bubble size. Additionally the oil flow rate for the droplet morphology[54] and several different droplet sizes are presented in Table 38 for reference.

Table 37: Bubble Size Sensitivity

| Bubble Size (mm) | Oil Flow (bopd) | % difference from Baseline |
|---|---|---|
| 2 | 52,700 | -2.5% |
| 0.2 | 54,800 | +1.3% |
| **0.02** | **55,400** | **+2.5%** |
| 0.005 | 55,500 | +2.8% |

Table 38: Droplet Size Sensitivity

| Droplet Size (mm) | Oil Flow (bopd) | % difference from Baseline |
|---|---|---|
| 2 | 55,100 | +1.9% |
| 0.2 | 58,800 | +8.8% |
| 0.02 | 58,800 | +8.8% |
| 0.005 | 58,300 | +7.9% |

## Drag Law Selection

The calculated volumetric flow of oil at surface conditions is reported with two different Drag Laws (Grace and Schiller Naumann) instead of the **Baseline Eulerian-Eulerian** model's Ishii-Zuber drag law (Table 39).

Table 39: Drag Law Selection Sensitivity

| Drag Law | Oil Flow (bopd) | % difference from Baseline |
|---|---|---|
| ***Ishii-Zuber Drag Law*** | **55,400** | ***+2.5%*** |
| Grace Drag Law | 55,500 | +2.6% |
| Schiller Naumann Drag Law | 55,500 | +2.6% |

## Non Drag Law Interactions

The calculated volumetric flow of oil at surface conditions is reported with two additional sets of non-Drag Law interaction (no interactions and one including dispersion, virtual mass, Legendre Magnaudet

---

[54] The gas continuous phase (k-ε turbulence model) and liquid dispersed phase (dispersed phase zero equation turbulence model).