# Exhibit 4

## Excerpts from Transcript of the Deposition of Dr. Nathan Bushnell

## Taken July 18-19, 2013

01-43285
TCM/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| IN RE: OIL SPILL by the OIL RIG | ) | MDL NO. 2179 |
|---|---|---|
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO, on | ) | SECTION: J |
| APRIL 20, 2010 | ) | |
| | ) | JUDGE BARBIER |
| | ) | |
| | ) | MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Nathan Peter Keith Bushnell

**July 18, 2013**

## *COPY*



WORLDWIDE

*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

10:06  1        A.   There is the -- the -- another inline mixer pump.

10:06  2        Q.   Can you tell me what bullet that is, please?  Oh,

10:06  3   I got it.  "Analysis of an inline mixer"?

10:06  4        A.   Yep.

10:06  5        Q.   So that's the tenth bullet?  No.  11th bullet.

10:06  6        A.   Yes.

10:06  7        Q.   Okay.  And is there one more?

10:06  8        A.   Where is it?  Oh, it's the investigation of a

10:07  9   fluid failure mechanism.

10:07  10        Q.   Can you tell me which bullet that is?  Is it the

10:07  11   eighth --

10:07  12        A.   Eighth.

10:07  13        Q.   -- bullet?  Okay.

10:07  14             So those four projects that we just listed, that

10:07  15   was the first bullet, the sixth bullet, the eighth bullet

10:07  16   and the eleventh bullet compose the extent of your

10:07  17   experience in the oil and gas industry applying CFX to a

10:07  18   multiphase fluid.  Is that correct?

10:07  19        A.   Yes.

10:07  20        Q.   The project which was Bullet No. 6, "Simulations"

10:07  21   in "Oil and Gas spills from Pipeline located at the bottom

10:08  22   of the sea," what was that project?

10:08  23        A.   We were modeling oil and natural gas leaking out

10:08  24   of a pipe at the bottom of the ocean.

10:08  25        Q.   What was the depth at which you were modeling?

10:12  1          A.   No.

10:12  2          Q.   Your undergraduate and graduate degrees are in

10:12  3     chemical and process engineering.   Correct?

10:12  4          A.   Correct.

10:12  5          Q.   What does that mean?

10:12  6          A.   It's the engineering study of fluids and heat

10:12  7     transfer and mass transfers, species transfer.

10:13  8     Thermodynamics.

10:13  9          Q.   You studied all of those things, heat transfer,

10:13 10     mass transfer, species transfer, thermodynamics, as part

10:13 11     of your chemical and process engineering degrees?

10:13 12          A.   Yes, and other -- and other things.   But that was

10:13 13     kind of the main focus.

10:13 14          Q.   Did you take courses in multiphase flow?

10:13 15          A.   Yes.

10:13 16          Q.   Was that graduate or undergraduate work?

10:13 17          A.   Mainly undergrad.

10:13 18          Q.   You said mainly.   Is it exclusively undergraduate

10:13 19     work?

10:13 20          A.   No.

10:13 21          Q.   Okay.

10:13 22          A.   I -- I took a course in post-grad that involves

10:13 23     multiphase.

10:13 24          Q.   You took one postgraduate course in multiphase

10:13 25     flow?

10:13  1      A.   Yes.  I took one out of two.  I needed two

10:14  2  courses.  The rest of it is based upon my thesis.

10:14  3      **Q.   That one course was devoted entirely to**

10:14  4  **multiphase flow?**

10:14  5      A.   No.

10:14  6      **Q.   What else was covered in that course that**

10:14  7  **included multiphase flow?**

10:14  8      A.   It was focused on dairy engineering, so...

10:14  9      **Q.   Can you spell that?**

10:14 10      A.   Dairy?

10:14 11      **Q.   Oh, dairy.  Which is what the subject of your**

10:14 12  **thesis was.  Correct?**

10:14 13      A.   It was the industry, yeah.

10:14 14      **Q.   The course that in part involved multiphase flow,**

10:14 15  **how long did that last?**

10:14 16      A.   I think it was, like, six months -- well, half a

10:14 17  year, so...

10:14 18      **Q.   And what portion of that did you cover multiphase**

10:14 19  **flow?**

10:14 20      A.   It's probably about half of it.

10:14 21      **Q.   So three months?**

10:14 22      A.   It's not broken out like that.

10:14 23      **Q.   In total, would you say three months?**

10:14 24      A.   I would say a better way to characterize it is

10:15 25  about half of it was covering conditions where you have

10:15  1      multiphase flow.

10:15  2          Q.  And the course lasted six months?

10:15  3          A.  Yeah.

10:15  4          Q.  What methods of characterizing multiphase --

10:15  5      multiphase flow did you cover -- were covered in that

10:15  6      course that you took?

10:15  7          A.  We were focusing on the mass transfer and the

10:15  8      heat transfer.

10:15  9          Q.  In your -- either your undergraduate or graduate

10:15  10     education, did you take courses devoted to CFD?

10:15  11         A.  Yes.  I took a graduate course.

10:15  12         Q.  One graduate course in CFD?

10:15  13         A.  Yes.

10:15  14         Q.  No grad- -- undergraduate courses?

10:15  15         A.  There just wasn't any available.

10:15  16         Q.  How long did your graduate course in CFD last?

10:15  17         A.  It was the same, six-month duration.

10:16  18         Q.  Is it that a semester, six months?

10:16  19         A.  It was more like two semesters.  I don't think

10:16  20     they break it out like -- like semesters.

10:16  21         Q.  In the course that you took on CFD, were you

10:16  22     modeling single-phase flow?

10:16  23         A.  Most of it was theory.  And I did mult- -- did

10:16  24     multiphase flow in it, but mostly it was single-phase

10:16  25     flow.

10:16  1        Q.  So it was mostly CFD theory?  And did you -- were

10:16  2    you understanding CFD theory -- theory through the use of

10:16  3    single-phase flow?

10:16  4        A.  Yeah.

10:16  5        Q.  Can you describe in what way you studied

10:16  6    multiphase flow as part of that CFD class?

10:16  7        A.  I had to do a end of year -- well, end of -- end

10:17  8    of course project, so I did multiphase flow for my

10:17  9    project.

10:17 10        Q.  What multiphase flow did you study?

10:17 11        A.  I did separation in an integrated separator.

10:17 12        Q.  What was the fluid?

10:17 13        A.  It's water vapor and milk droplets.

10:17 14        Q.  Did you take courses in the application of CFD to

10:17 15    multiphase flow in the oil and gas industry?

10:17 16        A.  No.  There wasn't any available.

10:17 17        Q.  So your Ph.D. thesis was on the subject of

10:17 18    "Liquid/Vapour Interaction in a Falling Film" Evapa- --

10:18 19    "Evaporator in the Dairy Industry."  Is that right?

10:18 20        A.  Yes.

10:18 21        Q.  You finished that thesis in 2008?

10:18 22        A.  I think it was submitted in 2007.  I submitted it

10:18 23    a year into working at SimuTech, and then I got my Ph.D.

10:18 24    officially later.

10:18 25        Q.  When did you begin working on your thesis?

10:51  1   and gas industry is part of.

10:51  2       Q.  Are there courses that specialize in multiphase

10:51  3   flow in the oil and gas industry?

10:51  4       A.  In -- not in the University of Canterbury.

10:51  5       Q.  Are there any academic institutions that provide

10:51  6   undergraduate or graduate -- graduate level courses in the

10:51  7   study of multiphase flow in the oil and gas industry?

10:51  8       A.  I don't know for sure, but I would be surprised

10:51  9   if there wasn't.

10:51  10      Q.  Do you consider yourself to be an expert in

10:51  11  applying CFD to simulate metal erosion?

10:51  12      A.  I'd consider myself an expert in the -- using --

10:51  13  modeling multiphase flow and how particles move through

10:51  14  the fluid and how the particles would impact onto the

10:52  15  metal.  And I can set up a model, but I wouldn't consider

10:52  16  myself an expert on the actual erosion part of it.

10:52  17      Q.  So you do not consider yourself to be an expert

10:52  18  in CFD to simulate metal erosion.  Is that correct?

10:52  19          MS. FLICKINGER:  Objection; form.

10:52  20      A.  I -- I think the way I characterize it would be

10:52  21  the best -- I have expertise on the force -- on the way

10:52  22  particles move and would contact with them.  I know that

10:52  23  there is the general approach on how erosion is modeled,

10:52  24  but I don't have the expertise to select the erosion

10:52  25  model.

10:52  1        Q.  (BY MS. SALTZBART)   So you're not a metal erosion

10:52  2    expert.

10:52  3        A.  No.

10:52  4        Q.  Is that fair?

10:52  5        A.  Yeah, that's fair.

10:52  6        Q.  Do you -- strike that.

10:52  7            Do you believe that you're qualified to provide

10:52  8    expert testimony on the application of CFD to any fluid

10:52  9    flow problem?

10:52 10        A.  I would say there are some fluid problems that

10:52 11    would be beyond -- outside of my field.  But a big

10:53 12    proportion of them, I would.

10:53 13        Q.  Which fluid flow problems would be beyond your

10:53 14    expertise?

10:53 15        A.  There's some viscoelastic models, you know, which

10:53 16    kind of bridge between CFD and FEA, you know, world which

10:53 17    I have limited experience in.

10:53 18        Q.  Is that physical elastic?

10:53 19        A.  Viscoelastic.

10:53 20        Q.  Visco.

10:53 21        A.  Yeah.

10:53 22        Q.  Like viscous, but not --

10:53 23        A.  Yeah.

10:53 24        Q.  Visco.  Viscoelastic?

10:53 25        A.  Yeah.  So those are materials like rubber as

10:55  1     identifying flow regime for a multiphase flow involving

10:55  2     hydrocarbons?

10:55  3          A.   I've used flow regime outside of hydrocarbons

10:55  4     before.  So none, I guess is the answer.

10:55  5          Q.   Okay.  So you don't have prior experience

10:55  6     identifying flow regimes for a multiphase flow involving

10:56  7     hydrocarbons?

10:56  8          A.   No.  But as part of this project, I went to the

10:56  9     published literature and educated myself as respect to oil

10:56  10    and gas, which is a standard practice for somebody in my

10:56  11    position.

10:56  12         Q.   So prior to your work on this specific project,

10:56  13    you had not identified a flow regime for a multiphase flow

10:56  14    involving a hydrocarbon?

10:56  15         A.   No.

10:56  16         Q.   Do you consider yourself an expert in calculating

10:56  17    the size of droplets in bubbles?

10:56  18         A.   Yes.

10:56  19         Q.   And, again, including academic or professional

10:56  20    experience in this question, what prior experience can you

10:56  21    identify that makes you an expert in calculating the size

10:56  22    of droplets in bubbles?

10:56  23         A.   For the inline pump we needed bubble sizing.

10:56  24         Q.   In reference back to Page 33 of Exhibit 11705,

10:57  25    there are two bullets, Bullet 1 and Bullet 11, that

10:57 1    identify inline pump.  Is it both of those projects?

10:57 2        A.  Yeah, both of those projects needed bubble.

10:57 3        Q.  Those are two different projects?

10:57 4        A.  Yes.

10:57 5        Q.  Okay.  So just so I'm clear.  Those two projects

10:57 6    and no other projects have you had to calculate the size

10:57 7    of droplets or bubbles?

10:57 8        A.  No.  I -- I had to calculate the size of droplets

10:57 9    in my Ph.D.

10:57 10       Q.  So --

10:57 11       A.  And then I -- yeah, in my Ph.D.

10:57 12       Q.  In your view you're an expert in calculating the

10:57 13   size of droplets in bubbles because of the work that you

10:57 14   did in your Ph.D. thesis and the two inline pump projects

10:58 15   that you performed in the last four years?

10:58 16       A.  And the literature.  So when we have -- need to

10:58 17   find parameters or values for models, we will go out to

10:58 18   literature.  And part of my Ph.D. is having the skills to

10:58 19   be able to do that.

10:58 20       Q.  In reviewing literature in this case in order to

10:58 21   identify the size of the droplet or bubble, did you

10:58 22   consult any academics in the field of droplet or bubble --

10:58 23   bubble diameter?

10:58 24       A.  No.

10:58 25       Q.  So you just read -- read literature and then made

11:16  1        A.   The -- that's outside my expertise, so I'd defer

11:16  2   to Hess (phonetic) expertise on that.

11:16  3             THE REPORTER:  Who?

11:17  4             THE WITNESS:  Dr. Hess.

11:17  5        Q.   (BY MS. SALTZBART)  Okay.  I -- I think you agree

11:17  6   that it would be preferable to use the same set of PVT

11:17  7   data both to calculate a -- a mass flow rate and then to

11:17  8   convert that mass flow rate to stock tank barrels.  Is

11:17  9   that correct?

11:17  10       A.   I would think it would be preferable, but I -- I

11:17  11  don't know enough to really say.  There could be valid

11:17  12  reasons not to.

11:17  13       Q.   Are you an expert -- strike that.

11:17  14            Are you an expert in reservoir engineering or

11:17  15  reservoir analysis?

11:17  16       A.   No.

11:17  17       Q.   Are you an expert in thermal gradients of flowing

11:17  18  hydrocarbon fluids in an oil and gas well?

11:17  19       A.   No.

11:17  20       Q.   Are you an expert in how to estimate the flowing

11:18  21  temperatures of hydrocarbons in an oil and gas well?

11:18  22       A.   No.

11:18  23       Q.   So all of these different areas that we've just

11:18  24  identified that you're not an expert in, you're not

11:18  25  providing expert testimony in those areas in this

11:55  1   given he -- the papers he's written.

11:55  2        Q.  Do you consider him to be an expert in the field

11:55  3   of multiphase flow?

11:55  4        A.  I -- I don't know him, so --

11:55  5        Q.  But you're an -- you're an expert in the field of

11:55  6   multiphase flow.  Correct?

11:55  7        A.  Yes.

11:55  8        Q.  You cab -- you can't identify other -- are you

11:55  9   not able to identify Professor Hewitt as another expert in

11:55 10   the area of multiphase flow?

11:55 11        A.  I would say it's highly likely he is based upon

11:55 12   him -- his writing of papers in this field.

11:55 13        Q.  Have you written papers in this field?

11:55 14        A.  No.

11:55 15        Q.  Is -- is it your review of papers that others

11:55 16   have written in the field that makes you an expert in the

11:55 17   field of multiphase flow?

11:55 18        A.  Yes.

11:55 19        Q.  Would you consider Professor Hewitt to be an

11:56 20   expert in the identify -- identification of flow regimes?

11:56 21        A.  Yes.

11:56 22        Q.  But you're not positive if -- if you would

11:56 23   consider him an expert in the field of multiphase flow?

11:56 24        A.  I -- I just don't know how far his knowledge

11:56 25   extends.  I -- I know he does work in flow regime, which

11:56　1　is part of multiphase flow, so...

11:56　2　　　Q.　Do you know if he's written any papers on

11:56　3　multiphase flow?

11:56　4　　　A.　He's written papers about flow regime, which is

11:56　5　multiphase flow, so yes.

11:56　6　　　Q.　But you're not certain whether he would be

11:56　7　considered an expert in the field of multiphase flow?

11:56　8　　　A.　I -- I would defer to him, but I would suspect he

11:56　9　is.

11:57　10　　　Q.　Can you explain how a flow regime is determined

11:57　11　for a given gas liquid flow?

11:57　12　　　A.　The standard way is to go to a flow regime map.

11:57　13　You know, there's a -- a number of them in the literature,

11:57　14　and so you would look at them.  But because the flow

11:57　15　regime maps are using material properties and

11:57　16　experimentally very different than the flow through the

11:57　17　capping stacks -- you know, we're not looking -- there

11:57　18　isn't a flow regime map for flow through a capping stack.

11:57　19　You have to then interpret the flow regime maps or adjust

11:57　20　them or correct them.

11:57　21　　　Q.　What are the unique features of the flow through

11:57　22　the capping stack that make these standard flow regime

11:57　23　maps in -- in -- inapplicable without some correction?

11:57　24　　　A.　Well, the -- the flow regime maps are -- either

11:58　25　use different diameter.  They're -- you know, if you look

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

12:03   1      Q.  Which flow regime maps are Thome and Brennen

12:03   2  specifically referring to?

12:03   3      A.  It's inconsistent.  I -- I can't remember the

12:03   4  exact -- which ones and where.  But all the modern things

12:03   5  I've seen over my time at -- people consistently point to

12:03   6  flow regime maps, but then they inconsistently choose

12:03   7  different maps.

12:03   8      Q.  But you're an experiment offering expert

12:03   9  testimony on flow regimes in this case.  Correct?

12:03  10      A.  Correct.

12:03  11      Q.  Which flow regime map do you think is appropriate

12:03  12  to apply in this case?

12:03  13      A.  I think you have to look at multiple sources.

12:04  14  It's generally considered better to look -- if you have

12:04  15  multiple data points, to use them, and -- and it's, you

12:04  16  know, why I looked at multiple sources and then you --

12:04  17  because all of them are -- well, none of them as a flow

12:04  18  regime map for the flow through a capping stack under

12:04  19  pressure of oil and gas, all of them require

12:04  20  interpretation.

12:04  21      Q.  Do you consider yourself an expert in using flow

12:04  22  regime maps?

12:04  23      A.  Yes.

12:04  24      Q.  How many projects have you worked on in which you

12:04  25  plotted data on a flow regime map to determine the flow

12:04   1   regime of a multiphase system?

12:05   2        A.   This was the first project.

12:05   3        Q.   Have you ever developed a flow regime map

12:05   4   yourself?

12:05   5        A.   No.

12:05   6        Q.   Would you consider yourself to have the same

12:05   7   level of expertise in the application of a given flow

12:05   8   regime map as the creator of that flow regime map would

12:05   9   have?

12:05  10        A.   No, if someone's created it, they probably have a

12:05  11   deeper understanding.

12:05  12        Q.   So, for example, in applying the Hewitt and

12:05  13   Roberts flow regime map, do you believe that Professor

12:05  14   Hewitt has a greater level of expertise in applying that

12:05  15   map than you do?

12:05  16        A.   Yes, but he may also have a bias for his own

12:05  17   work, so -- so people may like their work more than

12:05  18   others.

12:05  19        Q.   In the application of the Hewitt and Roberts flow

12:05  20   regime map, would you agree that Professor Hewitt has a

12:05  21   greater expertise in applying that map than you would?

12:06  22              MS. FLICKINGER:   Asked and answered.

12:06  23              You can go ahead.

12:06  24        Q.   (BY MS. SALTZBART)   Please answer the question.

12:06  25        A.   Yes.

12:27  1      A.   I'd also include the -- the fact that they came

12:27  2  from originally a vertical, yes.

12:27  3      Q.   (BY MS. SALTZBART)   In your initial report you

12:27  4  wrote that you used these Baker correction factors to

12:27  5  correct between "published air/water flow regimes and the

12:27  6  oil/gas mixture in the capping stack."

12:27  7           Is that right?

12:27  8      A.   Yes.

12:27  9      Q.   That's an accurate description of how you

12:27 10  identified the capping stack flow regime in your initial

12:27 11  report?

12:27 12      A.   It sounds like it, yes.

12:27 13      Q.   And that's also an accurate description for

12:27 14  purposes of your rebuttal report?

12:28 15      A.   Yes.

12:28 16      Q.   Would you agree that the correction factors Baker

12:28 17  used were to account for different physical properties of

12:28 18  a fluid as -- as compared to an air/water system?

12:28 19      A.   Yes.

12:28 20      Q.   And would you agree that those correction factors

12:28 21  were developed to scale for mass velocity?

12:28 22      A.   Yes.

12:28 23      Q.   Do you agree that the coordinates of the Baker

12:28 24  map are plotted in terms of mass fluxes of the liquid and

12:28 25  gas phases?

12:30  1        A.   That's -- there was experimentally credit of

12:30  2   vertical pipes and so, yes, that would be a good way to

12:30  3   describe it.

12:30  4        Q.   And you also applied the Baker correction factors

12:30  5   to the Hewitts and -- Hewitt and Roberts flow regime map?

12:30  6        A.   Yes.

12:30  7        Q.   And it was your testimony earlier that Hewitt and

12:30  8   Roberts actually incorporated the Baker correction factors

12:30  9   into their flow regime map.  Correct?

12:30 10        A.   Yes.

12:30 11        Q.   Why did you then apply the Baker correction

12:30 12   factors on top of that?

12:30 13        A.   Because I was looking at multiple sources.  I

12:30 14   wanted to be consistent and not pick and choose when and

12:30 15   not to use the Baker correction.

12:30 16        Q.   But you didn't apply Baker to the Fair map.

12:30 17   Correct?

12:30 18        A.   Well, it already had a correction on the bottom.

12:30 19   So I -- I wanted the Fair map -- I was looking for a map

12:31 20   that I didn't have to use the Baker correction on as

12:31 21   another way of -- you know, another point of reference.

12:31 22        Q.   You agree that you didn't apply Baker to Fair

12:31 23   because, in your opinion, Fair was already accounting for

12:31 24   Baker.  Is that correct?

12:31 25        A.   No.  Fair has its own adjustment.  I was looking

12:44  1    a first approximation.  Very much more extensive data

12:44  2    would be needed before any different conclusions could be

12:44  3    drawn."

12:44  4        Q.  Could you flip to the prior page, please, Page 5.

12:44  5    And if you could look at the second full paragraph, "It is

12:44  6    desirable to achieve direct compatibility."  Do you see

12:44  7    that paragraph?  It's the second full paragraph at the top

12:44  8    of Page 5 --

12:44  9        A.  Yeah.

12:44  10       Q.  -- it start -- okay.

12:44  11           And if you look about halfway down, they describe

12:44  12   Baker, and they write, "The most widely used flow pattern

12:44  13   chart is that of Baker, who studied flow patterns in

12:45  14   horizontal pipelines and plotted the flow pattern

12:45  15   observations in terms of the parameters."

12:45  16           Do you see that sentence?

12:45  17       A.  Yes.

12:45  18       Q.  So they were aware of Baker.  Correct?

12:45  19       A.  Yes.

12:45  20       Q.  But they chose not to apply Baker for purposes of

12:45  21   their flow regime map.  Correct?

12:45  22       A.  Correct.

12:45  23       Q.  But it's your expert testimony today that they

12:45  24   were wrong, and that Baker should be applied to their flow

12:45  25   regime map?

02:19  1      A.  Correct.

02:19  2      Q.  Do you agree that based upon Fair's original flow

02:19  3  regime map from 1960 the power should be to 0.1?

02:19  4      A.  Without having to read his entire report, it

02:19  5  would seem that way.

02:19  6      Q.  And you agree that you used a power of 0.5 rather

02:19  7  than 0.1.  Correct?

02:19  8      A.  Yes.

02:19  9      Q.  I'd like to turn now to Tab 32, please.

02:20 10          (Exhibit 11715 was marked.)

02:20 11      Q.  (BY MS. SALTZBART)  And we've marked this 11715.

02:20 12  I'll represent to you that this is a flow regime map

02:20 13  applying the values from your -- from Tab 33, which was

02:20 14  Exhibit 11711, which is based upon values from your

02:20 15  Table 11.

02:20 16          And the red circle on the second page of

02:20 17  this exhibit for the 18 and 75 -- .75-inch pipe is

02:20 18  plotting the coordinate based upon the equation that was

02:20 19  originally contained in Fair.

02:20 20          Now, I understand you're going to check our

02:20 21  math on the extrapolation to the 18.75-inch pipe.  But

02:21 22  assuming that math is correct, do you agree that with the

02:21 23  correct power for the viscosity term the Fair map does not

02:21 24  predict a bubble flow regime?

02:21 25      A.  Yes.

163

02:21  1      Q.  And we were discussing the Thome chapter --

02:21  2  Chapter 12, which you reviewed in preparation for -- of

02:21  3  your expert work in this case.  Correct?

02:21  4      A.  Correct.

02:21  5      Q.  Is there anywhere in -- in Thome Chapter 12 that

02:21  6  recommends using the Baker corrections for any map other

02:21  7  than Baker?

02:21  8      A.  I don't believe so.

02:21  9      Q.  And Thome Chapter 12 discusses the Hewitt flow

02:22  10  regime map.  Correct?

02:22  11      A.  Correct.

02:22  12      Q.  And it's your understanding that Thome did not

02:22  13  recommend applying Baker to the Hewitt and Roberts flow

02:22  14  regime map?

02:22  15      A.  Correct.

02:22  16      Q.  You also used the Brennen flow regime map in

02:22  17  connection with your work in this case.  Is that right?

02:22  18      A.  Yes.

02:22  19      Q.  And did you use the Brennen flow regime map for

02:22  20  vertical pipes in your initial report?

02:22  21      A.  I believe so, yes.

02:22  22      Q.  Did you also use the Brennen flow regime map for

02:22  23  vertical pipes in your rebuttal report?

02:22  24      A.  Yes.

02:22  25      Q.  Did you apply the Baker corrections to the

02:22  1    Brennen flow regime map for vertical pipes?

02:22  2         A.  Yes.

02:22  3         Q.  And what -- on what basis did you conclude it was

02:22  4    appropriate to apply the Baker correction factors to

02:22  5    Brennen's flow regime map for vertical pipes?

02:23  6         A.  As previously mentioned, the -- the flow maps are

02:23  7    made from experimental conditions that were far away from

02:23  8    the conditions in the capping stack, so I wanted some

02:23  9    approach to adjust for the different material properties.

02:23  10        Q.  In your expert opinion, how dissimilar are the

02:23  11   physical properties of oil and gas as compared to

02:23  12   steam-water?

02:23  13        A.  Steam and water?

02:23  14        Q.  (Nods.)

02:23  15        A.  I think they're pretty different.

02:23  16        Q.  Can -- let's turn to Tab 14, please.  We're

02:23  17   marking this 11716.

02:23  18              (Exhibit 11716 was marked.)

02:24  19        Q.  (BY MS. SALTZBART)  And if you could, turn to

02:24  20   page -- oh.  Let me first ask you, is this the Brennen

02:24  21   article that you reviewed in connection with your work on

02:24  22   this case?

02:24  23        A.  Yes.

02:24  24        Q.  So you're familiar with this article?

02:24  25        A.  Yes.

02:35  1        Q.  Did you use the Griffith flow regime map for
02:35  2  vertical pipes?
02:35  3        A.  I -- yes, I believe so.
02:35  4        Q.  And you used that in your initial report?
02:35  5        A.  Yes.
02:35  6        Q.  And you also used it in your rebuttal report?
02:35  7        A.  Yes.
02:35  8        Q.  If we could turn to Tab 15, please.  Is this the
02:35  9  Griffith paper that you're relying on in your initial and
02:35  10  rebuttal reports?
02:35  11        A.  Yes.
02:35  12        Q.  And we're marking this 11718.
02:35  13            (Exhibit 11718 was marked.)
02:35  14        Q.  (BY MS. SALTZBART)  Would you turn to Page 363,
02:35  15  Figure 4?
02:35  16        A.  Yes.
02:35  17        Q.  Is Figure 4 the flow regime map that you used
02:35  18  from Griffith?
02:35  19        A.  Yes.
02:35  20        Q.  Did you apply the Baker corrections to the
02:35  21  Griffith flow regime map for vertical pipes?
02:35  22        A.  Yes.
02:35  23        Q.  And you understand that the Griffith paper was
02:35  24  published in 1980.  Right?
02:35  25        A.  '84.

02:47  1      Tab 16.  And we're marking this 117- -- 11720.

02:48  2                  (Exhibit 11720 was marked.)

02:48  3          Q.  (BY MS. SALTZBART)  You cited this article as --

02:48  4      as the source for the Taitel, Bornea and Dukler flow

02:48  5      regime map.  Is that right?

02:48  6          A.  Yes.

02:48  7          Q.  There appear to be several flow regime maps in

02:48  8      this article.  Can you identify which one you used?

02:49  9                  (Witness reviews document.)

02:49  10         A.  It's Figure 2.

02:49  11         Q.  (BY MS. SALTZBART)  And what were you able to

02:49  12     review that helped you identify Figure 2?

02:49  13         A.  There is -- it has some different -- it had some

02:49  14     extra line or transition.

02:49  15         Q.  And you were comparing it to your Figure 24?

02:49  16         A.  Yes.

02:49  17         Q.  And which is the extra line -- the transition

02:49  18     line that you were referring to that it has that

02:50  19     differentiated it from the other flow regime maps in the

02:50  20     Taitel, Bornea -- Taitel, Bornea and Dukler article?

02:50  21         A.  It has the A, which is the transition between

02:50  22     bubble and slug.

02:50  23         Q.  Thank you.

02:50  24             Did you apply the Baker correction factors to the

02:50  25     Taitel, Bornea and Dukler flow regime map for vertical

02:50  1    pipes?

02:50  2        A.  Yes.  What -- which section was that, 16?

02:50  3        Q.  Oh, this is Tab 16.

02:50  4        A.  Okay.  Just so I don't mess things up.

02:50  5        Q.  And again, on what basis did you conclude it was

02:50  6    appropriate to apply the Baker correction factors for

02:50  7    horizontal pipe to the Taitel, Bornea and Dukler flow

02:50  8    regime map for vertical pipe?

02:50  9        A.  It's the same process.  I -- I wanted a

02:50  10   correction factor to account for the difference in

02:50  11   material properties.

02:50  12       Q.  Could you turn to Page 347, please.

02:51  13            MS. SALTZBART:  And this, for the record, is

02:51  14   Exhibit 11720.

02:51  15       Q.  (BY MS. SALTZBART)  And do you see the section

02:51  16   starting with "Transition mechanism" on the left-hand side

02:51  17   of Page 347?

02:51  18       A.  Yes.

02:51  19       Q.  It reads, "In order to predict the conditions

02:51  20   under which" transact -- "transition between flow patterns

02:51  21   will take place, it is essential to understand the

02:51  22   physical mechanisms by which such transitions occur.  In

02:51  23   this way, the influence of fluid properties and pipe size,

02:51  24   as well as flow rates, can be accounted for naturally in

02:51  25   the equations which result.  And these can be expected to

02:51  1    apply generally without the need for," quote, "scale-up,"
02:51  2    end quote, "rules or procedures."
02:51  3           Did I read that accurately?
02:51  4       A.  I lost the page on it.  Sorry.
02:52  5       Q.  I'll read it again if you could please follow
02:52  6    along with me.
02:52  7       A.  Okay.
02:52  8       Q.  Okay?
02:52  9           "In order to predict the conditions under which
02:52 10    transition between flow patterns will take place, it is
02:52 11    essential to understand the physical mechanisms by which
02:52 12    such transitions occur."
02:52 13           Did I read that accurately?
02:52 14       A.  Yes.
02:52 15       Q.  "In this way, the influence of fluid properties
02:52 16    and pipe size, as well as flow rates, can be accounted for
02:52 17    naturally in the equations which result."
02:52 18           Did I read that accurately?
02:52 19       A.  Yes.
02:52 20       Q.  "And these can be expected to apply generally
02:52 21    without the need for," quote, "scale-up," end quote,
02:52 22    "rules or procedures."
02:52 23           Did I read that sentence accurately?
02:52 24       A.  Yes.
02:52 25       Q.  Is there anything in those sentences that

02:53  1    supports your application of Baker's correction factors to

02:53  2    the Taitel, Bornea and Dukler flow regime map from 1980?

02:53  3        A.   No.

02:53  4        Q.   What do you understand those sentences that we

02:53  5    just read to mean?

02:53  6        A.   They were trying to develop a theoretical

02:53  7    transition.

02:53  8        Q.   So would you agree that what Taitel, Bornea and

02:53  9    Dukler presented in this paper represents a methodology

02:53 10    for defining the transitions between flow regimes that

02:53 11    account for the influence of fluid properties?

02:53 12        A.   Yes.

02:53 13        Q.   Okay.   I'd like to turn to Page 351, please, of

02:53 14    this exhibit, Exhibit 11720.   Do you see the section on

02:53 15    the right-hand side entitled, "Transition to annular

02:53 16    flow"?

02:53 17        A.   Yes.

02:53 18        Q.   Did you review this section of the Taitel, Bornea

02:53 19    and Dukler article in preparing the flow regime map from

02:54 20    this paper in connection with your work in this case?

02:54 21        A.   No.

02:54 22        Q.   I'd like to ask you to please take the time now

02:54 23    to -- and, again, you cited this article, correct, in --

02:54 24    in your initial report?

02:54 25        A.   Yes.

03:13  1      A.  Correct.

03:13  2      Q.  Do the lines that are drawn here and represented

03:13  3  as A, B, C, D and E, do those represent transitions from

03:13  4  one flow regime to another?

03:13  5      A.  Yes.

03:13  6      Q.  And in the Taitel, Bornea and Dukler paper from

03:13  7  1980, don't they explain that the transitions from one

03:13  8  flow regime to another are based on the equations

03:13  9  described in their paper?

03:14  10     A.  My recollection of the paper -- I pulled out the

03:14  11  flow regime map because I wanted to use the flow regime

03:14  12  map and not use a theoretical approach.

03:14  13     Q.  Isn't there -- aren't the flow regime maps

03:14  14  described in that paper based upon the theoretical

03:14  15  equations that they present in that paper?

03:14  16     A.  I can't remember.

03:14  17     Q.  Did you read the -- that paper before you

03:14  18  prepared the flow regime map?

03:14  19     A.  Not fully, no.

03:14  20     Q.  What portions of that paper did you read?

03:14  21     A.  I -- I can't fully remember.  It was over a year

03:14  22  ago.

03:14  23     Q.  Is it possible that what you did was just pick a

03:14  24  flow regime map and then use it?

03:14  25     A.  Yes.

03:14   1          Q.  So you may not have read any of the explanation

03:14   2     they provided in their -- their paper about how they were

03:14   3     preparing the transition lines that appeared in their

03:14   4     article?

03:14   5                    MS. FLICKINGER:  Objection; form.

03:14   6          A.  Yeah, it could be.  I could have done -- just

03:15   7     done that.

03:15   8          Q.  (BY MS. SALTZBART)  From your Figure 24, the

03:15   9     vertical line E, would you agree that anything to the

03:15  10     right of that vertical line would be a droplet flow

03:15  11     regime?

03:15  12          A.  That's how I would interpret it.

03:15  13          Q.  And based upon the portions of the Taitel, Bornea

03:15  14     and Dukler paper from 1980 that we were reviewing before

03:15  15     our break, would you agree with me that to apply any of

03:15  16     the flow regime maps in their paper, you have to calculate

03:15  17     the transition boundaries for the particular fluid and

03:15  18     conditions that you're using it for?

03:15  19          A.  No, the -- I think the way they presented it as a

03:15  20     flow regime map is the -- the standard way that people

03:15  21     would use it.  That's why I just used the flow regime map

03:15  22     as provided.

03:15  23          Q.  It's your understanding of their paper that you

03:16  24     don't need to calculate the transition boundaries to apply

03:16  25     their flow regime maps?

03:24  1            MS. FLICKINGER:  I -- I have to ask you

03:24  2    about your question.  "Is the equation that you would

03:24  3    use," do you mean that --

03:24  4            MS. SALTZBART:  I'm sorry.  There are no

03:24  5    speaking objections, counsel.  I mean, you can object to

03:24  6    form.

03:24  7            MS. FLICKINGER:  I object to form.

03:24  8            MS. SALTZBART:  Okay.

03:24  9        Q.  (BY MS. SALTZBART)  Do you understand the

03:24  10   question that's pending, Dr. Bushnell?

03:24  11       A.  Can you just restate it.

03:24  12       Q.  Is Equation 32 the equation that Taitel, Bornea

03:25  13   and Dukler recommend using to define the transition to

03:25  14   annular flow?

03:25  15       A.  It appears to be.

03:25  16       Q.  And you did not apply this equation -- or you did

03:25  17   not calculate the transition to annular flow by applying

03:25  18   Equation 32.  Is that correct?

03:25  19       A.  Correct.

03:25  20       Q.  And it's your testimony that you are capable of

03:25  21   performing that calculation but you are unwilling to do so

03:25  22   because of counsel's instruction?  Let me -- I'm sorry,

03:25  23   not "unwilling."  You are not doing so because of

03:25  24   counsel's instruction?

03:25  25       A.  Correct.

03:44  1    the -- the capping stack.

03:44  2         Q.  A homogeneous model does not model slip between

03:44  3    the phases.  Correct?

03:44  4         A.  That's correct.

03:44  5         Q.  And if there is, in fact, slip between the

03:44  6    phases, you're not modeling the effects of that.  Correct?

03:44  7         A.  The homogeneous model doesn't model slip.  So --

03:44  8         Q.  So the effects from slip would not be accounted

03:44  9    for in your model?

03:44 10         A.  Assuming they're significant, yes.  If --

03:44 11         Q.  Isn't it true that the effects from slip are not

03:44 12    accounted for in a homogeneous model?

03:44 13         A.  Yeah.  The homogeneous model, by definition,

03:45 14    doesn't include slip.

03:45 15         Q.  So whether they're significant or not, they're

03:45 16    not included in a homogeneous model.  Correct?

03:45 17         A.  Yes.

03:45 18         Q.  Okay.  And if there is, in fact, slip between the

03:45 19    phases, that does affect the pressure loss.  Is that

03:45 20    right?

03:45 21         A.  It can affect it.

03:45 22         Q.  So there are some circumstances in which there is

03:45 23    slip between the -- and specifically let's talk about an

03:45 24    oil and gas flow.  If there's slip between the oil and gas

03:45 25    phases, under what circumstances can the slip create

03:45  1    pressure loss?

03:45  2        A.  If you have a condition where the slip is

03:45  3    significant, it -- it can affect pressure loss or mass

03:45  4    flow rate.  You know, there's a -- a lot of conditions

03:46  5    where that could happen.  Just through the capping stack,

03:46  6    I don't believe that's the case.

03:46  7        Q.  Would you need to model with slip in order to

03:46  8    understand whether there is pressure loss associated with

03:46  9    the slip?

03:46  10       A.  No, I think you can do it without.  But it's

03:46  11   preferable to -- you know, to do a sensitivity study to --

03:46  12   to shoot -- to show that.

03:46  13       Q.  How could you assess the extent of pressure loss

03:46  14   from slip between the phases if you're not actually

03:46  15   running a model that allows for slip between the phases?

03:46  16       A.  If you have small particles, and in this case,

03:46  17   you don't have a big density difference between the two,

03:46  18   it's a reasonable assumption to assume that the flow would

03:46  19   be -- that the -- the fact that the small particles will

03:46  20   quickly come to the same velocity as the -- as that

03:47  21   continuous phase it's traveling in, that would be a good

03:47  22   assumption.

03:47  23       Q.  And what if the parti- -- when you say "small,"

03:47  24   what value are you attributing to small?

03:47  25       A.  It's -- I -- I wouldn't give it an absolute

05:11  1       Q.   (BY MS. SALTZBART)   Sure.   If we're comparing

05:11  2   your homogeneous model and Dr. Lo's homogeneous model,

05:11  3   would it be fair to compare the results that you

05:11  4   calculated of 119.8 to Dr. Lo's homogeneous calculate --

05:11  5   mass flow rate calculation of 121.9?

05:11  6       A.   Yes.

05:11  7       Q.   Do you agree that Dr. Lo prepared a multiphase

05:11  8   model allowing for slip between the oil and gas phases?

05:11  9       A.   Yes.

05:11  10      Q.   Do you also agree that Dr. Lo prepared a

05:12  11  multiphase model that allowed for gas evolution?

05:12  12      A.   Yes.

05:12  13      Q.   Would you agree that in order to understand the

05:12  14  effects of slip for purpose of -- for purposes of Dr. Lo's

05:12  15  model, it would be appropriate to compare the results of

05:12  16  his homogeneous case, the 121.9 to his slip case?

05:12  17      A.   Yes, it could be one way do it.

05:12  18           THE REPORTER:   Could be what?

05:12  19           THE WITNESS:   One way to do it.

05:12  20      Q.   (BY MS. SALTZBART)   Would you agree that in order

05:12  21  to understand the effects of both slip and gas evolution

05:12  22  for purposes of Dr. Lo's model, it would be appropriate to

05:12  23  compare the results of his homogeneous case, the 121.9, to

05:13  24  the model he prepared that allowed for both slip and gas

05:13  25  evolution?

05:14  1   consistent across, so he -- he uses the 1.7 to show that

05:14  2   it's the same for homogeneous.  So he used his own

05:15  3   judgment about what he thought was important, and then he

05:15  4   proposes a new model based upon that.

05:15  5        Q.  So Dr. Lo's baseline homogeneous case using

05:15  6   Dr. Zick's PVT data was 1.7 percent higher than your

05:15  7   homogeneous baseline?

05:15  8        A.  Yes.

05:15  9        Q.  I just want to make sure I understand.

05:15 10        Okay.  If you compared Dr. Lo's homogeneous case

05:15 11   using Dr. Zick's PVT data to Dr. Lo's droplet -- droplet

05:15 12   case with gas evolution also using Dr. Zick's PVT data,

05:15 13   there would be a 1.7 percent decrease in the flow rate.

05:15 14   Right?

05:15 15        A.  Yes.

05:15 16        Q.  Okay.  I'm not asking you to accept the validity

05:16 17   of Dr. Lo's droplet case with gas evolution and exit loss.

05:16 18   All right?  And I'm not asking you to accept the validity

05:16 19   of Dr. Lo's homogeneous case.  Okay?

05:16 20        So with those two caveats, would you agree that

05:16 21   if you are trying to understand the effects of these

05:16 22   different features of -- of a multiphase model, slip and

05:16 23   exit loss, that it would be more appropriate to compare

05:16 24   Dr. Lo's multiphase results to his homogeneous baseline

05:16 25   model and not compare the results of his multiphase case

05:23   1    very sorry.  Thank you.

05:23   2        Q.  (BY MS. SALTZBART)  I'd like to specifically

05:23   3    focus on the -- the temperature section on Page 9.  In the

05:24   4    temperature section, you write, "In my opinion."  Do you

05:24   5    see where I am?  "In my opinion, the 200-degree F value."

05:24   6    It's the second sentence starting in the Temperature

05:24   7    section?

05:24   8        A.  Oh, yes.

05:24   9        Q.  I'm sorry.  And it's the third -- third sentence.

05:24   10        So you wrote, "In my opinion, the 200 F value

05:24   11   remains a reasonable and, for Dr. Lo, a more conservative

05:24   12   selection for these flow rate calculations."

05:24   13        Did I read that correctly?

05:24   14       A.  Yes.

05:24   15       Q.  And you go on to write, "I understand that."  And

05:24   16   then underneath that you identify three bullets.  Is that

05:24   17   correct?

05:24   18       A.  Yes.

05:24   19       Q.  You -- earlier today you testified that you're

05:24   20   not an expert in estimating the temperature of flowing

05:24   21   hydrocarbons in a well.  Correct?

05:24   22       A.  Correct.

05:24   23       Q.  And is it fair to say that the basis for your

05:25   24   opinion that 200 degrees Fahrenheit is a more reasonable

05:25   25   inlet temperature for flow through the capping stack than

05:26  1        A.   Counsel.

05:26  2        Q.   And I just want to be clear.  Are you saying now

05:27  3   that you want to revise this rebuttal report based upon a

05:27  4   conversation that you had with counsel?

05:27  5             MS. FLICKINGER:  Objection; form.

05:27  6        A.   I mean, I think -- I don't think you have to

05:27  7   revise it.  I think my points are valid.  I know a little

05:27  8   bit more information since the date, so...

05:27  9        Q.   (BY MS. SALTZBART)  Well, I'm trying to identify

05:27 10   the scope of your expert testimony in this case.  And

05:27 11   especially when you present testimony at trial, are you

05:27 12   going to include what BP expert used -- BP experts used as

05:27 13   a temperature as part of your expert testimony at trial in

05:27 14   this case?

05:27 15        A.   I think the best way to describe it is,

05:27 16   temperature is an input for me.  So I've used 200 because

05:27 17   I believe it was a reasonable number.  I haven't seen

05:27 18   anything to change my mind.  But it's not something I can

05:28 19   go and calculate.  So I -- you know, it's -- sorry.  It's

05:28 20   a long day.  It's not something I have extensively

05:28 21   studied, and it's -- it's not my expertise to say what is

05:28 22   the temperature.

05:28 23        Q.   I understand that.  And I just want to make sure

05:28 24   I understand what your testimony will be at trial.

05:28 25   Because all of your opinions and conclusions and the bases

05:41  1    it's outside of my expertise.

05:41  2        Q.  Do you believe that all of Dr. Strictland's

05:41  3    opinions are correct?

05:41  4        A.  I -- I -- I don't have the expertise to have an

05:41  5    opinion on his opinions, so I have no opinion of his

05:41  6    opinion.

05:41  7        Q.  Well, if that's the case, what makes you believe

05:42  8    that his estimate of 200 degrees Fahrenheit is correct?

05:42  9        A.  I -- I just think it's another data point,

05:42  10   pointing out that 200 and -- is -- could be a -- a

05:42  11   realistic number, a reasonable number.

05:42  12       Q.  Is the temperature of a flowing fluid related to

05:42  13   the flow rate of the fluid?

05:42  14       A.  The flow rate can be affected by temperature,

05:42  15   yes.

05:42  16       Q.  If the temperature that Dr. Strictland calculated

05:42  17   is a data point, would you also agree that the flow rate

05:42  18   he calculated is a data point?

05:42  19       A.  Data point what?

05:43  20       Q.  That you would consider in forming opinions and

05:43  21   conclusions?

05:43  22       A.  No, not -- because I couldn't determine the

05:43  23   validity of his methods.

05:43  24       Q.  So you were willing to accept just the

05:43  25   temperature portion of his analysis divorced from

05:45  1    measurements had been taken.

05:45  2        Q.  Who advised you of that?

05:45  3        A.  Counsel.

05:45  4        Q.  So this is a conversation that you had with

05:46  5    counsel that you then relied upon for purposes of your

05:46  6    opinion that the 200-degree value for temperature is the

05:46  7    most appropriate value to use in your analysis.  Correct?

05:46  8        A.  I -- I needed -- I needed temperature as an

05:46  9    input, so I was informed that 200 was a reasonable number.

05:46  10       Q.  I know -- I'm sorry.  Just to make sure we're not

05:46  11   talking past each other.

05:46  12           You said that they identified actual temperature

05:46  13   measurements that had been made.  Is that right?

05:46  14       A.  Yes.

05:46  15       Q.  Which attorney was this that advised you of that?

05:46  16       A.  Nancy.

05:46  17       Q.  And Nancy had -- I'm sorry.  Ms. Flickinger --

05:47  18           MS. SALTZBART:  Is that right?

05:47  19           MS. FLICKINGER:  Flickinger, uh-huh.

05:47  20       Q.  (BY MS. SALTZBART)  Advised you that there had

05:47  21   been a number of measurements that were lower than 220 and

05:47  22   even lower than 200?

05:47  23       A.  Yes.

05:47  24       Q.  And how many measurements did Ms. Flickinger?

05:47  25       A.  She didn't give a number.  Several.

| | | |
|---|---|---|
| 05:50 | 1 | Q.  Seeing now one BP document that recommended |
| 05:50 | 2 | 219 degrees Fahrenheit and the Woods Hole measurement of |
| 05:50 | 3 | 221 degrees Fahrenheit, does that affect your opinion |
| 05:50 | 4 | about 200 being a reasonable value for the temperature of |
| 05:51 | 5 | the fluid flowing through the capping stack? |
| 05:51 | 6 | MS. FLICKINGER:  Asked and answered. |
| 05:51 | 7 | Go ahead. |
| 05:51 | 8 | A.  If there's more information showing higher |
| 05:51 | 9 | numbers -- you know, I don't know what other information |
| 05:51 | 10 | is there would be showing lower numbers.  If it was |
| 05:51 | 11 | determined that the flow -- the temperature was 180, I |
| 05:51 | 12 | would increase my flow rate.  If it was determined it was |
| 05:51 | 13 | 220, I would decrease my flow rate. |
| 05:51 | 14 | Q.  (BY MS. SALTZBART)  If the basis for the |
| 05:51 | 15 | 180-degree value was based upon a ROV putting a |
| 05:51 | 16 | temperature probe on the outside of the riser that was in |
| 05:51 | 17 | the seawater, would you think that the fluid flowing |
| 05:51 | 18 | through the riser was higher than 180 -- 80 degrees? |
| 05:51 | 19 | A.  Not necessarily.  It depends where you put it in |
| 05:52 | 20 | the sea plume. |
| 05:52 | 21 | Q.  It's not -- let me -- let me just clarify.  This |
| 05:52 | 22 | isn't about the sea plume.  If the measurement of |
| 05:52 | 23 | 180 degree -- 80 -- 180 degrees was based on an ROV |
| 05:52 | 24 | placing a temperature sensor on the outside of the riser |
| 05:52 | 25 | submerged in the seawater, would you expect the fluid |

06:03  1    measurements that you're not even aware of the -- the

06:04  2    circumstances in which they were made rather than a direct

06:04  3    measurement of the fluid inside the lower marine -- inside

06:04  4    the top hat?

06:04  5       A.  It's my understanding this is only one

06:04  6    measurement, so I don't know if it's representative.  I

06:04  7    don't know the information about how they measured it and

06:04  8    so forth, so...

06:04  9       Q.  You weren't aware of this measurement of

06:04  10   221 degrees Fahrenheit when you prepared your initial

06:04  11   report?

06:04  12      A.  No.

06:04  13      Q.  And you weren't aware of this measurement of

06:04  14   221 degrees Fahrenheit when you prepared your rebuttal

06:04  15   report?

06:04  16      A.  Well, I was aware there was a 221-degree

06:04  17   measurement from Woods Hole, but I wasn't aware of all of

06:04  18   the details of it because Dr. Lo calls it out in his

06:04  19   report.

06:04  20      Q.  And now that you're aware that it was a

06:04  21   measurement made inside the top hat of the fluid, do you

06:04  22   have reason to believe that 220 may be a more reasonable

06:04  23   value for the temperature rather than 200?

06:04  24      A.  I -- I -- it -- it could be a -- it could be a

06:05  25   reasonable.  It would be something I could include in my

06:05  1     sensitivity.  You know, if it was determined to be the

06:05  2     most appropriate value, kind of like if the conserva- --

06:05  3     concert -- conversion factor was deemed, you know, I would

06:05  4     use it and adjust my answer as such.

06:05  5          Q.  Did you use 200 degrees Fahrenheit because

06:05  6     counsel asked you to do so?

06:05  7          A.  No, I did it because I thought it was the -- a

06:05  8     good value.

06:05  9          Q.  And at the time you weren't aware of this

06:05  10    measurement.  Is that right?

06:05  11         A.  Correct.

06:05  12         Q.  Okay.

06:05  13              MS. SALTZBART:  Okay.  I think we're out of

06:05  14    time.  We'll go off the record.

06:05  15              THE VIDEOGRAPHER:  The time is 6:50 p.m.,

06:05  16    and we're off the record.

        17              (THE DEPOSITION RECESSED AT 6:50 P.M.)

        18

        19

        20

        21

        22

        23

        24

        25

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

01-43288
TCM/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG  )   MDL NO.  2179
"DEEPWATER HORIZON" in the  )
GULF OF MEXICO,  on  )   SECTION: J
APRIL 20, 2010  )
   )   JUDGE BARBIER
   )
   )   MAG. JUDGE SHUSHAN

## CONFIDENTIAL

### *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Nathan Peter Keith Bushnell

**Volume 2**

**July 19, 2013**

## *COPY*



Systems Technology for the Litigation World

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

08:35  1                    THE VIDEOGRAPHER:  The time is 8:35 a.m.,

08:35  2    and we're back on the record.  This is Volume 2 of the

08:35  3    deposition of Nathan Bushnell.  Today's date is July 19th,

08:35  4    2013.

08:35  5                    MS. SALTZBART:  Can you remind the witness

08:35  6    he is still under --

08:35  7                    THE REPORTER:  The oath I gave you yesterday

08:35  8    still applies for today.

08:35  9                    MS. SALTZBART:  Do you understand that?

08:35 10                    THE WITNESS:  Yes.

08:35 11                    MS. SALTZBART:  Okay.  Thank you.

08:35 12                 NATHAN PETER KEITH BUSHNELL,

08:35 13    having been first duly sworn, testified as follows:

08:35 14                       FURTHER EXAMINATION

08:35 15    BY MS. SALTZBART:

08:35 16        Q.  Dr. Bushnell, do you recall yesterday we were

08:35 17    discussing the Fair article from 1960?

08:35 18        A.  Yes.

08:35 19        Q.  And we also compared the equation from the

08:35 20    original Fair article in 1960 to the Thome reproduction.

08:35 21    Do you recall that?

08:35 22        A.  Yes.

08:35 23        Q.  And do you recall that we compared the power for

08:36 24    the viscosity term?

08:36 25        A.  Yes.

08:36   1      Q.  And do you recall that Thome had, mis- --

08:36   2  misrepresented the power that that term should be

08:36   3  calculated by?

08:36   4      A.  Yes.

08:36   5      Q.  Does that mean, then, if you -- and you also

08:36   6  agreed yesterday that you had used the wrong power as well

08:36   7  in your calculation.  Correct?

08:36   8      A.  It appears so, yes.

08:36   9      Q.  Does that mean, then, that your calculation is

08:36  10  wrong because you used the wrong power?

08:36  11      A.  Yes, I think that would be.

08:36  12      Q.  Right before we broke yesterday we were

08:36  13  discussing a -- an article from PNAS, and I understand

08:36  14  that you weren't -- you're not familiar with that acronym.

08:36  15  It is Exhibit 9012.  And I'm just going to pass it to you.

08:36  16  We don't have to go back into the binder for the tab.

08:36  17         If you could, though -- if you could also now go

08:36  18  to Tab 6, which is Dr. Lo's expert report, which we marked

08:36  19  yesterday as 11708.  And I'd like you to turn to Page 7.

08:37  20  Are you on Page 7?

08:37  21      A.  Yes.

08:37  22      Q.  Do you see Section 3.1?

08:37  23      A.  Yes.

08:37  24      Q.  And do you see the paragraph that starts with

08:37  25  "Temperature data"?

08:39  1        A.   Oh.   Sorry.

08:39  2        Q.   **I asked you if you were an expert in metal**

08:39  3   **erosion.**

08:39  4        A.   The -- I think the selection of the metal erosion

08:39  5   models and the erosion is when the particle is hitting it,

08:39  6   I would say I'm not an expert.  I -- I understand how to

08:40  7   calculate the particle coming into contact with the wall.

08:40  8        Q.   **So in that way you consider yourself to be a**

08:40  9   **metal -- a metal erosion expert?**

08:40 10        A.   No.

08:40 11        Q.   **No, you don't consider yourself to be a metal**

08:40 12   **erosion expert?**

08:40 13        A.   Yeah, I would say -- sorry.  I'm not a -- I would

08:40 14   not consider myself a metal erosion expert, but I have

08:40 15   some expertise of getting the particle -- calculating how

08:40 16   the particle would impact onto the metal.

08:40 17             THE REPORTER:  Are you saying "wall" or

08:40 18   "oil"?

08:40 19             THE WITNESS:  Wall.

08:40 20             THE REPORTER:  Okay.

08:40 21        Q.   **(BY MS. SALTZBART)  Prior to your analysis of**

08:40 22   **Dr. Nesic's work, how many projects have you performed in**

08:40 23   **which you calculated erosion for metal components?**

08:40 24        A.   None.

08:40 25        Q.   **This is the first instance of you calculating**

08:40  1    metal -- or preparing an analysis related to metal

08:40  2    erosion?

08:40  3        A.  Yes.

08:41  4        Q.  Prior to your work in this case, had you ever

08:41  5    modeled erosion using CFD?

08:41  6        A.  It's one of the things we -- I trained on, you

08:41  7    know, that it's -- how to -- you know, run a particle

08:41  8    tracking model and then turn on a erosion model.

08:41  9        Q.  That was your -- part of the training that you

08:41 10    received when using ANSYS software package -- or programs

08:41 11    like CFX?

08:41 12        A.  Yeah.  Yes.

08:41 13        Q.  Have you ever performed that type of work in a

08:41 14    project for a client?

08:41 15        A.  No.

08:41 16        Q.  Do you recall stating in your rebuttal report

08:41 17    that the particle diameter is critical to any erosion

08:41 18    calculation?

08:41 19        A.  It's my understanding that -- well, let me --

08:41 20        Q.  I think you might want to turn to Page 24 of your

08:41 21    report, which is Exhibit 11706, for the record.  No, it's

08:42 22    not.  I lied.  11705, for the record.

08:42 23        A.  Yes.

08:42 24        Q.  Oh, I'm sorry.  The rebuttal report.  I was

08:42 25    right.  My apology.  11706.  Thank you. *

10:47 1   consider 60 percent gas to be a high concentration?

10:47 2           MS. FLICKINGER:  Objection; form.

10:47 3      A.   It's above -- yeah, it's 60.  So it's -- yes, I

10:48 4   think you could probably describe it that way.

10:48 5      Q.  (BY MS. SALTZBART)  You -- you would describe it

10:48 6   as a high concentration -- 60 percent gas would be a high

10:48 7   concentration of gas?

10:48 8           MS. FLICKINGER:  Objection; form.

10:48 9      A.   A "high proportion" would be the word I would

10:48 10  use, but...

10:48 11     Q.  (BY MS. SALTZBART)  Okay.  I'd like to turn to

10:48 12  Page 55 of your report.  And on Page 55 you describe your

10:48 13  Eulerian-Eulerian baseline model.  Is that right?

10:48 14     A.   Yes.

10:48 15     Q.  Would you agree that this is the alternative

10:48 16  calculation to your baseline homogeneous model?

10:48 17     A.   It's one of them.  I mean, I did additional

10:48 18  sensitivity study --

10:48 19     Q.  I'm in the asking about the sensitivities.  Is

10:49 20  this --

10:49 21     A.   Well, it's part of the sensitivity.

10:49 22     Q.  So you didn't prepare a baseline heterogenous

10:49 23  model that you would con -- would consider not to be part

10:49 24  of your sensitivities?

10:49 25           MS. FLICKINGER:  Objection; form.

10:49  1      A.   Base -- a baseline heterogenous model, no.  My --

10:49  2  my baseline was a homogeneous model and then -- or, you

10:49  3  know, the slip and no slip and droplet and bubbles was

10:49  4  part of my sensitivity study.

10:49  5      Q.   (BY MS. SALTZBART)  In this Eulerian-Eulerian

10:49  6  model, did you attempt to account for slip between the

10:49  7  phases?

10:49  8      A.   Yes.

10:49  9      Q.   And Dr. Lo also used an Eulerian-Eulerian model.

10:49 10  Right?

10:49 11      A.   Yes.

10:49 12      Q.   To account for slip, you have to have an input

10:49 13  for the size of the particle in the flow.  Would you agree

10:50 14  with that?

10:50 15      A.   Yes.

10:50 16      Q.   And for your model those particles are bubbled,

10:50 17  but for Dr. Lo's model -- model, those particles are

10:50 18  droplets; is that right?

10:50 19      A.   Some of my models, they're droplets, but most of

10:50 20  them are bubbles and then Dr. Lo has droplets.

10:50 21      Q.   And you reached a conclusion that if you were

10:50 22  using a heterogenous model that it would be bubbles not

10:50 23  droplets.  Right?

10:50 24      A.   Yeah, the -- the heterogenous turbulence mod --

10:50 25  model for droplets was part of my original study.  I just

10:50  1    think it -- I'm not sure that it doesn't over-predict the

10:50  2    flow rate.

10:50  3         Q.  I'm -- I'm sorry.  That's not what I'm asking.

10:50  4    I'm asking you that if you had to -- if your opinion is

10:50  5    between droplets or bubbles, didn't you conclude that the

10:50  6    more appropriate -- I think your terminology is

10:50  7    morphology -- is bubbles and not droplets?

10:51  8         A.  Yes.  But I also considered as a sensitivity,

10:51  9    droplets.

10:51  10        Q.  I understand that.  I'm not asking about your

10:51  11   sensitivity studies.

10:51  12        A.  Actually, you -- you are.

10:51  13        Q.  Let's assume -- let's take your assumption of

10:51  14   bubbles.  Okay?  And let's assume that you're right that

10:51  15   the flow regime was a bubbly flow?

10:51  16        A.  Okay.

10:51  17        Q.  And in reality, the bubbles in the kill line

10:51  18   would not all be the same size.  Correct?

10:51  19        A.  Correct.

10:51  20        Q.  And the bubbles in the main bore wouldn't all be

10:51  21   the same size either.  Right?

10:51  22        A.  No.

10:51  23        Q.  Right.  And regardless of whether it's a bubble

10:51  24   flow or a droplet fro -- flow, you would agree with me

10:51  25   that in the actual conditions of the capping stack and the

10:52  1                MS. FLICKINGER:  Asked and answered.

10:52  2       A.  You're asking me if CFD solvers in general --

10:52  3       Q.  (BY MS. SALTZBART)  No.  When you're using them

10:52  4  to calculate a flow rate.

10:53  5       A.  You can use Lagrangian and you can --

10:53  6       Q.  Because you can use Lagrangian model to calculate

10:53  7  the flow rate at the same time that it's tracking the

10:53  8  particle?

10:53  9       A.  Yes, you can.

10:53  10       Q.  Did you do that here?

10:53  11       A.  No.

10:53  12       Q.  In the Eulerian-Eulerian model accounting for

10:53  13  slip, you have to tell the model something about the

10:53  14  particle size in order for the model to get the slip

10:53  15  effect.  Right?  Do you agree with that?

10:53  16       A.  Yes.

10:53  17       Q.  And that's why you give the model a

10:53  18  representative particle size to use?

10:53  19       A.  Yes.

10:53  20       Q.  And what -- what is a representative particle

10:53  21  size and how would you define "representative" as

10:53  22  describing a particle size for purposes of an

10:53  23  Eulerian-Eulerian model accounting for slip?

10:53  24       A.  It's a particle size that, you know, would

10:53  25  produce slip such that it, you know, represents kind of

10:54  1    the particles in the -- in the -- rephrase this.

10:54  2          The -- the represented particle should be a

10:54  3    particle that is sort of an average weighted such that it

10:54  4    captures defect but proportionately correctly.  So if you

10:54  5    have, like in this case, the flow through the cap --

10:54  6    capping stack, the -- the majority of the mass flow rate

10:54  7    dependency is through the smaller bore so you would want

10:54  8    to -- you know, you should pick a particle based upon

10:54  9    what's sort of occurring inside of the smaller bores as

10:55 10    opposed to, say, using a particle in the 18.75 vertical

10:55 11    riser or, you know, even the 4-1/16 bore.

10:55 12          **Q.  And you -- in your Eulerian-Eulerian model**

10:55 13    **with -- with slip effects, you used a mean bubble size of**

10:55 14    **20 microns.  Right?**

10:55 15          A.  Yeah, that was my -- for my -- I guess you'd call

10:55 16    my Eulerian baseline model like the --

10:55 17          **Q.  Let me back up.  Do you have an Eulerian-Eulerian**

10:55 18    **model with slip effects where you used a mean bubble size**

10:55 19    **of 20 microns?**

10:55 20          A.  Yes.

10:55 21          **Q.  Okay.  And for purposes of that model you're not**

10:55 22    **actually saying that every bubble in the actual flow**

10:55 23    **through the capping stack was in fact 20 microns are you?**

10:55 24          A.  No.

10:55 25          **Q.  Okay.  Turn back to Tab 6, which is Dr. Lo's**

11:04  1    every droplet at the kill line inlet had a diameter of

11:04  2    100 microns?  It's yes or no.  Is that your assumption?

11:05  3        A.  No.  The assumption is that all the droplets are

11:05  4    a hundred micron at the inlet of the model.  And they

11:05  5    could break up --

11:05  6        Q.  Not at the inlet of the kill line?

11:05  7        A.  No, the kill line's partway down the model.

11:05  8        Q.  So in your -- in the modeling that you did for

11:05  9    droplet breakup, you didn't define the inlet as at the

11:05 10    inlet to the kill line?

11:05 11        A.  No, it's the inlet of the capping stack.

11:05 12        Q.  Okay.  Let's go back to your main report, please,

11:05 13    which was 11705.  And I'd like to take you to Page 17,

11:05 14    please.  And I'm looking at the last paragraph before the

11:05 15    start of "turbulence model," where you start with -- the

11:05 16    paragraph starts, "The no slip assumption was tested."

11:06 17        Do you see that paragraph?

11:06 18        A.  Yes.

11:06 19        Q.  Okay.  In the last sentence of this paragraph,

11:06 20    you wrote, "The homogeneous no-slip model was deemed the

11:06 21    most accurate modeling method, since it can include the

11:06 22    mass transfer between the phases that occurs inside the

11:06 23    capping stack, which the Eulerian-Eulerian heterogenous

11:06 24    slip model cannot."

11:06 25        Did I read that correctly?

11:06  1      A.  Yes.

11:06  2      Q.  What did you mean when you wrote "the

11:06  3  Eulerian-Eulerian heterogenous slip model cannot" include

11:06  4  mass transfer between the phases?

11:06  5      A.  I couldn't include the gas evolution between the

11:06  6  phases.

11:06  7      Q.  You couldn't set up the Eulerian-Eulerian model

11:06  8  to allow for mass transfer.  Is that right?

11:06  9      A.  There -- there wasn't a model that was already

11:07 10  built that I could use with the information I had.

11:07 11      Q.  Are you saying that CFX doesn't allow for mass

11:07 12  transfer?

11:07 13      A.  CFX allows for mass transfer.  So you can add in

11:07 14  your own model if you have one.

11:07 15      Q.  In fact, isn't it true that the CFX user manual

11:07 16  explains how to add a mass source to represent mass

11:07 17  transfer between the phases?

11:07 18      A.  Yes, the CFX code is written such that you can

11:07 19  add your own custom codes, and mass transfer is one of

11:07 20  those thing that can be done.  So it's -- you can extend

11:07 21  out the code.

11:07 22      Q.  And in fact CFX has a template for including mass

11:07 23  transfer.  Right?

11:07 24      A.  What do you mean?  I -- I can't remember.  I

11:07 25  don't -- I haven't seen it.

11:11 1  from him?

11:11 2      A.  Not from him specifically, no.

11:11 3      Q.  And you understand that Dr. Lo was able to

11:11 4  include mass transfer in his Eulerian-Eulerian model.

11:11 5  Right?

11:11 6      A.  That's -- that's what he claims, yeah.  And

11:11 7  appears to be.

11:11 8      Q.  You've reviewed his modeling files, have you not?

11:11 9      A.  Yes.

11:11 10     Q.  Okay.  And sitting here today are you -- you're

11:11 11 not sure whether he was able to implement mass transfer in

11:11 12 his Eulerian-Eulerian model?

11:11 13     A.  I didn't look for that specific thing because it

11:11 14 was -- wasn't something I was focusing on.

11:11 15     Q.  So you have no reason to -- sitting here today

11:11 16 you have no reason to believe that he was not able to

11:11 17 implement it.  Is that fair?

11:11 18     A.  That's a fair statement.

11:11 19     Q.  I'm going to go back to some of your testimony

11:12 20 yesterday.  Yesterday you testified, quote, "I don't think

11:12 21 you can use the 3-1/16-inch vertical bore section to prove

11:13 22 that it is one regime or another because you're not taking

11:13 23 into account the upstream effects."

11:13 24         And the basis for that discussion was related to

11:13 25 flow regime -- your determination of a flow regime, and

01:00  1   relevant consulting projects.  Do you see that?

01:00  2        A.   Yes.

01:00  3        Q.   Okay.  And I actually compared those to the

01:00  4   projects that you discussed with counsel for BP yesterday,

01:00  5   and I believe you actually singled -- singled out four out

01:00  6   of six of them.  But I just want to walk through them very

01:00  7   briefly.

01:00  8            What exactly was the purpose of the first bullet,

01:00  9   "The analysis of a novel inline pipe for downhole

01:00 10   applications in the oil and gas industry"?

01:00 11        A.   I think you said "pipe."  It was pump.

01:00 12        Q.   Pump.  I'm sorry.

01:00 13        A.   It's the design process of helping design a -- a

01:00 14   new type of pump.

01:01 15        Q.   Okay.  For a -- for application of which -- which

01:01 16   aspect of the oil and gas industry?

01:01 17        A.   My understanding is they're targeting to have it

01:01 18   placed at the bottom of the -- at the -- the heel or the

01:01 19   toe -- at the bottom of the -- of the well to up-pump the

01:01 20   fluid out of the -- out of the reservoir.

01:01 21        Q.   Okay.  Offshore application?

01:01 22        A.   I think they're targeting onshore first.

01:01 23        Q.   Onshore first.  Okay.

01:01 24            And what was your role in that project?

01:01 25        A.   Doing the CFD analysis.

01:01  1        Q.  Okay.  So in -- in -- in that case did you create

01:01  2   the model?

01:01  3        A.  Yes.

01:01  4        Q.  Okay.  And did you run the model?

01:01  5        A.  Yes.

01:01  6        Q.  And did you write a report?

01:01  7        A.  Several.

01:01  8        Q.  Several.  And were you the primarily liaison with

01:01  9   the client as far as the results of that report?

01:01 10        A.  Yes.

01:02 11        Q.  Second bullet, "Mixing and heating of multiphase,

01:02 12   non-Newtonian nuclear sludge."

01:02 13            What was the purpose of that project?

01:02 14        A.  There is a vessel that they're bringing in

01:02 15   nuclear sludge, and they're heating it up.  So they were

01:02 16   trying to get an understanding of how long it would take

01:02 17   to heat up and mix the -- the -- mixed the heated fluid.

01:02 18        Q.  And what was your role on that project?

01:02 19        A.  I was the primary engineer.  I developed the

01:02 20   model, made the mesh, ran the models, wrote the report.

01:02 21        Q.  Okay.  You're making my life easier.  That was a

01:02 22   good answer.

01:02 23        A.  I kind of figured.

01:02 24        Q.  I believe you've spoken about the third bullet

01:02 25   with counsel for BP, so we don't need to go through that

01:02   1    one.

01:02   2            The fourth one, "Analysis of the fluid flow of a

01:02   3    mobile water clarifier for portable clarification of oil

01:03   4    sand well wastewater."

01:03   5            What was the purpose of that report?  Or that

01:03   6    project.  Excuse me.

01:03   7        A.   There was a -- I think it was a design concern --

01:03   8    I -- I can't remember exactly what the concern was but it

01:03   9    involved modeling wastewater from a frac'g, a SAGD

01:03   10   operation, sort of up in the Canadian where they have

01:03   11   water.  And we were -- I was looking at the -- the flow

01:03   12   inside of their piece of equipment.

01:03   13       Q.   Okay.  And same roles as the earlier ones where

01:03   14   you created the model, ran the model and drafted the

01:03   15   report?

01:03   16       A.   Yes.

01:03   17       Q.   Okay.  You said frac'g, a frac'g operation?

01:03   18       A.   That previous one it wasn't frac'g.  It was --

01:03   19   the -- the clarifier was for after the wells are frac'd.

01:04   20   It -- it was for -- to clean out the wastewater and the

01:04   21   process --

01:04   22       Q.   All right.  But an on -- not an offshore

01:04   23   application?

01:04   24       A.   No, it's on a trailer.

01:04   25       Q.   Right.  Okay.  All right.  The fifth one here,

01:04  1      "Investigation of fluid failure mechanism and redesign of

01:04  2  a positive displacement pump used in during frac'g

01:04  3  process."

01:04  4          How was that different from the fourth bullet?

01:04  5      A.  Do you mean in my role or do you mean --

01:04  6      Q.  Yes.  Starting with your role.

01:04  7      A.  Again, I was the primary person who built the --

01:04  8  actually, no.  Sorry.  That one I was working with a

01:04  9  client.  A combination of me and him, sort of mentoring

01:05 10  him how through the process of building the model.  So I

01:05 11  didn't completely have ownership of the model.  It was

01:05 12  done in -- in cooperation with him.

01:05 13      Q.  Okay.  And -- and going back to the -- the fourth

01:05 14  bullet, the mobile water clarifier, did that include

01:05 15  modeling pipe?

01:05 16      A.  No.

01:05 17      Q.  Okay.  And on this fifth bullet here, the

01:05 18  displacement pump, did that include modeling pipe?

01:05 19      A.  There was a manifold coming in.

01:05 20      Q.  Coming into the pump?

01:05 21      A.  Yeah.

01:05 22      Q.  Okay.  Any other pipe besides that?

01:05 23      A.  No.

01:05 24      Q.  And, again, this was not an offshore application.

01:05 25  Correct?

01:05   1        A.   Correct.

01:05   2        Q.   Okay.  Let's look at the last one.  "Analysis of

01:05   3   an inline mixer pump for downhole applications in the oil

01:05   4   and gas industry."

01:05   5             What was your role in that project?

01:06   6        A.   Again, I built the model.  I was given the CAD

01:06   7   for it, but I ex- -- extracted out the fluid part of it,

01:06   8   ran the models, wrote the report, primary engineer.

01:06   9        Q.   Okay.  And what was the fluid involved there?

01:06  10        A.   It was water and water and air because they had

01:06  11   test information on that.

01:06  12        Q.   Okay.  And, again, this sounds like a -- an

01:06  13   onshore application?

01:06  14        A.   I don't know who the end clients are, but I -- I

01:06  15   think it would be.

01:06  16        Q.   Okay.  And what -- what makes you say that?

01:06  17        A.   The novel pump associated with each other.

01:06  18        Q.   Okay.  Have you ever done any modeling for an

01:06  19   offshore oil and gas application?

01:06  20        A.   No. No safety modeling, no.

01:07  21        Q.   All right.  Have you ever done any modeling for

01:07  22   an application in the Gulf of Mexico?

01:07  23        A.   No.

01:07  24        Q.   Did you ever model a blowout preventer or a

01:07  25   capping stack before?

01:23   1          Q.  Okay.

01:23   2          A.  -- that.

01:23   3          Q.  Okay.  And I take it the results of all this work

01:24   4     was you developed a -- your baseline model.  Is that

01:24   5     right?

01:24   6          A.  Yes.

01:24   7          Q.  Okay.  And that model had certain key inputs or

01:24   8     significant factors.  Right?

01:24   9          A.  Yes.

01:24   10         Q.  I mean, obviously the geometry?

01:24   11         A.  Yes.

01:24   12         Q.  What about the fluid composition?

01:24   13         A.  Yes.

01:24   14         Q.  Temperature of fluid?

01:24   15         A.  That makes up material properties.

01:24   16         Q.  Okay.  Oil volume fraction?

01:24   17         A.  It's part of the material properties.

01:24   18         Q.  Ambient sea pressure?

01:24   19         A.  Yes, that's pressure.

01:24   20         Q.  All right.  Now, you talk on Page 12 also about

01:24   21    the -- right at the bottom of the page you talk about a

01:24   22    sensitivity analysis or study of the calculated oil flow

01:24   23    rate.  And you said you found it to vary by only up to

01:24   24    plus 4.9 percent and minus 2.3 percent from the baseline

01:24   25    model.  Do you see that?

01:30  1    forcing as much sort of fluid through the same spot.

01:30  2         Q.  Now, during your preparation of this project and

01:31  3    this report, did you uncover any reasons for concluding

01:31  4    the -- that the Kill Line No Collection was not the most

01:31  5    accurate method to be used?

01:31  6         A.  No.

01:31  7         Q.  Okay.  None?

01:31  8         A.  No.  I still think it's the most accurate.

01:31  9         Q.  No, I understand your ultimate conclusion.  I'm

01:31  10   asking -- you listed here on Page 23 the various reasons

01:31  11   you thought it was the most accurate method.

01:31  12        What I'm asking you is, were there other reasons

01:31  13   or factors or conclusions or data you developed that

01:31  14   indicated that it was not the most accurate method to be

01:31  15   used?

01:31  16             MS. FLICKINGER:  Objection; form.

01:31  17        A.  No.

01:31  18        Q.  (BY MR. LOTTERMAN)  Now, if I understood your

01:31  19   testimony yesterday, you said that the data for the

01:31  20   temperature of fluid to be used in your modeling, the

01:31  21   200 degrees Fahrenheit, was provided by Ms. Flickinger

01:32  22   from the Department of Justice.  Is that right?

01:32  23        A.  Yes.

01:32  24        Q.  Was that unusual, in your experience?

01:32  25        A.  To get information from --

01:32  1      Q.  From a lawyer?

01:32  2      A.  From -- I would think my lawyers as -- would have

01:32  3  that kind of information available.

01:32  4      Q.  What was your reaction when you -- when --

01:32  5  when -- when -- did you have any reaction when you

01:32  6  received that information?  Did it seem too high, too low,

01:32  7  didn't care?

01:32  8      A.  I don't have a way to evaluate whether it would

01:32  9  be too high or too low.

01:32 10      Q.  Is it your practice in other contexts when you

01:32 11  receive values or data or inputs from someone else to go

01:32 12  back and at least source that data to make sure that maybe

01:32 13  they didn't move a decimal point or -- or give you the --

01:32 14  transpose the wrong number, that type of thing?  Is that

01:32 15  your practice?

01:32 16      A.  No.  Typically we're working with engineers and

01:33 17  such, and they have those kinds of information at hand.

01:33 18  So we won't have access to all those sorts of source

01:33 19  information.

01:33 20      Q.  But for example, if a client told you, "Look, I

01:33 21  want you to" -- "I want you to model this particular piece

01:33 22  of equipment.  And as far as I know, the temperature in

01:33 23  that area or the pressure is X.  Go at it."  Would it be

01:33 24  your practice to say, "All right.  That's fine, but I'm

01:33 25  going to go back and just make sure that number he gave me

01:33   1    was accurate"?

01:33   2          A.   Well, I'd have to have access to something that

01:33   3    would tell me it was --

01:33   4          Q.   Sure.  You'd ask them.  Right?

01:33   5          A.   I would ask them.  And, I mean, they would -- at

01:33   6    some point you have to -- I mean -- not for everything,

01:33   7    no.

01:33   8          Q.   But, I mean, the temperature of a fluid, how hard

01:33   9    is that to develop?

01:33  10                MS. FLICKINGER:  Objection; form.

01:34  11          Q.   (BY MR. LOTTERMAN)  I mean, from a

01:34  12    professional -- from your professional standpoint, I'm --

01:34  13    I'm not asking you about something really obtuse, I'm

01:34  14    asking you for temperature of a fluid.  Now -- now, if you

01:34  15    were in a situation working in a project, let's leave DOJ

01:34  16    out of it, and someone gave you what they thought was the

01:34  17    temperature of the fluid involved, would it be your

01:34  18    practice as a professional engineer to go back and at

01:34  19    least confirm the accuracy of that data?

01:34  20                MS. FLICKINGER:  Objection; form.

01:34  21          A.   Temperature is an input, so I would -- so to

01:34  22    confirm it would be very difficult for me.  I -- it's just

01:34  23    something I use as a starting point.  So typically, no.

01:34  24          Q.   (BY MR. LOTTERMAN)  Okay.  Did the Department of

01:34  25    Justice provide you with any other values or inputs for