# Exhibit 5

# Excerpts from the Rebuttal Report of Dr. Nathan Bushnell



**Engineer · Simulate · Innovate**

SimuTech Group – West
11611 Airport Road, Suite 201
Everett, WA 98204-3782

# Rebuttal Report

# Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico- Capping Stack Flow Calculations, July 12 to 15, 2010

Report Prepared on Behalf of the United States

Author:

Nathan Bushnell, Ph.D.
CFD Consulting Engineer

_____
Nathan Bushnell, Ph.D.

10th June 2013

$$Oh = \frac{\mu_l}{\sqrt{\rho_l \, dia \, \sigma}} \tag{4}$$

Where $\mu_l$ is the oil viscosity and $\rho_l$ is the oil density. For a 100 micron droplet equation (4) shows that in the capping stack the critical velocity is approximately 1.7m s$^{-1}$.

Figure 4 and Figure 5 shows that the 100 micron droplets in Dr Lo's models would break up due to the droplet slip velocity at a number of different locations, which would reduce the droplet size and result in an increased oil flow rate.



**Figure 4: Oil/gas slip velocity (trimmed to 1.7 m s$^{-1}$). Area is red indicates regions where the 100 micron droplets will break up due to the slip between the phases. Dr Lo's FP_261_EP_2190_droplets_100mu model.**

Typically, validation data is used to select the best turbulence model based on a comparison between the experimental results and the different solutions, thus reducing the uncertainty of the calculation. As there is only limited validation data (only the choke valve), a comparison of the results for the various turbulence models is the next best thing. My results show very good agreement when comparing the various turbulence models.

### Gas Evolution

Dr. Sundaresan questions whether the gas evolution can fully occur in the short residence time through the capping stack: "The extent to which phase change can actually occur in these flows, given the high velocities and short residence times, is not clear" (Sundaresan Report at 4). Dr. Sundaresan claims that my CFD solutions would be a limiting case: "Thus, his CFD simulations can consider only limiting cases" (Sundaresan Report at 4).

My assumption that the gas evolution was fully complete is conservative because it lowers the flow rate of oil. As the oil flows through the capping stack, the lowering of the pressure releases gas from the oil. This increases the amount of gas in the gas/oil mixture (gas evolution). If the gas is not fully released, the gas volume fraction will be reduced, and therefore the actual flow rate would be greater than the calculated value. Dr. Sundaresan is correct that the complete gas evolution solution can be thought of as limit, but it is a **lower limit** for calculating the mass flow rate.

To give an estimate of the maximum magnitude of this effect, Dr. Lo only found a 0.3% reduction in oil flow rate between his case with gas evolution and without it. Therefore, the gas evolution has a very small effect on the oil flow rate.

## Dr. Sundaresan Summary

Dr Sundaresan raises general objections to the use of CFD but does not provide an alternate approach. CFD is one of the best tools available for practicing engineers and is widely accepted in industry.

## Rebuttal of Dr. Nesic's Report

Dr. Nesic performed a number of CFD simulations in support of his report. Dr. Nesic's CFD models' deficiencies include:

- Dr. Nesic uses the wrong particle size for the sand particles in his CFD models. He used a diameter of 149.86µm (0.0059inch) in his CFD models; yet on page 12 he reports "grains of sand 500µm in diameter". The smaller diameter particles typically hit walls at slower speeds and, for a given mass flow rate, increase the number of particles. Both factors will change the erosion rate. The incorrect particle diameter is likely to invalidate any erosion prediction, as the particle diameter is critical to any erosion calculations.

- o *Slug flow.* At higher gas velocities, the diameters of elongated bubbles become similar in size to the channel height. The liquid slugs separating such elongated bubbles can also be described as large amplitude waves.
- *Annular flow.* At even larger gas flow rates, the liquid forms a continuous annular film around the perimeter of the tube, similar to that in vertical flow but the liquid film is thicker at the bottom than the top. The interface between the liquid annulus and the vapor core is disturbed by small amplitude waves and droplets may be dispersed in the gas core. At high gas fractions, the top of the tube with its thinner film becomes dry first, so that the annular film covers only part of the tube perimeter and thus this is then classified as stratified-wavy flow.
- *Mist flow.* Similar to vertical flow, at very high gas velocities, all the liquid may be stripped from the wall and entrained as small droplets in the now continuous gas phase.



Figure 20: Gas Liquid Flow Regimes for Horizontal Flow (Brennen, 2005)

## Correction Factors and Evaluation of Flow Regime Maps

There are substantial differences between an air/water flow and a gas/oil flow.  Nearly 60 years ago Ovid Baker determined correction factors so that he could apply air/water flow data to horizontal gas/oil pipe lines.  Since that time his correction factors have continued to be used even though researchers have suggested alternate correction factors.

The Baker correction factors are:

For the gas Phase: $\quad \lambda = \left( \dfrac{\rho_G}{\rho_a} * \dfrac{\rho_L}{\rho_w} \right)^{\frac{1}{2}}$

For the liquid Phase: $\psi = \dfrac{\sigma_{aw}}{\sigma_{GL}} * \left(\dfrac{\mu_L}{\mu_w} * \left(\dfrac{\rho_w}{\rho_L}\right)^2\right)^{\frac{1}{3}}$

The correction factors are used in this section to relate air/water research to the gas/oil flow through the capping stack.

Table 6 Nomenclature and Parameter Values

| Symbol | Value | Units | Description |
|---|---|---|---|
| $\rho_w$ | 62.4 | $\#_m/ft^3$ | Water at std conditions |
| $\rho_L$ | 44.06 | $\#_m/ft^3$ | Oil at 200F and 2615 psia |
| $\rho_a$ | 0.075 | $\#_m/ft^3$ | Air at std conditions |
| $\rho_G$ | 9.37 | $\#_m/ft^3$ | Gas at 200F and 2615psi |
| $\sigma_{wa}$ | 73.0 | dyne/cm | Surface tension water & Air |
| $\sigma_{og}$ | 2.40 | dyne/cm | Surface tension oil & gas at 200F and 2615 psia |
| $\mu_w$ | 1.000 | cp | Water at std conditions |
| $\mu_L$ | 0.5429 | cp | Oil at 200F and 2615psi |
| $\mu_a$ | 0.0181 | cp | Air at std conditions |
| $\mu_G$ | 0.0202 | cp | Gas at 200F and 2615psi |

The correction factors values for the Macondo oil well leak were calculated to be:

Gas flow correction factor, λ = 9.4

Liquid flow correction factor, ψ = 31.3

Application of correction factors to the superficial mass velocity functions is as follows:

$m_L$   Superficial liquid mass flow per unit area. Note that this is defined to be the mass flow rate of the liquid phase divided by the cross sectional area. There is no consideration of the gas phase.

$m_L \psi$   Corrected to equivalent air/water

$$V_w = \dfrac{m_w}{\rho_w} \quad \text{Velocity form}$$

$$V_L = \dfrac{m_L}{\rho_L}\psi \quad \text{Velocity corrected to equivalent air/water}$$

$$\rho_w V_w^2 \quad \text{Momentum form}$$

$$\rho_L V_L^2 = \frac{1}{\rho_L}(m_L \psi)^2$$

$m_G$ Superficial gas mass flow per unit area. Note that this is defined to be the mass flow rate of the gas phase divided by the cross sectional area. There is no consideration of the liquid phase.

$$\frac{m_G}{\lambda} \quad \text{Corrected to equivalent air/water}$$

$$V_G = \frac{m_G}{\rho_G \lambda}$$

$$\rho_G V_G^2 = \frac{1}{\rho_G}\left(\frac{m_G}{\lambda}\right)^2$$

**Vertical Flow Regime Maps**

My results including the Baker correction are plotted in Figure 21 for both the 18.75 inch ram bore and the smaller 3 1/16 inch bore through the transition spool. The box next to each point provides the calculated values for the abscissa and ordinate. For conditions where the value is off scale an arrow is added. As expected, this is comparable to the corrected values applied to Dr. Lo's flow map Figure 2.



**Figure 21: From (Hewitt & Roberts, 1969): Plot of Flow in 18.75 inch riser and 3.0625 inch Flow Sections**

Dr. Lo only used the Hewitt flow regime map. In addition to the Hewitt flow regime map stated above, I used the results from several other researchers in order to verify the results from (Hewitt & Roberts, 1969). The results are given in the following sections.



Figure 22:  From (Brennen, 2005): Plot of Flow in 18.75 inch riser and 3.0625 inch Flow Section



Figure 23: From (Giffith, 1984):  Plot of Flow in 18.75 inch riser and 3.0625 inch Flow Section



Figure 24:  From (Taitel, Bornea, & Duckler, 1980): Plot of Flow in 18.75 inch riser and 3.0625 inch Flow Section



Figure 25: F (Fair, 1960) as reproduced by (Thome, 2010)

### Horizontal Flow Regime Maps

The corrected flow conditions for the 3 1/16 inch horizontal pipes were also plotted against air/water environments in horizontal pipes (Figure 26 through Figure 28).



Figure 26:  From (Baker, 1954): Only the 3-1/16 inch Size is Plotted



Figure 27:  From (Mandhane, Gregory, & Aziz, 1974): Only the 3-1/16 inch Size is Plotted



Figure 28:  From (Giffith, 1984): Only the 3-1/16 inch Size is Plotted