UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179 SECTION "J" JUDGE BARBIER |
| This Document Relates to All Cases | * * * * * | MAGISTRATE NO. 1 MAGISTRATE SHUSHAN |

* * * * * * * * * * * *

**ANADARKO PETROLEUM CORPORATION'S AND ANADARKO E&P COMPANY LP'S GOOD FAITH PHASE TWO TRIAL EXHIBIT LIST - THIRD INSTALLMENT**

Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP (collectively, "Anadarko"), hereby respectfully submit their Good Faith Phase Two Trial Exhibit List - Third Installment in accordance with this Court's Orders, including those dated October 16, 2012 [Rec. Doc. 7658] and March 3, 2013 [Rec. Doc. 8907].

Anadarko hereby designates all exhibits included on the attached list and, given the Court's August 22, 2013 Order [Rec. Doc. 11087] requiring that the quantification defendants make a coordinated Phase II trial presentation, Anadarko hereby adopts and joins in BP's Good Faith Phase Two Trial Exhibit List, Third Installment, with respect to such exhibits designated thereon that relate to quantification. To the extent permitted by the October 16, 2012 and March 15, 2013 Orders and/or such other Orders or decisions of the Court, Anadarko respectfully reserves the right to supplement its list with additional relevant documents it may deem appropriate and to join in and adopt any supplementations of BP's list with additional quantification-related exhibits.

Anadarko further reserves the right to seek to designate or use at trial any exhibit it deems appropriate that is listed or designated by any other party.

DATED: August 23, 2013   Respectfully submitted,

BINGHAM McCUTCHEN, LLP

/s/ *Ky E. Kirby*
Ky E. Kirby
ky.kirby@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing Anadarko Petroleum Corporation's and Anadarko E&P Company LP's Good Faith Phase Two Trial Exhibit List - Third Installment to be served on all counsel via the Lexis Nexis File & Serve system (and by email with the exhibit list in native format), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179 on August 23, 2013.

                                              /s/ *Ky E. Kirby*
                                                Ky E. Kirby