UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig<br>"Deepwater Horizon" in the<br>Gulf of Mexico, on<br>April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to: 2:13-cv-01786 | Judge Barbier<br>Mag. Judge Shushan |

### MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS TRANSOCEAN, LTD AND TRITON ASSET LEASING GMBH

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Mohawk Traveler Transportation, LLC, who respectfully requests the Court grant an extension of time in which to serve Defendants Transocean, LTD and Triton Asset Leasing GMBH with the Complaint.

1.

Plaintiff filed its Complaint on April 19, 2013.

2.

Plaintiff has been unable to effect service on Transocean, LTD and Triton Asset Leasing GMBH as these Defendants are located in Switzerland.

3.

Plaintiff requests an additional 90 days, or until November 19, 2013, to serve Transocean LTD and Triton Asset Leasing GMBH.

**WHEREFORE,** Plaintiff, through undersigned counsel, moves this Court to extend the time in which to serve the Complaint on Transocean LTD and Triton Asset Leasing GMBH for 90 days, or until November 19, 2013.

Respectfully submitted,

**THE DERBES LAW FIRM, L.L.C.**

_____
ERIC J. DERBES (23464)
Frederick L. Bunol (29111)
3027 Ridgelake Drive
Metairie, Louisiana 70002
Phone: (504) 837-1230
Facsimile: (504) 832-0322
*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion for Extension of Time has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2179, on this 26th day of August, 2013.

_____
Eric J. Derbes, Esq.