UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to: 2:13-cv-01786 | Judge Barbier<br>Mag. Judge Shushan |

# ORDER

Considering the foregoing *Motion for Extension of Time to Serve Defendants Transocean, LTD and Triton Asset Leasing GMBH* ("Motion"),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion is hereby GRANTED and that the time within which Plaintiff has to serve the Complaint is extended to November 19, 2013.

New Orleans, Louisiana this _____ day of _____, 2013.

_____
**JUDGE, Eastern District of Louisiana**