UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL | § | MDL No. 2179 |
| RIG "DEEPWATER HORIZON" | § | |
| IN THE GULF OF MEXICO, | § | SECTION: J |
| ON APRIL 20, 2010 | § | |
| | § | JUDGE BARBIER |
| _____ § | | MAG. JUDGE SHUSHAN |

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

CONSIDERING THE *EX PARTE* MOTION of the United States to file under seal

unredacted versions of the memorandum and certain exhibits, Dkt. No. 11057, in support of its

Motion to Exclude the Expert Testimony of Michael Zaldivar.

IT IS HEREBY ORDERED that the Motion be and hereby is GRANTED, and that the

memorandum and Attachments 2, 3, 7, 8, and 15 shall be filed under seal.

New Orleans, Louisiana this 26th day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE