UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

### [Regarding U.S. Rebuttal Proposal]

At the Working Group Conference on August 9, 2012, the U.S. raised the issue of whether an expert who serves as an expert for the U.S. in its case-in-chief and as a rebuttal expert, may testify in the U.S. case-in-chief and then return to the stand when the U.S. presents its rebuttal. Rec. docs. 10990 at 4 and (transcript 68-72). BP objected to the U.S. rebuttal proposal. Rec. doc. 11103. At the August 16, 2012 Working Group Conference, the U.S. responded to BP's arguments. Rec. doc. 11049. The argument by the U.S. at the August 16 conference and BP's letter of August 15 were reviewed. The U.S. will not be permitted to have its experts testify in its case-in-chief and return to the stand when the U.S. presents its rebuttal.

IT IS ORDERED that the U.S. rebuttal proposal is DENIED.

New Orleans, Louisiana this 26th day of August, 2013.

_____
CARL J. BARBIER
United States District Judge