UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| *12-970* | * | MAGISTRATE SHUSHAN |
| | * | |

## ORDER

Before the Court is Claimant Adam Killick's "Motion to Intervene and Letter to Judge Barbier" (Rec. Doc. 11094), which the Court treats as a Motion for Discretionary Court Review. Mr. Killick requests that (1) certain claims with the Court Supervised Settlement Program (CSSP) be joined together and (2) that the CSSP produce all documents previously supplied by the claimant. Under the Rules Governing Discretionary Review of Appeal Determinations, Rule 10 (Rec. Doc. 10185),[1] "No party may request review by the Court unless that party has first exhausted the appeal procedures set forth in the Settlement Agreement and the Rules Governing the Appeals Process." The Court is informed that Mr. Killick has not exhausted his administrative remedies with the CSSP. Accordingly, the instant motion is **DENIED WITHOUT PREJUDICE.**

New Orleans, Louisiana, this 26th day of August, 2013.

_____
United States District Judge

**Clerk to Serve:**

---

[1] A copy of these rules are posted to the CSSP's website at http://www.deepwaterhorizoneconomicsettlement.com/docs.php and the Court's website for MDL 2179 at http://www.laed.uscourts.gov/OilSpill/Orders/Orders.htm (May 20, 2013).

Adam Killick
PO Box 18331
Panama City Beach, FL 32407

David Duval, CSSP Appeals Coordinator
AppealsCoordinator@dhecc.com