4195-21306

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG "DEEP WATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010** | * * * * | **MDL NO.: 2179**<br><br>**SECTION "J"** |
| **THIS DOCUMENT RELATES TO:**<br>***Adams v. State of LA*, Case No. 11-CV-1051** | * * | **JUDGE BARBIER**<br>**MAG. JUDGE SHUSHAN** |

*************************************************************************

**JOINT RESTRICTED MOTION TO DISMISS WITHOUT PREJUDICE**

NOW INTO COURT, through undersigned counsel, come plaintiffs in the matter entitled *Adams v. State of Louisiana, et al* (USDC/EDLA Case No. 11-CV-1051), and defendant, Penetone Corporation, and jointly move this Court for an Order dismissing, without prejudice, all claims and/or causes of action alleged in the above captioned and entitled matter as against Penetone Corporation, with each party to bear its own costs, and specifically reserving onto plaintiffs all claims and/or causes of action against any other person and/or entity not specifically dismissed herein.

Respectfully submitted:

/S/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (Bar #17519)
Law Offices of Frank J. D'Amico, Jr., APLC
622 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-7272
Facsimile: (504) 525-9522
frank@damicolaw.net
Attorneys for Plaintiffs


/S/ David P. Salley
**SALLEY, HITE, MERCER & RESOR, L.L.C.**
DAVID P. SALLEY           (#19770)
JEFFREY FARSHAD           (#30497)
365 Canal Street, Suite 1710
New Orleans, Louisiana 70130
Tel:    (504) 566-8800
Fax:    (504) 566-8828
dsalley@shmrlaw.com
jfarshad@shmrlaw.com