UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| 2:13-cv-2323 | MAGISTRATE SHUSHAN |

MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT

NOW INTO COURT, come Plaintiffs, through undersigned counsel, who respectfully moves this Honorable Court for an Order granting leave to file the attached "Second Amended Complaint."

The purpose of this amendment is to:

1. Correct grammatical errors associated with the Plaintiff names;

2. Assert certain claims under the Oil Pollution Act that are now ripe; and,

3. Eliminate duplicate Plaintiffs. The following Plaintiffs were inadvertently included twice: Shai Inc. and Tass Inc.

Thus, this amendment will not prejudice the parties in any way.

1

Date: August 26, 2013

    Respectfully Submitted,

    /s/ Sarah E. Spigener

    FARRELL & PATEL, ATTORNEYS AT LAW

    Wesley J. Farrell, Esq.
    Fl. Bar No. 71783
    WesFarrell@floridaattorney.com

    Terry A. C. Gray, Esq.
    Fl. Bar No. 100732
    terrygray@floridaattorney.com

    113 Almeria Ave.
    Coral Gables, Fl.
    Tel: 424-OIL-SPILL
    Fax:  800-946-6711

    Sarah E. Spigener, Esq.
    LA Bar No. 31975
    SSpigener@farrellpatel.com

    1515 Poydras St., Suite 1400
    New Orleans, LA 70112
    Office:  504-233-8585
    Fax:  800-946-6711

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 26, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day upon all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    /s/ Sarah E.  Spigener, Esq.