# Instructions for Completing the Subsistence Claim Form (Teal Form)

**EXHIBIT III**

## Table of Contents

| Title | Page |
|---|---|
| 1. Instructions for Submitting a Subsistence Claim | 3 |
| 2. Definitions | 5 |
| 3. Detailed Instructions for Answering Subsistence Claim Form Questions | 6 |
| 4. Documentation Required for a Subsistence Claim | 9 |
| 5. Interviews and Field Visits | 9 |
| 6. Claimant Assistance Centers | 10 |
| 7. Maps of Specified Gulf Waters | 11 |

| | 1. Instructions for Submitting a Subsistence Claim |
|---|---|
| 1. | To make a **Subsistence Claim** under the Deepwater Horizon Economic and Property Damages Settlement Agreement (the "Settlement") for damages arising from the Deepwater Horizon Incident (the "Spill") you must complete and submit this Claim Form and all documentation required by the Settlement ("Supporting Documentation") to the Claims Administrator on or before April 22, 2014, or six months after the Effective Date, whichever is later.<br><br>The **Subsistence Claim** is for Gulf Coast individuals who fish or hunt to harvest, catch, barter, consume, or trade Gulf of Mexico natural resources (including seafood and game) in a traditional or customary manner, to sustain their basic personal or family dietary, economic, security, shelter, tool, or clothing needs, and who prove that they sustained a loss of subsistence use of natural resources because of the Spill. Recreational Fishermen and Recreational Hunters – those who fish or hunt for pleasure or sport – are not eligible to make Subsistence Claims, regardless of whether they consume, barter, or trade their catch. The Subsistence Claimant definition does include claimants who hold a Recreational Fishing license, provided such claimants satisfy the other elements of the Subsistence Claimant definition and provide the required documentation. |
| 2. | Do not use this Claim Form if you seek payment only for bodily injury arising from the Deepwater Horizon Incident. To get more information about the Medical Benefits Settlement and to determine whether you are eligible for benefits under that settlement, visit www.deepwaterhorizonsettlements.com or call 1-877-545-5111. For TTY assistance, call 1-800-877-8973. |
| 3. | BP, the PSC, and the Claims Administrator will jointly propose a Court-Appointed Distribution Agent ("CADA") to oversee the administration of the Subsistence Claims. The CADA will have a dedicated team to assist Subsistence Claimants in completing their Claim Forms and interviews, collect Supporting Documentation, and confirm the eligibility status of the claimants. If you need assistance with your Subsistence Claim, contact the CADA team by visiting a Claimant Assistance Center or by calling 1-866-992-6174. |
| 4. | If you have access to a computer with an internet connection, it will be far easier for you to fill out and submit your Claim Form online, rather than on this paper Claim Form. The online claim process will guide you through the questions you need to answer, and will instruct you about the specific Supporting Documentation you must submit, based on the answers you enter as you go along. Go to www.deepwaterhorizonsettlements.com to submit a claim online. If you do not have access to the internet, you may visit a Claimant Assistance Center for assistance with submitting a claim in person. Section 6 of this Instructions Booklet lists all the Claimant Assistance Centers. |
| 5. | If you choose to fill out a paper Claim Form, be sure to read the entire Claim Form and fill out every section needed to assert your claim, and also read Section 4 of this Instructions Booklet to find out what Supporting Documentation you have to submit along with your claim. If you need more space to answer any questions, put the answer on a separate page and attach it to your Claim Form. |
| 6. | As you complete your Claim Form and review the list of required Supporting Documentation, you may come across words that are unfamiliar to you. Section 2 of this Instructions Booklet defines many terms that are found in the Claim Form or in the Supporting Documentation descriptions. Consult these definitions if you need help understanding the meaning of a particular term. |
| 7. | Any term used in the Claim Form or in this Instructions Booklet that is defined in the Settlement will have the meaning set forth in the Settlement. If there is any conflict between the terms in the Settlement and the terms in the Claim Form or in this Instructions Booklet, the meaning set forth in the Settlement controls. |

| | |
|---|---|
| 8. | Submit your Claim Form and all required Supporting Documentation by dropping it off at a Claimant Assistance Center or by sending it to the Claims Administrator in one of these ways:<br><br>**Regular Mail:**<br>Deepwater Horizon Economic Claims Center<br>P.O. Box 1439<br>Hammond, LA 70404-1439<br><br>**Overnight, Certified or Registered Mail:**<br>Deepwater Horizon Economic Claims Center<br>c/o Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403<br><br>**Fax:**<br>(888) 524-1583<br><br>**Email Attachment:**<br>ClaimForms@deepwaterhorizoneconomicsettlement.com |
| | Your claim will be reviewed more quickly if you submit all of your Supporting Documentation along with your Claim Form. If you need to submit any Supporting Documentation separately, put your name and Tax Identification Number on a cover sheet or on the first page of what you submit, so the Claims Administrator can properly place the documents in your file. |
| 9. | If you have any questions about how to submit your claim, go to www.deepwaterhorizonsettlements.com, call toll free at 1-866-992-6174, or visit a Claimant Assistance Center.  Do not call the Court or any Judge's office to ask questions about how to complete this Claim Form, what documentation is required, or the status of your claim, in general. |

## 2. Definitions

| | |
|---|---|
| 1. | **Court-Appointed Distribution Agent (CADA):** BP, the PSC, and the Claims Administrator will jointly propose a Court-Appointed Distribution Agent ("CADA") that will work under the direction and supervision of the Claims Administrator. The CADA will have a dedicated team to assist Subsistence Claimants in completing their Claim Forms and collecting Supporting Documentation, and will also confirm the eligibility status of the claimants. The CADA will also conduct subsistence interviews with claimants and apply the compensation formula. The CADA team will have a physical presence and a reasonable operating schedule to allow claimants to be interviewed in their geographical area including at Landing Dock locations. |
| 2. | **Commercial Fisherman:** A Natural Person or entity that holds a commercial fishing license issued by the United States and/or the State(s) of Alabama, Florida, Louisiana, Mississippi, and/or Texas and derives income from catching and selling Seafood that he caught. Includes **Shrimp Fishermen**, **Oyster Harvesters**, **Crab Fishermen**, and **Finfish Fishermen**. |
| 3. | **Effective Date:** The date that the Settlement becomes effective, which is after the Court grants "final approval" of the Settlement and any appeals are resolved. |
| 4. | **Game:** Nutria, mink, otters, raccoons, muskrats, alligators, and other wetlands and coastal wildlife. |
| 5. | **Gulf Coast Claims Facility ("GCCF"):** After the Deepwater Horizon incident on April 20, 2010 (the "Spill"), BP was designated by the U.S. Coast Guard as a "responsible party" under the Oil Pollution Act of 1990 ("OPA"). Pursuant to OPA, BP as a responsible party was required to establish a procedure for the payment or settlement of claims for costs and damages incurred as a result of the Spill. BP established such a procedure, but subsequently, on June 16, 2010, the White House issued a press release announcing that BP would replace its claims facility with a new and different claims facility which was called the Gulf Coast Claims Facility ("GCCF"). Kenneth R. Feinberg was selected to be the third-party administrator of the GCCF. |
| 6. | **Gulf Coast Areas:** The States of Louisiana, Mississippi, and Alabama; the counties of Chambers, Galveston, Jefferson and Orange in the State of Texas; and the counties of Bay, Calhoun, Charlotte, Citrus, Collier, Dixie, Escambia, Franklin, Gadsden, Gulf, Hernando, Hillsborough, Holmes, Jackson, Jefferson, Lee, Leon, Levy, Liberty, Manatee, Monroe, Okaloosa, Pasco, Pinellas, Santa Rosa, Sarasota, Taylor, Wakulla, Walton, and Washington in the State of Florida, including all adjacent Gulf waters, bays, estuaries, straits, and other tidal or brackish waters within the States of Louisiana, Mississippi, Alabama or those described counties of Texas or Florida. |
| 7. | **Incompetent Class Member:** A Natural Person who lacks the capacity to enter into a contract on his or her behalf at the time of a Claim Form submission to the Claims Administrator, in accordance with the state laws of that person's domicile as applied to adult capacity issues, whether through power of attorney, agency documents, guardianship, conservatorship, tutorship, or otherwise. |
| 8. | **Minor Class Member:** A Natural Person whose age is below that of the majority rule for the state in which the minor resides at the time of a Claim Form submission to the Claims Administrator. |
| 9. | **Natural Person:** A human being; Includes the estate of a human being who died on or after April 20, 2010. For purposes of the Settlement, a Natural Person that is the estate of a human being who died on or after April 20, 2010, a Minor Class Member or Incompetent Class Member, shall be deemed to act through his, her or its Representative. |
| 10. | **Recreational Fishermen:** Natural Persons who fish for pleasure or sport. |
| 11. | **Recreational Hunters:** Natural Persons who hunt for pleasure or sport. |
| 12. | **Representative:** If a claimant is a Minor Class Member or Incompetent Class Member, the Representative is the legal guardian of the claimant. If the claimant is deceased, the Representative is the duly authorized legal representative of the claimant's estate. |
| 13. | **Seafood:** Fish and shellfish, including shrimp, oysters, crab, and finfish, caught in the **Specified Waters of the Gulf of Mexico**. Seafood shall exclude menhaden. |
| 14. | **Seafood Crew: Seafood Boat Captain**, **Seafood First Mate**, **Seafood Second Mate**, **Seafood Boatswain**, **Seafood Deckhand** working for a **Commercial Fisherman**. |
| 15. | **Specified Waters of the Gulf of Mexico:** The U.S. waters of the Gulf of Mexico and all adjacent bays, estuaries, straits, and other tidal or brackish waters within the **Gulf Coast Areas**, as specifically shown and described in Section 7 of this Instructions Booklet. |
| 16. | **Subsistence Claimant:** A Natural Person who satisfies the Class Definition, who fishes or hunts to harvest, catch, barter, consume, or trade Gulf of Mexico natural resources (including Seafood and Game), in a traditional or customary manner, to sustain his or her basic personal or family dietary, economic security, shelter, tool, or clothing needs, and who relied upon subsistence resources that were diminished or restricted in the geographic region used by the Claimant due to or resulting from Spill. |

| 3. Detailed Instructions for Answering Subsistence Claim Form Questions ||||
|---|---|---|---|
| The following instructions will take you step-by-step through the Subsistence Claim Form. The sections and numbers in these instructions refer to the same sections and numbers in the Claim Form. ||||
| A. Claimant Information ||||
| If you are completing this Claim Form on your own behalf, provide your personal information in this section. If you are completing this Claim Form on behalf of the claimant, fill in the claimant's information. ||||
| 1. | **Name of Natural Person** || Print your last name, first name, and middle initial in the appropriate boxes. |
| 2. | **Social Security Number *or* Individual Taxpayer Identification Number** || Provide your Social Security Number or Taxpayer Identification Number by putting one digit in each space. There are nine spaces provided in this format: XXX-XX-XXXX. |
| 3. | **Claimant Number** || If you filed a claim with the GCCF, your GCCF Claimant Number will also be your Claimant Number in the Deepwater Horizon Settlement Program. If you did not file a claim with the GCCF, you will receive a new nine-digit Claimant Number when you file your initial Registration Form with the Deepwater Horizon Settlement Program.<br><br>If you filed a claim with the GCCF, check the box next to "GCCF Claimant Number" and write your seven-digit Claimant Number in the spaces provided. Write one number in each space.<br><br>If you already have a Deepwater Horizon Settlement Program Claimant Number, check the box next to "Deepwater Horizon Settlement Program Claimant Number" and write your nine-digit Claimant Number in the spaces provided. Write one number in each space.<br><br>If you do not already have a Deepwater Horizon Settlement Program Claimant Number and you did not file a claim with the GCCF, leave this question blank. |
| B. Information Required for a Subsistence Claim ||||
| 1. | **Is your Subsistence Claim based on hunting and/or fishing losses?** || Pick whether you are asserting a claim for hunting and/or fishing losses. You must check at least one box. You may check both boxes if you are alleging both hunting and fishing losses. |
| 2. | **Recreational Fisherman and/or Recreational Hunter** || Check "Yes" if you ever fish or hunt for pleasure or sport; check "No" if you do not. The Subsistence Claimant definition does include claimants who hold a Recreational Fishing license, provided such claimants satisfy the other elements of the Subsistence Claimant definition and provide the documentation listed below. |
| 3. | **Do you fish or hunt to harvest, catch, barter, consume, or trade Gulf of Mexico natural resources for Subsistence purposes?** || Pick whether you fish or hunt to harvest, catch, barter, consume, or trade Gulf of Mexico natural resources (including Seafood and Game), in a traditional or customary manner to sustain your basic personal or family dietary, economic security, shelter, tool, or clothing needs. If your answer is "Yes," explain. |
| 4. | **Deckhand** || Check "Yes" if you are a deckhand, check "No" if you are not a deckhand. |
| 5. | **Licensing Exemptions** || Check "Yes" if you are exempt from fishing and/or hunting licensing requirements; check "No" if you are not. You are required to submit your fishing and/or hunting license(s) unless you are exempt from possessing a license. If your answer is "Yes," explain your exemption (e.g. deckhand, elderly, disabled) and identify the jurisdiction(s) (Alabama, Florida, Federal, Mississippi, Louisiana or Texas) in which you are exempt. |

| | | |
|---|---|---|
| 6. | Species of Game or Seafood | List the specific types of Seafood and/or Game (e.g. blue crab, croaker, alligator) that you hunted and/or fished in the year before the Spill, and identify the time periods or seasons corresponding to each species. |
| 7. | Quantity of Each Species of Game and/or Seafood | For each specific type of Seafood and/or Game you listed in Question 6, list the quantity you caught in each time period in the year before the Spill, including the amount you consumed and/or gave your family members for their personal consumption or for the purposes of barter. |
| 8A. | Species of Game or Seafood | List each species of Seafood and/or Game (e.g. blue crab, croaker, alligator) that you that you could not harvest as a result of the Spill. |
| 8B. | Lost Weight of Species | State the lost weight of each species in pounds.  Do not include any amount that you sold. |
| 8C. | Percent Distributed as Food | State the percent of the total species harvested that that you used for consumption purposes. |
| 8D. | Percent Bartered or Used for Non-Consumption Purposes | State the percent of the total species harvested that you bartered or used for other non-consumption purposes. |
| 9A. | Family Members You Supported with Your Seafood and/or Game | Name each person in your extended family (including you) whom you supported by providing Game and/or Seafood before the Spill.  If you did not support any extended family members with your harvests, you may only include yourself in this section. |
| 9B. | Age | State your age and your family members' ages at the time your losses began. |
| 9C. | Gender | Pick the gender of your family member(s) (including you). |
| 9D. | Social Security Number | State the Social Security Number of your family member(s) (including you). |
| 9E. | Relationship | Identify your family member's relationship to you.  If you are creating an entry for yourself, you may write "Self." |
| 9F. | Percent of Diet from Subsistence Activities | State the percent of your or your family members' total diet provided by your subsistence activities.  The Claims Administrator will not pay consumption losses in excess of 45% of a claimant or a family member's diet.  Example: If 20% of the food you eat comes from your harvests, then you would enter 20%. |
| 10. | Describe Where You Hunted and/or Fished Before the Spill | Describe each area where you fished and/or hunted each species in the Gulf of Mexico before the Spill.  Also provide a map that identifies your fishing and/or hunting area(s).  You can identify an area on the map by drawing a circle around the approximate location where you fished and/or hunted before the Spill, and indicating what species you caught in that area and during what time of year.  If you need assistance with providing a map, you can visit a Claimant Assistance Center or call 1-866-992-6174. |
| 11. | Pre-Spill Percentage of Seafood and/or Game From Closed, Impaired, or Harmed Areas | Of the total Seafood and/or Game you caught from all areas before the Spill, state the approximate percentage of each species of Seafood and/or Game you caught from areas that were closed, impaired, or harmed because of the Spill. |
| 12. | Equipment and Methods Used to Hunt and/or Fish | Identify the type of equipment (e.g. boat, crab traps, rod and reel) and methods you use to hunt and/or fish for subsistence use. |
| 13. | Post-Spill Hunting and/or Fishing | Pick whether you hunted and/or fished for subsistence purposes after the Spill (i.e. between April 20, 2010 and December 31, 2011).  If you did not hunt and/or fish after the Spill, you may state that in the Claim Form.  If you did hunt and/or fish for subsistence purposes after the Spill, specifically describe all locations where you hunted and/or fished, the species for which you hunted and/or fished, and the quantity of Seafood and/or Game you were able to catch from April 20, 2010 through December 31, 2011. |

| 14. | Impact of Closure/ Impairment/Harm | Indicate whether or not you stopped fishing and/or hunting for subsistence purposes in areas that were closed, impaired, or harmed because of the Spill.  State each area and how long each area where you would have fished and/or hunted were closed, impaired, or harmed because of the Spill.  This period must begin on or after the date of the Spill, April 20, 2010, and indicate the date you resumed fishing and/or hunting in that area.  For any areas that were impaired or harmed rather than closed, indicate the nature of the impairment or harm.  If you need additional space to answer Question 14, provide this information on a separate sheet of paper.  If you provide this information on a separate sheet of paper, remember to specify this is in relation to Question 14. |

## C. Documentation Required for a Subsistence Claim

You are required to submit Supporting Documentation with your Claim Form. The documentation requirements can be found in Section 4 of this Instructions Booklet. If you do not submit these documents, the Claims Administrator will not be able to review your claim and you may not be compensated for any losses.

## D. Payment

| 1. | If You Have Your Own Attorney | Only answer Question D.1 if you have your own attorney. If an attorney is representing you in connection with your Spill-related lawsuit or claim, the Claims Administrator will make payments to both you and your attorney.  If you agree to this, you do not need to do anything.   If you would rather the Claims Administrator make payments only to your attorney, check the box. |
|---|---|---|
| 2. | If You Do Not Have Your Own Attorney | If you are not represented by an attorney, you must read Item 2 carefully. |
| 3. | Garnishments, Liens, and other Attachments | Garnishments, liens and other attachments to your claim will be deducted from any payment you receive. |
| 4. | W-9 Form Requirement | All claimants must submit a W-9 Form.  To obtain a copy of that form, go to www.deepwaterhorizonsettlements.com, or request one at a Claimant Assistance Center or by calling 1-866-992-6174. |

## 4. Documentation Required for a Subsistence Claim

You must submit all of the Supporting Documentation listed below. You may use the checkbox next to the document description to keep track of what you need to submit.  You do not need to submit the affidavit or map at the same time that you submit your Claim Form.  For assistance submitting an affidavit or a map, contact the CADA team at 1-866-992-6174.

- [ ] A. Complete Subsistence Claim Form or Sworn Written Statement signed by you under penalty of perjury verifying the location of your fishing and/or hunting grounds (map and narrative identification); the equipment you use to fish and/or hunt; the number of people in the family unit who rely on natural resources you caught; the specific species and amounts of natural resources you relied upon; and the percentage of subsistence resources you relied on pre-Spill that came from areas that were closed or impaired due to or resulting from the Spill.

- [ ] B. Copy of your state and/or federal commercial or recreational fishing or hunting license(s) valid before and at the start of your loss period(s).  If you are not required to possess a fishing or hunting license because you are exempt, you must submit a document that identifies your exemption.

- [ ] C. **Barterers and Non-Consumption Users Only:** Subsistence Third Party Sworn Written Statement(s) from the person(s) with whom you barter or at least one person who has observed your bartering or non-consumption Subsistence activities may be required. The Claims Administrator may exercise the discretion to require a barterer or non-consumption user to submit a Subsistence Third Party Written Statement. To get the form for a Subsistence Third Party Sworn Written Statement (SWS-33), go to www.deepwaterhorizoneconomicsettlement.com, or request one at a Claimant Assistance Center or by calling 1-866-992-6174.

- [ ] D. **Deckhands Only:**  Subsistence Third Party Sworn Written Statement(s) from your captain(s) to verify your withheld landings or harvests.  To get the form for a Subsistence Third Party Sworn Written Statement (SWS-33), go to www.deepwaterhorizoneconomicsettlement.com, or request one at a Claimant Assistance Center or by calling 1-866-992-6174.

- [ ] E. W-9 Form.  To obtain a copy of your W-9 Form, go to www.deepwaterhorizonsettlements.com, or request one at a Claimant Assistance Center or by calling 1-866-992-6174.  If you are making multiple claims under the Settlement, you only need to submit the W-9 Form once.

You may be required to submit additional Supporting Documentation specifically required by the Court-Appointed Distribution Agent (CADA) or the CADA team.  You or your attorney will be contacted if additional Supporting Documentation is required to process your claim.

## 5. Interviews and Field Visits

BP, the PSC, and the Claims Administrator will jointly propose a Court-Appointed Distribution Agent ("CADA") to oversee the administration of the Subsistence Claims.  The CADA will have a dedicated team to assist Subsistence Claimants in completing their Claim Forms and interviews, collect Supporting Documentation, and confirm the eligibility status of the claimants. If you need assistance with your Subsistence Claim, contact the CADA team by visiting Claimant Assistance Center or by calling 1-866-992-6174.  In some cases the CADA may decide to conduct a field visit and investigation in connection with processing your claim.  The CADA team will contact you or your attorney to schedule an interview and/or field visit.  You may contact the CADA for assistance with your claim by visiting a Claimant Assistance Center or by calling 1-866-992-6174.

## 6. Claimant Assistance Centers

### ALABAMA

**Bayou La Batre**
Northfield Shopping Centre
13290 N. Wintzell Avenue
Bayou La Batre, AL  36509

**Gulf Shores**
Palm South Plaza
3501 Gulf Shores Parkway
Suites 4, 5, and 6
Gulf Shores, AL  36542

**Mobile**
Skyland Shopping Center
3976 B Government Road
Mobile, AL  36693

### FLORIDA

**Apalachicola**
194 14th Street
Suite 106
Apalachicola, FL  32320

**Clearwater**
2551 Drew Street
Suite 303
Clearwater, FL  33765

**Fort Walton Beach**
348 Miracle Strip S.W. Parkway
Suite 34
Fort Walton Beach, FL  32548

**Naples**
14700 Tamiami Trail N
Rt. 41
Naples, FL  34110

**Panama City Beach**
7938 Front Beach Road
Panama City Beach, FL  32408

**Pensacola**
7555 Hwy 98 West
Suites 3 & 4
Pensacola, FL  32506

### LOUISIANA

**Cut Off**
16263 E. Main Street
Tarpon Heights Shopping Center
Unit 2
Cut Off, LA  70345

**Grand Isle**
3811 LA 1
Grand Isle, LA  70358

**Gretna/Harvey**
2701 Manhattan Blvd.
Suite 12
Harvey, LA 70058

**Houma**
814 Grand Caillou Road
Suites 2 & 3
Houma, LA  70363

**Lafitte**
2654 Jean Lafitte
Lafitte, LA  70067

**New Orleans East**
9671 Chef Menteur Hwy.
New Orleans, LA  70127

### MISSISSIPPI

**Bay St. Louis**
1171 Highway 90
Bay St. Louis, MS  39520

**Biloxi**
15812 Lemoyne Boulevard
Biloxi, MS 39532

### TEXAS

**Bridge City**
2017 Texas Ave.
Bridge City, TX 77611

## 7. Maps of Specified Gulf Waters



| Point | Latitude | Longitude | Point | Latitude | Longitude |
|---|---|---|---|---|---|
| A | 28.206°N | -96.318°W | G | 25.703°N | -91.092°W |
| B | 25.956°N | -97.145°W | H | 25.669°N | -88.385°W |
| C | 25.971°N | -96.980°W | I | 24.933°N | -87.210°W |
| D | 25.997°N | -93.445°W | J | 24.941°N | -86.938°W |
| E | 24.734°N | -93.664°W | K | 25.207°N | -86.553°W |
| F | 25.445°N | -91.645°W | L | 23.925°N | -81.216°W |

Instructions for Completing the Subsistence Claim Form                                    Page 11

TO FILE YOUR CLAIM ONLINE VISIT WWW.DEEPWATERHORIZONSETTLEMENTS.COM

IB-10
v.4





### LEGEND

- 🟦 Specified Gulf Waters
- 🟨 **Waters Not Included in Class Definition**: State Waters Within 3 Marine Leagues (9 Nautical Miles) of Coasts of Texas Counties Not Included in Gulf Coast Area
- ⬜ Boundaries of National Territorial Waters
- 🟩 County Boundaries

### BOUNDARY POINTS

| Point | Latitude | Longitude |
|-------|----------|-----------|
| A | 25.306°N | -80.372°W |
| B | 25.354°N | -80.265°W |
| C | 25.342°N | -80.251°W |
| D | 25.314°N | -80.150°W |
| E | 25.184°N | -79.692°W |

Instructions for Completing the Subsistence Claim Form    Page 13

TO FILE YOUR CLAIM ONLINE VISIT WWW.DEEPWATERHORIZONSETTLEMENTS.COM

IB-10
v.4