**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** | **MDL NO. 2179** |
| "Deepwater Horizon" in the Gulf | |
| of Mexico, on April 20, 2010 | **SECTION J** |
| | |
| Applies to: *All Cases* | **JUDGE BARBIER** |
| | **MAGISTRATE JUDGE SHUSHAN** |

<u>ORDER</u>

[Appointment of Appeal Panelist Pool]

Pursuant to Section 6.1.2.2 et seq. of the Economic and Property Damages Settlement

Agreement (Rec. doc. 6430-1) the Court appoints the following twenty (20) people as the Appeal

Panelist Pool to serve on any appeals, regardless of the amount of the claim:

<u>Texas</u>:

Robert A. Black

<u>Louisiana</u>:

Vincent Fornias
Thomas Foutz
Donald C. Massey
James R. Nieset
Emile Rolfs
Thomas M. Usdin
E. Gregory Voorhies

<u>Mississippi</u>:

Alex A. Alston
Donald C. Dornan, Jr.
Britt Singletary

<u>Alabama</u>:

Reggie Copeland, Jr.
Charles J. Fleming
R. Bernard Harwood, Jr.
Rodney A. Max
Benjamin T. Rowe

**EXHIBIT V**

Florida:

Thomas F. Condon
Nicholas P. Geeker
Robert N. Heath
Rodney A. Max
Guy Spicola

This appointment is conditioned on each of the people verifying to Magistrate Judge Shushan

that he or she is available and able to serve in accordance with the Court's appointment.

The appointment to and service on the Appeal Panel is subject to oversight by the Court,

which shall retain jurisdiction over the Appeal Panel.

New Orleans, Louisiana, this 26th day of June, 2012.

CARL J. BARBIER
United States District Judge