**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
500 POYDRAS STREET, B-345
NEW ORLEANS, LOUISIANA 70130
(504) 589-7620 FAX (504) 589-4994

SALLY SHUSHAN
U.S. MAGISTRATE JUDGE
shushan@laed.uscourts.gov

June 27, 2012



Re:     Appeals Panel Nominations
        Deepwater Horizon Economic and Property Damage Settlement Program
        ("DWH Settlement Program")

Dear ███████,

Judge Carl J. Barbier, United States District Court, Eastern District of Louisiana, has issued an Order appointing you to serve as a member of the appeals panel to consider appeals from decisions of the Claims Administrator in the DWH Settlement Program. I have attached a copy of the Order for your review. Those appointed to serve as appeals panelists are subject to the oversight of Judge Barbier, who shall retain jurisdiction over the panelists. As you will note from the attached Order, the judge's appointment is contingent upon confirmation that the respective appointees are able to satisfy the requirements of the position.

In accord with Judge Barbier's Order, I outline below the basic criteria that each appeals panelist should consider and should affirm that he is able to satisfy:

1.  **Good Standing**
    An appeals panelist must be in good standing before the respective bars to which he or she is admitted, and there may be no pending disciplinary matters before any court or bar association. The prospective panelist must so certify to the Office of the Claims Administrator prior to his appointment.

**EXHIBIT VI**

2. **Conflicts of Interest**

   Neither the appeals panelist, nor any member of his or her immediate family: (1) shall be an employee of BP, Transocean, Halliburton, Weatherford, Cameron International or any of their affiliates; (2) shall have filed nor shall file a claim with the DWH Settlement Program; and (3) nor shall the panelist have represented or in the future represent claimants in the DWH Settlement Program. The appeals panelist is further responsible to ensure that there is no conflict of interest nor any appearance of a conflict with regard to any specific claim whose appeal he may consider.

3. **Computer / Internet Access**

   The appeals process will be handled electronically. The appeals records will be accessed via a secure portal on the internet. Records will be reviewed electronically. Decisions and rulings likewise will be issued electronically. Each appeals panelist must therefore have the ability to access and use a computer to perform his duties in connection with the appeals.

4. **Orientation Training on the Settlement Agreement**

   It is important that all appeals panelists are familiar with the terms of the Settlement Agreement. Each panel member must therefore commit to reading and understanding the Settlement Agreement. To assist in the education process, the Office of the Claims Administrator will conduct an orientation program at the Claims Administrator's Office in New Orleans. It is anticipated that the orientation will last for one full day and is likely to be scheduled for August 20, 2012, although the specific date has not yet been definitively confirmed. The appeals panelist's time attending shall be compensated at an agreed hourly rate, and travel costs for this orientation program will be reimbursed by the DWH Settlement Program. Each prospective panel member must commit to attending this orientation session.

5. **Adherence to Terms of Settlement**

   Appeals panelists must commit to adhere the terms of the Settlement Agreement. The claims process is one designed to follow the intent of the parties and to apply the terms as agreed by those parties. The role of the Claims Administrator as well as that of the appeals panelists is to implement the terms agreed to by the parties as outlined in the Settlement Agreement.

Appeals panel members should also commit to seeking decisions that are consistent. The parties have voiced a desire for similarly situated claimants to be treated similarly. Appeals panelists shall likewise seek, as much as practical, to render decisions that are consistent across the board for the Program as a whole.

Additionally, prospective panelists must commit to process their decisions in a timely manner.

6. **Ex Parte Communications**

An appeals panelist must commit to avoid ex parte communications with the parties. To the extent that any communications are necessary, the panelist should direct such communications through the Office of the Claims Administrator.

7. **Compensation**

Each panelist shall submit an itemized invoice to the Office of the Claims Administrator on a monthly basis at the compensation of $375.00 per hour. Necessary and reasonable travel costs will be reimbursed as well.

We appreciate your interest in being a part of this historic endeavor. We ask that you confirm your availability and your agreement with the above criteria by responding by email to me at shushan@laed.uscourts.gov no later than July 12, 2012.

Sincerely,

Sally Shushan
U.S. Magistrate Judge

SS/mpf
Attachment - Order

cc: Patrick A. Juneau, Claims Administrator
    David Duval, Appeals Coordinator

3