UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET, B-345
NEW ORLEANS, LOUISIANA 70130
(504) 589-7620   FAX (504) 589-4994

SALLY SHUSHAN
U.S. MAGISTRATE JUDGE
shushan@laed.uscourts.gov

June 26, 2013

Dear Appeals Panelists:

  The Court appreciates your valuable work in this settlement program. Your role as independent appeals panelists is important to the integrity of the program, and we appreciate your efforts in that regard.

  As I am sure all of you are aware from your own personal experience, over the past few months the program has experienced a fairly significant increase in the number of appeals as compared to the appeals filed in the earlier months of the program. I want to take this opportunity to encourage all of you to remain current in the rendering of your decisions so that the processing of claims does not fall behind.

  In addition, I also want to remind all of you that one of the conditions of your respective appointments was that neither you nor any immediate family member had or would file a claim in the program. I think it probably appropriate now to pause and ensure that nothing along these lines has fallen through the cracks. In that regard, I ask that you each revisit that issue to ensure that you are in compliance. In the event that any claim has been filed by you or an immediate family member (including any entity in which you or such family member has an ownership or financial interest), please provide me with details as soon as possible so that we may determine how best to address any such issues.

  And again, thank you for your service.

Sincerely,



Sally Shushan
U.S. Magistrate Judge

**EXHIBIT VII**