**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010** | **MDL No. 2179** **SECTION J** |
| **This Document Relates to: 10-8888** | **JUDGE BARBIER** **MAGISTRATE SHUSHAN** |

<u>**MOTION TO WITHDRAW AS COUNSEL**</u>

NOW INTO COURT, comes the law firm of Farrell & Patel LLC, pursuant to Local Rule 83.2.11 and moves this Honorable Court for an order allowing its withdrawal as counsel of record for the Claimants listed in Exhibit "A" and as grounds therefore state:

The Claimants listed in Exhibit "A":

1. Claimants listed in Group 1 of Exhibit A have discharged the undersigned counsel as their attorney.

2. Claimants listed in Group 2 of Exhibit A have failed to substantially fulfill an obligation to undersigned counsel by failing to provide necessary documentation to pursue their case.

3. Pursuant to the reasons set forth above, Claimants and Movants have terminated their attorney/client relationship.

4. Claimants have been notified by certified mail and electronic mail that Counsel has filed this Motion to Withdraw.

5. All Claimants will remain in the litigation

6. Movants have notified Claimants of all pending deadlines in this case.

7. This motion is made in good faith and will not prejudice any party.

1

WHEREFORE, the undersigned counsel moves this Court for an order allowing them to

withdraw as counsel of record for the Plaintiffs set forth in Exhibit "A."

Respectfully submitted,

/s/  Wesley J. Farrell, Esq.

Wesley J. Farrell, Esq.
FLBN 71785
Farrell & Patel, Attorneys At Law
113 Almeria Ave
Coral Gables, FL 33134
Tel: 305-798-4177
Fax: 800-946-6711

/s/ Terry A. C. Gray, Esq.

Terry A. C. Gray, Esq.
FLBN 100732
Farrell & Patel, Attorneys At Law
113 Almeria Ave
Coral Gables, FL 33134
Tel: 305-798-4177
Fax: 800-946-6711

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 26, 2013, I electronically filed the foregoing document
with the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day
upon all counsel of record identified on the attached Service List in the manner specified, either
via transmission of Notices of Electronic Filing generated by CM/ECF or in some other
authorized manner for those counsel or parties who are not authorized to receive electronically
Notices of Electronic Filing.

/s/ Terry A.C. Gray, Esq.

2