**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010** | **MDL No. 2179** |
| | **SECTION J** |
| **This Document Relates to: 10-8888** | **JUDGE BARBIER** **MAGISTRATE SHUSHAN** |

**PROPOSED ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Considering the above and foregoing Motion to Withdraw as Counsel,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that said Motion to Withdraw as Counsel is granted, and Farrell & Patel LLC IS hereby allowed to withdraw as counsel for Claimants listed in Exhibit "A."

Signed in New Orleans, Louisiana, this _____ day of _____, 2013.

_____
Honorable Carl J. Barbier
UNITED STATES DISTRICT JUDGE