UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 ] ] ] ] ] This Document Relates to: 2:12-cv-1045-CJB-JCW ] ] | | MDL No. 2179 SECTION: J Judge Barbier Mag. Judge Wilkinson |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY BRIEF**

Plaintiff requests leave to file a reply brief in support of his Motion for Conditional Certification and Court-Authorized Notice Pursuant to Section 216(b) of the FLSA (Doc No. 6930, filed July 18, 2012). Defendant filed its response on August 22, 2013. The purpose of Plaintiff's reply brief (Ex. 1) is to address Defendant's arguments as well as address recent developments since the filing of his motion. The filing of this brief will not prejudice Defendant in any way. An amended order is attached.

Respectfully submitted,

**BRUCKNER BURCH PLLC**

By: _/s/ David I. Moulton_
_____
David I. Moulton
Texas State Bar No. 24051093
S.D. of Texas No. 608063
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
(713) 877-8788 - Telephone
(713) 877-8065 - Facsimile
dmoulton@brucknerburch.com

## CERTIFICATE OF CONFERENCE

O'Brien's opposes this motion.

/s/ David I. Moulton
_____
David I. Moulton

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Motion for Leave to File Reply Brief has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of August, 2013.

/s/ David I. Moulton
_____
David I. Moulton