UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ] ] ] ] ] | MDL No. 2179 SECTION: J Judge Barbier |
| This Document Relates to: 2:12-cv-1045-CJB-JCW | ] ] | Mag. Judge Wilkinson |

**NOTICE OF SUBMISSION**

Plaintiff hereby gives Notice of Submission of Plaintiff's Motion for Leave to File Reply Brief in support of his Motion for Conditional Certification and Court-Authorized Notice Pursuant to Section 216(b) of the FLSA (Doc No. 6930).  This Motion is submitted for the next available hearing date before the Hon. Judge Barbier on September 11, 2013 at 9:30 a.m.

Date: 8/26/2013                                  Respectfully submitted,

**BRUCKNER BURCH PLLC**

By: _____
   **/s/ David I. Moulton**
   David I. Moulton
   Texas State Bar No. 24051093
   S.D. of Texas No. 608063
8 Greenway Plaza, Suite 1500
Houston, Texas  77046
(713) 877-8788 - Telephone
(713) 877-8065 - Facsimile
dmoulton@brucknerburch.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Submission of Plaintiff's Motion for Leave to File Reply Brief has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of August, 2013.

**/s/ David I. Moulton**

David I. Moulton