UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Pleading Relates To: *All Actions*<br><br>(Including 10-2771) | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

### THE STATE OF ALABAMA'S ADOPTION
### OF THE PSC'S PHASE TWO EXHIBIT LIST

To avoid duplication, and consistent with the statements of counsel made at the August 23 Working Group Conference, the State of Alabama adopts the PSC's August 23, 2013 Phase Two Exhibit List (Doc. 11113) and List (Doc. 11113-1), along with the qualifications, clarifications and reservations contained therein.

                                                  Respectfully Submitted,

Office of the Attorney General
501 Washington Avenue                     LUTHER J. STRANGE
Montgomery, AL 36130                     *Attorney General*

Phone: (334) 242-7300                     /s/ Corey L. Maze         .
Fax:    (334) 242-4891                     COREY L. MAZE
                                                        *Special Deputy Attorney General*

Email: lstrange@ago.state.al.us
          cmaze@ago.state.al.us          WINFIELD J. SINCLAIR
          wsinclair@ago.state.al.us        *Assistant Attorney General*

                                                Attorneys for the State of Alabama

2

**CERTIFICATE OF SERVICE**

      I hereby certify that the above document has been served on all counsel by electronically uploading the document to Lexis/Nexis File-and-Serve in accordance with PTO 12. I further certify that the document was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179. Each service occurred on August 26, 2013.

                                           /s/ Corey L. Maze
                                           COREY L. MAZE