IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>This document relates to:<br><br>2:11-cv-03153-CJB-SS | MDL No. 2179<br><br>Section: J<br><br>Honorable Carl J. Barbier<br><br>Magistrate Judge Shushan |

### STIPULATION FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY stipulated between Buckingham, Doolittle and Burroughs, LLP and Rogers Towers, P.A., that Rogers Towers, P.A. shall be substituted as counsel of record for Plaintiff, Plaza Resorts South, Inc., in the foregoing matter. A copy of Plaintiff's Consent to Substitution of counsel is attached hereto as Exhibit "A".

Rogers Towers, P.A.
2255 Glades Road, Suite 112E
Boca Raton, Florida 33431
Telephone: 561-367-2351

By: _____
Scott J. Topolski, Esq.
Florida Bar No.: 0006394

Buckingham, Doolittle & Burroughs, LLP
5355 Town Center Road, Suite 900
Boca Raton, Florida 33486
Telephone 561-241-0414

By: _____
Jonathan F. Claussen, Esq.
Florida Bar No.: 829501

## EXHIBIT "A"

### Consent to Substitution of Counsel

Plaza Resorts South, Inc., as Client, hereby consents to the substitution of Rogers Towers, P.A. for Buckingham, Doolittle & Burroughs LLP as counsel of record in the within matter.

Plaza Resorts South, Inc.

By: _____

as _____ of Client

Date: _____

BOCA311668_v1/73025-0009