UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
|    "Deepwater Horizon" in the Gulf | * | |
|    of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| *11-1051, Adams v. State of La.* | * | MAGISTRATE SHUSHAN |
| | * | |

## ORDER

In light of the Court's Order of August 26, 2013 (Rec. Doc. 11139), dismissing without prejudice the claims against defendant Penetone Corporation in member case 11-1051;

**IT IS ORDERED** that Penetone Corporation's Motion to Partially Lift Stay Order (Rec. Doc. 6817) is **DENIED AS MOOT.**

New Orleans, Louisiana, this 27th day of August, 2013.

_____
United States District Judge