**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: OIL SPILL by the OIL RIG
"DEEPWATER HORIZON" in the GULF
OF MEXICO, on APRIL 20, 2010

This Document Relates to:

2:13-cv-05365 (*Sunshine Enterprises of
Jacksonville, Inc., and Krishna Enterprises of
Alachua, Inc. v. BP Exploration & Production,
Inc.; BP America Production Company; et al.*)

MDL No. 2179

SECTION J

JUDGE BARBIER

MAGISTRATE SHUSHAN

**ORDER**

Considering the Motion for Leave to File Second Amended Complaint,

It is **ORDERED** that the Motion is hereby **GRANTED** and the Complaint and First

Amended Complaint be amended as prayed for in the attached Second Amended Complaint for

Damages and the Second Amended Complaint be filed herein.

Signed this _____ day of _____, 2013.

_____

Honorable Carl Barbier, U.S. District Judge