# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION  "J" |
| | * | |
| | * | |
| | * | |
| THIS PLEADING APPLIES TO: | * | |
| | * | |
| Civil Action No.: 2:11-cv-02528-CJB-SS | * | |
| | * | |
| Timothy Jordan, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| BP P.L.C.; BP America Inc.; | * | |
| BP Products North America Inc.; | * | |
| BP America Production Company; | * | |
| BP Exploration & Production Inc.; | * | |
| Anadarko Petroleum Corporation; | * | |
| Anadarko E&P Company, LP; | * | |
| Moex Offshore 2007, LLC; Transocean | * | |
| Ltd.; Transocean Deepwater, Inc.; | * | |
| Transocean Offshore Deepwater Drilling, | * | |
| Inc.; Transocean Holdings, LLC; Triton | * | |
| Asset Leasing GmbH; Halliburton Energy | * | |
| Services, Inc.; M-I, LLC; Weatherford U.S., | * | |
| L.P.;  Dril-Quip, Inc.; Cameron International | * | |
| Corporation f/k/a Cooper Cameron Corporation; | * | |
| John and Jane Doe A-Z; and Corporations A-Z, | * | |
| | * | |
| Defendants. | * | |
| | * | |

Page -2-

## MOTION TO WITHDRAW AS ATTORNEY

Counsel for Plaintiff TIMOTHY JORDAN, respectfully moves the Court for entry of an order allowing him to withdraw as attorney of record.

Counsel for Plaintiff has discussed this matter with Plaintiff and he has no objection to this motion. He is seeking a new attorney. Plaintiff has been notified of all deadlines and pending court appearances. A proposed Order is attached to this Motion.

Plaintiff's present address is: 9635 Tower Ridge Road, Pensacola, Florida 32526 and his phone numbers are 850-572-8749 and 850-380-3906.

WHEREFORE, the undersigned attorney for Plaintiff TIMOTHY JORDAN, respectfully requests the Court to enter an order relieving him from further responsibility as attorney of record for Plaintiff Timothy Jordan.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Withdraw as Attorney has been provided to Timothy Jordan, 9635 Tower Ridge Road, Pensacola, Florida 32526 by Certified U. S. Mail on this the _27th_ day of August, 2013.

AARON L. WATSON, ESQUIRE
Florida Bar Number: 0071091
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
Post Office Box 12308 (32591)
Pensacola, FL 32502
(850) 435-7105 (Watson)
(850) 436-6105 (Fax)
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | MDL No. 2179 SECTION "J" |
| THIS PLEADING APPLIES TO: | * * | |
| Civil Action No.: 2:11-cv-02528-CJB-SS | * * | |
| Timothy Jordan, | * * | |
| Plaintiff, v. | * * * | |
| BP P.L.C.; BP America Inc.; BP Products North America Inc.; BP America Production Company; BP Exploration & Production Inc.; Anadarko Petroleum Corporation; Anadarko E&P Company, LP; Moex Offshore 2007, LLC; Transocean Ltd.; Transocean Deepwater, Inc.; Transocean Offshore Deepwater Drilling, Inc.; Transocean Holdings, LLC; Triton Asset Leasing GmbH; Halliburton Energy Services, Inc.; M-I, LLC; Weatherford U.S., L.P.;  Dril-Quip, Inc.; Cameron International Corporation f/k/a Cooper Cameron Corporation; John and Jane Doe A-Z; and Corporations A-Z, | * * * * * * * * * * * * * * * * | |
| Defendants. | * * | |

## ORDER ON MOTION TO WITHDRAW AS ATTORNEY

THIS CAUSE having come before the Court upon Plaintiff's Motion to Withdraw as Attorney, and the Court being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Withdraw as Attorney is hereby GRANTED.

**DONE AND ORDERED** on this _____ day of _____, 2013.

_____
U. S. DISTRICT COURT JUDGE