**Exhibit A**

| Claimant | File Date | File Number |
|---|---|---|
| 1st A+ Alliance Personal Care, LLC | 8/22/2013 | 135956 |
| 3715 Williams Properties, L.L.C. | 8/22/2013 | 135957 |
| Artstones, Inc. | 8/22/2013 | 135958 |
| Bull's Eye Media, Inc. | 8/22/2013 | 135959 |
| Clip & Clean Lawn Care | 8/22/2013 | 135960 |
| Coast & Country Real Estate, Inc. | 8/22/2013 | 135961 |
| Custom Properties, LLC | 8/22/2013 | 135962 |
| Diversified Aquisistions, L.L.C. | 8/22/2013 | 135963 |
| Diversified Beverage Group, LLC | 8/22/2013 | 135964 |
| Duong, Huy | 8/22/2013 | 135965 |
| Express Tax Preparation Services, LLC | 8/22/2013 | 135966 |
| Healthy Communities 101 | 8/22/2013 | 135967 |
| Imagination Moving Touring, Inc. | 8/22/2013 | 135968 |
| Naquin, Kevin | 8/22/2013 | 135969 |
| Off-Land Productions Company, Inc. | 8/22/2013 | 135970 |
| Price & Price Enterprise LLC | 8/22/2013 | 135971 |
| Rodriguez, Rosita M. | 8/22/2013 | 135972 |
| Sanders, Billy | 8/22/2013 | 135973 |
| Signs Today 2, LLC | 8/22/2013 | 135974 |
| T&E Electric, Inc. | 8/22/2013 | 135975 |
| Thomas, Lee Daniel | 8/22/2013 | 135976 |
| Treasure Island Jewelry LLC | 8/22/2013 | 135977 |
| Bellanger, Ronda | 8/26/2013 | 135987 |
| Borne Jr., Jerry | 8/26/2013 | 135988 |
| Fletcher Animal Clinic, L.L.C. | 8/26/2013 | 135989 |
| Giardina, Marion | 8/26/2013 | 135990 |
| Lee, Dominick | 8/26/2013 | 135991 |
| A-Mar Interiors, Inc. | 8/26/2013 | 135986 |
| Lewis, Leslie | 8/26/2013 | 135992 |
| Moore, Tyler | 8/26/2013 | 135993 |
| Plaisance, Enid | 8/26/2013 | 135994 |
| Soulja Bound Trucking LLC | 8/26/2013 | 135995 |
| Steckler, Robert | 8/26/2013 | 135996 |
| Veglia, Elizabeth | 8/26/2013 | 135997 |
| Ministerios Paloma Blanca Iglesia La Nueva Creacion | 8/27/2013 | 136002 |
| Pfister, Dana | 8/27/2013 | 136003 |
| Reine, Keith | 8/27/2013 | 136004 |