Case 2:10-md-02179-CJB-DPC   Document 11155-1   Filed 08/27/13   Page 1 of 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MULTI-DISTRICT LITIGATION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| OIL SPILL BY THE OIL RIG ) | MDL Docket No. 2179    SECTION: J |
| "DEEPWATER HORIZON" IN THE ) | CASE NO. 2:10-MD-02179-CJB-SS |
| GULF OF MEXICO ON APRIL ) | |
| 2010 ) | Hon. Carl Barbier |
| ) | Magistrate Judge Sally Shushan |

**This Document Relates to:**     Case No. 13-2547

LUTHER SUTTER                                                                  **PLAINTIFF**

VERSUS.

BP EXPLORATION & PRODUCTION, INC., et al.                **DEFENDANTS**

**STATE OF ARKANSAS )**
                                              )SS.     **AFFIDAVIT OF LUTHER ONEAL SUTTER**
**COUNTY OF SALINE   )**

   COMES Luther Sutter, pro se, who hereby states on oath that he has served the defendants in the time and manner described in the letter attached as **Exhibit A**. The return receipt has been addressed to the Clerk of the Court with the case number affixed thereon, as indicated in **Exhibit A**.

   FURTHER AFFIANT SAYETH NOT.

                                                                                    _____
                                                                                    Luther Oneal Sutter, Ark. Bar No. 95031
                                                                                    luthersutter.law@gmail.com

   SUBSCRIBED AND SWORN to before me on this, the 26th of August, 2013.

                                                                                    _____
                                                                                    Notary Public
                                                                                    My Commission Expires  1/8/17

GWEN TUCKER
NOTARY PUBLIC
PULASKI COUNTY, ARKANSAS
COMM. EXP. 1-8-2017
COMMISSION NO. 12358506

# LUTHER SUTTER

MAILING ADDRESS: P.O. BOX 2012, BENTON, AR 72018
(501) 607-3614

August 7, 2013

CT Corporation System
2 North Jackson Street, Suite 605
Montgomery, AL 36104

Via Certified Mail/Return Receipt Requested

RE:   Summons and Complaints

Dear Sir or Madam:

I have enclosed Summonses and Complaints for the following:

ANDARKO PETROLEUM CORPORTION, CO
WEATHERFORD U. S.  L. P
CAMERON INTERNATIONAL CORPORATION F/K/A COOPER-CAMEROLL CORP.
HALLIBURTON ENERGY SERVICES, INC.
BP P.I.C
BP EXPLORATION & PRODUCTION, INC.
BP AMERICA PRODUCTION COMPANY

These are forwarded to you as the Registered Agent for Service of the defendants named in the above-referenced lawsuit. Please note that the responsive pleading is due within **twenty-one (21) days**.

Thank you for your attention and assistance.

Sincerely,

Luther Sutter

Enclosure(s)

# LUTHER SUTTER

MAILING ADDRESS: P.O. BOX 2012, BENTON, AR 72018
TELEPHONE 501-607-3614

LUTHER ONEAL SUTTER, P.A.        JAMES M. SCURLOCK        LUCIEN R. GILLHAM, P.A.

August 7, 2013

MOEX USA CORPORATION
9 Greenway Plaza Suite 1220
Houston, TX 77046

        Via Certified Mail/Return Receipt Requested 7008 1830 0001 9214 5979

        RE:    Summons and Complaints

Dear Sir or Madam:

I have enclosed Summonses and Complaints for the following:

        MOEX USA CORPORATION
        MOEX OFFSHORE 2007-LLC
        MITSUI OIL EXPLORATION CO., LTD

These are forwarded to you as the Registered Agent for Service of the defendants named in the above-referenced lawsuit. Please note that the responsive pleading is due within **twenty-one (21) days**.

Thank you for your attention and assistance.

Sincerely,

Luther Sutter

Enclosure(s)



# LUTHER SUTTER

MAILING ADDRESS: P.O. BOX 2012, BENTON, AR 72018
TELEPHONE 501-607-3614

LUTHER ONEAL SUTTER, P.A.          JAMES M. SCURLOCK          LUCIEN R. GILLHAM, P.A.

August 7, 2013

Capital Corporate Services, Inc.
150 South Perry Street
Montgomery, Alabama 36104

**Via Certified Mail/Return Receipt Requested 7008 1830 0001 9214 5979**

RE:   Summons and Complaints

Dear Sir or Madam:

I have enclosed Summonses and Complaints for the following:

> TRANSOCEAN LTD.
> TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.
> TRANSOCEAN DEEPWATER, INC.
> TRANSOCEAN HOLDINGS, LLC
> TRITON ASSET LEASING, GMBH
> M-1, LLC

These are forwarded to you as the Registered Agent for Service of the defendants named in the above-referenced lawsuit. Please note that the responsive pleading is due within **twenty-one (21) days**.

Thank you for your attention and assistance.

Sincerely,

Luther Sutter

Enclosure(s)

