UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION: J |
| Relates to: No. 12-970 | § § § | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## ORDER

**CONSIDERING** the Economic Settlement Class' *Ex Parte* Motion to Authorize the Claims Administrator to Implement the Settlement Agreement, together with the terms of the Economic & Property Damages Class Settlement Agreement, and the record in this matter:

**IT IS ORDERED** that the Claims Administrator be and is hereby authorized and directed to interpret Exhibit 16 of the Settlement Agreement, and to implement such terms with respect to the claims of businesses and employees within the Support Services to the Oil & Gas Industry as defined by Section 5.10.3 and Exhibit 19.

**SIGNED** this ____ day of August, 2013, New Orleans, Louisiana.

_____
**Hon. Carl J. Barbier**