UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| No. 11-2528, *Timothy Jordan v. BP* | * | MAGISTRATE SHUSHAN |
| *P.L.C., et al.* | * | |

### ORDER

Having considered the Motion to Withdraw as Attorney (Rec. Doc. 11153),

IT IS ORDERED that the motion is GRANTED and that Aaron L. Watson is hereby withdrawn as counsel of record for Plaintiff Timothy Jordan in the referenced member case.

New Orleans, Louisiana, this 28th day of August, 2013.

_____
United States District Judge