IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * * * * * * | MDL No. 2179<br><br>Section: J<br><br>Judge Carl J. Barbier<br><br>Magistrate Judge Sally Shushan |

------------------------------------------------------------

## JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT

The authorized representative of Claimant, Genita S. Poole, a Deceased Claimant, and the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement respectfully move this Court to (1) approve the settlement of the claim filed on behalf of Claimant as fair, reasonable and adequate, and (2) approve all future settlements on behalf of Claimant in compliance with the Economic and Property Damages Settlement Agreement as fair, reasonable and adequate.

A proposed Order accompanies this Motion.

|  | Respectfully submitted, |
|---|---|
| /s/ _____ | /s/ _____ |
| Zachary Wool | Orran L. Brown |
| Attorney for Claimant's Representative | VSB No.: 25832 |
| Barrios, Kingsdorf & Casteix, L.L.P. | BrownGreer PLC |
| 701 Poydras Street, Suite 3650 | 250 Rocketts Way |
| New Orleans, LA 70139 | Richmond, Virginia 23231 |
| (504) 524-3300 | (804) 521-7200 |
| Date: 8/19/13 | Date: 8/21/13 |

1