UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| No. 12-1045 | * | MAGISTRATE SHUSHAN |
| | * | |

## ORDER

IT IS ORDERED that Plaintiff's Motion for Leave to File Reply Brief (Rec. Doc. 11141) in support of his Motion for Conditional Certification and Court-Authorized Notice is hereby GRANTED.

New Orleans, Louisiana, this 28th day of August, 2013.

_____
United States District Judge