# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) MDL NO. 2179 <br> ) <br> ) SECTION "J" <br> ) <br> ) JUDGE CARL J. BARBIER |
| THIS DOCUMENT RELATES TO: | ) MAG. JUDGE SHUSHAN |

2:13-cv-02145-J(1); 2:13-cv-02086-J(1); 2:13-cv-02090-J(1);
2:13-cv-02095-J(1); 2:13-cv-02427-J(1); 2:13-cv-02101-J(1);
2:13-cv-02124-J(1); 2:13-cv-02108-J(1); 2:13-cv-02105-J(1);
2:13-cv-02426-J(1); 2:13-cv-02111-J(1); 2:13-cv-02128-J(1);
2:13-cv-02114-J(1); 2:13-cv-02119-J(1); 2:13-cv-02140-J(1);
2:13-cv-02146-J(1); 2:13-cv-02875-J(1); 2:13-cv-02129-J(1);
2:13-cv-02432-J(1); 2:13-cv-02148-J(1); 2:13-cv-02428-J(1);
2:13-cv-02429-J(1); 2:13-cv-02150-J(1); 2:13-cv-02138-J(1);
2:13-cv-02132-J(1); 2:13-cv-02142-J(1); 2:13-cv-02136-J(1);
2:13-cv-02117-J(1); 2:13-cv-02434-J(1); 2:13-cv-02922-J(1);
2:13-cv-02923-J(1); 2:13-cv-02915-J(1); 2:13-cv-02903-J(1);
2:13-cv-02901-J(1); 2:13-cv-02904-J(1); 2:13-cv-03021-J(1);
2:13-cv-03015-J(1); 2:13-cv-02865-J(1); 2:13-cv-02934-J(1);
2:13-cv-02899-J(1); 2:13-cv-02908-J(1); 2:13-cv-02893-J(1);
2:13-cv-03023-J(1); 2:13-cv-02972-J(1); 2:13-cv-03026-J(1);
2:13-cv-02906-J(1); 2:13-cv-03024-J(1); 2:13-cv-02842-J(1);
2:13-cv-02914-J(1); 2:13-cv-02885-J(1); 2:13-cv-02871-J(1);
2:13-cv-02928-J(1); 2:13-cv-02876-J(1); 2:13-cv-02917-J(1);
2:13-cv-02872-J(1); 2:13-cv-04744-J(1); 2:13-cv-02866-J(1);
2:13-cv-02930-J(1); 2:13-cv-02873-J(1); 2:13-cv-03022-J(1);
2:13-cv-02936-J(1); 2:13-cv-02874-J(1); 2:13-cv-02938-J(1);
2:13-cv-02920-J(1); 2:13-cv-02973-J(1); 2:13-cv-02913-J(1);
2:13-cv-03025-J(1); 2:13-cv-02909-J(1); 2:13-cv-02931-J(1);
2:13-cv-02896-J(1); 2:13-cv-02844-J(1); 2:13-cv-02779-J(1);
2:13-cv-02926-J(1); 2:13-cv-02895-J(1); 2:13-cv-02919-J(1);
2:13-cv-02868-J(1); 2:13-cv-02937-J(1); 2:13-cv-02892-J(1);
2:13-cv-02679-J(1); 2:13-cv-02870-J(1); 2:13-cv-02918-J(1);
2:13-cv-02916-J(1); 2:13-cv-02867-J(1); 2:13-cv-02933-J(1);
2:13-cv-02890-J(1); 2:13-cv-03028-J(1); 2:13-cv-02869-J(1);
2:13-cv-02133-J(1); 2:13-cv-02898-J(1); 2:13-cv-02778-J(1).

## *EX PARTE* MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above referenced actions who respectfully move this Honorable Court for an Order allowing certain attorneys to enroll as additional counsel of record as set forth below.

1. **Ben King**

    Mr. King is licensed to practice law in the State of Texas (Bar number 24048592) and the State of Arkansas (Bar number 2005260). Pursuant to this Court's prior orders entered in this litigation, Mr. King is deemed to be admitted *pro hac vice* in this litigation because he is admitted to practice and in good standing in the United States District Court for the Eastern District of Texas, the United States District Court for the Eastern District of Arkansas and the United States District Court for the Western District of Arkansas.

    Mr. King's address and contact information is:

    > Ben King
    > NIX, PATTERSON & ROACH, LLP
    > 2900 St. Michael Drive, STE 500
    > Texarkana, Texas 75503
    > Telephone: (903) 223-3999
    > Facsimile: (903) 223-8520
    > Email: benking@nixlawfirm.com

    Plaintiffs respectfully request that Mr. Ben King be admitted to enroll as co-counsel and participate as co-counsel in this action with regard to all causes of action referenced in this motion.

2. **Drake Martin**

    Mr. Martin is licensed to practice law in the State of Florida (Bar number 90479), the State of Tennessee (Bar number 18786), the State of Arkansas (Bar number 2007018), the State of Kentucky (Bar number 90547), and the State of Pennsylvania (Bar number 204634). Pursuant to this Court's prior orders entered in this litigation, Mr. Martin is

deemed to be admitted *pro hac vice* in this litigation because he is admitted to practice and in good standing in the United States District Courts for the Northern District of Florida, Middle District of Florida, Southern District of Florida, Middle District of Tennessee, and the Western District of Tennessee.

Mr. Martin's address and contact information is:

> Drake Martin
> NIX, PATTERSON & ROACH, LLP
> 1701 E County Hwy 30-A, Suite 201-B
> Santa Rosa Beach, Florida 32459
> Telephone: (850) 231-4028
> Facsimile: (850) 231-2972
> Email: drakemartin@nixlawfirm.com

Plaintiffs respectfully request that Mr. Drake Martin be admitted to enroll as co-counsel and participate as co-counsel in this action with regard to all causes of action referenced in this motion.[1]

3. **Carl Nelson**

Mr. Nelson is licensed to practice law in the State of Florida (Bar number 0280186). Pursuant to this Court's prior orders entered in this litigation, Mr. Nelson is deemed to be admitted *pro hac vice* in this litigation because he is admitted to practice and in good standing in the United States District Courts for the Middle District of Florida, Southern District of Florida, and Northern District of Florida. Mr. Nelson is also admitted to practice before the 5th Circuit Court of Appeals, the 11th Circuit Court of Appeals, and the United States Supreme Court.

---

[1] Mr. Drake Martin has previously appeared as counsel of record for all plaintiffs except for those whose cases were originally filed in the United States District Court for the Eastern District of Louisiana.

Mr. Nelson's address and contact information is:

>Carl R. Nelson
>FOWLER WHITE BOGGS P.A.
>P.O. Box 1438
>Tampa, FL 33601-1438
>Telephone: (813) 228-7411
>Facsimile: (813) 229-8313
>Email: cnelson@fowlerwhite.com

Plaintiffs respectfully request that Mr. Carl Nelson be admitted to enroll as co-counsel and participate as co-counsel in this action with regard to all causes of action referenced in this motion.[2]

4. **Scott Richards**

Mr. Richards is licensed to practice law in the State of Florida (Bar number 0072657). Pursuant to this Court's prior orders entered in this litigation, Mr. Richards is deemed to be admitted *pro hac vice* in this litigation because he is admitted to practice and in good standing in the United States District Courts for the Middle District of Florida, Southern District of Florida, and Northern District of Florida.

Mr. Richards' address and contact information is:

>Scott Richards
>FOWLER WHITE BOGGS P.A.
>P.O. Box 1438
>Tampa, FL 33601-1438
>Telephone: (813) 228-7411
>Facsimile: (813) 229-8313
>Email: scott.richards@fowlerwhite.com

Plaintiffs respectfully request that Mr. Scott Richards be admitted to enroll as co-counsel and participate as co-counsel in this action with regard to all causes of action

---

[2] Mr. Carl Nelson has previously appeared as counsel of record for all plaintiffs except for those whose cases were originally filed in the United States District Courts for the Eastern District of Louisiana and the Southern District of Mississippi.

referenced in this motion.³

5. **Franklin R. Harrison**

Mr. Harrison is licensed to practice law in the State of Florida (Bar number 142350). Pursuant to this Court's prior orders entered in this litigation, Mr. Harrison is deemed to be admitted *pro hac vice* in this litigation because he is admitted to practice and in good standing in the United States District Courts for the Northern District of Florida and the Middle District of Florida, as well as the United States Courts of Appeals for the Fifth and Eleventh Circuits.

Mr. Harrison's address and contact information is:

> Franklin R. Harrison
> HARRISON, SALE, MCCLOY, Chartered
> 304 Magnolia Avenue
> Panama City, Florida 32401-3125
> Telephone: (850) 769-3434
> Email: fharrison@hsmclaw.com

Plaintiffs respectfully request that Mr. Franklin R. Harrison be admitted to enroll as co-counsel and participate as co-counsel in this action with regard to all causes of action referenced in this motion.⁴

6. **William G. Harrison, Jr.**

Mr. Harrison is licensed to practice law in the State of Florida (Bar number 765058). Pursuant to this Court's prior orders entered in this litigation, Mr. Harrison is deemed to be admitted *pro hac vice* in this litigation because he is admitted to practice and

---

³ Mr. Scott Richards has previously appeared as counsel of record for all plaintiffs except for those whose cases were originally filed in the United States District Courts for the Eastern District of Louisiana and the Southern District of Mississippi.

⁴ Mr. Franklin R. Harrison has previously appeared as counsel of record for all plaintiffs except for those whose cases were originally filed in the United States District Courts for the Eastern District of Louisiana and the Southern District of Mississippi.

in good standing in the United States District Court for the Northern District of Florida.

Mr. Harrison's address and contact information is:

>William G. Harrison, Jr.
>HARRISON RIVARD DUNCAN & BUZZETT, Chtd.
>101 Harrison Avenue
>Panama City, Florida 32401
>Telephone: (850) 769-7714
>Email: wharrison@harrisonrivard.com

Plaintiffs respectfully request that Mr. William G. Harrison, Jr. be admitted to enroll as co-counsel and participate as co-counsel in this action with regard to all causes of action referenced in this motion.[5]

WHEREFORE, Plaintiffs respectfully move this Court to enroll Mr. Ben King, Mr. Drake Martin, Mr. Carl Nelson, Mr. Scott Richards, Mr. Franklin R. Harrison, and Mr. William G. Harrison, Jr. as co-counsel and attorneys of record for each of the causes of action made the subject of this motion.

---

[5] Mr. William G. Harrison, Jr. has previously appeared as counsel of record for all plaintiffs except for those whose cases were originally filed in the United States District Courts for the Eastern District of Louisiana and the Southern District of Mississippi.

Dated: August 28, 2013

                                    Respectfully Submitted,

                                    _____
                                  **NIX, PATTERSON & ROACH, LLP**

                                  Louis B. "(Brady") Paddock
                                  LA Bar No: 28711
                                  NIX, PATTERSON & ROACH, LLP
                                  2900 St. Michael Drive, Suite 500
                                  Texarkana, Texas 75503
                                  Telephone:  903.223.2999
                                  Facsimile:  903.223.8520
                                  bpaddock@nixlawfirm.com

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing Motion to Enroll as Co-Counsel has been filed electronically with the Clerk of this Court and served on all counsel of record through the CM/ECF this 28th day of August 2013.

                                  _____
                                  **NIX, PATTERSON & ROACH, LLP**