**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | **MDL No. 2179** |
| | **SECTION J** |
| This Document Relates to: | **JUDGE BARBIER** |
| **2:13-cv-05365 (***Sunshine Enterprises of Jacksonville, Inc., and Krishna Enterprises of Alachua, Inc. v. BP Exploration & Production, Inc.; BP America Production Company; et al.***)** | **MAGISTRATE SHUSHAN** |

**ORDER**

Considering the Motion for Leave to File Second Amended Complaint,

It is **ORDERED** that the Motion is hereby **GRANTED** and the Complaint and First Amended Complaint be amended as prayed for in the attached Second Amended Complaint for Damages and the Second Amended Complaint be filed herein.

Signed this _____ day of _____, 2013.

_____

Honorable Carl Barbier, U.S. District Judge

1