UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION "J" |
| Applies to: | * * | JUDGE BARBIER |
| *12-968* | * * | MAGISTRATE SHUSHAN |

**ORDER**

Before the Court is Class Counsel's motion to require an appeal bond (Rec. Doc. 10924) and the related briefing (Opposition, Rec. Doc. 11007; Reply, Rec. Doc. 11042).

A Rule 7 appeal bond is necessary to ensure adequate security in this case. The risks are significant that the appellant-objectors will not pay the costs if they lose on appeal, and the appellants appear to have financial ability to post the bond. The amount of the bond requested will not effectively preclude pursuit of the appeal. Three of the four appellant-objectors have not established that they have standing to appeal the Court's decision approving the Medical Benefits Class Action Settlement Agreement, and none of the appellants have filed claims in the Medical Settlement. The Court finds that these appellants have acted in bad faith and their counsel is a serial objector to class action settlements.

**IT IS ORDERED** that Mike Sturdivant, Patricia Sturdivant, James H. Kirby IV, and Susan Forsyth shall post an appeal bond in the amount of $50,000. Appellant-objectors are jointly and severally responsible for this bond. Appellant-objectors shall post this bond with the Clerk of Court within fourteen (14) days of this Order.

New Orleans, Louisiana, this 28th day of August, 2013.

_____
United States District Judge