UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| 2:13-cv-5385 (*Humble Lodging LLC; OM Sri Ganeshaya Namah LLC, et al., v. BP Exploration & Production, Inc.; BP America Production Company; et al.*) | MAGISTRATE SHUSHAN |

**MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT**

NOW INTO COURT, come Plaintiffs, through undersigned counsel, who respectfully moves this Honorable Court for an Order granting leave to file the attached "Second Amended Complaint."

The purpose of this amendment is to:

1. Correct grammatical errors associated with the Plaintiff names;

2. Assert certain claims under the Oil Pollution Act that are now ripe; and,

3. Eliminate duplicate Plaintiffs and Plaintiffs who have accepted final settlement offers. The following Plaintiffs were inadvertently asserted twice: Shores Development Inc., Everest Hospitality Inc., Aburaj Incorporated, and SPI Springeight GP LLC. The following Plaintiffs have accepted final settlement offers: Portland Development, Inc., Portland Properties, Inc., Rockport Hotelier,

Inc., Shoreline Investments, Inc., Ingleside Enterprises, Inc., Palak Investments, Inc., Shi Sha, Inc., and Superior Hospitality, Inc.

Thus, this amendment will not prejudice the parties in any way.

Date: August 26, 2013

>Respectfully Submitted,
>
>/s/ Sarah E. Spigener
>
>FARRELL & PATEL, ATTORNEYS AT LAW
>
>Wesley J. Farrell, Esq.
>Fl. Bar No. 71783
>WesFarrell@floridaattorney.com
>
>Terry A. C. Gray, Esq.
>Fl. Bar No. 100732
>terrygray@floridaattorney.com
>
>113 Almeria Ave.
>Coral Gables, Fl.
>Tel: 424-OIL-SPILL
>Fax:  800-946-6711
>
>Sarah E. Spigener, Esq.
>LA Bar No. 31975
>SSpigener@farrellpatel.com
>
>1515 Poydras St., Suite 1400
>New Orleans, LA 70112
>Office:  504-233-8585
>Fax:  800-946-6711

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 26, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day upon all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>/s/ Sarah E.  Spigener, Esq.

2