UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This Document Relates to:<br><br>2:13-cv-5385 (*Humble Lodging LLC; OM Sri Ganeshaya Namah LLC, et al., v. BP Exploration & Production, Inc.; BP America Production Company; et al.*) | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

Considering the Motion for Leave to File Second Amended Complaint,

It is **ORDERED** that the Motion is hereby **GRANTED** and the Complaint and First Amended Complaint be amended as prayed for in the attached Second Amended Complaint for Damages and the Second Amended Complaint be filed herein.

Signed this _____ day of _____, 2013.

_____

Honorable Carl Barbier, U.S. District Judge

1