U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  AUG 26 2013

WILLIAM W. BLEVINS
CLERK

THE FEDERAL DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

H&H Ranch Equine Rescue                HON. BARBIER        8/22/2013
Darryl Lee Haan
 Plaintiff   100041309                 case no.  MDL- 2179

Vs                                     section J

BP OIL inc.                            Deepwater Horizon Oil Spill in the Gulf of Mexico
Defendant                              Settlement Program


MOTION FOR EMERGENCY HEARING & REMOVAL OF GARDEN CITY GROUP

& BROWN GREER , ON THE GROUNDS OF VIOLATION OF APPEAL RIGHTS

& VIOLATION OF CORRUPTION , & VIOLATION OF DISCRIMINATION

1. To tell Claimant they have NO APPEAL RIGHTS of a , DECISION is a

   Criminal Act , Violation of Procedures , Violation of Discrimination.

   Attached copy    A

2. To post a Response Date , after a Notice of Suspended Indefinitely on the

   Claim , is a Fact of Corruption of the Settlement Program and Procedures

   Of a Claimants Rights to APPEAL or RE-FILE the CLAIM as the Procedures are

   Posted on the Settlement Program & Website and Court Orders

   Attached copy    B

Certificate of Service                          Darryl Lee Haan
I hereby certify that I have served a copy of this    6421 Finance A.V.
Document on all councel fo record either in person    Weeki Wachee, Florida 34607
Or by mailing it postage prepaid on this              352-596-2753

22 day of august, 2013

8/22/2013   TENDERED FOR FILING
            TENDERED FOR FILING

            AUG 26 2013

            U.S. DISTRICT COURT
            Eastern District of Louisiana
            Deputy Clerk

THE FEDERAL DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

H&H Ranch Equine Rescue       HON. BARBIER       8/22/2013
Darryl Lee Haan
Plaintiff   1000 41 309        case no. MDL- 2179

Vs                             section J

BP OIL inc.                    Deepwater Horizon Oil Spill in the Gulf of Mexico
Defendant                      Settlement Program

MOTION FOR EMERGENCY HEARING & REMOVAL OF GARDEN CITY GROUP

& BROWN GREER , ON THE GROUNDS OF VIOLATION OF APPEAL RIGHTS

& VIOLATION OF CORRUPTION , & VIOLATION OF DISCRIMINATION

# MEMORANDUM

1. To tell Claimant they have NO APPEAL RIGHTS of a , DECISION is a

   Criminal Act , Violation of Procedures , Violation of Discrimination.

   Attached copy   A

2. To post a Response Date , after a Notice of Suspended Indefinitely on the

   Claim , is a Fact of Corruption of the Settlement Program and Procedures

   Of a Claimants Rights to APPEAL or RE-FILE the CLAIM as the Procedures are

   Posted on the Settlement Program & Website and Court Orders

   Attached copy   B

3. DISCRIMINATION , VII , The right of all Claimants to be treated equal and have the same Rights as all Claimants by Federal Laws & Civil Procedures In the DEEPWATER HORIZON SETTMENT PROGRAM

4. To DENY the Claimants Right to APPEAL is a VIOLATION of DISCRIMINATION ; Title VII

5. A Violation of Procedures of the DEEPWATER HORIZON SETTMENT Of all Claimants to APPEAL or RE-FILE a Claim

6. To Refuse to Process a NON- PROFIT ORG. CLAIMANT'S Claim Is a VIOLATION of Court Order to Process all Non – Profit Claims

Thereof , this is a VERY SEROUS VIOLATION of FEDERAL LAWS & Civil Rules & Procedures set by this FEDERAL DISTRICT COURT

This Claimant Demands Criminal Action be taken against ,

a. Garden City Group
b. Brown Greer

Respectfully submitted , for Emergency Hearing & Removal of Accounting Firms According to Federal Laws.

H&H Ranch Equine Rescue

8/22/2013

CEO/ Owner / Darryl Lee Haan

Pg 2 of 2

*[signature: Darryl Haan]*

**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

A

## NOTICE OF CLAIM SUSPENSION
### DATE OF NOTICE: August 19, 2013

### I. CLAIMANT INFORMATION

| Claimant Name | Last: H and H Ranch Equine Rescue and Evacuation Shelter Company | First | Middle |
|---|---|---|---|
| Claimant ID | 100041309 | Claim ID | 40969 |

### II. EXPLANATION OF CLAIM SUSPENSION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program"). We have reviewed your claim and we are suspending your claim indefinitely under the terms of the Economic and Property Damages Settlement Agreement ("Settlement Agreement") for the following reason(s):

| 1. | We have received and reviewed the claim form(s) you submitted in the Settlement Program. We have conducted some further investigation of the facts relating to your materials. We are unable to authenticate or verify the documentation you provided in support of your claim(s). |
|---|---|

### III. YOUR OPTIONS AFTER THIS NOTICE

Because your claim is suspended indefinitely, you do not have the option to resubmit your claim to the Settlement Program and you may not file any future claim of the same claim type. You do not have the option to submit your claim for Reconsideration or file an Appeal. We will now close your claim in the Settlement Program.

### IV. HOW TO CONTACT US WITH QUESTIONS

If you have any questions about this Notice or the status of your claim or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, you should call or email your designated DWH Contact for help or assistance. You also may visit a Claimant Assistance Center and talk with one of our representatives. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com**.

# DEEPWATER HORIZON CLAIMS CENTER
## ECONOMIC & PROPERTY DAMAGE CLAIMS

English | En Español | Bảng Tiếng Việt

- Home
- News and Developments
- Download Files
- Claimant Info
- Notices
- Forms
- Payments
- Reporting
- Change Password / Email
- Log Off

## Claims Events/Notices



### Claimant Information

| | |
|---|---|
| Claimant ID: 100041309 | Name: |
| GCCF Claimant ID: 3203622 | Business: H and H Ranch Equine Rescue and Evacuation Shelter Company |
| Taxpayer Type: Business | Address: 6421 FINANCE AVE |
| SSN/EIN: *****0353 | WEEKI WACHEE FL 34607 |
| Represented By: Pro Se | Preferred Language: English |
| Portal User: Yes | |

### Claim Information

| | |
|---|---|
| Claim ID: 40969 | Business name: H & H Ranch Wildlife Rescue and Evacuation Shelter |
| Claim Type: Business Economic Loss | Address: 6421 Finance Avenue, Weeki Wachee, FL, 34607 |
| Claimed Benchmark Period: Claims Administrator Selected Benchmark | |

We have displayed Events below that allow you to track your claim through the claims review process. To view any Notice, click on the hyperlink or click the View button in the Status column. Clicking a hyperlinked Notice will take you to a screen where you will be able to view the Notice and provide a response from the available options. Notices posted using the View button do not have multiple response options, but you must respond in order for us to continue processing your claim. The View Date and User columns display the date and who first viewed the Notice. If the View Date and User columns are blank, no user has viewed the Notice.

| Event | Event Date | Details | View Date | User |
|---|---|---|---|---|
| Claim Notice of Claim Suspension | 08/19/2013 | | 08/20/2013 | Darryl, Haan |
| Response to Post-Reconsideration Incompleteness Notice Received | 05/13/2013 | | | |
| Post-Reconsideration Incompleteness Notice | 05/09/2013 | 06/10/2013 11:59 PM CST | 06/14/2013 | GCG, SystemAdmin |
| Reconsideration of Incompleteness Denial Notice Requested | 03/20/2013 | | | |
| Incompleteness Denial Notice | 03/19/2013 | 04/18/2013 11:59 PM CST | 06/14/2013 | GCG, SystemAdmin |
| Claims Review | 01/26/2013 | | | |
| Response to Follow-Up Incompleteness Notice Received | 01/26/2013 | | | |
| Follow-Up Incompleteness Notice | 01/25/2013 | 02/25/2013 11:59 PM CST | 06/14/2013 | GCG, SystemAdmin |
| Claims Review | 01/16/2013 | | | |
| Response to Incompleteness Notice Received | 11/19/2012 | | | |
| Claims Review | 10/31/2012 | | | |
| Response to Incompleteness Notice Received | 10/30/2012 | | | |
| Incompleteness Notice | 10/26/2012 | 11/26/2012 11:59 PM CST | 06/14/2013 | GCG, SystemAdmin |
| Claims Review | 10/09/2012 | | | |
| Claim Form Submitted | 07/24/2012 | | | |

# U.S. District Court
# Eastern District of Louisiana

## Motion Submission and Oral Argument Dates

These dates are subject to change
up to the time the motion is filed.

| Civil<br>Wednesdays - 9:30 AM | Criminal<br>Thursdays - 9:30 AM |
|---|---|
|  | September 5, 2013 |
| September 11, 2013 | September 19, 2013 |
| September 25, 2013 | October 3, 2013 |
| October 9, 2013 | October 17, 2013 |
| October 23, 2013 | October 31, 2013 |
| November 6, 2013 | November 14, 2013 |
| November 20, 2013 | November 28, 2013 |
| December 4, 2013 | December 12, 2013 |
| December 18, 2013 | December 26, 2013 |

| SECTION | DISTRICT JUDGES |
|---|---|
| A | Jay C. Zainey |
| C | Helen G. Berrigan |
| G | Nannette Jolivette Brown |
| H | Jane Triche Milazzo |
| J | **Carl J. Barbier** |
| L | Eldon E. Fallon |
|  | Sarah S. Vance |
|  | Mary Ann Vial Lemmon |

| DIVISION | MAGISTRATE JUDGES |
|---|---|
|  | Joseph C. Wilkinson, Jr. |
|  | Daniel E. Knowles, III |
|  | Alma L. Chasez |

Questions or Comments
Last updated on: August 15, 2013 12:01AM

Darryl Haan
6421 Financeau
Weeki Wachee, FL. 34607

Case MDL-2179
Clerk of the Court
US District court
500 Poydras St
Room C-151
New Orleans, LA.
70130

