MINUTE ENTRY
SHUSHAN, M.J.
AUGUST 7, 2013

**MJSTAR: 2:10**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE<br>OIL RIG "DEEPWATER HORIZON"<br>IN THE GULF OF MEXICO, ON APRIL 20, 2010 | CIVIL ACTION<br><br>NUMBER: 10-MDL-2179<br><br>SECTION: "J" (1) |

MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

WEDNESDAY, AUGUST 7, 2013 AT 9:30 A.M.

CASE MANAGER:        Gail Chauvin

COURT REPORTER:      Cathy Pepper

RULE TO SHOW CAUSE HEARING
(Evidentiary Hearing)

APPEARANCES:    Keith Moskowitz, Gene Fendler, for BP
                Patrick Juneau for Claims Administrator
                James Roy, Steve Herman, Paul Sterbcow and Walter Legier for PSC

Notice of Removal of Exhibits Attached.

WITNESSES:       Bob Levine, sworn and testified.
                 Kirk Fisher, sworn and testified.

Claims Administrator's exhibits offered and admitted (list docketed separately).
BP's exhibits offered and admitted (attached)

Court recessed 12:23 P.M.