# CSSP BUDGET MEETING
## QUESTIONS/INFORMATION REQUEST FOR CSSP
### June 5, 2013 Update

## Performance Metrics/Budgeting

*Documents*

- The last organization chart for the CSSP that was provided was dated October 15, 2012. Is there an updated organization chart, including headcounts for each area? NOT RECEIVED. Need to see a version with names of each staff.
- Can you provide an operations manual and a process flow map for the claims process along with supporting training materials? Can you correlate headcounts to the process flow map? NOT RECEIVED
- Provide copies of management reports and any analysis performed to evaluate claims processing performance vs. costs/staffing (e.g. claims received, calls received, notices issued, claims paid). RECEIVED BG 5/10/13 STATUS REPORT AND GCG 5/18/13 STATUS REPORT; REQUEST ALL PREVIOUSLY ISSUED STATUS REPORTS
- Please provide a schedule of the amounts that vendors pay to each contractor. NOT RECEIVED

*Questions*

- Provide a copy of, or present to us, your time in motion or velocity studies of the claims administration process. NOT RECEIVED
- Provide us with any analysis you have undertaken of the administrative costs incurred or budgeted on an average claim basis across status types.
    - Status types include:
        - Eligible
        - Incomplete
        - Denial
        - Withdrawal
        - Closed
    - Can this be broken down by vendor and task?
NOT RECEIVED
- Have you made projections regarding the trend in average administrative costs per claim type? If so, can we see those projections? NOT RECEIVED
- Have you made projections of the time and costs to resolve backlog:
    - Approx. 70,000 filed claims with no notices issued RECEIVED – Exhibit C.
    - Approx. 30,000 incomplete notices issued RECEIVED – Exhibit C.
    - Estimated number of new claims RECEIVED – Exhibit C.



- What are key metrics to track each vendor? How are they being evaluated while the vendors' contracts and associated KPI's are yet to be completed?
    - BrownGreer
    - Garden City Group
    - PWC
    - P&N

    NOT RECEIVED. Per the cover letter, Exhibit C contains their response to this request, but it is not a full analysis. Exhibit D contains production goals for each claim type, but does not include cost or productivity information.
- **What steps are taken to evaluate continual improvement of administrative processes, including efficiency improvements?** Some descriptions provided by P&N. No improvements are quantified.
- At the April 25th meeting, the CA advised us that it was decided to not consolidate BEL processes. Please provide any study, analysis or other support for that decision. NOT RECEIVED
- Garden City costs have reduced over time, but BrownGreer is trending in the opposite direction? Have you evaluated the cause(s) of this disparate trending? NOT RECEIVED
- What are the underlying activities performed by BrownGreer in the CSSP process that were not performed in the GCCF process that gives rise to incremental CSSP costs for BrownGreer versus GCCF costs? NOT RECEIVED
- How much of the costs are spent on training staff? What is the turnover rate for project team members? What are the cost impacts of re-training from turnover? What performance measures are in place for project team members? What are results to date of actions taken based upon project team members' performance? NOT RECEIVED

## **Internal Audit and Vendor Self-Review Process**

*Documents*
- Can you provide copies of all reports issued from internal quality assurance (internal audit) results, as well as vendor self-reviews?
- Provide a copy of the quality assurance (internal audit) work plan.
- Provide copies of any vendor self-review QA plans.

RECEIVED – except for vendor self-review plans. Some information can be gleaned from P&N training materials, but need to clarify.

*Questions*
- What is the general process for performing quality review of claims for each claim type? Including both:
    - Internal quality assurance reviews

- Claims vendors' reviews

RECEIVED

**Fraud Detection Program**

*Documents*
- Provide copies of any reports or analysis of the results of the fraud detection program.
- Provide us with current fraud detection program data (i.e. number of claims flagged for potential fraud and amount of total associated claim demands, number of those claims denied for fraud and total associated claim demands, number referred to law enforcement and total associated claim demands etc.). RECEIVED

*Questions*
- What has been the final resolution of the claims summarized on Handout #3 of the January 16, 2013 Fraud Process Overview report?
- Have you analyzed the administrative cost impact of the presence of potential fraudulent claim in the system? What percentage of administrative costs per claim and per claim type is associated with fraud investigation?
- What are the results of the HUB investigations?
- Have you analyzed the attributes of identified fraudulent claims and searched remaining claims for signs of those attributes?
- Have you performed correlation analysis of claims to identify repetitive patterns re: amounts, class member, address/location and attorney/representative?

SOME ADDRESSED IN 5/22/13 MEMO and BG STATUS REPORT

**Paige Fussell**

| | |
|---|---|
| **From:** | Bob Levine [blevine@dheclaims.com] |
| **Sent:** | Wednesday, July 17, 2013 12:50 PM |
| **To:** | Travis, Maria T; Holstein, Mark E; Moskowitz, Keith; Daniel.Cantor@APORTER.COM; JIm R; Sherman |
| **Cc:** | PAJ@juneaudavid.com; David Odom; Boatman, Amy (KPMG); Burrell, Felecia (Contractor); Kayla Frey |
| **Subject:** | Approval Required for the Administration Fund - 3rd Quarter Budget |

The Administrative Fund will be out of funds in the next 10 days. Attached is the 3rd Quarter budget required for the Administrative Fund to fund the Claims Administrator's budget for the next 3 months. We are requesting $128,654,584 which will pay the remaining 3rd quarter's expense budget. Please respond with your approval as per Section 5.12.1.4 below.

Abstracted from the Economic & Property Damage Settlement Agreement:

5.12.1.4. The BP Parties shall pay or cause to be paid to the Administrative Fund (i) an initial amount equal to $50 million to be paid by no later than 10 days after Preliminary Approval, and (ii) **additional amounts as may be required on a monthly basis thereafter during the administration of the Settlement Program in accordance with an administrative expense budget to be developed by the Claims Administrator, subject to the reasonable approval of the BP Parties and Lead Class Counsel (the "Administrative Budget")**.

Once your approval is obtained, I will make a formal request to BP for funds that matches the approved 3rd Quarter budget as requested below. This request will be sent to Maria Travis, Amy Boatman and Felecia Burrell.

| **3rd Quarter Claims Administrator's Budget** | 130,318,920 |
|---|---:|
| Less: 3rd Quarter payments already made | (614,357) |
| Less: Admin Fund Balance - 07/17/2013 | (30,345,498) |
| Plus: 2nd Quarter expenses Payable | 29,295,519 |
| **Cash Required to Fund 3rd Quarter Budget** | 128,654,584 |

| | Jul-13 | Aug-13 | Sep-13 | Total |
|---|---:|---:|---:|---:|
| Claims Administrator's Office | 1,190,000 | 1,190,000 | 1,190,000 | 3,570,000 |
| Hub Enterprises Fraud | 270,000 | 270,000 | 270,000 | 810,000 |
| Hub Enterprises Security | 240,000 | 240,000 | 240,000 | 720,000 |
| JPMorgan Chase | 45,000 | 45,000 | 45,000 | 135,000 |
| Mississippi Center For Justice | 600,000 | - | - | 600,000 |
| Legal Liason Firms | 1,000 | 1,000 | 1,000 | 3,000 |
| Appeals Panel | 525,000 | 525,000 | 525,000 | 1,575,000 |
| Wetland Title Research Firm | 40,000 | 40,000 | 40,000 | 120,000 |

DEFENDANT'S EXHIBIT
8/7/13
CASE NO. 10-MD-2179
EXHIBIT NO. 2

1

| | | | | |
|---|---:|---:|---:|---:|
| Subsistence Specific Vendors | 80,000 | 80,000 | 80,000 | 240,000 |
| BrownGreer | 15,000,000 | 15,000,000 | 15,000,000 | 45,000,000 |
| Garden City Group | 7,500,000 | 7,500,000 | 7,500,000 | 22,500,000 |
| Pricewaterhouse Coopers | 8,289,320 | 8,660,240 | 7,858,400 | 24,807,960 |
| Postlethwaite Netterville | 10,233,640 | 10,465,120 | 9,539,200 | 30,237,960 |
| **Total Budget** | **44,013,960** | **44,016,360** | **42,288,600** | **130,318,920** |

Thanks,

### Robert P. Levine
*Chief Financial Officer*

DEEPWATER HORIZON
CLAIMS CENTER

**504-934-4999**

 Carondelet Street, Suite 1000
New Orleans, Louisiana 70130
**blevine@dheclaims.com**

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.