# Claims Administrator's Office Exhibits for Hearing to Show Cause Why the Claims Administrator's Proposed Third Quarter 2013 Budget Should Not be Funded

United States District Court

Eastern District of Louisiana

Magistrate Judge Sally Shushan

August 7, 2013

Exhibit List

1) Previous Requests for Administrative Budget Funding and Accompanying Documentation
2) BP Approval of the CliftonLarsonAllen LLP External Audit
3) CliftonLarsonAllen LLP External Audit – Financial Audit
4) CliftonLarsonAllen LLP External Audit – Process Audit
5) Request by BP to Meet with CliftonLarsonAllen about the External Audit
6) Correspondence between the Claims Administrator's Office and BP Concerning the Hiring of an Additional One Hundred Accountants
7) Claim Administrator's Office April 25 Presentation to BP Regarding Administrative Processes
8) BP's May 1 Letter to the Claims Administrator's Office Requesting Information
9) Claims Administrator's Office May 22 Response to BP's Letter Requesting Information
10) Vendor Submitted Presentations from the June 18 Administrative Process Meeting with BP
11) BP's June 21 Letter to the Court Requesting Examination of the Claims Administrator's Office
12) Claims Administrator's Office July 1 Response to BP's Letter Requesting Examination
13) BP's August 5 Letter to Robert Levine Rejecting the Claim Administrator's Office Third Quarter Administrative Budget
14) Claim Administrator's Office August 6 Response to BP's Letter Rejecting the Third Quarter Administrative Budget
15) System Performance Metrics
    a. Notice Trending Graph
    b. Backlog Trending Graph
    c. Efficiency/Utilization Modeling