UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Adopting a Revised Timeline for the Phase Two Trial]**

After much consultation and after many iterations, the attached revised Timeline as of August 29, 2013 (Exhibit 1) is hereby adopted.

New Orleans, Louisiana, this 29th day of August, 2013.

**SALLY SHUSHAN**
**United States Magistrate Judge**