## EXHIBIT 1

## Revised Timeline 8-29-13

| | |
|---|---|
| 08/29/13 | Submit pre-trial stipulations |
| 08/29/13 | Technical equipment moved into Courthouse and Judge Barbier's courtroom |
| 08/30/13 | Objections to good faith trial exhibit list – third installment |
| 08/30/13 | inData to provide parties with copies of all deposition trial exhibits, stamped with a trial exhibit number and a page number on each page |
| 08/30/13 | Parties to exchange all non-deposition exhibits with each other and inData, stamped with a trial exhibit number and a page number on each page |
| 09/02-06/13 | Parties meet and confer on all remaining exhibit list issues (including one in-person meet-and-confer in New Orleans on September 5) |
| 09/03/13 | Deadline for oppositions to motions in *limine* and *Daubert* motions (both limited to 15 pages double spaced) |
| 09/04/13 | Deadline for oppositions to *Daubert* motions with respect to any experts that the Aligned Parties and the U. S. disclosed on August 14 as testifying experts (limited to 15 pages double spaced) |
| 09/05/13 | Each party shall submit a pre-trial statement no longer than 10 pages double-spaced.  The statement shall contain any matter the party deems pertinent for Judge Barbier's consideration before the trial.  It may contain summaries of material facts or lists of contested facts or issues of law.  The parties shall not submit a formal pre-trial order. |
| 09/05/13 | 9:30 a.m. Technical walk through for parties' technical staff only |

| | |
|---|---|
| 09/05/13 | Deadline for the submission of redacted expert reports to Judge Barbier and Ben Allums (2 binders and an electronic set) |
| 09/09/13 | Optional motions on third installment exhibits where a party has asked the objecting party to reconsider an objection during the meet and confer and the objection to the exhibit still remains, and first or second installment exhibits where a party has asked the objecting party to reconsider the objection based on prior rulings or prior withdrawals of objections and the objection to the exhibit remains (All motions limited to 10 pages double spaced collectively for all objections per side) |
| 09/09/13 | Deadline for identification of witnesses who will testify during the Source Control segment |
| 09/09/13 | The Aligned Parties and the U.S. will list their proposed Category Two documents |
| 09/10/13 | Deadline for replies to motions in *limine* and replies to *Daubert* motions (both limited to 3 pages double spaced) |
| 09/11/13 | BP[1] shall list its proposed Category Two documents and make their context objections to documents listed on 09/09/13 by the Aligned Parties and the U.S. (objections limited to 5 pages double spaced collectively) |
| 09/11/13 | Deadline for replies to *Daubert* motions with respect to any experts that the Aligned Parties and the U.S. disclosed on August 14 as testifying experts (limited to 3 pages double spaced) |
| 09/11/13 | Resolve all technology issues in courtroom and related spaces |
| 09/11/13 | 2:00 p.m. Final Pretrial Conference |

---

[1] Reference to BP in this Timeline also includes Anadarko.

| | |
|---|---|
| 09/13/13 | The Aligned Parties and the U.S. shall make their context objections to documents listed on September 9 and 11 (objections limited to 5 pages double spaced collectively per side) |
| 09/13/13 | File final exhibit lists following meet and confer process |
| 09/13/13 | Redact and de-confidentialize listed exhibits that have been marked confidential based on the presence of personally identifying information; parties asserting claims that listed exhibits contain "coke formula" confidential information should make such designations. |
| 09/13/13 | Opposition to optional motions filed on 09/09/13 (limited to 10 pages double spaced collectively for all objections per side) |
| 09/15/13 | Replies in support of optional motions filed on 09/09/13 (limited to 3 pages double spaced collectively for all objections per side) |
| 09/16/13 | Aligned Parties and the U.S. will disclose video clips they intend to use in their cases-in-chief |
| 09/16/13 | Deadline for identification of witnesses who will testify during first week of the Quantification segment of the trial |
| 09/16/13 | The parties shall exchange all demonstratives that they can reasonably anticipate using in the Source Control openings and during the Source Control segment of the trial.[2] |

---

[2] A simple opening or closing statement outline, bullet points, exhibits or portions of an exhibit, or a portion of written transcript of a deposition, video clips of a deposition and the like are not "demonstrative" aides and need not be exchanged in advance of their use at trial. If they are excerpts from an exhibit or a written transcript of a deposition or a video clip of a deposition, they shall clearly identify their source by reference to the exhibit number, date of deposition and page number of the transcript.

| | |
|---|---|
| 09/18/13 | The parties shall provide inData with copies of redactions/de-confidentializations |
| 09/19/13 | Deadline for objections to Source Control demonstratives exchanged on 9/16/13 (limited to 5 pages double spaced collectively for all objections per side) |
| 09/23/13 | Aligned Parties and BP disclose the <u>order</u> of witnesses for the Source Control segment. |
| 09/23/13 | BP will disclose video clips it intends to use in its cases-in-chief |
| 09/23/13 | The parties shall exchange all demonstratives that they can reasonably anticipate using in the Quantification openings and during the Quantification segment of the trial. |
| 09/26/13 | Deadline for objections to Quantification demonstratives exchanged on 9/23/13 (limited to 5 pages double spaced collectively for all objections per side) |
| 09/26/13 | 8:00 a.m. Limited number of new Source Control opening statement demonstratives due |
| 09/27/13 | Aligned Parties and the U.S. will disclose video clips they intend to use in rebuttal to BP's clips, if any |
| 09/27/13 | 8:00 a.m. Deadline for objections to Source Control demonstratives exchanged on 9/26/13 (limited to 5 pages double spaced collectively for all objections per side) |
| 09/27/13 | Supplies brought into the Courthouse |

If an aide is something newly created or based on an exhibit which has been manipulated in some way, that is a "demonstrative."  All demonstratives must be exchanged in accord with Amended Pre-Trial Order No. 54.  Rec. doc. 8173 at 3-4.  All demonstratives based on an exhibit shall clearly identify their source by reference to the exhibit number and be identified in accord with Phase One procedure.

The parties shall exchange any additional demonstratives to be utilized for *the direct examination* of a prospective witness 48 hours before the day the demonstrative aides are to be used for the first time.  Demonstrative aides to be used in *cross examination* will be exchanged no later than 8 p.m. on the night before they are to be used for the first time.  Both of these deadlines (*i.e.,* for demonstratives to be used in direct or cross) shall apply to any modified versions of demonstratives that were previously disclosed.

| Date | Event |
|---|---|
| 09/30/13 | Trial of Phase Two Begins - Source Control |
| 09/30/13 | U.S. and BP disclose the <u>order</u> of witnesses they intend to call during the week of October 7, 2013 |
| 10/03/13 | 8:00 a.m. Limited number of new Quantification opening statement demonstratives due |
| 10/04/13 | 8:00 a.m. Deadline for objections to Quantification demonstratives exchanged on 10/3/13 (limited to 5 pages double spaced collectively for all objections per side) |
| 10/07/13 | Trial of Phase Two Begins – Quantification |
| 10/07/13 | U.S. and BP disclose the <u>order</u> of witnesses they intend to call during the week of October 14, 2013 |
| 10/14/13 | U.S. and BP disclose the <u>order</u> of witnesses they intend to call during the week of October 21, 2013 |
| 10/24/13 | Trial of Phase Two Ends |
| 10/29/13 | Noon submission of Category Four documents with one sentence explanation of reason for admission of up to 10 documents |
| 11/07/13 | Final Marshaling Conference |