IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG § | MDL No. 2179 |
| "DEEPWATER HORIZON" IN THE § | Section: J |
| GULF OF MEXICO ON APRIL 20, 2010 § | |
| § | JUDGE BARBIER |
| This document relates to all cases § | MAGISTRATE JUDGE SHUSHAN |

**TEXAS' OBJECTION TO PHASE TWO EXHIBITS**

The State of Texas files this objection pursuant to Magistrate Judge Shushan's Order Adopting a Revised Timeline for the Phase Two Trial (ECF No. 11180).

**The State of Texas objects** to any exhibits listed or offered during Phase Two for the purpose of showing the surface or subsurface fate and transport, or areal extent, of oil or other pollutants from the Macondo Spill. Such evidence is beyond the scope of the Phase Two trial, as set forth in the Court's Order Regarding Presentation of Evidence in Phase Two Trial (ECF No. 11087).

Respectfully submitted this 30th day of August 2013.

        GREG ABBOTT
        Attorney General of Texas

        DANIEL T. HODGE
        First Assistant Attorney General

        JOHN B. SCOTT
        Deputy Attorney General for Civil
        Litigation

        JON NIERMANN
        Assistant Attorney General
        Chief, Environmental Protection Division

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

JASON A. STARKS
Assistant Attorney General
Tex. Bar No. 24046903
Bankruptcy & Collections Division
Telephone: (512) 475-4867
Facsimile: (512) 482-8341
ATTORNEY FOR THE STATE OF TEXAS, ON
BEHALF OF THE TEXAS GENERAL LAND OFFICE
(ECONOMIC DAMAGES)

JANE E. ATWOOD
Assistant Attorney General
Tex. Bar No. 00796144
Jane.Atwood@TexasAttorneyGeneral.gov
ATTORNEY FOR THE STATE OF TEXAS, ON
BEHALF OF THE TEXAS NRD TRUSTEES

  /s/ Thomas H. Edwards
THOMAS H. EDWARDS
Assistant Attorney General
Tex. Bar No. 06461800
Thomas.Edwards@TexasAttorneyGeneral.gov

CRAIG J. PRITZLAFF
Assistant Attorney General
Tex. Bar No. 24046658
Craig.Pritzlaff@TexasAttorneyGeneral.gov

HEATHER D. HUNZIKER
Assistant Attorney General
Tex. Bar No. 24046327
Heather.Hunziker@TexasAttorneyGeneral.gov
ATTORNEYS FOR THE STATE OF TEXAS

                                                                         Office of the Attorney General
                                                                         P.O. Box 12548, Capitol Station
                                                                         Austin, Texas 78711-2548
                                                                               Tel: (512) 463-2012
                                                                               Fax: (512) 320-0911

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing document has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 30th day of August 2013.

                                                                                /s/ Thomas H. Edwards
                                                                              THOMAS H. EDWARDS