UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" in | : | |
| the GULF OF MEXICO, on | : | SECTION:  J |
| APRIL 20, 2010 | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |
| **THIS DOCUMENT RELATES TO** | : | |
| **ALL CASES** | : | JURY TRIAL DEMANDED |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### ORDER

Before the Court is the request of Cameron International Corporation to release the red Conex box (and its contents consisting of office furniture, storage cabinets, and tools) previously located at Michoud during the examination of the *Deepwater Horizon* blowout preventer and currently located at its facility in Berwick, Louisiana from any preservation obligation under PTO 1 or otherwise.  Considering the request and no opposition from any party;

IT IS ORDERED that Cameron International Corporation's request is GRANTED and Cameron International Corporation is hereby permitted to remove the Conex box (and its contents) from its facility in Berwick, Louisiana and to use the Conex box (and its contents) in its business.  Cameron International Corporation is excused from any obligation to preserve the Conex box (or its contents) under PTO 1 or otherwise.

New Orleans, Louisiana, this 30th day of August, 2013.

_____
SALLY SHUSHAN
United States Magistrate Judge