UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL NO. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : : | JUDGE BARBIER |
| 2:10-CV-02771 | : : | MAGISTRATE JUDGE SHUSHAN |

### UNITED STATES' OBJECTIONS TO GOOD FAITH
### PHASE TWO TRIAL EXHIBIT LIST – THIRD INSTALLMENT

Attached please find the United States' Objections to Good Faith Phase Two Trial Exhibit List – Third Installment ("Objections"). These Objections only include the United States' objections to exhibits that were first added to the parties' Exhibit Lists in their August 23, 2013 Good Faith Phase Two Trial Exhibit Lists – Third Installment ("Third Installment Exhibit Lists"). The United States incorporates by reference all objections it has made to exhibits identified on the parties' First and Second Installments, except for those that the United States has explicitly withdrawn.

For each exhibit on the Third Installment Exhibit Lists, the United States makes these Objections as to the party(ies) that included that exhibit on their Third Installment Exhibit Lists, and reserves the right to object at a later time to the admission or use of any exhibits by party(ies) that did not include these exhibits on their Exhibit List.[1] The United States makes

---

[1] The United States made the same objection in its Objections to Good Faith Phase Two Trial Exhibit List – Second Installment (E-Service Doc. No. 51884150) and its Objections to Good Faith Phase Two Trial Exhibit List – First Installment (E-Service Doc. No. 48921422). Accordingly, the United States reserves the right to object at a later time to any party that seeks to admit or use an exhibit that was not included on that party's Exhibit List. The United States specifically objects to BP's reservation of the "right to offer into evidence or use for impeachment or other

these Objections based on the assumption that each exhibit will only be used against the party that produced that exhibit, and reserves the right to object at a later time to any exhibits introduced against the United States that were not produced by the United States.

The United States objects to BP's reservation of the right to supplement or amend its 8/23/2013 Good Faith Phase II Trial Exhibit List as outlined in the pleading that accompanied its submission of that list.  Dkt. 1115 at 1-2 ("BP Pleading").  Pursuant to the Court's Order, the parties are not permitted to add exhibits to their lists after the date on which their Third Installment lists are due, "[e]xcept for good cause shown."  Revised Timeline 8-1-13, Dkt. 10899-1 at 1; *see also* "Phase Two Timeline DRAFT_8-22-2013.docx" emailed to Judge Shushan and the parties by Joseph Eisert on Aug. 22, 2013.  The United States believes that "good cause" must be shown on an exhibit-by-exhibit basis and reserves the right to challenge any assertion of "good cause" at the time it is made to the Court.

The United States also reserves the right to object at a later time to the relevance of any exhibit to the extent that those objections that do not become apparent until a later date (i.e., due to pretrial motions practice).  The United States further reserves the right to object to the admission or use of exhibits on its Good Faith Phase Two Trial Exhibit List – Third Installment by other parties depending on the party and the purpose for which that party seeks to admit or use the document.

The United States notes that pursuant to the Court's Order Regarding the Opinions of Experts Which Are Withdrawn, Dkt. 5560, no opinions or reports of experts who are not listed on the retaining party's final witness list may be introduced into evidence.  Accordingly, the

---

purposes documents included on other parties' exhibit lists or referenced by other parties' experts in their reports or at trial."  BP's 8/23/2013 Good Faith Phase II Trial Exhibit List-Third Installment, Dkt. 1115 at 1-2.

United States reserves its right to object to the use or admission of any materials created by withdrawn experts, including, but not limited to, their reports and any modeling runs created by them or at their direction.

As indicated on the attached Objections, the following documents listed by the parties on their Good Faith Phase Two Trial Exhibit List – Third Installment have been previously clawed back by the United States, and for this reason, the United States objects to their inclusion on the Good Faith Phase Two Trial Exhibit – Third Installment. The United States requests that pursuant to Pretrial Order 14, the parties promptly return, destroy or sequester all copies of these documents, and refrain from any further use, copying or distribution of these documents. In the event that any of these clawbacks are successfully challenged by any party, the United States reserves the right to object to the admission or use of these documents at that time.

| TREX Number | Bates Range |
|---|---|
| TREX-009646 | DSE029-001033 – DSE029-001037 |
| TREX-120187 | IGS678-006263 – IGS678-006267 |
| TREX-144910 | SNL095-027423 – SNL095-027424 |

Respectfully submitted,

| | |
|---|---|
| BRIAN HAUCK | ROBERT G. DREHER |
| Deputy Assistant Attorney General | Acting Assistant Attorney General |
| Civil Division | Environment & Natural Resources Division |
| PETER FROST | SARAH HIMMELHOCH |
| Directory, Torts Branch, Civil Division | Senior Litigation Counsel |
| Admiralty and Aviation | NANCY FLICKINGER |
| STEPHEN G. FLYNN | SCOTT CERNICH |
| Assistant Director | RICHARD GLADSTEIN |
| MICHELLE DELEMARRE | THOMAS BENSON |
| SHARON SHUTLER | Senior Attorneys |
| JESSICA SULLIVAN | A. NATHANIEL CHAKERES |
| JESSICA MCCLELLAN | ANNA CROSS |
| MALINDA LAWRENCE | BETHANY ENGEL |
| Trial Attorneys | JUDY HARVEY |
| | RACHEL KING |

R. MICHAEL UNDERHILL, T.A.
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463
Telephone: 415-436-6648
Facsimile: 415-436-6632
E-mail: mike.underhill@usdoj.gov

ERICA PENCAK
Trial Attorneys

/s/ Sarah Himmelhoch
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov
DANA J. BOENTE
United States Attorney
Eastern District of Louisiana
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3000
Facsimile: (504) 680-3184
E-mail: sharon.d.smith@usdoj.gov

Attorneys for the UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing United States' Objections to Good Faith Phase Two Trial Exhibit List – Third Installment has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12.

              Dated:  August 30, 2013

              <u>*/s/ Sarah Himmelhoch*</u>