UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG § | | MDL-2179 |
| "DEEPWATER HORIZON" § | | |
| in the GULF OF MEXICO, on § | | |
| APRIL 20, 2010 § | | SECTION "J" |
| § | | |
| THIS DOCUMENT RELATES TO: § | | JUDGE BARBIER |
| § | | MAG. JUDGE SHUSHAN |
| *10-cv-3059 and 11-cv-0516* § | | |

*******************************************************************************

STATE OF LOUISIANA'S OBJECTIONS TO
AND APPEAL FROM MAGISTRATE JUDGE'S ORDER
[Regarding OPA Test Cases] [Rec. Doc. 11031]

Pursuant to 28 U.S.C. § 636 (b)(1)(A) and Federal Rule of Civil Procedure Rule 72(a), Plaintiff, the State of Louisiana objects to and appeals from the Magistrate Judge's Order entered August 16, 2013. 8/16/13 Order [Regarding OPA Test Cases] [Rec Doc. 11031]. As described more fully in the accompanying memorandum in support, the Order, which prioritizes certain cases for trial before the State of Louisiana's economic loss claims, constitutes an abuse of discretion and clear error under these circumstances. Accordingly, the State of Louisiana requests that this Court modify or reverse those portions of the Magistrate Judge's Order.

Dated this 30th day of August, 2013.

Respectfully submitted,

| | |
|---|---|
| JAMES D. "BUDDY" CALDWELL | KANNER & WHITELEY, LLC |
| LOUISIANA ATTORNEY GENERAL | |
| | /s/ Allan Kanner |
| James Trey Phillips | Allan Kanner |
| First Assistant Attorney General | Elizabeth B. Petersen |
| Megan K. Terrell | Douglas R. Kraus |
| Assistant Attorney General | 701 Camp Street |
| Section Chief –Environmental | New Orleans, LA 70130 |
| State of Louisiana | Telephone: (504) 524-5777 |
| P.O. Box 94005 | **Special Counsel for Plaintiff** |
| Baton Rouge, LA 70804-9005 | **Attorney General, State of Louisiana** |
| Telephone: (225) 326-6708 | |

| | |
|---|---|
| HENRY DART,<br>ATTORNEYS AT LAW P.C. | USRY, WEEKS, &<br>MATTHEWS, APLC |

/s/ Henry T. Dart   /s/ T. Allen Usry

Henry T. Dart
Grady J. Flattmann
510 N. Jefferson St.
Covington, LA 70433
Telephone: (985) 809-8093
**Special Counsel for Plaintiff**
**Attorney General, State of Louisiana**

T. Allen Usry
1615 Poydras St.
Suite 12
New Orleans, LA 70112
Telephone: (504) 592-4641
**Special Counsel for Plaintiff**
**Attorney General, State of Louisiana**

SHOWS, CALI, BERTHELOT &
WALSH, LLP

/s/ E. Wade Shows

E. Wade Shows
628 St. Louis Street
Baton Rouge, LA 70802
Telephone: (225) 346-1461
**Special Counsel for Plaintiff**
**Attorney General, State of Louisiana**