UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill bt the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon in the Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: No. 13-5235, *Russell Hayden v. AMC Liftboats, Inc., et al* | * | MAGISTRATE SHUSHAN |

* * * * * * * *

## MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, comes the plaintiff, RUSSELL HAYDEN, who respectfully moves the Court to remand the captioned matter to the 25th Judicial District Court for the Parish of Plaquemines, State of Louisiana, as this matter was improperly removed under 28 U.S.C. § 1441, et seq., for the reasons more fully set forth in the Memorandum in Support hereof.

In addition, the plaintiff prays that attorney's fees and costs incurred by the plaintiff as a result of the removal of this matter be assessed against the removing parties as allowed by 28 U.S.C. § 1447(c).

RESPECTFULLY SUBMITTED:

__s/ David C. Whitmore_____
LAWRENCE BLAKE JONES        (7495)
DAVID C. WHITMORE               (17864)
JULIE SUMRALL                          (21387)
SCHEUERMANN & JONES, LLC
701 Poydras Street, Suite 4100
New Orleans, Louisiana  70139
Telephone:  (504) 525-4361
Facsimile:  (504) 525-4380

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 30th of August, 2013, a copy of the above and foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record that have elected e-notification by operation of the court's electronic filing system.  I further certify that, on the aforementioned date, I also served a copy of the foregoing pleading upon all counsel of record who are non-CM/ECF participants via facsimile transmission and/or via hand delivery and/or via the United States mail, postage prepaid and properly addressed.

_____s/ David C. Whitmore_____