UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill bt the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon in the Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: No. 13-5235, *Russell Hayden v. AMC Liftboats, Inc., et al* | * | MAGISTRATE SHUSHAN |

*   *   *   *   *   *   *   *

## NOTICE OF SUBMISSION

NOTICE IS HEREBY GIVEN that the Motion to Remand, filed by the plaintiff, Russell Hayden, will be submitted for decision to the Honorable Carl J. Barbier, United States District Judge, 500 Poydras Street, New Orleans, Louisiana, on the 25th day of September, 2013 at 9:30 a.m.

RESPECTFULLY SUBMITTED:

__s/ David C. Whitmore_____
LAWRENCE BLAKE JONES       (7495)
DAVID C. WHITMORE              (17864)
JULIE SUMRALL                       (21387)
SCHEUERMANN & JONES, LLC
701 Poydras Street, Suite 4100
New Orleans, Louisiana 70139
Telephone: (504) 525-4361
Facsimile: (504) 525-4380

## CERTIFICATE OF SERVICE

I do hereby certify that on the 30th day of August, 2013, a copy of the above and foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record that have elected e-

notification by operation of the court's electronic filing system. I further certify that, on the aforementioned date, I also served a copy of the foregoing pleading upon all counsel of record who are non-CM/ECF participants via facsimile transmission and/or via hand delivery and/or via the United States mail, postage prepaid and properly addressed.

\_\_\_\_\_s/ David C. Whitmore_____