UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| | SECTION "J" (1) |
| THIS DOCUMENT APPLIES TO: *ALL CASES & 2:10-CV-02771* | JUDGE BARBIER |
| | MAGISTRATE SHUSHAN |

**TRANSOCEAN'S PHASE TWO EXHIBIT OBJECTIONS
THIRD INSTALLMENT**

**NOW INTO COURT** come Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc. (collectively "Transocean"), and respectfully submit the following Phase Two Exhibit Objections – Third Installment for Phase Two of the Limitation of Liability Trial.  Transocean raises the following general objections and sets forth specific objections in the attached Exhibit A:

1) Transocean reserves the right to object to all exhibits that have not been produced or sufficiently identified on the parties' exhibit lists.

2) Transocean reserves the right to object at trial to all photographic, demonstrative and/or physical exhibits.

3) Transocean objects to the introduction and/or use of any exhibit solely related to Phase One issues that appears for the first time on any party's Phase Two exhibit list.

4) Transocean objects pursuant to 46 U.S.C. § 6308 to the introduction and/or use of all exhibits related to the Marine Board Investigation.

5) Transocean objects pursuant to 42 U.S.C. § 7412 to the introduction and/or use of all exhibits related to any U.S. Chemical Safety Board investigation and/or report.

6) Transocean objects to the introduction and/or use of all governmental reports, including all testimony, attachments, figures, pictures, and documents thereto.

7) Transocean objects to the introduction and/or use of all exhibits that set forth full or partial deposition testimony, page-line deposition designations, or deposition narrative summaries.

8) Transocean objects to the introduction and/or use of all third-party investigation reports and all testimony, attachments, figures, pictures, and documents related thereto. Transocean specifically does not object to the introduction and/or use of the DNV report, including all attachments, figures, pictures, and other documents related thereto, given its status as a court-authorized investigation.

9) Transocean objects to the introduction and/or use of all exhibits that are substantially similar or a complete or partial duplicate of exhibits that Transocean has specifically objected to.

10) By objecting to certain exhibits, Transocean does not waive the right to introduce such exhibits at trial. For example, Transocean has included certain exhibits on its Phase II Exhibit List that would be inadmissible hearsay if introduced by another party, but may be admissible as party admissions if offered against that party.

11) To the extent Transocean objects to a specific exhibit, Transocean also objects to all subsections of that exhibit.

12) To the extent Transocean objects to a specific exhibit, Transocean also objects to any "cured" versions of that exhibit.

13) Transocean cannot locate several exhibits or parts of exhibits identified in the parties' exhibit lists. These documents are identified specifically in Exhibit A. Based on the

descriptions provided by the respective parties, Transocean is not currently objecting to each of these entries' inclusion on various exhibit lists. However, Transocean reserves the right to object to these exhibits later if they contain material subject to an objection that is not apparent from the description the parties provided.

Respectfully submitted this 30th day of August, 2013.

| | |
|---|---|
| By: /s/ Brad D. Brian<br>Brad D. Brian<br>Michael R. Doyen<br>Daniel B. Levin<br>Susan E. Nash<br>MUNGER TOLLES & OLSEN, LLP<br>355 So. Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 683-9100<br>Fax: (213) 683-5180<br>Email: brad.brian@mto.com<br>    michael.doyen@mto.com<br>    daniel.levin@mto.com<br>    susan.nash@mto.com | By: /s/ Steven L. Roberts<br>Steven L. Roberts<br>Rachel Giesber Clingman<br>Sean Jordan<br>SUTHERLAND ASBILL & BRENNAN LLP<br>1001 Fannin Street, Suite 3700<br>Houston, TX 77002<br>Tel: (713) 4710-6100<br>Fax: (713) 354-1301<br>Email: steven.roberts@sutherland.com<br>    rachel.clingman@sutherland.com<br>    sean.jordan@sutherland.com |
| John M. Elsley<br>ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP<br>711 Louisiana Street, Suite 500<br>Houston, TX 77002<br>Tel: (713) 224-8380 | By: /s/ Kerry J. Miller<br>Kerry J. Miller<br>FRILOT, LLC<br>1100 Poydras Street, Suite 3800<br>New Orleans, LA 70163<br>Tel: (504) 599-8194<br>Fax: (504) 599-8154<br>Email: kmiller@frilot.com |

**Counsel for Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH.**

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2013, I electronically filed a PDF version of this document with the Court's CM/ECF system and service on all counsel of record by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

                                                    /s/ Kerry J. Miller
                                                       Kerry J. Miller