UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION "J" |
| Applies to: | * * | JUDGE BARBIER |
| *12-970* | * * | MAGISTRATE SHUSHAN |

## ORDER

IT IS ORDERED that any responses to Class Counsel's Motion to Authorize Claims Administrator to Implement the Settlement Agreement with Respect to Oil & Gas Support Services Industry Claims (Rec. Doc. 11156) shall be filed no later than <u>Monday, September 9, 2013</u>.

New Orleans, Louisiana, this 3rd day of September, 2013.

_____
United States District Judge