# EXHIBIT "A"

| Claimant Name | Date of Filing | Short Form Document Number |
|---|---|---|
| Metro Gaming & Amusement Corp. | 07/18/13 | 135865 |
| Milligan, Phillip | 07/30/13 | 135892 |
| Jones, Grallen Eugene | 07/30/13 | 135893 |
| Charlie Vaughn Construction | 08/09/13 | 135938 |
| Sunseri, Alfred R. | 08/14/13 | 135950 |
| Suneri, Salvador Jr. | 08/21/13 | 135954 |