# EXHIBIT "A"

| Claimant Name | Date of Filing | Short Form Document Number |
|---|---|---|
| Le Matidora Inn, LLC | 07/09/13 | 135456 |
| DAL-CO, LLC | 08/05/13 | 135898 |
| Palmer, Doris E. | 08/08/13 | 135937 |
| Johnson, Keith | 08/29/13 | 136005 |
| Constantin Land Trust | 08/29/13 | 136006 |