UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § | MDL NO. 2179<br><br>SECTION:  J |
| This Document Relates to: | § § | JUDGE BARBIER |
| KUZMA PETROVICH SR. | § | MAG. JUDGE SHUSHAN |

**************************************************************************

### MOTION TO SHOW CAUSE WHY KUZMA PETROVICH, SR'S SEAFOOD COMPENSATION CLAIM HAS NOT BEEN PAID

**NOW INTO COURT**, through undersigned counsel, come Plaintiff, through undersigned counsel who asks this Honorable Court for a hearing to determine why his oyster lease damage claim and oyster related loss of income claim have not been paid.

Date: September 3, 2013                    Respectfully submitted,

 */s/ Daniel E. Becnel, Jr.*
  Daniel E. Becnel, Jr. (2926)
  Salvadore Christina, Jr. (27198)
  BECNEL LAW FIRM, LLC
  106 W. SEVENTH ST.
  P.O. DRAWER H
  RESERVE, LA 700084

CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL2179, on this 3rd day of September, 2013.

                /s/ Daniel E. Becnel, Jr.
                Daniel E. Becnel, Jr.