UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | § | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf of | § | |
| Mexico, on    April 20, 2010 | § | SECTION:  J |
| | § | |
| This Document Relates to: | § | Judge Barbier |
| | § | |
| Kuzma Petrovich Sr. | § | Mag. Judge Shushan |

*************************************************************************

## MEMORANDUM IN SUPPORT OF
## MOTION TO SHOW CAUSE

**MAY IT PLEASE THE COURT,** Plaintiff Kuzma Petrovich, Sr., is requesting that the Claims Administration be ordered to show cause why his claim for damages to his leased oyster beds has not been evaluated.

Plaintiff originally filed an interim claim with the Gulf Coast Claims Facility in September 2010.  In order to help document his claim, Mr. Petrovich, on his own accord, hired H2O Oyster, LLC to inspect his leases and determine the damage inflicted on his oyster beds due to the oil spill[1].  Mr. Petrovich incurred a cost of $13,497.00 to secure this report. Thereafter, Plaintiff hired undersigned counsel and a Final Payment Claim Form was submitted on June 22, 2011.  Given that this was supposed to be a simple process; our office charged only a 10% contingency fee on oyster related claims.  After numerous phone calls, in an attempt to settle this claim as well as many other with Ken Fienberg, Mary Pat Fox and their accountant, Nicholas Landry; an in-person meeting with Mr. Fienberg and Mr. Landry was conducted in Washington D.C. on February 23rd

---

[1] A copy of the report is attached as Exhibit "A"

1

and 24th.  At that meeting a settlement was reached on Mr. Kuzma Petrovich, Jr's claims and Mr. Kuzma Petrovich Sr's claims were still being negotiated.

Shortly after this meeting Kuzma Petrovich, Jr. received his offer and accepted it. The next day, your Honor issued his order[2] stripping the GCCF of its authority and creating the Deepwater Horizon Claims Administration, with Patrick Juneau as the Claims Administrator.  Even though undersigned counsel and Mr. Fienberg's team was on the cusp of resolving this claim, an agreement could not be reached prior to the creation of the new settlement administration.

Mr. Petrovich had his GCCF file transferred to the Claims Administration around August 1, 2012, and in December of 2012 and January 2013, he filed his registration form and appropriate claim forms.  Since that time, Mr. Petrovich has been asked to supplement some of the information he provided.  He fulfilled the requests for additional lease documents from the Department of Wildlife and Fisheries on March 28, 2013, and June 18, 2013.  In addition he filed the affidavit, regarding percentage of ownership of certain leases, asked of him on June 18, 2013, as well.

Mr. Petrovich's claim contained information detailing that he owned leases under his name (915 acres), his wife Penelope Petrovich (800 acres), in combination of Kuzma and Penelope Petrovich (989 acres), and under the name Du-Tex, Inc. (707 acres).  Mr. Petrovich also had a 50% stake in leases with Sime Tomasovic (201 acres) and Ivo Bilich (243 acres).  In total, Mr. Petrovich has 3632 acres of oyster leases.  His son, Kuzma Petrovich Jr., Ve Nguyen, Tran Nguyen, Gojomire Zypanovic, and Anthony Zupanovic harvested the oysters from these leases.

---

[2] Doc. No.:5988

There is a pending request for additional trip tickets/tax documents in order to properly calculate the loss income portion of his claim. In order to comply with these requests to supplement the documents that were filed with the claim form, requests have been sent to the Department of Wildlife and Fisheries for copies of the trip tickets and other financial documents. The claims administration has given us a deadline of September 18, 2013, to supplement these documents.

Plaintiff understands that his Honorable Court placed an emphasis on Seafood-related claims. All of the oysterman that Mr. Petrovich works side by side with or knows from the community have indicated to him that they have been paid. His son Kuzma Petrovich, Jr. and daughter, Danica Ansardi have received payments for their claims.

As a result of having his claim still pending, Mr. Petrovich has been unable to repair the damage to his oyster beds. Mr. Petrovich has not been able to purchase the necessary material to start re-cultivating his oyster beds so that new oysters can start to attach to the bed and grow. As the Court may be aware, it takes roughly 3 years for an oyster seedling to grow to a harvestable size. The longer Mr. Petrovich's claim is pending without an offer, the longer, more expensive, and harder it will be for him to recultivate his oyster beds and start earning an income equivalent to what he was earning prior to the Deepwater Horizon Oil Spill.

While there is an outstanding request for more information on his financial records/trip tickets to ascertain the proper lost income damage, Mr. Petrovich's claim for damage to his oyster beds should be fairly easy to determine. The settlement calls for Mr. Petrovich to be compensated $2000 per acre for each acre located in Zone A. All of Mr. Petrovich's leases are contained in Zone A. Therefore, Mr. would be entitled to an

offer of $7,264,000 for the damage to his leases. Being that this would be his first compensation in this program, this amount would be offset against what was previously received as interim/emergency payments from the BP ($47,552.00) and the GCCF ($61,800.00). This would offset would make Mr. Petrovich's offer be $7,154,648.00 for the damages suffered by his leaseholds.

When undersigned counsel was presenting oral arguments to the Unites States District Panel on Multidistrict Litigation in Portland, Maine, Judge Kaplan suggested that if problems with the settlement arose, why not speak to the Judge? I advised that I believed it would be an ethical violation but that one could file a motion with the Court instead. That is the reason for this motion being filed today.

Plaintiff prays that this Court will grant his Motion and issue a Show Cause Order to the Claims Administration as to why Mr. Petrovich's lease damage claim has not been paid.

Date: September 3, 2013          Respectfully submitted,

/s/ Daniel E. Becnel, Jr.
Daniel E. Becnel, Jr. (2926)
Salvadore Christina, Jr. (27198)
BECNEL LAW FIRM, LLC
106 W. SEVENTH ST.
P.O. DRAWER H
RESERVE, LA 70084

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL2179, on this 3rd day of September, 2013.

/s/ Daniel E. Becnel, Jr.

5

Daniel E. Becnel, Jr.