10762
Exhibit No. _____
Worldwide Court Reporters, Inc.

# National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling

## THE AMOUNT AND FATE OF THE OIL

---Draft---

Staff Working Paper No. 3

*Staff Working Papers are written by the staff of the National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling for the use of members of the Commission. They are preliminary, subject to change, and do not necessarily reflect the views either of the Commission as a whole or of any of its members. In addition, they may be based in part on confidential interviews with government and non-government personnel.*



- 1 -

CONFIDENTIAL

BP-HZN-2179MDL04179313

Pages 2 through 15 redacted
- - - - - - - - - - - - - - - - - - - - - - - - - - -

CONFIDENTIAL



The emerging consensus is that roughly five million barrels of oil were released by the Macondo well, with roughly 4.2 million barrels pouring into the waters of the Gulf of Mexico. Using different methods, the government teams and independent scientists arrived at the same approximate figure.



- 16 -

BP-HZN-2179MDL04179328

Pages 17 through 29 redacted
- - - - - - - - - - - - - - - - - - - - - - - - - - -