# Exhibit 1

## Excerpts from the Deposition Transcript of Dr. Rory Davis

## Taken July 12, 2013

## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL        ) MDL NO. 2179
BY THE OIL RIG          )
"DEEPWATER HORIZON" IN  ) SECTION "J"
THE GULF OF MEXICO, ON  )
APRIL 20, 2010          ) JUDGE BARBIER
                        ) MAG. JUDGE SHUSHAN

Deposition of RORY RONALD DAVIS, Ph.D., P.E., taken at Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 12th day of July, 2013.

## Page 2

APPEARANCES

APPEARING FOR BP, INC.:
  Mr. Paul D. Collier
  Ms. Emily Dempsey
  KIRKLAND & ELLIS
  300 North LaSalle
  Chicago, Illinois  60654

APPEARING FOR TRANSOCEAN:
  Mr. Carter L. Williams
  SUTHERLAND ASBILL & BRENNAN
  1001 Fannin, Suite 3700
  Houston, Texas  77002-6760
  Mr. James A. Orr
  SUTHERLAND ASBILL & BRENNAN
  999 Peachtree Street, NE, Suite 2300
  Atlanta, Georgia  30309

APPEARING FOR ANADARKO PETROLEUM CORPORATION:
  Ms. Sarah E. Iiams
  KUCHLER POLK SCHELL WEINER & RICHESON
  1615 Poydras Street, Suite 1300
  New Orleans, Louisiana 70112

APPEARING FOR HALLIBURTON:
  Mr. Prescott W. Smith
  GODWIN LEWIS
  1201 Elm Street, Suite 1700
  Dallas, Texas 75270-2041

  Mr. Jerry C. von Sternberg
  Mr. Colby S. Hodges
  Mr. Matthew Parks
  GODWIN LEWIS
  1331 Lamar, Suite 1665
  Houston, Texas  77010-3133

## Page 3

A P P E A R A N C E S (Continued)

APPEARING FOR THE UNITED STATES:
  Mr. Scott Cernich
  U.S. DEPARTMENT OF JUSTICE
  601 D Street, N.W.
  Washington, D. C.  20004
  Ms. Malinda Lawrence
  U.S. DEPARTMENT OF JUSTICE
  TORT BRANCH, CIVIL DIVISION
  1425 New York Avenue, N.W.
  Suite 10100
  Washington, D.C.  20005
  Post Office Box 14271
  Washington, D.C.  20044-4271

APPEARING FOR THE STATE OF LOUISIANA:
  Mr. Douglas R. Kraus
  Attorneys for Louisiana Attorney General
  KANNER & WHITELEY
  701 Camp Street
  New Orleans, Louisiana  70130-3504

ALSO PRESENT:
  Mr. Ray Aguirre, Case Manager
  Mr. James Deel, Videographer

## Page 4

INDEX
VIDEOTAPED ORAL DEPOSITION OF
RORY RONALD DAVIS, Ph.D., P.E.
JULY 12, 2013

                                           PAGE
Appearances . . . . . . . . . . . . . .  2
Examination by Mr. Collier . . . . . . .  6
Examination by Ms. Iiams . . . . . . . . 190
Examination by Mr. Williams  . . . . . . 193
Examination by Mr. von Sternberg . . . . 201
Examination by Ms. Lawrence  . . . . . . 209
Signature and changes  . . . . . . . . . 215
Reporter's Certificate . . . . . . . . . 217

EXHIBITS

                                           PAGE
EXHIBIT NO. 11679 . . . . . . . . . .   10
  Expert report of Dr. Rory R. Davis,
  P.E., 24 pages
EXHIBIT NO. 11680 . . . . . . . . . .   13
  Letter from Ms. Himmelhoch indicating
  errors in expert reports, three pages
EXHIBIT NO. 11681 . . . . . . . . . .   42
  Excel spreadsheet,
  BP-HZN-2179MDL02693155
EXHIBIT NO. 11682 . . . . . . . . . .  142
  E-mail string, top e-mail from
  Mr. Watson to Mr. Ammerman, dated
  May 19, 2010, ADX001-0005630 -
  ADX001-0005631
(Exhibits referenced.)
EXHIBIT NO. 9773 . . . . . . . . . . . 138
EXHIBIT NO. 9774 . . . . . . . . . . . 140
EXHIBIT NO. 9775 . . . . . . . . . . . 131

```
                                                29                                                      30
 1      Q.   And you don't list any specific         1   overwrapped high pressure tanks, aircraft
 2   skills that you have relating to evaluating     2   seat crash durability, airport train
 3   metal erosion, correct?                         3   systems," and "solid rocket motors," correct?
 4      A.   Correct.                                4      A.   Yes.
 5      Q.   Now, you also identify your             5      Q.   Are there any other subject
 6   employment history in your CV, correct?         6   matters that you have worked on while at ATA
 7      A.   Yes.                                    7   Engineering?
 8      Q.   And you identified earlier that         8      A.   Yeah -- yes, but these are the
 9   you are currently employed by ATA               9   primary ones where I was principally the
10   Engineering, correct?                          10   engineer working them.
11      A.   Yes.                                   11      Q.   For the projects that you've
12      Q.   And remind me again, what was          12   worked on while with ATA Engineering, have
13   the -- what is your current title with ATA     13   any of those involved an evaluation or study
14   Engineering?                                   14   of erosive behavior of fluid flow?
15      A.   Senior technical adviser.              15      A.   No.
16      Q.   And you began working for ATA          16      Q.   For the projects that you've
17   Engineering in October of 2012, correct?       17   worked on while with ATA Engineering, have
18      A.   Yes.                                   18   any of the projects related to evaluating or
19      Q.   And on the front page of your CV       19   studying metal erosion?
20   you list the subjects of projects that you've  20      A.   No.
21   worked on while employed by ATA Engineering,   21      Q.   For the projects that you've
22   correct?                                       22   worked on while employed by ATA Engineering,
23      A.   Yes.                                   23   have any of those projects related to the
24      Q.   And you identify "Amusement park       24   study or evaluation of computational fluid
25   rides and equipment, satellite composite       25   dynamics?

                                                31                                                      32
 1      A.   No.                                     1   projects on which you were a principal
 2      Q.   Now, you are currently the --           2   involved in those projects?
 3   the chief engineer for Convergence              3      A.   Yes.
 4   Engineering; is that correct?                   4      Q.   With respect to the projects
 5      A.   Yes.                                    5   that you worked on for convergence, have you
 6      Q.   And you worked with Convergence         6   worked on any that focused on evaluating and
 7   Engineering since 1990, correct?                7   assessing the effect of erosive flow?
 8      A.   Yes.                                    8      A.   Only this -- this legal case.
 9      Q.   And in your CV, you identify a          9      Q.   Other than the Deepwater Horizon
10   long list of projects that you've worked on    10   case for the projects that you have worked on
11   while with Convergence Engineering, correct?   11   for Convergence, have any of them involved
12      A.   Yes.                                   12   using computational fluid dynamics?
13      Q.   And is this a comprehensive list       13      A.   Yes, numerous of these cases
14   of the projects that you've worked on while    14   have involved computational fluid dynamics.
15   working with Convergence Engineering?          15   As a mechanical engineer evaluating
16      A.   No, I would call it a list of          16   structures primarily, I often work with
17   major projects.                                17   people that do CFD.  I use their information
18      Q.   And what's your definition of a        18   for loading on my structures, so I have some
19   major project?                                 19   familiarity with CFD, not as one that's
20      A.   Where a substantial amount of          20   actually performing the analysis,
21   technical work was done, maybe a month's time  21   necessarily, but as a user of the results.
22   at least.                                      22      Q.   So for projects that you've
23      Q.   And for the projects that you've       23   worked on for Convergence, you've utilized
24   identified with respect to your employment     24   the results of CFD analyses in work that
25   with Convergence Engineering, those are        25   you've conducted?
```

121

1  I think, unless it was on the -- in the
2  reports.
3      Q.   As you sit here today, do you
4  recall any non-privileged materials that
5  presented an erosion math model by a U.S.
6  scientist or expert?
7      A.   The deciphered information from
8  Nesic done by U.S. experts.
9      Q.   So other than the deciphering of
10 Dr. Nesic's models, are you aware of any U.S.
11 scientist or expert who has presented an
12 erosion math model that is non-privileged?
13     A.   Not that I recall.
14     Q.   What type of discussion as to
15 the erosion math model do you contend that
16 Dr. Nesic should have included in his report?
17     A.   Well, first, a math model should
18 be actually described.  That would be a good
19 start.  The parameters should be defined.
20 The values the parameters used should be
21 discussed and why those values are
22 appropriate values and how using those values
23 provides accurate and reliability -- and
24 reliable erosion prediction.
25     Q.   Now, you agree that Dr. Nesic

122

1  disclosed the formulas that were used for his
2  various erosion models, correct?
3      A.   Only after the fact through the
4  FLUENT files, yes.
5      Q.   And you agree that Dr. Nesic
6  disclosed the attributes of the mesh that he
7  used for his CFD models, correct, through the
8  FLUENT files?
9      A.   I didn't see the FLUENT files
10 myself, so I can't say firsthand, but I
11 assume that's true.
12     Q.   And you agree that Dr. Nesic
13 disclosed the parameters for his models
14 including the particle size for the sand
15 particles in his CFD models that were
16 provided with his FLUENT files, correct?
17     A.   As I understand it, there was
18 particle size that was defined in the FLUENT
19 files that was different than in his report.
20     Q.   Will you agree that for the CFD
21 models that he ran, the particle size was
22 provided in the FLUENT files, correct?
23     A.   If the FLUENT files were
24 complete, I think they included that.
25     Q.   Now, you said that the particle

123

1  size that was used in Dr. Nesic's FLUENT
2  files was different from the ones in his
3  report, correct?
4      A.   That's my understanding.
5      Q.   And what's the basis for that
6  understanding?
7      A.   The other experts talk about it.
8      Q.   And so you haven't actually seen
9  what the particle size that Dr. Nesic used in
10 the FLUENT files, correct?
11     A.   I've already said that I haven't
12 gone through the FLUENT files myself.
13     Q.   So you don't know how --
14     A.   So you can talk to the CFD
15 experts about the details of that.
16     Q.   And you're not offering any
17 opinion, then, as to the difference between
18 the particle sizes that Dr. Nesic used in the
19 FLUENT files and what he described in his
20 expert report, correct?
21     A.   No opinion except what I've
22 already said.
23     Q.   Now, in your report you don't
24 offer any criticisms of the equations that
25 defined Dr. Nesic's CFD models, correct?

124

1      A.   I don't make any opinions about
2  any of the CFD modeling, equations or
3  otherwise.
4      Q.   And so that would be the same,
5  then, if I were to ask you about the
6  attributes of the mesh or the types of
7  parameters that he used within those CFD
8  models, you don't have any opinion on that,
9  correct?
10     A.   Yes.  All aspects of the CFD
11 modeling, evaluating them, critiquing them
12 was not part of my task.
13     Q.   Now, in your report you also
14 level criticism at Dr. Nesic's calibration
15 simulation, correct?
16     A.   Yes.
17     Q.   And you're aware that Dr. Nesic
18 performed a calibil- -- calibration
19 simulation relating to certain of his models
20 that he prepared in ANSYS FLUENT, correct?
21     A.   It's my understanding, if we're
22 talking about the same thing, he did a CFD
23 model of the test apparatus that was in the
24 Postlethwaite and Nesic report and did a
25 transient analysis with that model.

141

1  Q.  And are you aware that the first
2  two holes that were observed in the kink of
3  the kinked riser appeared on April 28th?
4  A.  No, I haven't studied the
5  details of when they appeared.
6  Q.  Have you done any analysis of
7  those holes as far as erosion is concerned?
8  A.  None in particular.
9  Q.  Have you reviewed the
10 photographic images of the holes that
11 appeared in the kink?
12 A.  Yes.
13 Q.  And have you reviewed the -- the
14 laser-scanned images that were taken of
15 the -- of the kink and specifically the holes
16 in the kink?
17 A.  Yes, I believe at some time I
18 did.
19 Q.  And you would agree that the --
20 the holes in the kink of the kinked riser
21 indicate evidence of erosion?
22 A.  Yes.
23 Q.  Now, were you aware that there
24 was a hole that appeared in the kink of the
25 kinked riser on May 19th of 2010?

142

1  A.  I already answered that I
2  haven't studied when these holes occurred.
3  Q.  If a hole did appear in the kink
4  on May 19th of 2010, that would be an
5  indication that the Macondo well was still
6  flowing with solid particles in it, correct?
7  A.  Yes, most probably.
8  Q.  And if we can go to Tab 12 of
9  the binder in front of you, and why don't we
10 go ahead and mark that with a sticker.  This
11 will be Exhibit No. 11682.  If you can,
12 Dr. Davis, go ahead and put that sticker on
13 for me.  Thank you.
14     And for the record, this has the
15 Bates designation ADX001-0005630 through 31.
16 And have you seen Exhibit 11682 before?
17 A.  I'll have to look at it.
18     No, I don't believe I've seen
19 this before.
20 Q.  You don't recall seeing this
21 document in forming any opinions that you've
22 offered relating to Phase 2?
23 A.  No, I definitely didn't use it
24 for opinions, and I don't recall seeing it
25 before.

143

1  Q.  What I'd like to draw your
2  attention to is on the first page of this
3  document Exhibit 11682, and this is an e-mail
4  exchange between various individuals,
5  correct?
6  A.  Yes.
7  Q.  And there is a number of e-mails
8  in this chain, correct?
9  A.  Yes.
10 Q.  And I'd like to draw your
11 attention to the e-mail that begins on the
12 bottom of the first page.  It's from a
13 gentleman by the name of John Benner; do you
14 see that?
15 A.  Yes.
16 Q.  And do you know who John Benner
17 is?
18 A.  No.
19 Q.  Mr. Benner's e-mail is dated
20 May 19th of 2010; do you see that?
21 A.  Yes.
22 Q.  And his e-mail is to Stephen
23 Black, James Cate, Donald O'Sullivan; do you
24 see that?
25 A.  Yes.

144

1  Q.  And do you know who any of those
2  individuals are?
3  A.  No.
4  Q.  Do you recognize any of the
5  individuals on this e-mail chain to be
6  representatives of the U.S. Government or
7  scientists that were working with the U.S.
8  Government during the response effort?
9  A.  Only if it says in so many words
10 would I know.
11 Q.  And Mr. Benner's e-mail is sent
12 on May 19th, 2010; do you see that?
13 A.  Yes.
14 Q.  And the body of Mr. Benner's
15 e-mail reads, "A new vent hole has developed
16 near the kink.  Here are some photos."
17 Signed John, correct?
18 A.  Yes.
19 Q.  And this would be an indication
20 that on May 19th a new hole had developed in
21 the kink of the kinked riser, correct?
22 MS. LAWRENCE:  Objection to form.
23 A.  Yes.
24 Q.  (BY MR. COLLIER)  And do you
25 have any reason to dispute that a new hole