# Exhibit 2

## Excerpts from Vol 1 of the Deposition Transcript of Nathan Bushnell

## Taken July 18, 2013

## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL          ) MDL NO. 2179
BY THE OIL RIG            )
"DEEPWATER HORIZON" IN )   SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010            ) JUDGE BARBIER
                          ) MAG. JUDGE SHUSHAN

********
VOLUME 1
********

Deposition of NATHAN PETER KEITH BUSHNELL, Ph.D., taken at Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on July 18, 2013.

## Page 2

APPEARANCES

APPEARING FOR BP, INC.:
 Ms. Ilana Saltzbart
 KIRKLAND & ELLIS
 655 Fifteenth Street, NW
 Washington, D.C. 20005-5793

-AND-

 Mr. Andy Schrag
 KIRKLAND & ELLIS
 300 North LaSalle
 Chicago, Illinois 60654

APPEARING FOR TRANSOCEAN:
 Mr. Patrick J. Cafferty, Jr.
 MUNGER TOLLES & OLSON
 560 Mission Street, 27th Floor
 San Francisco, California 94106

APPEARING FOR ANADARKO:
 Mr. Thomas R. Lotterman
 BINGHAM
 2020 K Street NW
 Washington, DC 20006

APPEARING FOR HALLIBURTON:
 Mr. Gavin Hill
 Mr. Tim Alford
 Mr. Joel D. Beus
 GODWIN & LEWIS
 1201 Elm Street, Suite 1700
 Dallas, Texas 75270-2041

## Page 3

APPEARING FOR THE UNITED STATES:
 Ms. Nancy Flickinger
 Ms. Anna Cross
 U.S. DEPARTMENT OF JUSTICE
 TORT BRANCH, CIVIL DIVISION
 1425 New York Avenue, N.W.
 Suite 10100
 Washington, D.C. 20005
 Post Office Box 14271
 Washington, D.C. 20044-4271

ALSO PRESENT:
 Mr. Mark Farrall - CD-adapco
 Mr. James Deel, Videographer

## Page 4

* * *
EXAMINATION INDEX

                                            Page
EXAMINATION BY MS. SALTZBART .............. 7

* * *

INDEX OF EXHIBITS

                                                     Page
Exhibit 11705............................ 18
 Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico - Capping Stack Flow Calculations July 12 to 15, 2010 prepared by Dr. Nathan Bushnell dated 3/22/2013
 (no Bates - 83 pages)

Exhibit 11706............................ 19
 Rebuttal Report Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico - Capping Stack Flow Calculations July 12 to 15, 2010 prepared by Dr. Nathan Bushnell dated 6/10/2013
 (no Bates - 56 pages)

Exhibit 11707............................ 19
 Correspondence from Sandra Himmelhock to Robert Gasaway, et al, RE: MDL No. 2179- Report of US Rebuttal Expert Dr. Nathan Bushnell
 (no Bates - 9 pages)

Exhibit 11708............................ 105
 Expert Report of Dr. Simon Lo CFD Analysis of the Flow Through the Capping Stack dated 5/1/2013
 (no Bates - 98 pages)

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

81

1 reflected in your report. Is that correct?
2     MS. FLICKINGER: Counsel, I --
3     MS. SALTZBART: I want to understand the
4 contours here. I think I'm entitled to.
5     MS. FLICKINGER: I'm going to instruct you
6 not to answer on grounds of privilege. You can move on.
7     Q. (BY MS. SALTZBART) Are you going to take
8 counsel's instruction?
9     A. Yes.
10     Q. Do you consider yourself to be an expert in CFD?
11     A. Yes.
12     Q. Do you consider yourself to be an expert in using
13 CFD for multiphase oil and gas flows in pipes?
14     A. Yes.
15     Q. And is that based upon the four projects that are
16 listed in your résumé?
17     A. No, it's additionally based upon my work and
18 educational background, work at SimuTech Group.
19     Q. Did your educational background focus on using
20 CFD for multiphase flow in the oil and gas industry in
21 pipes?
22     A. No. But it -- it -- because fluids are not
23 different for the industry to use, the physics and the --
24 the math and the modeling approach is -- are the same.
25     Q. Is it your testimony that a multiphase

82

1 hydrocarbon fluid is the same as any other multiphase
2 fluid in any other sector?
3     A. No, there's differences in material properties
4 and so forth. But the -- the way they behave -- you're
5 still using the same tools, the same theory, you're just
6 applying it dif- -- for a different problem.
7     Q. Can you identify the specific academic or
8 professional experience that makes you an expert in
9 multiphase CFD for oil and gas flow in pipes?
10     A. I think it's the entire combination of my
11 academic and professional experience.
12     Q. So your undergraduate degree?
13     A. Not my un -- well, my undergraduate degree also
14 has -- has relevance, yes.
15     Q. So it's your testimony that your undergraduate
16 degree provides you with expertise in using CFD for
17 multiphase flow of oil and gas in pipes?
18     A. I would characterize it as my undergrad degree
19 gives me expertise in mathematics and the physical -- you
20 know, some of the physical, like, species transfer, mass
21 transfer, fluid dynamics, which then CFD is based upon.
22     Q. But that's not specific to the oil and gas
23 industry for -- multiphase flow in the oil and gas
24 industry. Is that right?
25     A. No, it's for the physical world, which the oil

83

1 and gas industry is part of.
2     Q. Are there courses that specialize in multiphase
3 flow in the oil and gas industry?
4     A. In -- not in the University of Canterbury.
5     Q. Are there any academic institutions that provide
6 undergraduate or graduate -- graduate level courses in the
7 study of multiphase flow in the oil and gas industry?
8     A. I don't know for sure, but I would be surprised
9 if there wasn't.
10     Q. Do you consider yourself to be an expert in
11 applying CFD to simulate metal erosion?
12     A. I'd consider myself an expert in the -- using --
13 modeling multiphase flow and how particles move through
14 the fluid and how the particles would impact onto the
15 metal. And I can set up a model, but I wouldn't consider
16 myself an expert on the actual erosion part of it.
17     Q. So you do not consider yourself to be an expert
18 in CFD to simulate metal erosion. Is that correct?
19     MS. FLICKINGER: Objection; form.
20     A. I -- I think the way I characterize it would be
21 the best -- I have expertise on the force -- on the way
22 particles move and would contact with them. I know that
23 there is the general approach on how erosion is modeled,
24 but I don't have the expertise to select the erosion
25 model.

84

1     Q. (BY MS. SALTZBART) So you're not a metal erosion
2 expert.
3     A. No.
4     Q. Is that fair?
5     A. Yeah, that's fair.
6     Q. Do you -- strike that.
7     Do you believe that you're qualified to provide
8 expert testimony on the application of CFD to any fluid
9 flow problem?
10     A. I would say there are some fluid problems that
11 would be beyond -- outside of my field. But a big
12 proportion of them, I would.
13     Q. Which fluid flow problems would be beyond your
14 expertise?
15     A. There's some viscoelastic models, you know, which
16 kind of bridge between CFD and FEA, you know, world which
17 I have limited experience in.
18     Q. Is that physical elastic?
19     A. Viscoelastic.
20     Q. Visco.
21     A. Yeah.
22     Q. Like viscous, but not --
23     A. Yeah.
24     Q. Visco. Viscoelastic?
25     A. Yeah. So those are materials like rubber as

Worldwide Court Reporters, Inc.
PURSUANT TO CONFIDENTIALITY ORDER