# Exhibit 3

## Excerpts from Vol 1 of the Deposition Transcript of Dr. Ron Dykhuizen

## Taken June 19, 2013

## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL      ) MDL NO. 2179
BY THE OIL RIG        )
"DEEPWATER HORIZON" IN ) SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010         ) JUDGE BARBIER
                      ) MAG. JUDGE SHUSHAN

*****************
VOLUME 1
*****************

Deposition of Ronald Copeland Dykhuizen, Ph.D., taken at the Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 19th day of June, 2013.

## Page 2

     APPEARANCES

APPEARING FOR BP, INC.:
   Mr. Matthew T. Regan
   KIRKLAND & ELLIS
   300 North LaSalle
   Chicago, Illinois 60654
   Ms. Bridget K. O'Connor
   KIRKLAND & ELLIS
   655 Fifteenth Street, NW
   Washington, D.C. 20005-5793

APPEARING FOR TRANSOCEAN:
   Mr. Paul C. Thibodeaux
   Ms. Mary K. Klinefelter
   FRILOT
   1100 Poydras Street, Suite 3600
   New Orleans, Louisiana 70163

APPEARING FOR ANADARKO PETROLEUM COMPANY:
   Mr. Warren Anthony Fitch
   BINGHAM MCCUTCHEN
   2020 K Street, Northwest
   Washington, D.C. 20006-1806

APPEARING FOR HALLIBURTON:
   Ms. Gwen E. Richard
   GODWIN LEWIS
   1331 Lamar, Suite 1665
   Houston, Texas 77010-3133

   Mr. Prescott W. Smith
   Ms. Kali Thomson
   GODWIN LEWIS
   Renaissance Tower
   1201 Elm Street, Suite 1700
   Dallas, Texas 75270-2041

## Page 3

APPEARING FOR THE UNITED STATES:
   Mr. Scott Cernich
   U.S. DEPARTMENT OF JUSTICE
   601 D Street, N.W.
   Washington, D.C. 20004
   Mr. David L. McIlwain
   U.S. DEPARTMENT OF JUSTICE
   ENVIRONMENT & NATURAL RESOURCES DIVISION
   Ben Franklin Station
   Post Office Box 7611
   Washington, D.C. 20044-7611
   601 D Street, N.W.
   Washington, D.C. 20004

   Mr. Gordon Speights Young
   U.S. DEPARTMENT OF JUSTICE
   ENVIRONMENT & NATURAL RESOURCES DIVISION
   Post Office Box 7611
   Ben Franklin Station
   Washington, D.C. 20044-7611
   ENRD Mailroom
   601 D Street, N.W.
   Washington, D.C. 20004

APPEARING FOR THE STATE OF LOUISIANA:
   Mr. Douglas R. Kraus
   Attorney for Louisiana Attorney General
   KANNER & WHITELEY
   701 Camp Street
   New Orleans, Louisiana 70130-3504

ALSO PRESENT:
   Mr. Peter Jennings, Videographer
   Mr. Ray Aguirre, Case Manager

## Page 4

         INDEX
VIDEOTAPED ORAL DEPOSITION OF
RONALD COPELAND DYKHUIZEN, PH.D.
         JUNE 19, 2013
         VOLUME 1

Appearances.................................. 2

Direct Examination-Mr. Regan.................. 7

Changes and Signature........................ 396
Reporter's Certificate....................... 398

         EXHIBIT INDEX

Ex. No.    Description         Marked

11452   Expert Report, U.S. v. BP
        Exploration & Production, Inc., et
        al, Flow Rates from the Macondo
        MC252 Well, Submitted on Behalf of
        the United States, Prepared by
        Ronald C. Dykhuizen, Ph.D., dated
        March 22, 2013, marked as
        CONFIDENTIAL PER BP; Bates Nos.
        BP-HZN-2179MDL04799584 -
        BP-HZN-2179MDL04799589,
        BP-HZN-2179MDL07265901,
        BP-HZN-2179MDL04908488 -
        BP-HZN-2179MDL04908507,
        BP-HZN-2179MDL06144176 -
        BP-HZN-2179MDL06144184,
        BP-HZN-2179MDL04897017,
        BP-HZN-2179MDL00412974,
        SNL020-009194 - SNL020-009222
        and total of 46 pages without
        Bates numbers                  8

```
                                                37
 1     A.  Well, that's a broad term.
 2     Q.  Okay.
 3     A.  I would pick out subroutines from other
 4  codes and --
 5     Q.  Okay.
 6     A.  -- bring it over and use entire
 7  subroutines, so that is in a sense adapting of
 8  another codes for this application.
 9     Q.  All right.  With respect to -- let me see
10  if I can ask it this way, or maybe it will take a
11  while.  With respect to any subroutines that you
12  may have borrowed from other codes in the past
13  that you had used at Sandia, did you borrow any
14  subroutines from a code that had been put out
15  commercially?
16     A.  No.
17        MR. CERNICH:  Object to form.
18     Q.  (By Mr. Regan) I didn't hear the -- did
19  you?
20     A.  No.
21     Q.  Okay.  So broadly speaking, is it fair to
22  say, Dr. Dykhuizen, that of the codes you
23  developed originally for Macondo and the codes
24  that you adapted for Macondo from your prior work
25  at Sandia and the subroutines that you brought
```

```
                                                38
 1  over to Macondo, all of those -- all of that code
 2  work was work that had never been put out
 3  commercially prior to May of 2010, or even after,
 4  correct?
 5        MR. CERNICH:  Object to form.
 6     A.  That is correct.
 7     Q.  (By Mr. Regan) Okay.  And with respect to
 8  commercially available codes -- that is, thing --
 9  codes that were available to the scientific
10  community and the business community in May of
11  2010 -- you personally did not use any
12  commercially available codes with respect to the
13  work that you performed on Macondo --
14        MR. CERNICH:  Objection.
15     Q.  (By Mr. Regan) -- is that correct?
16     A.  That is correct.
17     Q.  We've used the phrase "put out
18  commercially."  I want to ask it in a slightly
19  different way now -- I don't mean to confuse
20  it -- but you're familiar with the concept of
21  peer review?
22     A.  Yes.
23     Q.  Okay.  The subroutines and -- well,
24  the -- the GEM code, did you say that had been
25  subject to peer review?
```

```
                                                39
 1     A.  It has been a subject of -- it was used
 2  in generating conference and journal articles.
 3     Q.  Okay.
 4     A.  So the conference and journal articles
 5  were subject to peer review, but that peer review
 6  did not involve looking over lines of code.
 7     Q.  Okay.  And with that last answer, let me
 8  ask it that way:  Any of the codes that you
 9  used -- and I'm going to include full codes,
10  subroutines, all of the code work that you used
11  in Macondo -- had any of it been subject to a
12  peer review specifically about the quality of the
13  code?
14        MR. CERNICH:  Objection, form.
15     A.  The GEM code was given to other Engineers
16  to use and critique.  They had access to the
17  code.  They modified parts of the code to make
18  sure that it was doing what they liked.  That's
19  general practice to share your codes with other
20  people.
21     Q.  (By Mr. Regan) Okay.  Outside of the
22  general sharing of codes Engineer to Engineer,
23  was there ever any formal peer review -- that is,
24  publication in a journal or -- or a presentation
25  at a conference -- where the specific codes that
```

```
                                                40
 1  you relied on for your work at Macondo were
 2  presented in a peer-review environment?
 3        MR. CERNICH:  Objection, form.
 4     A.  I think this is similar to previous
 5  questions you've asked.
 6     Q.  (By Mr. Regan) (Nodding.)
 7     A.  I'm not sure what distinction you're
 8  trying to draw.  Obviously, a journal paper using
 9  GEM was compared to other computer codes; and,
10  therefore, in a sense it was peer-reviewed by
11  having its results compared to other codes.
12     Q.  Okay.  All right.  I may come back to
13  that, I may not.
14        You are not an expert in erosion, are
15  you, Dr. Dykhuizen?
16     A.  No, I am not.
17     Q.  You're not an expert in oil and gas
18  multiphase flow modeling, correct?
19        MR. CERNICH:  Object to form.
20     A.  I'm an expert in multiphase flow
21  modeling.  I'm not certain why oil and gas flow
22  should be considered any different.
23     Q.  (By Mr. Regan) Okay.  So would you
24  consider yourself an expert in oil and gas
25  multiphase flow modeling?
```