# Exhibit 4

## Excerpts from Vol 1 of the Deposition Transcript of Dr. Stewart Griffiths

## Taken June 26, 2013

## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL      ) MDL NO. 2179
BY THE OIL RIG        )
"DEEPWATER HORIZON" IN ) SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010        ) JUDGE BARBIER
                      ) MAG. JUDGE SHUSHAN

*****************
VOLUME 1
*****************

Deposition of Stewart K. Griffiths, Ph.D., taken at the Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 26th day of June, 2013.

## Page 2

APPEARANCES

APPEARING FOR BP, INC.:
  Mr. Matthew T. Regan
  KIRKLAND & ELLIS
  300 North LaSalle
  Chicago, Illinois  60654
  Ms. Bridget K. O'Connor
  KIRKLAND & ELLIS
  655 Fifteenth Street, NW
  Washington, D.C.  20005-5793

APPEARING FOR TRANSOCEAN:
  Mr. Patrick J. Cafferty, Jr.
  MUNGER TOLLES & OLSON
  560 Mission Street, 27th Floor
  San Francisco, California  94105-2907
  Mr. Emmanuel Tedder
  MUNGER TOLLES & OLSON
  355 South Grand Avenue, 35th Floor
  Los Angeles, California  90071-1560

APPEARING FOR ANADARKO PETROLEUM COMPANY:
  Mr. Warren Anthony Fitch
  BINGHAM MCCUTCHEN
  2020 K Street, Northwest
  Washington, D.C. 20006-1806

APPEARING FOR HALLIBURTON:
  Mr. Jerry C. von Sternberg
  GODWIN LEWIS
  1331 Lamar, Suite 1665
  Houston, Texas  77010-3133

  Mr. Prescott W. Smith
  Ms. S. Kena Lopez
  GODWIN LEWIS
  Renaissance Tower
  1201 Elm Street, Suite 1700
  Dallas, Texas 75270-2041

## Page 3

APPEARING FOR THE UNITED STATES:
  Mr. Thomas A. Benson
  Mr. A. Nathaniel Chakeres
  Mr. David L. McIlwain
  U.S. DEPARTMENT OF JUSTICE
  ENVIRONMENT & NATURAL RESOURCES DIVISION
  Ben Franklin Station
  Post Office Box 7611
  Washington, D.C.  20044-7611
  601 D Street, N.W.
  Washington, D.C.  20004

APPEARING FOR THE STATE OF LOUISIANA:
  Mr. Douglas R. Kraus
  Attorney for Louisiana Attorney General
  KANNER & WHITELEY
  701 Camp Street
  New Orleans, Louisiana  70130-3504

ALSO PRESENT:
  Mr. Peter Jennings, Videographer
  Mr. Ray Aguirre, Case Manager
  Mr. James Deel, Logistics

## Page 4

INDEX
VIDEOTAPED ORAL DEPOSITION OF
STEWART K. GRIFFITHS, PH.D.
JUNE 26, 2013
VOLUME 1

Appearances.................................... 2

Direct Examination-Mr. Regan................... 6

Changes and Signature......................... 354
Reporter's Certificate........................ 356

EXHIBIT INDEX

Ex. No.    Description           Marked

11485  Expert Report, U.S. v. BP
       Exploration & Production, Inc.,
       et al, Oil Release from the
       Macondo Well, Prepared on Behalf
       of the United States, Prepared by
       Stewart K. Griffiths, March 22,
       2013, marked as CONFIDENTIAL PER
       BP; 82 pages                    6

11486  Expert Rebuttal Report, U.S. v. BP
       Exploration & Production, Inc.,
       et al, Oil Release from the
       Macondo Well, Prepared on Behalf
       of the United States, Prepared by
       Stewart K. Griffiths, June 10,
       2013, marked as CONFIDENTIAL PER
       BP; 42 pages                    6

11487  Chart titled PT-B Data; Bates
       No. XSGX002-037309(fort.86)   263

33

1  conclusion of a linear relationship on
2  reservoir -- original -- original reservoir
3  pressure and depletion?
4       MR. BENSON:  Object to the form.
5    A.  No.  I think in my Sand Report, you --
6  you know, there -- there was -- it was not about
7  the linear relationship, but I think there was
8  some part in my Sand Report, my Sandia Report --
9    Q.  M-h'm.
10   A.  -- that -- that used his estimates of
11 what the decay was, but -- but I -- again, I -- I
12 was not comfortable with that for -- for this
13 Report.  I wanted my own estimates and --
14   Q.  Okay.  So in your current Expert Reports,
15 you have your own estimates of the decay in
16 reservoir pressure?
17   A.  I do.
18   Q.  Okay.  And that's one change between your
19 current Expert Reports and your prior written
20 work product, using the similar methodology?
21   A.  Yes.
22   Q.  Okay.  Would you consider yourself an
23 Expert Witness with respect to erosion?
24       MR. BENSON:  Object to the form.
25   A.  I -- again, I -- that -- I -- I'm not

34

1  sure.  I have experience working in erosion.
2    Q.  (By Mr. Regan) Okay.  All right.  What is
3  your prior experience, prior to Macondo, in
4  working in -- in analyzing erosion?
5    A.  I worked on a -- a number of different
6  problems over the 30 years.  I -- I -- very early
7  in my career, I -- I worked on erosion of -- of
8  large electrical cables.
9    Q.  Okay.
10   A.  Somewhat later, I worked on erosion by
11 particulates and trained in high velocity gas
12 flow.
13       Then I worked for quite a long time on --
14 on problems that -- that were not erosion, but
15 included nearly all of the phenomena of erosion,
16 and this was associated with trying to actually
17 capture particles.
18       So -- so fluid particle, solid
19 interactions, which is -- which is about 90
20 percent of what erosion is, I worked on that, as
21 well.
22   Q.  With respect to your analysis of erosion
23 of electrical cables, what was the -- what was
24 the mechanism of erosion?  Was it the --
25   A.  Abrasion by sand.

35

1    Q.  Okay.  Was there -- was there any fluid
2  involved?
3    A.  There was.
4    Q.  Okay.  With respect to analyzing
5  particulates that were entrained in high velocity
6  gas flows --
7    A.  M-h'm.
8    Q.  -- what was -- what was the -- can you
9  tell me, what -- what was the substance of that
10 project, or what did it involve?
11   A.  I -- a little bit.
12   Q.  Okay.
13   A.  It was a classified project.
14   Q.  All right.
15   A.  It involved -- it -- I -- I don't know --
16 it involved metal particles that were ejected
17 from a system and carried through metal tubing
18 through valves and filters.
19   Q.  Okay.  And with respect to either of
20 those projects, the electrical cable project or
21 this particulates in high velocity gas flows,
22 were you asked to make a determination of how
23 long it took for an amount of erosion to take
24 place?
25   A.  Well, in both of those we're certainly

36

1  concerned with erosion rates.
2    Q.  M-h'm.
3    A.  One of the problems had -- had a -- a
4  timing that -- that was predetermined, that the
5  flow was only going to exist for a -- a specific
6  amount of time, but in that specific amount of
7  time, we wanted to know what the -- what the
8  erosion would be, so I think that's the same
9  thing.
10   Q.  M-h'm.
11   A.  The other one -- well, the other one had
12 a -- a similar sort of characteristic of -- of --
13 that there would be flow of materials for only a
14 certain amount of time, and you would want to
15 know:  Are your cables still intact or not?
16       So I -- I think "No" in the way you
17 phrased your question, but "Yes" in the sense
18 that we were concerned with erosion rates and how
19 much would occur over a particular interval of
20 time.
21   Q.  In both of those projects, you were
22 looking at the erosive qualities of particulates
23 that might be entrained in a flow?
24   A.  Both of those were.
25   Q.  All right.  And those particulates could