# Exhibit 5

**Excerpts from Vols. 1 & 2
of the Deposition Transcript
of Dr. Srdjan Nesic**

**Taken July 23-24, 2013**

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL       )  MDL NO. 2179
BY THE OIL RIG          )
"DEEPWATER HORIZON" IN  )  SECTION "J"
THE GULF OF MEXICO, ON  )
APRIL 20, 2010          )  JUDGE BARBIER
                        )  MAG. JUDGE SHUSHAN

*******************
VOLUME 1
*******************

Deposition of SRDJAN NESIC,
Ph.D., taken at Pan-American Building,
601 Poydras Street, 11th Floor, New Orleans,
Louisiana, 70130, on the 23rd day of July,
2013.

2

A P P E A R A N C E S

APPEARING FOR THE PLAINTIFFS' STEERING
COMMITTEE:
   Mr. Anthony Irpino
   Mr. Michael R. Robinson
   IRPINO LAW FIRM
   2216 Magazine Street
   New Orleans, Louisiana  70130

APPEARING FOR BP, INC.:
   Mr. Neil K. Roman
   Ms. Megan L. Rodgers
   COVINGTON & BURLING
   1201 Pennsylvania Avenue, Northwest
   Washington, D.C.  20004-2401

APPEARING FOR TRANSOCEAN:
   Mr. James A. Orr
   SUTHERLAND ASBILL & BRENNAN
   999 Peachtree Street, NE, Suite 2300
   Atlanta, Georgia  30309

APPEARING FOR ANADARKO PETROLEUM CORPORATION:
   Ms. Sarah E. Iiams
   KUCHLER POLK SCHELL WEINER & RICHESON
   1615 Poydras Street, Suite 1300
   New Orleans, Louisiana 70112

APPEARING FOR HALLIBURTON:
   Mr. Jon-Bernard Schwartz
   GODWIN LEWIS
   1201 Elm Street, Suite 1700
   Dallas, Texas 75270-2041

   Mr. Jerry C. von Sternberg
   Mr. Colby S. Hodges
   GODWIN LEWIS
   1331 Lamar, Suite 1665
   Houston, Texas  77010-3133

3

A P P E A R A N C E S (Continued)

APPEARING FOR THE UNITED STATES:
   Ms. Erica Pencak
   Ms. Anna Cross
   U.S. DEPARTMENT OF JUSTICE
   601 D Street, N.W.
   Washington, D. C.  20004

APPEARING FOR THE STATE OF LOUISIANA:
   Mr. Henry Dart
   HENRY DART & ASSOCIATES
   510 North Jefferson Street
   Covington, Louisiana  70433

ALSO PRESENT:
   Mr. Ray Aguirre, Case Manager
   Mr. James Deel, Videographer
   Mr. Robert Deel

4

INDEX
VIDEOTAPED ORAL DEPOSITION OF
SRDJAN NESIC, Ph.D.
JULY 23, 2013
VOLUME 1

                                     PAGE
Appearances . . . . . . . . . . . . .   2

Examination by Ms. Cross . . . . . . .   6

Signature and changes . . . . . . . . . 351
Reporter's Certificate . . . . . . . . 353

EXHIBITS

                                     PAGE
EXHIBIT NO. 11726 . . . . . . . . . .  86
   Ohio University About Us, two pages
EXHIBIT NO. 11727 . . . . . . . . . .  99
   Srdjan Nesic, PhD, Professor, Expert
   Witness Profiles, two pages
EXHIBIT NO. 11728 . . . . . . . . . . 105
   Prediction of Two-Phase
   Erosion-Corrosion In Bends, 229 - 236
EXHIBIT NO. 11729 . . . . . . . . . . 201
   Conversion formulas, one page

EXHIBIT NO. 11730 . . . . . . . . . . 223
   Screen shots, three pages
EXHIBIT NO. 11731 . . . . . . . . . . 237
   Excel spreadsheet, BP-HZN-BLY00297539

EXHIBIT NO. 11732 . . . . . . . . . . 289
   Screen shots, seven pages
EXHIBIT NO. 11733 . . . . . . . . . . 291
   Nesic, Srdjan - Relied Upon Modeling
   Runs, seven pages

1 (Pages 1 to 4)

21

1  in the report with what the file -- what was
2  in the files that were given. That's --
3  that's the omission that I refer to.
4       Q.    When did you run simulations
5  using 500 microns?
6       A.    Many times. Throughout the
7  period of -- of simulating the various
8  scenarios and where we investigated the
9  effect of particle size. That was done on
10 numerous occasions in varied geometries.
11      Q.    You're referring to the period
12 of simulating the various scenarios. What
13 was that period?
14      A.    If we go back over a year
15 probably is a fair, yet not perfectly precise
16 period over which we did many, many different
17 simulations using computational fluid
18 dynamics and looking at many different
19 geometries and testing for the effects of
20 many different variables, and that's -- that
21 whole, one big, long exercise included a
22 change in the particle size, too. It was
23 over a year, to put it succinctly.
24      Q.    Was -- were all of those
25 simulations run before you submitted your

22

1  expert report on May 1, 2013?
2       A.    Yes. Although after learning
3  about this omission from -- from the feedback
4  I got, we went back and -- and redid some of
5  the key simulations using the 500 micron
6  particle size. So we redid that following
7  this -- this realization.
8       Q.    Is it your testimony that you
9  ran simulations using 500 microns prior to
10 May 1, 2013?
11      A.    Yes, that is my testimony. And
12 I think it's important for me to qualify that
13 we did not retain all of the runs or all of
14 the various simulating runs that we did,
15 because those would count into many, many
16 hundreds, if not over a thousand. And for
17 logistical reasons and for reasons that it
18 would be virtually impossible to store,
19 transfer, and operate with such large files,
20 often each file was a size of hundreds of
21 megabytes, if not gigabytes. We have only
22 retained in -- for our records the runs that
23 we thought are key runs, and let me qualify
24 that because I think it is important. Those
25 are the runs where something substantially

23

1  changed, for example, where we changed the
2  geometry or we varied a particular parameter
3  which showed an important effect.
4            When there were runs where
5  nothing much changed, say, we changed a
6  particular parameter, but nothing significant
7  came out as a consequence of that, we did
8  not -- we made a note of that behavior, but
9  we did not retain those runs because, as I
10 said, the files and just the logistics of
11 manipulating such -- such large files or
12 retaining it all was -- was not there. So we
13 did not have all the runs or files about all
14 the runs we did. Unfortunately, the files we
15 kept with respect to particle size was the
16 one with the different particle size to the
17 ones that are in the report. I never noticed
18 that when, obviously, I was providing the
19 files, because that was immaterial for -- for
20 the conclusions I reached. And with
21 hindsight I wish I hadn't done that, but that
22 happened.
23      Q.    Okay. So you don't have the
24 results of the simulations using 500 microns
25 that you ran prior to May 1, 2013?

24

1       A.    No, I don't have. We did look
2  for that, indeed, when this came to light. I
3  went back, but I -- we didn't retain those.
4  We redid them, and they came up with, you
5  know, what we knew is -- is the case with the
6  same answers.
7       Q.    You didn't produce any runs that
8  show, as you just testified, that particle
9  size was immaterial to the conclusions you
10 reached, did you?
11      A.    We did not explicitly produce
12 any files that would demonstrate that, that
13 is correct.
14      Q.    And by explicitly produced, what
15 do you mean?
16      A.    Sorry, we did not produce, to
17 answer your question correctly.
18      Q.    Okay. You did not produce any
19 files that show that particle size is
20 immaterial to your opinion?
21      MR. ROMAN: Object to the form.
22      A.    No, although I can explain that,
23 but, no, we did not produce any files that
24 showed that.
25      Q.    (BY MS. CROSS) When were you

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

25

1  retained in this matter?
2      A.    I was retained in this matter
3  about two years ago, approximately.  Maybe a
4  little less, but somewhere in that time
5  frame.
6      Q.    Summer of 2011?
7      A.    Summer or fall.  I think the
8  first contacts, from memory, were made in
9  summer, but I do believe -- if I can consult
10 here.  I do write even about that.  Yeah,
11 from memory, it was later that year that I
12 actually was formally retained.
13     Q.    And when did you start working
14 on this matter?
15     A.    When I was retained.  I think
16 I -- immediately following that, we -- we had
17 preliminary meetings with the counsel and the
18 work has -- has begun.
19     Q.    When you say "we," whom are you
20 referring to?
21     A.    My counsel and myself.
22     Q.    Okay.  Did you have any
23 assistance in doing your modeling work in
24 this matter?
25     A.    Yes, I did.  Initially I did

26

1  not, but as the magnitude of the undertaking
2  became obvious, I engaged two assistants
3  in -- in working on this project, and that
4  was instrumental in helping me execute this
5  many complicated runs and resolve a large
6  number of problems that had to be resolved to
7  get to the -- to the goal.
8      Q.    Who were the two assistants whom
9  you engaged to help you with this project?
10     A.    The first one was Dr. Sormaz.
11 That's spelled S-o-r-m-a-z.  And the second
12 one was Dr. Wang.  That is spelled W-a-n-g.
13     Q.    How do you know Dr. Sormaz?
14     A.    Dr. Sormaz is a colleague at
15 Ohio University, and I know him and have
16 known him for over a decade as such.
17     Q.    When you refer to him as a
18 colleague, what is his formal title?
19     A.    Oh, he's a associate professor
20 of, I believe it's called industrial
21 engineering in the College of Engineering at
22 Ohio University.
23     Q.    Does he work with you in the
24 Institute for Corrosion and Multiphase
25 Technology?

27

1      A.    Yes.  Yes, he is involved in the
2  institute as the person who oversees and
3  directs our information technology and
4  modeling efforts.  Mostly related to -- when
5  I say "modeling efforts," mostly related to
6  the programming aspects of that work.
7      Q.    What do you mean by "programming
8  aspects"?
9      A.    Well, every -- let -- let me
10 strike that.
11          Most sophisticated models that
12 describe physical phenomena have a few
13 different key elements.  One of the physical,
14 chemical, and mathematical models that
15 underlie that which really describes what
16 goes on, those are the physical, chemical
17 models; and then the mathematical models
18 which convert that into equations.  To bring
19 it back to the context of what we're talking
20 about, that would be my responsibility and
21 the responsibility of the research team that
22 investigates those phenomena.
23          However, to make something into
24 a usable model, one has to overlay that with
25 some kind of -- firstly, one has to program

28

1  that in a particular language and then put on
2  top of that some sort of user interface that
3  I'm sure is -- is familiar to all of us, and
4  some are better than others.  So that is
5  quite a significant effort, is to build
6  something which enables users to communicate
7  with the models that are built into -- into a
8  particular package.
9          Going back to Dr. Sormaz, he's
10 responsible in our modeling developing effort
11 at the Institute for Corrosion and Multiphase
12 Technology at Ohio University for those last
13 two steps, for the programming step and then
14 for the user interface building step.
15     Q.    Dr. Sormaz obviously has a
16 Ph.D., from his title?
17     A.    Yes, he is a Ph.D., I believe in
18 that same field, industrial mechanical
19 engineering.
20     Q.    And do you know when he obtained
21 that?
22     A.    I don't recall exactly.
23 Probably around 15ish years ago, but, again,
24 that's just my guess from some anecdotal
25 evidence I have.

7 (Pages 25 to 28)

313

1  Dr. Bushnell, because that probably
2  illustrates why I did it and why it shouldn't
3  be done the way he suggested.
4      **Q.   Okay.**
5      A.    When one is having a number of
6  points, discrete points, whether for
7  measurements or in this case from
8  simulations, and is now attempting to
9  determine what is the trend of those points,
10  one can go in various ways about it.  In
11  other words, one can pass a large number of
12  different lines and curves, use the word
13  curve, I think maybe is better, some linear,
14  some not, through the points.
15      It is a well-known fact that
16  typically the more complicated the type of
17  curve that one is passing through any number
18  of points, the better they are going to be
19  approximated.  In other words, a more
20  complicated line is going to go through a
21  bunch of points more accurately, at least in
22  a mathematical sense, than in a straight
23  line, to use the simplest one of all.  Which
24  then leads to a classical mistake in
25  interpreting data, saying, oh, then that must

314

1  be the best fit; and that is most often not
2  the case.
3      In order of determining -- in
4  determining what is the best fit, one has to
5  go beyond mathematics, if one has something,
6  and we do.  We have to ask ourselves, is
7  there a reason one -- why one would use an
8  exponential curve, or I can go through the
9  same exercise and find even another curve
10  which is even better than exponential.
11      You know, Bushnell accepts in
12  his deposition transcript that he just did a
13  mathematical exercise, that he never thought
14  about what this really means.  And I find
15  that -- I did think what this really means.
16  It meant that -- you know, I was trying to
17  understand what is the trend.  Is it linear
18  or something else.  I had no bias as to
19  wanting it to be anything.
20      When I have multiple fits like
21  the ones you see in this Figure 12,
22  exponential and linear, in my judgment, in
23  thinking about that this really means
24  pressure drop, that it's not just a bunch of
25  numbers, I have two fits which are both good

315

1  enough, sufficiently accurate for the purpose
2  I need them; and if I have two fits, one
3  simple and one complicated, the standard
4  engineering and scientific practice is to
5  accept the simpler one.  There is no need to
6  accept a more complicated function.  There is
7  a very, very pragmatic reason why people do
8  that, because that works best, and even
9  logically you can think there could be any
10  number of more complicated functions that
11  will be an even better fit.
12      So there is an endless choice.
13  One never has an ability to decide.  The
14  simplest one, A, is most often right, and, B,
15  is sufficient.  Indeed, that's what I did in
16  this case.
17      **Q.   Okay.  So your reason for**
18  **determining that the pressure drop was linear**
19  **was that the linear curve and the exponential**
20  **both fit, but the linear was simpler; is that**
21  **right?**
22      MR. ROMAN:  Object to the form, asked
23  and answered.
24      A.    There is no reason to accept a
25  more complicated solution when there is a

316

1  simpler one that is as good for the intended
2  purpose.  That was the main reason.  We have
3  no reason to assume that the pressure drop
4  takes a complicated way to reduce over time,
5  such as an exponential.
6      **Q.   (BY MS. CROSS)  If you had**
7  **assessed that the pressure drop was**
8  **exponential rather than linear, that would**
9  **mean that erosion occurred more quickly at**
10  **the beginning of the transient simulation**
11  **period, right?**
12      A.    Well --
13      MR. ROMAN:  Excuse me.
14      Object to the form.
15      A.    (Continuing)  No.  If you look
16  at the comparison of these two curves in this
17  particular example, at the beginning of this
18  process, the rate of change of pressure drop
19  is very similar.  It is marginally different.
20  You have correctly noted that the main reason
21  that this red line, exponential curve seems
22  to be better is really this last point which
23  went a little up, as you phrased it.
24      But if you look at the actual
25  data, that was approaching that period when

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

317

1  the next point went even farther up.  So I
2  could even exclude that last point as a
3  valid -- perfectly valid point.  I cannot
4  build my whole case on one point that went a
5  little up.  This is sufficiently linear, by
6  my best expertise.
7       But not only this.  We produced
8  many of these for the particular BSR
9  geometry, for the upper annular geometry, for
10  the calibration geometry; and in all cases,
11  it was approximately linear.  So there was no
12  reason for me to try to fit a more
13  complicate -- complicated curve to these
14  simulations.
15     **Q.    (BY MS. CROSS)  There are -- in**
16  **Figure 12 of Dr. Bushnell's report, there are**
17  **pressure drop values listed, right, they're**
18  **listed in Pascal?**
19     A.    Yes.
20     **Q.    Did you disclose as part of your**
21  **simulation files or your report the pressure**
22  **drops that you found using your transient**
23  **model?**
24     A.    Well, I think you've just
25  referred to pressure drops in Pascal.  So I

318

1  thought that constitutes disclosure.
2     **Q.    In your actual report, did**
3  **you -- and that's Exhibit 11529.  Did you**
4  **identify any pressure drops quantitatively?**
5     MR. ROMAN:  Object to the form.
6     A.    In my report I have used the
7  transient analysis only to identify the
8  nature; that is, that means the character of
9  the pressure drop change over time.  And I
10  argued to you just a second ago that that is
11  a linear trend.  That is the only thing I
12  took from the transient simulations into the
13  body of my report.
14       Now, I did not need to take
15  anything else, any absolute numbers from the
16  transient simulations and transfer them into
17  my report, and we should remember why.  I
18  knew the beginning and I knew the end state
19  of most of the elements.
20       So knowing that it is aligned,
21  everything was resolved.  I didn't need -- I
22  did not need any other data.  So, therefore,
23  I have not shown any absolute values in, say,
24  Pascal's or some other pressure psi units.
25       Another even more important

319

1  reason, the way I have shown the normalized
2  pressure drop in my graph, say, 33, is a key
3  finding, because that normalized pressure
4  drop, which changed three and a half times
5  over the course from the 22nd of April to the
6  27th of May, is a universal feature of all
7  the simulations that I included; whereas, if
8  I use a pressure drop in Pascal's, it would
9  be different every time I change something.
10  When I change viscosity, density, flow rate,
11  the actual numbering in Pascal's for psi was
12  always a little different.  But this ratio of
13  pressure drop at the beginning and the end
14  was universal.  That was an important
15  finding, a crucial finding in an engineering
16  sense.  That means I found the real indicator
17  which captured only the change of geometry
18  and did not get perturbed by the other
19  parameters that were involved in this
20  process.
21       So I thought that was the key
22  finding of my report.  I found that
23  non-dimensional or normalized parameter that
24  determined what happened.
25     MS. CROSS:  Okay.  Let's go ahead and

320

1  take a break because the tape's ending.
2     THE WITNESS:  Okay.  Sorry.  I was
3  trying to go fast.  I saw the two minutes,
4  but that was the fastest I could.
5     MS. CROSS:  Okay.
6     THE VIDEOGRAPHER:  Time is 4:59 p.m.
7  and we're off the record.
8     (Recess from 4:59 p.m. to 5:09 p.m.)
9     THE VIDEOGRAPHER:  Time is 5:09 p.m.
10  We're back on the record.
11     **Q.    (BY MS. CROSS)  At what pressure**
12  **did you run your FLUENT modeling?**
13     A.    Absolute pressure?
14     **Q.    Yes.**
15     A.    That is something I don't
16  remember, but it's immaterial because it's a
17  liquid that was modeled and liquids are
18  incompressible by definition.  So therefore
19  in my simulation one could have put any
20  pressure one wanted, and the result would be
21  the same.  The total pressure -- pressure --
22  absolute pressure.
23     **Q.    Let's talk about the calibration**
24  **model you used.**
25     A.    Yes.

80 (Pages 317 to 320)

354

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL        )  MDL NO. 2179
BY THE OIL RIG           )
"DEEPWATER HORIZON" IN   )  SECTION "J"
THE GULF OF MEXICO, ON   )
APRIL 20, 2010           )  JUDGE BARBIER
                         )  MAG. JUDGE SHUSHAN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VOLUME 2

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Deposition of SRDJAN NESIC,
Ph.D., taken at Pan-American Building,
601 Poydras Street, 11th Floor, New Orleans,
Louisiana, 70130, on the 24th day of July,
2013.

---

355

1      A P P E A R A N C E S
2
3   APPEARING FOR BP, INC.:
        Mr. Neil K. Roman
4       Ms. Megan L. Rodgers
        COVINGTON & BURLING
5       1201 Pennsylvania Avenue, Northwest
        Washington, D.C.  20004-2401
6
7   APPEARING FOR TRANSOCEAN:
        Mr. James A. Orr
8       SUTHERLAND ASBILL & BRENNAN
        999 Peachtree Street, NE, Suite 2300
9       Atlanta, Georgia  30309
10
        APPEARING FOR ANADARKO PETROLEUM CORPORATION:
11      Ms. Sarah E. Iiams
        KUCHLER POLK SCHELL WEINER & RICHESON
12      1615 Poydras Street, Suite 1300
        New Orleans, Louisiana 70112
13
14  APPEARING FOR HALLIBURTON:
        Mr. Jon-Bernard Schwartz
15      GODWIN LEWIS
        1201 Elm Street, Suite 1700
16      Dallas, Texas 75270-2041
17      Mr. Colby S. Hodges
        GODWIN LEWIS
18      1331 Lamar, Suite 1665
        Houston, Texas  77010-3133
19
20  APPEARING FOR THE UNITED STATES:
        Ms. Erica Pencak
21      Ms. Anna Cross
        U.S. DEPARTMENT OF JUSTICE
22      601 D Street, N.W.
        Washington, D. C.  20004
23
24
25

---

356

1        A P P E A R A N C E S (Continued)
2
3   APPEARING FOR THE STATE OF LOUISIANA:
        Mr. Henry Dart
4       HENRY DART & ASSOCIATES
        510 North Jefferson Street
5       Covington, Louisiana  70433
6
    ALSO PRESENT:
7       Mr. Ray Aguirre, Case Manager
        Mr. James Deel, Videographer
8       Mr. Robert Deel
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

357

1            INDEX
2   VIDEOTAPED ORAL DEPOSITION OF
        SRDJAN NESIC, Ph.D.
3        JULY 24, 2013
          VOLUME 2
4
5            PAGE
    Appearances . . . . . . . . . . . . . . 355
6
    Examination Continued by Ms. Cross . . . 358
7   Examination by Mr. Dart  . . . . . . . . 463
    Examination by Mr. Roman . . . . . . . . 477
8   Further Examination by Ms. Cross . . . . 510
9   Signature and changes  . . . . . . . . . 518
    Reporter's Certificate . . . . . . . . . 520
10
11          EXHIBITS
12
             PAGE
13  EXHIBIT NO. 11735 . . . . . . . . . . . 375
        Screen shots, two pages
14
    EXHIBIT NO. 11736 . . . . . . . . . . . 415
15      Screen shots, two pages
16  (Referenced exhibits.)
17  EXHIBIT NO. 11529 . . . . . . . . . . . 369
18  EXHIBIT NO. 11679 . . . . . . . . . . . 504
19  EXHIBIT NO. 11706 . . . . . . . . . . . 361
20  EXHIBIT NO. 11732 . . . . . . . . . . . 372
21  EXHIBIT NO. 11734 . . . . . . . . . . . 497
22
23
24
25

1 (Pages 354 to 357)

362

1    days zero through day 10 point something
2    under 11, right?
3        A.    That's correct, for all intended
4    purposes this is an insignificant difference.
5        Q.    Okay.  Is it your testimony that
6    the difference is insignificant over the
7    entire period for which you drew conclusions,
8    which is April 22nd through May 27th?
9        A.    I'm not sure I understand your
10   question.  I did not have data across that
11   whole period.
12       Q.    Okay.  Let's take a look at
13   Figure 33 in your report.
14       A.    Yes.
15       Q.    Figure 33 shows your conclusions
16   about the pressure drop for the entire period
17   you analyzed the period from April 22nd to
18   May 27th, right?
19       A.    Yes.
20       Q.    And it shows that you determined
21   that based on your transient simulations that
22   a linear fit was appropriate to model the
23   pressure drop for that entire period from
24   April 22nd to May 27th, right?
25       A.    That's my best estimate.

363

1        Q.    What do you mean by "best
2    estimate"?
3        A.    I mean that that was the best
4    type of fit that I believe was applicable
5    across this period of time.
6        Q.    Okay.  And I want to make sure I
7    understand what you mean by "the best fit
8    across this period."  Do you mean that it was
9    the best fit for the period in which you had
10   data, which was April 22nd to 10 days later,
11   so approximately May 2nd?
12       A.    I'm not sure I'm following you.
13   If we refer to the data of the transient
14   analysis of the simplified geometries; is
15   that what you're referring to?
16       Q.    Yes.
17       A.    For that period where I had data
18   the two fits are from all practical points of
19   view for the intended purpose they show no
20   difference.  They're similar enough.
21   Therefore, one adopts a simpler one.  That's
22   the answer to your question, I believe.
23       Q.    Okay.  The period for which you
24   had transient data was April 22nd to
25   approximately May 2nd, right?

364

1        A.    If you transfer this period of
2    time of simulation on the simplified geometry
3    to this situation in Figure 33 of my original
4    report which refers to the real geometries,
5    then one can conditionally say, yes,
6    that's -- that's the same amount of time.
7        Q.    Okay.  How did you draw the
8    conclusion that the pressure drop between
9    May 2nd and May 27th was linear when you
10   didn't have any transient data for that
11   period?
12       MR. ROMAN:  Object to the form, asked
13   and answered.
14       A.    That exercise where one predicts
15   what happens beyond the period from -- for
16   which one has dailies called extrapolation.
17   So I have extrapolated beyond the 10, 11 days
18   data that I had.
19       Q.    (BY MS. CROSS) How did you do
20   that extrapolation?
21       A.    That's normally done and that's
22   what I did, is that you assume that the
23   character of the curve that you've adopted
24   carries forward --
25       Q.    Let's talk about --

365

1        A.    -- beyond the data that one has.
2        Q.    Let's talk about the character
3    of the curve.  What do you mean by that?
4        A.    That means whether the curve is
5    linear, exponential, polynomial,
6    hyperbolical, or whatever the nature of the
7    character of the curve is.
8        Q.    For the period between May 2nd
9    and May 27th if you had carried forward an
10   exponential curve, you could have
11   extrapolated that exponential curve from the
12   22nd of April to May 2nd forward to May 27th,
13   right?
14       A.    That would be possible in
15   principle, yes.
16       Q.    Did you?  Did --
17       A.    No, I did not.  I considered the
18   exponential curve inappropriate.
19       Q.    You testified that it's
20   mathematically appropriate, in fact, a bit
21   more accurate.  Why are you testifying now
22   that the exponential fit is inappropriate?
23       A.    Let me clarify.  That's not
24   exactly what I said.  I said that
25   mathematically it provides a slightly better

3 (Pages 362 to 365)

486

1   BSR, CSR, and upper annular?
2       A.    Those were the geometries that I
3   have identified as the critical pieces that
4   based on the flow path that was established
5   were most important in restricting the flow.
6       Q.    And how did you determine that
7   they provided the most significant
8   restriction to flow?
9       A.    By a well-established
10  engineering analysis and the fact that we
11  knew which was the main pathway for the bulk
12  of the flow going through these elements.
13      Q.    Do you recall being asked
14  questions by Ms. Cross about sand particle
15  size?
16      A.    I do.
17      Q.    Was sand particle size
18  ultimately a factor in your analysis?
19      A.    No, it was not.
20      Q.    Why not?
21      A.    Because we have not relied on
22  prediction of erosion rates to reach our main
23  conclusions, and sand particle size would
24  inform those erosion rates.  That would be
25  the main connection between sand particle

487

1   size and anything we conclude.  Since we
2   didn't go down that path, there was no effect
3   of sand particle size and erosion rate on the
4   conclusions we reached.
5       Q.    Did you initially ask for
6   information about sand particle size?
7       A.    I did.
8       MS. CROSS:  Objection to form.
9       Q.    (BY MR. ROMAN)  Why did you
10  request information about sand particle size?
11      MS. CROSS:  Objection to form.
12      A.    Because our initial intent was
13  to try to calculate erosion rates as
14  accurately as we can and use that to predict
15  how long it took for various elements to
16  erode, and at that time, therefore, we asked
17  for the information about the sand particle
18  size.
19      Q.    (BY MR. ROMAN)  Do you recall
20  being asked about sand particle properties
21  including particle roughness?
22      A.    I do.
23      Q.    Was sand particle -- were sand
24  particle properties including particle
25  rough -- roughness ultimately used in your

488

1   analysis?
2       A.    No, they were not.
3       Q.    Why not?
4       A.    For the same reasons I just
5   explained before.  Erosion rate prediction
6   was not used in reaching my conclusions, and,
7   therefore, those particle properties were not
8   relevant either because they would have only
9   affected erosion rate prediction, which was
10  not instrumental in my work.
11      Q.    Do you recall being asked by
12  Ms. Cross about the total amount of sand that
13  was produced at the Macondo well?
14      A.    I do.
15      Q.    Did you request an estimate of
16  the total amount of sand from -- through --
17  from -- through counsel from Dr. Vaziri?
18      A.    I did.
19      Q.    Why did you do that?
20      A.    Well, the first and foremost
21  reason was that I wanted to establish that
22  there was sufficient sand in the system and
23  that the presence of that sand would lead to
24  substantial erosion.
25      Q.    Did you use Dr. Vaziri's

489

1   estimate of the total amount of sand in your
2   sand concentration figures?
3       A.    Yes, I did.
4       Q.    For what purpose?
5       A.    The purpose of calculating the
6   concentration was that we needed that
7   parameter and input to the erosion model.
8       Q.    And why was that?
9       A.    Well, initially we thought that
10  the erosion model would -- would be important
11  in predicting how long it took for certain
12  geometries to change, and we didn't end up
13  doing that.  So the actual concentration of
14  the sand in our analysis was not -- not
15  important.
16      Q.    Do you recall being asked
17  about -- excuse me -- fluid density values
18  used in your analysis?
19      A.    Yes, I do.
20      Q.    Are you an expert in analyzing
21  or computing mixture fluid density?
22      A.    No, I'm not.
23      Q.    From where did the fluid density
24  figures in your analysis come?
25      MS. CROSS:  Objection; form.

34 (Pages 486 to 489)

490

1      A.     Those were provided to me by my
2  attorneys.
3      Q.     (BY MR. ROMAN)  Were you
4  involved in the calculation of those fluid
5  density figures?
6      A.     No.
7      Q.     Were the fluid density figures
8  as used in your report representative --
9  representative -- representative -- let me
10  start all over again.
11          Were the density values as used
12  in your report representative of liquid
13  density or a mixture density?
14      MS. CROSS:  Objection; form.
15      A.     Liquid density.
16      Q.     (BY MR. ROMAN)  Did those
17  density figures influence the findings in
18  your report?
19      A.     No, the main findings on my
20  report, and that is how the pressure drop and
21  the resistance to flow changed over time,
22  were not sensitive to the input values of the
23  fluid density.
24      Q.     Do you recall being asked about
25  the effect of gravity on particle velocity?

491

1      A.     I do.
2      Q.     Did gravity have an effect on
3  particle velocity in your modeling?
4      A.     Yes, but only to a minor extent
5  where that didn't affect the results of the
6  predictions.
7      Q.     Did you perform a sensitivity
8  analysis on the potential effect of gravity?
9      A.     Yes, we did, and that was the
10  way we established the negli- -- negligible
11  effect of gravity was there, but it didn't
12  affect anything material.
13      Q.     Do you recall being asked about
14  transient sim- -- simulations you performed?
15      A.     Yes.
16      Q.     What was the purpose of those
17  transient simulations?
18      MS. CROSS:  Objection to form.
19      A.     The purpose of the transient
20  simulations was to establish a trend; that
21  is, the character of the change of the
22  pressure drop over time through the
23  geometries of interest.
24      Q.     (BY MR. ROMAN)  Can you explain
25  the process you used to make the simple --

492

1  well, strike that.
2          Do you recall characterizing the
3  simulations that you conducted as sim- -- as
4  being of simplified geometries?
5      A.     Yes.
6      Q.     Can you explain the process you
7  used to make sure that the simplified
8  geometries were not oversimplified?
9      A.     Yes, we have been very careful
10  in making sure that the simplified geometries
11  retained all key features that determined the
12  pressure drop of flow through them.  Those
13  were -- we have retained all the geometrical
14  characteristics that relate to the main flow
15  through them, and we have also adjusted them
16  so that the pressure drop through those
17  simplified geometries matched approximately
18  the pressure drop to the real geometries.
19      Q.     Can you please turn to Tab 8 in
20  your notebook?  This is Dr. Bushnell's
21  report.
22      A.     Yes.
23      Q.     And specifically go to Page 30.
24      MR. ROMAN:  For the court reporter,
25  this is Exhibit 11706.

493

1      A.     Yes.
2      Q.     (BY MR. ROMAN)  Do you recall
3  being asked questions about Figure 12 of
4  Dr. Bushnell's report?
5      A.     I do.
6      Q.     And do you recall being asked
7  about Dr. Bushnell's exponential fit of
8  the -- of the dots along that -- depicted in
9  that figure?
10      A.     Yes.
11      Q.     In your opinion, does
12  Dr. Bushnell's exponential fit most
13  accurately depict the -- the trend?
14      MS. CROSS:  Objection to form.
15      A.     Only mathematically it appears
16  to be a slightly better fit.
17      Q.     (BY MR. ROMAN)  How about in
18  other respects?
19      A.     Well, first, for the purposes of
20  this study, there is no validity to this
21  claim this is a better fit.  And, second,
22  there are no physical reasons that one would
23  assume that such a nonlinear fit should be
24  used or extrapolated beyond the available
25  points.

35 (Pages 490 to 493)

1       Q.   I believe you testified that the
2   last two points on your transient sim --
3   simulations were left off this graph; is that
4   correct?
5       A.   That's correct, they were
6   representing aberrations in the simulations
7   which we believed are erroneous.
8       Q.   And did you make similar
9   conclusions about other simulation results?
10      A.   Yes, we had cases -- many cases
11  where given after a certain period of time,
12  FLUENT predictions did not give expected
13  results, and we had to discard those.
14      Q.   Just to be clear, why did you
15  leave those last two points off of the graph
16  depicted in Figure 12 of Dr. Bushnell's
17  report?
18      MS. CROSS:  Objection to form.
19      A.   Because, as you can see, if you
20  turn to Page 28 of the same report, you can
21  see that those last few points, we had
22  unrealistic change of geometry which led to
23  an unrealistic change of pressure drop.  So
24  we had to remove those points because they
25  weren't -- they weren't realistic as the

1   other points were on this graph.
2       Q.   (BY MR. ROMAN)  Does the
3   unreliability of the last two points, the
4   ones that were left off the graph, affect how
5   you view the final point that is included in
6   your graph?
7       A.   The final point shown on
8   Figure 12 of Bushnell's rebuttal report is a
9   little higher than the linear trend suggests,
10  which may be because the deformation of the
11  geometry caused by this aberration in the
12  simulations already started there, but we
13  weren't entirely sure, so, therefore, that
14  point could be questionable if we left it
15  there either way.
16      Q.   In your opinion, which of the
17  two lines depicted on Figure 12 more
18  accurately represents the trend of data?
19      A.   I firmly believe that the
20  straight line is a better approximation of
21  this particular set of simulations as well as
22  a number of other simulations where we varied
23  different parameters and even varied
24  different geometries.  In all cases we got as
25  close as one would expect to a linear trend.

1       Q.   Is it appropriate to use
2   transient simulations to draw conclusions
3   about the erosion rate at the Macondo well?
4       MS. CROSS:  Objection; form.
5       A.   Calculating erosion rates even
6   for the trend -- simplified geometries and
7   transient simulation was subject to some of
8   the same problems that occurred with the real
9   geometries.  However, we were able to
10  calculate erosion rates in simplified
11  geometries and pursue at least the
12  simulations until 10 days.  Is that an answer
13  to your question?
14      Q.   (BY MR. ROMAN)  We can come back
15  to that.  Is it appropriate to use transient
16  simulations to draw conclusions about the
17  magnitude of erosion at the Macondo well?
18      A.   No.
19      MS. CROSS:  Objection to form.
20      Q.   (BY MR. ROMAN)  Why not?
21      A.   Because the actual erosion
22  magnitude of the erosion rates is subject to
23  many different problems that are -- where
24  some of them related to the actual
25  predictions given by the erosion model, other

1   to the -- this complicated interaction
2   between the changing geometry and the erosion
3   rate.  So I think it's inappropriate to
4   transpose the erosion rate from the transient
5   model of simplified geometries with the real
6   geometries.
7       Q.   Do you recall being asked about
8   your calibration exercise?
9       A.   Yes.
10      Q.   And directing your attention to
11  Tab 13 in your notebook.  Other way.
12      A.   Yes.
13      MR. ROMAN:  And for the court reporter,
14  this is Exhibit 11734.
15      Q.   (BY MR. ROMAN)  Do you recall
16  being asked about your reliance on the
17  article that is attached at -- at Tab 13,
18  Exhibit 11734?
19      A.   Yes.
20      Q.   For what purpose did you conduct
21  the calibration exercise that you did in this
22  case?
23      A.   Our goal was to approximate the
24  predictions of the erosion model as close as
25  we thought it could be done to some

Worldwide Court Reporters, Inc.
PURSUANT TO CONFIDENTIALITY ORDER

506

1    a simple analogy between that erosion rate
2    that happened there and erosion rate in any
3    of the elements of the BSR, CSR, upper
4    annular, and kink are -- is inappropriate.
5    It is naive to assume that the same
6    conditions that existed at that drill pipe at
7    the upper annular was -- was the same
8    condition as we had, for example, in the BSR.
9         **Q.    Do you recall being asked about**
10   **modeling runs and sensitivity analyses that**
11   **you did not produce with your report?**
12        A.    Yes.
13        **Q.    Did you rely on those modeling**
14   **runs when forming your opinions?**
15        A.    No.  To the extent that I did
16   not need to worry about runs which produced
17   no effect, when nothing happened and no
18   important effect was observed in these runs,
19   I didn't feel that I need to retain many of
20   them.  That is a common engineering practice.
21        **Q.    I'm sorry, what's a common**
22   **engineering practice?**
23        A.    Not to keep every detail of
24   every calculation even if there is no effect
25   of it.  In this case that was aggravated

507

1    by the fact that most of the data files from
2    the various runs were very large and made it
3    practically impossible for us to retain all
4    those pieces of information.
5         **Q.    Do you recall being asked about**
6    **the TEACH, all caps, codes that you**
7    **developed?**
8         A.    Yes.
9         **Q.    Except for the fact that it was**
10   **based on Finney's model, did you rely on**
11   **TEACH code or a modification of TEACH code to**
12   **create the erosion model you used in ANSYS?**
13        A.    No.
14        MS. CROSS:  Objection to form.
15        **Q.    (BY MR. ROMAN) Do you recall**
16   **being asked about your conversation --**
17   **conversations with ANSYS FLUENT regarding the**
18   **erosion model?**
19        A.    I do.
20        **Q.    Were those communications**
21   **performed at the direction of counsel?**
22        MS. CROSS:  Objection; form.
23        A.    Yes.
24        **Q.    (BY MR. ROMAN) Do you recall**
25   **being asked by Mr. Dart whether it is --**

508

1    **whether it is possible to intentionally**
2    **adjust inputs to a CFD model so that outputs**
3    **of data points appear linear and those data**
4    **points are plotted on a graph?  Do you recall**
5    **that testimony?**
6         A.    I do recall that.
7         **Q.    Did you do that here?**
8         A.    Oh, I would never do that.  That
9    is something that would be horrible to do.
10   That -- that is something I wouldn't do
11   because I would never try to manipulate the
12   data to show something that's not there.
13   That would be against my core beliefs, and
14   that would be something that would forever
15   taint my integrity.  I would never do that.
16        MR. ROMAN:  Let me just consult with
17   Ms. Rodgers.  I may be done.
18        **Q.    (BY MR. ROMAN) One last**
19   **question.**
20        A.    Okay.
21        **Q.    Is it appropriate to use**
22   **transient simulations to draw conclusions**
23   **about the erosion rate at the -- of the**
24   **actual -- at the actual conditions of the**
25   **Macondo well?**

509

1         MR. ROMAN:  Objection; form.
2         A.    That can be used as one
3    auxiliary piece of information when one is
4    considering the erosion rates in the Macondo
5    well.  However, I have not used the erosion
6    rates predicted in the transient simulations
7    simplified geometries to reach my conclusions
8    about what happened in the analysis of the
9    real components of the BOP and the kinked
10   riser.
11        **Q.    (BY MR. ROMAN)  Why not?**
12        A.    Because it is not reliable to
13   transfer the erosion rate numbers produced in
14   the transient simulations simply over to the
15   real geometry because geometries were
16   slightly different.  Plus, I already argued
17   that any erosion rate calculation carries an
18   uncertainty that makes it unreliable to
19   predict the long-term effects of erosion on
20   the pressure drop change.  So, likewise, the
21   transient simulations have that shortcoming
22   as well.
23        MR. ROMAN:  Thank you, Dr. Nesic, no
24   further questions.
25        THE WITNESS:  Thank you.

39 (Pages 506 to 509)