# Exhibit 6

## Excerpt from the Rebuttal Expert Report of Nathan Bushnell

## June 10, 2013



**Engineer · Simulate · Innovate**

SimuTech Group – West
11611 Airport Road, Suite 201
Everett, WA 98204-3782

# Rebuttal Report

# Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico- Capping Stack Flow Calculations, July 12 to 15, 2010

Report Prepared on Behalf of the United States

Author:

Nathan Bushnell, Ph.D.
CFD Consulting Engineer

_[signature]_

Nathan Bushnell, Ph.D.

10th June 2013

Typically, validation data is used to select the best turbulence model based on a comparison between the experimental results and the different solutions, thus reducing the uncertainty of the calculation. As there is only limited validation data (only the choke valve), a comparison of the results for the various turbulence models is the next best thing. My results show very good agreement when comparing the various turbulence models.

### Gas Evolution

Dr. Sundaresan questions whether the gas evolution can fully occur in the short residence time through the capping stack: "The extent to which phase change can actually occur in these flows, given the high velocities and short residence times, is not clear" (Sundaresan Report at 4). Dr. Sundaresan claims that my CFD solutions would be a limiting case: "Thus, his CFD simulations can consider only limiting cases" (Sundaresan Report at 4).

My assumption that the gas evolution was fully complete is conservative because it lowers the flow rate of oil. As the oil flows through the capping stack, the lowering of the pressure releases gas from the oil. This increases the amount of gas in the gas/oil mixture (gas evolution). If the gas is not fully released, the gas volume fraction will be reduced, and therefore the actual flow rate would be greater than the calculated value. Dr. Sundaresan is correct that the complete gas evolution solution can be thought of as limit, but it is a **lower limit** for calculating the mass flow rate.

To give an estimate of the maximum magnitude of this effect, Dr. Lo only found a 0.3% reduction in oil flow rate between his case with gas evolution and without it. Therefore, the gas evolution has a very small effect on the oil flow rate.

### Dr. Sundaresan Summary

Dr Sundaresan raises general objections to the use of CFD but does not provide an alternate approach. CFD is one of the best tools available for practicing engineers and is widely accepted in industry.

## Rebuttal of Dr. Nesic's Report

Dr. Nesic performed a number of CFD simulations in support of his report. Dr. Nesic's CFD models' deficiencies include:

- Dr. Nesic uses the wrong particle size for the sand particles in his CFD models. He used a diameter of 149.86μm (0.0059inch) in his CFD models; yet on page 12 he reports "grains of sand 500μm in diameter". The smaller diameter particles typically hit walls at slower speeds and, for a given mass flow rate, increase the number of particles. Both factors will change the erosion rate. The incorrect particle diameter is likely to invalidate any erosion prediction, as the particle diameter is critical to any erosion calculations.