UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL NO. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| ALL CASES | : : | MAGISTRATE JUDGE SHUSHAN |

...........................................................................................................................

**UNITED STATES' MOTION TO APPEAL DECISION OF THE MAGISTRATE JUDGE REGARDING CRIME-FRAUD MOTION TO COMPEL (Dkt. Nos. 10336 and 11128)**

The United States respectfully appeals the Magistrate Judge's decisions (Dkt. Nos. 10336 and 11128) concerning the responsive universe of documents subject to the United States' motion to compel production of documents based on the crime-fraud exception (Dkt. No. 8417) for the reasons described in our briefing before the Magistrate Judge, which is incorporated in full here.  Specifically, the United States incorporates Dkt. Nos. 8417, 8868, 8974, 9355, and 10255.

The Magistrate Judge has issued several rulings on the United States' motion to compel.  The United States previously appealed Dkt. No. 9592, and the Court denied that appeal.  Dkt. No. 10736.  In Dkt. No. 9592, the Magistrate Judge carved out the issue of whether BP had identified the appropriate universe of documents potentially responsive to the United States' motion to compel and sought additional briefing on that question.  After the Parties supplied additional briefing, the Magistrate Judge ordered a search of documents held by three of the 58 custodians identified by the United States and Transocean as holding responsive documents.  Dkt. No. 10336 at 2-3.  The Magistrate Judge stated that, "After reviewing the production in

- 1 -

camera, the undersigned will determine whether there will be production from any of the other 35 custodians." *Id*. at 3.  After reviewing documents from the custodial files of the three custodians, the Magistrate Judge ordered BP to produce a handful of documents and stated that there would be no further production from the remaining custodians.  Dkt. No. 11128 at 2-3.  The deadline for appeal of that order is today.

  The United States respectfully requests a ruling requiring consideration and production of all documents responsive to the motion to compel.

Respectfully submitted,

| | |
|---|---|
| BRIAN HAUCK | ROBERT G. DREHER |
| Deputy Assistant Attorney General | Acting Assistant Attorney General |
| Civil Division | Environment & Natural Resources Division |
| | |
| PETER FROST | SARAH HIMMELHOCH |
| Directory, Torts Branch, Civil Division | Senior Litigation Counsel |
| Admiralty and Aviation | NANCY FLICKINGER |
| STEPHEN G. FLYNN | SCOTT CERNICH |
| Assistant Director | RICHARD GLADSTEIN |
| MICHELLE DELEMARRE | THOMAS BENSON |
| SHARON SHUTLER | Senior Attorneys |
| JESSICA SULLIVAN | A. NATHANIEL CHAKERES |
| JESSICA MCCLELLAN | ANNA CROSS |
| MALINDA LAWRENCE | BETHANY ENGEL |
| Trial Attorneys | JUDY HARVEY |
| | RACHEL KING |
| | ERICA PENCAK |
| | Trial Attorneys |
| | |
| /s/ R. Michael Underhill | /s/ Steven O'Rourke |
| R. MICHAEL UNDERHILL, T.A. | STEVEN O'ROURKE |
| Attorney in Charge, West Coast Office | Senior Attorney |
| Torts Branch, Civil Division | Environmental Enforcement Section |
| U.S. Department of Justice | U.S. Department of Justice |
| 7-5395 Federal Bldg., Box 36028 | P.O. Box 7611 |
| 450 Golden Gate Avenue | Washington, D.C. 20044 |
| San Francisco, CA 94102-3463 | Telephone:  202-514-2779 |
| Telephone:  415-436-6648 | Facsimile:   202-514-2583 |

- 3 -

Facsimile:  415-436-6632  
E-mail:  mike.underhill@usdoj.gov

E-mail:  steve.o'rourke@usdoj.gov

DANA J. BOENTE  
United States Attorney  
Eastern District of Louisiana  
SHARON D. SMITH  
Assistant United States Attorney  
Eastern District of Louisiana  
650 Poydras Street, Suite 1600  
New Orleans, LA  70130  
Telephone:  (504) 680-3000  
Facsimile:  (504) 680-3184  
E-mail:  sharon.d.smith@usdoj.gov

Attorneys for the UNITED STATES OF AMERICA

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Date:  September 3, 2013.                       /s/  Steve O'Rourke
                                                                                     U.S. Department of Justice