# Exhibit 1

## Excerpt from the Expert Report of Dr. Adrian Johnson

## May 1, 2013



# In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

United States District Court

Eastern District of Louisiana

MDL No. 2179, Section J

Judge Barbier; Magistrate Judge Shushan

## Technical Review of US Government Expert Witness Reports on Flow Rates from the MC252 Macondo Well

## Expert Report of A. E. Johnson PhD CEng MIMechE

May 1, 2013

**CONFIDENTIAL**

FEESA Ltd
FEESA Ltd, Westmead House, Farnborough, Hampshire GU14 7LP.
Tel: + 44 (0) 1252 372321  •  E-mail: info@feesa.net

## 5  TECHNICAL EVALUATION OF DR. DYKHUIZEN'S REPORT

This section describes the results of my evaluation of Dr. Dykhuizen's Expert Witness Report (ref. 2).

### 5.1  Dr. Dykhuizen's analyses are based on incorrect or unsupported assumptions in calculating the flow rate from the Top Hat.

In section 5.1, I discuss the errors and uncertainties in Dr. Dykhuizen's calculation of a lower bound flow rate from Top Hat. I have repeated the calculations to establish where the errors were committed.

Dr. Dykhuizen purports to establish a lower bound of the oil flow rate from the well by estimating the flow that could leak out of the Top Hat, under certain assumed conditions, in mid-June 2010. The Top Hat is a very loose fitting vessel placed over the top of the severed riser and riser flange. Figure 13 shows a sketch of the Top Hat and top of the riser and riser flange (taken from the report of Dr. Dykhuizen, page 18):



**Figure 13. Sketch of the Top Hat and Riser Flange**

Dr. Dykhuizen performed two calculations to estimate the flow rate out of the Top Hat (1) the flow from three open vents on the top of the Top Hat and (2) the flow from the skirt at the bottom of the Top Hat.

U.S. scientists such as Dr. Ratzel, who led the DOE-NNSA flow analysis team, (ref. 33) did not believe the Top Hat data could give good flow estimates and neither do I. With respect to the skirt flow rate estimation, Dr. Dykhuizen himself admitted "we could not estimate accurately what was coming out of the skirt." (ref. 39). By repeating the updated calculations of Dr. Dykhuizen, I have identified the following deficiencies in his analysis for the Top Hat:



### 5.1.1 Dr. Dykhuizen's Top Hat skirt flow estimate is highly inaccurate.

Although Dr. Dykhuizen himself presents no attempt to quantify the uncertainty of the skirt flow calculation, it is subject to large error for the following reasons:

1. The geometry of the Top Hat skirt was very complex.

    a. The skirt seal was partial damaged / destroyed during installation;
    b. The Top Hat was tilted at about 5° relative to the riser and riser flange;
    c. There was the complex geometry of the riser, riser flange, and auxiliaries in the skirt flow area; and
    d. The Top Hat was not centered on the riser / flange.

    For these reasons it is impossible to know the geometry of the skirt flow area well enough to accurately calculate the flow.

2. The Top Hat flow calculation is dependent on very small pressure differences (*i.e.,* less than 2 psi) between the pressure within the Top Hat and ambient sea pressure. Accurately measuring the small pressure difference between the fluids inside the Top Hat and ambient sea pressure was difficult, as recognized by Dr. Dykhuizen himself (page 18 of Appendix A.7 in Dr. Dykhuizen's report). Errors of only a fraction of a psi would lead inevitably to large errors in the skirt flow rate calculation. For example, I calculate that an error of only -0.5 psi would result in approximately *halving* the calculated skirt flow rate.

3. The open area of the skirt would not only affect the area available for flow, but also the pressure loss coefficient (*i.e.,* K value) assumed when calculating the flow rate. To calculate a loss coefficient, one needs to know the area at the base of the skirt through which hydrocarbons flow downwards to the sea, and an area within the Top Hat, above the skirt outlet. Based on the open area of the skirt given in Dr. Dykhuizen's report (page 12 of Appendix A.7 of Dr. Dykhuizen's report) and the area of the inside of the Top Hat (diameter taken from page 12 of Appendix A.7 of Dr. Dykhuizen's report), the open area ratio for the skirt opening is 0.07 (*i.e.,* the ratio of these two areas). Assuming that the skirt outlet acts like an orifice, a loss coefficient can be determined from Figure 3 above. This resulting loss coefficient is at least 2, but possibly 3, orders of magnitude greater than Dr. Dykhuizen's work assumed. That is to say, the loss coefficient should be at least 100 times larger (a three-figure loss coefficient), and possibly 1000 times larger (a four-figure loss coefficient) than assumed by Dr. Dykhuizen. A loss coefficient of 700, for example (consistent with an open area ratio of 0.07 from Figure 3 above), would reduce the calculated skirt flow to about 1,800 stb/d, down from Dr. Dykhuizen's June 2010 estimate of 45,000 stb/d (page 17 of Dr. Dykhuizen's report).

    It is possible that the area leading into the skirt could be considered smaller than that of the inside of the Top Hat due to the presence of the riser and flange. This would result in a loss coefficient for the skirt of less than 700. For example, accounting for the riser cross-sectional area reduces the skirt loss coefficient to about 450 resulting in a skirt flow rate of 2,300 stb/d. It is possible that other calculations of the loss

Page 41 of 54



coefficient could be performed (*e.g.,* it could be argued that the skirt consists of part contraction, due to the riser and flange, and part orifice, due to the presence of some of the seal), but any calculated loss coefficient will be much greater than the value of 2 used by Dr. Dykhuizen. Therefore, I believe that Dr. Dykhuizen's June 2010 flow estimation from the Top Hat skirt is over estimated by at least an order of magnitude.

### 5.1.2 Dr. Dykhuizen misrepresents his well flow rate estimate, based on the Top Hat vent flow calculation, as a lower bound.

Dr. Dykhuizen adds the highest maximum collection rate (25,000 stb/d) to a calculated vent flow rate (18,000 stb/d) to generate another purported lower bound estimate of the flow rate. This approach is incorrect and assumes that the collection flow rate of 25,000 stb/d applies for the whole of the Top Hat collection period. Claiming that this is a lower bound flow rate for the whole of that period is incorrect. The collection flow rates from the *Helix Q4000* (collection from the BOP) and *Discoverer Enterprise* (collection from the top of the Top Hat) (ref. 33) are shown in Figure 14:



**Figure 14. Collection Flow Rates During the Top Hat Period**

In Figure 14, the collection flow rate from both vessels reaches 25,000 stb/d only for approximately the last 2 weeks of the Top Hat being in place – *i.e.,* approaching the capping stack period. But simply assuming that the maximum observed collection rate would have also occurred at all times earlier, when in fact such collection rates were not achieved, is not a consistent methodology for estimating a *lower bound* for the flow rate.

Page 42 of 54



Prior to the final two weeks of the Top Hat period the actual, recorded, lower collection rates should be added to generate true *lower bound* flow rates, as shown in Figure 15.



**Figure 15. Revised *Lower Bound* Flow Rate Profile**

The analysis for the vent, skirt, and riser flows were separately performed ("decoupled") in Dr. Dykhuizen's work. However, the various flow paths are interrelated, and the changes in flow rate for each path affect the flow rates in the other flow path. An accurate analysis of these interactive flow rates must therefore be performed as one analysis in an integrated model that would then account for these interactions.

## 5.2 Dr. Dykhuizen's Top Kill analysis has serious technical errors that affect the validity of his flow rate calculations.

In section 5.2, I present the examination of the errors Dr. Dykhuizen committed in his calculation of a lower bound flow rate from data at the time of the final Top Kill attempt. I present a calculation, using Dr. Dykhuizen's own spreadsheet, that produces a significantly lower flow rate result for the data available from the first Top Kill attempt.

Dr. Dykhuizen's method of analysis posits a relationship between pressure drop and flow rate for flow through the BOP during Top Kill on 28th May 2010, and then applies this relationship



## Appendix A

### Glossary

| | |
|---|---|
| $A_o$ | Area of an orifice. |
| Absolute pressure | The measurement of pressure relative to zero pressure (*i.e.* zero pressure occurs in a vacuum). Equal to the sum of the pressure shown on a pressure gauge and atmospheric pressure. |
| Accelerational pressure drop | Pressure drop due to changes in volume flowrate caused by spatial acceleration which occurs when the fluid undergoes a change in fluid density. |
| Ambient sea pressure | The pressure at a point in the sea dependant on the sea depth, density and atmospheric pressure at the sea surface. |
| Ambient sea temperature | The temperature at a point in the sea. |
| Annular flow | A multiphase flow regime in which the lighter fluid flows in the centre of the pipe, and the heavier fluid is concentrated in a thin film on the pipe wall. |
| Aspect ratio | The ratio of the width of a component, or shape, to its length. |
| $A_{tot}$ | Total cross-sectional area. |
| $\beta$ | Constant of proportionality. |
| Beggs & Brill correlation | An empirical correlation for predicting, primarily, the pressure drop through a multiphase pipeline. |
| BOP | Blow Out Preventer: A piece of equipment on the top of the well that has a number of mechanisms which can be used to shut off or restrict flow from the well (*e.g.*, CSR, BSR, VBR, etc.). |
| bopd | Barrels of oil per day. Generally used for actual barrels of oil per day at the local conditions, not stock tank barrels of oil (*i.e.*, at standard conditions). |
| Bottom Hole | Bottom of the well bore. |
| Bottom Hole pressure (BHP) | The pressure measured in a well at the depth of the producing formation. |
| bpm | Barrels per minute. |



| | |
|---|---|
| BSR | Blind Shear Ram: A pair of rams designed to cut and crimp or seal the drill pipe. These rams have a latch which, once fully closed, prevents reopening. |
| Coffer dam | A large, steel, box-like construction used in an attempt to capture (and funnel upwards via a riser) hydrocarbons escaping from the fallen riser. |
| Completion (of a well) | The completion of an oil or gas well is the finishing of the well so that it is ready for production. The completion comprises perforation through the tubing (the tube lowered down into a well through which the production fluids travel) wall so that the reservoir can flow into the well and any screen to prevent sand from the reservoir escaping into the tubing. The Macondo well did not have a completion. |
| CS | Capping Stack: Equipment containing three rams which can be shut to stop flow through the stack. The capping stack was installed at the top of the LMRP. |
| CSR | Casing Shear Ram: A pair of rams in the BOP that when activated cut the casing and drill pipe (with a scissor action) and practically shut off the flow from the well, although the CSR is not designed to seal the well. There is no latch on the CSR, so it may reopen once hydraulic pressure is removed. |
| Cumulative Oil | The total amount of oil collected up to a point in time. |
| D | Pipe diameter (upper case D generally denotes outside diameter). |
| $\delta P_{BOP}$ | Pressure drop across the BOP (as used originally in Dr. Griffiths' report). |
| $\Delta P$ | Pressure change across an item or over a distance. |
| $\Delta Pf$ | See "Frictional pressure drop". |
| DE | Drilling vessel *Discoverer Enterprise* used to collect flow from the Macondo well. |
| Density ($\rho$) | Mass per unit of volume. |
| Discontinuity | A boundary or interface at which a physical quantity, such as viscosity, density, or velocity, etc., changes abruptly. |
| Drag | Force which acts on a solid object in the direction of the relative fluid flow velocity. |



| | |
|---|---|
| DWH | Deepwater Horizon. |
| e | Pipe wall roughness. |
| Effective diameter | The diameter of a circle with the same cross-sectional area as a non-circular opening or hole. |
| Elevational pressure drop | Drop in pressure between two points as a result of the difference in elevation and fluid density between the two points. |
| Erosion | The wearing away of a surface by a flow. Erosion increases as the solids content in the flow increases. |
| Friction factor | A factor dependent on surface roughness which dictates the frictional pressure drop over a surface. |
| Frictional pressure drop ($\delta P_f$) | Loss of pressure that occurs in pipe flow due to viscous effects and turbulent energy losses to heat in the fluid. The loss generally increases with increasing surface roughness of the pipe. |
| Gauge pressure | A measurement of pressure which is referenced to ambient pressure. The gauge pressure equals absolute pressure minus local ambient pressure. |
| GoM | Gulf of Mexico. |
| Gravitational pressure drop | See "Elevation pressure drop". Also called gravitational head. |
| Homogeneous flow | An oil and gas flow that is thoroughly mixed such that both phases move together and act as a single phase. |
| HP1 | Drilling vessel *Helix Producer I* used to collect flow from the Macondo well. |
| InfoChem | The company that owns the software Multiflash. |
| Junk Shot Material | Material (of various hardnesses and shapes) deliberately injected into the well in an attempt to block the flow of oil and gas. Also known as Bridging Material. |
| $k_{BOP}$ | BOP discharge coefficient as defined by Dr. Griffiths. |
| $k_{eff}$ | Effective discharge coefficient as defined by Dr. Griffiths. |
| $k_{well}$ | Wellbore discharge coefficient as defined by Dr. Griffiths. |



| | |
|---|---|
| K value (Loss coefficient) | Loss coefficient refers to the constant of proportionality between the pressure drop across the BOP and the flow rate squared through the BOP. |
| Kink | The sharp bend in the DWH riser after it fell. The kink also contained two sections of kinked drill pipe. |
| LAP | Lower Annular Preventer: A large multi-element ram encased in a polymeric donut which can close around a tube and restrict the flow past the outside of the tube. |
| Least-squares fit | A mathematical procedure for finding the best-fitting curve to a given set of points by minimizing the sum of the squares of the offsets of the points from the curve. |
| LIB | Lead Impression Block: A steel cylinder housing with soft lead molded at the bottom, which is pressed into the top of a blockage in a well in order to gain some information about its location and shape. |
| LMRP | Lower Marine Riser Package: Connects the riser to the BOP and incorporates annular preventers which can be closed round the drill pipe to restrict flow. |
| Test Ram | A multi-element ram in a steel housing, with separate "elements" around a polymeric ring. This ram can close around a drill pipe and restrict the flow past the outside of the pipe. |
| MAF | NASA Michoud Assembly Facility: This is where the physical evidence from the well is stored. |
| Maximus | Industry-standard multiphase, life of field, network simulations software; used primarily to simulate oil and gas production systems. |
| Mixture density | Density of an oil and gas mixture. |
| MMstb | Millions of stock tank barrels. |
| Mstb | Thousands of stock tank barrels. |
| Moody friction factor | Correlation developed by Moody in the 1940's to calculate frictional pressure drops for single phase flows. |
| Multiflash | Software that models fluid properties based on the user specification of the components of the fluid in the mixture. |

