
# Exhibit 2

# Dep. Ex. 11566

|     | Parameter | Value | Unit |     |
| --- | --- | --- | --- | --- |
|     | Vent ID | 4 | in |     |
|     | Vent ID | 0.1016 | m |     |
|     | Vent area | 0.008107 | m2 |     |
|     | Ball valve ID | 3 | in |     |
|     | Ball ID | 0.0762 | m |     |
|     | Ball area | 0.00456 | m2 |     |
|     | # vents | 3 |     |     |
|     | DP | 1.210403 | psi |     |
|     | DP | 8345.436 | N/m2 |     |
|     | rho-mix | 295 | kg/m3 |     |
| Ke  | entrance loss K | 0.5 |     |     |
| Kx  | exit loss K | 1 |     |     |
| Kv  | valve loss K | 0.83 |     |     |
|     | Total K | 2.33 |     |     |
|     | 1vent flow | 0.049792 | m3/s | local |
|     | 1vent flow | 27058.96 | bbl/d | local |
|     | Total vent flow | 81176.88 | bbl/d | local |
|     | **Total vent flow oil** | **17632** | **stb/d** |     |

for 15/6/10
From Maximus

| Parameter | Value | Unit |     |
| --- | --- | --- | --- |
| mass flow rate | 38.7387 | kg/s |     |
| st oil flow rate | 15500 | stb/d | 0.028522 m3/s |
| rho mix | 295 | kg/m3 |     |
| Vol flow rate | 0.131318 | m3/s |     |
| Vol factor | 0.217199 |     |     |
| Height of inside of Top hat | 46.5 | in |     |
| Height of inside of Top hat | 1.1811 | m |     |
| Min pressure at top of top hat | 3418.044 | N/m2 |     |
| htop hat head | 0.495745 | psi |     |
| Their top hat height | 1.17 | m | 1.17 |
| Sea density | 1022.1 | kg/m3 |     |
| Top hat top pressure | 8345.436 | N/m2 |     |
| Top hat top pressure | 1.210403 | psi |     |
| Cv | 525 |     |     |
| psi to N/m2 times by | 47.88026 | 0.020885 |     |
| USG/m to m3/s times by | 6.31E-05 | 15850.32 |     |
| Cv equation imperial to SI conversion | 5247.105 |     |     |
| 2 time conversion (for equation) | 10494.21 |     |     |

11566
Exhibit No. _____
Worldwide Court
Reporters, Inc.

Based on K=2 for skirt opening velocity.

| | | | | |
|---|---|---|---|---|
| Skirt open area | 114 | in2 | | |
| Skirt open area | 0.073548 | m2 | | |
| pressure reading error | 0 | psi | | |
| DP | 0.689597 | psi | | |
| DP | 4754.603 | N/m2 | | |
| rho-mix | 295 | kg/m3 | | |
| Ks  Skirt K | 2 | | | |
| Skirt Flow | 0.295269 | m3/s | local | |
| Skirt Flow | 160461.1 | bbl/d | local | |
| **Total skirt flow oil** | **34852** | **stb/d** | | |
| Top hat ID | 46.5 | in | | |
| Top hat area | 1698.227 | in2 | | |
| Top hat area | 1.095628 | m2 | | |
| Open area ratio | 0.067129 | | 0.004506 | |
| | | | 443.8251 | |
| | | | 29.79346 | |
| | 0.067129 | | | |
| Riser dia | 21 | in | | |
| Riser csa | 346.3606 | in2 | | |
| Top hat area minus riser area | 1351.867 | in2 | | |
| Top hat area minus riser area | 0.87217 | m2 | | |
| Open area ratio | 0.084328 | | | |

for 15/6/10

From Maximus

| | | | |
|---|---|---|---|
| mass flow rate | 38.7387 | kg/s | |
| st oil flow rate | 15500 | stb/d | 0.028522 m3/s |
| rho mix | 295 | kg/m3 | |
| Vol flow rate | 0.131318 | m3/s | |
| Vol factor | 0.217199 | | |
| Height of inside of Top hat | 46.5 | in | |
| Height of inside of Top hat | 1.1811 | m | |
| Min pressure at top of top hat | 3418.044 | N/m2 | |
| htop hat head | 0.495745 | psi | |
| Their top hat height | 1.17 | m | 1.17 |
| Sea density | 1022.1 | kg/m3 | |
| Top hat top pressure | 8345.436 | N/m2 | |
| Top hat top pressure | 1.210403 | psi | |

Based on K=700 from Miller for Dykhuizen OAR and for upstream velocity.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Skirt open area | 114 | in2 | | | for 15/6/10 | | | |
| | Skirt open area | 0.07354824 | m2 | | | From Maximus | | | |
| | pressure reading error | 0 | psi | | | mass flow rate | 38.7387 | kg/s | |
| | DP | 0.68959689 | psi | | | st oil flow rate | 15500 | stb/d | 0.028522 m3/s |
| | DP | 4754.603187 | N/m2 | | | rho mix | 295 | kg/m3 | |
| | rho-mix | 295 | kg/m3 | | | Vol flow rate | 0.131318 | m3/s | |
| Ks | Skirt K | 700 | | | | Vol factor | 0.217199 | | |
| | Skirt Flow | 0.235112288 | m3/s | local | | Height of inside of Top hat | 46.5 | in | |
| | Skirt Flow | 127769.3399 | bbl/d | local | | Height of inside of Top hat | 1.1811 | m | |
| | **Total skirt flow oil** | **27751** | **stb/d** | | | Min pressure at top of top hat | 3418.044 | N/m2 | |
| | | | | | | htop hat head | 0.495745 | psi | |
| | Top hat ID | 46.5 | in | | | | | | |
| | Top hat area | 1698.227179 | in2 | | | Their top hat height | 1.17 | m | 1.17 |
| | Top hat area | 1.095628247 | m2 | | | Sea density | 1022.1 | kg/m3 | |
| | Open area ratio | 0.067128828 | | 0.004506 | | Top hat top pressure | 8345.436 | N/m2 | |
| | | | | 3.154396 | | Top hat top pressure | 1.210403 | psi | |
| | | 0.067128828 | | | | | | | |
| | Riser dia | 21 | in | | | | | | |
| | Riser csa | 346.3605901 | in2 | | | | | | |
| | Top hat area minus riser area | 1351.866589 | in2 | | | 1.16 | | | |
| | Top hat area minus riser area | 0.872170248 | m2 | | | 1.3456 | | | |
| | Open area ratio | 0.084327848 | | | | | | | |

Based on K=3 for skirt opening velocity.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Skirt open area | 114 | in2 | | | for 15/6/10 | | |
| | Skirt open area | 0.073548 | m2 | | | From Maximus | | |
| | pressure reading error | 0 | psi | | | mass flow rate | 38.7387 kg/s | |
| | DP | 0.689597 | psi | | | st oil flow rate | 15500 stb/d | 0.028522 m3/s |
| | DP | 4754.603 | N/m2 | | | rho mix | 295 kg/m3 | |
| | rho-mix | 295 | kg/m3 | | | Vol flow rate | 0.131318 m3/s | |
| Ks | Skirt K | 3 | | | | Vol factor | 0.217199 | |
| | Skirt Flow | 0.241086 | m3/s | local | | Height of inside of Top hat | 46.5 in | |
| | Skirt Flow | 131015.9 | bbl/d | local | | Height of inside of Top hat | 1.1811 m | |
| | **Total skirt flow oil** | 28456 | stb/d | | | Min pressure at top of top hat | 3418.044 N/m2 | |
| | | | | | | htop hat head | 0.495745 psi | |
| | Top hat ID | 46.5 | in | | | | | |
| | Top hat area | 1698.227 | in2 | | | Their top hat height | 1.17 m | 1.17 |
| | Top hat area | 1.095628 | m2 | | | Sea density | 1022.1 kg/m3 | |
| | Open area ratio | 0.067129 | | | 0.004506 | Top hat top pressure | 8345.436 N/m2 | |
| | | | | | 443.8251 | Top hat top pressure | 1.210403 psi | |
| | | | | | 29.79346 | | | |
| | | 0.067129 | | | | | | |
| | Riser dia | 21 | in | | | | | |
| | Riser csa | 346.3606 | in2 | | | | | |
| | Top hat area minus riser area | 1351.867 | in2 | | | | | |
| | Top hat area minus riser area | 0.87217 | m2 | | | | | |
| | Open area ratio | 0.084328 | | | | | | |