# <u>Exhibit 3</u>

**Excerpts from
Vols 1 and 2 of the
Deposition Transcript of
Dr. Adrian Johnson**

**Taken July 19-20, 2013**

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL      )  MDL NO. 2179
BY THE OIL RIG         )
"DEEPWATER HORIZON" IN )  SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010      )  JUDGE BARBIER
                    )  MAG. JUDGE SHUSHAN

*****************
VOLUME 1
*****************

Deposition of Adrian Johnson, Ph.D.,
taken at the Pan-American Building, 601 Poydras
Street, 11th Floor, New Orleans, Louisiana,
70130, on the 19th day of July, 2013.

2

A P P E A R A N C E S

4   APPEARING FOR THE PLAINTIFFS STEERING COMMITTEE:
        Mr. Michael R. Robinson
5       IRPINO LAW FIRM
        2216 Magazine Street
6       New Orleans, Louisiana  70130
7
    APPEARING FOR BP, INC.:
8       Mr. Granta Y. Nakayama
        KIRKLAND & ELLIS
9       655 Fifteenth Street, NW
        Washington, D.C.  20005-5793
10
        Ms. Catherine E. Stahl
11      KIRKLAND & ELLIS
        300 North LaSalle
12      Chicago, Illinois  60654
13
    APPEARING FOR TRANSOCEAN:
14      Ms. Tamerlin J. Godley
        MUNGER TOLLES & OLSON
15      355 South Grand Avenue, 35th Floor
        Los Angeles, California  90071-1560
16
17  APPEARING FOR ANADARKO PETROLEUM CORPORATION:
        Mr. Warren Anthony Fitch
18      Mr. Duke K. McCall, III
        BINGHAM MCCUTCHEN
19      2020 K Street, Northwest
        Washington, D.C. 20006-1806
20
21  APPEARING FOR HALLIBURTON:
        Mr. Sean W. Fleming
22      Ms. Erika Toledo
        GODWIN LEWIS
23      Renaissance Tower
        1201 Elm Street, Suite 1700
24      Dallas, Texas 75270-2041
25

3

1   APPEARING FOR THE UNITED STATES:
        Mr. Thomas A. Benson
2       Mr. A. Nathaniel Chakeres
        U.S. DEPARTMENT OF JUSTICE
3       ENVIRONMENT & NATURAL RESOURCES DIVISION
        Ben Franklin Station
4       Post Office Box 7611
        Washington, D.C.  20044-7611
5       601 D Street, N.W.
        Washington, D.C.  20004
6
7   ALSO PRESENT:
        Mr. Peter Jennings, Videographer
8       Mr. Phil Gonzales, Case Manager

4

1               INDEX
2   VIDEOTAPED ORAL DEPOSITION OF
        ADRIAN JOHNSON, PH.D.
3         JULY 19, 2013
            VOLUME 1
4
5   Appearances.................................. 2
6
    Direct Examination-Mr. Benson................. 6
7
8   Changes and Signature....................... 386
    Reporter's Certificate...................... 388
9
10
11          EXHIBIT INDEX
12
    Ex. No.      Description          Marked
13
14  11561   Document titled FEESA Consultancy
            Services with Maximus; four pages   69
15
16  11562   Diagrams titled high drillpipe,
            low drillpipe, and no drillpipe;
            three pages               259
17
18  11563   CD containing three Excel
            spreadsheets titled Johnson
19          Maximus Outputs Drillpipe high
            July 15, Johnson Maximus Outputs
20          Drillpipe high May 8,
            XAJX002-10-10             267
21  11564   Excel spreadsheets depicting
            series of solution messages from
22          Maximus model            300
23  11565   Sperry-Sun Datalog; Excerpt of
            Exhibit TREX-63059; 51 pages   330
24
25

1 (Pages 1 to 4)

9

1  Exhibit 11488 set forth all the opinions that you
2  have in this case?
3      A. Yes. Yes. I am awaiting some
4  information from Dr. Pooladi-Darvish, some models
5  that we asked for, and when I receive those,
6  obviously, I might have some -- put some views on
7  those that might form some opinion.
8      I also have, of course, some views on
9  Rebuttal Reports I received after the submission
10 of -- of this Report.
11     Q. Okay. And so putting aside those two
12 things that you mentioned, any views you might
13 have on Rebuttal Reports that you received after
14 your Expert Report, and the information that you
15 are awaiting from Dr. Pooladi-Darvish, you don't
16 have any other opinions associated with this case
17 other than what's in your Expert Report?
18     A. I don't believe --
19         MR. NAKAYAMA: Objection, form.
20     A. I don't believe so, no.
21     Q. (By Mr. Benson) Okay. What's the
22 information you're awaiting from
23 Dr. Pooladi-Darvish?
24     A. He used the Maximus software, the FEESA
25 Maximus software, used one -- one of -- at least

10

1  one of the models we sent him as a result of
2  doing the work in this Report to generate some
3  reservoir hydraulic tables.
4      There's a facility in the software to
5  specifically generate tables that are useful to
6  Reservoir Engineers in producing model -- doing
7  modeling for the reservoir, and they need Lookup
8  Tables of all the system downstream of the
9  reservoir basically. And Maximus has the
10 facility to produce those tables for the
11 Reservoir Engineers, and he used that facility.
12 That's evident from his Rebuttal Report.
13     And we wanted to look at those files and
14 look at the input because there's some aspects of
15 what he's done in his Rebuttal Report that,
16 without the input, we don't know quite what he's
17 done, so we just wanted to get to the bottom of
18 that.
19     Q. Okay. And getting that information would
20 inform any opinions you might have about
21 Dr. Pooladi-Darvish's Rebuttal Report; is that
22 fair?
23     A. It could have an impact on it, yes.
24     Q. Okay. And you mentioned that you might
25 have some opinions about other Rebuttal Reports

11

1  that were served after your Expert Report; is
2  that right?
3          MR. MCCALL: Objection, form.
4          MR. NAKAYAMA: Objection, form.
5      A. I have some views on the Rebuttal
6  Reports.
7      Q. (By Mr. Benson) Okay. Whose Rebuttal
8  Reports in this case have you read?
9      A. I've read Dr. Griffiths' Rebuttal Report,
10 Dr. Dykhuizen's Rebuttal Report. I've read the
11 relevant bits of Dr. Pooladi-Darvish's Rebuttal
12 Report, not all of it. I think that's it.
13     Q. Okay. And we may get into that a little
14 bit later.
15     A. Sure.
16     Q. If there's -- if there's pieces that --
17 of your opinion that have come after your Report,
18 just let me know, as we talk about this.
19     A. (Nodding.)
20     Q. Do you have any corrections that you
21 would like to make to your Report at this time?
22     A. H'm. They -- well, in reading the
23 Report, I -- I see there are a -- a few typos in
24 there.
25     I -- Dr. Dykhuizen, in his Rebuttal

12

1  Report, pointed out the -- that I used a velocity
2  in the Top Hat skirt calculation which was the
3  wrong velocity for the -- the K value. It wasn't
4  consistent with the K value that I was using. I
5  have, however, submitted a -- a revised
6  calculation there, and -- and -- and that -- that
7  didn't change my -- my general conclusion for
8  that calcu -- for that skirt calculation.
9      Q. Okay.
10     A. Other than that, no, I don't believe so.
11     Q. Okay. And we'll talk about that Top Hat
12 calculation a little bit later on.
13     A. Okay.
14     Q. Are you able to summarize your opinions?
15 You've -- you've made a lot of criticisms in your
16 Report about the work of Dr. Griffiths and
17 Dr. Dykhuizen. Are you able to summarize your
18 opinion regarding Dr. Griffiths?
19         MR. NAKAYAMA: Objection to form.
20     A. On what sort of points do you want me to
21 concentrate on? I mean, I could go on for a --
22 probably a long time.
23     Q. (By Mr. Benson) And -- and, obviously, we
24 have the whole Report.
25     A. Yeah.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

13

1      Q.  We'll talk about the whole Report.  I'm
2  just curious if at a -- a high level, there's --
3  or maybe a better way to ask the question is:
4  Are there particular points that you make about
5  Dr. Griffiths' Report that you think are the most
6  important in your analysis?
7            MR. NAKAYAMA:  Objection, form.
8            MR. MCCALL:  Objection, form.
9      A.  I think they're laid out in the
10  "EXECUTIVE SUMMARY" and the "CONCLUSIONS" section
11  of the Report of the main items that -- that I
12  see are the -- are the key points from
13  Dr. Griffiths' and Dr. Dykhuizen's analysis
14  that -- that I -- I have concerns with.
15      Q.  (By Mr. Benson)  Okay.  And if we -- if we
16  look at the "EXECUTIVE SUMMARY" or the
17  "CONCLUSIONS," of those points that you make
18  there, are there any that you would say, "These
19  are the most important, and these are less
20  important"?
21      A.  I think -- I think they need to be taken
22  as a whole.  I wouldn't want to separate any out
23  as being less important than others.
24      Q.  Okay.  What do you consider to be your
25  area of expertise?

14

1      A.  Thermal hydraulics of pipelines and oil
2  and gas production systems.
3      Q.  And what do you mean when you say
4  "thermal hydraulics"?
5      A.  The modeling and simulation and
6  calculation of the thermal and hydraulic behavior
7  of oil and gas production systems and -- and
8  associated pipelines.
9      Q.  Okay.  When you say "pipelines," what do
10  you mean by that?
11      A.  Well, it can mean anything from a flow
12  line from the -- excuse me, a flow line from the,
13  say, the wellhead of a -- of a well to the base
14  of a riser.
15          It could be a network of flow lines, so
16  they'll -- they'll be relatively small pipes,
17  maybe up to 14, 16 inch, maybe down to eight
18  inch, that sort of size, six inch, often carrying
19  multiphase flow, usually carrying multiphase flow
20  in those cases.
21          Pipelines could also include single-phase
22  pipelines.  So from when you've gone to --
23  through the production facility -- through the
24  production system up to a production facility,
25  say, a platform, for example, you might process

15

1  the oil and gas, separate them out, and then you
2  might export one or the other, or both, as
3  single-phase fluids through other pipelines.
4          Pipelines can also include major
5  pipelines across many hundreds of kilometers,
6  transporting oil through a number of pump
7  stations between tanker -- between tank facil --
8  farms.
9          So there are many different types of
10  pipelines, but they all follow the -- basically
11  the same physics.
12      Q.  Okay.  Do you consider your discipline --
13  would you call yourself a Flow Assurance
14  Engineer, or do you consider yourself to work in
15  Flow Assurance?
16      A.  I do, yes.  Yeah.  I mean, that's what I
17  do every day.  I'm the Consultancy Manager for
18  FEESA, and I have a Team of Consultants working
19  on flow assurance issues for a number of clients.
20      Q.  And how would you describe what "flow
21  assurance" is?
22      A.  "Flow assurance" is the analysis of a
23  system to ensure that it's going to flow
24  successfully.  That can involve a number of
25  different things.  It could be that we're

16

1  concerned about hydrate formation, so when
2  temperatures and pressures reach certain levels,
3  you can form something called "hydrates."  This
4  needs to be avoided, generally, in production
5  systems.  That's one area of flow assurance.
6          Another could be wax, drop-out and wax
7  deposition on the pipelines and in the wells and
8  in the risers, and analysis of that.  So it would
9  be analys -- analyzing the cool-down times of
10  the -- of the system and assessing whether the
11  design is robust or not.
12          The -- we could also be looking at
13  restart issues.  So pipelines might, for example,
14  have issues with a high pour point, and so when
15  they -- when you cool down and leave the -- the
16  fluid static in the pipeline, they could gel up,
17  and then you might have restart issues.  So we
18  look at all these sorts of issues.
19          So that's broadly what flow assurance is,
20  and -- and that's the sort of work we're doing
21  every day in FEESA.
22      Q.  Okay.  And is flow assurance important in
23  the design of flowing systems and pipeline
24  systems or -- and what have you?
25      A.  Oh, yes, yeah.  I mean flow assurance

4  (Pages 13 to 16)

1    MR. NAKAYAMA: Objection to form.
2    A. Yes. Yes, I believe so.
3    Q. (By Mr. Benson) Okay.
4    A. Well, I -- the Reports, I'm not sure if
5  they came directly from BP, but they were
6  reported, yes, the collection numbers.
7    Q. Okay. And so you're not challenging the
8  correct -- the collection numbers that
9  Dr. Dykhuizen used?
10    MR. NAKAYAMA: Objection, form.
11    A. The numbers he used, I think, pretty much
12  matched the numbers I've seen from documents I've
13  reviewed.
14    Q. (By Mr. Benson) Okay. So that -- that's
15  a "No," you're not challenging?
16    A. I don't think I'm making any challenge of
17  that, no.
18    Q. Okay.
19    A. No.
20    Q. And you would agree that there was flow
21  through the skirt throughout the time that the
22  Top Hat was in place, correct?
23    MR. NAKAYAMA: Objection, form.
24    A. Well, I've not reviewed all the video of
25  the Top Hat skirt throughout the whole period

1  that it was on. It was quite a considerable
2  period. So I can't -- I don't know if
3  Dr. Dykhuizen reviewed all that. I've got a
4  feeling he said in his deposition that he'd only
5  reviewed a small portion of the video.
6    So without reviewing all that video, it's
7  not possible to say whether there was flow out of
8  the skirt throughout that period or not.
9    Q. And let me ask it this way: You're not
10  aware of any period in which there was no flow
11  out the skirt?
12    A. Like I say, without reviewing all of the
13  video evidence for the Top Hat skirt, I wouldn't
14  be able to say whether there was flow out of that
15  skirt throughout that period or not.
16    Q. Okay. And based on the review you did
17  do, you have no evidence that there was ever a
18  time when there was no flow, correct?
19    MR. MCCALL: Objection, form.
20    MR. NAKAYAMA: Objection, form.
21    A. Repeat my previous answer.
22    Q. (By Mr. Benson) Okay. In reviewing the
23  video that you did review, did you notice any
24  differences in the skirt flow, depending on
25  collection?

1    A. I've not looked at the skirt flow video
2  to try and assess that, so I -- I wouldn't be
3  able to comment on that.
4    Q. Okay. Let me ask you to look at
5  exhibit -- I'm sorry, Tab 12, which is in your
6  second binder.
7    A. Tab 12. Okay.
8    Q. And if we could, mark this as our next
9  exhibit.
10    (Exhibit No. 11566 marked.)
11    THE COURT REPORTER: 11566.
12    MR. BENSON: Thank you.
13    Q. (By Mr. Benson) And do you recognize this
14  document, Dr. Johnson?
15    A. Yes. This looks like a printout of the
16  spreadsheet I created to repeat Dr. Dykhuizen's
17  calculation, and a number of calculations behind
18  that.
19    Q. Okay. And just to walk through it
20  quickly, the first page is your replication of
21  Dr. Dykhuizen's vent flow calculation. Correct?
22    A. Yes, I believe so.
23    Q. And then the next three pages are skirt
24  flow calculations with varying assumptions. Is
25  that right?

1    A. Yes, I believe so.
2    Q. Okay. And this document was produced
3  after your Expert Report, correct?
4    A. I think these are printouts of the
5  document that was produced after the Expert
6  Report, yes.
7    Q. Okay. And it came after Dr. Dykhuizen's
8  Expert Report?
9    A. Obviously, it came after Dr. Dykhuizen's
10  Expert Report, because my work was based on --
11    Q. True.
12    A. -- looking at his Expert --
13    Q. It came --
14    A. -- Report.
15    Q. Sorry. It came after Dr. Dykhuizen's
16  Rebuttal Report?
17    A. Correct.
18    Q. Okay. And so why did you do this new
19  analysis, after seeing Dr. Dykhuizen's Rebuttal
20  Report?
21    MR. MCCALL: Objection, form.
22    A. Dr. Dykhuizen pointed out -- I think I
23  mentioned it earlier in the day --
24    Q. M-h'm.
25    A. -- when you were asking about any

Worldwide Court Reporters, Inc.
PURSUANT TO CONFIDENTIALITY ORDER

373

1  corrections to the Report, my Report,
2  Dr. Dykhuizen pointed out that I used a K value
3  that was consistent with the upstream velocity,
4  whereas, he'd been using K values consistent with
5  the velocity at the exit of the skirt.  And so
6  I'd used the velocity at the exit of the skirt
7  with my K value, and those two were inconsistent.
8       This is a repeat of my calculation, but
9  using the velocity upstream, instead of velocity
10 at the exit of the skirt.
11     **Q.  Okay.  And so did you agree with**
12 **Dr. Dyk -- the point that Dr. Dykhuizen made,**
13 **that you had used the wrong K value, or the K**
14 **value you used was inconsistent with the velocity**
15 **you were using?**
16          MR. NAKAYAMA:  Objection, form.
17     A.  I think, by virtue of the fact that I'd
18 repeated the calculation, I think, yes, I --
19     **Q.  (By Mr. Benson)  Okay.**
20     A.  -- I agree -- I agree with that.  Yes.
21 Yeah.  I would normally use a K value -- I think
22 it's very unusual to use a K value at the
23 restriction of a point like this, you know, so
24 the -- the -- the -- the narrow exit, because
25 there's -- there's often great uncertainty around

374

1  that, especially in this -- the cases we're
2  looking at for the Macondo Well, where we're
3  looking at varying restrictions that --
4  restrictions that vary with time, because of
5  erosion, because of damage, et cetera.
6       So to use a velocity at an exit is quite
7  unusual.  To use a velocity in the upstream
8  section, which is usually a pipe or, in this
9  case, the body of the Top Hat, is -- is more
10 normal, because you would -- you would be able to
11 measure the flow at that point, and be able to
12 know what the flow is at that point, in some
13 system where, you know, you -- you can actually
14 measure it.
15      So I think that's where the confusion
16 arose, that it's not a normal thing to do, to use
17 the velocity at the -- at the mouth of something
18 like this.
19     **Q.  Okay.  And then can -- so walk me through**
20 **the three pages we have here of skirt**
21 **calculations.  Which is the corrected**
22 **calculation?**
23     A.  I think they're all the corrected
24 calculation.
25     **Q.  Okay.  So you have three different**

375

1  **calculations, and then, in the upper left, as you**
2  **read it, on each page, there's a little note in**
3  **red.  Is that correct?**
4      A.  Yes.
5      **Q.  Okay.  And that is -- that talks about**
6  **the different skirt you would use -- the**
7  **different K value you would use in each of those**
8  **instances?**
9      A.  Different K value, and based on a
10 different -- the different velocity, whether it's
11 upstream or at the -- at the opening.
12     **Q.  Okay.  And when you do those**
13 **calculations, you have a range of total skirt**
14 **flow from 38 -- I'm sorry, 34,852, if the K value**
15 **is 2 -- well, let me -- let me walk this through**
16 **differently.**
17      **So the first is K value equals 2 at the**
18 **skirt opening velo -- and the skirt opening**
19 **velocity, correct?**
20     A.  Correct.
21     **Q.  And the -- the flow rate that you cre --**
22 **you calculated was 34,852, correct?**
23     A.  Correct.
24     **Q.  Okay.  The second skirt calculation has a**
25 **K of 700 and an upstream velocity.  Is that**

376

1  **correct?**
2      A.  Correct.
3      **Q.  And the flow calculation there is 27,751,**
4  **correct?**
5      A.  Correct.
6      **Q.  And then the third calculation has a K**
7  **of 3, at the opening, and the opening velocity,**
8  **and the calculation is 28,456.  Correct?**
9      A.  Correct.
10     **Q.  Okay.  Do you have an opinion about which**
11 **of those is the most accurate analysis?**
12          MR. NAKAYAMA:  Objection, form.
13     A.  What I'm aiming to do here is look at
14 some of -- again, look at some of the range of
15 uncertainty, and I mention in my Report that this
16 is a very uncertain calculation.
17      I wouldn't -- as an Engineer, I wouldn't
18 have presented this calculation in a Technical
19 Report like this, because of the huge range of
20 uncertainty on it.
21      We've got very low pressure differences
22 from the inside of the Top Hat to the outside.
23 We've got huge uncertainty around the geometry of
24 the flow path going out of the Top Hat through
25 the skirt.  We've got huge uncertainty around the

94 (Pages 373 to 376)

377

1  opening of the skirt. We don't know how much of
2  the -- the seal that was -- that was put around
3  the edge -- the bottom of the skirt is intact,
4  and we know -- at the end of the incident, when
5  the Top Hat is retrieved, we know that it's not
6  all intact, but some of it's there.
7        So there are enormous uncertainties in
8  this calculation. And I think I mention in my
9  Report that simply changing the pressure by half
10 a psi, you can halve the flow rate out of that
11 skirt, the calculation flow rate out of that
12 skirt.
13       And what these three calculations are
14 doing is basically looking at a few of those
15 variations of K value, not variations of pressure
16 in this case.
17       But even doing -- doing that, the
18 variation of K value, you can see that there are
19 variations in the -- the number that's
20 calculated.
21       And this is used as some lower bound
22 calculation, but I think -- I don't -- I don't
23 think this -- these numbers that Dr. Dykhuizen
24 has calculated here, flow rate out to the skirt,
25 are at all reliable, because of the huge range of

378

1  uncertainty.
2        Q. Well, you say there's a huge range of
3  uncertainty. Have you done anything to quantify
4  that range of uncertainty?
5        A. I think I've said I -- didn't I just say
6  I have, to some degree?
7        Q. You may have.
8        A. I mean, I've not looked at the full
9  range, but I've demonstrated that there is a huge
10 range of uncertainty.
11       Q. Well, so the range of uncertainty that
12 you've quantified through the skirt is from
13 34,852 to 27,751?
14       A. No.
15           MR. NAKAYAMA: Objection, form.
16       A. No, no.
17       Q. (By Mr. Benson) Okay. Well, explain to
18 me what you did.
19       A. Well, as I say, if I reduce the pressure
20 by half a psi, and bear in mind, half a psi is --
21 is a very, very small change in pressure, and
22 that can vary the skirt flow -- that can halve
23 the skirt flow in this calculation, and I mention
24 that in the Report.
25       And that's still true of the -- the

379

1  revised calculation that I presented after the
2  Rebut -- Rebuttal Report.
3        Q. Okay. So other than saying that a change
4  in the psi could halve the flow rate -- I mean,
5  you say a change in the psi. We're talking about
6  just the flow rate from the skirt, correct?
7        A. Yes.
8        Q. Okay.
9        A. Correct. And that's only one of the
10 uncertainties, of course. The pressure, that
11 has a big effect.
12       Another uncertainty that I didn't -- I
13 didn't try to vary, but would have an enormous
14 effect, as well, is changing the open area of the
15 skirt. As I say, we don't know the geometry, we
16 don't know the -- the actual open area of that
17 skirt. So what Dr. Dykhuizen has done is made
18 some assessment of that, but there's, again, a
19 range of uncertainty around that assessment, and
20 that needs to be tested out.
21       So we could -- I think you could pretty
22 much end up with whatever number you wanted
23 coming out of that skirt, by varying these
24 various factors, pressure, open area of the
25 skirt, and assumptions on geometry of the skirt,

380

1  as the flow goes out, and the effect that might
2  have on K values, for example.
3        Q. Okay. But, as you say, other than the
4  pressure, you didn't do anything to quantify the
5  uncertainty from those other characteristics that
6  you mention?
7        A. I think this is such an unreliable
8  calculation, that I didn't spend a huge amount of
9  time trying to -- trying to do that. I could
10 have gone into doing all sorts of variations of
11 these various factors that I've already
12 mentioned, and would have come out with a very
13 large range of flow rates out of that skirt. So
14 I -- I don't find it a reliable calculation. I
15 don't believe Dr. Du -- Dykhuizen believes it's
16 a reli -- reliable calculation, either.
17       Q. Why don't you believe that?
18       A. Well, I think it's -- I think they said
19 that earlier on in -- during the response, that
20 they didn't believe the skirt flow rate to be a
21 reliable calculation.
22       Q. You would agree with Dr. Dykhuizen,
23 however, that there's some flow coming out of the
24 skirt, correct? It's not zero?
25           MR. NAKAYAMA: Objection, form.

95 (Pages 377 to 380)

381

1      A.  There is video evidence that there is
2  flow coming out of the skirt.
3      Q.  (By Mr. Benson) And let me -- so turning
4  back to your Expert Report, on Page 42, you would
5  agree that BP, for about, it looks like two
6  weeks, collected 25,000 barrels -- I'm sorry.
7      A.  Just a moment.
8      Q.  I apologize.
9      A.  That's okay.  I'm going in.  All right.
10     Q.  I'm looking at your Figure 14 on Page 42.
11     A.  Page 42, Figure 14.  Yes, okay.
12     Q.  Okay.  So you would agree -- and,
13  actually, it says here, right under the Figure,
14  it says: "...the collection...rate from both
15  vessels reaches 25,000" barrels per day "only for
16  approximately the last 2 weeks of the Top Hat
17  being in place..."
18     Do you see that?
19     A.  Yes.
20     Q.  Okay.  And do you -- do you you have any
21  reason to believe that the col -- that the
22  overall flow rate was increasing -- yeah, strike
23  that.
24     A.  I'll answer it, if you want.
25     Yes, I do.

382

1      (Laughter.)
2      Q.  (By Mr. Benson) Okay.  Let me ask you to
3  look at Figure 14, which I think you're already
4  looking at.  And you see there's some bouncing
5  around in the collection data, largely for the
6  DISCOVERER ENTERPRISE.  Is that right?  From
7  roughly July 1st to June 16th?
8          MR. NAKAYAMA:  Objection, form.
9      Q.  (By Mr. Benson) Do you see that on the
10  chart?
11     A.  Yes, yes.  Correct, yes.
12     Q.  Okay.  And do you think that reflects
13  changes in the day-to-day flow rate?
14     A.  Do I think -- sorry.
15         MR. NAKAYAMA:  Objection, form.
16     A.  Can you clarify what you mean there?
17     Q.  (By Mr. Benson) Right.  So if -- if the
18  total flow rate has -- I'm sorry, the total
19  collection rate is 25,000 one day, and 16,000 the
20  next, and 23,000 the day after that, do you think
21  that's because the total flow rate is changing in
22  that proportion, or is that a function of getting
23  the kinks ironed out of the collection process?
24         MR. NAKAYAMA:  Objection, form.
25     A.  The "kink," are you referring to the

383

1  "kink"?
2      Q.  I'm sorry.  I'm not referring to --
3  getting the kinks out in a colloquial sense,
4  not a --
5      A.  Right, not in the riser --
6      Q.  -- petroleum sense.
7      A.  -- bent riser sense?
8      Q.  Exactly.
9      A.  Okay.  Sorry.  I've lost track of what
10  your question was now.  Can you repeat it,
11  please?
12     (Laughter.)
13     Q.  (By Mr. Benson) I think we all have.
14     To the extent that there are these big
15  fluctuations day-to-day in what's collected, is
16  that -- do you believe that's a result of
17  corresponding proportionate changes in the total
18  flow rate, or is that a result of getting the
19  process ironed out for collection?
20         MR. NAKAYAMA:  Objection, form.
21     A.  They -- it could be a bit of either, and
22  both.
23     Q.  (By Mr. Benson) Okay.  So you're not
24  sure?
25     A.  No.

384

1      Q.  Okay.  Did you ever consider modeling the
2  Top Hat in Maximus?
3      A.  The only modeling of the Top Hat we did
4  for this work was the repeat of Dr. Dykhuizen's
5  calculation.  We could model the Top Hat in
6  Maximus to some degree.  Does that answer your
7  question?
8      Q.  You're saying it could be done, but you
9  didn't do it here?
10         MR. MCCALL:  Objection, form.
11     A.  We didn't do it here.
12     Q.  (By Mr. Benson) Okay.  And why not?
13     A.  Because it wasn't part of what we were
14  trying to do.
15     Q.  Okay.  Why wasn't it part of what you
16  were trying to do?
17     A.  Because it wasn't part of what we were
18  trying to do.
19     Q.  Well, I mean, I guess you've said that a
20  number of times over the course of the day.  Why
21  wasn't getting flow rate part of what you were
22  trying to do?
23         MR. MCCALL:  Objection, form.
24         MR. NAKAYAMA:  Objection, form.
25     A.  It wasn't within the scope of what we

96 (Pages 381 to 384)

385

```
1    were asked to do.
2        Q.  (By Mr. Benson) Okay.  And if someone had
3    asked you to do that, you could have done it?
4            MR. NAKAYAMA:  Objection, form.
5        A.  If someone had asked us to do what?
6        Q.  (By Mr. Benson) Well, in this case, to
7    model the -- model the flow from the Top Hat
8    during that period.
9        A.  If someone had asked us to do it, I'm
10   sure we would have -- we would have done it, yes.
11       Q.  Okay.  Do you think that's something you
12   could have done accurately in Maximus?
13       A.  We could have done it in -- in Maximus at
14   least as accurately as spreadsheet calculations,
15   and I would suggest far more accurately.
16       (Discussion off the record.)
17           MR. BENSON:  Let's go off the record
18   and come back tomorrow.
19           THE WITNESS:  Okay.  I'm happy to do
20   that.
21           THE VIDEOGRAPHER:  It's 6:15 p.m.
22   We're going off the record, ending Tape 8.
23       (Deposition recessed at 6:15 p.m.,
24   resuming on Saturday, July 20, 2013, at
25   8:30 a.m.)
```

386

```
1            CHANGES AND SIGNATURE
2    WITNESS NAME:  ADRIAN JOHNSON, PH.D.
3    DATE OF DEPOSITION:  JULY 19, 2013
4    PAGE LINE       CHANGE          REASON
5    _____
6    _____
7    _____
8    _____
9    _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   _____
24   _____
25   _____
```

387

```
1
2        I, ADRIAN JOHNSON, PH.D., have read the
3    foregoing deposition and hereby affix my
4    signature that same is true and correct, except
5    as noted on the attached Amendment Sheet.
6
7            ADRIAN JOHNSON, PH.D.
8
9
10   THE STATE OF _____
     COUNTY OF _____
11
         Before me, _____, on
12   this day personally appeared ADRIAN JOHNSON,
     PH.D., known to me (or proved to me under oath or
13   through _____) to be the
     person whose name is subscribed to the foregoing
14   instrument and acknowledged to me that they
     executed the same for the purposes and
15   consideration therein expressed.
         Given under my hand and seal of office this
16   _____ day of _____, 2013.
17
18
19       _____
         NOTARY PUBLIC IN AND FOR
20       THE STATE OF _____
         COMMISSION EXPIRES: _____
21
22
23
24
25
```

388

```
1        UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF LOUISIANA
2
3    IN RE:  OIL SPILL     )  MDL NO. 2179
     BY THE OIL RIG        )
4    "DEEPWATER HORIZON" IN )  SECTION "J"
     THE GULF OF MEXICO, ON )
5    APRIL 20, 2010         )  JUDGE BARBIER
                            )  MAG. JUDGE SHUSHAN
6
7
8
9        REPORTER'S CERTIFICATION
     TO THE ORAL AND VIDEOTAPED DEPOSITION OF
10          ADRIAN JOHNSON, PH.D.
              JULY 19, 2013
11             VOLUME 1
12
13
14       I, Emanuel A. Fontana, Jr., Certified
     Shorthand Reporter in and for the State of Texas,
15   hereby certify that:
         That the witness, ADRIAN JOHNSON, PH.D., was
16   duly sworn by the officer and that the transcript
17   of the oral deposition is a true record of the
     testimony given by the witness;
18
         That the deposition transcript was submitted
19   on        , 2013, to the witness or to
     Attorney _____ for the witness to
20   examine, sign, and return to Worldwide Court
     Reporters, Inc., by        , 2013.
21
         That the amount of time used by each party
22   at the deposition is as follows:
23       Mr. Benson - 7 Hours, 34 Minutes
24
25
```

97 (Pages 385 to 388)

390

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL       )  MDL NO. 2179
BY THE OIL RIG        )
"DEEPWATER HORIZON" IN )  SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010       )  JUDGE BARBIER
              )  MAG. JUDGE SHUSHAN

*****************
VOLUME 2
*****************

Continuation of the Deposition of Adrian
Johnson, Ph.D., taken at the Pan-American
Building, 601 Poydras Street, 11th Floor, New
Orleans, Louisiana, 70130, on the 20th day of
July, 2013.

---

391

1    A P P E A R A N C E S
2
3
4    APPEARING FOR THE PLAINTIFFS STEERING COMMITTEE:
      Mr. Michael R. Robinson
5     IRPINO LAW FIRM
      2216 Magazine Street
6     New Orleans, Louisiana  70130
7
      APPEARING FOR BP, INC.:
8     Mr. Granta Y. Nakayama
      KIRKLAND & ELLIS
9     655 Fifteenth Street, NW
      Washington, D.C.  20005-5793
10
      Ms. Catherine E. Stahl
11    KIRKLAND & ELLIS
      300 North LaSalle
12    Chicago, Illinois  60654
13
      APPEARING FOR TRANSOCEAN:
14    Ms. Tamerlin J. Godley
      MUNGER TOLLES & OLSON
15    355 South Grand Avenue, 35th Floor
      Los Angeles, California  90071-1560
16
17    APPEARING FOR ANADARKO PETROLEUM CORPORATION:
      Mr. Duke K. McCall, III
18    Mr. Warren Anthony Fitch
      BINGHAM MCCUTCHEN
19    2020 K Street, Northwest
      Washington, D.C. 20006-1806
20
21    APPEARING FOR HALLIBURTON:
      Mr. Sean W. Fleming
22    Ms. Erika Toledo
      GODWIN LEWIS
23    Renaissance Tower
      1201 Elm Street, Suite 1700
24    Dallas, Texas 75270-2041
25

---

392

1    APPEARING FOR THE UNITED STATES:
      Mr. Thomas A. Benson
2     Mr. A. Nathaniel Chakeres
      U.S. DEPARTMENT OF JUSTICE
3     ENVIRONMENT & NATURAL RESOURCES DIVISION
      Ben Franklin Station
4     Post Office Box 7611
      Washington, D.C.  20044-7611
5     601 D Street, N.W.
      Washington, D.C.  20004
6
7    ALSO PRESENT:
      Mr. Peter Jennings, Videographer
8     Mr. Phil Gonzales, Case Manager
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

393

1              INDEX
2    VIDEOTAPED ORAL DEPOSITION OF
        ADRIAN JOHNSON, PH.D.
3          JULY 20, 2013
          VOLUME 2
4
5
6    Appearances................................. 391
7
      Continued Direct Examination-Mr. Benson...... 395
8    Examination-Mr. Nakayama..................... 509
      Redirect Examination-Mr. Benson.............. 515
9
10   Changes and Signature........................ 531
      Reporter's Certificate....................... 533
11
12
13
14              EXHIBIT INDEX
15
16   Ex. No.      Description       Marked
17   11567  Article titled Equivalent
          diameters of rectangular and oval
18        ducts, by P. Koch; eight pages      438
19   11568  Excerpt of Det Norske Veritas
          Report, Forensic Examination of
20        Deepwater Horizon Blowout
          Preventer, Volume 1 Final Report,
21        Pages 73 - 70; four pages      481
22
23
24
25

1 (Pages 390 to 393)

518

1  a very wide range of uncertainty around the
2  answer that they would receive, because there's a
3  very wide range of uncertainty around the inputs
4  that would go into any hydraulic model or any
5  calculation method that pur -- purports to be a
6  hydraulic model, such as the one Dr. Griffiths
7  came up with.
8       So, yeah, I'm -- I -- I would make it
9  clear that there would be a very wide range.
10      **Q.  (By Mr. Benson)  Another question you had**
11  **during Mr. Nakayama's questions had to do with**
12  **Dr. Griffiths' use of gravitational pressure and**
13  **frictional pressure drops.  Do you recall that?**
14      A.  I do.
15      **Q.  Okay.  Did you do anything in your Report**
16  **to quantify the effect that Dr. Griffiths'**
17  **treatment of those pressure drops had on his**
18  **ultimate results?**
19      A.  When you say "the treatment of those
20  pressure drops," can you elucidate that a bit
21  and see --
22      **Q.  Sure.  You have a criticism of how**
23  **Dr. Griffiths handled gravitational pressure drop**
24  **and frictional pressure drop, correct?**
25      A.  Yes, absolutely.  I think you've --

519

1  you've probably heard it --
2      **Q.  Right.  Yeah.**
3      A.  -- when you --
4      **Q.  You don't have to go into it again.**
5         **I'm just asking:  Did you, anywhere in**
6  **your Report, quantify the effect that that**
7  **criticism that you've lodged has on**
8  **Dr. Griffiths' results?**
9      A.  Yes.
10      **Q.  And where would that be?**
11      A.  In -- it's in -- implicit in Section 4.3,
12  where we're doing a comparison between the
13  Maximus model calculations, i.e., a rigorous
14  thermal hydraulic simulation software that is --
15  that is simulating both flow paths in the well,
16  and not decoupling gravitational pressure drop
17  from frictional pressure drop, but calculating
18  the effect of each -- each on each as we go up
19  the well, and that shows the sorts of effects
20  that decoupling those calculations can have.
21         That's implicit in -- in what's going on
22  here.
23      **Q.  Okay.  And what you do in Section 4.3**
24  **with your Maximus runs addresses your criticism**
25  **of the gravitational pressure drop and frictional**

520

1  **pressure drop treatment, as well as other**
2  **two-phase flow effects.  Is --**
3      A.  It --
4      **Q.  -- that correct?**
5      A.  It's all intimately connected.  I --
6  this -- this is the whole point.  You can't
7  separate these things out.
8         So I think, as I described, as you -- as
9  you move up the well, the -- the fluids will
10  eventually go through the bubble point.  Gas will
11  start to come out.  Velocities will change.
12  Therefore, frictional pressure drops will change.
13         And if you have a dual flow path, as we
14  have in this case beyond a doubt, because we know
15  there's a drill pipe in there, and Dr. Griffiths
16  ignored that drill pipe, then those two flow
17  paths will have different effects due to the
18  differences in the flow regimes as you go up
19  the -- up the well.  And that will affect
20  frictional pressure drops, which will affect
21  gravi -- gravitational pressure drops.
22         And the whole thing is interactive.  The
23  whole -- the whole thing is interactive and needs
24  to be calculated in one integration.  You can't
25  base it on subtracting one of the numbers and

521

1  taking it out the calculation, as Dr. Griffiths
2  did.
3      **Q.  Okay.  And that's why you did the Maximus**
4  **runs that you did?**
5      A.  That's one of the reasons we did the
6  Maximus runs, yes.  It was to compare, as I say,
7  a very rigorous and industry standard thermal
8  hydraulic model with the oversimplified
9  calculation method that Dr. Griffiths used.
10      **Q.  Okay.  Yesterday we talked about**
11  **Exhibit 11566, which was the Top Hat spreadsheet**
12  **calculation that you provided to us after your**
13  **Expert Report came out.  Do you recall that?**
14      A.  I do.
15      **Q.  Who put that spreadsheet together?**
16      A.  I did.
17      **Q.  Okay.  Do you consider yourself to be an**
18  **Expert in fluid characterization for oil wells?**
19      A.  I wouldn't consider myself to be an
20  Expert in fluid charact -- characterization for
21  oil wells.
22      **Q.  Okay.  How did you decide how to -- in --**
23  **in replicating Dr. Dykhuizen's Top Kill**
24  **calculations, how did you decide how to flash the**
25  **fluids to the surface?**

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

522

1      A. "Flash the fluids to the surface." Can
2  you define what you mean there a bit more,
3  please?
4      Q. All right. So you've got fluids at the
5  BOP, correct?
6      A. M-h'm.
7      Q. And you have to convert those fluids to
8  surface temperature and pressure, correct?
9      A. Yes. When you say "surface temperature
10 and pressure," that's slightly unspecific,
11 because, obviously, the surface temperature and
12 pressure can be all things at different times.
13      And, for example, the surface temperature
14 and pressure outside at the moment is -- is
15 probably 30 degrees C and fairly standard
16 atmospheric pressure, but -- so can you define
17 what you mean there --
18      Q. Okay. You -- you know what a --
19      A. -- a bit better?
20      Q. You did your calculation to derive
21 stock-tank barrels, right?
22      A. Yes. Correct.
23      Q. Okay. And so you're -- you're converting
24 to stock tank conditions, correct?
25      A. To stock tank conditions, yes.

523

1      Q. Okay. How did you do that conversion?
2      A. Using Multiflash.
3      Q. Okay. And the -- the results of doing it
4  using Multiflash is you have a different density
5  and a different mass fraction of stock tank oil
6  than Dr. Dykhuizen did, correct?
7      A. There are slight differences there, yes.
8      Q. Okay. Why did you use -- I guess why did
9  you use those pressure -- tures -- and
10 temperatures, rather than Dr. Dykhuizen's values?
11      A. Sorry, could you repeat that?
12      Q. Sure. Why did you use the pressures and
13 temperatures that you derived from Multiflash
14 rather than Dr. Dykhuizen's values?
15      A. I -- I used the pressures and
16 temperatures that were relevant to the Top Hat
17 conditions.
18      Q. The Top Kill conditions, you mean?
19      A. Sorry. The Top -- yes, the Top Kill
20 conditions, yes, or the B -- BOP conditions.
21      Q. And you don't think Dr. Dykhuizen's
22 values were relevant to Top Kill conditions?
23      A. From memory, I can't remember what his
24 values were, and how relevant they were compared
25 with what -- what I used. But I used the -- the

524

1  numbers that we had for Top Kill conditions.
2      If they were for the 26th of the 5th Top
3  Kill period, they would have been different to
4  the 28th of the 5th Top Kill period -- sorry --
5  28th of the 5th, I mean the 28th of May. Sorry,
6  it's an English notation for dates.
7      So -- so I used the -- the pressures and
8  temperatures that were relevant as I saw them.
9      Q. Okay. And why did you -- why did you
10 convert from Top Kill conditions to stock tank
11 conditions rather than reservoir conditions to
12 stock tank conditions?
13      A. Because we're not going from reservoir
14 conditions, at that point, to stock tank
15 conditions. We're going from Top Kill or BOP
16 conditions to stock -- stock tank conditions.
17      Q. Okay.
18      A. So I knew the properties of the fluids at
19 the Top Kill conditions, and so I needed to find
20 out what those properties were at stock tank
21 conditions.
22      (Discussion off the record.)
23      Q. (By Mr. Benson) And how did -- how did
24 you know what the temperature was for the Top
25 Kill?

525

1      A. I would need to go through my Report to
2  confirm this, but I believe I got that from the
3  temperature that arrived at the top of the well
4  from the Maximus simulation. And Maximus is a --
5  like I say, a rigorous thermal hydraulic
6  simulator.
7      And the temperature that we have at the
8  top of the well in the simulations we did, I'm
9  sure you could see from the results that you
10 looked at -- or, sorry, that Dr. Pooladi-Darvish
11 looked at, that the temperature we calculated
12 at -- at the BOP was about 230 degrees
13 Fahrenheit.
14      And given there's a -- a -- a bit of
15 distance and a bit of heat loss between the top
16 of the well and the Top Hat, the Top Hat
17 temperature was measured by a probe put into the
18 Top Hat at somewhere around 220 degrees C.
19      So that 230 degree C seemed perfectly
20 consistent with what I would have expected.
21      Q. Okay. And in your last answer you're
22 saying "Top Hat." Did you mean "Top Kill"?
23      A. No.
24      Q. Okay.
25      A. The -- the par -- part I was referring

34 (Pages 522 to 525)