# Exhibit 4

## Excerpts from the Initial Expert Report of Dr. Ronald Dykhuizen

## March 22, 2013

# EXPERT REPORT
*U.S v. BP Exploration & Production, Inc., et al.*

Flow Rates from the Macondo MC252 Well
Submitted on Behalf of the United States

Prepared by:

Ronald C. Dykhuizen, Ph.D.
Principal Member of the Technical Staff
Sandia National Laboratories
Albuquerque, New Mexico

Ronald C. Dykhuizen, Ph.D.

**MARCH 22, 2013**

Confidential per BP

68 F is obtained by assuming that the heat capacitance of the oil and the mud are the same. If this flow is inserted into equation 5, the estimate for the oil flow during idle time is 78,000 bopd. This has to be corrected for the closure of the test ram (an increase in the back pressure) to get a flow during normal time, which results in a flow of 70,000 bopd, which is reasonably consistent with the 60,000 bopd used to estimate the fluid densities. This would suggest that the 60,000 bopd estimate for day 38 in the DOE-NNSA Flow Analysis Report is a reasonable estimate of the normal time (no mud flow and test ram closed) flow during the top kill event.

The calculation results are best summarized on the table below:

Table 2: Calculation of top kill flows

| From DOE-NNSA report day 38 | $Q_{HCn}$ = 60,000 bopd (test ram closed) |
| --- | --- |
| Correct for increased back pressure | $Q_{HCk}$ = 43,500 bopd (test ram open) |
| Calculate mixture temperature and densities | T = 68 F (given $T_{mud}$ = 40 F and $T_{oil}$ = 200 F) |
| Calculate oil flow during idle time | $Q_{HCi}$ = 78,000 bopd (test ram open) |
| Correct for normal time | $Q_{HCn}$ = 70,000 bopd (test ram closed) |
| Compare to top estimate | 60,000 ≈ 70,000 |

The calculations presented above shows that the pressure data recorded during the top kill event was indicative of a flow over 60,000 bopd during time periods around May 28, 2010. It also shows that a lower limit of 43,000 bopd can be easily defended. This is consistent with a BP engineer's observation conclusion that flow rates were between 44,000 and 77,000 bopd at the time based on his own modeling of the Top Kill.[24]

The calculation of the temperature of the flowing fluid through the BOP during the Top Kill can be called in question. Therefore, the entire calculation was repeated using a mud temperature of 70 F, which resulted in a mixture temperature of 97 F. This did not change the lower bound result of 43,000 bopd since the mud density is assumed independent of temperature. The best estimate of the flow increased from 70,000 bopd to 71,000 bopd with the increased temperature. This shows that the mud temperature is not a source of a significant error in the calculation. The mud temperature cannot be outside of the range considered here.

### 4. Top Hat 4 Flow Rate Estimate

The pressure measurements obtained during the operation with Top Hat 4 allow another opportunity to evaluate the flow rate. However, due to the large uncertainties regarding the flow rate escaping the imperfect seal (named the skirt) between the top hat and the riser, this estimate

---

[24] Exhibit 9452, Page 8 (Post event simulation of Top Kill procedure, June 29, 2010), Appendix A.3.

is best formulated as a conservative lower limit to the flow rate (43,000 bopd). Accounting for skirt flow, I estimate the flow rate to be approximately 60,000 bopd for the period Top Hat 4 was installed (June 3, 2010 through July 11, 2010).

An analog pressure gauge was installed on Top Hat 4 through a stab (see Fig. 6 below). The pressure reading was so small (2 psi above the sea floor ambient) that pressure corrections for small elevation differences needed to be made. While Top Hat 4 was installed, oil constantly exited through 3 open vents at the top of the Top Hat, and through the skirt beneath (see Fig. 5 below). Flow was also being collected through the riser from the center of the Top Hat, and from lines attached to the original BOP. The flow through the vents was relatively easily calculated for the geometry was well known. The elevated Top Hat pressure, plus the effects of buoyancy, forced the oil out through these vents. The flow rates collected were also easily incorporated into the flow estimate since these were measured. The flow out the skirt was more difficult to calculate since the geometry was not well known. The skirt was severely damaged upon installation. Also complicating the skirt flow was that the positive pressure was countered by buoyancy to such an extent that the net pressure forcing flow out of the seal was poorly defined.



Fig. 5: Top Hat 4 Before Deployment

*Confidential per BP*



Fig. 6 : Analog Top Hat 4 Pressure Gauge

In mid-June 2010, I calculated a flow through the Top Hat vents of 23,000 bopd using an assumed 200 F oil temperature ("Flow Estimate by Analysis of Top Hat and Riser," June 15, 2010, Appendix A.7). This was at a time period when the collection rate was 15,000 bopd. I estimated that the flow through the skirt was 45,000 bopd. However, the skirt flow estimate was very approximate due to items mentioned above. In defense of this estimate, it was observed that during time periods when the collection was turned off (due to processing problems), the plume exiting the skirt was not visually changed. This implies that the collection rate was small compared to the skirt flow.  If the skirt flow is assumed zero, the calculation presented here provides a minimum flow of 38,000 bopd for June 15, 2010. This is a very conservative lower bound since it was obvious from the video images that the flow rate past the skirt was significant.

17                                                  *Confidential per BP*



Fig. 7: Image of Top Hat over Riser With Missing Seal

The Top Hat pressure needed to be carefully controlled.[25]. It was stated by BP that the pressure level had to be less than 15 psig to avoid forces that might remove the Top Hat. It also had to have a high enough pressure so that it would not entrain water through the skirt, which would cause hydrates to form and clog the Top Hat 4 rendering it useless. I calculate that this minimum pressure is 1.1 psi (measured at the gauge elevation).

The condition of Top Hat 4 was constantly monitored via video to assure that there always was flow out of the skirt. Thus, one can be assured that the Top Hat 4 pressure never dropped below 1.1 psi even on the days when the pressure gauge was not working or was not installed. At this pressure, I can calculate a flow out of the skirt is zero (that is what determines the pressure level), and the flow out of the vents is 18,000 bopd. If the 18,000 bopd is added to the maximum collection rate at that time period (> 25,000 bopd)[26], one obtains a very conservative lower limit for the flow during Top Hat 4 as > 43,000 bopd. There were no time periods when the flow out the skirt was zero, so this lower limit of the flow should not be considered an estimate of the total flow out of the well during this time period. Since the Top Hat 4 was used from June 3, 2010 through July 11, 2010, this *lower bound* flow rate of 43,000 bopd would apply to that entire period of 39 days.

---

[25] E.g., BP-HZN-2179MDL04869503.
[26] Exhibit 9490 (BP Daily Oil and Gas Collection Rates).