# Exhibit 6



| 1 0 8 4 1 |
| Exhibit No. _____ |
| Worldwide Court Reporters, Inc. |

1

CONFIDENTIAL

BP-HZN-2179MDL07033640
BPD568-013645

## Outline



- Modelling used preliminary slab model
  - Structural model incomplete Wed. evening
  - PIE used to cross-check
- Fixed Parameters:
  - M110 Size (45 mmrb)
- Sensitivity Parameters:
  - Aquifer: **3.8x**, 13.7x, 24x (larger aquifers with some K red'n)
  - Cr: 6, **12**, 18 μsips
  - Oil Rate: 35, 50, 60 mbd
  - Skin: 0, 10, 20
  - Xflow 0, ??, ?? rb/d (approximate, controlled with skin)

CONFIDENTIAL

BP-HZN-2179MDL07033641
BPD568-013646



CONFIDENTIAL

BP-HZN-2179MDL07033642
BPD568-013647



CONFIDENTIAL

BP-HZN-2179MDL07033643
BPD568-013648



CONFIDENTIAL

BP-HZN-2179MDL07033644
BPD568-013649



CONFIDENTIAL

BP-HZN-2179MDL07033645
BPD568-013650



CONFIDENTIAL

BP-HZN-2179MDL07033646
BPD568-013651

## Input Data

bp

- Data provided by GoMx Reservoir Team
- Rock Properties
  - Developed from MC252 logs
  - Permeability
    - 275 mD in main M56E sand
    - 397 mD in M56A gas/oil sand (only 2.5')
    - 86 – 110 mD in other oil sands
  - Compressibility:
    - Cr: 6 x10⁻⁶ psia⁻¹
    - Cw: 3 x10⁻⁶ psia⁻¹
    - Cf: ~13 x10⁻⁶ psia⁻¹
  - Fluid properties generated by EoS; volatile, near critical fluid
- tubing performance matched to GAP / Prosper work of T. Liao, A. Chitale & M Gokdemir



CONFIDENTIAL

BP-HZN-2179MDL07033647

BPD568-013652



CONFIDENTIAL

BP-HZN-2179MDL07033648
BPD568-013653



CONFIDENTIAL

BP-HZN-2179MDL07033649
BPD568-013654



CONFIDENTIAL

BP-HZN-2179MDL07033650
BPD568-013655



CONFIDENTIAL

BP-HZN-2179MDL07033651
BPD568-013656



CONFIDENTIAL

BP-HZN-2179MDL07033652
BPD568-013657



CONFIDENTIAL

BP-HZN-2179MDL07033653
BPD568-013658

## Influences on Observable Shut-In Pressure

bp

### At Shut-In

**High Wellhead Pressure**
- Limited crossflow
- Well integrity above 18" shoe
  - small leak into small zone
- Large aquifer
- Lower production (higher skin)

**Low Wellhead Pressure**
- Integrity failure (crossflow into M110)
- Smaller aquifer
- Higher production (& lower skin)

### After Shut-In

**Rising THP**
- Fluid Segregation
  - Only if $P_{thp}$ < 6,650psia
  - Increase would begin at low rates or at flow cessation
- Reservoir Response (radius of investigation)
  - Aquifer size will influence $P_{final}$
- Cessation of crossflow (pressure equilibration)

**Falling THP**
- Wellbore temperature equilibration (cooling)
- Large leak with limited inflow

DRAFT

CONFIDENTIAL

BP-HZN-2179MDL07033654
BPD568-013659



CONFIDENTIAL

BP-HZN-2179MDL07033655
BPD568-013660



CONFIDENTIAL

BP-HZN-2179MDL07033656
BPD568-013661



## Key Conclusions wrt SIWHP

- Impact of crossflow:
  - Reservoir fluid fills the M110, charging it above fracture capacity
  - Possible broach to surface

- M110 sand is small (5' thick), in one scenario could fill to fracture pressure in 10 days (resvr flow > 32mbd).

*Can we detect this scenario?*

- Leak off will not be detectable (constant charge from M56)

- Crossflow at 18" shoe would be detectable if "large enough"
  - *Max $Q_o$ through 6 disks: 6000 bpd*

- Would manifest itself as a lower than "anticipated" SI BOP pressure

- Uncertainty in SI BOP pressure is driven by aquifer & rate

Diagram labels:
2270 psi *ambient*
Containment Cap
LMRP
BOP
4365 psi → *6/26/10*
18" Shoe M110 Sand
crossflow with rupture disk failure
M57 Gas Sand
expected crossflow
M56 11850 psi *initial pressure*

CONFIDENTIAL

BP-HZN-2179MDL07033657

BPD568-013662

## Model Approach & Purpose



- Model constructed to address impact of crossflow of M57B & M56A gas sands during "top kill"
  - Response of observed pressures
  - GOR variation with time
- Requested to investigate whether depletion was consistent with known pressures below BOP
- Requested to avoid making any conclusions regarding likely rates
  - Role of flowrate investigation team

- Approach
  - Simple: tight timing, multiple unknowns
  - Single layer per reservoir (M57B to M56F, with intervening shales)
  - 10 x 12 x 17; no structure

DRAFT

19

BP-HZN-2179MDL07033658
BPD568-013663





Reservoir Pressure Response

8-July-2010



## Outline

- Modelling used preliminary slab model

  – Structural model incomplete Wed. evening

  – PIE used to cross-check

- Fixed Parameters:

  – M110 Size (45 mmrb)

- Sensitivity Parameters:

  – Aquifer:      **3.8x**, 13.7x, 24x (larger aquifers with some K red'n)

  – Cr:        6, **12**, 18 μsips

  – Oil Rate:     35, 50, 60 mbd

  – Skin: 0, 10, 20

  – Xflow      0, ??, ?? rb/d (approximate, controlled with skin)



# Depletion

- Aquifer Impact (referenced to 4x Aquifer, 6 μsips, @35 mbd)

  - No Aquifer:        −800 psi

  - 13.7x Aquifer     +120 psi

  - 24x Aquifer       +130 psi

- Compressibility

  - 12 μsips          +200 psi

  - 18 μsips          +300 psi

- S.I. BHP Range (M56E, @5 hrs)

  - Near well:    7,900 −    **11,030** − 11,120

  - Reservoir:    9,360 - **11,360** − 11,590

  - Recommend: new "most likely": 3.8x aquifer, 12 μsips, 35 mbd



M56E H/C Pressure

Rate = 35 mbd

colours: aquifer size
4x, 14x, 24x

shapes: $C_r$

*note: values reflect additional 15 days of depletion*



# Post Shut-In Behaviour

- Bottomhole pressure changes very rapidly for first 3 hours

  – $\Delta P/\Delta t > 30{,}000$ psi/hr

- Differences

  – Layer crossflow

  – 2 layers v. many

  – Solution method & timesteps

- Similar solutions during critical period ($5 < t < 100$ hrs)





# Variation of DP/Dt with Parameters: Q₀ & Xflo



ΔP/Δt of ~1-3 psi/hour for crossflow between 0 & 30 mbd
at 5 hours of shut-in



ΔP/Δt of ~5 - 10 psi/hour for rates between 35 & 60 mbd
at 5 hours of shut-in



# $\Delta P/\Delta t$ at 5 hours

- Insensitive to:
  - Aquifer                    (1 psi/hr)
  - Compressibility    (1 psi/hr)

- Largest sensitivities:
  - Crossflow
  - Average production rate
  - Sensitivity to $Q_o > X$flo





# Input Data

- Data provided by GoMx Reservoir Team

- Rock Properties

  - Developed from MC252 logs

  - Permeability

    - 275 mD in main M56E sand

    - 397 mD in M56A gas/oil sand (only 2.5')

    - 86 – 110 mD in other oil sands

  - Compressibility:

    - Cr: 6 x10$^{-6}$ psia$^{-1}$

    - Cw: 3 x10$^{-6}$ psia$^{-1}$

    - Cf: –13 x10$^{-6}$ psia$^{-1}$

  - Fluid properties generated by EoS; volatile, near critical fluid

- tubing performance matched to GAP / Prosper work of T. Liao, A. Chitale & M Gokdemir







Macondo RF –
Aquifer Size

## Oil Accumulation
## 110 mmstb = 258 mmrb

### 9500 acre Aquifer

| Net Sand Thickness, ft. | Porosity, % | Aquifer Size |
|---|---|---|
| 44 | 13 | 1.5x |
| 44 | 17 | 2.0x |
| 66 | 17 | 2.9x |

### 12400 acre Aquifer

| Net Sand Thickness, ft. | Porosity, % | Aquifer Size |
|---|---|---|
| 44 | 13 | 1.9x |
| 44 | 17 | 2.5x |
| 66 | 17 | 3.7x |

Largest Aquifer Size – used as base case
(will minimise depletion)

2900 acres

9500 acres

M56 Sand Fairway

Aquifer = 992 mmrb

M56
16000  18000  20000  22000
dsrprl Jun 17 2009
2 miles



## Depletion Response @wellbore

- PIE gives similar results to VIP
  - Constant compressibility (too low)
  - Single phase
- $P_{wf}$ drops ~8 psi/day (for 35mbd case)
- Lack of observed depletion could be due to *fixed* seafloor pressure and *large* orifice















Back-Up



## Difference between Aquifer & H/C Pressure





# Match to "Tubing Performance"



- Flowpath is a major (principle?) source of THP uncertainty

- Various cases considered:

  – Annular flow

  – Casing flow

  – Annular + casing flow

- VIP wellbore modelling capability limited in comparison with Prosper / Gap

  – Matched lift with simple tubing string

  – Equivalent diameter & roughness





# Influences on Observable Shut-In Pressure

## At Shut-In

### High Wellhead Pressure

* Limited crossflow
* Well integrity above 18" shoe
  – small leak into small zone
* Large aquifer
* Lower production (higher skin)

### Low Wellhead Pressure

* Integrity failure (crossflow into M110)
* Smaller aquifer
* Higher production (& lower skin)

## After Shut-In

### Rising THP

* Fluid Segregation
  – Only if $P_{thp}$ < 6,650psia
  – Increase would begin at low rates or at flow cessation
* Reservoir Response (radius of investigation)
  – Aquifer size will influence $P_{final}$
* Cessation of crossflow (pressure equilibration)

### Falling THP

* Wellbore temperature equilibration (cooling)
* Large leak with limited inflow



MBal Results for Various Aquifers



Future Work: Add Structure



# Key Conclusions wrt SIWHP

- Impact of crossflow:
  - Reservoir fluid fills the M110, charging it above fracture capacity
  - Possible broach to surface
- M110 sand is small (5' thick), in one scenario could fill to fracture pressure in 10 days (resvr flow > 32mbd).

*Can we detect this scenario?*

- Leak off will not be detectable (constant charge from M56)
- Crossflow at 18" shoe would be detectable if "large enough"
  - *Max $Q_o$ through 6 disks: 6000 bpd*
- Would manifest itself as a lower than "anticipated" SI BOP pressure
- Uncertainty in SI BOP pressure is driven by aquifer & rate



Containment Cap

LMRP

BOP

2270 psi
*ambient*

4365 psi
6/26/10

18" Shoe
M110 Sand

M57
Gas Sand

M56
11850 psi
*initial pressure*

crossflow with rupture disk failure

expected crossflow



## Model Approach & Purpose

- Model constructed to address impact of crossflow of M57B & M56A gas sands during "top kill"
  - Response of observed pressures
  - GOR variation with time
- Requested to investigate whether depletion was consistent with known pressures below BOP
- Requested to avoid making any conclusions regarding likely rates
  - Role of flowrate investigation team
- Approach
  - Simple: tight timing, multiple unknowns
  - Single layer per reservoir (M57B to M56F, with intervening shales)
  - 10 x 12 x 17; no structure

DRAFT