# Exhibit 7
# (Part 1 of 3)

From: Baker, Kate H (Swift)
Sent: Sat Jul 10 15:08:37 2010
To: Tatro, Marjorie (Sandia National Laboratories); 'hickman@usgs.gov'
Cc: Tooms, Paul J; Wells, Kent; Dupree, James H
Subject: RE: today's presentation
Importance: Normal
Attachments: SIWOP Master Packv2a.ZIP


Margie, Here is the pack you requested except for Mike Mason's new slides on SIWHP.  I have added in the slides on transient response during shut-in which I had inadvertently omitted from the initial handout pack, and which was distributed as a separate handout in the meeting.  Thus, the slide numbers in the attached pack diverge from what you have in hardcopy beginning with slide 17.  For example, the DOE/USGS presentation starts with slide 22 in the hardcopy handouts and the last slide is slide 81, whereas in the pack attached, the DOE/USGS presentation starts with slide 24 and the last slide is slide 83.  Kate


From: Tatro, Marjorie [mailto:mltatro@sandia.gov]
Sent: Friday, July 09, 2010 7:08 PM
To: 'hickman@usgs.gov'; Baker, Kate H (Swift)
Subject: today's presentation

Hi Steve and Kate – could one of you please send me the electronic copy of the slides...I only have Ron's part and Tom Hunter would like to review the entire package.

Thanks
Margie

9324

Exhibit No. _____
Worldwide Court
Reporters, Inc.

CONFIDENTIAL

BP-HZN-2179MDL06127378
BPD407-068731



# Shut the Well in on Paper Benefits and Risks

Paul Tooms
9 July, 2010

# Benefits of the Capping Stack



1. Assist in Well Kill & Post Kill Operations
   - Diagnosis of well integrity pre kill
   - Ability to backpressure well
   - Stabilisation of well pre and post cementing

2. Possibility of Shutting In Well
   - Full shut in for extended period
   - Temporary Shut in capability
   - Increased pressure / decreased flow.

3. Enable Full Collection Options
   - Multiple vessels, full collection without leakage
   - Ability to use export flow line
   - Possibility of Hurricane well storage option

2



# Risks & Concerns for Shutting in

Well & formation Integrity issues

- Can we distinguish between depletion and leakage from the well?
- What is the consequence of leakage, and ultimately broaching to the seabed
- Can we adequately monitor to detect significant leakage from the well.

Operational Issues

- Gauge accuracy and dependability
- Communication and decision making
- Practicalities of opening well

Experimental Method

- Can we tell anything from transient behaviour?
- Do we need to bracket flow rates prior to starting the test?

3



# Schedule and shut-in procedure for well integrity test

Trevor Hill
July 9, 2010

# Schedule



- Earliest start of well integrity test is midday Tuesday, but subject to the operational complexities of 3 ram stack installation

- Contingency schedule is Saturday morning start

5



**KNOWN CONDITIONS**



RANGE OF WELL CONDITIONS

Base of BOP pressure for different flowrates with ambient pressure at top of BOP

Current base of BOP pressure

Seabed pressure

Pressure, psi

Flow, mbd

7



Shut-in pressure

**WELL SHUT-IN**

Base of BOP pressure for different flowrates with ambient pressure at top of BOP

Potential space of base of BOP pressure – flow path lines for a range of initial flowrates as the well is choked back to shut-in (illustrative curve only)

Current base of BOP pressure

Seabed pressure

Pressure, psi

Flow, mbd

8

8000

6000

4000

2000

0    25    50    75

# Shut-in procedure



- Enterprise will already be disconnected for 3 ram stack installation, but on stand-by with TopHat 7

- 3 ram stack will be installed with rams open and    2 x 3" outlets closed

- Helix Producer will be shut down, isolated, and on stand-by (if commissioned)

- Q4000 will be shut down, isolated, and on stand-by

- At this stage all flow will be out of the top of the 3 ram stack to sea via open rams

# Shut-in procedure continued



- 3″ vent line will be opened
- 3″ choke will be opened fully
- Middle rams will be closed
- 3″ vent line will be closed
- All flow now out of 3″ choke to sea

10

# Shut-in procedure continued



- Close 3" choke by specified increments,

- Increments will be planned in advance, but with operational response possible

- Monitor base of BOP and 3 ram stack pressures throughout

- Hold temporarily when just above bubble point to get single phase fluid in well

- Proceed to closure

11

# Analysis during test



- Estimates of flowrate will be made as a function of choke valve position, Cv, and pressure drop

- Plot of pressure and estimated flowrate will be developed

- Pressure response will be evaluated before next choke increment

12



# Pressure response

- Seconds – to see a response to a valve change at the BOP

- Minutes – to judge the magnitude of the response to that valve change

- Hours – to get to quasi steady state once the well is shut in

- Days – for the reservoir pressure to recover and gradually increase shut in pressure to final steady state

13



# Reservoir Depletion

Bob Merrill
9 July, 2010

# Characteristics of Reservoir Depletion / Build Up 

Key Parameters: $C_r$, Aquifer, $Q_o$ (including leakage, if any)

Assumptions:   $C_r$:        $12 \times 10^{-6}$ psia$^{-1}$  [μsips]
               Aquifer:   3.8x reservoir oil volume
               $Q_o$:        35 mbd

Sensitivities:   $C_r$:        -200 psia, +100 psia    [ 6, 18 μsips]
                 Aquifer   -800 psia, +100 psia    [ None, 14x]
                 $Q_o$        -350 psia              [ 60 mbd]

Final M56E Pressure:    9,350 (lowest sensitivity) – 11,350 – 11,600 psia

S.I. Bottomhole (and hence tubing head) pressure will start at 1,500 –
   3,000 psia below this (but 90% of this difference will disappear in
   6 hours )

*cases in red were used for SITHP calculations*

15

# Characteristics of Reservoir Depletion / Build Up



Base Case, with Build-Up Characteristics with and without leakage





# Transient Response During Shut In

Trevor Hill
July 9, 2010

# Choke valve operation



- ROV will turn the choke valve actuator 18 times from open to closed position

- Response is not linear with number of turns

- Predictions give illustrative results of closing the choke on the pressure below the Horizon BOP stack

- Pressure below Horizon BOP stack will converge with pressure in 3 ram stack as choke reaches closed position

# 3 hour steady shut in of choke



Complete integrity





# Rate of valve closure



## Rupture discs used



6 x 0.125″ holes
35 (lower) and 60 (higher) Mbd
5 and 60 minute closure
0.7 Mbd to M110



20



# Larger opening to M110



6 x 0.4″ holes
28 and 47 Mbd
60 minute closure
6.5 Mbd to M110



21

# Stepped closure of choke





# Cooling effect





# Well Integrity During Shut – In Operations: DOE/DOI Analyses

## July 9, 2010








# Report Outline

- Issues to be Addressed
- Background
- Geologic Conditions
- Wellbore Flow Conditions
- Conclusions and Recommendations

# Issues to be Addressed

- Are geologic conditions conducive to an uncontrolled broach to the sea floor during shut in, assuming a lack of well integrity?

- Can well integrity be assessed by pressure measurements during a shut in?

# Background

# Reference Geometry -Below Mudline



**Legend for Stratigraphic Column:**

Grey – predominately shale or mudstone.

Yellow – mixed siltstone, mudstone and sandstone.

# Advantages of Installing Well Cap

- Well cap will allow full capture of hydrocarbons.

- Well cap has capability of shutting in well at seafloor.

- Well cap provides back pressure, which is beneficial to kill and cement operation.

- Well cap provides new capabilities for quick disconnect as hurricane approaches.

9/26/2012

29

# Possible Shut In Durations

- Shut in test
  - Minimum duration
  - Necessary to manage risk appropriately

- Duration of Shut in Decisions
  - Short duration (<1 day)
    - Short shut in for operational reasons
  - Mid-duration (< 10 days)
    - Hurricane
    - Well kill control/back-pressure enhancement
  - Long-duration (<100 days)
    - Minimize flow to gulf
    - Minimize hazards to personnel
    - Focus resources on well kill

9/26/2012

30

# Geologic Conditions

31

# Data Reviewed

The following  were examined from the Macondo #1 and other wells in the vicinity, including relief wells:

- Logging-while-drilling data (primarily gamma ray and resistivity), wireline logs, and mud logs.

- Geomechanical models and borehole measurements pertaining to in-situ pore pressure, overburden stress (lithostat) and fracturing pressure.

- 3D-seismic, high-resolution 2D-seismic, and side-scan sonar collected pre-drill and post-incident.

9/26/2012

# Consultation with BP

Detailed in-house discussions between BP and government scientists and engineers on topics that included:

- Lithologic and structural interpretations.

- Seafloor morphology.

- Drilling history and borehole completion.

- Stress and fluid pressure conditions.

- Geomechanical and fracture propagation modeling.

- Reservoir modeling and borehole fluid flow.

- Kill and cementing procedures.

- Microseismic monitoring and multichannel seismic.

33

# Geologic Conditions

- Data indicate geological formations consist of fine-grained, low-permeability sediments such as shale, mudstones and siltstones, and few permeable sands at or above the 18 inch casing shoe (~4000 ft below seafloor).

- Data indicate extensional stress environment, which is conducive to vertical hydraulic fracture growth.

- Data indicate existence of numerous faults that are potential paths for hydrocarbon flow to sea floor.

- Significant oil and gas flowing from main reservoir 13,000 feet below seafloor to well-head.

9/26/2012

34



# Macondo Well 1: WHP for Frac at 18" Shoe



At 8900' TVDSS (nearest 10 psi):
Pp = 4660 psi
Overburden = 5740 psi
Best Frac Pressure (~σ₃) = 5325 psi
Shale Frac (est.) = 5470 psi
Sand Frac (est.) = 5190 psi
--Sand/Shale bound extrapolations from 9090 ft KB leak-off test (~5450 psi) and drilling mud loss at ~9200 ft (~5390 psi)

36