# Exhibit 7
# (Part 2 of 3)

# 3D Seismic Line 17282 Through Well Location MC 252 #1



Horizon/Unit nomenclature after Fugro, 2003
Green horizons – additional horizons correlated/mapped across area by BP, 2008/2009
* Horizons mapped by BP across area for interval amplitude extraction purposes

37



5505 feet below sea level: just below seafloor. With depth, this fault
intersects the M110 horizon, and could be a conduit for hydrocarbon flow.
Also visible are possible degassing or dewatering vents.  These are
potential sites for monitoring.

# Implications of Geologic Conditions

- In the event of a casing leak, geologic formations and in-situ stress field are conducive to hydraulic fracture propagation from the 18" casing shoe to the seafloor.

- Pre-existing faults can also serve as conduits for hydrocarbon flow to seafloor.

- Limited thickness and areal extent of sand layers at and above the 18" shoe suggest that vertical fracture growth will not be significantly inhibited and that storage for hydrocarbons from a casing leak will be limited.

9/26/2012

39

# Possible Adverse Effects of Well Shut-In

In the event of a casing leak, geologic conditions are conducive to a broach of the seafloor by hydrocarbons during shut in, which would have serious consequences:

- There would be an uncontrolled release of hydrocarbons into the sea.

- This could result in an inability to control wellhead pressure, which could seriously jeopardize the bottom-kill and cementing operations.

# Wellbore Flow Conditions

# Flow in Well Issues

- Principal Questions to be Addressed
  - A: Can well integrity be determined during short-duration shut-in?
  - B: Can well integrity be determined during longer shut-in?
  - C: Can well integrity be determined by a gradual shut-in?
  - D: Can the flow rate through the disks be bounded?

- Following analysis assumes that all leakage to the formation is through rupture disks.
- Other fluid-flow pathways out of well are also possible. In fact, one reason for doing the shut-in test is to determine if there is significant unknown damage to the wellbore.

9/26/2012

# Flow in Well Issues
# Shut – In Pressure (SIWHP)

- Principal Uncertainties (1 observation dependent on 3 processes)
  - Extent of gas volumes after shut-in
  - Reservoir depletion
  - Leakage and flow pathways
- Government Assessment
  - SIWHP range: 8250 – 8750 psi (No depletion – No leakage)
  - No independent means of verifying reservoir depletion
    - BP estimates an uncertainty interval of 800 psi
    - Note – the pore pressure reduction associated with reservoir depletions depends on the flow rate, reservoir  properties, and the of the reservoir volume.
  - Combined intervals span 1300 psi range

9/26/2012

43

# Flow in Well Issues
# Leakage Through Burst Disks



- Principal Uncertainties
  - Number of disks open
  - Diameter of disk opening
  - Flow rate through disks
- Government Assessment
  - BP asserts that a maximum of 6 disks could have burst
  - Government has not independently analyzed accident scenario. For the purpose of our analysis, we assume that 6 burst disks have burst.
  - Flow = 550 bopd/disk into formation for 1/8" diameter disks
  - Disk diameter can increase through erosion. Recommend BP testing or analysis.
    - Limited data from other application suggests 6 hours of mud flow would result in < 20% increase flow rate.

# Flow in Well Issues
# Measuring Leakage at Shut In

- Principal Uncertainties
  - Sensitivity of shut-in pressure to leakage compared to shut-in pressure uncertainty
- Government Assessment
  - Simplified to Complex models – Assumptions in next slide, details in Appendix A and B
  - For every 1% of the flow from well head, shut in pressure will decrease by approximately 50 psi. Thus, for a 1300 psi uncertainty interval, this sensitivity corresponds to a flow of the scale of 25% of the flow from well head (assumes current leakage is small compared to well-head flow).

# Flow in Well Issues
# Basic Modeling Assumptions

- Modeling requires assumptions of the current well condition.
  - There is a significant resistance to flow in the well as illustrated by the 4300 psi BOP pressure measurement. This can be distributed to a deep and shallow choke. However, from steady flow observations one cannot determine the distribution of these resistances.
  - All wells have some resistance to fluid entering (well drawdown and skin resistance). We cannot measure this, but we can determine this as a function of the total flow rate if we assume other blockages (shallow choke) are small. The total flow rate must include the cross-flow (we have no way to measure cross-flow).
  - Any resistance assigned to a top choke makes the model predictions of well head pressure less sensitive to cross flow.
  - Simple scaling analysis shows that our inability in determining the current condition results in an inability in predict a shut in pressure. Our major unknowns are:
    - distributing resistance between a deep and shallow choke
    - inability in measuring the current cross flow
    - depletion of reservoir
    - elevation head

# Flow in Well Issues
# Value of Discrete Steps During Shut-In

- Principal Uncertainties
  - Flow Measurement during shut-in
  - Limited number of measurements during shut-in
  - Transient conditions during shut-in
- BP Technical Staff Estimates of Capability
  - 3 perhaps 4 discrete measurements
- Government Assessment
  - Very difficult to make quantitative determination from 3-4 measurements.
  - Recommend single step shut-in.

9/26/2012

47

# Flow in Well Issues
# Flow Rate Bounds - 1

- Government Assessment
  - There is no pressure for which it can be conclusively asserted that the well has zero flow out the burst disks.
  - However, flow rate can be bounded (next slide)
    - Bound informed by well performance
    - Theoretical upper bound for given flow area
  - Leakage flow into geologic media must be considered possible for all scenarios.

# Flow in Well Issues
# Flow Rate Bounds - 2

- ## Government Assessment



Flow rate bound informed by well performance.

Comparison points between the two models

Flow rate theoretical bound for given flow area.

# Multi-Step Shut-in (Quasi-steady Flow) Pore Pressure vs. Fracture Pressure



Assumes leaking into sand
- Currently above sand pore pressure



Assumes no leak until rock fracture
- Currently at or above rock fracture

9/26/2012

50

# Flow Sensitivity To Changes in Sink Pressure

- Scenario
  - Assume leakage from well, if it occurs, is limited to the burst disks (ignores possibly more extreme damage to the wellbore)
  - Model back pressure outside the burst disks as:
    - Pore pressure (conservatively no skin)
    - Fracture pressure
    - Hydrocarbon column to seabed
- Consequences For
  - Leakage flow rate
  - Kill difficulty
  - Broach capping

# Decision Context/Recommendations
# Response Determination

- Shut in pressure can be used to discriminate three categories
  - Pressure > 8000 psi
    - Well may have integrity but this cannot be assured due to uncertainties. Leak rates from worst case scenarios are bounded. Broach is possible but there is a low risk of to the well killing and cementing operation.
  - 8000 psi > Pressure > 6000 psi
    - Well does not have integrity.  Discharge into formation is no worse than current discharge rate from well head. However, there is a moderate risk to the well killing and cement operation.
  - Pressure < 6000 psi
    - More is wrong in the well than just blown burst disks. Discharge into formation is greater than current discharge from well head, and broach to seafloor is likely for .  There is a high risk to the well killing and cementing operation.

# Conclusions and Recommendations

# Risk Management Recommendation

- A successful well kill and cementing operation is the highest priority and should not be put at risk.
- The risk posed by a short-term shut-in test is acceptable if the test is required for operational reasons.  However, to avoid possible broach to the surface, the shut-in period should not exceed 1 day.  We see little value to a step-rate test.
- Intermediate and long-term shut-in could lead to a broach to the sea floor and could jeopardize well kill and cementing operations. Therefore:
  - These operations should only  be undertaken after results of short term shut-in test are analyzed by BP and reviewed by the government.
  - Long-duration shut in should not be carried out unless BP can demonstrate the capability to continuously monitor fracture propagation to the sea floor (e.g., AUVs, seismic).

# Risk Management Recommendation

## Recommended Shut-In Protocol

| | Short Duration (<1 day) | Mid-Duration (< 10 days) | Long Duration (<100 days) |
|---|---|---|---|
| P > 8000 psi | 🟩 | 🟩 | 🟨 |
| 8000 psi < P < 6000 psi | 🟨 | 🟨 | 🟥 |
| P < 6000 psi | 🟨 | 🟥 | 🟥 |

— Green:  Risk is low.
— Yellow:  Risk is moderate to high.
— Red:  Risk is unacceptable.

If wellhead pressure during test stabilizes at < 6000 psi then test should be immediately terminated.

9/26/2012

55

# Government Review Team

- Project POC
  - Sheldon Tieszen - DOE Natl. Labs
- Flow in Well
  - Curtt Ammerman – DOE Natl. Labs
  - Ron Dykhuizen – DOE Natl. Labs
  - Mark Havstad – DOE Natl. Labs
  - Charlie Morrow – DOE Natl. Labs
  - Marty Pilch – DOE Natl. Labs

- Flow in Geologic Media
  - Steve Hickman – USGS
  - Paul Hsieh – USGS
  - Walter Mooney – USGS
  - Phil Nelson – USGS
  - Cathy Enomoto – USGS

9/26/2012

56



# Communications and ROV Plan

Bill Grames
9 July, 2010

# Communications



**Key Roles**
- Well Shut-in Test SPA ⟵⟶ ROV Command
  - Stacks (Horizon and 3-Ram) SPA
  - Seabed SPA
  - Data SPA
  - Official Logger

**Test Duration**

Success Case
- Valve movements and initial pressure build-up        ~6-12 hours
- Pressure monitoring        24 hours plus

Compromised Integrity Case
- Valve movement and initial pressure build-up        0-6 hours
- Containment vessels on stand-by to resume operation

# ROV Plan



## ROV Activities within Procedure

- Base of BOP Pressure Monitoring
- 3-Ram Stack Pressure Monitoring
- Choke Manipulation (open)
- Open choke isolation valves
- Open 3" vent valves
- Close middle rams
- Close 3" vent valves
- Manipulate choke

## Indicative Timing

Continuous
Continuous
10 minutes
10 minutes
10 minutes
10 minutes
10 minutes
Duration of test

## ROV Placement

- ROV1      Valve Manipulation
- ROV2      Base of BOP pressure
- ROV3      3-Ram Stack pressures
- ROV4      "Metal" leak surveillance
- ROV5      Seabed leak surveillance

- Redundancy provision being developed





# Macondo Overburden Seismic Evaluation Survey

Andy Hill, Marine Geohazards SETA, 9th July 2010



## Subsurface: Defining absence of break out from the well

- Seismic methods for identification of activity, or change, in the subsurface are:
  - *Active Seismic*
    - Acquisition of targeted 2D Seismic Lines over well (Standard, MR or HR)
      - Proven published post-blowout methodology (Norway, Canada and Vietnam):
      - Degree of Ambiguity: low, degree of confidence of identifying charged layer is high.
        - Lower confidence if charge is restricted to a single fracture or fracture zone
    - Acquisition of a 3D seismic volume(s) centered on the well location itself.
      - Concern: highly restricted access for 3D until fleet departs to acquire data
    - Time lapse repeats of either, or both, of the above to indicate stability and no change.
      - Degree of Ambiguity: low - with repeated volumes showing long term stability
  - *Passive: Seafloor Nodes*
    - Install Seabed passive listening array to identify subsurface events and pin point them in XYZ location
    - Slow data turn round, model driven processing, however once installed provides ongoing monitoring capability
      - Degree of Ambiguity: flow is continuing in subsurface.

- Other methods: Visual Surveys (ROV), Sonar Surveys (AUV) and seabed deformation (tilt meter)

61

# Aerial View of part of Source Area





63



M110 Structure: Nominal Preferred Line Location



# Safest Offset Line Locations





# Detectability



- Given acquisition of lines pre-shut in and again post shut in what is the potential for detectability of change?

- If hydrocarbons are already capable of flow into formation, and have been flowing to formation for a significant period of time detectability of charge is good.

- If hydrocarbons are first forced into the formation as a result of shut-in, detectability is dependant on the volume being forced into the formation during shut in.

- Detectability is then dependant on: thickness of layer accepting charge and volume offered to the formation during that period.

- Seismic Bed Detectability:  ~9 – 20ft bed thickness (assumes 40Hz at M110)

- Detectable Charge Volume:     3000 bbls          Below detectability regardless of bed
  thickness

                                6000 bbls          At limit of detectability for 10' bed thickness

                                12000 bbls         Moderate to good opportunity for all cases

65



# Shut In – BOP Stack Monitoring

W. Leith McDonald
09 July 2010