# Exhibit 7
# (Part 3 of 3)



# BOP Stack Monitoring

## BOP flanges and connectors to be monitored

- Horizon BOP to Wellhead Connector
- Horizon LMRP to BOP Connector
- Horizon Choke & Kill Lines on BOP/LMRP
- Flexjoint & Angle
- Flexjoint Riser Extension Flange
- Adaptor Spool Flange
- 3-Ram connector to Adaptor Spool
- 3-Ram Choke & Kill Lines
- 3-Ram Top connector opening

# BOP Stack Monitoring Locations





Monitoring Locations

68

# BOP Stack Monitoring



- Multiple Locations on BOP Stack to be monitored

- ROV Resourcing
    - 1 ROV dedicated to visual inspection
    - 1 ROV dedicated to choke operation
    - 2 ROVs in immediate area for pressure monitoring / visual inspections



# MC252 Sensor Accuracy

July 8, 2010
Matt Gochnour

# Pressure Transducers

## Hot Stab Pressure Sensor

- Stellar Technology Incorporated (STI) Transducer
  - Model GT1600
  - Scaled and Rated to 20K psi
  - Tested to 10K psi
  - Accuracy (per data sheet) quoted at 0.1% for static conditions. (20 psi)



Compatt



## 3 Ram Stack Integral Pressure Sensors (2 Pressures)

- Teledyne Cormon transducers
  - Pressure: 4mA -> 0 psi; 20mA -> 15k psi
  - Calibration data suggests error band of < 0.2 % (30psi)

## Data Transmission:

- PPT will interface with the acoustic networking system. Roughly 15 seconds between consecutive data points can be expected.



Pressure transducers and panel on 3-ram capping stack

71

# Acoustic Error



- Sonardyne Compatt 5 units are fitted with a 16 bit A/D converter
- Only 12 bits are used to format the acoustic message
- Accuracy of acoustics is known to be +/- 1 bit
- 1 bit = 1.22 mV   (5 V / 4095)
- Sensitivity (psi / volt) depends on pressure sensor range

| Pressure Range | Error |
|---|---|
| 20K | +/- 4.88 psi |
| 15K | +/- 3.66 psi |
| 10K | +/- 2.44 psi |

72

# Network Overview





# MC 252 Hydrocarbon Measurement Overview

Charles Marth
July 9, 2010



# Enterprise

Separated Hydrocarbons are Measured by Two Inlet Separators each with:
- One 3" Oilgear Rotron PV (Proportional Velocity) Oil Meter
- One 6" Barton Master Orifice Fitting for Gas

Hydrocarbon Liquids:
- Custody transfer occurs during lightering operations from shipping vessel at onshore facility
- Measured in storage tanks strapping/sounding method
- Separator oil meters primarily used for operational purposes

Collected Hydrocarbon Gas:
- Separator volumes determined by orifice meter EFM
- Any unmetered residual flash gas determined by applying a flash factor to the metered oil
- Total gas volume = measured separator gas + calculated flash gas

75



# Q4000

Separated Hydrocarbons are Measured By Inlet Separator with:
- One 3" Oilgear Rotron PV (Proportional Velocity) Oil Meter
- One 2" Oilgear Rotron PV (Proportional Velocity) Oil Meter
- One 6" Barton Master Orifice Fitting for Gas

Hydrocarbon Liquids:
- Metered at the liquid outflow of the test separator
- Inline VX multiphase meter used to monitor separator meter performance

Hydrocarbon Gas:
- Separator volume determined by orifice meter EFM
- Any unmetered residual flash gas determined by applying a flash factor to the metered oil
- Total gas volume = measured separator gas + calculated flash gas

76



# Producer 1

Separated Hydrocarbons are Measured By Inlet Separator at:
- Two Inlet Separators
- Low Pressure Separator
- Degasser

Hydrocarbon Liquids:
- Custody transfer occurs during lightering operations from shipping vessel at onshore facility
- Metered with a 6" NuFlo turbine meter at the outlet of the dry oil tank when offloading to storage vessel

Hydrocarbon Gas:
- Separator volumes determined by orifice meter EFM
- Any unmetered residual flash gas determined by applying a flash factor to the metered oil
- Total gas volume = measured separator gas + calculated flash gas

# Measurement Oil Checks



Enterprise
- Separator oil meter volume is compared to receiving vessel tank soundings (currently within +/- 4%)
- Separator oil meter volume is diverted to 100 bbl tank for volume comparison

Q4000
- Separator oil meter volume is compared to Vx Mulitphase meter (currently within +/- 5%)
- Separator oil meter volume is diverted to 100 bbl tank for volume comparison

Producer 1
- Oil metering will be at ~atmospheric pressure, a spare 6" oil meter will be available for use if indicated
- Metered oil volumes will be monitored against tank gauging of storage vessel

78



# Time Synchronization

Kate Baker
July 9, 2010

# Time synchronization of clocks

- On board data loggers are time synchronized within their system but there is no requirement for synchronization across systems

- PT, Q4000 flow, Enterprise flow and Enterprise boarding pressure data acquisition systems and video were not synchronized during the period 6/26 – 6/30

- Time synchronization survey performed on 7/4 showed differences in clocks based on Coordinated Universal Time (UTC) – 05:00:00 (CDT)

| Clock | UTC difference on 7/4 | Time read at 12:00:00 UTC | Data stamped |
|---|---|---|---|
| Q4000 acquisition computer | + 3 min 18 sec | 12:03:18 | Q4000 flow |
| Enterprise TDA | + 3 min 16 sec | 12:03:16 | Boarding pressure, flow, video |
| Millenium86 ROV Pilot PC | − 1 min 14 sec | 11:58:46 | PT data |

11

# Pressure & flow recording interval and reference time



### Topside Facilities

- Enterprise boarding pressure is recorded every 1 minute; Enterprise and Q4000 report oil flows every 15 minutes
- Time for both pressure and flow recordings is datumed to the ship-board Insight computer time.

### Subsea Choke

- Choke setting change times and sizes will be recorded manually in the operations room as the order is given/executed.
- Time will be datumed to UTC – 5:00:00

### Horizon BOP Stack and 3-Ram Capping Stack Pressure Transducers

- One ROV can monitor PT_B with a frequency of 1 reading per gauge every 4 seconds.
- Another ROV can monitor the 2 pressure transducers in the 3-Ram capping stack and 1 stabbed pressure transducer with a frequency of 1 reading per gauge every 4 seconds.
- Pressure sensor readings reference the time clock in the Fugro terminal server located on one of the ROV polling vessels.

81



# Shut the well in on paper
# Potential Outcomes and Responses

9 July, 2010



# Potential Outcomes and Responses

| Shut in Pressure | Interpretation | Response |
|---|---|---|
| $p > x'$ | Good Integrity (v low leakage) | a, b, c, d, or e |
| $x' < p < x$ | Questionable integrity (leakage or depletion) | a, b, or c |
| $p < x$ | Poor Integrity | a |
| | Failed Test | |

Possible responses

a. Keep system operating as near current conditions as practicable.
b. Use capability to apply some extra back-pressure.
c. Shut well in for limited periods (eg Hurricane)
d. Shut well in for extended periods.
e. Top Kill well using 3 Ram stack.

83