Exhibit 8

**From:** Liao, Tony T
**Sent:** Thu Jul 15 19:46:14 2010
**To:** Mix, Kurt
**Cc:** Golson, Kyle L; Mason, Mike C; Hill, Trevor; Merrill, Robert C; Levitan, Michael M.
**Subject:** FW: BOP Pressure...
**Importance:** Normal
**Attachments:** Pressure Measurement Network Architecture 7.15.10.jpg; SIWHP Chart

<<...>>

Kurt,

You must have seen the data and the plot from Matt.

Both of you, please refer to the our latest calculation of the SIWHP pressure which including the ramping down time (about 3 hours). The pressure on our plot is the PT-B on Matt's plot.

Our interpretation is that we are in good place.

The pressure build up between Matt's emails make sense to us too!

Cheers.

Tony T. Liao, Ph.D.
BP America, Inc., Houston
(Office) +1 281 504 6571
EPT, Base Management, Technology Specialist Support Team

---

**From:** Gochnour, Matt
**Sent:** Thursday, July 15, 2010 2:34 PM
**To:** Liao, Tony T
**Cc:** Gokdemir, Oktay M.
**Subject:** RE: BOP Pressure...

Tony,

See attached for the pressure measurement network architecture. Let me know if you have any questions.

<<...>>

The well is now shut in. We are monitoring for pressure build. The gauge in the 3 ram stack is reading 6609.38. The first choke turn today was at 12:28.

Regards,

Matt

---

**From:** Liao, Tony T
**Sent:** Thursday, July 15, 2010 2:24 PM
**To:** Gochnour, Matt
**Cc:** Gokdemir, Oktay M.
**Subject:** RE: BOP Pressure...

Thanks a million!

This sounds very good news for the moment.

Mind if I ask more?

9320

Exhibit No. _____
Worldwide Court
Reporters, Inc.

CONFIDENTIAL

How long you have started ramping down?

Where is PT-B and where is capping stack gauges located?

Do you have (or some one has) a schematic that I can have?

Stop here before you say you are asking too much.

Thanks,

Tony T. Liao, Ph.D.
BP America, Inc., Houston
(Office) +1 281 504 6571
EPT, Base Management, Technology Specialist Support Team

---

**From:** Gochnour, Matt
**Sent:** Thursday, July 15, 2010 2:18 PM
**To:** Liao, Tony T
**Cc:** Gokdemir, Oktay M.
**Subject:** RE: BOP Pressure...

PT-B is presently reading around 7174.  The capping stack gauges are reading around 6550.

---

**From:** Liao, Tony T
**Sent:** Thursday, July 15, 2010 2:08 PM
**To:** Gochnour, Matt
**Cc:** Gokdemir, Oktay M.
**Subject:** RE: BOP Pressure...

Please add Metin's name there too.

Thanks!

Any new number at this moment? How long it is shut-in now? We have some model numbers. It would be great to see how far away or how close the current readings are from our model values.

Tony T. Liao, Ph.D.
BP America, Inc., Houston
(Office) +1 281 504 6571
EPT, Base Management, Technology Specialist Support Team

---

**From:** Gochnour, Matt
**Sent:** Thursday, July 15, 2010 2:07 PM
**To:** Liao, Tony T
**Subject:** RE: BOP Pressure...

I can get you added to processnet to view it.

---

**From:** Liao, Tony T
**Sent:** Thursday, July 15, 2010 2:04 PM
**To:** Gochnour, Matt
**Subject:** BOP Pressure...

Hi Matt,

Do you have the updated BOP pressure data? Better yet, do you have the live-feed?

CONFIDENTIAL

BP-HZN-2179MDL07117794
BPD568-097799

Best regards,
Tony T. Liao, Ph.D.
BP America, Inc., Houston
(Office) +1 281 504 6571
EPT, Base Management, Technology Specialist Support Team

CONFIDENTIAL

**From:** Gokdemir, Oktay M.
**Sent:** Thu Jul 15 19:34:04 2010
**To:** Liao, Tony T
**Subject:** SIWHP Chart
**Importance:** Normal
**Attachments:** SIWHP.ZIP


Regards,

Metin Gokdemir
Petroleum Engineer,
501 Westlake Park Blvd.
Houston, TX 77079
11.132A
Office: 281.366.6014
Cell: 832.348.3234
Main: 281.366.2000
Fax:  281.366.5717

CONFIDENTIAL

BP-HZN-2179MDL07117797
BPD568-097802



# MC252 Acoustic Network Diagram
## 7-15-2010

| | Tag | Descriptor | Transducer Serial # | Address | Base Units | Engineering Units | Gain & Offset |
|---|---|---|---|---|---|---|---|
| CSI | PT-B | Pressure below BOP | N/A | 301 | 1-5 VDC | 0-20000 psi | |
| | PT-B | Spare acoustic modem for Pressure below BOP | N/A | 305 | 1-5 VDC | 0-20000 psi | |
| | PT-C | Choke Line Pressure | 99826 | 302 | 0-5 VDC | 0-20000 psi | Gain + 4455.89, Offset + -2352.81 |
| | PT-K | Kill Line Pressure | 99837 | 303 | 0-5 VDC | 0-20000 psi | Gain + 4424.05, Offset + -2199.25 |
| | PT-3C | 3 Ram Stack Choke Line Pressure | 99838 | 206 | 0-5 VDC | 0-20000 psi | Gain + 4397.70, Offset + -2218.82 |
| | | Spare 3 Ram Stack Choke Line Pressure | | | 0-5 VDC | 0-20000 psi | |
| Skandi Neptune | PT-3K-1 | 3 Ram Stack Kill Line Pressure-1 | N/A | 202 | 1-5 VDC | 0-15000 psi | |
| | PT-3K-2 | 3 Ram Stack Kill Line Pressure-1 | N/A | 203 | 1-5 VDC | 0-15000 psi | TBD |
| | | | | 204 | 1-5 VDC | | |
| | | | | 205 | 0-5 VDC | 0-20000 psi | |
| HSR Achiever / Olympic Challenger | HSR-M-PS | CDP Manifold Pressure | 99804 | | 0-5 VDC | 0-20000 psi | |
| | HSR-H2-BM | Junk Shot Manifold Outlet to CDP Manifold | 92003 | 207 | 0-5 VDC | 0-20000 psi | Gain + 4460.06, Offset + -2367.91 |
| | | | | 208 | 0-5 VDC | 0-20000 psi | |
| | | | | 209 | 0-5 VDC | 0-20000 psi | |
| | | Spare | | 210 | 0-5 VDC | 0-20000 psi | |
| | | Spare | | 211 | 0-5 VDC | 0-20000 psi | |
| | | Spare | | 212 | 0-5 VDC | 0-20000 psi | |
| | SS2-1 | Subsea Tie-in Pressure 1 | | | | | |
| | SS2-2 | Subsea Tie-in Pressure 2 | | | | | |

### 4-20mA Transmitters

$$\text{Scaled Value} = \frac{(\text{Raw Value} - \text{Raw Min}) * (\text{Max Scaled} - \text{Min Scaled})}{(\text{Raw Max} - \text{Raw Min})}$$

### PT-B

$$\text{Scaled Value} = \frac{(\text{Raw Value} - \text{Raw Min}) * (\text{Max Scaled} - \text{Min Scaled})}{(\text{Raw Max} - \text{Raw Min})} + 966$$

### Stellar Transmitters

$$\text{Scaled Value} = (\text{Raw Value} * \text{Gain}) + \text{Offset}$$



CONFIDENTIAL

| Shut in Time (hrs) | | | | | |
|---|---|---|---|---|---|
| Depth | 3 | 9 | 15 | 27 | 51 |
| 4989 | 180 | 62 | 67 | 66 | 66 |
| 5186 | 220 | 163 | 138 | 121 | 107 |
| 5288 | 219 | 173 | 149 | 130 | 115 |
| 5387 | 219 | 180 | 158 | 138 | 122 |
| 5487 | 219 | 184 | 164 | 144 | 127 |
| 5586 | 219 | 187 | 168 | 149 | 132 |
| 5686 | 220 | 189 | 172 | 153 | 136 |
| 5786 | 220 | 190 | 174 | 156 | 139 |
| 5885 | 220 | 191 | 176 | 159 | 142 |
| 5985 | 221 | 192 | 178 | 161 | 145 |
| 6084 | 221 | 192 | 179 | 163 | 147 |
| 6954 | 225 | 196 | 185 | 174 | 162 |
| 7521 | 227 | 200 | 189 | 179 | 168 |
| 7607 | 227 | 201 | 191 | 180 | 170 |
| 7707 | 228 | 202 | 192 | 182 | 171 |
| 7807 | 228 | 202 | 193 | 183 | 172 |
| 8229 | 231 | 202 | 193 | 183 | 173 |
| 18300 | 245 | 245 | 245 | 245 | 245 |

| Max Depl. Shut in Time (hrs) | | | | | |
|---|---|---|---|---|---|
| Depth | 3 | 9 | 15 | 27 | 51 |
| 4989 | 220 | 87 | 84 | 81 | 79 |
| 5004 | 227 | 94 | 89 | 85 | 82 |
| 5034 | 227 | 107 | 99 | 93 | 87 |
| 5094 | 227 | 126 | 113 | 104 | 96 |
| 5186 | 227 | 144 | 128 | 116 | 105 |
| 5288 | 226 | 157 | 139 | 124 | 112 |
| 5387 | 226 | 167 | 148 | 132 | 118 |
| 5487 | 227 | 175 | 155 | 138 | 124 |
| 5586 | 227 | 181 | 162 | 144 | 129 |
| 5686 | 227 | 186 | 167 | 149 | 133 |
| 5786 | 227 | 190 | 171 | 153 | 137 |
| 5885 | 228 | 193 | 175 | 157 | 141 |
| 5985 | 228 | 195 | 178 | 161 | 144 |
| 6084 | 228 | 197 | 181 | 164 | 147 |
| 6182 | 228 | 199 | 183 | 166 | 151 |
| 6279 | 228 | 200 | 184 | 169 | 153 |
| 8229 | 234 | 209 | 199 | 189 | 178 |
| 18300 | 245 | 245 | 245 | 245 | 245 |

CONFIDENTIAL

This data is obtained from OLGA simulation results
and used as fluid temperatures in Prosper simulations
for a given time after the shut-in.

CONFIDENTIAL

BP-HZN-2179MDL07117801
BPD568-097806

**Sandface Pressures (detailed scale from start of well turn-down)**
**Data for Qo = 35 mbd, Cr = 12 μsips, Aquifer = 3.8x**

| | | Base Case, no Xflow | | | | |
|---|---|---|---|---|---|---|
| Time | | WellQ | Sandface | WHP (IPT) | DP Well | Time |
| 85.0 | | 35,000 | 9839 | | | 85.0 |
| 86.0 | 0.000 | 35,000 | 9835 | 6014 | | 86.0 |
| 86.1 | 1.200 | 30,000 | 9971 | 6319 | | 86.1 |
| 86.1 | 2.400 | 20,000 | 10269 | 6872 | | 86.1 |
| 86.2 | 3.600 | 10,000 | 10582 | 7330 | | 86.2 |
| 86.2 | 3.840 | 0 | 10858 | 7646 | 3212 | 86.2 |
| 86.2 | 4.800 | 0 | 10914 | 7659 | 3255 | 86.2 |
| 86.3 | 7.200 | 0 | 10962 | 7704 | 3258 | 86.3 |
| 86.4 | 9.600 | 0 | 10990 | 7731 | 3259 | 86.4 |
| 86.5 | 12.000 | 0 | 11011 | 7737 | 3274 | 86.5 |
| 86.6 | 14.400 | 0 | 11027 | 7752 | 3275 | 86.6 |
| 86.7 | 16.800 | 0 | 11041 | 7765 | 3276 | 86.7 |
| 86.8 | 19.200 | 0 | 11052 | 7761 | 3291 | 86.8 |
| 86.9 | 21.600 | 0 | 11062 | 7771 | 3291 | 86.9 |
| 87.0 | 24.000 | 0 | 11071 | 7779 | 3292 | 87.0 |
| 87.1 | 26.400 | 0 | 11078 | | | 87.1 |
| 87.2 | 28.800 | 0 | 11086 | | | 87.2 |
| 87.3 | 31.200 | 0 | 11092 | | | 87.3 |
| 87.4 | 33.600 | 0 | 11098 | | | 87.4 |
| 87.5 | 36.000 | 0 | 11104 | | | 87.5 |
| 87.6 | 38.400 | 0 | 11109 | | | 87.6 |
| 87.7 | 40.800 | 0 | 11114 | | | 87.7 |
| 87.8 | 43.200 | 0 | 11119 | | | 87.8 |
| 87.9 | 45.600 | 0 | 11124 | | | 87.9 |
| 88.0 | 48.000 | 0 | 11128 | | | 88.0 |
| 88.1 | 50.400 | 0 | 11132 | | | 88.1 |
| 88.2 | 52.800 | 0 | 11136 | | | 88.2 |
| 88.3 | 55.200 | 0 | 11140 | | | 88.3 |
| 88.4 | 57.600 | 0 | 11144 | | | 88.4 |
| 88.5 | 60.000 | 0 | 11147 | | | 88.5 |
| 88.6 | 62.400 | 0 | 11151 | | | 88.6 |
| 88.7 | 64.800 | 0 | 11154 | | | 88.7 |
| 88.8 | 67.200 | 0 | 11157 | | | 88.8 |
| 88.9 | 69.600 | 0 | 11160 | | | 88.9 |
| 89.0 | 72.000 | 0 | 11163 | | | 89.0 |
| 89.1 | 74.400 | 0 | 11166 | | | 89.1 |
| 89.2 | 76.800 | 0 | 11169 | | | 89.2 |
| 89.3 | 79.200 | 0 | 11172 | | | 89.3 |
| 89.4 | 81.600 | 0 | 11175 | | | 89.4 |
| 89.5 | 84.000 | 0 | 11177 | | | 89.5 |
| 89.6 | 86.400 | 0 | 11180 | | | 89.6 |

BP-HZN-2179MDL07117802
D568-097807



|  | Small Leak | Medium Leak |
|---|---|---|
|  | 2849.040512 | 11658.84861 |

**Base Case, Leak 5-10**

| WellQ | Sandface |
|---|---|
| 35,000 | 9,839 |
| 35,000 | 9,835 |
| 30,000 | 9,971 |
| 20,000 | 10,269 |
| 10,000 | 10,582 |
| 0 | 10,709 |
| 0 | 10,826 |
| 0 | 10,870 |
| 0 | 10,896 |
| 0 | 10,914 |
| 0 | 10,929 |
| 0 | 10,941 |
| 0 | 10,951 |
| 0 | 10,959 |
| 0 | 10,967 |
| 0 | 10,974 |
| 0 | 10,980 |
| 0 | 10,985 |
| 0 | 10,991 |
| 0 | 10,996 |
| 0 | 11,000 |
| 0 | 11,005 |
| 0 | 11,009 |
| 0 | 11,013 |
| 0 | 11,017 |
| 0 | 11,021 |
| 0 | 11,024 |
| 0 | 11,028 |
| 0 | 11,031 |
| 0 | 11,034 |
| 0 | 11,037 |
| 0 | 11,040 |
| 0 | 11,043 |
| 0 | 11,046 |
| 0 | 11,048 |
| 0 | 11,051 |
| 0 | 11,053 |
| 0 | 11,056 |
| 0 | 11,058 |
| 0 | 11,061 |
| 0 | 11,063 |

**Base Case, Leak 20-30**

| Time | WellQ | Sandface |
|---|---|---|
| 85.0 | 35,000 | 9,839 |
| 88.5 | 0 | 10,696 |
| 88.6 | 0 | 10,698 |
| 88.7 | 0 | 10,700 |
| 88.8 | 0 | 10,701 |
| 88.9 | 0 | 10,703 |
| 89.0 | 0 | 10,705 |
| 89.1 | 0 | 10,707 |
| 89.2 | 0 | 10,708 |
| 89.3 | 0 | 10,710 |
| 89.4 | 0 | 10,711 |
| 89.5 | 0 | 10,713 |
| 89.6 | 0 | 10,714 |

**Base Case, Leak >70**

| Time | WellQ | Sandface |
|---|---|---|
| 85.0 | 35,000 | 9,839 |

CONFIDENTIAL

BP-HZN-2179MDL07117803
BPD568-097808



dface press

50          60

BP-HZN-2179MDL07117804
0568-097809

| | | | | |
|---|---|---|---|---|
| 89.7 | 88.800 | 0 | 11182 | 89.7 |
| 89.8 | 91.200 | 0 | 11185 | 89.8 |
| 89.9 | 93.600 | 0 | 11187 | 89.9 |
| 90.0 | 96.000 | 0 | 11190 | 90.0 |

CONFIDENTIAL

BP-HZN-2179MDL07117805
BPD568-097810

| | | | | |
|---|---|---|---|---|
| 0 | 11,065 | 89.7 | 0 | 10,716 |
| 0 | 11,067 | 89.8 | 0 | 10,718 |
| 0 | 11,069 | 89.9 | 0 | 10,719 |
| 0 | 11,071 | 90.0 | 0 | 10,721 |

CONFIDENTIAL

BP-HZN-2179MDL07117806
D568-097811

Sandface Pressures (detailed scale from start of well turn-down)

Data for Qo = 60 mbd, Cr = 12 $\mu$sips, Aquifer = 3.8x

| | | | Hi Q Case, no Xflow | | | | |
|---|---|---|---|---|---|---|---|
| Time | | | WellQ | Sandface | WHP (IPT) | | Time |
| 85.00 | | | 60000 | 8516 | | | 85.00 |
| 86.00 | | 0.000 | 60000 | 8508 | 3424 | -2590 | 86.00 |
| 86.05 | | 1.200 | 30000 | 8553 | 4997 | -1322 | 86.05 |
| 86.10 | | 2.400 | 20000 | 9548 | 6199 | -673 | 86.10 |
| 86.15 | | 3.600 | 10000 | 9901 | 6695 | -635 | 86.15 |
| 86.16 | 0.00 | 3.840 | 0 | 10178 | 7011 | -635 | 86.16 |
| 86.20 | 0.96 | 4.800 | 0 | 10250 | 7078 | -581 | 86.20 |
| 86.30 | 3.36 | 7.200 | 0 | 10319 | 7102 | -602 | 86.30 |
| 86.40 | 5.76 | 9.600 | 0 | 10366 | 7146 | -585 | 86.40 |
| 86.50 | 8.16 | 12.000 | 0 | 10400 | 7178 | -559 | 86.50 |
| 86.60 | 10.56 | 14.400 | 0 | 10428 | 7205 | -547 | 86.60 |
| 86.70 | 12.96 | 16.800 | 0 | 10451 | 7227 | -538 | 86.70 |
| 86.80 | 15.36 | 19.200 | 0 | 10472 | 7247 | -514 | 86.80 |
| 86.90 | 17.76 | 21.600 | 0 | 10489 | 7263 | -508 | 86.90 |
| 87.00 | 20.16 | 24.000 | 0 | 10503 | 7244 | -535 | 87.00 |
| 87.10 | 22.56 | 26.400 | 0 | 10516 | 7257 | 7257 | 87.10 |
| 87.20 | 24.96 | 28.800 | 0 | 10529 | 7269 | 7269 | 87.20 |
| 87.30 | 27.36 | 31.200 | 0 | 10540 | | | 87.30 |
| 87.40 | 29.76 | 33.600 | 0 | 10551 | | | 87.40 |
| 87.50 | 32.16 | 36.000 | 0 | 10561 | | | 87.50 |
| 87.60 | 34.56 | 38.400 | 0 | 10570 | | | 87.60 |
| 87.70 | 36.96 | 40.800 | 0 | 10579 | | | 87.70 |
| 87.80 | 39.36 | 43.200 | 0 | 10587 | | | 87.80 |
| 87.90 | 41.76 | 45.600 | 0 | 10595 | | | 87.90 |
| 88.00 | 44.16 | 48.000 | 0 | 10603 | | | 88.00 |
| 88.10 | 46.56 | 50.400 | 0 | 10610 | | | 88.10 |
| 88.20 | 48.96 | 52.800 | 0 | 10618 | | | 88.20 |
| 88.30 | 51.36 | 55.200 | 0 | 10624 | | | 88.30 |
| 88.40 | 53.76 | 57.600 | 0 | 10631 | | | 88.40 |
| 88.50 | 56.16 | 60.000 | 0 | 10637 | | | 88.50 |
| 88.60 | 58.56 | 62.400 | 0 | 10644 | | | 88.60 |
| 88.70 | 60.96 | 64.800 | 0 | 10650 | | | 88.70 |
| 88.80 | 63.36 | 67.200 | 0 | 10656 | | | 88.80 |
| 88.90 | 65.76 | 69.600 | 0 | 10661 | | | 88.90 |
| 89.00 | 68.16 | 72.000 | 0 | 10667 | | | 89.00 |
| 89.10 | 70.56 | 74.400 | 0 | 10672 | | | 89.10 |
| 89.20 | 72.96 | 76.800 | 0 | 10677 | | | 89.20 |
| 89.30 | 75.36 | 79.200 | 0 | 10682 | | | 89.30 |
| 89.40 | 77.76 | 81.600 | 0 | 10687 | | | 89.40 |
| 89.50 | 80.16 | 84.000 | 0 | 10692 | | | 89.50 |

| Hi Q Case, Leak 5-10 | | | Hi Q Case, Leak 20-30 | | | Hi Q Case, Leak >70 | |
|---|---|---|---|---|---|---|---|
| WellQ | Sandface | Time | WellQ | Sandface | Time | WellQ | Sandface |
| 60,000 | 8,516 | 85.00 | 60,000 | 8,516 | 85.00 | 60,000 | 8,516 |
| 60,000 | 8,508 | 86.00 | 60,000 | 8,508 | 86.00 | 60,000 | 8,508 |
| 30,000 | 8,553 | 86.05 | 30,000 | 8,553 | 86.05 | 30,000 | 8,553 |
| 20,000 | 9,548 | 86.10 | 20,000 | 9,548 | 86.10 | 20,000 | 9,548 |
| 10,000 | 9,901 | 86.15 | 10,000 | 9,901 | 86.15 | 10,000 | 9,901 |
| 0 | 10,073 | 86.16 | 0 | 9,985 | 86.16 | 0 | 9,836 |
| 0 | 10,182 | 86.20 | 0 | 10,038 | 86.20 | 0 | 9,274 |
| 0 | 10,246 | 86.30 | 0 | 10,082 | 86.30 | 0 | 9,394 |
| 0 | 10,289 | 86.40 | 0 | 10,115 | 86.40 | 0 | 9,382 |
| 0 | 10,322 | 86.50 | 0 | 10,126 | 86.50 | 0 | 9,393 |
| 0 | 10,348 | 86.60 | 0 | 10,105 | 86.60 | 0 | 9,411 |
| 0 | 10,370 | 86.70 | 0 | 10,119 | 86.70 | 0 | 9,427 |
| 0 | 10,389 | 86.80 | 0 | 10,132 | 86.80 | 0 | 9,437 |
| 0 | 10,405 | 86.90 | 0 | 10,144 | 86.90 | 0 | 9,446 |
| 0 | 10,418 | 87.00 | 0 | 10,154 | 87.00 | 0 | 9,453 |
| 0 | 10,430 | 87.10 | 0 | 10,163 | 87.10 | 0 | 9,457 |
| 0 | 10,442 | 87.20 | 0 | 10,172 | 87.20 | 0 | 9,461 |
| 0 | 10,453 | 87.30 | 0 | 10,180 | 87.30 | 0 | 9,465 |
| 0 | 10,462 | 87.40 | 0 | 10,188 | 87.40 | 0 | 9,470 |
| 0 | 10,471 | 87.50 | 0 | 10,196 | 87.50 | 0 | 9,474 |
| 0 | 10,480 | 87.60 | 0 | 10,203 | 87.60 | 0 | 9,480 |
| 0 | 10,488 | 87.70 | 0 | 10,209 | 87.70 | 0 | 9,485 |
| 0 | 10,496 | 87.80 | 0 | 10,216 | 87.80 | 0 | 9,493 |
| 0 | 10,503 | 87.90 | 0 | 10,222 | 87.90 | 0 | 9,502 |
| 0 | 10,510 | 88.00 | 0 | 10,228 | 88.00 | 0 | 9,512 |
| 0 | 10,517 | 88.10 | 0 | 10,233 | 88.10 | 0 | 9,520 |
| 0 | 10,524 | 88.20 | 0 | 10,238 | 88.20 | 0 | 9,527 |
| 0 | 10,530 | 88.30 | 0 | 10,243 | 88.30 | 0 | 9,532 |
| 0 | 10,536 | 88.40 | 0 | 10,248 | 88.40 | 0 | 9,536 |
| 0 | 10,542 | 88.50 | 0 | 10,253 | 88.50 | 0 | 9,539 |
| 0 | 10,548 | 88.60 | 0 | 10,257 | 88.60 | 0 | 9,542 |
| 0 | 10,554 | 88.70 | 0 | 10,262 | 88.70 | 0 | 9,544 |
| 0 | 10,560 | 88.80 | 0 | 10,266 | 88.80 | 0 | 9,546 |
| 0 | 10,565 | 88.90 | 0 | 10,270 | 88.90 | 0 | 9,548 |
| 0 | 10,570 | 89.00 | 0 | 10,274 | 89.00 | 0 | 9,550 |
| 0 | 10,575 | 89.10 | 0 | 10,278 | 89.10 | 0 | 9,552 |
| 0 | 10,580 | 89.20 | 0 | 10,282 | 89.20 | 0 | 9,554 |
| 0 | 10,584 | 89.30 | 0 | 10,286 | 89.30 | 0 | 9,556 |
| 0 | 10,589 | 89.40 | 0 | 10,289 | 89.40 | 0 | 9,558 |
| 0 | 10,593 | 89.50 | 0 | 10,293 | 89.50 | 0 | 9,561 |

CONFIDENTIAL

BP-HZN-2179MDL27117808
0568-097813

| | | | | | |
|---|---|---|---|---|---|
| 89.60 | 82.56 | 86.400 | 0 | 10696 | 89.60 |
| 89.70 | 84.96 | 88.800 | 0 | 10700 | 89.70 |
| 89.80 | 87.36 | 91.200 | 0 | 10704 | 89.80 |
| 89.90 | 89.76 | 93.600 | 0 | 10708 | 89.90 |
| 90.00 | 92.16 | 96.000 | 0 | 10711 | 90.00 |

CONFIDENTIAL

BP-HZN-2179MDL07117809
BPD568-097814

BP-HZN-2179MDL 07117810

J568-097815

9.563
9.565
9.568
9.571
9.574

0 0 0 0 0

89.60
89.70
89.80
89.90
90.00

10.296
10.299
10.302
10.305
10.308

0 0 0 0 0

89.60
89.70
89.80
89.90
90.00

10.597
10.601
10.604
10.608
10.611

0 0 0 0 0

CONFIDE TIAL



CONFIDENTIAL

| Base Case, no Xflow | | | |
| --- | --- | --- | --- |
| Time, hrs | WellQ | Sandface | WHP (IPT) |
| 0 | 35000 | 9835 | 6014 |
| 1 | 30000 | 9971 | 6319 |
| 2 | 20000 | 10269 | 6872 |
| 3.60 | 10000 | 10582 | 7330 |
| 3.84 | 0 | 10858 | 7646 |
| 10 | 0 | 10992 | 7733 |
| 16 | 0 | 11035 | 7760 |
| 28 | 0 | 11083 | 7791 |
| 52 | 0 | 11135 | 7826 |

| HI Q Case, no Xflow | | | |
| --- | --- | --- | --- |
| Time, hrs | WellQ | Sandface | WHP (IPT) |
| 0 | 60000 | 8508 | 3424 |
| 1 | 30000 | 8553 | 4997 |
| 2 | 20000 | 9548 | 6199 |
| 3.60 | 10000 | 9901 | 6695 |
| 3.84 | 0 | 10178 | 7010 |
| 10 | 0 | 10369 | 7149 |
| 16 | 0 | 10442 | 7202 |
| 28 | 0 | 10524 | 7264 |
| 52 | 0 | 10615 | 7335 |

| OLGA | | |
| --- | --- | --- |
| | 35 MBD | 60 MBD |
| 3.84 | 7585 | 7055 |
| 10 | 7791 | 7208 |
| 16 | 7820 | 7265 |
| 28 | 7854 | 7330 |
| 52 | 7891 | 7403 |

| | |
| --- | --- |
| 3.84 | 0 |
| 3.84 | 8000 |



SIWHP with Well Integrity (Shu...



ut-in is completed in 3 hrs)

Legend:
- WHP (IPT) - 35 MBD
- WHP (IPT) - 60 MBD
- OLGA - 35 MBD
- OLGA - 60 MB
- Time for complete shut-in

30   40   50   60

n Time, hrs

CONFIDENTIAL



BP-HZN-2179MD' 27117814

D568-097819

CONFID TIAL



| Base Case | | | |
|---|---|---|---|
| Time, hrs | WellQ | Sandface | WHP (IPT) |
| 0 | 35000 | 9835 | 6014 |
| 1 | 30000 | 9971 | 6319 |
| 2 | 20000 | 10269 | 6872 |
| 3.60 | 10000 | 10582 | 7330 |
| 3.84 | 0 | 10858 | 7646 |
| 10 | 0 | 10992 | 7733 |
| 16 | 0 | 11035 | 7760 |
| 28 | 0 | 11083 | 7791 |
| 52 | 0 | 11135 | 7826 |

| 60 MBD Case | | | |
|---|---|---|---|
| Time, hrs | WellQ | Sandface | WHP (IPT) |
| 0 | 60000 | 8508 | 3424 |
| 1 | 30000 | 8553 | 4997 |
| 2 | 20000 | 9548 | 6199 |
| 3.60 | 10000 | 9901 | 6695 |
| 3.84 | 0 | 10178 | 7010 |
| 10 | 0 | 10369 | 7149 |
| 16 | 0 | 10442 | 7202 |
| 28 | 0 | 10524 | 7264 |
| 52 | 0 | 10615 | 7335 |

| | OLGA | |
|---|---|---|
| | 35 MBD | 60 MBD |
| 3.84 | 7585 | 7055 |
| 10 | 7791 | 7208 |
| 16 | 7820 | 7265 |
| 28 | 7854 | 7330 |
| 52 | 7891 | 7403 |