# Exhibit 9



10845
Exhibit No.
Worldwide Court
Reporters, Inc.

# Well Integrity Test Data Review

14:00hr 16th July 2010





# Agenda

- Operational update
- Data review
- Interpretation & Discussion
- Recommendations
- Forward Plan

CONFIDENTIAL

IMV154-006636





# Well Integrity Test Duration

bp

Hours
50
45
40
35
30
25
20
15
10
5
0
4000
5000
6000
7000
8000
9000
Pressure, psia
48 hours
24 hours
6 hours
Low Flow Potential
Medium Flow or High Depletion
High Flow – Major Damage in Well Likely
Current pressure

3

CONFIDENTIAL

IMV154-006637



# Data

Pressure from the Kill line pressure transmitter (from 14:45hrs)

CONFIDENTIAL

IMV154-006638



# Data

Pressure from the Kill line pressure transmitter
(from full closure of choke @ 14:22hr)

CONFIDENTIAL



# Pre-Drill 3D, Pre-Shut in 2D, Shut-in 2D



CONFIDENTIAL

IMV154-006640

# Data

Well head flow indicators

Temperature probe

Millennium 37
Dive #581
Acoustic Monitoring
18:40:59
15.07.10

Hydrophone

**Acoustic Shot**

- No observed change in the noise profile

**Temperature**

- @17:45hr yesterday = 39.8deg F
- @ 13:30hr today = 40.2 deg F
- Ca. 8 deg f lower than the flowing case earlier today
- Logged every 30mins (40 readings to date)

36" Conductor Temp (F) commencing 6-15-2010
Temp
Ambient
6-15
6-16
Flowing well head temp.
Temp F
50
48
46
44
42
40
38
36
34
32
21:30 22:30 23:30 0:30 1:30 2:30 3:30 4:30 5:30 6:30 7:30 8:30 9:30 10:30 11:30 12:00 13:00 13:30
Time (hours)

7

CONFIDENTIAL

IMV154-006641

# Seabed Monitoring: Visual and Sonar



No visual or acoustic anomalies

CONFIDENTIAL



IMV154-006642

# Interpretation & Discussion

Negative Test Indicators (as agreed in protocol with the UAC):

- ❑ Pressures plateau less than 6000 psi
- ❑ Pressure transient or "breakover"
- ❑ Visual or sonar evidence of broaching, especially near wellbore
- ❑ Observed leak at BOP system

CONFIDENTIAL

IMV154-006643



# Interpretation

## Single Phase Model of Well

- Model uses radial composite model
- $C_r = 6x10^{-6}$ psia$^{-1}$
- OOIP = 111 mmstb
- mid-case rate
- Limited or No Aquifer

CONFIDENTIAL

IMV154-006644

# Interpretation

bp

**Demonstrates that observed pressures are in line with reasonable cases modeled**

Scenario Pressure Trends - Modeling

"Well Head" Pressure, psia
8,000
7,500
7,000
6,500
6,000
5,500
5,000
-3
7
17
27
37
47
Hours since shut-in
50 mbd, Cr = 12, 3.8x Aq, No Leak
50 mbd, Cr = 6, 3.8x Aq, No Leak
50 mbd, Cr = 12, No Aq, No Leak
45 mbd, Cr = 6, No Aq, No Leak

CONFIDENTIAL

**Demonstrates difference in trend for large leak vs. pressure build up.**

CONFIDENTIAL

IMV154-006646



# Forward Plan

- Update derivative plan
- Analysis of seismic data
- Acquire additional seismic data
- Hydrophone unit
- Ryan Chouest 5mile radius of site to do 38 KHz monitoring;

- NOAA Vessel Pisces has been monitoring in 3 blocks to the north west corner at a 2.5mile distance for the last 24hrs. To complete tests at the 1 mile radius today.

CONFIDENTIAL

IMV154-006647

bp

# Recommendations

- Continue Well Integrity Test as per guidelines
- Repeat Seismic tomorrow

CONFIDENTIAL

IMV154-006648

# Plan Forward

Thursday
Friday
Saturday
12
18
0
6
12
18
0
6
12
18
0
Shut in Well
Data collection, monitor
Acquire Seismic
Acquire Seismic

= Review Data & Recommend Forward Plan

15

CONFIDENTIAL

IMV154-006649



# Back-up

CONFIDENTIAL

IMV154-006650





# Horner Plot

CONFIDENTIAL

IMV154-006651

# Seismic Offset Line Locations

Half Fresnel Zone Radius At M110

CONFIDENTIAL

IMV154-006652