# Exhibit 10



Well Integrity Test Data Review

11:00 hrs 26th July 2010

10953

Exhibit No. _____
Worldwide Court
Reporters, Inc.

CONFIDENTIAL



CONFIDENTIAL

BP-HZN-2179MDL02180636
BPD209-008793



BP-HZN-2179MDL02180637
BPD209-008794



BP-HZN-2179MDL02180638
BPD209-008795

## Data        Well head flow indicators

### Seabed Visual
• No observed anomalies.

### Seabed Sonar
• Limited sonar readings increasing to normal coverage today.    No anomalies.

### Stack Leaks
• Gas bubbles from mud line and cement outlet (no hydrate) no change.   7/23 sample analyzed.   Third sample on vessel and fourth sample being taken.
• Hydrocarbon weeps from below the 3 ram stack connector and at upper annular.   Bubble rate stabilized. Some hydrates formed.

### Hydrophone (Big ears)
• No anomalies.

### Temperature

@ 05:00 = 40.54 deg F    (7/25)

@ 06:30 = 39.88 deg F   (7/26)



### Geophone Array
• Fourth data set being processed.   No anomalies.

CONFIDENTIAL

BP-HZN-2179MDL02180639
BPD209-008796

Data       Anomaly Investigation Log
MC 252,  7/26/10,  10:00                                      bp

| Event: | Time/Date: | Location: | Description: | Actions: | Observation: | Interpretation: BP | Interpretation: Science Team |
|---|---|---|---|---|---|---|---|
| 1 | 17 Jul 10 | 3 km SW of MC 252-1 wellhead | 22:30 Reported plume from Pisces | Reviewed on post event seismic | No geophysical anomalies observed on data acquired 4/26 and 7/17/110 | BP: Coincident with MC 296-1 (Rigel) well head | Gas plume; note that the location of this feature was surveyed by NOAA Ship Pisces on four separate occasions and it was observed three of the four times, suggesting intermittent release of gas Post shut in line 3 image; no anomaly at or near the seafloor, at or near the MC296-1 well head location. |
| 2 | 18 Jul 10 | 54m, 45deg from wellhead | 13:15 Reported plume from Pisces | 14:50 Investigated with ROV UHD, Boa Subsea M36: 4 sector sonar scan and seabed survey | No seabed visual or sonar anomalies observed | No plume found within +/- 25' of location by ROV, suspect "plume" is bubble stream from cement: port | Events 2 & 3 are not two separate events. They are acoustic responses at the seafloor and in the water column that are interpreted as a plume initiated in the vicinity of the MC 252 #1 wellhead. It is most likely associated with gas leaking from a flange to flange metal interface on the wellhead (as observed by ROV video) because this leak forms hydrate that attaches to the wellhead (as observed on ROV video) and intermittently breaks off and rises within the plume. These breakoff events are observed as stronger acoustic |

CONFIDENTIAL

BP-HZN-2179MDL02180640
BPD209-008797

Data    Anomaly Investigation Log (cont.)
MC 252, 7/26/10, 10:00

| Event: | Time/Date: | Location: | Description: | Actions: | Observation: | Interpretation: BP | Interpretation: Science Team |
|---|---|---|---|---|---|---|---|
| 3 | 18 Jul 10 | 87m, 070deg from wellhead | 15:15 Reported plume from Pisces | 15:45 Investigated with ROV UHD. Boa Subsea M36: 4 sector sonar scan and seabed survey. | No seabed visual or sonar anomalies observed | No significant plume found | See Event 2 |
| 4 | 18 July 10 | Vertical plume 223m, 129deg to 44m,44deg from wellhead | 15:15 Through water column plume reported from Pisces. up to 1000m above seabed | 17:00 Investigated SE end of area with ROV UHD. Boa Subsea M36: 4 sector sonar scan and seabed survey. Investigation by ROV @ 100m intervals through water column to 1000m above seabed Repeat ROV over wellhead 7/19/10 | No visual or sonar anomalies observed in water column cutting through vertical extent of "plume" No visual or sonar anomalies observed in water column cutting through vertical extent of "plume" | No observed plume No observed plume | A plume of gas bubbles in the water column. We cannot determine the source of these bubbles but two potential sources have been identified: gas from the cement return line or methane from the leaking flange on the cap. |
| 5 | 18 July 10 16:00 | 36" conductor housing (mudline) | Bubbles observed, 1-5 seconds per bubble | 2 Samples obtained | Sample 1 analyzed on Enterprise, 16% methane. Sample 2 analysis complete at Isotech. composition 85% nitrogen, 15% methane. | Most likely nitrogen product of cement around conductor. | Likely off-gassing from cemented annular – typical of subsea wellheads. |

CONFIDENTIAL

BP-HZN-2179MDL02180641
BPD209-008798

Data    Anomaly Investigation Log (cont.)
MC 252, 7/26/10, 10:00

| Event: | Time/Date: | Location: | Description: | Actions: | Observation: | Interpretation: BP | Interpretation: Science Team |
|---|---|---|---|---|---|---|---|
| 6 | 19 July 10 | Cement return valve | Bubbles observed | Six clean bottles procured. On route to field. Deployment 07/21/10. | | | Awaiting lab analysis. |
| 7 | 19 July 10 02:00 | Capping stack connector to stack gasket | Leak, hydrate formation | Hydrate monitoring | Monitor for increase in bubble flowrate. | Minor leak at metal to metal gasket. Overall stack integrity acceptable for short term. | Capping stack and associated hardware was hydrostatically tested to over 11,000psi , build up of gas inside stack likely producing leak at metal to metal seal. |
| 8 | 20 July 10 | Horizon BOP annular preventer | Leak from flange, hydrate formation | Hydrate monitoring | Monitor for increase in bubble flowrate. | Minor leak at metal to metal gasket. Overall stack integrity acceptable for short term. | Possibly due to gas build up in stack. |
| 9 | 21 July 10 | BOP and Capping Stack | Marked decrease in bubble count between 2030 and 2230hrs | None. | Continue monitoring. | Normal variability. | |
| 10 | 21 July 10 | BOP and Capping Stack | Bubble count returned to earlier higher values at 0830. | None. | Continue monitoring. | Normal variability. | |
| 11 | 23 July 10 | BOP and Capping Stack | Bubble count approximately doubled over 24-hr period. | None. | Continue monitoring. | Normal variability | |

8

CONFIDENTIAL

Data    Anomaly Investigation Log (cont.)
MC 252, 7/26/10, 10:00

| Event: | Time/Date: | Location: | Description: | Actions: | Observation: | Interpretation: BP | Interpretation: Science Team |
|---|---|---|---|---|---|---|---|
| 12 | 24 July 2010 | BOP and Capping Stack | Bubble data count is limited, but values have fallen back somewhat from the observed peak on July 23. | None. | Continue monitoring. | Normal variability. | |
| 13 | 26 July 2010 Note: No events on 25 July | BOP and Capping Stack | Bubble data count variable, but mean value steady. | None. | Continue monitoring. | Normal variability. | |

9

CONFIDENTIAL

## Data – Seismic

Geophysical Operations, 7/26/10

- Topaz acquired Line 4 this morning.
- High currents (>1knot) preclude the capability to acquire lines 1 or 2 today.
  - Test approach showed streamer feather of 600m or more.
- Data drop by helicopter this morning and vessel will standby for access tomorrow.
- Vessel scheduled to depart to Saudi Arabia 6th August; discussion started with WG on extending availability pending agreements on forward data needs.

- Nikola returned to the field this morning and is s
  - Data quality issues with Line 4
    - Processing failed to obtain meaningful res
  - AIS system being tested for delectability befor
    being allowed field access.
  - Acquisition systems tested after previous issue



CONFIDENTIAL

BP-HZN-2179MDL02180644
BPD209-008801

## Seismic Line 5

bp

- Line 5 was acquired and processed to final section Sunday.
- Initial QC stack in the field showed an acoustic disturbance in the water column.
- This was studied closely to ensure that the anomaly was not indicative of seafloor breakout
- Studies indicated:
  - The seabed beneath the anomalies showed no indications of breakout or dispersion.
  - The SIMOPs playback showed that the position of the anomaly was normal to the offline position of the Q4000 that was holding position in a 1kt current.
  - The apex of the anomaly is vertical through the water column suggesting a point noise source rather than something drifting up through the water column
- The conclusion therefore is that the anomaly was thruster noise from the Q4000 and was not indicative of new break

BP-HZN-2179MDL02180645
BPD209-008802



CONFIDENTIAL

BP-HZN-2179MDL02180646
BPD209-008803

# Seismic Data

bp

## Geco Topaz Acquisition to 26th July 09.00

| Attempt # | DATE | LINE NAME | Version # | Acquisition | QC Stack | Full Processing | Workstation Upload | Interpretation | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | BP | Govt. |
| 1 | 13th JULY,2010 | 1 | 1 | Completed | yes | yes | yes | No change to 3D | Agree with BP (LSGS/BOEM) |
| 2 | 16th JULY,2010 | 1A | 2 | Completed | yes | yes | yes | No change | Agree with BP (LSGS/BOEM) |
| 3 | 17th JULY,2010 | 1B | 3 | Completed | yes | yes | yes | No change | Agree with BP (LSGS/BOEM) |
| 4 | 17th JULY,2010 | 2 | n/a | Aborted | n/a | n/a | n/a | n/a | n/a |
| 5 | 17th JULY,2010 | 1C | n/a | Aborted | n/a | n/a | n/a | n/a | n/a |
| 6 | 17th JULY,2010 | 2B | n/a | Aborted | n/a | n/a | n/a | n/a | n/a |
| 7 | 18th JULY,2010 | 1D | 4 | Completed | yes | yes | yes | No change | Agree with BP (LSGS/BOEM) |
| 8 | 18th JULY,2010 | 2C | 1 | Completed | yes | yes | yes | No change to 3D | Compared to 3D no change |
| 9 | 18th JULY,2010 | 1E | 5 | Completed | yes | yes | yes | No change | Agree with BP (LSGS/BOEM) |
| 10 | 18th JULY,2010 | 2D | 2 | Completed | yes | yes | yes | No change | Agree with BP (LSGS/BOEM) |
| 11 | 19th JULY,2010 | 1F | 6 | Completed | yes | yes | yes | No change | Agree with BP (LSGS/BOEM) |
| 12 | 19th JULY,2010 | 2E | 3 | Completed | yes | yes | yes | No change | Agree with BP (LSGS/BOEM) |
| 13 | 20th JULY,2010 | 2F | 4 | Completed | yes | yes | yes | No change | Agree with BP (LSGS/BOEM) |
| 14 | 20th JULY,2010 | 1G | 7 | Completed | yes | yes | yes | No change | Agree with BP (LSGS/BOEM) |
| 15 | 21st JULY,2010 | 2G | 5 | Completed | yes | yes | yes | No change | Agree with BP (LSGS/BOEM) |
| 16 | 21st JULY,2010 | 1H | 8 | Completed | yes | yes | yes | No change | Agree with BP (LSGS/BOEM) |
| 17 | 21st JULY,2010 | 3 | 1 | Completed | yes | yes | yes | No change | Agree with BP (LSGS/BOEM) |
| 18 | 22nd JULY,2010 | 2H | 6 | Completed | yes | yes | yes | No change | Agree with BP (LSGS/BOEM) |
| 19 | 22nd JULY,2010 | 1I | 9 | Completed | yes | yes | yes | No change | Agree with BP (LSGS/BOEM) |
| 20 | 25th July, 2010 | 5 | 1 | Completed | yes | yes | awaited | awaited | awaited |
| 21 | 26th July, 2010 | 4 | 1 | Completed | yes | awaited | awaited | awaited | awaited |

## Nikola Acquisition to 26 July 09.00

| Attempt # | DATE | LINE NAME | Version # | Acquisition | QC Stack | Full Processing | Workstation Upload | Interpretation | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | BP | Govt. |
| 1 | 22nd JULY,2010 | 4 | 1 | Completed with issues | n/a | Abandoned | no | Data unusable | n/a |

18 Lines acquired; 17 since shut in; 17 processed; 16 interpreted

CONFIDENTIAL

Interpretation & Discussion 

Negative Test Indicators (as agreed in protocol with the UAC):

❑ Pressures plateau less than 6000 psi

❑ Pressure transient or "breakover"

❑ Visual or sonar evidence of broaching, especially near wellbore

❑ Observed leak at BOP system

❑ Differences on seismic

❑ Gas in water column

14

CONFIDENTIAL

BP-HZN-2179MDL02180648
BPD209-008805

Recommendations

bp

- Extend Well Integrity Test with monitoring as per guidelines

15

CONFIDENTIAL

Forward Plan, 26 July, 10:00 
24 hour Data Acquisition & Monitoring Plan

- **Seismic Acquisition**
  - Limited access for seismic vessels anticipated for next 24 hours
  - Current conditions limit ability to repeat lines with North South dominant vector
  - Both vessels, Topaz and Nikola, in the field standing by
- **Surface Sonar Full Water Column Monitoring**
  - Gordon Gunter and Pisces in field
    - Gordon Gunter surveying periphery of field starting West then moving East
    - Pisces day light operations within 500-1500m radius of wellhead; will survey close to wellhead following seismic vessels or as SIMOPs enables
    - Pisces night operations outside 1500m radius zone
  - Henry Bigelow to field to relieve Pisces, Thursday July 29
- **Seabed Sonar Monitoring**
  - Full coverage available
- **Wellhead Geophone Data Acquisition**
  - 3 datasets delivered to date and 4th data set being processed
  - Node is deployed on wellhead
- **ROV plan**
  - Continued monitoring of pressure, temperature, bubble count and passive accustics.
- **Autonomous Pressure Data Logging**
  - Testing complete and equipment retrieved for modifications

16

CONFIDENTIAL

BP-HZN-2179MDL02180650
BPD209-008807



Draft: PIE Matches of 25-July

MC252

CONFIDENTIAL

BP-HZN-2179MDL02180651
BPD209-008808



BP-HZN-2179MDL02180652
BPD209-008809



BP-HZN-2179MDL02180653
BPD209-008810



CONFIDENTIAL

BP-HZN-2179MDL02180654
BPD209-008811





BP-HZN-2179MDL02180656
BPD209-008813



## Conclusions

bp

- Observed pressure behaviour consistent with "normal" well behaviour:
  - Elongated reservoir
  - Limited support
- Numerous subsurface realisations can match the data reasonably well, considering:
  - Uncertainty in flow rate
  - Uncertainty in connected volume
  - Uncertainty in static parameters ($C_r$, channel size)
  - Uncertainty in flowing bottom hole pressure
  - Uncertainty in final static bottom hole pressure
- These analyses do not change the previous conclusion that leaks greater than 5mbd would be detectable through the wellhead pressure response.

CONFIDENTIAL