# Exhibit 11

From: McAughan, Kelly
Sent: Tue Jul 06 18:11:07 2010
To: Kurtz, Jessica A; Schott, David W
Subject: Compressibility
Importance: Normal
Attachments: Macondo PVC.ZIP; BP Macondo Rock Mech Report HH-46949.ZIP

I was wondering if you could tell me what the measured compressibility of Santa Cruz rock (or any core in Galapagos) was versus what you are using. So if you went from 10 E-6 to 20 E-6 then I will increase Macondo's by a factor of 2.
I'm attaching 2 slides on how we did our pre-drill estimate (porosity & depth came in spot on). This is so you can see our porosity is lower and we are buried deeper so on the trend we have lower compressibility. I also attached the rock mechanic report. Would love to hear your thoughts or opinions on this! Please feel free to call me.
MANY Thanks,
 Kelly
<<...>> <<...>>



Exhibit No. 8769
Worldwide Court
Reporters, Inc.

CONFIDENTIAL

BP-HZN-2179MDL06605384
BPD417-038774

# Macondo RF –
# Pore Volume Compressibility



### Expected Macondo Compressibility
### Based on Porosity

### Expected Macondo Compressibility
### Based on Depth

- Well developed compressibility trend with porosity and burial depth.
- 5-6 µsip expected at Macondo



# Macondo Recovery Factor/Core VOI

- Pre RVA Estimate: 15% - 30% - 45% based on 6-14-20 µsip rock

- Potential update: 10% -25% - 35% due to lower expected compressibility.

## MBal Calculated RF vs. Compressiblity
### M55 Santa Cruz Oil Reservoir P50 STOOIP 41.3 MMBO



Chart — Recovery Factor % (y-axis, 0 to 60) vs. Compressibility (1e-06) (x-axis, 0 to 40).

Legend:
- MBAL 3X Aquifer
- MBAL 2X Aquifer
- MBAL 1X Aquifer
- MBAL No Aquifer
- Analytic Equation
- Peer Assist Recommended Recoveries - P90
- Peer Assist Recommended Recoveries - P50
- Peer Assist Recommended Recoveries - P10

Annotations: 35%, ~25%, 10%



BP-HZN-2179MDL06605385
BPD417-038775

