# Exhibit 12

From: Kurtz, Jessica A
Sent: Tue Jul 06 18:43:08 2010
To: McAughan, Kelly; Schott, David W
Cc: Merrill, Robert C
Subject: RE: Compressibility
Importance: Normal
Attachments: IsabelaCompTable.txt; Isabela Rock Mechanics Report Compressibility_Sept_07_HH-36872.ZIP

Also, included is the Isabela SWC data (excel sheet below, M56 and M55 UPVC) and CMT table used in the original sanction-case VIP model (M55 only) - we have since updated this table to the ones I sent previously based on the SC whole core.

<<...>> (base case is CMT 1)

<<...>>

Galapagos does have higher porosity as shown on your graph - actually, I think if you removed the TH data (which all ranges of porosity have low compr) you would just have Na Kika data and your trend curve would shift up.

---

From:  McAughan, Kelly
Sent:  Tuesday, July 06, 2010 1:11 PM
To:  Kurtz, Jessica A; Schott, David W
Subject:  Compressibility

I was wondering if you could tell me what the measured compressibility of Santa Cruz rock (or any core in Galapagos) was versus what you are using.  So if you went from 10 E-6 to 20 E-6 then I will increase Macondo's by a factor of 2.
I'm attaching 2 slides on how we did our pre-drill estimate (porosity & depth came in spot on).  This is so you can see our porosity is lower and we are buried deeper so on the trend we have lower compressibility.  I also attached the rock mechanic report. Would love to hear your thoughts or opinions on this!  Please feel free to call me. MANY Thanks,
 Kelly
<< File: Macondo PVC.ZIP >> << File: BP Macondo Rock Mech Report HH-46949.ZIP >>



8770

Exhibit No. _____
Worldwide Court
Reporters, Inc.

CONFIDENTIAL

BP-HZN-2179MDL06105310
BPD407-046663

```
C -------------------------------------------------------
C Rock Compressibility and Perm as function of Pressure
C -------------------------------------------------------


C Average compressibilities for samples 1-31R and 1-37R   BASE CASE
CMT 1
        P       PVMULT  TAMULT ! Calculated from
file:/gomdp/dat06/nakika/Isabela/Isabela_NBouffin.xls
      3702  0.894111         0.8              !   1.4E-06
          4702     0.905132 0.823529  !  1.7E-06
          5702     0.916563 0.847059  !  1.65E-06
          6702     0.927813 0.870588  !  1.5E-06
          7702     0.939108 0.894118  !  1.5E-06
          8702     0.951348 0.917647  !  1.4E-06
          9702     0.962496 0.941176  !  1.2E-06
          10202    0.969233  0.952941          !  1.3E-06
          10702    0.97653  0.964706  !  1.2E-06
          11202    0.983881 0.976471  !  1.2E-06
          11702    0.991908 0.988235  !  1.3E-06
          12202    1        1                  !  1.2E-06

C LOW 6*10^-6 psi-1
CMT 2
        P       PVMULT  TAMULT ! Calculated from
file:/gomdp/dat06/nakika/Isabela/Isabela_NBouffin.xls
      3702  0.950279         0.8              !
          4702     0.955997 0.823529  !
          5702     0.961751 0.847059  !
          6702     0.967539 0.870588  !
          7702     0.973361 0.894118  !
          8702     0.979219 0.917647  !
          9702     0.985112 0.941176  !
          10202    0.988072  0.952941          !
          10702    0.99104  0.964706  !
          11202    0.994018 0.976471  !
          11702    0.997004 0.988235  !
          12202    1        1                  !


C HIGH 18.1*10^-6 psi-1
CMT 3
        P       PVMULT  TAMULT ! Calculated from
file:/gomdp/dat06/nakika/Isabela/Isabela_NBouffin.xls
      3702  0.857401         0.8              !
          4702     0.873061 0.823529  !
          5702     0.889007 0.847059  !
          6702     0.905245 0.870588  !
          7702     0.921779 0.894118  !
          8702     0.938615 0.917647  !
          9702     0.955759 0.941176  !
          10202    0.964447  0.952941          !
          10702    0.973215 0.964706  !
          11202    0.982063 0.976471  !
          11702    0.9990991 0.988235 !
          12202    1        1                  !
```

CONFIDENTIAL

CONFIDENTIAL

BP-HZN-2179MDL06105312
BPD407-046665

Document Produced Natively

CONFIDENTIAL

BP-HZN-2179MDL06105313
BPD407-046666



> **ROCK MECHANICS TESTING & ANALYSES**
> **ISABELA PROSPECT**
> **MISSISSIPPI CANYON BLK. 562 NO. 1 BP01**
> **BP EXPLORATION & PRODUCTION**

### ROCK MECHANICS FINAL REPORT

### OMNI HH-36872

Performed by:

**OMNI LABORATORIES**

**8845 Fallbrook Drive**

**Houston, TX 77064**

**Ohmyoung Kwon, Ph.D.**

Report Issued:

**September, 2007**

The interpretations or opinions expressed represent the best judgment of OMNI Laboratories and assumes no responsibility and makes no warranty or representations, as to the productivity, proper operation, or profitableness of any oil, gas or any other mineral well. These analyses, opinions or interpretations are based on observations and materials supplied by the client for whom this report is made.



**Procedures for Uniaxial Strain Pore Volume Compressibility Test**

The general procedures for the pore volume compressibility test under uniaxial strain condition using stepwise pore pressure depletion method are summarized in the following:

(1) Physical dimensions of the specimen are recorded and the specimen is saturated with 2% KCl brine.
(2) A small amount of confining pressure (200 psi) is applied to the sample and several pore volumes of pore fluid are flowed through the sample to ensure as complete saturation as possible.
(3) Increase pore pressure to initial testing value while maintaing confining pressure 200 psi above the pore pressure.
(4) Further increase the confining pressure to the initial testing condition while holding the pore pressure constant.
(5) Increase the axial stress to the initial overburden stress state while holding the confining pressure and pore pressure constant.
(6) Upon achieving initial testing stress condition, all pressures are maintained constant for minimum four hours to attain sample stabiliaztion.
(7) The pore pressure is depleted by 500 psi in two minutes or 1000 psi in four minutes and followed by a specified period of stabilization. The pressure steps and stabilization period for eash sample are listed in Presssure Step Table along with the initial stress conditions.
(8) During the pore pressure depletion and stabilization period, the confining pressure is continually adjusted to maintain zero radial strain. The overburden stress is maintained constant throughout the test.
(9) The test is stopped after pore pressure is depleted to specified value.

For data analysis, it is assumed that the grain compressibility is negligible and hence the change in the pore volume ($\Delta V_p$) is equal to the change of bulk volume ($\Delta V_b$). The pore volume compressibility ($C_p$) can be calculated by $C_p = \Delta V_b / (\emptyset V_b \Delta P^*)$ where $\emptyset$ is the initial porosity, $V_b$ is the initial bulk volume and $\Delta P^*$ is the change in pressure. The strains at the end of each stabilization period were used to calculate the volume change. The driving force (pore pressure in this study) was used for the $P^*$. The porosities determined for routine core analysis at 1850 psi (sample no. 1-2R and no. 1-12R) and 2100 psi (sample no. 1-31R and no. 1-37R) were used as the initial porosity. The bulk volume of the sample determined at the onset of the pore pressure depletion were used as the initial bulk volume for the determinations of pore volume compressibilities.

**Pore Volume Compressibility Test - Pore Pressure Depletion (Stepwise Depletion)**

**Pressure steps and waiting period**

| Samples No. 1-2R and No. 1-12R | | |
|---|---|---|
| Initial Reservoir Conditions: | 13969 | psi overburden |
| | 12750 | psi confining pressure |
| | 11838 | psi pore pressure |

| Pore Pressure (psi) | Duration (hours) |
|---|---|
| 11838 | 4 |
| 11338 | 1 |
| 10838 | 1 |
| 10338 | 1 |
| 9838 | 1 |
| 9338 | 1 |
| 8338 | 1 |
| 7338 | 0.5 |
| 6338 | 0.5 |
| 5338 | 0.5 |
| 4338 | 0.5 |
| 3338 | 0.5 |
| 2338 | 0.5 |
| 1338 | 0.5 |

| Samples No. 1-31R and No. 1-37R | | |
|---|---|---|
| Initial Reservoir Conditions: | 14618 | psi overburden |
| | 13240 | psi confining pressure |
| | 12203 | psi pore pressure |

| Pore Pressure (psi) | Duration (hours) |
|---|---|
| 12203 | 4 |
| 11703 | 1 |
| 11203 | 1 |
| 10703 | 1 |
| 10203 | 1 |
| 9703 | 1 |
| 8703 | 1 |
| 7703 | 0.5 |
| 6703 | 0.5 |
| 5703 | 0.5 |
| 4703 | 0.5 |
| 3703 | 0.5 |
| 2703 | 0.5 |

 OMNI HH-36872

## SUMMARY OF PORE VOLUME COMPRESSIBILITY TESTS
(under uniaxial strain condition with stepwise pore pressure depletion)

**BP Exploration and Production**
**Isabela Prospect**

**Mississippi Canyon Blk. 562 No. 1 BP01**

| Sample No. | Depth (ft) | with 1 hr stabilization period | | with 30 min stabilization period | | |
|---|---|---|---|---|---|---|
| | | Bulk Compressibility 1 ($10^{-6}$ psi$^{-1}$) | UPVC 1 ($10^{-6}$ psi$^{-1}$) | Bulk Compressibility 2 ($10^{-6}$ psi$^{-1}$) | UPVC 2 ($10^{-6}$ psi$^{-1}$) | |
| 1-2R | 18168.00 | 8.41 | 24.88 | 6.35 | 18.79 | M56 |
| 1-12R | 18209.90 | 2.66 | 8.78 | 1.96 | 6.48 | |
| 1-31R | 18926.20 | 5.02 | 18.12 | 3.29 | 11.89 | M55 |
| 1-37R | 18947.00 | 3.03 | 11.99 | 3.25 | 12.86 | M55 |



## Pore Volume Compressibility Test - Pore Pressure Depletion (Stepwise Depletion)

| | | | |
|---|---|---|---|
| Company | BP | Sample No. | 1-2R |
| Project | Isabela | Depth (ft) | 18168.00 |
| OMNI Job No. | OMNI HH-36872 | Saturation | 2% KCl |
| Date | Sep., 2007 | Porosity (%) | 33.8    at 1850 psi NCS |

| | 1 | 2 | |
|---|---|---|---|
| C bulk* = | 8.41 | 6.35 | x10⁻⁶ psi⁻¹ |
| UPVC** = | 24.88 | 18.79 | x10⁻⁶ psi⁻¹ |

$C$ bulk* = values at $8.41$ and $6.35$ ($\times10^{-6}$ psi⁻¹); UPVC** = $24.88$ and $18.79$ ($\times10^{-6}$ psi⁻¹)

\* Bulk compressibility  
\*\* Uniaxial pore volume compressibility  
1. One hour stabilization  
2. Thirty minutes stabilization

| Pore Pressure (psi) | Confining Pressure (psi) | Axial Stress (psi) | Volumetric Strain | Differential Stress (psi) | Mean Stress (psi) | Velocity (ft/sec) | |
|---|---|---|---|---|---|---|---|
| | | | | | | Comp | Shear |
| 11826 | 12748 | 13967 | 0.00000 | 1219 | 1328 | 8377 | 4067 |
| 11325 | 12511 | 13968 | 0.00393 | 1457 | 1672 | 8433 | 4077 |
| 10823 | 12276 | 13966 | 0.00884 | 1690 | 2016 | 8472 | 4082 |
| 10325 | 12071 | 13965 | 0.01344 | 1894 | 2377 | 8504 | 4089 |
| 9820 | 11857 | 13941 | 0.01767 | 2084 | 2732 | 8551 | 4096 |
| 9324 | 11666 | 13977 | 0.02166 | 2311 | 3112 | 8598 | 4105 |
| 8323 | 11330 | 13972 | 0.02897 | 2642 | 3888 | 8684 | 4116 |
| 7323 | 11041 | 13945 | 0.03484 | 2904 | 4686 | 8763 | 4133 |
| 6323 | 10800 | 13956 | 0.04108 | 3156 | 5529 | 8853 | 4165 |
| 5323 | 10570 | 13972 | 0.04734 | 3402 | 6381 | 8941 | 4205 |
| 4322 | 10347 | 13948 | 0.05360 | 3601 | 7225 | 9038 | 4260 |
| 3323 | 10090 | 13981 | 0.06021 | 3891 | 8064 | 9122 | 4510 |
| 2324 | 9830 | 13945 | 0.06647 | 4115 | 8878 | 9223 | 4525 |
| 1323 | 9552 | 13984 | 0.07290 | 4432 | 9706 | 9297 | 4550 |





**Pore Volume Compressibility Test - Pore Pressure Depletion (Stepwise Depletion)**

| Company | BP | Sample No. | 1-12R |
|---|---|---|---|
| Project | Isabela | Depth (ft) | 18209.90 |
| OMNI Job No. | OMNI HH-36872 | Saturation | 2% KCI |
| Date | Sep., 2007 | Porosity (%) | 30.3    at 1850 psi NCS |

|  | **1** | **2** |  |
|---|---|---|---|
| C bulk* = | 2.66 | 1.96 | x10⁻⁶ psi⁻¹ |
| UPVC** = | 8.78 | 6.48 | x10⁻⁶ psi⁻¹ |

\* Bulk compressibility  \*\* Uniaxial pore volume compressibility
**1. One hour stabilization**  **2. Thirty minutes stabilization**

| Pore Pressure (psi) | Confining Pressure (psi) | Axial Stress (psi) | Volumetric Strain | Differential Stress (psi) | Mean Stress (psi) | Velocity (ft/sec) Comp | Velocity (ft/sec) Shear |
|---|---|---|---|---|---|---|---|
| 11836 | 12749 | 13954 | 0.00000 | 1205 | 1315 | 10441 | 6048 |
| 11336 | 12319 | 13956 | 0.00168 | 1637 | 1529 | 10544 | 5998 |
| 10840 | 11934 | 13949 | 0.00342 | 2015 | 1766 | 10674 | 6001 |
| 10338 | 11530 | 13971 | 0.00486 | 2441 | 2006 | 10772 | 6004 |
| 9838 | 11102 | 13963 | 0.00610 | 2861 | 2218 | 10840 | 6027 |
| 9337 | 10700 | 13995 | 0.00725 | 3295 | 2461 | 10883 | 6061 |
| 8339 | 9922 | 13955 | 0.00929 | 4033 | 2927 | 10936 | 6094 |
| 7338 | 9171 | 13973 | 0.01104 | 4802 | 3434 | 10951 | 6139 |
| 6337 | 8528 | 13983 | 0.01293 | 5455 | 4009 | 10946 | 6164 |
| 5338 | 7921 | 13980 | 0.01487 | 6059 | 4603 | 10926 | 6154 |
| 4339 | 7382 | 13992 | 0.01684 | 6610 | 5246 | 10906 | 6145 |
| 3340 | 7013 | 13949 | 0.01880 | 6936 | 5985 | 10884 | 6151 |
| 2339 | 6620 | 13964 | 0.02082 | 7344 | 6729 | 10874 | 6151 |
| 1339 | 6284 | 13937 | 0.02279 | 7653 | 7496 | 10864 | 6151 |





**Pore Volume Compressibility Test - Pore Pressure Depletion (Stepwise Depletion)**

| Company | BP | Sample No. | 1-31R |
| Project | Isabela | Depth (ft) | 18926.20 |
| OMNI Job No. | OMNI HH-36872 | Saturation | 2% KCl |
| Date | Sep., 2007 | Porosity (%) | 27.7   at 2100 psi NCS |

|  | **1** | **2** |  |  |  |
|---|---|---|---|---|---|
| C bulk* = | **5.02** | **3.29** | x10$^{-6}$ psi$^{-1}$ | * Bulk compressibility | ** Uniaxial pore volume compressibility |
| UPVC** = | **18.12** | **11.89** | x10$^{-6}$ psi$^{-1}$ | 1. One hour stabilization | 2. Thirty minutes stabilization |

| Pore Pressure (psi) | Confining Pressure (psi) | Axial Stress (psi) | Volumetric Strain | Differential Stress (psi) | Mean Stress (psi) | Velocity (ft/sec) | |
|---|---|---|---|---|---|---|---|
| | | | | | | Comp | Shear |
| 12203 | 13243 | 14588 | 0.00000 | 1345 | 1488 | 9137 | 4442 |
| 11701 | 12908 | 14606 | 0.00228 | 1698 | 1773 | 9182 | 4447 |
| 11201 | 12600 | 14612 | 0.00516 | 2012 | 2070 | 9225 | 4437 |
| 10703 | 12309 | 14632 | 0.00790 | 2323 | 2380 | 9259 | 4430 |
| 10203 | 12035 | 14646 | 0.01050 | 2611 | 2702 | 9290 | 4429 |
| 9703 | 11770 | 14612 | 0.01290 | 2842 | 3014 | 9330 | 4431 |
| 8705 | 11289 | 14620 | 0.01720 | 3331 | 3694 | 9385 | 4442 |
| 7704 | 10842 | 14625 | 0.02062 | 3783 | 4399 | 9426 | 4450 |
| 6703 | 10394 | 14660 | 0.02415 | 4266 | 5113 | 9456 | 4456 |
| 5704 | 10058 | 14632 | 0.02748 | 4574 | 5879 | 9480 | 4451 |
| 4703 | 9701 | 14631 | 0.03071 | 4930 | 6641 | 9503 | 4441 |
| 3700 | 9452 | 14654 | 0.03404 | 5202 | 7486 | 9531 | 4434 |
| 2703 | 9207 | 14636 | 0.03710 | 5429 | 8314 | 9558 | 4444 |





**Pore Volume Compressibility Test - Pore Pressure Depletion (Stepwise Depletion)**

| Company | BP | Sample No. | 1-37R |
|---|---|---|---|
| Project | Isabela | Depth (ft) | 18947.00 |
| OMNI Job No. | OMNI HH-36872 | Saturation | 2% KCl |
| Date | Sep., 2007 | Porosity (%) | 25.3     at 2100 psi NCS |

|  | **1** | **2** |  |
|---|---|---|---|
| C bulk* = | 3.03 | 3.25 | x10$^{-6}$ psi$^{-1}$ |
| UPVC** = | 11.99 | 12.86 | x10$^{-6}$ psi$^{-1}$ |

\* Bulk compressibility  
\*\* Uniaxial pore volume compressibility  
1. One hour stabilization  
2. Thirty minutes stabilization

| Pore Pressure (psi) | Confining Pressure (psi) | Axial Stress (psi) | Volumetric Strain | Differential Stress (psi) | Mean Stress (psi) | Velocity (ft/sec) Comp | Velocity (ft/sec) Shear |
|---|---|---|---|---|---|---|---|
| 12201 | 13239 | 14636 | 0.00000 | 1397 | 1504 | 8777 | 4878 |
| 11703 | 12817 | 14639 | 0.00138 | 1822 | 1721 | 8837 | 4901 |
| 11205 | 12391 | 14628 | 0.00290 | 2237 | 1932 | 8877 | 4931 |
| 10704 | 11978 | 14637 | 0.00446 | 2659 | 2160 | 8900 | 4970 |
| 10203 | 11631 | 14626 | 0.00588 | 2995 | 2426 | 8914 | 5026 |
| 9704 | 11206 | 14620 | 0.00748 | 3414 | 2640 | 8918 | 5067 |
| 8703 | 10532 | 14627 | 0.01059 | 4095 | 3194 | 8900 | 5096 |
| 7704 | 9932 | 14611 | 0.01336 | 4679 | 3788 | 8882 | 5088 |
| 6704 | 9412 | 14625 | 0.01669 | 5213 | 4446 | 8837 | 5058 |
| 5703 | 8928 | 14625 | 0.01975 | 5697 | 5124 | 8803 | 5017 |
| 4704 | 8577 | 14618 | 0.02298 | 6041 | 5887 | 8784 | 4971 |
| 3703 | 8283 | 14614 | 0.02631 | 6331 | 6690 | 8773 | 4917 |
| 2703 | 8119 | 14631 | 0.02972 | 6512 | 7587 | 8757 | 4898 |

