# Exhibit 13

**From:** McAughan, Kelly
**Sent:** Tue Jul 06 19:21:20 2010
**To:** Schott, David W
**Subject:** RE: Galapagos CMT tables
**Importance:** Normal

Do you have that upgrade percentage? I haven't had time yet to sift through Jessica's data. I have the data too but it is buried.

---

**From:** Schott, David W
**Sent:** Tuesday, July 06, 2010 2:16 PM
**To:** McAughan, Kelly
**Subject:** Re: Galapagos CMT tables

Hi kelly,

If you think the Macondo rocks are lower compressibity, you might use a similar upgrade going from sidewall to whole core as what we found going from the sidewall in SC and Isabela to whole core in SC.
Sincerely,
Dave Schott
Sent by Blackberry

---

**From:** McAughan, Kelly
**To:** Kurtz, Jessica A; Merrill, Robert C
**Cc:** Schott, David W
**Sent:** Tue Jul 06 20:01:34 2010
**Subject:** RE: Galapagos CMT tables

Thanks for all the data. Steve Willson did a check of the calculator for us too - that is how we arose at 6E-6. I even talked to him last Thurs about it as a check and he said that it is still a good number especially with our lower porosities. But I will see if he can give us a maximum value as well.

Thanks again!
Kelly

---

**From:** Kurtz, Jessica A
**Sent:** Tuesday, July 06, 2010 1:20 PM
**To:** McAughan, Kelly; Merrill, Robert C
**Cc:** Schott, David W
**Subject:** FW: Galapagos CMT tables

Attached are the CMT tables for Galapagos (M55 and M56) being used in the Nexus model.

<< File: eose_rock_02.dat >>   << File: eose_rock_01.dat >>

Excel sheet is what Steve W used to calculate the compressibility based on SC whole core data:

<< File: Santa Cruz Formation Compressibility Calculator_jak.xls >>

-Jessica

CONFIDENTIAL


8772
Exhibit No. _____
Worldwide Court
Reporters, Inc.

BP-HZN-2179MDL06726208
BPD522-003645