# Exhibit 14

From: McAughan, Kelly
Sent: Tue Jul 06 20:39:18 2010
To: Schott, David W; Kurtz, Jessica A
Subject: FW: Macondo PVC
Importance: Normal
Attachments: Macondo and Santa Cruz Formation Compressibility Calculator.ZIP

FYI... I don't know if we will increase it. Steve and Bob are going to talk. I'm still chasing aquifer size.

---

From:    Willson, Stephen SM
Sent:    Tuesday, July 06, 2010 2:57 PM
To:      McAughan, Kelly; Merrill, Robert C
Subject:    RE: Macondo PVC
<<...>>
Hi Kelly - I don't think you can go much above 6 microsips and still honor the data. Here's a calculator that is consistent for both Macondo and Santa Cruz for the M56L. It is not wholly intuitive, but I can get with you and Bob to go over it at some point if you wish.
I'm busy now until about 3.45, but I could stop to see Bob afterwards to give him a heads up on its useage if you wish.
Steve



8773

Exhibit No. _____
Worldwide Court
Reporters, Inc.

CONFIDENTIAL

BP-HZN-2179MDL06566258
BPD415-034437

Document Produced Natively

CONFIDENTIAL

BP-HZN-2179MDL06566259
BPD415-034438

## Formation compaction calculator (based on Santa Cruz PVC test results)

| | |
|---|---|
| Formation depth (ft TVD.SS) | 18,150 |
| Initial pore pressure (psi) | 11,800 |
| Initial porosity (-) | 0.214 |
| Overburden effective stress (psi) | 3500 |

Equivalent "stress free" porosity

| | |
|---|---|
| 0.332 | M55 & M56L model.  NB. This cell is used in the Goal Seek Calculation |
| 0.335 | M55 specific model |
| 0.218 | M56 Macondo & Santa Cruz model |

| | | |
|---|---|---|
| Slope of the "porosity-loss" line | -6.90092E-06 | M55 & M56L combined model |
| Slope of "porosity-loss" line | -8.53561E-06 | M55 specific model |
| Slope of the "porosity-loss" line | -11.12407E-06 | M56 Macondo & Santa Cruz model |

| | | |
|---|---|---|
| Porosity at initial conditions (-) | 0.308 | M55 & M56L combined model |
| Porosity at initial conditions (-) | 0.305 | M55 specific model |
| Porosity at initial conditions (-) | 0.214 | M56 Macondo & Santa Cruz model |

**Formation pore volume compressibility (microsips)**

| | |
|---|---|
| 32.22 | M55 & M56L combined model |
| 39.85 | M55 specific model |
| 5.25 | M56 Macondo & Santa Cruz model |

1846 psi = Estimated sand pressure from PPFG plot

| Pore Pressure (psi) | M55 & M56L combined model PVMULT | M55 model PVMULT | Macondo & Santa Cruz M56 PVMULT |
|---|---|---|---|
| 11,800 | 1.000000 | 1.000000 | 1.000000 |
| 11,700 | 0.996778 | 0.996015 | 0.999475 |
| 11,600 | 0.993557 | 0.992030 | 0.998950 |
| 11,500 | 0.990335 | 0.988045 | 0.998426 |
| 11,400 | 0.987113 | 0.984060 | 0.997901 |
| 11,300 | 0.983891 | 0.980076 | 0.997376 |
| 11,200 | 0.980670 | 0.976091 | 0.996851 |
| 11,100 | 0.977448 | 0.972106 | 0.996327 |
| 11,000 | 0.974226 | 0.968121 | 0.995802 |
| 10,900 | 0.971005 | 0.964136 | 0.995277 |
| 10,800 | 0.967783 | 0.960151 | 0.994752 |
| 10,700 | 0.964561 | 0.956166 | 0.994227 |
| 10,600 | 0.961339 | 0.952181 | 0.993703 |
| 10,500 | 0.958118 | 0.948197 | 0.993178 |
| 10,400 | 0.954896 | 0.944212 | 0.992653 |
| 10,300 | 0.951674 | 0.940227 | 0.992128 |
| 10,200 | 0.948453 | 0.936242 | 0.991604 |
| 10,100 | 0.945231 | 0.932257 | 0.991079 |
| 10,000 | 0.942009 | 0.928272 | 0.990554 |
| 9,900 | 0.938787 | 0.924287 | 0.990029 |
| 9,800 | 0.935566 | 0.920302 | 0.989505 |
| 9,700 | 0.932344 | 0.916318 | 0.988980 |
| 9,600 | 0.929122 | 0.912333 | 0.988455 |
| 9,500 | 0.925901 | 0.908348 | 0.987930 |
| 9,400 | 0.922679 | 0.904363 | 0.987405 |
| 9,300 | 0.919457 | 0.900378 | 0.986881 |
| 9,200 | 0.916235 | 0.896393 | 0.986356 |
| 9,100 | 0.913014 | 0.892408 | 0.985831 |
| 9,000 | 0.909792 | 0.888423 | 0.985306 |
| 8,900 | 0.906570 | 0.884439 | 0.984782 |
| 8,800 | 0.903349 | 0.880454 | 0.984257 |
| 8,700 | 0.900127 | 0.876469 | 0.983732 |
| 8,600 | 0.896905 | 0.872484 | 0.983207 |
| 8,500 | 0.893683 | 0.868499 | 0.982682 |
| 8,400 | 0.890462 | 0.864514 | 0.982158 |
| 8,300 | 0.887240 | 0.860529 | 0.981633 |
| 8,200 | 0.884018 | 0.856544 | 0.981108 |
| 8,100 | 0.880797 | 0.852560 | 0.980583 |
| 8,000 | 0.877575 | 0.848575 | 0.980059 |
| 7,900 | 0.874353 | 0.844590 | 0.979534 |
| 7,800 | 0.871131 | 0.840605 | 0.979009 |
| 7,700 | 0.867910 | 0.836620 | 0.978484 |
| 7,600 | 0.864688 | 0.832635 | 0.977959 |
| 7,500 | 0.861466 | 0.828650 | 0.977435 |
| 7,400 | 0.858244 | 0.824665 | 0.976910 |
| 7,300 | 0.855023 | 0.820681 | 0.976385 |
| 7,200 | 0.851801 | 0.816696 | 0.975860 |
| 7,100 | 0.848579 | 0.812711 | 0.975336 |



M55 & M56L combined model is good for both M56L and M55 Sands (orange line)

M55 specific model is a fit for the M55 only (green trend line)



| | | | |
|---|---|---|---|
| 7,000 | 0.845358 | 0.808726 | 0.974811 |
| 6,900 | 0.842136 | 0.804741 | 0.974286 |
| 6,800 | 0.838914 | 0.800756 | 0.973761 |
| 6,700 | 0.835692 | 0.796771 | 0.973236 |
| 6,600 | 0.832471 | 0.792786 | 0.972712 |
| 6,500 | 0.829249 | 0.788802 | 0.972187 |
| 6,400 | 0.826027 | 0.784817 | 0.971662 |
| 6,300 | 0.822806 | 0.780832 | 0.971137 |
| 6,200 | 0.819584 | 0.776847 | 0.970613 |
| 6,100 | 0.816362 | 0.772862 | 0.970088 |
| 6,000 | 0.813140 | 0.768877 | 0.969563 |
| 5,900 | 0.809919 | 0.764892 | 0.969038 |
| 5,800 | 0.806697 | 0.760907 | 0.968514 |
| 5,700 | 0.803475 | 0.756923 | 0.967989 |
| 5,600 | 0.800254 | 0.752938 | 0.967464 |
| 5,500 | 0.797032 | 0.748953 | 0.966939 |
| 5,400 | 0.793810 | 0.744968 | 0.966414 |
| 5,300 | 0.790588 | 0.740983 | 0.965890 |
| 5,200 | 0.787367 | 0.736998 | 0.965365 |
| 5,100 | 0.784145 | 0.733013 | 0.964840 |
| 5,000 | 0.780923 | 0.729028 | 0.964315 |