# Exhibit 15

From: Willson, Stephen SM
Sent: Tue Jul 06 21:05:56 2010
To: Schott, David W
Cc: McAughan, Kelly; Kurtz, Jessica A; Merrill, Robert C
Subject: RE: Macondo PVC
Importance: Normal

David - I have spoken with Bob Merrill and have more context now around the question being asked. I will do some work using the better quality Na Kika area compressibility data that we have and will revise the predictions of compressibility. The initial response was more to do with what we measured on the Macondo RSWCs, which as you correctly point out have some inherent biases.

I should have something later today on this.

Steve

---

From:    Schott, David W
Sent:    Tuesday, July 06, 2010 3:45 PM
To:      McAughan, Kelly; Kurtz, Jessica A
Cc:      Willson, Stephen SM
Subject:    RE: Macondo PVC

Hi Kelly,
Not honoring sidewall data is the point isn't it? Because, we know from Santa Cruz data and intuitively that sidewall core data is conservative just from the way the grains are aligned. I don't get what you and Steve are driving at, we shouldn't be strictly confined to the sidewall data at Macondo or anywhere.
Sincerely,
**David W. Schott**
Atlantis Phase 3 Project Manager
Atlantis Resource Team
281-366-5848 (W)
281-536-9124 (C)

---

From:    McAughan, Kelly
Sent:    Tuesday, July 06, 2010 3:39 PM
To:      Schott, David W; Kurtz, Jessica A
Subject:    FW: Macondo PVC

FYI... I don't know if we will increase it. Steve and Bob are going to talk. I'm still chasing aquifer size.

---

From:    Willson, Stephen SM
Sent:    Tuesday, July 06, 2010 2:57 PM
To:      McAughan, Kelly; Merrill, Robert C
Subject:    RE: Macondo PVC

<< File: Macondo and Santa Cruz Formation Compressibility Calculator.ZIP >>
Hi Kelly - I don't think you can go much above 6 microsips and still honor the data. Here's a calculator that is consistent for both Macondo and Santa Cruz for the M56L. It is not wholly intuitive, but I can get with you and Bob



8774

Exhibit No. _____
Worldwide Court
Reporters, Inc.

CONFIDENTIAL

BP-HZN-2179MDL05864804
BPD402-012114

to go over it at some point if you wish.
I'm busy now until about 3.45, but I could stop to see Bob afterwards to give him a heads up on its useage if you wish.
Steve

CONFIDENTIAL

BP-HZN-2179MDL05864805
BPD402-012115