# Exhibit 16

From: Willson, Stephen SM
Sent: Wed Jul 07 14:23:01 2010
To: Merrill, Robert C; McAughan, Kelly
Subject: Macondo RSWC PVC comparison
Importance: Normal
Attachments: Macondo RSWC PVC comparison.ppt

<<...>>

Dear Bob & Kelly:

Attached is a plot that shows the Macondo RSWC PVC test results in terms of porosity vs. vertical effective stress (the change in vertical effective stress being equivalent to depletion). Also shown are all of our uniaxial strain compaction tests from elsewhere in the Na Kika area (plus a few other analogues).

The Macondo PVC tests (on horizontal RSWC) exhibit low compressibility (about 5 microsips), but are not wholly inconsistent with the overall trend of stiffer-acting formations. I have also drawn a family of curves from one of the Macondo tests that correspond to a range of higher PVC values. If one made a Fourier / Kepler comparison, then you could argue for a very high compressibility. An Isabella / Santa Cruz comparison would put you at 15 microsips or so.

So 15 could be a reasonable compromise if you wish, with 20 as an upside and 5 microsips as a downside?

Do you think this would be reasonable? Please feel free to make your own assessment of this.

Steve



8775

Exhibit No. _____
Worldwide Court
Reporters, Inc.

CONFIDENTIAL

BP-HZN-2179MDL05789875
XAK004-068377



Macondo RSWC PVC comparison with other Na Kika and similar uncemented sands

CONFIDENTIAL

BP-HZN-2179MDL05789876

XAK004-068378

# Macondo RSWC PVC comparison with other Na Kika and similar uncemented sands

