# Exhibit 17

From: Merrill, Robert C
Sent: Wed Jul 07 15:31:42 2010
To: Willson, Stephen SM; McAughan, Kelly
Subject: RE: Macondo RSWC PVC comparison
Importance: Normal

Me too.
Bob Merrill
Senior Advisor
Reservoir Engineering Community of Practice
BP EPT, Houston
Phone: +1 281-366-2049
Cell:    +1 713-409-7340
email:  merrilrc@bp.com

---

From:    Willson, Stephen SM
Sent:    Wednesday, July 07, 2010 10:26 AM
To:      McAughan, Kelly; Merrill, Robert C
Subject:    RE: Macondo RSWC PVC comparison

That sounds very reasonable to me, Kelly.
Steve

---

From:    McAughan, Kelly
Sent:    Wednesday, July 07, 2010 10:24 AM
To:      Willson, Stephen SM; Merrill, Robert C
Subject:    RE: Macondo RSWC PVC comparison

How about we use 6-12-18. Then we keep the 6 that we originally had and honors side wall data - then multiple it by a factor of 2 and 3. Is that reasonable? I even hate to go as high as 18 because pre-drill estimates show with lower porosity and higher burial depths that we would have lower compressibility than our neighboring Isabella/Santa Cruz. See attached.
<< File: Macondo PVC.ZIP >>

---

From:    Willson, Stephen SM
Sent:    Wednesday, July 07, 2010 9:23 AM
To:      Merrill, Robert C; McAughan, Kelly
Subject:    Macondo RSWC PVC comparison
<< File: Macondo RSWC PVC comparison.ppt >>

Dear Bob & Kelly:
Attached is a plot that shows the Macondo RSWC PVC test results in terms of porosity vs. vertical effective stress (the change in vertical effective stress being equivalent to depletion). Also shown are all of our uniaxial strain compaction tests from elsewhere in the Na Kika area (plus a few other analogues).
The Macondo PVC tests (on horizontal RSWC) exhibit low compressibility (about 5 microsips), but are not wholly inconsistent with the overall trend of stiffer-acting formations. I have also drawn a family of curves from one of the Macondo tests that correspond to a range of higher PVC values. If one made a Fourier / Kepler comparison, then



8776
Exhibit No. _____
Worldwide Court
Reporters, Inc.

CONFIDENTIAL

BP-HZN-2179MDL05755276
XAK004-033778

you could argue for a very high compressibility. An Isabella / Santa Cruz comparison would put you at 15 microsips or so.

So 15 could be a reasonable compromise if you wish, with 20 as an upside and 5 microsips as a downside?

Do you think this would be reasonable? Please feel free to make your own assessment of this.

Steve

CONFIDENTIAL

BP-HZN-2179MDL05755277
XAK004-033779