# Exhibit 18

**From:** Mohan Kelkar [mohan@tulsacoxmail.com]
**Sent:** Sunday, June 27, 2010 6:13 PM
**To:** asnul@kelkar-and-assoc.com; Maclay, Don
**CC:** kelkar@kelkar-and-assoc.com; Skinner, John; Courtwright, Bill; Absher, David; Crawford, Gerald
**Subject:** Draft report
**Attachments:** Modeling of Gulf of Mexico Well -draft Report june 26 2010.doc

Don
Here is a draft copy of the report.  If you let me know which address to send to, we can send you a CD which contains the copy of the report.  In addition, CD will contain all the ECLIPSE files we have used for simulation as well as the tabulated values of the oil rate, gas rate, reservoir pressure, bottom hole pressure and PI for every case we have run.

As we have discussed on the phone, i still believe that it is easier to generate tubing curves (lift curves) and send us those lift curves to predict the rate rather than doing nodal analysis which can only provide the rate at a given instance.  I realize that it is not within the purview of this contract.  However, if that additional work needs to be done, please let us know.
As i have stated in my previous emails, it is also worthwhile analyzing the increase in the pressure before explosion.  These data can provide us with some clues as to what rate the well was producing fluids before explosion.

Thanks for the opportunity.  Please let me know if you need anything else.

thanks
mohan

## Preliminary Report

### Modeling of Gulf of Mexico (MC252 # 1 B01) Well

By

### Kelkar and Associates, Inc.
3528 East 104th Street, Tulsa, OK 74137

### Executive Summary

The project involves modeling of a well (MC252 # 1 B01) in Gulf of Mexico. The well was drilled and was completed on April 22nd. Due to unforeseen circumstances, the well was not sealed properly and resulted in catastrophic explosion. In three days, after sustained fire, the drilling rig sank. To date, the well continues to pour oil and gas in Gulf of Mexico. The sub-sea well head is approximately at water depth of 5,000 ft. The purpose of the project is to predict the daily rate of the well (both oil and gas) from the first day till the well stops flowing.

### Data Available

We received the following data from Mineral Management Services (MMS) on June 16th, 2010:

- Core Grain Size Summary MC 252 Well No.1 BP01
- MC 252 Well No.1 BP01 Ko at Swi Core Data
- Rotary Core Report from MC 252 Well No.1 BP01
- Rock Mechanics from Core Report MC 252 Well No.1 BP01
- MC 252 Well No.1 BP01 GEOTAP Pressure Transient Spreadsheet
- MC 252 Well No.1 BP01 GEOTAP Pressure Transient Report
- G32306 MC252 Well No.1 BP01 LAS files
- MC 252 Well No.1 BP01 5md_MudLog Combo
- MC 252 Well No.1 BP01 Mud Log Document
- MC 252 Well No.1 BP01 Directional Survey
- MMS Log Analysis 5 inch md MC 252 Well No.1 BP01
- MMS Log Analysis Report MC 252 Well No.1 BP01
- MC 252 Well No.1 BP01Pencor Field MDT Sampling Report
- Preliminary Pencor PVT Data MC 252 Well No.1 BP01
- Preliminary 05-19-10 Schlumberger PVT Report MC 252 Well No.1 BP01
- Offset Pencor Summary PVT Report 7-30-07 MC 562 Well No.1 BP01
- MC 252 Well No.1 BP01 Schematic Rev 15 2_04-22-2010 with BOP
- M56 Upper Sand Structure map
- M56 Upper Sand Structure with Amplitude map
- M56 Upper Sand Net Sand Isochore map
- M56 Upper Sand Net Oil map – Most Likely Case
- M56 Upper Sand Net Oil map – Maximum Case
- M56 Lower Sand Structure map
- M56 Lower Sand Structure with Amplitude map
- M56 Lower Sand Net Sand Isochore map

CONFIDENTIAL                                                                    IMV267-047492

| PayZone | Depth, ft | Permeability, md | |
|---|---|---|---|
| | | Decalin | Xylene |
| 1 | 18070 | 36 | 32 |
| 1 | 18072 | 8 | 7 |
| 1 | 18080 | 37 | 31 |
| 1 | 18082 | 13 | 12 |
| 1 | 18083 | 78 | 65 |
| 1 | 18085 | 112 | 98 |
| 1 | 18087 | 126 | 125 |
| Average | | 59 | 53 |
| 2 | 18125 | 76 | 72 |
| 2 | 18132 | 30 | 23 |
| 2 | 18142 | 104 | 103 |
| 2 | 18148 | 181 | 160 |
| 2 | 18154 | 109 | 100 |
| 2 | 18158 | 118 | 112 |
| 2 | 18161 | 100 | 100 |
| 2 | 18163 | 75 | 70 |
| 2 | 18166 | 74 | 71 |
| 2 | 18174 | 61 | 53 |
| 2 | 18178 | 83 | 81 |
| 2 | 18183 | 62 | 56 |
| Average | | 82 | 77 |

Table 1.    Permeability Data From Different Pay Zones.

Saturation log (Figure 17) shows that pay zones 1 and 2 have different residual water saturations, 20% and 10% respectively. Therefore we have generated relative permeability curves using Corey's functions with exponents equal to 2.0 for both oil and water curves (Figure 18). Capillary pressures are assumed to be zero resulting in no transition zone which will place oil at residual saturation immediately above the contact.

Average rock compressibility of 5.61 E-6 is assumed at reference pressure of 11000 psia, from available data. Uncertainty around this rock compressibility is also considered in our simulations as explained in the next section.

Initially we defined 1 equilibrium region with a single water oil contact (WOC) at 18168 ft based on the information provided to us. However, our test simulation runs resulted in high water cut values up to 20% due to proximity of the well to the WOC (Figure 19). Figure 19 shows the impact of water production to the oil production rate from the well. Considering that the well did not produce water so far, we needed to move down WOC depth to 1250 ft to avoid water production. Assuming deeper contact than what is reported is also supported by the porosity and saturation logs. Figure 16 shows presence of a thin oil interval with porosity reading of ~20.5% and Sw of 28% between 18200'-18250' interval.

Simulation runs are conducted using PVT and VFP tables previously discussed considering the following uncertainties.

CONFIDENTIAL                                                                                                                    IMV267-047508