# Exhibit 20

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL          )   MDL NO. 2179

BY THE OIL RIG             )

"DEEPWATER HORIZON" IN )   SECTION "J"

THE GULF OF MEXICO, ON )

APRIL 20, 2010             )   JUDGE BARBIER

                           )   MAG. JUDGE SHUSHAN

*****************

VOLUME 1

*****************

        Deposition of Mohan Kelkar, Ph.D., taken

at the Pan-American Building, 601 Poydras Street,

11th Floor, New Orleans, Louisiana, 70130, on the

17th day of July, 2013.

08:33

08:33

08:33

08:33

08:33

08:34

THE VIDEOGRAPHER:  Today is July 17th, 2013.  This is the deposition of Dr. Mohan Kelkar regarding the oil spill of the Oil Rig DEEPWATER HORIZON in the Gulf of Mexico on April 20th, 2010.

The time is now 8:33 a.m.  We're on the record.

MOHAN KELKAR, PH.D.,

was called as a witness by BP, Inc., and, being first duly sworn, testified as follows:

DIRECT EXAMINATION

QUESTIONS BY MR. BOLES:

Q.  Good morning.  Again, my name is Martin Boles, and this is my colleague, Logan MacCuish, and we represent BP.  Thanks for being here this morning.

If I ask a question that you don't understand, will you let me know, and I'll try and clarify or rephrase it?

A.  I will.

Q.  Great.  I want to start with a review of some of your background, and to do that, I'd like to use the Expert Report that you submitted in this case.  So that should be in front of you there.

1       Q.  And then you cite, in Footnote 41,

2   "Merrill, R.: PowerPoint Presentation."

3       A.  Okay.

4       Q.  Is that the basis for your opinion --

03:19  5   well, let me ask this:  Do you have an opinion

6   that the formation compressibility for the

7   Macondo Reservoir is 12 microsips?

8       A.  That's my best guess.

9       Q.  And is it just a guess?

03:19 10           MS. ENGEL:  Object to form.

11       A.  Best educated guess.

12       Q.  (By Mr. Boles) Okay.  Are you an Expert

13   in Geomechanics?

14       A.  No.

03:19 15       Q.  Do you -- so you -- you don't have the

16   independent expertise to evaluate the for --

17   formation compressibility of Macondo Reservoir?

18       A.  I do not have independent expertise to

19   evaluate formation compressibility.

03:20 20       Q.  So is your use of 12 microsips in your

21   material balance calculation of cumulative flow

22   based solely on this Merrill PowerPoint that you

23   cite in Footnote 41?

24           MS. ENGEL:  Object to form.

03:20 25       A.  So there is a -- there are two things,

         1    two -- two or three things which I could just

         2    discuss here.

         3         I think the PowerPoint is a culmination

         4    of a certain E-mail traffic which -- which is

03:20    5    going on between Dr. Merrill and some of the

         6    other DU -- BP people like Schott and Kelly

         7    McAughan.  I may be mispronouncing their names

         8    but -- and, actually, if you read that

         9    correspondence, actually you could see that there

03:21   10    is a lot of discussion which is going on prior to

        11    this particular presentation as to what is the

        12    most appropriate value of formation

        13    compressibility.

        14         And what that discussion centers around

03:21   15    is that if you take the sidewall core samples

        16    versus the core samples in the wellbore, you

        17    would expect to see differences because BP had

        18    observed those differences in some other analog

        19    wells.

03:21   20         And then eventually that discussion

        21    concludes with an E-mail from Kelly to everybody

        22    else saying that, okay, so we have decided that

        23    we should use these ranges of compressibility:

        24    6, 12, and 18; and it's -- there's an affirmative

03:21   25    E-mail from Dr. Merrill and -- and someone else

```
 1    saying, okay, I agree with this information.

 2          So it's not just a PowerPoint

 3    presentation, but there is a -- some E-mail

 4    discussion.

03:22  5          And subsequent to that, obviously,

 6    that -- we have Expert Reports from both Huffman

 7    and -- and Roegiers, actually, who do say that --

 8    that the sidewall core samples are not as

 9    reliable as the vertical core samples; and so,

03:22 10    the compressibility should be -- compressibility,

11    what you measure based on the sidewall cores may

12    not be as reliable.

13                MR. BOLES:  I think we're out of

14    time.  Let's take a break.

03:22 15                THE WITNESS:  Okay.

16                THE VIDEOGRAPHER:  It's 3:22 p.m.

17    We're off the record.

18          (Recess from 3:22 p.m. to 3:37 p.m.)

19                MR. BOLES:  Ready.

03:35 20                THE VIDEOGRAPHER:  All set?

21          The time is 3:37 p.m.  We're back on the

22    record --

23    Q.  (By Mr. Boles) Dr. Kelkar --

24                THE VIDEOGRAPHER:  -- beginning

03:37 25    Tape Sev -- 6.
```

243

         1          Q.   (By Mr. Boles) Dr. Kelkar, before the

         2     break, you testified that in your decision to use

         3     a formation compressibility of 12 microsips,

         4     in -- you relied, in addition to the Merrill

03:37    5     PowerPoint cited in Footnote 41, on a series of

         6     BP internal E-mails leading up to that

         7     PowerPoint, correct?

         8          A.   Oh, I -- I think it's 12 microsips, not

         9     2.

03:37   10          Q.   Okay.

        11          A.   Yeah.  But okay.  Yeah.

        12               So what was the question?  It's --

        13          Q.   Yeah.  I'll get -- better get that part

        14     of the question right.

03:37   15          A.   Okay.

        16          Q.   In your decision to use --

        17          A.   Yeah.

        18          Q.   -- 12 microsips --

        19          A.   Yeah.

03:37   20          Q.   -- in your material balance analysis, you

        21     relied, in addition to the Merrill PowerPoint

        22     cited in Footnote 41, on a series of internal BP

        23     E-mails, correct?

        24          A.   Yes.

03:37   25          Q.   And you also said you -- you -- you said

1    something along the lines of -- it's now off my

2    screen, but a subsequent analysis by Huffman and

3    Roegiers about rotary sidewall cores?

4        A.   Right.

03:38  5        Q.   Did you talk to either Huffman or

6    Roegiers prior to the submission of your initial

7    Expert Report on March 22, 2013?

8              MS. ENGEL:   I would just caution you

9    not to reveal any privileged communications in

03:38  10   your answer.

11       Q.   (By Mr. Boles) Sir, I'm just going for a

12   "Yes" or "No" answer.

13       A.   I talked to Dr. Roegiers.

14       Q.   Prior to your initial Expert Report

03:38  15   submission of March 22, 2013?

16       A.   No, no.   Sorry.   I did not talk to him.

17       Q.   So you've -- you've talked -- and, again,

18   I'm just going for a "Yes" or "No" answer, so I

19   don't want to get the substance of your

03:39  20   conversations.   But you talked to Dr. Roegiers

21   subsequent to March 22, 2013?

22       A.   Yes.

23       Q.   Did you talk to him prior to March 22,

24   2013?

03:39  25       A.   I did not.

```
 1        Q.   And what about Dr. Huffman?

 2        A.   I did not.

 3        Q.   Okay.

 4        A.   I think I could -- if I -- if I could

 5   just also point out one more thing, since we got

 6   cut off in -- just before the break -- is that

 7   there was also a -- a conversation between Kelly

 8   McAughan and Paul Hsieh regarding the

 9   compressibility of the formation, and I think

10   Pa -- Dr. Hsieh asked her what -- what should be

11   the value of compressibility I should use, and

12   she suggested also 12 microsips.

13        Q.   And did -- did -- did you learn about

14   that through looking at the deposition testimony

15   of Dr. Hsieh?

16        A.   I did.

17        Q.   Did you also look at the deposition

18   testimony of BP's witness, Pinky Vinson, about

19   that series of E-mails that you're referring to

20   now as the basis for your use of 12 microsips?

21        A.   I don't recall it.

22        Q.   Okay.  Is it -- do you have an -- an

23   Expert opinion on whether BP made a scientific

24   conclusion that rotary sidewall core measurements

25   of compressibility at Macondo were unreliable?
```

03:39 5
03:39 10
03:40 15
03:40 20
03:40 25

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | MS. ENGEL:  Object to form.                                   |
|       | 2  | A.  I -- I don't know whether it was a                       |
|       | 3  | conclusion or not.  I just read the E-mails, and             |
|       | 4  | it -- it's kind of pointed out to the fact that              |
| 03:41 | 5  | there was a consensus opinion among the people               |
|       | 6  | who were writing the E-mails to each other that              |
|       | 7  | it's better to use 12 microsip as a                          |
|       | 8  | representative value.  I don't know what happened            |
|       | 9  | subsequent to that.                                          |
| 03:41 | 10 | **Q.  (By Mr. Boles) And -- and that was a**                 |
|       | 11 | **consensus opinion, to use three different values**         |
|       | 12 | **for compressibility, 6, 12, and 18, correct?**             |
|       | 13 | A.  The -- I -- I don't remember the E-mail                  |
|       | 14 | exactly, but I believe that 12 to be the most                |
| 03:41 | 15 | likely value and 6 and 18 at the upper and lower             |
|       | 16 | limits.  Yeah, that's -- I think.  If I remember             |
|       | 17 | correctly.                                                   |
|       | 18 | (Discussion off the record.)                                 |
|       | 19 | **Q.  (By Mr. Boles) Let's have you look at Tab**            |
| 03:42 | 20 | **27 in your binder.**                                       |
|       | 21 | A.  Do you want to look at this Report?                      |
|       | 22 | **Q.  Yeah.  Keep that handy, please.**                      |
|       | 23 | A.  Okay.                                                    |
|       | 24 | (Discussion off the record.)                                 |
| 03:42 | 25 | THE COURT REPORTER:  Tab 27.                                 |

```
 1              MS. ENGEL:  27.

 2              THE WITNESS:  27?  Oh, okay.  Okay.

 3         (Discussion off the record.)

 4    Q.  (By Mr. Boles) Are you at Tab 27?

 5    A.  I am.  10841?  Yes.

 6    Q.  Yes, Exhibit 10841.

 7    A.  Okay.

 8    Q.  Is this the presentation that you're

 9 referring to in 41, Footnote 41 of your Report?

10    A.  (Reviewing document.)

11         (Discussion off the record.)

12    A.  H'm.

13    Q.  (By Mr. Boles) Let me direct your

14 attention to Page 3.

15    A.  Okay.  I think there is something which I

16 don't see in this slide, so I'm just kind of

17 wondering if it was later than this presentation.

18 But, anyway, okay.  Go ahead.

19    Q.  Okay.

20    A.  Page 3?

21    Q.  Page 3.

22    A.  Okay.

23    Q.  At the bottom, the last two lines of the

24 slide say:  "Recommend:  new," quote, "'most

25 likely:'" end quote, "3.8x aquifer, 12" -- I
```

03:43  5
03:43 10
03:44 15
03:44 20
03:44 25

1    believe that's "microsips" -- and "35 mbd."  Do

2    you see that?

3         A.  I do.

4              MS. ENGEL:  Sorry.  If it's easier

03:44   5    for you to look at the color version, you can go

6    ahead and do that.

7              THE WITNESS:  Okay.  That's fine.

8    I'm -- I'm okay with this.

9              MS. ENGEL:  Okay.

03:44  10    A.  Yeah.

11         Q.  (By Mr. Boles) All right.  And is this

12    where you -- is this the part of Exhibit 10841

13    that you're referring to or that you intended to

14    rely on in your Expert Report, in citing this for

03:45  15    the use of 12 microsips as rock compressibility?

16         A.  So if you look at the Page 2 and 3, I

17    think in both cases the compressibility is

18    defined as 6, 12, and 18, and "12" is in bold,

19    and then on the next page, the "most likely"

03:45  20    value is specified as 12 microsips.

21         Q.  Okay.  On Page 2?

22         A.  Yes.

23         Q.  Where -- where are you on Page 2?

24         A.  "Cr."

03:45  25    Q.  What does "Cr" stand for?

```
              1        A.   The formation compressibility.   Under

              2    "Aquifer."  Do you see that?

              3        Q.   Okay.  I see that.

              4             Now, have you -- by the way, do you know

    03:45     5    if this PowerPoint that we're looking at, Exhibit

              6    10841, was ever presented to the Government?

              7             MS. ENGEL:  Object to form.

              8        A.   What was the question?

              9        Q.   (By Mr. Boles) Yeah.  We're looking at a

    03:46    10    PowerPoint now, Exhibit 108 --

             11        A.   Right.

             12        Q.   -- 41, correct?

             13        A.   Yes.

             14        Q.   And you cite this in your Expert Report.

    03:46    15    It's --

             16        A.   Okay.

             17        Q.   In Footnote 41, right?

             18        A.   Okay.

             19        Q.   Do you know if this was ever presented to

    03:46    20    the United States Government?

             21        A.   I have no idea.

             22             MS. ENGEL:  Same objection.

             23        Q.   (By Mr. Boles) Okay.  So you don't know

             24    whether or not this is a draft or final version

    03:46    25    of a -- of the presentation?
```

| | 1 | MS. ENGEL:  Object to form. |
|---|---|---|
| | 2 | A.  I -- I -- I don't know, really -- |
| | 3 | Q.  (By Mr. Boles) Have you ever studied the |
| | 4 | testimony of the person you're citing as the |
| 03:46 | 5 | author of this presentation, Robert Merrill? |
| | 6 | A.  I have. |
| | 7 | Q.  Let's have you look at Tab 27. |
| | 8 | THE COURT REPORTER:  No. |
| | 9 | Q.  (By Mr. Boles) Tab 45. |
| 03:46 | 10 | A.  Tab 45. |
| | 11 | (Discussion off the record.) |
| | 12 | A.  Okay. |
| | 13 | Q.  (By Mr. Boles) All right.  And you have |
| | 14 | in front of you Volume 1 of the Merrill |
| 03:47 | 15 | deposition. |
| | 16 | A.  Yes. |
| | 17 | Q.  Flip to Page 212, please. |
| | 18 | A.  200 and -- okay. |
| | 19 | Q.  Okay.  I want you to -- to read to |
| 03:47 | 20 | yourself the transcript from Pages 212 to 220, |
| | 21 | and tell me when you're done. |
| | 22 | A.  So from -- |
| | 23 | Q.  212 -- |
| | 24 | A.  Okay. |
| 03:47 | 25 | Q.  -- to 220. |

1      in this buildup..."

2          A.  M-h'm.

3          Q.  Do you see that?

4          A.  I do.

03:51  5          Q.  Did you consider that in your evaluation

6      of what number to use for rock compressibility in

7      your Report?

8          A.  Yes.

9          Q.  And what was your consideration of that?

03:52  10          A.  Well, if this was a consideration, I

11     think it was definitely a secondary

12     consideration, because if you look at the E-mail

13     exchanges, which -- I mean, obviously, E --

14     E-mail exchanges took place before this -- they

03:52  15     don't refer to any of these pressure values.

16     They only talk about the rotary -- rotary core

17     samples.

18          Q.  So is your Expert decision, on Page 28 of

19     your Report, to use 12 microsips for rock

03:52  20     compressibility, based on your judging a series

21     of BP E-mails to be more credible or persuasive

22     than Mr. Merrill's testimony at Page 214?

23              MS. ENGEL:  Object to form.

24          A.  I mean, if -- it was a consideration,

03:52  25     because I -- I'm looking at raw information,

         1   unvarnished information, and those E-mail
         2   exchanges provide unvarnished information.
         3        Q.  (By Mr. Boles) So your decis -- your
         4   decision to use rock compressibility of 12 is
03:53    5   based on your interpretation of a series of BP
         6   E-mails, correct?
         7        A.  It's --
         8             MS. ENGEL:  Same objection.
         9        A.  It's not interpretation.  It's just what
03:53   10   it says.
        11        Q.  (By Mr. Boles) Okay.
        12        A.  I mean, I'm not interpreting any data
        13   from it.  I'm just reading those E-mails.
        14        Q.  And did you read -- okay.  Let's have you
03:53   15   go to Tab 46.
        16        A.  Okay.  Okay.
        17        Q.  Okay.  And this is more of Mr. Merrill's
        18   testimony, correct?
        19        A.  Okay.
03:53   20        Q.  And go to Page 482.
        21        A.  482.  Okay.
        22        Q.  Line 6, Mr. Merrill is asked:
        23             "QUESTION:  From July 15th forward did
        24   you use -- did you continue to use a pore volume
03:54   25   compressibility of 12 in your modeling efforts

 1     during the response to the incident?"

 2         A.   Yeah.

 3         Q.   "ANSWER:  I don't recall using 12" at

 4     "that time.

03:54  5              "QUESTION:  What number did you use after

 6     that time?

 7              "ANSWER:  I used -- generally used 6."

 8         Do you see that?

 9         A.   Yes.

03:54 10         Q.   Did you consider Mr. Merrill's testimony

11     that after the shut-in analysis on July 15th, he

12     went back to using 6 microsips, in -- in your

13     decision about what number you used for rock

14     compressibility?

03:54 15              MS. ENGEL:  Object to form.

16         A.   H'm, okay.  I mean, I ha -- I think --

17     I'm not sure where you -- what you're asking me.

18         Q.   (By Mr. Boles) Okay.  Do you see where

19     Mr. Merrill on Page 482 testifies that he used 6

03:55 20     microsips for --

21         A.   Right.

22         Q.   -- for pore volume compressibility after

23     this presentation that you're citing in

24     Footnote 41.  Correct?

03:55 25         A.   Right.  I think there is only, at least

1     what I could see is that -- and I don't remember

2     exactly, but there was a presentation by

3     Dr. Merrill, which, I think, tried to match the

4     buildup pressure.  Is that, I think, what you're

03:55  5     talking about?

6         Q.  I'm -- no.  I'm talking about his

7     testimony here, on Page 482.  Are you looking at

8     that?

9         A.  Yes.

03:55  10        Q.  Where he said that -- and by the way,

11    this presentation that you cite in Footnote 41 is

12    a -- is dated July 8th, correct, 2010,

13    Footnote 41 of your Report?

14        A.  Okay.  Okay.  I think that's the one we

03:56  15    just looked at, right?

16        Q.  That's right.

17        A.  Okay.

18        Q.  And Mr. Merrill's testifying on Page 482

19    that from July 15th forward --

03:56  20        A.  Right.

21        Q.  -- he didn't use 12 anymore.  He used 6

22    microsips, correct?

23        A.  Okay.

24        Q.  Is that correct?  Is that how you read

03:56  25    that?

1    A.  Yes.

2    Q.  Okay.  And did -- did you consider that

3  in your decision wheth -- whether to use 12

4  microsips for rock compressibility in your

03:56  5  material balance analysis?

6             MS. ENGEL:  Object to form.

7    A.  I mean, I read this information, but I'm

8  not sure how does it invalidate the E-mail

9  correspondence which took place between different

03:56  10  people.

11    Q.  (By Mr. Boles) And in the prior E-mail

12  correspondence, Mr. Merrill was copied or

13  received or authored those E-mails you're

14  referring to.  Right?

03:57  15    A.  He agreed with it.

16    Q.  And -- and he agreed with what you

17  believe was a decision to use 12 microsips?

18    A.  Yes.

19    Q.  And now he's testifying that after July

03:57  20  15th he went back to using 6 microsips, correct?

21    A.  Okay.

22    Q.  Is that correct?

23    A.  Yes.

24    Q.  And do you have an opinion as to whether

03:57  25  or not that was a good decision and a reliable

1    **way to proceed?**

2              MS. ENGEL:   Object to form.

3         A.   So that's why I was referring to his

4    presentation, and I think that it -- I always

03:57  5    look at things in the context, rather than

6    looking at this testimony, because I think there

7    is a subsequent presentation which looks at

8    matching the buildup pressure data using 6 ps --

9    I guess 6 microsips and 14 microsips, or

03:57  10    something like this.  And what -- if I remember

11    right, I think that different rock

12    compressibilities actually match reasonably well

13    the pressure data.

14              So the way -- my conclusion from that

03:58  15    information was that -- again, it goes back to

16    what we have discussed in the morning, is that

17    this non-uniqueness of matching the pressure

18    results using different type of input.  And I

19    think there was an input in one of the

03:58  20    presenta -- in that presentation, where I think

21    Dr. Merrill used 14 -- 14 microsip, as well,

22    so but he also used 6.  I mean, I think what

23    you're saying is right, that he used 6, but he

24    also used 14.

03:58  25         Q.   (By Mr. Boles) In your evaluation of the

1    **BP E-mails leading up to the Merrill PowerPoint**

2    **in Footnote 41, are you basing your decision to**

3    **use trel -- 12 microsips on your Expert analysis**

4    **of the substance of the discussion of pore volume**

03:59  5    **compressibility or on what you believe the**

6    **consensus opinion of BP personnel was?**

7                 MS. ENGEL:  Object to form.

8         A.   So I think that I'm looking at this

9    information from a perspective of a third party,

03:59  10   because when you are building a reservoir model,

11   for example, what I would do is I will talk to

12   the people who are Experts in a particular area

13   and assess them in terms of finding out, "What do

14   you think is the most likely value for a

03:59  15   particular parameter," if I don't have the

16   expertise.

17                 And what I got the impression, when I was

18   reading those E-mails, was that Mr. Schott and, I

19   don't remember, another person who was a

04:00  20   Petrophysicist, they had an honest discussion

21   about what value should be used, and they reached

22   a consensus based on the analog data, based on

23   their own expertise, what's the most likely value

24   which is to be used, and they picked 12

04:00  25   microsips.

1          So I -- I don't have an expertise in rock

2     compressibility myself.  I just picked a value

3     which -- which seemed to be the consensus at that

4     time, because, clearly, when you have a crisis

04:00  5     situation like this, you are going to come up

6     with the best possible estimate you can, because

7     you don't want to make a mistake in making any

8     suggestions.

9          Q.  (By Mr. Boles) Well, in a -- in the

04:00  10    **crisis situation that existed at the time of this**

11    **E-mail correspondence you're referring to,**

12    **leading up to the July 8 presentation, the**

13    **decision that was being made was whether or not**

14    **to shut in the well.  Correct?**

04:01  15              MS. ENGEL:  Object to form.

16         A.  You are talking about the well integrity?

17         **Q.  (By Mr. Boles) Yes.**

18         A.  The well integrity was one of the

19    considerations.

04:01  20         **Q.  And the concern is expressed by BP**

21    **witnesses who testified about this was to make**

22    **sure that they erred on the high side in terms of**

23    **assessing how much pressure might build up by**

24    **using a higher rock compressibility number.**

04:01  25    **Correct?**

1           MS. ENGEL:  Object to form.

2      A.  I think they used the range, because if

3  you think about the fact that BP never used more

4  than 110 million barrels of oil in their models.

04:01  5  I mean, you know that there's always an

6  uncertainty even in estimating the reservoir

7  volumes, per se, and why not use 200 million

8  barrels, because higher the volume used, bigger

9  is the pressure buildup.

04:01  10          So, obviously, BP had made a

11  determination internally based on their own

12  Experts -- and I have no doubt, no reason to

13  doubt the expertise -- that 110 million barrels

14  is the reasonable oil-in-place estimate, and they

04:02  15  don't need to consider the uncertainty with

16  respect to that, and I assumed that that number

17  wasn't overly conservative, nor it was overly

18  liberal.  It was just a number which is in the

19  middle.

04:02  20          And so when they use other properties,

21  I -- my inference is that those values were also

22  the most likely values.  I don't see any reason

23  why deliberately certain values would be picked

24  as more conservative, and certain other values

04:02  25  will be picked as most likely values.

1    Q.  (By Mr. Boles) So are you willing to

2    trust decisions BP personnel made about what rock

3    compressibility number to use in modeling the

4    Macondo Well as your basis for deciding what rock

04:03  5    compressibility number you use in your material

6    balance calculation?

7              MS. ENGEL:  Object to form.

8         A.   So when I was -- when I have looked at

9    Dr. Merrill's simulation runs -- and I haven't

04:03  10   looked at the simulation runs, per se,

11   internally, but just the results of that in the

12   PowerPoint -- and what he considered to be the

13   uncertainties in the modeling -- for example, he

14   looked at the strength of the aquifer and how

04:03  15   would that impact the pressure results -- I would

16   say that any reasonable experienced Reservoir

17   Engineer would do exactly what Dr. Merrill choose

18   to do.

19        Q.  (By Mr. Boles) Are you willing to rely on

04:03  20   Bob Merrill's decision about what compressibility

21   number he used in modeling the Macondo Well?

22             MS. ENGEL:  Object to form.

23        A.   I think he used 6, 12, and 18.  That's

24   why I chose 12.

04:04  25        Q.  (By Mr. Boles) And so you're relying on

           1    **Bob Merrill's decision about what number to use**

           2    **for compressibility in making your own decision**

           3    **about what to use in your calculation?**

           4              MS. ENGEL:  The same objection.

    04:04  5         A.  Well, I'm not solely relying on his

           6    number, because, obviously, he did not rely on

           7    that number based on his own decision.  I think

           8    he relied on what a typical Simulation Engineer

           9    would do, and that is to ask other people's

    04:04 10    opinions as their expertise and -- and get their

          11    input and use those values in coming up with the

          12    best possible model you can build and -- and --

          13    and see what type of pressure buildup you expect

          14    to see when the well is shut in.

    04:04 15         **Q.  (By Mr. Boles) Okay.  So which -- in**

          16    **terms of people that you believe Bob Merrill**

          17    **relied on, would that include David Schott?**

          18         A.  That name sounds familiar.

          19         **Q.  Okay.  What was the analysis David Schott**

    04:04 20    **did that Bob Merrill relied on?**

          21              MS. ENGEL:  Object to form.

          22         A.  I don't remember the names, okay, so I

          23    think if I'm making a mistake, just -- I mean --

          24    I mean, I can look at the E-mail exchanges to

    04:05 25    find that out.

04:05
04:05
04:06
04:06
04:06

1    But if I remember what David Schott said
2  is that he was more -- I think he was a Rock
3  Mechanics Expert, and he was discussing the
4  differences between side cores versus the cores
5  in the wellbore, and I think he discussed the
6  information he found from Santa Maria -- or I
7  don't remember, some -- some name field -- and he
8  said that we have observed differences in the
9  side wall compressibility versus the core
10  compressibility, and -- and so the ratio of 2 is
11  reasonable.
12    And I believe there was another
13  Geologist -- well, a Petrophysicist, excuse me --
14  who was also referring to his own knowledge, and
15  I think his name may be Willson, or something.  I
16  don't remember.
17    **Q.  (By Mr. Boles) Let's have you look at**
18  **Tab 30.**
19    A.  Tab 3?
20    **Q.  Tab 30.**
21    A.  30.  Okay.
22    MR. BOLES:  And if you'd mark that,
23  please.
24    (Exhibit No. 11551 marked.)
25    MS. ENGEL:  Okay.  M-h'm.

1      the information that he discussed in the

2      deposition you read from BP that led you to

3      believe that BP thought rock compressibility was

4      12 microsips?

04:21  5              MS. ENGEL:  Object to form.

6          A.  Like what time?

7          Q.  (By Mr. Boles) When did Paul Hsieh get

8      the information that you believe led him to

9      conclude BP is -- was using 12 microsips?

04:21 10              MS. ENGEL:  Same objection.

11         A.  I don't remember the date.  I think it's

12     in -- it's in Paul Hsieh's deposition, but I

13     don't remember the date.

14         Q.  (By Mr. Boles) It was prior to the

04:21 15     shut-in wellhead modeling discussed in the July 8

16     presentation, wasn't it?

17         A.  I don't remember.

18         Q.  Okay.

19         A.  I don't remember, honestly.

04:21 20         Q.  So you -- do you believe Paul Hsieh, when

21     he says that he got from BP the information that

22     they were -- that they thought rock

23     compressibility was 12 microsips?

24         A.  That's what he -- I don't think there's

04:22 25     any paper trail, but I believe that's what he was

 1     told by BP people.

 2          Q.   But you're basing your decision to use 12

 3     microsips in your material balance analysis in

 4     part on Paul Hsieh's testimony that that's the

04:22  5     number he got from BP, right?

 6                    MS. ENGEL:  Object to form.

 7          A.   Part of the information I used, yes.

 8          Q.   (By Mr. Boles) Okay.  By the way, is --

 9     do you cite that Paul Hsieh testimony in either

04:22 10     of your Reports?

11          A.   At the bottom, no.

12          Q.   Do you --

13          A.   But I think as a "Considered" materials,

14     I think there's a lot of information there.

04:22 15          Q.   Is the Paul Hsieh testimony in your

16     consideration materials?

17          A.   It should be.

18          Q.   Is -- is it cited as specific support for

19     your rock compressibility number shown on

04:22 20     Page 28?

21                    MS. ENGEL:  Object to form.

22          A.   Probably not.

23          Q.   (By Mr. Boles) Why not?

24          A.   I mean, sometimes you have so much

04:23 25     material to support that you just put one

1    reference, because there's a lot of underlying

2    information which comes from basically that

3    presentation.

4         I think the reason I chose to use

04:23  5    Dr. Merrill's presentation is because the E-mail

6    exchanges which were underlying that presentation

7    were clearly responsive to -- responsible for

8    what the values were ultimately used in this

9    presentation.

04:23 10         I also suspect that when Kelly McAughan

11    told Dr. Hsieh that you should use 12, I assume

12    that also came after that E-mail discussion.

13    **Q.  Well --**

14    A.  So I suspect they're all related to each

04:23 15    other.

16    **Q.  So your decision to -- about whether**

17    **those E-mails support your use of 12 microsips is**

18    **based on what you suspect about what those**

19    **E-mails say; is that right?**

04:24 20              MS. ENGEL:  Object to form.

21    A.  No, no, not suspect.  I -- I just read

22    the E-mails, and the values are stated in the

23    E-mail.

24         I think you're asking me a question

04:24 25    whether how Paul Hsieh's test -- deposition was

        1    not referred in my Report, and what I was saying

        2    is that I suspect that the E-mail exchanges

        3    happened.  And after that point, Kelly McAughan

        4    referred -- talked to Paul, saying that BP has

04:24   5    decided to use 12 microsips as the rock

        6    compressibility.

        7          But, obviously, I don't have all the

        8    inferences in between, so that's why I'm saying I

        9    suspect that must have happened.

04:24  10    Q.  (By Mr. Boles) Okay.  But -- but in terms

       11    of what BP told Dr. Hsieh --

       12    A.  Yes.

       13    Q.  -- you're -- you're basing that on

       14    Dr. Hsieh's testimony?

04:24  15                MS. ENGEL:  Object to form.

       16    A.  Sworn testimony.

       17    Q.  (By Mr. Boles) Right.  And the -- if

       18    Dr. Hsieh told somebody else, later in July, that

       19    BP was preferring 6 microsips, that would be --

04:25  20    that would contradict his sworn testimony,

       21    wouldn't it?

       22                MS. ENGEL:  Object to form.

       23    A.  I don't know what this document is.  I

       24    mean, I think --

04:25  25    Q.  (By Mr. Boles) Well, I'm not asking you

 1    about that document.

 2        A.   I -- I thought you were talking about

 3    this.

 4        Q.   No.   I'm -- I'm just talk -- I'm talking

04:25  5    hypothetically now.

 6        A.   If -- if he would have said he would

 7    have -- say that again.

 8        Q.   Are you basing your --

 9        A.   Yeah.

04:25 10        Q.   -- decision to use 12 microsips in part

11    on the fact that Paul Hsieh's testimony about

12    what BP believed was sworn testimony?

13                  MS. ENGEL:   Object to form.

14        A.   BP data was sworn testimony.

04:25 15        Q.   (By Mr. Boles) You just -- you made a

16    specific reference to Dr. Hsieh's testimony being

17    sworn testimony.

18        A.   I mean his deposition, I'm talking about,

19    right?

04:25 20        Q.   That's right.

21        A.   Yeah, that's -- I -- okay.   It may be the

22    mischaracterization as the testimony, but I think

23    deposition.

24                  So what I was saying is that the logical

04:26 25    conclusion which I drew and -- and, again, I

don't have evidence to say that this -- this must

have happened, but it seemed logical that there

was a time within BP where there was an internal

discussion about, "Okay, so we need to have good

04:26   input in the reservoir simulation.  We are

looking at the well integrity models, and what

should we use?"

And that -- those set of E-mail exchanges

which took place between Kelly and Dr. Merrill

04:26   and Steve Schott and -- and some other people

essentially was an unvarnished discussion, which

is what I would expect in any oil company, that

people will openly debate the issues, they will

discuss the merits of different types of data,

04:26   and they will engage with each other and they

will finally come to some type of consensus.

And I expect that once that consensus was

reached -- and I don't exactly know why Dr. Hsieh

called Kelly, or anything; but I suspect that

04:27   after that consensus was reached, when Dr. Hsieh

asked her, "What should be the rock

compressibility," she told him, "We decided to

use 12 microsips."  I mean, it seemed very

logical to me that that must have happened.

04:27   Q.  And that --

1      A.  But I don't -- I don't know that for a

2   fact, obviously.  I mean, I just read that in

3   Dr. Hsieh's deposition.

4      Q.  Okay.  And -- and you -- you read it in

04:27  5   E-mails as well?

6      A.  There's no E-mail regarding Dr. Hsieh and

7   Kelly.

8      Q.  Okay.  But -- but in terms of -- that's

9   also your interpretation of those E-mails, right?

04:27 10            MS. ENGEL:  Object to form.

11      A.  No.  E-mails are quite clear.

12      Q.  (By Mr. Boles) Okay.

13      A.  I don't think -- I don't -- I know -- I

14   don't need to interpret the E-mails at all.  I

04:27 15   mean, E-mails are laid out, basically, the

16   reasoning about why those values were selected.

17   And I'm just following that reasoning to use

18   12 microsips as the most likely value.

19      Q.  Okay.  And going back to Tab 30 --

04:28 20            MS. ENGEL:  The other binder.

21            THE WITNESS:  Okay.

22            MS. ENGEL:  (Indicating.)

23            THE WITNESS:  Oh, okay.

24      A.  Okay.  That's the Macondo Technical Note?

04:28 25      Q.  (By Mr. Boles) Right.  This is the Relief

<pre>
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE:  OIL SPILL      )  MDL NO. 2179
     BY THE OIL RIG         )
 4   "DEEPWATER HORIZON" IN )  SECTION "J"
     THE GULF OF MEXICO, ON )
 5   APRIL 20, 2010         )  JUDGE BARBIER
                            )  MAG. JUDGE SHUSHAN
 6

 7

 8

 9              REPORTER'S CERTIFICATION
        TO THE ORAL AND VIDEOTAPED DEPOSITION OF
10               MOHAN KELKAR, PH.D.
                  JULY 17, 2013
11                   VOLUME 1

12

13

14        I, Emanuel A. Fontana, Jr., Certified
     Shorthand Reporter in and for the State of Texas,
15   hereby certify to the following:
16        That the witness, MOHAN KELKAR, PH.D., was
     duly sworn by the officer and that the transcript
17   of the oral deposition is a true record of the
     testimony given by the witness;
18

          That the deposition transcript was submitted
19   on July 18 , 2013, to the witness or to
     Attorney P. Michael Underhill for the witness to
20   examine, sign, and return to Worldwide Court
     Reporters, Inc., by September 1  , 2013.
21

          That the amount of time used by each party
22   at the deposition is as follows:
23        Mr. Boles - 7 Hours, 21 Minutes
24

25
</pre>

1      I further certify that I am neither counsel
for, related to, nor employed by any of the
2  parties in the action in which this proceeding
was taken, and further that I am not financially
3  or otherwise interested in the outcome of the
action.

4
       SUBSCRIBED AND SWORN to by me on this 17th
5  day of July, 2013.

6

7

8

Emanuel A. Fontana, Jr., RPR
9  Texas CSR No. 1232
Expiration Date: 12/31/2014
10  Worldwide Court Reporters
Firm Registration No. 223
11  3000 Weslayan, Suite 235
Houston, Texas  77027
12  (713) 572-2000

13

14

15

16

17

18

19

20

21

22

23

24

25

**PURSUANT TO CONFIDENTIALITY ORDER**

362

```
1              CHANGES AND SIGNATURE

2    WITNESS NAME:  MOHAN KELKAR, PH.D.

3    DATE OF DEPOSITION:  JULY 17, 2013

4    PAGE LINE      CHANGE          REASON

5    Pl. see the changes in attached file

6    _____

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____
```

363



1
2          I, MOHAN KELKAR, PH.D., have read the
3     foregoing deposition and hereby affix my
4     signature that same is true and correct, except
5     as noted on the attached Amendment Sheet.
6
7                        *Mohan Kelkar*
                   MOHAN KELKAR, PH.D.
8
9
10    THE STATE OF ___OK___ )
      COUNTY OF ___Tulsa___ )
11
          Before me, ___Mohan Kelkar___, on
12    this day personally appeared MOHAN KELKAR, PH.D.,
      known to me (or proved to me under oath or
13    through ___Driver License___) to be the
      person whose name is subscribed to the foregoing
14    instrument and acknowledged to me that they
      executed the same for the purposes and
15    consideration therein expressed.
          Given under my hand and seal of office this
16    ___10___ day of ___August___, 2013.
17
18                        _____
19              NOTARY PUBLIC IN AND FOR
                THE STATE OF ___Oklahoma___
20              COMMISSION EXPIRES: ___1/31/2015___
21
22
23              **DAVID GODINEZ**
                NOTARY PUBLIC - STATE OF OKLAHOMA
24              MY COMMISSION EXPIRES JAN. 31, 2015
                COMMISSION # 11001004
25

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

Deposition of Dr. Kelkar - Errata Sheet

| Page | Line | Original | Modified | Reason |
|------|------|----------|----------|--------|
| 31 | 21 | I might have ... | Hypothetically speaking, I might have .. | clarification |
| 33 | 3 | $ 20 billion oil field | 20 billion barrel oil field | misspoke |
| 43 | 12 | So I'm not criticizing Dr. Blunt's material balance analysis | So I'm not criticizing the equation Dr. Blunt used in his material balance analysis | clarification |
| 51 | 20 | non-unique | unique | misspoke |
| 55 | 9 | exactly what | similar to what | misspoke |
| 64 | 12 | let's see.  Yeah.  I don't think so. | I am not using the data from my capping stack analysis per se, but the rate calculations are a cross-check on my material balance calculations. | clarification |
| 78 | 18 | must have been done a long time ago. | must have been done a long time ago.  I also used BP post-drill report to get the permeability I used in my calculations. | clarification |
| 80 | 3 | it looks like "nu" | it looks like "mu" | typo |
| 80 | 14 | And nu is what? | And mu is what? | typo |
| 83 | 7 | for the load | for the low | typo |
| 127 | 9 | computational | compositional | typo |
| 127 | 14 | Yes. | Using the BP Black-Oil Table compared with the Zick compositional model gave me a slightly decreased flow rate. | clarification |
| 128 | 23 | purpose part of | purpose | misspoke |
| 146 | 15, 17 | Geologist literature | geological literature | misspoke |
| 156 | 21 | I re-read | I re-did | typo |
| 159 | 9 | PI | pi | typo |
| 160 | 13 | then Dr. Whitson | then Dr. Zick | misspoke |
| 160 | 24 | Yeah, yeah.  The table number, yeah. | No, it's not just a concept.  Those calculated values are on p. 12 of my rebuttal report. | clarification |
| 166 | 12 | oil | well | misspoke |
| 170 | 20 | for those three mentors | for those three methods | typo |
| 185 | 9 | different | difficult | typo |
| 194 | 6 | better uncomplicated | more complicated | clarification |
| 207 | 7,9 | long log scale | log log scale | typo |
| 239 | 5 | inverse times 106 | inverse times ten to the power of 6 | typo |
| 251 | 15 | read it | read it before March 22 | clarification |
| 298 | 19 | evaluates | evaluate | misspoke |
| 304 | 18 | NI | Ni | clarification |
| 309 | 19 | step-wide | step-wise | typo |
| 377 | 11 | degenerative | diagenetic | typo |
| 401 | 15 | SB meeting | SPE meeting | typo |
| 446 | 4 | Separate of | separator | typo |
| 537 | 22 | off --- the | the | misspoke |