# Exhibit 21

```
 1                    UNITED STATES DISTRICT COURT

 2                    EASTERN DISTRICT OF LOUISIANA

 3

 4    ***************************************************************

 5    IN RE:  OIL SPILL BY THE OIL
      RIG DEEPWATER HORIZON IN THE
 6    GULF OF MEXICO ON APRIL 20,
      2010
 7

 8                                    CIVIL ACTION NO. 10-MD-2179 "J"
                                      NEW ORLEANS, LOUISIANA
 9                                    TUESDAY, FEBRUARY 26, 2013, 8:00 A.M.

10
      THIS DOCUMENT RELATES TO:
11
      CASE NO. 2:10-CV-02771,
12    IN RE:  THE COMPLAINT AND
      PETITION OF TRITON ASSET
13    LEASING GmbH, ET AL

14    CASE NO. 2:10-CV-4536,
      UNITED STATES OF AMERICA V.
15    BP EXPLORATION & PRODUCTION,
      INC., ET AL
16

17    ***************************************************************

18

19
                         DAY 2   MORNING SESSION
20
              TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS
21
           HEARD BEFORE THE HONORABLE CARL J. BARBIER
22
                    UNITED STATES DISTRICT JUDGE
23

24

25


                           OFFICIAL TRANSCRIPT
```

```
08:03AM   1    based on Rules 403 and 404(b) barring evidence of BP's prior
08:03AM   2    conduct, allegedly prior improper conduct, the JIT record,
08:03AM   3    other government reports and, of course, miscellaneous
08:03AM   4    exhibits, orders that have come in last year and this year, and
08:03AM   5    the rule against hearsay testimony, Federal Rule 802.
08:03AM   6                I have here with me a list of the objections
08:03AM   7    that we raised that fall into those categories that I can file
08:03AM   8    with the Court now, or we can put it on the record at a lunch
08:03AM   9    break or something later --
08:03AM  10             THE COURT:  Why don't we do it that way.
08:03AM  11             MR. BROCK:  -- if that would be acceptable to the
08:03AM  12    Court.
08:03AM  13             THE COURT:  Yes, that would be fine.
08:03AM  14             MR. BROCK:  It's not a long list, but it would take a
08:03AM  15    few minutes to do.
08:03AM  16             THE COURT:  That's fine.  I'll allow you to do that.
08:03AM  17             MR. BROCK:  Thank you, Your Honor.
08:04AM  18             MR. BRIAN:  Your Honor, Brad Brian on behalf of
08:04AM  19    Transocean.
08:04AM  20                I have no objection, but I wanted just to
08:04AM  21    reserve a motion to strike any portions of his Expert Report if
08:04AM  22    it turns out that certain things go beyond the scope of his
08:04AM  23    expertise.  So I would just like to reserve that motion,
08:04AM  24    Your Honor.
08:04AM  25             THE COURT:  With that said, I'm going to admit the
```

```
08:04AM  1   report with attached exhibits and résumé as Exhibit 20001.
08:04AM  2              (WHEREUPON, at this point in the proceedings,
08:04AM  3   Exhibit 20001 was admitted.)
08:04AM  4              MR. BROCK:  One other matter, Your Honor, which is that
08:04AM  5   we have Daubert motions filed with regard to Dr. Bea on three
08:04AM  6   grounds, and we would just reassert those at this time.
08:04AM  7              THE COURT:  I've looked at those Daubert motions.  I
08:04AM  8   have those right in front of me.
08:04AM  9              I am going to overrule the Daubert motions,
08:04AM 10   with the explanation that since this is a bench trial, it's a
08:04AM 11   somewhat different situation than if we were trying to avoid
08:05AM 12   prejudicing a jury with something that may ultimately turn out
08:05AM 13   to be not admissible or not relevant.
08:05AM 14              Since I am the fact finder and also the person
08:05AM 15   who has to decide whether something is relevant or admissible,
08:05AM 16   I have to see it and consider it in any event, whether I do now
08:05AM 17   or do that later.  I'm just trying to facilitate moving this
08:05AM 18   trial along without having Daubert hearings during the middle
08:05AM 19   of the trial.
08:05AM 20              I understand the issues raised.  When I say I
08:05AM 21   overrule the motion, I'm not discounting the fact that I may
08:05AM 22   ultimately agree with you to the extent that some of the
08:05AM 23   opinions may not be ultimately accepted by the Court, okay.
08:05AM 24              MR. BRIAN:  Thank you, Your Honor.
08:05AM 25              THE COURT:  Go ahead.
```

```
08:05AM  1                       DIRECT EXAMINATION
08:05AM  2   BY MR. CUNNINGHAM:
08:05AM  3   Q.   Dr. Bea, you are a professor emeritus at the University of
08:05AM  4   California Berkeley --
08:06AM  5   A.   Yes.
08:06AM  6   Q.   -- in the fields of civil and environmental engineering,
08:06AM  7   correct?
08:06AM  8   A.   Yes.
08:06AM  9   Q.   You are cofounder of the Center for Catastrophic Risk
08:06AM 10   Management; is that correct?
08:06AM 11   A.   Correct.
08:06AM 12   Q.   What is that?
08:06AM 13   A.   The center is a group of faculty, students and external
08:06AM 14   practitioners who perform public service, research, teaching in
08:06AM 15   the area of prevention, mitigation of catastrophic events in
08:06AM 16   often complex human-based systems.
08:06AM 17   Q.   All right, sir.
08:06AM 18        You have 58 years of professional experience, with over
08:06AM 19   50 years of experience in the oil and gas industry; is that
08:06AM 20   correct?
08:06AM 21   A.   Correct.
08:06AM 22   Q.   You have authored, contributed to and delivered over 500
08:06AM 23   articles, books and reports on issues related to risk and the
08:06AM 24   management of risk; is that correct?
08:07AM 25   A.   Correct.
```