# Exhibit 22

```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA


   IN RE:  OIL SPILL       )  MDL NO. 2179
   BY THE OIL RIG          )
   "DEEPWATER HORIZON" IN  )  SECTION "J"
   THE GULF OF MEXICO, ON  )
   APRIL 20, 2010          )  JUDGE BARBIER
                           )  MAG. JUDGE SHUSHAN
```

```
                    *****************
                        VOLUME 1
                    *****************
```

Deposition of Martin Julian Blunt, Ph.D., taken at the Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 25th day of July, 2013.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

```
                 1            MR. CERNICH:  I'm ready.
                 2            THE VIDEOGRAPHER:  All set?
                 3       Today is July 25th, 2013.  This is the
                 4  deposition of Dr. Martin Blunt, regarding the oil
      08:40     5  spill of the Oil Rig DEEPWATER HORIZON in the
                 6  Gulf of Mexico on April 20th, 2010.
                 7       The time is 8:40 a.m.  We're on the
                 8  record.
                 9            MARTIN JULIAN BLUNT, PH.D.,
      08:40    10  was called as a witness by the United States and,
                11  being first duly sworn, testified as follows:
                12                 DIRECT EXAMINATION
                13  QUESTIONS BY MR. CERNICH:
                14       Q.  Good morning, Dr. Blunt.  My name is
      08:40    15  Scott Cernich.  I represent the United States.  I
                16  introduced myself briefly before we got started
                17  today.  This is my colleague, Bethany Engel.
                18            Have you ever had your deposition taken
                19  before?
      08:40    20       A.  Never.
                21       Q.  Okay.  Just -- just so we understand some
                22  of the -- the ground rules here, you'll need to
                23  provide verbal answers for the record.  We'll --
                24  you'll need to wait until I finish my question to
      08:40    25  provide an answer, and I'll endeavor to do the
```

|  |  |  |
|--|--|--|
|  | 1 | plan to give Judge Barbier, sitting on the stand |
|  | 2 | in September? |
|  | 3 | A.  Yes. |
|  | 4 | Q.  Okay.  How would you describe the |
| 08:58 | 5 | expertise that you're going to bring to Judge |
|  | 6 | Barbier as a Testifying Expert? |
|  | 7 | A.  Broadly speaking, my expertise is in |
|  | 8 | Reservoir Engineering. |
|  | 9 | Q.  Okay.  And is that -- is that going to be |
| 08:58 | 10 | the -- the extent of your testimony to Judge |
|  | 11 | Barbier about your -- the expertise that's going |
|  | 12 | to assist him in determining how much oil was -- |
|  | 13 | was released from the Macondo Well? |
|  | 14 | A.  I think as a short, broad description |
| 08:59 | 15 | Reservoir Engineering is correct, but that |
|  | 16 | involves a number of subspecialties, which I have |
|  | 17 | brought to bear in my analysis. |
|  | 18 | Q.  Okay.  You're not a Geologist, correct? |
|  | 19 | A.  No. |
| 08:59 | 20 | Q.  You're not a Petrophysicist? |
|  | 21 | MR. BOLES:  Object to the form. |
|  | 22 | A.  I wouldn't describe myself as a |
|  | 23 | Petrophysicist, but I do have considerable |
|  | 24 | expertise in the analysis of core samples, and |
| 08:59 | 25 | certainly for the analysis I've performed in this |

```
 1        Report.
 2            Q.  (By Mr. Cernich)  Okay.  Petrophysics also
 3        includes Log Analysis, correct?
 4            A.  Yes.
08:59  5      Q.  And you didn't perform a Log Analysis --
 6                MR. BOLES:  Object to the form.
 7            Q.  (By Mr. Cernich) -- on the Macondo Well,
 8        correct?
 9                MR. BOLES:  Object to the form.
08:59 10      A.  No, I didn't look at the raw logs and
11        perform an analysis, as we've discussed before.
12            Q.  (By Mr. Cernich)  Okay.  And did you
13        perform core analysis on the cores from the
14        Macondo Well?
09:00 15      A.  You mean did I perform experiments on the
16        Macondo cores myself?
17            Q.  Okay.  We'll start there.  Did you?
18            A.  No.
19            Q.  Okay.  Did you -- did you perform any
09:00 20     sort of analysis on the Macondo cores?
21            A.  Yes, the analysis that's presented in my
22        Report.
23            Q.  Okay.  And -- and what sort of analysis
24        did you do on the Macondo cores?
09:00 25      A.  The analysis is taking the measured data,
```

```
            1    looking at that data, critiquing that data, and
            2    looking at the data in the light of the full body
            3    of scientific evidence, and then using that data
            4    appropriately in Reservoir Engineering
    09:01   5    calculations.
            6         Q.   Okay.  And do you think your analysis of
            7    that data is superior to the analysis of that
            8    data that was performed by the -- BP's Engineers
            9    prior to your becoming involved in this matter?
    09:01  10              MR. BOLES:  Object to the form.
           11         A.   It depends.
           12         Q.   (By Mr. Cernich) On?
           13         A.   It depends in -- on exactly what the
           14    analysis was, and what the conclusions were, and
    09:01  15    I stand by my analysis and my conclusions.
           16         Q.   Okay.  And which of your analyses and
           17    conclusions are superior to the ones that were
           18    performed by the BP Engineers?
           19              MR. BOLES:  Object to the form.
    09:01  20         A.   My understanding is I consider my
           21    analysis to be essentially consistent with the
           22    analysis that was performed by BP Engineers.
           23         Q.   (By Mr. Cernich) Okay.  Are you a -- an
           24    Expert in Rock Mechanics?
    09:02  25              MR. BOLES:  Object to the form.
```

```
                1       A.  No, but I do have sufficient expertise
                2   for the analysis that I presented in my Report.
                3       Q.  (By Mr. Cernich) Have you ever taught a
                4   course in Rock Mechanics?
       09:02    5       A.  No.
                6       Q.  Have you ever published a paper in Rock
                7   Mechanics?
                8              MR. BOLES:  Object to the form.
                9       A.  I've published papers that use principles
       09:02   10   of Rock Mechanics.
               11       Q.  (By Mr. Cernich) But you haven't actually
               12   published a paper on Rock Mechanics?
               13              MR. BOLES:  Object to the form.
               14       A.  No, but I've used Rock Mechanics data and
       09:03   15   Rock Mechanics principles in -- in -- in my
               16   publication and, in fact, broadly in the way that
               17   is conceptually described in my Expert Report.
               18       Q.  (By Mr. Cernich) Okay.  The same way you
               19   simply used Rock Mechanics data in your Expert
       09:03   20   Report?
               21              MR. BOLES:  Object to the form.
               22       A.  I've used Rock Mechanics data, and I've
               23   based my calculations on the data, but I have
               24   reviewed that data carefully, in the light of all
       09:03   25   the other scientific evidence, before making my
```