Exhibit 23

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL        )   MDL NO. 2179
BY THE OIL RIG           )
"DEEPWATER HORIZON" IN   )   SECTION "J"
THE GULF OF MEXICO, ON   )
APRIL 20, 2010           )   JUDGE BARBIER
                         )   MAG. JUDGE SHUSHAN
```

```
                 *****************
                     VOLUME 1
                 *****************
```

30(b)(6) Deposition of Paul Anthony Hsieh, PhD, United States of America, taken at the Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 11th day of September, 2012.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

1       MR. BOLES:  I am ready when
2  everybody else is.
3       THE VIDEOGRAPHER:  All set?  Stand
4  by.
5       Today is September 11th, 2012.  This is
6  the deposition of Paul Hsieh regarding the oil
7  spill of the Oil Rig DEEPWATER HORIZON on April
8  20th, 2010.  The time is 8:37 a.m.  We are on the
9  record.
10       PAUL ANTHONY HSIEH, PHD, PH.D.,
11  was called as a witness by BP, Inc., and, being
12  first duly sworn, testified as follows:
13              DIRECT EXAMINATION
14  QUESTIONS BY MR. BOLES:
15     Q.  Good morning, Dr. Hsieh.
16     A.  Good morning.
17     Q.  We introduced ourselves earlier this
18  morning, but I'm Martin Boles from Kirkland &
19  Ellis, representing BP, and this is my colleague
20  Logan MacCuish and, on my far right, Don
21  Haycraft.  Thanks for being here this morning.
22     A.  You're welcome.
23     Q.  My understanding is that you did a study
24  of the Macondo Well reservoir.  Is that right?
25     A.  Yes.  I think for -- it's also known as

1  a coarser time step in the modeling so that the
2  time increment was larger, and in the Final
3  Report, I used a finer or smaller time step, so
4  that the simulation is more accurate.
5       So those minor changes are the
6  differences between this Presentation and my
7  Final Report.
8       Q.  And at this stage of your work on
9  Macondo, you were dealing with the second type of
10 modeling, namely the modeling to determine a flow
11 rate?
12      A.  That's correct.
13      Q.  And if I recall your testimony this
14 morning, in that kind of modeling, the rock
15 compressibility parameter was assumed, as opposed
16 to estimated by the model?
17      A.  Yes, that is right.
18      Q.  And where did you get these numbers of 6,
19 12, and 15?
20      A.  12 is the number that I used, 12, I --
21 the number 12 times -- the unit would be
22 microsips, m-i-c-r-o-s-i-p-s, or alternatively
23 $10^{-6}$ inverse psi, as indicated by this chart.
24      12 is the number that I used, and I
25 obtained that number from my meeting with Kelly

1     McAughan and from Bob Merrill's Presentation.
2          And 6 and 15 are a high and low end
3     following Bob Merrill's Presentation that he gave
4     on around July 8th or July 9th, where he also
5     used 12 as the rock compressibility, 6 as -- and
6     15 as a higher and low -- lower end value to see
7     what are the effects on the estimated flow rates.
8          Q.  And what did Kelly McAughan tell you
9     or -- about rock compressibility that led to
10    these numbers shown here?
11         A.  Kelly McAughan told me that 12 microsips
12    was the number that they were using in their
13    reservoir modeling.
14         Q.  Did she tell you anything more about
15    that?
16         A.  Yes, she told me that they had used 6
17    microsips earlier, but they felt that 12 was a
18    representative number, so they switched to 12.
19         Q.  And did she tell you why?
20         A.  Did she tell me --
21         Q.  Did she give you an explanation why she
22    thought 12 was a more representative number?
23         A.  No.
24         Q.  Was there any -- anyone else at BP
25    besides Kelly McAughan and Bob Merrill who gave

```
 1    you any input with respect to your rock
 2    compressibility inputs for your flow rate
 3    modeling at any time?
 4         A.   I can't -- I can't think of any at this
 5    point.  Those are the two pieces of -- those are
 6    the two sources that -- that I based my -- the
 7    number that I used on.
 8         Q.   Can -- can we go to Slide 73, please.
 9         A.   Yes.
10         Q.   Can you explain what -- is this one of
11    your slides?
12         A.   Yes, that's one of my slides.
13         Q.   Okay.  Can you explain what this is
14    presenting?
15         A.   This is presenting the differences in
16    flow rates, simulated flow rates if different
17    rock compressibilities are used.
18              So the one that -- that I used in the
19    model at -- was 12 times 10-6 inverse psi, and
20    that is the red line.  The blue line is the
21    simulated flow rate from Day One to Day 86 using
22    a rock compressibility of 15 times 10-6 inverse
23    psi.  And the green line is the simulated flow
24    rate if I use a rock compressibility of 6 times
25    10-6 inverse psi.
```

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL        )    MDL NO. 2179
BY THE OIL RIG           )
"DEEPWATER HORIZON" IN   )    SECTION "J"
THE GULF OF MEXICO, ON   )
APRIL 20, 2010           )    JUDGE BARBIER
                         )    MAG. JUDGE SHUSHAN




                    REPORTER'S CERTIFICATION
         TO THE ORAL AND VIDEOTAPED DEPOSITION OF
                    PAUL ANTHONY HSIEH, PHD,
              UNITED STATES OF AMERICA 30(b)(6)
                       SEPTEMBER 11, 2012
                           VOLUME 1
```

I, Emanuel A. Fontana, Jr., Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the witness, **PAUL ANTHONY HSIEH, PHD**, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

That the deposition transcript was submitted on _September 12_, 2012, to the witness or to Attorney _R. Michael Underhill_ for the witness to examine, sign, and return to Worldwide Court Reporters, Inc., by _October 27_, 2012.

That the amount of time used by each party at the deposition is as follows:

Mr. Boles - 6 Hours, 24 Minutes

```
 1        I further certify that I am neither counsel
    for, related to, nor employed by any of the
 2  parties in the action in which this proceeding
    was taken, and further that I am not financially
 3  or otherwise interested in the outcome of the
    action.
 4
         SUBSCRIBED AND SWORN to by me on this 12th
 5  day of September, 2012.

 6

 7

 8                    _____
                      Emanuel A. Fontana, Jr., RPR
 9                    Texas CSR No. 1232
                      Expiration Date: 12/31/12
10                    Worldwide Court Reporters
                      Firm Registration No. 223
11                    3000 Weslayan, Suite 235
                      Houston, Texas   77027
12                    (713) 572-2000
```

PURSUANT TO CONFIDENTIALITY ORDER