# EXHIBIT A

# EXHIBIT A

01-42950
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

### WorldwideVIEW™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# GREGG STEVEN PERKIN, P.E.
### Volume 1

JUNE 24, 2013

## COPY



Systems Technology for the Litigation World

Litigation Group•Court Reporting•Video Production•Videoconferencing

**For U.S. & International Services**
800 - 745 - 1101

|  |  |
|---|---|
| 1 | A. Correct. |
| 2 | Q. And also relating to quantification |
| 3 | relating to the amount of oil that spilled into |
| 4 | the Gulf of Mexico, correct? |
| 08:36  5 | A. I believe that's true. |
| 6 | Q. And I -- as I understand it, your |
| 7 | opinions relating to Phase II relates to source |
| 8 | control; is that correct? |
| 9 | A. Yes. |
| 08:36 10 | Q. And you're not offering any opinions as |
| 11 | it relates to the quantification of the amount of |
| 12 | oil that spilled into the Gulf of Mexico? |
| 13 | A. Only what's been referred to in the |
| 14 | documents as the quantification of the oil that's |
| 08:37 15 | been spilled. |
| 16 | Q. And -- and so are you offering any |
| 17 | opinions as it relates to quantification? |
| 18 | A. No. I'm -- I'd -- I've done a rough |
| 19 | calculation, but I -- you know, there's more |
| 08:37 20 | sophisticat -- sophisticated calculations that |
| 21 | have been done, I'm sure. |
| 22 | Q. When it comes to trial, are you intending |
| 23 | to offer any opinion as it relates to |
| 24 | quantification? |
| 08:37 25 | A. Only if asked. Like I said, I did a |

|       |    |                                                                           |
|-------|----|---------------------------------------------------------------------------|
|       | 1  | A.  There may be two opinions that I have                                 |
|       | 2  | relative to my Rebuttal Report.                                           |
|       | 3  | **Q.  Okay.**                                                             |
|       | 4  | A.  That may not be necessarily divulged or                               |
| 08:41 | 5  | explained in my Rebuttal Report.                                          |
|       | 6  | **Q.  Okay.  Can you identify what these two**                            |
|       | 7  | **opinions are?**                                                         |
|       | 8  | A.  One has to do with the -- the rupture                                 |
|       | 9  | disks and how the Top Kill was proceeding with                            |
| 08:41 | 10 | the junk shot.  I -- I know there was issues                              |
|       | 11 | relative to trying to maintain pressure on the                            |
|       | 12 | well without rupturing the disks and creating an                          |
|       | 13 | underground blowout.                                                      |
|       | 14 | I am -- I've not seen anything that would                                 |
| 08:41 | 15 | indicate to me one way or the other that, during                          |
|       | 16 | the junk shot, if the junk had actually plugged                           |
|       | 17 | off the well, in other words, it shut the well                            |
|       | 18 | in, how British Petroleum was going to mitigate                           |
|       | 19 | or control that pressure.                                                 |
| 08:41 | 20 | In other words, if the pressure started                                   |
|       | 21 | to spike during the junk shot, how they would                             |
|       | 22 | have -- how they would have mitigated exceeding a                         |
|       | 23 | certain pressure.  I don't think I go into that                           |
|       | 24 | in my Rebuttal Report in detail, but it's -- it                           |
| 08:42 | 25 | is a concern and an opinion that I have.                                  |

```
08:42


08:42


08:42


08:42


08:43
```

1    Q.  And -- and just to clarify, it -- it --
2  it's your opinion that, during the junk shot
3  source control intervention method, there was not
4  a BP mitigation process to address the situation
5  if the junk shot had bridged --
6    A.  If --
7    Q.  -- the BOP?
8    A.  If the junk shot had suddenly bridged the
9  flow, and the pressure spiked, how BP was going
10 to mitigate that pressure and protect the rupture
11 disks.  I have not seen anything that would
12 suggest that they had con -- contemplated that or
13 considered that.
14       So that's one -- one opinion that may not
15 be in my Rebuttal Report, but I'm trying to
16 explain it to you now.
17   Q.  Okay.  And then you identified that there
18 was a second opinion, correct?
19   A.  I do have a second opinion.  And that is,
20 during the -- the efforts initially to shut in
21 the -- shut in the well, with ROVs, had -- with
22 the well flowing, you know, to shut the well
23 in -- if they were successful in shutting the
24 well in, and the pressure spiked, I'm not sure
25 how BP would have dealt with that, if the

01-42951
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179  SECTION: J  JUDGE BARBIER  MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL*

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## GREGG STEVEN PERKIN, P.E.
### Volume 2

JUNE 25, 2013

## *COPY*



*Systems Technology for the Litigation World*

Litigation Group ◆ Court Reporting ◆ Video Production ◆ Videoconferencing

**For U.S. & International Services**
800 - 745 - 1101

|  |  |
|---|---|
| 1 | I am Gwen Richard. I'm with Halliburton, |
| 2 | and I'm here today with Jerry von Sternberg |
| 3 | representing Halliburton. |
| 4 | A.  Okay. |
| 10:06  5 | Q.  Just a few questions to ask you some sort |
| 6 | of followup questions. |
| 7 | The first thing I'd like to ask you to |
| 8 | look at just real quickly to clarify is in your |
| 9 | Report, which is Exhibit 11464. You do, in fact, |
| 10:06 10 | mention the burst disks on Pages 8 and Pages 19, |
| 11 | correct? |
| 12 | A.  Okay, I do. |
| 13 | Q.  Okay. Just I wanted to clarify that for |
| 14 | the record from earlier. |
| 10:07 15 | Now, earlier today you mentioned the |
| 16 | eight scenarios that BP had modeled with respect |
| 17 | to the Top Kill, correct? |
| 18 | A.  Yes. |
| 19 | Q.  And what did those eight scenarios |
| 10:07 20 | demonstrate? |
| 21 | A.  The flow paths primarily, and it's -- |
| 22 | it's -- it's outlined on these spreadsheets. |
| 23 | Q.  Okay. Is -- I'm going to hand you |
| 24 | Exhibit 11483 and ask you if that contains the |
| 10:07 25 | information from the eight scenarios? |

|   |   |
|---|---|
| 1 | Q. (By Ms. Richard) All right. Yesterday |
| 2 | you mentioned Richard Vargo from Halliburton, |
| 3 | correct? |
| 4 | A. Yeah, I think I did. I don't remember |
| 10:17  5 | his last name. I think it was Vargo or something |
| 6 | like that. |
| 7 | Q. Did you read -- did you review Richard |
| 8 | Vargo's deposition in connection with your |
| 9 | opinions? |
| 10:17 10 | A. I think I did. |
| 11 | Q. Okay. And yesterday you referred to his |
| 12 | testimony regarding the -- the flow -- the flow |
| 13 | rate in connection with the Top Kill, right? |
| 14 | A. Right. |
| 10:17 15 | Q. And you understand that that flow rate |
| 16 | was an input that Halliburton used in its WellCat |
| 17 | modeling, correct? |
| 18 | A. Yes. |
| 19 | Q. Okay. And you understand that |
| 10:18 20 | Halliburton didn't perform any actual flow rate |
| 21 | calculations in connection with -- with the |
| 22 | Macondo Well, right? |
| 23 | A. I -- that's -- I believe that's true. |
| 24 | Q. Okay. You do understand that Halliburton |
| 10:18 25 | used various inputs, including potential flow |

```
10:18    1   rate, in the WellCat modeling for the Top Kill,
         2   though, right?
         3        A.   I'm sure they did.
         4        Q.   Okay.  And just to clarify, yesterday I
10:18    5   think you had said that you thought that
         6   Mr. Vargo had mentioned 39,000 as a -- as a
         7   figure with regard to that modeling; is that
         8   correct?
         9        A.   It was either 29,000 or 39,000.
10:18   10        Q.   Okay.
        11        A.   I don't remember exactly which one I
        12   used.
        13        Q.   Okay.  That -- and that was going to be
        14   my question.  If the -- the evidence, the
10:18   15   testimony, and the documentation shows that the
        16   input was actually around 30,000, you wouldn't
        17   have any reason to disagree with that, would you?
        18        A.   No.  I think I testified yesterday that I
        19   did a simple calculation, and my number was
10:18   20   around 30,000.
        21        Q.   Okay.  All right.  I just wanted to
        22   clarify that.
        23             (Discussion off the record.)
        24             THE WITNESS:  Come on, Jerry, ask a
10:19   25   question.
```

```
                  (Recess from 10:25 a.m. to 10:28 a.m.)
                     MS. MAYBERRY:  I'm ready.
                     THE VIDEOGRAPHER:  The time is
         10:28 a.m.  We're back on the record, beginning
         Tape 12.
                           EXAMINATION
         QUESTIONS BY MS. MAYBERRY:
             Q.  Good morning, Mr. Perkin.  My name is
         Laura Mayberry, and this is Espe Anderson from
         the Department of Justice.
                 Several times today in this deposition,
         you have stated that you did some rough
         calculations on flow rate, but your work in this
         case was not to calculate flow rate.  Correct.
             A.  Correct.
             Q.  And you're not representing yourself as a
         Flow Rate Expert, correct?
             A.  Well, I know about flow rates, but I
         didn't -- I wasn't asked to calculate or model
         flow rates.
             Q.  And have you looked at any of the Reports
         on quantification in this case?
             A.  Well, I looked at what was alleged to
         have been flowing out of the well.
             Q.  Okay.  Are you going to offer opinions as
```

|  |  |
|---|---|
| 1 | to the flow rate at trial in this matter? |
| 2 | A. I'm only going to opine on what I was |
| 3 | asked earlier. I know that the -- I believe the |
| 4 | flow rates were much higher than represented by |
| 10:29 5 | BP, as I've said many times. |
| 6 | Q. Okay. |
| 7 | (Discussion off the record.) |
| 8 | MS. MAYBERRY: We do not have any |
| 9 | further questions for you, Mr. Perkin. Thank |
| 10:29 10 | you. |
| 11 | A. You're welcome. |
| 12 | THE VIDEOGRAPHER: The time is |
| 13 | 10:29 a.m., ending Tape 12. We're off the |
| 14 | record. |
| 10:32 15 | (Recess from 10:29 a.m. to 10:32 a.m.) |
| 16 | (Exhibit No. 11484 marked.) |
| 17 | MR. KRAUS: I'm ready, Kym, when you |
| 18 | are. |
| 19 | THE VIDEOGRAPHER: All set? |
| 10:32 20 | The time is 10:32 a.m. We're back on the |
| 21 | record, beginning Tape 13. |
| 22 | EXAMINATION |
| 23 | QUESTIONS BY MR. KRAUS: |
| 24 | Q. Mr. Perkin, I just introduced myself. My |
| 10:33 25 | name is Doug Kraus. I'm here on behalf of -- on |