# EXHIBIT B

# Expert Report – Macondo Phase II



**Gregg S. Perkin, P.E.**

**Engineering Partners International**

**March 22, 2013**

| Gregg S. Perkin, P.E.<br>Engineering Partners<br>International<br>March 22, 2013 | EXPERT REPORT  - MACONDO PHASE II |



Capping Stack solutions to contain unrestrained flow from an oil and gas well were a known technology prior to Macondo. Capping Stacks are used in both onshore and offshore blowout emergencies.

The design, assembly, application and use of a subsea Capping Stack has been a common industry topic with regard to subsea Drilling Operations.  In fact, a Joint Industry Study in 1991 provided a nearly exact diagram of the Macondo Incident and offered solutions such as Capping Stacks for responding to such an event.[1]



However with regard to Macondo neither BP ▮▮▮▮▮▮ made any diligent efforts or expended any funds to determine how Deepwater Capping technology could be utilized in the event Macondo or any other deepwater well blew out.[2]  As Macondo flowed uncontrollably, a Capping Stack solution was not available.  Had a properly designed and assembled Capping Stack been available for BP's Macondo Well prior to this incident, the uncontrolled flow of hydrocarbons could have been arrested in a matter of weeks.

After the blowout occurred, well control experts from Wild Well Control, Inc. ("WWCI"), TO and Cameron advised BP of courses of action to take to shut-in and seal the well.  A BOP-on-BOP capping procedure was made available and recommended for implementation to BP.  Yet BP chose to prioritize a different intervention technique known as a Top Kill.  The Top Kill consisted of pumping a

---

[1] Joint Industry Program for Floating Vessel Blowout Control, Final Report, DEA-63 (1991) at 7.13 – 7.24.
[2] Deposition Testimony of Andy Inglis at 162 (July 21, 2011); TREX 9104

7   FINDINGS

**Gregg S. Perkin, P.E.
Engineering Partners
International
March 22, 2013**   EXPERT REPORT - MACONDO PHASE II



large and heavy volume of fluid at a high rate of flow ("Momentum Kill") along with various items ("Junk") which could plug any voids and/or openings in the flow's path. This was referred to as a Junk Shot. The success of either or both methods was risky because many parameters pertaining to the uncontrolled flow from their Well was unknown, not well understood, and/or withheld by BP. Some of the direct parameters included the flow rates, pressures and the flow's make-up including any resistance to flow. Indirect Top Kill parameters included risks and hazards such as:

1. Bursting rupture disks in the 16″ OD Casing;
2. Potentially and negatively impacting the drilling of the Relief Wells and;
3. Subsea and surface equipment damage. For example, any catastrophic failure of the high pressure and flow surface equipment used in the Top Kill could risk the lives of the people conducting the Top Kill work.

BP knowingly accepted these risks and chose a Top Kill option prior to pursuing the Capping Stack or BOP-on-BOP solution as had been recommended by others.

The Top Kill effort subsequently failed as BP knew it would. BP deliberately misrepresented the reasons for its failure.[3] For example, instead of informing the Unified Command of the true reason(s) for the Top Kill's downfall, i.e., high flow rate and the actual size of the opening(s) inside the BOP from where the flow was discharging, BP misrepresented that the Top Kill failure was caused by the bursting of the rupture disks in the 16″ OD Casing.

However, no such bursting occurred. BP's Top Kill misrepresentations directly led to the discontinuation of the BOP-on-BOP solution and further delayed the option of a Capping Stack solution. Meanwhile, BP's Macondo Well continued to flow uncontrollably.

---

[3] TREX 9084; TREX 9163.

8   FINDINGS


refused to defer to the well control specialists it hired regarding the secondary intervention technique to be deployed.[47]

The DISCOVERER ENTERPRISE was *"…in a position early on"* to install the BOP-on-BOP solution.[48] However, BP made the decision to attempt its Top Kill first.[49]

BP had already concluded that the BOP-on-BOP solution was both safe and feasible.[50] This strategy was also the quickest because the equipment was already on-site and required minimal modification.[51]

In addition, any concerns about the well's integrity would have been minimized because this BOP could be configured to vent hydrocarbons back out into the GoM if certain problems arose.[52] The strategy would also have improved the likelihood of a successful Top Kill procedure if the well was not shut-in right away.[53] BP knew that this was an advantage.[54]

Despite the advantages of the BOP-on-BOP solution, BP failed to give proper priority to preparing this procedure for implementation. TO's DISCOVERER ENTERPRISE was the vessel originally selected for the deployment and installation of the its BOP on the DEEPWATER HORIZON's BOP. Its BOP had been modified and prepared for use.

At the point when this BOP was *"…ready to go,"* BP considered making a switch and use TO's DEVELOPMENT DRILLER II's ("DDII") BOP.[55] On May 10, 2010, BP switched from the DISCOVERER ENTERPRISE's BOP to the DDII's BOP for its BOP-on-BOP solution.[56] BP re-deployed the DISCOVERER ENTERPRISE into a containment role. Thus, the BOP-on-BOP effort was delayed even further.[57]

After the DISCOVERER ENTERPRISE was switched to containment, its BOP was almost ready to be deployed such that it could shut-in Macondo.[58] BP had been in a position in early May, 2010 as this environmental emergency continued to

---

[47] Deposition Testimony of James Rohloff at 33-34
[48] TREX 8542
[49] Id.; TREX 10516; TREX 10675
[50] TREX. 10505.
[51] McWhorter Dep. at 473:21-474:6.
[52] TREX 10528; Turlak Dep. at 532:22-533:7.
[53] TREX 10543.
[54] TREX 10542; Holt Dep. at 619:16-25.
[55] TREX 10894
[56] *Id.*
[57] Deposition Testimony of Charles Holt at 416:24-417:12.
[58] Deposition Testimony of Robert Turlak, Nov. 6-7, 2012 at 360:23-361:8, 367:4-367:15; Deposition Testimony of Geoff Boughton, Jul. 20-21, 2011 at 79:1-13.


deploy a BOP-on-BOP solution yet, a decision was made to attempt the Top Kill first."[59]

The Top Kill suddenly became BP's preferred option[60] because it was BP's *"…first available thing"* to try.[61] The Top Kill was prioritized before the BOP-on-BOP solution against WWCI's advice.[62] The Top Kill[63] was a complex procedure developed to try to control the flowing sources either through a Junk Shot or a Momentum Kill.[64] This procedure involved pumping heavy and viscous drilling fluids and other materials through the BOP's Choke and Kill lines to stop the Well's uncontrolled flow.

The purpose of the Junk Shot was to establish restrictions in the flow and allow for a decrease in pressure in order to be able to kill this Well. Junk shots are typically designed to seal flanges, BOPs, valves or other equipment that are leaking. Different materials such as shredded rubber, nut hull, ball sealers and golf balls, are injected into the flow path. However, if the Junk Shot was successful, it would result in a potentially high shut-in pressure with the potential for casing failure[65] if these excessive pressures could not be relieved and/or vented.

The first review of the Top Kill procedure was prophetic:

> *"…the option of installing the DDII stack on top of the Horizon stack should be prioritized above the Q4000 operation [Top Kill] for executing the kill operation."*[66]

BP did not heed its own warning and proceeded forward with this option. The Top Kill was characterized as a "*High Risk*" and "*Low Probability of Success*" procedure.[67]

Risks associated with BP's Top Kill procedure were severe and potentially terminal to the Relief Well effort. To start, there was a risk of injury or death to the

---

[59] TREX 08542; *see also* TREX 5385 (showing a timeline for attaching the Enterprise BOP and shutting the well by May 11, 2010).
[60] TREX 10516; TREX 10675
[61] TREX 10611
[62] Id.
[63] A Top Kill is an attempt to kill the well by pumping a predetermined weight of drilling mud down a pipe from the surface through a manifold and the choke and kill lines into the wellbore. The weight of the drilling mud is heavier than the formation pressure allowing the weight of the mud to push the formation fluids back down and into the formation.
[64] Deposition Testimony of David Barnett, December 14, 2012, 29:10-14, A Momentum Kill "*is done from the top of the well and essentially, it has to do with pumping the fluid fast enough to create enough friction at the top of the hole to force the reservoir fluid back into the reservoir.*", 31:23-25 "*The Momentum Kill is very rare- it doesn't have a very high percentage of success.*"
[65] TREX 9135
[66] TREX 8541
[67] TREX 10509

**Gregg S. Perkin, P.E.
Engineering Partners
International
March 22, 2013**   EXPERT REPORT  - MACONDO PHASE II



individuals working with the high-pressure equipment necessary to implement the procedure. Beyond personal safety, the Top Kill included the risks of bursting the rupture disks leading to broach and impacting the relief well effort. The drilling of a Relief Well was BP's only known and tested technique for controlling the uncontrolled flow from their Well. In addition to these risks, a Junk Shot carried additional risks of creating pressure barriers and/or traps within the BOP and leading to a failure of well integrity and blocking access through the Choke and Kill lines of the Well's BOP. These risks are detailed in depth in multiple reports, memoranda and emails listed in Appendix B.

BP ignored these facts. In exchange for these risks, BP recommended and implemented a procedure which had little or no probability of success. BP obtained approval of this procedure by failing to disclose material information.

While BP told Government officials that the Top Kill would succeed, BP already knew that its chances of success were low and/or virtually nonexistent. BP's Mr. Kent Wells told Secretary Chu that the Top Kill was a "slam dunk."[68] BP's CEO Tony Hayward publicly stated on or about May 24th that the Top Kill had a 60-70% chance of success.[69] BP's public statements regarding the probability of success of the Top Kill were untrue.[70]

On or about May 6th, a **BP Presentation** giving a summary of the Junk Shot Protocol stated that:

> "Junk shots are often not successful…"[71]

WWCI also considered the technique to have a low chance of success which was why it was only very rarely used.[72]

The success of a Top Kill was dependent and susceptible to Well flow rates.[73] BP knew that if its Well's flow rate was greater than 15,000 barrels of oil per day ("bopd"), that its Momentum Kill would not succeed.[74] As discussed, BP knew the flow rate exceeded 5,000 bopd but was also more than the 15,000 bopd limit for

---

[68] Deposition of Secretary Steven Chu, Jan. 24, 2013 at 308:9-308:16.
[69] *See* TREX 10532.
[70] Robert Markham ("Mark") Patteson, the Top Kill lead, was unaware of any probability analysis being conducted for the Top Kill and was unaware of any information or data that would support a 60-70% probability of success. Patteson Deposition Testimony at 263-264.
[71] TREX 10506.
[72] Deposition Testimony. of David Barnett, Dec. 14, 2012 at 31:17-25; 105:13-106:8; 106:25-107:5; 180:5-180:22
[73] Deposition Testimony of Dr. Marcia McNutt, Oct. 24-25, 2012 at 449:19-450:4.
[74] TREX 8537; TREX 9132; Deposition of Ole Rygg, Oct. 3, 2012  at 205:14-206:2; Holt Dep. at 197:17-198:14 ("anything above 15,000 barrels a day in the modeling that had been done, said that – that it was going to be very difficult, if not impossible, to use the dynamic kill to kill this well.").

19   BACKGROUND AND DISCUSSION OF THE EFFORTS EXPENDED TO SUPPRESS THE FLOW OF OIL FROM THE MACONDO WELL


its Momentum Kill.  For example, Halliburton informed BP that it believed the Macondo was flowing in excess of 30,000 bopd.[75]

The impact of the flow rate was summarized by Mr. Frank Vargo, of Halliburton:

> *"With the knowledge that the top kill could not have worked based on the 15,000 barrel per day limitation, then we shouldn't have moved forward with the top kill because it was going to put everybody at risk and the well at risk.  Not – I mean, I don't – we're ending up here.  But I don't think anybody really understands how dangerous what we were about to do was."*

> *"I mean, we have high-pressure equipment out there, people working around 15,000 psi equipment.  If something came apart, you would have killed people.  If you looked at the pictures of the boat, I mean, we had people – equipment on top of equipment.  It was a dangerous, dangerous operation.  And if they had knowledge that that was the case, we shouldn't have moved forward."*[76]

BP told Dr. Marcia McNutt, the Director of the United States Geological Service and the Flow Rate Technical Group that the success of the Top Kill option was not dependent on the flow rate.[77]  BP did not inform Dr. McNutt about the 15,000 bopd limit, which would have been helpful in evaluating the success or failure of the Top Kill.[78]

Two (2) Government officials had to sign off on the Top Kill method before BP could proceed with it: Federal On-Scene Coordinator Admiral Landry and the MMS Gulf of Director Mr. Lars Herbst.[79]  Neither were informed of the 15,000 bopd limit.  Later, Mr. Herbst testified that this information would have been "very helpful".[80]

BP misrepresented the flow rate of the well to Landry and Herbst, withholding its internal analysis, estimates and models.  Admiral Landry expected BP to keep her apprised of all of its flow rate modeling and estimates, but BP had not.[81]

---

[75] Deposition testimony of Halliburton 30(b)(6) witness Frank Vargo at 92-93
[76] Id. At 316 – 317.
[77] McNutt Dep. at 412:17-413:11.
[78] McNutt Dep. at 414:178-415:8.
[79] TREX 9353.
[80] Herbst Dep. at 441:17-442:13.
[81] *See* Landry Dep at 560:26-24, 582:1-19, 583:24-584:3, 584:23-585:13, 600:13-19, 605:1-21, 618:17-619:4.

**Gregg S. Perkin, P.E.**
**Engineering Partners**
**International**
**March 22, 2013**  **EXPERT REPORT  - MACONDO PHASE II**



BP also provided incomplete and misleading flow rate data to Secretary of Energy Steven Chu.[82]  Rather than share with Secretary Chu the flow rate estimates which exceeded 15,000 bopd, BP told him that:

> *"…they wanted to proceed with the top kill, that they were confident that it was going to work, . . . and that they . . . had the capability of marshaling counter flows that would overwhelm what was coming up."*[83]

While failing to disclose that the Momentum Kill would not be successful if the well was flowing more than 15,000 bopd, BP was actively withholding or misrepresenting to everyone what it knew regarding the actual flow rate of their Well.  While publicly stating the well was flowing at only 5,000 bopd, BP knew otherwise.  According to BP's Criminal Plea Agreement, this knowledge formed the basis of BP's recent felony plea for Obstruction of Congress.[84]

BP possessed internal flow rate calculations well in excess of both the 5,000 bopd public statements and the 15,000 bopd limit for the Momentum Kill to be successful.[85]  In light of this information, BP was fully aware that its Top Kill would not be successful.  BP withheld this information from federal officials who unknowingly approved a procedure that BP knew could not work.

BP's Top Kill began on the afternoon of May 26 from the Q4000.  Water Based Mud ("WBM") at a weight of 16.4 pounds per gallon ("ppg") was pumped into the Well at a rate of 35-60 barrels per minute ("bpm") through the BOP's choke and kill lines. Three (3) attempts were made to pump mud at rates of up to 80 bpm or more than 115,000 barrels/day.

Refer to the diagram on the following page.

---

[82] Chu Dep. at 188:9-189:6, 213:7-218:18.
[83] *Id.* at 206:2-13.
[84] TREX 11422
[85] TREX 6110; TREX 8656; TREX 9274; TREX 9292; TREX 2418; TREX 9257; TREX 9267; TREX 9266; TREX 8866; TREX 8865; TREX 9620; TREX 8894; TREX 8942; TREX 5063; TREX 9843; TREX 9629; TREX 3910; TREX 8657; TREX 3063; TREX 9274; TREX 9292

21  BACKGROUND AND DISCUSSION OF THE EFFORTS EXPENDED TO SUPPRESS THE FLOW OF OIL FROM THE MACONDO WELL



announced. Yet, BP continued to represent that 5,000 bopd was its best estimate of the flow rate;
4. BP explained the only possible and plausible reason for the failure of the Top Kill was that the mud flowed through burst rupture disks in the 16" OD Casing and that further intervention efforts would lead to a subsea blowout. And;
5. Because of their misguided and baseless justification, BP removed the BOP-on-BOP solution and the designing, building and testing of a 3-Ram Capping Stack solution was delayed.[126]

**OPINION 6: BP MANAGEMENT RECOMMENDED PROCEDURES THAT BP KNEW HAD GREATER RISK WITH LESS CHANCE OF SUCCESS.**

1. In the most dangerous of drilling environments, BP's only contingency plan for a blowout was to drill a Relief Well;[127]
2. Many of the containment methods BP attempted were improvised and untested and deemed to have a high risk of success;[128]
3. An optimum approach for Kill technique selection should be the probability that the technique will work under the blowout conditions being experienced. Consideration should be given to all Kill options on an equal basis prior to making the final decision;[129]
4. WWCI, Cameron, Anadarko and Transocean all believed the best source control option for the Macondo well was the BOP-on-BOP and/or Capping Stack solution;[130]

---

[126] Deposition Testimony of Charles Holt, 209:2-209:7, 390:6-390:17; Deposition of Admiral Mary Landry, 635:18-636:5; TREX 10686; Deposition Testimony of Lars Herbst, 495:9-496-:3, TREX 11231, TREX 11232.
[127] Deposition Testimony of James Rohloff, October 17, 2012, 48:2-17.
[128] Letter from Pat Campbell to Mark Patteson, May 12, 2010, TREX 3922, *"…it's my understanding that a number of BP initiatives are being considered for "pro-active" deployment and implementation. It's my personal opinion that the risk associated with most of the initiatives is too high…"*; Email from Stuart Nelson to Don King, Ref: BP Horizon – BOP Pressure Relief Manifold, May 30, 2010, TREX 10514, *"Everything they have done so far is an experiment."*; Summary points from the Kill the Well on Paper Discussion, May 18, 2010, TREX 8553; Email from Ole B. Rygg to Kurt Mix, Subject: Top kill – 5000 and 15000 bopd, May 16, 2010, TREX 8537; Planning Procedure for Junk shot, Bullhead, and Momentum Top Kills, Version #10, May 4, 2010, TREX 11412
[129] DEA 63 Report, 1991, *"situations have occurred in which one approach was followed against recommendations of other groups for alternative approaches that had significantly more technical merit.."*
[130] Email from Stuart Nelson to Don King, Ref: BP Horizon – BOP Pressure Relief Manifold, May 30, 2010, TREX 10514, *"If it was up to me I would have done that [BOP on BOP solution} in the very beginning. Everything they have done so far is an experiment. Releasing the LMRP, cutting the drill pipe and installing a new BOP is the way it was designed to work in the first place."*; Letter from Pat Campbell to Mark Patterson, May 12, 2010, TREX 3922; Email from Nancy Seiler to Jim Hackett, Subject: Comments, June 3, 2010, *"Drilling 101 would have been to immediately cut the Riser and pull the LMRP."*, ANA-MDL00230538-230539

**Gregg S. Perkin, P.E.
Engineering Partners
International
March 22, 2013**    EXPERT REPORT  - MACONDO PHASE II



5. A Capping Stack and BOP-on-BOP solution were both source control options shortly after the rig sunk.[131] Both stacks were designed, manufactured, and tested in parallel with the other solutions being attempted during the early part of the blowout, i.e. the cofferdam, the Junk Shot, the Top Kill and various collection devices; [132]
6. A plan for a Capping Stack solution began to be developed on April 27, 2010; 7 days after the blowout;
7. The Capping Stack solution incorporated many off-the-shelf components into its design.  After the actual Capping Stack was built, it underwent lengthy surface-testing installation procedures on simulated Macondo wellhead equipment which could have been mitigated had a Capping Stack solution been identified and been made available well in advance of this event;
8. BP recommended and proceeded with the Top Kill and Junk Shot procedures in an attempt to shut-in the Macondo Well even though BP knew that the Top Kill was not viable if the Well was flowing in excess of 15,000 bopd; [133]
9. BP prioritized the Top Kill and Junk Shot procedures over the BOP-on-BOP solution to shut-in the Well knowing that the BOP-on-BOP solution was the best available technology and most effective solution to shut-in the Well;
10. BP misrepresented the reason the Top Kill failed as being the Top Kill pumped into the Well had exited the through the burst rupture disks into the surrounding formation while knowing the reason for failure was attributable to the 15,000 bopd flow rate the well was experiencing. [134]

**CONCLUSION:**

These are my opinions within a reasonable degree of probability, based upon my education, training, experience and my review of the materials referenced in Appendix A.

---

[131] National Commission on the BP Deepwater Horizon Oil spill and Offshore Drilling:  *"Stopping the Spill: The five-Month Effort to Kill the Macondo Well",* Updated January 11, 2011, TREX 2291, p. 26.

[132] Email String from Pat Campbell to David Moody, et al, Subject: Schedule – DDII BOP on Horizon BOP 5-17, Capping Stack Support, May 17, 2010, TREX 10611; Email String from Eddy Redd, to Steve Hand, et al, Subject: Priority for Completion of the BOP Work on the DDII, May 15, 2010, TREX 10879.

[133] Email from Ole B. Rygg to Kurt Mix, Subject: Top kill – 5000 and 15000 bopd, May 16, 2010, TREX 8537; Summary points from the Kill the Well on Paper Discussion, May 18, 2010, TREX 8553; Email String from Curtt Ammerman to Guffe, Subject: Summary of Well Kill Meeting, May 18, 2010, TREX 9135, *"…we were shown today that if the flow rate is 15,000 bopd instead of 5,000 bpd, the modeling shows it is likely the well kill will not be successful."*

[134] TREX 11408, TREX 10531, Q4000 Operations Pump-in Diagnostics and Potential Top Kill Option Presentation (BP-HZN-2179MDL05016264), TREX 10534, 6-1-10 HESI email (HAL_0531154), TREX 9084, TREX 9160, TREX 9103, Email from Bill Kirton Re:  MC252 Pressure Limitation.ppt (May 16, 2010)(BP-HZN-2179MDL07449737);  TREX 5877, TREX 10543; BP Technical Note, Macondo 16" x 9/78" Annulus Pressure Integrity, May 17, 2010, TREX 5877

31    SUMMARY OF OPINIONS AND CONCLUSIONS