# EXHIBIT 1

01-42139
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG     )    MDL NO. 2179
"DEEPWATER HORIZON" in the     )
GULF OF MEXICO, on     )    SECTION: J
APRIL 20, 2010     )
    )    JUDGE BARBIER
    )
    )    MAG. JUDGE SHUSHAN

## *CONFIDENTIAL*

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Michael M. Levitan, Ph.D.

### VOLUME 2

JANUARY 31, 2013

## *COPY*



*Systems Technology for the Litigation World*

Litigation Group•Court Reporting•Video Production•Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

430

1   Halliburton did after the blowout of the Macondo

2   Well on April 20th, 2010?

3        A.   I do not recall anything like this.

4        Q.   So you personally don't have any

5   criticisms or complaints about anything

6   Halliburton did or failed to do; is that right?

7        A.   I personally do not have any -- any

8   complaints.

9        Q.   Okay.  Let me direct your attention to

10  that exhibit in front of you, 10947, which was, I

11  believe, Version C of the Technical Note.  Do you

12  have that in front of you?

13       A.   Yes.

14       Q.   Can you describe what the purpose of that

15  project was?

16                  MR. CRAMER:   Object to form.

17       A.   The -- the purpose is stated here in --

18  at the beginning of that note.  It's basically to

19  address two questions:  Time for pressure buildup

20  at normal shut -- shut-in wellhead pressure, and

21  ultimate shut-in pressure taking in -- into

22  account both the oil-bearing and gas-bearing

23  sands.

24       Q.   (By Mr. Smith) So is it fair to say that

25  part of the purpose of this Project was to

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

1   analyze the gas-bearing sands in order to

2   determine what effect they might have on the

3   ultimate shut-in wellhead pressure?

4          MR. CRAMER:  Object to form.

5      A.  According to what it is written here,

6   taking into account both the oil -- oil-bearing

7   and gas-bearing sands.

8      Q.  (By Mr. Smith) Okay.  And I see at the

9   top, you're listed first in the line that says

10  "Prepared by."  Are you listed first because you

11  were the Leader of this Project, or did you work

12  on this more than other -- than the other people

13  that are listed in that line?

14     A.  No.  It's just by accident.

15     Q.  Okay.  But you did have involvement in

16  this Project, right?

17     A.  I -- I had involvement in drafting

18  this -- this note, together with other people.

19     Q.  Okay.

20     A.  Editing, actually.  Not drafting,

21  editing.

22     Q.  Okay.

23     A.  And, also, I contributed, not directly,

24  through -- work Debbie Kercho did with regard

25  to looking at the timing of the buildup, how fast

1   pressure will build up after the well is closed.

2       Q.   (By Mr. Smith) Okay.  I'll represent to

3   you that when Mike Mason was asked about the

4   project that's referenced in this Technical Note,

5   when he was asked if it was an important project,

6   he said that it was a critical project.  Would

7   you agree with that characterization of the

8   importance of this Project?

9             MR. CRAMER:  Object to form.

10      A.   I -- I cannot comment about this.  I

11  participated in addressing his questions.  How

12  important this for -- for -- for subsequent

13  decision-making, I -- I -- I cannot comment.

14      Q.   (By Mr. Smith) Okay.  But it is your

15  understanding that the inputs and the data that

16  you would have considered as part of this -- this

17  analysis, it was important that those inputs be

18  accurate, correct?

19            MR. CRAMER:  Object to form.

20            MR. DAFFADA:  Join.

21      A.   Inputs, if -- if you have accurate

22  information, yes, it should be used for this type

23  of analysis.

24      Q.   (By Mr. Smith) And so to the best of your

25  knowledge, BP was using accurate information --

433

1      A.   That's -- B -- B --

2      Q.   -- for purposes of this analysis?

3              MR. CRAMER:  Object to form.

4      A.   This is not what I said.  I -- I didn't

5  say that BP had accurate information.  I said

6  that if you would have accurate information, of

7  course, we would use -- use it.

8      Q.   (By Mr. Smith) Do you know of any reason

9  to think that some of the information in this

10  analysis was inaccurate?

11              MR. CRAMER:  Object to form.

12      A.   I do not know, but I do not think we had

13  a lot of information at this stage.

14              THE VIDEOGRAPHER:  (Sneezing.)

15              MR. DAFFADA:  Bless you.

16      Q.   (By Mr. Smith) Sir, at this stage, was

17  this the most accurate information, to your

18  knowledge, that was in the possession of BP?

19      A.   I -- I do not know.

20              MR. CRAMER:  Object to form.

21      Q.   (By Mr. Smith) Okay.  If you would turn

22  to the -- the fifth page of Exhibit 10947.  It's

23  the page that's got a -- a table.  Do you see

24  that?

25              MR. CRAMER:  It's the fifth page of

1    the attachment?

2        Q.  (By Mr. Smith) I'm sorry.  The -- the

3    attachment to that E-mail.

4        A.  Page 5960?

5        Q.  5960, yes, sir, that's correct.

6            Do you see that table?

7        A.  Yes.

8        Q.  If you look at about the middle of that

9    table, you'll see in that first column a

10   reference to "Zone 56A, 57B + 56DEF

11   unconstrained."  Do you see that entry on the

12   left-hand most column?

13       A.  Um --

14       Q.  About halfway down?

15       A.  I do not see the word "unconstrained."

16       Q.  Well, do you see the reference to M -- to

17   "57B"?

18       A.  (Reviewing document.)

19            MR. CRAMER:  It's right there.

20       Q.  (By Mr. Smith) I'm sorry.  It is a little

21   bit difficult to read.

22       A.  Okay.  Okay.  Okay.

23       Q.  Okay.  So you -- so you do see that

24   entry?

25       A.  Yes.

1    Q.  And then beneath that, there's an entry

2    that says:  Zone 56A, 57B + 56DEF @10mbd."

3        A.  Yes.

4        Q.  Do you see that?

5        A.  (Nodding.)

6        Q.  And then dropping down a couple lines,

7    you'll also see an entry that says "Zone 56A,

8    57B," and then some other characters.  Do you see

9    that?

10       A.  Yes.

11       Q.  And then beneath that, there's also

12   several more references to "M57B Gas," "M56E

13   Gas."  And then at the very bottom of that

14   column, there's at least three entries that say

15   "M57B Gas."  Do you see those entries?

16       A.  Yes, I see them.

17       Q.  Okay.  Is it fair to assume that the

18   references to the "M57B Gas" is an example of

19   some of the gas zones that you were modeling for

20   purposes of determining the ultimate shut-in

21   wellhead pressure?

22               MR. CRAMER:  Object to form.

23               MR. DAFFADA:  Join.

24       A.  I want to -- to state that these

25   simulations which were done in prepare -- in

1    preparing this document were mostly done by

2    people using Prosper and GAP softwares, Tony Liao

3    and Simon Bishop.  And -- and when you say "in

4    your simulation," I -- I wanted to clarify.

5        Q.  (By Mr. Smith) Okay.

6        A.  Okay?  Now, as I recall, at that time we

7    operated under assumption, which came from

8    Geologist, that -- that most likely these are

9    gas-bearing intervals.  Whether it is true or

10   not, I do not know.

11       Q.  But for purposes of this analysis, the

12   operating assumption was that the M57B zone was a

13   gas-bearing zone?

14                MR. CRAMER:  Object to form.

15                MR. DAFFADA:  Join.

16       A.  In -- in this analysis, we assumed that

17   it was gas bearing.

18       Q.  (By Mr. Smith) Okay.  And then so when

19   you calculate things like the ultimate shut-in

20   wellhead pressure, part of what you're trying to

21   do is determine the effect that the M57B zone

22   would have if you assume it's a gas zone,

23   correct?

24                MR. CRAMER:  Object to form.

25                MR. DAFFADA:  Form.

1    A.   Yes.   This is what people who did this
2    simulation were assuming.
3    Q.   (By Mr. Smith) And that was the purpose
4    of this Project, among other things, was to
5    analyze the effect that a zone such as this might
6    have?
7    A.   Yes.
8    Q.   Okay.   So isn't it also part of this
9    analysis that you're going to assume that the
10   M57B zone is capable of flowing hydrocarbons?
11               MR. CRAMER:   Object to form.
12   A.   Could -- could you repeat your question?
13   Q.   (By Mr. Smith) Sure.   So isn't it part of
14   this analysis that you're assuming that the M57B
15   zone is capable of flowing hydrocarbons?
16               MR. CRAMER:   Object to form.
17   A.   Yes, it -- it was assumed that this zone
18   was contributing fluid to -- to the production
19   from this well, the flow path --
20   Q.   (By Mr. Smith) Okay.
21   A.   -- from this well.
22   Q.   And you used the word "contributing
23   fluid."   Now, that -- that means that the
24   assumption is that the M57B zone is, in fact,
25   capable of producing hydrocarbons, and that they

1    are flowing into the -- the wellbore or into the

2    Gulf of Mexico, right?

3         A.   Yes.

4              MR. CRAMER:  Object to the form.

5              MR. DAFFADA:  Join.

6         Q.   (By Mr. Smith) And this may be kind of a

7    silly question, but as a Reservoir Engineer, if

8    you were to assume that the M57B was a gas zone,

9    isn't it true that would mean that it's a

10   hydrocarbon-bearing zone?

11             MR. CRAMER:  Object to form.

12        A.   Gas is hydrocarbon fluid; so when you say

13   "hydrocarbon-bearing zone," yes, you -- you're

14   assuming that you have hydrocarbons in this

15   interval.

16        Q.   (By Mr. Smith) Sure.

17        A.   Again, you are assuming that there is a

18   gas which contains hydrocarbons.  It is possible

19   to have a gas interval which is not hydrocarbon,

20   like say $CO_2$, and there are such reservoirs which

21   contain exclusively $CO_2$.  So in our assumptions

22   here, we -- we assumed that this is gas.

23        Q.   And when you say "gas," do you mean

24   methane or a hydrocarbon gas?

25             MR. CRAMER:  Object to form.

# EXHIBIT 2



## Macondo Technical Note

| Title: | Shut-in Pressures: Range and Likelihood |
|---|---|
| Contributors: | Mike Levitan, Debbie Kercho, Farah Saidi, Simon Bishop, Yun Wang, Charles Bondurant, Andrew Sweeney, Galina Skripnikova, David Grass, Pierre Andre Depret, Tony Laio, Kelly McAughan, Chris Cecil, Bob Merrill |
| Issued by: | Bob Merrill |
| Date: | May 19, 2010 |
| Version: | A - DRAFT |

**Question Addressed in this Technical Note:**

As BP is currently evaluating kill options for the Macondo well, this technical report addresses the following questions:

- What is the likely range of shut-in pressures at the well head (SIWHP)?
- What probability of occurance can be assigned to each of the calculation methods.
- Is it likely to change over time?

This note expands upon earlier work documented in a draft technical note dated 17-May. We are not able answer the third question at this time; there was insufficient time to obtain the results from transient wellbore simulation.

**Key Conclusions**

1. The SIWHP is expected to be between ~8,100 psia and 11,350 psia. This range considers the impact of shallower high pressure gas zones, which are found at depths between 17,467 – 17,806 ftMD-RKB.

   - There was consensus that these gas zones were likely to be open, but the contribution and depletion of these zones was an area of uncertainty.

   - The shallower gas zones at 12,030 – 13,320 ftMD-RKB are behind the 13⅝ inch liner and are not likely to increase the stated range of SIWHP.

3529

Exhibit No. _____
Worldwide Court
Reporters, Inc.

CONFIDENTIAL

BP-HZN-2179MDL02176694
BPD209-004851

TREX-003529.001

2. The team was requested to estimate the likelihood of SIWHP exceeding a number of values. The following figure provides that estimate:



It is clear that the team believes that there is a 20% probability that the SIWHP will exceed 10,000 psia. The team also believes that the SIWHP is only 5% likely to be less than 8,500 psia.

3. The Enterprise has reported considerable variation in the gas/oil ratio of the recovered oil. These GOR values range from an initial 2,350 SCF/stb, consistent with the oil's PVT data, to almost 7,500 SCF/stb as the GORs show an increasing trend.

- The 7,500 SCF/stb value is consistent with a calculated SIWHP of ~9,500 psia.

- The trend of GOR with time influenced the presented cumulative probability chart.

**Attachments**

1. Pressure Ranges and Calculation Methods

2. Method for Establishing probabilities

3. Table of Formation Properties

4. Thermal Gradient

Page 2 of 6                    Confidential

CONFIDENTIAL

BP-HZN-2179MDL02176695
BPD209-004852

TREX-003529.002

## Model Results of Shut-In Pressure for Macondo Well

| Modelled Sand(s) | SI WHP | Tool | Correlation | Gradient |
|---|---|---|---|---|
| M56E Oil | 8,164 | Pipesim | EoS Tables | Geothermal |
| M56F Oil | 8,169 | Pipesim | EoS Tables | Geothermal |
| M56D Oil | 8,181 | Pipesim | EoS Tables | Geothermal |
| M56e,d,f | 8,351 | Prosper | Al-Marhoun | Geothermal |
| M56A Oil | 8,481 | Pipesim | EoS Tables | Geothermal |
| Lower Oil Sands + Gas Zone | 8,503 | Prosper | Al-Marhoun | Geothermal |
| Lower Oil Sands + Gas Zone | 8,605 | Prosper | Vasquez-Beggs | Geothermal |
| M56E Oil | 8,232 - 8,860 | Excel | Incompressible | none |
| M56E Gas | 10,200 | Excel | Hall-Yarborough | linear |
| M56A (2nd sand @17804) Gas | 10,372 | Prosper | Al-Marhoun | Geothermal |
| M56A (as gas-filled) | 10,569 | Pipesim | EoS Tables | Geothermal |
| M56A+M57B Gas | 10,797 | Prosper | Al-Marhoun | Geothermal |
| M57B Gas | 11,184 | Prosper | Al-Marhoun | Geothermal |
| M57B Gas | 11,327 | Pipesim | EoS Tables | Geothermal |
| M57B Gas | 11,308 | Excel | Hall-Yarborough | linear |
| Oil, GOR = 7500 | 9,450 | Prosper | Al-Marhoun | Geothermal |
| Oil, GOR = 7500 | 9,600 | Pipesim | EoS Tables | Geothermal |

Page 3 of 6

Confidential

CONFIDENTIAL

BP-HZN-2179MDL02176696
BP0209-004853

TREX-003529.003

## Method Used to Develop Cumulative Probabilities

The cumulative probabilities were determined through a polling process. The petroleum and reservoir engineers were presented the model results, the modelling assumptions, and the other considerations / constraints.

Each engineer was asked to consider a range of values (8000, 8500, 9000, 9500, 10000, 10500, and 11350 psia) and estimate in their own best judgement the probability that the SIWHP would exceed that value. As the models predicted a pressure range of 8,100 psia to 11,350 psia, the probability of exceeding 8,000 psia was almost 100% and that of exceeding 11,350 psia was 0%.

After each engineer wrote down their values, they were polled in a random order for their estimated probability. These were then averaged to create a cumulative permeability curve for each pressure.

This was then followed by a discussion of the technical reasons behind the estimates. At the conclusion of this discussion the group consensus was to increase the probabilities of exceedance for 10,000 and 10,500 psia by 5%.

The resulting curve was plotted. The statistics associated with each point (after the 5% shift) are provided in the following table:

| Pressure | Mean Probability to Exceed | Min Probability | Max Probability |
|---|---|---|---|
| 8,000 | 99% | 95% | 100% |
| 8,500 | 86% | 60% | 100% |
| 9,000 | 56% | 30% | 100% |
| 9,500 | 39% | 5% | 100% |
| 10,000 | 24% | 10% | 100% |
| 10,500 | 12% | 5% | 55% |
| 11,350 | 0% | 0% | 0% |

Page 4 of 6                                            Confidential

BP-HZN-2179MDL02176697
BPD209-004854

TREX-003529.004

BP-HZN-2179MDL02176698
BPD209-004855

## Layer Properties Used for Calculations



Draft for Discussion

Confidential

CONFIDENTIAL



Confidential

CONFIDENTIAL

BP-HZN-2179 L02176699
PD209-004856

TREX-003529.006