IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to: *All Actions*<br><br>(Including No. 10-2771) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**PLAINTIFFS' RESPONSE TO BP'S MOTION *IN LIMINE* TO EXCLUDE "OTHER PHASES" EVIDENCE FROM PHASE TWO**

Plaintiffs, including the States of Alabama and Louisiana, hereby respectfully respond to BP's Motion *in Limine* to Exclude "Other Phases" Evidence [Doc. 11026]:

**MAY IT PLEASE THE COURT:**

Plaintiffs recognize the Court's order defining the issues to be tried in Phase Two. [Doc. 6592]. Plaintiffs also understand that there is one unitary trial record.[1] Thus, evidence <u>relevant</u> to Phase Two that was previously offered or admitted in Phase One need not be re-introduced during Phase Two of the Trial.

Given these understandings, Plaintiffs agree that evidence either <u>solely</u> related to Phase One or to potential future phases, or otherwise <u>not</u> relevant to Phase Two, should not be introduced, for the first time, in Phase Two.

---

[1] See Order [Doc 11087] (Aug. 22, 2013), p.1.

The question then becomes for what purpose is the evidence being offered? Plaintiffs suspect that this will not become an issue, and respectfully suggest that the appropriate time for the Court to make such a decision (if any) is during the Phase Two Trial, so that the Court (and the Plaintiffs) can understand the context in which the potential evidence is being offered.

This 3rd day of September, 2013.

Respectfully submitted,

| | |
|---|---|
| /s/ Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No.11511 |
| **HERMAN HERMAN & KATZ LLC** | **DOMENGEAUX WRIGHT ROY & EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhklawfirm.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs Liaison Counsel* | *Plaintiffs Liaison Counsel* |

**HON. LUTHER STRANGE**
**COREY MAZE**
*FOR THE STATE OF ALABAMA*

**HON. JAMES D. "BUDDY" CALDWELL**
**DOUGLAS KRAUS**
*FOR THE STATE OF LOUISIANA*

### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that the above and foregoing Memorandum will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 3rd day of September, 2013.

/s/ James Parkerson Roy and Stephen J. Herman