# RULE 26 REPORT ON BP's DEEPWATER HORIZON MACONDO BLOWOUT

## RE: OIL SPILL by the OIL RIG
## "DEEPWATER HORIZON"
## GULF OF MEXICO
## APRIL 20, 2010

## PHASE 2 EXPERT OPINIONS
## BASIS OF OPINIONS
## ANALYSIS & DISCUSSION

Prepared by:
Dr. Robert G. Bea, PE
Professor Emeritus of Civil and Environmental Engineering
University of California, Berkeley

Prepared for:

The Plaintiff Steering Committee (PSC) for MDL No. 2179

At the behest of
Plaintiff Liaison Counsel, James P. Roy and Stephen J. Herman
and
Brian Barr & Scott Summy of the Plaintiff Executive Committee

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
THE HONORABLE JUDGE BARBIER
MAG. JUDGE SHUSHAN

By order of
The Judicial Panel on Multi Districct Litigation

April 5, 2013

**Opinions:**

1. **BP Management knowingly ignored required Process Safety Management mitigations for blowout source control in deepwater exploration wells drilled by contractor-owned Mobile Offshore Drilling Units in the Gulf of Mexico.**

2. **BP Management's Process Safety Management blowout source control failures resulted from a reckless disregard of the risk of loss of primary containment and an uncontrolled flow of oil and gas from the Macondo well.**

Figure 12 shows the portion of the actual BP Macondo Risk Register that assessed the likelihood (probability) and consequences (impacts) of an uncontrolled blowout. The probability was assessed as "Moderate" with "High Manageability" and the consequences as "Cost."[56] Clearly, the sole consequence of "Cost" was not accurate. BP intentionally ignored high consequences in assessing Macondo well system risk and deviated from any reasonable standard of care by knowingly operating outside of Process Safety Management As Low As Reasonably Practicable requirements.

BP's assessments were based on unsubstantiated feelings and beliefs that lacked the rigor of an objective and unbiased risk assessment analysis.[57] The participants had no significant formal training or qualifications in Process Safety Management risk assessment and management of complex systems.[58] The BP Macondo management and drilling team erroneously concluded that there were no significant challenges to safety. And, the so-called Risk Champions in BP's safety management system failed in their responsibilities to ensure risk was being properly managed and that Process Safety Management was in fact more than just intellectual pabulum.[59] Realistic, rigorous Process Safety Management processes and procedures were not performed. The result was a serious compromise of Process Safety Management for the Macondo system. BP Management's inappropriate risk analysis of the Macondo well system allowed operations outside of Process Safety Management As Low As Reasonably Practicable requirements without implementing appropriate Process Safety Management post-blowout source control Mitigation Barriers.

| | Risk Register for Project: | Macondo | Last Updated: | 20-Jun-09 | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | **General** | | **Pre-Response** | | **Post-Response** | | |
| **R/O no.** | **Risk/Opportunity Name** | **Event Description / Impact** | **Impact Type** | **Manageability** | **Impact Type** | **Impact Level** | **Prob.** |
| | Well Control | Potential well control problem: risk of losing the wellbore in an uncontrolled situation | Cost | High | Cost | Medium | Moderate |

**Figure 12:** Macondo risk register excerpts – Well Control Post Response assessments (red highlight added for emphasis).

Process Safety Management requires the proper (valid) assessment of the risks (likelihoods and consequences of major system failures) associated with a system. Assessment of both the likelihoods and consequences of failure must be valid and validated

---

[56] Deposition Testimony of Cheryl Grounds ("Grounds Dep.") at 108-12; TREX 1741.

[57] TREX 5946 (Phase 1 Report of Dr. Robert G. Bea and Dr. William E. Gale, Jr. (August 26, 2011)).

[58] Grounds Dep. at 96, 190.

[59] Deposition Testimony of Patrick O'Bryan at 250-251.