# RULE 26 REPORT ON BP's DEEPWATER HORIZON MACONDO BLOWOUT

## RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" GULF OF MEXICO APRIL 20, 2010

### PHASE 2 EXPERT OPINIONS
### BASIS OF OPINIONS
### ANALYSIS & DISCUSSION

Prepared by:
**Dr. Robert G. Bea, PE**
Professor Emeritus of Civil and Environmental Engineering
University of California, Berkeley

Prepared for:

**The Plaintiff Steering Committee (PSC) for MDL No. 2179**

At the behest of:
Plaintiff Liaison Counsel, **James P. Roy** and **Stephen J. Herman**
and
**Brian Barr** & **Scott Summy** of the Plaintiff Executive Committee

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
THE HONORABLE JUDGE BARBIER
MAG. JUDGE SHUSHAN

By order of
The Judicial Panel on Multi District Litigation

April 5, 2013

**Opinions:**

1. BP Management knowingly ignored required Process Safety Management mitigations for blowout source control in deepwater exploration wells drilled by contractor-owned Mobile Offshore Drilling Units in the Gulf of Mexico.

2. BP Management's Process Safety Management blowout source control failures resulted from a reckless disregard of the risk of loss of primary containment and an uncontrolled flow of oil and gas from the Macondo well.

## Section 1. Process Safety Management: Mitigation Barriers

The universal goal of Process Safety Management is to prevent and mitigate major accidents involving the release of hazardous materials such as flammable liquids and gases (Figure 1).[29] Process Safety Management is composed of two major parts: Prevention and Mitigation.

Prevention is focused primarily on assessment and management of the 'likelihoods' (probability) of a major system failure (Figure 2). Mitigation is focused primarily on assessment and management of the 'consequences' (short and long term, on and off site) associated with a major system failure. This report focuses on BP's improper reliance on prevention measures and the absence of appropriate mitigation barriers.



**Figure 1**: Process Safety Prevention and Mitigation Barriers (Herbst 2011)[30]

---

[29] Process Safety Management is known also as Integrity Management, System Reliability, System Risk Assessment & Management, and in BP as the Operating Management System and Major Accident Risk Analysis.
[30] Deepwater Horizon Lessons Learned on Containment, by Lars Herbst, BOEMRE GULF OF MEXICO Regional Director, April 18, 2011 at 2.

7

(representing stockholder and commercial interests) and government (representing the general public and environmental interests).[32]



**Figure 3:** The Process Safety Management As Low As Reasonably Practicable Tolerable Risk Region.[33]

Three general approaches have been used to define the As Low As Reasonably Practicable region: Cost-Benefit economic analyses, Historic Precedents analyses, and Standards of Care (Standards of Practice) analyses.[34] Through Historic Precedents and Standards of Care decisions, the law serves as an important instrument to encourage acceptable assessment and management of system risks.

---

[32] D.N.D. Hartford, Legal Framework Considerations in the Development of Risk Acceptance Criteria, Structural Safety, Vol. 31, 2009, Elsevier Publishers; Edward Wenk, Jr., How Safe is Safe? Coping with Mother Nature, Human Nature and Technology's Unintended Consequences, Center for Catastrophic Risk Management, Deepwater Horizon Study Group Working Paper, Jan. 2011, http://ccrm.berkeley.edu/deepwaterhorizonstudygroup/dhsg_resources.shtml.

[33] A Probabilistic Approach to Risk Assessment of Managed Pressure Drilling in Offshore Applications, U.S. Minerals Management Service Technology Assessment and Research Study 582, Final Report 31 October 2008, Mohr Engineering Division of Stress Engineering Services, Houston, Texas.

[34] R. Bea, Quality Goals: Acceptable Reliability and Risk, Center for Catastrophic Risk Management, University of California Berkeley, 2003.

9

Currently, a Joint Industry – Government sponsored development project is addressing "Blowout Risk Assessment."[35] The Project is sponsored by the United States Department of Interior, Bureau of Safety and Environmental Enforcement, and sixteen (16) oil and gas exploration and production companies, including BP. It is developing a risk assessment tool to evaluate the risks related to well design and operations in the Gulf of Mexico. The Project is addressing three key areas: design and planning, execution in the field, and blowout source control and collection. The Project includes a 'comparative risk assessment' model that compares the blowout risks assessed for a specific well with other overall risks that have been "deemed to be acceptable" (Figure 4).



**Figure 4**: Blowout Risk Assessment "risks that have been deemed to be acceptable."[36]

This 'Fitness-For-Purpose' assessment guideline provides quantified expressions of "acceptable" combinations of the likelihoods (annual probabilities) and consequences (expressed in 2011 U.S. dollars excluding costs for losses of human life) of risks associated with a variety of offshore and onshore hazardous systems. For example, if the costs associated

---

[35] Blowout Risk Assessment, Joint Industry Project, Delmar Engineering, Houston, TX, https://web-server-1.delmarus.com/Engineering/Joint%20Industry%20Projects/borajip.html.
[36] *Id.* at 8.

10

with a blowout are estimated to exceed U.S. $10 billion, the 'acceptable' (As Low As Reasonably Practicable) annual probability of such events are indicated to be less than $1 \times 10^{-6}$ (1/1 million) per year.

The annual probability of failure is substantially greater for 'traditional shallow water' operations in the Gulf of Mexico (Figure 4, $1 \times 10^{-2}$ to $1 \times 10^{-3}$ per year). The primary reason for this difference is related to the magnitude of consequences associated with major system failures.

In shallow water, an uncontrolled blowout would not involve hydrocarbon reservoirs and wells that could produce 100,000 to 300,000 barrels of oil per day and take 100 to 150 days to stop using a relief well. The 'non-traditional' wells drilled recently in the deepwaters of the Gulf of Mexico have potential consequences that are significantly greater than those previously confronted in shallow water. The higher consequences of an uncontrolled deepwater blowout therefore require substantially lower likelihoods to be deemed an acceptable risk. Reaching this risk target of acceptability requires being able to effectively and rapidly stop uncontrolled blowouts involving wells drilled into these high productivity High Temperature – High Pressure reservoirs – not relying on relief wells taking 100 to 150 days to complete to stop the blowout.

Cost – Benefit economic analyses of the As Low As Reasonably Practicable or Tolerable Risk Region incorporate proper recognition of short and long term, direct and indirect present valued, and likelihood weighted future costs, including the invested costs, to avoid damages and injuries to the environment, resources, people, and productivity (Figure 5). Comprehensive Cost – Benefit analyses can provide very useful information to inform management decision-making to avoid the 'traps' of excessive cost reductions (cost cutting, excessive efficiencies) that result in unacceptable reductions in system robustness (damage and defect tolerance), and 'Quality'



**Figure 5**: Cost – Benefit economics evaluations of the As Low As Reasonably Practicable range of system reliability (likelihood of realizing desirable system Quality performance characteristics).

11

Protection, Mitigation and reliability.[37]

If for some reason during its life-cycle the system 'migrates' into the Not-Fit-For-Purpose risk region as illustrated in Figure 2, it is incumbent on the system owner – operator to stop and return the system to the Fit–For-Purpose or Tolerable Risk Region "as quickly as possible" before continuing operations (Figure 6).[38] Operations ought to be suspended if it is determined that the risks are above the maximum acceptable risk level.



**Figure 6:** Returning the system to an acceptable risk level after it is determined the risks exceed the maximum acceptable level.

---

[37] Quality of the system results from the combination of Serviceability (fitness for intended purposes), Safety (freedom from undue exposure to injury and harm), Compatibility (meets environmental, social, governmental, and industrial requirements), and Durability (freedom from unexpected degradations in Quality). This definition of system performance requirements is intended to make potentially conflicting system performance characteristics explicit so they can be addressed in balanced ways. R. Bea, "Design for Reliability: Human and Organizational Factors," Ch. X, *Handbook of Offshore Engineering*, S. Chakrabarti (Ed.), Elsevier Ltd. 2005.

[38] The return to the Tolerable Risk Region is accomplished fundamentally by lowering the likelihoods and consequences of major system failures through the use of effective Proactive, Reactive, and Interactive Prevention and Mitigation Process Safety Management processes.

12

## Section 2: BP Management Identified Deepwater Blowouts as a High Risk, High Consequence Event

BP Management understood that drilling a deepwater well like Macondo was a high risk and dangerous venture that was not As Low As Reasonably Practicable.[49] BP knew that a deepwater blowout was BP's highest risk in the Gulf of Mexico.[50] The nature of this high consequence risk obligated BP Management to provide Process Safety Management Mitigation controls in the event this known risk was realized. BP Management chose to plan nothing beyond the Oil Spill Response Plan.[51] Acceptable and effective Process Safety Management As Low As Reasonably Practicable Mitigation barriers were non-existent.

**BP Management did not require proper <u>assessment</u> of the risks associated with source control of an uncontrolled blowout of the Macondo well.**

BP's Major Accident Risk Process document identifies the probabilities of experiencing a 'leak' (blowout) during exploratory drilling of a High Pressure–High Temperature well as about 2/1000 per well per year.[52] The 2009 SINTEF blowout frequency study identified a similar blowout frequency as 1/1000 per well or about 4/1000 per well per year.[53] Given that there is approximately a 50% failure rate of the BOP blind shear rams to seal such a well,[54] there would be an uncontrolled blowout frequency of approximately 1/1000 to 2/1000 per well per year.[55] Application of this data to BP's Major Accident Risk Matrix makes the likelihood of the Macondo exploratory well's uncontrolled blowout, and the associated consequences, an 'Unacceptably High Risk' that is 'well above' BP's 'Group Reporting Line,' and that requires BP Management's approval before the system and project can be implemented (Figures 10 and 11).

---

[49] TREX 5946.

[50] Morrison Dep. at 227-231 ("Loss of well control is one of the top risks"); Hayward Dep. at 196 ("[Deepwater Blowouts are] one of the highest risks for the corporation. It was the highest risk in the Gulf of Mexico and one of the highest risks for the Exploration and Production Unit."); Inglis Dep. at 125 ("[W]ith respect to deepwater drilling in the Gulf of Mexico two of the major risks are loss of well control and the riser failure and loss of containment.").

[51] Wellings Dep. at 53-54; Holt Dep. at 64 – 65 ("Q. And BP would have obtained that knowledge on how to drill a relief well simply by the fact that it drills wells in the Gulf of Mexico, correct? A. Correct, yeah."); Inglis Dep. at 148-149, 160; Hayward Dep. at 255.

[52] TREX 4152 (BP Group Practice 48-50, Major Accident Risk Process, June 5, 2008, Table C-5 (blowout data from Scandpower) for exploratory High Pressure-High Temperature wells, frequency = $1.7 \times 10^{-3}$).

[53] TREX 7192, *SINTEF Report: Deepwater Kicks and BOP Performance*, Holand and Skalle, July 24, 2009; TREX 4156 (Risk Analysis in Offshore Development Projects," SINTEF Report, Norwegian Institute of Technology, Trondheim, Norway, 1983).

[54] TREX 5054.

[55] West Engineering BOP report, 2006, West Shear-Ram BOP Capabilities MMS Study 204-1 and West Engineering MMS Final Report 463; Blow-out Prevention Equipment Reliability Joint Industry Project (Phase I – Subsea), Final Report, West Engineering Services, 15 Jan. 2010; TREX 6299.

17

**Figure 10:** Major Accident Risk Assessment of a Macondo Well Uncontrolled Blowout.

18



**Figure 11**: Major Accident Risk Management Policy Above The Group Reporting Line (generally represented by the yellow colored squares).

19

Figure 12 shows the portion of the actual BP Macondo Risk Register that assessed the likelihood (probability) and consequences (impacts) of an uncontrolled blowout. The probability was assessed as "Moderate" with "High Manageability" and the consequences as "Cost."[56] Clearly, the sole consequence of "Cost" was not accurate. BP intentionally ignored high consequences in assessing Macondo well system risk and deviated from any reasonable standard of care by knowingly operating outside of Process Safety Management As Low As Reasonably Practicable requirements.

BP's assessments were based on unsubstantiated feelings and beliefs that lacked the rigor of an objective and unbiased risk assessment analysis.[57] The participants had no significant formal training or qualifications in Process Safety Management risk assessment and management of complex systems.[58] The BP Macondo management and drilling team erroneously concluded that there were no significant challenges to safety. And, the so-called Risk Champions in BP's safety management system failed in their responsibilities to ensure risk was being properly managed and that Process Safety Management was in fact more than just intellectual pabulum.[59] Realistic, rigorous Process Safety Management processes and procedures were not performed. The result was a serious compromise of Process Safety Management for the Macondo system. BP Management's inappropriate risk analysis of the Macondo well system allowed operations outside of Process Safety Management As Low As Reasonably Practicable requirements without implementing appropriate Process Safety Management post-blowout source control Mitigation Barriers.

|  | Risk Register for Project: | Macondo | Last Updated: | 20-Jun-09 |  |  |  |
|---|---|---|---|---|---|---|---|
|  | General | | Pre-Response | | Post-Response | | |
| R/O no. | Risk/Opportunity Name | Event Description / Impact | Impact Type | Manageability | Impact Type | Impact Level | Prob. |
| 1 | Well Control | Potential well control problem: risk of losing the wellbore in an uncontrolled situation | Cost | High | Cost | Medium | Moderate |

**Figure 12:** Macondo risk register excerpts – Well Control Post Response assessments (red highlight added for emphasis).

Process Safety Management requires the proper (valid) assessment of the risks (likelihoods and consequences of major system failures) associated with a system. Assessment of both the likelihoods and consequences of failure must be valid and validated

---

[56] Deposition Testimony of Cheryl Grounds ("Grounds Dep.") at 108-12; TREX 1741.
[57] TREX 5946 (Phase 1 Report of Dr. Robert G. Bea and Dr. William E. Gale, Jr. (August 26, 2011)).
[58] Grounds Dep. at 96, 190.
[59] Deposition Testimony of Patrick O'Bryan at 250-251.

20

(using external and internal validation processes). An important Process Safety Management adage is: *One can't Manage what one can't properly Measure.* BP Management did not require development of a valid assessment – proper Measurement of the likelihood and consequences associated with effective source control of an uncontrolled blowout of the Macondo well.

**BP Management did not require proper <u>management</u> of the risks associated with source control of an uncontrolled blowout of the Macondo well before the well was drilled.**

Process Safety Management requires design, construction, operation, and maintenance of systems that have As Low As Reasonably Practicable Fit-For-Purpose Risks. As shown in Figures 9 and 10, the BP Management Major Accident Risk analysis Risk Matrix does not define an 'unacceptable' or 'Not Fit-For-Purpose' risk region. Rather, risks that fall above the 'Group Reporting Line' are referred to BP Management for decision concerning continuing operations while approved plans are implemented to bring the system to or below the Group Reporting Line.[60] An example Group Reporting Line for environmental impacts contained in the BP Major Accident Risk guidelines is shown in Figure 13.[61]



**Figure 13**: BP Management's Environment Group Reporting Line for Fixed Facilities.

---

[60] *Major Accident Risk Process*, GP 48-50, BP Group Engineering Technical Practices, 5 June 2008, BP-HZN-2179MDL00407937.

[61] A = global outrage, greater than 100,000 bbl released in sensitive coastal environment,
   B = regional outrage, greater than 10,000 bbl released in sensitive coastal environment,
   C = threat of loss of license to operate, greater than 1,000 bbl released in sensitive coastal environment,
   D = prosecution by regulator, greater than 100 bbl released in sensitive coastal environment.

21

**In the case of the Macondo well, it is clear that the potential risks before the project was implemented were above the BP Group Reporting Line: The risks were not Fit- For-Purpose or As Low As Reasonably Practicable.** BP Management chose to exempt the exploratory drilling project from BP's Operating Management System[62] and Major Accident Analysis. Instead, BP Management chose to use BP's pre-Texas City Beyond the Best[63] risk assessment process performed by BP employees who did not have the required formal risk analysis knowledge and experience. The assessments relied primarily on unsubstantiated feelings, experience founded on earlier successful projects, general experience of the industry associated with shallow water's less hazardous and lower risk operations, and a corporate management culture that encouraged excessive cost cutting and increased production pressures. This combination of factors not only led to dramatic underestimates of the risks associated with a blowout, but they also led to similar dramatic overestimates of BP's abilities to address the source control challenges (Figure 12).

Process Safety Management requires design, construction, operation, and maintenance of systems that have As Low As Reasonably Practicable Fit-For-Purpose Risks during the entire service lives of a system. Process Safety Management requires continuous effective planning, organizing, leading, and controlling processes based on integrated Proactive, Reactive, and Interactive system Risk Assessment and Management approaches that develop effective and acceptable Mitigation Barriers. BP Management did not require effective Proactive, Reactive, and Interactive management of the consequences associated with source control of an uncontrolled blowout of the Macondo well.

## BP Management Was Aware of the High Consequences that Could Result from Realization of the Risk of a Blowout.

BP Management was aware of the high consequences that could stem from a failure to implement appropriate mitigation barriers. It knew these consequences were well beyond simply "Cost."

In 1979, a blowout in the Gulf of Mexico put BP on notice that blowouts and loss of well control were a foreseeable risk and the high consequences that could result from a failure to prepare appropriate source control measures:

> "The well blew out, the blowout preventer failed, and the drilling rig caught fire and eventually sank. Oil gushed into the Gulf of Mexico at a staggering rate from the damaged riser that had attached the platform to the well. Nobody knew what to do, although engineers tried various measures to stem the flow, including a containment dome. Chemical dispersants to break up

---

[62] TREX 6205 (*E&P OMS* January, January 2009 – Version 2.0); TREX 268 (Gulf of Mexico SPU, Gulf of Mexico Drilling and Completions, *Gulf of Mexico D&C Operating Plan/Local OMS Manual*, November 1, 2009); TREX 866 (Gulf of Mexico SPU Operating Plan (OMS Handbook), December 3, 2008).
[63] TREX 2681 (*Beyond the Best common process*, BP Exploration and Production, Drilling and Completions, June 2006).

22

blowout,[116] BP Management chose to rely on the Macondo BOP, subsequent Remote Operated Vehicle BOP intervention, and drilling a relief well that would take 100 – 150 days to complete.[117]  Because BP Management failed to provide a Fit-For-Purpose Mitigation Barrier, it failed its Process Safety Management obligations and was operating outside of the As Low As Reasonably Practicable requirements.

**BP Management knew how to make its systems As Low As Reasonably Practicable before Macondo but failed to invest any funds, resources, or efforts in source control technology.**

It is not the case that BP simply did not know of any source control technology that could stop the flow of oil in a deepwater blowout scenario.  Indeed, BP Management knew, as early as 2001, that "capping stacks" existed and were, according to BP, the Best Available Technology (preferable to a relief well) for a blowout in other environments.[118]  Given the unavailability of other appropriate mitigation barriers, this failure was inexcusable.  BP Management did nothing to develop or apply this technology to its high risk exploratory deepwater drilling operations in the Gulf of Mexico.[119]  BP has admitted that all of the interventions attempted during the response were based upon existing technology.

BP Management refused to take the warnings into account and ignored warning after warning that the systems being employed in drilling exploratory deepwater wells were not properly prepared for an uncontrolled blowout.[120]  Then BP CEO Tony Hayward admitted that criticism of the company was *entirely fair*, and is quoted in a *Financial Times* interview that, "What is undoubtedly true is that we did not have the tools you would want in your toolkit," admitting that this was an appropriate criticism.[121]  Hayward confirmed at his deposition that BP did not have the necessary equipment to respond to a deepwater

---

[116] *Major Accident Risk (MAR) Process*, GP 48-50, BP Group Engineering Technical Practices, 5 Jun 2008, BP-HZN-2179MDL00407937.

[117] *Deepwater Kicks and BOP Performance*, SINTEF Industrial Management Safety and Reliability, Report No. STF38 A01419, Per Holand (SINTEF/Exprosoft) and Pål Skalle (NTNU), July 24, 2001 (This SINTEF study that was prepared for the U.S. MMS identifies the likelihood of a blowout involving a high pressure, temperature exploratory well to be approximately 1/1000 per well); *High pressure, high temperature developments in the United Kingdom Continental Shelf*, Research Report 409, Heath and Safety Executive, 2005.

[118] TREX 9346 ("*As a result of our investigation, BP Exploration Alaska believes well capping constitutes the best available technology for source control of a blowout. BP Exploration Alaska will continue to refine and improve our well-capping plans, tactics, decision trees, and timelines for inclusion to our -- inclusion into our production and exploration drilling plans.*"); TREX 9171; TREX 9827; TREX 9828; BP-HZN-2179MDL01428028 – 1428044; TREX 9552; TREX 5053; TREX 11263; TREX 11264.

[119] Holt Dep. at 621 (stating that BP did not research or develop capping stack technology); TREX 9104; Wellings Dep. at 44-45; 54; 95; DEA-63; TREX 10166; TREX 8886.

[120] See Phase II Expert Report of Greg Perkin (March 22, 2013).

[121] Hayward Dep. at 343; *The Guardian*, G. Wearden, 6.3.10.