# Exhibit 1

## Excerpt from the Initial Expert Report of Dr. Aaron Zick

## March 22, 2013

# EXPERT REPORT
## U.S. v. BP Exploration & Production, Inc., et al.

### Equation-of-State Fluid Characterization and Analysis of the Macondo Reservoir Fluids

**Prepared on Behalf of the United States**

Prepared by:
Aaron A. Zick
Zick Technologies, Inc.

███████████

*Aaron A. Zick* (signature)

--------------------------------
Aaron A. Zick

March 22, 2013

11490
Exhibit No. _____
Worldwide Court Reporters, Inc.

CONFIDENTIAL

*Expert Report of Aaron Zick*                                                                 *Zick Technologies*

## 2. EXECUTIVE SUMMARY

The United States Department of Justice (DOJ) retained me to assess the available Macondo fluid *PVT*[1] (pressure, volume, temperature) laboratory data and to develop a specific type of phase behavior model—an *equation-of-state fluid characterization*—for the Macondo reservoir fluids. I created this fluid phase behavior model to predict the Macondo reservoir fluids' physical, thermodynamic, and transport properties as functions of temperature, pressure, and fluid composition. These model predictions can be used to support many types of engineering calculations employed to assess the extent of the Deepwater Horizon oil spill. My role was not to make such calculations, but other experts, also retained by the DOJ, have used my fluid model to help estimate, for example, the total flow of oil from the Macondo well into the Gulf of Mexico.

My fluid phase behavior model can also be used to evaluate the conversion, through different processes, of reservoir barrels of oil, by which the flow from the reservoir into the well is measured, to stock tank barrels, by which the extent of the oil spill is measured.

In simple terms, an EOS is an equation (or a set of equations) designed to model the relationships between pressure, temperature, volume, and *composition* for a wide variety of fluids, given the appropriate input parameters (described below) for any specific set of fluids. An EOS also models a fluid's *phase behavior*, predicting when and how the fluid will partition into *equilibrium* phases (typically gas and liquid) and giving the relative amounts, compositions, and properties of those phases. This makes an EOS especially useful for engineering calculations of multiphase fluid flow, an important factor in the evaluation of the Macondo disaster.

To apply an EOS to a specific set of fluids, you need an EOS *characterization* of those fluids. The EOS fluid characterization (or EOS fluid model) consists of a suite of components to constitute the fluids of interest, along with those components' physical properties, which are used as EOS parameters. This report describes the EOS fluid characterization I built (as input for the industry standard *Peng-Robinson EOS*[2]) to describe the phase behavior of the Macondo reservoir fluids.[3]

There is no such thing as a universal EOS fluid characterization that can be applied equally well to any set of fluids under any set of conditions. Instead, for optimum accuracy, it is best to build and tune a characterization specifically for the given fluids and conditions of interest. To that end, based on all available Macondo PVT and compositional data, I used PhazeComp to build an 11-component EOS fluid

---

[1] Terms that are italicized in the body of the Report are defined in the Glossary on page v. An index of Abbreviations follows on page x.
[2] Robinson, D. B., and Peng, D. Y, "The Characterization of the Heptanes and Heavier Fractions," Research Report 28, Gas Producers Association, Tulsa, OK (1978).
[3] Within this report, following common industry shorthand, I will often refer to the EOS fluid characterization that I built for the Macondo reservoir fluids, together with the Peng-Robinson EOS for which it was built, as the Macondo EOS or simply my EOS, even though the EOS itself is an industry standard that I did not modify in any way. Similarly, I might refer to an EOS fluid characterization built by BP as simply BP's EOS.

2                                                                                      CONFIDENTIAL

characterization for the Macondo reservoir fluids. I took into account all of the experimental data that had been obtained by three different laboratories (commissioned by BP during the oil spill response) on 15 separate fluid samples. I focused mainly on the 4 samples for which the most complete experiments were performed, which I refer to as the "primary samples" in this report. I tuned the characterization to produce an optimized match to approximately 1000 individual data measurements. I built the Macondo EOS using the same procedures I employ when doing similar work for industry clients, and the result was an EOS fluid model of comparable quality to those I typically provide to such clients.

An EOS fluid characterization should be judged by two criteria: (1) how well it predicts the experimental data to which it was tuned, and (2) how physically realistic its component properties are. While no EOS fluid model is perfect, it is my professional opinion, based on my 30 years of experience in petroleum fluid engineering, that the Macondo EOS I developed for this project predicts the experimental data to which it was tuned as well as possible and represents, with a high degree of certainty, the physical properties of the released hydrocarbons. This report provides the details of my EOS and compares its most relevant predictions with the corresponding experimental measurements. It also explains why I developed my EOS to replace the fluid model provided to the government by BP during the oil spill response.

My Macondo EOS was provided to other DOJ experts for use in their flow calculations. For some simulations that were unable to utilize an EOS directly, I simplified my model to a set of lookup tables of fluid properties as functions of temperature and pressure. These tables, commonly called *black-oil tables* within the industry, provide an adequate replacement for the original EOS fluid model as long as they are used under the conditions assumed during the creation of the tables. In industry practice, black-oil tables are often used to stand in for an original EOS fluid model whenever the use of the EOS itself might not be practical.

My report also analyzes the appropriate conversion of the flow from the Macondo well to units of stock tank barrels. Since industry standard production operations normally use optimized multistage separations in favor of inefficient, single-stage separations, it is my professional opinion that any estimate of the stock tank barrels of oil discharged from the Macondo well should be based on the assumption of a multistage separation process to define the stock tank oil. I calculated that a multistage separation process (as specified by BP) would result in about 11% more stock tank oil than would a single-stage separation process. If an estimate is based on the assumption of a single-stage separation instead, it should be increased by 11% to better reflect the production operations that BP would have likely utilized.

## 3. EQUATION-OF-STATE FUNDAMENTALS

As noted above, engineering calculations involving fluids require a model of the fluid's properties and *phase behavior* under different conditions of pressure, volume, temperature, and/or overall *composition*. The relevant fluid properties might include molecular weight, density, and viscosity. The fluid's *phase behavior* describes when and how the fluid will partition into different phases (gas, liquid, and/or solid) and what the compositions of those phases might be, which in turn will determine the properties of those phases. Very simple models will often suffice, but sometimes the fluids are known to behave in very complex, ever-changing ways that require a complex model. An *equation of state*, together with an *equation-of-state fluid characterization*, can provide such a model. Through the laws of thermodynamics, such an EOS can also predict the *equilibrium* phase behavior of a modeled fluid system for any given set of independent state variables, such as temperature, pressure, and overall *composition*. There are many different equations of state that have seen use within the petroleum industry, but the two most common are the 1978 version of the *Peng-Robinson EOS* and the *Soave-Redlich-Kwong EOS*.[4] Both are industry standard equations of state and the choice between them is typically based on personal experience and preference. I chose the 1978 Peng-Robinson EOS for the Macondo modeling.

Tailoring an EOS to a given fluid system requires development of a fluid *characterization* to be used as an input parameter. An EOS fluid characterization consists of four elements: (a) the set of components that constitute the fluids of interest, (b) the estimated physical and thermodynamic properties of each component, (c) a matrix of *binary interaction parameters* (BIPs) to account for possible interactions between every unique pair of components, and (d) *compositions* of the fluids of interest, expressed as relative amounts of the characterization's components.

The process of building an EOS fluid characterization consists of choosing or defining an appropriate suite of components, estimating the initial properties for each component and the BIPs for all component pairs, casting the fluid *compositions* of interest in terms of the defined suite of components, and *tuning* the EOS parameters to optimize the prediction of available phase behavior data. In most cases, the *tuning* of the EOS fluid characterization is followed by the estimation (and possible tuning) of parameters for auxiliary models that are often used together with the EOS fluid model to predict additional, non-EOS fluid properties, such as viscosity and *interfacial tension*, which can be important for multiphase fluid flow calculations.

In the next section, I provide a brief explanation of the multistep process I undertook to develop the Macondo EOS fluid characterization.

---

[4] Soave, G., "Equilibrium Constants from a Modified Redlich-Kwong Equation of State," *Chem. Eng. Sci.* **27** (1972), No. 6, 1197.

*Expert Report of Aaron Zick*  *Zick Technologies*

## 9. CONCLUSIONS

Based on my 30 years of hydrocarbon phase behavior modeling for the petroleum industry, it is my opinion that the EOS fluid model I developed for the Macondo reservoir fluids is as accurate as an EOS can be, especially for near-critical fluids such as these. Additionally, it is my opinion that stock tank oil volumes should not be derived from an assumed, single-stage separation process (as though the oil that spilled into the Gulf of Mexico went immediately from reservoir temperatures and pressures to ambient surface conditions), but rather, from a multistage separation process that would more accurately reflect the way stock tank oil is normally produced. I calculate that a multistage separation of the Macondo reservoir fluid (using specifications provided by BP) would yield about 11% more barrels of stock tank oil than would a single-stage process.

### INFORMATION REQUIRED BY THE FEDERAL RULES OF CIVIL PROCEDURE

1. This report contains my opinions, conclusions, and reasons therefore.
2. A general statement of my qualifications is contained in the Background section, page iv. A more detailed statement of my qualifications is included in Appendix A.
3. I have not authored any publications in the last ten years.
4. My compensation for the preparation of this report and any testimony as an expert witness at trial or deposition is as follows: $200 per hour.
5. I have not previously testified as an expert witness.
6. The facts and data I considered in forming my opinions are listed in Appendix H.

The opinions expressed in this report are my own and are based on the data and facts available to me at the time of writing. Should additional relevant or pertinent information become available, I reserve the right to supplement the discussion and findings in this report.

CONFIDENTIAL