# Exhibit 3

**Excerpt from the Expert Report of Dr. Martin Blunt**

**May 1, 2013**

In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in
The Gulf of Mexico, on April 20, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MDL NO. 2179, SECTION J
JUDGE BARBIER; MAGISTRATE JUDGE SHUSHAN

# Modelling Macondo

## A calculation of the volume of oil released during the *Deepwater Horizon* incident

Prepared on Behalf of BP Exploration & Production Inc. and Anadarko

Prepared by:

**Martin J. Blunt**

**Department of Earth Science and Engineering**
**Imperial College, London SW7 2AZ, UK**
**May 1st, 2013**



**CONFIDENTIAL**

M J Blunt Expert Report

Macondo was an exceptionally light oil which shrank significantly when taken to the surface. As a result the shrinkage coefficient $B_o$ plays a major role in the calculation of oil released.

**4.1.10 Two different methods to convert to surface volumes.** Two approaches are used in the oil industry to convert from oil volume in the reservoir to oil volume at surface conditions. A higher amount of produced oil is calculated using the conversion factor produced by the Government's fluid expert Dr. Zick. He used a method known as multistage separation. This is what is used by oil companies to maximize volume during normal, planned production. When oil companies normally produce oil, they separate the oil and exsolved gas through a deliberately-engineered series of separators at a succession of decreasing temperatures and pressures. This multistage separation is designed to produce as much (valuable) oil, and as little (less valuable) gas as possible. The value of $B_o$ depends on the exact sequence of separations. It will be the lowest possible $B_o$, in order to produce the highest possible surface volume. Dr. Zick tries to construct the high-volume separation process that he asserts BP was planning to use if it produced oil from Macondo for sale. But of course, the Macondo oil was not produced in such a fashion. It flowed through various openings at different depths, temperatures and pressures over 86 days. BP's fluids expert Dr. Whitson tries to reconstruct what the actual multistage separation would have been during the incident, and derives a higher number for $B_o$, which yields a translation to fewer barrels at surface conditions. He also concludes, as do I, that the complexity of this analysis can be avoided by using the other industry method for conversion to stock tank conditions, known as a single-stage separation. This occurs when the oil and gas remain in contact as they are brought to surface conditions. Dr. Whitson finds that the number for $B_o$ using this definition is close the value derived from the appropriate multistage process. Thus, I will use the values of $B_o$ from the single-stage separation in my calculations.[50]

The measured value of $B_o$ for the single-stage separation used in my calculations ranges from 2.3 to 2.4 depending on the reservoir pressure.[51] Government expert Dr. Hsieh used a value similar to mine: 2.35.[52] Dr. Pooladi-Darvish and Drs. Kelkar & Raghavan used a significantly lower number of approximately 2.1.[53] Dr. Pooladi-Darvish, however, said that he used a single-stage method for the conversion,[54] so his number should be closer to mine.[55]

**4.1.11 Connected oil volume: 109-114 MMstb.** Table 4.2 shows my determinations of initial oil in place: there are three values, derived from the values of $B_o$ measured by the three different laboratories. Thus, as will be the case for each input variable, I base the range on the measured data.

I arrive at a number – around 110 MMstb – which has been agreed as plausible by all the Government investigators.[56] However, we arrive there by different methods. The Government experts omitted the

---

[50] *See* Appendix F.2 and Appendix A.2.
[51] *See* Table A.4.
[52] Dr. Hsieh's draft report [11], Table 1.
[53] Dr. Pooladi-Darvish value of 2.15306 for initial formation volume factor for his base case simulation model taken from his computer input files; Drs. Kelkar & Raghavan used 2.14 ( [KR] page 27).
[54] See Pooladi-Darvish report [PD], Appendix II, slide 45.
[55] *See* Appendix F.2, Table F.1 and Table A.4.
[56] All but one of Dr. Pooladi-Darvish's "good match" simulation models over-state the oil volume – Appendix F.4.

27