# Exhibit 4

# Excerpt from Vol 1 of the Deposition Transcript of Dr. Martin Blunt

# Taken July 25, 2013

## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL      ) MDL NO. 2179
BY THE OIL RIG        )
"DEEPWATER HORIZON" IN ) SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010        ) JUDGE BARBIER
                      ) MAG. JUDGE SHUSHAN

*****************
VOLUME 1
*****************

Deposition of Martin Julian Blunt, Ph.D., taken at the Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 25th day of July, 2013.

## Page 2

APPEARANCES

APPEARING FOR THE PLAINTIFFS STEERING COMMITTEE:
  Mr. Anthony Irpino
  Mr. Michael R. Robinson
  IRPINO LAW FIRM
  2216 Magazine Street
  New Orleans, Louisiana 70130

APPEARING FOR BP, INC.:
  Mr. Martin R. Boles
  Mr. Logan MacCuish
  KIRKLAND & ELLIS
  333 South Hope Street
  Los Angeles, California 90071
  Ms. Karen K. Gase
  Managing Attorney
  BP AMERICA INC.
  501 Westlake Park Boulevard
  Houston, Texas 77079

APPEARING FOR TRANSOCEAN:
  Mr. Paul C. Thibodeaux
  Ms. Mary K. Klinefelter
  FRILOT
  1100 Poydras Street, Suite 3600
  New Orleans, Louisiana 70163

APPEARING FOR ANADARKO PETROLEUM CORPORATION:
  Mr. Warren Anthony Fitch
  Mr. Thomas R. Lotterman
  BINGHAM MCCUTCHEN
  2020 K Street, Northwest
  Washington, D.C. 20006-1806

## Page 3

APPEARING FOR HALLIBURTON:
  Mr. Gavin Hill
  Mr. Timothy Alford
  Ms. Alexandra F. Stravinsky
  GODWIN LEWIS
  Renaissance Tower
  1201 Elm Street, Suite 1700
  Dallas, Texas 75270-2041

APPEARING FOR THE UNITED STATES:
  Mr. Scott Cernich
  U.S. DEPARTMENT OF JUSTICE
  601 D Street, N.W.
  Washington, D.C. 20004

  Ms. Bethany Engel
  U.S. DEPARTMENT OF JUSTICE
  ENVIRONMENT & NATURAL RESOURCES DIVISION
  Ben Franklin Station
  Post Office Box 7611
  Washington, D.C. 20044-7611
  601 D Street, N.W.
  Washington, D.C. 20004

APPEARING FOR THE STATE OF LOUISIANA:
  Mr. Henry Dart
  HENRY DART ATTORNEYS AT LAW
  510 North Jefferson Street
  Covington, Louisiana 70433

ALSO PRESENT:
  Mr. Peter Jennings, Videographer
  Mr. Phil Gonzales, Case Manager
  Dr. Alan R. Huffman

## Page 4

INDEX
VIDEOTAPED ORAL DEPOSITION OF
MARTIN JULIAN BLUNT, PH.D.
JULY 25, 2013
VOLUME 1

Appearances.................................... 2

Direct Examination-Mr. Cernich................. 6

Changes and Signature......................... 299
Reporter's Certificate........................ 301

EXHIBIT INDEX.

Ex. No.     Description           Marked

11593  Xerox photo of propane gas level
       indicator; one page                99

11594  Xerox photo of propane tank gauge;
       one page                          101
11595  AAPG Bulletin, V. 97, No. 2
       (February 2013), Pages 251 - 284,
       The impact of fine-scale turbidite
       channel architecture on deep-water
       reservoir performance; 34 pages   130
11596  Oilfield Review, Pages 26 - 43,
       Reducing Exploration Risk; 18
       pages                             171

1 (Pages 1 to 4)

277

1  expert Dr. Emilsen concludes that at the time of
2  the blow-out, the oil flowed into the well-bore
3  over a restricted interval of the reservoir,
4  perhaps because of residual cement blocking the
5  flow."
6      Did I read that correctly?
7      A. Yes.
8      Q. And so you're citing Dr. Emilsen here for
9  the proposition that the oil flowed over a
10 restricted interval of the reservoir, correct?
11     A. Yes, that's what I'm using his -- his
12 Report for.
13     Q. Okay. And then you -- you cite him a --
14 a number of other times in your Report, as well,
15 lar -- generally related to restrictions in
16 the -- in the wellbore.
17     Could I ask you to go to Appendix F of
18 your Report.
19     A. (Complying.)
20     Q. And do you see that at the bottom of the
21 page -- Page 130, if you could go to 130.
22     A. M-h'm.
23     Q. Do you see F.3.4 there?
24     A. Yes.
25     Q. Okay. And this says "Inappropriate value

278

1  of oil formation volume factor," and you
2  criticize Professor Kelkar and Raghavan for using
3  a Formation Volume Factor of 2.14. Correct?
4      A. Yes.
5      Q. Okay. Are you aware that Professor
6  Emilsen used a Formation Volume Factor of 2.14 in
7  his work?
8      A. No. It's entirely possible it's not a --
9  it doesn't affect my calculations at all.
10     Q. Well, I understand that. I'm just trying
11 to understand whether you disagree with BP's
12 Phase I Experts.
13     So Professor Emilsen testified before
14 Judge Barbier at trial earlier this Spring and
15 provided the results of his OLGA modeling of
16 the -- of the blowout, the same modeling that you
17 cite to a number -- a number of times in your --
18 your Report, and the basis of his calculations,
19 he used an oil Formation Volume Factor of 2.14.
20     So I just want to understand: Do you
21 disagree with BP's Expert, Mr. Emilsen, regarding
22 his use of a Formation Volume Factor of 2.14?
23         MR. BOLES: Object to the form.
24     A. No, not necessarily, because your
25 Formation Volume Factor depends on temperature

279

1  and pressure and the separation process.
2      Q. (By Mr. Cernich) Okay. So -- so you're
3  saying his Oil Formation Volume Factor could be
4  correct?
5          MR. BOLES: Object to the form.
6      A. It may be correct, it may not be correct.
7  I simply don't know --
8      Q. (By Mr. Cernich) Okay.
9      A. -- because I don't -- I don't know what
10 conditions he used that number for.
11     Q. Okay. And -- and what conditions could
12 he use that number for where they might be
13 correct -- where it might be correct?
14         MR. BOLES: Object to the form.
15     A. Well, in principle, there -- there are an
16 infinite number of potential values of pressure,
17 temperature, and separation process that will
18 give that number, so we can't real -- can't --
19 can't really pin -- pin that one down.
20     Q. (By Mr. Cernich) So you're saying it
21 might be -- it might be appropriate to base your
22 Formation Volume Factor on a -- on a different --
23 on a different separation process than the one
24 that you used?
25         MR. BOLES: Object to the form.

280

1      A. It depends on the calculation. For my
2  calculation of cumulative oil released, I've used
3  what I consider the appropriate separation
4  process based on the measured data.
5      Q. (By Mr. Cernich) Okay. But you use a
6  single-stage flash separation process, correct?
7      A. Yes.
8      Q. Okay. And -- but you -- you also say in
9  your Report that that's not the standard
10 separation process used in the oil industry?
11         MR. BOLES: Object to the form.
12     Q. (By Mr. Cernich) Isn't that right? In
13 fact, in the oil industry, a multistage
14 separation process is the -- is the standard?
15     A. Most producing oil fields under normal
16 operations perform a series of separations. So
17 you may have a multistage separation process; in
18 some cases, you may not.
19     Q. Okay. And Mr. Emilsen, as -- as you
20 know, because you read his Report, was modeling
21 the Macondo blowout. Correct?
22     A. It's my understanding.
23     Q. Okay. And that was in a multistage
24 separation process?
25         MR. BOLES: Object to the form.

Worldwide Court Reporters, Inc.
PURSUANT TO CONFIDENTIALITY ORDER

281

1    A.  I don't know.  That's not something I've
2  analyzed, and that -- by which I mean it's not
3  something I analyzed just for the blowout period.
4    Q.  (By Mr. Cernich)  Well, you determined the
5  **amount of oil spilled for the blowout period.**
6    A.  Okay.  Maybe -- maybe I should clarify my
7  response.  My understanding is Dr. Emilsen is --
8  is studying the early period.  All right?
9  Indeed, the values I take are just for the first
10 minutes of the blowout.
11       So I don't know what the appropriate
12 separation process is of what was happening
13 during that period, because I haven't analyzed
14 it.
15   **Q.  Okay.**
16   A.  Of course, I do have an opinion on what I
17 consider the appropriate separation process to
18 use for a calculation of cumulative oil release.
19   **Q.  Okay.  You're aware that -- that Prof --**
20 **Professor Whitson testified that that's a --**
21 **that's a legal issue.  Correct?**
22       MR. BOLES:  Object --
23   **Q.  (By Mr. Cernich)  That's not a -- that's**
24 **not an issue for -- for him to opine on as an --**
25 **as an Expert?**

282

1       MR. BOLES:  Object to the form.
2    A.  It may be a legal issue, but it needs to
3  be informed by the scientific evidence, and I'm
4  here to provide the scientific evidence.
5    **Q.  (By Mr. Cernich)  Okay.  And what -- what**
6  **is your scientific evidence that a single-stage**
7  **flash separation process is appropriate for**
8  **determining the total amount of oil that was**
9  **discharged from the Macondo Well?**
10   A.  There are a number of reasons.  First is
11 that it's a thermodynamically unambiguous
12 determination of the conversion from reservoir to
13 surface volumes.
14       Let me explain.  I calculate the volume
15 of oil that was released from the Macondo
16 Reservoir.  You take that oil up to the surface,
17 it will separate into oil and gas.  That's a
18 single-phase separation for which there is
19 measured data, and I've used that measured data
20 directly.  I have not based my calculation on a
21 series of hypothetical separations that didn't
22 occur in reality.
23       And last, both my opinion and that of
24 Dr. Whitson is that if you do attempt to model
25 the separation process that really happened, the

283

1  net result is something that is, essentially, the
2  same as a single-sa -- stage separation process.
3    **Q.  Okay.  So what you're doing is a -- is a**
4  **simplification?**
5        MR. BOLES:  Object to the form.
6    A.  No, it's not a simplification.  I
7  consider it the most appropriate separation
8  process to be used for this calculation.
9    **Q.  (By Mr. Cernich)  Okay.  So you calculate**
10 **the volume of oil that was released from the**
11 **reservoir and take it up to the surface.  But it**
12 **doesn't go straight to the surface, right?  It**
13 **goes up the wellbore, to the seafloor, and out of**
14 **the -- out of the well -- the wellhead or the BOP**
15 **at the bottom of the Gulf of Mexico.  Correct?**
16   A.  Yes.
17   **Q.  Okay.  So it doesn't actually go straight**
18 **to the -- straight to the surface?**
19   A.  That's the advantage of using a
20 single-stage flash.  It doesn't matter exactly
21 how it got to the surface.  As long as the oil
22 and gas remain in contact, the separation process
23 is a single-phase -- a single-phase separation.
24       And both my opinion and that of
25 Dr. Whitson is that that is, in fact, a good

284

1  approximation of what really happened.
2    **Q.  Okay.  So as the oil and gas move up the**
3  **water column, you're saying that they stay --**
4  **they remain in conta -- conduct -- contact all**
5  **the way from the bottom of the Gulf to the**
6  **surface?**
7    A.  They're not --
8    **Q.  There's no pipe that takes them from**
9  **the -- from the BOP up to the surface, correct?**
10   A.  Both Dr. Whitson and Dr. Zick, who
11 prepared Expert Reports in this area, do consider
12 that a reasonable hypothesis.  The only
13 difference is that Dr. Zick then makes
14 completely erroneous assumptions in his modeling.
15   **Q.  Okay.  Are you an Expert in fluids and**
16 **PVT analysis?**
17       MR. BOLES:  Object to the form.
18   A.  No, but I'm an Expert in the analysis of
19 the configuration of oil, water, and gas, and
20 it's that that I'm basing my opinion on here.
21   **Q.  Okay.  Is that opinion contained in your**
22 **Expert Report?**
23       MR. BOLES:  Object to the form.
24   A.  Yes, in the sense, that in my Expert
25 Report, I use a single-stage flash.