# Exhibit 5

# Excerpt from the Rebuttal Expert Report of Dr. Aaron Zick

# June 10, 2013

# EXPERT REBUTTAL REPORT
## U.S. v. BP Exploration & Production, Inc., et al.

**Prepared on Behalf of the United States**

Prepared by:
Aaron A. Zick
Zick Technologies, Inc.

*[signature]*
------------------------------
Aaron A. Zick

June 10, 2013

11491
Exhibit No. _____
Worldwide Court
Reporters, Inc.

CONFIDENTIAL

*Expert Report of Aaron Zick*   *Zick Technologies*

# 1. EXECUTIVE SUMMARY

On March 22, 2013, I issued an expert report on behalf of the United States. In that report, I presented an *equation-of-state fluid characterization* (a model of fluid phase behavior) for the Macondo reservoir fluids and some predictions of the Macondo fluid behavior based on my EOS model. The purpose of the EOS model was to provide key fluid behavior information that other US experts could use in their calculations to estimate the amount of oil that flowed from the Macondo well and spilled into the Gulf of Mexico. I also offered my professional opinion on the most appropriate calculation methods to convert any such estimates of the total mass of spilled hydrocarbons into volumetric units of stock tank barrels.

In response, on May 1, 2013, Curtis Hays Whitson, Ph.D., issued an expert report on behalf of BP. In his report, Dr. Whitson presented an alternative EOS fluid characterization and its predictions of the Macondo fluid behavior. While there are differences between our characterizations, and although Dr. Whitson and I both level a number of criticisms against each other's model, the EOS differences should not result in significant differences in calculating the oil discharge. Whether one uses my EOS model or Dr. Whitson's, I would not expect any resulting flow calculations to differ by more than perhaps 3 or 4 percent. I discuss the differences between the two EOS models, and the strengths and weaknesses of each, in Section 3.

The most significant difference between Dr. Whitson's work and mine is in how we would define *stock tank oil* in the most appropriate way for the Macondo disaster. If we had perfect knowledge of the physics of the reservoir and the well, we could uniquely determine the mass of hydrocarbons that spilled into the Gulf of Mexico. The simulations and models used by the various experts provide estimates of that mass, but the amount of stock tank oil that could be obtained from that mass would depend on the surface process that was used to remove some of the lighter hydrocarbons as *surface gas*, allowing the resulting stock tank oil to remain a stable liquid at atmospheric conditions. Different processes (typically using different numbers of separation stages, at different temperatures and pressures) have different efficiencies, yielding different amounts of stock tank oil (with different properties) from the same mass of reservoir fluid. Because oil is more valuable than gas, oil companies devote considerable attention to maximizing the amount of stock tank oil derived from the hydrocarbon mass. There is no unique definition of stock tank oil, however, unless some oil is actually collected in a tank of sorts, where its volume and properties can actually be measured. Since that didn't happen for the oil spilled into the ocean, we are left with the question, what is the best way to characterize the amount of stock tank oil associated with the spill?

In my original report, I argued that the most appropriate conversion from reservoir fluid mass to stock tank oil volume would be through the most efficient separation process that might have been available to BP (i.e., the type of separation process BP, or any oil company for that matter, would normally use to maximize the amount of liquid oil produced in order to maximize profit). That would seem to be a 4-stage separation process that BP had commissioned three different laboratories to test on the four fluid samples that had been collected prior to the disaster. That multistage process would yield

*Expert Report of Aaron Zick*  *Zick Technologies*

about 11% more stock tank oil than the simplest possible, single-stage separation process would yield, so I recommended that the multistage process be used to calculate the amount of spilled stock tank oil. My reasoning was that BP would never have used a less efficient process to define their stock tank oil during production, so why should a less efficient process define their stock tank oil during disaster?

Dr. Whitson (like several other BP experts)[1] felt that the multistage separation process that BP had planned to use was irrelevant, because the spilled oil never went through such a process. Of course, the same could be said of the simple single-stage process. Dr. Whitson, however, proposed a model of an *oceanic separation process*, in which the spilled oil, as it floated to the surface of the ocean, would pass through a large number of theoretical separation stages with continually increasing temperatures and decreasing pressures. The idea was to define the oil that stayed in the liquid phase, all the way to the ocean surface, as the Macondo stock tank oil. I agree that this could be another reasonable way of defining the stock tank oil, with the right assumptions.

Dr. Whitson calculated the yield of stock tank oil from his oceanic separation model to be higher than from a single-stage separation, but slightly less (by about 0–2.5%, depending on the well's exit temperature) than from the 4-stage separation that BP had explored experimentally. Dr. Whitson made a serious omission, however. Exiting the well, at the bottom of the ocean, there was both an oil plume and a gas plume. As the oil rose toward the surface, it would give off additional gas, causing the oil to shrink and the gas plume to grow. Dr. Whitson accounted for these effects. What he didn't account for, however, was the amount of condensable hydrocarbons contained in the rising and growing gas plume. Those heavier hydrocarbons would continue to condense from the gas for roughly the first two-thirds of its journey to the surface. The additional condensed liquids would actually make the oceanic stock tank volume about 2.1–2.3% greater than that of the 4-stage separation (with very little sensitivity to the well's exit temperature, incidentally). Details of the oceanic separation process and its predictions (using both Dr. Whitson's variation and mine) are presented in Section 2.

Dr. Whitson also suggested that, by the time the spilled oil reached the ocean surface, all of its light hydrocarbons (up to C5) and light aromatics (up to C12) would have dissolved in the seawater, reducing the ultimate volume of the hydrocarbon liquids (i.e., the stock tank oil volume) by up to 13%. In essence, Dr. Whitson is saying that oil that dissolves quickly doesn't count in an oil spill. In my opinion, this idea is irrelevant. There's no denying that some of the spilled hydrocarbons would have dissolved in the water. For that matter, additional hydrocarbons would have evaporated into the atmosphere and/or biodegraded. In fact, given enough time, all of the liquid hydrocarbons could have been dispersed by a combination of those mechanisms. That should have no bearing on the estimated amount of stock tank oil spilled, however. Otherwise, if an oil company spilled a million barrels of (clearly defined and measured) stock tank oil from an oil tanker, for example, that company could similarly argue that it should only be held accountable for the 870,000 barrels (or less) that didn't dissolve, evaporate, or biodegrade right away. In

---

[1] To the extent other BP experts assume multistage or oceanic separation is irrelevant to what occurred during the Macondo spill, my analysis regarding multistage separation and criticism of the use of single stage separation to determine shrinkage, FVF, GOR, or other fluid properties applies to them as well.

*Expert Report of Aaron Zick*  *Zick Technologies*

my opinion, an oil spill should be measured by what goes into the water, not by what remains there after nature has taken its course for some period of time.[2] There is no dispute that the stock tank oil that Dr. Whitson omits did in fact enter the water. Ultimately, however, whether such oil counts for purposes of this case is a legal question.

Finally, Dr. Whitson produced a large number of simplified phase behavior models, called black-oil tables, for use in simulations that could not take advantage of his EOS model. The black-oil tables varied according to the fluid samples they represented, the surface separation processes they assumed, and the software for which they were formatted. Most of them were fine (although quite redundant). However, the black-oil tables that he formatted for PROSPER[3] were completely erroneous for that software (as shown in Section 4). Any simulations performed by BP experts with PROSPER, using the black-oil tables provided by Dr. Whitson, would not have given correct results for the flow of the Macondo reservoir fluids.

---

[2] To the extent other BP experts also discount some oil from the total discharged because it dissolves quickly, my analysis applies to them as well.
[3] Industry standard software for pipe-flow simulation, from Petroleum Experts Ltd.

3

## 2. ON THE DEFINITION OF STOCK TANK OIL

By definition, a stock tank oil can be any mixture of hydrocarbons that would remain stable in a liquid phase at ambient, stock tank conditions (usually, 60 F and 1 atm). It is not uniquely defined, however. Its composition, properties, mass, and volume are determined not only by the reservoir fluid from which it originated, but also by the processes that it underwent in going from the reservoir to the stock tank.

During the production of most oil or gas reservoirs, the nature of the stock tank oil can be affected by the depletion of the reservoir itself, as the depletion can change the composition of the fluids flowing into the wells. In the case of the Macondo well, however, that was not an issue, as the flowing composition remained essentially constant, from the reservoir to the exit of the well, for the entire duration of the spill.

During normal oil or gas production, the nature of the stock tank oil is also affected by the processing of the hydrocarbons at the surface, where the lighter hydrocarbons must be removed (as a surface gas) so that the remaining stock tank oil will remain stable as a liquid. There are many different ways of performing that surface processing, however, each of which results in a different amount of stock tank oil with different properties.

Separating a reservoir fluid into stock tank oil and surface gas is a little like opening a bottle of champagne. If you pop the cork and release the pressure suddenly, much of the dissolved carbon dioxide will rush out of solution and out of the bottle, taking a fair amount of the valuable champagne with it. If you remove the cork gently, however, to release the pressure gradually, you minimize the loss of the carbon dioxide and keep the champagne in the bottle.

The simplest of all possible surface processes is to flash the hydrocarbons directly to stock tank conditions in a single-stage separation (like popping the champagne cork). This is often used for well testing purposes, because it is so simple, but it would rarely be used for production purposes because of its inefficiency. Too many of the valuable intermediate components (butane to decane or so) would be lost to the surface gas instead of being stabilized in the stock tank oil, resulting in less stock tank oil than would be optimal.

During normal production, surface processing is usually performed with a multistage separation, where the fluid coming from the well is passed through a sequence of separators, with temperatures and pressures decreasing at each stage from wellhead conditions toward ambient conditions (like removing the champagne cork gently). The separated liquid from the first stage is passed to the second-stage separator, the separated liquid from that stage is passed to the third-stage separator, and so forth, until the final liquid is at stock tank conditions. The separated gases from each stage are gathered together as the surface gas (which might be transported and sold separately, processed further at a gas plant to extract additional natural gas liquids, burned as fuel, or simply disposed of by flaring).

A multistage process is more efficient at recovering stock tank oil because of the way the surface gas is removed incrementally, which removes fewer of the intermediate

*Expert Report of Aaron Zick*                      *Zick Technologies*

hydrocarbons from the liquid. Generally, the more separation stages used, the more stock tank oil is recovered.

When BP commissioned three laboratories to perform analyses and testing on four samples collected from the Macondo well before the disaster, each lab was asked to perform a specific 4-stage separator test[4] on each sample.[5] One can only presume that BP had intended to use that separation scheme during production, had normal production ever occurred, so it was one of the separation processes that both Dr. Whitson and I used to calculate *shrinkage factors* for the Macondo reservoir fluids.

A reservoir fluid's *shrinkage factor* is defined as the volume of oil at one stage of processing (usually at the stock tank conditions, but not necessarily) divided by the volume of the original reservoir fluid at some other conditions before processing. For it to have any meaning, the initial and final conditions must both be specified, as well as the process that was taken in between. Because those conditions and the process can be arbitrary, a fluid's shrinkage factor has no single unique value. It is also somewhat of a misnomer, because the more the fluid shrinks from its initial to its final conditions (as gas is removed), the smaller the shrinkage factor. Three things to remember are that

- Two shrinkage factors (e.g., for different processes or different fluid models) can be compared only if the specified conditions (initial and final) and are the same for both.
- The greater the shrinkage factor (for given initial conditions), the greater the volume of oil at the final (usually stock tank) conditions.
- If you know the shrinkage factor of a reservoir fluid as it is processed from condition A to condition B, and the shrinkage factor as it is processed from condition B to condition C, then the product of the two gives the shrinkage factor as the fluid is processed from A to B to C (this can provide a method of converting the shrinkage factor specified for one set of conditions to a shrinkage factor for a different set of conditions).

A reservoir fluid's *formation volume factor* is the inverse of its shrinkage factor (for a given process that would take the fluid to stock tank conditions). A formation volume factor (as a function of pressure and/or temperature) is a required input for many types of petroleum engineering software (reservoir simulators, pipe-flow simulators, material balance software, etc.), but again, its value at any given set of conditions depends on the assumed process.

In my initial report, I provided the shrinkage factors (and corresponding formation volume factors) for taking what I considered to be the average Macondo reservoir fluid from its saturation pressure of 6679.85 psia at 243 F (as calculated by my EOS) to the standard stock tank conditions of 1 atm at 60 F through two different surface processes: a

---

[4] Stage 1: 1250 psia at 130 F, Stage 2: 450 psia at 120 F, Stage 3: 150 psia at 120 F, Stage 4: 1 atm at 60 F.
[5] Pencor Volatile Oil Reservoir Fluid, Report No. 36126-19-5010068508, June 30, 2010 (BP-HZN-2179MDL00063084), Pencor Volatile Oil Reservoir Fluid, Report No. 36126-53-5010068379, June 10, 2010 (BP-HZN-2179MDL01872218), Schlumberger Fluid Analysis on Macondo Samples, June 9, 2010 (BP-HZN-MDL217900062844-62893), Intertek Multistage Separator Test Final Report WTC-10-001812, June 10, 2010 (BP-HZN-MDL217904440978-998).

5

*Expert Report of Aaron Zick*                                                                 Zick Technologies

single-stage separation and the 4-stage separation that BP had specified for the laboratory experiments.

Dr. Whitson reported so many different shrinkage factors and formation volume factors (for each of the four laboratory samples, different initial conditions, and many different processes and variations thereof) that it is impossible to enumerate them all. The best way to summarize his findings, however, is to repeat the shrinkage factors he calculated for an average reservoir fluid (he used the molar average of the four samples), going from initial reservoir conditions (243 F and 11,850 psia) to stock tank conditions (60 F and 1 atm). I was easily able to recalculate the corresponding shrinkage factors for my average reservoir fluid (which I took to be the molar average of the Pencor 19 sample, from highest in the formation, and the Schlumberger 1.18 sample, from lowest in the formation).

Table 1 summarizes the predictions of the two fluid models for a single-stage separation and for BP's specified four-stage separation. Regardless of the process, my EOS predicts a shrinkage factor about 3% greater than Dr. Whitson's, and regardless of the EOS, the four-stage separation would produce about 11% more stock tank oil than would the single-stage separation.

| Surface Process | Calculated Shrinkage Factor | | % Difference |
|---|---|---|---|
| | Whitson EOS | Zick EOS | |
| Single-Stage | 0.433 | 0.445 | 2.8 |
| Four-Stage | 0.479 | 0.494 | 3.1 |
| Difference, % | 10.6 | 11.0 | |

Table 1. Shrinkage factors for an average Macondo reservoir fluid going from 243 F and 11,850 psia to 60 F and 1 atm, as calculated by both the Whitson and Zick equations of state for a single-stage separation and BP's specified 4-stage separation.

Since normal production, and normal surface processing did not occur for the Macondo reservoir fluids, Dr. Whitson proposed an alternative separation process for defining the Macondo stock tank oil, namely an *oceanic* separation process, a schematic of which is shown in Figure 1.[6] In this process, the usual three or four surface separators are replaced by a continuum of theoretical separation stages, each one represented by the temperature and pressure from a different depth within the ocean, from the seabed to the surface. The first separation stage represents the conditions at the very exit of the well, before the reservoir fluid hits the water. These conditions determine the split of the reservoir fluid into an oil stream and a gas stream. From there, Dr. Whitson's model passes the oil stream through the sequence of assumed oceanic conditions from the seabed to the surface, removing the gas and adding it to the gas stream at each stage. The oil that reaches the surface is defined as stock tank oil. In Dr. Whitson's theoretical process, the gas stream does not undergo any other separation until it reaches the surface, where just the original exit gas is flashed in a single-stage separation at standard conditions, which

---

[6] Despite repeated requests to BP, the modeling files for Dr. Whitson's oceanic process were not provided to the US, so I had to deduce the details of his process from the somewhat vague description in his report, some files containing a simplified version of his process, and some trial-and error modeling of my own until I was able to duplicate his reported results.

condenses a small amount of additional liquid (condensate) that adds to the stock tank oil volume. Dr. Whitson experimented with the number of theoretical stages and found that it took 130 stages before his results became insensitive to the number.



Figure 1. Dr. Whitson's proposed oceanic separation process, which does not account for potential condensation from the rising gas stream until it reaches the ocean surface. The separator conditions are determined from estimated profiles of temperature (T) and pressure (P) with depth.

*Expert Report of Aaron Zick*       *Zick Technologies*

Because most petroleum engineering software would not allow a separation process to be designed with so many stages, Dr. Whitson came up with a 5-stage approximation to his 130-stage oceanic separation, with the temperatures and pressures determined by regression (a mathematical form of trial-and-error), instead of being tied to oceanic temperature and pressure profiles. The schematic of the separation process remained the same; it just had far fewer separators. He called this his *oceanic proxy* separation process. I confirmed the agreement between his proxy process and his full oceanic process for a few cases, but there is no way to guarantee that it will always predict similar results. There is also no guarantee that all petroleum engineering software would simulate the separation process correctly, given the 5 sets of separator conditions. I suspect that many software packages would fail to perform the final separation on the gas stream, because that stage is not part of a typical separation train. If that were the case, the simulation would predict less stock tank oil than intended.

I have also developed an oceanic process model to simulate how the Macondo reservoir fluid might have separated into stock tank oil and surface gas on its way to the ocean surface. My oceanic process differs from Dr. Whitson's with one significantly different assumption, however. Dr. Whitson made a serious omission by assuming that the gas stream would rise all the way to the ocean surface before any additional liquids would condense from it. My calculations show that liquids should actually continue to condense (at each stage) from the total accumulating gas stream until the pressure falls below approximately 750 psia (which would occur about two-thirds of the way from the seabed to the ocean surface), and the amount of condensation is considerable. A schematic of my oceanic separation process is shown in Figure 2.

*Expert Report of Aaron Zick*     *Zick Technologies*



Figure 2. Zick oceanic separation process that accounts for potential condensation from the rising gas stream. The separator conditions are determined from estimated profiles of temperature (T) and pressure (P) with depth.

My oceanic separation process assumes that, at each depth, there is both an oil stream and a gas stream that remain isolated from each other. However, any gases that separate from the oil stream will commingle with the gas stream at the next depth, while any liquids that condense from the gas stream will commingle with the oil stream at the next depth.

*Expert Report of Aaron Zick*  *Zick Technologies*

This will continue all the way from the seabed to the ocean surface, where the final streams represent the stock tank oil and the surface gas. These assumptions are simple enough to allow the separation calculations (without requiring the tracking of each oil droplet and each gas bubble in a rigorous plume simulation), but they account for the separation of both streams in a logical way. It should not matter that the gas stream, being more buoyant, might travel at a higher velocity than the oil stream, as long as one also assumes that both streams settle into a pseudo-steady state, which I believe to be a very reasonable assumption.

In order to compare my oceanic separation model with Dr. Whitson's, I adopted his 129 sets of separator conditions, giving my model 257 separator stages (one for the well's exit and 128 for each stream), as opposed to his 130 (one for the well exit, 128 for the oil stream, and one for the exit gas stream). As in Dr. Whitson's model, the well's exit pressure is assumed to be 2250 psia. Dr. Whitson made his calculations for several different exit temperatures, but seemed to suggest 210 and 130 F as the most likely extremes, so the results for those two exit temperatures are presented here as well, in Table 2 and Table 3, respectively.

|  | Calculated Shrinkage Factor | | |
| --- | --- | --- | --- |
| Oceanic Process | Whitson EOS | Zick EOS | % Difference |
| Whitson Model | 0.467 | 0.482 | 3.2 |
| Zick Model | 0.489 | 0.506 | 3.5 |
| Difference, % | 4.7 | 5.0 | |

Table 2. Shrinkage factors for an average Macondo reservoir fluid going from 243 F and 11850 psia to 60 F and 1 atm, as calculated by both the Whitson and Zick equations of state for the oceanic separation models of both Whitson and Zick with an exit temperature of 210 F.

|  | Calculated Shrinkage Factor | | |
| --- | --- | --- | --- |
| Oceanic Process | Whitson EOS | Zick EOS | % Difference |
| Whitson Model | 0.480 | 0.495 | 3.1 |
| Zick Model | 0.490 | 0.507 | 3.5 |
| Difference, % | 2.1 | 2.4 | |

Table 3. Shrinkage factors for an average Macondo reservoir fluid going from 243 F and 11850 psia to 60 F and 1 atm, as calculated by both the Whitson and Zick equations of state for the oceanic separation models of both Whitson and Zick with an exit temperature of 130 F.

The first thing to note is that my oceanic separation model is more efficient than Dr. Whitson's, because of the additional condensation from the gas stream. It predicts 2–5% more stock tank oil than Dr. Whitson's model does, depending slightly on the EOS but much more so on the well's exit temperature. Regardless of the EOS, my oceanic model is very insensitive to the exit temperature, but that is not the case for Dr. Whitson's oceanic model. That is understandable, because the exit temperature determines how the flowing reservoir fluid splits into the initial oil and gas streams, which are both processed in a similar manner with my oceanic model, but which are processed very differently with Dr. Whitson's model.

*Expert Report of Aaron Zick*                                                                 *Zick Technologies*

The other thing to note is that my EOS predicts a 3.1–3.5% greater shrinkage factor than Dr. Whitson's EOS does, depending slightly on the oceanic separation model. This is similar to the differences in the predictions for the 4-stage separation.

All of the previous shrinkage factor calculations can be summarized by Table 4, which lists the calculated shrinkage factor for a given process, relative to the shrinkage factor calculated for a single-stage process (by either Dr. Whitson's EOS or mine). The processes are listed in the order of increasing shrinkage factor. The higher the shrinkage factor, the more stock tank barrels produced per barrel of reservoir fluid.

| Separation Process | Relative Shrinkage Factor | |
|---|---|---|
| | Whitson EOS | Zick EOS |
| Single-Stage | 1.000 | 1.000 |
| Whitson Oceanic @ 210 F | 1.079 | 1.083 |
| Four-Stage | 1.106 | 1.110 |
| Whitson Oceanic @ 130 F | 1.109 | 1.112 |
| Zick Oceanic @ 210 F | 1.129 | 1.137 |
| Zick Oceanic @ 130 F | 1.132 | 1.139 |

Table 4. Shrinkage factor (to stock tank conditions) for a variety of processes, relative to the shrinkage factor predicted by either the Whitson or the Zick EOS for a single-stage separation.

The way to use Table 4 is as follows. If you are given a simulated prediction of the volume of stock tank oil that flowed from the Macondo well, and you know that the simulation assumed a certain surface process (process A), then you can determine the amount of stock tank oil for any other assumed surface process (process B) simply by dividing the given results by the table's relative shrinkage factor for process A and then multiplying them by the table's relative shrinkage factor for process B.

For example, if a simulation using my EOS has predicted 5 million barrels of stock tank oil under the assumption of BP's four-stage separation, then 5.122 million barrels would be predicted by a switch to my oceanic process with an exit temperature of 210 F (5 divided by 1.110 times 1.137 equals 5.122). There would be no reason to rerun the simulation (even if the software could handle the complicated oceanic process).

The reason the Macondo stock tank volumes can be scaled so easily (without rerunning any simulation) is that the physics of the fluid flow, from the reservoir to the well's exit, can in no way be influenced by any of the processing that takes place subsequently. Furthermore, since the flowing composition was essentially constant during the entire Macondo disaster, the conversion of the flowing reservoir fluid from mass units to stock tank volumes will always be by a constant factor that is simply proportional to the relative shrinkage factor shown in Table 4 for the assumed process.

No matter which surface process is chosen to convert the amount of spilled Macondo oil into stock tank barrels, the mass of the resulting stock tank oil will still always be less than the mass of the hydrocarbons that were actually spilled (because the stock tank oil will not include the mass of the separated surface gas). My recommendation has always been to perform the conversion with the most efficient process available, to account for

11

*Expert Report of Aaron Zick* *Zick Technologies*

as much of the hydrocarbon mass spilled into the Gulf of Mexico as possible. Some sort of multistage separation process will always be the most efficient. In light of the calculations presented in this section, my current recommendation is to use my oceanic separation process to make the conversions. Despite Dr. Whitson's claims to the contrary, there is no need for special software to simulate such a complex process. The necessary flow calculations can be performed with any software that can handle a single-stage separation to define the stock tank oil; the predicted number of stock tank barrels should then just be increased by 13 or 14% to account for the oceanic separation (see Table 4).

*Expert Report of Aaron Zick*                                                  *Zick Technologies*

## 3. COMPARISONS BETWEEN MY EOS MODEL AND WHITSON'S

In an apparent attempt to discredit any flow calculations that incorporated my EOS fluid model, Dr. Whitson leveled a number of criticisms toward it. Most of his criticisms, however, were baseless, overstated, or relatively unimportant. In this section, I will address those criticisms, point out a few flaws in Dr. Whitson's EOS model, discuss some of the differences between our models, and show why neither model is clearly superior to the other in all aspects. Overall, both models predict the most important fluid behavior with the accuracy expected of a good EOS model and I consider their differences to be relatively minor. I would not expect to see significant differences between any flow or material balance calculations performed with either model.

Dr. Whitson's main criticisms of my EOS fluid characterization were:[7]

- A. Erroneous type of phase boundary (bubble-point instead of dew-point) for the two Pencor samples.
- B. Erroneous near-critical liquid volumes for the two Pencor samples during the constant composition expansion experiments.
- C. 1-2% overestimation of single-phase densities for all samples.
- D. 3-5% overestimation of the shrinkage factor (i.e., too much stock-tank oil) for all samples using the laboratory 4-stage separation process.
- E. My selection of pseudocomponents and my procedures for characterizing them differed from his.
- F. My intermediate, 35-component EOS was inaccurate and produced some physically unrealistic predictions.

Criticisms A and B are technically valid, although relatively unimportant. The compositions of the four fluid samples (referred to as: Pencor 19 or CL68508; Pencor 53 or CL68379, Schlumberger 1.18 or SLB 1.18; and the Intertek sample) were so close to each other that I found it impossible to produce an EOS characterization that would correctly predict dew points (and the resulting behavior for the near-critical liquid volumes) for the two Pencor samples while predicting bubble points for the SLB and Intertek samples. The Pencor supervisor was not even convinced that the Pencor data were conclusive.[8] The fact that my EOS predicts dew points instead of bubble points for the two Pencor samples is also relatively unimportant. Those fluid systems are so near-critical, with the properties of the gas and liquid phases so near each other, that it really does not matter very much whether the system heads toward a dew point (100% gas) or a bubble point (100% liquid) as the pressure is increased. Away from the near-critical region, the liquid volumes predicted by my EOS are very comparable to those predicted by Dr. Whitson's.

Nevertheless, Dr. Whitson managed to overcome the seemingly conflicting phase boundary types by modifying the compositions of *all four* samples. It is common practice to adjust a sample composition if there is some evidence that it contains some

---

[7] To the extent other BP experts make similar criticisms, my responses answer them as well.
[8] "It's possible that it's a dew-point system, and it's possible that it's a bubble point system." Jason LeBlanc of Pencor in his deposition, Exhibit 8592.

*Expert Report of Aaron Zick*                                                                 *Zick Technologies*

experimental errors (if it seems completely inconsistent with other, similar samples, for example). In my case, I had to do that with the SLB 1.18 sample in order to match its experimental molecular weight and so the predictions of its saturation pressures would be consistent with the predictions for the other three samples. I found no such justification for adjusting the compositions of the other samples, however. Conversely, Dr. Whitson did not honor *any* of the measured compositions. His adjustments were seemingly minor, yet they completely changed the behavior of the two Pencor samples. I would not object to his modifications if they were necessary to match molecular weights or gas-oil ratios (which are strongly correlated with composition), but that was not the case, as shown by the significant errors his model exhibited in predicting those quantities (see Table 5). I find it disconcerting that his adjustments were designed solely to change the near-critical behavior of the four samples without maintaining consistency with the measured molecular weights (predicted 6–13% too low) or the Pencor gas-oil ratios (predicted 13–14% too high).

|  | Liquid Molecular Weight | | | Gas-Oil Ratio (scf/bbl) | | |
|---|---|---|---|---|---|---|
| Sample | Measured | Zick EOS | Whitson EOS | Measured | Zick EOS | Whitson EOS |
| Pencor 19 | 212 | 211 | 195 | 2906 | 3010 | 3314 |
| Pencor 53 | 208 | 210 | 196 | 2819 | 2948 | 3174 |
| SLB 1.18 | 212 | 210 | 196 | 2945 | 2855 | 2917 |
| Intertek | 212 | 200 | 184 | 2831 | 2732 | 2942 |

Table 5. Comparisons of the liquid molecular weights and gas-oil ratios predicted by the Zick and Whitson equations of state with the measured data from the single-stage separations of the four fluid samples.

The ways in which Dr. Whitson manipulated the fluid compositions and the EOS parameters of his model (in order to predict dew points for the two Pencor samples) also had the unfortunate side effect of causing his EOS to predict very poorly the results of the two Pencor differential liberation experiments, as shown in Figure 3 through Figure 8.