# Exhibit 6

## Excerpt from Vol 1 of the Deposition Transcript of Dr. Aaron Zick

## Taken June 28, 2013

## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL         ) MDL NO. 2179
BY THE OIL RIG           )
"DEEPWATER HORIZON" IN ) SECTION "J"
THE GULF OF MEXICO, ON   )
APRIL 20, 2010           ) JUDGE BARBIER
                         ) MAG. JUDGE SHUSHAN

****************
VOLUME 1
****************

Deposition of Aaron A. Zick, Ph.D., taken at the Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 28th day of June, 2013.

## Page 2

APPEARANCES

APPEARING FOR BP, INC.:
  Mr. Darin T. Beffa
  KIRKLAND & ELLIS
  333 South Hope Street
  Los Angeles, California 90071
  Mr. Devin C. Reid
  LISKOW & LEWIS
  One Shell Square
  701 Poydras Street, Suite 5000
  New Orleans, Louisiana 70139-5099

APPEARING FOR TRANSOCEAN:
  Mr. Benjamin E. Friedman
  Mr. Gregory D. Phillips
  MUNGER TOLLES & OLSON
  355 South Grand Avenue, 35th Floor
  Los Angeles, California 90071-1560

APPEARING FOR ANADARKO PETROLEUM COMPANY:
  Ms. Deborah D. Kuchler
  Ms. Sarah E. Iiams
  KUCHLER POLK SCHELL WEINER & RICHESON
  1615 Poydras Street, Suite 1300
  New Orleans, Louisiana 70112

APPEARING FOR HALLIBURTON:
  Mr. Floyd R. Hartley, Jr.
  Mr. Prescott W. Smith
  Ms. Melissa A. Lopez
  GODWIN LEWIS
  Renaissance Tower
  1201 Elm Street, Suite 1700
  Dallas, Texas 75270-2041

## Page 3

APPEARING FOR THE UNITED STATES:
  Ms. Anna E. Cross
  Mr. Thomas A. Benson
  U.S. DEPARTMENT OF JUSTICE
  ENVIRONMENT & NATURAL RESOURCES DIVISION
  Ben Franklin Station
  Post Office Box 7611
  Washington, D.C. 20044-7611
  601 D Street, N.W.
  Washington, D.C. 20004

APPEARING FOR THE STATE OF LOUISIANA:
  Mr. Grady J. Flattmann
  HENRY DART ATTORNEYS AT LAW
  510 North Jefferson Street
  Covington, Louisiana 70433

ALSO PRESENT:
  Mr. Peter Jennings, Videographer
  Mr. James Deel, Case Manager

## Page 4

INDEX
VIDEOTAPED ORAL DEPOSITION OF
AARON A. ZICK, PH.D.
JUNE 28, 2013
VOLUME 1

Appearances................................... 2

Direct Examination-Mr. Beffa.................. 5

Changes and Signature........................ 267
Reporter's Certificate....................... 269

EXHIBIT INDEX

Ex. No.     Description              Marked

11490  Expert Report, U.S. v. BP
       Exploration & Production, Inc.,
       et al, Equation-of-State Fluid
       Characterization and Analysis of
       the Macondo Reservoir Fluids,
       Prepared on Behalf of the United
       States, Prepared by: Aaron A.
       Zick, March 22, 2013, marked as
       CONFIDENTIAL; 64 pages         5

11491  Expert Rebuttal Report, U.S. v. BP
       Exploration & Production, Inc.,
       et al, Prepared on Behalf of the
       United States, Prepared by: Aaron
       A. Zick, June 10, 2013, marked as
       CONFIDENTIAL; 37 pages         5

11492  LinkedIn Profile of Curtis Hays
       Whitson; three pages          61

11493  Website Information Pages from
       Zick Technologies Consulting;
       three pages                  132

1 (Pages 1 to 4)

```
                                                        97
 1   don't become gas, but they leave the -- they
 2   would leave the liquid phase and enter the vapor
 3   phase.
 4       Q. (By Mr. Beffa) So some of the molecules
 5   are in a vapor phase at stock tank conditions?
 6       A. Yes.
 7       Q. Are -- are stock tank conditions roughly
 8   surface conditions?
 9           MS. CROSS: Objection to form.
10       A. Well, as I said, they're -- it's
11   generally accepted to be 60 degrees Fahrenheit
12   and one atmosphere, and the -- it -- the
13   atmospheric conditions might actually be at a
14   higher temperature or slightly higher or lower
15   pressure, but the standard definition of stock
16   tank conditions is -- is usually fixed at 60 and
17   one atmosphere.
18       Q. (By Mr. Beffa) So as the gas phase
19   develops moving from the reservoir conditions to
20   stock tank conditions, the -- it's the lighter
21   molecules that tend to form the gas phase?
22       A. Yes.
23       Q. Which are the lighter molecules?
24           MS. CROSS: Objection to form.
25       A. Nitrogen present is usually the most
```

```
                                                        98
 1   volatile in a hydro -- in a hydrocarbon fluid,
 2   followed by methane, and then usually carbon
 3   dioxide is next, and then ethane and -- and
 4   propane and the isomers of butane and the isomers
 5   pentane and -- and so forth.
 6       Q. (By Mr. Beffa) Methane is C1?
 7       A. Yes.
 8       Q. And ethane is C2?
 9       A. Yes.
10       Q. And propane is C3?
11       A. Yes.
12       Q. The isomers of butane are in the C4 --
13       A. Yes.
14       Q. -- group?
15       A. (Nodding.)
16       Q. And the isomers of pentane are in the C5
17   group?
18       A. Yes.
19       Q. And those are, along with -- nitrogen and
20   CO2, the components that form a gas phase at
21   stock tank conditions?
22           MS. CROSS: Objection to form.
23       A. Those will be the predominant components
24   of the gas phase. There -- the gas phase will
25   actually contain smaller amounts and eventually
```

```
                                                        99
 1   trace amounts of -- of all the components, but
 2   the -- those lighter components through C5 will
 3   form the -- the majority of the gas phase.
 4       Q. (By Mr. Beffa) What is shrinkage?
 5       A. Shrinkage is the inverse of the formation
 6   volume factor. Actually, I should say that the
 7   shrinkage factor, the petroleum engineering
 8   definition of shrinkage factor is the inverse of
 9   the formation volume factor.
10           Shrinkage, in its common English usage is
11   actually almost the opposite meaning.
12       Q. One minus the shrinkage factor?
13       A. Kind of, yes.
14       Q. When you use the term "shrinkage" or
15   "shrinkage factor" in your Reports, are you
16   referring to the industry definition of
17   "shrinkage factor"?
18       A. Yes.
19       Q. So somewhat counterintuitively, a higher
20   shrinkage factor means that there's more oil --
21       A. Right.
22       Q. -- at the surface?
23       A. Right.
24       Q. Okay. So now you mentioned earlier that
25   the shrinkage of a hydrocarbon fluid can vary
```

```
                                                       100
 1   depending on the path a fluid takes from the
 2   reservoir to stock tank conditions?
 3       A. Yes.
 4       Q. What do you mean by that?
 5       A. Well, it can start with how the reservoir
 6   is depleted in the case where the reservoir drops
 7   below the saturation pressure, and that -- in
 8   this case, that's not applicable.
 9           But theoretically, if the -- the -- if
10   it -- if a reservoir were to fall below the --
11   the saturation pressure, the way the -- the gas
12   phase and the oil phase flowed through the
13   reservoir as a function of time would influence
14   how much the -- the oil phase would shrink by the
15   time it got to the -- to the surface.
16           And then once the hydrocarbons do reach
17   the surface, if -- if their -- if some of them
18   are put through, say, a Process A and some are
19   put through Process B, those two processes might
20   cause different shrinkage factors for the -- for
21   the same fluid.
22       Q. When you use -- you mention Process A and
23   Process B, you're talking about typical
24   production processes that an oil company would
25   use in producing its hydrocarbon fluid?
```

233

1  removed?
2     A.  Yes.
3     Q.  And then the final, fourth stage was
4  stock tank conditions?
5     A.  Yes.
6     Q.  And, again, a gas phase developed from
7  that remaining oil?
8     A.  Yes.
9     Q.  And that gas phase was removed, as well?
10    A.  Right.
11    Q.  And the remaining liquid oil there was
12 the stock tank oil that was reported by the
13 fluids Labs?
14    A.  Right.
15        MS. CROSS:  Objection to form.
16        THE COURT REPORTER:  Two minutes.
17    Q.  (By Mr. Beffa) Why was it that you
18 recommended your -- strike that.
19        Why was it that you recommended the
20 four-stage process be used in your original
21 Expert Report?
22    A.  Well, there were -- I mean, there are an
23 infinite number of separation processes that
24 could be applied.  In this case, there were only
25 two that had -- had been considered by BP for

234

1  purposes of the laboratory experiments,
2  single-stage and this four-stage.
3        It's highly unlikely that they would have
4  ever operated the -- the field under normal
5  conditions with just a single-stage separation
6  since it's so inefficient at recovering -- at
7  stabilizing the stock tank oil.
8        So of the available separator processes
9  that had any relevance on this fluid, the
10 four-stage process seemed like the logical
11 choice.
12       And I think that BP would have probably,
13 under normal production conditions, have tried to
14 find a set of -- of optimal separator conditions
15 that were much like this four-stage process in
16 terms of efficiency.
17       If they -- if they were to, you know, try
18 to tally the -- their assets for a field that had
19 not been developed yet to -- you know, to, you
20 know, satisfy their investors that they had large
21 assets, they would tend to use a very efficient
22 theoretical separation process to account for
23 those assets.
24       And so it -- it seems to me that -- that
25 an oil company -- any oil company typically tries

235

1  to -- tries to achieve the volume of stock tank
2  oil that is the -- is the best that they can,
3  with the types of separation equipment that they
4  can operate in the field.
5        MS. KUCHLER:  Objection.
6  Nonresponsive, lacks foundation, and speculative.
7  Move to strike.
8        MR. BEFFA:  And I have to stop.
9        THE VIDEOGRAPHER:  The time is
10 4:43 p.m.  We're off the record, ending Tape 6.
11       (Recess from 4:43 p.m. to 4:54 p.m.)
12       MR. BEFFA:  Ready.
13       THE VIDEOGRAPHER:  All set?
14    The time is 4:54 p.m.  We're back on the
15 record, beginning Tape 7.
16    Q.  (By Mr. Beffa) Dr. Zick, you agree that
17 the single-stage flash method is the simplest
18 method of converting reservoir barrels to
19 stock-tank barrels, correct?
20    A.  Yes.
21    Q.  Now, I think, just before the break, you
22 told me that the -- your original recommendation
23 of a four-stage separation process for converting
24 from reservoir barrels to stock-tank barrels was
25 based on your belief as to what BP would have

236

1  done if there had not been a spill, correct?
2        MS. CROSS:  Objection, form.
3     A.  I believe they would have done something
4  quite comparable, perhaps not exactly that; but
5  they would have tried to optimize the
6  stabilization of their stock tank volumes.
7     Q.  (By Mr. Beffa) But your original Report
8  doesn't say that they might have done something
9  sort of like that.  It says that it seems likely
10 that BP had projected their production separators
11 for the Macondo Well to operate at those
12 conditions, correct?  Is that what you wrote?
13    A.  I'd have to -- I'd have to read the exact
14 paragraph where I said something like that.
15    Q.  You're just speculating about what BP
16 would have done if there had not been a spill,
17 correct?
18       MS. CROSS:  Objection to form.
19    A.  I think it's -- it's quite reasonable to
20 assume that they would not have used a
21 single-stage separation, since that is so much
22 more inefficient than -- than any multistage
23 separation.
24    Q.  (By Mr. Beffa) But you don't have any
25 basis for knowing what BP would have done in the

**Page 237**

1  event there had not been a spill?
2      MS. CROSS: Objection to form.
3  A. I -- I have the basis of knowing what
4  they requested the Labs to -- to perform, so
5  I would have to think that they felt that that
6  would -- would have been a -- a separation
7  process that they -- that they could
8  realistically achieve.
9  Q. (By Mr. Beffa) But, again, you don't have
10  any basis to know why BP requested those
11  conditions for the testing?
12      MS. CROSS: Objection to form.
13  A. Only the assumptions that I've already
14  stated.
15  Q. (By Mr. Beffa) And there -- those are
16  assumptions?
17      MS. CROSS: Objection, form.
18  A. I guess so.
19  Q. (By Mr. Beffa) All right. Now, why was
20  it your opinion that the amount of the penalty in
21  this case should be based on what BP would have
22  done in the event there had not been a spill?
23      MS. CROSS: Objection to form.
24  A. I think you can look at -- at this a
25  number of different ways, and, to me, the most --

**Page 238**

1  any logical way of looking at it says that the --
2  the actual oil spill puts more hydrocarbons in
3  the water than any -- even the most efficient
4  process that an oil company could -- could come
5  up with had they produced the fluid, separated it
6  at an efficient -- in an efficient way, and then
7  spilled the oil back into the water.
8      So it seems to me that -- that if you
9  want to talk about penalties in this case, the
10  penalties should be at least as -- based on
11  the -- at least as much oil as they -- as they
12  could have done in the -- stabilized in the most
13  efficient way, because what they -- what went
14  into the water was that plus all of the -- all of
15  the other hydrocarbons.
16      MS. KUCHLER: Objection,
17  nonresponsive, and goes into a legal conclusion.
18  Q. (By Mr. Beffa) Well, let me ask that:
19  Isn't that opinion that you just expressed a -- a
20  legal conclusion?
21      MS. CROSS: Objection, form.
22  A. I don't know.
23  Q. (By Mr. Beffa) Well, it's not a
24  scientific conclusion.
25      MS. CROSS: Objection, form.

**Page 239**

1  A. Well, the -- I can say that
2  scientifically what would be produced by the most
3  efficient surface separation process possible
4  would still be less hydrocarbon than the total
5  fluid that went into the separation process.
6  Q. (By Mr. Beffa) And that's because, in a
7  surface process, there is surface gas that's
8  produced. Correct?
9  A. Correct.
10  Q. Do you understand that the penalties in
11  this case are based on the amount of oil?
12      MS. CROSS: Objection, form.
13  A. I'm -- I don't know. I'm assuming so;
14  but, again, that's just an assumption. I don't
15  know for sure.
16  Q. (By Mr. Beffa) Because that's a legal
17  conclusion?
18  A. Yes --
19      MS. CROSS: Objection to form.
20  A. -- I guess.
21  Q. (By Mr. Beffa) So you're offering your
22  personal opinion here as to how you think the
23  penalties should be based; but that's not based
24  on science, is it?
25      MS. CROSS: Objection, form.

**Page 240**

1  A. No. That's not exactly what I -- I said.
2  I've said that the -- the amount of stock
3  tank oil is -- or the -- the -- say, the mass of
4  the hydrocar -- of the stock tank oil is always
5  going to be less than the mass of the -- of the
6  original oil.
7  If the -- all of the mass of the -- that
8  was -- that came out of the well went into the
9  water, it would -- it would -- the -- the mass
10  produced by the most efficient available surface
11  process would still be less, and the -- the
12  standard practice for any oil company is to use
13  as efficient a surface process as they can.
14  In this case, we don't have a measurement
15  of the stock tank oil, because there were -- the
16  oil that went into the ocean was never separated
17  and -- and put into a stock tank.
18  So we have to have a -- sort of a -- we
19  can only estimate the amount of stock tank oil
20  through calculations, and I would choose to use
21  the same calculations that an oil company would
22  use when trying to project how much oil they
23  would sell, how much assets they would have,
24  which would be done through the calculations of
25  an efficient separation process.

241

Q. (By Mr. Beffa) That's what you would choose to do, but that's not based on any kind of science that would dictate how to make that conversion?

MS. CROSS: Objection to form.

A. It's not for me to decide what will ultimately be chosen, but that would be my recommendation as to the standard practice that -- that an oil company would use in -- in -- in trying to project their -- their production.

Q. (By Mr. Beffa) But you agree it's a legal decision which separation process is used in this case?

MS. CROSS: Objection, form.

A. Yes, I understand that.

Q. (By Mr. Beffa) Now, your -- in your Rebuttal Report, you express the belief that, in fact, the four-stage separation process should not be used to calculate stock tank oil volumes, correct?

MS. CROSS: Objection to form.

A. I didn't state it that way.

I stated that the alternative of an oceanic separation process would be a viable alternative method. And, in fact, since, if done

242

correctly, that actually produces -- would produce more stock tank oil, I would have no objection to using that method, especially if -- if the four-stage separation process would seem so unacceptable to -- to the parties involved.

Q. (By Mr. Beffa) So it's your opinion that the conversion should be done in the way that produces the most amount of stock tank oil?

MS. CROSS: Objection to form.

A. In the -- in the case of using the four-stage separation to mimic a surface process, that would be my opinion.

If the -- if it's decided to use an oceanic process, there, it's the -- it's the -- the conditions of the ocean that decide the efficiency. And I -- I wouldn't object to either the oceanic process or the four-stage process.

Q. (By Mr. Beffa) Well, in your --

MS. KUCHLER: Objection, nonresponsive.

Q. (By Mr. Beffa) In your Rebuttal Report, you state, on Page 12: "...my current recommendation is to use my oceanic separation process to make the conversions." Correct?

A. Okay. Yes, I said that.

243

Q. All right. So you're actually saying that it is your recommendation to do that, right?

A. Yes. I guess that is my current recommendation, then.

Q. So that recommendation, though, is not based on any kind of scientific analysis. It's based simply on your policy belief that the most efficient process available should be used to convert stock tank oil?

MS. CROSS: Objection to form.

A. Well, again, it -- if it -- if it were me deciding policy, I wouldn't base any penalties on stock tank volumes at all. I would base it on mass.

But given that the -- the -- the size of spill is to be counted in terms of stock tank volumes and given the fact that there was no stock tank to collect the oil and measure it, then the -- then, in -- in my opinion, the -- of the -- of the -- of any set of -- reasonable set of separator processes that could be used to define that stock tank oil, I would say that most efficient process is the -- is the logical choice, because even that understates the total amount of -- of mass that went into the ocean.

244

Q. (By Mr. Beffa) And that's a policy determination you've made?

MS. CROSS: Objection to form.

A. I said if I were the policy maker --

Q. (By Mr. Beffa) But you're not.

A. -- I would base the -- the decision on the mass.

Q. You're not the policy maker here?

A. No.

Q. And so there is no scientific basis to pick one separation process from another for purposes of calculating stock tank oil in this case, is there?

MS. CROSS: Objection to form.

A. I don't -- I don't know. I -- I mean, I've tried to answer that. It's not a -- I don't think, a black-and-white question, and I've tried to answer it best I can.

Q. (By Mr. Beffa) So to the extent you've given a scientific explanation for picking one separation process to another, I'll find it in the transcript?

MS. CROSS: Objection to form.

A. I'm not sure what -- what --

Q. (By Mr. Beffa) Well, I'll -- I'll give

61 (Pages 241 to 244)