# Exhibit 7

## Excerpt from Vol 2 of the Deposition Transcript of Dr. Curtis Whitson

## Taken July 23, 2013

## Page 346

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL      ) MDL NO. 2179
BY THE OIL RIG        )
"DEEPWATER HORIZON" IN ) SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010        ) JUDGE BARBIER
                      ) MAG. JUDGE SHUSHAN

*****************
VOLUME 2
*****************

Continuation of the deposition of Curtis Hays Whitson, Ph.D., taken at the Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 23rd day of July, 2013.

## Page 347

APPEARANCES

APPEARING FOR THE PLAINTIFFS STEERING COMMITTEE:
 Mr. Michael R. Robinson
 IRPINO LAW FIRM
 2216 Magazine Street
 New Orleans, Louisiana 70130

APPEARING FOR BP, INC.:
 Mr. Darin T. Beffa
 KIRKLAND & ELLIS
 333 South Hope Street
 Los Angeles, California 90071
 Mr. Devin C. Reid
 LISKOW & LEWIS
 One Shell Square
 701 Poydras Street, Suite 5000
 New Orleans, Louisiana 70139-5099

APPEARING FOR TRANSOCEAN:
 Mr. Benjamin E. Friedman
 MUNGER TOLLES & OLSON
 355 South Grand Avenue, 35th Floor
 Los Angeles, California 90071-1560

APPEARING FOR ANADARKO PETROLEUM CORPORATION:
 Ms. Deborah D. Kuchler
 KUCHLER POLK SCHELL WEINER & RICHESON
 1615 Poydras Street, Suite 1300
 New Orleans, Louisiana 70112

## Page 348

APPEARING FOR HALLIBURTON:
 Mr. Israel R. Silvas
 Mr. Bruce W. Bowman, Jr.
 GODWIN LEWIS
 Renaissance Tower
 1201 Elm Street, Suite 1700
 Dallas, Texas 75270-2041

APPEARING FOR THE UNITED STATES:
 Ms. Bethany Engel
 Mr. Thomas A. Benson
 U.S. DEPARTMENT OF JUSTICE
 ENVIRONMENT & NATURAL RESOURCES DIVISION
 Ben Franklin Station
 Post Office Box 7611
 Washington, D.C. 20044-7611
 601 D Street, N.W.
 Washington, D.C. 20004

ALSO PRESENT:
 Mr. Peter Jennings, Videographer
 Mr. Ray Aguirre, Case Manager

## Page 349

INDEX
VIDEOTAPED ORAL DEPOSITION OF
CURTIS HAYS WHITSON, PH.D.
JULY 23, 2013
VOLUME 2

Appearances.................................. 347

Continued Direct Examination-Ms. Engel....... 351
Examination-Mr. Beffa........................ 392
redirect Examination-Ms. Engel............... 408

Changes and Signature........................ 430
Reporter's Certificate....................... 432

EXHIBIT INDEX

Ex. No.    Description                 Marked

11575   Schlumberger Fluid Analysis on Macondo Samples, Reservoir Sample Analysis Report dated May 19, 2010, updated 06/09/10, Report #201000053, marked as CONFIDENTIAL; Bates Nos. BP-HZN-2179MDL00062844 - BP-HZN-2179MDL00062893          352

11576   LexisNexis Report dated Feb. 18, 2013, PERA AS; two pages      363

11577   SPE 155499 article titled PVT in Liquid-Rich Shale Reservoirs; 25 pages                                368

390

1    A.  It would have been wrong to do it; and,
2   therefore, we didn't do it.
3      Q.  Okay.  But my question was:  Did you do
4   it?
5          MR. BEFFA:  Objection.
6    A.  We didn't do it --
7      Q.  (By Ms. Engel) Okay.  Thank you.
8    A.  -- because it would have been wrong.
9          MS. ENGEL:  Okay.  Thank you.  I
10  don't have anything further.
11         THE VIDEOGRAPHER:  The time is
12  9:35 a.m.  We're off the record, ending Tape 10.
13        (Recess from 9:35 a.m. to 9:37 a.m.)
14         MR. FRIEDMAN:  Are we ready?
15         THE COURT REPORTER:  One second.
16  And this will be on the video, Peter?
17         THE VIDEOGRAPHER:  Yes, sir.
18        (Discussion off the record.)
19         THE VIDEOGRAPHER:  The time is
20  9:37 a.m., and we're back on the record,
21  beginning Tape 11.
22         MR. FRIEDMAN:  Benjamin Friedman for
23  Transocean.  We continue to object to the Court's
24  ruling that bars Transocean from questioning
25  Quantification Experts, both generally and

391

1   specifically, as it applies to Dr. Whitson.
2          Transocean reserves the right to question
3   Dr. Whitson at a later date, should the Court's
4   Ruling be modified or reversed.
5          MR. SILVAS:  My name is Israel
6   Silvas, and I'm here today on behalf of
7   Halliburton Company and Halliburton Energy
8   Services, Inc.
9          I'm prepared and ready to go forward with
10  the questions on my client's behalf in the time
11  previously allotted to them in this deposition.
12  However, on Monday, July 15th, 2013, Magistrate
13  Judge Shushan sent an E-mail to the Parties
14  stating that my clients will be precluded from
15  asking any questions in quantification
16  depositions, including this deposition.
17         Given the ongoing issues that may
18  directly impact Halliburton and HESI during the
19  quantification phase of the trial, we object to
20  being barred from asking questions during the
21  depositions of Quantification Witnesses.
22         Halliburton and HESI reserve the right to
23  reopen the deposition in order to cross-examine
24  the witness and all other rights they may have.
25         THE VIDEOGRAPHER:  The time is

392

1   9:39 a.m.  We're off the record.
2          MR. BEFFA:  Give me a minute and
3   I'll be right back.
4         (Recess from 9:39 a.m. to 9:42 a.m.)
5          THE VIDEOGRAPHER:  The time is
6   9:42 a.m.  We're back on the record, beginning
7   Tape 12.
8              EXAMINATION
9   QUESTIONS BY MR. BEFFA:
10     Q.  Good morning, Dr. Whitson.  You have read
11  Dr. Zick's Rebuttal Expert Report in this case,
12  correct?
13     A.  Yes.
14     Q.  That Report was previously marked as
15  Exhibit 11491.  Do you have that exhibit in front
16  of you?
17     A.  Yes.
18     Q.  If you could turn to Page 8, please.  The
19  first sentence of the second paragraph on
20  Page 8 reads:  "I have also developed an oceanic
21  process model to simulate how the Macondo
22  reservoir fluid might have separated into stock
23  tank oil and surface gas on its way to the ocean
24  surface."
25     Do you see that?

393

1    A.  Yes.
2      Q.  Have you read that sentence before?
3    A.  Yes.
4      Q.  Do you agree that Dr. Zick has simulated
5   how the Macondo Reservoir fluid might have
6   separated into stock tank oil and surface gas on
7   its way to the ocean surface?
8    A.  No, I don't.
9      Q.  Why not?
10   A.  Dr. Zick makes three fundamental
11  assumptions in his oceanic process.  The first is
12  what he refers to as a "pseudo-steady state
13  process," whereby the -- the stream of fluid
14  entering at the seabed, which is the same stream
15  leaving the reservoir, that that stream flows
16  together as a -- a plume, if you will, a mixture
17  of hydrocarbons through the entire ocean from the
18  seabed to the surface.
19         And in doing so, this implies that the
20  gas and oil are -- are flowing up together to the
21  surface.  That, in itself, as an assumption,
22  is -- is plausible, but his -- he makes two
23  additional assumptions, and those are both
24  nonphysical.
25         The -- the one assumption is that there's

Worldwide Court Reporters, Inc.
PURSUANT TO CONFIDENTIALITY ORDER

394

1  no interaction with water, which, obviously,
2  looking at the thermodynamics of this system,
3  is -- is incorrect physically.  This is even
4  stated by Dr. Zick in his original Report, that
5  there is an interaction between the gas and the
6  oil and the water and component exchange between
7  these three phases.  He ignores that.  So that's
8  an assumption that's not physical.
9       But the most important assumption he
10 makes, which is -- is physically impossible, is
11 what I'll refer to as "selective mixing."  And
12 that assumption is that the gas and oil, as it's
13 moving up together to the surface, that the gas
14 and -- equilibrium gas and oil that's moving up
15 does -- does not mix.  They're moving up
16 separately, he puts up a -- a -- an impermeable
17 barrier between the gas and the oil.  So he
18 doesn't let them equilibrate as it moves up to
19 the surface.
20      But, at the same time, at each depth, he
21 allows the gas to evolve oil through
22 condensation, and he allows that condensed oil to
23 move through this impermeable barrier to the
24 other side to -- to mix with the already existing
25 oil.  And he allows the already existing oil to

395

1  evolve gas, as it moves upwards, coming out of
2  solution, he allows that gas to move across the
3  impermeable barrier to the other side and mix
4  with the free gas.
5       So he allows mixing when he wants to, and
6  he doesn't allow mixing when he doesn't want to.
7  That's -- is physically impossible to have such a
8  system, as certainly provided by Mother Nature in
9  the ocean.
10      So that's -- that's the -- that's the
11 assumption that's -- that -- that just can't --
12 can't exist.  So that's -- that's -- that's why.
13 He's not simulating what actually happens in the
14 ocean.  You -- so -- yes.
15      **Q.  If Dr. Zick were to include the**
16 **thermodynamic effects of water in his ocean**
17 **separator model, what would be the effect?**
18      A.  Well, we've studied that in detail, and
19 by making three-phase thermodynamic equilibrium
20 calculations, and the net result is that you
21 basically end up with a stock tank oil volume.
22 When you allow equilibrium of the gas and the
23 oil, even using his -- his -- his nonphysical
24 selective mixing, when you allow the gas and oil
25 to equilil -- equilibrate with water as it moves

396

1  upwards, then you end up with a final oil at the
2  surface.  That -- that is approximately the same
3  volume as the single-stage flash.
4       And so that's basically what happens.  It
5  depends on how much water you contact the system
6  with, and the amount of water that you need to
7  contact to -- to reach this single-stage liquid
8  volume is, in fact, the amount of water required
9  to dissolve all of the C1, C2, and C3 completely
10 into the water, so that there's no more C1, C2, C3
11 in the -- in the stock tank oil.
12      And when you reach that condition, that
13 stock tank oil volume has a value equal basically
14 to the single-stage flash stock tank oil volume.
15      **Q.  If you were to remove from Dr. Zick's**
16 **ocean separator the barrier that you described a**
17 **few minutes ago, what would be the effect?**
18      A.  Now, we're retaining his general
19 pseudo-steady state flow assumption, we're
20 assuming there's no interaction with water which
21 is his other assumption, but we'll keep that
22 intact, and we'll simply introduce a physical
23 mixing, which is what you would expect for a
24 plume of gas and oil flowing up together, so you
25 allow mixing as it -- as it moves from the seabed

397

1  to the surface.
2       And when that happens, the -- the gas and
3  oil will be equilibrating with each other
4  continuously from the seabed to the surface.
5       What you'll find when you get to the
6  surface is that the stock tank oil volume will be
7  exactly, to 15 significant digits, equal to the
8  single-stage flash stock tank oil volume.
9       **Q.  Of these separation processes that have**
10 **been presented in this case, which do you find to**
11 **be the most physically realistic?**
12      A.  Well, I believe our oceanic process with
13 its assumptions are all physical assumptions.
14 They're -- I think this is the -- the only all --
15 alternative.
16      And so I think that a second alternative
17 is to use the pseudo-steady state assumption
18 of -- of -- of Zick, Dr. Zick, but to remove this
19 nonphysical barrier.  That would also be a
20 plausible oceanic process.
21      So, I think either -- either of those.
22      **Q.  Dr. Whitson, we talked yesterday about**
23 **the calculations you made about the solubility of**
24 **hydrocarbons in ocean water, correct?**
25      A.  Yes.

**398**

1   Q. And when you made those calculations, you
2   were accounting for the thermodynamic interaction
3   between hydrocarbons and water?
4   A. Yes.
5   Q. You -- you mentioned several times that
6   the -- under certain assumptions, the volume of
7   stock tank oil that your ocean separator process
8   predicts is approximately the same as the number
9   of stock-tank barrels of oil under a single-stage
10  flash separation process, correct?
11  A. Yes.
12      MR. BENSON: Objection, form.
13  Q. (By Mr. Beffa) Under which -- or what
14  level of solubility allows the -- your ocean
15  separator model to predict roughly the same
16  number of stock-tank barrels as the single-stage
17  flash method?
18  A. Well, basically, what we found is that if
19  you remove -- if you remove methane, ethane,
20  propane, butanes, and pentanes, C1 through C5
21  components, these are the traditional gaseous
22  components in -- in the petroleum -- in petroleum
23  systems. If those are removed completely from
24  the stock tank oil, through the assumption this
25  occurs in interaction with large amounts of

**399**

1   oceanic water mixing, then that results in a
2   stock tank oil volume very close to the
3   single-stage flash stock tank oil volume.
4       Now, when we did those original
5   calculations in the original Report, we did not
6   base that on -- on rigorous thermodynamic
7   calculations of gas, oil, and -- and -- and
8   water. Those calculations have been done
9   subsequent to the -- Dr. Zick's Rebuttal Report,
10  where we have actually made rigorous three-phase
11  gas/oil/water thermodynamic calculations, and
12  find that you get basically the -- the same stock
13  tank oil volume with rigorous three-phase
14  calculations, where all of the components are
15  allowed to partition in varying amounts,
16  according to the thermodynamics.
17      And -- and as that stock tank oil that
18  you calculate from the more rigorous method,
19  as -- as the methane, ethane, and propane
20  basically disappear from that stock tank oil
21  through these calculations, according to certain
22  amount of water it's in contact with, at that
23  point, where basically all of the methane,
24  ethane, and propane have disappeared, that is
25  where you're seeing the stock tank oil volume

**400**

1   being equal to this single-stage flash volume.
2   Q. And methane, ethane, and propane, what
3   carbon numbers are those?
4   A. C1, C2, and C3.
5   Q. And you discuss, in your answer, the C1
6   through C5 components. Do those components
7   include aromatics?
8   A. No.
9   Q. Shifting gears, Dr. Whitson, which EOS
10  model presented in this case do you believe fits
11  the PVT data better?
12  A. I believe that our equation of state fits
13  the PVT data better.
14  Q. Why?
15  A. Well, I believe the -- the PVT data of
16  most importance to this particular case are --
17  are clearly fit better, and that's the reason.
18  It's the emphasis on -- on certain data, in
19  particular, the liquid stock tank oil volume, the
20  single-phase densities, which ensures the
21  conversion from mass rates, mass volumes to stock
22  tank oil volumes and the -- basically these
23  are -- are the most important.
24      And it also appears that the -- the
25  description of the systems being gas condensate

**401**

1   with dew points and oils with bubble points have
2   some impact; and we were able to capture that
3   correctly, as the measured data show. There are
4   gas condensate systems and oils in the four
5   samples. So we also predict that correctly.
6       So I think those are the -- the main
7   reasons that I consider our equation of state
8   better than Dr. Zick's; but the most important
9   related to this case is the fact that it better
10  predicts the stock tank oil volumes, particularly
11  for the four-stage separator tests, which are
12  designed specifically to measure accurately the
13  stock tank oil volumes. So that's to be noted.
14  Q. (By Mr. Beffa) Dr. Whitson, do you recall
15  that, in Dr. Zick's Expert Report, he claims that
16  his EOS model predicts molecular weights more
17  closely than does your EOS model?
18      MR. BENSON: Object to the form.
19  A. Yes.
20  Q. (By Mr. Beffa) Do -- do you believe that
21  it is important for your EOS model to accurately
22  predict molecular weights?
23  A. Not really, for two reasons: The first
24  reason being that the measurement of molecular
25  weights is highly uncertain; and the second

14 (Pages 398 to 401)