# Attachment 05

01-42952
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) | MDL NO. 2179 |
| | ) | SECTION: J |
| | ) | JUDGE BARBIER |
| | ) | MAG. JUDGE SHUSHAN |

**CONFIDENTIAL**

***WorldwideVIEW™***
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:

# STEWART K. GRIFFITHS, Ph.D.
**Volume 1**

JUNE 26, 2013

***COPY***

*Systems Technology for the Litigation World*
Litigation Group•Court Reporting•Video Production•Videoconferencing
**For U.S. & International Services**
**800 - 745 - 1101**

08:39 08:39 08:40 08:40 08:40

A. Again, I -- well, I would have to spend some time defining what my view of an "Expert" is, and -- and that sets a very high bar in my eyes, and -- and I don't know if I would reach that bar or not. I think it would probably be more productive just to talk about my expertise and my experience and --

**Q. (By Mr. Regan) Okay. Dr. Griffiths, if Judge Barbier were to ask you, "What are you an Expert in, Dr. Griffiths," what would your answer be?**

A. I -- I think my answer would be the same, is -- is that I don't know what -- I -- I am aware that there's some sort of legal use of the word "Expert."

**Q. M-h'm.**

A. But -- but I don't know what you mean. I only know what I mean.

**Q. Okay. Well, let me assure you that whatever the legal definition of it is, I'm not asking you for a legal definition. I am asking you here to define in your own words what you believe you're an Expert in, in for purposes of providing opinions to the Judge.**

MR. BENSON: The same objection.

A. Again, I -- I -- I -- I don't know that I can do that without defining what -- what --

**Q. (By Mr. Regan) Okay.**

A. -- my view of an Expert is.

08:40 **Q. And what is your view of an Expert?**

A. Well -- so I worked at Sandia for over 30 years, and before that I worked at Lawrence Livermore, and -- and because of the nature of those places, there are a number of Experts around. And so these Experts in my eyes are people that -- that work in -- in a very narrow field for decades, 30 years, 40 years. They do experimental work; they do theoretical work; but they work for a very, very long time in a very, very narrow field. At -- at Sandia, we had people who -- who spent 30 to 40 years studying how to weld a particular alloy of stainless steel.

So -- so that sort of thing in my eyes, that's what an Expert is. I think that's -- see, I think that's very, very far removed from -- from what I understand --

**Q. M-h'm.**

A. -- an Expert in the legal sense is.

08:41 **Q. Okay. Are you an Expert in multiphase**

**flow under your own view of the word "Expert"?**

MR. BENSON: Object to the form.

A. I would say that -- that I am familiar with multiphase flow. I have worked in the past in multiphase flow.

08:42

**Q. (By Mr. Regan) Okay. Would you say you're an Expert in multiphase flow?**

MR. BENSON: The same objection.

**Q. (By Mr. Regan) Under your own definition of the word.**

08:42

A. Under the -- the -- the -- the extreme sort of definition that I provided, I -- I would -- I would not label myself -- there's some other issues here. For example, I don't -- I'm not comfortable with self-proclaimed Experts. You know, I'm not comfortable with the --

08:42

**Q. Okay.**

A. -- notion of saying, "I am an Expert." And I don't know if this is modesty or this is having known people who -- who I have tremendously high regard for.

08:42

Would you repeat your question, please?

**Q. Sure.**

A. Yeah.

08:42

**Q. I'm just trying to find out what you**

**assumptions about the position of rams, et cetera?**

A. I --

MR. BENSON: Object to form.

10:27 A. I'd -- I'd really to need to look in detail at that. I don't think I would draw any conclusion.

**Q. (By Mr. Regan) But your conclusion that -- the reason you find your model to be**

10:27 **valuable is because you don't have data available in the 86 days prior to capping stack about geometry and potential changes in geometry. Correct?**

MR. BENSON: Object to form.

10:27 A. Well, let's see. Again, back -- back to my methodology, if I calculate a flow rate using a reservoir and a BOP pressure at the bottom of the BOP, that calculated flow rate automatically accounts for anything you do downstream.

10:28 I picked the methodology for exactly that reason, because there was so much uncertainty about that.

Since I applied that methodology, I also did these alternate calculations. I get the same

10:28 value to the discharge from the alternate

calculations. I can -- I can conclude from that with some degree of certainty that, in fact, nothing did change in the BOP; otherwise, I would not get the same answer.

10:28 So I -- I -- I'm not sure what you're asking me to comment on, because my -- my methodology accounts for those things downstream of the BOP gauge. Additional calculations indicate to me that -- that the BOP, beyond about

10:28 April 28th, 29th, was -- was essentially unchanged.

**Q. Okay. So your methodology would account for any changes in the BOP during and after Top Kill, correct, because those are downstream of**

10:29 **PT-B, correct?**

A. I believe that's right. I'm not sure I heard the statement quite --

**Q. I -- I -- I'll state it again.**

A. Thank you.

10:29 **Q. Your method -- your methodology would account for any changes in the BOP during and after Top Kill because those are downstream of PT-B?**

A. Yes.

10:29 **Q. Okay. But for the Top Kill time period,**

01-42953
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) | MDL NO. 2179 |
| | ) | SECTION: J |
| | ) | JUDGE BARBIER |
| | ) | MAG. JUDGE SHUSHAN |

**CONFIDENTIAL**

***WorldwideVIEW™***
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:

# STEWART K. GRIFFITHS, Ph.D.

**Volume 2**

JUNE 27, 2013

***COPY***

*Systems Technology for the Litigation World*

Litigation Group•Court Reporting•Video Production•Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

**calculation --**

A. I --

**Q. -- to your model?**

A. -- myself, did not.

03:32 **Q. Okay.**

THE COURT REPORTER: 23 seconds.

MR. SMITH: I don't think I can ask you a worthwhile question in the seven seconds remaining, so I will conclude my questioning.

03:32 Thank you very much, Dr. Griffiths.

THE WITNESS: Thank you.

THE VIDEOGRAPHER: The time is 3:32 p.m. We're off the record, ending Tape 14.

(Recess from 3:32 p.m. to 3:38 p.m.)

03:33 MR. BENSON: I'm ready.

THE VIDEOGRAPHER: All set? The time is 3:38 p.m. We're back on the record, beginning Tape 15.

EXAMINATION

03:38 QUESTIONS BY MR. BENSON:

**Q. Good afternoon, Dr. Griffiths. I'm Tom Benson with the United States. I think you knew who I am.**

**You retired from Sandia National**

03:38 **Laboratories as a Senior Scientist; is that right**

A. That's correct.

**Q. Roughly how long did you hold that title?**

A. Roughly ten years.

**Q. Okay. And what does it mean to you, to be a Senior Scientist at Sandia?**

A. Well, I can -- I can only speak, I think, about my own experience and what led to that.

You know, I -- I think I -- I became a Senior Scientist as a consequence of 20 plus years of -- of technical contributions to Sandia on important issues that -- as evidenced by my promotion, that were -- were viewed as outstanding contributions in -- in technical areas.

**Q. To be promoted to Senior Scientist, is it a merit promotion or do you just say a certain number of years?**

A. Oh, no, no, no. So prior to my promo -- it's not even actually a promotion. It's -- it's called a "Special Appointment."

So, prior to my appointment to the title of Senior Scientist, I was a -- a Distinguished Member of the Technical Staff. "Distinguished Member of the Technical Staff" is capped within Sandia at -- at 10 percent, I believe, is the

03:40 03:40 03:41 03:41 03:41

number of all Technical Staff.

The -- the -- the number of people that -- that are appointed to Senior Scientist out of the population of -- of Distinguished Members of the Technical Staff is -- is, you know, maybe, again, about 10 percent or -- or less, probably.

So a Senior Scientist title at Sandia represents somebody that, I think, is in the, at least, top 1 percent of all of the staff at Sandia. So it is not something that everybody eventually gets to, if you just stay there long enough.

**Q. Okay. Now, you worked at Sandia for more than 30 years. Can you give us just a couple of examples of the type of work, the type of activities that you were involved in at Sandia?**

A. Well, I was involved in -- in the Nuclear Test Program, in part through work in nuclear test containment. So this is the -- the detonation of -- of nuclear devices that are buried underground. I think I mentioned that a little bit the other day.

So -- so there's a -- a very serious concern that -- that if you have this high

03:41

pressure cavity that's -- that's full of these radioactive gases, that you have to ensure that they do not escape to the surface; and so that was something I did.

I was a member for quite a number of years of a group called NEST. This was nuclear -- Nuclear Emergency Search Team. This was a counter-terrorist group responsible for -- for responding to terrorist threats that involve improvised nuclear weapon.

03:42

I worked in nuclear weapons components for a number of years. This was largely in the area of gas transfer systems, which has to do with -- with -- I have to be careful what I say. It's about the use of tritium in nuclear weapons.

03:42

**Q. Okay. And I -- I can cut you off there, if you want.**

A. Okay.

03:42

**Q. And let me just say, I know some of the work you did at Sandia was classified, if not all of it was classified. Is that fair to say?**

A. It was -- it was not. I would say over -- over my career, only about half of my work was -- was classified work.

03:43

**Q. Okay. And so every -- everything I ask today, please do -- don't take us into classified areas.**

A. I can assure you, I won't do that.

03:43 **Q. Okay. I figured that went without saying.**

**Let's -- let's turn to the work you did for trying to estimate the cumulative flow rate of the Macondo Well.**

03:43 A. M-h'm.

**Q. What are some of the primary skills or areas of expertise that you brought to that problem?**

A. H'm. Well, certainly, expertise in -- in

03:43 fluid dynamics and, certainly, drew on expertise in mathematics in a number of ways, but -- but -- but my experience with optimization and parameter estimation was important.

My expertise in -- in -- in looking at

03:43 data; my experience with working with data acquisition systems, very extensive experience working with pressure gauges, including trying to make pressure measurements in hostile environments; and experience writing software.

03:44 **Q. Okay. And those -- those are skills that**

**you brought to this problem.**

**Are those skills that you developed and used in your time at Sandia?**

A. Those -- that's a -- a pretty good subset of -- of the skills that I learned through the course of my Ph.D., through work at Lawrence Livermore Laboratory, through work at Sandia for 30 years. That -- those -- that -- that set of expertise was something I used over and over and over again over the course of my career.

03:44 03:44

**Q. Okay. And just to hit a couple of the highlights, you know, here you built a model to estimate flow. Did you build models like that during your time at Sandia?**

A. That -- that sort of activity is exactly what I did for my whole 30 years looking at data, whole 30 years. Those -- those activities are what led -- and their impact are what led to my appointment as a Senior Scientist.

03:45

**Q. During your time at Sandia, did you ever have occasion to work on problems of multiphase flow?**

03:45

A. I did.

**Q. Okay. Is that something you did commonly?**

03:45

**were related to flow in -- that sort of relate to flow in a wellbore, BOP capping-stack type arrangement?**

A. Yes, I -- I -- this -- I -- I -- I mentioned gas transfer systems. I won't be able to provide much detail, but there's a lot of plumbing -- can be a lot of plumbing associated with that, valves, other things.

**Q. Okay. And I think you mentioned this a moment ago; but in your career at Sandia, you've worked with pressure gauges and other pressure-type instrumentation?**

A. Yes. Pressure measurements for -- for -- because -- because I worked in -- in the general field of fluid dynamics, not all of my work was in fluid dynamics but a great deal of it was.

So you make pressure measurements when you do that. I -- I was involved in making pressure measurements in -- in explosive environments, measuring shock pressures, pressure measurements in -- well, innumerable experiments.

(Discussion off the record.)

**Q. (By Mr. Benson) Did you -- did you do any work in your time at Sandia that involved erosion and fracture mechanics?**