# Attachment 06

01-43123
TB/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179  SECTION: J  JUDGE BARBIER  MAG. JUDGE SHUSHAN |

# CONFIDENTIAL

### WorldwideVIEW ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Simon Lo

**JULY 29, 2013**

## COPY



Systems Technology for the Litigation World

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1  privatized and become AEA Technology.  And
2  in -- in AEA technology -- and I'm working in
3  one department, thermo-hydraulics department,
4  where we were working with computer software.
5  And then we commercialized the software and
6  formed the company CFX.  And that's the
7  CFX -- CFX International development.
8            So my -- my career in CFX is
9  actually within the AEA Technology company.
10      **Q.     Okay.  And AEA Technology was**
11  **involved more on the nuclear --**
12      A.     The --
13      **Q.     -- areas?**
14      A.     The background -- it came from
15  UK Atomic Energy Authority, so it's
16  nuclear-related.  But when we were privatized
17  and that's no more nuclear funding, so then
18  we diversify into many other area, and that's
19  really when we start really focus in the
20  chemical process oil and gas area.  And
21  that -- that's my experience of that work.
22      **Q.     Okay.  In your -- in your**
23  **experience, do you find that some of the**
24  **principles that are developed in another**
25  **industry such as nuclear can be pertinent to**

```
 1    oil and gas projects?
 2              MR. NAKAYAMA:  Objection, form.
 3         A.   Yes.  The -- we are solving free
 4    mechanics.  They all involve free mechanics.
 5    And, of course, free mechanics is all
 6    governed by the same law of physics, solving
 7    the same law of physics, same set of
 8    equations.  And there are many similarities,
 9    obviously, in terms of theory, in terms of
10    the modeling approach that we use.
11              But, of course, there are
12    differences in the different industry.  The
13    frics are different.  The properties are
14    different.  And so I'm familiar with the one
15    that I have worked -- worked with.
16         Q.   All right.  In -- in the work
17    that you've done in your professional career,
18    have you worked with homogeneous models for
19    computational fluid dynamics?
20              MR. NAKAYAMA:  Objection, form.
21         A.   Yes.  In fact, I was the one
22    that put the homogeneous model into CFX way
23    back in 1980-something.
24         Q.   Okay.  And can you identify some
25    projects where you've actually used the code
```