# Attachment 07

```
 1                   UNITED STATES DISTRICT COURT
 2                   EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE:  OIL SPILL BY THE OIL RIG    *   Docket 10-MD-2179
     DEEPWATER HORIZON IN THE            *
 5   GULF OF MEXICO ON APRIL 20, 2010    *   Section J
                                         *
 6   Applies to:                         *   New Orleans, Louisiana
                                         *
 7   Docket 10-CV-02771,                 *   March 7, 2013
     IN RE:  THE COMPLAINT AND           *
 8   PETITION OF TRITON ASSET            *
     LEASING GmbH, et al                 *
 9                                       *
     Docket 10-CV-4536,                  *
10   UNITED STATES OF AMERICA v.         *
     BP EXPLORATION & PRODUCTION,        *
11   INC., et al                         *
                                         *
12   * * * * * * * * * * * * * * * * * *
13
14                    DAY 8, AFTERNOON SESSION
                      TRANSCRIPT OF NONJURY TRIAL
15              BEFORE THE HONORABLE CARL J. BARBIER
                    UNITED STATES DISTRICT JUDGE
16
17   Appearances:
18
     For the Plaintiffs:         Domengeaux Wright Roy
19                                 & Edwards, LLC
                                 BY:  JAMES P. ROY, ESQ.
20                               556 Jefferson Street, Suite 500
                                 Post Office Box 3668
21                               Lafayette, Louisiana 70502
22
     For the Plaintiffs:         Herman Herman & Katz, LLC
23                               BY:  STEPHEN J. HERMAN, ESQ.
                                 820 O'Keefe Avenue
24                               New Orleans, Louisiana 70113
25
```

OFFICIAL TRANSCRIPT

02:43  1   I was a member of the technical working group.
02:43  2   We also called that the "Twig," or the "TWG."  And I was one
02:43  3   member of that group, representing the United States; and that
02:43  4   group also had representatives from all the other parties.
02:43  5       It was our job to work with DNV to make sure
02:43  6   that all of our activities were accurate and efficient and also
02:43  7   evidence-preserving, let's say, to go through that process
02:43  8   carefully.  So we gave recommendations to DNV, and DNV executed
02:44  9   those recommendations in their own activities.  So that was
02:44  10  extremely important in understanding the blowout preventer and
02:44  11  what may have happened in the accident, of course.
02:44  12       Now, after that time I also began formulating my
02:44  13  opinions based on all that information and was ultimately asked
02:44  14  to submit a report.
02:44  15  **BY MS. CHANG:**
02:44  16  **Q.**   So aside from the approximately three and a half man
02:44  17  months you spent analyzing the BOP, do you have any other
02:44  18  experience that's relevant to your analysis of the failure of
02:44  19  the BOP?
02:44  20  **A.**   Yes.  I've been working as a consulting mechanical
02:44  21  engineer for over 25 years.  I work on a lot of varied and
02:44  22  sophisticated subjects and have over the years, and I've
02:45  23  developed a high degree of skill in analyzing and evaluating
02:45  24  mechanical and structural systems.
02:45  25       So the techniques and skills and tools that I use in

| | | |
|---|---|---|
| 02:45 | 1 | that work are also applicable here to the BOP system. |
| 02:45 | 2 | **Q.**   What types of methods and skills did you use to reach your |
| 02:45 | 3 | conclusions regarding the causes of the failure of the BOP? |
| 02:45 | 4 | **A.**   Well, of course, I have the firsthand observation of all |
| 02:45 | 5 | of the components, and that's very important.  I also was able |
| 02:45 | 6 | to look at all of the test results and inspection results.  And |
| 02:45 | 7 | then I also did some analysis of my own to further evaluate the |
| 02:45 | 8 | system.  All of those things came into play using similar tools |
| 02:46 | 9 | that I usually use in my regular work. |
| 02:46 | 10 | **Q.**   What types of analyses did you perform? |
| 02:46 | 11 | **A.**   Oh, for example, in the BOP area, I used -- I did analysis |
| 02:46 | 12 | of drill pipe bending or buckling.  I looked at friction of |
| 02:46 | 13 | blind shear ram blades and drill pipe.  I looked at flow rates |
| 02:46 | 14 | in the well, flow forces that come from those flow rates and so |
| 02:46 | 15 | forth.  And you can see these analyses in my reports. |
| 02:46 | 16 | **Q.**   Are those the same types of analyses that you typically |
| 02:46 | 17 | perform in your work as a consulting mechanical engineer? |
| 02:46 | 18 | **A.**   Yes, I do.  This is the same kind of work that I normally |
| 02:46 | 19 | do.  For example, I've done extensive work on top fuel race |
| 02:46 | 20 | cars and the bending and buckling of the tubes in those frames |
| 02:46 | 21 | or chassis.  I do work on rocket engines where we have very |
| 02:46 | 22 | high pressure hydrocarbons being delivered, propellants to the |
| 02:47 | 23 | engine, combustion process, and a lot of other different |
| 02:47 | 24 | subjects where I use similar tools. |
| 02:47 | 25 | **Q.**   During the course of your analysis of the *Deepwater* |

02:50  1     **THE COURT:**  Whether the BOP was in compliance with
02:50  2  the regulations; right?
02:50  3     **MS. KARIS:**  In part, yes, whether it was in
02:50  4  compliance.  But the second part to that is he offers opinions
02:50  5  based on that regulation regarding what other practical or
02:50  6  feasible designs should have been incorporated.  And yet he
02:50  7  admits in his deposition -- and I assume here -- that he has
02:50  8  never conducted any such analysis; and he himself agreed he has
02:50  9  no prior experience with respect to BOPs.
02:50  10           And on that basis we move to strike any opinions
02:50  11 with respect to his application of BASP in any capacity.
02:50  12    **THE COURT:**  Do you plan to opine on those things here
02:50  13 today?
02:51  14    **THE WITNESS:**  I do plan to opine on what other
02:51  15 technologies are out there that are better for this
02:51  16 application, but I do not intend to make any judgments relative
02:51  17 to the regulations.
02:51  18    **THE COURT:**  Let me hear from the other people.
02:51  19    **MR. JONES:**  Your Honor, David Jones on behalf of
02:51  20 Cameron.  We also have a *Daubert motion* for Dr. Davis.  The
02:51  21 issues in our motion are, first, his opinions related to
02:51  22 alternative blind shear ram designs, whether there were
02:51  23 feasible alternative blind shear ram designs that could have
02:51  24 been incorporated into this BOP.
02:51  25           Second, his opinions regarding what are

| | |
|---|---|
| 02:51  1 | foreseeable conditions that a BOP might see in deepwater |
| 02:51  2 | drilling. |
| 02:51  3 | And lastly, opinions about whether the blind |
| 02:51  4 | shear rams could have sheared and healed under certain assumed |
| 02:51  5 | conditions. |
| 02:51  6 | We believe that Dr. Davis doesn't have the |
| 02:51  7 | qualifications to render those opinions.  We also believe that |
| 02:52  8 | his methodology with respect to alternative ram design and |
| 02:52  9 | ability to seal is not in compliance with *Daubert*. |
| 02:52 10 | **THE COURT:**  All right.  I think Transocean wants to |
| 02:52 11 | say something. |
| 02:52 12 | **MR. DOYEN:**  Your Honor, we would join in those |
| 02:52 13 | motions.  And then to the extent that we have other challenges, |
| 02:52 14 | which we do, we would be content to illuminate those through |
| 02:52 15 | cross-examination and reserve for the Court's judgment at a |
| 02:52 16 | later time. |
| 02:52 17 | **THE COURT:**  All right. Very well. I'm going to let |
| 02:52 18 | this witness testify.  I think he clearly has great expertise |
| 02:52 19 | as a mechanical engineer and a lot of experience.  I don't |
| 02:52 20 | think the fact that he's not previously worked on a blowout |
| 02:52 21 | preventer, on this particular device, means he can't give |
| 02:52 22 | expert testimony about it from a mechanical engineering |
| 02:52 23 | standpoint. |
| 02:52 24 | I understand the issue about the regulations and |
| 02:52 25 | all, and I'll consider that.  I don't know how far it will go, |