# Attachment 09

01-41920
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

# CONFIDENTIAL

## WorldwideVIEW™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Clifton Michael Mason

### VOLUME 1

JANUARY 24, 2013

# COPY



Systems Technology for the Litigation World

Litigation Group◆Court Reporting◆Video Production◆Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
 1              I'd like, if we could, to now -- sorry,
 2     we're going to be jumping between binders today.
 3     If we could flip to Tab 28 in the first binder.
 4     All right.  And this is a document -- do you have
 5     in front of you -- that's previously been marked
 6     as Exhibit 9326?
 7          A.   Yes.
 8          Q.   Okay.  I'll give you a moment to read
 9     this E-mail exchange, and then I'll ask you
10     questions about it.
11          A.   (Reviewing document.) (Nodding.)
12          Q.   Okay.  Do you recall this E-mail exchange
13     with Jasper Peijs?
14          A.   Yes, I do.
15          Q.   Okay.  And I'm going to read you a couple
16     of statements in there and see if we might be
17     able to flesh out what -- what you might have
18     been referring to.
19               You said in the -- in the E-mail:  "The
20     meeting with some of the nations top scientists
21     this morning was great.  Tomorrow I am having a
22     meeting with two scientists to see what they come
23     up with for flow rates at different conditions -
24     we know that our models work (all the majors use
25     them) for 'normal' applications but we have never
```

1  used them for a few of the flow paths we may
2  have - and this may be fruitful; therefore unless
3  pushed I am holding off with any other data until
4  afterwards."
5      Did I read that correctly?
6  A.  Yes.
7  Q.  Okay.  Do you recall what distinction you
8  were making between the normal applications and
9  then the -- the flow paths that were not normal?
10 A.  Pro -- Prosper -- we used Prosper, as I
11 described earlier, for normal Production
12 Operations, maybe completing a new well,
13 immediately after you put a well on production
14 with well test data.  And we were trying to use
15 Prosper in this case to do something we had never
16 done before.
17 Q.  Okay.  And was that some of the flow
18 paths were flow paths that Prosper was not
19 designed to model?
20 A.  Correct.  Prosper -- to my knowledge at
21 the time, Prosper was not designed to -- to model
22 fluid flows up and then back down again and then
23 up, and that's what we were trying to model in
24 this particular case.
25 Q.  And so you brought in some of the best

1   anoth -- another National Science Lab in
2   California.  I can't remember the name.  Lawrence
3   Livermore, I believe.
4        Q.  Okay.
5        A.  Okay.
6        Q.  And do you recall if they came up with --
7   with similar well performance for some of those
8   unusual flow paths, as -- as did BP?
9             MS. BROWNE:  Objection, form.
10       A.  I -- we used Prosper.  We didn't tell the
11  National Science Labs what software we used.
12  We -- all we did was we gave them -- and,
13  actually, Chris Cecil is the person that you
14  should ask this question to.  But I believe what
15  we did was we gave them specific pressures at
16  specific points, and we asked them if they
17  could -- if they could get the same result.
18       Q.  Okay.  And do you recall if they came up
19  with -- with results that were -- that were
20  consistent with the results BP came up with?
21            MS. BROWNE:  Objection to form.
22       A.  I -- I believe that they could match
23  our -- our modeling performance, our models.
24       Q.  (By Mr. Chakeres) Okay.  And did that
25  give you more confidence that the modeling that

1   your Group had done was -- was solid, given the
2   lack --
3       A.   It --
4       Q.   -- of data you had at the time?
5       A.   It -- it -- it gave me confidence that we
6   could express the range of possibilities from --
7   I can't remember the load number.  It was less --
8   it was maybe 1500 barrels a day up to -- up to
9   100,000 barrels a day.
10      Q.   Okay.  Thanks.
11           What was your personal interaction with
12  the National Labs Engineers during the response?
13  And we'll start with this early period, and we'll
14  move forward.
15      A.   It was variable.  I met with them on a
16  few occasions.  Actually, I think Chris Cecil did
17  most of the contact work with National Labs.  I
18  can remember meeting with him on two or three
19  different occasions.
20           There was one gentleman from Washington
21  who had worked at NASA.  I can't remember his
22  name.  But I explained to him that with the
23  unknowns we had, the variables we had, and the
24  knowns we had, it was very difficult to -- it was
25  impossible to calculate actual flow rate.

1    Q.  Okay.
2    A.  I had Tony Liao in at one time, and he --
3  after -- after we had the first interaction and
4  they did the first calculations, Tony explained
5  how we use Prosper.
6    Q.  Okay.  And were the National Labs
7  Engineers --
8    A.  And there were other occasions where we
9  met with the National Labs, but we were talking
10 about shut-in wellhead pressure, the impact on --
11 potential impact on rupture disks on the back of
12 the nine and seven-eighths inch casing string.
13   Q.  Okay.  We'll get to that a little later
14 on.
15         In general, were your interactions with
16 the National Labs Engineers -- did they give you
17 the impression that they were, you know, trying
18 to do everything they could to -- to help stop
19 the flow of oil?
20           MS. BROWNE:  Objection, form.
21   A.  I -- I thought they were a terrific group
22 of people.
23   Q.  (By Mr. Chakeres) Okay.
24   A.  And I -- I thought they were trying to
25 support us, yes.

1     Q.  Okay.
2     A.  They worked long hours, and if we needed
3  to talk to them at 10:00 o'clock at night, we
4  could usually find some of them.
5     Q.  Okay.  Thanks.
6         Did you also work with other
7  Representatives from -- from the industry, like
8  ExxonMobil?  Do you recall?
9     A.  Yes.  We -- I actually asked an Exxon
10 Representative if he had a flow rate expert that
11 could come in and -- and look at our approach.
12 And that's what I actually asked the National
13 Science Laboratories to do, as well.  That's what
14 this letter refers to.
15    Q.  Okay.
16    A.  We wanted to know if we were looking at
17 this in a -- in a -- in a way which was
18 consistent with the way other people would
19 consider it, the problem.
20    Q.  Okay.  Why don't -- sorry, I don't mean
21 to cut you off.
22    A.  Yeah.
23    Q.  You -- you're thoughtful, and you think
24 before you answer, and -- and I'll have a habit
25 of cutting you off, but I'm sorry about that, so