# Attachment 11

01-42986
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179  SECTION: J  JUDGE BARBIER  MAG. JUDGE SHUSHAN |

# **CONFIDENTIAL**

## *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Adrian Johnson, Ph.D.
### Volume 1

**July 19, 2013**

# *COPY*



Systems Technology for the Litigation World

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
         1        Q.   And what did Whitewood do?
         2        A.   We -- well, I did consultancy in the oil
         3   and gas industry.
         4        Q.   Okay.  And what was the nature of your
09:48    5   consultancy?
         6        A.   Flow assurance, again, pipelines, and
         7   production systems.
         8        Q.   And what comp -- what companies did you
         9   do work for?
09:48   10        A.   I did work for many different companies.
        11   I did work for Neals Associates, Fells
        12   Associates.  I did work for BP.  I did work for
        13   CB&I.  I did work for Bechtel.
        14        Q.   Okay.
09:49   15        A.   There's more on the list.
        16        Q.   Yeah, I won't hold to you that list.
        17             Why -- why did you leave BP?
        18        A.   It was during the BP-Amoco merger, and
        19   the role I was fulfilling at the time was covered
09:49   20   by other people.  And there was a head count
        21   chop, obviously, with the merger of two
        22   companies, and so I left at that point.
        23        Q.   What was your title when you left BP?
        24        A.   H'm.  Senior Mechanical Engineer, I
09:49   25   believe.
```

1   drill pipe scenario?
2       A.   Yes.
3       Q.   Okay.  And let's turn back to the first
4   page, just for this discussion.  So Maximus can't
03:23 5   actually model a pipe within a pipe, correct?
6       A.   Well, no.  That's what we've done here.
7       Q.   Okay.  But this -- that's not what this
8   is.  That's not what this diagram reflects.  This
9   diagram reflects one pipe with flow, then
03:23 10  splitting into two separate pipes, and then
11  joining back together, correct?
12              MR. MCCALL:  Objection, form.
13              MR. NAKAYAMA:  Objection, form.
14      A.   That's the way it's represented here.
03:23 15  We've -- yes.  We -- we've done it as two flow
16  paths, represent it as two flow paths.
17      Q.   (By Mr. Benson) And because it's 1D
18  model, Maximus can't represent sort of
19  three-dimensional circle or a cylinder with
03:23 20  another cylinder inside, correct?
21              MR. MCCALL:  Objection form.
22              MR. NAKAYAMA:  Objection form.
23      A.   Well, in that there are standard methods
24  for representing the flow through a noncircular
03:24 25  duct, then that's what we've done here.

|  |  |
|---|---|
| 1 | Q. (By Mr. Benson) And I think what you're |
| 2 | saying is -- is you -- you've used standard |
| 3 | numerical methods to try to approximate a |
| 4 | three-dimensional system in a one-dimensional |
| 03:24  5 | model; is that fair? |
| 6 | MR. NAKAYAMA: Objection, form. |
| 7 | A. Well, the -- the whole of hydraulic |
| 8 | modeling using OLGA, PIPESIM, you name it, which |
| 9 | are all one-dimensional models, are based on some |
| 03:24 10 | representation of a flow path in a |
| 11 | one-dimensional form. |
| 12 | Q. (By Mr. Benson) Okay. |
| 13 | A. So, yes. |
| 14 | Q. All right. And I'm not -- I -- I |
| 03:24 15 | understand that. I'm just trying to through -- |
| 16 | make sure we all can be clear on it for the |
| 17 | record. |
| 18 | And it's -- so to -- to model what's one |
| 19 | pipe inside of another, what you essentially have |
| 03:24 20 | here is two pipes in parallel? |
| 21 | A. Yeah. Where one of them -- one of them |
| 22 | is represented as the -- as the drill pipe, and |
| 23 | the other one is represented as the annulus. |
| 24 | Q. Okay. And what about the modeling |
| 03:25 25 | reflects -- or I guess is there any difference |

EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

# *CONFIDENTIAL*

## *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Adrian Johnson, Ph.D.

Volume 2

July 20, 2013

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group ◆ Court Reporting ◆ Video Production ◆ Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
         1    projects.  It's been compared with a -- a wide
         2    range of field data that it was previously used
         3    on for design and been found to be very accurate
         4    in every case.
08:54    5             If you design a particular -- if you
         6    design a custom-built model, then I -- the
         7    difficulty there is you -- you've got to validate
         8    it against something.  And in the case of
         9    Macondo, we're limiting -- we're -- we're very
08:54   10    limited in the amount of data we have, which is
        11    why we have this huge range of uncertainty I was
        12    discussing yesterday, and so we need -- you need
        13    to validate the model, but there's limited
        14    information to validate it against.
08:54   15         Q.  And just so I make sure I understand your
        16    previous answer, you personally have done
        17    spreadsheet models in your work for the oil and
        18    gas industry, correct?
        19         A.  Oh, yes.
08:54   20         Q.  And you personally have done custom
        21    models in your work in the oil and gas industry,
        22    correct?
        23              MR. MCCALL:  Objection, form.
        24         A.  Yes, I -- I -- I have, yes.
08:55   25         Q.  Okay.  And that's what you did for the
```

```
                1    entirety of your time at Whitewood, because you
                2    didn't have access to the types of general
                3    models, like Maximus and OLGA, that we've talked
                4    about today, correct?
08:55           5             MR. NAKAYAMA:  Objection, form.
                6         A.  I did a variety of things in my time at
                7    Whitewood, and custom modeling was -- was one of
                8    them, yes.
                9         Q.  (By Mr. Benson) Okay.  But you certainly
08:55          10    weren't -- you weren't using Maximus, you weren't
               11    using OLGA, and you weren't using any of industry
               12    standard stock software you've talked about in
               13    your deposition?
               14         A.  I wasn't using Maximus or OLGA.  I might
08:55          15    have used certain pieces of software.  I can't --
               16    I can't remember, but, generally, yes, I was -- I
               17    was doing more calculations from First
               18    Principles.
               19         Q.  Okay.  You've talked about the Macondo
08:56          20    geometry as being a convergent -- or, I'm
               21    sorry -- a divergent/convergent network.  Is
               22    that -- that the term you've used?
               23         A.  Yes.
               24         Q.  Okay.  Now, a network implies that it was
08:56          25    a designed network, right?
```

```
08:59

09:00

09:00

09:00

09:00
```

1   been implemented and has had a failure.  Have you
2   ever done an investigation on that type of system
3   before?
4            MR. NAKAYAMA:  Objection, form.
5       A.  I've never done, and I'm not aware -- I
6   don't think I know anyone, to my knowledge,
7   anyway, who's done analysis of a -- an oil well
8   in this way that's gone through a blowout.
9       Q.  (By Mr. Benson) Okay.  We talked a little
10  bit yesterday about having five orifices in
11  sequence.  Do you recall that testimony?
12      A.  Yes, I --
13      Q.  Okay.
14      A.  -- recall that.
15      Q.  And I think the modeling you did was you
16  got five orifices in sequence, and they've each
17  got the same diameter, right?
18            MR. MCCALL:  Objection, form.
19            MR. NAKAYAMA:  Objection, form.
20      A.  That can be an assumption, yeah, I mean,
21  just for the purpose of whatever demonstration we
22  were trying to make at that point, yes.
23      Q.  (By Mr. Benson) But that's the modeling
24  you did, right?
25      A.  Well, that -- that was -- I think what we