# Attachment 12

01-42972
RWM/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL*

### *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Michael Zaldivar, Ph.D.

**JULY 15, 2013**

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group ◆ Court Reporting ◆ Video Production ◆ Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
08:53  1    hydrocarbons from a blown-out well?
08:53  2         A.  Yes.
08:53  3         Q.  Okay.  How many times?
08:53  4         A.  In -- in terms of an actual blown-out
08:53  5    well or just to do blown-out -- blowout
08:53  6    simulations to estimate what the likely
08:53  7    hydrocarbon rates would be?
08:53  8         Q.  An actual blown-out well.
08:53  9         A.  I've only done it once, and that's for
08:53 10    this case.
08:53 11         Q.  Okay.  So this is the first time that
08:53 12    you have attempted to estimate the flow rate of
08:53 13    hydrocarbons from an actual blown-out well?
08:53 14         A.  That's correct.
08:53 15         Q.  Okay.  Have you ever attempted to
08:53 16    estimate flow rate based on observed slugging?
08:53 17         A.  Yes.
08:53 18         Q.  How many times?
08:53 19         A.  I couldn't give you a precise number,
08:53 20    but several.
08:53 21         Q.  And are those actual situations?
08:53 22         A.  Yes.  I think it's -- it's -- it's a --
08:53 23    quite common to estimate flow rate or try to
08:54 24    estimate the flow rate that's causing slug flow.
08:54 25         Q.  Okay.  Did you do that with OLGA?
```

```
02:38  1     here of -- of over 10,000 experimental data
02:38  2     points in the article is now closer to over
02:38  3     12,000 data points.  I -- I don't know how to
02:38  4     compare that with OLGA because I don't know what
02:38  5     their -- how many data points that they have.
02:38  6              I also know that much of the same data
02:38  7     that operators donated for field comparisons is
02:38  8     now being donated to LedaFlow.  So . . .
02:38  9         Q.  You say:  "I also know that much of the
02:38 10     same data that operators donated for field
02:38 11     comparisons is now being donated to LedaFlow."
02:38 12              Did you mean that much of the same data
02:38 13     that operators use to do field comparisons with
02:38 14     OLGA is now being donated to LedaFlow?
02:38 15              MR. FIELDS:  Objection, form.
02:38 16         A.  I did.  I meant that much --
02:39 17         Q.  (BY MS. PENCAK)  All right.
02:39 18         A.  -- of the field data that OLGA has been
02:39 19     compared to is now being submitted for the same
02:39 20     comparisons with LedaFlow.
02:39 21         Q.  Were you able to use OLGA to model the
02:39 22     moving riser?
02:39 23         A.  I was not.
02:39 24         Q.  Okay.  You used static profiles
02:39 25     developed in OLGA to use as a comparison to your
```