# Attachment 13

01-42960
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

# *CONFIDENTIAL*

## *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Robert Wayne Zimmerman, Ph.D.

### Volume 1

July 2, 2013

## *COPY*



*Systems Technology for the Litigation World*

Litigation Group ◆ Court Reporting ◆ Video Production ◆ Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

|  |  |
|---|---|
|  | 1    themselves rock mechanics? |
|  | 2              MR. BEFFA:  Object to the form. |
|  | 3        A.   It's hard to answer in general for all |
|  | 4    Petrophysicists.  I believe, in the oil industry, |
| 08:09 | 5    the job title of "Petrophysicist" and the job |
|  | 6    title of "Geomechanics person" -- usually the oil |
|  | 7    industry seems to be using the term |
|  | 8    "Geomechanics" these days rather than "Rock |
|  | 9    Mechanics."  Those are usually thought of as |
| 08:09 | 10   separate job titles and separate specialities. |
|  | 11        Q.   Okay.  Do you have any expertise in |
|  | 12   reservoir modeling? |
|  | 13       A.   If, by that, you mean the development of |
|  | 14   large-scale, numerical models of petroleum |
| 08:10 | 15   reservoirs, then that's not exactly my area of -- |
|  | 16   of research or specialization. |
|  | 17       Q.   Okay.  What about in estimations of flow |
|  | 18   rate? |
|  | 19       A.   If you mean estimations of flow rate in a |
| 08:10 | 20   reservoir, such as flow rate from a reservoir to |
|  | 21   a well, I have some experience in modeling |
|  | 22   permeability on a small scale, on a core scale; |
|  | 23   and, generally, I'm not involved in reservoir |
|  | 24   scale estimates of fluid flow. |
| 08:10 | 25       Q.   Okay.  Have you ever estimated |

1  compressibility, other than in this case, where
2  there has been a -- a blowout of a reservoir?
3       A.   No.
4       Q.   Have you ever done any material balance
5  calculations for a reservoir?
6       A.   No.
7       Q.   And I -- I believe you -- you've sort of
8  answered this already, so -- you're -- you're not
9  a Professional Petroleum Engineer, correct?
10           Let -- let me qualify that:  You're not a
11 professional -- you don't have a License as a
12 Professional Petroleum Engineer, correct?
13      A.   That is correct.
14      Q.   Have you ever written an Expert Report
15 for litigation, for Court before?
16      A.   Yes, I believe I have.
17      Q.   Okay.  Can you remember the cases?
18      A.   In mid- to late 1980s, I was involved in
19 what I -- was called the "Long Beach Oil Field
20 Reservoir Equity Arbitration."  I was an Expert
21 Witness for the State of California.
22      Q.   Okay.  Did that case go to trial?  Did
23 you testify in that case?
24              MR. BEFFA:  Object to the form.
25      A.   Yes, I did testify in that case, yes.