# Attachment 14



# FEESA

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

United States District Court

Eastern District of Louisiana

MDL No. 2179, Section J

Judge Barbier; Magistrate Judge Shushan

## Technical Review of US Government Expert Witness Reports on Flow Rates from the MC252 Macondo Well

Expert Report of A. E. Johnson PhD CEng MIMechE

May 1, 2013



Exhibit No. 11488
Worldwide Court Reporters, Inc.

**CONFIDENTIAL**

FEESA Ltd
FEESA Ltd, Westmead House, Farnborough, Hampshire GU14 7LP.
Tel: + 44 (0) 1252 372321 • E-mail: info@feesa.net

## 3   QUALIFICATIONS AND EXPERIENCE

This section outlines my qualifications and experience in analysis of flowing systems in various engineering environments, primarily in the oil and gas industry.

I am a chartered engineer with 29 years engineering experience, the last 24 years of which have been in the oil and gas industry.

My qualifications include:

- PhD in Mechanical Engineering – Studying complex turbulent flows – University of Surrey, 1990
- CEng (Chartered Engineer) – On the Engineering Council's register as a practicing professional engineer, 1990
- MIMechE (Member of the Institution of Mechanical Engineers) – A full member of the Institution of Mechanical Engineers, 1990
- BSc in Mechanical Engineering – Specializing in Maritime and Offshore engineering – University of Surrey, 1985
- Ordinary National Diploma in Engineering from People's College, Nottingham, 1981

My experience in the oil industry includes:

- Technical consulting and analysis, including:

    o  FEESA (2010 to present)
    o  Whitewood Ltd. (1999 to 2010)
    o  BP Research & Engineering (1993 to 1999)

    I have 20 years consulting experience specialising in understanding, analysing and modeling the hydraulic behaviour of oil and gas production and pipeline systems. I have performed key roles on major projects and in operations in pipelines and production flow assurance (*i.e.*, the technical evaluation of a flowing system to ensure there will not be any thermal or hydraulic problems with the design or operation). I have performed and led modeling work and field trials on international projects and studies for numerous locations (*e.g.*, Azerbaijan, Georgia, Turkey, United Kingdom, Gulf of Mexico, Angola, Oman, Algeria, Egypt, etc.).

    I am now the consultancy manager who leads the technical consulting work for FEESA, leading a team of eight consultants in the modeling of production systems and pipelines for numerous projects including deep-water oil production, tight gas production systems, $CO_2$ sequestration, water injection, pipeline network analysis and uncertainty analysis.

- Investigative R&D at BP Research (1989 to 1993) - Including studying the structure of multiphase flow, the mechanical behaviour of flexible riser pipe, valve leak detection and testing of drill pipe protectors.



I have previous expert witness experience performing analysis of the failure of a drill-string disc brake on a deep-water exploration well, located offshore in West Africa. I have never testified as an expert witness.

I also have spent one year working in the nuclear industry.

