# Attachment 15

01-42997
PW/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL*

### *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Srdjan Nesic, Ph.D.

JULY 23, 2013

## *COPY*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

|       |                                                                                  |
|-------|----------------------------------------------------------------------------------|
| 1     | **11.1 days?**                                                                   |
| 2     | MR. ROMAN: Object to the form.                                                   |
| 3     | A. In this sequence that's                                                       |
| 4     | described by this -- this produced -- gifts                                      |
| 04:34 5 | here that are shown -- jpgs, I'm sorry. Yes,                                   |
| 6     | that's right.                                                                    |
| 7     | **Q. (BY MS. CROSS) Looking at**                                                 |
| 8     | **Figure 10, you see in the -- the bottom**                                      |
| 9     | **image -- and we're still in Dr. Bushnell's**                                   |
| 04:34 10 | **report.**                                                                   |
| 11    | A. Oh.                                                                           |
| 12    | **Q. So you're on the right page.**                                              |
| 13    | **Figure 10 of Dr. Bushnell's rebuttal.**                                        |
| 14    | MR. ROMAN: Figure 10.                                                            |
| 04:34 15 | A. Oh, Figure 10. Oh, yes, I see.                                             |
| 16    | **Q. (BY MS. CROSS) Figure 10 of**                                               |
| 17    | **Dr. Bushnell's rebuttal report, there is a**                                   |
| 18    | **spike that's coming out of that mesh, right?**                                 |
| 19    | A. Yes.                                                                          |
| 04:35 20 | **Q. What does that spike represent?**                                        |
| 21    | MR. ROMAN: Object to the form.                                                   |
| 22    | A. Well, that spike represents a                                                 |
| 23    | situation where clearly something physically                                     |
| 24    | unrealistic has happened in -- in the FLUENT                                     |
| 04:35 25 | simulation, where it actually shows up in the                                 |

```
         1    time stamp just above it, the one that's
         2    shown as anim-107 in Figure 9 of Bushnell's
         3    report.
         4              For reasons that we don't
04:35    5    understand fully because we haven't been able
         6    to delve into -- into how that's exactly
         7    done, at some point in time in the transient
         8    simulation something strange happens and one
         9    gets physically unrealistic results like
04:35   10    this.  This would mean that somehow there was
        11    this massive blowout and -- and massive
        12    erosion on the side, which makes no sense.
        13              Now, that happened typically --
        14    and I used the No. 12 as -- as sort of an
04:36   15    average.  Sometimes, depending on how big the
        16    time stamp was and how we adjusted those
        17    other parameters in this transient
        18    simulation, sometimes that happened a little
        19    earlier, sometimes it took -- it carried a
04:36   20    little longer.
        21              For example, it happened so that
        22    in this Figure 11 in Bushnell's report, we
        23    show a simulation where we were able to carry
        24    to 14 days where -- where there is that
04:36   25    bulge, and I -- from memory, that next day,
```

|    |    |
|----|----|
| 1  | that bulge just exploded like -- like it did |
| 2  | here.  So -- |
| 3  |     MR. ROMAN:  When you say "here," you |
| 4  | mean what? |
| 04:36   5 |     A.    (Continuing)  Like in figure 10. |
| 6  | So, in other words, there was a little bit of |
| 7  | success in pushing the boundaries beyond |
| 8  | that -- that average 12 days.  In some cases |
| 9  | we didn't have success and it exploded even |
| 04:36 10 | earlier.  So that's -- that's how that -- |
| 11 | that panned out. |
| 12 |     **Q.**    **(BY MS. CROSS)  Okay.  And, now,** |
| 13 | **what Dr. Bushnell includes as Figure 11 is** |
| 14 | **Figure 30 from your expert report, right?** |
| 04:37 15 |     A.    That's what he quotes.  I can |
| 16 | check, but that's probably true. |
| 17 |     Yes. |
| 18 |     **Q.**    **Okay.  The picture that reflects** |
| 19 | **the transient simulation at 14 days isn't in** |
| 04:37 20 | **the transient simulation files that you** |
| 21 | **produced which are reflected in** |
| 22 | **Exhibit 11732, right?** |
| 23 |     A.    It may be the case.  That -- |
| 24 | that's -- because the other one ran until 11 |
| 04:37 25 | point something days, so that sounds right. |