# Attachment 20

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in
the Gulf of Mexico, on April 20, 2010
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MDL NO. 2179, SECTION J
JUDGE BARBIER: MAGISTRATE JUDGE SHUSHAN

**Well-Test Analysis**

Expert Report of Alain Gringarten

May 1, 2013

**CONFIDENTIAL**

## 2. Summary

I estimate that the Macondo reservoir released approximately 2.4-3 million stock tank barrels (MMstb).

In addition, I also separately determine another critical property of the Macondo reservoir, its permeability. Permeability refers to the ease with which the reservoir pore space allows fluid to flow. The higher the permeability of a reservoir, the more readily the oil flows through it. For this reason, permeability is strongly and directly correlated with the total flow volume.

The government experts use a variety of permeabilities ranging from 300 to more than 800 milliDarcies (mD), and virtually all who address it insist that the number is at least 500 mD. But they do so with little (if any) analysis of this decisive question. As I will explain below, on the few occasions these experts do apply industry-accepted methods to determine permeability, they do so in a circular way—by using their assumed flow rates. Because the government experts assume high flow rates, these efforts are preordained to result in high permeabilities. The government experts regard this approach as confirmation. I will demonstrate that it was foreordained from their (incorrect) premise.

In this report I will show that the best estimate for permeability is 238 mD, less than one half to one third of what most government experts contend. For this, I use the most modern and reliable well-test analysis methods, where reservoir parameters are derived from pressure and flow-rate data. This is the standard industry approach to assessing permeability, and it is more reliable than other methods because it is based on the actual flow of the formation fluid in the reservoir.

Specifically, I use data obtained from a tool placed at the bottom of the well before the incident to collect reservoir fluid samples. As explained below in Section 3.2.1, the device precisely measured pressure and flow rate as the fluid was drawn into a container and as the pressure built back up after the container was full. This is exactly the information needed to determine key reservoir parameters, like permeability. It is axiomatic in the field of well-test analysis, which is used (at least implicitly) by all the government experts to derive permeability, that permeability cannot be determined unless the underlying data includes both pressure and flow-rate measurements. For the Macondo incident, of course, flow rates are precisely what is unknown and being sought by all these experts. But the government experts ignore the rate-dependence of their permeability estimates—which is the driver and determinant of their flow calculations. None uses the method described here. Because the fluid-sampling tool was employed prior to the incident, and collected fluid at known flow rates, I am able to deduce permeability with high reliability.

I then use the permeability derived from this work as an input into my well-test analysis of the data from during the incident and after the well was shut in. In this analysis, I again employ the most up-to-date methodologies of well-test analysis, which are described in Section 3 and utilized in Sections 4 and 5. This sets my work apart from the government experts, who use out-of-date or incorrect methods. I find that approximately 2.4-3 million barrels of oil left the reservoir during the spill. Government experts