# Attachment 21

**IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MDL NO. 2179, SECTION J
JUDGE BARBIER; MAGISTRATE JUDGE SHUSHAN

**Expert Report of
Michael Zaldivar, PhD**

Quantification of Flow Rate during Slug Flow

May 1, 2013



11683

Exhibit No. _____
Worldwide Court
Reporters, Inc.

CONFIDENTIAL

Using LedaFlow, a commercially available software tool that simulates multiphase flow in pipelines and risers, I constructed a model of the riser with a moving buoyant loop that matched the oscillations observed on the ROV videos.  Using this model, I varied the flow rate through the riser until the unique pattern of slug flow observed on the ROV videos was matched. This allowed me to calculate the flow rate at the Riser End.  I used this same software to calculate a flow rate for the Kink leaks to arrive at a total daily flow rate for the period from May 13 to May 20, 2010.

By matching the unique signature of the observed slugging, I conclude that the flow rate through the Riser End could not have exceeded 31,000 stbpd (stock tank barrels per day). Additionally, I conclude that the maximum total flow rate (through the Kink leaks and Riser End) could not have exceeded 35,900 stbpd during the same period. The best calculated total flow rate for the Kink leaks and Riser End is 30,000 stbpd. The range of possible total flow rates for the Kink leaks and Riser End is between 24,900 stbpd and 35,900 stbpd.

XMZX411-000010