# Attachment 22

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in
The Gulf of Mexico, on April 20, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MDL NO. 2179, SECTION J
JUDGE BARBIER; MAGISTRATE JUDGE SHUSHAN

# Modelling Macondo

## A calculation of the volume of oil released during the *Deepwater Horizon* incident

Prepared on Behalf of BP Exploration & Production Inc. and Anadarko

Prepared by:

**Martin J. Blunt**

Department of Earth Science and Engineering
Imperial College, London SW7 2AZ, UK
May 1st, 2013



**CONFIDENTIAL**

M J Blunt Expert Report

well would encounter 96 ft of oil-bearing sandstone: it encountered 93 ft.[128] In the seismic interpretation, BP was uncertain as to the lateral (East-West) extent of the field with a predicted maximum height of up to 140 ft at the well:[129] the pressure response demonstrates that the flow into the well was confined to a channel that may not have encompassed the entire width of the field. Data from the well and the pressure analysis considerably reduce the uncertainty in connected oil volume. The mutual consistency between the results of the pressure analysis, measured rock and fluid properties, and the geology of the field significantly shrinks the uncertainty in reservoir properties.

I have taken an unbiased approach, defining my ranges of likely outcomes based on the ranges in the data, allowing for the full range of measured fluid and rock properties. The resulting range of oil released is ±12%. The approach taken here in the determination of cumulative flow is more robust and avoids the unsupported extrapolations, poor analysis and scant regard for measured data in the Government's analyses. For the reasons given above, I consider it highly unlikely that the oil released from Macondo lies significantly above the values I present in the next Section.

---

[128] *See* Table A.3 and [31], slide 15. Also BP's gross rock volume assessment; [30], slide 1, most likely case: "*96 ft at proposed location.*"
[129] See BP's gross rock volume assessment; [30], slide 3: "*Scale Up from 96 to 140 at proposed location.*"