# Attachment 24

01-42988
RWM/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL*

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Alain C. Gringarten, Ph.D.

**JULY 22, 2013**

## *COPY*



*Systems Technology for the Litigation World*

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**


```
01:41   1    find it for me, I would appreciate that.
01:42   2         A.  This is page 58.
01:42   3         Q.  Now, you indicate here that:  "Using
01:42   4    Schlumberger fluid property yields slightly
01:42   5    different results for Option 1, drill pipe high.
01:42   6              Did it provide any different results
01:42   7    for Option 2, drill pipe low?
01:42   8         A.  I did not check, but the result will be
01:42   9    similar.
01:42  10         Q.  That it would provide slightly
01:42  11    different results?
01:42  12         A.  Yes, but, you know, close.
01:42  13         Q.  Do you have an opinion regarding
01:42  14    whether the PTB pressure data are reliable enough
01:43  15    to be used in developing an estimate of the
01:43  16    cumulative volume of oil released from the
01:43  17    Macondo well?
01:43  18         A.  Yes.
01:43  19         Q.  And what is that opinion?
01:43  20         A.  That they can be used, and I have used
01:43  21    them.
01:43  22         Q.  Turning now to page 39 of your report,
01:43  23    we're now at Step 3 of your analysis?
01:43  24         A.  Yes.
01:43  25         Q.  Where you state:  "Once I had the
```