# Exhibit 1

## Expert Report of
## Dr. Michael Zaldivar

## May 1, 2013

**IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN
THE GULF OF MEXICO, ON APRIL 20, 2010**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MDL NO. 2179, SECTION J
JUDGE BARBIER; MAGISTRATE JUDGE SHUSHAN

**Expert Report of
Michael Zaldivar, PhD**

Quantification of Flow Rate during Slug Flow

May 1, 2013



11683

Exhibit No. ____
Worldwide Court
Reporters, Inc.

CONFIDENTIAL

XMZX411-000001

[This page intentionally left blank]

XMZX411-000002

## Contents

1    Introduction ................................................................................................................... 5
2    Qualifications ................................................................................................................. 6
3    Background .................................................................................................................... 7
4    Executive Summary........................................................................................................ 9
5    Overview of Multiphase Flow and Slugging............................................................... 11
   5.1    Multiphase Flow Patterns .................................................................................. 11
   5.2    Slug Flow ............................................................................................................ 13
   5.3    Multiphase Flow Modeling................................................................................. 13
6    Analysis ....................................................................................................................... 15
   6.1    Determination of Flow Pattern .......................................................................... 15
   6.2    Characterizing Slugging Behavior...................................................................... 16
   6.3    Link to Riser Motion .......................................................................................... 17
   6.4    Slug Mechanism ................................................................................................. 17
   6.5    Timing of Kink Leaks .......................................................................................... 22
7    Modeling ...................................................................................................................... 26
8    Results.......................................................................................................................... 29
   8.1    Riser End Flow Rate............................................................................................ 29
   8.2    Kink Leak Flow Rate............................................................................................ 30
   8.3    Sensitivities........................................................................................................ 30
   8.4    Other Work......................................................................................................... 31
9    Summary and Conclusions .......................................................................................... 32

## Table of Figures

Figure 1 – Diagram of the DWH riser at the Macondo well site......................................... 7

Figure 2 – Light and dark colored fluid discharged from Riser End.................................... 7

Figure 3 – Two holes on the Kink on April 28 (left) and three holes on the Kink on May 19 (right) ................................................................................................................................... 8

Figure 4 – Diagram of horizontal flow patterns............................................................... 12

Figure 5 – Diagram of vertical flow patterns ................................................................... 12

Figure 6 – Illustration of tendencies of gas and liquid in multiphase flow in upward and downward inclined pipes.................................................................................................. 13

Figure 7 – Video capture of different colored fluids being discharged from the Riser End (arrow indicates trajectory) ............................................................................................. 15

Figure 8 – Intensity (brightness) chart of a portion of the video of discharge at Riser End ......................................................................................................................................... 17

Figure 9 – Progression of riser position with time........................................................... 18

Figure 10 – Oil accumulating in the upstream section of the buoyant loop at its highest position in cycle ............................................................................................................... 18

Figure 11 – Weight of the oil slug causes the buoyant loop to sink................................ 19

Figure 12 – Oil slug passes through the buoyant loop in its settled position................... 19

Figure 13 – Stratified flow establishes behind the oil slug .............................................. 20

Figure 14 – Buoyant loop begins moving up ................................................................... 20

Figure 15 – Illustration of angles variations of a hill....................................................... 21

Figure 16 – The second oil slug formed on May 13 due to the steep inclinations........... 22

Figure 17 – Riser Kink annotated with labels for each hole in riser ................................ 23

Figure 18 – Kink on May 16 showing only holes B and C leaking. .................................... 24

Figure 19 – Kink on May 19 showing only holes B, C and E leaking. ................................ 24

Figure 20 – Schematic of the riser showing model boundaries for the no kink model ... 27

Figure 21 – Schematic of the riser showing model boundaries for the kink model........ 27

XMZX411-000004



# 1   Introduction

This report has been prepared by Dr. Michael Zaldivar, principal at evoleap, LLC (evoleap).  BP retained evoleap to provide expert opinions in connection with the *Deepwater Horizon* (DWH) drilling rig incident on April 20, 2010.  Specifically I was asked evaluate whether a flow pattern, known as "slug flow", occurred from May 13 to May 20, 2010, and if it did, what conclusions could be drawn about the flow rate during that period.

Slug flow describes a flow pattern of alternating flows of gas and oil. There is robust video evidence of this alternating flow pattern during this period. This report details the analysis that I used to conclude that the flow pattern during May 13 to May 20, 2010 was slug flow. Further, this report provides my analysis of the flow rates associated with the slug flow during the period from May 13 to 20, 2010.

XMZX411-000005



## 2   Qualifications

I graduated with a Bachelor of Science in Chemical Engineering from the University of Houston in 1997, and a Master of Science and Doctorate in Chemical Engineering from the University of Michigan in 2002.

I started my career in the oil and gas industry in 2002 with Multiphase Solutions Inc. (MSi)[1] as a flow assurance engineer performing multiphase thermo-hydraulic simulations using OLGA, a multiphase flow simulation tool commonly used for the design and operation of subsea pipelines.  After several years with MSi, I transitioned within MSi to developing and building production management systems.  These systems, often referred to as online Flow Assurance systems, attach thermo-hydraulic models to field data to advise operations with respect to Flow Assurance issues.

More recently, at Kongsberg Oil & Gas Technology (Kongsberg), I managed the Americas operations of the LedaFlow business unit.  LedaFlow, like OLGA, is a commercially-available flow simulator for multiphase pipelines.  In that role, I led two teams:  (a) a team responsible for the technical support and testing of LedaFlow and (b) a team responsible for further developing LedaFlow.  Additionally during my time at Kongsberg, I served on the Technical Advisory Committee for LedaFlow and as Product Manager of LedaFlow.

During my career, I have investigated slug flow in numerous pipeline systems around the world.  In engineering projects, I have studied many types of slug flow phenomena including terrain-induced, hydrodynamic, pigging and ramp-up slug flow.  These studies focused on ensuring that pipelines being designed did not experience slugging during operations or, if slugging was unavoidable, that they had appropriate handling facilities.  For online flow assurance systems, I have designed models and intelligent systems to interpret those model results in order to predict slugging and therefore provide an early warning of slugging to field operators.  I have designed flow assurance systems in gas-condensate fields in the Asia-Pacific region and black oil fields in the Gulf of Mexico.  More recently, in my role as LedaFlow Manager, I have supported many LedaFlow users building models to be used in slugging studies.

A list of my project experience is included in Appendix A.

---

[1] MSi has been renamed as MSi Kenny.

XMZX411-000006



## 3   Background

After the DWH drilling rig sank on April 22, 2010, the riser that connected the DWH wellhead equipment to the drilling rig fell to the seafloor, and a kink formed just above the lower marine riser package (LMRP)[2].  A diagram of the fallen DWH riser during the period relevant to this report (i.e., May 13 to May 20) is shown in Figure 1.



*Figure 1 – Diagram of the DWH riser at the Macondo well site.*

After the riser collapsed, oil and gas were released into the Gulf of Mexico from two main locations, the end of the riser (Riser End) and the kink that formed above the BOP/LMRP (Kink).  From May 13 to May 20, the discharge at the Riser End was observed to repeatedly alternate between a dark-colored fluid and a light-colored fluid (shown in Figure 2).[3]



*Figure 2 – Light and dark colored fluid discharged from Riser End*

---

[2] BP-HZN-2179MDL04877807.

[3] Deposition of Lars Herbst, Vol. 1, October 10, 2012, 208:20-211:11; MDL Dep. Ex. 9183, at p 66,68,140.

XMZX411-000007



On April 28, 2010, two holes appeared on the Kink.[4]  On May 19, 2010, a third hole
appeared on the Kink (shown in Figure 3).[5]



*Figure 3 – Two holes on the Kink on April 28 (left) and three holes on the Kink on May 19 (right)*

Remotely operated vehicles (ROVs) were used to perform various actions near the
wellhead and spill site.[6]  Some of these ROVs were deployed to obtain video footage of
the oil and gas plumes at various release points.  As a result, there are a number of
videos showing the plume of oil and gas released at the Riser End and at the Kink.  Other
ROVs were used to perform surveys of the fallen DWH riser. These riser surveys
systematically recorded the spatial position of the riser.  I relied upon ROV video footage
from the DWH riser surveys as well as video footage of the oil and gas plumes at the
Riser End in forming the conclusions presented in this report.

---

[4] BP-HZN-2179MDL03676655.

[5] SNL093-017659.

[6] BP-HZN-2179MDL02172464.

XMZX411-000008



## 4   Executive Summary

During the *Deepwater Horizon* response, United States government officials[7] and members of the Flow Rate Technical Group Plume Team[8] noted that in May 2010 there was slug flow at the end of the *Deepwater Horizon* riser. Slug flow is a pattern of flow that is characterized by alternate flows of liquid and gas. Slug flow is a common problem in the oil and gas industry and is studied during the design and operation of multiphase pipelines.

Based on a review and analysis of plume videos, there is clear evidence of slug flow, i.e., alternating oil-dominant flow (appearing as a dark, almost black, plume) and gas-dominant flow (appearing as a light, almost white, plume), from the end of the DWH riser.  This phenomenon was observed between May 13 and May 20, 2010.  If slug flow were not present, the plume would have appeared as a uniform mixture of oil and gas, as can be observed from ROV video footage after May 20, 2010.

Multiple riser inspections[9] from ROV riser surveys also show that a part of the riser (the buoyant loop) was moving in a vertical oscillating motion, i.e., the buoyant loop was moving between resting on the sea floor and floating above the sea floor.

Relying on ROV video footage from May 16, the vertical oscillating motion of the riser can be linked to the slug flow that was observed at the Riser End. On this date, an ROV (XLX36) was tracking the motion of the riser as part of a riser survey, while at the same time another ROV (Milenium86) was monitoring the end of the plume. The May 16 plume video, together with the May 16 riser survey video, show that the riser motion and the observed slugging had the same period:[10] 183 seconds.  From this direct link and subsequent analysis, I concluded that the motion of the buoyant loop was the cause of the slug flow that was observed at the Riser End.  Consequently, when the buoyant loop finally settled to the sea floor (i.e., ceased oscillating) on May 21, slug flow was no longer observed at the Riser End.

The characteristics of the slug flow at the Riser End changed over time; similarly, the period and range of motion of the riser also changed over time.  This created a unique signature in the pattern of slug flow observed at the outlet.  The signature of the slug flow, riser motion, and the flow through the riser are intricately linked.  Knowing the signature and riser motion from the ROV footage, I was able to calculate the flow rate through the riser.

---

[7] IMS172-037049; Deposition of Lars Herbst, Vol. 1, October 10, 2012, 208:20-211:11; Deposition of Adm. Thad Allen, Vol. 1, September 24, 2012, 330:23-333:10.

[8] MDL Dep. Ex. 9183 at 10, 66, 68, 110, 135, 140, 145, 146, 150.

[9] BP-HZN-2179MDL04996577.

[10] The period is the duration of one cycle of the vertical oscillating motion of the riser.

XMZX411-000009

Using LedaFlow, a commercially available software tool that simulates multiphase flow in pipelines and risers, I constructed a model of the riser with a moving buoyant loop that matched the oscillations observed on the ROV videos.  Using this model, I varied the flow rate through the riser until the unique pattern of slug flow observed on the ROV videos was matched. This allowed me to calculate the flow rate at the Riser End.  I used this same software to calculate a flow rate for the Kink leaks to arrive at a total daily flow rate for the period from May 13 to May 20, 2010.

By matching the unique signature of the observed slugging, I conclude that the flow rate through the Riser End could not have exceeded 31,000 stbpd (stock tank barrels per day). Additionally, I conclude that the maximum total flow rate (through the Kink leaks and Riser End) could not have exceeded 35,900 stbpd during the same period. The best calculated total flow rate for the Kink leaks and Riser End is 30,000 stbpd. The range of possible total flow rates for the Kink leaks and Riser End is between 24,900 stbpd and 35,900 stbpd.

XMZX411-000010



# 5   Overview of Multiphase Flow and Slugging

Hydrocarbon reservoirs typically contain a fluid that is a mixture of various hydrocarbon compounds.  The reservoir fluid exits the reservoir at high pressures and temperatures and gradually reduces in pressure and temperature as it transits to the surface. Eventually the fluid enters into a multiphase region where liquid and gas phases coexist.

In the oil and gas industry, multiphase flow is a term that indicates the presence of multiple phases (e.g., water, oil, gas) flowing through a pipeline. In the context of this work, the MC252 reservoir fluid is a two-phase fluid composed of hydrocarbon liquid (oil) and its associated gas phase.

## 5.1   Multiphase Flow Patterns

The simultaneous flow of gas and liquid in a pipe can be distributed in a wide variety of spatial configurations, usually referred to as flow patterns (or flow regimes).  Key parameters used to determine flow patterns include:

- gas and liquid flow rates
- pipe diameter and angle of inclination
- fluid properties (such as gas and liquid volume fractions, density, viscosity, surface tension)

Figure 4 and Figure 5 show common flow patterns that are possible in gas-liquid two-phase systems for horizontal and vertical pipes.

XMZX411-000011





**Direction of Flow**

*Figure 4 – Diagram of horizontal flow patterns[11]*



*Figure 5 – Diagram of vertical flow patterns[12]*

---

[11] The horizontal flow patterns presented are common flow patterns included in Shoham, O. (2006): Mechanistic Modeling of Gas-Liquid Two-Phase Flow in Pipes. Society of Petroleum Engineers.

[12] The vertical flow patterns presented are common flow patterns included in Shoham, O. (2006): Mechanistic Modeling of Gas-Liquid Two-Phase Flow in Pipes. Society of Petroleum Engineers.

XMZX411-000012

The evolution of flow patterns shown in Figure 4 and Figure 5 is a complex phenomenon.  For purposes of the analysis contained in this report, the following general principles are useful:

- in an upwardly inclined pipe, gas flows upward more readily than oil because it is the less dense phase
- conversely, in a downwardly inclined pipe, oil will naturally flow downward more readily than gas because it is the more dense phase
- depending on the angle of upward inclination of the pipe, gas will have to move proportionally faster in order to impart enough energy to the oil phase to move the oil up against the force of gravity



*Figure 6 – Illustration of tendencies of gas and liquid in multiphase flow in upward and downward inclined pipes*

## 5.2   Slug Flow

Slug flow is an intermittent multiphase flow pattern that is characterized by alternating flow of oil and gas.  Slug Flow is a well-known phenomenon in the oil and gas industry, and has been studied for decades.[13]  Flow assurance engineers analyze the potential for slug flow in the design and operation of multiphase pipelines because it can have large negative effects on the operational efficiency of the receiving facilities.  Through the use of modeling tools, like LedaFlow and OLGA, production pipelines and facilities are designed to avoid or mitigate slug flow.

When a pipeline is in slug flow, slugs of liquid (oil) are separated by predominantly gas pockets.  In a horizontal or near horizontal pipeline, the liquid slug fills the entire cross-sectional area of the pipe, whereas the gas region has a stratified liquid layer (see Figure 4) flowing along the bottom of the pipe.[14]

## 5.3   Multiphase Flow Modeling

Several commercial software tools are available to analyze multiphase flow in pipelines.  In this work, I used LedaFlow as the primary multiphase pipeline simulator.  LedaFlow is

---

[13] G.E. Alves, "Cocurrent Liquid-Gas Flow in a Pipeline Contractor," Chem. Eng. Progress, 50, pp 449-456, 1954.;  G.W. Govier, and K. Aziz, "The Flow of Complex Mixtures in Pipes," Van Nostrand Reinhold, New York, 1972.

[14] Shoham, O. (2006): Mechanistic Modeling of Gas-Liquid Two-Phase Flow in Pipes. Society of Petroleum Engineers.

XMZX411-000013

a commercially available multiphase flow simulator from Kongsberg Oil & Gas Technologies. LedaFlow is a product that was developed through more than 10 years of collaboration between ConocoPhillips, Total and SINTEF. Apart from being a multiphase simulator, LedaFlow allows users to interact with running simulations via a programming interface. Using this interface, I was able to move the elevation of the buoyant loop during the simulations.

I used MultiFlash (a standard industry software program) to generate thermodynamic properties of fluids. Multiphase simulators need to calculate the properties of the fluid, such as density, at different temperature and pressure conditions. Using MultiFlash, I generated a PVT table[15] of these properties and used that table as an input to LedaFlow.

OLGA was used as a benchmark for the LedaFlow models. OLGA is another multiphase pipeline simulator, and has been commercially available for over 30 years. However, OLGA was not able to incorporate the motion of the riser into the models. Therefore I only used OLGA as a point of comparison for the LedaFlow model predictions. For this comparison, I used a version of my model without the motion of the buoyant loop incorporated so that I could directly compare OLGA and LedaFlow results. The benchmarking cases and results are described in Appendix B.

More detailed descriptions of all of the commercial software tools that were used in this work are included in Appendix C.

---

[15] A PVT table is a file that contains the required fluid properties necessary to perform pipeline simulations. A PVT table is generated by calculating the fluid properties such as viscosity, density, gas mass fraction, enthalpy, specific heat capacity, surface tension, and others over a range of pressures and temperatures which span the operating conditions of the riser.

XMZX411-000014



## 6   Analysis

As part of this work, I reviewed documents and ROV videos.  Appendix D has a list of all documents and materials I considered in forming my opinions and conclusions about the existence of slug flow at the Riser End from May 13 to May 20, 2010, and the associated flow rates during slugging.

### 6.1   Determination of Flow Pattern

I reviewed over 300 videos showing the plumes of oil and gas released at the Riser End. The earliest video that I reviewed was from April 22, 2010 and the latest video that I reviewed was from May 26, 2010.  During May 13 to May 20, 2010, the discharge at the Riser End was observed to repeatedly alternate between a dark-colored fluid and a light-colored fluid (see Figure 7).  The US Government's FRTG Plume Team observed this same alternating pattern and found that it "confirms the 'slug flow' regime."[16]



*Figure 7 – Video capture of different colored fluids being discharged from the Riser End (arrow indicates trajectory)*

I performed an independent evaluation of the ROV video footage to determine whether the observed alternating pattern of dark-colored fluid and light-colored fluid was in fact slug flow.  The fact that the flow alternated between light and dark-colored fluid was plainly visible.  As noted in Section 5.2, slug flow is an intermittent flow pattern characterized by alternating flows of oil and gas.  The only additional analysis required to confirm slug flow was to confirm that the light-colored fluid was in fact gas-dominated and that the dark-colored fluid was in fact oil-dominated.

To do that, I assessed the trajectory of the dark and light discharge (identified by the arrows in Figure 7).  The light-colored fluid takes a more vertical path whereas the dark-colored fluid takes a more horizontal path by comparison.  The difference in trajectory is caused by the density of the fluid.  The less dense the fluid, the more vertical its

---

[16] MDL Dep. Ex. 9183, p 150.

XMZX411-000015

trajectory.  The gas phase of the MC252 reservoir fluid has a lower density than the oil phase[17].  Hence, I concluded that the dark-colored fluid observed at the Riser End was oil dominated and the light-colored fluid was gas dominated.

Based on analysis and review of all the available information, I concluded that the flow pattern observed at the Riser End from May 13 to May 20 was slug flow.  Videos of the plume at the Riser End before May 13 and after May 20 did not exhibit the cyclic alternating behavior and therefore slug flow did not occur during these periods[18].

## 6.2   Characterizing Slug Flow Behavior

The slugging at the Riser End had some unique characteristics that changed with time.  These characteristics are explained in this section.  The existence of these unique characteristics enabled me ultimately to identify the daily flow rate for the May 13 to May 20 period.  This aspect of my work is explained in Section 8.1.

Members of the Flow Rate Technical Group (FRTG) Plume Team calculated the period of alternating oil and gas flow at the Riser End by analyzing the brightness level of the ROV video.[19]  The Plume Team found the period to be very regular and equal to approximately 200 seconds (on May 14)[19].

Using a stop watch to mark the start and end of a repeating cycle, I also calculated the period of slug flow on various days from May 13 to May 20.  My analysis indicates that the period of slug flow decreased as the days progressed from May 13 until May 20, after which slug flow could not be observed.  My analysis of the slug flow timing is documented in Appendix E.

Within one period of the riser motion, the slug flow on May 13 consisted of two sets of gas-dominated and oil-dominated flows.  This can be readily observed in ROV videos of the Riser End plume.[20]  As confirmation, Figure 8 shows the brightness chart from the Plume Calculation Team report and it is evident that the repeating pattern consists of two peaks and two troughs.  I refer to this pattern as *double peak behavior*.  This pattern can be seen from May 13 through May 15, 2010.

---

[17] Multiflash Fluid Definition File ("CL68379-DEC-EOS20120322.MFL") provided by Dr. C. Whitson.

[18] On May 12, ROV videos showed three instances of light-colored fluid being released from the Riser End over one and half hours.  These intermittent flows did not exhibit the same regularity as the alternating flows between May 13 and May 20.

[19] MDL Dep. Ex. 9183 at 148.

[20] BP-HZN-2179MDL04569966.

XMZX411-000016



Figure 8 – Intensity (brightness) chart of a portion of the video of discharge at Riser End[21]

Starting May 16, the slug flow consisted of only one gas-dominated and one oil-dominated flow per period. I refer to this pattern as *single peak behavior.* This pattern continued until May 20 when slug flow ceased.

The double peak behavior on May 13 and single peak behavior on May 16 are important features of the unique signature that I used in calculating the flow rate between May 13 and May 20, 2010. As mentioned above, May 13 and May 16 are not the only dates that exhibited these particular behaviors, but these are the dates that detailed ROV riser inspection surveys were performed.

### 6.3   Link to Riser Motion

On May 16, ROVs were simultaneously monitoring the Riser End and performing a survey of the riser that included the motion of the buoyant loop. Analysis of these videos revealed that the periods of the riser motion and slugging were identical. Because of this direct link between riser motion and slugging, I was able to conclude that the riser motion is the mechanism behind slug formation. Further confirmation comes from subsequent analysis and the fact that once the buoyant loop finally settled on the sea floor, slug flow was no longer observed from the Riser End.

### 6.4   Slug Mechanism

Prior to May 13, the vertical oscillating motion of the riser was not observed. As shown in Figure 9, ROV surveys on May 4 and May 8 showed that the riser was floating higher than on May 13 (see Figure 9). Eventually, as the buoyant part of the riser sank to the sea floor it began the cyclic motion. Once the cyclic motion began, the buoyant loop moved between resting on the sea floor and floating above the sea floor (the maximum height of the buoyant loop decreased over time).

---

[21] MDL Dep. Ex. 9183 at 67.

XMZX411-000017





*Figure 9 – Progression of riser position with time[22]*

When the buoyant loop was in its highest position during a cycle, oil was accumulating on the upstream section of the buoyant loop (the part of riser between the start of the buoyant loop and its midpoint) and predominantly gas was flowing over the top of the buoyant loop. Oil, being the denser phase, has a harder time climbing the buoyant loop against the force of gravity.  The predominantly gas flow was the source of an observed gas-dominated flow at the Riser End.



*Figure 10 – Oil accumulating in the upstream section of the buoyant loop at its highest position in cycle*

As the oil accumulation grew at the upstream section of the buoyant loop (labeled    in Figure 10), the weight of the oil caused the loop to sink towards the seafloor.

---

[22] BP-HZN-2179MDL04996568

XMZX411-000018





*Figure 11 – Weight of the oil slug causes the buoyant loop to sink*

As the buoyant loop sank to the seafloor, the oil that had accumulated in the upstream section of the buoyant loop, no longer impeded by gravity, began to flow over the top of the loop and travel towards the end of the riser.  At this stage, the flow over the top of the buoyant loop was predominantly oil.  This predominantly oil flow, or *oil slug*, was the source of the main oil-dominated flow at the Riser End.



*Figure 12 – Oil slug passes through the buoyant loop in its settled position*

As the oil slug moved through the buoyant loop, a stratified flow pattern (flow pattern characterized by gas on top and oil on bottom) was established behind the oil slug.   The position of the riser at this point (on the sea floor) was the same as the final settled position, and thus, the flow entering the buoyant loop resembled the flow pattern observed after May 20.

19 | 33

XMZX411-000019





*Figure 13 – Stratified flow establishes behind the oil slug*

Once the end of the oil slug passed the midpoint of the buoyant loop, the loop once again began to rise.  At this stage, the upstream section of the buoyant loop was considerably lighter (more buoyant) because it was filled with more gas than was present in the oil slug.



*Figure 14 – Buoyant loop begins moving up*

The double peak behavior observed on May 13, 2010 results from a phenomenon created by the dynamic motion of the buoyant loop.  The double peak was created by the oil and gas that followed the main oil-dominated flow, which was just described. The formation of the second peak proceeded as follows:

1. In multiphase flow, oil (because it is heavier than gas) flowing upward would be slowed by gravity more when the angle of incline is at its greatest (position 1 on Figure 15) compared to where the angle of incline is less (e.g., positions 2 and 3 on Figure 15). The same principle applies to the oil and gas flow through the buoyant loop when the oscillations reached their highest peak.

XMZX411-000020





*Figure 15 – Illustration of angles variations of a hill*

2. As the gas pocket moved through the buoyant loop, the riser began to lift from the sea bed. At this point, the oil upstream of the peak in the buoyant loop (i.e., in the illustration at Figure 14, the oil labeled   ) would tend to move more slowly toward the peak. The continued upward motion of the riser would further slow the oil that was flowing towards the top of the buoyant loop.

3. When the buoyant loop was at relatively shallow inclinations, the oil slowed, but continued to flow past the top of the buoyant loop.  At the steeper inclinations present in parts of the buoyant loop from May 13 to May 15 (but no longer present after May 16), however, the oil flow was nearly stopped.

4. This dynamic explains the double peak phenomenon in the slug flow observed from May 13 to May 15. During this period, the buoyant loop would reach its steepest inclinations at a time that coincided with the presence of a stratified oil and gas flow. As the riser transitioned from the position shown in Figure 14 to the position shown in Figure 16, the stratified oil layer closest to the peak was flowing through a less steep section of the buoyant loop, and flowed over the peak. However, the oil at the steepest part of the buoyant loop was sufficiently slowed by gravity to allow a gas pocket to form above it. This is illustrated in Figure 16 below: the stratified flow shown in Figure 14 has, in Figure 16, split into two oil slugs separated by a gas pocket.

XMZX411-000021





*Figure 16 – The second oil slug formed on May 13 due to the steep inclinations*

5. This resulted in an overall flow pattern of an oil slug, followed by predominantly gas flow, followed by oil and gas mixture (stratified flow), followed by the <u>second</u> predominantly gas flow, as seen in Figure 16.

By May 16, the buoyant loop was at a shallower inclination, and the second predominantly gas flow was replaced by a gradual transition from oil and gas mixture to the next oil slug. Therefore, it is the range of angles present and dynamic motion of the riser on May 13 that created the double peak behavior. This distinctive combination of riser motion and slug flow behavior is what allows me to predict the range of flow rate that could coexist with the observed phenomena.

## 6.5   Timing of Kink Leaks

A detailed inspection of the damaged riser after it was retrieved from the seafloor revealed six different leaks were present at the kink (see Figure 17).[23]  I reviewed ROV footage of the kink leaks between May 13 and May 20 to identify which leaks were present during the timeframe of interest.

XMZX411-000022



*Figure 17 – Riser Kink annotated with labels for each hole in riser[23]*

From May 13 – May 18, only two of the six leaks, "B" and "C", were leaking as shown in Figure 18.

---

[23] BP-HZN-2179MDL04824968-5017, at BP-HZN-2179MDL04824983.

XMZX411-000023





*Figure 18 – Kink on May 16 showing only holes B and C leaking[24].*

Starting May 19, leak "E" and potentially "D" was also observed to be leaking as shown in Figure 19.  Since leaks "D" and "E" were very close to each other it was difficult to identify whether one or both of them were leaking.



*Figure 19 – Kink on May 19 showing only holes B, C and E leaking.[25]*

---

[24] BP-HZN-2179MDL04569966.

[25] BP-HZN-2179MDL04569964.

XMZX411-000024



Based upon my extensive review of ROV video footage, no other leaks were present prior to May 20, 2010.

XMZX411-000025



# 7   Modeling

I calculated the range of flow rates from the DWH riser in two parts.  First, I calculated the flow rate at the Riser End and then, I calculated the flow rate at the Kink leak and Riser End together.  I split the problem into two parts because the initial focus of this investigation was slug flow at the Riser End.  Because the leaks at the Kink have no impact on slug flow at the Riser End, they were not modeled initially.

To quantify the flow rate through the Riser End, I created a detailed model of the riser, which included the motion of the riser.  This model was used to calculate the flow rate at which the simulated slugging matched the characteristics of the slug flow in video footage from ROVs (discussed in Section 6.2).

To quantify the flow rate through the kink holes, I extended the riser model to include the kinked section of the riser.  In order to calculate the flow rate through the holes in the kinked section, I included the following additional parameters in the model:

  a.  Geometry of the kink leak holes[26]
  b.  Pressure boundary before the kink holes
  c.  Fluid temperature before the kink holes
  d.  Location of the kink holes along the kink
  e.  Hydrostatic pressure outside the kink holes

Accordingly, I prepared two models to quantify the flow rate through the DWH riser.  One model starts at the first riser joint, i.e., just beyond the kinked section of the riser and extends to the Riser End (referred to as the "No-Kink Model").  The other model starts from just above the BOP/LMRP and extends to the Riser End (referred to as the "Kink Model") and includes the Kink.

The No-Kink model has a flow rate boundary at its inlet.  A flow rate boundary was chosen because it allowed the flow rate in the riser to be varied directly.  Had a pressure boundary (which was also unknown) been chosen, this would have required varying the pressure to indirectly vary the flow rate through the riser.  Since the goal was to vary the flow rate through the riser and identify flow rates that matched the unique signature of the observed slug flow (for a discussion of the unique signature, see Section 8.1), having a flow rate boundary is a more direct means of achieving this goal.  At the outlet, a constant pressure boundary, set equal to the hydrostatic pressure at the Riser End, was used.  The flow rate boundary was used to set the flow rate through the riser.  Figure 20 shows a schematic of the No-Kink model.

---

[26] I received area and perimeter measurements for the three holes from Dr. Srdjan Nesic.

XMZX411-000026



*Figure 20 – Schematic of the riser showing model boundaries for the no kink model*

In contrast, the Kink Model starts with a pressure boundary before the Kink. This pressure boundary is based on pressure measurements obtained from a pressure gauge installed on the mud boost line (PT-M). The kinked section is modeled as a pipe of reduced diameter with a valve near the location of the throat of the kink. Though no valve existed at this location, I introduced a valve into the model to more accurately model resistances through the kink. The valve (resistance) was adjusted to achieve different flow rates through the riser. I knew that the resistance was adjusted correctly when I was able to match the unique signature of the observed slug flow. The rest of the Kink Model is the same as the No-Kink Model. Figure 21 shows a schematic of the Kink Model.



*Figure 21 – Schematic of the riser showing model boundaries for the kink model*

27 | 33

XMZX411-000027



I did not include the wellbore, BOP or LMRP in either model.  Adding these additional components to the model would not have affected the calculated flow rate through the riser.   Starting at the reservoir and modeling the flow through the well bore would have yielded a calculated value for the pressure, and temperature above the BOP.  But since I already had measurements for both these quantities, I did not need to model more equipment and unnecessarily increase simulation complexity.

For a detailed description of the inputs used in the models, refer to Appendix F.

XMZX411-000028



## 8   Results

### 8.1   Riser End Flow Rate

As noted from Section 6.2, the slugging at the Riser End exhibited unique characteristics that changed over time.  From May 13 to May 15, ROV videos showed double peak behavior while after May 16, they showed only single peak behavior.  I used this unique signature to calculate flow rates through the Riser End.  Specifically, I matched the slug flow characteristics to the ROV video footage on May 13 and May 16. To do this, I ran two sets of simulations.  One set used the motion characteristics of the riser on May 13 and the other set used the motion characteristics of the riser on May 16.  Within each set of simulations, I varied the flow rate through the riser over the same range.  The range of flow rates that I used for each set of simulations was ~12,000 stbpd to ~60,000 stbpd.

I only performed simulations for observed behavior on May 13 and May 16 because those are the two days on which I was able to obtain detailed measurements of the riser movement from ROV footage.  Both the XLX-37 survey on May 13 and XLX-36 survey on May 16 spanned every riser joint in the buoyant loop.  This provided me with measurements of the depths of the buoyant loop at the settled position and the peak position, and the duration of the buoyant loop's oscillatory motion.  These measurements were used to model the riser motion in the simulations.

Through these two sets of simulations, I was able to establish a range of flow rates, which I refer to as the *range of qualifying flow rates*.  By this I mean that I first identified the range of flow rates that would match the slug characteristics for both May 13 and May 16.  Thus, only those flow rates that exhibited double peak behavior on May 13 could be in the range of qualifying flow rates.  Further, among the flow rates that qualified on May 13, only those that exhibited single peak behavior on May 16 could be part of the range of qualifying flow rates.

As an example, using the base case for the No-Kink Model (detailed in Appendix G), I obtained double-peak behavior on May 13 between 17,700 stbpd and 41,000 stbpd.  For the same case, on May 16, single-peak behavior was only present from 11,700 stbpd to 28,300 stbpd.  Based on this, the range of qualifying flow rates is between 17,700 stbpd and 28,300 stbpd.

I was able to refine these bounds by calculating the density of the fluid in the buoyant loop.  Since the buoyant loop eventually settled to the seafloor, the density of the flow in the settled position, i.e., in stratified flow, was enough to hold the buoyant loop down.  Therefore, during slug flow, the buoyant loop must experience a fluid density lower than the density in stratified flow in order for it to be in motion.  Using this additional criterion, the lower bound of qualifying flow rates for the base case was increased to 21,200 stbpd, resulting in a range of qualifying flow rates of 21,200 stbpd to 28,300 stbpd.

XMZX411-000029

Based on this analysis and sensitivity studies which are described later in Section 8.3, the calculated flow rate at the Riser End is 25,100 stbpd.

For a detailed discussion of how the range of qualifying flow rates was determined, see Appendix G.

## 8.2   Kink Leak Flow Rate

To calculate the flow rate through the Kink leak, I extended the model used to estimate flow from the Riser End to include the kinked section of the riser (refer to Section 7 for a description of the Kink Model).  In these simulations, I varied the unknown resistance through the Kink to produce different flow rates through the riser. As described in Section 8.1, qualifying simulations exhibited double peak behavior on May 13 and single peak behavior on May 16.  From those qualifying simulations, I chose the simulation with the maximum Kink leak flow rate.

I consider this the maximum Kink leak flow rate for the following reasons. First, I selected an upstream pressure from PT-M that was higher than other reported values for that gauge.  A higher pressure results in a higher calculated kink leak flow rate. Second, I relied upon measurements of the holes that were made when they were in their final state (that is, after the kinked section of the riser had been retrieved).  I note that the actual sizes of the holes on any day between May 13 and May 20 could have been smaller than the final state when the riser was removed on June 3, 2010. Additionally my model includes leaks from all three leak holes for the entire period whereas the third hole did not appear until May 19.  Thus, by using the hole sizes in their final state, using all three holes when only two were present until May 19, and a conservative measurement of the pressure, I calculated the maximum possible flow rate for the three holes composing the Kink leak during the May 13 to May 20 period. This maximum Kink leak flow rate is 4900 stbpd.

## 8.3   Sensitivities

Some of the model inputs are not known to the same degree of certainty as others.  To address uncertainties in the inputs, I ran several sensitivity studies.  The same general procedure was performed for each of the sensitivity studies I performed:

- Vary one model input to address its uncertainty
- Run simulations using the May 13 and May 16 riser motion characteristics described in Appendix F-5.
- Determine the range of acceptable flow rates as described in Section 8.1

As an example, the roughness of the riser pipe was not known.  To address this uncertainty, I varied the roughness from that of a smooth pipe to 100 times the roughness of a smooth pipe.  Detailed discussion of all such sensitivity studies are included in Appendix G.

XMZX411-000030

These sensitivity studies allowed me to quantify the uncertainty in the calculated flow rate through the riser (which includes both the Kink and Riser End) and consequently provide a range of possible flow rates through the riser.

In addition to the sensitivity studies, comparison of LedaFlow models to OLGA models also allowed me to estimate a model uncertainty of ±5% (see Appendix B).

Based on these sensitivity studies and the estimated model uncertainty, I determined that the total flow rate from the Kink and Riser End was between 24,900 stbpd and 35,900 stbpd.

## 8.4   Other Work

The flow rates I calculated to match the observed slug flow from May 13 to May 20, 2010 presented in this report are based on models that included the riser motion.  I also considered whether other mechanisms of slug formation could have caused the observed slug flow.  Based upon these other models, I have eliminated the common possible mechanisms for the formation of slugs observed between May 13 and May 20. The results of these other models, and my analysis of these results, are documented in Appendix H.

XMZX411-000031



# 9   Summary and Conclusions

The end of the DWH riser exhibited slugging behavior between May 13 and May 20, 2010.  This behavior was documented in ROV video footage, and noted by members of the FRTG Plume Team and by United States officials.  I verified that this flow pattern is slug flow through my review of ROV videos of the flow from the riser end plume. A portion of the riser moved in a vertical oscillating motion between May 13 and May 20. The range and period of the motion decayed over time until the riser stopped moving on the May 21, 2010.  On May 16, 2010, ROVs simultaneously monitoring the plume and the buoyant loop illustrated that the slug period and riser motion period were the same. This led to the investigation and confirmation that the observed slug flow was indeed caused by the riser movement.

Two detailed models of the riser were constructed in LedaFlow, one starting just above the BOP/LMRP which included the kink, and one starting after the kink at the first riser joint.  Using these models, I was able to simulate the dynamic motion of the riser and establish the flow rate through the riser that would match the characteristics of the observed slug flow.  Specifically, on May 13, the slug flow exhibited two gas-dominant and two oil-dominant flows in alternating fashion within one slugging period (double peak behavior). This particular pattern of flow could only occur within a very narrow range of flow rates as it related to how fast the gas pushed the oil slugs. Moreover, the double peak behavior was not observed on May 16 when the range of riser motion was smaller. This phenomenon further limits the possible flow rates through the riser.

By simulating motion characteristics on both May 13 and May 16, the best calculated flow rate through the riser end is 25,100 stbpd.  I also calculated an estimate for the flow rate through the kink leaks using simulation models.  Combining these two flow rates the best calculated flow rate through the Kink and Riser End is 30,000 stbpd. These flow rates occurred from May 13 to May 20 when slug flow was observed at the Riser End.

There were some uncertainties in the input data to the models.  Even with these uncertainties, the maximum estimated total flow rate through the DWH riser between May 13 and May 20, 2010 is bounded between 24,900 stbpd and 35,900 stbpd.

*   *   *   *

XMZX411-000032



The opinions I have expressed in this report are based on my education, training, and experience. My qualifications and experience are described in Section 2 of this report, as supplemented by Appendix A. In forming my opinions, I have considered the materials listed in Appendix D and the results of the simulations that have been provided along with this report. I have not previously testified at trial or by deposition.

I am a principal and employee of evoleap, LLC ("evoleap"). For my time working on this matter, and the time of my colleague, evoleap is compensated at an hourly rate of $315. For my time testifying on this matter, evoleap is compensated at an hourly rate of $550. In addition, evoleap receives commissions from Kongsberg Oil & Gas, Inc. ("Kongsberg") for sales of LedaFlow software licenses. For the sale of LedaFlow software licenses used in this matter, evoleap has invoiced Kongsberg $22,362. None of this compensation is in any way related to the outcome of this case.

Respectfully submitted,

_____                    05/01/2013
Michael Zaldivar, PhD                              Date

XMZX411-000033



## LedaFlow 1.2

LedaFlow is a commercially-available multiphase flow simulator from Kongsberg.  LedaFlow is a relatively new tool in the market, its first commercial version was made available in June 2011. LedaFlow is a product that was developed through more than 10 years of collaboration between ConocoPhillips, Total and SINTEF.   A more complete description of the software is available at: http://kongsberg.com/en/kogt/offerings/software/ledaflow/.

XMZX411-000044



# Appendix F-1 – Riser Elevation Profile

## Introduction

After the DWH drilling rig sank on April 22, 2010, the riser that connected the DWH wellhead equipment to the drilling rig fell to the seafloor.  However, the riser did not completely settle on the seafloor until May 21, 2010. Between May 13 and May 20, part of the riser (the buoyant loop) was moving off the sea floor in a vertical oscillatory motion.[1]  Once settled, it remained in that position until the riser was removed on June 3, 2010 to allow the installation of the Top Hat.[2]

In order to calculate the flow rate through the DWH riser during the May 13-20 period using transient pipeline modeling software, an accurate representation of the riser elevation profile was essential.  Several ROVs were deployed after the accident in order to assist in the response operations.  Among the tasks that the ROVs repeatedly carried out were surveys of the path of the riser.  The data from these surveys were also made available in the form of three CAD drawings.[3]

The data from these surveys were used to construct a complete riser elevation profile that was then used in the simulations.  This appendix provides background information, as well as detailed descriptions of the procedure used to extract the riser profile data.

## Information Used and Conventions

### Description of Elevation Profile

ROV surveys were used to extract Northing, Easting, and Depth coordinates.[4]  From these three-dimensional coordinates, lengths between points were calculated as the square root of the sum of squares of differences between successive coordinates.  This calculation gives an L-Z coordinate profile, where L is length along the pipeline and Z is the depth.  These calculated values can then be converted to an S-Z coordinate system where $S = \sqrt[2]{L^2 - Z^2}$.  This is the information supplied to simulators, i.e., a set of (S,Z) coordinates.

### ROV Riser Path Surveys

Details of the source of the ROV riser surveys are listed in Table 1.

*Table 1 – ROV Source Footage for Riser Surveys*

| Date | ROV Name | Start point | End point | Reference(s) |
|------|----------|-------------|-----------|--------------|
|      |          |             |           |              |

---

[1] BP-HZN-2179MDL04996568.

[2] BP-HZN-2179MDL04996577.

[3] BP-HZN-2179MDL04934351, BP-HZN-2179MDL06094683, BP-HZN-2179MDL05871047.

[4] The terms easting and northing are geographic Cartesian coordinates for a point. Easting refers to the eastward-measured distance (or the x-coordinate), while northing refers to the northward-measured distance (or the y-coordinate).

XMZX411-000063



Table 1 – Motion characterization parameters for May 13

| Joint # | $t_{start}$ | $t_{end}$ | $T$ |
|---------|---------|---------|-----|
| 31 | 40 | 245 | 285 |
| 32 | 35 | 250 | 285 |
| 33 | 30 | 255 | 285 |
| 34 | 10 | 275 | 285 |
| 35 | 10 | 275 | 285 |
| 36 | 0 | 285 | 285 |
| 37 | 0 | 285 | 285 |
| 38 | 0 | 285 | 285 |
| 39 | 22 | 262 | 285 |
| 40 | 35 | 250 | 285 |

Table 2 – Motion characterization parameters for May 16

| Joint # | $t_{start}$ | $t_{end}$ | $T$ |
|---------|---------|---------|-----|
| 31 | 45 | 138 | 183 |
| 32 | 31 | 152 | 183 |
| 33 | 22 | 160 | 183 |
| 34 | 22 | 160 | 183 |
| 35 | 22 | 160 | 183 |
| 36 | 22 | 160 | 183 |
| 37 | 22 | 160 | 183 |
| 38 | 22 | 160 | 183 |
| 39 | 28 | 154 | 183 |
| 40 | 32 | 150 | 183 |
| 41 | 42 | 140 | 183 |

# Modeling Riser Motion

## Software

Dynamic riser motion is a common phenomenon that occurs in production risers attached to vessels, which are subject to motion due to tides and other meteorological phenomena.  LedaFlow (see Appendix C) for a description of this software) is driven through a scripting interface (QtScript) that allows users significant access to vary simulation parameters during the running of a simulation.  Using that scripting interface, the existing version of LedaFlow (v 1.2) allows one to simulate the motion of the riser with the functional form described earlier.

## Methodology

In this section the procedure for describing the riser motion, and the modeling of that motion during simulations are explained.

XMZX411-000094