# Exhibit 2

## Excerpts from Dr. Michael Zaldivar Deposition Transcript Volume 1

## Taken July 15, 2013

01-42972
RWM/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG ) | | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the ) | | |
| GULF OF MEXICO, on ) | | SECTION: J |
| APRIL 20, 2010 ) | | |
| ) | | JUDGE BARBIER |
| ) | | |
| ) | | MAG. JUDGE SHUSHAN |

# *CONFIDENTIAL*

## *WorldwideVIEW*™
### Interactive Deposition Digital Display

ORAL AND VIDEOTAPED DEPOSITION OF:



# Michael Zaldivar, Ph.D.

**JULY 15, 2013**

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
08:36  1   they kind of try to cover the gamut of -- of the
08:36  2   engineering work phase, but I think primarily
08:36  3   they're focused on the subsurface arena.
08:36  4        Q.  And what did you do there?
08:36  5        A.  I was director of knowledge management,
08:36  6   which was a business group focused on
08:36  7   understanding and improving the work flows and
08:36  8   the -- the -- the management of the information
08:36  9   around the subsurface work flows.
08:37 10        Q.  So you weren't actually doing
08:37 11   consulting for Knowledge Reservoir?
08:37 12        A.  I was doing consulting in that
08:37 13   capacity, yes.
08:37 14        Q.  Okay.
08:37 15        A.  But -- but, again, it was -- it was
08:37 16   focused more on this improving work flows or
08:37 17   creating technologies to improve the work flows
08:37 18   and management of information in -- in the
08:37 19   subsurface arena.
08:37 20        Q.  What models did you work with at
08:37 21   Knowledge Reservoir?
08:37 22        A.  I -- I did use OLGA or I guess I --
08:37 23   I -- I was never directly doing flow assurance
08:37 24   while I was in Knowledge Reservoir.  There was a
08:37 25   colleague of mine that came from Multiphase
```

```
08:37  1    Solutions that was heading that group.  We had a
08:37  2    long history together, so we often talked about
08:37  3    the flow assurance problems that -- that he was
08:37  4    solving.
08:37  5              I probably helped him occasionally with
08:37  6    things, but -- but he was probably -- he was the
08:37  7    direct user of OLGA.  I was more of an advisor or
08:38  8    a colleague that he could bounce ideas off of.
08:38  9         Q.  Okay.  You mentioned that you were
08:38 10    never directly doing flow -- flow assurance while
08:38 11    you were at Knowledge Reservoir.  Can you define
08:38 12    for me what you mean by "flow assurance"?
08:38 13         A.  Yeah, flow assurance is a -- it's a
08:38 14    multidisciplinary science.  It really is the --
08:38 15    the union of production chemistry, production
08:38 16    engineering, and production operability.
08:38 17         Q.  Okay.  So then you went to Kongsberg?
08:38 18         A.  Kongsberg, yes.
08:38 19         Q.  Okay.  And can you explain what that
08:38 20    company does?
08:38 21         A.  Kongsberg is a -- a large Norweigian
08:38 22    company, so maybe a midsized company.  They have
08:38 23    lots of business lines.  Their primary business
08:38 24    lines are in defense and maritime industries.
08:38 25              I -- I worked in the oil and gas
```

```
08:38  1   technologies business line in Kongsberg and
08:38  2   specifically in -- in LedaFlow.
08:39  3        Q.  And what did your work involving
08:39  4   LedaFlow involve at Kongsberg?
08:39  5        A.  I was the -- well, I had several
08:39  6   titles, but I think in general the -- the role
08:39  7   was the same.  I was the manager of operations
08:39  8   for the Americas Geo-Market, so Brazil and -- and
08:39  9   the US -- or primarily Brazil and -- and the US.
08:39 10            And in that capacity I helped with
08:39 11   training, technical support, technical sales
08:39 12   support, and, you know, review of marketing
08:39 13   materials and -- and tasks like that.
08:39 14        Q.  So were you doing flow assurance at
08:39 15   Kongsberg?
08:39 16        A.  Yes.
08:39 17        Q.  Okay.  And what models were you using
08:39 18   to do that?
08:39 19        A.  LedaFlow.
08:40 20        Q.  Okay.  Just LedaFlow?
08:40 21        A.  Yes.
08:40 22        Q.  Okay.  And then in late 2012 you
08:40 23   founded evoleap?
08:40 24        A.  Yes, with another business partner --
08:40 25        Q.  Okay.
```

```
08:40  1        A.   -- but, yes.
08:40  2        Q.   And how would you describe your
08:40  3   company?
08:40  4        A.   The company's focused on building
08:40  5   software and technology to improve the flow
08:40  6   assurance work flow.  So our first product is a
08:40  7   product called obot, which is a companion product
08:40  8   with OLGA, and it helps manage the OLGA
08:40  9   simulation queue, I guess is the best way to
08:40 10   express that.
08:40 11        Q.   And do you work with LedaFlow at
08:40 12   evoleap?
08:40 13        A.   Yes, I do, and OLGA.
08:40 14        Q.   Do you have any professional licenses?
08:40 15        A.   I do not.
08:40 16        Q.   Okay.  And you're not a professional
08:40 17   petroleum engineer, correct?
08:41 18        A.   That's correct.
08:41 19        Q.   And not a member of the Society of
08:41 20   Petroleum Engineers?
08:41 21        A.   I am a member of the Society of
08:41 22   Petroleum Engineers.
08:41 23        Q.   Okay.  Let's talk a little bit about
08:41 24   your experience in -- in this arena being an --
08:41 25   an expert in litigation.
```

```
08:41  1              Have you ever qualified as an expert in
08:41  2    litigation before?
08:41  3         A.   No.
08:41  4         Q.   Okay.  Have you ever written an expert
08:41  5    report in a court case before?
08:41  6         A.   No.
08:41  7         Q.   Okay.  Have you ever been deposed
08:41  8    before?
08:41  9         A.   No.
08:41 10         Q.   And you've never testified in court as
08:41 11    an expert --
08:41 12         A.   That's correct.
08:41 13         Q.   -- I guess?
08:41 14              Okay.  When were you retained by BP as
08:41 15    an expert in this matter?
08:41 16         A.   At the end of November.  I think the --
08:41 17    the official date was November 29th.  I -- I
08:41 18    probably didn't start working until December,
08:41 19    though.
08:41 20         Q.   Okay.  And that was of 2012?
08:42 21         A.   That was, yes.
08:42 22         Q.   Okay.  About how many hours did you
08:42 23    work on this matter up until the point that you
08:42 24    submitted your report?
08:42 25         A.   I would say it fluctuated, but I would
```

```
08:42  1    say that a good approximation would be full-time
08:42  2    over the duration of the period.
08:42  3         Q.  Okay.  And what did you do to prepare
08:42  4    for this deposition?
08:42  5         A.  I -- I had three meetings with the
08:42  6    attorneys.
08:42  7         Q.  About how long were those meetings?
08:42  8         A.  They were -- they were two-day
08:42  9    meetings, but I would say about half of the time
08:42 10    was really focused on deposition prep, the other
08:42 11    half was focused on communication of information.
08:42 12         Q.  What do you mean by "communication of
08:42 13    information"?
08:42 14         A.  Explaining my report and my opinions.
08:42 15         Q.  Okay.  But you wouldn't consider that
08:42 16    preparation for the deposition?
08:42 17         A.  It was -- no, I wouldn't.  I was trying
08:42 18    to help the attorneys understand.
08:43 19         Q.  Okay.  Did you speak with anyone other
08:43 20    than counsel in -- in preparation for your
08:43 21    deposition?
08:43 22         A.  No.
08:43 23         Q.  Okay.  Did you review any documents to
08:43 24    prepare for this deposition?
08:43 25         A.  I did.
```

08:43  1      Q.  What documents?
08:43  2      A.  I reviewed my report.  I reviewed all
08:43  3   my consideration materials.  I reviewed the
08:43  4   rebuttal reports of Martinez and Dykhuizen and
08:43  5   the consideration materials for Martinez.
08:43  6      Q.  Okay.  Have you created any new
08:43  7   documents since submitting your report?
08:43  8      A.  No.
08:43  9      Q.  Okay.  Did you bring any documents with
08:43 10   you today?
08:43 11      A.  No, I did not.
08:43 12      Q.  Okay.  Let's take a look at your expert
08:43 13   report.  If you could turn to Tab 1 in your
08:44 14   binder.
08:44 15      A.  Okay.
08:44 16      Q.  Does that document look familiar to
08:44 17   you?
08:44 18      A.  It does.
08:44 19      Q.  Can you tell me what it is?
08:44 20      A.  It is the expert report that I put
08:44 21   together for the . . .
08:44 22      Q.  Okay.  Could you take the -- the first
08:44 23   sticker on the top of that page and just put it
08:44 24   somewhere not covering the text on the first page
08:44 25   and let me know what number it is.

```
08:52  1    listed -- the experience that's not listed in the
08:52  2    appendix?
08:52  3            MR. FIELDS:  Objection, form.
08:52  4         A.  I -- I think it's similar to the
08:52  5    experience that's listed.  This is just, again, a
08:52  6    sampling of -- of the studies that I've done.
08:52  7    You know, as a flow assurance engineer, you do
08:52  8    studies that are sometimes one week and sometimes
08:52  9    six months.  It -- it would be very difficult
08:52 10    after ten years to characterize all those studies
08:52 11    I've been a part of.
08:52 12            So it is possible that you'll ask
08:52 13    questions and I'll draw on experience that's --
08:52 14    that's not specifically listed in this appendix.
08:52 15         Q.  (BY MS. PENCAK)  Would you say that the
08:52 16    experience that you listed in this appendix is
08:52 17    the most relevant experience that you have with
08:52 18    regard to flow assurance?
08:52 19            MR. FIELDS:  Objection, form.
08:52 20         A.  I -- I would say that it is a sampling.
08:52 21    I think that it is relevant experience.  I'm
08:52 22    not -- I'm not saying it's necessarily the most
08:52 23    relevant experience.
08:52 24         Q.  (BY MS. PENCAK)  Okay.  Have you ever
08:52 25    attempted to estimate the flow rate of
```

```
08:53  1    hydrocarbons from a blown-out well?
08:53  2         A.  Yes.
08:53  3         Q.  Okay.  How many times?
08:53  4         A.  In -- in terms of an actual blown-out
08:53  5    well or just to do blown-out -- blowout
08:53  6    simulations to estimate what the likely
08:53  7    hydrocarbon rates would be?
08:53  8         Q.  An actual blown-out well.
08:53  9         A.  I've only done it once, and that's for
08:53 10    this case.
08:53 11         Q.  Okay.  So this is the first time that
08:53 12    you have attempted to estimate the flow rate of
08:53 13    hydrocarbons from an actual blown-out well?
08:53 14         A.  That's correct.
08:53 15         Q.  Okay.  Have you ever attempted to
08:53 16    estimate flow rate based on observed slugging?
08:53 17         A.  Yes.
08:53 18         Q.  How many times?
08:53 19         A.  I couldn't give you a precise number,
08:53 20    but several.
08:53 21         Q.  And are those actual situations?
08:53 22         A.  Yes.  I think it's -- it's -- it's a --
08:53 23    quite common to estimate flow rate or try to
08:54 24    estimate the flow rate that's causing slug flow.
08:54 25         Q.  Okay.  Did you do that with OLGA?
```

```
08:54  1         A.   Yes.
08:54  2         Q.   About how many times?
08:54  3         A.   I would say on the order of ten.
08:54  4         Q.   How about LedaFlow?
08:54  5         A.   Yes.
08:54  6         Q.   How many times?
08:54  7         A.   Probably on the order of five.
08:54  8         Q.   Okay.  How much of your experience
08:54  9    involves throw -- flow through horizontal pipes
08:54 10    rather than vertical pipes?
08:54 11         A.   A large portion of my experience is
08:54 12    horizontal through -- it -- pipes are most often
08:54 13    horizontal, so . . .
08:54 14         Q.   Okay.  How much of your work involves
08:54 15    deepwater wells?
08:54 16         A.   I just want to correct that last
08:54 17    answer.
08:54 18              Flow lines and pipes that are, you
08:54 19    know, distribution networks and -- and subsea
08:54 20    gathering networks are almost always horizontal
08:55 21    or near horizontal or have horizontal or near
08:55 22    horizontal elements.
08:55 23              Wells, of course, are a big portion of
08:55 24    those models, and those are most likely vertical
08:55 25    or near vertical.
```

```
08:55  1                    Could you repeat your question.
08:55  2            Q.   Sure.   How much of your work involves
08:55  3     deepwater wells?
08:55  4            A.   A substantial part of it.
08:55  5            Q.   How do you define "deepwater"?
08:55  6            A.   There's lots of definitions, and they
08:55  7     seem to keep changing the -- the definition.  But
08:55  8     I think what's sticking is around greater than
08:55  9     1,000 feet.
08:55 10            Q.   How much of your work involves
08:55 11     deepwater wells greater than 4,000 feet?
08:55 12            A.   A -- a substantial part as . . .
08:56 13            Q.   And how would you define "substantial"?
08:56 14            A.   You know, flow assurance really is a
08:56 15     science around understanding flows in the deep
08:56 16     water.  It's -- I mean, it is applied to onshore
08:56 17     situations, but it's very, very common.  As the
08:56 18     fields have gone deeper and deeper so have the
08:56 19     flow assurance engineers.  So projects today,
08:56 20     almost all of them are focused at greater than
08:56 21     4,000 feet.  That's how I would define
08:56 22     "substantial."
08:56 23            Q.   Have you -- have you ever looked at
08:56 24     slugging in a vertical well rather than the
08:56 25     horizontal pipes you discussed earlier?
```

```
09:00  1         Q.  Did you perform simulations with any
09:00  2    other models?
09:00  3         A.  No.
09:00  4         Q.  Why in this case did you use OLGA
09:00  5    instead of LedaFlow?
09:00  6         A.  That project is from prior to -- to
09:00  7    LedaFlow's release.  It's one of the early
09:00  8    projects that I did while I was working for
09:00  9    Multiphase Solutions.  So it's probably 2003,
09:01 10    2004 time frame.
09:01 11         Q.  Okay.  The next project you list
09:01 12    Belanak LPG FPSO HYSYS dynamic model analysis -
09:01 13    ConocoPhillips (Indonesia)?
09:01 14         A.  Uh-huh.
09:01 15         Q.  When did you do that project?
09:01 16         A.  That's probably 2004 time frame.
09:01 17         Q.  And you didn't use LedaFlow in this
09:01 18    project?
09:01 19         A.  No.  LedaFlow had not yet been
09:01 20    released.
09:01 21         Q.  Okay.  BAB Hydraulic Analysis - JGC and
09:01 22    SKEC (UAE).
09:01 23             Did that project involve modeling with
09:01 24    LedaFlow?
09:01 25         A.  No.  Again, that -- that project was
```

33

| | | |
|---|---|---|
| 09:01 | 1 | probably 2005 sort of time frame. |
| 09:01 | 2 | Q. Okay. Rather than going through every |
| 09:01 | 3 | one of these one by one -- we have a lot of time, |
| 09:01 | 4 | but we don't have that much time -- can you tell |
| 09:02 | 5 | me on the projects listed on page A-3 through |
| 09:02 | 6 | A-6, did you use LedaFlow to model any of these |
| 09:02 | 7 | projects? |
| 09:02 | 8 | A. No. Most of these are from either PIMS |
| 09:02 | 9 | models or OLGA models, all of these from A-3 to |
| 09:02 | 10 | A-6. |
| 09:02 | 11 | Q. Okay. Which of these projects would |
| 09:02 | 12 | you say is the most similar to the work you did |
| 09:02 | 13 | here in this case? |
| 09:02 | 14 | MR. FIELDS: Objection, form. |
| 09:02 | 15 | A. You know, in other selected projects, I |
| 09:02 | 16 | mean, you seem to be focused on areas where I've |
| 09:02 | 17 | estimated flow rate or slug flow boundaries. |
| 09:02 | 18 | Even if you were to look at, you know, the -- |
| 09:02 | 19 | the -- the one that you left off, Belanak L -- |
| 09:02 | 20 | LPG FPSO HYSYS Dynamic Model, that was the |
| 09:03 | 21 | building of a HYSYS dynamic model, and then also |
| 09:03 | 22 | building an OLGA subsea model, there was lots of |
| 09:03 | 23 | concern about trying to figure out what the slug |
| 09:03 | 24 | flow boundary and determine the operability |
| 09:03 | 25 | envelope to avoid slug flow. So there was lots |

Worldwide Court Reporters, Inc.
**PURSUANT TO CONFIDENTIALITY ORDER**

| | | |
|--|--|--|
|09:03|1|of estimation of where that boundary would be and|
|09:03|2|what those limits were.  Again that was with|
|09:03|3|OLGA.|
|09:03|4|         If you were to look at the BAB|
|09:03|5|analysis -- it was the next one listed -- again,|
|09:03|6|that is a traditional slugging study where you|
|09:03|7|are exploring the oper -- operational envelope|
|09:03|8|and trying to estimate where slugging is -- is|
|09:03|9|most likely and trying to give guidelines of --|
|09:03|10|of how to avoid that.|
|09:03|11|         And then in this case, there was -- it|
|09:03|12|was unavoidable they were going to have slugging,|
|09:03|13|so to design an appropriately sized slug catcher|
|09:04|14|for all of the different operations.|
|09:04|15|    **Q.  (BY MS. PENCAK)  Sorry.**|
|09:04|16|    A.  I could go through each of these, and I|
|09:04|17|think each of them have elements of that.  Some|
|09:04|18|of the earlier ones didn't have elements of -- of|
|09:04|19|trying to estimate the slug flow boundary and|
|09:04|20|where that was most likely to happen that is|
|09:04|21|very, very common in flow assurance.|
|09:04|22|    **Q.  Okay.  The two studies tat you just**|
|09:04|23|**mentioned in response to my question I believe**|
|09:04|24|**were the -- the Belanak LPG FSO -- FPSO HYSYS**|
|09:04|25|**dynamic model analysis, was that the one you were**|

```
09:04  1    referring to?
09:04  2         A.   Yes.
09:04  3         Q.   Okay.
09:04  4         A.   That's correct.
09:04  5         Q.   And in that model analysis was there an
09:04  6    actual, physical pipe or apparatus that you were
09:04  7    modeling?
09:04  8              MR. FIELDS:  Objection, form.
09:04  9         A.   Yes.  So the Belanak model consisted of
09:04 10    the modeling of the topsides facility, the FPSO,
09:04 11    floating production storage and offloading, and
09:05 12    then the subsea network, which is all of the
09:05 13    pipelines.  I think there was 48 wells or 50
09:05 14    wells, and then there was two flow lines to -- to
09:05 15    the -- the FPSO facility.
09:05 16         Q.   (BY MS. PENCAK)  And where was that
09:05 17    well located?
09:05 18         A.   The 48 wells, it's all in Indonesia.
09:05 19         Q.   Okay.  Were they deepwater wells?
09:05 20         A.   Off the top of my head, I -- I can't
09:05 21    remember.  It was, yes, very likely that it was
09:05 22    deep water, at least by the definition of greater
09:05 23    than 1,000 feet.
09:05 24         Q.   Okay.  Was the well in a blown-out
09:05 25    condition?
```

03:16  1      A.  I just want to be a little bit more
03:16  2  precise.  At the flow boundary and the No-Kink
03:16  3  model, I inputted mass flow.
03:16  4      And then if you could repeat your
03:16  5  question.
03:16  6      Q.  Sure.  I think you said that mass flow
03:16  7  can be both an input and an output?
03:16  8      A.  That's correct.
03:16  9      Q.  Okay.  And how did you determine the
03:16 10  mass flow in -- in this instance?
03:16 11      MR. FIELDS:  Objection, form.
03:16 12      MS. HERTZ:  Objection.
03:16 13      A.  At -- at what location?
03:16 14      Q.  (BY MS. PENCAK)  So you -- you input
03:16 15  the -- the mass flow at the flow boundary of the
03:17 16  No-Kink model, correct?
03:17 17      A.  That's correct.
03:17 18      Q.  And then does your model output mass
03:17 19  flow at other locations throughout the model?
03:17 20      A.  It does.
03:17 21      Q.  Okay.  And then how did you rely on
03:17 22  those outputs?
03:17 23      MR. FIELDS:  Objection, form.
03:17 24      MS. HERTZ:  Objection.
03:17 25      Q.  (BY MS. PENCAK)  Let me restate that.

```
03:17  1                Did you rely on those outputs?
03:17  2           A.   I relied on all of the outputs of the
03:17  3      model --
03:17  4           Q.   Okay.
03:17  5           A.   -- yes.
03:17  6           Q.   And how did you specifically rely on
03:17  7      those outputs?
03:17  8           A.   Many of the outputs of the model were
03:17  9      used to develop understanding in -- in -- in what
03:17 10      was happening and why it was resulting in a -- a
03:17 11      very good match of the observed slug flow
03:17 12      behavior.
03:17 13           Q.   Okay.
03:18 14           A.   Mass flow rate was just one such
03:18 15      variable that was used to develop that
03:18 16      understanding.
03:18 17           Q.   Okay.
03:18 18                MS. PENCAK:  We have a few more minutes
03:18 19      on the tape, but I'd like to take a break now
03:18 20      before I move on to the next topic, if that's
03:18 21      okay.
03:18 22                MR. FIELDS:  Okay.
03:18 23                THE VIDEOGRAPHER:  We're off the record
03:18 24      at 3:18, end Tape 6.
03:18 25                (Short recess.)
```

```
03:28  1              THE VIDEOGRAPHER:  We're on the record
03:28  2     at 3:28, start Tape 7.
03:28  3         Q.  (BY MS. PENCAK)  Does the hydraulic
03:28  4     diameter allow you to relate fluid to velocity to
03:28  5     pressure drop?
03:28  6         A.  No.
03:28  7         Q.  Does the hydraulic diameter allow you
03:28  8     to relate fluid mass flow rate to pressure drop?
03:28  9         A.  No.
03:28 10         Q.  Is the mass flow rate output from your
03:28 11     model?
03:28 12         A.  Just to be clear, when you say "allow
03:28 13     you to relate," what do you mean?
03:29 14         Q.  Do you use that value to relate fluid
03:29 15     velocity to pressure drop?
03:29 16              MR. FIELDS:  Objection, form.
03:29 17         A.  Can you repeat the -- the series of
03:29 18     questions?
03:29 19         Q.  (BY MS. PENCAK)  Sure.  My first
03:29 20     question was:  Does the hydraulic diameter allow
03:29 21     you to relate fluid velocity to pressure --
03:29 22     pressure drop?
03:29 23         A.  The hydraulic diameter is used in
03:29 24     pressure drop relations.
03:29 25         Q.  How is it used in those relations?
```