# Exhibit 3

## Excerpts from Dr. Ronald Dykhuizen Deposition Transcript Volume 1

## Taken June 19, 2013

01-42946
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL*

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# RONALD COPELAND DYKHUIZEN, Ph.D.

JUNE 19, 2013

## *COPY*



Systems Technology for the Litigation World

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

142

1  impact the actual flow rate of that liquid
2  portion?
3      A.  The --
4          MR. CERNICH:  Object to form.
11:31  5      A.  The flow regime does not impact the flow
6  rate in any problem.
7      Q.  (By Mr. Regan) Okay.
8      A.  The flow -- the flow regime is determined
9  by your boundary conditions and your geometry,
11:32 10  and the flow rate is determined by the boundary
11  conditions and the geometry.
12      Q.  Okay.
13      A.  I'm not -- I'm confused at where you're
14  going.
11:32 15      Q.  Okay.
16      A.  I'm just answering the questions.
17      Q.  I got you right where I want you.  I'm
18  just joking.
19      A.  Thank you.
11:32 20      Q.  I'm just kidding with you.
21          With respect to a -- a slug flow
22  environment, then, in a slug flow environment,
23  does the fact of slug flow impact flow rate at
24  all?
11:32 25          MR. CERNICH:  Object to form.

|  |  |
|---|---|
| 1 | A. The boundary conditions in the geometry |
| 2 | determine the flow rate. The boundary conditions |
| 3 | and the geometry determine whether you have slug |
| 4 | flow or not. |
| 11:32  5 | Q. (By Mr. Regan) Okay. |
| 6 | A. But slug flow does not impact the flow |
| 7 | rate. |
| 8 | Q. **If you can see slug flow, does that** |
| 9 | **inform you about what the boundary conditions may** |
| 11:32 10 | **be?** |
| 11 | MR. CERNICH: Object to form. |
| 12 | A. Sure. |
| 13 | Q. **(By Mr. Regan) So if you're making** |
| 14 | **assumptions about boundary conditions in order to** |
| 11:33 15 | **determine an assumed flow rate and you can see** |
| 16 | **slug flow, does that narrow the boundary** |
| 17 | **conditions that would be reasonable to assume?** |
| 18 | MR. CERNICH: Objection, form. |
| 19 | A. Yes. |
| 11:33 20 | Q. **(By Mr. Regan) If you see phase** |
| 21 | **separation of a multiphase flow rate, can that** |
| 22 | **inform you about what the boundary conditions may** |
| 23 | **be upstream of that location?** |
| 24 | MR. CERNICH: Object to form. |
| 11:33 25 | A. Phase separation meaning stratified flow |

```
 1          is a phase separation?  That could inform you of
 2          some boundary conditions, yes.
 3               Q.  (By Mr. Regan) All right.  So if you're
 4          faced with a flow rate problem where you don't
11:33  5    know all of the boundary conditions but you can
 6          determine a flow regime, could it inform you as
 7          to what the range of possible flow rates could
 8          be?
 9                    MR. CERNICH:  Object to form.
11:33 10         A.  Yes.
11               Q.  (By Mr. Regan) So if there is observation
12          of slug flow in May of 2010, could that inform
13          what the possible boundary conditions could be
14          for flow in May of 2010?
11:34 15              MR. CERNICH:  Object to form.
16          A.  Yes.
17               Q.  (By Mr. Regan) And in your work in
18          determining -- did you know all the boundary
19          conditions for determining the flow rate from
11:34 20    April 20th through June -- July 15th, 2010?
21                    MR. CERNICH:  Object to form.
22          A.  No.
23               Q.  (By Mr. Regan) Okay.  You used the term
24          "void fraction" earlier.  Just definitionally,
11:34 25    what's your definition of a "void fraction"?
```

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
|       | 1  | A. Multiphase flows are typically gas and                |
|       | 2  | liquid. Gas is typically referred to as the              |
|       | 3  | lighter phase, and so that would be the volume           |
|       | 4  | fraction that the gas occupies.                          |
| 11:34 | 5  | Q. Okay. And what would you call this? How               |
|       | 6  | would you define "slip ratio"?                           |
|       | 7  | A. Slip ratio is usually defined as the                  |
|       | 8  | ratio of the gas velocity to the liquid velocity.        |
|       | 9  | Q. If you use a homogeneous flow assumption,             |
| 11:35 | 10 | the slip ratio is equal to one, or unity,                |
|       | 11 | correct?                                                 |
|       | 12 | A. Yes.                                                  |
|       | 13 | Q. Okay. And so for your work in respect to              |
|       | 14 | where -- where you're using an assumption of             |
| 11:35 | 15 | homogeneous flow in reaching your opinions in            |
|       | 16 | this case, you would have used a slip ratio              |
|       | 17 | concept of one?                                          |
|       | 18 | A. Yes.                                                  |
|       | 19 | MR. CERNICH: Object to form.                             |
| 11:35 | 20 | Q. (By Mr. Regan) Okay. And did you do any               |
|       | 21 | assessment to determine whether that slip ratio          |
|       | 22 | was an appropriate assumption?                           |
|       | 23 | MR. CERNICH: Objection, form.                            |
|       | 24 | A. This is a repeat of your earlier                      |
| 11:35 | 25 | question. I assume homogeneous flow; therefore,          |

```
 1   would suggest that there was not a flow regime
 2   change in the well over the 86- or 87-day time
 3   period of flow?
 4            MR. CERNICH:  Objection, form.
 5       A.   I agree with your statement that the --
 6   the flow regime did not change because the flow
 7   rate did not change significantly.
 8       Q.   (By Mr. Regan) Okay.  And your
 9   calculation of the flow rate required you to make
10   assumptions about elevation head, correct?
11       A.   My calculations of the change in the flow
12   rate made me require the calculations of the
13   elevation head, yes.
14       Q.   (By Mr. Regan) The elevation head itself
15   could be impacted by choosing the proper flow
16   regime, correct?
17       A.   Yes.
18       Q.   So if you've got an incorrect flow
19   regime, it could actually change your calculation
20   of the flow rate, correct?
21            MR. CERNICH:  Object to form.
22       A.   If I have a change in the flow regime, it
23   could impact my calculation of the change in the
24   flow rate.  However, I'm not -- cannot anticipate
25   that there would be a change in the flow regime
```

```
           1   that would change the elevation head
           2   significantly.
           3          This proposal that we're going to go from
           4   bubbly flow to annular flow because of a change
11:48      5   in the flu -- flow rate seems un -- very
           6   unlikely, if not preposterous.
           7      Q.  (By Mr. Regan) Okay.  Did you ever
           8   personally observe homogeneous flow at Macondo?
           9      A.  I observed the flow coming out of the top
11:49     10   of the riser.  I observed the flow coming out of
          11   the end of the riser.  Those were only my
          12   observations.  They were indicative of a
          13   distributed flow which could be modeled by a
          14   homogeneous flow.
11:49     15      Q.  Were -- are you able to determine
          16   visually from your examination of video of flow
          17   coming out of the riser or out of the top hat
          18   whether the flow is -- what its ratio is or what
          19   its constituent elements are?
11:49     20          MR. CERNICH:  Object to form.
          21      A.  You saw a very turbulent, mixed-up
          22   regime, which didn't indicate to me anything
          23   other than a -- a finely dispersed fluid that is
          24   representative of homogeneous flow.
11:50     25      Q.  (By Mr. Regan) When you observed flow
```

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | coming out of the riser, you observed multiple               |
|       | 2  | colors of fluid, correct?                                    |
|       | 3  |     MR. CERNICH:  Object to form.        |
|       | 4  | A.   That is correct, it is.                                 |
| 11:50 | 5  | Q.   (By Mr. Regan) You observed what you                    |
|       | 6  | believed to be predominantly gas flow at some                |
|       | 7  | points and predominantly darker oil flow at some             |
|       | 8  | points, correct?                                             |
|       | 9  | A.   That is --                                              |
| 11:50 | 10 |     MR. CERNICH:  Object to form.        |
|       | 11 | A.   -- correct, at some time periods we did                 |
|       | 12 | have that oscillation.                                       |
|       | 13 | Q.   (By Mr. Regan) Right.  And that                         |
|       | 14 | oscillation to you was consistent with a slug                |
| 11:50 | 15 | flow behavior as opposed to a homogeneous flow               |
|       | 16 | behavior, correct?                                           |
|       | 17 |     MR. CERNICH:  Object to form.        |
|       | 18 | A.   That is correct.  That was after a very                 |
|       | 19 | long horizontal section, essentially --                      |
| 11:51 | 20 | Q.   M-h'm.                                                  |
|       | 21 | A.   -- where those can develop.                             |
|       | 22 | Q.   Okay.  With respect to the multiphase                   |
|       | 23 | flow work that you do, are there particular                  |
|       | 24 | treatises or texts or authors upon which you                 |
| 11:51 | 25 | primarily rely?                                              |

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | A. My favorite reference is John Collier,                    |
|       | 2  | that I referenced in my Report.                              |
|       | 3  | Q. And just to confirm, it's your testimony                  |
|       | 4  | you've never heard of Baker or Hewitt and                    |
| 11:51 | 5  | Roberts, the flow regime maps that we've marked              |
|       | 6  | here earlier as 11454 and 11455?                             |
|       | 7  | MR. CERNICH: Object to form.                                 |
|       | 8  | A. I do not recall them now. Whether I ever                  |
|       | 9  | heard of them before is a different question.                |
| 11:51 | 10 | Q. (By Mr. Regan) Do -- do you know if they                  |
|       | 11 | were relied upon by Dr. Bushnell?                            |
|       | 12 | A. This 14 -- 111455 [sic] looks very                        |
|       | 13 | familiar as in a plot that I've seen in                      |
|       | 14 | Bushnell's Report, yes.                                      |
| 11:52 | 15 | Q. All right. Okay. If you could go to                       |
|       | 16 | Tab 4 in your binder, you have what's been                   |
|       | 17 | previously marked as Exhibit 9692.                           |
|       | 18 | A. Okay.                                                     |
|       | 19 | Q. This is a document that you prepared with                 |
| 11:52 | 20 | Charlie Morrow, correct?                                     |
|       | 21 | A. Yes.                                                      |
|       | 22 | Q. If I could have you turn to Page 3.                       |
|       | 23 | A. (Complying.)                                              |
|       | 24 | Q. Do you see a chart there?                                 |
| 11:52 | 25 | A. Yes.                                                      |

|  |  |
|---|---|
| 1 | And then Dr. Bushnell said, "Well, I |
| 2 | should include this in my Report, also." |
| 3 | I think this figure is also included in |
| 4 | Dr. Bushnell's Report. |
| 05:39 5 | **Q. Okay. So in determining whether, in** |
| 6 | **fact, Dr. Bushnell has accurately represented** |
| 7 | **Dr. Lo's work, those questions should be asked of** |
| 8 | **Dr. Bushnell?** |
| 9 | A. That is correct. Thank you. |
| 05:39 10 | **Q. And if Dr. Bushnell has not accurately** |
| 11 | **represented Dr. Lo's work, then your criticism of** |
| 12 | **Dr. Lo, based on Dr. Bushnell's figure, would be** |
| 13 | **moot?** |
| 14 | MR. CERNICH: Object to form. |
| 05:39 15 | A. That is correct. However, I also -- the |
| 16 | reason I was alerted to this was the text in |
| 17 | Dr. Lo's Report indicated that he was using the |
| 18 | improper boundary conditions. I asked Counsel, |
| 19 | here -- |
| 05:39 20 | **Q. I don't need to know about your asking** |
| 21 | **your Counsel.** |
| 22 | MR. CERNICH: Yeah, please don't |
| 23 | reveal any communications with Counsel. |
| 24 | THE WITNESS: Okay. |
| 05:39 25 | A. Due to my concerns, Dr. Bushnell |

```
 1    generated this plot.
 2        Q.  (By Mr. Regan) Okay.
 3        A.  I did not talk to Dr. Bushnell personally
 4    about this.
 5        Q.  Okay.  So you don't know exactly what
 6    Dr. Bushnell did to recreate this plot.  You just
 7    you just received it?
 8            MR. CERNICH:  Object to form.
 9        A.  I received this plot, correct.
10        Q.  (By Mr. Regan) Okay.  All right.  With
11    respect to Dr. Zaldivar and slug flow, you
12    personally saw video evidence of slug flow from
13    the riser in May of 2010, correct?
14        A.  I saw video evidence of slug flow.  I was
15    not watching it long enough, until somebody
16    pointed out that, "Look, the flow turns light and
17    then the flow turns dark."  And so, yes, I
18    witnessed that event.
19        Q.  Do you agree that as a matter of
20    multiphase flow, slug flow can only exist in
21    certain boundary conditions?
22            MR. CERNICH:  Object to form.
23        A.  That is a correct statement, however, the
24    slug flow that Dr. Zaldivar is studying is an
25    extreme form.  And that's true for slug flow in
```

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | general, and it's also true for his extreme form             |
|       | 2  | of slug flow.                                                |
|       | 3  | Q.  (By Mr. Regan) Okay.  It's true that as a                |
|       | 4  | matter of multiphase flow, slug flow can only                |
| 05:41 | 5  | exist in certain boundary conditions?                        |
|       | 6  |         MR. CERNICH:  Object to form.                        |
|       | 7  | Q.  (By Mr. Regan) Correct?                                  |
|       | 8  | A.  That is correct.                                         |
|       | 9  | Q.  So if you see evidence of slug flow,                     |
| 05:41 | 10 | then, by definition, you can exclude some                    |
|       | 11 | possible boundary conditions?                                |
|       | 12 |         MR. CERNICH:  Object to form.                        |
|       | 13 | A.  Generally, yes.                                          |
|       | 14 | Q.  (By Mr. Regan) Okay.  In your Report, you                |
| 05:41 | 15 | criticize Dr. Zaldivar, because you claim his                |
|       | 16 | method, "has never been validated to show that it            |
|       | 17 | can be used to estimate flow."  Correct?                     |
|       | 18 | A.  Yes.                                                     |
|       | 19 | Q.  Has your method been validated to show                   |
| 05:42 | 20 | that you can estimate flow, the method that you              |
|       | 21 | used to reach your flow estimates, Dr. Dykhuizen?            |
|       | 22 |         MR. CERNICH:  Object to form.                        |
|       | 23 | A.  My method has been used in a number of                   |
|       | 24 | situations.  You have two pressures and a defined            |
| 05:42 | 25 | geometry that's quite often used.  As a matter of            |