# <u>Exhibit 4</u>

## Excerpts from
## Dr. John Martinez
## Deposition Transcript
## Volumes 1 and 2

## Taken June 19, 2013

01-43232
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ) | MDL NO.  2179 |
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO,  on | ) | SECTION: J |
| APRIL 20, 2010 | ) | |
| | ) | JUDGE BARBIER |
| | ) | |
| | ) | MAG. JUDGE SHUSHAN |

# CONFIDENTIAL

## *WorldwideVIEW*™
### Interactive Deposition Digital Display

ORAL AND VIDEOTAPED DEPOSITION OF:



# John Martinez

### July 30, 2013

# *COPY*



Systems Technology for the Litigation World

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

13

1    understand.

2        A.  Very good.

3        Q.  We will be taking a break approximately

4    once every hour as we change the tape, but if at

08:40  5    any point in time you need a break in between the

6    hour breaks, please let me know, or Counsel for

7    the United States know, and we'll do our best to

8    accommodate you as quickly as possible.

9        A.  Okay.

08:40 10        Q.  Mr. Martinez, when were you first

11   contacted to work on this case?

12       A.  In early May, about the 10th or

13   thereabouts.

14       Q.  And who contacted you?

08:40 15       A.  Scott Cernich.

16       Q.  When were you first hired by the United

17   States to serve as an Expert Witness?

18       A.  I believe the contracting process took

19   several days, so within a few days after that

08:40 20   period.

21       Q.  So you were retained by the United States

22   in mid-May?

23       A.  That's correct.

24       Q.  And when did you begin work on this

08:41 25   case?

            A.   As soon as I had the Confidentiality

1   Agreement signed and -- and the contract in

2   place, they sent me Dr. Zaldivar's Report, and I

3   started working on it.  So it would have been

08:41  5   mid-May when I received his Report.

6        **Q.   Approximately how many hours did you work**

7   **on the matter between the time that you were**

8   **first retained and started work, and the time**

9   **that you issued your Expert Report on June 10th,**

08:41 10   **2013?**

11        A.   Oh, that's kind of hard to estimate.  I

12   would venture a guess that's the equivalent of

13   perhaps 12 days, 14 days, I'm not sure, total

14   time.

08:41 15        **Q.   How many hours have you worked on this**

16   **matter since you submitted your Expert Report**

17   **dated June 10th, 2013?**

18        A.   H'm.  Some time to review, this week

19   here.  Probably the equivalent of another four

08:42 20   days, perhaps five days.

21        **Q.   And when you talk about equivalent to**

22   **days, are you talking about eight-hour workdays?**

23        A.   Right.  Because I'm not working,

24   necessarily, all the time every day that I've --

08:42 25   just hours at a time.

1    Q.  Mr. Martinez, you understand that the

2    United States has also retained other Expert

3    Witnesses?

4    A.  Correct.

08:42  5    Q.  Are you relying on the facts or opinions

6    of any of those other Experts to support your

7    opinions that you're offering today?

8    A.  These are my opinions in my Report.

9    Obviously, I've read briefly through other of the

08:42  10   opinions, just as context and background.

11   Q.  Okay.  But are you relying on the facts

12   and opinions set forth by any other Expert to

13   support your opinion that you are offering?

14   A.  No.  These are my opinions, other than

08:42  15   just data that I might have collected from some

16   of the other Reports.

17   Q.  Is there any data that you collected from

18   other Expert Witnesses for the United States that

19   you are relying upon in order to offer your

08:43  20   opinions?

21   A.  There -- probably in my Report I'm

22   referencing one of the Reports, at least, that

23   has -- has some data in it.  It is actually a BP

24   Report.

08:43  25   Q.  Okay.  Well, I'm actually focusing -- I'm

1    total.

2        Q.  So just so that we're clear, IFE ran

3    approximately five or six multiphase simulations

4    in order to assist you in this matter?

08:48  5        A.  That's correct.

6        Q.  Of those five or six simulations

7    performed by IFE, how many of those were steady

8    state multiphase simulations?

9        A.  Well, OLGA, of course, is a transient

08:48  10   simulator, but we were using the program -- we --

11   we only had time to run these limited number, and

12   they probably were steady state in the sense of

13   attempting to determine friction under

14   these diameter conditions that I refer to in my

08:48  15   file.

16       Q.  As I understand it, OLGA has a steady

17   state preprocessor?

18       A.  That, I would speculate is correct.  I'm

19   not that familiar with OLGA to tell you exactly

08:49  20   what it has.

21       Q.  Okay.  Did IFE tell you that they were

22   running steady state simulations?

23       A.  I don't recall that conversation, no.

24       Q.  Did you ask them to run a steady state

08:49  25   simulation as opposed to a transient simulation?

1    A.  They ran -- essentially, duplicating

2    Dr. Zaldivar's work, so whatever he had in his

3    files is what they would have run.  We did not

4    attempt to deviate and change files or -- or --

08:49   5    or run new simulations.  It was just a rerun of

6    Dr. Zaldivar's cases that he had there.

7        **Q.  As -- as part of IFE's work, did they run**

8    **any transient simulations?**

9        A.  Again, they, essentially, used the files

08:49  10    that we received of Dr. Zaldivar, and so I don't

11    recall from our conversations whether or not they

12    were able to run the transient model or not,

13    or -- or which of the two models they actually

14    ran.

08:49  15        **Q.  Okay.  Did you ask IFE to perform any**

16    **transient multiphase simulations in order to**

17    **assist you in this matter?**

18        A.  We, essentially, did not take -- we did

19    not have the time before submission of this

08:50  20    Report to do extensive work.

21        **Q.  Was part of IFE's tasks -- or let me step**

22    **back.**

23        **Did you ask IFE to estimate a flow rate**

24    **from the Macondo Well for the time period**

08:50  25    **May 13th to May 20th?**

1    A.  Not directly, no.

2    **Q.  When you say "not directly," what do you**

3  **mean?**

4    A.  Well, we encountered in the input files

08:50  5  that Dr. Zaldivar had made a major mistake,

6  which, from my opinion, invalidates his -- his

7  Report.  We then used in -- substituted what we

8  considered to be the proper diameter in these

9  same files that Dr. Zaldivar prepared.

08:51  10        And so, essentially, we were comparing

11  his use of his hydraulic diameter, which is

12  incorrect, and the results obtained and then

13  substituted in the correct diameter, the diameter

14  equivalent, made exactly the same runs, and

08:51  15  determined the results.

16    **Q.  Did you have any discussions with IFE**

17  **regarding whether it was most appropriate to use**

18  **a hydraulic diameter or some other type of**

19  **equivalent diameter?**

08:51  20    A.  Well --

21        MS. PENCAK:  I'm going to object and

22  instruct the witness not to answer to the extent

23  that it reveals any privileged communications.

24    A.  Well --

08:51  25        MR. FIELDS:  I'm talking about

1    slow -- slug flow was occurring in just the

2    intermittent flow that he observed in the videos.

3    But I'm just referencing his Report.  We -- I

4    have no personal direct knowledge of -- of what

09:03  5    actually occurred in the riser.

6        Q.  (By Mr. Fields) Okay.  So let me ask the

7    question again:  Did you perform any simulations

8    to determine whether if the flow rate was

9    approximately 55,000 stock-tank dar -- barrels

09:03  10   per day from the end of the riser, you would have

11   slug flow?

12       A.  If we had observed that slug flow and the

13   conditions of the correct diameter would have

14   allowed slugs to -- to be developed in the

09:03  15   portions upstream of this buoyant loop, and those

16   conditions, the big pipe diameter, the correct

17   diameter, if it had been used correctly, the

18   length of the pipe, all of that gives a capacity

19   for slugs to form; and, yes, indeed we could have

09:04  20   had some slugging occurring.

21       Q.  You indicated that the conditions were

22   appropriate for the formation of slugs.  In your

23   simulations, did you see slugs flo -- forming at

24   55,000 barrels per day?

09:04  25       A.  We did not run the slug tracking

1    mechanism within OLGA, and so I don't have an

2    opinion as to what OLGA would have told us.  We

3    did not study that extensively.

4        Q.  And I -- and I assume from your answer,

09:04  5    you also don't know whether if there was slug

6    flow that would be predicted by OLGA for a flow

7    rate of approximately 55,000, whether the slug

8    flow characteristics would match the slug flow

9    that was emanating from the pipe during that time

09:05 10    period?

11        A.  We did --

12            MS. PENCAK:  Object to form.

13        A.  We did not do any of those simulations.

14        Q.  (By Mr. Fields) Does OLGA have the

09:05 15    ability to -- strike that.

16            Do you -- do you have the ability in OLGA

17    to run simulations to determine whether at a

18    given flow rate slug flow would occur?

19        A.  I am not that familiar with OLGA to

09:05 20    precisely define exactly how it's going to work.

21    I do know that -- our use of OLGA as a tool that

22    is one to try to predict slug flow and how it

23    might form, because we are very concerned about

24    slugs affecting our process facilities, and so we

09:05 25    want to identify a potential slug development.

1          And so that's OLGA's use for -- for those

2    of us in industry.  I'm not a user of OLGA

3    directly.  I'm a user of the results of OLGA.

4          Q.  Okay.  So it's your understanding that

09:06   5    you can use OLGA to run simulations to try to

6    predict when slug flow will occur?

7          A.  That's correct.

8          Q.  And that is not something that either you

9    or IFE did, in this particular case?

09:06  10          A.  We did not.

11          Q.  I would like you to turn to Tab No. 1 in

12    your binder.  And Tab No. 1 in your binder is a

13    copy of your Expert Report dating -- dated

14    June 10th, 2013.

09:06  15                 MR. FIELDS:  And the document will

16    be marked as Exhibit 11909.

17          (Exhibit No. 11909 marked.)

18          Q.  (By Mr. Fields) So, for the record,

19    Mr. Martinez, Exhibit No. 11909 is a copy of the

09:07  20    Expert Report that you submitted in this matter,

21    and it is dated June 10th, 2013.

22          A.  That's correct.

23          Q.  I'd also like you to turn to Tab 2 of

24    your binder.  And behind Tab 2 in the binder is a

09:07  25    July 25th, 2013, letter from Erica Pencak to

various individuals, including various attorneys

in this case.  And it is concerning some

corrections to your Expert Report.  Do you see

that?

09:07   A.  Yes.

Q.  Okay.

MR. FIELDS:  We're going to mark the

document behind Tab No. 2 as Exhibit 11910.

(Exhibit No. 11910 marked.)

09:07   Q.  (By Mr. Fields) First of all, have you

a -- an opportunity to review the exhibit marked

Exhibit 11910?

A.  Yes.

Q.  Exhibit 11910 provides some corrections

09:08   to your Expert Report that was previously marked

as Exhibit 11909?

A.  Correct.

Q.  And you were aware that this letter was

being sent to the various Parties?

09:08   A.  Yes.

Q.  Okay.  And you agree with the changes

that are outlined in Exhibit 11901?

A.  Yes.

Q.  Oh, strike that.

09:08   I'm sorry.  Wrong exhibit number.

1          The task was not to find rates, but

2     rather to evaluate Dr. Zaldivar's Report.

3          Q.  Did you perform any independent analysis

4     to estimate the amount of oil that was flowing

09:10   5     from the DEEPWATER HORIZON riser during the time

6     period May 13 to May 20th?

7          A.  What do you mean by "independent

8     analysis"?

9          Q.  In other words, it -- it sounds like what

09:11  10     you were hired to do was to critique

11     Dr. Zaldivar's analysis.

12          Were you also hired to come up with your

13     own flow rate from the Macondo Well during the

14     time period May 13th to May 20th?

09:11  15          A.  No.  It was to evaluate his Report and to

16     determine that it was reasonable.

17          Q.  And at any point in time in your work on

18     this matter, did you attempt to determine or

19     predict the flow rate from the Macondo Well for

09:11  20     the time period May 13th to May 20th?

21          A.  Restate your question, please.

22          Q.  Sure.  At any point in time in your work

23     in this matter, did you attempt to determine or

24     predict the flow rate from the Macondo Well for

09:11  25     the time period May 13th to May 20th?

         1     A.  We made runs.  And as a result of our
         2   runs with OLGA, we basically made calculations.
         3   As a result of correcting the diameters, we had
         4   insufficient time to do anything other -- to --
09:12    5   to try to analyze for ourselves, in the way of
         6   simulation, what the rates would have been.
         7     **Q.  Okay.  How much time would it have taken**
         8   **you, or IFE, to perform an analysis to determine**
         9   **the flow rate from the Macondo Well for the time**
09:12   10   **period May 13th to May 20th --**
        11          MS. PENCAK:  Object --
        12     **Q.  (By Mr. Fields) -- 2010?**
        13          MS. PENCAK:  Object to form.
        14     A.  I don't have an estimate of that time.
09:12   15   Dr. Zaldivar, I presume, could give you a better
        16   estimate of how much time it took to make these
        17   runs.
        18     **Q.  (By Mr. Fields) Okay.  But there wasn't**
        19   **sufficient time between the time that you were**
09:12   20   **hired in mid-May, 2013, and June 10th, 2013, for**
        21   **your IFE to perform simulations to determine the**
        22   **flow rate from the riser during the time period**
        23   **May 13th to May 20th, 2010?**
        24     A.  We did not --
09:13   25          MS. PENCAK:  Object to form.

```
 1        A.  We did not have time to do that.
 2        Q.  (By Mr. Fields) Were you asked to provide
 3   an opinion in this case regarding the total
 4   amount of oil that flowed from the Macondo Well
09:13  5   into the Gulf of Mexico?
 6        A.  No.
 7        Q.  Do you have an opinion regarding the
 8   total amount of oil that flowed from the Macondo
 9   Well into the Gulf of Mexico?
09:13 10        A.  I have no opinion.
11        Q.  If you turn to Tab 1, again, which is
12   your Expert Report, which is marked as Exhibit --
13            THE COURT REPORTER:  11909.
14        Q.  (By Mr. Fields) -- 11909, I want you
09:14 15   specifically to turn to Appendix B of that
16   exhibit, which is a copy of your Resumé.
17        A.  (Complying.)  On page -- on Page 17.
18        Q.  Okay.  So your -- your Resumé starts on
19   Page 17 of -- of the Appendices?
09:14 20        A.  That's correct.
21        Q.  And your Resumé lists your various
22   professional experiences and qualifications?
23        A.  That's correct.
24        Q.  What is the date of this Resumé that is
09:14 25   attached as Appendix B to your Expert Report?
```

42

```
 1          A.   The date, is that what you asked?
 2          Q.   Yes.
 3          A.   I'm not sure what you mean.
 4               Would you restate --
09:15  5          Q.   Sure.
 6          A.   -- the question?
 7          Q.   You know, periodically people will update
 8     their Resumé over time, but at a given time, it
 9     may not be the most -- you know, it may not be
09:15 10     the most up-to-date Resumé.  So I'm trying to
11     figure out what -- what is the date of this
12     Resumé.
13          A.   I probably looked at it to update the
14     numbers of years, because the years go by
09:15 15     quickly, and probably I reviewed that sometime
16     early this year, as I do every year --
17          Q.   Okay.
18          A.   -- just to update the --
19          Q.   Okay.  So the Resumé that is attached as
09:15 20     Appendix B to your Expert Report is -- was
21     prepared sometime during this year?
22          A.   Well, it was prepared prior to that, but
23     I would update it.
24          Q.   Last updated this year?
09:15 25          A.   That's correct.
```

1    currently actively marketing that product?

2        A.   We do not actively market it.  It's

3    mostly by word of mouth today that we get our

4    sales.

09:52  5        Q.   Does PRODENG have the ability to predict

6    slug flow?

7        A.   It will show steady state fl -- slug flow

8    as one of the flow patterns that might occur in

9    the bore or in the -- in the pipeline.

09:52 10        Q.   You indicated earlier a reference to

11    predicting steady state slug flow.  What is

12    steady state slug flow?

13        A.   It is a condition where the flow

14    velocities will allow a slug pattern to develop,

09:53 15    and we refer to that as "steady state fl -- slug

16    flow."

17        Q.   Was the flow that was coming from the

18    Macondo Well during the time period May 13th to

19    May 20th steady state stug -- slug flow?

09:53 20              MS. PENCAK:  Object to form.

21        A.   It probably would originate in the riser

22    as a steady condition, but because of the

23    diameter of the riser and the size, that slug

24    could be accumulating and then start moving down

09:53 25    the pipeline.

1    Q.  (By Mr. Fields) So does that mean it

2    would be a transient slug flow?

3        A.   Then it becomes a transient condition.

4        Q.  Do any of the products that you routinely

09:53  5    use in your work at Production Associates provide

6    you with the ability to analyze transient slug

7    flow?

8        A.   No.

9        Q.  As part of your experience, have you ever

09:54  10    run a software program that allows you to analyze

11    transient slug flow?

12       A.   I don't run the programs directly.  I'm

13    perhaps the Advisor and use the results, but I

14    don't run the programs.

09:54  15       Q.  Does OLGA provide one with the ability to

16    analyze transient slug flow?

17       A.   Yes.

18       Q.  Would OLGA have been able to analyze the

19    transient slug flow that occurred during the time

09:54  20    period May 13th to May 20th, 2010?

21       A.   Yes.

22       Q.  I note in some of the information it

23    talks about OLGA having a -- a dynamic simulator

24    as opposed to, also, a steady state preprocessor.

09:55  25    Are you familiar with that?

67

```
 1          A.  I'm --
 2                  MS. PENCAK:  Object to form.
 3          A.  I'm familiar with the terms.
 4          Q.  (By Mr. Fields) Okay.  Have you ever
09:55  5    relied upon the results from the OLGA steady
 6    state preprocessor?
 7          A.  I am not sure to what extent the results
 8    that I've reviewed at various times were created
 9    by the -- the preprocessor, the steady state
09:55 10   preprocessor, versus the transient model.
11          Q.  And I apologize if I asked this -- you
12    this earlier, but with respect to the work that
13    IFE did in this case, did it use only the steady
14    state preprocessor?
09:55 15        A.  I don't recall, from our conversations
16    between myself and Jan Nossen, which of the parts
17    that he was running.
18          Q.  Okay.  So as you sit here today, you
19    don't know whether he was using only the
09:56 20   steady -- IFE was only using the steady state
21    preprocessor?
22          A.  I don't recall.
23          Q.  At any point in time, did you ask IFE to
24    use the dynamic, or transient, simulator?
09:56 25        A.  We discussed it, and if we had had time
```

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

86

1      temperature data and be testing the well

2      simultaneously or within hours of conducting

3      these surveys with the wireline tools pressure

4      temperature sensors.

10:20   5           So we use this data, which pressure --

6      pressure temperature data, and the corresponding

7      flow rates that we've tested through production

8      vessels to calibrate the multiphase flow

9      programs.

10:20  10           And if we're not getting reasonably good

11      matching between the measured and the calculated

12      data, we're going to go in and look at the --

13      this calculation tool itself and see what the

14      problem is.

10:21  15      Q.   Okay.   In this case, did you -- strike

16      that.

17           Let me step back.

18           For -- for your work on this matter, did

19      you develop a multiphase model?

10:21  20      A.   On -- you're talking about Dr. Zaldivar's

21      work?

22      Q.   Right, on this Project.   So I'm talking

23      about the work that you did on this case.   Did

24      you develop -- personally develop a multiphase

10:21  25      model?

1       A.   But you're talking about the Macondo --

2       **Q.   Yes.**

3       A.   -- work with the -- with the --

4    Dr. Zaldivar's work.

10:21  5            No.   We did not do something

6    independently.

7       **Q.   Okay.   Did IFE develop a multiphase**

8    **model?**

9       A.   No.

10:21  10      **Q.   All right.   Would you have the capability**

11   **to develop a multiphase model to evaluate the**

12   **flow rate from the Macondo Well for the time**

13   **period May 13th to May 20th, 2010?**

14      A.   Given many years, yes.

10:21  15      **Q.   Okay.   Do -- would IFE -- do you know**

16   **whether IFE has the capability to develop a**

17   **multiphase model to estimate the flow rate from**

18   **the Macondo Well for the time period May 13th to**

19   **May 20th, 2010?**

10:22  20      A.   They are the originators of OLGA, and

21   they do have the capability, given time, to

22   develop the model.

23      **Q.   Did you have a discussion with IFE**

24   **regarding how long it would take for them to**

10:22  25   **develop a multiphase model to estimate the flow**

1   rate from the Macondo Well for the time period

2   May 13th to May 20th, 2010?

3        A.   We did not discuss that.

4        Q.   As you sit here today, do you know how

10:22  5   long it would take IFE to develop a multiphase

6   model in order to estimate the flow rate from the

7   Macondo Well for the time -- during the time

8   period May 13 to May 20th, 2010?

9        A.   I have no way of knowing how long it

10:22 10   would take them.

11        Q.   Do you consider yourself an Expert in

12   evaluating or assessing slug flow in a production

13   system?

14        A.   I have the expertise.  I consider myself

10:23 15   an Expert in simulating with steady state models,

16   and from the tools we're using, identifying slug

17   flow.

18        Q.   Do you consider yourself an Expert in

19   modeling slug flow?

10:23 20        A.   You'll have to rephrase the question.

21   I'm not sure --

22        Q.   Sure.  You also --

23        A.   -- how you're using --

24        Q.   Oh, sorry.

10:23 25             You also referred to develop --

1    yes, I've read about those.

2        Q.  Do you know how many videos were -- were

3    made during the period May 13th to May 20th,

4    2010?

10:52  5                MS. PENCAK:  Object to form.

6        A.  I do not.

7        Q.  (By Mr. Fields) As part of your work in

8    this case, did you review any videos of the

9    hydrocarbon plume or the hydrocarbon flow from

10:52 10    the Macondo Well for the period May 13th to May

11    20th?

12        A.  No.  I have seen some videos.  I don't

13    know whether some of those are Coast Guard

14    videos.  Others that I've seen, I -- I don't

10:52 15    think they were in that timeframe, and they were

16    certainly not in conjunction with this Report.

17        Q.  Okay.  So let's -- let's go back again.

18    So with respect to your work on this case, did

19    you review videos of hydrocarbon flow from the

10:52 20    Macondo Well during the time period from May

21    13th, 2010 to May 20th, 2010?

22        A.  Not to my knowledge.

23        Q.  Okay.  Did you try to determine whether

24    or not there was slug flow emanating from the end

10:52 25    of the DEEPWATER HORIZON riser during this time

1    period?

2        A.  Do you mean by watching the videos?

3        Q.  Yes.

4        A.  I -- I relied on Dr. Zaldivar's Report

10:53  5    that that was occurring.

6        Q.  Okay.  Do you know whether or not slug

7    flow was occurring during the time period May

8    13th to May 20th, 2010?

9        A.  I would assume that what is discussed in

10:53  10   Dr. Zaldivar's Report is correct, and that,

11   indeed, slug flow was emanating from the end of

12   the riser during that timeframe.

13       Q.  Did you attempt to -- to independently

14   determine whether or not slug flow was emanating

10:53  15   from the end of the riser during the time period

16   May 13th to May 20th, 2010?

17       A.  I did not.  I would like to have seen and

18   reviewed these same videos, but there was no time

19   available before having to submit a Report.

10:53  20       Q.  As part of your work, did you -- let me

21   step back.

22           You will recall again that during -- in

23   Dr. Zaldivar's Report, he talks about doub --

24   double-peak slug flow behavior and single-peak

10:53  25   slug flow behavior?

```
  1          A.   I remember that in the Report --

  2          Q.   Okay.

  3          A.   -- yes.

  4          Q.   Did you attempt to determine whether or

10:54  5   not there was double-peak behavior at any point

  6    during the period May 13th to May 20th?

  7          A.   We did not.

  8          Q.   Did you attempt to determine whether

  9    there was single-peak behavior at any point

10:54 10   during the period May 13th to May 20th?

 11          A.   I did not.

 12          Q.   Dr. Zaldivar also talks about the

 13    periodicity of the slug flow.  Do you recall

 14    that?

10:54 15          A.   Say that question again.

 16          Q.   Dr. Zaldivar also talks about the peri --

 17    periodicity of the slug flow that was occurring

 18    during the May 13th to May 20th period.  Do you

 19    remember that?

10:54 20          A.   And you're referring to the periodic

 21    slugging that was occurring?

 22          Q.   Correct.

 23          A.   I recall reading about that --

 24          Q.   Okay.

10:54 25          A.   -- in his Report, yes.
```

1    perform any simulations after you left Norway?

2         A.   No.

3         Q.   When you were in Norway for that Tuesday

4    through Friday, approximately June 4th through

11:19  5    June 7th --

6         A.   (Nodding.)

7         Q.   -- can you tell me whether or not you had

8    any discussions with IFE about performing

9    transient multiphase simulations to estimate flow

11:19 10    from the Macondo Well for the period May 13th to

11    May 20th, 2013?

12              THE COURT REPORTER:   2013?

13         Q.   (By Mr. Fields) 2010.

14         A.   Our discussions were aimed at, once we

11:20 15    found out this erroneous input data, was just

16    comparing runs with one diameter versus the

17    correct diameter, the equivalent diameter, and I

18    don't recall whether it involved only running the

19    steady state preprocessor or whether or not they

11:20 20    had the ability within time constraints of

21    running the transient model for that.

22         Q.   So let me ask the question again:   Can

23    you tell me whether or not during the Tuesday to

24    Friday time period, you had any discussions with

11:20 25    IFE about performing transient multiphase

1   simulations to estimate flow from the Macondo

2   Well for the May 13th to May 20th time period?

3       A.  We did not attempt to do that.  The

4   answer is "No."

11:21  5       Q.  When you were in Norway and talking with

6   IFE, did you gain an understanding on how long it

7   would take them to perform transient simulations

8   to estimate the flow of oil from the Macondo Well

9   for the May 13th to May 20th time period?

11:21  10           MS. PENCAK:  Objection, asked and

11   answered.

12       A.  I don't recall discussions with them

13   estimating time.  I -- I do know that they

14   indicated with the timeframe we had available, we

11:21  15   didn't have time to make extensive calculations.

16       Q.  (By Mr. Fields) And who indicated -- who

17   from IFE indicated that to you?

18       A.  Jan Nossen, the person I was working

19   with.

11:21  20       Q.  As part of your work in this case, would

21   you have liked to perform -- have -- had

22   performed transient multiphase flow simulations

23   to estimate the flow rate from the Macondo Well

24   for the May nine -- May 13th to May 20th time

11:22  25   period?

1        MS. PENCAK:  Object to the form.

2        A.  My task was to evaluate Dr. Zaldivar's

3    work once we found that major error, that which

4    basically invalidated his results, that in large

11:22  5    measure we didn't feel the need to try to do all

6    those things.

7        Q.  (By Mr. Fields) Okay.  My question,

8    again, was:  Would you have liked to have

9    performed transient multiphase flow simulations

11:22 10    to estimate the flow rates from the Macondo Well

11    for the time period May 13th to May 20th?

12            MS. PENCAK:  Object to the form.

13        A.  Well, within the context of if we had

14    unlimited time as a -- as a -- as a person who is

11:22 15    interested in simulation and results, yes, I

16    would have liked to have had the ability to do

17    that.

18        Q.  (By Mr. Fields) If you would turn to --

19    let's see which Tab I'd like to go to next.

11:23 20            MR. PRUITT:  (Indicating.)

21        Q.  (By Mr. Fields) Let's go to Tab No. 8.

22    Tab No. 8 is a screen shot of the OLGA Help --

23    OLGA software Help Menu off the program, and it's

24    a document that's a screen capture.  It's a

11:23 25    document that's marked as Exhibit 11912.

```
  1              (Exhibit No. 11912 marked.)

  2         Q.  (By Mr. Fields) Have you ever seen a copy

  3    of Exhibit 11912?

  4         A.  In my scan of the -- the User's Manual

11:23  5   that was sent to me by DOJ, I'm sure I skimmed

  6    this page.  I don't recall it, though.

  7         Q.  All right.  This is different than a user

  8    manual.  This is actually within the -- the

  9    software --

11:23 10        A.  No.

 11         Q.  -- as opposed to the User's Manual.

 12              So prior to today, had you ever -- have

 13    you ever seen a copy of this section of the

 14    online help version -- online help system?

11:24 15        A.  No.

 16         Q.  While you were in Norway, did you have

 17    the opportunity to actually look at the online

 18    help for OLGA?

 19         A.  I did not.  I looked over the shoulder of

11:24 20   Jan as he was running the program, but I

 21    didn't -- I don't remember using -- or his using

 22    that Help Menu.

 23         Q.  Okay.  Did you know -- did you know that

 24    OLGA had an online help?

11:24 25        A.  Most computer programs today have that,
```

144

1  had a discussion with this Peter Borg, as I

2  reflected earlier, just very limited discussions,

3  who is one of the staff.  Dr. Nossen was gone one

4  afternoon for a conference, and so he and I

11:43  5  talked a bit.

6      Q.  Okay.

7      A.  And the other person there was their

8  Supervisor, which we just -- we had cordial

9  greetings, and that's all.

11:43  10     Q.  Do you know whether any of the other

11  individuals that provided assistance on this

12  Project from IFE have experience in estimating

13  flow rate from a near-horizontal annulus?

14              MS. PENCAK:  Object to form.

11:44  15     A.  I don't know.

16     Q.  (By Mr. Fields) Do you know whether any

17  of the other individuals from IFE who assisted

18  you in performing the simulations have any

19  experience in evaluating the rate at which

11:44  20  slugging will occur in a near-horizontal annulus?

21              MS. PENCAK:  Object to form.

22     A.  I can't answer that.  I don't know.

23     Q.  (By Mr. Fields) Now, we've talked a

24  little bit about OLGA.  I would like to now talk

11:44  25  about LedaFlow.

                    Dr. Zaldivar used LedaFlow as -- in -- in

 1

 2     part of his work, in determining the flow rate

 3     from the Macondo Well during the period May 13th

 4     to May 20th?

11:45    5        A.   That's in his Report, yes.

 6        Q.   And LedaFlow is a transient multiphase

 7     flow simulator?

 8        A.   That's as I understand from his Report,

 9     yes.

11:45   10        Q.   LedaFlow can be used to simulate slug

11     flow?

12        A.   As I understand from his Report, that

13     that would be correct.

14        Q.   As part of your work in this case, did

11:45   15     you try to determine whether LedaFlow can be used

16     to simulate slug flow?

17        A.   I did not.

18        Q.   As part of your work in this case, did

19     you attempt to determine the differences between

11:45   20     the OLGA dynamic solver and the LedaFlow

21     transient multiphase flow simulator?

22             MS. PENCAK:   Object to form.

23        A.   I did not.

24        Q.   (By Mr. Fields) Are you a -- are -- are

11:46   25     you aware of Projects on which LedaFlow has been

1    used to simulate multiphase flow?

2        A.   There's one paper that Jan Nossen

3    provided to me that is a comparison of both

4    LedaFlow and OLGA comparing to field measured and

11:46  5    observed slugging phenomenon pressure drops, and

6    that's the only reference or any piece of

7    information that I had in regard to LedaFlow.

8        Q.   As part of your work in this case, did

9    you attempt to determine whether there were

11:46  10   Projects on which LedaFlow was used to simulate

11   multiphase flow?

12       A.   I did not.

13           MS. PENCAK:   Object to form.

14       Q.   (By Mr. Fields) Do you know whether

11:47  15   LedaFlow is used to model annulu -- annulus flow

16   applications?

17           MS. PENCAK:   Object to form.

18       A.   I do not know.

19       Q.   (By Mr. Fields) Do you know whether

11:47  20   LedaFlow is used to model flow around a drill

21   pipe in an annulus?

22       A.   I don't know.

23       Q.   Have you ever taken any training on

24   LedaFlow?

11:47  25       A.   I have not.

1    Q.  As part of your work in this case, did

2    you perform any research to try to gain a better

3    understanding about the capabilities of LedaFlow?

4    A.  I did not.

11:47  5    Q.  You indicated earlier that you do -- you

6    do not have a License to use the LedaFlow

7    product?

8    A.  That is correct.

9    Q.  As part of your work in this case, did

11:47  10   you attempt to acquire a License to use LedaFlow?

11   A.  I did not.

12        MS. PENCAK:  Objection, asked and

13   answered.

14   Q.  (By Mr. Fields) Without a License, were

11:48  15   you able to review the LedaFlow -- LedaFlow model

16   runs by Dr. Zaldivar?

17   A.  The files that Dr. Zaldivar provided,

18   both OLGA files as well as the OLGA files, the

19   IFE staff were able to open up the text input

11:48  20   files for LedaFlow, and that's where we confirmed

21   that Dr. Zaldivar had also, within LedaFlow --

22   using exactly the same files from OLGA, had

23   entered into it the incorrect diameters.

24        He once again used hydraulic diameters

11:48  25   incorrectly where he should have used the

1    effective diameters -- excuse me, the equivalent

2    diameters.

3        Q.  As part of your work in this case, did

4    you attempt to review the model runs that

11:48  5    Dr. Zaldivar had performed in LedaFlow?

6        A.  No.

7            THE COURT REPORTER:  Two minutes.

8        Q.  (By Mr. Fields) Are you aware of whether

9    IFE or anyone else assisting you on this matter,

11:49  10    were able to review the model runs that

11    Dr. Zaldivar produced in LedaFlow?

12        A.  They did not have a LedaFlow License and,

13    thus, could not evaluate the runs themselves.

14    They were only able to evaluate the input text

11:49  15    files that provided the input information to

16    LedaFlow.

17        Q.  And are you aware of -- of whether anyone

18    at IFE had any prior experience in using

19    LedaFlow?

11:49  20        A.  I don't know.

21        Q.  Did you have a discussion with anyone at

22    IFE regarding their experience or expertise in

23    using LedaFlow?

24        A.  We just discussed the fact that they had

11:50  25    no License to run it.  That one paper I referred

1    time to do that.

2        Q.   (By Mr. Fields) Okay.  How can you --

3    without performing transient multiphase flow

4    simulation and trying to match the observed field

04:44  5    data, how can you come up with an estimate on the

6    amount of flow that was emanate -- emanating from

7    the end of the DEEPWATER HORIZON riser?

8                MS. PENCAK:  Object to form.

9        A.   You're going to have to ask that question

04:44  10   again.

11       Q.   (By Mr. Fields) Sure.  How can you --

12   without performing transient multiphase flow

13   simulation and trying to match the simulation to

14   the observed field data, how can you come up with

04:44  15   an estimate on the amount of flow that was coming

16   from the end of the riser?

17               MS. PENCAK:  Object to form.

18       A.   We're making a calculation to compare the

19   effects of diameters.  We're assuming

04:45  20   Dr. Zaldivar's model data that he has in his

21   input files and all the rest of the files, are

22   correct.  And so we are using his files just to

23   show the differences in resulting flow rates that

24   come out when you have the correct diameter data

04:45  25   in the file.

1    Q.   (By Mr. Fields) When you are typically

2    performing model simulations, do you try to

3    calibrate those simulations against field data?

4    A.   You would like to be able to do that if

04:45   5    you have the field data.

6    Q.   Okay.  And, here, you had some field data

7    which you could calibrate the simulation results

8    against?

9              MS. PENCAK:   Object to form.

04:45  10    A.   You would have to define what that "field

11   data" was.

12   Q.   (By Mr. Fields) Well, did you have any

13   field data that you could have used to calibrate

14   or compare your simulation results to?

04:46  15    A.   No.

16   Q.   Okay.  With respect to the periodicity of

17   the slug flow on either May 13 or 16, was that

18   field data that you could have used to compare

19   simulations to?

04:46  20    A.   If we had had more time to run more

21   cases, we potentially could have.  We had no time

22   to do any of that work.

23   Q.   Was there other field data that existed

24   during the May 13th to May 20th time period that

04:46  25   you could have used to calibrate simulations

1    against?

2        A.   You would have to define what you mean by

3    "field data."

4        Q.   Well, any field data that you would

04:46  5    typically use to calibrate your simulations.

6              MS. PENCAK:   Object to form.

7        A.   No.   What we use for most cases is trying

8    to observe slug behavior and pressures.   We had

9    none of that data -- or we didn't have time to

04:47  10    look at the output videos and to do exactly what

11    Dr. Zaldivar did.

12        Q.   (By Mr. Fields) Well, you may not have

13    had time to do it, but there was field data

14    against which you could have calibrated your

04:47  15    model or simulations?

16              MS. PENCAK:   Object to form.

17        A.   Well, I mean, we would have had to have

18    the time available to us to run more simulations

19    to compare to, say, the ROV-observed slug

04:47  20    behavior.   We didn't have time to do that.

21        Q.   (By Mr. Fields) Would you have liked to

22    have been able to compare your simulation results

23    to observed field data?

24        A.   I would liked to have had that

04:47  25    opportunity, yes.

1    Q.  Okay.  Would you have liked to have been

2  able to compare your simulation results to the

3  observe -- the field data that was observed via

4  the ROVs?

04:48  5    A.  That would have been nice to be able to

6  do.

7    Q.  Okay.  At some point in time, except

8  in -- and I -- I -- I think you said earlier that

9  you did not independently assess whether or not

04:48  10  there was single-peak behavior or double-peak

11  behavior occurring during the May 13th to

12  May 20th time period?

13    A.  That's correct.

14    Q.  Let's assume that, in fact, single-peak

04:48  15  behavior and -- and/or double-peak behavior was

16  occurring during that time window.  Would that be

17  the type of field data that you could use to

18  calibrate your simulations against?

19    A.  Yes.  I think that would -- given the

04:48  20  assumptions that we had the time to do so, then,

21  yes, we probably could have tried to do that.

22    Q.  And would you have had the expertise to

23  be able to perform simulations and compare those

24  simulations against field data, such as the --

04:49  25  the field data showing single-peak and

```
   1    double-peak behavior?
   2        A.  Yes.  In the context of had we had the
   3    time to do so, we have the expertise to be able
   4    to do that.
04:49  5              MR. FIELDS:  Okay.  Thank you.
   6          Why don't we change the tape.
   7              THE VIDEOGRAPHER:  The time is
   8    4:49 p.m.  We're off the record, ending Tape 7.
   9          (Recess from 4:49 p.m. to 4:59 p.m.)
04:59 10              MR. FIELDS:  Ready.
  11              THE VIDEOGRAPHER:  All set?
  12          The time is 4:59 p.m.  We're back on the
  13    record, beginning Tape 8.
  14        Q.  (By Mr. Fields) Mr. Martinez, at points
05:00 15    during the deposition, you have talked about
  16    Dr. Zaldivar using -- incorrectly using hydraulic
  17    diameter.  I just want to make sure I understand.
  18          Your issue is that he is using hydraulic
  19    diameter instead of equivalent area diameter?
05:00 20        A.  That's correct.
  21        Q.  With respect to his calculation of
  22    hydraulic diameter, did he correctly calculate
  23    the hydraulic diameter?
  24        A.  Yes.  No disagreement with his Report,
05:00 25    where he actually made the calculation for
```

1   hydraulic diameter.

2       Q.  Okay.  Now, I want to focus on the time

3   period May 13 through 15.  According to

4   Dr. Zaldivar, during the time period May 13 to

05:00  5   May 15, there was what he referred to as a

6   doub -- "double-peak behavior" --

7       A.  Yes.

8       Q.  -- his slug flow?

9       A.  Correct.

05:01  10      Q.  And then for May 16 to May 20, there was

11  single-peak behavior?

12      A.  Okay.

13      Q.  Do you recall that?

14      A.  Yes.

05:01  15      Q.  And do you recall also that one of the

16  things that Dr. Zaldivar did was determine the

17  periodicity of the double-peak behavior on

18  May 13?

19      A.  I recall reading about it in the Report.

05:01  20  I don't remember exactly the data he had.

21      Q.  Okay.  And do you recall him calculating

22  the periodicity of the single-peak behavior on

23  May 16?

24      A.  Yes.

05:01  25      Q.  As part of your work in this case, did

01-43293
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG     )    MDL NO. 2179
"DEEPWATER HORIZON" in the     )
GULF OF MEXICO, on     )    SECTION: J
APRIL 20, 2010     )
    )    JUDGE BARBIER
    )
    )    MAG. JUDGE SHUSHAN

# CONFIDENTIAL

## *WorldwideVIEW* ™
### Interactive Deposition Digital Display

ORAL AND VIDEOTAPED DEPOSITION OF:



# John Martinez
## Volume 2

### July 31, 2013

# *COPY*



Systems Technology for the Litigation World

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

          1   contained in the files, so I -- I don't know.  I

          2   can't answer the question.

          3       Q.  (By Mr. Fields) Do you know whether the

          4   simulations performed by IFE predict any slug

08:44     5   flow coming from the end of the riser?

          6              MS. PENCAK:  The same objection.

          7       A.  Again, without looking at the output

          8   files, I don't know.

          9       Q.  (By Mr. Fields) Okay.  As part of your

08:44    10   work in this case, did you review the IFE

         11   simulations to determine whether they predicted

         12   any slug flow coming from the end of the riser?

         13       A.  H'm --

         14              MS. PENCAK:  Objection, asked and

08:45    15   answered.

         16       A.  -- what I -- what we observed was the

         17   input data we were using to run Dr. Zaldivar's

         18   models, in one case with the incorrect hydraulic

         19   diameter and the other case with the correct

08:45    20   equivalent diameter.

         21         I didn't look at the output from the

         22   runs, and so the answer is "No," I didn't do

         23   that.

         24       Q.  As part of your work in this case, did

08:45    25   you review the IFE simulations to determine

1       whether they predicted any slug flow coming from

2       the end of the riser?

3                   MS. PENCAK:  Objection, asked and

4       answered.

08:45  5       A.  Yeah.  Say the question again, because

6       I'm not sure about part of it.

7       Q.  (By Mr. Fields) Sure.  As part of your

8       work in this case, did you review the IFE

9       simulation to determine if they predicted any

08:45 10      slug flow coming from the end of the riser?

11      A.  No.

12                  MS. PENCAK:  Objection, asked and

13      answered.

14      Q.  (By Mr. Fields) Did you ask IFE whether

08:46 15      there was any transient multiphase simulator,

16      besides LedaFlow, that could be used to model a

17      moving riser or pipe?

18      A.  No.

19      Q.  Did you consult with anyone to determine

08:46 20      whether there was any transient multiphase

21      simulator, besides LedaFlow, that could be used

22      to model a moving riser or pipe?

23      A.  No.

24      Q.  Did you attempt to determine whether

08:46 25      LedaFlow could be used to model a moving riser or

1    pipe?

2        A.  Well, I take it from Dr. Zaldivar's

3    Report and his discussion that that program can

4    do that, so I accept the fact that that program

08:46  5    can do it.

6        Q.  Does the existence of slug flow coming

7    from the riser during the May 13th to 20th time

8    period provide you with information relevant to

9    assessing the range of possible flow rates?

08:47  10        A.  Slug flow, as it develops within the

11    riser, could occur over a really wide range of

12    flow rates.  So that by itself is insufficient

13    information to -- to define the -- the rate that

14    was coming out of the pipe.

08:47  15        Q.  What additional information would you

16    need besides the existence of slug flow or the

17    periodicity of slug flow to help you narrow down

18    the range of potential flow rates?

19            MS. PENCAK:  Object to form.

08:47  20        A.  You're trying to model the riser itself,

21    the complete riser, with the correct data and

22    look at the computer simulation output to see

23    where slugs are forming, and with sufficient time

24    to run one of the slug tracking mechanisms to

08:47  25    find out if that matches up with what maybe

```
 1     you're observing from the ROV.
 2         Q.  (By Mr. Fields) OLGA has a slug-tracking
 3     model?
 4         A.  It does.
08:48 5    Q.  Have you ever used OLGA's slug-tracking
 6     model?
 7         A.  No.
 8         Q.  Have you ever seen output from OLGA's
 9     slug-tracking model?
08:48 10   A.  Not the direct output.  I've seen the
11     comparisons in papers that have been written
12     where they're showing those results versus
13     field-measured slug -- slug formation
14     development.
08:48 15   Q.  Did IFE use slug tracking when it
16     developed its simulations during the June 4th to
17     June 7th time period?
18         A.  No.  We didn't have time to do that.
19         Q.  Is the existence of the -- or was the
08:49 20   existence of the double-peak slug flow behavior
21     on May 13th a condition that can assist a Flow
22     Assurance Expert in determining the range of
23     potential flow rates?
24             MS. PENCAK:  Object to --
08:49 25   A.  I --
```

414

```
 1        A.  Other than what's in his Report.
 2        Q.  Okay.  Did you attempt to determine
 3   whether Dr. Zaldivar's Leda -- LedaFlow model
 4   simulations predicted slugging?
09:44  5        A.  No.
 6        Q.  Do you know whether Dr. Zaldivar's
 7   LedaFlow simulations matched the slugging
 8   frequency that was occurring from the DEEPWATER
 9   HORIZON's riser during the period May 13th to
09:44 10   May 20th?
11             MS. PENCAK:  Object to form.
12        A.  In his Report he said they did, so I
13   accept that.
14        Q.  (By Mr. Fields) Okay.  At any point in
09:44 15   time, did you attempt to determine whether
16   Dr. Zaldivar's LedaFlow model simulations matched
17   the slugging frequency that was occurring from
18   the DEEPWATER HORIZON's riser?
19        A.  No.
09:45 20             MS. PENCAK:  Object to form.
21        Q.  (By Mr. Fields) Have you ever seen a
22   situation where both the -- a LedaFlow simulation
23   and an OLGA simulation both matched the observed
24   flow behavior in the field, but the models were
09:45 25   deemed to be wrong?
```

```
 1              MS. PENCAK:   Object to form.
 2         A.   Say that question again.
 3         Q.   (By Mr. Fields) Have you ever seen a
 4    situation where both a LedaFlow simulation and an
09:45 5    OLGA simulation both matched the observed flow
 6    behavior in the field, but both models were
 7    deemed to be wrong?
 8              MS. PENCAK:   The same objection.
 9         A.   Well, if they're matching the observed
09:45 10   flow behavior in the field, we don't deem them to
 11   be wrong.
 12        Q.   (By Mr. Fields) Okay.  Let's go back and
 13   talk about PT -- let's talk about the mud line
 14   pressure gauge.
09:46 15             You described the mud line pressure gauge
 16   as a 10,000 psi full scage -- full scale drilling
 17   pressure gauge?
 18        A.   That's correct.
 19        Q.   And when you say "10,000 psi," that
09:46 20   refers to the maximum possible pressure reading
 21   on the gauge?
 22        A.   That's correct.
 23        Q.   By "full scale," you're referring to the
 24   pressure increments on the gauge?
09:46 25        A.   It would be from zero to full scale,
```

1   meaning that's the full range of that analog

2   pressure gauge.

3       Q.   So that would be from zero to 10,000 --

4       A.   Yes.

09:46  5       Q.   -- psi?

6       A.   That's correct.

7       Q.   What were the increments on the gauge?

8       A.   I don't know.

9            (Discussion off the record.)

09:46 10       Q.   (By Mr. Fields) You also note the gauge

11   is analog?

12       A.   That's according to BP's information,

13   yes.

14       Q.   Did you attempt -- as part of your work

09:47 15   in this case, did you attempt -- attempt to

16   determine whether the gauge was analog?

17       A.   No.

18       Q.   And have you worked with a similar type

19   of full-scale analog drilling pressure gauge

09:47 20   before?

21       A.   Yes.

22       Q.   Okay.  How many times?

23       A.   Numerous times.  That's the standard

24   gauge that we use on workover rigs, on drill

09:47 25   rigs.  That's the approximate gauge that Drillers