# Exhibit 5
# Excerpts from
# Dep. Ex. 9183

# Deepwater Horizon Release Estimate of Rate by PIV

## July 21, 2010

**Plume Team - FRTG**





9183

Exhibit No. _____
Worldwide Court
Reporters, Inc.

*Deepwater Horizon Release Estimate of Rate by PIV*

Many researchers were drawn to PIV because it provided a new way to study turbulent flow structure. Turbulence is a phenomenon that is characterized by multiple length scales. To measure turbulent flow, therefore, the method must be able to operate at different scales with possible flow movement in all directions. True PIV uses small, solid particles illuminated by laser light and recorded under very short time exposures. In this instance, natural markers in the flow were employed. These markers themselves changed over time, increasing the complexity of the problem.

Figure 3 illustrates the approach. Because the flow velocity is not uniform throughout the plume, multiple locations, known as interrogation spots, must be sampled to estimate and average velocity. Similarly, the cross-sectional area is time and spatially dependent as well as having diffuse boundaries so that an average cross-section, dependent upon the location of the interrogation spots, needs to be calculated. A further challenge for measuring the flow in this case is that it is not spatially or temporally uniform in mixture of gas and fluid.



**Figure 3: Illustration of Particle Image Velocimetry**

*Deepwater Horizon Release Estimate of Rate by PIV*

For each of the interrogation sites a vector velocity $\Delta X/\Delta t$ is computed. The vector average of these velocities provides an average velocity. Combined with an average cross-section area, this yields a net flux of both gas and oil. A key parameter was this average ratio of gas to liquid. This term seemed to vary over the time period of the spill and during the time of the video clips. Increasing gas increased the velocity of the plume but decreased the mass flow. Analysis of the available short movies of the riser flow shows the existence of periods when the flow oscillates from pure gas to seemingly pure oil. This could be an indication of Slug Flow Regime. These periods of gas-oil flow fluctuation are in the range of minutes. Longer periods may also exist but would require examination of longer clips to determine.

Another key question was the fluid velocity at the interior of the jet, something that obviously could not be directly observed. The different PIV experts approached this problem in different ways. Most assumed a correction factor for the interior velocity, usually two or two multiplied by the square root of two. One expert chose larger scale structure that he believed would feel the interior flow directly so that no correction was necessary.

## Kink Leak

The Kink leak began sometime around May 1. The Team has requested clarification of the exact date from BP. The number of holes in the riser pipe at the kink increased on or before May 15. The team believes that the amount of escaping oil from this source increased as the holes widened, increased in number, and as the RITT insertion placed more upstream pressure on the riser. Estimation of the flow from the kink was challenging because only one plume, labeled J1 below, was clearly visible and unobstructed in the video.



**Figure 4: Kink Leak (Annotations by Savas)**

*Deepwater Horizon Release Estimate of Rate by PIV*

## New Leak at Severed Riser

By June 3, BP had severed the riser just above the BOP. According to the oil company estimates, this was expected to increase the total leak rate by approximately 20%. Surprisingly, the interior of the riser pipe contained not one, but two pieces of drill pipe inside (Figure 5). One team member speculated that the drill pipe snapped during the accident into several segments that would fit side by side inside the riser. The team requested from BP videos of the leak after the cut but before the installation of a dome designed to capture part of the flow. The damage to the riser during cutting complicated the task of estimating flow cross section.



**Figure 5: Cut Riser Showing Two Pipes Inside**

The quality of the video was much better for the severed riser flow than the video used for earlier estimates. This allowed for greater confidence in calculated flow. The PIV experts were able to use the visible flange and bolts as references although parallax adjustments were required. There was a noticeable difference in the color of the two distinct plumes emanating from the cut riser. BP attributed this to greater gas content in the lighter plume.

*Deepwater Horizon Release Estimate of Rate by PIV*



Velocity calculated here
Avg disp 8.27 pixels

**Figure 5: Phase 2 measurements made during the cut and cap operation June 3.**

## References

M. Stanislas, K. Okamoto, C. J. Kähler, J. Westerweel and F. Scarano, "Main results of the third international PIV Challenge," Exp Fluids, Vol. 45, pp 27-71 (2008).

**M. Raffel, C. Willert, S. Wereley, J. Kompenhans**, Particle Image Velocimetry: A Practical Guide, Springer, New York (2007).  ISBN: 978-3-540-72307-3

**L. Gui**, Methodische Untersuchungen zur Auswertung von Aufnahmen der digitalen Particle Image Velocimetry, Shaker Verlag, Aachen, Germany (1998).  ISBN 3-8265-3484-0.

# Appendix 6: Riser Pipe Flow Estimate

Dr. Ira Leifer
University of California, Santa Barbara

## Overview

Our goal was to estimate the amount of oil issuing forth from the pipeline leaks of the Macondo incident based on BP provided (and BP selected) data for use in coming up with representative flow rates for spill response issues, not damage assessment.  As a result, we were tasked to use the data at hand to provide our best possible guidance under the understanding that the results were unlikely to be accurate due both to the large number of uncertainties for a high volume, oil-gas-hydrate-tar bubble flow at these depths, and because of the demonstrated variability on a range of time scales even with the data provided, as well as our understanding of natural hydrocarbon migration systems which exhibit significant variability.  As a result, the approach used did not seek to quantify oil flows with a second digit, and all values herein must be considered as probably with large uncertainty as to whether they are representative for the data herein, much less for extension to other times when no data was available or was analyzed, and far less to other times, particularly times extending to periods prior to or after various BP operations to mitigate the oil leak.

## Temporal Variability of Emissions, Pre – Top Kill

The oil-gas-water flow from the riser pipe exhibits clear temporal trends.  Specifically, the flow shifts from a largely, buoyancy-driven gassy flow (primarily methane bubbles) to a flow that is predominantly oil – a conclusion based on the greatly reduced buoyancy of the flow.  There also was a transition flow between these two cases, which is very abrupt in the case of shifting towards oily, and far slower for the shift to gassy (Fig. 1).  This behavior is common in multiphase pipe flow, where the fluid is no longer a well-mixed flow to what is best characterized as "slug flow." The flows are discrete indicating significant phase separation during flow through the pipe. Specifically, the oily phase can be seen "riding" under the gassy phase.  During transitions, the flow color shifts towards brown rather than the white and black observed in the two extremes indicating that the fluid most likely is an emulsion (mixture of oil/gas/water in microscopic droplets) formed by turbulence at the "boundary" between the driving gassy flow and advected oily flow layer.  Of course this is a significant oversimplification of the actual multiphase flow, which clearly includes hydrate flakes (most clearly visualized during the oily phase), likely oil globules, and a varying emulsion factor for all but the clear "white" gassy phase, where the buoyancy flow is best characterized as oily bubbles.

To characterize the variability in the flow, I created an intensity interrogation window (Fig. 1) and analyzed the time variability of the oil-gas ratio through the variations in the image intensity.



**Figure 1: Plume of oil and gas escaping the riser pipe sowing the three flow types, gassy, transition, and slightly oily.  Also shown is the location of interrogation window.**

The interrogation window intensity variations (Fig. 2) clearly characterize greater variability during gassy flow, a rapid switch to oily flow and a slower return to gassy flow.



**Figure 2: Interrogation window intensity trends.  Higher value is darker.**

Intensity variation of the riser pipe emissions (Fig. 2) then were evaluated by using a moving Hanning window and a spectral approximation approach (pburg, 128 pole).  This analysis showed different spectral characteristics for the oily and gassy phases (Fig. 3).  Thus, extrapolation of variability in the gassy and oily phases to longer time scales need to be considered separately.

*Deepwater Horizon Release Estimate of Rate by PIV*



**Figure 3: Spectragram of time varying spectra of the intensity variations, representative of oil-gas flow dynamics.**

## *Spectragram of Gassy-Oily Phase*

Because of the difference in spectra from the oily and gassy flow regimes, it is inappropriate to analyze a spectra for the entire data set (Fig. 4) and interpret quantitatively, thus the following qualitative interpretation is presented.  Of significance, the spectra for the low frequency components is highly distinct from higher frequency components.  These two behaviors likely relate to turbulence in the pipe (0.2 Hz to 1 Hz), and variability in the flow associated with slug flow behavior (>1 Hz).  Because the interrogation window is close to the pipe mouth, turbulence structure development in open ocean flow has a relatively smaller effect on the intensity particularly for the oily phase – a conclusion that clearly is not valid further from the pipe entryway.  Extrapolating variability to longer time scales, which could represent migration processes to the well within the reservoir rock layer, and the effect of possible breaches in the well pipe structure thereby allowing fluid migration into the surrounding rock formations above the reservoir formation cannot be done from the analysis of this data set.



*Deepwater Horizon Release Estimate of Rate by PIV*

**Figure 4: Entire data set spectrum of intensity in the interrogation window (from pburg spectral approximation approach).**



**Figure 5: Images showing initial blowout in the Coal Oil Point seep field (20 m depth), and bubble plume one second later.  Size scale based on an assumed standard spherical SCUBA diver head (25 cm diameter).**

## Flow Estimate by Similarity

Based on simple velocity and size scaling estimates, a rough buoyancy flow of 400 L/s was estimated for the plume during the gassy phase.  This value was, coincidentally, similar to a blowout observed in the Coal Oil Point seep field [*Leifer et al* 2006] at 20-m depth.  In the Coal Oil Point seep field plume (Fig. 5), a gas flow rate of 0.4 m³/s STP (buoyancy flux 0.13 m³/s or 11,000 m³/day buoyancy flux, or 34,000,000 L/day gas buoyancy flux).  Note, this natural blowout lasted only ~5 minutes.  The emission flow was determined from back trajectory calculation using a Gaussian plume flux model of an atmospheric plume, thanks to the fact that the methane plume (fortuitously) drifted over an air pollution monitoring station a few minutes later.

*Deepwater Horizon Release Estimate of Rate by PIV*

Example screenshots of videos showing jets emitting from many openings on the top side of the riser kink area above the BOP are shown below (Figs. 2 and 3). The main jet in the center of the image ($J_1$ in Fig. 3) is a classical, momentum driven turbulent jet with a 26 degree total divergence angle. The brown-orange color of the Riser Kink Jets suggests that the fluid is a mixture of oil and water. Entrainment of water into this turbulent jet is discussed in the section of this report on jet theory.

Figure 3 has an analysis of the complex flow patterns drawn onto the jets. This image was provided by one of the Plume Modeling Team experts, Professor Ömer Savas from the University of California at Berkeley. Because of the main jet labeled $J_1$ is the only jet that has an unobstructed, clear view, velocity measurements were made only for the main jet J1. Several team members made the assumption that the other jets produce (in total) about the same flow rate as the $J_1$ jet. So we assumed the total oil flow rate from the Riser Kink Jets could be represented by twice the value estimated for the $J_1$ jet.



**Figure 2: Several jets emitting from openings in the Riser Kink area above the BOP.**



**Figure 3: Schematic of complicated flow patterns of several jets emitting from the Riser Kink. Courtesy of Professor Ömer Savas of U.C. Berkeley.**

Screenshots of a BP video of the Riser End Jet are shown below (Figs. 4 and 5). The screenshot in Figure 4 was captured when the jet was dominated by oil (dark), whereas the screenshot in Figure 5 was captured when the Riser End Jet was dominated by gas. The goal of this analysis is to estimate only the leak rate of oil, not methane, so velocity was measured only on images showing oil-dominated jets.




**Figure 4: Riser End Jet when oil dominates the flow.**

**Figure 5: Riser End Jet when gas dominates the flow.**

## *Assumption on Cross Sectional Area of the Exit of the Riser End Jet*

On June 3, 2010, the riser was cut just above the BOP and before the Riser Kink Jets. On June 12, BP provided the Plume Team with photos of the actual cross section of the riser end, after oil had stopped flowing. The original photo from BP is shown in Figure 6. Figure 7 illustrates the outline of the Riser End Jet exit drawn using NIH's Image J software. The total area inside the polygon was measured to be 150 in$^2$ (0.096 m$^2$) using this image analysis software.




**Figure 6: Photo supplied by BP on June 12 showing the exit of the end of the riser after oil had stopped flowing because the riser was cut above the BOP.**

**Figure 7: NIH's ImageJ software was used to measure the approximate cross sectional area of the actual riser exit.**

*Deepwater Horizon Release Estimate of Rate by PIV*

The actual cross sectional area is not circular, but an assumed circular cross section was used in the analyses in this report. An equivalent diameter of 13.75" (0.35 m) was chosen to generate an equivalent cross sectional area of 150 in$^2$.

A screenshot of the sole oil leak jet after the riser was cut on June 3, 2010, is shown below in Figure 8. In this report this jet is referred to as the Post Riser-Cut Jet.



**Figure 8: Vertical Post Riser-Cut Jet emitting from the riser pipe just above the BOP.**

As mentioned above, NETL employed a multiple analysis approach. Three separate analyses by three different teams used different approaches to understand these oil leak jets. Analysis Approach 1 estimated oil leak rate from all three oil leak jets, before and after the riser was cut. Analysis Approach 2 estimated oil flow rate from the Riser Kink Jets and the Riser End Jet, both before the riser was cut. Analysis Approach 3 estimated oil flow rate from only the Riser End Jet, before the riser was cut. Analysis Approaches 2 and 3 were done to provide alternate methods to estimate oil leak rate, and to confirm the estimate of Analysis Approach 1. Both Analysis Approaches 2 and 3 are in agreement with the estimate of Analysis Approach 1 using manual Feature Tracking Velocimetry (FTV). Since most of the Plume Team's estimates were done using jet velocity measurements from automatic PIV or manual FTV, Analysis Approach 1 is considered to be NETL's estimate of oil leak rate.

The following sections discuss each of three separate NETL analysis approaches.

111

*Deepwater Horizon Release Estimate of Rate by PIV*

Figure 18 shows the computational domain used for the initial study. Oil flows through the last 8.382 m of the riser and discharges into a 16.76 m by 8.98 m by 17.77 m volume filled with sea water. Since the orientation of the broken riser with respect to the sea floor is not easily measured from the videos provided by BP (because the ROV's are floating at an unmeasured orientation), in the simulation, it is assumed that the broken riser lies parallel to the sea floor at a distance of 18 inches above the sea floor. Since the exact dimensions of the riser exit was not known, the exit was modeled as a sudden contraction from 19.5" to 13.78" as seen in Figure 19. At initialization, flow outside of riser pipe is set to be sea water and flow inside the riser pipe is set to be oil.



**Figure 18: Dimensions of the computational domain.**



**Figure 19: A close-up view of the exit plane of the broken riser.**

134

*Deepwater Horizon Release Estimate of Rate by PIV*

The entire domain is at the temperature and pressure measured at a depth of 5000 ft in sea water. The input conditions to the model are:

| | |
|---|---|
| Riser inner diameter = 19.5 in<br>Riser diameter at exit = 13.78 in<br>Ambient pressure = 2248 psi<br>Sea water density = 1028 kg/m³<br>Sea water temperature = 4 °C<br>Sea water viscosity = 1.88E-03 Pa | Oil temperature = 110 °F<br>Oil density = 688.8 kg/m³<br>Oil viscosity = 0.00053 Pa-s<br>Oil surface tension = 0.0167 N/m |

The oil viscosity used in the simulations was that estimated at the well bottom hole, based on BP measurements. Due to the long horizontal distance (>200 meters) between the Riser Kink Jets and the Riser End Jet, the Plume Team assumes that all dissolved methane is released from the oil by the time it reaches the Riser End Jet. This produces a slug flow regime and the alternate oil/gas flow seen from the Riser End Jet. As a result, the viscosity of the liquid oil increases by about a factor of two. This should not significantly affect these preliminary CFD calculations.

In this CFD study, care must be taken to ensure the solution is not dependent on the grid size and the size of the domain chosen, especially the placement of the symmetry plane in front of the riser exit. Given the time frame available to perform the simulations, it was not possible to conduct a complete, comprehensive study to evaluate the effects of computational grid size and domain. Nevertheless, the approach outlined below was employed to ensure that the results are independent of the grid and domain size.

First, a computational domain consisting of 417,476 hexahedra mesh was chosen. The riser pipe is situated in the computational domain such that the upstream symmetry plane and the two side symmetry planes were at a distance of $L/D=11$ from the point of discharge. The downstream symmetry plane was located at a distance of $L/D= 32$ from the point of discharge.

Figure 20 illustrates the oil plume penetration into sea water at an oil flow rate of 100,000 bpd. It is evident from Figure 20 that a considerable portion of the computational domain is not affected by the oil plume. To optimize the mesh, a second simulation for an oil flow rate of 100,000 bpd was conducted with the symmetry plane upstream of the oil leak set right at the plane of riser exit, Figure 21. This reduced the number of computational cells in Figure 21 to 300,820 hexahedra mesh. A comparison of Figures 20 and 21 indicates that the location of the symmetry plane upstream of the oil plume does not affect streamwise penetration and lift of the plume. So the computational domain size in the second simulation was taken as adequate.

*Deepwater Horizon Release Estimate of Rate by PIV*



**Figure 20: Oil plume released into sea water at a flow rate of 100,000 bpd.**



**Figure 21: Oil plume released into sea water at a flow rate of 100,000 bpd.**

*Deepwater Horizon Release Estimate of Rate by PIV*



BP video image
with Riser End
Jet isolated

**Figure 24: Simulated oil plume size and penetration for a restricted riser diameter of 13.78" at oil flow rates of 19,000 bpd, 35,000 bpd, 100,000 bpd and 130,000 bpd (before intermittency factor is applied).**

Based on this plume shape and penetration comparison, the range of values between 100,000 bpd and 130,000 bpd was selected as the probable oil leakage range for the Riser End Jet.

139

*Deepwater Horizon Release Estimate of Rate by PIV*

As pointed out earlier, this simulation considers an oil-only flow into sea water. The intermittent change between total gas flow and total oil flow caused by the slugging behavior in the riser section was not modeled. Moreover, according to Plume Modeling Team, oil is expected to expand by about 35% moving from sea floor to the surface.

Therefore, applying an intermittency factor of 0.4 for the ratio of the time oil is flowing to the total time and factor of 1.35 for oil expansion from sea floor to sea surface, **the estimated total average oil flow rate at the Riser End Jet is between 54,000 barrels per day and 70,200 barrels per day** at standard conditions using Computational Fluid Dynamics. It should be noted that this estimate does not include the Riser Kink Jets, so this is not an estimate of the overall total oil leak rate of the BP Deepwater Horizon site.

## Summary and Conclusions

The NETL has used three different analysis approaches by three different groups of researchers to produce estimates of total average oil flow rate from the BP Deepwater Horizon site. In addition to the assumptions denoted in the analysis descriptions above, the following assumptions apply to these three analyses:

- We have been provided video clips showing all oil leaks present in the system.
- The video clips provided by BP were representative of the total average flow behavior of the jets over long periods of time.
- The total period of video for which jet velocity was measured using Approach 1 was representative of the entire period covered by this analysis, which is from April 20, 2010, through July 10, 2010.
- There is no significant variability in oil leak rate over the period of analysis.

The results of these three analyses are summarized as follows:

### *Approach 1: Feature Tracking Velocimetry*

The following oil flow rates were measured before the riser was cut:

- Riser Kink Jets Leak Rate- total average oil flow rate is 11,000 barrels per day ± 2,700 barrels per day.
- Riser End Jet Leak Rate – total average oil flow rate is 44,000 barrels per day ± 11,000 barrel per day.

Manual FTV estimates the following total average oil leak rates before and after the riser was cut:

- *Before the riser was cut, the total average leak rate is 55,000 bpd ± 14,000 bpd.*
- *After the riser was cut, the total average leak rate is 61,000 bpd ± 15,000 bpd.*

*Deepwater Horizon Release Estimate of Rate by PIV*

## Approach 2: Turbulent Jet Theory

Turbulent jet theory was applied to estimate total oil leak rates only before the riser was cut. For the two leak jet areas in the riser before it was cut, the following oil leak rates are estimated:

- Riser Kink Jets: best estimate of total average oil flow rate is 17,000 with a range of 10,800 – 23,000 bpd
- Riser End Jet: best estimate of 72,000 with a range of 51,000 - 93,000 bpd

Turbulent jet theory estimates the following total average oil leak rates before the riser was cut:

- ***Combined Total Leak Rate before the riser was cut: 89,000 barrels per day, with a range of 62,000 -116,000 bpd***

## Approach 3: Multiphase Computational Fluid Dynamics

CFD was applied to estimate total oil leak rate only from the Riser End Jet before the riser was cut. Oil leak rate was not estimated from the Riser Kink Jets before the riser was cut. Also, oil leak rate from the Post Riser-Cut Jet was not estimated.

> *CFD estimates the following total average oil leak rate from the Riser End Jet:*
> ***between 55,000 barrels per day and 70,200 barrels per day of oil***

Because most of the Plume Team relied on measurements of jet velocity using either automatic PIV or manual FTV, the NETL estimate using Approach 1, manual FTV, can be considered as NETL's estimate for use by the Plume Modeling Team.

It is recognized that the range of uncertainty for these analyses is large. The measurement uncertainty alone has been estimated by members of the Plume Team from NIST to be in the range of +/- 40%. Estimates for uncertainty were made for Approach 1 and Approach 2 and are reflected in the values above. Uncertainty estimates were not made for the CFD result of Approach 3.

*Deepwater Horizon Release Estimate of Rate by PIV*

The problem of estimating the **flow rate of oil coming out of the riser pipe** after the explosion and sinking of the Deepwater Horizon is broken into two parts. First we analyze the flow rate of crude oil discharged from two main sites before the riser pipe was cut on June 2nd. The primary discharge site was located at the open end of the riser pipe where oil and gas are coming out of a 21.5 in OD, 19.5in nominal ID pipe lying horizontally for several thousand feet on the bottom of the Gulf of Mexico (see Figure 1). The second site was located on top of the blow out preventer (BOP) were the riser pipe was bent as it fell from its vertical position, crimpled and formed several cracks through which an oil/gas mixture was observed escaping. A sketch of the overall setting, with the two areas of interest marked, is given in Figure 1. A trench was excavated around the open end of the riser area and video cameras on the ROVs conducted surveillance of the spill site. The ROVs also injected oil dispersant at the site from the time the trench was excavated to the time the riser was cut just above the Blow Out Preventer (BOP) on June 2nd. The second part of the report focuses on the estimation of the flow rate discharging after the riser pipe was cut. At that time, and until the LMRP was placed, the **flow of crude oil was coming out only from a single** site and the uncertainties associated with the presence of multiple leaks of unknown geometries was removed.



**Primary Area of Interest**

**Figure 1: Sketch of the BOP and riser lying on the sea bed.**

This second analysis is believed to provide a more accurate estimate of the current flow rate after the installation of the Top Hat Cap. If one assumes that the presence of the Top Hat cap on the cut riser installed later does not induce a **significant change** in the flow rate from the oil well (the back pressure produced by the cap is negligible compared to the hydrostatic pressure differences and the viscous losses associated with the **flow from the reservoir to the cap**), then the estimate of flow after the riser was cut and before the cap was installed is representative of the total flow once the cap was installed and operated (the sum of the **flow going up the LMRP and the flow going out of** the cap through vents and leaks between the cap and the **flange it sits on**).

*Deepwater Horizon Release Estimate of Rate by PIV*

# Section 1: Estimate of the Oil Flow Rate Before the Riser Pipe was Cut on June 2ⁿᵈ

Before the riser pipe was cut on June 2ⁿᵈ, there were two leak sites: 1) a primary leak site was located at the open end of the riser pipe, and 2) second leak site was at the top of the Blow Out Preventer (BOP) where the riser pipe bent as it fell from its vertical position to the horizontal one resting on the bottom, crimpled and formed several cracks.  The two subsections below estimate the oil flow rate coming out from each of these sites.

## *Section 1A: Estimate of the Oil Flow Rate at the Open End of Riser.  Analysis of the Temporal Evolution of the Velocity and Composition.*

This section analyzes the temporal evolution of the velocity and composition discharging from the open end of the riser.  The results of this section are based on the analysis of three different videos:

- 5 minutes 051720101304crater.mpg of May 17th
- 30 minutes 20100514235708344@H14Ch1H264h.mov of May 14th
- 16 minutes 20100514220052312@H14Ch1H264h.mov of May 14th

These videos were found to be the more appropriate for the analysis, since they showed the end of the riser from the side, with the position of the ROV and the focus of the camera varying little in time.

**General Observations:**  After the accident, the riser pipe sunk to the ocean floor and crude oil flowing through the riser pipe began to be discharge at its open end.  Due to progressive cooling and condensation of heavy hydrocarbon fractions, the crude oil flow in the long riser pipe (> 1000 feet) resting on the sea floor segregates and formed a two-phase flow composed of a mixture of condensed hydrocarbons (oil) and gas flowing in the "slug flow" regime as shown in Figure 2.



**Figure 2: Different regimes for gas/oil flowing in a pipe.**

As shown in Figure 3, the "slug flow regime" is characterized by the high intermittency of the flow, which shows different events including

- Events dominated by the discharge of almost pure gas. This regime is made evident not only by the sharp change in brightness, but more importantly, because the jet becomes "buoyancy-driven", showing a parabolic shape near the outlet and becoming completely vertical 3 to 4 diameters downstream (see Figure 3a).

- Events dominated by what appears to be the discharge of almost pure condensed oil. This regime is evident by the change to a mostly uniform dark color, and more importantly, because the jet is then mainly "momentum-driven" and discharges almost horizontally and has a very small parabolic curvature, consistent with smaller buoyancy effects (see Figure 3b).

- Events where a mixture of gas and oil is discharged simultaneously (see Figure 3c).

To be able to measure the oil discharged from the open end of the riser by digital image processing of these videos, it is essential to estimate with sufficient confidence the period of these events and the fraction of oil being discharged during each event.

146

*Deepwater Horizon Release Estimate of Rate by PIV*



**Figure 3: Frames from 20100514220052312@H14Ch1H264h.mov, showing the intermittency in the flow of gas and oil in the horizontal riser pipe.**

*Deepwater Horizon Release Estimate of Rate by PIV*

**Image Brightness Analysis:** To characterize the temporal variability in the flow of oil and gas, a Region of Interest (ROI) that includes the pipe exit and the gas and oil plumes was chosen and digital image processing was applied on it to calculate the average image brightness for each frame of the movies that were studied. The ROI used for this analysis is shown in Figure 4. The average image brightness of each frame in a movie was normalized between 0 (minimal average intensity recorded in the movie) and 1 (maximal average intensity recorded in the movie). The normalized average image brightness is used as a surrogate for the relative concentration of gas and oil at the pipe's exit. Measuring the time variation of the normalized average brightness shows the intermittency of the gas/oil flow rate. Results from this analysis are shown in Figure 5.



**Figure 4: Definition of the Region of Interest in the images from the riser pipe's exit.**

148

*Deepwater Horizon Release Estimate of Rate by PIV*

In the movies we analyzed, we observed a cyclic repetition of a brightness pattern consisting of a gradual increase in the brightness level, followed by a sharp decrease. Visual observations of the frames indicate that at the peak of brightness level, the riser appears to be discharging mostly gas, while the lowest values correspond to the riser discharging what appears to be mostly oil. The time between successive ramps is approximately 3 min (see Figure 5). The standard deviation of the average brightness in the ROI shows the same 3 minute period (see Figure 6).



**Figure 5: Time trace from 051720101304crater.mpg (5 minute clip from May 17th).**

149

The analysis of the grey levels of two longer image sequences from May 14th (see Figure 7) confirms the "slug flow" regime found in the short 5 minute clip from May 17th. In both movies the gas slugs appear to come in pairs (uniformly spaced an average time T' approximately 70 s) and with a very well-defined time periodicity between the pairs of T 200 s with a very well-defined time periodicity between the pairs of T≈ **200 s ≈ 3.3 minutes.** Autocorrelation analysis of the time variation of the average brightness intensity (see Figure 8) confirms the periodic behavior of the oil/gas composition with two distinct peaks at 70s and 200s observed in Figure 7.



**Figure 6: Standard deviation of image brightness (grey level) inside the ROI defined in image Time trace from 051720101304crater.mpg (5 minute clip from May 17th).**



**Figure 7: Temporal evolution of the average brightness in an ROI at the riser exit.**

30 minutes 20100514235708344@H14_Ch1-H264h.mov of May 14th
16 minutes 20100514220052312@H14_Ch1-H264h.mov on May 14th

*Deepwater Horizon Release Estimate of Rate by PIV*



**Figure 8: Temporal autocorrelation of the average brightness in an ROI at the riser exit.**

30 minutes 20100514235708344@H14_Ch1-H264h.mov on May 14th
16 minutes 20100514220052312@H14_Ch1-H264h.mov on May 14th

Assuming that the concentration is directly proportional to the normalized average brightness, one can estimate the fraction of time that is occupied by gas and oil, by integration in time of the above signal:

**20100514235708344@H14_Ch1-H264h.mov**
**GAS/OIL time fraction = 38/62**

**20100514220052312@H14_Ch1-H264h.mov**
**GAS/OIL time fraction = 40/60**

Note that the above estimated gas to oil ratio from the integration of the average brightness represents an upper bound since we have assumed that there is only condensed oil being discharged when the normalized average pixel intensity in the ROI is minimum and pure gas when is maximum. This assumption is rather restrictive since one can observe in the videos that there is always a small fraction of oil flowing at the bottom of the riser pipe when the brightness is at a maximum and a similarly small amount of gas flowing at the top of the pipe when the intensity is at a minimum.