# Exhibit 6

## Excerpt from Lars Herbst Deposition Transcript Volume 1

## Taken October 10, 2012

01-40954
PW/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

# *CONFIDENTIAL*

## *WorldwideVIEW* ™
### Interactive Deposition Digital Display

ORAL AND VIDEOTAPED DEPOSITION OF:



# Lars Herbst
### VOLUME 1

OCTOBER 10, 2012

# COPY



*Systems Technology for the Litigation World*

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
 1    instead of 162,000 barrels per day based on
 2    variables listed in the paper.  Please advise
 3    of direction you wish to take.  MMS response
 4    to NICC is pending your approval.
 5              That was directed to, I guess,
 6    your boss, Ms. -- at the time Ms. Birnbaum.
 7              Now, I note that you -- you said
 8    you were fine with 162,000, but Mr. Moore
 9    says, let's use a hundred thousand, and I
10    think you said, in looking at the preceding
11    exhibit, that -- that you were okay with a
12    hundred thousand; is that right?
13       A.    Again, the -- the hundred
14    thousand barrels of oil per day is the number
15    that we looked at when we went back and -- we
16    didn't use the 162 from the original plan, as
17    things change from when a well is planned to
18    when it's drilled.  So using what actual
19    parameters we could from the well as not just
20    designed, but drilled with casing in place,
21    we believe that the hundred thousand barrel
22    oil per day was a better assessment of
23    worst-case discharge.
24              At this point when you talk
25    about a response of this size -- and, again,
```

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | not talking about what the actual flow rate                  |
|       | 2  | was --                                                       |
|       | 3  | Q.     Right.                                                |
|       | 4  | A.     -- but for a worst-case                               |
| 02:59 | 5  | discharge from a planning purpose, I think I                 |
|       | 6  | used that term, there is really not much                     |
|       | 7  | difference between a hundred thousand and                    |
|       | 8  | 162,000 barrels of oil per day.  At that                     |
|       | 9  | point, you're responding pretty much with                    |
| 02:59 | 10 | everything that you have.                                    |
|       | 11 | Q.     And, in fact, we saw early -- in                      |
|       | 12 | an earlier exhibit once it said -- the Coast                 |
|       | 13 | Guard several days before this said they                     |
|       | 14 | weren't even going with a thousand; they were                |
| 02:59 | 15 | assuming the worst and moving forward with                   |
|       | 16 | all deliberate speed, I guess, correct?                      |
|       | 17 | MR. DAVIS-DENNY:  Objection; form.                           |
|       | 18 | MR. KRAUS:  Objection; form.                                 |
|       | 19 | A.     Yes, that's correct.                                  |
| 02:59 | 20 | Q.     (BY MR. FENDLER)  Let me show                         |
|       | 21 | you a document found at Tab 74.  This is                     |
|       | 22 | another e-mail, Mr. Herbst.  You're shown as                 |
|       | 23 | a carbon copy recipient on this, and the                     |
|       | 24 | subject is the "FRTT," dated May 17, 2010,                   |
| 03:01 | 25 | and, pardon me, I'm -- I'm -- I want to ask                  |

|       |    |                                                       |
|-------|----|-------------------------------------------------------|
|       | 1  | you about the information shown in the top            |
|       | 2  | e-mail after you read that to yourself.               |
|       | 3  | A.     Okay.                                          |
|       | 4  | Q.     Yeah, okay.  In the e-mail in                  |
| 03:02 | 5  | that first paragraph, Mr. Prendergast, shown          |
|       | 6  | as chief of staff of -- with MMS Gulf of              |
|       | 7  | Mexico Region states -- well, let me ask this         |
|       | 8  | more generally.                                       |
|       | 9  | He is addressing, is he not,                          |
| 03:02 | 10 | efforts to try and measure flow from the              |
|       | 11 | Macondo well at this point in time?                   |
|       | 12 | A.     Yes, that's correct, and it's in               |
|       | 13 | relation, I believe, to the start-up of the           |
|       | 14 | flow rate technical team.                             |
| 03:02 | 15 | Q.     And isn't Mr. Prendergast                      |
|       | 16 | telling you and others who received this              |
|       | 17 | e-mail that there were these periods of oil           |
|       | 18 | flow and slugging of natural gas flow taking          |
|       | 19 | place from the Macondo well?                          |
| 03:03 | 20 | A.     That's correct.                                |
|       | 21 | Q.     And I suppose that when you have               |
|       | 22 | such periods of oil and then a slug of                |
|       | 23 | natural gas and so forth, that this would --          |
|       | 24 | this would complicate any effort to attempt           |
| 03:03 | 25 | to determine what the flow rate would be --           |

```
 1          MR. DAVIS-DENNY:  Objection.
 2          Q.      (BY MR. FENDLER)  -- is that
 3   right?
 4          A.      From visual observations, it
 5   would -- it would be difficult, as it
 6   definitely changed over time.
 7          Q.      Do you have any information,
 8   sir, today of what the cycles were like, you
 9   know, how long you'd get a slug of natural
10   gas and then you'd get an oil flow?
11          A.      I don't recall specifically, but
12   I would say possibly over an hour, two-hour
13   time period you would -- you would see -- you
14   would see changes, you would see gas flow,
15   then -- then more of an oil flow, and I
16   believe that was related to the configuration
17   of the riser and how it was sitting on the
18   seafloor.
19          Q.      And would it be a fair -- a fair
20   conclusion that when you had these -- these
21   periods of oil flow, then gas flow, if you
22   were trying to take all of these into account
23   to lead to some estimate of what the flow
24   was, the oil flow per day, that -- and given
25   the fact that this is visual observation,
```

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
|       | 1  | that that period should be some period of                |
|       | 2  | time, certainly more than an hour, maybe even            |
|       | 3  | more than a day, to try to figure out to                 |
|       | 4  | arrive -- to get data to arrive at a                     |
| 03:04 | 5  | determination of flow?                                   |
|       | 6  | MR. FLYNN:  Objection as to form.                        |
|       | 7  | A.    I would agree that you'd need                      |
|       | 8  | longer periods of time.  We -- we even saw               |
|       | 9  | those fluctuations when the riser insertion              |
| 03:04 | 10 | tube tool was used at surface, the flow rate             |
|       | 11 | conditions would change.                                 |
|       | 12 | Q.    (BY MR. FENDLER) Going back, I                     |
|       | 13 | guess, again, this was one of those variables            |
|       | 14 | that were making it difficult to try and make            |
| 03:05 | 15 | a determination of what the flow rate was?               |
|       | 16 | A.    From a visual observation                          |
|       | 17 | standpoint, yes.                                         |
|       | 18 | Q.    And -- and I think your                            |
|       | 19 | question -- I think I understand -- I'm                  |
| 03:05 | 20 | sorry, your answer to that question when you             |
|       | 21 | said from a visual ob- -- observation                    |
|       | 22 | standpoint, that is because here we are                  |
|       | 23 | talking about attempting to determine flow               |
|       | 24 | from visual observation.  More broadly                   |
| 03:05 | 25 | speaking, am I correct, sir, that there were             |

|       |    |                                                           |
|-------|----|-----------------------------------------------------------|
|       | 1  | many different variables that were presenting             |
|       | 2  | problems to those who were attempting to                  |
|       | 3  | determine flow rate by any means?                         |
|       | 4  | MR. DAVIS-DENNY:  Objection; form.                        |
| 03:06 | 5  | A.    I would say that is correct,                        |
|       | 6  | that there wasn't a -- a full understanding               |
|       | 7  | of the flow path and restrictions in -- in                |
|       | 8  | the wellbore from top to bottom.                          |
|       | 9  | Q.    (BY MR. FENDLER)  Let me show                       |
| 03:06 | 10 | you a document found at Tab 75.  I believe                |
|       | 11 | we're finished with that.  We'll mark that                |
|       | 12 | Exhibit 8998.                                             |
|       | 13 | I note that you are a carbon                              |
|       | 14 | copy recipient of -- of the e-mail, at least              |
| 03:07 | 15 | some of the e-mails there on the middle of                |
|       | 16 | the second page.                                          |
|       | 17 | A.    Uh-huh, that's correct.                             |
|       | 18 | Q.    Do you recall this exchange?                        |
|       | 19 | A.    I do recall the -- the exchange                     |
| 03:08 | 20 | and that this was the -- as I recall, the                 |
|       | 21 | early -- earliest stages of, again, the flow              |
|       | 22 | rate technical team and trying to start doing             |
|       | 23 | better calculations, trying to identify the               |
|       | 24 | unknowns and determine a better estimate of               |
| 03:08 | 25 | actual flow rate, not worst-case discharge.               |