# Exhibit 7

## Excerpt from Adm. Thad Allen Deposition Transcript Volume 1

## Taken September 24, 2012

M01-40918
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179  SECTION: J  JUDGE BARBIER  MAG. JUDGE SHUSHAN |

# *CONFIDENTIAL*

## *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Admiral Thad William Allen
## VOLUME 1

SEPTEMBER 24, 2012

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group◆Court Reporting◆Video Production◆Videoconferencing
**For U.S. & International Services**
**800 - 745 - 1101**

```
 1    there were some questions about that.  Do you
 2    remember that?
 3         A.  Not to any detail, no.
 4         Q.  Okay.  Let me play for you -- oh, I don't
 5    have -- I don't have a video on this.  Let me
 6    show you something.  Would -- would you look at
 7    Tab 19, please.
 8             (Exhibit No. 9126 marked.)
 9         Q.  (By Mr. Brock) And this is Exhibit 9126,
10    please.
11         A.  (Reviewing document.)
12         Q.  And do you see this is "Admiral Thad
13    Allen Press Conference Call"?  Do you see that?
14         A.  I do.
15         Q.  Is this some -- the kind of event that
16    you were regularly conducting during the period
17    of time that the well was flowing?
18         A.  I was.
19         Q.  You see that the date here is May the
20    21st, 2010?
21         A.  I do.
22         Q.  Okay.  Let me direct your attention down
23    to the paragraph that begins "Admiral Allen."
24    And you say:  "Okay, thank you.  I'm sorry.  And
25    folks, I'm sorry you're -- I'm calling" on "a
```

```
 1    cell phone."  Do you see that?
 2         A.  I do.
 3         Q.  All right.  If you go down to the second
 4    paragraph in that section, do you see that
 5    there's a paragraph that begins:  "We're working
 6    on that with them right now to -- that is the
 7    ultimate near-term solution to stop the leakage."
 8         Do you see that?
 9         A.  I do.
10         Q.  All right.  Then there are some
11    statements about what's being recovered.  It says
12    "In the meantime, we're recovering product"
13    that's a -- "that's" vary -- "varying between -
14    at" a "high rate, we've got about 5,000 barrels a
15    day; at" a "low rate, between 2,000 and 2500
16    barrels a day with a lot of natural gas coming
17    out...there.  We still have leakage at the bend"
18    in "the riser pipe above the lower marine riser
19    package, and" we're "working that with subsea
20    dispersant application."
21         Do you see that?
22         A.  I do.
23         Q.  All right.  I want to ask you about this
24    language here.  It's "varying between - at" a
25    "high rate, 5,000 barrels a day," and then
```

1   "between 2,000 and 2500 barrels a day with a lot
2   of natural gas coming out of there."
3           What was your understanding as to the
4   effect that natural gas would have on the amount
5   of oil that was being produced at the wellhead?
6           MR. CHAKERES: Objection, form.
7       A.  Throughout the response, it was my
8   understanding, based on numerous briefs, that the
9   product that was actually coming up out of the
10  well was a combination of oil, natural gas,
11  water, and sand in varying proportions, based on
12  any particular time in the flow.
13          And there were attempts from time to time
14  to see if there was any periodicity associated
15  with the relative volumes of those four different
16  constituents.
17          And it was a subject of some -- what --
18  some discussion in the Flow Rate Technical Group
19  regarding trying to come up with cross-sections
20  on the volumetrics, so, yes, I was aware of the
21  presence of natural gas in the product stream.
22      Q.  (By Mr. Brock) Okay. So it -- it wasn't
23  surprising to you that it -- there would be some
24  days where there would be 5,000 barrels of oil
25  collected and some days where it might be 2,000

```
 1    or 2,500 because of the -- the mixture of the oil
 2    with natural gas?
 3              MR. FROST:  Object to form.
 4        A.  That could be one reason.  We just knew
 5    there was uneven flow and sometimes would
 6    actually go in spurts.  It was -- it was very
 7    difficult to try to tell.  Also, we had the bend
 8    in the riser pipe.  So natural gas could be
 9    attributed.  I think there are probably other
10    reasons why there could be, too.
11        Q.  (By Mr. Brock) Okay.
12        A.  But at this point, I'm -- I'm assuming
13    that I was briefed that day on the best opinions
14    of the people involved and that there was some
15    interplay with natural gas.
16        Q.  Okay.  Did the people that talked to you
17    talk about the concept of slug flow?
18              MR. CHAKERES:  Objection, form.
19        A.  Can you describe it?  They may have
20    described it.  I'm not sure I remember that
21    particular term.
22        Q.  (By Mr. Brock) I think it -- it would be
23    described generally as what you're referring to
24    here, with oil coming out, but at times having
25    high volumes of gas in the oil.
```

1      MR. CHAKERES: Objection, form.
2      A. If that's the term, then there was
3  significant discussion throughout the entire
4  response about the constituent components of that
5  stream coming out of the well. That was -- that
6  was always part of the discussion, including
7  the --
8      Q. (By Mr. Brock) Okay.
9      A. -- amount of sand because of potential of
10 abrade the interior of the BOP.
11     Q. Do you have a recollection as to what was
12 conveyed to you about what the period of time was
13 over which sands unloading would be occurring?
14     MR. FROST: Object to form.
15     A. Yeah, I'm not sure I'm qualified to
16 actually speak to that. I do know that
17 periodicity was an issue, and it was discussed.
18     Q. (By Mr. Brock) Okay. Okay. What was the
19 period of time over which oil was mixed with
20 substantial volumes of gas?
21     MR. FROST: Object to form.
22     MS. PATTY: Object to form.
23     A. I do not know. As I said, I understood
24 that periodicity was an issue. I understood the
25 Flow Rate Technical Group was aware of that, as

1  well.  I'm not sure there were any conclusive
2  numbers ever established, but it was something
3  they continually looked at.
4      Q.  (By Mr. Brock)  Okay.  All right.  Would
5  you look over at Page 4 of -- of this same
6  document, please.  And I probably should have
7  started here, because they actually ask -- ask
8  the question better than I did.
9          The -- the second question here is:
10 "Thank you, Admiral, there was some confusion, at
11 least on my end, today, from BP about the rate of
12 the siphoning out of this riser-insertion tool.
13 They said yesterday that it was 5,000 barrels a
14 day.  Today, they came back and said," well, it
15 was -- "they had only gotten" 22 barrels -- "2200
16 barrels out in the 24-hour period, and that 5,000
17 was just the fastest it had gone at any point.
18 Was it confusing from your end, or did you
19 understand that 5,000 was just the absolute
20 fastest they had done it at any period of time?"
21         And then take just a second and look at
22 your answer there to that question, if you don't
23 mind.
24     A.  (Reviewing document.)
25     Q.  Got it?