# Exhibit 8

## Excerpt from Dr. Adam Ballard Expert Report

## June 10, 2013

**In re: Oil Spill by the Oil Rig "*Deepwater Horizon*" in
the Gulf of Mexico, on April 20, 2010**
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MDL NO. 2179, SECTION J
JUDGE BARBIER; MAGISTRATE JUDGE SHUSHAN

**Rebuttal Expert Report of Adam L. Ballard, Ph.D.**

June 10, 2013

    2. Another purpose of the hydraulic modeling performed by BP and its contractors during the *Deepwater Horizon* response was, as Mr. Bishop stated (see p. 9 above), to evaluate the "robustness" of a given source control strategy against a variety of possible discharge rates, pressures, or temperatures. Dr. Rygg, for example, was retained to use his hydraulic models to determine the highest possible flow rates that a relief well might encounter, in order to assess whether the systems available to perform a "bottom kill" through the relief well could accommodate those flow rates.[30] Similarly, in my work on the CDP project, I had to determine whether the risers that would be used to collect oil from the Well to the containment vessels were designed properly to handle the flow rates and pressures they might encounter.[31]

Given the purposes of the hydraulic modeling performed by BP and its contractors, the calculation methodology employed during the April-May 2010 period was usually applied in one of three different ways, outlined below.

---

    May 2010) and three with "back pressure" of 2244 (consistent with the pressure that would be exerted on the wellhead if the BOP were absent). While the precise scenario of concern is not spelled out in Figure 1 or explained in the record, Dr. Rygg's results would have been useful in showing what would happen if, for example, the *Deepwater Horizon* BOP had to be removed from the wellhead for some reason, or if the BOP fell from the wellhead as a result of a catastrophic event such as a subsea broach. Concerning the risks of subsea broach, see Expert Report of Mr. Dan Gibson, May 10, 2010, pp. 1, 25, 28, 32. It is important to note that none of the rates contained in Figure 1 were, according to Dr. Rygg's testimony quoted above, reliable estimates of daily flow rates from the Well. (See note 24 above.)

[30] Rygg Tr. at 53:1-54:9; 83:5-20 (describing "bottom kill"). A "Dynamic Kill Technical File Note" describes Dr. Rygg's modeling results of 43,000 bopd, 63,000 bopd, and 87,000 bopd as the result of simulations "for worst case dynamic kill requirements, which means no restrictions in the flow path (i.e., downhole gravel pack, the effects of the wash string, flow choking across the subsea BOP rams, etc.) and no underground blowout. Ex. 10603 at WW-MDL-00143673-74.

[31] Ballard Tr. at 306:14-307:22.

14

- ***"Sensitivity" calculations*** presented discharge rates essentially as functions of some other condition or feature of the well system. The goal of this calculation was to assess the sensitivity of flow rate to various input parameters. The results were often shown in Cartesian plots in which a discharge rate was shown as a variable (one of many unknown variables in the relevant time period) versus another variable.[32] By definition, such calculations were not intended to estimate daily discharge rates from the Well, and they implicitly recognized that conditions were too uncertain to estimate such rates in a reliable manner.

- ***Relative impact calculations*** were performed to understand how the discharge rate might change based on the change of another variable. Parametric studies (the sampling of inputs into models) were typically performed under a given set of conditions and then, with a single input parameter changed, the parametric study was re-run. This type of analysis provided an understanding of relative change in flow rate from the well under certain conditions. Examples of such calculations are shown in Figures 1 and 10-12 of Dr. Wilson's report in which the modelers posit removal of the *Deepwater Horizon* BOP from the wellhead.[33]

- ***Assumed studies*** used a given flow rate in order to determine a key feature or characteristic of a flowing system (relevant to a source control

---

[32] An example of such work is Ex. 9446, in which my colleague, Dr. Tim Lockett, depicted discharge rates as functions of temperatures, pressures, and velocities in the well. As Dr. Lockett testified at his deposition, his work was intended to explore how data concerning fluid, velocity, temperature, and pressure could potentially be linked in order to estimate flow rates from the Well. Lockett Tr. at 155:5-20; Ballard Tr. at 118:4-20.

Contrary to Dr. Wilson's suggestion (Wilson Report, p. 20), in using the term "best estimate" to describe the work reflected in Ex. 9446, Dr. Lockett was not denoting his results as a reliable prediction of flow from the Well. As Dr. Lockett testified, a best estimate of flow could only be derived when there is corroboration between the different methods of estimating flow. Lockett Tr. 156:3-16. Dr. Lockett's work shown in Ex. 9446 showed no such corroboration.

[33] See note 29 above.

effort) using a hydraulic model. An example of such an assumed study would be an evaluation of the pressures that would be encountered in a system that was "producing" oil from the blowout to a vessel on the surface that would collect the oil for transshipment and disposal, which was one type of analysis that I performed at the Houston ICP. Another example of such an assumed study, to which Dr. Wilson's report refers, was the project assigned to a BP contractor called Stress Engineering, which used hydraulics-based models in May 2010 to assess the upward force of a plume of oil coming from the top of the *Deepwater Horizon* BOP if a portion of the BOP were removed.[34]

### C. Review of Specific Hydraulic Workstreams in the *Deepwater Horizon* Response

I accept for purposes of this section of my report the delineation of "four different workgroups within BP" that, according to Dr. Wilson, were using hydraulic modeling in the April-May 2010 timeframe.[35] I review each of Dr. Wilson's comments on those four workgroups below.

#### 1. Reservoir Team

I disagree with the statement in Dr. Wilson's report that "BP began modeling the flow from the Well immediately following the blowout."[36] To the

---

[34] Contrary to the claim in Dr. Wilson's report (see Wilson Report, pp. 11-12), 70,000 bopd is not a "best estimate" of the daily discharge from the Well. Holt. Tr. at 266:2-270:22. The initial plan was for Stress Engineering to run sensitivity studies for assumed flow rates of 5,000, 10,000, 20,000, 40,000, 80,000, and 160,000 bopd. Given the significant length of time (10-12 hours) required to complete each modeling run, a case of 70,000 bopd, a number near the midpoint of the range of assumed flow rates, was selected as the first case. Stress Engineering was then asked to run cases of 35,000 and 17,500 bopd, reducing the total number of cases to be run (and computation time) by half. Ex. 9629.  The results of the Stress Engineering modeling were shared with a group that included personnel from Transocean, Cameron, Oceaneering, and Wild Well Control.  TRN-MDL-02950206-07.

[35] Wilson Report, p. 7.

[36] Wilson Report, p. 13.

16