# <u>Exhibit 9</u>

## Excerpt from
## Dr. Adam Ballard
## Deposition Transcript
## Volume 1


## Taken July 29, 2013

01-43289
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ) | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO, on | ) | SECTION: J |
| APRIL 20, 2010 | ) | |
| | ) | JUDGE BARBIER |
| | ) | |
| | ) | MAG. JUDGE SHUSHAN |

# *CONFIDENTIAL*

## *WorldwideVIEW* ™
### Interactive Deposition Digital Display

ORAL AND VIDEOTAPED DEPOSITION OF:



# Adam Lee Ballard, Ph.D.

**July 29, 2013**

# *COPY*



Systems Technology for the Litigation World

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services
800 - 745 - 1101**

1    Q.  (By Mr. Lee) Okay.  Had you been asked on

2    May 10th, 2010, whether the most likely model of

3    actual reservoir conditions yielded a 5,000

4    barrel of oil per day estimate, as this document

11:18  5    seems to reflect, I assume you would have said,

6    "No, I don't agree with that.  That's not the

7    most likely model" --

8              MS. KARIS:  Object --

9    Q.  (By Mr. Lee) -- be --

11:18  10              MS. KARIS:  I'm sorry.

11    Q.  (By Mr. Lee) Go ahead.

12    A.  So you're asking me hypothetically?

13    Q.  Yes, I'm asking you hypothetically, if

14    you had been asked -- well, strike that.

11:18  15         If you had been asked May on 10, 2010,

16    whether the most likely model of actual reservoir

17    conditions was -- yielded 5,000 barrels of oil

18    per day, as this chart seems to reflect, I assume

19    you would have said, "No, because there's too

11:19  20    many unknowns.  We can't know that" --

21              MS. KARIS:  Object to form.

22    Q.  (By Mr. Lee) -- is it -- do you agree?

23              MS. KARIS:  Sorry.

24         Object to form.

11:19  25    A.  So as of May 10th, I hadn't been working

1    the response, so I didn't know what information

2    was available.

3        Q.  (By Mr. Lee) Okay.  Your opinion, sir, in

4    this case is that in April and May of 2010, it

11:19  5    was not possible to reliably estimate the flow

6    rate from the well.  Correct?  That's --

7            MS. KARIS:  Object --

8        Q.  (By Mr. Lee) -- one of your opinions?

9            MS. KARIS:  I'm sorry.

11:19 10        Object to form.

11        A.  So one of my opinions is that during the

12    April through the end of May timeframe, there

13    were insufficiently known inputs to where a most

14    likely estimate of the flow rate could not be

11:19 15    generated.

16        Q.  (By Mr. Lee) Okay.

17        A.  Based on hydraulic modeling.

18        Q.  And you would agree with me that May

19    10th, 2010, is within the April May 2010 time

11:19 20    period?

21        A.  May 10th is within the April through the

22    end of May time period.

23        Q.  Okay.  So it's your opinion in this case

24    that based on hydraulic modeling, it was not

11:20 25    possible to say that the most likely model of

1   actual reservoir conditions yielded a 5,000

2   barrel of oil per day estimate.  Correct?

3              MS. KARIS:  Object to form,

4   foundation.

11:20  5     A.  So during the timeframe of April through

6   the end of May, it's my opinion that an estimate

7   of rate -- or most likely rate could not be

8   generated using hydraulic modeling.

9     Q.  (By Mr. Lee) Okay.  Fair enough.

11:20  10             So if Exhibit 11907 is based on hydraulic

11   modeling, as it appears to be, since it appears

12   to have come from -- well, strike that.

13             You agree with me that Exhibit 11907

14   appears to have come from Exhibit 9330, that same

11:20  15   chart that you were looking at a few minutes ago

16   and that you have right before you.  Right?

17              MS. KARIS:  Object to form and

18   foundation.

19     A.  I'm not sure I agreed to that.

11:21  20     Q.  (By Mr. Lee) Well --

21     A.  It's the same type of analysis that seems

22   to be done in Exhibit 9330, which is an -- it

23   appears to be an MBAL, or material balance type

24   of simulation at a given flow rate, how does the

11:21  25   depletion in the reservoir look --