UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010<br><br>This document applies to:<br>*All Cases* | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**TRANSOCEAN'S NOTICE OF NON-OPPOSITION TO BP'S MOTION *IN LIMINE* TO EXCLUDE INSTANCES OF PRIOR ALLEGED IMPROPER CONDUCT AND PRIOR ADVERSE CRIMINAL, CIVIL, OR REGULATORY PROCEEDINGS**

Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leasing GmbH do not oppose BP's Motion *In Limine* to Exclude Instances of Prior Alleged Improper Conduct and Prior Adverse Criminal, Civil, or Regulatory Proceedings (Rec. Doc. 11027).

DATED: September 3, 2013

Respectfully submitted,

By: /s/ Brad D. Brian
Brad D. Brian
Michael R. Doyen
Daniel B. Levin
Susan E. Nash
MUNGER TOLLES & OLSEN, LLP
355 So. Grand Avenue, 35th Floor
Los Angeles, CA  90071
Tel: (213) 683-9100
Fax: (213) 683-5180
Email:  brad.brian@mto.com
            michael.doyen@mto.com
            daniel.levin@mto.com
            susan.nash@mto.com

By: /s/ Steven L. Roberts
Steven L. Roberts
Rachel Giesber Clingman
Sean Jordan
SUTHERLAND ASBILL & BRENNAN LLP
1001 Fannin Street, Suite 3700
Houston, TX  77002
Tel: (713) 4710-6100
Fax: (713) 354-1301
Email:  steven.roberts@sutherland.com
            rachel.clingman@sutherland.com
            sean.jordan@sutherland.com

John M. Elsley
ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP

By: /s/ Kerry J. Miller
Kerry J. Miller
FRILOT, LLC

| | |
|---|---|
| 711 Louisiana Street, Suite 500 | 1100 Poydras Street, Suite 3800 |
| Houston, TX  77002 | New Orleans, LA  70163 |
| Tel: (713) 224-8380 | Tel: (504) 599-8194 |
| | Fax: (504) 599-8154 |
| | Email:  kmiller@frilot.com |

**Counsel for Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH.**

### CERTIFICATE OF SERVICE

    I hereby certify that on September 3, 2013, I electronically filed the foregoing with the Court's CM/ECF system and service on all counsel of record by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

                                                               /s/ Kerry J. Miller_____
                                                                  Kerry J. Miller