UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL § | | MDL No. 2179 |
| RIG "DEEPWATER HORIZON" § | | |
| IN THE GULF OF MEXICO, § | | SECTION: J |
| ON APRIL 20, 2010 § | | |
| § | | JUDGE BARBIER |
| § | | MAG. JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

CONSIDERING THE *EX PARTE* MOTION of the United States to file under seal Attachments 10 and 18 in support of its Memorandum in Opposition to BP's Motion to Exclude Opinions and Testimony of Drs. Dykhuizen and Griffiths, Dkt. No. 11212.

IT IS HEREBY ORDERED that the Motion be and hereby is GRANTED, and that Attachments 10, 17 and 18 shall be filed under seal.


IT IS SO ORDERED this _____ day of _____, 2013, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE