UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § § | MDL No. 2179 <br><br> SECTION:  J <br><br> JUDGE BARBIER <br><br> MAG. JUDGE SHUSHAN |
| Applies to: <br><br> ALL CASES | | |

### HALLIBURTON ENERGY SERVICES INC.'S *EX PARTE* CONSENT MOTION FOR LEAVE TO FILE RESPONSE TO BP'S MOTION *IN LIMINE* REGARDING (1) PRIOR ALLEGED IMPROPER CONDUCT AND (2) EVIDENCE REGARDING ADVERSE CRIMINAL, CIVIL, OR REGULATORY PROCEEDINGS EXHIBITS UNDER SEAL

**PLEASE TAKE NOTICE** that Halliburton Energy Services, Inc. ("HESI") respectfully requests leave to file under seal certain expert reports designated as confidential by other parties which are referenced as exhibits to its Response to BP's Motion in *Limine* Regarding (1) Prior Alleged Improper Conduct and (2) Evidence Regarding Adverse Criminal, Civil, or Regulatory Proceedings.  Specifically, HESI seeks to file the following documents designated as confidential under seal:

1. Gregg S. Perkin's Expert Report (Exhibit 1); and
2. Robert G. Bea's Expert Report (Exhibit 2).

For the Court's convenience, the referenced exhibits that HESI seeks to file under seal have been emailed to the Court.

Respectfully Submitted,

**GODWIN RONQUILLO PC**

**By:** /s/ *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
dgodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
bbowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
jmartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
fhartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No. 00796756
ghill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
AYork@GodwinRonquillo.com
Jerry C. von Sternberg
JVonSternberg@GodwinRonquillo.com
Misty Hataway-Coné
MCone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Halliburton Energy Services Inc.'s *Ex Parte* Consent Motion for Leave To File Response to BP's Motion *in Limine* Regarding (1) Prior Alleged Improper Conduct and (2) Evidence Regarding Adverse Criminal, Civil, or Regulatory Proceedings Exhibits Under Seal has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 3rd day of September, 2013.

/s/  Donald E. Godwin
Donald E. Godwin