# Exhibit 1

```
              UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL         )   MDL NO. 2179
BY THE OIL RIG            )
"DEEPWATER HORIZON" IN    )   SECTION "J"
THE GULF OF MEXICO, ON    )
APRIL 20, 2010            )   JUDGE BARBIER
                          )   MAG. JUDGE SHUSHAN
```

```
              *****************
                  VOLUME 1
              *****************
```

          Deposition of FARAH SAIDI, taken
at Pan-American Building, 601 Poydras Street,
11th Floor, New Orleans, Louisiana, 70130, on
the 10th day of January, 2013.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

THE VIDEOGRAPHER: This is the deposition of Farah Saidi taken in regards to the oil spill of the Deepwater Horizon in the Gulf of Mexico on April 20th, 2010. Today is January 10th, 2013. The time is 8:32 a.m., and we are now on the record.

FARAH SAIDI,

having been first duly sworn, testified as follows:

E X A M I N A T I O N

BY MS. FLICKINGER:

Q. Good morning, Ms. Saidi. Welcome. I want to -- I'm Nancy Fleckinger. I represent the United States of America in this case. And this is Erica Pencak, my colleague, also, with the Department of Justice, representing the United States.

So have you ever been deposed before?

A. No.

Q. Never been deposed. So let me just quickly kind of walk through the procedures. You probably talked about them with your attorneys before. But because it's being transcribed, please don't talk over --

|       |                                                                    |
|-------|--------------------------------------------------------------------|
| 1     | had already been -- strike that.                                   |
| 2     | Do you recall whether the well                                     |
| 3     | had already been shut-in and they were                             |
| 4     | discussing whether to keep the well shut-in?                       |
| 09:54 5 | A.    I don't believe so.  I -- I                                |
| 6     | can't recall.                                                      |
| 7     | Q.    All right.  Any other                                        |
| 8     | communications you recall with                                     |
| 9     | representatives of the national labs and the                       |
| 09:54 10 | Department of Energy?                                            |
| 11    | A.    I recall a meeting after the                                 |
| 12    | well was shut-in where the four different                          |
| 13    | teams from the government presented to us, to                      |
| 14    | me and another BP engineer, their                                  |
| 09:55 15 | calculations.  And I also remember one --                        |
| 16    | Q.    And -- and for that meeting it                               |
| 17    | was just you and another BP engineer.  Was                         |
| 18    | that Kate Baker?                                                   |
| 19    | A.    Kate Baker.                                                  |
| 09:55 20 | Q.    And who was leading that                                   |
| 21    | meeting?  Was it Art Ratzel?  Do you remember                      |
| 22    | that name?                                                         |
| 23    | A.    The name is familiar, but I                                  |
| 24    | don't recall if he was leading it or not.                          |
| 09:55 25 | Q.    Okay.  And how -- how long a                               |

```
 1          Q.    I see. Okay. All right. And
 2    then when you're writing up, you say, Assume
 3    a total rate 52,000 standard barrels per day,
 4    and that reflects this trial and error
 5    process that you had gone through to use
 6    these different stages?
 7          MR. DRAKE:  Objection; form.
 8          MR. POE:  Same objection.
 9          A.    I'm here documenting almost
10    toward the end of my -- you know, I didn't
11    want it to say to document -- I guessed this,
12    it was wrong, then I guessed this.
13          Q.    (BY MS. FLICKINGER)  Okay.
14          A.    So I just put -- tried to put
15    the last guess that I did -- had to come up
16    to the answer.
17          Q.    Okay. And at the end of the day
18    after you've worked through this trial and
19    error process and you worked through the
20    three different stages that you describe
21    here, you conclude that the estimated rate
22    through the choke is 51,500 standard barrels
23    per day, correct?
24          MR. POE:  Object to the form.
25          MR. DRAKE:  Same objection.
```

```
         1          A.      Based on the data at the time,
         2   based on my understanding at the time.
         3          Q.      (BY MS. FLICKINGER)  All right.
         4   Turn to Tab 123.  So wait a sec.  Before --
02:57    5   before we leave this, this memo that
         6   accurately describes what you did at -- at
         7   this time in -- in performing these
         8   calculations?
         9          MR. DRAKE:  Objection; form.
02:57   10          MR. POE:  Objection to the form.
        11          A.      This memo describes my
        12   methodology.
        13          Q.      (BY MS. FLICKINGER)  Okay.
        14   Tab 123 is 10199.  And this is an e-mail from
02:58   15   you to Trevor Hill, dated July 15th, and the
        16   subject is "Pressure loss thru fully open
        17   choke," and it's attaching "P loss in the
        18   choke line" spreadsheet.  And then there is a
        19   native application, and that's Bates
02:58   20   number ending in 01 -- 0713489, and there is
        21   a native application.  Do you recognize this
        22   spreadsheet?
        23          A.      I don't recall that.
        24          Q.      You don't recall this.  Do
02:59   25   you -- do you recognize them as calculations
```



February 28, 2013

J. Robert Warren
MDL 2179 PSC Depository
935 Gravier St., Suite 2000
New Orleans, LA 70112-1608

Re:   Deposition of **Farah Saidi, Volume 1 (BP)**
      01/10/2013
      2179; In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

Dear Mr. Warren:

Enclosed please find the **signed** original deposition of the witness named in the above-referenced matter for filing among your records. By copy of this letter, we are informing all parties shown herein of the **amendments** made to the deposition.

We appreciate your choosing Worldwide Court Reporters, Inc. and look forward to working with you in the future. If you have any questions regarding this matter, please feel free to contact our office.

Sincerely,

Minnie Adame
Worldwide Court Reporters, Inc.

Job No. 41899

cc:
Kate Danahay
Allan Kanner
Don K. Haycraft
R. Michael Underhill

01-41899
PW/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL*

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Farah Saidi

**VOLUME 1**

JANUARY 10, 2013

## *ORIGINAL*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1

```
           UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL          )   MDL NO. 2179
BY THE OIL RIG             )
"DEEPWATER HORIZON" IN     )   SECTION "J"
THE GULF OF MEXICO, ON     )
APRIL 20, 2010             )   JUDGE BARBIER
                           )   MAG. JUDGE SHUSHAN
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
VOLUME 1
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    Deposition of FARAH SAIDI, taken at Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 10th day of January, 2013.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1   THE STATE OF LOUISIANA :
     PARISH   OF   ORLEANS :
 2
     I, PHYLLIS WALTZ, a Certified Court Reporter,
 3   Registered Professional Reporter, and
     Certified Realtime Reporter in and for the
 4   State of Louisiana, do hereby certify that
     the facts as stated by me in the caption
 5   hereto are true; that the above and foregoing
     answers of the witness, FARAH SAIDI, to the
 6   interrogatories as indicated were made before
     me by the said witness after being first duly
 7   sworn to testify the truth, and same were
     reduced to typewriting under my direction;
 8   that the above and foregoing deposition as
     set forth in typewriting is a full, true, and
 9   correct transcript of the proceedings had at
     the time of taking of said deposition.
10
     I further certify that I am not, in any
11   capacity, a regular employee of the party in
     whose behalf this deposition is taken, nor in
12   the regular employ of his attorney; and I
     certify that I am not interested in the
13   cause, nor of kin or counsel to either of the
     parties.
14
     GIVEN UNDER MY HAND AND SEAL OF OFFICE, on
15   this, the 10TH day of JANUARY, 2013.
16
17               _____
                 PHYLLIS WALTZ, RPR, CRR
18               TEXAS CSR, TCRR NO. 6813
                 Expiration Date:  12/31/13
19
20   Worldwide Court Reporters, Inc.
     Firm Certification No. 223
21   3000 Weslayan, Suite 235
     Houston, Texas   77027
22   (713) 572-2000
23
24
25
```

1    I, FARAH SAIDI, have read the
foregoing deposition and hereby affix my
2    signature that same is true and correct,
except as noted above.
3
4
*F. Saidi*
5    FARAH SAIDI, VOLUME 1
6
STATE OF LOUISIANA    )
7    PARISH OF _____ )
8
Before me, _____,
9    on this day personally appeared FARAH SAIDI,
known to me, or proved to me under oath or
10   through _____) (description of
identity card or other document)), to be the
11   person whose name is subscribed to the
foregoing instrument and acknowledged to me
12   that they executed the same for the purposes
and consideration therein expressed.
13
Given under my hand and seal of
14   office on this, the _____ day of _____,
_____.
15
16
17
_____
NOTARY PUBLIC IN AND FOR THE
18   STATE OF LOUISIANA
19   My Commission Expires: _____
20
21
22
23
24
25

**WITNESS NAME:** _____Farah Saidi_____

**DATE TAKEN:** _____1/10/13_____

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

## GENERAL CORRECTIONS:

| PAGE | LINE | CHANGE |
|---|---|---|
| PAGE: 13 | LINE: 13 | CHANGE: Change "Fleckinger" to "Flickinger" |
| PAGE: 17 | LINE: 11 | CHANGE: Add "then" before "it" |
| PAGE: 27 | LINE: 21 | CHANGE: Change "I" to "I'm" |
| PAGE: 33 | LINE: 8 | CHANGE: Change "Davis" to "Davies" |
| PAGE: 44 | LINE: 12 | CHANGE: Change "with them to" to "with them too" |
| PAGE: 44 | LINE: 12 | CHANGE: Change "if I had" to "if they had" |
| PAGE: 44 | LINE: 24 | CHANGE: Change "Marie" to "Maria" |
| PAGE: 67 | LINE: 9 | CHANGE: Change "SBT" to "SPT" |
| PAGE: 69 | LINE: 14 | CHANGE: Add quotation marks before "Here's" |
| PAGE: 69 | LINE: 14 | CHANGE: Add quotation marks after "far," |
| PAGE: 73 | LINE: 22 | CHANGE: Change "Siberia" to "Sunbury" |
| PAGE: 82 | LINE: 14 | CHANGE: Add quotation marks before "If no" |
| PAGE: 82 | LINE: 23 | CHANGE: Add quotation marks after "psi." |
| PAGE: 88 | LINE: 7 | CHANGE: Change "instant" to "instance" |
| PAGE: 88 | LINE: 12 | CHANGE: Change "pounds" to "bbl/d" |
| PAGE: 89 | LINE: 24 | CHANGE: Delete quotation marks |
| PAGE: 90 | LINE: 3 | CHANGE: Add quotation marks after "day." |
| PAGE: 91 | LINE: 16 | CHANGE: Add quotation marks before "Trevor," |
| PAGE: 91 | LINE: 18 | CHANGE: Delete quotation marks before "This" |
| PAGE: 92 | LINE: 17 | CHANGE: Add quotation marks before "Key" |
| PAGE: 92 | LINE: 21 | CHANGE: Add quotation marks after "surface." |
| PAGE: 97 | LINE: 2 | CHANGE: Change "correct" to "collect" |
| PAGE: 99 | LINE: 9 | CHANGE: Add quotation marks before "What" |
| PAGE: 99 | LINE: 13 | CHANGE: Add quotation marks after "day" |
| PAGE: 100 | LINE: 15 | CHANGE: Add quotation marks before "Please" |
| PAGE: 100 | LINE: 20 | CHANGE: Add quotation marks after "flow." |
| PAGE: 102 | LINE: 2 | CHANGE: Add quotation marks before "was calculated" |
| PAGE: 102 | LINE: 4 | CHANGE: Delete quotation marks before "I would" |
| PAGE: 106 | LINE: 5 | CHANGE: Add quotation marks before "Farah," |
| PAGE: 106 | LINE: 12 | CHANGE: Add quotation marks after "conditions," |
| PAGE: 112 | LINE: 3 | CHANGE: Add "cases" after "different" |
| PAGE: 119 | LINE: 1 | CHANGE: Add quotation marks before "The best" |
| PAGE: 119 | LINE: 8 | CHANGE: Add quotation marks after "29th." |
| PAGE: 126 | LINE: 22 | CHANGE: Change "and" to "under" |
| PAGE: 126 | LINE: 23 | CHANGE: Change "somebody" to "someone" |
| PAGE: 126 | LINE: 24 | CHANGE: Change "that they" to "the data" |

SIGNED: _F. Saidi_   DATE: Feb 23, 2013

Page | 1

WITNESS NAME:     Farah Saidi

DATE TAKEN:     1/10/13

**IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**

| PAGE | LINE | CHANGE |
|---|---|---|
| 127 | 19 | Add quotation marks before "As" |
| 128 | 2 | Add quotation marks after "study." |
| 130 | 17 | Change "9574" to "9474" |
| 130 | 18 | Change "he's" to "re:" |
| 136 | 1 | Add quotation marks before "As" |
| 136 | 7 | Add quotation marks after "business." |
| 139 | 5 | Add quotation marks before "With" |
| 139 | 13 | Add quotation marks after "day." |
| 142 | 11 | Delete quotation marks before "Norm" |
| 142 | 13 | Add quotation marks before "Farah," |
| 142 | 22 | Add quotation marks before "Below" |
| 143 | 1 | Add quotation marks after "venting." |
| 147 | 10 | Change "cap hat" to "capacity" |
| 151 | 3 | Add quotation marks before "When" |
| 151 | 7 | Add quotation marks after "ago…" |
| 151 | 20 | Add quotation marks before "Note" |
| 151 | 24 | Add quotation marks after "hoses." |
| 152 | 12 | Delete the question mark |
| 158 | 1 | Delete quotation marks after "slow." |
| 158 | 3 | Add quotation marks after "closure?" |
| 161 | 2 | Change "increment" to "increments" |
| 165 | 24 | Add quotation marks before "closing" |
| 166 | 1 | Add quotation marks after "turns." |
| 166 | 2 | Change "chose" to "close" |
| 170 | 9 | Change "Fleckinger" to "Flickinger" |
| 171 | 23 | Delete quotation marks after "slowly." |
| 171 | 25 | Delete quotation marks before "Therefore" |
| 173 | 3 | Add quotation marks before "Extraction" |
| 173 | 6 | Add quotation marks after "pressure." |
| 176 | 15 | Add quotation marks before "Tim" |
| 176 | 19 | Add quotation marks after "U.K." |
| 182 | 22 | Add quotation marks before "George" |
| 183 | 2 | Add quotation marks after "response." |
| 187 | 19 | Change "con" to "condition" |
| 202 | 8 | Change "you're" to "your" |
| 207 | 3 | Change "sicnetist" to "scientist" |
| 212 | 7 | Change "ran" to "run" |
| 223 | 2 | Add quotation marks before "Ray" |

SIGNED: _F. Saidi_      DATE: Feb. 23, 2013

WITNESS NAME: _____Farah Saidi_____

DATE TAKEN: _____1/10/13_____

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

| PAGE | LINE | CHANGE |
|---|---|---|
| PAGE: 223 | LINE: 10 | CHANGE: Add quotation marks after "Hill." |
| PAGE: 224 | LINE: 1 | CHANGE: Add quotation marks before "Trevor" |
| PAGE: 224 | LINE: 3 | CHANGE: Add quotation marks after "annulus?" |
| PAGE: 224 | LINE: 24 | CHANGE: Add "to" after "write" |
| PAGE: 224 | LINE: 25 | CHANGE: Add "on" after "Liao" |
| PAGE: 225 | LINE: 3 | CHANGE: Add quotation marks before "Could" |
| PAGE: 225 | LINE: 5 | CHANGE: Add quotation marks after "forth)?" |
| PAGE: 236 | LINE: 20 | CHANGE: Delete quotation marks after "pipes" |
| PAGE: 236 | LINE: 22 | CHANGE: Add quotation marks after "Steve" |
| PAGE: 236 | LINE: 24 | CHANGE: Delete quotation marks after "Steve." |
| PAGE: 236 | LINE: 25 | CHANGE: Add quotation marks after "inches." |
| PAGE: 247 | LINE: 16 | CHANGE: Change "Power" to "PowerPoint" |
| PAGE: 255 | LINE: 12 | CHANGE: Delete quotation marks after "charge." |
| PAGE: 255 | LINE: 19 | CHANGE: Delete quotation marks before "The" |
| PAGE: 255 | LINE: 22 | CHANGE: Delete quotation marks after "Gulf." |
| PAGE: 256 | LINE: 4 | CHANGE: Add quotation marks after "barrels." |
| PAGE: 257 | LINE: 8 | CHANGE: Add quotation marks before "On" |
| PAGE: 257 | LINE: 17 | CHANGE: Add quotation marks after "efforts)." |
| PAGE: 258 | LINE: 8 | CHANGE: Add quotation marks before "It . . . ." |
| PAGE: 258 | LINE: 15 | CHANGE: Delete quotation marks after "acknowledged." |
| PAGE: 259 | LINE: 14 | CHANGE: Add quotation marks following "2010." |
| PAGE: 266 | LINE: 23 | CHANGE: Change "know" to "am aware" |
| PAGE: 283 | LINE: 6 | CHANGE: Delete "the" |

SIGNED: _F. Saidi_____  DATE: _Feb. 23, 2013_