# Exhibit 3

```
 1           UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
 2

 3

     IN RE:  OIL SPILL      MDL NO. 2179
 4   BY THE OIL RIG
     "DEEPWATER HORIZON"    SECTION:  J
 5   IN THE GULF OF
     MEXICO ON APRIL 20,    JUDGE BARBIER
 6   2010                   MAG. JUDGE SHUSHAN

 7
```

13

14
           Deposition of **RICHARD D. LYNCH, JR.**,
15   taken in the Pan American Life Center,
     Bayou Room, 11th Floor, 601 Poydras Street,
16   New Orleans, Louisiana 70130, on Thursday,
     May 19, 2011.
17

18
     **APPEARANCES:**
19

20
             BREIT, DRESCHER, IMPREVENTO &
21               WALKER, PC
             (By:  Jeffrey Breit, Esquire)
22           1000 Dominion Tower
             999 Waterside Drive
23           Norfolk, VA  23510
                 (Attorneys for MDL 2185
24                Securities plaintiffs
                  Subclass)
25

                    **GAUDET KAISER, L.L.C.**
                 Board-Certified Court Reporters

1                 **P R O C E E D I N G S**

2

3        THE VIDEOGRAPHER:

4                 This is the videotaped

5    deposition of Richard Lynch.  This

6    deposition is being held today at 601

7    Poydras Street, New Orleans, Louisiana, on

8    May 19, 2011.  The time indicated on the

9    video screen, which is 8:31 a.m.

10                This deposition is being taken

11   in the matter of the oil spill by the

12   Deepwater Horizon in the Gulf of Mexico on

13   April 20, 2010, taken in the United States

14   District Court for the Eastern District of

15   Louisiana.

16

17                **RICHARD LYNCH,**

18   after having been first duly sworn by

19   the above-mentioned Certified Court

20   Reporter, was examined and testified as

21   follows:

22   EXAMINATION BY MR. BREIT:

23        Q.    Mr. Lynch, my name is Jeffrey

24   Breit.  I'm going to be asking you some

25   questions.

```
 1    we have set diameters, set pressure
 2    readings, straight calculation that
 3    determine flow.
 4              Once we went down to the single
 5    line and a single choke, we did a step --
 6    step -- if you will, a step rate of shut-in
 7    of the well through the choke.  So each one
 8    of those, you had a corresponding choke
 9    value and a pressure, which is a direct
10    calculation to flow rate.
11         Q.   All right.  And do you remember
12    what the result of any of those
13    calculations were?
14         A.   All I know is -- after the fact,
15    now, I would know that we -- somebody in
16    the team -- team, I believe, calculated
17    56,000 barrels a day.
18         Q.   And do you have any reason to
19    doubt that calculation?
20         A.   That's a pretty straight
21    calculation.  No, I don't.
22         Q.   Earlier, I believe when you were
23    recapping your involvement in the various
24    interventions, you said that you had
25    accountability for the capping stack; is
```