# Exhibit 4

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL          )   MDL NO. 2179

BY THE OIL RIG             )

"DEEPWATER HORIZON" IN )   SECTION "J"

THE GULF OF MEXICO, ON )

APRIL 20, 2010             )   JUDGE BARBIER

                           )   MAG. JUDGE SHUSHAN

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

VOLUME 1

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

30(b)(6) Deposition of Adam Lee Ballard, Ph.D., BP, Inc., taken at the Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 16th day of October, 2012.

```
 1                 MR. CHAKERES:  All set.
 2                 THE VIDEOGRAPHER:  Please stand by.
 3            Today is October 16th, 2012.  This is the
 4    deposition of Adam Ballard, regarding the oil
 5    spill of the Oil Rig DEEPWATER HORIZON on
 6    April 20th, 2010.
 7            The time is 8:32 a.m.  We're on the
 8    record.
 9                 ADAM LEE BALLARD, PH.D.
10    was called as a witness by the United States and,
11    being first duly sworn, testified as follows:
12                      DIRECT EXAMINATION
13    QUESTIONS BY MR. CHAKERES:
14       Q.  Good morning, sir.  My name is Nat
15    Chakeres.  I represent the United States of
16    America, and to my right is my co-counsel,
17    Abigail André.
18            And I'd like to begin by first asking you
19    if you've ever given a deposition before.
20       A.  No, I have -- excuse me.  No, I have not.
21       Q.  Okay.  I'd like to go over just some --
22    some ground rules, so we have some common
23    understanding when -- when we get -- when we get
24    going.
25            First, the transcript consists of oral
```

1      A.   So I made that assumption because I

2   didn't have a pressure below the BOP, or I didn't

3   know what that pressure was.

4      Q.   (By Mr. Chakeres) Okay.   And how come you

5   needed to know what the pressure was below the

6   BOP?

7               MR. BREEN:   Objection, form.

8               MR. DRAKE:   The same.

9      A.   Because I knew that from an inflow --

10   the -- the inflow performance curve, because I

11   compared two different cases, one in which all

12   the flow was going through the pressure gauge --

13   or through the capping stack, of which I had a

14   pressure gauge, and I compared that to another

15   case or instance at the time in which we had flow

16   from the Q4000 -- or collection from the Q4000

17   and collection from the HELIX PRODUCER.   And in

18   those cases, they were collecting that flow

19   upstream of where the capping stack pressure was.

20          So -- so in those cases, you didn't have

21   as much rate going through that pressure gauge.

22   So, essentially, the inflow performance

23   relationship that I had to create was -- was a

24   place where the flow from the well would have

25   been the same in those two scenarios, which would

1    have been upstream of the BOP.

2         Q.   (By Mr. Chakeres) Okay.  You didn't go

3    through the entire capping stack and try to model

4    the actual coefficients for -- for -- for -- for

5    pressure loss through the capping stack, did you,

6    using K factors or anything else?

7                   MR. BREEN:  Objection, form.

8                   MR. DRAKE:  The same.

9         A.   So the -- the system that I used in that

10   modeling was straight through the -- the top of

11   the capping stack, so the assumption was that the

12   side arms or the -- the side ports of the capping

13   stack were closed.

14        Q.   (By Mr. Chakeres) Okay.  And then what

15   assumptions did you make as to collection rates?

16                   MR. BREEN:  Objection, form.

17                   MR. DRAKE:  Objection, form.

18        A.   I can't recall the specific numbers I

19   used.

20        Q.   (By Mr. Chakeres) Well, I guess my -- my

21   question is:  There were measured collection

22   rates, right?

23        A.   From my understanding, there were

24   measured collection rates.

25        Q.   And we'll talk about those probably some

```
 1    more later on.
 2          But -- so you -- were you using the
 3    actual collection rate data in order to perform
 4    this calculation?
 5                MR. BREEN:  Objection, form.
 6                MR. DRAKE:  Objection, form.
 7       A.  I don't believe so.  I believe I used
 8    a -- a rough estimate of what those would be, or
 9    what those were.
10       Q.  (By Mr. Chakeres) Okay.  The pressure
11    data that you were -- you were using at the
12    capping stack, was that actual pressure data from
13    time periods when there was collection and was
14    not collection?
15                MR. BREEN:  Objection to form.
16                MR. DRAKE:  The same objection.
17       A.  I believe I got those pressure -- that
18    pressure data from -- from Tom Marshall.
19       Q.  (By Mr. Chakeres) Okay.  And what -- do
20    you recall what flow rates you came up with using
21    these assumptions?
22                MR. BREEN:  Objection, form.
23                MR. DRAKE:  Objection, form.
24       A.  So using the simple method in which I
25    just assumed that -- that the gas didn't play a
```

1    part in the frictional pressure loss -- and I

2    can't remember the exact numbers, but I believe

3    that it came to around 55 to 60,000 barrels a

4    day.

5          So then I used the more complex analysis,

6    including the gas, or the additional volume of

7    the liquid, with the expectation that that number

8    should go down, because I'm including more

9    volume, and it actually gave a larger number,

10   which led me to inform -- or led me to believe

11   that there was something flawed in the

12   methodology that I was using.

13        Q.   (By Mr. Chakeres) Did you do any further

14   analysis of what might have caused that anomalous

15   result?

16              MR. BREEN:   Objection, form.

17              MR. DRAKE:   The same.

18        A.   No.   I -- or no.

19        Q.   (By Mr. Chakeres) Do you remember what

20   the number was when you attempted to model the

21   more complex situation by incorporating the gas

22   fraction of the fluid?

23              MR. BREEN:   Objection, form.

24              MR. DRAKE:   The same objection.

25        A.   I believe the number was around 62,000.



### WORLDWIDE
*Systems Technology for the Litigation World*

**Court Reporting ♦ Video Production ♦ Videoconferencing ♦ Litigation Group**

November 29, 2012

J. Robert Warren
MDL 2179 PSC Depository
935 Gravier St., Suite 2000
New Orleans, LA 70112-1608

Re:    Deposition of **Adam Lee Ballard, Ph.D., Vol. 1 BP Inc. 30 (b) (6)**
       10/16/2012
       2179; In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

Dear Mr. Warren:

Enclosed please find the **signed** original deposition of the witness named in the above-referenced matter for filing among your records.  By copy of this letter, we are informing all parties shown herein of the **amendments** made to the deposition.

We appreciate your choosing Worldwide Court Reporters, Inc. and look forward to working with you in the future.  If you have any questions regarding this matter, please feel free to contact our office.

Sincerely,

Minnie Adame
Worldwide Court Reporters, Inc.

Job No. 40962

cc:    Kate Danahay            Allan Kanner
       Don K. Haycraft         Brian M. Heberlig
       R. Michael Underhill

01-40962
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ) | MDL NO.  2179 |
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO,  on | ) | SECTION: J |
| APRIL 20, 2010 | ) | |
| | ) | JUDGE BARBIER |
| | ) | |
| | ) | MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

### *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Adam Lee Ballard, Ph.D.
**VOLUME 1**

OCTOBER 16, 2012

## *ORIGINAL*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing
**For U.S. & International Services**
**800 - 745 - 1101**

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE:  OIL SPILL        )    MDL NO. 2179
     BY THE OIL RIG           )
 4   "DEEPWATER HORIZON" IN    )    SECTION "J"
     THE GULF OF MEXICO, ON    )
 5   APRIL 20, 2010            )    JUDGE BARBIER
                               )    MAG. JUDGE SHUSHAN
 6

 7

 8

 9                  REPORTER'S CERTIFICATION
           TO THE ORAL AND VIDEOTAPED DEPOSITION OF
10                  ADAM LEE BALLARD, PH.D.
                       BP, INC. 30(b)(6)
11                    OCTOBER 16, 2012
                          VOLUME 1
12

13

14        I, Emanuel A. Fontana, Jr., Certified
     Shorthand Reporter in and for the State of Texas,
15   hereby certify to the following:

16        That the witness, ADAM LEE BALLARD, PH.D.,
     was duly sworn by the officer and that the
17   transcript of the oral deposition is a true
     record of the testimony given by the witness;
18
          That the deposition transcript was submitted
19   on October 19, 2012, to the witness or to
     Attorney Frank Sirmek        for the witness to
20   examine, sign, and return to Worldwide Court
     Reporters, Inc., by December 1    , 2012.
21
          That the amount of time used by each party
22   at the deposition is as follows:

23        Mr. Chakeres - 7 Hours, 37 Minutes

24

25
```

PURSUANT TO CONFIDENTIALITY ORDER

1          I further certify that I am neither counsel
for, related to, nor employed by any of the
2   parties in the action in which this proceeding
was taken, and further that I am not financially
3   or otherwise interested in the outcome of the
action.

4
          SUBSCRIBED AND SWORN to by me on this 16th
5   day of October, 2012.

6

7

8                      _____
                       Emanuel A. Fontana, Jr., RPR
9                      Texas CSR No. 1232
                       Expiration Date: 12/31/12
10                     Worldwide Court Reporters
                       Firm Registration No. 223
11                     3000 Weslayan, Suite 235
                       Houston, Texas   77027
12                     (713) 572-2000

13

14

15

16

17

18

19

20

21

22

23

24

25

1
2          I, **ADAM LEE BALLARD, PH.D.**, have read the
3    foregoing deposition and hereby affix my
4    signature that same is true and correct, except
5    as noted on the attached Amendment Sheet.
6
7                    ADAM LEE BALLARD, PH.D.
8
9
10   THE STATE OF _Texas_ )
     COUNTY OF _Harris_ )
11        Before me, _Esthela Garza_ , on
12   this day personally appeared **ADAM LEE BALLARD,**
     **PH.D.,** known to me (or proved to me under oath or
13   through _Texas DL 01976919_ ) to be the
     person whose name is subscribed to the foregoing
14   instrument and acknowledged to me that they
     executed the same for the purposes and
15   consideration therein expressed.
          Given under my hand and seal of office this
16   _26_ day of _November_ , 2012.
17
18
19   NOTARY PUBLIC IN AND FOR
     THE STATE OF _Texas_
20   COMMISSION EXPIRES: _March 30, 2015_
21
22                    ESTHELA GARZA
                      My Commission Expires
23                    March 30, 2015
24
25

**PURSUANT TO CONFIDENTIALITY ORDER**

**WITNESS NAME:**   Adam Lee Ballard, Ph.D.

**DATE TAKEN:**      October 16-17, 2012

**IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**

**Volume 1**

| | | | | | |
|---|---|---|---|---|---|
| **PAGE:** | 36 | **LINE:** | 23 | **CHANGE:** | "a large" to "the large" (wrong word) |
| **PAGE:** | 57 | **LINE:** | 14 | **CHANGE:** | "Vincent" to "Vinson" (wrong word) |
| **PAGE:** | 69 | **LINE:** | 24 | **CHANGE:** | "So, Counsel" to "Okay. So, Counsel" (missing word) |
| **PAGE:** | 71 | **LINE:** | 13 | **CHANGE:** | "this is the position" to "is that this is the position" (missing word) |
| **PAGE:** | 78 | **LINE:** | 13 | **CHANGE:** | "that as 9444" to "that as Exhibit 9444" (missing word) |
| **PAGE:** | 80 | **LINE:** | 19 | **CHANGE:** | "suggests that that" to "suggests that -- that" (missing punctuation) |
| **PAGE:** | 81 | **LINE:** | 16-17 | **CHANGE:** | "3,800 pounds psi" to "3,800 pounds -- psi" (missing punctuation) |
| **PAGE:** | 83 | **LINE:** | 6 | **CHANGE:** | "an another set" to "an -- another set" (missing punctuation) |
| **PAGE:** | 87 | **LINE:** | 6 | **CHANGE:** | "upstream, it's the" to "upstream of the" (wrong words) |
| **PAGE:** | 96 | **LINE:** | 4 | **CHANGE:** | "of the A2" to "it the A2" (wrong word) |
| **PAGE:** | 99 | **LINE:** | 25 | **CHANGE:** | "And in the next paragraph, it says" to "And then next paragraph he says" (wrong word) |
| **PAGE:** | 115 | **LINE:** | 14 | **CHANGE:** | "your question" to "your question, please" (missing word) |
| **PAGE:** | 120 | **LINE:** | 21 | **CHANGE:** | "is that he" to "is who he" (wrong word) |
| **PAGE:** | 122 | **LINE:** | 7 | **CHANGE:** | "free to read" to "free to review" (wrong word) |
| **PAGE:** | 134 | **LINE:** | 19 | **CHANGE:** | "read you " to "refer you to" (wrong word) |

SIGNED: _____        DATE: 11/26/2012

**WITNESS NAME:**   Adam Lee Ballard, Ph.D.

**DATE TAKEN:**      October 16-17, 2012

**IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**

| | | | | | |
|---|---|---|---|---|---|
| **PAGE:** | 135 | **LINE:** | 19 | **CHANGE:** | "in post" to "in his post"<br>(missing word) |
| **PAGE:** | 135 | **LINE:** | 25 | **CHANGE:** | "understand what the" to "understand where the"<br>(wrong word) |
| **PAGE:** | 148 | **LINE:** | 22 | **CHANGE:** | "assuming" to "assumed"<br>(wrong word) |
| **PAGE:** | 152 | **LINE:** | 10 | **CHANGE:** | "stock standing" to "stock tank"<br>(wrong word) |
| **PAGE:** | 188 | **LINE:** | 13 | **CHANGE:** | "this -- to perform" to "this -- "to perform"<br>(missing punctuation) |
| **PAGE:** | 238 | **LINE:** | 12 | **CHANGE:** | "shot" to "shut"<br>(wrong word) |
| **PAGE:** | 255 | **LINE:** | 12 | **CHANGE:** | "Yes" to "You did"<br>(wrong word) |
| **PAGE:** | 255 | **LINE:** | 20 | **CHANGE:** | "grouped" to "ground"<br>(wrong word) |
| **PAGE:** | 256 | **LINE:** | 7 | **CHANGE:** | "on this stuff" to "on most of this stuff"<br>(missing word) |
| **PAGE:** | 256 | **LINE:** | 14 | **CHANGE:** | "do a little" to "do have a little"<br>(missing word) |
| **PAGE:** | 278 | **LINE:** | 5 | **CHANGE:** | "that meter model" to "the meter model"<br>(wrong word) |
| **PAGE:** | 283 | **LINE:** | 12 | **CHANGE:** | "document" to "documents"<br>(wrong word) |
| **PAGE:** | 290 | **LINE:** | 19 | **CHANGE:** | "to as narrative processes, 52,000" to "to as an iterative process, is 52,000"<br>(wrong word) |
| **PAGE:** | 308 | **LINE:** | 1 | **CHANGE:** | "From --" to "Yeah."<br>(wrong word) |
| **PAGE:** | 321 | **LINE:** | 12 | **CHANGE:** | "this all in" to "this is all in"<br>(missing word) |
| **PAGE:** | 321 | **LINE:** | 13 | **CHANGE:** | "point" to "capacity"<br>(wrong word) |

SIGNED: _____   DATE: 11/20/2012