# Exhibit 5



**Engineer · Simulate · Innovate**

**SimuTech Group – West**
**11611 Airport Road, Suite 201**
**Everett, WA 98204-3782**

# Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico- Capping Stack Flow Calculations, July 12 to 15, 2010

Report Prepared on Behalf of the United States

Author:

Nathan Bushnell, Ph.D.
CFD Consulting Engineer

Nathan Bushnell, Ph.D.

22nd March 2013

XNBX016-000007

# Table of Contents

Table of Contents...................................................................................................................... 2

Professional Background............................................................................................................ 3

Executive Summary.................................................................................................................... 3

Introduction .............................................................................................................................. 5

Overview of CFD........................................................................................................................ 9

CFD Applied to the Capping Stack........................................................................................... 11

Results...................................................................................................................................... 22

Sensitivity testing .................................................................................................................... 23

Summary .................................................................................................................................. 28

Glossary.................................................................................................................................... 29

INFORMATION REQUIRED BY THE FEDERAL RULES OF CIVIL PROCEDURE.................................. 31

Appendix I (Resume) ................................................................................................................ 32

Appendix II (Geometry)............................................................................................................ 35

Appendix III (Roughness) ......................................................................................................... 49

Appendix IV (Material Properties) ........................................................................................... 52

Appendix V Cameron Willis Flow Coefficient CFD model ........................................................ 53

Appendix VI (Multiphase Slip).................................................................................................. 55

Appendix VII (Sensitivity) ........................................................................................................ 60

Appendix VIII (Cited Documents)............................................................................................. 77

Appendix IX (Work Cited)......................................................................................................... 78

Appendix X (Consideration Materials) ..................................................................................... 79

CONFIDENTIAL

XNBX016-000008

## Professional Background

I am a CFD Consulting Engineer at SimuTech Group. In that role, I have performed more than 40 external consulting projects using a variety of advanced Computation Fluid Dynamic (CFD) techniques for many different industries. Computation Fluid Dynamics uses computers to calculate fluid motion by solving a set of equations based on the fundamental laws of physics. My engineering expertise includes CFD Modeling of Multiphase Fluid Flows including those found in the oil and gas industry. Also, I teach both public/project specific CFD training and provide technical CFD support to various professional engineers on a multitude of fluid dynamics topics.

Some recent relevant consulting projects include:

- Analysis of a novel inline pump for down-hole applications in the oil and gas industry
- Mixing and Heating of multiphase non-Newtonian Nuclear sludge
- Simulations of Oil and Gas spills from Pipelines located at the bottom of the Sea
- Analysis of the fluid flow of a mobile water clarifier for portable clarification of Oil Sand Well waste water
- Investigation of fluid failure mechanism and redesign of a positive Displacement pump used in during fracking process
- Analysis of a inline mixer pump for down-hole applications in the oil and gas industry

I gained my Ph.D. in Chemical and Process Engineering from the University of Canterbury in New Zealand.

Refer to Appendix I for my complete Resume.

## Executive Summary

I calculated the flow through the Capping Stack using computational fluid dynamics (CFD) methods for July 14 and 15, immediately prior to shut-in of the Macondo Well, when BP was installing the Capping Stack and conducting the well integrity test. Based on my experience, it is my judgment that Computational Fluid Dynamics (CFD) methodology is an accurate well proven technology for calculating the oil flow rate through the capping stack.

The analysis for the time period from 18:00 and 20:00 on July 14, 2010, when all the flow was directed through the kill line, gives the most accurate calculated oil flow rate in my CFD modeling. At that time, the Capping Stack top ram and the choke line (gate valve) side of the Capping Stack were closed. There

CONFIDENTIAL

XNBX016-000009

were no oil collection activities occurring during this time period.  For this specific condition, the flow rate was calculated to be **54,100 bopd** (stock tank barrels of oil per day), with an uncertainty range of ±8%.  Most sensitivity studies performed showed the oil flow rate would likely be greater than the previously stated 54,100 bopd value.

The flow through the Capping Stack was also calculated at other times during the two day period prior to well closure.  These calculations included a period when all the flow was directed through the choke line of the Capping Stack while the choke valve was fully open.  Because the additional calculated oil flow rates are in line with the Kill Line No Collection case, this again supports the validity of the 54,100 bopd value.

The only experimental data available for any part of the Capping Stack were flow coefficients for the Cameron Willis (CW) CC40 valve.  So, I also independently analyzed the CC40 valve.  The CFD derived flow coefficients showed excellent agreement to the published flow coefficients, thus demonstrating the capability of CFD to predict flow rates through complex geometry such as the Capping Stack.

CONFIDENTIAL

XNBX016-000010

## Introduction

The events of April 20th, 2010 through July 15th, 2010 at the Macondo well site resulted in a substantial release of oil into the Gulf of Mexico.  On July 12th, 2010, the Capping Stack (Figure 1) was secured to the top of the BOP (blow-out preventer).  For a short period, while the capping stack was installed on the top of the BOP, oil and gas from the reservoir were allowed to continue to flow into the Gulf of Mexico. I base my analysis on data regarding that period of flow through the Capping Stack.



Figure 1: Capping Stack

The Capping stack is made up of a large diameter vertical conduit from the point of attachment to the BOP.  Moving vertically up the large bore starting from the point of attachment is a large ram (Lower Ram), then another set of two large Rams (Middle and Upper Rams), and then the large bore exits into the Gulf of Mexico.  Two smaller conduits exit perpendicularly from the large bore between the lower and middle rams.  These horizontal lines exit the large bore vertical tube and are 180° apart, diametrically opposed.  These smaller lines are the Kill Line and the Choke Line, shown schematically in Figure 2.

CONFIDENTIAL

XNBX016-000011



Figure 2  Capping Stack Schematic; Kill Line on Right; Choke Line on Left

The Kill Line components are a spool, then a gate valve and finally a vertical transition spool.  The flow path through the Kill Line starts with a horizontal 4 1/16 inch diameter bore connected to the large vertical bore.  The 4 1/16 inch diameter bore then reduces to a 3 1/16 inch diameter bore, enters the gate valve before turning a right angle to another 3 1/16 inch diameter bore from which the oil and gas exits to the gulf, Figure 3.  At end of the 3 1/16 inch horizontal bore are two dead ends.  Refer to Figure 3, which shows the engineering drawing associated with the Kill Line flow path.

CONFIDENTIAL

XNBX016-000012



Figure 3: Complete Kill Line Drawing with Fluid Path (green)

The flow path through the Choke also starts with a horizontal 4 1/16 inch diameter bore connected to the large vertical bore.  The 4 1/16 inch diameter bore then reduces to a 3 1/16 inch diameter bore, and enters the gate valve, similar to the Kill Line, Figure 4.  However, the Choke Line has additional components after the vertical transition spool.  This flow path has an inlet spool, crossover fitting, the Cameron Willis CC40 (choke) Valve (Figure 5) and a J shaped outlet spool.

CONFIDENTIAL

XNBX016-000013



Figure 4: First Part of the Choke Line flow path geometry (green), overlaid with engineering drawing



Figure 5: Choke Valve flow path geometry (green), overlaid with engineering drawing

The flow of Natural Gas and Oil through the Capping Stack could be directed in three different paths:

CONFIDENTIAL

XNBX016-000014

- straight up through the large bore pipe,

- through the Kill Line, and /or,

- through the Choke Line.

The path was controlled by opening and closing the gate valves and rams.  For instance by closing the middle Ram and Choke line gates all the flow could be directed through the kill line before exiting into the Gulf of Mexico.

On July 14 and 15, prior to the shut in (closing of all rams and valve) of the well there was a series of events for which pressure data were available and the condition of various valve positions was defined.  This provided a defined flow path and pressure drop across a known flow path, providing an opportunity to use advanced engineering tools to calculate the release of oil into the Gulf of Mexico.

Table 1: Key events relevant to report after installing the Capping Stack

| Date/Time | Event |
|---|---|
| 14Jul10/18:02 to 20:00 | Oil and Gas flow only allowed to flow through the Kill Line |
| 15Jul10/4:30 to 5:50 | A portion of the flow is collected prior to the Kill Line with remaining flowing through the Kill Line. |
| 15Jul10/6:30 to 7:30 | A different portion of the flow is collected prior to the Kill Line with remaining flowing through the Kill Line. |
| 15Jul10/12:22 | Flow through only the Choke Line with Cameron Willis CC40 choke valve positioned 0 Turns closed |

## Overview of CFD

Computational fluid dynamics (CFD) is an advanced engineering method for calculating flow. [1] CFD is a branch of fluid mechanics that uses numerical methods and algorithms to solve problems that involve fluid flows.  These problems can be either flow within a confined space, external flow around a solid body, or a combination of both.

The governing equations for CFD are derived from basic principles of physics, including the conservation of mass, energy and Newton's second Law of motion.  Almost all CFD models use a set of governing

---

[1] A glossary of technical terms and their definitions is provided at page 29.

CONFIDENTIAL

XNBX016-000015

equations for mass and momentum, with additional equations as needed, such as turbulent flow, multi-phase flow, reactions, combustion, equations of state, etc. The flow region that is to be analyzed is subdivided into many small elements. The CFD solution process is an iterative procedure where the governing equations are simultaneously solved for the numerous individual elements. Computers perform these numerous calculations.

The governing equations that describe the momentum transfer in Newtonian fluid are called the Navier-Stokes equations. A Newtonian fluid is one where the shear stress is linearly proportional to the velocity gradient. Many common fluids such as air, water, oil, and gasses meet the criteria for a Newtonian fluid. The principal equations solved in almost all CFD models are the Navier-Stokes equations combined with the conservation of mass equation. The Navier-Stokes equations were first derived in the first half of the nineteenth century. Numerical techniques are required to solve them, except for some special cases, due to the complexity of the mathematical equations.

## History of CFD

Prior to computers only very simple problems could be solved due to the labor intensiveness of manual computation. Earlier application of CFD started in the 1950s with the invention of digital computers. During succeeding years, many of the aircraft companies developed proprietary CFD codes. As computers improved and grew in their ability to consider larger numbers of equations simultaneously, the functionality of these proprietary codes expanded accordingly to allow the analysis of more complex models with improved resolution and the ability to provide more accurate results.

While the original applications of CFD to the aerospace industry have now been ongoing for more than 40 years, the first commercial CFD codes started to become available in the early 1990s. Today, multiple such commercial codes are available.

With the expanded computational capabilities now available, CFD codes have been used in the development of high-speed trains, racing yachts, cooling flows within electronic devices, wind turbines, HVAC (heating ventilating and air conditioning) installations, environmental dispersion of smoke-stack plumes and noxious fumes and almost every imaginable application involving the movement of liquids and/or gases.

CFD is a reliable, robust engineering tool for simulating complex fluid flow (for product development, government labs, research and general engineering) with a long history of accuracy and utility. CFD is commonly accepted within all engineering fields including the Oil and Gas industry, has a history of giving accurate answers and is an appropriate methodology to calculate the oil flow rate through the Capping Stack.

CONFIDENTIAL

XNBX016-000016

BP consultants used multiple CFD models during the Macondo well oil spill response.

## Methodology

- The basic process for a CFD analysis is as follows.  First, a geometric model is developed that defines the fluid flow passage.  The geometric model includes the smallest details which influence the flow.

- The model is then subdivided into smaller discrete cells (mesh).  The mesh may be uniform or non-uniform.

- The Navier-Stokes equations, conservation of mass, and the appropriate modeling equations necessary for a specific application (such as: conservation of energy, turbulence, etc.) are defined throughout the model.

- The material properties of the fluid(s) modeled are defined.

- Boundary conditions are defined.  This involves specifying the fluid behavior and properties at the boundaries of the flow volume.

- The equations are then solved using an iterative procedure.  The iterative method is based upon numerical techniques and involves changing the values at each mesh cell until the values correctly give agreement based on the equations defined by the model.  The solution is then considered "converged."

- Finally, a postprocessor is used for the analysis and visualization of the resulting solution.

- Additionally, the model is resolved to gain an understanding of the impact of modeling inputs.

- If experimental information is available, the model's results are compared against it.  No direct experimental work is available for the main CFD modeling reported, however comparison against the provided Cameron Willis (CW) flow coefficients for CC40 Plug and Cage Choke[2] flow coefficients was possible.  CFD was used to calculate flow coefficients and the results were compared against the CW test values.

## CFD Applied to the Capping Stack

### Engineering software choice

The ANSYS suite of software was chosen for this project.  ANSYS is recognized as an industry leading engineering software tool, with a long history of accurately solving industrial engineering problem.  Unless otherwise specified, all fluid analyses were performed using ANSYS CFX version

---

[2] Provided 003_CC40FNR P&C Cv=256.pdf document, LAL134-003719.

CONFIDENTIAL

XNBX016-000017

14.0.1. ANSYS CFX software is a state-of-the-art commercial computational fluid dynamics (CFD) code which uses robust numerical methods to accurately solve a variety of real-world fluid mechanics problems. ANSYS CFX has undergone over twenty years of continuous improvement resulting in a highly reliable commercially available CFD codes.

## Geometry creation

The geometry was created based on documented dimensions, scans and inspection of the Capping Stack components at the NASA Michoud Assembly Facility. When there was discrepancy between these different sources, SimuTech Group took on-site measurements which I used to confirm which values were most accurate. Additionally, SimuTech Group a few measurements where there were no values provided.

An accurate representation of the fluid passage for the kill line was created (Figure 6) using ANSYS SpaceClaim 2012™ and Ansys DesignModeler. Some minor features were removed from the model. These features were deemed to be insignificant to the flow path and therefore insignificant to the accurate oil flow rate calculation. Refer to Appendix II for more details about the specific fluid geometry created.



Figure 6: Kill Line Fluid Passage

A sensitivity study of the calculated oil flow rate to variation in the geometry was undertaken and is included in the Appendices. The oil flow rate was calculated using geometric dimensions that were varied independently based on the range of reported dimensions. The calculated oil flow rate was found to vary by only up to +4.9% and -2.3% from the baseline model (Figure 6) for the different reported dimensions. Therefore, the reported geometry differences were found to have little effect on the calculated oil flow rate.

CONFIDENTIAL

XNBX016-000018

Additionally the calculated oil flow rate was compared against the results of an alternative fluid passage with a significant number of features removed (most of the scanned data were removed) shown in Figure 7. The calculated oil flow rate for the geometry shown in Figure 7 was only 1.7% greater than the more complete geometry of Figure 6. Thus, the geometry created from the scanned data is not critical for an accurate calculation of the oil flow rate either.



Figure 7: Simplified Kill Line Fluid Passage

An additional Choke Line Model was created as shown in Figure 8. The model represents the valve in a fully open position (0 turns).

CONFIDENTIAL

XNBX016-000019



Figure 8: Choke Line Fluid Passage, choke value located zero turns.  Zoom box shows the choke valve

## Mesh Creation

Creation of a solution mesh is a necessary step for applying CFD methods.  The common accepted name for this process is "meshing" and the discrete cells created are called "the mesh".  The mesh at the surface is shown in Figure 9 and Figure 10 (23.7 million nodes **Kill Line model**).  This meshing is a full 3-D process and any region internal to the surface is also "meshed" with a volume mesh.

CONFIDENTIAL

XNBX016-000020



Figure 9: Kill Line Fluid Passage Surface Mesh

The placement of the mesh nodes and the size of the mesh elements was based on a combination of engineering experience, industrial standard practices and CFD guidelines.  The suitability of the mesh design was tested by using a number of different mesh sizes and comparing the calculated flow rates.  A large number of mesh elements/nodes can result in inordinately long solution times.  If there are too few mesh elements/nodes (large mesh size), the CFD analysis can provide erroneous results.



Figure 10: Kill Line Surface Mesh Alternative View

CONFIDENTIAL

XNBX016-000021

To determine the necessary number of mesh elements/nodes (acceptable mesh size) required, CFD calculations were done with several different mesh sizes (see Figure 11). I decided to proceed with 60,447 nodes. For an extremely large number of elements (23.7 million nodes), there was only a 1.3% difference for the calculated flow rate as compared with a model with the smallest 60,447 nodes mesh. The results of this effort had demonstrated that the results are "mesh-independent" and that the 60,447 nodes mesh that was used for the subsequent Kill Line models will produce accurate results. The time required to obtain a converged solution increases as the number of mesh elements increase. It is good CFD practice to use the largest mesh (fewest nodes) that can be proven to be mesh-independent.



Figure 11: Calculated Oil Flow Rate on different meshes

## Model definition

The fluid mass, velocity and pressure were calculated using the fundamental fluid flow equations (Navier-Stokes equations, conservation of mass), driven by the pressure drop across the capping stack. In addition, turbulence, roughness and material properties with variations due to pressure were also included with their interactions with the fluid flow.

### Multiphase modeling

Within the Capping Stack, the flow is composed of two phases, liquid oil and natural gas. The flow through the Capping Stack was modeled as a Homogenous Multiphase mixture. This model assumes relative motion (slip) between the phases is insignificant, and is not included. This approach is common practice for dispersed/ well mixed flows as is the case through the kill and choke lines. The homogeneous model was deemed valid for the following reasons:

CONFIDENTIAL

XNBX016-000022

- A review of flow regime papers indicated a dispersed/ well mixed bubbly flow[3].

- A review of research papers on particle sizing indicated a small particle size (bubble or even droplets).

- Between the inlet capping stack's inlet and outlet, the pressure drop is significant; therefore, the fluid motion through the capping stack is expected to be primarily driven by the pressure drop. Any motion caused by slip between the two phases is expected to be relatively minor.

- High flow velocities through the smaller bores and the associated Reynolds Number[4] of the flow confirmed that the flow was highly turbulent.

All of these factors indicate that the homogenous assumption would be a valid model.

The no slip assumption was tested with an Eulerian-Eulerian heterogeneous model that includes the relative motion of the oil and gas phases. The oil flow rate calculated by the Eulerian-Eulerian (slip) model only differed by +2.5% compared to the homogenous model with its no-slip assumption[5]. Thus, the no-slip assumption is deemed valid. The homogenous no-slip model was deemed the most accurate modeling method, since it can include the mass transfer between the phases that occurs inside the capping stack, which the Eulerian-Eulerian heterogeneous slip model cannot.

## Turbulence model

Nearly all industrial flows are turbulent and given the geometry of the capping stack, turbulent flow conditions were expected. The CFD solutions and subsequent values calculated for the Reynold's Number verified the assumed turbulent flow condition. In turbulent flows, the fluid motion is characterized by irregular and unsteady motion as would be seen in a flowing brook. Turbulence models are used to capture the effect of these complex flow structures. The use of such turbulent models has a long history of successful application for CFD analysis and is considered standard practice for industry.

Based on experience the K-ε turbulence model was used to account for the effects of turbulence in the capping stack. The K−ε turbulence model has a long history of accurately predicting flow in a large

---

[3] A review of liquid/liquid and liquid/gas flow regime maps was undertaken. The correction factors from the third addition of Chemical Engineers' Handbook (Perry & Chilton, 1973) were used to correct between the published air/water flow regimes and the oil/gas mixture in the capping stack. Liquid/gas flow maps considered are: (Mandhane, Gregory, & Aziz, 1974), (Baker, 1954), (Taitel, Bornea, & Duckler, 1980), (Hewitt & Roberts, 1969), (Brennen, 2005) and (Giffith, 1984). Liquid/liquid flow maps considered are: (Angeli & Hewitt, 2000) and the maps reproduced by (Angeli & Hewitt, 2000) of (Arirachakaran, Oglesby, Malinowsky, Shoham, & Brill, 1989) and (Nadler & Mewes, 1995). Complete references for each of these materials are included in the Work Cited section below.

[4] Reynold Number is a dimensionless parameter used to characterize the fluid flow by measuring the ratio of the inertial forces to the viscous forces.
[5] The variation between the slip and no-slip models calculation is due to a number of differences in the model. The +2.5% variation includes the different treatment of turbulence, wall interactions of the dispersed phase and the constant mass fraction assumption of the no-slip method.

CONFIDENTIAL

XNBX016-000023

number of different flows. As an alternative to K-ε turbulence model, the oil flow rate was calculated with several different turbulence models. The calculated flow rates varied by only +2.3% for the extreme condition compared to the Baseline K-ε model (Table 32). The selected K-ε turbulence model is therefore proven suitable for this analysis.

## Material Properties

The material properties (oil and gas density, viscosity and volume fraction) used in the model were sourced from PVT tables[6] developed by Dr. Aaron Zick, using the values at 200°F. Tables were used to define the gas/oil state as a function of pressure and the data were put into the Ansys CFX solver as a series of lookup tables. Intermediate values were interpolated based on the local pressure. Thus, the model was able to incorporate the changes in density and viscosity of the multiphase fluid detailed by the PVT tables based on the local pressure.

The mixture density and viscosity used by the Homogenous multiphase model was calculated using the following mixing laws:

$$\rho_{oil,gas} = r_{oil}\rho_{oil} + r_{gas}\rho_{gas} \tag{1}$$

$$\mu_{oil,gas} = r_{oil}\mu_{oil} + r_{gas}\mu_{gas} \tag{2}$$

Where $\mu$ is viscosity, $\rho$ is density and r is the volume fraction. The oil, gas and oil, gas subscripts denote the oil phase, gas phase and the oil and gas mixture respectively.

Additionally the oil flow rate was calculated using the material properties in the BP Black Oil Tables[7]. The oil flow rate based on BP's Black Oil tables varied by only -2.5% compared to the baseline results based on Dr. Zick's PVT tables[8]. Thus there was good agreement between the calculated oil flow rates using the two different sources for the equation of state.

## Boundary conditions

All the external surfaces on the model need to be defined to tell the solver how the fluid behaves at the boundary of the model. The external conditions are called boundary conditions. Three types of boundary conditions were used in the model: inlet, which allows fluid flow into the model; outlet, which allows fluid to flow out of the model and walls, which do not allow fluid to flow through them and produce drag to slow the fluid.

The start of the flow path (where the capping stack connects to the BOP) was defined as an inlet, and the location where the flow path exits the capping stack into Gulf of Mexico was defined as an outlet. The remaining boundaries were defined as walls. Figure 12 and Figure 13 show the location of the inlets and outlets for the Kill Line and Choke Line flow paths.

---

[6] Macondo Black-Oil Lookup Tables, Aaron Zick, Zick Technologies (Jan. 29, 2013).
[7] 029_BP Black Oil Tables from EoS for All Temps 11June2010.xls, BP-HZN-2179MDL01587488.
[8] Macondo Black-Oil Lookup Tables, Aaron Zick, Zick Technologies (Jan. 29, 2013).

CONFIDENTIAL

XNBX016-000024



Figure 12: Boundary conditions Kill Line



Figure 13: Boundary conditions Choke Line

CONFIDENTIAL

XNBX016-000025

The pressure reading at PT_3K_2[9] were corrected using the -10 psia correction[10] recommended in the Pressure Measurement System Accuracy document[11]. The corrected pressures are documented in Table 2 and Table 3 for the Kill Line and Choke Line models respectively.

Table 2: Kill Line Model Inlet Pressure

|  | PT_3K_2 (psia) | Sample Date/ Time |
|---|---|---|
| Kill Line no Collection | 2615 | 14Jul10/19:11 to 19:22 |
| Kill Line Collection 1 | 2343 | 15Jul10/4:32 to 4:35 |
| Kill Line Collection 2 | 2376 | 15Jul10/6:30 to 6:45 |

Table 3: Choke Line Model Inlet Pressure July 15, 2010

|  | PT_3K_2 (psia) | Sample Time |
|---|---|---|
| 0 Turns Choke | 3051 | 12:22 |

The pressure at the inlet to the Capping Stack model was not measured. However, the location of the PT_3K_2 pressure gauge is close to the inlet of the Capping Stack. Due to the slow velocity of the fluid through the large capping stack bore, it is reasonable to assume that both the total and static pressure[12] at the inlet into the Capping Stack is the same as the corrected pressure measurement at PT_3K_2.

For most pressure drop driven flows, it is a standard industry practice to set total pressure at the inlet and static pressure at the outlet. This methodology was used for all models.

The pressure at PT_3K_2 was compared between the calculated pressure in the CFD model and the actual measured value. These two values were found to agree within the pressure sensor error band of ±8.7 psi[13]. For the **Kill Line No Collection**, the difference was 0.13 psi which is less than the accuracy of the pressure sensors, thus confirming the validity of the inlet pressure assumptions.

In addition to the pressure, the turbulence level at the inlet was set. It was assumed that obstructions in the BOP would produce a high level of turbulence and thus the turbulence level at the inlet was set to high (10% intensity). Using a low turbulence level at the inlet was found to make only -0.1% difference

---

[9] Pressures for PT_3K_2 were obtained from 007_MC252_DataDump_071810.xls Excel Workbook, SNL087-001206 - SNL087-005671.

[10] The -4 psia correction proposed in BP-HZN-2179MDL07266172 - BP-HZN-2179MDL07266191 would result in a minor increase in oil flow rate of +0.7% compared to the Baseline model which uses a -10 psia correction.

[11] The -10 psia correction was sourced from the 011_MC252 WIT Pressure Measurement System Accuracy rev0.pdf document, BP-HZN-2179MDL06666023 - BP-HZN-2179MDL06666034.

[12] Total pressure is the pressure that would occur if all the dynamic energy was converted into pressure without any losses. The difference between total pressure and static pressure only becomes significant for high-velocity flow.

[13] Sourced from 011_MC252 WIT Pressure Measurement System Accuracy rev0.pdf, BP-HZN-2179MDL06666023 - BP-HZN-2179MDL06666034.

CONFIDENTIAL

XNBX016-000026

in the oil flow rate.  Thus, the calculation of the oil flow rate is not dependent on the assumption of the turbulent level at the inlet.

## Outlet

An area averaged static pressure outlet of 2190 psia was used[14].  The outlet location is shown in Figure 12 and 13.

## Walls

The remaining external surfaces are modeled as no slip walls.  The roughness at the wall was set at five different roughness regions; Figure 14 shows four of the regions.  Refer to Appendix III for the remaining Kill Line and Choke Line roughness values.



Figure 14: Wall Locations and roughness values

The average arithmetic mean deviation measurements ($R_a$) for each region from the surface profiling[15] were converted to a sand grain equivalence and used to include the extra drag that the non-smooth surfaces will give.  The remaining walls were modeled as smooth walls.

The sand grain roughness ($h_s$) is defined as (Coffield, Hammond, & McKeown, 1997):

---

[14] The 2190 psia ambient condition was sourced from the 011_MC252 WIT Pressure Measurement System Accuracy rev0.pdf document, BP-HZN-2179MDL06666023 - BP-HZN-2179MDL06666034.
[15] Sourced from the Surface Profiling.xlsx Excel workbook, BP-HZN-2179MDL06907946.

CONFIDENTIAL

XNBX016-000027

$$h_s = \pi \cdot R_a \tag{3}$$

The effect of wall surface finish on the calculation was tested by recalculating the oil flow rate with the minimum reported roughness values and the maximum roughness values. It was determined that the calculated oil flow rate changed by plus +1.8% and minus -1.6% respectively. It was found that the reported variation in roughness had small effect on the calculated oil flow rate.

## Results

The Capping Stack CFD models were solved using an iterative process. A set of initial conditions were used to start the solver and the solver moves through pseudo time (iterates) until the solution is no longer changing significantly, producing a steady state solution[16]. Once this occurs, the solution is considered to be converged. This convergence of the equations results in a set of discrete values calculated by the governing equations that describe the fluid flow. Once the solution was converged, the mass flow rate through the capping stack was recorded.

CFD results can be presented in a variety of manners. One approach is projection of specific flow path lines (streamlines). The flow path for the **Kill Line No Collection** model is shown in Figure 15



Figure 15: Oil Path lines for Kill Line No Collection

---

[16] Typically the solver was run until the Mass and Momentum RMS residuals were at least below $10^{-4}$ and the mass flow rate was not varying by more than ±1%.

CONFIDENTIAL

XNBX016-000028

I believe that the Kill Line No Collection case represents the most accurate method for calculating the oil flow rate through the Capping Stack for the following reasons:

- the Kill Line geometry is simpler than the Choke Line,
- the geometry of the Kill Line is more accurately defined than the Choke Line,
- extensive sensitivity studies showing little change in results were performed on the Kill Line, and
- though both sets of models give accurate results, the solution quality was higher in the Kill Line from a CFD point of view.

The three case results for the Kill Line models are presented in Table 4. These three cases were shown to have different flow rates through the Capping Stack as expected. Accounting for the known uncertainties, I found the various models to be consistent.

Table 4: Oil Flow Rate

| Case | Sample Date/ Time | Stock Barrels per day at surface |
|---|---|---|
| Kill Line No Collection | 14Jul10/19:11 to 19:22 | 54,100 |
| Kill Line Collection 1[17] | 15Jul10/4:32 to 4:35 | 54,500 |
| Kill Line Collection 2[18] | 15Jul10/6:30 to 6:45 | 54,600 |

The Choke Line model with the valve in the fully open position (0 Turns) was determined to have an oil flow rate of 53,100. This value only differed by -1.7% from the Kill Line No Collection model. This additional model result also showed consistency with the Kill Line results thus adding to the confidence of the calculated oil flow rate for the Kill Line No Collection case.

## Sensitivity testing

Numerous parameters were systematically varied and the calculated oil flow rate was recorded. In this manner, the impact of uncertainties related to geometry, flow properties or other conditions were determined. Checking the model's sensitivity provides an understanding as to the level of confidence that the model's calculated results are an accurate representation of flow through the Capping Stack. If the model is highly sensitive to inputs that are not well understood, then it is difficult to provide accurate results. Conversely, if the calculated results are not sensitive to a selected input parameter, then an accurate calculation can be expected even if there were input uncertainty.

---

[17] Includes the collection of 22,030 barrels oil per day reported from the Vx meter in 014_SNL046421 - Collection rates during well integrity test w_Vx.xls, SNL046-0421 - SNL046-0424.

[18] Includes the collection of 18,942 barrels oil per day reported from the Vx meter in 014_SNL046421 - Collection rates during well integrity test w_Vx.xls, SNL046-0421 - SNL046-0424.

CONFIDENTIAL

XNBX016-000029

The sensitivity of the modeling approach was tested using the **Kill Line No Collection** model.  The sensitivity evaluation process was based on the 60,447 Node **Kill Line No Collection** model.  The baseline calculated flow rate was the representative pressure data recorded between 17:00 and 20:00 on July 14, 2010.

The sensitivity of the CFD calculated oil flow rate were considered for:

- Inlet Pressure (Baseline, Low Pressure and High Pressure  models)
- Surface roughness (Baseline, Low Roughness and High Roughness  models)
- Turbulence level at the inlet to the Capping Stack (Baseline and Low Inlet Turbulence models)
- Turbulence model selection (Baseline and SST Turbulence models)
- Accuracy of scanned data (Baseline and Simple Geometry models)
- Material Properties (Baseline[19] and Black Oil Tables[20] models)
- Slip (Baseline, Slip Baseline models)

The results are plotted in Figure 16, Table 5 details the model plotted in Figure 16.



Figure 16: Model sensitivity results

---

[19] Material properties defined by the Macondo Black-Oil Lookup Tables, Aaron Zick, Zick Technologies (Jan. 29, 2013) as documented in previous sections.

[20] Material properties defined by the 029_BP Black Oil Tables from EoS for All Temps 11June2010.xls, BP-HZN-2179MDL01587488.

CONFIDENTIAL

XNBX016-000030

Table 5: Sensitivity model Descriptions

| Model Case | Description |
|---|---|
| Baseline | Kill Line No collection solved with 60,447 node mesh |
| Black Oil Tables | Same as Baseline except material properties were calculated from using the Black Oil Tables instead Dr. Zick's PVT tables used in the Baseline model. |
| Low Roughness | Same as Baseline except roughness at wall set to the minimum values measured. |
| High Roughness | Same as Baseline except roughness at wall set to the maximum values measured |
| SST Turbulence Model | Same as Baseline except that a different turbulence model was used, to account for the turbulence in the oil. The Shear Stress Transport Turbulence model was used instead of the K-e Turbulence model. |
| Simple Geometry (No Scanned) | Highly defeatured fluid passage geometry (Figure 4) was used instead of the standard fluid passage geometry (Figure 3), otherwise the same as the Baseline model. |
| Low Inlet Turbulence | Same as Baseline except turbulence level at the inlet was set to low instead of high. |
| Low Pressure | Same as Baseline except Inlet Total Pressure was set to 2606.3 psia (2606.7 psia = 2615 psia -8.7psi sensor uncertainty range) instead of 2615 psia. |
| High Pressure | Same as Baseline except Inlet Total Pressure was set to 2623.7 psia (2623.7 psia = 2615 psia +8.7 psi sensor uncertainty range) instead of 2615 psia. |
| Multiphase model that includes slip | Eulerian-Eulerian heterogeneous velocity model was used to model the Kill Line with no collection. This model includes the slip between the oil and gas phases. Refer to Appendix V for more details. |

Additional sensitivity studies beyond the mesh size and the studies reported above were performed, but the details are not included in the body of the report. Refer to Appendix VII for sensitivity details. These included:

- Dimensional Tolerances
- Convergence Criteria
- Timestep
- Additional Turbulence models

CONFIDENTIAL

XNBX016-000031

- Particle Sizing for Multiphase slip model
- Surface Tension for Multiphase slip model
- Multiphase slip model modeling assumptions

The oil flow rate was found to be insensitive to analyst's assumptions and the known uncertainties associated with the crude oil properties and inputs. This gives a high degree of confidence in the CFD calculated values for the oil flow rate.

The largest realistic oil flow rate deviations in the sensitivity study [21] varied between -2.5%[22] and +5%[23]. This would indicate an error in the range of +5.0%/-2.5%. However, my firsthand experience with the characterization of turbulent multiphase flows using CFD methods suggests that uncertainty would be closer to ±8%, or ±4,300 bopd, with the uncertainty slightly higher through the choke line given the extra complexity of the flow path.

If a lower oil flow calculation is defined as conservative, then the CFD model appears to be conservative, as most (not all) of the sensitivity study results indicate that the model is under-predicting rather than over predicting the flow rate.

## Validation of CFD modeling based on the Cameron Willis Flow Coefficients for the CC40 Valve

The calculated flow coefficients from a set of the CFD models have been compared against the reported Cameron Willis flow coefficients (Figure 17) and the CFD results. The new set of CFD models were based on the recreated Cameron Valve fluid void geometry (Figure 5) and used the geometry shown in Figure 40 with the valve at different positions of closure. Since flow coefficients are normally measured using water, the CFD model was created using the material properties of water. This will replicate the most likely test conditions.

---

[21] The 2mm bubble, all droplet models and the smooth model were included for reference purposes only and not included in the range calculation.
[22] Minimum oil flow rate was predicted by the model with the material properties defined by the BP Black Oil Table instead of the PVT Tables.
[23] Maximum oil flow rate was predicted by the model with the Eulerian-Eulerian slip model using SST as the turbulence model for the continuous phase.

CONFIDENTIAL

XNBX016-000032



Figure 17: Comparison between provided Cameron Cv values and Cv values predicted by CFD

The results show excellent agreement with the Cameron Willis values.  For the range of closure from 0 (fully open) to 5.5 (about 70% closed) the mean average deviation was -0.3% of the CFD values to the experimental CW values (Table 6).  The excellent agreement between the CFD results and the CW provided values validate the CFD model given modeling assumptions used.

Table 6: CFD Validation Results for CC410 Valve

| Valve Closure | Cameron Willis (CW) Cv | CFD Choke Valve Results | |
|---|---|---|---|
| | | Cv | % deviation from CW value |
| 0 | 251 | 242 | -3.5% |
| 0.5 | 256 | 241 | -5.8% |
| 1 | 256 | 243 | -5.1% |
| 1.5 | 251 | 254 | 1.1% |
| 2 | 250 | 253 | 1.2% |
| 2.5 | 240 | 240 | 0.1% |
| 3 | 220 | 222 | 1.1% |
| 3.5 | 195 | 196 | 0.5% |
| 4 | 165 | 167 | 1.1% |
| 4.5 | 133 | 134 | 0.9% |
| 5 | 103 | 105 | 2.4% |
| 5.5[24] | 76 | 78 | 2.6% |
| | | average | -0.3% |

---

[24] Model was stopped with the convergence of w momentum variable at $1.18 \times 10^{-4}$, which is above $10^{-4}$.  This is not expected to have a significant effect on the accuracy of the model and the results show good agreement with the experimental results confirming the expectation.

CONFIDENTIAL

XNBX016-000033

The only experimental data available for any part of the Capping Stack were for the flow coefficients for the CW CC40 valve. These values provided my only potential source of validation for the models. The results could not be used to directly validate the flow through the Capping Stack since different model conditions were used. But, it confirms that the geometry representation of the valve is accurate and demonstrates the accuracy of the CFD approach for modeling the flow through the Capping Stack. This additional validation increases the confidence of the other reported results.

Refer to Appendix III for more detail on the specifics of the CC40 Valve model.

## Summary

It is my engineering opinion, using Computational Fluid Dynamics (CFD) modeling, that the flow rate of oil out of the Macondo Well immediately prior to shut in was **54,100** stock barrels per day at surface conditions with an uncertainty range of ±8%. This value is most likely conservative based on sensitivity study results [25]. The estimate is based on the **Kill Line No Collection** case, which, in my professional opinion, is the most accurate of the cases considered using CFD methods.

These conclusions are based on my engineering expertise in analysis of complex fluids, provided documents[26] including BP-provided material properties and measurements, onsite measurements, third party material properties and measurements, peer-reviewed journals, commonly accepted commercial CFD engineering software, industry best practices for CFD and an extensive sensitivity analysis.

---

[25] Conservative is defined as under predicting the oil flow rate.
[26] Refer to Cited Documents for complete list of documents used.

CONFIDENTIAL

XNBX016-000034

## Glossary

**ANSYS.** Software company that provides Computer Aided Engineering programs.

**ANSYS CFX.** A CFD simulation program provided by ANSYS.

**ANSYS DesignModeler.** A 3D CAD program used to prepare and create 3D CAD geometry for use inside of ANSYS simulation tools.

**Boundary Condition.** The definition of the fluid behavior at the surface(s) in a CFD model. For example, the inlet condition allows the fluid to enter the model at a rate defined by the user.

**Computational Fluid Dynamics (CFD).** A branch of fluid dynamics that involves calculating the flow conditions from the basic fluid flow equations numerically using computers based on the geometry, fluid properties, boundary conditions and additional models that define the flow conditions.

**Converged.** The calculated flow field variables such as pressure, velocity etc. are not changing significantly between iterations and the values calculated by the CFD model equations mathematically agree within a reasonable level. Only models that have been deemed converged are presented in the report.

**Continuous phase.** The phase that is not discretely dispersed. Using air bubbles in water as an example, the water is the continuous phase.

**Dispersed phase.** The phase that is dispersed discretely throughout the continuous phase. Using air bubbles in water as an example, the air bubbles are the dispersed phase.

**Eulerian-Eulerian Multiphase (slip) model.** The motion of each phase is modeled separately and the relative motion (slip) between the two phases is accounted for using separate models including a drag law model.

**Flow coefficient, Cv (of a valve).** The flow coefficient is used to predict the flow rate of liquid across a valve based on the pressure drop across the same valve.

**Homogeneous Multiphase (no slip) model.** There is no relative motion between the phases, and the properties of the two-phase fluid mixture are used.

**Isothermal.** Temperature is constant.

**Pseudo Transient (Solver).** The iterative solving process undertaken by the CFX solver. The solver moves through "time" and tries to reach convergence. The solver does not move through "time" in a strictly physical sense, but the concept is the same.

**Mass Flow Rate.** The mass that passes through a surface during a given period of time.

CONFIDENTIAL

XNBX016-000035

**Mesh.**  The CFD model geometry is split into numerous smaller simple discrete cells.  The shape and size of the discrete cells are defined by the set of points (mesh elements and nodes).

**Mesh Elements/Nodes.**  Each of the small discrete cells in the mesh is defined by a set of nodes and elements.  The placement of the nodes and elements define the shape, size and location of the discrete cells.

**Mesh Independent.**  The calculation of the CFD model is not dependent on the mesh used within (for the model's purpose to a reasonable level of accuracy).

**Slip.**  The relative motion between phases.

**Solving.**  The definition of a CFD model results in a set of equations that need to be solved.  The numeric process involves starting at an initial estimate and then changing the values until the model is converged or is stopped.  Models may require re-running several times, using different solver setting and/or meshes before a converged solution can be reached.

**SpaceClaim Direct Modeler**.  A 3D CAD program used to create the geometry.

**Static Pressure.**  Pressure, used to reduce confusion with total pressure.

**Superficial velocity.**  The velocity of the phase if it were the only phase flowing.

**Total Pressure.**  Total pressure is the pressure that would occur if all the dynamic energy were to be converted into pressure without any losses.  The difference between total pressure and static pressure is only significant at high velocities.

**Turbulence.** The chaotic flow conditions that occur inside of most industrial equipment.

**Turbulence Model.**  A model used by the CFD code to account for the effect of turbulence on the fluid motion.

**Validation.**  The agreement between the engineering values calculated by the CFD model against like results found experimentally.

**Viscosity.**  A property of a fluid that describes its tendency to resist relative motion (Shearing), and ability to dissipate energy.  Can be thought of as thickness. A high viscosity fluid is more difficult to drive through piping systems.

**Volume Fraction.**  The fraction of volume that is one phase.  The total volume fraction of the two phases in the capping stack is equal to 1.

**Volumetric Flow rate.**  The volume that passes through a surface during a given period of time.

CONFIDENTIAL

XNBX016-000036

## INFORMATION REQUIRED BY THE FEDERAL RULES OF CIVIL PROCEDURE

1. This report contains my opinions, conclusions, and reasons therefore.
2. A general statement of my qualifications is contained in the Professional Background section of my report, page 3. A more detailed statement of my qualifications is included in Appendix I
3. I have authored the following publications in the past 10 years:
     1. Thesis: The Study of Liquid/Vapour Interaction inside a Falling Film Evaporator in the Dairy Industry, 2008.
     2. "Separation of droplets from vapour in the integrated separators of a falling film evaporator" Paper at the 7th World Congress of Chemical Engineering, Glasgow, 2005.
4. My compensation for the preparation of this report and any testimony as an expert witness at trial or deposition is as follows:  $300 per hour, $500 per hour for deposition and court time
5. I have not previously testified as an expert witness.
6. The facts and data I considered in forming my opinions are listed in Appendix X.

The opinions expressed in this report are my own and are based on the data and facts available to me at the time of writing.  I reserve the right to supplement the discussion and findings in this report should additional relevant or pertinent information become available.

CONFIDENTIAL

XNBX016-000037

## Appendix I (Resume)

**CFD Consulting Engineer**

**SimuTech Group – Seattle**

---

### EDUCATIONAL BACKGROUND

**Doctor of Philosophy, Chemical and Process Engineering**– University of Canterbury, Christchurch, New Zealand, 2008

*Thesis: The Study of Liquid/Vapour Interaction inside a Falling Film Evaporator in the Dairy Industry.*

**Bachelor of Engineering with honors, Chemical and Process Engineering** – University of Canterbury, Christchurch, New Zealand, 1999

**Engineering Expertise**

- Computational Fluid Dynamics
- Modeling of Multiphase Fluid Flows
- Modeling of Turbulence within complex industrial equipment
- Modeling of Complex Heat Transfer Radiation, Natural Convection and Phase Change

**Industry Expertise**

- Oil and Gas
- Process Industry
- Consumer Electronics
- Alternative Energy
- Homeland security and Government

### PROFESSIONAL EXPERIENCE

**CFD Consultant,** 2007 –present

SimuTech Group, Everett, WA

- Performed advanced CFD analyses using Ansys FLUENT and Ansys CFX packages.
- Prepared comprehensive technical proposals and secured more than 40 external consulting projects.
- Provide CFD specialized training for professional engineers.
- Provide Project specific training for commercial clients.
- Executed geometry de-featuring and advanced meshing technologies.
- Performed sophisticated post-processing of large CFD data using Ansys Fluent and Ansys CFD-Post packages.

---

CONFIDENTIAL

XNBX016-000038

- Provide Technical CFD support for SimuTech Group's industrial customers.
- Provide and present information to SimuTech Group's customers on the state of the art capabilities for Ansys Fluent, CFX and Icepak as new software releases occur.

**Recently Completed Projects:**

- Analysis of a novel inline pump for down-hole applications in the oil and gas industry *(CFX, Rotating Frame of Reference, Turbulence and Compressible Flow).*

- Analysis of the cooling and erosion potential for a spray cooled quench tower *(CFX, Steady State, Multiphase, Turbulence and Heat Transfer).*

- Mixing and Heating of non-Newtonian Nuclear sludge *(CFX, Multiphase, Phase Change, Fluid Structure Interactions).*

- Atomization of liquid stream into droplet prior to automated sorting *(Fluent, Transient, Multiphase and Laminar).*

- Prediction of the collapse of a piston generated underwater cavitation cloud and the resulting acoustic pressure wave *(CFX, Transient, Multiphase, Compressible, Turbulence, FSI, Structural Deformation and Stress).*

- Simulations of Oil and Gas spills from Pipelines located at the bottom of the sea *(FLUENT and CFX, Multiphase, Compressible, Turbulent and Conjugate Heat Transfer).*

- Analysis of the fluid flow of a mobile water clarifier for portable clarification of Oil Sand well waste water *(CFX, Steady State, Single Phase, MFR and Turbulence).*

- Investigation of fluid failure mechanism and redesign of a positive displacement pump used in during fracking process *(CFX, Transient, Multiphase, Mesh Deformation and Turbulence).*

- Oil sands Steam Assisted Gravity Drainage bitumen recovery and production simulations *(CFX, Steady State, Laminar and Porous Media).*

- Analysis of the mixing time required for impeller stirred bio reactor tanks *(CFX and Fluent, Multiple Frame of Reference, Multiphase, Species Transfer and Turbulence).*

- Analysis of an inline mixer pump for down-hole applications in the oil and gas industry *(CFX Multiple Frame of Reference, Multiphase and Turbulence).*

- Multiple turbine projects, including under water and compressible flows *(CFX, FSI, Rotating Frame of Reference Turbulence and Multiphase).*

- Analysis of Ring Crystallizer fluid flow *(Ansys CFX, Steady State, Porous Medium and Turbulence).*

- Analysis of the shear induced cleaning of Solar Tubes under free surface motion *(Ansys CFX, Transient, Multiphase and Turbulence).*

- Analysis of flow through vibrating ball gate valve *(Ansys CFX, Transient, Fluid Structure Interaction, Mesh deformation, incompressible and Turbulence).*

- Analysis of biomedical valve *(Ansys CFX, Steady State, incompressible and Turbulence).*

CONFIDENTIAL

XNBX016-000039

- <u>Analysis of flow and vibration of an Inline Burner</u> *(Ansys CFX, Compressible, Conjugate Heat Transfer, Turbulence and Ansys Mechanical).*

- <u>Modeling of a two-stage oxygen regulator</u> *(Ansys CFX, Compressible, Conjugate Heat Transfer and Turbulence).*

**Doctoral Student,** 2004–2008

University of Canterbury

- <u>Separation of Droplets inside of an integrated separator (Ansys CFX, Steady and Unsteady flow, Turbulence, Film Atomization and Multiphase).</u>

- <u>Wetting of Milk products on the distribution plate of a falling film evaporator (Ansys CFX, Steady and Unsteady flow, Multiphase and Laminar).</u>

**Professional Teaching Experience**

**CFD Consultant, SimuTech Group**

- Taught the Introduction to CFX (4-5day training course) seven times.     2007-present
- Developed and Taught the Ansys CFD short course (1/2 day workshop).     2011-present

**Ansys Professional Certification**

**CFD Consultant**

- 2007 Ansys Fluids Technologies certification for SimuTech Group, Fluent.
  - o  Certification model: Validation of turbulent flow over repeating hills
- 2011 Recertification SimuTech Group for Ansys CFX
  - o  Certification model: Turbulent multiphase flow through a positive displacement pump with fluid structure interactions

**SPECIAL ACCOMPLISHMENTS AND AWARDS:**

## Conference Presentation:

- Presented "Separation of droplets from vapour in the integrated separators of a falling film evaporator" Paper at the 7th World Congress of Chemical Engineering, Glasgow, 2005

## National Scholarship Awards:

- Bright Futures Enterprise Ph.D. Scholarship, 2004-2006

- CHEMECA Scholarship, 2005

CONFIDENTIAL

XNBX016-000040

## Appendix VI (Multiphase Slip)

In addition to the non-slip multiphase, the flow rate was calculated using the Eulerian-Eulerian heterogeneous multiphase model for the **Kill Line with no collection**. The Eulerian-Eulerian model includes the slip between the oil and gas phases. The most appropriate morphology for the CFD model of the capping stack was judged to be a continuous oil phase with a dispersed natural gas (bubbles) phase.

The Eulerian-Eulerian model required additional modeling parameters that the no-slip homogeneous multiphase model did not, surface tension and particle sizing. The following subsection details the calculation procedures and values for those additional parameters.

### Model Definition

The model definition of the Eulerian-Eulerian model varied from the homogenous model by the following:

- Instead of oil/ natural gas being treated as mixture each phase is individually modeled, allowing for the relative motion of each phase. The Oil phase was model as a continuous phase, while the Gas phase was modeled as dispersed phase (bubble). A representative bubble size of 0.02 (mm) was used, with the particle sizing calculation detailed in the following sections.

- The density and viscosity were defined individually for each phase using Dr. Zick's lookup tables, except for the oil density, which is discussed in the oil density section.

- Instead of a single turbulence model, the Eulerian-Eulerian model used fluid dependent turbulence models. Specifically, the Eulerian-Eulerian model uses the K-ε model for the continuous phase, and the Dispersed Phase Zero Equation for the dispersed phase.

- The interphase momentum transfer was model using the Ishii Zuber Drag force, Lift Force and Favre Averaged Drag Force Turbulent Dispersion Force.

- The volume fraction was set at the inlet based on the inlet pressure. The volume fraction was not varied throughout the model based on local pressure, as this was a limitation of the Eulerian-Eulerian model.

- The treatment at walls was also different from the homogenous model. The continuous phase was set as a no-slip wall condition using the same roughness values as the homogeneous model; however the dispersed phases was treated as a free-slip wall condition.

CONFIDENTIAL

XNBX016-000061

## Surface Tension

The surface tension was calculated from the work of (Abdu-Majeed & Abu-Soof, 2000), based on the 34.7 API report in the Schlumberger Reservoir Sample Analysis Report[35]. The dead oil surface tension ($\sigma_{do}$) was calculated from equation (6) and equation (7) (Abdu-Majeed & Abu-Soof, 2000), where T is the Temperature of the fluid in $^{\circ}$C.

$$A = 1.11591 - 0.00305T \tag{6}$$

$$\sigma_{do} = A(38.085 - 0.259API) \tag{7}$$

A 0.1 ratio for dead oil surface tension to live oil surface tension ($\sigma_{lo}$) was calculated from Figure 29 (Abdu-Majeed & Abu-Soof, 2000), with a solution gas-oil Ratio of 151 (m$^3$/m$^3$). The calculated surface tension is equal to 2.4 (dyne cm$^{-1}$).



Figure 42: Dead Oil Surface Tension to Live Oil Surface Tension

## Particle Size

The Eulerian-Eulerian multiphase model requires a representative particle size. There is no commonly accepted, universal method to predict the representative particle size. In the paper by (Hesketh, Fraser Russell, & Etchells, 1987), equations were developed to determine the steady state particle size for dilute particles in a fully developed turbulent flow.

The particle sizing the Sauter mean diameter ($d_{32}$) from Hesketh (1987) general model was used to calculate the bubble size.

---

[35] 028_201000053 BP Macondo PVT Report updated 060910.pdf, IMV147-21123 - IMV147-21172.

CONFIDENTIAL

XNBX016-000062

$$d_{32} = C_n \left\{ \frac{\dot{W}e_{crit}}{2} \right\}^{0.6} \frac{\sigma^{0.6}}{(\rho_c{}^2 \rho_d)^{0.2}} \epsilon^{-0.4} (1 + BN_{vi})^{0.6} \qquad (8)$$

where $c_n$ is the conversion factor =0.62, $We'_{crit}$ = 1, $\rho_c$ is the continuous phase density (oil), $\rho_d$ is the dispersed phase density (natural gas), B=1.5, $N_{vi}$ is the viscosity number calculated from equation (9) and $\sigma$ is the surface tension between the two phases.

$$N_{vi} = \left[ \frac{\mu_d (\epsilon d_{32})^{\frac{1}{3}}}{\sigma} \right] \left( \frac{\rho_c}{\rho_d} \right)^{\frac{1}{2}} \qquad (9)$$

where $\in$ is the local dissipation rate which Hesketh (1987) claims in a pipeline is equal to average energy dissipation, and where $\mu_d$ is the viscosity of the dispersed phase. This allows $\in$ to be calculated from equation (10).

$$\check{\epsilon} = \frac{2fv^3}{D} \qquad (10)$$

where f is the friction factor (calculated using equation 11) and v is the superficial velocity (assumed to be the continuous phase superficial velocity). The Reynolds Number (Re) can be determined using equation (12) where $v_c$ is the continuous phase superficial velocity and $\mu_c$ is the continuous phase viscosity.

$$f = 0.079 Re^{-0.25} \qquad (11)$$

$$Re = \frac{\rho_c v_c D}{\mu_c} \qquad (12)$$

Based on the **kill line with no collection**, the bubble size is 0.02mm. For completeness, the calculations were repeated assuming droplets in a gas continuous phase. The results were nearly identical and the droplet size was calculated to be 0.02mm.

CONFIDENTIAL

XNBX016-000063

Table 11: Bubble Size Calculation (Kill Line No Collection)

|  | | Continuous Phase | | |
| --- | --- | --- | --- | --- |
| Variable | | Liquid | Gas | Units |
| $v_c$ | $=$ | 89.17 | 136.66 | ft s$^{-1}$ |
| $\mu_c$ | $=$ | 0.38 | 0.02 | centipoise |
| D | $=$ | 3.0625 | 3.0625 | inch |
| $\rho_c$ | $=$ | 43.06 | 9.70 | lb ft$^{-3}$ |
| Re | $=$ | 3.8E+06 | 2.5E+07 | |
| f | $=$ | 1.79E-03 | 1.12E-03 | |
| $\varepsilon$ | $=$ | 922 | 2074 | m$^2$ s$^{-3}$ |
| $d_{32}$ | $=$ | 0.02 | 0.02 | mm |
| $d_{32}$ | $=$ | 7.5E-04 | 7.5E-04 | inch |

## Oil Density Implementation

The density for each phase is individually defined with the Eulerian-Eulerian slip model. The ANSYS CFX Solver does not directly allow a density that decreases as the pressure increases, like the oil in the Capping Stack. A multi-component fluid was used to correctly account for a decreasing density to increasing pressure relationship. The oil was modeled as two perfectly mixed constant density liquids ($\rho_A$ 800 [kg m$^{-3}$] and $\rho_B$ 500 [kg m$^{-3}$]). The mixture's density is calculated using,

$$\frac{MF_A}{\rho_A} + \frac{1 - MF_A}{\rho_B} = \frac{1}{\rho_{live\ oil}} \quad (13)$$

where the is Mass Fraction of liquid A ($MF_A$) depends on the local absolute pressure is defined by,

$$MF_A = C_1 + C_2\left(\frac{P_{abs}}{2190\ psi}\right) + C_3\left(\frac{P_{abs}}{2190\ psi}\right)^2 + C_4\left(\frac{P_{abs}}{2190\ psi}\right)^3$$
$$+ C_5\left(\frac{P_{abs}}{2190\ psi}\right)^4 + C_6\left(\frac{P_{abs}}{2190\ psi}\right)^5 \quad (14)$$

where $P_{abs}$ is the local absolute pressure and $C_1$ through $C_6$ are coefficients. The values for $C_1$ through $C_6$ were fitted using the Microsoft Excel Solver Addin by minimizing the RMS difference between the predicted density equation and the density in PVT Tables at 200$^{\circ}$F.

CONFIDENTIAL

XNBX016-000064

These coefficients were determined to be:

$$C_1 = 1.05148949$$
$$C_2 = -0.50240939$$
$$C_3 = 0.46285314$$
$$C_4 = -0.35201155$$
$$C_5 = 0.13173383$$
$$C_6 = -0.01880131$$

An algebraic equation was used within ANSYS CFX to apply the Mass Fraction relationship (equation 25).

The calculated oil density was compared against the density in the PVT tables along a single streamline for the Baseline slip model results and the difference in density was less than 0.3% as implemented inside of Ansys CFX confirming the accuracy of the method.

CONFIDENTIAL

XNBX016-000065

Table 35: Isothermal Assumption

| | Specific Heat $(J\ kg^{-1}\ K^{-1})$ | Thermal Conductivity $(W\ m^{-1}\ K^{-1})$ | Oil Flow (bopd) | % difference from Baseline |
|---|---|---|---|---|
| *Isothermal* | - | - | **54,100** | - |
| Total Energy | 2502 | 0.16 | 53,900 | -0.3% |
| Total Energy +20% CP | 3002 | 0.16 | 53,900 | -0.4% |
| Total Energy -20% CP | 2001 | 0.16 | 53,800 | -0.4% |
| Total Energy +20% k | 2502 | 0.20 | 53,900 | -0.3% |
| Total Energy -20% k | 2502 | 0.13 | 53,900 | -0.3% |

## Material Properties

As an alternative to the PVT tables the Kill Line no collection model was resolved using the material properties defined in the Black Oil Tables.  The oil volume fraction was calculated from

$$r_{oil} = 1 - \frac{\frac{V_{gas}}{V_{oil}}}{\frac{V_{gas}}{V_{oil}} + 1} \tag{17}$$

$$\frac{V_{gas}}{V_{oil}} = \frac{(GOR_{Res} - GOR)}{FVF_{Oil}} \tag{18}$$

where $r_{oil}$ is the oil volume fraction, $V_{gas}$ is volume of gas, $V_{oil}$ is volume of oil, $FVF_{oil}$ is the oil formation volume factor, GOR is the Gas Oil Ratio at the local pressure and $GOR_{Res}$ is the Gas Oil Ratio at Resource conditions.  A linear interpolation between the reported values in black oil table at 40 °F and 80 °F was used to calculate the density of both the oil and the gas at standard conditions.

The calculated volumetric flow of oil at surface conditions are reported using material properties calculated form the Black Oil Tables for comparison against the original **Baseline** model's PVT Tables (Table 36).  The flow rate through the capping stack for the Black Oil Tables was converted into stock oil barrels using the same conversion factor as documented in Appendix IV.

Table 36: Material Property Sensitivity

| Source | Oil Flow (bopd) | % difference from Baseline |
|---|---|---|
| *PVT Tables* | **54,100** | - |
| Black Oil Tables | 52,700 | -2.5% |

## Kill Line Multiphase Slip Modeling Sensitivity

A sensitivity study was also performed on the Eulerian-Eulerian multiphase slip model; the results of the study are presented in the following section.

CONFIDENTIAL

XNBX016-000076

## Bubble and Droplet Size

The calculated volumetric flow of oil at surface conditions is reported in Table 37 for a number of different bubble sizes for reference instead of the **Baseline Eulerian-Eulerian** model's 0.02 (mm) bubble size.  Additionally the oil flow rate for the droplet morphology[54] and several different droplet sizes are presented in Table 38 for reference.

Table 37: Bubble Size Sensitivity

| Bubble Size (mm) | Oil Flow (bopd) | % difference from Baseline |
|:---:|:---:|:---:|
| 2 | 52,700 | -2.5% |
| 0.2 | 54,800 | +1.3% |
| **0.02** | **55,400** | **+2.5%** |
| 0.005 | 55,500 | +2.8% |

Table 38: Droplet Size Sensitivity

| Droplet Size (mm) | Oil Flow (bopd) | % difference from Baseline |
|:---:|:---:|:---:|
| 2 | 55,100 | +1.9% |
| 0.2 | 58,800 | +8.8% |
| 0.02 | 58,800 | +8.8% |
| 0.005 | 58,300 | +7.9% |

## Drag Law Selection

The calculated volumetric flow of oil at surface conditions is reported with two different Drag Laws (Grace and Schiller Naumann) instead of the **Baseline Eulerian-Eulerian** model's Ishii-Zuber drag law (Table 39).

Table 39:  Drag Law Selection Sensitivity

| Drag Law | Oil Flow (bopd) | % difference from Baseline |
|:---|:---:|:---:|
| *Ishii-Zuber Drag Law* | **55,400** | *+2.5%* |
| Grace Drag Law | 55,500 | +2.6% |
| Schiller Naumann Drag Law | 55,500 | +2.6% |

## Non Drag Law Interactions

The calculated volumetric flow of oil at surface conditions is reported with two additional sets of non-Drag Law interaction (no interactions and one including dispersion, virtual mass, Legendre Magnaudet

---

[54] The gas continuous phase (k-ε turbulence model) and liquid dispersed phase (dispersed phase zero equation turbulence model).

CONFIDENTIAL

XNBX016-000077

lift force and Frank wall lubrication) instead of the **Baseline Eulerian-Eulerian** model's dispersion and virtual mass only interactions (Table 40).

Table 40: non-Drag Law Selection Sensitivity

| non drag law interactions | Oil Flow (bopd) | % difference from Baseline |
|---|---|---|
| *with dispersion and virtual mass* | **55,400** | *+2.5%* |
| with no interactions | 55,400 | +2.6% |
| with dispersion, virtual mass, lift force and wall lubrication | 55,500 | +2.7% |

## Surface Tension

The calculated volumetric flow of oil at surface conditions is reported with two different surface tension values (24 dyne cm$^{-1}$ and 2.6 dyne cm$^{-1}$) instead of the **Baseline Eulerian-Eulerian** model surface tension value of 2.4 (dyne cm$^{-1}$) (Table 41).  The bubble size was kept constant at 0.02 (mm).

Table 41: Surface Tension Sensitivity

| Surface Tension | Oil Flow (bopd) | % difference from Baseline |
|---|---|---|
| *current surface tension* | **55,400** | *+2.5%* |
| high surface tension ( 24 dyne cm$^{-1}$) | 55,00 | +2.7% |

## Multiphase Turbulence

The calculated volumetric flow of oil at surface conditions is reported for different multiphase turbulence selections instead of the **Baseline Eulerian-Eulerian** bubble Heterogeneous bubble setting. In addition, the treatment of the dispersed phase at the walls is also tested against the **Baseline Eulerian-Eulerian** model's free slip condition (Table 42).

Table 42: Multiphase Turbulence Sensitivity

| Multiphase Turbulence | Oil Flow (bopd) | % difference from Baseline |
|---|---|---|
| *Heterogeneous, bubbles, Free slip walls* | **55,400** | *+2.5%* |
| Heterogeneous, bubbles, No slip walls | 55,600 | +2.8% |
| Homogeneous, bubbles, No slip walls | 54,500 | +0.8% |

## Continuous Phase Turbulence Model

The calculated volumetric flow of oil at surface conditions is reported using the Shear Strain Transport Turbulence model (SST) for the oil phase instead of the **Baseline Eulerian-Eulerian** K-ε turbulence model for the oil phase, Table 43.

CONFIDENTIAL

XNBX016-000078

Table 43:  Turbulence Model Selection Sensitivity

| Continuous Phase Turbulence Model | Oil Flow (bopd) | % difference from Baseline |
|---|---|---|
| K-ε | 55,400 | +2.5% |
| SST | 56,700 | +5.0% |

## Choke Line Sensitivity

The Choke Line sensitivity results are presented in the following sections.

### Choke Line Mesh Sensitivity

The Choke 0 Turns was a test of mesh sensitivity.  The calculated volumetric flow of oil at surface conditions is reported using different meshes, Table 44.

Table 44:  Choke Line Mesh Sensitivity

| | Nodes | Oil Flow (bopd) | % difference from Choke 0 Turns Baseline |
|---|---|---|---|
| Baseline | 327,474 | 53,100 | - |
| Mesh 1 | 330,616 | 53,400 | +0.4% |
| Mesh 2 | 543,807 | 53,300 | +0.3% |
| Mesh 3 | 1,302,595 | 53,200 | +0.2% |

## Choke Model Diameter Q

The calculated volumetric flow of oil at surface conditions is reported values with the largest reported diameter 3.079" for comparison against the original **Choke 0 Turns Baseline** model 3.050" inch Diameter, which is also the smallest reported diameter, Table 45.

Table 45:  Choke Model Diameter Q Sensitivity

| Diameter Q (inch) | Oil Flow (bopd) | % difference from Choke 0 Turns Baseline | Notes |
|---|---|---|---|
| 3.050" | 53,100 | - | Choke Line Baseline |
| 3.079 | 53,400 | +0.4% | Max Reported Value[55] |

## Choke Model Length N

The calculated volumetric flow of oil at surface conditions is reported for a shorter Length N.  Length N was reduced by 1" to 47.125" compared with the reported 48.125", Table 46.

---

[55] 8a 32_Physical Measurements-refer to document from 2011.11.15.xlsx, BP-HZN-2179MDL06907946.

CONFIDENTIAL

XNBX016-000079