# Exhibit 6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL        )  MDL NO. 2179
BY THE OIL RIG           )
"DEEPWATER HORIZON" IN   )  SECTION "J"
THE GULF OF MEXICO, ON   )
APRIL 20, 2010           )  JUDGE BARBIER
                         )  MAG. JUDGE SHUSHAN

\*\*\*\*\*\*\*\*

VOLUME 1

\*\*\*\*\*\*\*\*

Deposition of NATHAN PETER KEITH BUSHNELL, Ph.D., taken at Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on July 18, 2013.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

```
08:33  1                    THE VIDEOGRAPHER:  This is the deposition of
08:33  2    Nathan Bushnell in regard to the oil spill of the oil rig
08:33  3    DEEPWATER HORIZON in the Gulf of Mexico on April 20th,
08:33  4    2010.  Today's date is July 18th, 2013.  The time is
08:33  5    8:33 a.m.  We are now on the record.
08:33  6                    NATHAN PETER KEITH BUSHNELL, Ph.D.
08:33  7    having been first duly sworn, testified as follows:
08:33  8                              EXAMINATION
08:33  9    BY MS. SALTZBART:
08:33 10        Q.  Good morning, Dr. Bushnell.  My name is Ilana
08:34 11    Saltzbart.  We met off the record, but I wanted to
08:34 12    introduce myself on the record.  I'm here with my
08:34 13    colleague, Andy Schrag.  We work for the law firm of
08:34 14    Kirkland & Ellis, and we're here today representing BP.
08:34 15            Could you please state your full name?
08:34 16        A.  It's Nathan Peter Keith Bushnell.
08:34 17        Q.  Could you spell that, please?
08:34 18        A.  The Bushnell?
08:34 19        Q.  I think your middle name.
08:34 20        A.  It's Nathan and Peter.  There's two of them.
08:34 21        Q.  Oh, Nathan and Peter.  Nathan Peter?
08:34 22        A.  Yeah.
08:34 23        Q.  Got it.
08:34 24            And who is your current employer?
08:34 25        A.  SimuTech Group.
```

```
09:21  1    consulting engineer title, but they're all -- like
09:21  2    different offices we use slightly different titles.  But
09:21  3    they do the CFD for consulting and they're engineers,
09:21  4    so...
09:21  5        Q.  Okay.  With that clarification, I -- I thank you
09:21  6    for that.
09:22  7            And let me just make sure I understand.  Are
09:22  8    there other consultants that apply CFD for SimuTech
09:22  9    nationwide that have more professional experience applying
09:22 10    CFD to multiphase flow in the oil and gas industry than
09:22 11    you?
09:22 12        A.  Not as far as I know, no.
09:22 13        Q.  Do you have an understanding as to why you're the
09:22 14    most qualified person at SimuTech Group to be providing
09:22 15    expert testimony in this litigation regarding the flow
09:22 16    rate of a multiphase hydrocarbon fluid using CFD?
09:22 17        A.  I was selected by my management because of my
09:22 18    qualifications and experience.
09:22 19        Q.  Who specifically in your management selected you?
09:22 20        A.  I don't know for -- for certain, but I -- I
09:22 21    believe it was Alan McKim.
09:23 22        Q.  Can you spell that, please?
09:23 23        A.  Alan, A-L-A-N, McKim, I probably can't spell it
09:23 24    right.  So I think it's M-c-K-I-M -- K-I-M.
09:23 25        Q.  How do you know Alan McKim?
```

```
09:58   1    opinion?
09:58   2                MS. FLICKINGER:  Objection; form.
09:58   3         A.  I mean, I've done additional projects.
09:58   4         Q.  (BY MS. SALTZBART)  That are not listed?
09:58   5         A.  Yeah.  I just listed some recent ones.
09:58   6         Q.  How many additional projects have you performed
09:58   7    that are not listed?
09:58   8         A.  Probably 20-something more.
09:58   9         Q.  20?
09:58  10         A.  24 -- I -- I remember counting back that I've
09:58  11    done about 40 projects and there's 16 -- oh, sorry -- 18
09:58  12    presented here, so...
09:58  13         Q.  The one -- the projects that you did not include
09:58  14    in your report, were they relevant to the work that you
09:58  15    were doing in this litigation?
09:58  16         A.  They were, I'd say, less relevant.
09:58  17         Q.  Did they involve CFX?
09:58  18         A.  Mostly, yes.
09:58  19         Q.  Did they involve the oil and gas industry?
09:59  20         A.  No.  But they involved modeling fluids, except
09:59  21    for one or two, which were FEA.
09:59  22         Q.  So you also performed analyses using ANSYS for
09:59  23    finite element analysis?
09:59  24         A.  I have, yes.
09:59  25         Q.  The résumé that you included with your original
```

```
09:59   1    report, is it accurate?  I know that we've identified
09:59   2    projects that are missing, but the content that you've
09:59   3    listed, is it accurate?
09:59   4         A.  As far as I'm aware, yes.
09:59   5         Q.  Is there anything that you would add to the
09:59   6    professional experience that you list in your résumé that
09:59   7    would be relevant to the work you performed on behalf of
09:59   8    the United States in this litigation?
09:59   9         A.  No, I think those are the main points I would
09:59  10    include.
09:59  11         Q.  So other than what is listed on your résumé,
10:00  12    there is no other experience or training that you have
10:00  13    that is relevant to the opinions you expressed in this
10:00  14    case on behalf of the United States?
10:00  15              MS. FLICKINGER:  Object to form.
10:00  16         A.  I mean, my experience in -- of general CFD and,
10:00  17    you know, modeling and pressure drop and these things are
10:00  18    relevant because it's a similar process, but it's not the
10:00  19    most relevant.
10:00  20         Q.  (BY MS. SALTZBART)  So, for instance, you said
10:00  21    modeling and pressure drop.  Would modeling and pressure
10:00  22    drop associated with a single-phase fluid inform your
10:00  23    opinions in this case?
10:00  24         A.  It's -- they're closely associated.  You know,
10:00  25    you -- you -- everything is based upon the same, you know,
```

```
10:00   1    fluid dynamics and -- I mean, it's --
10:01   2         Q.  You think the pressure loss associated with the
10:01   3    flow of a single-phase fluid is the same with pressure
10:01   4    losses of a multiphase fluid?
10:01   5         A.  No.  What I think is that the process of
10:01   6    modeling, single phase, multiphase, or any of these other
10:01   7    more complicated things, is they're all -- they're all
10:01   8    related because you're -- you're using the same
10:01   9    techniques.  You're just using different models.
10:01  10         Q.  When you say "the process of modeling," are you
10:01  11    referring to the process of setting up a CFX model?
10:01  12         A.  Yeah, setting up, defining it, solving it,
10:01  13    looking at results, writing reports.
10:01  14         Q.  If we could turn to Page 33.
10:02  15              MS. SALTZBART:  Can we go off the record.
10:02  16              THE VIDEOGRAPHER:  I can fix it while we go
10:02  17    if you want.
10:02  18              MS. SALTZBART:  Can we go off the record,
10:02  19    please.
10:02  20              THE VIDEOGRAPHER:  The time is 10:02 a.m.,
10:02  21    and we're off the record.
10:02  22                       (Break.)
10:04  23              THE VIDEOGRAPHER:  The time is 10:04 a.m.,
10:05  24    and we're back on the record.
10:05  25         Q.  (BY MS. SALTZBART)  Dr. Bushnell, we're looking
```

| | | |
|---|---|---|
| 12:09 | 1 | selection of homogeneous model is independent of flow |
| 12:09 | 2 | regime and the fact that you can show that independent of |
| 12:09 | 3 | whether it's a bubble or droplet model, you would get the |
| 12:09 | 4 | same, you know, consistent result. |
| 12:09 | 5 | **Q. Did you apply the concept of using the volume** |
| 12:09 | 6 | **fraction of gas to determine whether a bubbly flow regime** |
| 12:09 | 7 | **existed in either your initial report, your rebuttal** |
| 12:09 | 8 | **report or the revision?** |
| 12:09 | 9 | MS. FLICKINGER:  Asked and answered. |
| 12:09 | 10 | A.   What do you mean by "applied the concept"? |
| 12:09 | 11 | Like -- |
| 12:09 | 12 | **Q.   (BY MS. SALTZBART)  Do you understand that you** |
| 12:09 | 13 | **can use the volume fraction of gas to determine whether a** |
| 12:10 | 14 | **flow regime is bubbly?** |
| 12:10 | 15 | A.   Yes. |
| 12:10 | 16 | **Q.   Okay.  Did you apply that methodology to** |
| 12:10 | 17 | **determining the flow regime in this case?** |
| 12:10 | 18 | A.   No. |
| 12:10 | 19 | **Q.   Dr. Bushnell, could you please describe how you** |
| 12:10 | 20 | **used flow regime maps in your initial report?  And that's** |
| 12:10 | 21 | **the report that's been marked as 11705.** |
| 12:10 | 22 | A.   So when I initially started the project we |
| 12:10 | 23 | considered including slip dissemination models.  So part |
| 12:10 | 24 | of that needed to choose a morphology selection.  And so I |
| 12:11 | 25 | looked at flow regime maps, determined that I thought |

```
12:11  1    bubbly was the most appropriate.
12:11  2              I ran those models.  I identified that slip
12:11  3    wasn't important, it doesn't have a significant effect.  I
12:11  4    also looked to see if droplet would be significant and I
12:11  5    didn't, since that's the other alternative choice of
12:11  6    morphology.
12:11  7              I then went back and looked at the flow regime
12:11  8    maps, the oil -- you know, the liquid and vapor or --
12:11  9    liquid and vapor flow regime maps to see through the --
12:11 10    the 3-1/16 horizontal and vertical bores, whether they
12:11 11    would be consistent with well-mixed solution or
12:11 12    homogeneous model, and the fact that they were
12:11 13    significantly off the axis on a lot of the maps would
12:12 14    indicate the flow was well mixed.
12:12 15              I additionally looked at some liquid/liquid -- a
12:12 16    liquid/liquid flow map because the fact that the gas is so
12:12 17    compressed it's actually closer to a liquid density than a
12:12 18    gas density, so it's kind of coming at it another angle,
12:12 19    and saw that for flow rates above -- I believe it was
12:12 20    about 3 meters per second, you had conditions that would
12:12 21    indicate well mixed.
12:12 22              I think that's pretty much how I -- I...
12:12 23         Q.  What you just described for purposes of your
12:12 24    initial report, is that what you did also in your rebuttal
12:12 25    report?
```

```
12:12  1        A.   In my rebuttal report I presented the work for
12:12  2   the flow regime maps I had done and why I chose bubbly
12:13  3   versus droplet as my first candidate for Eulerian-Eulerian
12:13  4   model.
12:13  5        Q.   The --
12:13  6        A.   As a -- and as the Eulerian-Eulerian model is
12:13  7   used to -- as a point of confirmation of the validity of
12:13  8   the slip model.  No slip model.
12:13  9        Q.   That Eulerian-Eulerian model does not allow for
12:13 10   mass transfer.  Correct?
12:13 11        A.   Yeah, that's correct.  But my homogeneous model
12:13 12   did.
12:13 13        Q.   The flow regime maps that you presented in your
12:13 14   rebuttal report, had you prepared them in reaching the
12:13 15   opinions and conclusions contained in your initial report?
12:14 16             MS. FLICKINGER:  Objection to form.
12:14 17        A.   I had prepared them except for the Fair one where
12:14 18   I -- in my rebuttal report I went through and just checked
12:14 19   numbers and stuff like that.
12:14 20        Q.   (BY MS. SALTZBART)  Which was the one that you
12:14 21   prepared specifically for your rebuttal report?
12:14 22        A.   The additional one was Fair.
12:14 23        Q.   Can you spell that?
12:14 24        A.   F-A --
12:14 25        Q.   Oh, Fair -- Fair.  I'm sorry.
```

```
05:39  1              A.   Yes.
05:39  2              Q.   Going back to your rebuttal report.  And, again,
05:40  3        that's Page 9.  And that was Tab 2, Exhibit 11706.  In the
05:40  4        third bullet you write, "That Halliburton expert,
05:40  5        Dr. Strictland's model, also showed that the temperature
05:40  6        of the oil and gas just before exiting to the sea would be
05:40  7        200 -- 200 degrees Fahrenheit"?
05:40  8              A.   Yep.  Yes.
05:40  9              Q.   So another basis for your opinion that
05:40 10        200 degrees Fahrenheit is the more reasonable inlet
05:40 11        temperature is because Halliburton -- Halliburton's expert
05:40 12        had a model that came up with 200 degrees Fahrenheit as
05:40 13        the temperature in the capping stack?
05:40 14              A.   I -- I think it's the fact that there's a range
05:40 15        of temperatures, and my understanding, a range of measured
05:40 16        temperatures and temperatures used is between 180 and 220.
05:41 17        200 is a median number which is -- you know, it's a good
05:41 18        practice to kind of use a median number.
05:41 19              Q.   Did you review and evaluate Dr. Strictland's
05:41 20        expert report?
05:41 21              A.   I reviewed it looking for the temperature
05:41 22        information.
05:41 23              Q.   Did you review the methodology that he used in
05:41 24        his report?
05:41 25              A.   That's not something I would understand -- or
```

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA


  IN RE:  OIL SPILL       )  MDL NO. 2179
  BY THE OIL RIG          )
  "DEEPWATER HORIZON" IN  )  SECTION "J"
  THE GULF OF MEXICO, ON  )
  APRIL 20, 2010          )  JUDGE BARBIER
                          )  MAG. JUDGE SHUSHAN




                    * * * * * * * *
                     VOLUME 2 OF 2
                    * * * * * * * *
```

Deposition of NATHAN PETER KEITH BUSHNELL, Ph.D., taken at Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on July 19, 2013.

```
11:06  1         A.   Yes.
11:06  2         Q.   What did you mean when you wrote "the
11:06  3    Eulerian-Eulerian heterogenous slip model cannot" include
11:06  4    mass transfer between the phases?
11:06  5         A.   I couldn't include the gas evolution between the
11:06  6    phases.
11:06  7         Q.   You couldn't set up the Eulerian-Eulerian model
11:06  8    to allow for mass transfer.  Is that right?
11:06  9         A.   There -- there wasn't a model that was already
11:07 10    built that I could use with the information I had.
11:07 11         Q.   Are you saying that CFX doesn't allow for mass
11:07 12    transfer?
11:07 13         A.   CFX allows for mass transfer.  So you can add in
11:07 14    your own model if you have one.
11:07 15         Q.   In fact, isn't it true that the CFX user manual
11:07 16    explains how to add a mass source to represent mass
11:07 17    transfer between the phases?
11:07 18         A.   Yes, the CFX code is written such that you can
11:07 19    add your own custom codes, and mass transfer is one of
11:07 20    those thing that can be done.  So it's -- you can extend
11:07 21    out the code.
11:07 22         Q.   And in fact CFX has a template for including mass
11:07 23    transfer.  Right?
11:07 24         A.   What do you mean?  I -- I can't remember.  I
11:07 25    don't -- I haven't seen it.
```

```
11:07  1         Q.  Have you used the -- have you ever implemented
11:07  2    mass transfer in an Eulerian-Eulerian model?
11:08  3         A.  Yes.
11:08  4         Q.  And why -- what were the circumstances of you
11:08  5    doing that there?
11:08  6         A.  It was during a phase change model.
11:08  7         Q.  And what type of fluid were you modeling?
11:08  8         A.  Non-newtonian and -- a non-newtonian fluid with
11:08  9    steam coming in.
11:08 10         Q.  And had someone else set up the model for you so
11:08 11    that they had allowed for mass transfer in that
11:08 12    Eulerian-Eulerian model?
11:08 13         A.  I used the thermal mass transfer model, which is
11:08 14    part of -- in CFX.
11:08 15         Q.  Okay.  And why were you not able to use mass
11:08 16    transfer in your Eulerian-Eulerian model in this case?
11:08 17         A.  To use the thermal model I would have to have
11:08 18    thermal information I didn't have available.
11:08 19         Q.  And is there another way to model mass transfer
11:08 20    other than the -- the thermal -- what was the name of the
11:08 21    model you called it the thermo --
11:08 22         A.  Thermal model.
11:08 23         Q.  Thermal --
11:09 24         A.  Terminal -- terminal phase change.
11:09 25         Q.  Thermal -- thermal phase change.  Is there
```

```
11:09  1   another way to model mass transfer?
11:09  2        A.   I'm sure that there's lots of ways to model mass
11:09  3   transfer.
11:09  4        Q.   So you agree you could have done it for your
11:09  5   Eulerian-Eulerian model and that you didn't do it?
11:09  6             MS. FLICKINGER:  Objection; form.
11:09  7        A.   I -- I didn't have the information I needed to do
11:09  8   it.  But technically it's possible to add in additional
11:09  9   models that would, you know, account for mass transfer if
11:09 10   you have the information to do that.
11:09 11        Q.   (BY MS. SALTZBART)  What information did you
11:09 12   need?
11:09 13        A.   I would need -- it depends upon the exact mass
11:09 14   transfer model you're using.
11:09 15        Q.   What mass transfer model -- what mass transfer
11:09 16   model would you have implemented in this specific case?
11:09 17        A.   I would have liked to have used the thermal phase
11:09 18   change model.
11:09 19        Q.   And you've used that model before?
11:09 20        A.   Yes.
11:09 21        Q.   So what information did you not have that you
11:09 22   needed for the thermal mass transfer model?
11:10 23        A.   I didn't have thermal --
11:10 24        Q.   The thermal phase change model, I mean.
11:10 25        A.   -- thermal information.  You know, I didn't have
```

```
11:10  1    very accurate CPs and thermal conductivities or heat
11:10  2    transfer.
11:10  3         Q.   Did you ask for that information?
11:10  4         A.   Yes.
11:10  5         Q.   And it wasn't provided to you?
11:10  6         A.   No.
11:10  7         Q.   Do you know why it wasn't provided to you?
11:10  8         A.   I don't believe people had it.
11:10  9         Q.   Where would you ordinarily find that type of
11:10 10    information?
11:10 11         A.   So the thermal information for like the fluids --
11:10 12    some of that you can find in open sources, some of that
11:10 13    you'd have to get -- it would be part of the EOS stuff,
11:10 14    which is outside my kind of -- I didn't even know you
11:10 15    could call it part of EOS.  It's the fluid property
11:10 16    development.
11:10 17         Q.   And you're aware that the United States has a --
11:10 18    an expert who prepared an equation of state model.
11:10 19    Correct?
11:10 20         A.   Yes.
11:10 21         Q.   Did you ask -- dud you ask for information from
11:11 22    him?
11:11 23         A.   I got equation of state information, but I didn't
11:11 24    get thermal information.
11:11 25         Q.   Did you specifically ask for thermal information
```