# Exhibit 7



**Engineer · Simulate · Innovate**

**SimuTech Group – West**
**11611 Airport Road, Suite 201**
**Everett, WA 98204-3782**

# Rebuttal Report

# Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico- Capping Stack Flow Calculations, July 12 to 15, 2010

Report Prepared on Behalf of the United States

Author:

Nathan Bushnell, Ph.D.
CFD Consulting Engineer

Nathan Bushnell, Ph.D.

10th June 2013

XNBX024-000002

## Executive Summary

This report is a rebuttal to the technical reports of Dr. Lo, Dr. Sundaresan, and Dr. Nesic.

Both Dr. Lo and I calculated the standard barrels of oil at the surface using the same basic steps:

- We used a CFD model to calculate the mass flow rate through the capping stack and

- We then converted this mass flow rate to standard barrels of oil per day at the surface based on a conversion factor (shrinkage factor).

A significant portion of the difference between Dr. Lo's results and my results as indicated by the standard barrels of oil at the surface is a result of the conversion factor selected and not CFD calculations. If we had used the same conversion factor[1], Dr. Lo would have calculated 51,000 bpod, the same 5.4% difference as the mass flow rate through the Capping Stack as shown in Table 2. This difference is well within the 8% uncertainty associated with CFD as stated in my report. Dr. Lo produced a CFD model that **agrees** within the lower bounds of my results. Using the 8% uncertainty my results also agree within the upper bounds of Dr. Lo's results. Thus, **the two CFD models are essentially predicting the same flow rate**.

Table 1 summarizes the differences between Dr. Lo's and my results for the Kill Line.

Table 1 : Comparison between Kill Line Results

|  | Dr. Lo | My Results | % Difference |
|---|---|---|---|
| Standard Barrels of Oil per day (bopd). | 44,631 | 54,100 | 17.5% less |
| Mass flow rate through the capping stack (kg/s). | 113.3 | 119.8 | 5.4% less |

Removing from Dr. Lo's CFD results two inputs, the Equation of State (EOS) and temperature -- which are not CFD model issues-- the difference is 1.7%. This is remarkably small considering the variety of assumptions used.

While Dr. Lo's results generally agree with and confirm my results, I believe my mass flow rate results are the more accurate representation of the flow through the capping stack.

---

[1] My choice of conversation factor is conservative. Dr Zick's oceanic separation process and its associated conversion factor results in a higher oil flow rate. The oceanic separation conversion is covered in the rebuttal report of Dr Zick.

XNBX024-000003

I performed extensive sensitivity studies that showed my results were reasonably unaffected by changes associated with various parameters.  The extensive sensitivity study included:

- Eulerian-Eulerian flow
    - Liquid phase continuous & various bubble sizes,
    - Gas phase continuous with various droplet sizes, and
    - Multiphase model selection
- Homogeneous flow,
    - Mesh size,
    - Turbulent model selection,
    - Surface finish,
    - Various levels of geometry detail,
    - Pressure gauge uncertainty, and
    - Geometry measurement uncertainties.

I used the results of my sensitivity study and my engineering experience to conclude an uncertainty range of ±8% for the kill line CFD model results was appropriate.  In contrast, Dr. Lo did not put forth an overall range of uncertainty for his results.  It is good standard engineering practice to give uncertainty information for engineering results.

When comparing Dr. Lo's calculated choke valve model results with experimental test data for the fully opened valve position, his analysis under predicted the flow rate by about 8.0%.[2]  Dr. Lo's choke value results are consistent with the ±8% uncertainty that I had suggested in my report.

Almost all of Dr. Lo's assumptions result in a lower calculated flow rate.  Some of the assumptions that I take exception to are:

1. Dr. Lo used the wrong boundary conditions for his exit flow model.  His exit loss model does not allow water that is entrained in the jet to be replaced by water entering his control volume through the bottom or sides.  Technically Dr. Lo's sea plenum model is no more sophisticated than the well studied sudden expansion model found in standard fluid dynamics textbooks.
2. Dr. Lo uses the wrong geometry for the Kill Line exit.  It is not a straight pipe but has an outlet taper.
3. Dr. Lo's exit model gives inconsistent predictions between the choke and kill line models.
4. Dr. Lo selects the fluid temperature of 220°F that will result in the lowest flow rate.  I used 200°F, which is a value more consistent with other measurements that was used during the response.
5. Dr. Lo used a conversion factor to convert his mass flow rate to barrels of oil at surface conditions that resulted in a significantly lower surface volume.

---

[2]  Dr. Lo on page 22 of his report "The results of this study are shown in Figure 5.2 and confirm that the model reproduces the performance of the valve ".  Figure 5.2 includes the fully open position results.

XNBX024-000004

6. Dr. Lo claims that the Eulerian-Eulerian multiphase model which includes the slip between the phases is necessary to calculate oil mass flow rate. However, his own calculated results contradict this assertion. His droplet model shows **no difference** (0.0%) in mass flow rate through the Kill Line when compared to my homogeneous multiphase model.

7. Dr. Lo made a fundamental error in determining the flow regime that existed in the 18.75 inch riser section prior to entering the kill line or choke line. He failed to apply the correction factors to account for the property differences associated with test data and the gas/oil flow in the capping stack. As a result, his plot showed an annular flow regime, yet with the application of the necessary correction factors the Hewitt-Roberts plot clearly indicates a dispersed gas (bubble) flow regime.

8. Dr. Lo's droplet size is non-conservative. He sizes his droplets based on the short section of 4 1/16" bore in the outlet spool instead of the more representative 3 1/16" bore of the gate valve and transition spool. Additionally, his droplet sizing does not take into account any additional sources of breakup that are present in the Capping Stack including droplet acceleration.

Dr. Sundaresan raises general objections to the use of CFD but does not provide an alternate approach. CFD is one of the best tools available to practicing engineers and is widely accepted in industry. Dr. Lo has written his report based on the result of CFD simulations and BP used CFD modeling during the response.

Dr. Nesic's work was focused on the erosion within the BOP. I have limited my comments to the quality of the CFD modeling undertaken by Dr. Nesic. In my opinion, his CFD modeling does not meet generally accepted industry standards for accurate CFD modeling. Given the numerous serious technical issues with Dr. Nesic's CFD models, I do not believe Dr. Nesic can use his CFD results to form any accurate conclusions.

XNBX024-000005

## Table of Contents

Executive Summary................................................................................................................. 2

Table of Contents................................................................................................................... 5

Introduction .......................................................................................................................... 6

Rebuttal of Dr. Lo's Report .................................................................................................. 6

Rebuttal of Dr. Sundaresan's Report ................................................................................. 21

Rebuttal of Dr. Nesic's Report ........................................................................................... 24

Appendix 1. Exit Loss, Incorrect Geometry Details. ......................................................... 33

Appendix 2. Flow Regime Definition Description ............................................................. 35

Appendix 3. Droplet Breakup Model Details. ................................................................... 44

Appendix 4. Exit Loss............................................................................................................ 45

Appendix 5. Additional Sensitivity solutions..................................................................... 46

Appendix 6. Nesic Report.................................................................................................... 52

Works Cited........................................................................................................................... 55

Considered Materials in Rebuttal Expert Report............................................................... 56

XNBX024-000006

## Introduction

This report is a rebuttal to the technical reports of Dr. Lo, Dr. Sundaresan, and Dr. Nesic. Dr. Lo and Dr. Nesic's reports were submitted on BP's behalf and Dr. Sundaresan submitted his report for Transocean. Dr. Lo and Dr. Nesic, like me, applied CFD methods to analyze the flow. Dr. Sundaresan's report is a general rebuttal of the use of CFD for modeling multiphase flow.

Dr. Lo modeled the flow through the Capping Stack using CFD. Dr. Nesic does not model the flow through the Capping Stack but modeled the erosion in the BOP and his work is not directly comparable to my work. I have limited my comments regarding Dr. Nesic's CFD modeling techniques, which are deficient in several ways.

Since the three reports are independent of each other, I have organized this rebuttal report into three separate sections:

1. Rebuttal of Dr. Lo's report
2. Rebuttal of Dr. Sundaresan's report
3. Rebuttal of Dr. Nesic's report

## Rebuttal of Dr. Lo's Report

Dr. Lo created CFD models that incorporated many of my model inputs and assumptions from my original report. Dr. Lo appears to focus on assumptions that would reduce the oil flow rate of my results, which the results of my sensitivity study already indicated were most likely conservative[3]. For reference, if I had based my geometry measurement on the DNV measurements, instead of the engineering drawings, the oil flow rate would have been at least 8.3% higher (Table 13), slightly higher than my upper bound.

### Oil flow rate comparison

Both Dr. Lo and I calculated the standard barrels of oil at the surface using the same basic steps.

1. A CFD model calculated the mass flow rate through the kill line of the capping stack.

2. The CFD calculated mass flow was converted to standard barrels of oil per day based on a conversion factor (shrinkage factor).

When Dr. Lo reproduced my model as the first step in his modeling process, the oil mass flow rate through the kill line was 1.7% higher than my calculated oil flow rate, page 6 of Dr. Lo's report, *"Using Dr. Bushnell's base case model implemented in STAR-CCM+, I calculate a mass flow rate of oil and gas of*

---

[3] For Dr. Lo's work, conservative means inputs or choices that would result in a *higher* flow rate. For my work, conservative means inputs or choices that would result in a *lower* flow rate.

XNBX024-000007

*121.9 kg/s, a difference of 1.7% from Dr. Bushnell's results. This falls within the 3% margin calculated by Dr. Bushnell in his mesh dependency study. This demonstrates that I can reproduce Dr. Bushnell's results using STAR-CCM+."*

Dr. Lo was correct in asserting that comparing mass flow rate through the Capping Stack, prior to applying the conversion factor, is the best method of comparing the CFD model results. This is because the solution of the CFD model does not depend on the conversion factor. The different calculated oil flow rates are summarized in Table 2.

Table 2 : Comparison between Kill Line Results

| | Dr. Lo | Dr. Bushnell | % Difference | Are results within ± uncertainty range(s)[4] |
|---|---|---|---|---|
| Standard Barrels of Oil per day (bopd). | 44,631 | 54,100 | 17.5% less | No |
| Mass flow rate through the capping stack (kg/s). | 113.3 | 119.8 | 5.4% less | Yes |

The primary difference between Dr. Lo's results and my results is a result of the conversion factor selected to convert units of mass flow rate to stock tank barrels per day and not the CFD calculations. If we had used the same conversion factor, he would have calculated 51,000 bopd, the same 5.5% difference as the mass flow rate through the Capping Stack as shown in Table 2. This difference is well within the 8% uncertainty associated with CFD as stated in my report. Dr. Lo produced a CFD model that **agrees** within the lower bounds of my results. Using the 8% uncertainty, my results also agree within the upper bounds of Dr. Lo's results. Thus, **the two CFD models are essentially predicting the same flow rate**.

## CFD Mass Flow Comparison

The CFD model that Dr. Lo produced is different in a number of ways from my model.

Table 3 shows that the majority (4.1%) of the 5.4% difference in mass flow rate is due to the different material properties used in the CFD models[5]. If Dr. Lo had used the same EOS[6] as I had used and

---

[4] Using the state 8% uncertainty range in my opening report; Dr. Lo does not give an alternative uncertainty estimate.

[5] The EOS are temperature dependent, so changing the temperature also changes the CFD material properties.

XNBX024-000008

assumed the same temperature, the calculated difference in oil mass flow rate would be only about 1.7%. This difference is remarkably small considering the many differences in other aspects of the two modeling approaches. Dr. Lo's results confirm the results of my extensive sensitivity study findings that the calculation of the flow rate is relatively insensitive to the variations in method used and assumptions made. Of the remaining differences in the modeling approach, Dr. Lo's incorrect "Exit Loss" model and numerics accounts for the remaining differences.

Table 3: Mass flow differences between CFD models

| Model Difference | Difference in Mass Flow Rate (kg/s) | Source | Comments |
|---|---|---|---|
| Equation of State (EOS) | -2.4% | Table 3.6 | EOS based on Dr Whitson vs. Dr Zick. Refer to Dr. Zick's reports for EOS selection. Refer to Equation of State section below for more discussion. |
| Temperature | -1.7% | Table 3.1 | Of a number of approaches, Dr. Lo selects the temperature that will result in the lowest flow rate. Refer to temperature section below for more discussion. |
| Exit Losses | -1.6% | Table 3.2 | I concluded that the static pressure at the outlet of the capping stack was the same as the static pressure in the ocean. Therefore, exit losses are insignificant. Dr. Lo's Exit Loss model is incorrect. Refer to Exit Loss section for more discussion. |
| Homogeneous vs. multiphase | 0.0% | Table 3.4 and Table 3.5 | Dr. Lo's droplet assumption is incorrect, and his droplet sizing is incomplete. Even so, his method is an additional confirmation of the validity of the homogeneous model assumption. Refer to multiphase |

---

[6] I used the conversion factor provided by Dr. Zick in his initial Report. The choice of conversion factor is addressed further in the rebuttal report of Dr. Aaron Zick. I will limit my comments to the comparison of the mass flow rate calculated by the CFD models.

Page 8 of 56

XNBX024-000009

model section below for more
discussion.

## Equation of State (EOS)

Dr. Lo defined his CFD material properties using a different Equation of State. His work was based on the work of Dr Whitson, while I used material properties based on the work of Dr. Zick. EOS selection is addressed in the rebuttal report of Dr. Zick.

## Temperature

Dr. Lo uses 221°F as the temperature to calculate an average flow rate. To do so, he relies on the **maximum** temperature collected by Wood Hole Oceanographic Institute (WHOI) on June 21, 2010. In my opinion, the 200°F value remains a reasonable and, for Dr. Lo, a more conservative selection for these flow rate calculations. I understand that

- BP consistently used 200°F in its modeling performed during the response actions;
- that BP and WHOI collected a number of measurements that were lower than 221°F and even lower than 200°F; and
- that Halliburton expert Dr. Strickland's model also showed that the temperature of the oil and gas just before exiting to the sea would be 200°F.

## Exit Loss Model

In my original models, I considered the potential effect of exit loss and concluded that it would be insignificant. I set the pressure at the outlet of my model using the static pressure in the ocean. This is a standard practice in CFD and can be justified using a classic fluid dynamics sudden expansion model found in standard fluid dynamics textbooks (Appendix 4).

The DOE team independently addressed the exit loss issue during the incident. They showed that the "exit loss" effect was not significant using a set of CFD models[7] and with a supporting theoretical conclusion[8]. The CFD models actually showed a small increase in flow rate, which was attributed to buoyancy forces, as the lighter oil/gas mixture travels through the denser surrounding seawater. Buoyancy is the force that causes the oil and gas rise to the surface.

Dr. Lo attempts to use CFD to model the gas/oil once it has exited the capping stack and in the Gulf of Mexico. However, the model he created is incorrect and his model is not a significant improvement over the classic fluid dynamics sudden expansion model that I used in my initial evaluation of this issue.

Dr Lo's exit loss model is incorrect for the following reasons:

---

[7] email from Wayne Miller, 6/16/2010, subject: CFD study of 2-density fluid jet on K, SNL008-003826.
[8] email from John Olsen 6/11/2010, subject: RE: Alex Slocum, SNL008-003827.

XNBX024-000010

- Dr. Lo uses **incorrect boundary conditions**.  His boundary conditions do not allow for the correct replacement of seawater that is swept up by the oil and gas as it exits the transition spool mixing with the seawater.  His impermeable (symmetry planes) boundary conditions do not allow inflow of seawater to replace the seawater that is entrained into the gas/oil/seawater jet.  The correct boundary conditions allow for replacement of entrainment as documented in (Boersma, Brethouwer, & Nieuwstadt, 1998) and (Pradeep & Krishnan, 2004).  Essentially, Dr. Lo has created an artificial barrier in the seawater through which fluids cannot flow, when in reality no such barrier exists. Figure 1 shows how water is incorrectly coming in from the top of the model to replace water entrained in the jet.  This water should be coming in from the side and bottom of the sea plenum.

- Dr. Lo uses **incomplete geometry**.  He assumes that the transitional spool is a tube exiting into the ocean and ignores the geometry of the transition spool and the taper at the end of the transition spool.  Figure 16 in Appendix 1 shows the geometry at the kill line exit used by Dr. Lo, reproduced from Dr. Lo's report.  Figure 17 in Appendix 1 shows the drawing of the kill line.  The drawing shows the outline of the transitional spool (final section of the kill line).  The external geometry of the transition spool is significantly different from a simple pipe used by Dr Lo.  Figure 18, also in Appendix 1, shows the missing outlet taper in the photo of the end of the transition spool, missing from Dr. Lo's exit loss model.  Accurate CFD solutions are dependent on using  accurate geometry.

- Dr. Lo's CFD exit loss model appears to give **inconsistent exit loss results** between the Kill Line and Choke Line models.  Dr. Lo's exit loss model reduces the mass flow rate through the Kill Line by 1.6% but only reduces the Choke Line by 0.6%.  There is a 63% difference in "exit loss" effect on the oil flow rate between the Kill Line and Choke Line cases.  However, there is only a 2% difference in flow rates between the same cases.  Dr. Lo does not explain this inconsistency.

XNBX024-000011



**Figure 1: Streamline from Dr Lo's Kill line model with a sea plenum[9].  The small balls indicate the start of the streamlines.**

## Multiphase Model (slip "multiphase" versus no-slip homogeneous)

In my initial report, prior to selecting the CFD multiphase model, I did a review of the published literature including work on flow regimes and concluded that the homogeneous multiphase model was the most appropriate model.  The homogeneous model does not require either the selection of the morphology (bubbles vs. droplets) or a precise particle size as is required for the Eulerian-Eulerian multiphase model[10].

I confirmed the validity of the no-slip assumption by running my own Eulerian-Eulerian multiphase models, which included slip, as a part of my sensitivity studies.  The results showed that including the slip model[11] resulted in a calculated oil flow rate that was 2.5% higher than the homogenous model.  Thus, the homogenous model seemed to provide a more conservative oil flow rate compared to my baseline model with slip.

Dr. Lo stated on page 32 of his report that *"Dr. Bushnell incorrectly concluded that the relative motion between the oil and gas ("slip velocity") was insignificant.."*.  Dr. Sundaresan also has a similar statement on page 3 of his report that *"Thus, the assumption of homogeneous flow is very likely to be inaccurate"*.  The results of Dr. Lo's own analyses contradict his statement.  Neither of Dr. Lo's multiphase models,

---

[9] Streamline from Dr Lo's FP_2615_EP_2190_droplets_100mu model
[10] The homogenous model is a multiphase model.  Dr. Lo's "Multiphase" model is equivalent to my Eulerian-Eulerian multiphase model.
[11] 20μm bubbles with heterogeneous turbulence model and free slip walls for the gas phase.  Refer to my original report.

XNBX024-000012

with or without gas evolution, provides a calculated value for the Kill Line oil mass flow rate that was significantly different from my homogeneous model.  More specifically:

- Dr. Lo's Multiphase (without gas evolution) predicts an oil flow rate that is 0.3% greater than My Homogeneous (with gas evolution).
- There is **0.0% difference** in oil flow rate between My Homogeneous vs. Dr. Lo's Multiphase (both with gas evolution)

Table 4: Slip vs. No-slip flow rate comparison

|  | Mass flow rate [kg/s] | % difference to baseline model |
|---|---|---|
| My Baseline model | 119.8 | – |
| My 20µm bubble baseline (Eulerian-Eulerian) | 122.9 | +2.5% |
| Dr. Lo's homogenous model | 121.9 | +1.7% |
| Dr. Lo's droplet model no gas evolution | 120.2 | +0.3% |
| **Dr. Lo's droplet model with gas evolution** | **119.8** | **0.0%** |

My homogeneous model, my Eulerian-Eulerian (bubble) models, and Dr. Lo's (droplet) model all use different assumptions, including morphology (bubbles vs. droplets), particle sizes and multiphase turbulences models.  However, all the models calculate essentially the same oil flow rate within the uncertainty associated with CFD simulations.  Therefore, all the results are consistent with the correct conclusion that the **homogeneous model is valid** and therefore the oil flow rate calculated by it is **accurate**.

## Morphology Selection/Flow Regime

Selection of the morphology/flow regime in an Eulerian-Eulerian model (Dr. Lo's Multiphase model) requires consideration of a number of factors.  In using a flow regime map, the following must be considered:

- Correction factors for the flow regime maps are needed because most of the published research is related to air/water systems. There is only limited information on oil/gas and no specific information for oil/gas at over 2500 psia.

Page 12 of 56

- There is some judgment required by the researchers to define the various flow regimes.  Visual determination of flow regime was common practice.  The different visual interpretations in some instances led to inconsistencies among various published documents related to flow regime.
- The experimental work underlying the flow regime maps was focused on smaller diameter pipes than the 18.75 inch bore.
- The experimental work underlying the flow regime maps was focused on significantly lower velocity flows than the flow through the 3 1/16 inch diameter sections.
- The previous work in the literature was focused on long pipes and fully developed flow.
    - Due to the short length of the pipe sections in the capping stack, the flow is not expected to be fully developed, particularly given the number of changes in directions.
    - The flow is not expected to be fully developed prior to entering the capping stack as it must travel through a tortuous path within the BOP.
- The oil coming from the reservoir is a single-phase flow until the pressure reduces below the bubble point, at which point bubbles will start to form due to the gas that evolved from the liquid.  For droplet regimes, a phase inversion needs to occur or else the fluid will remain as bubbles.

In my initial report, after reviewing published flow regime literature I concluded that the liquid continuous-bubble flow was the correct morphology selection for the Eulerian-Eulerian model.  Before concluding that the flow was properly characterized as bubble flow, I had evaluated more than half a dozen research papers as well as other sources.

Dr. Lo does not correct the test data by Hewitt and Roberts to the gas/oil at pressure for the oil well flow.  This requirement was recognized by Baker (1954).  Had Dr. Lo applied the Baker correction factors for flow in the 18.75 inch riser then:

- The ordinate values would move approximately one order of magnitude (factor of 9.4) downward,
- The abscissa of the plotted points would move about three orders of magnitude (factor of 980) to the right.

The red arrows in Figure 2 show the effects of the correction factors on 18.75 inch main bore using the Baker correction factors on the flow regime map reproduced from Dr. Lo's report.

XNBX024-000014



Figure 2:  From Dr. Lo, Based on (Hewitt & Roberts, 1969) without Correction Factors

Applying the Baker correction factors the flow regime clearly moves from "annular flow" to "bubble flow with developing structure" as defined by (Hewitt & Roberts, 1969).  This would place the points plotted by Dr. Lo in close proximity to the values I had determined, see more detail in Appendix 2[12] to this Rebuttal.

### Flow Regime Summary
I used the work of several different authors in the published technical literature, including the work of Hewitt that Dr. Lo used (refer to Appendix 1 and 2).  The various flow regime predictions are summarized in Table 5.

Table 5  Summary of Flow Regime Papers

| Reference | 18.75 inch Vertical Bore | 3 1/16 inch Horizontal Bore | 3 1/16 inch Vertical Bore |
|---|---|---|---|
| Hewitt & Roberts | Bubble | NA | Wispy Annular |
| Mandhane, et al. | NA | Dispersed Flow | NA |
| Baker | NA | Bubble or Froth | NA |

---

[12] Appendix 1 provides a graphical presentation for the various flow regimes.

XNBX024-000015

| Taitel, et al | Finely Dispersed Bubble | NA | Finely Dispersed Bubble |
| Brennen | Disperse | NA | Disperse |
| Griffith | Bubble | Dispersed Bubble | Bubble |

As an additional check, I also used the map of (Fair, 1960), as reproduced by (Thome, 2010).  Since the Fair map already contains a correction factor, the Baker corrections were not used.  Plotting the flow on the Fair Map also results in a prediction of bubble flow in the 18.75 inch vertical bore.

The flow in the 18.75 inch vertical bore was judged to be bubble, and the high turbulence in the smaller diameter pipe would almost certainly break up the inlet bubble flow into an even finer dispersion of the gas bubbles.

### Bubble Sizing for Eulerian-Eulerian model

The homogeneous model I used to calculate the oil flow rate does not require a particle size.  Therefore, the key finding was not the actual size of the particles, but that they are small, since the homogeneous assumption is valid if the particles are small.  Dr. Lo's prediction of small droplets (100µm) is also consistent with the homogeneous model assumption.

There is no universally accepted particle breakup model.  In my Eulerian-Eulerian model in my initial Report, I calculated a bubble (and droplet) size based on the work of Hesketh, et al which was based on the experimental work performed for flow of a dilute gas phase in pipes.

Dr. Lo claims that I "did not include the concentration effect term in calculating the diameter of the bubbles in his multiphase model."  This is a true statement, but it is misleading; even though I did not include a term in the particle size equation, I did account for concentration effects indirectly though my extensive sensitivity studies.  In my initial report, the sensitivity study spanned from 5µm to 2,000µm to account for any inaccuracy in the particle sizing.  The study showed no significant variation in the calculated oil flow rate across a very large range of bubble sizes when compared against the homogeneous model.

To isolate the effect of slip on the oil flow rate, I solved an additional set of homogeneous k-ε turbulence models with no-slip wall conditions, using both a bubble and a droplet morphology at 20µm, 61µm, and 100µm for the kill line (Table 7).  The results showed that the oil flow rate varies by only 1% or less for the droplets and bubble model due to the slip of either droplets or bubbles.

XNBX024-000016

The sensitivity studies also takes into account any additional breakup sources, such as the breakup that would occur around the 90° corner between the horizontal, vertical 3 1/16" bores in the dual gate and the acceleration at the start of the 4 1/16 inch bore that neither particle size model includes.

Dr. Lo proposes an alternative particle size model, but this model contains a number of deficiencies including:

- It starts with the incorrect selection of droplets instead of bubbles.

- It does not include any effect for the droplets formed from the stripping process of droplets at the annular film surface that is mentioned in his report on page 13. Dr. Lo concludes that "*a high-velocity gas flow will cause the liquid film to break into droplets, entraining the droplets into the gas flow. Such a high velocity was calculated in the kill line (around 100 m/s)*".

- His model also does not account for smaller particles that are created near the pipes' walls. This phenomenon is mentioned in several papers in the published technical literature (Eastwood, Armi, & Lasheras, 2004 and Hesketh, Fraser Russell, & Etchells, 1987, which refers to (Sleicher, 1962)).

- Dr. Lo chooses the short transition section of the 4 1/16" bore to size his droplets. A substantial length of the kill line flow is in the 3 1/16" bore of the gates valve and transition spool. This diameter would also have been consistent with his selection of the 3 1/16" bore for the annular film sizing. The 3 1/16" bore would reduce the size of any droplet formed in the shorter 4 1/16" bore. Using the 3 1/16" bore reduces the calculated droplet size to 61μm instead of 100μm, which would result in an increase of the calculated flow rate by 1.1%, based on a linear interpolation of Dr. Lo's results.

- Dr Lo's droplet breakup model only takes into account turbulent breakup. Droplets will break up during acceleration (slip). If the slip velocity exceeds the maximum slip velocity, which is only 1.7 m s$^{-1}$, the 100 micron droplets will break up (Pilch & Erdman, 1987). This maximum slip velocity is exceeded at a number of locations inside both the Kill and Choke Lines in Dr Lo's 100 micron droplets CFD models. The droplets in Dr Lo's model would break up into smaller droplets, as discussed in the following droplet breakup section.

### Droplet breakup

There are several droplet breakup mechanisms, as depicted in Figure 3. The Weber number is the critical parameter used to determine if breakup will occur. A low Weber number indicates a low slip velocity; correspondingly, a high Weber number indicates a greater slip velocity between the phases. The Weber number is defined as:

XNBX024-000017

$$We = \frac{\rho_c \, dia \, Vel_{Slip}^2}{\sigma} \tag{1}$$

Where $\rho_c$ is the gas density, dia is the droplet diameter, $Vel_{Slip}$ is the slip velocity between the droplet and the surrounding gas and $\sigma$ is the surface tension.

| Category | | | | | Weber Number |
|---|---|---|---|---|---|
| • Vibrational breakup | | | | | ~ 12 |
| • Bag breakup | | | | | < 20 |
| • Bag/ streamer breakup | | | | | < 50 |
| • Stripping breakup | | | | | < 100 |
| • Catastrophic breakup | | | | | > 100 |

Figure 3: Droplet Breakup Mechanism from the Star CCM++ user manual.  ANSYS CFX and ANSYS Fluent also refer to the same mechanisms (ANSYS Inc, 2012.

The Weber number can be rearranged to find the critical slip velocity where bag breakup start to occur.

$$Vel_{maxSlip} = \sqrt{\frac{We_{crit}\sigma}{\rho_c \, dia}} \tag{2}$$

Where $We_{crit}$ is defined as:

$$We_{crit} = 12(1 + 1.077 Oh^{1.6}) \tag{3}$$

And Oh is the Ohnesorge number defined as:

Page 17 of 56

XNBX024-000018

$$Oh = \frac{\mu_l}{\sqrt{\rho_l \, dia \, \sigma}} \tag{4}$$

Where $\mu_l$ is the oil viscosity and $\rho_l$ is the oil density.  For a 100 micron droplet equation (4) shows that in the capping stack the critical velocity is approximately 1.7m s$^{-1}$.

Figure 4 and Figure 5 shows that the 100 micron droplets in Dr Lo's models would break up due to the droplet slip velocity at a number of different locations, which would reduce the droplet size and result in an increased oil flow rate.



Figure 4: Oil/gas slip velocity (trimmed to 1.7 m s$^{-1}$).  Area is red indicates regions where the 100 micron droplets will break up due to the slip between the phases.  Dr Lo's FP_261_EP_2190_droplets_100mu model.

XNBX024-000019



**Figure 5:Oil/gas slip velocity (trimmed to 1.7 m s-1).  Area is red indicate regions were the 100 micron droplets will breakup due to the slip between the phases.  Dr Lo's shutin_0turns model.**

To further test Dr. Lo's droplet size, I created a set of CFD models that included the motion of discrete oil droplets over the baseline solution.  100-micron diameter droplets entered through the inlet of the baseline kill line model.  The droplets are individually tracked in these simulations and the droplets will break up if the local conditions for breakup are met.  The droplets were tracked until they either left the model or reduced to smaller than 20μm.  Refer to Appendix 3 for the model details.



Page 19 of 56

XNBX024-000020

Figure 6: Oil Droplets using TAB breakup model colored by particle size. Track when the droplet breaks up to smaller than 20micron on the left and 1 micron on the right are stopped

Similar results were found for four additional droplet breakup models (Appendix 3). All models clearly showed that the 100μm droplets are breaking up into smaller droplets. The droplets are breaking up into droplets smaller than 20μm as the droplets enter the Kill Line and travel through the horizontal bores. This confirms that the 100μm size of Dr. Lo is non-conservative.

## Choke

In addition to the Kill Line, Dr. Lo modeled the flow through the Choke Line. The flow through the Choke Line was calculated with the valve at the zero turns position (i.e. fully opened) in my report. Additionally, Dr. Lo solved the flow through the Choke Line to estimate the evolution of the flow rate through the Choke Line during the shut-in process. Dr. Lo's Choke Line model has all the same deficiencies as his Kill Line model.

- Dr. Lo used a different equation of state (EOS) and different conversion factor. Refer to "Equation of State" section.
- The exit loss model Dr. Lo used for the Choke Line used the same incorrect boundary conditions as the Kill Line. Refer to the "Exit Loss" section.
- Dr. Lo incorrectly concluded that the flow is droplets and not bubbles. Refer to "Flow Regime" section.
- Dr. Lo used a fluid temperature of 220°F; whereas I used a more reasonable temperature of 200°F. Refer to "Fluid Temperature" section.
- Dr. Lo's droplet sizing is incorrect; he fails to account for a number of different additional breakup sources. Refer to "Droplet Size" section.
- Dr. Lo incorrectly states that the homogeneous model is invalid. I solved the 0 Turn choke model with several additional sensitivity study models to confirm that the homogeneous model assumption is valid for the Choke Line as well as the Kill Line. When solved with 20 micron bubbles the oil flow rate increased by 2.7% with a heterogeneous turbulence model and +0.6% for a homogenous turbulent model. Neither is significantly different from the homogenous model.

Dr. Lo also created a set of choke valve validation models, similar to the one I reported. Dr. Lo compared his choke valve model with water test data provided by Cameron-Willis. In the fully opened position (zero turns), Dr. Lo's calculation with the STAR-CMM+ was about 8% low. By comparison, my calculation using CFX was within 3.6% of the test data (low). This shows that CFD can accurately calculate the flow through the Choke valve with its associated complexity. It also underscores the uncertainty associated with all CFD calculations, including Dr. Lo's.

I also believe that my Choke Line model is a more accurate calculation of the oil flow rate through the choke line than Dr. Lo's, as this comparison shows.

XNBX024-000021

## Dr Lo Summary

There were no significant differences between the basic modeling methods used by Dr. Lo and by me. First, he created a CFD model, which was used to calculate the mass flow rate through the capping stack. Then, he applied a conversion factor to convert the mass flow rate at the Capping Stack exit to the barrels of oil at the surface.

Dr. Lo's CFD model has a number of deficiencies:

1. Dr. Lo uses a fluid temperature of 220°F, whereas a more reasonable and, for Dr. Lo, more conservative, approach would be to use 200°F.
2. The exit loss model that Dr. Lo used for his CFD model was incorrect. He used incorrect geometry and boundary conditions, particularly given the implied accuracy of the exit loss model.
3. Dr. Lo's droplet size was not correct, because he sized his droplets using the 4 1/16" bore instead of the more representative 3 1/16" bore. Additionally his droplet size estimate did not include consideration of additional sources of breakup. I performed some additional discrete models showing that the 100μm size droplets would break up into droplets smaller than 20μm in the Kill Line.
4. When using the flow regime map of Hewitt, Dr. Lo had to select his morphology. Dr. Lo did not account for the significant difference in material properties of the experimental fluids on which the maps are based, and the high-pressure oil/gas mixture resulting in the incorrect droplet selection. The correct selection is bubbles.
5. Dr. Lo incorrectly concluded that the multiphase model must include slip even when his own results show no significant difference in the calculated oil flow rate when compared to my homogeneous no-slip multiphase model. Thus, both of us independently proved that the homogenous no-slip multiphase model was a suitable model.

Even with the noted deficiencies, Dr. Lo and I calculated mass flow at the Kill Line exit to be within 5.4% of each other. Dr. Lo's calculation for the bopd at the surface through the Kill Line was reported to be 17.5% lower than mine. The majority of the difference was due to the different conversion factors associated with the two different equations of state (EOS). Dr. Lo's conversion factor was based on Dr. Whitson's work while I had used Dr. Zick's conversion rate. After correcting for the EOS and temperature for gas/oil flow in the Capping Stack, the two CFD analyses had mass flow rates within 1.7%. These values were much closer than had been indicated by Dr. Lo's conclusions.

## Rebuttal of Dr. Sundaresan's Report

Dr. Sundaresan indicates skepticism of CFD for complex multiphase flow problems. CFD is widely accepted in industry as one of the best engineering tools available for predicting complex flow problems. Nowhere in his comments does Dr. Sundaresan provide a recommendation for an alternate

XNBX024-000022

## Appendix 5. Additional Sensitivity solutions

Some additional sensitivity solutions were created for this rebuttal report and are reported in this section.  All the oil flow rates in Appendix 6 use the conversion factor provided by Dr. Zick documented in my original report.

### Kill Line Model Sensitivity

The model sensitivity for the Kill Line model is presented in the following sections.

### Bubble and Droplet Size

The calculated volumetric flow of oil at surface conditions is reported in Table 7 for a number of different bubble and droplets instead of the **Baseline Eulerian-Eulerian** model's 0.02 (mm) bubble size. All models use a homogeneous k-ε turbulence model with no-slip walls.

Table 7: Particle Size Sensitivity

| Particle Size (microns) | Droplet % difference from Baseline model | Bubble % difference from Baseline model |
|---|---|---|
| 20 | +0.2% | +0.7% |
| 61 | -0.6% | +0.4% |
| 100 | -1.0% | +0.2% |

### Temperature and Equation of State

The calculated volumetric flow of oil at surface conditions are reported at 200°F and 220°F for both Dr. Zick's provided EOS and Dr. Whitson's EOS (CL 68379DEC PVT data) used by Dr. Lo[17] in his final model. The results are compared against the baseline result for the kill line homogeneous model that uses Dr Zick's EOS at 200°F (Table 8).

Table 8: Temperature and EOS

| | Oil Flow Rate [bpod] | % difference from Baseline model |
|---|---|---|

---

[17] Sourced from the PVTSim Property-Whitson CL68379-DEC Fluid.xls PVT tables recreated Dr. Whitson's PVT tables.

XNBX024-000047

| | | |
|---|---|---|
| Dr. Zick 200°F | 54,100 | - |
| Dr. Whitson 200°F | 53,100 | -1.7% |
| Dr. Zick 220°F | 52,900 | -2.1% |
| Dr. Whitson 220°F | 52,100 | -3.7% |

Table 9 documents the "PVTSim Property-Whitson CL68379-DEC Fluid.xls" tables that recreate the PVT look up tables from Dr. Whitson's EOS. Only a small section of the tables is presented for brevity.

Table 9: PVTSim Property-Whitson CL68379-DEC Fluid.xls Reduced for brevity.

| Macondo-T Peneloux (T) | CL68379-DEC | EOS = PR 78 |
|---|---|---|
| Pressure psia | | |
| | 2000 | 2000 |
| | 2158.621 | 2158.621 |
| | 2317.241 | 2317.241 |
| | 2475.862 | 2475.862 |
| | 2634.483 | 2634.483 |
| | 2793.104 | 2793.104 |
| | 2951.724 | 2951.724 |
| | 3110.345 | 3110.345 |
| | 3268.965 | 3268.965 |
| | 3427.586 | 3427.586 |
| | 3586.207 | 3586.207 |
| | 3744.828 | 3744.828 |
| | 3903.448 | 3903.448 |
| | 4062.069 | 4062.069 |
| | 4220.689 | 4220.689 |
| | ....... | ....... |

## Inlet Pressure

The calculated volumetric flow of oil at surface conditions is reported with the different pressure reading of Professor Martin Trusler as reported by Dr. Lo. An inlet total pressure of 2608 (psia) and an outlet pressure of 2188 (psia) was modeled instead of the **Baseline** model 2615 (psia) inlet total pressure and outlet pressure of 2190 (psia) (Table 10).

Table 10: Pressure sensitivity

XNBX024-000048