# Exhibit 8

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in
the Gulf of Mexico, on April 20, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MDL NO. 2179, SECTION J
JUDGE BARBIER; MAGISTRATE JUDGE SHUSHAN

# Expert Report of Dr. Simon Lo

# CFD Analysis of the Flow Through the Capping Stack

May 1, 2013

CONFIDENTIAL

XSLX001-000008



## Executive Summary

The United States presented an expert witness report by Dr. Nathan Bushnell of SimuTech Group [1]. I have analyzed the Computational Fluid Dynamics ("CFD") model that Dr. Bushnell used to calculate the flow rate of oil and gas through the capping stack kill and choke lines. Based on this analysis, I conclude that there are numerous deficiencies in Dr. Bushnell's CFD model and the inputs to that model, which affects Dr. Bushnell's flow rate calculations for both the kill and choke lines of the capping stack. Together, these deficiencies over-predict the flow rate.

I identified the following deficiencies in Dr. Bushnell's model and inputs to that model, which affects Dr. Bushnell's flow rate calculations:

1. Dr. Bushnell should have used a fluid temperature close to 221°F, as measured by the *Millennium 42 ROV*, rather than 200 °F.

2. Dr. Bushnell did not account for the pressure loss resulting from the oil and gas mixture (a lighter fluid) entering the sea water (a heavier fluid) at the exit of the kill and choke lines. I include a sea plenum in my model in order to account for this additional pressure loss at the exit.

3. Dr. Bushnell incorrectly concluded that the relative motion between the oil and gas ("slip velocity") was insignificant. The slip velocity is an important factor affecting the flow rate and I have included slip velocity in my multiphase flow model.

4. In his multiphase model, Dr. Bushnell did not account for the evolution of the gas phase from the oil phase as the mixture flowed through the capping stack. I have accounted for the evolution of the gas phase from the oil phase in my model as a mass transfer term.

5. Dr. Bushnell incorrectly concluded that the flow regime in the capping stack was a bubbly flow. Rather, it should be modeled as a droplet flow, which is how I have modeled the flow in my multiphase flow model.

6. In calculating the bubble diameter, Dr. Bushnell did not include a term for the concentration effect. As I explain in this report, the concentration effect is important for the MC252 fluid. Had Dr. Bushnell included this term, he would have calculated a larger bubble diameter. I have included a term for the concentration effect in my calculation of the droplet diameter.

7. The PVT data affects the mass flow rate.

Using CD-adapco's CFD code, STAR-CCM+, I created a multiphase CFD model ("multiphase flow model") using Dr. Bushnell's base case model as a baseline. To address the deficiencies of Dr. Bushnell's model, I applied the necessary corrections and incorporated additional features in my multiphase flow model. I then used this multiphase flow model to calculate a more accurate oil and gas mass flow rate for both the kill and choke lines.

i



Using my multiphase flow model for the kill line, the calculated flow rate of oil and gas during the period between 18:00 and 20:00 CDT on July 14, 2010, is 113.3 kg/s, equivalent to 44,631 stock tank barrels of oil per day (bopd). Based on the stock tank barrels flow rate, this is 17.5% lower than Dr. Bushnell's calculated flow rate. Using my multiphase flow model for the choke line, when the choke valve is fully open, the calculated flow rate of oil and gas between 12:00 and 12:28 CDT on July 15, 2010, is 106.8 kg/s, equivalent to 42,070 bopd. Based on the stock tank barrel flow rate, this is 20.8% lower than Dr. Bushnell's calculated flow rate.

I note that Dr. Bushnell and I convert our mass flow rates to stock tank barrels using different values based upon either Dr. Zick's equation of state (Dr. Bushnell's approach) [25] or Dr. Curtis Whitson's equation of state (my approach) [23]. For a further discussion regarding how I converted my mass flow rates to stock tank barrels, please refer to Appendix 6. To convert my mass flow rates to stock tank barrels, I relied upon values provided to me by Dr. Whitson [2].

In this report, I also address the choke line calculations performed by Dr. Griffiths [10], Dr. Kelkar [11], and Dr. Pooladi-Darvish [12]. Each of these three United States expert witnesses used one-dimensional models to calculate the flow rate through the choke line during the capping stack shut-in procedure. I identify issues with their respective calculations. My calculated flow rate for the choke line when the choke valve is fully open is substantially less than Dr. Griffiths and Dr. Pooladi-Darvish. Additionally, when I model the choke valve closure to simulate the shut-in process, I calculate flow rates that are lower than Dr. Kelkar. My choke line analyses are discussed in Section 5.

XSLX001-000010



I also have presented the application of CFD to flow problems found in the oil and gas industry at both local and international seminars and conferences [5, 6, 7, 8].

### 1.2   Computational Fluid Dynamics

Fluid mechanics is a branch of physics that studies the motion of fluids (in this case, oil and gas) through theoretical, experimental, or numerical investigation. CFD is a branch of fluid mechanics that uses numerical techniques to solve equations describing the motion of the fluid. These equations are derived from the fundamental laws of physics, namely the conservation laws of mass, momentum, and energy. Further descriptions of the equations can be found in Appendix 4.

In CFD, the physical three-dimensional space that the fluid moves through (often called the flow domain or flow field) is sub-divided into small volumes to form calculation elements (often called calculation cells). The fluid motion equations are solved in each calculation element to obtain quantities for the fluid, such as velocity and pressure. These quantities enable the spatial distribution of the fluid in the entire flow domain to be represented three-dimensionally.

#### History of Commercial CFD

In 1982, Professor D.B. Spalding led a team of engineers who developed the PHOENICS computer code, the first commercially-available CFD software. Professor Spalding is often acknowledged by the CFD community as the "Father of CFD." I was one of Professor Spalding's PhD students between 1980 and 1984. Under Professor Spalding's instruction, I learned many of my CFD skills and witnessed the birth of commercial CFD.

With advances in computing power and continuous development of the CFD method, the capability of CFD software has increased greatly since 1982. CFD now is used regularly by industries, including the oil and gas industry, to solve complex fluid flow problems that involve turbulence, multiphase flow, combustion, and other conditions. CFD has allowed engineers and scientists to perform complex multi-physics analyses in a wide range of industries and applications. Some of these applications include: multiphase flows in subsea pipelines and risers, oil-water separators, slug catchers and other equipment in oil production platforms, multiphase mixing in chemical and bio-reactors, boiling multiphase flows in nuclear reactors, external flow over aircraft, fuel injection and combustion in internal combustion engines, and ventilation air flow inside buildings and stadiums.

CFD is recognized by the scientific and engineering communities (including the oil and gas industry) as a robust and reliable analysis tool for fluid flow problems. It is my opinion that CFD is the most appropriate tool to analyze the flow in the capping stack because it can represent the geometry accurately and calculate the flow rate by solving the fundamental laws of physics that govern multiphase flows.

### 1.3   STAR-CCM+

I used the STAR-CCM+ v8.03 CFD software package to perform the flow analyses presented in this report. CD-adapco developed and maintains STAR-CCM+, and it has been commercially available to the general public since 2005. STAR-CCM+ v8.03 is the most up-to-date version of the software package.

STAR-CCM+ is widely used in the oil and gas industry by international oil companies; oil field services companies; equipment suppliers; engineering; procurement and construction companies; and consultants.





Figure 2.1 Flow lines tracing the flow path of the fluid. Color indicates flow speed. Red indicates approximately 100 m/s, orange 80 m/s, green 50 m/s, deep blue less than 10 m/s.

Dr. Bushnell calculated a flow rate of 54,100 bopd. Since results for mass flow rates obtained by CFD software packages, including the CFX software used by Dr. Bushnell, are in the units of kg/s, it is better to compare results in kg/s in addition to stock tank barrels of oil per day. Using the conversion given in pages 52 and 53 of Dr. Bushnell's report, Dr. Bushnell's flow rate of 54,100 bopd was converted to 119.9 kg/s.

Using Dr. Bushnell's base case model implemented in STAR-CCM+, I calculate a mass flow rate of oil and gas of 121.9 kg/s, a difference of 1.7% from Dr. Bushnell's results. This falls within the 3% margin calculated by Dr. Bushnell in his mesh dependency study. This demonstrates that I can reproduce Dr. Bushnell's results using STAR-CCM+. Next, I address the deficiencies of Dr. Bushnell's model and the inputs to that model. To do this, I apply the necessary corrections and incorporate additional features into my multiphase flow model. Finally, I use this multiphase flow model to calculate a more accurate oil and gas mass flow rate for both the kill and choke lines.

XSLX001-000018



# 3 Deficiencies in Dr. Bushnell's Model and Input Data

The deficiencies I have identified in Dr. Bushnell's model and input data are:

1. Dr. Bushnell used a fluid temperature that is too low. Dr. Bushnell used 200 °F rather than the more appropriate temperature of 220 °F. (Section 3.1)
2. Dr. Bushnell did not account for the additional pressure loss at the exit of the kill line, which I refer to herein as the "exit loss." (Section 3.2)
3. Dr. Bushnell did not account for the relative motion between the oil and gas phases ("slip velocity"). (Section 3.3)
4. Dr. Bushnell used a bubbly flow regime rather than a droplet flow regime in his multiphase model. (Section 3.3.1)
5. Dr. Bushnell did not include the concentration effect term in calculating the diameter of the bubbles in his multiphase model. (Section 3.3.2)
6. Dr. Bushnell's multiphase model did not account for the evolution of gas from the oil as the fluid flowed from the capping stack inlet to the sea. (Section 3.4)

## 3.1 Effects of Temperature

### Temperature data

Dr. Bushnell used a temperature of 200 °F in his model, which I consider to be too low for this system. On June 21, 2010, the *Millennium 42 ROV* operating from the vessel *Ocean Intervention III* collected fluid samples from the Top Hat #4, and obtained a temperature measurement from those samples [13]. One sample (MW-1) was acquired between the stub of the lower marine riser package ("LMRP") and the lower annulus of the Top Hat #4 collection device. The maximum temperature measured when collecting MW-1 was 221°F (105 °C) [13]. In my opinion, a value of 220 °F is a reasonable approximation of the fluid temperature at the exit of the capping stack. Thus, I have used 220 °F as the temperature of the fluid in my multiphase flow model.

### Effects of temperature

The effects of temperature on the flow rate are shown in Table 3.1. An increase in the fluid temperature results in a decrease in the flow rate because more of the dissolved gas in the oil is released from the oil. This reduces the flow rate because as the volume fraction of gas increases, the density of the oil and gas mixture decreases, and thus the oil flow rate decreases. The mass flow rate at 220 °F is 1.7% lower than the mass flow rate at 200 °F.

Table 3.1    Effects of temperature

| Temperature (°F) | Mass flow rate (kg/s) | Oil flow rate (bopd) | % difference (mass) as compared to the Baseline Temperature of 200 °F |
|---|---|---|---|
| 200 | 121.9 | 48,018 | 0 |
| 220 | 119.8 | 47,191 | -1.7 |

XSLX001-000019



### 3.3.1 Flow Regime

**Flow regime**

In a gas and liquid flow (here, gas and oil), the two fluids can exist in several forms, including: gas-bubbles-in-liquid (bubbly flow); liquid-droplets-in-gas (droplet flow); or an annular flow with a liquid layer on the wall and gas in the center. There are a variety of flow regimes and names used to describe them [14, 15, 16]. Three relevant flow regimes are depicted in Figure 3.4.



Figure 3.4 Three relevant flow regimes of gas-liquid flows in vertical pipe [16].

One way to classify gas-liquid flows into flow regimes is according to the gas volume fraction [17]. In the multiphase flow community, it is generally accepted that when the volume fraction of gas is less than 25-30%, the regime is "bubbly" flow [16, 41, 42, 43]. With high gas flow rates and high gas volume fractions, large gas bubbles merge to form a continuous gas core with droplets in the center of the flow and an annular liquid film on the wall. This flow regime is called "annular" flow or "wispy annular flow."

From the Pressure-Volume-Temperature ("PVT") data prepared by Dr. Whitson [2], the gas volume fraction of the MC252 fluid is 64% at the inlet of the capping stack model (pressure=2615 psia, temperature=220 °F) and 69% at the kill line exit (pressure=2190 psia, temperature=220 °F). According to the flow regime classification described above, I concluded that the flow in the capping stack was an "annular flow" regime, meaning that there was droplet flow in a gas core and a thin liquid film on the wall.

**Hewitt and Roberts flow regime map**

Another method of determining the flow regime in the capping stack is to use a flow regime map, such as the Hewitt and Roberts flow regime map [16, 18] in Figure 3.5. The parameters plotted in the Hewitt and Roberts flow regime map are the momentum of the gas phase against the momentum of the liquid phase.

XSLX001-000024



The flow regime map shows that gas-dominated flows occupy the upper half of the map and liquid-dominated flows occupy the lower half.

The flow in the 18.75" main bore of the capping stack (inlet section of the flow domain) and the vertical section of the kill line (exit section) were analyzed (see Appendix 5) and then plotted on the Hewitt and Roberts flow regime map, see Figure 3.5. According to the Hewitt and Roberts flow regime map, the flow is "annular" in the 18.75" bore (indicated by the blue dot) and "wispy annular" in the vertical section of the kill line (indicated by the red dot). Both of these flow regimes are droplet flow in a gas core with a liquid film on the wall, which is consistent with my analysis and conclusions based on the gas volume fraction criteria presented above.



Figure 3.5 Hewitt and Roberts flow regime map [16, 18]. Graph plotting momentum of gas phase against momentum of liquid phase. Gas-dominated flows occupy the upper half and liquid-dominated flows occupy the lower half.

### The annular liquid film

In both the annular flow and wispy annular flow regimes there is an annular liquid film on the wall. A high-velocity gas flow will cause the liquid film to break into droplets, entraining the droplets into the gas

13



### Effects of gas evolution

The effects of gas evolution can be illustrated by comparing results obtained from the multiphase flow model with and without gas evolution. Table 3.5 shows that, with gas evolution, the flow rate is lower by 0.3%.

Table 3.5    Effects of gas evolution

| Gas evolution | Mass flow rate (kg/s) | Oil flow rate (bopd) | % difference (mass) as compared to Baseline (no gas evolution) |
|---|---|---|---|
| No gas evolution | 120.2 | 47,349 | 0 |
| With gas evolution | 119.8 | 47,191 | -0.3 |

### 3.5 Effects of PVT Data

PVT data such as density, viscosity, and volume fraction is required to calculate the flow rate. Three independent laboratories analyzed four samples of the initial reservoir fluid. From this data, Dr. Whitson prepared PVTsim input files [23]. I used the PVTsim input file for Core Lab CL 68379DEC sample to show the difference between the PVT data Dr. Bushnell used and the PVT data that I used. CL 68379DEC was regarded as an average representative of the four reservoir fluid samples [2]. Dr. Bushnell used the PVT data developed by Dr. Zick [25]. The differences between the Zick equation of state and [23] are plotted in Appendix 7.

In Table 3.6, I compare the results obtained using the CL 68379DEC PVT data [23] against Dr. Zick's PVT data [25] at a temperature of 220 °F. Table 3.6 shows that the PVT data from CL 68379DEC gives a flow rate 2.4% lower than Dr. Zick's PVT data.

Table 3.6    Effects of PVT data

| PVT data | Mass flow rate (kg/s) | Oil flow rate (bopd) | % difference (mass) as compared to Baseline at 220 °F |
|---|---|---|---|
| Dr. Zick's PVT data [25] | 116.1 | 45,734 | 0 |
| CL 68379DEC [23] | 113.3 | 44,631 | -2.4 |



Table 6.1     Sensitivity of computational grid

| Mesh | Cell count | Mass flow rate (kg/s) | Oil flow rate (bopd) | % difference against Mesh 2 |
|---|---|---|---|---|
| 1 | 313,261 | 121.6 | 47,900 | -0.2 |
| 2 | 592,512 | 121.9 | 48,018 | 0 |
| 3 | 1,203,094 | 122.2 | 48,136 | 0.2 |

## 6.2  Uncertainty of the Multiphase Flow Model

The main uncertainty in the multiphase CFD model is in specifying the droplet diameter. The droplet diameter is an important parameter in determining the drag force that governs the slip between the phases. Hence I performed a sensitivity analysis to investigate the effect of the droplet diameter on the flow rate.

Table 6.2     Sensitivity of droplet diameter

| Droplet diameter (μm) | Mass flow rate (kg/s) | Oil flow rate (bopd) | % difference (mass) against 100 μm |
|---|---|---|---|
| Homogeneous mixture model (without sea plenum) | 119.8 | 47,191 | 5.7 |
| 20 | 120.5 | 47,467 | 6.4 |
| 50 | 114.9 | 45,261 | 1.4 |
| 100 | 113.3 | 44,631 | 0 |
| 250 | 104.9 | 41,322 | -7.4 |
| 500 | 105.4 | 41,519 | -7.0 |

Section 3.3.2 describes how I selected 100 microns as the average droplet diameter for the baseline case. Table 6.2 shows the variation of droplet diameter that I used in this sensitivity study. As is demonstrated in this Table, the flow rate decreases as the droplet diameter increases.

There are upper and lower bounds on the calculated flow rate as a result of the size of the droplet. For the lower bound, the change is minor above 250 microns. For the upper bound, the change is minor below 20 microns. By minor, I mean that the flow rate changes by less than 1% above 250 or below 20 microns. For small droplet diameters, the drag force becomes larger and the relative velocity between the oil and



gas becomes smaller. The resulting flow rate approaches the homogeneous mixture model. Therefore, the homogeneous mixture model represents a limiting case as the droplet diameter approaches zero.

Figure 6.1 shows that the percentage difference of flow rate against the 100 micron results levels off to around 6% for smaller droplets and -8% for large droplets. The uncertainty of the multiphase flow model due to droplet diameter is therefore within a range of -7.4% to +6.4%.



Figure 6.1 Sensitivity of droplet diameter.

XSLX001-000042



### Interphase mass transfer

The interphase mass transfer due to the gas evolution takes the form of equation (A4.14), using the equilibrium gas volume fraction obtained from the PVT data to drive the system to its equilibrium state.

$$\dot{m}_{go} = k a_i (\alpha_{g,eq} - \alpha_g) \qquad (A4.14)$$

In equation (A4.14) $k$ is the mass transfer coefficient, $\alpha_{g,eq}$ and $\alpha_g$ are the equilibrium and local gas volume fractions respectively, $a_i$ is the interfacial area density given by:

$$a_i = \frac{6 \alpha_o \alpha_g}{d} \qquad (A4.15)$$

The gas evolution process is generally very fast and it is common practice to assume local equilibrium such that the oil and gas volume fractions reach their equilibrium values for the given pressure and temperature instantaneously. In the CFD model the same local equilibrium assumption was made. This mass transfer modeling method is commonly used in chemical engineering analysis and described in chemical engineering text books, for example, Coulson and Richardson [24].

The major advantage of the local equilibrium assumption is that detailed knowledge of the mass transfer coefficient is not required. Instead, any value that is larger than the flow time scale can be used to represent the fast mass transfer process. An estimate for the minimum mass transfer coefficient, satisfying this process, can be calculated by balancing the convective term with the mass transfer term in equation (A4.1). Using the data for the capping stack, a mass transfer coefficient of 3.5 kg/m²s was calculated. In my model I use a mass transfer coefficient of 30 kg/m²s (an order of magnitude higher than 3.5 kg/m²s) in the kill line of the capping stack.

### Turbulence equations

The $k$-$\varepsilon$ turbulence model is used to represent the turbulence in the flow of the oil and gas. $k$ is the turbulence kinetic energy and $\varepsilon$ is the dissipation rate of $k$. As there is no underlying flow in the sea the turbulence equations are not solved for the seawater. To calculate the turbulence shear stresses in the gas and oil momentum equations, (A4.4) and (A4.5), values for $k$ and $\varepsilon$ are required for each phase. These are computed using the following $k$-$\varepsilon$ equations for multiphase flows.

$$\nabla \cdot (\alpha_i \rho_i u_i k_i) = \nabla \cdot \left( \frac{\alpha_i (\mu_i + \mu_i^t)}{\sigma_k} \nabla k_i \right) + \alpha_i (G - \rho_i \varepsilon_i) \qquad (A4.16)$$

$$\nabla \cdot (\alpha_i \rho_i u_i \varepsilon_i) = \nabla \cdot \left( \frac{\alpha_i (\mu_i + \mu_i^t)}{\sigma_\varepsilon} \nabla \varepsilon_i \right) + \alpha_i (C_1 G - C_2 \rho_i \varepsilon_i) \qquad (A4.17)$$

where the turbulence generation term, $G$, is given by:

$$G_i = \mu_i (\nabla u_i + \nabla u_i^T) : \nabla u_i \qquad (A4.18)$$

50



# Appendix 10    References

1. N. Bushnell, "Oil Spill by the Oil Rig 'Deepwater Horizon' in the Gulf of Mexico Capping Stack Flow Calculations, July 12 to 15, 2010," SimuTech Group-West, Expert Report, March 22, 2013.

2. Expert Report of Curtis Hays Whitson, PhD, May 1, 2013.

3. B.J. Azzopardi, R.F. Muddle, S. Lo, H. Morvan, Y.Y. Yan and D. Zhao, "Hydrodynamics of Gas-Liquid Reactors – Normal Operation and Upset Conditions," Wiley, 2011.

4. S.M. Lo, "Mathematical basis of a multi-phase flow model," AERE-R 13432, Harewll Laboratory, March 1989.

5. S. Lo, "Multi-fidelity computational flow assurance for design and development of subsea systems and equipment," Offshore Asia 2009, 31 March - 2 April 2009, Bangkok, Thailand

6. S. Lo, A. Tomasello, "Recent progress in CFD modelling of multiphase flow in horizontal and near-horizontal pipes," 7th North American Conference on Multiphase Technology, 2-4 June 2010, Banff, Canada.

7. S. Lo, "CFD modelling of hydrate formation in oil-dominated flows," Offshore Technology Conference, Houston, Texas, USA, 2-5 May 2011.

8. L. Xing, H. Yeung, S. Lo, "Investigation of slug flow induced forces on pipe bends applying STAR-OLGA coupling," 15th International Conference on Multiphase Production Technology, Cannes, France, 15-17 June 2011.

9. Stipulated Facts Concerning Source Control Events [Doc. 7076], filed August 9, 2012.

10. S.K. Griffiths, "Oil release from the MC252 Macondo Well," Expert Report, March 22, 2013.

11. M. Kelkar, "Rate prediction from the Macondo Well," Kelkar and Associates, Inc., Expert Report, March 22, 2013.

12. M. Pooladi-Darvish, "Estimate of cumulative volume of oil released from the MC252 Macondo Well," Fekete Associates, Inc., Expert Report.

13. MDL Ex. 9012

14. J. Bellarby, "Well Completion Design," Volume 56, Elsevier, 2009.

15. A.J. Ghajar, C.C. Tang, "Void Fraction and Flow Patterns of Two-Phase Flow Upward and Downward Vertical and Horizontal Pipes," Chapter 7, Advances in Multiphase Flow and Heat Transfer, Vol. 4, 2012.

16. J.G. Collier and J.R. Thome, "Convective Boiling and Condensation," Oxford Engineering Science, Clarendon Press, 1996.

17. A. Tentner, S. Lo, A. Ioilev, V. Melnikov, M. Samigulin, V. Ustinenko, "Computational fluid dynamics of two-phase flow topologies in a boiling water reactor fuel assembly," Proceedings of the 16th International Conference on Nuclear Engineering, ICONE16, May 11-15, 2008, Orlando, Florida, USA.

XSLX001-000097

18. G.F. Hewitt and D.N. Roberts, "Study of Two-Phase Flow Patterns by simultaneous X-ray and flash photography," Atomic Energy Research Establishment Harwell, AERE-M, 2159, February 1969.

19. J.O. Hinze, "Fundamentals of the hydrodynamic mechanism of splitting in dispersion process," A.I.Ch.E. Journal, September 1955, Vol. 1, No. 3, pp 289-295.

20. S. Lo and P. Rao, "Modelling of droplet breakup and coalescence in an oil-water pipeline," 6th International Conference on Multiphase Flow, ICMF 2007, Leipzig, Germany, July 9-13, 2007.

21. S. Lo and D. Zhang, "Modelling of break-up and coalescence in bubbly two-phase flows," The Journal of Computational Multiphase Flows, Volume 1, Number 1, 2009, Multi-Science Publishing.

22. D.P. Hill, "The computer simulation of dispersed two-phase flows," PhD Thesis, Imperial College, University of London, July 1998.

23. PVTsim input file ("PVTsim-PERA-EOS.fdb") prepared by Dr. C. Whitson.

24. J. M. Coulson, J. F. Richardson, J. R. Backhurst and J. H. Harker, "Chemical Engineering," Butterworth-Heinemann Ltd, Volume 2, Chapter 12, 4th edition, 1991.

25. Macondo Black-Oil lookup Tables, prepared by Dr. A. Zick (Jan. 29, 2013).

26. MC252_PT_3K_2-CORR2-Calculated-1 (BP-HZN-2179MDL07279441) (native).csv.

27. PT_3K_2 Final Pressures, prepared by Professor M. Trusler.

28. BP-HZN-2179MDL04578057.

29. BP-HZN-2179MDL04549798.

30. BP-HZN-2179MDL07241913.

31. BP-HZN-2179MDL06424832.

32. STAR-CCM+ Verification Suite 8.02.008, CD-adapco, February 2013

33. CD-adapco report, "Eulerian multiphase model validation tests for STAR-CCM+," CD-adapco, November 18, 2011, v7.01.02.

34. L. Schiller and A. Naumann (1933), VDI Zeits., **77**, p. 318.

35. A. Tomiyama, I. Kataoka, I. Zun, T. Sakaguchi (1998), "Drag coefficients of single bubbles under normal and micro gravity conditions," JSME International Journal, Series B, 41 (2), pp. 472-479.

36. STAR-CCM+ v8.03 user documentation, CD-adapco.

37. G.F. Hewitt, A.H. Govan, "Phenomena and prediction in annular two-phase flow," Advances in gas-liquid flow – 1990, FED-Vol. 99, HTD-Vol. 155, pp 41-56.



38. M Tanaka, H Ohshima, H Yamano, K Aizawa, T Fujisaki, "U-RANS simulation of unsteady eddy motion in pipe elbow at high Reynolds number conditions," Proceedings of ICAPP '10, San Diego, CA, USA, June 13-17, 2010, Paper 10272.

39. Schlichting, H. (1968) "Boundary Layer Theory," 6th Edition, McGraw-Hill.

40. Buice, C. U. and Eaton, J. K., "Experimental investigation of flow through an asymmetric plane diffuser," Report No. TSD-107, Thermosciences Division, Department of Mechanical Engineering, Stanford University, 1997.

41. Radovich, N.A. and Moissis, R. (1962), "The transition from two-phase bubbly flow to slug flow," MIT Report 7-7673-22.

42. Griffith, P. and Snyder, G.A. (1964), "The bubbly-slug transition in a high velocity two-phase flow," MIT Report 5003-29 (TID-20947).

43. Todreas, N.E. and Kazimi, M.S., "Nuclear Systems, Vol. 1: Thermal Hydraulic Fundamentals," Taylor & Francis (1993).

44. R. C. Dykhuizen, "Flow Rates from the Macondo MC252 Well Submitted on Behalf of the United States," Expert Report, March 22, 2013.

45. MDL Ex. 9361.

46. Professor J.P. Martin Trusler, PhD, "Pressure Measurements on the BOP and Capping Stack," Expert Report, May 1, 2013.

47. Nikuradse, J. (1933), "Strömungsgesetze in rauhen Rohen," VDI-Forsch-Heft 361. VDI-Verl., Berlin.

XSLX001-000099