# Exhibit 9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL          )    MDL NO. 2179

by the OIL RIG,            )

DEEPWATER HORIZON in       )    SECTION "J"

the GULF OF MEXICO,        )

April 20, 2010             )    JUDGE BARBIER

                           )

                           )    MAG.  JUDGE

                           )    SHUSHAN


Videotaped deposition of SIMON LO, taken at Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 29th of July, 2013.

```
 1              VIDEOGRAPHER:  This is the deposition
 2      of Dr. Simon Lo in regard to the oil spill of
 3      the oil rig DEEPWATER HORIZON in the Gulf of
 4      Mexico on April 20th, 2010.  Today's date is
 5      July 29th, 2013.  The time is now 8:32 a.m.
 6      We are on the record.
 7                        DR. SIMON LO,
 8      having been first duly sworn, testified as
 9      follows:
10                        EXAMINATION
11      BY MS. FLICKINGER:
12           Q.     Good morning, Dr. Lo.  I'm
13      Nancy Flickinger.  I represent the
14      United States of America, and with me is my
15      colleague, Anna Cross.
16           A.     Good morning.
17           Q.     We say hello.  And we haven't
18      met before, correct?  We just --
19           A.     Correct.
20           Q.     -- introduced ourselves earlier.
21           A.     Thank you.
22           Q.     Have you testified at A
23      deposition before?
24           A.     No.
25           Q.     Have you testified at trial
```

```
 1    privatized and become AEA Technology.  And

 2    in -- in AEA technology -- and I'm working in

 3    one department, thermo-hydraulics department,

 4    where we were working with computer software.

 5    And then we commercialized the software and

 6    formed the company CFX.  And that's the

 7    CFX -- CFX International development.

 8              So my -- my career in CFX is

 9    actually within the AEA Technology company.

10       Q.    Okay.  And AEA Technology was

11    involved more on the nuclear --

12       A.    The --

13       Q.    -- areas?

14       A.    The background -- it came from

15    UK Atomic Energy Authority, so it's

16    nuclear-related.  But when we were privatized

17    and that's no more nuclear funding, so then

18    we diversify into many other area, and that's

19    really when we start really focus in the

20    chemical process oil and gas area.  And

21    that -- that's my experience of that work.

22       Q.    Okay.  In your -- in your

23    experience, do you find that some of the

24    principles that are developed in another

25    industry such as nuclear can be pertinent to
```

1   **oil and gas projects?**

2          MR. NAKAYAMA:  Objection, form.

3          A.     Yes.   The -- we are solving free

4   mechanics.  They all involve free mechanics.

5   And, of course, free mechanics is all

6   governed by the same law of physics, solving

7   the same law of physics, same set of

8   equations.  And there are many similarities,

9   obviously, in terms of theory, in terms of

10  the modeling approach that we use.

11              But, of course, there are

12  differences in the different industry.  The

13  frics are different.  The properties are

14  different.  And so I'm familiar with the one

15  that I have worked -- worked with.

16          **Q.     All right.  In -- in the work**

17  **that you've done in your professional career,**

18  **have you worked with homogeneous models for**

19  **computational fluid dynamics?**

20          MR. NAKAYAMA:  Objection, form.

21          A.     Yes.   In fact, I was the one

22  that put the homogeneous model into CFX way

23  back in 1980-something.

24          **Q.     Okay.  And can you identify some**

25  **projects where you've actually used the code**

1    be added -- that amount of flow, would that

2    then be added to each of the models that you

3    ran with your sea plenum?

4         MR. NAKAYAMA:  Objection, form.

5         A.    Not necessarily.  It will,

6    depending on the flow conditions because if

7    the flow are different, then the flow

8    distribution will be different.  So we'll

9    have to quantify each case by case.

10        Q.    Okay.  What -- what is your

11   primary opinion in this matter?

12        A.    My opinions are document in the

13   report.

14        Q.    All right.  And, basically,

15   you're calculating the flow from the

16   kill line?

17        A.    My opinion is based on

18   addressing -- examining Dr. Bushnell's model,

19   identify the deficiency that may need to --

20   to quantify the effect of those deficiency

21   have on the flow rate that the --

22   Dr. Bushnell's model calculate.

23        Q.    Okay.  So when were you retained

24   by BP?

25        A.    It's November 2011.

1      Q.     And was your assignment at that

2   time to identify deficiencies in

3   Dr. Bushnell's report?

4      MR. NAKAYAMA:  Objection.  I instruct

5   the witness not to answer to the extent the

6   answer would reveal privileged communication

7   with counsel or reveal privileged material

8   which is unrelated to the -- Dr. Lo's report.

9      A.     At the time, I don't think it

10  was specific.  So we've done a number of

11  things, but it's not specific to this case.

12     Q.     Okay.  Do you understand your

13  assignment, once you saw Dr. Bushnell's

14  report, to -- your assignment was to identify

15  deficiencies in his report?

16     MR. NAKAYAMA:  Objection, form.

17     A.     I was asked to examine

18  Dr. Bushnell's model and -- and identify any

19  deficiency in that models and how I would

20  address those deficiency.

21     Q.     Okay.  Were you given any

22  instructions to identify deficiencies that

23  would decrease the flow rate?

24     A.     No.

25     Q.     In preparing your report, did

1    call boundary conditions, the pressure

2    values.

3             Q.      **The boundary conditions?**

4             A.      Yes.

5             Q.      **Uh-huh.**

6             A.      I think that's the main

7    parameters that I can remember at the moment.

8             Q.      **Okay.  And the same thing for**

9    **the -- okay.  The -- the same question for**

10   **Dr. Boudjir, what -- what is her background?**

11            A.      She has a Ph.D. in advanced

12   turbo modeling for turbo machinery from the

13   University of Manchester in the UK.

14            Q.      **Okay.  Did you -- I mean, you**

15   **were retained by BP in November 2011, and you**

16   **started working on the computer model in your**

17   **report the last week of March 2013.**

18                    **Did any of the conclusions or**

19   **opinions that are in your final report build**

20   **on -- did you rely on any work that you have**

21   **done in the interim?**

22            MR. NAKAYAMA:  Objection.  And I'm

23   going to instruct the witness not to answer

24   to the extent the answer would reveal -- to

25   the extent the answer would reveal privileged

 1    and confidential information or discussions

 2    with counsel.

 3         A.    No, I did not rely on any work

 4    done prior to the -- the work I describe in

 5    my report.

 6         Q.    Okay.  How much time,

 7    approximately, did you spend working on -- I

 8    assume it's CFD modeling out of the capping

 9    stack.  How much time did you spend working

10    on that between November 2011 and March 2013?

11         MR. NAKAYAMA:  Objection.  Same

12    instruction.  I instruct the witness not to

13    answer to the extent the answer would reveal

14    privileged information or conversation with

15    counsel.

16         Q.    He -- well, I'm just asking

17    approximately how much time was spent by your

18    team.

19         MR. NAKAYAMA:  Yeah, I think that --

20    I'm going to instruct the witness not to

21    answer.

22         MS. FLICKINGER:  Well, Dr. Bushnell was

23    asked very similar questions.

24         MR. NAKAYAMA:  I'm still going to

25    instruct the witness not to answer.

 1      MS. FLICKINGER:  Counsel for BP,

 2  Anadarko, asked Dr. Bushnell the same

 3  questions.  I'm entitled to know how many

 4  hours he spent, just approximately.

 5      MR. NAKAYAMA:  Well, not -- not -- my

 6  understanding is that counsel for -- or BP

 7  did not ask how many hours Dr. Bushnell

 8  worked during any -- on any -- any work

 9  unrelated to his report or any privileged

10  work.  And I think that's -- that's the aim

11  of your question, to inquire the witness or

12  deponent how much time he spent working on

13  privileged work, which is not related to the

14  work in his report.

15      **Q.     Okay.  How much total time have**

16  **you spent on this work for BP?**

17      MR. NAKAYAMA:  Same instruction.  To

18  the extent the answer would reveal privileged

19  information, information about work not

20  related to the report, I instruct the

21  answer -- the witness not to answer.

22          To the extent you can answer

23  with respect to the work that is related to

24  the report, you're free -- you know, you can

25  answer.

1        Q.     Dr. Lo, are you going to answer

2   the question, or are you going to follow the

3   instruction of your counsel?

4        A.     Well, I can't remember the --

5   the -- the hours in -- in my head.  But I can

6   tell you the hours is properly recorded,

7   formally recorded, in my company's time --

8   time sheets.

9        Q.     Okay.

10       A.     So anyone can -- can check and

11  trace -- trace and get the hours.

12       Q.     About how much time -- since you

13  got Dr. Bushnell's report, about how much

14  time did you and your team spend working

15  on -- on your report?

16       A.     For me, the month of April,

17  relatively full time the month of April.

18       Q.     Okay.  Who wrote the report?

19       A.     I did.

20       Q.     Okay.  Did you have any

21  assistance from others?  And I -- and here I

22  don't want to include any attorneys from

23  Kirkpatrick [sic] or anyone else, but did you

24  have any assistance from others in your

25  company working drafting the report?

1      put the sticky on the corner.

2              (Exhibit Number 12008 marked.)

3          Q.    Okay.  Your report is contained

4      at tab 1, and it's been previly -- previously

5      marked as exhibit 11708.  And, actually,

6      what -- it might be easiest just for you to

7      pull tab 9 out.  I'm just going to ask you to

8      go through and confirm --

9          A.    Pull which out?

10         Q.    Tab 9.  And so what I'm going to

11     do is go through and -- and look at different

12     tables from your report and confirm that --

13     okay.  And you -- you may be able to do this

14     from memory, but you might want to consult

15     your report.

16              Okay.  So here we've identified

17     a number of cases, and what -- what we're

18     calling case 1 is Dr. Bushnell's --

19     Dr. Bushnell's results, his estimated flow

20     rate.

21              And just to walk through, he

22     used the PVT model from Dr. Zick, correct?

23     Temperature at 200.  He did not have a sea

24     plenum.  He did not use multiphase.  He did

25     not have your -- your approach to gas

1      **evolution.  And he arrived at -- at a rate in**

2      **kilograms per second of 119.9; is that**

3      **correct?**

4             MR. NAKAYAMA:  Counsel, could I ask, is

5      this -- is this a homogeneous model for

6      Bushnell model or --

7             MS. FLICKINGER:  Yes, this is --

8             MR. NAKAYAMA:  -- what model are we

9      looking at?

10            MS. FLICKINGER:  This Dr. Bushnell's

11     homogeneous.

12            MR. NAKAYAMA:  Did it have gas

13     evolution?

14            MS. FLICKINGER:  It did -- it -- it

15     didn't have Dr. Lo's calculations for gas

16     evolution.  Our position is the homogeneous

17     model takes gas evolution into account.

18            MR. NAKAYAMA:  So when it says no gas

19     evolution, you're saying that this means

20     no -- it does not adopt Dr. Lo's gas

21     evolution --

22            MS. FLICKINGER:  That's correct.

23            MR. NAKAYAMA:  -- approach?

24            MS. FLICKINGER:  And table 5.3 in your

25     report should have these results.

```
 1              MR. NAKAYAMA:  Counsel, the first line
 2      in this tab 9, is that the -- is that -- the
 3      second line of -- of table 5.3, is that -- is
 4      that the -- the representation?
 5              MS. FLICKINGER:  I'm -- I'm asking
 6      Dr. Lo just to say, yes, 19.9 is
 7      Dr. Bushnell's base case from the kill line.
 8              A.     Yes.
 9              Q.     And that it, you know, doesn't
10      have a sea plenum, that those -- those
11      parameters are correct with the clarification
12      on gas evolution that we just discussed.
13              MR. NAKAYAMA:  Objection, form.
14              A.     Yes.
15              Q.     Okay.  And the effect of your
16      replication of Dr. Bushnell's -- okay.  So
17      then move to case 2.  And this is your model
18      to replicate Dr. Bush's [sic] CFD model.
19      Okay?  And so in your first instance, you
20      used Dr. Zick's inputs.  You used a
21      temperature of 200.  You did not use a sea
22      plenum.  You replicated the homogeneous.  You
23      did not use gas --
24              A.     Yes.
25              Q.     -- evolution.  And you arrived
```

1    at kilograms per second of 121.9.

2              Is that -- that line of this

3    chart accurate?

4         A.    Yes, that's correct.

5         Q.    Okay.  And then the effect, if

6    you compare it to case 1, is to increase the

7    flow rate by 1.7 percent?

8         A.    Yes.

9         Q.    And I think there's a typo.  It

10   says 1.6, but that should say 1.7, correct?

11        A.    Yes.

12        Q.    Okay.  All right.  And then turn

13   to case 3.  And you can turn to table 3.1,

14   which is page 7 your report.

15              And, again, you were the

16   modeler, the PVT model.

17              So the PVT model was

18   220 degrees?

19        MR. NAKAYAMA:  Objection, form.

20        Q.    Correct?

21        A.    The temperature --

22        Q.    I mean, the temperature was

23   220 degrees?

24        A.    Yes.

25        Q.    Okay.  And the plenum -- there

1    was no plenum at that point in your model?

2         A.     No.

3         Q.     And still a homogeneous model?

4         A.     Correct.

5         Q.     Okay.  And still no gas

6    evolution, according to your calculations?

7         MR. NAKAYAMA:  Objection, form.

8         A.     The homogeneous model, okay,

9    include the gas evolution but not the --

10   using my gas evolution model.

11        Q.     Right.

12               And the results you got were

13   119.8 kilograms per second, correct?

14        A.     Correct.

15        Q.     And that brought it down

16   1.7 percent compared to your case number 2?

17        A.     Correct.

18        Q.     All right.  And, again, that

19   would be a zero there in the final column.

20   That wouldn't be -- well, it would be 07.1?

21        MR. NAKAYAMA:  Counsel, can you clarify

22   what -- I'm -- I'm not sure we understood.

23        MS. FLICKINGER:  The final?

24        MR. NAKAYAMA:  Uh-huh.

25        MS. FLICKINGER:  Okay.  In the final

```
 1    column --
 2         MR. NAKAYAMA:  Uh-huh.
 3         MS. FLICKINGER:  -- the first number is
 4    1.6.  It should be 1.7.
 5         MR. NAKAYAMA:  Okay.
 6         MS. FLICKINGER:  And so then if you
 7    compare those two, there should be -- it
 8    should bring it down to zero compared to case
 9    number 1.
10         Q.    Okay.  And then you turn to case
11    number 4, and this is where you add the
12    plenum in, correct?
13         A.    Yes.
14         Q.    Okay.  So if you'd turn to
15    page 10.  And, again, you're using a
16    200-degree temperature.  You're using
17    Dr. Zick's PVT data?
18         A.    Yes.
19         Q.    Now, you're adding in the
20    plenum --
21         A.    Yes.
22         Q.    -- correct?
23               And then you're -- you're still
24    using the homogeneous model?
25         A.    Yes.
```

```
1        Q.      And you get 119.9 kilograms per
2    second with the plenum, correct?
3        A.      Correct.
4        Q.      All right.  And that brings it
5    down 1.6 -- 1.6 percent from case number 2,
6    which is your initial case?
7        A.      Correct.
8        Q.      Okay.  And so if you compare it
9    to Bushnell, again, there's no difference?
10       MR. NAKAYAMA:  Objection, form.
11       A.      Only if you look at the per --
12   period of those flow rate numbers.
13       Q.      Only if you --
14       A.      Only comparing the numerical --
15   numerical values of the flow rate numbers
16   appear on this table.
17       Q.      Yes.
18       A.      Of course, those flow rate
19   number represent quite difference flow
20   solutions.
21       Q.      Yes.  Okay.  But in kilograms
22   per second, which is the output from your
23   model, that's the -- that's the comparison,
24   correct?  You get 119.9?
25       MR. NAKAYAMA:  Objection, form.
```

```
 1          A.     It's a period comparing the flow

 2     rate numbers, then they are the same.

 3          Q.     Okay.  Then let's look at case

 4     number 5.  And I can direct you to table 3.4,

 5     which is on page 16.

 6               Okay.  And, again, your table

 7     for -- for this case, you're still -- you're

 8     modeling -- you're doing a modeling run that

 9     includes the PVT data from Dr. Zick and a

10     temperature of 200, correct?

11          A.     Correct.

12          Q.     And now you have both the plenum

13     and you have your multiphase gas, your

14     Eulerian-Eulerian model, correct?

15          A.     Correct.

16          Q.     But you haven't added in the gas

17     evolution.

18               And the rate that you achieve

19     there is 120.2 kilograms per second, correct?

20          MR. NAKAYAMA:  Objection, form.

21          A.     Correct.

22          Q.     And that -- that, when you

23     compare it to the prior case, makes a

24     difference of plus three percent?

25          A.     Comparing to the homogeneous
```

1    models, yes, .3 percent.

2         Q.    Comparing to -- so comparing to

3    Dr. Bushnell's.  So that would be comparing

4    it to case number 1?  Wait.

5              Okay.  So the comparison that

6    you did in your report was to Dr. Bushnell?

7         A.    No.  That's -- that's comparing

8    against my own --

9         Q.    Your own homogeneous?

10        A.    -- homogeneous results.

11        Q.    Okay.  All right.  And that

12   raises it 0.3 percent, correct?

13        A.    Correct.

14        Q.    All right.  And it raises it

15   from Dr. Bushnell's 0.3 percent, correct?

16        A.    I didn't do the calculation, so

17   I don't know.

18        Q.    You don't know?  Okay.  Okay.

19              So what you're comparing in

20   case 4 is 119.9 percent, and Dr. Bushnell --

21   I mean, 119.9 kilograms per second and

22   Dr. Bushnell, also his base case was 119?

23        A.    Excuse me.

24        Q.    Yes?

25        A.    Can I have a piece of paper so I

1    can line?

2         Q.    Yes.

3         A.    The line's difficult to see.

4         THE WITNESS:  Thank you.

5         MS. FLICKINGER:  Actually, I have a

6    bigger version, if that would help.

7         A.    That's fine.  Can you repeat the

8    question again?

9         Q.    Okay.  We're trying to figure

10   out the percentage difference between your

11   multiphase case number 5 where you put in a

12   Eulerian-Eulerian, and Dr. Bushnell's base

13   case.

14             So we've agreed that it's plus

15   0.3 percent between your case number 4 and

16   case number 5.  So you add in the plenum and

17   you get 119.9, and then you go to the

18   Eulerian-Eulerian model and you get 120.2.

19             Do you see that?

20        A.    Yes, I do.

21        Q.    Okay.  And Dr. Bushnell's base

22   case is also 119.9 kilograms per second.  So

23   can we agree that it's going to be the same

24   percent difference, which is plus 0.3?

25        MR. NAKAYAMA:  Objection, form.

```
 1              A.     Okay.  Yes.
 2              Q.     Okay.  And, again, case
 3       number 6.  Again, and this is in table 3.5,
 4       which you'll find on page 19.
 5                     So you've -- you've done the
 6       plenum.  You've done multiphase.  Now you're
 7       adding in gas evolution, which was one of the
 8       deficiencies you found with Dr. Bushnell's
 9       Eulerian-Eulerian model, correct?
10              A.     Correct.
11              Q.     So on table 3.5, you -- work us
12       through that.  And, again, you're using
13       Dr. Zick's PVT data.  You're using a
14       temperature of 200, but you added in a
15       plenum.  You're using Eulerian-Eulerian and
16       you're doing gas evolution, and you arrive at
17       an output of 119.8 kilograms per second,
18       correct?
19              A.     Correct.
20              Q.     Okay.  And that reduces it
21       0.3 percent.  And then when you compare it to
22       Bushnell's -- it's a typo -- that adds up to
23       Bushnell -- that adds up to zero, doesn't it?
24              MR. NAKAYAMA:  Objection, form.
25              A.     I don't follow you there.
```

```
1          Q.     Okay.  On the final column when

2     you're comparing it to Dr. Bushnell, we

3     agreed that it raised Dr. Bushnell's

4     0.3 percent?

5          MR. NAKAYAMA:  Objection, form.

6          Q.     And now -- and now you're

7     lowering it 0.3 percent.

8                 And doesn't that result in no

9     change in the final output?

10         MR. NAKAYAMA:  Objection, form.

11         A.     Well, in table 3.5, I'm

12    comparing my own models between with and

13    without gas evolutions.

14         Q.     Okay.

15         A.     With gas evolution, is lower,

16    the flow rate, by .3 percent.

17         Q.     Okay.  So your kilograms per

18    second are 119.8 kilograms per second,

19    correct?

20         A.     Yes.

21         MR. NAKAYAMA:  Objection, form.

22         Q.     Okay.  And Dr. Bushnell, his

23    final calculation was 119.9.

24                And do you know the percent

25    difference between those?
```

```
 1            MR. NAKAYAMA:  Objection, form.
 2            A.     Well, without calculating, I
 3      don't, but...
 4            Q.     Okay.  Does 0. -- minus
 5      0.1 percent sound about right?
 6            MR. NAKAYAMA:  Objection, form.
 7            A.     It could be.
 8            Q.     All right.  Well, let's move on
 9      to the seventh case where you're adding
10      temperature.  In table -- this is table 3.6,
11      so it's right on the same page.  And, again,
12      you have Zick PVT data.  You have temperature
13      of 220.  You added the plenum.  You've added
14      multiphase gas.  You have gas evolution, and
15      you come out with 116.1 kilograms per second,
16      correct?
17            MR. NAKAYAMA:  Objection, form.
18            A.     Yes, that's what I've
19      calculated.
20            Q.     And that -- okay.  And that
21      results in -- what difference does that
22      result in compared to your prior case?
23            MR. NAKAYAMA:  Objection, form.
24            A.     Prior case being?
25            Q.     Case number 6.
```

1      A.      Case number 6.  So compared

2  between case 6 and 7?

3      **Q.      Yes.**

4      A.      In terms of mass flow rate, it

5  is what's written down there, 119.8 compared

6  to 116.1 kilograms per second.

7      **Q.      Okay.  And can you tell me what**

8  **percentage difference that is?**

9      A.      Well, we can calculate it, of

10  course, based on those two numbers.  So

11  3 percent -- around 3 percent is about right.

12      **Q.      Okay.  And then finally, the**

13  **case number 8 is where you put everything**

14  **together.  You use Dr. Whitson's PVT data.**

15  **You have your temperature of 220.  You have**

16  **your own model, and you arrive at kilograms**

17  **per second of 113.3, correct?**

18      MR. NAKAYAMA:  Objection, form.

19      A.      So with those conditions, I

20  arrived at number 113.3 kilogram per second.

21      **Q.      Okay.  And the use of the**

22  **PVT data decreases the flow by 2.4 percent?**

23      MR. NAKAYAMA:  Objection, form.

24      **Q.      Correct?  From -- from your**

25  **prior case?**

```
 1        A.     Comparing between using
 2   Dr. Zick's PVT data and Dr. Whitson's
 3   PVT data, the difference -- Dr. Whitson's
 4   data lower the flow rate by 2.4 percent.
 5        Q.     Okay.  And so that -- that's
 6   accurate there on the chart, correct, because
 7   the prior case has Dr. Zick's --
 8        MR. NAKAYAMA:  Objection, form.
 9        Q.     -- PVT data, and case
10   number 8 -- what we're calling case number 8
11   has Whitson's and everything else is the
12   same, correct?
13        MR. NAKAYAMA:  Objection, form.
14        A.     The parameters input as they
15   appear on this table are the same, yes.
16        Q.     So the minus 2.4 percent is
17   correct?
18        MR. NAKAYAMA:  Objection, form.
19        A.     That's comparing between the two
20   case, 7 and 8.
21        Q.     Yes.
22        A.     Yes.
23        Q.     Okay.  And then the total
24   difference in kilograms per second between
25   Dr. Bushnell's baseline case on the kill side
```

```
1    and yours is minus 5.5 percent, correct?
2         MR. NAKAYAMA:  Objection, form.
3         A.    Yes.
4         Q.    Okay.  And then we'll do one
5    last case, which is the taper runs that you
6    ran in that you provided a few weeks ago.
7              And you think you already said
8    it was -- it was 0.5 percent difference,
9    correct?
10        MR. NAKAYAMA:  Objection, form.
11        Q.    So that, we kind of call case
12   number 9.
13        MR. NAKAYAMA:  Object --
14        Q.    Okay.  Do you see on the final
15   line of this chart?
16        A.    I do.
17        Q.    Okay.  And I think that's a
18   typo.  It should be 0.5, correct?  That's
19   what you testified?
20        MR. NAKAYAMA:  Objection, form.
21        A.    0.5 percent, yes.
22        Q.    Change.  Okay.  Thanks.
23              So if you -- if you take out
24   temperature, if you just look at the modeling
25   differences and you take out temperature and
```

```
 1    you take out the PVT data, right, your model

 2    gets virtually the same result as

 3    Dr. Bushnell's; isn't that right?

 4         MR. NAKAYAMA:  Objection, form.

 5         A.    I didn't see that from this

 6    table.

 7         Q.    Okay.  If you look at case

 8    number 3.  Wait.

 9         A.    Case number 3?

10         Q.    If you look at case number 4

11    where you're using Dr. Zick's PVT data,

12    200 temperature -- wait a sec.  Nope.  Sorry.

13    Looking at case number 6, you're using the

14    same PVT data, same temperature, but you're

15    putting in the plenum, the Eulerian-Eulerian,

16    and the gas evolution, you get

17    119.8 kilograms per second, correct?

18         A.    Yes.

19         Q.    And isn't that very close to

20    119.9 kilograms per second?

21         MR. NAKAYAMA:  Objection, form.

22         A.    Only in terms of if you're just

23    purely looking at the flow numbers.  Of

24    course, those flow numbers come from very

25    different solutions.
```

1    Q.      Yes.

2    A.      So even those they're -- the

3 flow numbers are the same, it doesn't mean

4 they -- the flow is the same.

5    **Q.      Yes.  But -- but what we're**

6 **trying to estimate is the flow in kilogram --**

7 **the mass flow rate in kilograms per second at**

8 **the outlet of the capping stack, correct?**

9    MR. NAKAYAMA:  Objection, form.

10    A.      Well, I guess the objective is

11 to determine the flow through the capping

12 stack adequately.

13    Q.      Yes.

14    A.      And by doing that, I think we

15 need to look at the whole solutions and not

16 just the flow rate -- final flow rate

17 numbers.

18    **Q.      Well, do you feel 119.8 is an**

19 **accurate number?**

20    MR. NAKAYAMA:  Objection, form.

21    **Q.      For the particular parameters**

22 **that are listed in that case?**

23    MR. NAKAYAMA:  Objection, form.

24    A.      We need to look at what those

25 flow rate -- where those flow rates come

 1  from, those solutions come from, and then you

 2  can determine whether those numbers are

 3  accurate or not.

 4       **Q.     Okay.  But you feel -- using**

 5  **your model but using different PVT and**

 6  **temperature parameters, you feel that the**

 7  **solution that your model arrived at of 119.8**

 8  **is an accurate number from your model?**

 9       MR. NAKAYAMA:  Objection, form.

10       A.     The flow rate I derive here from

11  the solutions is accurate to the input

12  parameters that I prescribed in the model.

13       **Q.     Okay.**

14       A.     So it's specific to the setup

15  that is used in that particular run,

16  particular case.

17       **Q.     Okay.  Thank you.**

18       MR. NAKAYAMA:  Counsel, before we leave

19  this exhibit 12008, I was wondering if you

20  could just clarify for the record which

21  numbers are incorrect and/or typos or what

22  the correct values should be.

23       MS. FLICKINGER:  I think we've done

24  that on a running basis as we've gone

25  through.  So I think the record should be

1    clear.  What we can do is give you a

2    cleaned-up copy later on in the deposition.

3         MR. NAKAYAMA:  Okay.  I'm just going to

4    object to the -- to the -- for the record,

5    until the -- the -- we get a clean copy of

6    the -- what the correct values.  Thank you.

7         **Q.    Okay.  I think we testified --**

8    **we established earlier that between, Dr. Lo,**

9    **your final flow estimate of 113.3 kilograms**

10   **per second and Dr. Bushnell's kill line**

11   **estimate of 119.9 kilograms per second, the**

12   **difference was 5.5 percent, correct?**

13        A.    For the mass flow rate.  My mass

14   flow rate is 5.5 percent lower than

15   Dr. Bushnell's flow rate.

16        **Q.    Okay.  And allocating that**

17   **5.5 percent, is it fair to say that**

18   **1.7 percent is due to temperature?**

19        MR. NAKAYAMA:  Objection, form.

20        A.    It's not simple as that, of

21   course.  All the parameters interact in a

22   different way in what we call nonlinear

23   effects in the models.  Temperature effects,

24   PVT data, effects of flow.  You have fixed

25   density.  So it's difficult to simply

1       And I don't know the background of where and

2       what test and what -- how he come to -- to

3       those data.

4              Q.     Okay.  So the -- the support for

5       the conversion factor, the explanation for it

6       would come from Dr. Whitson, correct?

7              MR. NAKAYAMA:  Objection, form.

8              A.     Correct.

9              Q.     Okay.  And similarly with Zick,

10      you didn't look at his four-stage separation

11      conversion, correct?

12             MR. NAKAYAMA:  Objection, form.

13             A.     Correct.

14             Q.     Okay.  Let's turn to

15      temperature.

16                    One deficiency you found with

17      Dr. Bushnell's model was his use of

18      200 degrees Fahrenheit, correct?

19             MR. NAKAYAMA:  Objection, form.

20             A.     Correct.

21             Q.     And in your opinion, the

22      appropriate temperature should be 243 degrees

23      Fahrenheit, correct?

24             MR. NAKAYAMA:  Objection, form.

25             A.     Yes.

1    Q.    And you base that on data that

2    is reported in an article that you cite in

3    your relied-upon materials; is that right?

4         MR. NAKAYAMA:  Objection, form.

5         A.    It's based on the article -- the

6    PNAS article by Reddy and colleagues of

7    Woods Hole Oceanographic Institute.

8         Q.    Correct.  And what -- what's the

9    subject of that article?

10        A.    The subject of article is about

11   analyzing samples that they have taken inside

12   the top hat.

13        Q.    Right.  So it's about the

14   constituents of the fluid, correct?

15        MR. NAKAYAMA:  Objection, form.

16        A.    The compositions, and they

17   have -- also have temperature measurements

18   being recorded.

19        Q.    Yes, but the temperature

20   measurements were as a means to collect the

21   sample; isn't that right?

22        MR. NAKAYAMA:  Objection, form.

23        A.    Not necessarily, I guess.  And

24   they -- they -- they took measurements, so

25   they took temperature measurements and to

1    collect samples, is my understanding,

2    'cause -- of course, to -- and that's --

3    that's -- that's what's described in -- in --

4    in that article.

5         Q.    Yes.  But -- but the -- all

6    right.  Well, let's turn to the article.

7    Tab 13.

8         A.    Sorry.  What's the number again?

9         Q.    Tab 13.

10         A.    13.

11         Q.    So the title of the article,

12    which is exhibit -- has been previously

13    marked as exhibit 9012, is composition and

14    fate of gas and oil released to the water

15    column during the DEEPWATER HORIZON oil

16    spill, correct?

17         A.    Correct.

18         Q.    And all the temperatures

19    discussed in this article, it's fair to say,

20    isn't it, that most of the article is about

21    the composition of the gas and the oil?

22         MR. NAKAYAMA:  Objection, form.

23         A.    The information -- the

24    information I want is the temperature

25    measurements, and it's very well-described in

```
 1    this article.  It's measurements that they

 2    took, and they described it clearly here.  So

 3    that's all the information I need.

 4         Q.    All right.  And you're aware

 5    that that sample was not collected by BP or

 6    Anadarko, correct?

 7         MR. NAKAYAMA:  Objection, form.

 8         A.    All I know is what's described

 9    in this article is collected by this ROV,

10    Millennium 42 ROV, and that's all I know is

11    really from -- from this --

12         Q.    Can you tell --

13         A.    -- report.

14         Q.    -- from that article if it was

15    collected by BP or Anadarko?

16         MR. NAKAYAMA:  Objection, form.

17         A.    I -- no, I can't tell --

18         Q.    You can't tell?

19         A.    -- from that.

20         Q.    Are you aware of any temp --

21    temperature measurements that are higher than

22    this measurement?

23         MR. NAKAYAMA:  Objection, form.

24         A.    The only measured temperature

25    measurements that I have is from this
```

```
 1    article, and that's the only reference that I

 2    have on actual temperature measurements.

 3         Q.    Okay.  Did you independently

 4    investigate temperature?

 5         MR. NAKAYAMA:  Objection, form.

 6         A.    No.

 7         Q.    Okay.  Where did you get this

 8    article from?

 9         A.    From counsel.

10         Q.    From counsel?  Okay.

11               What did you do to arrive at

12    your conclusion that a temperature of

13    220 degrees Fahrenheit was superior to

14    200 degrees Fahrenheit used by Dr. Bushnell?

15         MR. NAKAYAMA:  Objection, form.

16         A.    Well, 220 is -- I got it from

17    this article.

18         Q.    Yes.

19         A.    It's a measured data.  It's

20    documented in the peer-review journal as a

21    measured data.  So that's a -- a solid

22    evidence.  And I -- I -- I couldn't see or

23    find any record evidence for -- for

24    200 Fahrenheit.

25         Q.    And what investigation did you
```

1    take to find evidence of other temperature

2    measurements?

3          MR. NAKAYAMA:  Objection, form.

4          A.     Well, this is a -- well, in

5    fact, what we want is to find the

6    temperatures of the source -- of the -- right

7    at the -- all fluids coming through the

8    capping stack.  Based on Dr. Bushnell's

9    report, he used 200.  And from this article,

10   I -- I have a temperature measurement 220,

11   and based on physics, then, I believe the

12   higher temperatures is closer to source

13   temperatures.

14          So I believe, then, this

15   temperature, higher temperature, is a better

16   one to -- to use, more correct representative

17   of the -- the fluid temperature.

18          Q.     Thank you.

19          MS. FLICKINGER:  We're going to break

20   now to change the tape.

21          THE WITNESS:  Okay.

22          VIDEOGRAPHER:  The time is 10:36 a.m.,

23   and we're off the record.

24                (Off the record.)

25          (Exhibit Number 12009 marked.)

```
 1              VIDEOGRAPHER:  The time is 10:45 a.m.,
 2    and we're back on the record.
 3         Q.    Before we resume, Dr. Lo, we're
 4    going to mark exhibit -- tab 12, which was
 5    the equation I gave you.  We're going to mark
 6    that as exhibit 12009.
 7         A.    Okay.
 8         Q.    Okay.  So let's return back to
 9    temperature.
10              So what you've --
11         A.    Before I start, can you tell me
12    what -- which tab it is, the temperature?  Is
13    it -- sorry.  Carry on.
14         Q.    Okay.  So your -- your testimony
15    is that counsel gave you one article, and it
16    had a single temperature measurement in it,
17    correct?
18              MR. NAKAYAMA:  Objection, form.
19         A.    That was two -- two temperature
20    measurements, yeah.
21         Q.    All right.  And apart from that,
22    you haven't done any other investigation of
23    the temperatures taken at Macondo, correct?
24              MR. NAKAYAMA:  Objection, form.
25         A.    Well, of course, there's
```

```
 1    temperatures -- information in Dr. Bushnell's
 2    model, the 200 that he used.
 3         Q.    Okay.  Are you aware that during
 4    the response, BP used a temperature of
 5    200 degrees Fahrenheit?
 6         MR. NAKAYAMA:  Objection, form.
 7         A.    I have no -- I don't know those
 8    details, but -- no, I don't know.
 9         Q.    You don't know those details?
10         A.    Uh-huh.
11         Q.    And -- and during the response,
12    they were designing equipment and making a
13    lot of very important decisions, correct?
14         MR. NAKAYAMA:  Objection, form.
15         A.    I am not aware of what they did
16    and what -- and what -- yeah, I'm not aware,
17    so I don't -- I don't have those
18    informations.
19         Q.    Were -- did counsel give you any
20    information about the use by BP of
21    temperature at 200 degrees during the
22    response?
23         MR. NAKAYAMA:  Objection, form.
24         A.    No.  I've not seen those
25    informations.  I've not studied those --
```

1      Q.      Okay.

2      A.      -- so it's not --

3      Q.      Did you get any information

4   about the impact on source control decisions

5   if the temperature was too high?

6          MR. NAKAYAMA:  Objection, form.

7      A.      I have not looked into that at

8   all, so I have no -- no knowledge in the

9   area.

10     Q.      Okay.  Are you aware that some

11  of the components that were -- that were in

12  the equipment that was being used were

13  elastomers, and if the temperature was too

14  high, it could degrade those components?

15         MR. NAKAYAMA:  Objection, asked and

16  answered.  Objection, form.

17     A.      I don't know any of those

18  details.  I don't know what equipment, what

19  materials, and how they respond, so I've

20  not --

21     Q.      Are you aware that there were

22  many other samples taken to measure the fluid

23  coming from the capping stack?

24         MR. NAKAYAMA:  Objection, form.

25     A.      Again, I have no detail of those

```
 1    samples, so I'm not aware of those

 2    measurements.

 3              Q.    Okay.  Are you aware that other

 4    witnesses who were asked by BP to calculate

 5    flow from the capping stack during the same

 6    period of time -- are you aware that they

 7    were using a temperature of 200 degrees at

 8    that time?

 9              MR. NAKAYAMA:  Objection, form.

10              A.    I'm not aware of those

11    calculations.

12              Q.    Okay.  Well, there was a woman

13    called Farah Saidi, for example, who was

14    using a temperature of 200 degrees, and she

15    was using that on July 13th, 14th, and 15th,

16    and she was using a temperature of

17    200 degrees to calculate the flow coming out

18    of the capping stack.

19                    Were -- did counsel advise you

20    of this at all?

21              MR. NAKAYAMA:  Objection, form.

22              A.    Not at all.  Well, I don't know

23    the detail of that calculation and what

24    context that calculations what carried out

25    and --
```

1    Q.    Yes.  But she was using a

2    temperature of 200 degrees in July.

3              And the temperature measurement

4    that you're relying on was collected when?

5         MR. NAKAYAMA:  Objection, form.

6         A.    The temperature collections was

7    collected in June 20th, 2010.

8         Q.    Correct.

9              So even after that sample was

10   collected, she was still using a temperature

11   of 200 degrees.

12             Did counsel advise you of that?

13        MR. NAKAYAMA:  Objection, form.

14        A.    We have no discussion on that

15   topic, so I -- I -- I don't know.

16        Q.    Are you -- are you aware that

17   there were various rationales for using the

18   temperature of 200 degrees?

19        MR. NAKAYAMA:  Objection, form.

20        A.    I don't know what those

21   rationale or discussions refer to, in what

22   context.  But for my work, that's what I've

23   used, and that's described in my report.

24        Q.    Okay.  So to sum it up, your

25   attorneys gave you a temperature measurement

1    that you found in an article, correct?

2           MR. NAKAYAMA:  Objection, form.

3           A.    As I understand, it's a

4    published peer-reviewed article --

5           Q.    Yes, but --

6           A.    -- describing --

7           Q.    But the sample collection was

8    not necessarily peer-reviewed.  The article

9    is about composition and fate of gas and oil

10   released to the water column; isn't that

11   correct?

12          MR. NAKAYAMA:  Objection, form.

13          A.    The information I got from that

14   sample is the temperature measurements.  And

15   as far as I'm concerned, it is a

16   peer-reviewed journal paper, and it describes

17   the measurements very clearly, very well.

18   And that's what I base my -- my temperature

19   numbers on.

20          Q.    Do you have any information

21   about the quality of the sample collection

22   for other measurements that were taken of the

23   fluid?

24          MR. NAKAYAMA:  Objection, form.

25          A.    No.  What I read is this

```
 1    article, what is described in the article.
 2         Q.    Okay.  If -- if you were told
 3    that there was a reliable measurement of --
 4    if counsel came and told you let's use
 5    200 degrees, you would just change that and
 6    put it in your model, correct?
 7         MR. NAKAYAMA:  Objection, form.
 8         A.    Not necessarily.  If there is
 9    documented evidence the temperature as shown
10    in the papers of 221 Fahrenheit, then that is
11    the data to be considered.
12         Q.    And if there was documented
13    evidence of some other sample collection,
14    you -- it's an input to your model, correct?
15         MR. NAKAYAMA:  Objection, form.
16         A.    If there are other data
17    available, I would consider them.
18         Q.    Okay.  All right.  Okay.
19    Another set of inputs to your model is
20    geometry?
21         A.    Yes.
22         Q.    Correct?
23               And we discussed a little bit
24    what you-all did to collect data on geometry.
25               What sources did you review --
```

```
 1          MR. NAKAYAMA:  Objection, form.
 2          A.    Well, that's why I don't --
 3     well, that's why I -- I base my flow --
 4     determination of flow regimes by a number of
 5     factors.  So not just rely on the flow maps
 6     that -- that's indicate here.  And this
 7     provide one piece of the confirmation that I
 8     need.  But there are other factors that I use
 9     to determine the flow regimes in this case.
10          Q.    Okay.  Did you look at any other
11     maps?  Well, you looked at Bennett, you
12     mentioned, correct?
13          MR. NAKAYAMA:  Objection, form.
14          Q.    Did you look at any other maps
15     as you were making your determination on flow
16     regimes?
17          MR. NAKAYAMA:  Objection, form.
18          A.    I'm very familiar with flow
19     regime maps that were used in CFD, and so in
20     a way, in my mind, I have my own flow regime
21     map and the -- what we put in -- what we use
22     in -- in our code and what I use on a
23     day-to-day basis.
24          Q.    Okay.  I'm going to read an
25     excerpt from the Hewitt article, and you tell
```

1      Q.     Okay.  Do you share some of the

2    concerns that are expressed by Dr. Brennen

3    about the use of flow regime maps?

4         MR. NAKAYAMA:  Objection, form.

5         A.     Well, this is the reason why I

6    don't just rely on one methods.  And as I

7    said, in -- in the context of CFD, we have

8    another methods and another approach because

9    we need localized information.  And that --

10   and that's the methods that we intend to use.

11   And we have now been using that localized

12   determination of flow regime over the last

13   30 years or so.

14        Q.     Okay.  How much weight do you

15   give flow regime maps?

16        MR. NAKAYAMA:  Objection, form.

17        A.     It would depend on the -- the

18   case that you're looking at.  It give

19   indications first, and that's -- we just say,

20   okay, you give a global indication of a flow

21   that we are dealing with.  But at the end of

22   the day when we do CFD calculations, we are

23   doing localized calculation and we need

24   localized information.

25             So the flow regime maps that are

1     MR. NAKAYAMA:  Objection, form.

2     A.     Yes.

3     Q.     Okay.  So if it -- if the

4  particles were as small as 20 microns, then

5  the flow rate would increase by 6.4 percent,

6  correct?

7     MR. NAKAYAMA:  Objection, form.

8     A.     The trend shows that the -- yes,

9  it would approach the -- to the -- yes,

10  that -- that limit.

11     Q.     And -- and, conversely, if the

12  particles were larger, then it would decrease

13  the flow, as you set forth in your table,

14  correct?

15     A.     Yes.

16     Q.     Okay.  The mass flow rate at

17  20 microns is 120.5 kilograms per second,

18  correct?

19     A.     That's what I've calculated.

20     Q.     Yes.  And that's actually your

21  model with 220 degrees temperature, a

22  sea plenum and the Eulerian-Eulerian model

23  with gas evolution, correct?

24     MR. NAKAYAMA:  Objection, form.

25     A.     Correct.

1      Q.    Okay.  And further down you say

2   at the bottom of page 29, for small droplet

3   diameters, the drag force becomes larger and

4   the relative velocity between oil and gas

5   becomes smaller.  The resulting flow rate

6   approaches the homogeneous model.

7            Did I read that correctly?

8         MR. NAKAYAMA:  Objection, form.

9         A.    Yes.

10      Q.    So, in other words, if -- if the

11   particles were smaller, on the smaller end,

12   like 20 microns, then the use of the

13   homogeneous model would be appropriate, in

14   your opinion, correct?

15         A.    Well, of course, in -- in

16   reality, in physics, obviously, they can't be

17   all very small, and there's always a spectrum

18   of size, as I described before.  There's

19   always big ones, small ones.  And, hence,

20   there would be a range.  And we need to

21   represent that range and not just only focus

22   on the very small one or the very large --

23   large one.

24      Q.    Okay.  But in your sensitivity,

25   when you ran your model, right, assuming --

1      VIDEOGRAPHER:  Time is 1:35 p.m., and

2  we are back on the record.

3      **Q.    Good afternoon, Dr. Lo.  Before**

4  **we resume after the lunch break, I wanted to**

5  **provide a clean copy of the chart that we**

6  **looked at that was in tab 9 that was marked**

7  **as exhibit 12008.  And I'm going to mark this**

8  **as another exhibit, and it's a version with**

9  **the corrections.**

10      MS. FLICKINGER:  I'll pass it to

11  counsel.

12      (Exhibit Number 12010 marked.)

13      MS. FLICKINGER:  And so that now will

14  be marked as 12010.

15      MR. NAKAYAMA:  So, Counsel, this is a

16  corrected version of the prior exhibit?

17      MS. FLICKINGER:  Yes.  And so let me

18  try to summarize the changes.  At the very

19  final column where it says different from

20  case number 1, percent, where they're

21  comparing Dr. Lo's various modeling runs to

22  Dr. Bushnell's, we had a value of 1.6.  It's

23  now 1.7.

24      In case number 5, we have a

25  value now a percent different from Bushnell

1    of 0.3.  And below that, the new value is

2    0.1.  So that would be for case number 6.

3                And then on the very bottom

4    line, the case number 9, which is the new --

5    the recent modeling run with the taper, the

6    effect is now 0.5.  So that's the second

7    column in from the right.  And the percent

8    difference is now 5 percent difference

9    instead of 5.5 difference.

10        Q.    Does that all comport with your

11   recollection of the changes we discussed

12   earlier?

13        MR. NAKAYAMA:  The far right column a

14   cumulative number?

15        MS. FLICKINGER:  It's for each case.

16   It's comparing each case to Dr. Bushnell's.

17   The -- the number 8 and the number 9 will be

18   cumulative.

19        MR. NAKAYAMA:  Okay.  Thank you.

20        Q.    A few follow-up questions

21   starting with flow regime.  We talked about

22   flow regime maps to some extent.

23                Did -- and we discussed the

24   Baker correction factors.

25                `Have you ever in your work used

1    **rate?**

2         MR. NAKAYAMA:  Objection, form.

3         A.    Compare -- described in my

4    report, comparing with and without mass --

5    sorry -- evolu -- gas evolution on the mass

6    flow rate and thus given in --

7         **Q.    In your report --**

8         A.    In my -- yes.

9         **Q.    Okay.  Go ahead.**

10        A.    -- in my report in table 3.5.

11        **Q.    Right.  It -- it reduces the**

12   **mass flow rate by 0.3 percent, correct?**

13        A.    Yes.

14        **Q.    How do you know the model is**

15   **insensitive to the mass transfer coefficient?**

16        MR. NAKAYAMA:  Objection, form.

17        A.    The theory -- that's the theory

18   of the -- of the model.  It's mathematics.

19   And also you can look from the equations and

20   you have -- I mean, I can go through the

21   equations.  You have flow velocities and you

22   have a -- and that gives you a rate of

23   change.  And you have also a mass transfer

24   rate.  And -- and just purely from -- from

25   the theory from the mathematics.  And I can

1  prove that that is not dependent on the

2  values of the mass transfer --

3  **Q.    Okay.  So when you say the model**

4  **is not sensitive, it means the mass transfer**

5  **coefficient is not going to have a big effect**

6  **one way or another on -- on the mass flow**

7  **rate?**

8  MR. NAKAYAMA:  Objection, form.

9  **Q.    Is that what it means when the**

10  **model is not sensitive?**

11  MR. NAKAYAMA:  Objection, form.

12  A.    As long as the mass transfer

13  coefficient is higher than that minimum

14  values that I determined --

15  **Q.    Yes.**

16  A.    -- then it would have no effects

17  at all on the values -- on the -- on the

18  solution.

19  **Q.    It will have no effects?**

20  A.    I mean, of course -- I mean, it

21  has the effects of modeling gas evolutions,

22  but it will have no effects on the -- how it

23  change --

24  **Q.    The mass flow rate?**

25  A.    -- the mass flow rate if it --