# Exhibit 10

```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA


     IN RE:  OIL SPILL          )    MDL NO. 2179
     by the OIL RIG,            )
     DEEPWATER HORIZON in       )    SECTION "J"
     the GULF OF MEXICO,        )
     April 20, 2010             )    JUDGE BARBIER
                                )
                                )    MAG.  JUDGE
                                )    SHUSHAN
```

             Videotaped deposition of
     CHRISTOPHER MATICE, taken at Pan-American
     Building, 601 Poydras Street, 11th Floor, New
     Orleans, Louisiana, 70130, on the 28th of
     November, 2012.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1              VIDEOGRAPHER:  This is the
 2   30(b)(6) deposition of Dr. Chris Matice in
 3   regards to the oil spill of the oil rig
 4   DEEPWATER HORIZON in the Gulf of Mexico on
 5   April 20th, 2010.  The time is 8:40 a.m.
 6   We're on the record, beginning tape 1.
 7              CHRISTOPHER MATICE, Ph.D.,
 8   having been first duly sworn, testified as
 9   follows:
10                    EXAMINATION
11   BY MS. ANDERSON:
12        Q.    Good morning.
13        A.    Good morning.
14        Q.    Can you please state your name and
15   spell your last name for the record?
16        A.    Christopher John Matice,
17   M-a-t-i-c-e.
18        Q.    My name is Esperanza Anderson, and
19   I work for the United States Department of
20   Justice.  I'm here to ask you questions
21   regarding work Stress Engineering Services
22   performed for BP during the Macondo well oil
23   spill that occurred in 2010.
24                   Mr. Matice, prior to today,
25   has your deposition ever been taken?
```

```
 1      for SES?
 2           A.    My area of specialty is
 3      engineering mechanics, which includes a -- a
 4      large range of -- of analytical and
 5      computational specialties.
 6                       CFD and stress analysis would
 7      be how I'd describe most of what I do.
 8           Q.    I think you've covered this, but I
 9      need to ask more specifically.
10                       Is the science of CFD
11      modeling well-accepted in scientific circles?
12           A.    Well, I'm not a scientist.  I'm an
13      engineer.  It's well-accepted in engineering
14      circles.
15           Q.    What is the level of accuracy that
16      can be derived from CFD modeling?
17                 MR. DIAZ:  Object to form.
18           A.    It's very problem-dependent, but
19      generally, you can get down to about 1 percent
20      accuracy if you work hard.
21           Q.    My next question is related to
22      working hard.
23                       Are there specific variables
24      or matters that can increase the level of
25      accuracy in CFD modeling?
```

```
 1                    For what remains my questions
 2      for you today, I would like us to discuss the
 3      specific work SES did for BP relating to
 4      Project 2361049.
 5                    Were you directly responsible
 6      for overseeing the project?
 7           A.    Yes.
 8           Q.    Generally describe what type of
 9      work was involved in that project.
10           A.    We performed CFD simulations on a
11      number of scenarios that were presented to us
12      for simulation by BP, and we reported the
13      results.
14           Q.    Initially, what did BP communicate
15      to SES with regard to their needs for this
16      project?
17           A.    They asked if we could simulate
18      the flow of oil and gas coming from the
19      damaged BOP, and we responded that we could.
20      And they proceeded to give us a number of
21      scenarios, you know, that they wanted
22      simulated.  And it fell into, you know,
23      several categories.  I think one of the -- the
24      first ones that they asked for was the --
25      calculating the amount of force on the repair
```

```
 1      equipment that was going down that was being
 2      caused by the oil plume.
 3           Q.    I certainly will have a number of
 4      questions for each of the work assignments in
 5      a bit.
 6                     Generally, how did you
 7      communicate, or SES communicate, with BP
 8      regarding the work that SES completed for the
 9      project?
10           A.    We had a -- a main contact at BP,
11      Richard Simpson, and we communicated by
12      telephone and e-mail with him.
13           Q.    Were e-mails a primary form of
14      communication?
15           A.    It was -- of the two, yes.  One
16      of -- yeah.  I -- we got most of our data
17      through e-mail.
18           Q.    Were the e-mails between BP and
19      SES relating to the project -- I'll ask again.
20                MS. ANDERSON:  Strike that.
21           Q.    Were the e-mails relating to this
22      project written contemporaneous to the time of
23      the work items recorded in the e-mails?
24           A.    Yes.
25           Q.    Were there e-mail communication
```

```
 1      between BP and SES kept as part of the
 2      regularly-maintained business activities at
 3      SES?
 4           A.    Yes.
 5           Q.    Approximately what was the length
 6      of time in days or months that SES worked for
 7      BP on this project?
 8           A.    Approximately one month.
 9                 MS. ANDERSON:  A question for you
10      off the record.
11                      I guess I should be saying
12      every tab on the record, I just want to
13      confirm that -- okay.  Sure.  We're turning to
14      tab 2.
15           Q.    Mr. Matice, I'd like to refer you
16      to what's been marked for this deposition as
17      exhibit 10086.
18           A.    Uh-huh.
19                 (Exhibit Number 10086 marked.)
20           Q.    Was the communication represented
21      in this exhibit, sir, made during the time you
22      were first contacted by BP to initiate your
23      SES work on this project?
24           A.    Yes.
25           Q.    We're turning to tab 3 and 4.
```