# Exhibit 11

| From: | Chris Matice [Chris.Matice@stress.com] |
|---|---|
| Sent: | Friday, May 28, 2010 1:10 PM |
| To: | Simpson, Richard; Wellings, James S; Lockett, Tim |
| Cc: | Khanna, Samir; MC252_Email_Retention; Turnbull, Jon B; Hill, Trevor; Harbinder Pordal; Anup Paul |
| Subject: | RE: CFD Heat Transfer Model Case 30a - 10,000 bpd flow to assess Hydrates via CFD of BOP stack placement |
| Attachments: | SES Report - Case 30c - Development Driller 2 Stack Heat Transfer - 5-28-2010.ppt; SES Report - Case 30a - Development Driller 2 Stack Heat Transfer-Rev 1 - 5-28-2010.ppt; SES Report - Case 30b - Development Driller 2 Stack Heat Transfer - 5-28-2010.ppt; DWH Response CFD Run Log.xls |

Richard, James and Tim:

Attached are our heat transfer analyses for 10,000, 20,000 and 70,000 bpd flow with 0.1 kts current.

We have added the additional views requested and have included the integrated mass flow rates of oil, gas and water on Slide 9 of each presentation.

The entrainment of seawater is quite large. This is driven by the density difference between the oil and gas within the DD II BOP/Riser and the ambient sea water. The entrainment of sea water can be reduced by moving the perforations downward on the riser. This decreases the liquid column and thus the driving pressure difference. Also, this model is something of a worst case situation since the flow path through the DD II BOP is modeled as a smooth 18.75" bore. Any internal steps and wall roughness in the bore will increase the drag and decrease the flow rate.

Also attached is our updated run log. This wraps up everything on our plate for now. Please let us know if you have any questions.

Regards,
Chris

Christopher J. Matice, Ph.D., P.E.(*)
Principal
Stress Engineering Services, Inc.
5380 Courseview Dr.
Mason, OH 45040
Phone: 513-336-6701
Fax: 513-336-6817
chris.matice@stress.com
An Employee Owned Company
www.stress.com

* Licensed in OH and TX

10097

Exhibit No. _____

Worldwide Court
Reporters, Inc.

1

Project:   2361049          SES 00065844

Name:       DWH Response CFD Run Log.xls

Size:       90KB (91,136 bytes)

Modified:   Friday, May 28, 2010 1:01 PM

Comments:   This Document Produced in Native
            Format

| Case # | Case description | Directory | File name | running on | Date Submitted | STATUS | Input.doc | Notes |
|---|---|---|---|---|---|---|---|---|
| 14 | 5-5-10 Current Profile - Full Column 5000 bpd case (60/40 Flow from Riser & WellHead) | | | | 5/6/2010 | REPORTED | input4.doc | |
| 15 | Uplift forces on "Top Hat" containment system.  Still need to obtain dimensional details | | | | | CANCELED | | |
| 16a | Atmospheric gas model: 5000 bpd without DEN | | | | 5/17/2010 | REPORTED | | Same inlets and current profile as Case 26 |
| 16b | Atmospheric gas model: 15000 bpd without DEN | | | | 5/20/2010 | REPORTED | | Same inlets and current profile as Case 28 |
| 16c | Atmospheric gas model: 70000 bpd without DEN | | | | 5/23/2010 | REPORTED | | Same inlets and current profile as Case 29 |
| 17 | 5-6-10 Current Profile - Full Column 5000 bpd case (60/40 Flow from Riser & WellHead) | | | | 5/7/2010 | ABORTED | input4.doc with daily seacurrent | Current Profile Bad |
| 18 | 5-7-10 Current Profile - Full Column 5000 bpd case (60/40 Flow from Riser & WellHead) | | | | 5/8/2010 | ABORTED | | |
| 19 | 5-9-10 Current Profile - Full Column 5000 bpd case (60/40 Flow from Riser & WellHead) | | | | 5/9/2010 | REPORTED | | |
| 20 | 5-10-10 Current Profile - Full Column 5000 bpd case (60/40 Flow from Riser & WellHead) | | | | 5/10/2010 | REPORTED | | |
| 21 | 5-11-10 Current Profile - Full Column 5000 bpd case (60/40 Flow from Riser & WellHead) | | | | 5/11/2010 | REPORTED | | |
| 22 | 5-12-10 Current Profile - Full Column 5000 bpd case (60/40 Flow from Riser & WellHead) | | | | 5/12/2010 | REPORTED | | |
| 23 | 5-13-10 Current Profile - Full Column 5000 bpd case (60/40 Flow from Riser & WellHead) | | | | 5/13/2010 | REPORTED | | |
| 24 | 5-14-10 Current Profile - Full Column 5000 bpd case (60/40 Flow from Riser & WellHead) | | | | 5/14/2010 | REPORTED | | |
| 25 | 5-15-10 Current Profile - Full Column 5000 bpd case (60/40 Flow from Riser & WellHead) | | | | 5/15/2010 | REPORTED | | |
| 26 | 5-16-10 Current Profile - Full Column 5000 bpd case (60/40 Flow from Riser & WellHead) | | | | 5/16/2010 | REPORTED | | |
| 27 | 5-17-10 Current Profile - Full Column 5000 bpd case (60/40 Flow from Riser & WellHead) | | | | 5/17/2010 | REPORTED | | |
| 28 | 5-18-10 Current Profile - Full Column 15000 bpd case from WellHead | | | | 5/18/2010 | REPORTED | | |
| 29 | 5-18-10 Current Profile - Full Column 70000 bpd case from WellHead | | | | 5/21/2010 | REPORTED | | |
| 30a | Heat Transfer Model: 10000 bpd | | | | 5/27/2010 | REPORTED | | |
| 30b | Heat Transfer Model: 20000 bpd | | | | 5/27/2010 | REPORTED | | |
| 30c | Heat Transfer Model: 70000 bpd | | | | 5/28/2010 | REPORTED | | |

| Key | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Green | Case Complete and Reported | | | | | | | | |
| Blue | Case in Process at SES | | | | | | | | |
| Yellow | Awaiting Information from BP | | | | | | | | |
| Red | Unreported Case | | | | | | | | |
| | | | | | | | | | |
| | | | | | | Date | | | |
| Case # | Case description | Directory | File name | running on | Submitted | STATUS | Input.doc | Notes |
| 1 | Single phase 70,000 bpd | Flow70k | HorizonStackPlumeModel_35k_freewallsides-3000f.cas | | 5/1/2010 | REPORTED | | |
| 2 | Single phase 35,000 bpd | Flow35k | HorizonStackPlumeModel_70k_freewallsides-final.cas | | 5/1/2010 | REPORTED | | |
| 3 | Multiphase: Oil 69500 bpd; gas is 70,000 scf/day (bop only) | Flowmp1 | Flowmp1unstdy--7017f | auburn | 5/2/2010 | REPORTED | input1.doc | |
| 4 | Force on Enterprise BOP, Case 1, Multiphase: Oil 69500 bpd; 70,000 scf/day (bop with perforated pipe) WRONG PERFORATION LOCATION | ForceStudy | HorizonEnterpriseStack_ForceModel1-Case1-f | hpordal1 | 5/2/2010 | REPORTED | input1.doc | |
| 5 | Multiphase: Oil 69500 bpd; gas is 70,000 scf/day (bop with perforated pipe) WRONG PERFORATION LOCATION | FlowEnterpriseBOP70k | HorizonEnterpriseStackPlumeModel_70K_freewallsides_mp1_final.cas | hope | 5/2/2010 | ABORTED | input1.doc | |
| 6 | Horizon Bop: gas, oil upto sea surface (5000 ft) with profiled seacurrent (free surface modeled) | Case6 | Files at BP | BP Cluster | 5/2/2010 | REPORTED | input2.doc | Preliminar Results Only |
| 6-rev1 | Horizon Bop: gas, oil upto sea surface (5000 ft) with profiled seacurrent | Case6-rev1 | Files at BP | BP Cluster | 5/2/2010 | REPORTED | input2.doc | Same as case 6 but sea surface as pressure boundary |
| 7 | Horizon Bop, Enterpise Bop, 1ft horizontal and 1 ft vertical spacing, Force Study | Case7 | Case7-run1-final | BP Cluster | 5/3/2010 | REPORTED | input2.doc | Similar to Case 4 with Perforation Location fixed and 1 foot offsets rather than 4 foot |
| 8 | Full water column with zero current, no riser, no drill pipe | Case 8 | Files at BP | BP Cluster | 5/3/2010 | REPORTED | | |
| 9 | Full water column with DEN BOP connected to DWH BOP, flowing through riser. Intent to understand how much the plume will 'follow' the riser to surface | Case9 | Files at BP | BP Cluster | 5/4/2010 | REPORTED | | Same as Case 5 but with perforation location fixed and full depth simulated |
| 10 | 70k bpd flow from DWH (Deepwater Horizon) LMRP, Drill pipe with attached hook crossing through plume at 5' above LMRP, provide lateral loadings | | | | 5/6/2010 | REPORTED | | |
| 11a | Up-close modeling of DEN BOP landing on DWH BOP to get a better sense of loss of visibility during land out.  0" Offset | | | | 5/6/2010 | REPORTED | | Rerun of Case 4 with Perforation Locations Fixed |
| 11b | Up-close modeling of DEN BOP landing on DWH BOP to get a better sense of loss of visibility during land out.  30" Offset | | | | 5/6/2010 | REPORTED | | |
| 11c | Up-close modeling of DEN BOP landing on DWH BOP to get a better sense of loss of visibility during land out.  60" Offset | | | | 5/6/2010 | REPORTED | | |
| 11d | Up-close modeling of DEN BOP landing on DWH BOP to get a better sense of loss of visibility during land out.  90" Offset | | | | 5/6/2010 | REPORTED | | |
| 12 | 5-3-10 Current Profile - Model two leak sites in existing riser: # 1 at 4,000 bpd; #2 at 1,000 bpd | Case12 | Files at BP | | 5/3/2010 | REPORTED | input3.doc | |
| 12a | Same as 12 but with Compressible Gas | case12-run1-comp | Files at BP | | | REPORTED | input3.doc | |
| 13 | Model forces on manipulator arm going into plume 1' above DWH BOP  to understand upsetting forces on ROV. | | | | | REVIEWING ROV DRAWINGS AND DATA | | |