# Exhibit 12

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in
the Gulf of Mexico, on April 20, 2010
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MDL NO. 2179, SECTION J
JUDGE BARBIER: MAGISTRATE JUDGE SHUSHAN

**Well-Test Analysis**

Expert Report of Alain Gringarten

May 1, 2013

**CONFIDENTIAL**

XAGX001-000013

### 5.1   Estimate Flow-Rate Trend Based on Wellhead Pressure

My first step was to estimate the rate history based on the wellhead pressure using deconvolution. The basic principle is that changes in pressure reflect changes in the flow rate. Deconvolution can take the pressure data we have and convert it to a flow-rate trend reflecting that pressure data. To begin this process, I must first assume a flow-rate history as a starting point. Deconvolution will correct these rates, albeit with some uncertainty. Since I want to determine the actual flow-rate history, I use two different history assumptions to start the process:

- First, I assume that the well flowed at a constant rate of 45,000 stb/d for the entire incident ("Option 1");
- Second, I also deconvolved using a starting rate assumption of 30,000 stb/d for April 20 to May 31 and 45,000 stb/d for June 1 until shut-in ("Option 2").

Later, I will discuss the differences between the rate histories I obtained. I selected these two rate histories because there is evidence that the flow rate was between 38,829 stb/d and 48,201 stb/d before shut-in started[24]; and that the rate was between 26,200 and 34,400 stb/d between May 13 and May 23, 2010.[25]

The flow rates that resulted from applying deconvolution to the wellhead pressure data for both cases are depicted in Figure 5.2 below. As we do not have pressure data prior to May 8, I have assumed that the pressure decreases linearly between the initial pressure and the first pressure measurement on May 8, 2010. As it turns out, these two initially corrected rate histories are similar, so they will give similar results for the analysis of PT-3K-2 pressures. They will give different downhole-converted pressures, however. I therefore analysed both Options. The discussion, however, focuses primarily on Option 1, since the process is the same for Option 2. I report the results for both.

---

[24] Expert Report of S. Lo.
[25] Expert Report of M. Zaldivar.

| Parameter | P10 | P50 | P90 | Unit |
|---|---|---|---|---|
| (pav)i | 11856 | 11856 | 11856 | psia |
| (pav)f | 10364 | 10364 | 10364 | psia |
| pwf | 9662.2 | 9662.2 | 9662.2 | psia |
| kh | 30597 | 22131 | 15808 | mD.ft |
| k | 329 | 238 | 170 | mD |
| C | 0.097 | 0.070 | 0.050 | bbl/psi |
| S | 0.0 | 0.2 | 0.3 | |
| d1 | 3517 | 2991 | 2528 | ft |
| d2 | 2409 | 2049 | 1731 | ft |
| d3 | 1270 | 1080 | 913 | ft |
| d4 | 14412 | 12257 | 10359 | ft |
| A | 8.05E+07 | 5.82E+07 | 4.16E+07 | ft2 |
| | | | | |
| PM | 0.6692 | 0.6692 | 0.6692 | 1/psi |
| TM | 440.1 | 440.1 | 440.1 | 1/hr |
| Log CDe2S | 3.25 | 3.25 | 3.25 | |
| (A)D | 3.55E+05 | 3.55E+05 | 3.55E+05 | |
| xe/ye | 0.2846 | 0.2846 | 0.2846 | |
| xw/xe | -0.4695 | -0.4695 | -0.4695 | |
| yw/ye | 0.7136 | 0.7136 | 0.7136 | |

**Figure 5.12:  Reservoir parameters for P10, P50 and P90 permeabilities in the case of Option 1, Drill Pipe High**

### 5.6.5   Cumulative flow can be determined from the scaled flow rate histories.

Having determined the rate multipliers for the P10, P50 and P90 permeabilities, I can then calculate the P10, P50 and P90 cumulative productions.  The P50 is the best estimate of total volume of all the oil that left the reservoir, converted to a volume at surface (stock tank) conditions of 60°F and 1 atmosphere pressure.  It includes any oil burnt or collected, for example. Results are shown in Figures 5.13 and 5.14.  The results also include rates scaled to the mean permeability and the permeability corresponding to a flow rate just before shut-in of approximately 45,000 stb/d in accordance with Dr. Lo's determination of the likely rate at that time.  The P10 and P90 cases set the upper and lower bounds respectively though.