**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C.  20005

Robert R. Gasaway
To Call Writer Directly:
(202) 879-5175
robert.gasaway@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

August 14, 2013

<u>**By Electronic Mail**</u>

**Privileged & Confidential**
**For *In Camera* Review**

The Honorable Sally Shushan
United States District Court
Room B345
500 Poydras Street
New Orleans, LA  70130

      Re:    BP and Anadarko Side's *in Camera* List of Phase 2 Deposition Designations

Dear Judge Shushan:

Per the Court's August 1, 2013 Working Group Order (Rec. Doc. 10899), the BP and Anadarko side hereby provides *in camera* its list of deposition bundles for submission into the record of the Phase 2 trial.

The Court's August 6, 2013 draft Order regarding Presentation of Evidence in Phase Two allows "each side in the Source Control case [to] submit … a list of up to 15 depositions" and "each side in the Quantification case [to] submit … a list of up to 15 depositions that they intend to submit into evidence for the Phase Two trial." *Id.* at 5, 8.

The draft Order also provides: "Once a deposition bundle has been submitted into evidence for the Phase Two trial it may be relied on in both the Source Control and Quantification segments." *Id.* at 6, 9.

Accordingly, the BP and Anadarko side hereby submits a combined list of 30 depositions reflecting its allotments of 15 depositions for each of the two trial segments.

Please note three of the listed depositions (those of Nigel Richardson, Martin Trusler, and Hans Vaziri) are being submitted pursuant to the Court's rules regarding experts relying on other experts.  *See id.*

## KIRKLAND & ELLIS LLP

The Honorable Sally Shushan  Privileged & Confidential
August 14, 2013  For *In Camera* Review
Page 2

| Deponent | Party | Deposition type |
|---|---|---|
| 1. Allen, Thad | US | 30(b)(6) |
| 2. Barnett, David | Wild Well | 30(b)(6) |
| 3. Brannon, Richard | US | Fact |
| 4. Campbell, Patrick | Wild Well | Phase 1 Fact |
| 5. Carmichael, Stephen | BP | Fact |
| 6. Cook, Kevin | US | 30(b)(6) |
| 7. DeCoste, Alert | Schlumberger | 30(b)(6) |
| 8. Gochnour, Matt | BP | 30(b)(6) |
| 9. Hand, Steve | TO | Phase 2 |
| 10. Havstad, Mark | US | 30(b)(6) |
| 11. Henry, Charles | US | 30(b)(6) |
| 12. Herbst, Lars | US | 30(b)(6) |
| 13. Hunter, Tom | US | 30(b)(6) |
| 14. Johnson, Dennis | BP | 30(b)(6) |
| 15. Knox, Tom | BP | 30(b)(6) |
| 16. LeBlanc, Jason | Pencor | 30(b)(6) |
| 17. Lehr, William | NOAA | Fact |
| 18. Loos, Jamie | Weatherford | 30(b)(6) |
| 19. Maclay, Don | US | 30(b)(6) |
| 20. Ratzel, Arthur | US | 30(b)(6) |
| 21. Ritchie, Bryan | BP | 30(b)(6) |
| 22. Richardson, Nigel | BP | Relied-Upon Expert |
| 23. Rygg, Ole | ADD Energy | 30(b)(6) |
| 24. Saucier, Michael | US | Phase 1 30(b)(6) |
| 25. Schulkes, Ruben | Statoil | 30(b)(6) |
| 26. Shtepani, Edmond | Intertek | 30(b)(6) |
| 27. Sogge, Mark | US | 30(b)(6) |
| 28. Trusler, Martin | BP | Relied-Upon Expert |
| 29. Vaziri, Hans | BP | Relied-Upon Expert |
| 30. Vinson, Graham (Pinky) | BP | Phase 1 Fact<br>Phase 1 30(b)(6)<br>Phase 2 30(b)(6) |

## KIRKLAND & ELLIS LLP

The Honorable Sally Shushan  **Privileged & Confidential**
August 14, 2013  **For *In Camera* Review**
Page 3

In addition to our regular allotment of 30 total deposition selections, the Court authorized the BP and Anadarko side on our August 13, 2013 conference call to make an additional five selections, without regard to the Source Control and Quantification trial segments, to be drawn from the Attachment to my August 8 letter to the Court regarding "Phase 2 testimony in Phase 1 Deposition bundles." We understand these depositions may be cited in proposed findings of fact and conclusions of law, but they may not be admitted for purposes of video being played during the Phase 2 trial.

The BP and Anadarko side's five supplemental deposition selections are listed in the following table.

| **Deponent** | **Party** | **Deposition type** |
| --- | --- | --- |
| 1. Bhalla, Kenneth | Stress Engineering | Phase 1 |
| 2. Domangue, Bryan | US | Phase 1 |
| 3. Inglis, Andy | BP | Phase 1 |
| 4. Thierens, Henry | BP | Phase 1 30(b)(6) |
| 5. Tooms, Paul | BP | Phase 1 30(b)(6) |

Respectfully submitted,

*[signature]*

Robert R. Gasaway

cc (via electronic mail):
Warren Anthony Fitch