**Himmelhoch, Sarah (ENRD)**

---

| | |
|---|---|
| **From:** | Sally_Shushan@laed.uscourts.gov on behalf of eFile-Shushan@laed.uscourts.gov |
| **Sent:** | Wednesday, August 14, 2013 4:19 PM |
| **To:** | sherman@hhkc.com; jimr@wrightroy.com; bbarr@levinlaw.com; jimmy@jimmywilliamson.com; dsc2179@liskow.com; Andre, Abigail (ENRD); Benson, Thomas (ENRD); Cernich, Scott (ENRD); Horizon, Deepwater; Engel, Bethany (ENRD); Flynn, Stephen (CIV); Himmelhoch, Sarah (ENRD); King, Rachel (ENRD); Pencak, Erica (ENRD); Underhill, Mike (CIV); Shutler, Sharon (CIV); WStradley@mithofflaw.com; TDemetriou@mithofflaw.com; grant.davis-denny@mto.com; Chakeres, Aristide (ENRD); O'Rourke, Steve (ENRD); godleytj@mto.com; mdl2179states@ago.state.al.us |
| **Cc:** | mike_o'keefe@laed.uscourts.gov; ben_allums@laed.uscourts.gov |
| **Subject:** | Fw: MDL 2179:  US In Camera Submission of Deposition Bundle Lists |

----- Forwarded by Sally Shushan/LAED/05/USCOURTS on 08/14/2013 03:19 PM -----

From: "Himmelhoch, Sarah (ENRD)" <Sarah.Himmelhoch@usdoj.gov>
To:      "Sally_Shushan@laed.uscourts.gov"
             <Sally_Shushan@laed.uscourts.gov>,
             "mike_o'keefe@laed.uscourts.gov"
             <mike_o'keefe@laed.uscourts.gov>
Cc:      "O'Rourke, Steve (ENRD)" <Steve.O'Rourke@usdoj.gov>, "Cernich,
             Scott (ENRD)" <Scott.Cernich@usdoj.gov>, "Engel, Bethany
             (ENRD)" <Bethany.Engel@usdoj.gov>, "Benson, Thomas (ENRD)"
             <Thomas.Benson@usdoj.gov>, "Harvey, Judy (ENRD)"
             <Judith.Harvey@usdoj.gov>, "Gladstein, Richard (ENRD)"
             <Richard.Gladstein@usdoj.gov>, "King, Rachel (ENRD)"
             <Rachel.King@usdoj.gov>, "Pencak, Erica (ENRD)"
             <Erica.Pencak@usdoj.gov>, "Cross, Anna (ENRD)"
             <Anna.Cross@usdoj.gov>, "Ingersoll, Andrew (ENRD)"
             <Andrew.Ingersoll@usdoj.gov>, "McNulty, Michael (ENRD)"
             <Michael.McNulty@usdoj.gov>
Date: 08/14/2013 02:09 PM
Subject:      MDL 2179:  US In Camera Submission of Deposition Bundle Lists

Dear Judge Shushan and Mike –

In accordance with your instructions, below I set forth the United States' in camera identification of the  15 Phase 2 deposition bundles as well as the 5 Phase 1 depositions that we will be using from the Phase 2 designation process.  The United States reserves the right to submit additional deposition bundles for BP/Anadarko witnesses listed as "will call" witnesses that are not actually brought to trial and also to use deposition testimony as otherwise authorized, including on cross-examination.

Phase 2 List

        1.       Lockett, Timothy
        2.       Bishop, Simon
        3.       Levitan, Mike

      4.      Saidi, Farah
      5.      Ritchie, Bryan
      6.      Hill, Trevor
      7.      Carmichael, Stephen
      8.      Ballard, Adam
      9.      Barnett, David
      10.   Gochnour, Matt
      11.   Vinson, Pinky (Phase 2 Rule 30(b)(6) testimony)
      12.   Knox, Tom
      13.    DeCoste, Albert
      14.   Placeholder for expert relied upon by testifying expert
      15.   Placeholder for expert relied upon by testifying expert

Phase 1 List

      a.      Suttles, Douglas
      b.      Lynch, Richard
      c.      Tooms, Paul
      d.      Emilsen, Morten Haug
      e.      Skripnikova, Galina

Please feel free to contact me should you have any questions.

Respectfully submitted,

Sarah D. Himmelhoch
Senior Litigation Counsel for E-Discovery
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
202-514-0180 (phone)