# Exhibit 20
## to

UNITED STATES' MEMORANDUM IN OPPOSITION TO BP'S MOTION TO
EXCLUDE OPINIONS AND TESTIMONY OF DR. NATHAN BUSHNELL

[PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to attach Exhibit 20 as a sealed appendix per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal as an appendix to the instrument that refers to them.