UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL NO. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| ALL CASES | : : | MAGISTRATE JUDGE SHUSHAN |

**UNITED STATES' EX PARTE MOTION TO FILE ITS UNREDACTED MEMORANDUM AND EXHIBITS UNDER SEAL REGARDING US OPPOSITION TO BP'S MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF DR. NATHAN BUSHNELL**

Pursuant to Pre-Trial Order 13 [Dkt. No. 641], the United States respectfully requests leave to file under seal its unredacted Memorandum in Opposition to BP's Motion to Exclude the Opinions and Testimony of Dr. Nathan Bushnell and related Attachments, Dkt. No. 11221. The portions redacted from the publicly-filed Memorandum and Exhibits 17, and 19-23 pertain to claims of confidentiality by BP concerning certain documents produced by BP in this litigation.

Respectfully submitted,

/s/ R. Michael Underhill
R. MICHAEL UNDERHILL, T.A.
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463
Telephone: 415-436-6648
Facsimile: 415-436-6632
E-mail: mike.underhill@usdoj.gov

/s/ Steven O'Rourke
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Date: September 3, 2013.                  /s/ Steve O'Rourke
                                                              U.S. Department of Justice