# Exhibit 1

## Annotated Excerpt from Dr. Mohan Kelkar Initial Expert Report

### March 22, 2013



# EXPERT REPORT
U.S v. BP Exploration & Production, Inc., et al.

## RATE PREDICTION FROM THE MACONDO WELL

Prepared on Behalf of the United States

Prepared by:
Mohan Kelkar
Kelkar and Associates, Inc.
528 East 104th Street
Tulsa, OK 74137

March 22, 2013

*Mohan Kelkar*
--------------------------------
Mohan Kelkar



Figure C.1: Flow Rate versus Choke Valve Opening - Black Oil vs. Compositional Model

### B. Reservoir Material Balance Calculations

There are a number of variables relevant to a material balance calculation. We have considered the sensitivities here. Our best estimate of the total amount of oil discharged from the Macondo reservoir from April 20 through July 15 is 4.5 to 5.5 MMSTB. If we consider a possible range of formation compressibility to be between $6\times10^{-6}$ $psi^{-1}$ to $18\times10^{-6}$ $psi^{-1}$,[58] the amount of oil spilled could vary between 3.4 MMSTB to 6.9 MMSTB. In our analysis, we did not quantify the influence of water influx since only limited knowledge regarding the size and the strength of aquifer is available. As a result, our estimates are conservative. If we include the influence of aquifer, the amount of oil spilled would increase as the strength of the aquifer increases. In the BP presentation by Merrill, there is some consideration of aquifer support with some reduction in the permeability value indicating that there is a possibility of aquifer support in this reservoir. In that presentation, BP identified the Macondo reservoir as having aquifer support and considered aquifer sizes ranging from 1.5x to 3.7x the size of the oil reservoir. If the aquifer properties are similar to the reservoir properties, this sized aquifer can result in a significant increase in the oil released from the reservoir.

In addition, we use the average reservoir pressure data generated by Mead's method. ■

---

[58] Merrill, R.: Powerpoint Presentation, Reservoir Response, 8_july-2010 (BP-HZN-2179MDL07033641).