# Exhibit 2

# Excerpts from Dr. Martin Blunt Expert Report

# May 1, 2013

In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in
The Gulf of Mexico, on April 20, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MDL NO. 2179, SECTION J
JUDGE BARBIER; MAGISTRATE JUDGE SHUSHAN

# Modelling Macondo

## A calculation of the volume of oil released during the *Deepwater Horizon* incident

Prepared on Behalf of BP Exploration & Production Inc. and Anadarko

Prepared by:

**Martin J. Blunt**

Department of Earth Science and Engineering
Imperial College, London SW7 2AZ, UK
May 1st, 2013



**CONFIDENTIAL**

M J Blunt Expert Report

## 1.1 Scope of Work

I have calculated the amount of oil spilt during the *Deepwater Horizon* incident using the methods of my field, reservoir engineering. I have drawn on the work of other BP experts, including the pressure transient analysis of Professor Alain Gringarten; the rock-compressibility results of Professor Robert Zimmerman; the pressure data generated by Professor Martin Trusler; the fluids analysis of Professor Curtis Whitson; and ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

My analysis uses a well-established method from my field called material balance. My Imperial College London colleague Professor Gringarten is submitting a report estimating cumulative flow using different techniques from his field of expertise, pressure-transient analysis. I make use of some of the results of his study, while he uses the results of some of my analysis.  Even though there are a few steps in our respective calculations that use the same principles and interim methodologies, our determinations of cumulative flow are independent and involve distinct approaches. For example, Professor Gringarten does not directly use the main principle in my approach, material balance. And I do not use the method that Professor Gringarten pioneered, called deconvolution.

M J Blunt Expert Report

## 2. Executive summary of analysis and contrast with Government estimates

I calculate that the volume of oil released from the Macondo reservoir was 3.26 million stock tank barrels (MMstb). I have used conservative assumptions to avoid under-statement of the volume. I find a range of oil released between 2.9 and 3.7 MMstb.

This is the total volume of all the oil that left the reservoir, including any oil burnt or collected, converted to a volume at surface (stock tank) conditions of $60^{\circ}$F and 1 atmosphere pressure.

My calculation uses the same reservoir engineering principle employed by the Government's reservoir engineering experts Drs. Kelkar & Raghavan, namely material balance.

In material balance, three quantities – the oil volume connected to the well, compressibility and pressure depletion – are multiplied together to calculate cumulative oil flow.

Compressibility determines how much oil is released from the rock as the pressure drops. The main difference between my estimate and those of Dr. Kelkar & Raghavan and another US Government expert Dr. Hsieh, is that they double the compressibility from the value measured on Macondo rock samples at an independent service laboratory. This is a switch from the approach that Dr. Kelkar used when he first evaluated Macondo oil flow for the US Flow Rate Technical Group in 2010, where he took a measured value for rock compressibility, as I do in this report. Dr. Kelkar & Raghavan's expert report acknowledges that if they use the same rock compressibility as I do, they obtain roughly my value for cumulative flow.[1] Similarly, when Dr. Hsieh input into his model the measured compressibility, he obtained an estimate of cumulative flow in my range.[2] Neither Dr. Kelkar nor Dr. Hsieh have provided a scientific justification for their decision to double the rock compressibility from the measured values.

We will see that this has been a repeated problem in the work of the Government experts. In order to obtain their estimates of 5 MMstb oil released, they had to make assumptions that disagree significantly with direct measurements of the Macondo rock and fluid properties. The Government investigators each disregarded vital pieces of experimental evidence without justification; not all of their errors were identical, yet they arrived at the same final answer. There is a choice: either accept their calculation of 5 MMstb, despite the lack of any scientific explanation of why the measurements are wrong; or perform a calculation consistent with the data and arrive at a lower value. I have chosen the latter approach.

Nevertheless, there is an implicit consensus on many of the inputs into a calculation of oil released, which highlights the remaining disagreements. The table below isolates the most important biases in the Government calculations, juxtaposes my approach, and shows the net effect of each difference:

---

[1] *See* Kelkar & Raghavan expert report [KR], page 45. (*Bracketed information refers to the table of sources in Appendix N, which contains a full description of the referenced documents.*)

[2] *See* Dr. Hsieh's deposition [42], page 267, line 5 ("*Q. And if you input a rock compressibility of 6 microsips, your model yielded a cumulative flow estimate of 3.4 million barrels? A. That's correct*"); page 269, line 3 ("*A. I believe that it will give a number similar, close to 2.9 million barrels*"); Exhibit 8635, pages 73 and 74.

6

M J Blunt Expert Report

highlighted in red are assumptions that have a significant impact (>0.5 MMstb) on the calculated cumulative release of oil. Each key input is discussed in more detail in the Section indicated in the table.

## SUMMARY OF DIFFERENCES BETWEEN THIS REPORT AND GOVERNMENT EXPERTS[3]

| Expert and method used | Inputs into the material balance equation ||| Other key assumptions and comments | Impact on oil released |
|---|---|---|---|---|---|
| | Connected oil volume (See Section 4.1) | Compressibility (See Section 4.2) | Pressure drop (See Section 4.3) | | |
| My analysis: material balance | 112 MMstb | 21.4 microsips (total) 6 microsips (rock) | 1,367 psi | Based on measured data or pre-incident analyses & independent experts. | 3.26 MMstb |
| Drs. Kelkar & Raghavan: material balance | 124 MMstb (110-137 MMstb) • Unsupported assumption of full reservoir connectivity. • Over-stated conversion from reservoir to surface volumes. **+0.48 MMstb** | 27.7 microsips (total) 12 microsips (rock) • No evaluation of laboratory data to justify doubling of measured values for rock compressibility. **+1.04 MMstb** | 1,460 psi • Used curve-fitting method to extrapolate pressure. • Wrong conversion from capping stack to reservoir pressures. **+0.22 MMstb** | Calculated alternative estimate of 3.4 MMstb oil released using 6 microsips rock compressibility and an oil volume of 110 MMstb (See Appendix F.3). | **+ 1.74 MMstb** |
| Dr. Hsieh: reservoir simulation | 110 MMstb • Assumed full connectivity. • Overall value close to mine. **-0.08 MMstb** | 28.3 microsips (total) 12 microsips (rock) • No evaluation of laboratory data and unjustified doubling of measured values for rock compressibility. **+1.22 MMstb** | 1,583 psi • Poor late-time match between pressure data and model simulation. • Wrong conversion from capping stack to reservoir pressures. **+0.52 MMstb** | Assumed constant outflow path, with no analysis of erosion (See Section 3.5). Admitted in deposition that model showed release of 2.9 MMstb using lab measurement of 6 microsips for rock compressibility (See footnote 2). | **+ 1.66 MMstb** |
| Dr. Pooladi-Darvish: reservoir simulation | 137 MMstb • Unsupported assumption of full reservoir connectivity. • Over-stated conversion from reservoir to surface volumes. **+0.93 MMstb** | 22.2 microsips (total) 6 microsips (rock) • Used same number for rock compressibility as my analysis, contrary to Drs. Kelkar & Raghavan and Dr. Hsieh. **+0.15 MMstb** | 1,654 psi • Wrong pressure conversion from capping stack to reservoir pressures, with under-estimated weight of well-bore oil. **+0.68 MMstb** | Assumed constant outflow path, failing to disprove historical changes from erosion (See Appendix F.4). | **+ 1.77 MMstb** |

---

[3] Sources: Kelkar & Raghavan report [KR], mid-range value, with a connected oil volume of 123.5 MMstb; Pooladi-Darvish report base case; for my values, I have averaged my calculation for the three sets of fluid data using the mid-range rock compressibility: see Section 4; I use an effective compressibility, not the total compressibility – see Appendix A – so that oil released is found by multiplying the values of the three variables together. Further details are provided in Appendix F.5. Note there is some rounding in the calculations for purposes of summary presentation.

7

M J Blunt Expert Report

There are three other overarching problems in the Government expert reports.

1. **Government experts assumed an unchanging outflow path, predetermining a total flow estimate of 5 MMstb**. The experts who did not use the material balance method – Dr. Hsieh, Dr. Griffiths and Dr. Pooladi-Darvish – took an estimate of the final flow rate before shut-in, approximately 50,000 stb per day, and assumed that the flow rate during the preceding 86 days was even higher. Of course, simple mathematics dictates that the outcome of a cumulative-flow calculation based on this assumption will exceed 4.5 MMstb. They justified this approach by assuming that there were no impediments to oil flow in the well-bore, blow-out preventer or tubing that might have caused flow to be lower in those preceding days. They did not prove this assumption; indeed, they hardly discussed it. By contrast, the material balance method used here is not tied to an assumption about historical flow rates (*see* Section 3.5).

2. **Government experts assumed the reservoir oil was completely connected to the Macondo well, omitting to analyze geological features that the Government's non-litigation expert consultant said would limit connectivity**. None of the Government experts analyzed the evidence from the Macondo geology and seismic analysis that indicates that the oil reservoir was not completely connected to the well. This is a change from prior expert analysis commissioned by the Government. Dr. Hsieh was told by the Government's consultant Prof. Fleming from the University of Texas that the "*geological evidence*" pointed to "*a significant probability of poor connectivity*" in the Macondo reservoir.[4] The Government estimates therefore have an implicit upward bias from ignoring evidence that some of the oil was likely compartmentalized and hence cut off from flowing to the well (*see* Section 4.1).

3. **Government experts over-estimated flow by over-stating the pressure depletion in the reservoir. They used an improper conversion from the pressure measurements at the capping stack to the pressure inferred in the reservoir**. **They did not account for pressure increases as the oil trapped in the well-bore cooled.** The estimates of oil flow by Drs. Kelkar & Raghavan, Hsieh and Pooladi-Darvish over-stated the reservoir pressure depletion that drove the flow. All of these experts used the pressure measurements taken from the capping stack mounted above the blow-out preventer, as do I. These were used to deduce the bottom-hole or reservoir pressure. But between the capping stack and the reservoir was a column of trapped oil thousands of feet tall. So the reservoir pressure was higher than at the capping stack – it had a column of oil sitting above it. This "head" is a function of the density of the trapped oil. The density rose following the shut in. The oil was hot as it flowed from the reservoir to the ocean. When flow stopped, the oil cooled down, gradually becoming heavier. The Government experts based their calculation on measurements of capping stack pressure increasing slowly over time, but the reservoir pressure was rising faster than they suggest: there was an extra factor – the weight of oil – that was also increasing. As we will see below, none of the Government experts presented an analysis accounting for this changing oil density. By assuming the oil was hotter and lighter than it actually was, indeed unfeasibly hot, they end up over-estimating pressure depletion, and hence the oil flow (*see* Section 4.3).

---

[4] *See* Exhibit 8624 (presentation to the USGS) [64], slide 7.