# Exhibit 4

## Dr. Claude Roegiers
## Rebuttal Expert Report

## June 10, 2013

# EXPERT REPORT
# U.S. v. BP Exploration & Production, Inc., et al.

### REBUTTAL TO REPORT OF ROBERT W. ZIMMERMAN
### On the Pore Volume Compressibility of the Macondo Reservoir

## Prepared on behalf of the United States by:

### Jean-Claude Roegiers, Ph.D
### Norman, Oklahoma

*Jean-Claude Roegiers*

## June 10, 2013

**Table of Contents**

Personal Background . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Executive Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

A.  Macondo Core Sampling Plan and Procedure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

B.  Conventional Coring vs. Rotary Sidewall Coring . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

C.  Sample Collection and Transfer to Weatherford Laboratories . . . . . . . . . . . . . . . . . . . . . 5

D.  Rebuttal to Professor Zimmerman's Conclusions Regarding the Proper Compressibility Value
    for the Macondo Reservoir . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

    1.  Orientation of testing on sidewall cores underpredicts compressibility results . . . . . . . 9

    3.  "Stress Cage" (zone of disturbed stress surrounding the borehole) increases probability
        that tested samples are damaged. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .14

    4.  Drilling damage and mud invasion impact quality of test results. . . . . . . . . . . . . . . . . 17

    5.  Liquid saturation of samples and temperature conditions in laboratory testing did not
        follow best practices. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .18

    6.  Loading rate during testing may have affected compressibility results. . . . . . . . . . . . .19

    7.  Effects of time-dependent compaction ("creep") were not measured. . . . . . . . . . . . .20

    8.  Core samples were not of recommended dimensions. . . . . . . . . . . . . . . . . . . . . . . . . . 21

    9.  No apparent evidence that lab equipment was properly calibrated. . . . . . . . . . . . . . . 23

    10. Other "stairstep" test ("multistage" hydrostatic compression) and ultrasonic velocity
        measurements during triaxial compression testing are not reliable. . . . . . . . . . . . . . . 23

Information Required by the Federal Rules of Civil Procedure. . . . . . . . . . . . . . . . . . . . . . . .25

CONFIDENTIAL PER BP

**List of Figures**

FIGURE 1.  Excerpt from Weatherford Laboratories Rotary Inventory – Status of Samples for Macondo Prospect.

FIGURE 2.  Best Practices for Uniaxial Strain Compressibility Test Protocol – Pore Pressure Depletion Method as Compared to Protocol for Testing of Macondo Samples.

FIGURE 3.  Excerpt from BP 2007 Technical Memorandum, "Isabella Pore Volume Compressibility Evaluation."

FIGURE 4.  CT Scan of Sample 3-16R.

FIGURE 5.  Caliper Log from Macondo Well Indicating Breakouts.

FIGURE 6.  Formation Compressibility as a Function of Effective Stress.

FIGURE 7.  Diagram Illustrating End Effects and Friction Cones.

**Appendices**

Appendix A – Curriculum Vitae

███████████████████████

Appendix C – Considered Materials

CONFIDENTIAL PER BP

**Personal Background**

My field of research is Geomechanics, particularly as applied to problems associated with the production of hydrocarbons and geothermal energy.  Prior to taking emeritus status in 2011, I served for over twenty years as a Professor at the University of Oklahoma, most recently as the McCasland Chair at the Mewbourne School of Petroleum & Geological Engineering.  While at OU, I founded the Rock Mechanics Institute (RMI) and the Fracturing Fluid Characterization Facility (FFCF).  During my tenure at OU, I raised in excess of $28 million from both governmental and industry sources.  Most of my research at OU was related to borehole stability, hydraulic fracturing, and fundamental issues governing reservoir behavior.

I was formerly with Dowell Schlumberger (as leader of Rock and Fluid Mechanics research in Tulsa, Oklahoma), the Los Alamos Scientific Laboratory (as Senior Scientist for the Hot Dry Rock Project), and the University of Toronto (as a Professor in the Department of Civil Engineering, Toronto, Ontario).  I also spent two sabbatical years in West Germany (Bochum University) as a von Humboldt Fellow developing in-situ stress measurement techniques, and one sabbatical year in Japan (University of Sapporo) as a Mombusho Fellow on the geomechanical aspects of nuclear repositories.

I am member of a number of professional organizations, including the Society of Petroleum Engineers, International Society of Rock Mechanics, American Rock Mechanics Association (ARMA), and have been recently inducted as ARMA Fellow.  I am often called to deliver the keynote address at national and international technical meetings.  I am presently a consultant for DOE (engineered geothermal systems) and NSI (geomechanics).

Over the course of my career, I have published more than 250 technical papers, focusing my research on various aspects of applied Rock Mechanics, including borehole stability, thermo-poroelasticity, in-situ stress measurements, naturally-fractured reservoirs, and high pressure/high temperature reservoirs.

I received my Ph.D. in geo-engineering/rock mechanics at the University of Minnesota, Minneapolis in 1974.  My undergraduate studies were completed at the Université de Liège (Belgium), where I received the equivalent of my bachelor's and masters' degrees in civil engineering in 1967 and 1969, respectively.

My detailed *curriculum vitae* is appended to this report at Appendix A.

CONFIDENTIAL PER BP

**Executive Summary**

I provide a critique of the expert report prepared by Professor Robert Zimmerman, who offers opinions on the value of pore volume compressibility (PVC) of the Macondo MC-252 Reservoir based on laboratory tests performed on several rotary sidewall core rock samples extracted from the formation near the wellbore prior to the blowout.  Pore volume compressibility, or the relative change in pore volume divided by the change in reservoir pressure that is caused by the change in pore volume, is an input parameter for several reservoir models that have been used to estimate the flow rate of hydrocarbons from the Macondo blowout well.

Professor Zimmerman concludes that 6.35 microsips (μsips) is the best estimate of the average UPVC of the Macondo Reservoir.  He bases this conclusion on the results of three laboratory tests performed by Weatherford Laboratories on core rock samples taken prior to the Macondo blowout.  Due to several key reasons outlined in our report, however, I conclude that the Weatherford testing on these samples cannot be used to yield an accurate or reliable estimate of compressibility value that is representative of the Macondo Reservoir.



Rotary sidewall cores tests are conducted on samples oriented differently than the direction that the rocks would naturally deform during pressure depletion while in the reservoir formation, which would be in the vertical direction.  By contrast, samples taken from conventional (or whole) cores are tested in a direction that mimics the vertical direction of compaction, i.e., perpendicular to the rock layers in the reservoir.

In support of his opinions, Professor Zimmerman conducts an analysis of:  1) the raw data of the uniaxial compression test conducted by Weatherford on three core samples from Macondo; 2) Weatherford's measurements of the pore volume changes that occurred in the three additional core samples under hydrostatic compression; and 3) measurements of ultrasonic wave velocities as part of the multi-stage triaxial compressive tests.

Only the first data set—from the uniaxial compression test—yields a direct measurement of uniaxial pore volume compressibility.  However, the tested cores were not representative of

CONFIDENTIAL PER BP

reservoir rock in formation and the testing conducted on these cores did not appropriately simulate the reservoir conditions, casting doubt on the accuracy and reliability of any results derived from this test.

In addition to the different orientation of the samples during the uniaxial compressibility testing, there are a number of other issues that undermine the accuracy and reliability of the results.  First, the samples likely are not representative of the reservoir rock in the formation because they were extracted from the disturbed zone of stress near the well (area around borehole of larger stress than the surrounding reservoir) and had been subjected to substantial drilling damage (bit vibration, drilling mud invasion, and chemical additives).  Second, the uniaxial testing protocol for the Macondo samples did not follow best industry practices, leading to conditions in the lab that did not properly simulate reservoir conditions.  For example, the uniaxial tests were conducted at ambient conditions, as opposed to reservoir conditions of 243 degrees F.  Other deviations from best practices include the dimensions of the rock samples used in the testing and the loading rate (pressure build-up) during testing.

Many of these same issues also impact the ability of drawing any conclusions from the two other laboratory tests that Professor Zimmerman argues supports the results from the uniaxial test:  the "stairstep" test and ultrasonic velocity measurements from the triaxial test.  However, the main issue with these other tests is that they are indirect ways to measure compressibility. The "stairstep" test requires a conversion from hydrostatic to uniaxial pore volume compressibility.  The ultrasonic velocity measurements require a correction factor to switch from dynamic to static values.  These are indirect techniques that I do not consider reliable.

### A.  Macondo Core Sampling Plan and Procedure

In the fall of 2009, prior to drilling at the Macondo wellsite, BP developed an evaluation program of the sampling and logging collection and analysis to be completed at the conclusion of drilling the exploratory well.[1]  Among the sampling issues debated was whether to take conventional core samples or rotary sidewall core samples.[2]  Ultimately BP decided to pursue rotary sidewall coring, concluding that the expense associated with conventional coring (approximately $7 million) was not worth the cost.[3]  In doing so, however, BP recognized that while "whole core compressibility measurements are 100% accurate," deriving compressibility

---

[1] E.g., BP-HZN-2179MDL03693851.
[2] Id.
[3] Id.; BP-HZN-2179MDL00356996.

measurements from rotary core samples could be quite uncertain.[4]  In fact, on several occasions in its Post-Well Subsurface Description of the Macondo Well Technical Memorandum, BP refers to the "relative lack of core data" and "paucity of core data."[5]  BP admits that "MD56D sand may be more heterogeneous than M56E and its reservoir characteristics are hardly described by the available samples."[6]

### B.  Conventional Coring vs. Rotary Sidewall Coring

It has been long recognized that "[t]he quantity and quality of formation samples provided by conventional coring generally are far superior to side-wall samples."[7]  According to E.H. Koepf et al., "[n]ormally formations along the Gulf Coast have a greater productive capacity than the sidewall core sample data indicate.  .  .  .  Sidewall core data are valuable as exploratory aids, but data from conventional or wireline cores are generally required for evaluating recoverable reserves, the distribution of reservoir fluids and formation flow characteristics."[8]  For instance, "permeability values measured on sidewall samples normally differ significantly from those measured on samples of conventional cores from the same formations."[9]  The limitations of conventional cores where a small cylindrical segment is taken as representative of a large reservoir volume have been well-recognized.  The sidewall core sampling procedure, which provides only a fractional portion of each vertical foot of formation, further reduces the likelihood of obtaining a truly representative sample.  Since the small sample is selected almost at random, within a given foot, the number of samples should be relatively large.[10]  W.H. Fertl et al. further indicate that "[i]t is our experience that interpretation of sidewall samples is subject to many outside factors: mud or filtrate invasion, microfracturing, grain splitting, plugging, flushing, etc.  Therefore, sidewall sample data must be calibrated against conventional core data or well established logging data."[11]

---

[4] E.g., BP-HZN-2179MDL03693851 (page 13 of presentation states, "Compressibility measurements from rotary SWC are too uncertain to add value."); BP-HZN-2179MDL01937265 (In discussion concerning what kind of cores to take at Macondo, BP reservoir engineer David Schott notes that new compressibility data from a whole core at a nearby well, Santa Cruz, increased BP's estimate of the oil recovery by 16 million barrels of oil equivalent.).

[5] Ex. 2886; Ex. 2891; Ex.2897.

[6] Ex. 3533.

[7] Koepf, E.H., R.J. Granberry, Members AIME, SPE Formation Evaluation, *"The Use of Sidewall Core Analysis in Formation Evaluation,"* at 419, 1635-G, May 1961.

[8] Id. at 419.

[9] Id. at 420.

[10] Id. at 421.

[11] Fertl, W.H., R.J. Cavanaugh, G.H. Hammack, *"Comparison of Conventional Core Data, Well Logging Analyses, and Sidewall Samples,"* Journal of Petroleum Engineering, at 1411, December 1971.

CONFIDENTIAL PER BP

Weatherford Laboratories describes extraction and testing of conventional and rotary sidewall cores on its website.  According to Weatherford, conventional core sampling is done through extraction of a solid cylinder of rock at the bottom of the borehole, approximately 4" to 5" in diameter and 30' long.  It is considered the most accurate coring method in the industry.[12] Conventional coring can provide reliable estimates of reservoir conditions, such as compressibility, as well as elastic properties (such as porosity, permeability, Young's modulus, and Poisson's ratio) and strength parameters (such as cohesion and angle of friction). Conventional coring, however, is significantly more expensive than other types of coring, and so is not run at every well.[13]

According to Weatherford, another method, rotary sidewall coring, allows numerous core samples to be collected in a single run.[14]  The rotary sidewall method uses a small robotic core bit of approximately 1" in diameter to drill sideways into the formation.  Cores up to 2" long are removed and stored inside the main coring tool; this process is repeated to collect up to 50 sidewall cores at a time.[15]

### C. Sample Collection and Transfer to Weatherford Laboratories

At Macondo, three wireline runs were conducted in April 2010, prior to the blowout, to obtain rotary sidewall cores.[16]  During the first two runs, a total of 8 cores were recovered out of 100 total attempts.   In the third run, 50 cores were attempted and 36 cores were recovered.[17]  The wellsite procedure plan for the Macondo sampling provided that if the cores were unconsolidated (i.e., poor or no cohesion), the cores were to be frozen in the receiver tube and a layer of saran wrap would be placed around the sample.[18]  Evidence I have reviewed indicates that the cores were frozen for transport off the Deepwater Horizon rig.[19]  The sidewall cores were then transported to Weatherford Laboratories for testing.  Weatherford received 44

---

[12] See Weatherford Laboratories, Conventional Core,
http://www.weatherfordlabs.com/resources/sample-types/conventional-core.
[13] Id.
[14] See Weatherford Laboratories, Rotary Sidewall Cores,
http://www.weatherfordlabs.com/resources/sample-types/rotary-sidewall-cores.
[15] Id.
[16] Ex. 6397.
[17] WFT-MDL-00082953.
[10] Ex. 8787.
[19] Ex. 8788 (chronology constructed by Weatherford employee for Macondo samples includes entry on April 17, 2010, that the laboratory "[r]eceived 44 rswc frozen in receiver tube").  See also Ex. 8790 (on spreadsheet entitled "Rotary Inventory – Status of Samples," the "Notes" column states that eight of the samples, including the three samples used in the uniaxial compressibility tests, were "wrapped in teflon tape.").

rotary sidewall cores frozen in a receiver tube.[20]  Many of the samples collected were broken or fractured into small pieces.  Weatherford Laboratories' Rotary Inventory report for Macondo, copied as Figure 1 below, indicates that of the forty-four samples collected, twenty-two list "frac," "rubble," or "pieces," in the "sample condition" column.[21]  These fractured samples were unusable for purposes of the uniaxial compressibility test; therefore there is an inherent sampling bias in the uniaxial laboratory test.   Weatherford ultimately performed uniaxial pore volume compressibility tests on only 3 of the 44 samples that were recovered from the well (0.68%).

**FIGURE 1.  Excerpt from, Weatherford Laboratories Rotary Inventory – Status of Samples for Macondo Prospect  (WFT-MDL-00070779).**

| Sample No. | Sample Depth | Original Sample Length | Sample Weight in Grams | Sample Condition |
|---|---|---|---|---|
| 3-1R | 17706.90 | 1.0 | 10 | frac pieces |
| 3-2R | 17805.00 | 1.0 | 12 | frac/rubble |
| 3-3R | 17987.90 | 0.2 | 11 | frac/rubble |
| 2-1R | 18030.60 | 1.7 | 34 | cyl |
| 2-2R | 18067.90 | 1.3 | 20 | frac pieces/rubble |
| 3-4R | 18069.80 | 1.6 | 28 | cyl |
| 3-5R | 18072.00 | 1.6 | 28 | cyl |
| 3-6R | 18074.90 | 1.7 | 24 | cyl |
| 1-1R | 18077.00 | 1.4 | 34 | frac/rubble |
| 3-7R | 18080.00 | 1.7 | NA | cyl |
| 3-8R | 18081.80 | 1.7 | 30 | cyl |
| 2-3R | 18083.00 | 0.5 | 12 | frac pieces |
| 3-9R | 18083.00 | 1.7 | 28 | cyl |
| 3-10R | 18084.90 | 1.5 | 24 | cyl |
| 2-4R | 18087.00 | 1.7 | 20 | cyl |
| 3-11R | 18114.90 | 1.5 | 34 | frac cyl |
| 3-12R | 18121.00 | 1.6 | 20 | partial frac sm cyl |
| 3-13R | 18123.00 | 1.5 | 34 | frac rubble |
| 3-14R | 18124.90 | 1.7 | NA | cyl |
| 3-15R | 18127.00 | 1.7 | 35 | frac pieces |
| 3-16R | 18129.10 | 1.7 | 26 | cyl |
| 3-17R | 18131.90 | 1.7 | 26 | cyl |
| 3-18R | 18134.10 | 1.7 | 38 | frac |
| 3-19R | 18141.90 | 1.7 | 24 | cyl |
| 3-20R | 18143.90 | 1.7 | 30 | frac |
| 3-21R | 18147.90 | 1.7 | 30 | cyl |
| 3-22R | 18150.00 | 1.7 | 24 | cyl |
| 3-23R | 18154.00 | 1.6 | 24 | partial frac sm cyl |
| 3-24R | 18157.90 | 1.7 | NA | cyl |
| 3-25R | 18161.00 | 1.7 | 28 | cyl |
| 1-2R | 18163.10 | 1.6 | 30 | cyl |
| 3-26R | 18166.00 | 1.7 | 26 | cyl |
| 3-27R | 18167.50 | 1.5 | 39 | frac |
| 3-28R | 18170.90 | 0.2 | 11 | rubble |
| 1-3R | 18174.00 | 1.7 | 22 | frac cyl |
| 3-29R | 18176.00 | 1.5 | 26 | cyl |
| 3-30R | 18180.10 | 1.6 | 20 | frac |
| 3-31R | 18183.10 | 1.6 | 28 | cyl |
| 3-32R | 18184.90 | 0.1 | 9 | rubble |
| 1-4R | 18188.00 | 1.5 | 44 | frac |
| 3-33R | 18214.40 | 0.5 | 10 | sm cyl |
| 3-34R | 18231.00 | 0.3 | 20 | frac |
| 3-35R | 18232.90 | 1.5 | 24 | cyl |
| 3-36R | 18235.80 | 0.1 | 7 | rubble |

---

[20]  Ex. 8788.

[21]  WFT-MDL-00070779.

CONFIDENTIAL PER BP

**D. Rebuttal to Professor Zimmerman's Conclusions Regarding the Proper Compressibility Value for the Macondo Reservoir**

Since rock properties are dependent on pressure and temperature, it is essential that the tests be run under simulated downhole conditions, i.e., testing at the same pressures and temperature as the rock would encounter in the reservoir formation. Because all of these conditions were not properly replicated in the lab, I do not consider Professor Zimmerman's conclusion about the values derived from the uniaxial compressibility tests to be reliable.

Figure 2 depicts the best practices for testing compressibility in the laboratory so as to best simulate reservoir conditions, [22] and provides alongside the tests protocol for samples from the Macondo well. As shown below, testing at Macondo deviated in some cases from the best practices; the discussion following Figure 2 describes how those deviations substantially diminish the reliability of the compressibility test results.

---

[22] The best practices in Figure 2 have been adapted from a draft document developed by the International Society of Rock Mechanics (ISRM) Working Group on suggested methods for uniaxial strain compaction testing. "Proposal for Establishing a Working Group on ISRM Suggested Method for Uniaxial-Strain Compressibility Testing." In my view, the best practices contained in Figure 2 simulate reservoir conditions.

CONFIDENTIAL PER BP

**FIGURE 2.  Best Practices for Uniaxial-Strain Compressibility Test Protocol as Compared to Protocol for Testing of Macondo Samples.**

| Best Practices | Macondo Practices[23] |
|---|---|
| **1.  *Sample taken from whole core.*** | Rotary sidewall core sample. |
| **2.  Sample size:**  Nominal 1.5-inch diameter by approximately 3-inch length *or* 1-inch diameter by approximately 2-inch length. Preferred L:D ratio of 2:1. | Diameter = approx. 0.92"; Length = approx. 1.1." |
| **3.  Sample orientation:**  Vertical is preferred, such that the compaction direction matches that in the reservoir. | Horizontal orientation. |
| **4.  Sample preparation:**  Cylinder ends are ground flat and parallel. | Cylinder ends ground flat and parallel. |
| **5.  Saturation:**  Can be as-received and topped off with inert laboratory oil or solvent-cleaned and saturated with formation brine and inert laboratory oil. | Extracted and 100% lab oil. |
| **6.  *Jacketing sample with heat shrink Teflon*** | Teflon jacketed. |
| **7.  Calibration:**  Rock Frame calibrated with same material as core samples and jacketed and under same conditions of temperature, stresses, and loading rates as the sample. | Unknown. |
| **8.  Test temperature:**  Reservoir temperature. | Ambient temperature. |
| **9.  Pore pressure:**  The pore pressure is increased to the *in-situ* reservoir pressure condition. | In-situ. |
| **10.  Stresses at the start of uniaxial strain:**  Reservoir. | Reservoir. |
| **11.  Apply In-Situ Stress Conditions:**  Increase the pore pressure and the confining pressure simultaneously to their target values at a rate of <1 psi/s (hydrostatic loading - target values are initial *in-situ* reservoir stress conditions).  During this loading segment, grain compressibility can be determined.  At this point, the confining and pore pressures are held constant while the axial stress is increased at a rate of <1 psi/s to the *in-situ* overburden stress condition (triaxial loading) – bulk compressibility can be determined from this loading segment.  Biot's coefficient alpha may be calculated from the grain and bulk compressibility values. | 4.2 psi/s. |
| **12.  Hold at in-situ stresses to stabilize strains before initiating uniaxial strain depletion:**  4 hr. minimum. | Not done. |
| **13.  Initiate pore pressure depletion under uniaxial strain:**  Maintaining uniaxial strain boundary conditions (no radial deformation) and constant total axial stress (constant overburden stress), decrease the pore pressure at a rate of -0.1 psi/s to the target value (e.g., the reservoir abandonment pressure).  Confining stress will vary due to the imposed uniaxial strain boundary conditions. | 0.5psi/s. |
| **14.  Ultrasonic velocity measurements:**  Tests conducted with concurrent ultrasonic velocity measurements, capture ultrasonic velocity (P-wave and S-wave) waveforms at selected intervals throughout the duration of the uniaxial strain portion of the test. | No velocity measurements. |
| **15.  Hold at maximum depletion to measure "Creep" for a minimum of 4 hrs.** | Not done. |
| **16.  Re-pressure back to in-situ stress conditions to quantify in-elastic compaction.** | Not done. |

---

[23] The procedures for the uniaxial strain pore volume compressibility test performed on the Macondo rock samples are contained in Ex. 9053 and 9058.  Information about the sample size and dimensions is taken from Ex. 8987 and BP-HZN-2179MDL02394185.

As set forth in Figure 2, the best practice for generating compressibility values from laboratory testing is to do the testing on conventional, or whole, cores.  BP elected not to take conventional cores, and performed analysis on rotary sidewall cores (RSWC) instead.  There are several reasons why I conclude that analysis of sidewall cores here cannot be used here to generate a reliable compressibility value that is representative of the conditions in the Macondo Reservoir.

**1. Orientation of testing on rotary sidewall cores underpredicts compressibility results.**

The most important issue impacting the reliability of the uniaxial laboratory results is the inherent orientation of the sidewall core as compared to a whole core.  BP stressed the importance of this issue in a Technical Memo relating to a nearby well, "Isabella Pore Volume Compressibility Evaluation," October 11, 2007.  There, BP states:

> Testing protocols and samples size effects (specifically length-to-diameter ratio) may result in this value underestimating the actual reservoir compressibility.  Work could be undertaken to quantify the magnitude of these effects.  .  .  .  The Isabella samples were collected as RSWC, presumably parallel to bedding, and tested for compaction within a bedding plane.  Compaction in the field is expected to occur perpendicular to bedding (see figure 1).  Typically, reservoir sandstones are stiffer within a bedding plane than in the direction perpendicular to bedding.  These test results may therefore underestimate expected compaction in the field.[24]

Figure 3 below, reproduced from the 2007 BP memorandum, illustrates how the orientation of the sidewall core during laboratory testing may generate artificially low compressibility results.  As the Figure demonstrates, uniaxial testing on rotary sidewall cores does not simulate the direction of compaction that would occur in the reservoir.  This is because, as BP indicates, in the formation, the bedding planes (i.e., surfaces that separate different layers of rock deposits) would be in a direction *perpendicular* to the direction of the compaction, in which rocks are typically softer.  In the laboratory with rotary sidewall cores, however, the bedding planes are oriented *parallel* to the direction of compaction during the test, in which rocks are typically stiffer.  As a result, the BP memorandum concludes, and I agree, uniaxial pore volume compressibility tests in the laboratory may underpredict compressibility.

---

[24] BP-HZN-2179MDL00195208, at -208, 209.

**FIGURE 3.  Excerpt from BP 2007 Technical Memorandum, "Isabella Pore Volume Compressibility Evaluation."** [25]



**Figure 1.** PVC tests in the laboratory may underpredict compaction, since RSWC undergo compaction parallel to bedding planes in which rocks are typically stiffer. In the field, compaction occurs perpendicular to bedding in which rocks are typically softer.

The orientation of the core during laboratory testing is particularly important if any kind of anisotropy—or layering of different rock types—has been detected, such as laminations (i.e., observed silt/sandstone/shale laminations)[26] and/or grain alignment,[27] as reported here. Weatherford's initial visual inspection indicated that some of the cores had lamination, although not the ones selected for the uniaxial compression testing.[28]  However, lamination is not always detected by such initial inspection.[29]  It is my opinion that the subsequent CT scan taken of one of the samples used in the uniaxial compression tests, sample 3-16R, indicates the presence of laminations.

---

[25] BP-HZN-2179MDL00195208, at -210.

[26] Dep. of Jaime Loos (Weatherford Laboratories 30(b)(6)), Sept. 20, 2012, at 59, 238-39; Ex. 8789.

[27] Ex. 8774 (email exchange from July 6, 2010 regarding compressibility at Macondo, in which BP Reservoir Engineer David Schott reports, "we know from Santa Cruz data and intuitively that sidewall core data is conservative just from the way the grains are aligned).

[28] Loos Dep., at 59, 238-39; Ex. 8789.

[29] Loos Dep., at 238-39.

**FIGURE 4.  CT Scan of Sample 3-16R.**[30]  The presence of light and dark shading here indicates presence of laminations.




These facts are indicative of anisotropy.[31]  Indeed, based on its own interpretation of logging data, BP also reported anisotropic conditions at Macondo.  In its July 26, 2010 Technical Memorandum, Post-Well Subsurface Description of Macondo Well, BP stated:

> Based on core measurement (lower porosity and permeability values and laser grain size analysis) M56D is probably slightly different rock type and more heterogeneous than M56E.  Nuclear-magnetic resonance (CMR) and RT Scanner logs response also show higher rock anisotropy of M56D lobe . . . . .
>
> Type 2 in the M56D unit may be associated with some thin bedded pay as evidenced by increased anisotropy from the tensor resistivity data and the CMR bin porosity distribution.[32]

Professor Zimmerman discounts the potential effect of anisotropy, citing a paper by Thomsen, which Professor Zimmerman argues supports only assigning a 10-20% difference in compressibility values when anisotropy is present.  Other literature, however, indicates that some sandstone reservoirs exhibit anisotropies much larger than 20%.[33]

---

[30] WFT-MDL-00039352.

[31] Lamination is best detected through taking "thin sections" of the rock, but that was not done here. See Ex. 9075 (summary of analyses completed by Weatherford Laboratories on Macondo samples).

[32] Ex. 3533, Technical Memorandum, Post-Well Subsurface Description of Macondo Well, July 26, 2010, at 13, 34.  See also BP-HZN-2179MDL0088853.

[33] Lo, T.W., K.B. Coyner & N. Toksoe, *"Experimental Determination of Elastic Anisotropy of Berea Sandstone, Chicopee Shale, and Chelmsford Granite,"* Geoph., vol.51, nb.1, pp.164-171, Jan. 1986.; Boyce, R.E., *"Laboratory-determined Sound Velocity, Porosity, Wet-bulk Density, Acoustic Impedance,*



In July 2010, during tests to determine whether the shut-in of the Macondo well was likely to have integrity, BP performed a variety of simulations of reservoir pressure response and conditions.[35]  Robert Merrill, then BP's Senior Advisor for Reservoir Engineering Community of Practice, was responsible for performing this reservoir modeling.[36]  Rock compressibility was one of the inputs to this modeling.[37]  Based on the Weatherford rotary sidewall core tests, BP

---

*Acoustic Anisotropy, and Reflection Coefficients for Cretaceous-Jurassic Turbidite Sequences at Deep Sea drilling Project Sites 370 and 416 Off the Coast of Morocco,"* Chap. 48, Physical Properties and reflection Coefficients, Dec. 1981.

[34] See, e.g., Ex. 8776.

[35] Ex. 10841 (Reservoir Pressure Response), BP-HZN-2179MDL07033640-642); Ex. 9320 (Emails attaching Pressure Measurement Network Architecture, July 15, 2010, BP-HZN-2179MDL07117793, 7802, 7807); Ex. 10845 (Well Integrity Test Data Review, July 16, 2010); Ex. 10853 (Well Integrity Test Data Review, July 26, 2010, BP-HZN-2179MDL02180635, -80656).

[36] Dep. of Robert Merrill (January 15, 2013), at 34-44.

[37] Ex. 10841 (Reservoir Pressure Response), BP-HZN-2179MDL07033640-642); Ex. 9320 (Emails attaching Pressure Measurement Network Architecture, July 15, 2010, BP-HZN-2179MDL07117793,

CONFIDENTIAL PER BP

previously had concluded that the compressibility of the reservoir was most likely 6 μsips. However, during the well-integrity testing period, Kelly McAughan, then BP's liaison with the United States science team, recommended that Mr. Merrill use a new "most likely" compressibility of 12 μsips as an input to the modeling.  Mr. Merrill implemented this recommendation in a number of the simulations that he supervised or performed in July 2010.[38]

At his deposition, Mr. Merrill testified that BP determined that it was "prudent" to use a compressibility value of 12 instead of 6 μsips as the recommended input for modeling purposes after an internal discussion at which David W. Schott, one of BP's reservoir engineers, presented evidence based on his experience in the Galapagos field, a field which includes the Isabela and Santa Cruz wells, that "core volume compressibility determined from sidewall cores was lower than pore volume compressibility based on whole core."[39]

Dr. Paul Hsieh, an employee of the U.S. Geological Survey, U.S. Department of Interior, modeled reservoir depletion for the United States during the well-integrity testing period. Based on a similar recommendation from Kelly McAughan, Mr. Hsieh used a compressibility of 12 μsips as the compressibility input for his simulation.[40]

The recommendation to use a compressibility of 12 μsips is documented in a number of communications between July 6 and July 8, 2010 among various BP employees, including Stephen Willson, David Schott, Robert Merrill, and Kelly McAughan.[41]  On July 6, Ms. McAughan asked "what the measured compressibility of Santa Cruz rock (or any core in Galapagos) was versus what you are using."  She stated, "[s]o if you went from 10 E-6 to 20 E-6 then I will increase Macondo's by a factor of 2."[42]  Kessica Kurtz responded by sending the Rock Mechanics Final Report by Omni Laboratories for the Isabela Prospect.[43]  Ms. Kurtz forwarded additional data including a Santa Cruz Formation Compressibility Calculator.[44]

---

7802, 7807); Ex. 10845 (Well Integrity Test Data Review, July 16, 2010, ); Ex. 10853 (Well Integrity Test Data Review, July 26, 2010, BP-HZN-2179MDL02180635, 80656).

[38] Ex. 10841 (Reservoir Pressure Response) BP-HZN-2179MDL07033640-642(; Ex. 9320 (emails attaching Pressure Measurement Network Architecture, July 15, 2010, BP-HZN-2179MDL07117793, 7802, 7807); Ex. 10845(Well Integrity Test Data Review, July 16, 2010); Ex. 10853 (Well Integrity Test Data Review, July 26, 2010, BP-HZN-2179MDL02180635, -80656).

[39] Dep. of Robert Merrill (January 15-16, 2013), at 212-214, 394-395, 479, 486-487.

[40] Ex. 8615 (Hsieh Pre-Decisional Draft Report, at 12); Dep. of Paul Hsieh (Sept. 11-12, 2012), at 264.

[41] Exs. 8769-8777.

[42] Ex. 8769.

[43] Ex. 8770.

[44] Ex. 8772.

CONFIDENTIAL PER BP

On July 6, Mr. Schott wrote that "[i]f you think the Macondo rocks are lower compressibility, you might use a similar upgrade going from sidewall to whole core as what we found going from the sidewall in SC and Isabela to whole core in SC."[45]  In response to a comment from Mr. Willson, Mr. Schott wrote "[n]ot honoring the sidewall data is the point isn't it.  Because, we know from Santa Cruz data and intuitively that sidewall core data is conservative just from the way the grains are aligned.  I don't get what you and Steve are driving at, we shouldn't be strictly confined to the sidewall data at Macondo or anywhere."[46]

On July 7, Mr. Willson sent an email attaching a Macondo rotary sidewall core PVC comparison with other Na Kika and similar uncemented sands.  He stated that "An Isabela/Santa Cruz comparison would put you at 15 microsips or so.  So 15 could be a reasonable compromise if you wish, with 20 as an upside and 5 microsips as a downside?"[47]

Ms. McAughan replied: "How about we use 6-12-18."  Mr. Willson responded: "That sounds very reasonable to me Kelly."  Mr. Merrill followed by stating: "Me too."[48]

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████

### 3.  "Stress Cage" (zone of disturbed stress surrounding the borehole) increases probability that tested samples are damaged.

Another issue with using sidewall cores is the fact that they are taken within what is referred to as the "stress cage," a zone where the in-situ stresses are concentrated as the result of drilling the borehole.[50]  Sampling cores in areas of disturbed stress makes it unlikely that the compressibility values obtained through the laboratory testing are in fact representative of the compressibility in the reservoir.  The area surrounding the borehole, extending out approximately 3-4 times the diameter of borehole, has greater stress conditions than the overall reservoir stress conditions.  This stress concentration, or zone of disturbed stress, could

---

[45] Ex. 8772.
[46] Ex. 8774.
[47] Ex. 8775.
[48] Ex. 8776.
██ ████████

[50] In Ex. 9054, an email exchange, BP provided the following estimates of the stress conditions at Macondo to Weatherford Laboratories for use in the uniaxial testing:  Overburden stress = 14,800 psi; Horizontal (lateral) minimum effective stress = 13,300 psi; Original pore pressure = 11,800 psi; Effective stress ("net confining stress" or NCS) = 2,000 psi.

easily overcome the strength of the rock, irreversibly damaging the rotary sidewall core samples.[51]  As a result, the rock properties derived from such samples would not be representative of the rock properties within the reservoir outside of the area of disturbed stress.

Evidence indicating that the strength has been overcome at the Macondo borehole includes "breakouts" of the rock[52] (which can be inferred from caliper logs) and extremely poor core recovery.[53]  Both of these occurred at Macondo, as demonstrated by the caliper log reproduced as Figure 5, and documents referencing extremely poor core recovery.[54]

**FIGURE 5.  Caliper Log from Macondo Well Indicating Breakouts (Figure reproduced from BP-HZN-2179MDL00250606).**



A caliper log shows the expansion of the drilling hole diameter, which results from the failure of rock ("breakout") as a consequence of stress concentrations that exceed rock strength.  As this

---

[51] Yale, P., G.W. Nabor, J.A. Russell, H.D. Pham, and M. Yousef, *"Application of Variable Formation Compressibility for Improved Reservoir Analysis,"* 69th Ann. Tech. Exh., Houston, SPE 26647, Oct. 1993.
[52] Zoback, M.D., Moos, D., Mastin, L., and Anderson, R.N., "Wellbore Breakouts and In-situ Stress", J. Geoph. Res., vol. 90, 1985.
[53] E.g., Ex. 8794 (Weatherford email from Jaime Loos to Debbie Steele, dated 4/21/10: "It's really sad that they didn't get better recovery of samples."); Ex. 8790.
[54] Id.

log shows, diameter of the hole increases substantially from 8.5" in diameter to diameters in excess of 10.5," indicating breakout conditions.

Such breakouts can result from shear failure due to the existence of large differential stresses, or can also result from buckling failure due to high circumferential stresses.  The reliability of rotary sidewall cores that have been subjected to such stress conditions is suspect.[55]

In addition, incline photos of some of the samples indicate that the surface of the rock has been eroded, indicating that the rock is friable.[56]  This further indicates to me that the rock came from the damaged zone.

The Macondo Reservoir was also highly over-pressurized, as indicated from effective stresses (or "net confining stresses") estimated to be on the order of 2,000 psi at depth.[57]  This implies that one might anticipate large compressibility values, at least at the start of production, as Figure 6 demonstrates.

---

[55] Yale, P., G.W. Nabor, J.A. Russell, HD. Pham, and M. Yousef, *"Application of Variable Formation Compressibility for Improved Reservoir Analysis,"* 69th Ann. Tech. Exh., Houston, SPE 26647, Oct. 1993.
[56] See WFT-MDL-00039838; WFT-MDL-00039839; WFT-MDL-00039840; WFT-MDL-00039841.
[57] Ex. 3533, BP-HZN-BLY00082887; Ex. 9054; BP-HZN-2179MDL04367671 – 2179MDL04367673.

CONFIDENTIAL PER BP

**FIGURE 6.  Formation Compressibility as a Function of Effective Stress.**



Figure modified from Yale, et al., 1993.

Figure 6 contains type-curves for Gulf of Mexico sandstones, illustrating the formation compressibility as a function of effective stress.  A curve for the Macondo reservoir would fall within the zone between friable and unconsolidiated sandstone curves.[58]  As indicated by the type curves, then, an effective stress of 2,000 psi (as estimated at Macondo) in that zone corresponds to a compressibility range of between 10-40 µsips.

### 4.   Drilling damage and mud invasion impact quality of test results

Another issue affecting the reliability of a sidewall rotary core sample is the potential damage induced by the coring itself.  Specifically, upon cutting the sidewall core, there is an instantaneous differential relaxation.  When the core is liberated from the reservoir rock, and also from the downhole stresses, it instantaneously expands differentially as a function of the stress differential the core has been subjected to at depth (difference between overburden, minimum horizontal, and maximum horizontal stresses).[59]  This three-dimensional expansion is due to the relaxation of inherent microcracks and the data interpretation can provide the

---

[58] Ex. 8787 ("Wellsite Procedures, Draft – 3/01/10, for BP Macondo Prospect, Friable to Unconsolidated Rotary Sidewall Cores") ("As the cores might be friable enough to be considered unconsolidated…"). Incline photos taken of some of the samples indicate that the surface of the rock has eroded, indicating that the rock is friable.  See WFT-MDL-00039838; WFT-MDL-00039839; WFT-MDL-00039840; WFT-MDL-00039841.

[59] Voight, B., *"Determination of the Virgin State of Stress in the Vicinity of a Borehole from Measurements of a Partial Anelastic Strain Tensor in Drill Cores,"* Felsmech. Ingenieurgeol., vol. 6, 1968.

CONFIDENTIAL PER BP

orientation of the in-situ stress tensor, provided the core sample is oriented.  Such phenomena are usually accounted for during testing on whole cores for the determination of the in-situ stress tensor orientation; to the best of my knowledge, this technique has not been carried out on sidewall cores.

In addition, mud invasion will also affect the rock properties.[60]  These samples were cleaned,[61] but it is not known if the initial conditions have been re-established (pre-mud invasion).

5. **Liquid saturation of samples and temperature conditions in laboratory testing did not follow best practices.**

Contrary to best practices, see Figure 2, the uniaxial compression tests on the Macondo sidewall core samples were done using kerosene as a saturating fluid after the samples had been extracted and thus there was no longer any liquid in the core.[62]  It is peculiar that the Macondo samples were saturated with kerosene since Ohmyoung Kown, the same individual, appropriately had performed uniaxial compression tests for the Isabella prospect on side wall core samples from the Isabella reservoir saturated with 2% KCl brine.[63]  In addition, the ultrasonic velocity measurements taken during the triaxial compression tests were done on extracted cores with no saturating fluid.[64]  Accordingly, the laboratory conditions of compaction are not representative of the conditions for compaction of real rocks in nature that, unlike in laboratory test conditions, are partially saturated by water.

In addition, the temperature of the rock in the Macondo reservoir at the depth where the samples were extracted was estimated at 243 degrees F.[65]  This parameter was not simulated. Rather, the tests were conducted at ambient laboratory conditions even though higher temperatures are known to increase pore compressibility significantly.[66]  The temperature plays a very significant role in how stiff the rocks will behave, and the combination of wetting fluid of brine (as opposed to the kerosene used in the Macondo testing) and high temperature would cause a sandstone sample to exhibit much higher compressibility than tests done on a bench at low temperature.

---

[60] Evidence I have reviewed indicates that drilling mud was found on at least some of the samples.  Loos Dep., at 59-60, 94-95; Ex. 8789.

[61] Ex. 8788.

[62] Ex. 9053 ("the specimen is saturated with kerosene").

[63] Ex. 8770.

[64] Ex. 9058.

[65] Ex. 3533.

[66] Von Gonten, W.D. & H.K. Chouddhery, *"The Effect of Pressure and Temperature on Pore Volume Compressibility,"* 44th Ann. Fall Meeting, Denver 1969, SPE 2526.

CONFIDENTIAL PER BP

**6.   Loading rate during testing may have affected compressibility results.**

The loading rate (i.e., the rate of the stress and pressure build-up on the sample during the uniaxial testing) may also have affected the reliability of the results of the uniaxial testing. According to the Weatherford protocol, the loading rate for the samples during the pore pressure depletion phase was 0.5 psi/second.[67]  The degree to which such a high loading rate will impact the results is a function of porosity.  If loading occurs too quickly, the porosity may not be properly simulated.  In addition, influence of the loading rate on the results may be increased if any inelastic behavior is suspected.  As a result, the test may not yield an accurate compressibility value.

According to email exchange between BP and Weatherford Laboratories, samples were loaded at 250 psi/min[68] (4.12 psi/sec), whereas during the pore pressure depletion phase of the test the rate was 30 psi/min (0.5 psi/sec).  The total duration for these UPVC tests was about 9 hours.[69]  However, the BP approved initial loading rate of 250 psi/min was potentially too fast to collect reliable data.  If the test samples had been loaded to reservoir stress over several hours instead of one hour, the initial data would not be suspect.

A more standard protocol for UPVC tests on 1.5 by 3 inch vertical plugs cut from whole core samples, the samples are loaded to reservoir stress at 60 psi/min and pore pressure is depleted at 6 psi/min (0.1 psi/sec).[70]  After reaching minimum pore pressure, maximum effective vertical stress, the sample is returned to in-situ reservoir stress to quantify the amount of in-elastic strain that has occurred.  The later reloading to in-situ stress was not part of the Weatherford Laboratories protocol for Macondo.  In addition, the compaction strains experienced by the samples during the application of the initial "seating" loads were not reported.  These initial strains are indicators of sample disturbance; indeed, as BP has itself recognized in its 2007 Isabella Pore Volume Compressibility Evaluation Technology Memorandum, "if large strains occur during seating, the sample may have been disturbed during sample recovery and the results may be unreliable."[71]

---

[67] See Fig. 2.
[68] Ex. 8788, at WFT-MDL-00062846.
[69] See BP-HZN-2179MDL02394185.
[70] See Fig. 2, Step 13.
[71] BP-HZN-2179MDL00195208, at page 2.

### 7. Effects of time-dependent compaction ("creep") were not measured.

It is important to scale laboratory measured rock compaction to the rate of compaction in the field.  In the case of the laboratory measured compaction at Macondo, the pore pressure was decreased (0.5 psi/s) by 1500 psi in 0.83 hours.[72]  During the Macondo incident, it has been estimated that the reservoir pore pressure fell by about approximately 1500 psi over 86 days[73] (0.0002 psi/s), or 2500 times slower.

There are two components to rock compaction:  instantaneous compaction and the time-dependent compaction, or "creep."  The Weatherford uniaxial compressibility test addresses only the instantaneous component of compaction.  The magnitude of creep is dependent upon the temperature, stresses, and the fluid saturations.[74]  At elevated temperature and high pore pressures and stresses, Gulf of Mexico rocks have the potential to experience stress corrosion cracking interaction (and/or other rock-water interactions), resulting in higher pore volume compressibility than indicated by tests conducted on 100% oil saturated samples or tests conducted at ambient temperatures whether oil or brine saturated.  Shafer et. al indicates that either 100% brine or connate water saturation are effective at introducing these chemical effects on creep for the Gulf of Mexico Middle Miocene formations [75] such as the Macondo sands.

To measure creep, Shafer et al. report that they have utilized UPVC testing protocol such that at the end of the pore pressure depletion UPVC test, the stresses and pore pressure were held constant for up to 48 hours to record the strain.  The measured change in pore volume during this creep portion of the PVC test, while small, is still a significant fraction of the total non-creep pore volume change. In Shafer's study, compaction PVC test results increased by about 32% in one day of creep.[76]

BP also acknowledges the potential for creep to affect PVC tests.  In its 2007 memorandum evaluating PVC testing at the Isabella well, BP states that "time-dependent deformations (creep) may contribute additional compaction strain to that expected from the results of

---

[72] BP-HZN-2179MDL02394185.

[73] See Expert Report of Drs. Kelkar and Raghavan (March 22, 2010), at 8.

[74] Schutjens, P.M.T.M, Blanton, T.L., Martin, J.W., Lehr, B.C., and Baaijens, M.N., *"Depletion-induced compaction of an overpressure reservoir sandstone: An experimental approach,"* SPE/ISRM 47277. Eurock '98, Trondheim, Norway, 8-10 July, 1998, pp.53-65.

[75] Shafer, J., Vorhaben, K., Boitnott, G. *"Large Pressure Depletions In Ultra Deepwater GoM Reservoirs Can Significantly Reduce Near Well Bore Permeability And Pore Volume,"* Proceeding International Symposium of the Society of Core Analysts held in Aberdeen, Scotland, UK, 27-30 August, 2012.

[76] Id.; BP-HZN-2179MDL00195208.

'instantaneous' tests if, as expected, the loading rate in the field is slower than in the lab."[77]  In addition, on November 15, 2008, Stephen Willson, BP Rock Mechanics Advisor for the Exploration and Production Technology Group, in a presentation to the SPE-GCS Reservoir Study Group, acknowledged that "compressibility acting over reservoir depletion time-scales will include creep and other 'slow deformation' effects."  For purposes of reservoir simulation, Mr. Willson suggested that one option would be to include "a time-delayed compaction due to creep in addition to the standard instantaneous compaction represented by rock compressibility."[78]  As indicated above, the loading rate at Macondo is approximately 2,500 times slower than the laboratory loading rate, but creep was not measured, calling into question the reliability of the PVC testing results.

### 8.  Core samples were not of recommended dimensions.

The best practice for the uniaxial compression test on sidewall cores is to use a rock sample with a diameter-to-length ratio of 1:2 (that is, the length of the sample should be twice as long as the diameter of the core).[79]  This practice best simulates stress conditions in the reservoir.  If the ratio is less than 1:2, there is a potential for "end effects" to occur, or zones of radial compression ("friction cones") that develop near the ends of the sample when pressure is applied during testing through the steel loading platens.  See Figure 7.

**FIGURE 7.  Diagram Illustrating End Effects and Friction Cones.**



---

[77] BP-HZN-2179MDL00195208.

[78] Willson, Stephen, *"Pore Volume Compressibility in Weakly Cemented Sandstones,"* SPE-GCS Reservoir Study Group, Nov. 15, 2008.

[79] Britt, L., M. Smith, et al., *"Rotary Sidewall Cores – A Cost Effective Means of Determining Young's Modulus,"* Society of Petroleum Engineers, SPE 90861 (September 2004), prepared for presentation at the SPE Annual Technical Conference and Exhibition, Houston, TX, Sept 2004. [at 5 & figs. 4, 5 and 11].

CONFIDENTIAL PER BP

Because both the steel platens and the rock sample expand differently in the radial direction, it is important to have some sort of a buffer—either through use of a sample with a length-to-diameter ratio of 1:2, or, if the ratio is less than that, through placement of a rock spacer at the top and bottom ends that similarly would provide a buffer—in order to mitigate any end effects.

Here, the diameter of the core samples was approximately .092", while the trimmed length of the cores was approximately 1.1",[80] yielding a much lower ratio than the recommended 1:2. Since no rock spacer was used to mitigate the end effects, the stress placed on the sample is not representative of reservoir conditions, calling into question the reliability of the results.

The rotary sidewall cores samples were also of insufficient length to obtain reliable results. To obtain uniaxial pore volume compressibility measurements one has to measure two strains: the change in dimension of the sample in the diameter and in the length. By definition, a uniaxial UPVC test means that the diameter of the sample is not allow to change to mimic what happens in the reservoir, because the test is set up to not allow for any strain in the horizontal direction. As the sample is compacted due to increasing effective stress caused by decreasing pore pressure, how the length of the sample changes (vertical strain) directly relates to the change in the bulk volume of the sample and by calculation the change in the pore volume of the sample. The devices used to measure the vertical and horizontal (diameter) strains have a minimum resolution or strain detection. Thus, as the size of the sample becomes smaller, controlling the horizontal strain to zero (uniaxial condition) and measuring the vertical strain becomes less accurate.

The three Macondo RSWC UPVC samples had dimensions of about 1.1" in length and 0.92" in diameter,[81] or a bulk volume of about 0.74 cubic inches, and a weight of only about 1.5 ounces. By contrast, as Figure 2 indicates, the standard recommended size of a UPVC plug cut vertically from whole core is 3" in length and 1.5" in diameter (bulk volume of 5.3 cubic inches or seven fold greater volume than the Macondo RSWC samples). Due to the small size of the Macondo samples, controlling the horizontal strain to zero (uniaxial condition) and measuring the vertical strain becomes less accurate, casting doubt on the reliability of the UPVC test results.

All of the above stated concerns about the impact of sample size on the accuracy of the strain measurements and thus the calculated UPVC are also germane for ultrasonic velocity measurements (triaxial testing) where compressional and shear wave transit times across the sample are measured.

---

[80] BP-HZN-2179MDL02394185 & Figure 2.
[81] BP-HZN-2179MDL02394185 & Figure 2.

CONFIDENTIAL PER BP

**9.  No apparent evidence that lab equipment was properly calibrated.**

I was unable to locate any information confirming that Weatherford calibrated its UPVC equipment with an aluminum billet that was the same diameter as the rotary sidewall core samples and jacketed with the same material (heat shrink Teflon) as were the Macondo samples.  Without proper calibration, the reliability of the test results can be impacted.

**10. Other "stairstep" test ("multistage" hydrostatic compression) and ultrasonic velocity measurements during triaxial compression testing are not reliable.**

The other two methods employed by Professor Zimmerman to support his compressibility value can be classified as "indirect methods" as they rely on, or assume, an existing relationship between the uniaxial pore compressibility and some other parameter(s):  static elastic properties in the case of the multistage experiment; and relationships between dynamic and static properties in the last case.  Hence, experimental errors cumulate.

Professor Zimmerman cites Weatherford's hydrostatic "stairstep" porosity measurements as supporting their UPVC data.[82]  Weatherford's stairstep measurements consist of assessments of the pore volume and the permeability of an air saturated extracted sample at multiple increasing hydrostatic confining stresses at near zero pore pressure. This was completed on three samples at 9 confining stresses ranging from 500 psi to 10,000 psi.[83]  Hydrostatic means that the stresses are the same in all directions, where as in uniaxial compaction tests, the vertical and the horizontal are separately controlled.

Hydrostatic pore volume compressibility is not equivalent to uniaxial pore volume compressibility.  It is possible to convert from one to the other, only if one assumes that the rock material is linear elastic and isotropic, neither of which is true.  To mathematically convert the measured PVC in the stairstep tests requires knowledge of Biot's alpha and the Poisson ratio.  Biot's alpha is obtained from the bulk volume compressibility measured in the stairstep test and the rock grain compressibility.  Professor Zimmerman explains how a value of Biot's alpha of about 0.9 is obtained.[84]  However, it is impossible to derive a value of Poisson's ratio from a hydrostatic compaction test.  Professor Zimmerman simply assumed a likely range of Poisson's values to convert the stairstep PVC to a uniaxial PVC.

However, the UPVC test apart from providing a measure of UPVC also provides a measure of Poisson's ratio, Biot's alpha, and Young's Modulus.  Weatherford does not provide this

---

[82] See Expert Report of Robert Zimmerman at pp.46-51.
[83] WFT-MDL-00129171.
[84] See Expert Report of Robert Zimmerman at p.48.

information in their report as is typically done by rock mechanics service companies since it is readily calculated from the raw data, just as the UPVC has to be calculated from the raw data. Professor Zimmerman did not calculate these basic rock mechanical properties to compare to Weatherford's triaxial compressive test data as a means to quality control the UPVC data.

Professor Zimmerman also evaluates the Multi-Stage Triaxial Compressive test with acoustic velocities and Mohr-Coulomb Failure Analysis.[85]  Like the hydrostatic stairstep tests, these triaxial compression tests do not simulate reservoir conditions in terms of application of the stresses, the pore fluids, the temperature, and the time scale.  The main purpose of Multi-Stage Triaxial compressive test is to obtain a measure of the rock compressive strength that is not obtainable from UPVC tests and is used to calculate well bore stability.  These tests are generally not used to estimate UPVC values.  The low length to diameter ratio in the Macondo triaxial samples will overstate rock strength and by inference understate UPVC.

Typically acoustic velocities are also measured during Multi-Stage Triaxial Compressive test so as to obtain static and dynamic values for Young's modulus and Poisson's ratio to aid in converting log derived dynamic values to static values. Dynamic to static relationships and/or conversion factors are very much a function of test conditions of pore fluids and frequency of the velocities.

In sum, I believe that both the hydrostatic stairstep test and acoustic velocity measurements are indirect methods that cannot be used to generate reliable UPVC values, and thus cannot be used to support Professor Zimmerman's conclusion that the best estimate of the UPVC value at the Macondo Reservoir was 6.35 μsips.

---

[85] Ex. 9056.

CONFIDENTIAL PER BP

**Information Required by the Federal Rules of Civil Procedure**

This report contains my opinions, conclusions, and reasons therefore.

A general statement of my qualifications is contained in the Background section, page 1.  A more detailed statement of my qualifications is contained in Appendix A.

A list of my publications authored is provided in Appendix A.

My compensation for my time in preparing this report and any testimony as an expert witness at trial or at deposition is as follows:  $465/hour.

I have never testified before as an expert witness.

The facts and data I considered in forming my opinions is listed in Appendix C.

The opinions expressed in this report are my own and based on data and facts available to me at the time of writing.  Should additional relevant or pertinent information become available, I reserve the right to supplement the discussion and findings in this report.

CONFIDENTIAL PER BP

# APPENDIX A

## CURRICULUM VITAE
## Dr. Jean-Claude Roegiers

**PERSONAL**

Nationality:            United States.

**EDUCATION**

1967: Candidat Ingénieur Civil, Université de Liège, Belgium.
1969: Ingénieur Civil des Constructions, Université de Liège, Belgium.
1971: Ph.D. Candidate ·University of Minnesota, Minneapolis, U.S.A.
1974: Ph.D. degree in Geo-Engineering (Rock Mechanics), University of Minnesota, Minneapolis, U.S.A.

**SCHOLARSHIPS**

1969-1972: Research Fellowship (U.S. Army Corps of Engineers Grant), University of Minnesota.

**NON-ACADEMIC PROFESSIONAL CAREER**

- Studied many large civil engineering projects and sites in Europe; bridge constructions in Germany and Italy, waterflood control works in the Rhône in France, damsites in Poland and Czechoslovakia, tunnels in Italy and Switzerland, foundations and hydraulic works in the Netherlands.
- Visited most of the rock mechanics research facilities in Europe, in the U.S.A., in South America and in the Far East.
- Worked as an assistant engineer for a small civil engineering company in Belgium, involved in highway construction and concrete research.
- While attending graduate school at the University of Minnesota as a Research Fellow, participated in various rock mechanics research projects and have written several research and progress reports.
- Conducted field tests on hydraulic fracturing in different parts of North America and for different governmental and private organizations. Regularly consulted as to the use of this technique to determine in-situ stresses at great depths.
- For two years (1972-1974), staff member of the Los Alamos Scientific Laboratory. Involved in the geosciences aspect and the development of methods to extract geothermal energy from hot-dry rock formations.
- Past-member of the following consulting and research review boards:
    1. Department of Energy, Los Alamos Scientific Laboratory, Los Alamos, New Mexico, U.S.A.
    2. Dowell, Tulsa, Oklahoma, U.S.A.
    3. Terra Tek, Salt Lake City, Utah, U.S.A.
    4. TTI Geotechnical Resources, Calgary, Alberta, Canada
- From Jul. '81 until Apr. '84, Senior Associate Scientist, Dowell Division of Dow Chemical U.S.A. ·Technology Center, Tulsa, Oklahoma. Started the rock mechanics research. In charge of the Rock Fracture Mechanics Research Section.
- From Apr. '84 until Nov. '87, Senior Research Scientist, Dowell Schlumberger, Technology Center, Tulsa, Fracturing and Sand Control Department.
- From May '87 until Sep. '87, on mini-sabbatical leave, Visiting Scientist at Schlumberger Cambridge Research, Cambridge, England.
- From Nov. '87 until Nov. '88, Senior Development Scientist, Dowell Schiumberger, Technology Center, Tulsa, Computer and Information Department.
- Have been involved with solving several 'problem formations' where standard solutions of completion and/or stimulation treatments did not appear to work.
- Proposed a successful blow-out killing treatment for a well on fire in Indonesia; also involved with a blow-out offshore of Brazil.
- Solved a severe sanding problem in Eastern Venezuela, North Monagas formation.
- Proposed what turned out to be the most prolific horizontal well in Lake Maracaibo.
- Involved in borehole stability problems and naturally fractured reservoirs issues, worldwide.

1

**ACADEMIC CAREER**

- Dec. '74- Jun. '79, Assistant Professor, Department of Civil Engineering, University of Toronto.
- Jul. '79 -Jul. '82, Associate Professor with tenure, Department of Civil Engineering, University of Toronto.
- Since 1974, Member of the Graduate School Faculty of the University of Toronto.
- Since Nov. '88, McCasland Chair and Professor, School of Petroleum & Geological Engineering (now Mewbourne School of Petroleum & Geological Engineering), The University of Oklahoma, Norman, Oklahoma.
- Since 1988, Member of the Graduate School Faculty of The University of Oklahoma.
- Aug.'92 – Mar.'94, Founder and Director of the Fracturing Fluid Facility, The University of Oklahoma.
- Aug.'91 – Nov.'99, Founder and Director of the Rock Mechanics Institute, Sarkeys Energy Center, The University of Oklahoma.

**SCHOLARLY ADDRESSES**

1974 -1975
- *"State of Stress -Crystalline Basement Rocks,"* Penrose Conf. on Fracture Mech. and Earthquake Source Mechanisms, Aspen, Colorado.

1975 -1976
- *"L'Energie Géothermique -Rêve ou Réalité,"* Faculty of Applied Sciences -Université de Liège, Belgium Rotary Club, Renaix, Belgium.
- *"Potential of Geothermal Energy,"* Society of Experimental Stress Analysis, Toronto, Canada.
- *"Geothermal Energy Extraction from Hot Dry Rocks,"* Department of Geology, University of Toronto, Canada.

1976 -1977
- *"Engineering Problems Associated with Ontario Shales,"* Golder Associates, Toronto, Canada.
- *"Teaching Methods in Rock Mechanics,"* Canadian Rock Mechanics Advisory Committee, Elliott Lake, Canada.

1977 -1978
- *"Hydraulic Fracturing -A Technique to Measure In-Situ Stresses,"* Geological Society, Montréal, Canada.
- *"Large Horizontal Stresses -Their Consequences,"* Association des Ingénieurs de Liège, Liège, Belgium.
- *"Rock Mechanics Problems Associated with Hot-Dry Rock Geothermal Extraction,"* Geothermal Energy Workshop, Santa Fe, New Mexico.

1978 -1979
- *"Energy Conservation Through Underground Construction,"* Department of National Defense/Ontario Hydro seminar, North Bay, Ontario, Canada.

1980 -1981
- On a world lecturing tour, guest of the Academia Sinica, People's Republic of China; the Institution of Mining of Japan; the Institution of Mining of India; and the Ruhr Universität, Germany.

1981
- *"The Importance of Rock Mechanics in Stimulation Design,"* SPE, Jakarta, Indonesia.

1982
- *"In-Situ Stresses -Don't Ignore Them!"* Local SPE Chapter, Tulsa, Oklahoma.

1983
- *"The Importance of Rock Mechanics to the Oil and Gas Industries,"* University of Texas, Austin, Texas.
- *"The Laboratory Determinations of Pertinent Rock Properties,"* SPE Forum Series on Stimulation, Jackson Hole, Wyoming.

1984
- *"How Rock Mechanics Can Help in Well Completion and Stimulation,"* SPE luncheon meeting, Michigan Basin Section, Lansing, Michigan.
- *"Applications of Rock Mechanics Concepts and Fracturing to Oil and Gas Recovery,"* one-week short course, Penn State University.

- Actively participated in 1st DS-Europe Symposium on Stimulation, Stressa, Italy.
- *"Les Problèmes Associés à la Fracturation Hydraulique,"* Institut de la Physique de Globe, Université de Paris VI, Paris, France.

1985
- *"Influence of Preexisting Discontinuities on Hydraulic Fracture Propagation,"* SPE Forum Series on Naturally Fractured Reservoirs, Jackson Hole, Wyoming.

1986
- *"Applied Mechanics in the Oil and Gas Industry,"* Symp. on Applied Mech. Problems in Industry, ASME, Anaheim, California.

1987
- *"Fracturing Extended-reach and Horizontal Drainage Holes,"* Schlumberger Workshop, Cambridge, England.
- *"Conglometrates - How Different!"* SPE luncheon meeting, Aberdeen, Scotland.

1988
- *"Potential Problems Associated with Drilling, Completion and Stimulation of Extended-reach and Horizontal Boreholes,"* SPE luncheon meetings in Dallas and Midland, also presented at several meetings in Venezuela, Brazil, Argentina, Chile, Alaska and Canada.
- "Cementing, Completion and Fracturing of ERH Wells and Drainholes," Wireline Interpretation Workshop, Ridgefield, Connecticut.
- *"Understanding Rock Behavior and Failure Mechanisms,"* keynote address at the SPE Forum Series on Application of Rock Mechanics to Drilling and Completion Practices, Crested Butte, Colorado.
- *"Why Core?"* Invited lecture at the Simposio de Produccion de Hidrocarburos, Bariloche, Rio Negro, Argentina.

1989
- *"Stability and Failure of Circular Openings,"* special lecture given at the Int. Symposium 'Rock at Great Depth,' Pau, France.
- *"Far-reaching and Horizontal Boreholes,"* PGE Seminar, The University of Oklahoma.
- *"Coal Degasification,"* ARCO, Research Laboratories, Plano, Texas.
- *"Stability Problems Associated with Inclined Holes,"* seminars at Lagoven Western in Las Morochas and Lagoven Eastern in Morichal, Venezuela.
- *"In-situ Stress Determination,"* seminar given at Blake, Cassels & Graydon, Toronto, Ontario, Canada.

1990
- *"Scale Effects in Stress-Nonsense,"* debate at the Int. Workshop on Scale Effects in Site Characterization, Colorado School of Mines, Golden, Colorado, Jun. '90.
- *"Importanca de la Mecánica de Rocas en la Industria Petrolera,"* Conferencia de Apertura, XI Seminario Venezolano de Geotecnia, Caracas, Oct. '90 also given at Intevep, Los Teques, Venezuela.

1991
- *"Rock Mechanics Future in Petroleum Engineering,"* Queen's University, Kingston, Ontario, Canada, Jan. '91.
- *"Rock Mechanics at The University of Oklahoma,"* University of Toronto, Ontario, Canada, Jan. '91.
- *"New Rock Mechanics Initiatives at The University of Oklahoma,"* Geomechanics Special Interest Group of the Petroleum Society of CIM, Calgary, Alberta, Canada, Feb. '91.
- *"In-situ Stresses-Don't Ignore Them!"* School of Civil Engineering Environmental Science, The University of Oklahoma, Mar.'91.
- *"Rock Mechanics at O.U.,"* College of Engineering Board of Visitors, The University of Oklahoma, Mar. '91.
- *"The Fracturing Fluid Characterization Facility,"* SPE Dinner Meeting, Energy Center, The University of Oklahoma, May '91.
- *"The Rock Mechanics Consortium at O.U.,"* Lagoven, Maturín, also Corpoven, San Tome, and Maraven, Caracas, The University of Oklahoma, May '91.
- *"Sand Production and Subsidence,"* Intevep, Los Teques, Venezuela, Jul. '91.
- *"Research Program in Rock Mechanics,"* President's Staff Meeting, The University of Oklahoma, Sept. '91.
- *"Rock Mechanics as an Academic Enrichment,"* Board of Regents Meeting, The University of Oklahoma, Sept. '91.
- *"The Fracturing Fluid Characterization Facility,"* ASME Local Chapter, after-dinner talk, Oklahoma Memorial Union, The University of Oklahoma, Oct. '91.

1992
- *"The Fracturing Fluid Characterization Facility,"* Oklahoma Society of Professional Engineers, Norman, OK, Jan. '92

- *"Reservoir Stimulation Technology,"* Russian Oil Managers, Feb. '92.
- *"The Geotechnical Board · Mission,"* SPE/US. Council, Dallas, TX, Feb. '92.
- *"Rock Mechanics Research at O.U.,"* PE Brazilian Section, Rio de Janeiro, Brazil, Feb. '92
- *"Rock Mechanics Applied to Petroleum Engineering,"* CENPES/CEPET, Rio de Janeiro, Brazil, Feb. '92.
- *"Gas Research Institute - Fracturing Fluid Characterization Facility,"* Norman Rotary Club, Norman, OK, Mar. '92.
- *"Sanding Mechanisms,"* SPE Forum on 'Wellbore Formation Damage Related to Completion Practice,' Bali, Indonesia, May '92.
- *"Design Methodology in Petroleum Engineering,"* Geotechnical Design Methodology Workshop, 33rd U.S. Symposium on Rock Mechanics, Santa Fe, New Mexico, Jun. '92.
- *"University of Oklahoma Rock Mechanics Research Program Review,"* ARCO Exploration Production Technology Center, Plano, TX, August '92.
- *"Influence of Anisotropies on Borehole Stability,"* Ecole National Supérieure de Géologie, Nancy, France, Sept. '92.
- *"Verification of Sand Production Prediction Models,"* SPE Forum on 'Sand Control and Gravel Packlng,' Seefeld, Austria, Sept. '92.

1993

- *"Advantages and Disadvantages of Dynamic Fracturing,"* SPE Forum on 'Near-wellbore Stimulation,' Bali, Indonesia, May '93.
- *"Influence of Perforations Alignment,"* SPE Forum on 'Near-wellbore Stimulation,' Bali, Indonesia, May '93.
- *"Rock Mechanics Research At The University of Oklahoma - A Truly Interdisciplinary Approach,"* Department of Civil Engineering, Taiwin University, Taipei, May '93, and also presented at the Department of Civil Engineering, Jong Shing University, Taichung, May '93.
- *"Rock Mechanics Applied to Petroleum Engineering,"* Chinese Petroleum Corp., Miaoli, People's Republic of China, May '93.
- *"Sand Control for Unconsolidated Formations,"* Chinese Petroleum Corp., Miaoli, People's Republic of China, May '93.
- *"Introduction of the Rock Mechanics Research Center - National Science Foundation,"* AGMIRME 93, Xian, China, May '93.

1994

- *"Rock Mechanics Research at OU,"* Nanyong Technological University, Singapore, Jan. '94.
- *"Petroleum-related Rock Mechanics Research at The University of Oklahoma,"* CSIRO Division of Petroleum Resources, Syndal, Victoria, Australia, Jan. '94.
- *"OCAST's Impact,"* Breakfast meeting with Governor Walters, Mar. '94.
- *"In Situ Stress  Theory vs. Reality,"* AAPG SEC Student Chapter, Mar.'94.
- *"Importance of Rock Mechanics to Petroleum-related Issues,"* Halliburton, Duncan, Oklahoma, Apr. '94.
- *"Rock Mechanics at The University of Oklahoma,"* SCR, Cambridge, Apr. '94.
- Keynote introductory address at the SPE Forum on 'Borehole Stability and the Role of Rock Mechanics,' Bali, May '94.
- Invited lecture at the IAGMAG Meeting, Morgantown, West Virginia, May '94.
- *"Rock Mechanics Consortium,"* ARCO Workshop, Plano, Sep. '94.
- *"The Importance of Rock Mechanics in Petroleum Engineering,"* University of Tulsa, Oct. '94.
- *"Rock Mechanics Approach to Site Decontamination!"* EPA, Ada, Oklahoma, Oct. '94.
- *"Rock Mechanics Consortium ·Why Should MTS Join,"* MTS, Minneapolis, Oct. '94.
- *"Horizontal Well Completion,"* SPE Meeting, Macae, Invited keynote address at the 1st Brazilian Symposium on Rock Mechanics, Foz do Iguaçu, Nov. '94.
- *"Dreams Come Through,"* OCAST Town Meeting, Dec. '94.

1995

- *"Rock Mechanics Potentials in Solving Cuisiana's Field Problems,"* Ecopetrol, Santa Fe de Bogota, Colombia, Feb. '95.
- *"Rock Mechanics Research at O.U.,"* Occidental Petroleum, Santa Fe de Bogota, Colombia, Feb. '95.
- *"Rock Mechanics Institute,"* Board of Directors Meeting, Sarkeys Energy Center, May '95.
- *"Recent Rock Mechanics Developments in the Petroleum Industry,"* Keynote address at the 35th U.S. Symposium on Rock Mechanics, Lake Tahoe, June '95.
- *"Borehole Stability and Breakouts,"* Halliburton, Duncan, Sept. '95.

1997

- *"Slope Stability in Fractured Rock Masses,"* University of Hong Kong, May '97.
- *"Coupled Phenomena in Rock Mechanics,"* University of Hong Kong, May '97.
- *"Recent Research Breakthroughs in Rock Mechanics,"* Petroleum University, Beijing, China, May '97
- *"Intelligent Drilling,"* Int. Symp. On Applications of Emerging Technologies, Dallas, Texas, Oct. '97
- *"Where Do We Go from Here?"*-Closing session, Int. Symp. On Rock Stress, Kumamoto, Japan, Oct. '97

4

- *"Stability of Circular Openings,"* CEES Seminar, Nov. '97
- *"Dynamics of Shales and Pore Pressure,"* University of Oklahoma, Norman, to IMP/PEMEX delegation, Feb. '97
- *"Rock Mechanics Program at OU,"* TerraTek, Salt Lake City, Utah, Feb. '97.
- "Rock Mechanics Research at the University of Oklahoma," U. of Minnesota, June '97.
- Gave a number of lectures in Bulgaria, Romania, and Macedonia on the rock mechanics program at OU.  Topics included problems associated with the design of natural gas storage in depleted reservoirs and cavities; and, coalbed methane extraction, Oct. '97.

1998
- *"The Importance of In-Situ Stresses,"* U. of North Dakota, Dept. of Environmental Engineering, Grand Forks, Jan. '98.
- *"Rock Mechanics Research and Applications at the U. of Oklahoma,"* U. of Montana, Butte, Jan. '98.
- *"Overview of Current Research Efforts at the Rock Mechanics Institute at OU,"* Spokane, Washington, Jan. '98
- *"The Importance of Rock Mechanics,"* ·OCAST radio program 'Oklahoma Innovations,' Clear Channel Communications, Feb. '98.
- *"Future of Research and International Collaboration,"* Heibei Institute of Architecture and Science Technology, Heibei, P.R. China, March '98.
- *"Rock Mechanics Research at U. of Oklahoma,"* U. of Geosciences, Wuhan, P.R. China, March '98
- *"Poroelastic Applications,"* Plenary Lecture at the Third International Conference on Mechanics of Jointed and Faulted Rock ·MJFR.3, Vienna University of Technology, Vienna, Austria, April '98.
- *"Rock Mechanics in the Petroleum Industry,"* followed by roundtable discussion, Petrobras, Rio de Janeiro, Aug. '98.
- *"The Rock Mechanics Consortium  Past, Present and Future,"* U. of Oklahoma, Norman, to PEMEX/IMP/UNAM representatives, Sep.'98.
- *"Rock Mechanics Research Center Progress Report,"* S/IUCRC Annual Meeting, Raleigh, North Carolina, Oct.'98.
- *"New Directions for U.S.Rock Mechanics,"* Asilomar, California, Oct.'98.
- *"The Rock Mechanics Institute at Sarkeys' Energy Center,"* UNAM, Mexico City, Nov.'98.
- *"Presentación de Proyectos Desarrollados en el Instituto de Mecánica de Rocas de la Universidad de Oklahoma,"* PEMEX, Villahermosa, Mexico, Nov. '98
- *"Recent Thermoporoelastic Developments in Borehole Stability,"* graduate seminar U. of Tulsa, Dec. '98

1999
- *"Shallow Water Flows – Geomechanical Considerations,"* U. of Oklahoma, Norman, to Conoco, Jan.'99.
- *"Rock Mechanics Institute Research Projects,"* EUDIL, Lille, France, Mar.'99.
- *"Gas Hydrates – Testing Difficulties,"* U. of Oklahoma, Norman to DOE & USGS visitors, May '99.
- *"Industry/Government/University Partnership in Rock Mechanics and Rock Engineering  Challenges and Opportunities,"* Panelist, Vail, Colorado, Jun.'99.
- *"Importance of Laboratory Rock Testing,"* Speakers' corner debate, VailRock'99, Jun.'99.
- *"The Rock Mechanics Consortium – Why should Schlumberger join?"* Sugar Land, Texas, Jul.'99.
- *"Rock Mechanics Education,"* Report to ISRM Commission, Paris, Aug.'99.
- *"Usefulness of Rock Mechanics in Petroleum Engineering,"* keynote address, ISRM Congress, Paris, Aug.'99.
- Introductory Lecture and Closing Remarks at the Int. Symp. on 'Coupled Phenomena in Civil, Mining, and Petroleum Engineering, Sanya, Heibei, P.R. China, Nov.'99.
- *"Importance de la Mécanique des Roches pour le Domaine Energétique,"* CERES lecture, U.de Liège, Belgium, Jan.'00.

2000
- *"Mécanique des Roches – Opportunités Pétrolières,"* U.de Paris VI, Paris, Feb.'00.
- *"Reservoir Stimulation,"* Schlumberger Workshop, Sugar Land, Texas, Mar.'00.
- *"The Importance of Rock Mechanics for the Petroleum Industry,"* Distinguished Lecturer Orientation meeting, Houston, May '00.
- *"Don't Forget Rock Mechanics in Dealing with Petroleum Problems,"* U.of Montana, Butte, Dec.'00.

2001
- *"Naturally Fractured Reservoirs – Challenges"* PEMEX, Ciudad del Carmen, Mexico,Jan.'01.
- *"Borehole Stability Problems in the Sen Field"* PEMEX, Villahermosa, Mexico, Jan.'01.
- *"Naturally Fractured Reservoirs...How Different!"* UNAM, Mexico City, Mexico, Jan.'01.
- *"Importance of Rock Mechanics in the Petroleum Industry"* SPE Section, Oklahoma City, Apr.'01.

2002
- *"Shale Stability in Area 2-Sur"* Statoil, Caracas, Feb.'02.

- *"Geomechanics Aspects of Soft Formations"* SPE Formation Damage Symposium – Crossfire, Lafayette, Feb.'02
- *"Importance of Rock Mechanics"* Petroleum Engineers Club of Dallas, Apr.'02.
- *" Converting Biosolids to Clean Energy Through Deep Well Injection"* Hokkaido U., Sapporo, Japan, Oct.'02.
- *" The Underground – What a Wonderful World"* Middle School children, Horonobe, Japan, Oct.'02.
- *" Soft and Unconsolidated Formations"* Schlumberger Beijing Headquarters, Oct. '02.
- *" Key Rock Mechanics Questions for the Development of Hydrocarbon Reservoirs"* Schlumberger GeoScience Center, Beijing, Oct. '02.
- *" Sanding...Where are We?"* Sand Management Forum, Beijing, Oct.'02.
- *"Importance of Rock Mechanics to the Petroleum Industry"* Keynote Address, Int.Symp.on New Developments in Rock Mechanics and Rock Engineering, Shenyang, P.R.China, Oct.'02.
- *"Geomechanics Challenges in Petroleum Engineering"* Graduate Seminar, Hokkaido U., Sapporo, Japan, Oct.'02.
- *"Borehole Stability"* Graduate Seminar, Yamaguchi U., Ube, Japan, Nov.'02.
- *"Sanding – Nuisance or Blessing"* Graduate Seminar, Yamaguchi U., Ube, Japan, Nov.'02.
- *"Rock Mechanics Research Needs for the Petroleum Industry"* Formal Lecture, Yamaguchi U., Ube, Japan, Nov.'02.
- *"Naturally Fractured Reservoirs – What an Opportunity"* Graduate Seminar, Yamaguchi U., Ube, Japan, Nov.'02.
- *"Importance of Rock Mechanics for Optimization of Field Development"*, Teikoku Oil, Niigata, Japan, Dec.'02.
- *"Rock Mechanics and its Implementation"*, Japanese National Oil Company, Tokyo, Dec.'02.
- *"Naturally Fractured Reservoirs* , JNOC, Tokyo, Dec.'02.
- *"Sanding",* JNOC, Tokyo, Dec.'02.
- *"Borehole Stability"*, JNOC, Tokyo, Dec.'02.
- *"Unconsolidated Formations – Problems and Opportunities"*, JNOC, Tokyo, Dec.'02.
- *"The Zakum Field in The United Arab Emirates"*, JNOC, Tokyo, Dec.'02.

2003
- *"Physical Characteristics and Properties of Fractures"*, Roundtable I, Université Libre de Bruxelles, Belgium, Feb.'03.
- *"Fundamental Processes"*, Roundtable I, Université Libre de Bruxelles, Belgium, Feb.'03.
- *« Fracture Dectection Methods »*, Roundtable II, Katholieke Universiteit Leuven, Belgium, Feb.'03.
- *« The Importance of Geomechanics in Petroleum Engineering »*, Katholieke Universiteit Leuven, Belgium, Feb.'03.
- *« Mechanical and Hydraulic Testing of Joints and Rock Masses »*, Roundtable III, Université de Liège, Belgium, Mar.'03.
- *"Coupling Effects"*, Roundtable III, Université de Liège, Belgium, Mar.'03.
- *« Natural Fractures in Mudstone »*, Centre Nucléaire de Mol, Belgium, Mar.'03.
- *« Mechanical Behavior Models »*, Roundtable IV, Katholieke Universiteit Leuven, Belgium, Apr.'03.
- *« Flow, Transport, and Hydrogeological Models »*, Roundtable IV, Katholieke Universiteit Leuven, Belgium, Apr.'03.
- *« Fractures Re-activation »*, Roundtable V, Université Libre de Bruxelles, Belgium, Apr.'03.
- *« Field Case Studies »*, Roundtable V, Université Libre de Bruxelles, Belgium, Apr.'03.
- *« Aperçus des Problèmes Géomécaniques dans le Domaine Pétrolier »*, Université Catholique de Louvain, Belgium, May '03.
- *« Damage Mechanics »*, Roundtable VI, Université de Liège, Belgium, May'03.
- *« Strain Localization »*, Roundtable VI, Université de Liège, Belgium, May'03.
- *« La Géomécanique et l'Industrie Pétrolière »*, Faculté Polytechnique de Mons, Belgium, May '03.

2004
- *« Importance of Geomechanics in Petroleum Engineering – Parts I & II »*, Tsinghua U., Beijing, May '04.
- *"Hydraulic Fracturing"*, Schlumberger Geosciences Center, Beijing, May '04.
- *"Introduction to Poroelastic Constants"*, Schlumberger Geosciences Center, Beijing, May '04.
- *"Naturally Fractured Reservoirs – Part I & II"*, Schlumberger Geosciences Center, May '04.
- *"Borehole Stability"*, ICP, Bucaramanga, Colombia, Sep.'04.
- *"The Godfather"*, keynote address, Fairhurst's Colloquium, U.of Minnesota, Oct.'04.

2005
- *"Applications to Petroleum Engineering"*, NSF/DUSEL Workshop, Boulder, Colorado, Jan.4[th].
- *"Introduction to Poroelasticity"*, Lecture series, H-RISE, Horonobe, Hokkaido, Japan, June/August.
- *"Importance of Poroelasticity for the Horonobe Underground Research Laboratory"*, keynote address, 2nd HURL International JNC Workshop, Horonobe, Hokkaido, Japan, Jul 13th.

- *"Geomechanics Considerations for URL's"*, Mizunami, Japan, Jul 20th.
- *"Poroelastic Considerations for Sealability of Geomaterials"*, Workshop on 'Sealability', Hokkaido U., Sapporo, Japan, Jul.22nd.
- *"Some Thoughts on $CO_2$ Sequestration in Coal"*, Coal Institute meeting, Sapporo, Japan, Jul.22nd.
- *"The Importance of Poroelasticity in Engineering Projects"*, Seminar, Muroran Institute of Technology, Muroran, Hokkaido, Japan, Jul.25th.
- *"Higher Education in Japan as Compared to the USA"*, Sojo U., Kumamoto, Japan, Aug.5th.
- *"T-shaped Hydraulic Fracturing Induced in Coal"*, JCOAL, Tamachi, Tokyo, Japan, Aug.22nd.

## REVIEWER FOR (IN ALPHABETICAL ORDER):

- Applied Mechanics Review
- Department of Energy
- Geophysical Research Letters
- Geothermics - Special Isssue on Hot Dry Rocks - (1996)
- International Journal for Numerical and Analytical Methods in Geomechanics
- Journal of Geophysical Research
- Natural Sciences and Engineering Research Council of Canada
- Pageoph - Special Issue on Seismicity Associated with Mines, Dams, and Oil Fields - (1998)
- Petroleum Research Fund
- SPE Editoral Review Committee
- National Science Foundation
- Journal of Petroleum Technology
- Journal of Hydrogeology

## MEMBERSHIPS AND PROFESSIONAL REGISTRATIONS:

- Member of the Organizing Committee and Chairman of a session at the 3rd Symposium on Engineering Applications of Solid Mechanics.
- Member of the Organizing Committee for the 15th International Congress of Theoretical and Applied Mechanics (ICTAM - Toronto '80).
- Member of the Organizing Committee for the 13th Canadian Rock Mechanics Symposium, University of Toronto, 1980.
- Member of two international panels on *"Teaching of Rock Mechanics"* and *"Standardization of Laboratory Field Tests,"* (I.S.R.M.).
- Member of the subcommittee on *"Teaching Rock Mechanics,"* Canadian Rock Mechanics Advisory Board.
- Co-chairman of Session on *"Site and Laboratory Testing,"* 5th Int. Congress of the ISRM - Melbourne, Apr. '83.
- Chairman of session on *"Fracture (Field),"* 25th U.S. Rock Mech. Symp., Northwestern University, Evanston, Jun. '84.
- Co-chairman of session on *"Instrumentation,"* 26th U.S. Rock Mech. Symp., University of South Dakota, Rapid City, Jun. '85.
- Organized an Industry/Dowell technical seminar on *"Rock Mechanics and Fracture,"* Tulsa, Oklahoma, Sept. '82.
- Presented a one-week course on *"Rock Mechanics Concepts and Fracturing,"* SPE, Pittsburgh Section, State College, Pennsylvania, May '84.
- Organized a Dowell Schlumberger seminar on *"Scientific Advances in Hydraulic Fracturing,"* Tulsa, Oklahoma, Mar. '86.
- Representative for North and South America to the ISRM Commission on *"Interpretation of Hydraulic Fracture Records."*
- Co-chairman of the session on *"Well Completion and Production Technology,"* The 1987 Coalbed Methane Symp., University of Alabama, Tuscaloosa, Nov. '87.
- Member of the 1988 Panel on Annual Review of U.S. Progress in Rock Mechanics of the U.S. Nat. Com. for Rock Mech., topic: *"Rock Mass Modifications,"* 1988.
- Member of the National Advisory Committee for the 1988 U.S. Symp. on Rock Mech., University of Minnesota, Jun. '88.
- Chairman of session on *"Field Investigations,"* 29th U.S. Symp. on Rock Mechanics, University of Minnesota, Minneapolis, Jun. '88
- Member of the Organizing Committee of the 2nd Int. Workshop on *"Hydraulic Fracturing Stress Measurements,"* Minneapolis, Minn., Jun. '88, co-editor (with B. C. Haimson and M. D. Zoback) of the HFSM88 Proceedings.
- Membership in professional associations:
1. Canadian Rock Mechanics Association (CARMA)
2. Canadian Geotechnical Society (C.G.S.)
3. International Society for Rock Mechanics (I.S.R.M.)
4. Association of Professional Engineering of Ontario (A.P.E.O.)
5. Association of Ingénieurs de l'Université de Liège (A.I.Lg.)
6. Society of Petroleum Engineers (SPE.)

    7. American Underground Space Association (A.U.A.)

    8.  Alexander von Humboldt Stiftung (A.vH.)

    9. Oklahoma Society of Professional Engineers (OSPE)

   10. U.S. National Committee on Rock Mechanics (U.S.N.C.R.M.)

   11. Society of Core Analysts (SCA)

   12. Tunnelling Association of Canada (TAG)

   13. National Society of Professional Engineers (NSPE)

   14. American Association for the Advancement of Science (AAAS)

   15. Alexander von Humboldt Association of America (AvHAA)

- Member (1986-1987) and Chairman (1987-1992) of the National Academy of Sciences Subpanel on Rock Mechanics Awards.
- Registered Professional Engineer in the Province of Ontario (active 1974-1981) and in the State of Oklahoma (active 1982-1986).
- Chairman of the 1989 Panel on Annual Review of U.S. Progress in Rock Mechanics of the U.S. Nat. Coin. for Rock Mechanics, topic: *"Stability, Failure and Measurements of Circular Openings."*
- Chairman of the Organizing Committee of the 32nd U.S. Symp. on Rock Mechanics, University of Oklahoma, Norman, Jul. '91.
- Member (1987-1990) of the U.S. National Committee on Rock Mechanics.
- Member (1989-1992) of the Geotechnical Board of the National Academy of Sciences.
- Member of the International Advisory Committee for the Int. Symp. on Application of Computer Methods in Rock Mechanics and Engineering, Xian, China, May 1993.
- Session Chairman at the *"Colloque à la mémoire de René Houpert"* on *"Structure and Mechanical Behavior of Geomaterials,"* ENSG-INPL, Nancy, France, Sept. '92.
- Permanent representative of the SPE to the Geotechnical Board of the National Research Council.
- Co-chairman of the session on *"Structure et Comportement Mécanique des Géomatériaux,* ·*Colloque* à *la mémoire de René Houpert,"* Ecole Nationale Supérieure de Géologie, Nancy, France, Sept. '92.
- Member of the Organizing Committee for the SPE-Forum on *"Completion of Horizontal Wells,"* Snowmass Village, Colorado, Aug. '92.
- Facilitator for the session on *"Verification of Sand Production Prediction Models"* at the SPE Forum on *"Sand Control and Gravel Packing,"* Seefeld, Austria, Sept. '92.
- Chairman of Plenary Session VI on *"Rock Mechanics including Mining, Underground Works and Drilling"* at the U.S-Canada Workshop on Recent Accomplishments and Future rends in Geomechanics in the 21st Century, Sheraton Hotel, Norman, Oct. '92 (also a member of Local Organizing Committee).
- Session Chairman at the *"Int. Symp. on Application of Computer Methods in Rock Mechanics and Engineering,"* Xian, China, May '93.
- Discussion Leader on *"Permeability, Rockbolts and Computer Applications,"* AGMIRME 93, Xian, China, May '93.
- Member of the Organizing Committee of EUROCK '94, Delft University, the Netherlands.
- Member of the Organizing Committee of the SPE-Forum on *"Borehole Stability and Rock Mechanics,"* Bali, Indonesia, May '94.
- Member of the International Advisory Board of the 5 volumes on *"Comprehensive Rock Engineering* ·*Principles, Practice Projects"* published by Pergamon Press, 1993.
- Member of the ISRM Commission on Rock Properties fro Petroleum Engineering, 1995-now.
- Member of the ISRM Committee on Education, 1996-now.
- Organized the first S/IUCRC National Conference in Norman, Oklahoma, Sep. 3-5, 1997
- Participated in CNRW '97 (Water Resources) meeting which was held in Byblos, Lebanon, June 17-18, 1997.
- Participated in Technical Workshop in Chengdu, P.R., China, May 15-17, 1997
- Gave a one-week intensive course on Rock Mechanics as part of the Master's Program of Universidad del Zulia, Puerto La Cruz, May 26-30, 1997
- Participated in U.S. Rock Mechanics Symposium, NYRocks, Columbia University, June 1-3, 1997
- Gave a one-week Advanced Rock Mechanics course at CIED, Tamare, September 22-26, 1997
- Participated in the International Symposium on Rock Stress, Kumamoto, Japan, October 7-10, 1997
- Attended Symposium on 'Applications of Emerging Technologies: Study of Earth and Man' at SMU, Unconventional Methods of Exploration, Dallas, Texas, October 30-31, 1997
- Member of the local organizing committee of the BIA conference, *"Opportunities and Obstacles to Energy Integration in the Americas,"* March 1-3, 1997
- Organized workshop, *"Hydraulic Fracturing  Lessons Learned from the Mineback Experiments,"* University of Oklahoma, Norman, May 23, 1997
- Chairman of 'Hydro II Session' at the MJFR-3, Vienna Univeristy of Technology, Vienna, Austria, April 6-9, 1998.
- Member of the International Organizing Committee for NARMS '98 in Cancun, Mexico
- Member of "Conclusive Panel Discussion," at the 3rd Int. Conference on Mechanics of Jointed and Faulted Rock, Vienna, Austria, April '98

- Chairman of Technical Session, NARMS '98, Cancun, Mexico, June '98
- General Reporter on "Boring Technology," NARMS '98, Cancun, Mexico, June '98
- Actively participated in SPE Forum on "Hydraulic Fracturing Diagnostic Methods," Breckenridge, Colorado, July '98
- Participated, as a member of NSF's American Delegation, at the Int. Conf. on Engineering Education which was held in Aug. '98
- Represented the Rock Mechanics Research Center at the 2nd S/IUCRC Symposium which was held at the U. of North Carolina in Raleigh, Oct. '98
- Attended the Neville Cook workshop conference which was held in Berkeley, California in Oct. '98
- As national treasurer, attended the 1998 ARMA Forum on *"New Directions for U.S. Rock Mechanics,"* which was held at the Asilomar Conference Center, California in Oct. '98
- Organized the Int. Symp. on *"Coupled Phenomena in Mining, Civil and Petroleum Engineering,"* Sanya, Hainan, P.R.China, Oct.'99
- Chairman of a number of sessions and activities at VailRock99, Vail, Colorado, Aug.'99
- Member of the Organizing Committee and Session Chairman of the IADC/SPE meeting, New Orleans, Feb.'00.
- Chairman of the 2000 Forum Series III: *"Geomechanics and Reservoir Management,"* Breckenridge, Colorado, July '00.
- Member of the Advisory Board for ISRM/SPE future joint ventures, such as Eurock and OilRock.
- Member of the Oragnizing Committee and Session Developer for the 2001 SPE Forum Series on *"Real-time Data While Drilling,"* Park City, Utah, Jul./Aug.'01.
- Member of the Organizing Committee of OilRock2002, Dallas, Oct. '02.
- Conference Chairman NDRM'2002, Shenyang, PRC, Oct.'02
- Member of the International Advisory Committee for the 2nd Int. Conf. on "New Developments in Rock Mechanics and Rock Engineering", Shenyang, People's Republic of China. Oct.'02.
- Member of the Advisory Committee for the 3rd International Symposium on Rock Stress, Kumamoto, Japan, Nov.'03.
- Member of the SPE Drilling & Completions Advisory Board, 2003-now.
- Chairman of Session on 'Rock Mechanics Modelling: Principles and Applications', SinoRock2004, Yichang, P.R.China, May '04.
- Member of the Organizing Committee for Gulf Rocks 04, 6th NARMS, Houston, Jun.'04.
- After dinner keynote address, Fairhurst's Colloquium, U.of Minnesota, Oct.'04.
- Member of the International Advisory Board for 2004 ISRM International Symposium, 3rd ARMS, Kyoto, Nov./Dec.'04.
- Member of the Awards Committee for ARMA, 2002 - now.
- Leader of Workgroup on 'Applications', DUSEL S1-sollicitation, 2004 - 2005.
- Attended and presented research proposals at DUSEL Workshops in Blacksburg, Virginia and Boulder, Colorado, 2004 – 2005.
- Member of the International Advisory Board, 40th USRM Symp., Anchorage, Alaska, 1995.
- Member of the International Advisory Board, EUROCK05, Brno, Czech Republic, 2005.
- Member of the International Advisory Board, EUROCK06, Liège, Belgium, 2006.

## COURSES TAUGHT

### a) *At the University of Toronto*

GLE2O1F Topics in Geotechnical Engineering (undergraduate)
GLE3295 Mining Technology II (undergraduate).
CIV321F Soil Mechanics (undergraduate).
CIV4285 Design of Earth and Rock Structures (undergraduate).
CIVS24F Rock Mechanics I (undergraduate and graduate)
CIV5495 Groundwater (undergraduate and graduate)
CIV10925 Soil and Rock Slopes (graduate).
CIV10975 Rock Mechanics II (graduate)
CIV10985 Underground Cavities (graduate).

### b) *At Dowell Schlumberger, Tulsa, Oklahoma*

SES[1] Reservoir Stimulation · A Comprehensive Treatment.
SES Advanced Reservoir Stimulation.

### c) *At The University of Oklahoma*

---

[1] Schlumberger Educational Services

PE/GE 4243 - Subsurface Geology and Rock Mechanics for Engineers (undergraduate).

PE/GE 5971 - Seminar in Petroleum Engineering (undergraduate/graduate).

PE/GE 5243 - Introduction to Rock Mechanics (undergraduate/graduate).

PE/GE 6263 - Advanced Rock Mechanics I (graduate).

PE/GE 6273 - Advanced Rock Mechanics II (graduate).

In 1997 - Introduction to Rock Mechanics (offered in Boumerdes, Algeria).

ENGR 1001 - Engineering Computing (Visual Basic).

PE 2012 – Introduction to Petroleum Engineering Systems.

ENGR 2113 – Rigid Body Mechanics.

ENGR 1112 – Introduction to Engineering

*d)   Offered to Industry*

Introduction to Rock Mechanics Applied to Petroleum Engineering.

Intermediate Rock Mechanics.

Advanced Rock Mechanics.

### RESEARCH INTERESTS

- Engineering properties of rocks and rock masses.
- Fracture propagation.
- Fluid flow in fractured media.
- Properties and behavior of jointed media.
- Stability of underground cavities.
- Rock movements.
- Geothermal energy extraction from hot-dry rocks.
- Underground storage of hydrocarbons and radioactive wastes.
- Energy savings through underground construction.
- Secondary use of underground space.
- Stimulation of oil and gas reservoirs.
- Coal degasification.
- Fracture toughness of rocks.
- Poroelasticity.
- Fracture mechanics applied to petroleum engineering problems.
- Sanding.
- Borehole stability.
- Far-reaching and horizontal completions.
- Seismic emission and acoustic tomography.
- Pore collapse mechanisms.
- Simulation of naturally fractured reservoirs.
- Drilling and Fracturing unconsolidated formations.
- Extreme Geomechanics.

### RESEARCH GRANTS

1974 - 1976 University of Toronto - Connaught Foundation Engineering Properties of Some Ontario Shale ($6,500).

1975 - 1978 National Research Council - Canada Operating Grant ($14,850).

1975 - 1976 National Research Council - Canada Equipment grant (joint proposal) ($160,282).

1977 - 1978 Energy Research and Development Administration - Fracture propagation between boreholes - Phase I: analytical approach ($7,029).

1978 - 1980 Department of Energy - Fracture propagation between borehole - Phase II: experimental ($46,897).

1978 - 1980 Energy, Mines and Resources - Earth Physics Branch - Validity of equivalent medium analogy as applied to fractured rock ($44,739).

1979 - 1980 Department of Supply and Services - EMR - Earth Physics Branch - Stress determination at great depth of the geothermal well on the University of Regina campus ($129,796).

1979 - 1980 Department of Supply and Services - EMR - Geological Survey of Canada. Nuclear Waste Disposal - Mechanical Rock  Property Measurements ($6,084).

1980 - 1981 Department of Supply and Services - EMR - Earth Physics Branch. Hydraulic fracturing of rock masses - Influence of preexisting discontinuities - Phase I ($17,394).

1980- 1981 Ontario Ministry of Natural Resources - Stability of Compressed Shales in Ontario (Geosciences) ($16,954).

1981 Dowell · Tulsa, Oklahoma · Behavior of a Propagating Hydraulic Fracture ($60,500).

1981 · 1982 National Scientific and Engineering Research Council Operating Grant ($9,500).

1988 · 1993 Oklahoma Center for the Advancement of Science and Technology · Most Eminent Scholar Award ($500,000).

1989 Gas Research Institute · Importance of Fracture Toughness · Feasibility Study ($10,000)

Shell Oil Company · Importance of Fracture Toughness · Feasibility Study ($10,000).

CER Corporation · A Feasibility Study of Fracturing Fluid Characterization ($56,236).

1990 Gas Research Institute · Solvent Treatment for Enhanced Recovery of Coalbed Methane ($120,437).

1990 · 1992 Oklahoma Center for the Advancement of Science and Technology · Study of Pore Collapse Problems in Oil Reservoir Rocks ($114,950).

Rock Mechanics Program Consortium · 13 companies ($1,656,000).

1990-1994 Gas Research Institute · Fracturing Fluid Characterization Facility ($16,462,549) · DOE ($1,823,000).

1991 · 1993 Oklahoma Center for the Advancement of Science and Technology · An Expert System for Reservoir Completion and Stimulation ($165,002).

1991 Saga Petroleum, as. · Purchase of Acoustic Emission System ($41,490).

1992 · 1996 National Science Foundation · A Rock Mechanics Research Center ($3,600,000).

1992 · 1993 National Science Foundation · Percolation Theory, Fracture Mechanics and Magma/Hydrothermal Processes at Ocean Ridge Crests ($87,589).

1994 Sperry-Sun Services · Support of drilling research effort ($10,000)

1994 Shell Development Company · Application of ABAQUS to Coupled Rock Deformation and Fluid Problems ($7,312.00).

1994 · 1995 OCAST · Fracture Process Zone in Rocks ($34,184).

1994- 1995 ARCO Oil and Gas Company · Stress and Pressure Distributions Along Borehole Perforations ($47,163).

1994 · 1995 Intevep · Geomechanical Study of North Monagas ($38,257).

1994 · 1995 Saga Petroleum · Shale Testing Program ($27,989).

1994 · 1995 Sperry-Sun Drilling · Smart Drilling ($10,000).

1995 Halliburton · Fracture Toughness Determination for Dry Cement Mix ($4,935).

1995 · 1997 OCAST · Nonlinear Analyses for Coupled Fluid/Rock Interaction ($147,000).

1995 · 1997 OCAST · A Correlative Equation of Reservoir Rock Properties ($121,000).

1996 · 2000 National Science Foundation · Rock Mechanics Research Center – Phase II ($1,200,000).

1996 · 2000 OCAST · Rock Mechanics Research Center – Phase II ($1,200,000).

1996 · 2000 Rock Mechanics Consortium – Phase II ($ 1,760,000).

1995 · 1996 National Science Foundation · Processes at Ocean Ridge Crests – Phase II ($10,050).

1995 · 1996 Phillips · In-Situ Stress Measurement: The Stress Tool ($64,933).

1995 Solidere · Support for International Conference in Beirut ($4,975).

1995 · 1996 Exxon · Load Cells for High Pressure Research ($4,484).

1995 · 1996 Exxon · Custom Made Acoustic Platen for Teststar System ($4,000).

1995 · 1996 Rock Mechanics Level II Members ($10,000).

1996 Central Coal Mining Research Institute, People's Republic of China · Poroelastic Analysis in Dual Porosity Media ($4,586).

1996-1997 NSF-Rock Mechanics Level II Associate Members ($22,500).

1996-1997 OCAST · Nonlinear Analyses for Coupled Fluid/Rock Interaction (Abousleiman) ($56,249).

1996-1997 OCAST · Correlative Evaluation of Reservoir Rock Properties ($61,056).

1996-1997 NSF-3-D Crack Initiation Propagation in Transparent Rock-like Material Subject to Compression (Germanovich) ($50,039).

1996-1997 NSF · Seafloor Hydrothermal Systems (Germanovich) ($49,018).

1996-1997 Norsk Hydro, S.A.-Development of Tight Oil Reservoirs: A Critical Review (Kanj) ($66,853).

1997 Rock Mechanics Consortium ($840,000).

1997 Rock Mechanics Level II Members ($17,500).

1997 NSF 1st S/IUCRC Symposium Support ($39,779).

1998 Rock Mechanics Consortium ($540,000).

1998 Rock Mechanics Level II Members ($15,000).

1998 Central Coal Mining Research Institute (CCRI) "Study of Coupled Rock Deformation and Fluid Flow over Mining Areas" ($3,007)
1998-2001 Keck Foundation "Geomechanical Acoustic Imaging System" ($1,250,000).

1999 China University of Mining Technology - "Nonlinear Dual-Porosity Poroelasticity" ($5,125).

1998 Mobil Technology Company, Upstream Strategic Research - Mobil Senior Research Associate Fellowship ($70,000).

1999 Mobil Technology Company, Upstream Strategic Research - Mobil Senior Research Associate Fellowship ($75,000).

11

1999 Rock Mechanics Consortium ($320,000).

1999 Rock Mechanics Level II Members ($7,500).

1999 OCAST - "Nonlinear Analyses for Coupled Fluid/Rock Interaction" ($61,700).

1999 CUT of China "Physicomechanical Characteristics of Fractured Rock and Geomechanical Processes" ($10,128)

2002 University of Hokkaido, Sapporo, Japan. (2 months salary support); University of Yamaguchi, Ube, Japan. (2 months salary support)

2002/2003 CSIRO Support for Ella Maria Llanos to spend one year in Australia

2003 Francqui Foundation, Belgium.( $50,000)

2003  von Humboldt Stiftung, Germany.(3 months salary support)

2003 National Science Foundation – support for Ivan Gil's trip to attend ISRM Congress in Johannesburg, South Africa ($3,000)

2004/2005  Pinnacle Technologies – support for Sigifredo Rosales ($13,000)

 2004   Schlumberger "Perforations" ($20,000)

2004/2005 Aramco – Discrete Element Method ($40,000)

> Schlumberger – Discrete Element Method ($25,000)

> British Petroleum [via ASRC Energy] – Extreme Geomechanics – ($40,000)

## CONSULTING AND PROFESSIONAL WORK

Acted as a consultant for:
- roof stability problems in underground copper mine.
- thermal cracking of large granitic pickling tanks.
- design of rock foundation subjected to dynamic loads.
- Strait of Belle Isle Cable Crossing Tunnel.
- geothermal energy extraction from hot-dry rock.
- radioactive waste storage in geological formations.
- preliminary design of underground limestone mines.
- properties of intact rock and rock masses.
- stability of large rock cuts
- stability of open pit mines in permafrost regions.
- dam foundation and by-pass tunnel of Revelstoke project.
- cleaning waste dumps via hydraulic fracturing.
- aggregate testing.
- in-situ stress determination in vicinity of potash mining.
- sand production control in North Monagas, Venezuela.
- borehole stability problems in Lake Maracaibo, Venezuela & foothills in Colombia.
- Underground research laboratories.
- Poroelastic behaviour determination and consequences.
- $CO_2$ sequestration in coal.
- T-fractures initiation and propagation.

## AWARDS

1978 Prix Scientifique de L'A.I.Lg. 1977 (Domaine des Activités Académiques) for Ph.D. thesis.

1980 Alexander von Humboldt Foundation - Fellowship.

1988-1993 Most Eminent Scholar - OCAST.

1988-present McCasland Chair - The University of Oklahoma.

1991 Applied Research Award - U.S. National Committee for Rock Mechanics.

1991-1993 Member of the International Advisory Board of Comprehensive Rock Engineering - a five volume series published by Pergamon Press on the State of the Art in Rock Mechanics.

1993 Best M.Sc. Thesis for M. Vieira - U.S. National Committee for Rock Mechanics.

1995 Best M.Sc. Thesis for Significant Original Contribution for Khay Kok Lee - U.S. National Committee for Rock Mechanics.

Outstanding Technical Editor — Society of Petroleum Engineering.

1997 Best Paper - "Mandel's Problem Revisited," (co-authors: Abousleiman, Cheng, Cui, and Detournay - published in Géotechnique, 1996)

1998 Honorary Professorship - China University of Geosciences, Wuhan, P.R. China

Honorary Professorship - Heibei Architectural University of Science and Technology, Haidan,  P.R. China.

'Most interesting and useful contribution to knowledge-based systems' for the paper entitled "Building a Knowledge-efficient Sanding Advisor" (co-authors M.Kanj & M.Zaman).

1999 Selected as keynote speaker for the 9th Int.Congress on Rock Mechanics, Paris.

CERES Lecturer, U.de Liège, Belgium.

2000-2001 SPE Distinguished Lecturer.

2001-2002 Selected as member of the 1st ISRM Lecture Tour to the People's Republic of China.

2002 SPE/ISRM OilRock Excellence Award – Academic Domain

2002-2003 Titulaire de la Chaire Francqui au titre étranger – Sciences Exactes, Belgium

2003 : von Humboldt Fellowship renewal – Bochum University, Germany.

2005: JNC International Fellowship, Horonobe, Japan.

2008: Inducted as ARMA Fellow.


**PATENTS**

Thiercelin, M. and Roegiers, J.-C. - *"Modified Ring Test,"* Patent # 4,821,577, Apr. '89.


**PUBLICATIONS**

*(i)  Publications Appearing in/or Submitted to Scientific Journals*

Roegiers, J.-C., Kudo 0.and Fairhurst C.  *"Influence of the Type of Packer on the Stress Distribution Around a Borehole,"* J. of Jap. Assoc. of Pet. Tech., vol. 38, nb. 4, pp. 209-222, Jul. '73.

Roegiers, J.-C., Fairhurst C. and Rosene, RB.  *"The D.S.P. ‑ A New Instrument for Estimation of the In-Situ Stress State at Depth,"* Soc. of Pet. Eng. J., SPE 4246, Jan. '74.

Roegiers, J.-C.  *"The Importance of the Permeability Factor in In-situ Stress Determinations,"* EOS, vol. 55, ub. 4, p. 425,  Apr. '74.

Roegiers, J.-C. and McLennan, J.D.  *"Numerical Modelling of Pressurized Fractures,"* ISSN 0316-7968, publication 78-08, University of Toronto, Canada, Oct. '78.

Roegiers, J.-C., Curran, J.H. and Bawden, W.F.  *"Numerical Modelling of Flow in Fractured Rock Masses ‑Discontinuous Versus Continuum Approaches,"* ISSN 0316-7968, publication 79-02, University of Toronto, Apr. '79. Also EPB open file, report nb. 79-8, Earth Physics Branch, Ottawa, Canada.

Bawden, W.F. and Roegiers, J.-C.  *"Discussion and Interpretation of the Mathematics Governing Radial Flow in a Single Horizontal Rock Fracture,"* ISBN 0-7727-7002-6, publication 79-11, University of Toronto, Canada, Nov. '79.

Roegiers, J.-C. and McLennan, J.D.  *"Stress Determination at Great Depth of the Geothermal Well on the University of Regina Campus,"* Report to D.S.S., ISBN 0-7727-7003-4, publication 79-12, University of Toronto, Canada, Dec. '79.

Roegiers, J.-C. and McLennan, J.D.   *A Synthesis of Hydraulic Fracturing Literature,"* ISBN 0-7727-7004-2, publication 79-13, University of Toronto, Canada, Dec. '79.

Curran, J.H., Roegiers, J.-C. and Blair, J.  *"Nuclear Waste Disposal ‑Mechanical Rock Property Measurements,"* publication 79-14, University of Toronto, Canada, Dec. '79.

Roegiers, J.-C., Thompson, J.C. and McLennan, J.D.  *"Rock Movements Induced by the Construction of the Hamilton Mountain Trunk Sewer (Stage* 4), Can. Geotech. J., vol. 16, ub. 3, pp. 651-658, Aug. '79.

Bawden, W.F., Curran, J.H. and Roegiers, J.-C.  *"Influence of Fracture Deformation on Secondary Permeability ‑A Numerical Approach,"* Int. J. Rock Mech. Min. Sci., vol. 17, nb. 5, pp. 265-280, Oct. '80.

Roegiers, J.-C. and Wiles, T.D.  *"Some Applications of the Boundary Integral Technique in Stress Analysis,"* ISBN 0-7727-7011-5, publication 80-07, University of Toronto, Canada, Jul. '80.

Roegiers, J.-C. and Wiles, T.D.  *"Hydraulic Fracturing of Rock Masses ‑Influence of Preexisting Discontinuities ‑Phase I,"* ISBN 0-7727-7021-2, publication 81-04, University of Toronto, Canada, Apr. '81.

Heystee, R. and Roegiers, J.-C. *"The Effect of Stress on the Primary Permeability of Rock Cores - A Facet of Hydraulic Fracturing,"* Can. Geotech. J., vol. 18, pp. 195-204, May '81.

Roegiers, J.-C. *"Mining the Niagara Escarpment for Aggregate Production,"* Und. Space J., vol. 6, pp. 147-152, Nov/Dec. '81.

Roegiers, J.-C. and Mills, RH. *"Stability of Compressed Shales in Ontario,"* Ministry of National Resources, Out. Geological Survey, publication 87, '82.

Brown, S., Plumb, R., Jeffrey, R.G., Roegiers, J.-C., Thiercelin, M. and Swan, C. *"Basis of Failure Mechanics,"* Schlumberger Tech. Review, pp. 10-19, Oct. '86.

Ahmed, U., Anderson, R., Cook, J., Detournay, B., Roegiers, J.-C., Vandamme, L., Johnson, D. and Plumb, R. *"Fracturing - Theory Behind the Practice,"* Schlumberger Tech. Review, pp. 20-28, Oct. '86.

Roegiers, J.-C. *Applied Mechanics Problems in the Oil and Gas Industry,"* Appl. Mech. Reviews, vol. 39, nb. 11, pp. 1687-1696, Nov. '86

Detournay, B. and Roegiers, J.-C. *"Comment on  Wellbore Breakouts and In-Situ Stresses' by M.D. Zoback, D. Noss, L. Mastin and R.N. Anderson,"* J. of Geoph. Res., vol. 51, nb. B14, pp. 14,161-14,162, Dec. '86.

Roegiers, J.-C. *"Book Review on Thermal Methods of Oil Recovery,"* Appl. Mech. Rev., vol. 40, nb 8, Aug. '87.

McLennan, J.D , Hasegawa, H.S., Roegiers, J.-C. and Jessop, AN.  *A Hydraulic Fracturing Experiment at the University of Regina Saskatchewan, Geothermal Test Site  Stress Determinations and Seismotectonic Implications,"* Can. Geotech. J., vol. 23, pp. 548-555, Nov. '86.

Vandamme, L., Roegiers, J.-C. and Ben Naceur, K. *"Models for Hydraulic Fractures,"* Drilling and Pumping J., nb. 4, pp. 15-20, Dec. '87.

Jeffrey, R.G., Roegiers, J.-C. and Hinkel, J.J. *"Stimulation of Coalbed Methane Production by Hydraulic Fracturing,"* Drilling and Pumping J., nb. 4, pp. 42-47, Dec. '87.

Boone, T.J., Ingraffea, AR. and Roegiers, J.-C. *"Visualization of Fracture Propagation in Poroelastic Media Using a Superworkstation,"* J. Pet. Tech., pp. 574-580, Jun. '89.

Economides, M.J., McLennan, J.D., Brown, B. and Roegiers, J.-C. *"Performance and Stimulation of Horizontal Wells, Part* I," World Oil, pp. 41-45, Jun. '89.

Detournay, B., Cheng, A.H.-D. and Roegiers, J.-C. *"Poroelasticity Considerations in In-Situ Stress Determination by Hydraulic Fracturing,"* Int. J. Rock Mech. Mm. Sci. Geomech. Abstr., vol. 26

Ben Naceur, K. and Roegiers, J.-C. *"Mechanisms Affecting Pressure Decline During Fracturing,"* Int. J. Rock Mech.Mm. Sci. Geomech. Abstr., vol. 26, nb. 6, pp. 555-562, Dec. '89.

Vandamme, L.M. and Roegiers, J.-C. *"Poroelasticity in Hydraulic Fracturing Simulators,"* J. of Pet. Tech., pp. 1199-1203, Sep.'90.

Boone, T.J., Ingraffea, AR. and Roegiers, J.-C. *"Simulation of Hydraulic Fracture Propagation in Poroelastic Rock with Application to Stress Measurement Techniques,"* Int. J. Rock Mech. Min. Sci. Geomech. Abstr., vol. 28, nb. 1, pp.1-19, Jan. '91.

Roegiers, J.-C. and Zhao, XL. *"Determination of the Fracture Toughness of a Saturated Soft Rock  Discussion,"* Can. Geotech. J., vol. 28, pp. 276-284, Jun. '91.
Ben-Naceur, K. and Roegiers, J.-C. *"Design of Fracturing Treatments in Multi-layered Formations,"* SPE Production Eng.J., 1991.

Enever, JR., Cornet, F. and Roegiers, J.-C. *"International Society for Rock Mechanics  Commission on Interpretation of Hydraulic Fracture Records,"* Int. J. Rock Mech. Mm. Geomech. Abstr., vol. 29, nb. 1, pp. 69-72, Jan. '92.

14

Goodman, RE., Pariseau, W.G., Roegiers, J.-C., Abousleiman, Y., Conrad, F., Nelson, P., Siriwardane, H.J., Boade, R. and Kukreti, AR. *"Rock Mechanics Including Mining, Underground Works and Drilling,"* Recent Accomplishments and Future Trends in Geomechanics in the 21st Century, The University of Oklahoma, National Science Foundation, pp. 37-46, Oct. '92.

Abousleiman, Y., Cheng, A.H-D. and Roegiers, J.-C. *"Boundary Element Method for Viscoporoelasticity with Rock Mechanics Applications,"* Boundary Element Technology VII, Computational Mechanics Publications, Elsevier, eds. Brebbia, CA. and Ingber, MS., pp. 173-183, '92.

Zhao, X.L. and Roegiers, J.-C. *"Compliance Analysis for Chevron-notched Brazilian Disk Specimen,"* Int. J. of Fracture, vol. 61, nb. 2, pp. 29-34, May '93.

Bai, M., Elsworth, D. and Roegiers, J.-C. *"Multi-porosity Multi-permeability Approach to the Simulation of Naturally Fractured Reservoirs,"* Water Resour. Res., vol. 29, 6, pp. 1621-1633, Jun. '93.

Scott, TB., Jr., Ma, Q. and Roegiers, J.-C. *Acoustic Velocity Changes During Shear Enhanced Compaction of Sandstone,"* Int. J. Rock Mech. Min. Sci. Geomech. Abstr., vol. 30, nb. 7, pp. 763-769, Dec. '93.

Bai, M., Elsworth, D. and Roegiers, J.-C. *"Modeling of Naturally Fractured Reservoirs Using Deformation-dependent Flow Mechanisms,"* Int. J. Rock Mech. Min. Sci. Geomech. Abstr., vol. 30, nb. 7, pp. 1185-1191, Dec. '93.

Ustinov, KB. *"Study of 3-D Mechanisms of Crack Crowth and Interaction in Uniaxial Compression,"* Int. Soc. On Rock Mech. News J., vol. 2, nb. 1, pp. 17-24, '94.

Zhao, X.L., Fowell, R.J., Roegiers, J.-C. and Xu, C. *"Discussion on  Rock Fracture ·Toughness Determination by the Brazilian Test,"'Bug.* Geology, vol. 38, pp. 181-184, '94.

Abdulraheem, A., Zaman, M. and Roegiers, J.-C. *A FE Model for Ekofisk Field Subsidence,"* J. of Pet. Science and Eng., vol. 10, pp. 299-310, '94.

Bai, M. and Roegiers, J.-C. *"Discussion of a New Model for a Fractured Well in a Radial, Composite Reservoir,"* SPE Formation Evaluation, vol. 9, nb. 1, pp. 77-78, Mar. '94.

Bai, M., Ma, Q. and Roegiers, J.-C. *"Dual-porosity Behavior of Naturally Fractured Reservoirs,"* Int. J. for Num. Anal. Methods in Geomechanics, vol. 18, nb. 6, pp. 359-376, Jun. '94.

Bai, M. and Roegiers, J.-C. *"On the Correlation of Nonlinear Flow and Linear Transport with Application to Dual-porosity Modeling,"* J. of Pet. Sci. Eng., vol. 11, nb. 6, pp. 63-72, Jun. '94.

Zaman, M., Roegiers, J.-C., Abdulraheem, A. and Azeemuddin, M. *"Pore Collapse in Weakly Cemented and Porous Rocks,"* ASME J. of Energy Resources Technology, vol. 116, nb. 2, pp. 97-103, Jun. 1994.

Bai, M. and Roegiers, J.-C. *"Fluid Flow and Heat Flow in Deformable Fractured Porous Media,"* Int. J. Eng. Sci., vol. 32, nb. 10, pp. 1615-1633, Oct. 1994.

Bai, M., Bouhroum, A. and Roegiers, J.-C., ·*An Alternative Solution of Fluid Flow in Dual ·Porosity Media,"* Veröffenthichung in Erdöl, Erdgas, Kahle, J. Oil, Gas Coal, 1995.

Bai, M., Bouhroum, A.and Roegiers, J.-C., *"Thermoelastic Analysis of Fluid Saturated Porous Media,"* Kohle-Erdgas - Petrochemic verceinigt mit Brennstoff - Chemie, J. Hydrocarbon Tech., 1995.

Bai, M., Ma, Q. and Roegiers, J.-C. *A Nonlinear Dual-porosity Model,"* Appl. Math Modelling, vol. 18, pp. 602-610, Nov. 1994.

Bai, M., Roegiers, J.-C. and Elsworth, D. *"Poromechanical Response of Fractured Porous Rock Masses,"* J. of Pet. Sci. Eng., vol. 13, pp. 155-168, 1995

Bai, M., Bouhroum, A., Civan, F. and Roegiers, J.-C. *"Improved Model for Solute Transport in Heterogeneous Porous Media,"* J. of Pet. Sci. Eng., vol. 14, pp. 65-78, 1995

Abousleiman, Y., Cheng, A.H-D., Cui, L., Detournay, B. and Roegiers, J.-C. *"Mandel's Problem Revisited,"* Géotechnique, vol. 46, nb. 2, pp. 187-195, 1996.

Abousleiman, Y., Cheng, A.H-D., Jiang, C. and Roegiers, J.-C. *"Poroviscoelastic Analysis of Borehole and Cylinder Problems,"* Acta Mechanica, vol. 119, pp. 199-219, 1996.

Bai, M., Roegiers, J.-C and Inyang, H.I. *"Contaminant Transport in Nonisothermal Fractured Porous Media,"* Int. J. Environ. Eng., ASCE, vol. 122, nb. 5, pp. 416-423, May 1996.

Cui, L., Abousleiman, Y., Cheng, A, H-D. and Roegiers, J.-C. *Anisotropy Effect on One-Dimensional Consolidation,"* Eng. Mech., eds. Y.K. Lin and T.C. Shi, ASCE, pp. 471-474, May '96.

Cui, L., Abousleiman, Y., Cheng, A. H-D., Kaliakin, V.N. and Roegiers, J.-C. *"Finite Element Analyses of Anisotropic Poroelasticity  A Generalized Mandel's Problem and an Inclined Borehole Problem,"* Int. J. Num. Anal. Methods in Geomech., vol. 20, pp. 381-401, 1996.

Ong, S-H. and Roegiers, J.-C. *"Fracture Initiation from Inclined Wellbores in Anisotropic Formations,"* J. Pet. Tech. vol. 48, nb. 7, pp. 612-619, July '96.

Bai, M. and Roegiers, J.-C. *"Triple-porosity Analysis of Solute Transport,"* J. Contaminant Hydrology, vol. 28., pp. 247-266, Sept. '97.

Cui, L., Abousleiman, Y., Cheng, A.H-D., Kaliakin, V.C. and Roegiers, J.-C. *"Finite Element Solutions to Two Problems in Anisotropic Poroelasticity,"* Int. J. Numer. Anal. Methods in Geomech., vol. 20, nb.6, pp. 381-401, 1996.

Abousleiman, Y., Cui, L., Ekbote, S., Zaman, M., Roegiers, J.-C. and Cheng, A.H.-D. *Applications of Time-dependent Pseudo-3D Stress Analysis in Evaluating Wellbore Stability,"* Int. J. Rock Mech. Mm. Sci., vol. 34, nb. 3/4, Paper No. 00001, 1997.

Bai, M. and Roegiers, J.-C. *An Improved Reservoir Simulation Model in the Petroleum Industry,"* IMA J. of Mathematics Applied in Business and Industry, vol. 8, pp. 23-38, '97.

Bai, M., Elsworth, D., Inyang, H.I. and Roegiers, J.-C. *A Semi-analytical Solution for Contaminant Migration with Linear Sorption in Strongly Heterogeneous Media,"* J. of Env. Eng., vol. 123, nb. 11, pp. 1116-1125, Nov. '97.

Bai, M., Meng, M., Elsworth, D., Zaman, M. and Roegiers, J.-C. *"Numerical Modeling of Stress-dependent Permeability,"* Int. J. Rock Mech. Mm. Sci. and Geomech. Abstr., vol. 34, nb. 3/4, pp. 446, 1997.

Kanj, M., Zaman, M. and Roegiers, J.-C. *"Sanding  An Expert-System Approach for Assessment and Control in Wells"* J.Energy Resources Technology, ASME, vol. 119, nb. 4, pp. 223-235, Dec. '97.

Zhang, H., Bai, M., Abousleiman, Y. and Roegiers, J.-C. *Application of Poroelasticity Theory in Subsidence Prediction,"* Int. J. Rock Mech. Min. Sci. and Geomech. Abstr , vol. 34, nb. 3/4, pp. 450, 1997.

Bai, M. and Roegiers, J-C. *"Flow and Deformation in Anisotropic Fractured Porous Media,"* in Advance in Rock Mechanics, Yunmei Lin, Editor, World Scientific Publishing Company (WSPC)., pp. 175-185, 1998.

Roegiers, J.-C., Abousleiman, Y. and Cui, L. *"Poroelastic Stability Analyses of Inclined Boreholes in Fluid Saturated Formations,"* Advances in Rock Mech., ed. Y. Lin, World Scientific, 194-203, 1998.

Germanovich, L.N., Lee, K.K. and Roegiers, J.-C. *"Three-Dimensional Crack Initiation and Propagation in Transparent Brittle Material Subjected to Compression,"* Int. J. Rock Mech. Min. Sci. Geomech. Abstr. (accepted for publication).

Ishida, T., Chen, Q., Mizuta, Y. and Roegiers, J.-C. *"Influence of Fluid Viscosity on the Hydraulic Fracturing Mechanics,* Int. J. Rock Mechanics Min. Sci. Geomech. Abstr., vol.35, nb.4/5, pp.460-462, 1998.

Kanj, M.Y. and Roegiers, J.-C.  *A Neural Approach to Sand Production Prediction in Wells,"* Int. J. Rock Mech. Min. Sci. Abst., vol. 35, nb. 4-5, paper nb.60, 1998.

Kanj, M.Y., Zaman, M.M. and Roegiers, J.-C.  *"Building a Knowledge - Efficient Sanding Advisor,"* Knowlege-based Systems J., Elsevier Science, vol. 12, nb.4, pp., 145-158, August 1999.

Krishnan, G.R., Zhao, X.L., Zaman, M. and Roegiers, J.-C.  *"Fracture Toughness of a Soft Sandstone,"* Int. J. Rock Mech. and Mining Sciences, vol. 6, pp. 695-710, 1998.

Mo, H., Bai, M., Lin, D. and Roegiers, J.-C.  *"Study of Flow and Transport in Fracture Network Using Percolation Theory,* Applied Math. Modelling, vol. 22, pp. 277-291, 1998.

Roegiers, J.-C. and Cui, L., discussion on *"General Poroelastic Model of Hydraulic Fracturing,"* Trans. Soc. Min. Metal. Explor. vol. 304, 1998.

Scott, TB., Jr., Roegiers, J.-C. and Zaman, M.  *Acoustic Velocity Signatures Associated with Rock Deformation Processes,"* SPE 39403, Distinguished Authors Series pp. 70-75, J. of Pet. Tech., June '98.

Bai, M. and Roegiers, J.-C.  *"Flow and Deformation in Anisotropic Fractured Porous Media,"* Advances in Rock Mechanics, editor: Yunmei Lin, World Scientific Publishing Company, Singapore, 175-185, 1998.

Abousleiman, Y., Bai, M., Zhang, S , Ekbote, S., Liu, T. and Roegiers, J.-C., *"ASRA   Unified Approach in Reservoir Rock Mechanics,"* Int. J. Rock Mech. Min. Sci., vol. 35, 4/5, pp 534-535, 1998.

Bai, M., Abousleiman, Y., Ahseek, S., Chen, M. and Roegiers, J.-C. *Effects of Anisotropies on Fluid Flow in Deformable Fractured Media,"* Int. J. Rock Mech. Min. Sci., vol. 35 4/5, pp. 502-503, 1998.

Bai, M., Meng, F. and Roegiers, J.-C. *Correlation Between Rock Permeability and Stress-induced Rock Anisotropy,"* Int. J. Rock Mech. Min. Sci., vol 35, 4/5, pp 474-475, 1998.

Zaman, M., Cao, J., Bai, M. and Roegiers, J.-C. *Modeling Flow in Heterogeneous Dual-porosity Media,"* Int. J. Rock Mech. Min. Sci., Vol. 35, 4/5, p. 473, 1998.

Bai, M., Bouhroum, A. and Roegiers, J.-C. *An Alternative Solution of Fluid Flow in Dual-porosity Media,"* Veröffentlichung in Erdöl, Erdgas, Kohle, J. Oil, Gas and Coal, 114, 20-24, 1998.

Zhang, H., Bai, M., Abousleiman, Y. and Roegiers, J.-C. *An Elastoplastic Analysis of Nonisothermal Consolidation,"* Int. J. Num. Analy. Meth Geomech. , 23, 1535-1557, 1999.

Bai, M., Bouhroum, A. and Roegiers, J.-C. *Thermoelastic Analysis of Fluid Saturated Porous Media,"* Erdöl Erdgas Kohle, 116 Jahrgang, Heft 1, 10-13, Jan'00.

Cui, L., Ekbote, S., Abousleiman, Y., Zaman, M. and Roegiers, J.-C. *Borehole Stability Analyses in Fluid Saturated Formations with Non-penetrating Walls,"* Int. J. Rock Mech., Min. Sci., Vol. 35, nb. 4/5, paper no. 061, 1998.

Cui, L. Abousleiman, Y. and Roegiers, J.-C. *Solutions for Hollow Cylinders in Transverely Isotropic Poroelastic Materials,"* Int. J. Rock Mech., Min. Sci., Vol. 35, No. 4/5, paper nb. 117, 1998.

Li, X., Cui, L. and Roegiers, J.-C. *Thermoporoelastic Modeling of Borehole Stability in Non-hydrostatic Stress Field,* Int. J. Rock Mech., Min. Sci., Vol. 35, nb. 4/5, paper No. 063, 1998.

17

Cui, L., Roegiers, J.-C. and Abousleiman, Y. *Poroelastic Stability Analyses of Inclined Boreholes in Saturated Formations,"* Advances in Rock Mechanics, ed. Y. Lin, World Scientific Publishing Co. Pte., Ltd., 194-203, Singapore, 1998.

Ghassemi, A., Diek, A. and Roegiers, J.-C. *A Solution for Stress Distribution Around an Inclinded Borehole in Shale,* Int. J. Rock Mech., Min. Sci., Vol. 35, No. 4/5, Paper No. 43, 1998.

Santos, H., Diek, A. and Roegiers, J-C. *Deepwater Shale Swelling Potential Evaluation,"* Int. J. Rock Mech., Min., Sci., Vol. 35, No. 4/5, pp 536-537, Paper nb. 065, 1998.

Santos, H., Diek, A. and Roegiers, J.-C. *Capillary Forces  How Important are the Effects on Shale Breakage in Laboratory Testing?,"* Int. J. Rock Mech., Min. Sci., Vol 35, No. 4/5, pp 631-632, Paper nb. 064, 1998.

Zhang, H., Bai, M., Abousleiman, Y. and Roegiers, J.-C.  *An Elastoplastic Analysis of Nonisothermal Consolidation,"* Int. J. Num. Analy. Meth. Geomech., vol.23, pp.1535-1557, 1999.

Bai, M., Meng, F., Elsworth, D., Abousleiman, Y. and Roegiers, J.-C.  *"Numerical Modeling of Flow and Deformation in Fractured Rock Specimens,"* Int. J. Num. Analy. Meth. Geomech., vol. 23, pp. 141-160, 1999.

Bai, M., Shu, Z., Cao, J., Zaman, M. and Roegiers, J.-C.  *"A Semi-analytical Solution for a Two-dimensional Capacitance Model in Solute Transport,"* J. Petro. Sci. and Eng., vol. 22, pp. 275-295, 1999.

Bai, M., Meng, F., Elsworth, D. and Roegiers, J.-C.,  *"Analysis of Stress-Dependent Permeability in Nonorthogonal Flow and Deformation Fields,"* Rock Mech. Rock Eng. vol. 32, nb. 3, pp. 195-219, 1999.

Chen, M., Bai, M. and Roegiers, J.-C.,  *"Permeability Tensors of Anisotropic Fracture Networks,"* Mathematical Geology, vol 31, 355-373, 1999.

Cui, L., Abousleiman, Y., Cheng, A.H-D. and Roegiers, J.-C.  *"Time-dependent Failure Analysis of Inclined Boreholes in Fluid-saturated Formations,"* J. Energy Resour. Tech. ASME, March 1999.

Cui, L., Abousleiman, Y., Cheng, A. H-D. and Roegiers, J.-C.,  *"Consolidation of Saturated Anisotropic Elastic Media,"* Int. J. for Num. Analy. Methods in Geomech.(submitted)

Meng, F., Bai, M., M. Zaman and Roegiers, J.-C.  *"Effects of In-Situ Stresses on Fluid Flow in Fractured Reservoirs,"* In Situ, J. of Earth Resour. Utilization, Vol.23, nb. 2, 107-130, 1999.

Roegiers, J.-C.  *"Book review of  Time Effects in Rock Mechanics' – Wiley Series in Materials, Modeling and Computation by N.Cristecu and U.Hunsoha"*, Applied Mech..Rev., vol.52, nb..5, pp.B49, 1999.

Kanj, M.Y., Zaman, M.M. and Roegiers, J.-C.  *"Building a Knowledge – Efficient Sand Advisor,"* KBS J., Elsevier Science, vol 12, nb.4, pp. 145-158, 1999.

Bai, M., Bouhroum, A. and Roegiers, J.-C.,  *" Thermoelastic Analysis of Fluid Saturated Porous Media"*, Erdöund Erdgas Kohle, 116 Jahrgang, Heft 1, 10-13, Jan.'2000.

Roegiers, J.-C., Sanchez, M., Vásquez A R., Gonzales, J.A., Ramones, M., Sulbarán, A. and Poquioma,W.,  *"Managing Technology – Cost-efficient Drilling Operations  How to Achieve Best Value from your Technical Resources,"* J. Oil and Gas Executive, Vol.3, nb.2, pp.20-23, 2000.

Katz, O., Reches, Z. and Roegiers, J.-C.,  *"Evaluation of Mechanical Rock Properties using a Schmidt Hammer,"* Tech. Note, Int. J. Rock Mech. Min. Sci , vol.37, nb. 4, pp.723-728, Jun.2000.

Roegiers, J.-C., Review of book 'Computational Subsurface Hydrology: Fluid Flows' by Gour-Tsyh Yeh, Appl.Mech.Rev., vol.53, nb.2, pp.B95,

Sep.2000.

Katz, O., Gilbert, M.C., Reches, Z. and Roegiers, J.-C., *" Mechanical Properties of Mount Scott Granite"* Oklahoma Geol.Note (submitted)

Katz, O., Reches, Z. and Roegiers, J.-C., *"Valutazione della Proprietà Meccaniche della Roccia par Mezzo dello Sclerometro"* Quarry & Construction, pp.113-117, July 2001. (in Italian)

Ghassemi, A., Cheng, A.H.-D., Diek, A. and Roegiers, J.-C., *" A Complete Plane Strain Fictitious Stress Boundary Element Method for Poroelastic Media,"* J.Eng.Anal.Boundary Elements, vol.25, nb.2, pp.41-48, 2001.

Roegiers, J.-C., *" Book Review of  Principles of Solid Mechanics', CRC Press LLC, Boca Raton, by R.Richards Jr.,"* J.Appl.Mechanics, vol.54 nb. 5, pp. B77, Sept. 2001.

Roegiers, J.-C., *"Book Review of  Mechanical Behavior of Engineering Materials, Volume 1  Static and Quasi-static Loading', by Y.M.Haddad, Kluwer Acad.Publ., Dordrecht, The Netherlands,"* J.Appl.Mech.Reviews, vol.55, nb.4, pp.B61-B62, Jul. '02.

Roegiers, J.-C., *"Well Modeling  An Overview,"* Oil & Gas Science and Technology – Rev. IFP, in 'Geomechanics in Reservoir Simulation, Editions Technip, vol 57, no.5, pp.1-12, 2002.

Zhang, J., Bai, M. and Roegiers, J.-C., *"Dual-porosity Poroelastic Analyses of Wellbore Stability,"* Int.J.Rock Mech. & Min. Sci, vol.40, nb.4, pp 473-483, 2003.

Zhang, J., Roegiers, J.-C and Bai, M., *" Dual-porosity Elastoplastic Analyses of Non-isothermal One-dimensional Consolidation"* Geotech. and Geol. Eng. J., vol.22, pp.589-610, 2004.

Ishida, T., Chen, Q., Mizuta, Y. and Roegiers, J.-C., *"Influence of Fluid Viscosity on The Hydraulic Fracturing Mechanism,"* J.of Energy Resources Technology, Trans. ASME, vol.126, pp.190-200, Sep. 2004.

Zhang, J., Bai, M. and Roegiers, J.-C., *"On Drilling Directions for Optimizing Horizontal Well Stability Using a Dual-porosity Poroelastic Approach"* J.of Pet.Sci. & Tech.,(accepted)

Zhang, J., Roegiers, J.-C And Spetzler, H.A., *"Influence of Stress on Permeability around a Borehole in Fractured Porous Media"*, Int.J.Rock Mech.Min.Sci., vol.41, nb.3, p.454, CDROM, 2004, (also vol.41. suppl.1, pp.496-501).

Zhang, J. and Roegiers, J.-C., *"Dual-porosity Finite Element Method for Borehole Modeling"*, Rock Mech.and Rock Eng.J., vol.38, nb.3, pp.217-242, 2005.

Zhang, J., Bai, M. and Roegiers, J.-C., *"On Drilling Directions for Optimizing Horizontal Well Stability Using a Dual-porosity Poroelastic Approach"* J.of Pet.Sci. & Tech., vol.53, pp.61-76, 2006.

Zhang, J , Standifird, W., Roegiers, J.-C. And Zhang, Y., *"Stress-dependent Permeability in Fractured Media  from Experiments to Engineering Applications"*, Rock Mech & Rock Eng., vol.40, nb.1, pp.3-21, 2007.

Li, G., Lorwongngam, A. and Roegiers, J.-C., *"Critical Review of Leak-off Test as a Practice for Determination of In-situ Stresses"*, Chinese J.of Rock Mech. and Eng., vol.27, nb.1, Jan. '08.

Zhang, J. and Roegiers, J.-C., *Discussion on  Integrating Borehole-breakout Dimensions, Strength  Criteria, and Leak-off Test Results, to Constrain the State of Stress Across the Chelungpu Fault, Taiwan'*, Tectonophysics, vol 492, pp.295-298, 2010.

Tran, D.T., Sondergeld, C H. and Roegiers, J.-C., *"Different Forms of Gassman Equation and Uncertainty Quantifications of Rock Property Estimates"*, Petrophysics (submitted), 2010.

19

*(ii)*     *Publications Appearing in Full Refereed Conference Proceedings*

Roegiers, J.-C.  *"The Improved Performance of Resin Bolts,"* 2nd Int. Cong. on Rock Mechanics, Beograd, p. 527, Sept. '70.

Roegiers, J.-C. and Fairhurst, C.  *"The Deep Stress Probe - A Tool for Stress Determination,"* 14th U.S. Symp. on Rock Mech., Penn State University, ed. Hardy and Stefanko, p. 755, Jun. '71.

Roegiers, J.-C. and Dellorfano, W.W.  *A Miniature Straddle Packer,"* 27th Annual Couf. of ISA, New York, paper  nb. 610, Oct. '72.

Roegiers, J.-C., Fairhurst and C. Rosene, RB.  *"The DSP. - A New Instrument for Estimation of the In-Situ Stress State at Depth,"* 6th Conf. on Drilling and Rock Mech., University of Texas, Austin, SPE 4246, Jan. '73.

Roegiers, J.-C. and Potter, R M.  *"De la Possibilité d'extraire de l'Energie á partir des Roches Sèches,"* 2nd Int. Cong. of Eng. Geol., Sao Paulo, Brazil, pp. 111-38.1 -111-38.10, vol. 1, Aug. '74.

Roegiers, J.-C. and Brown, D.W.  *"Geothermal Energy  A New Application of Rock Mechanics,"* 3rd Int. Cong. on Rock Mech., Denver, Colorado, pp. 674-680, Sept. '74.

McLennan, J.D. and Roegiers, J.-C.  *"Stress Conditions Around the Niagara Gorge,"* 3rd Symp. Eng. Appl. Sol. Mech., University of Toronto, Canada, vol. 2, pp. 281-303, Jun. '76.

Roegiers, J.-C. and Thill, RE.  *"Rock Characterization at a Geothermal Site,"* 17th U.S. Symp. on Rock Mech., University of Utah, pp. 5 DS-1 -S DS-6, Aug. '76.

Roegiers, J.-C.and McLennan, J.D.  *"Rock Mechanics Problems Associated with Hot Dry Rock Geothermal Energy Extraction,"* Hot Dry Rock Geothermal Workshop, Los Alamos Scientific Laboratory, Los Alamos, New Mexico, LA -7470-C, Apr. '78.

Roegiers, J.-C.and Asmis, H.  *"Seismic Safety of Underground Excavations,"* Tunnelling Research Seminar, Montréal, Canada, pp. 37, Sep. '79.

Roegiers, J.-C. and Bawden, W.F.  *"Importance of Joint Behavior on Potential Water Inflow into Underground Structures, An Analytical Approach,"* Tunnelling Research Seminar, Montréal, Canada, pp. 18, Sep. '79

Bawden, W.F. and Roegiers, J.-C.  *"Two-Phase Flow Through Rock Fractures,"* Int. Symp., Rockstore '80, Stockholm, Sweden, vol. 2, pp. 563-570C, Jun. '80.

Bawden, W.F., Curran, J.H. and Roegiers, J.-C.  *"Importance of Joint Behavior on Potential Water Inflow into Underground Structures -An Analytical Approach,"* 13th Canadian Rock Mech. Symp. CIM Special Volume 22 -Underground Rock Engineering, pp. 211-218, Toronto, Canada, May '80.

Roegiers, J.-C.  *A Review of Hydraulic Fracturing Models Used for Oil and Cas Applications,"* Indo-German Workshop on Rock Mechanics, Hyderabad, India, pp. 69-78, Oct. '81.

Roegiers, J.-C.  *"Rock-Support Interaction,"* Indo-German Workshop on Rock Mechanics, Hyderabad, India, pp. 103-110, Oct. '81.

McLennan, J.D. and Roegiers, J.-C.  *"Do Instantaneous Shut-In Pressures Accurately Represent the Minimum Principal Stress?"* Workshop on Hydraulic Fracturing Stress Measurements, Monterey, California, pp. 181-207, Dec.'81.

Roegiers, J.-C. and McLennan, J.D.  *"Factors Influencing the Initiation Orientation of Hydraulically Induced Fractures,"* Workshop on Hydraulic Fracturing Stress Measurements, Monterey, California, pp. 489-502, Dec. '81.

Wiles, T.D. and Roegiers, J.-C.  *"Modelling Hydraulic Fractures Under Varied In-Situ Conditions Using a Displacement Discontinuity*

20

*Approach,"* CIM Annual Meeting, Calgary, Alberta, Canada, Jun. '82.

Roegiers, J.-C., McLennan, J.D. and Schultz, L.D. *"In-Situ Stress Determination in Northeastern Ohio,"* 23rd U.S. Symp. on Rock Mech., University of California - Berkeley, California, Chap. 5, pp. 219-229, Aug. '82.

McLennan, J.D. and Roegiers, J.-C. *"How Instantaneous are Instantaneous Shut-In Pressures?"* 57th Ann. Fall Tech. Couf. and Exh., SPE-AIME, New Orleans, Louisiana, SPE 11064, Sept. '82.

Roegiers, J.-C., McLennan, J.D. and Murphy, DL. *"Influence of Preexisting Discontinuities on the Hydraulic FracturingPropagation Process,"* 1st U.S/Japan Technical Seminar on Hydraulic Fracturing and Geothermal Energy, Tokyo, Japan, Nov. '82.

Cobb, S.L., McLennan, J.D. and Roegiers, J.-C. *"Production in a Geopressured Reservoir  A Rock Mechanics Approach,"* SPE/DOE Tight Gas Symp., Denver, Colorado, Mar. '83.

McLennan, J.D., Roegiers, J.-C. and Marx, W.P. *"The Mancos Formation  An Evaluation of the Interaction of Geological Conditions, Treatment Characteristics and Production,"* SPE/DOE Tight Gas Symp., Denver, Colorado, SPE 11606, pp. 63-68, Mar. '83.

Ren, N-K. and Roegiers, J.-C. *"Differential Strain Curve Analysis ·A New Method for Determining the Pre-Existing In-Situ Stress State from Rock Core Measurements,"* 5th ISRM Cong., Melbourne, Australia, pp. F117-F127, Apr.'83.

McLennan, J.D. and Roegiers, J.-C., Marcinew, R. Erickson, D. *"Rock Mechanics Evaluation of the Cardium Formation,"* 34th Ann. CIM Tech. Meeting, Bauff, Alberta, Canada, May '83.

Ishijima, Y. and Roegiers, J.-C. *"Fracture Initiation and Breakdown Pressure ·Are They Similar?"* 24th U.S. Symp. on Rock Mech., Texas A&M, College Station, Texas, pp. 761-772, Jun. '83.

Roegiers, J.-C. *A Coupled Fracturing Model and Its Application to Hydraulic Fracturing,"* SPE/AIME Eastern Regional Meeting, Champion, Pennsylvania, SPE 12311, pp. 129-136, Nov. '83.

Bawden, W.F. and Roegiers, J.-C. *"Gas Escape from Underground Mine Storage Facilities ·A Multiphase Flow Phenomenon,* Int. Symp. on Fundamentals of Rock Joints, Björkliden, ed. 0. Stephausson, Center Publisher, pp. 503-515, Sept. '85.

Detournay, B., Roegiers, J.-C. and McLennan, J.D. *"Poroelastic Concepts Explain Some of the Hydraulic Fracturing Mechanisms,"* SPE Unconventional Gas Tech. Symp., Louisville, Kentucky, SPE 15262, pp. 629-638, May '86.

Thiercelin, M. and Roegiers, J.-C. *"Toughness Determination With the Modified Ring Test,"* 27th U.S. Symp. on Rock Mech., University of Alabama, Tuscaloosa, Chapter 86, pp. 615-622, Jun. '86.

Ben Naceur, K., Touboul, B. and Roegiers, J.-C. *"Numerical Investigation of the Effects of Fluid Rheological Properties on 3-D Fracture Propagation,"* 37th Ann. CIM Tech. Meeting, Calgary, Canada, Paper No. 86-37-26, pp. 373-379, Jun. '86.

Thiercelin, M., Hudson, P., Ren, N-K. and Roegiers, J.-C. *Laboratory Determination of the In-Situ Stress Tensor,"* Int. Symp. on Eng. in Complex Rock Formations, Beijing, China, pp. 278-283, Nov. '86.

Thiercelin, M. and Roegiers, J.-C. *"Fracture Toughness Determination with the Modified Ring Test,"* Int. Symp. on Eng. in Complex Rock Formations, Beijing, China, pp. 284-290, Nov. '86.

Roegiers, J.-C. *Applied Mechanics Problems in the Oil and Cas Industry,"* ASME Symp. on Applied Mech. Problems in Industry, Anaheim, California, pp. 1687-1696, Nov. '86.

Jeffrey, R.G., Vandamme, L. and Roegiers, J.-C. *"Mechanical Interactions in Branched or Subparallel Hydraulic Fractures,"* SPE/DOE Symp. on Low Permeability Res., Denver, Colorado, SPE 16422, pp. 333-342, Apr. '87.

Detournay, B., Cheng, A.H-D. and Roegiers, J.-C. *"Some New Examples of Poroelastic Effects in Rock Mechanics,"* 28th U.S. Symp. on Rock Mech., University of Arizona, Tucson, Arizona, pp. 575-584, Jul. '87.

Roegiers, J.-C., Fairhurst, C. and Detournay, B. *A Comparative Energetic Analysis of Modes of Failure Around Underground Excavations in Overturned Rock,"* 6th ISRM Cong., Montréal, Canada, Aug. '87.

Thiercelin, M., Roegiers, J.-C., Boone, T.J. and Ingraffea, AR. *"An Investigation of the Material Parameters That Govern the Behavior of Fractures Approaching Rock Interfaces,"* 6th Int. Cong. on Rock Mech., Montréal, Canada, vol. 1, pp. 263-264, Aug. 87.

Vandamme, L., Detournay, B. and Roegiers, J.-C. *"Poroelasticity in Hydraulic Fracturing Simulators,"* 62nd Ann. Tech. Conf. and Exh. of SPE, Dallas, Texas, SPE 16911, vol. II, pp. 339-349, Sep. '87.

Roegiers, J.-C. and Detournay, B. *"Considerations on Failure Initiation in Inclined Boreholes,"* 29th U.S. Symp. on Rock Mech., University of Minnesota, Minneapolis, pp. 461-470, Jun. '88.

Detournay, B., Cheng, A.H-D., Roegiers, J.-C. and McLennan, J.D. *"Poroelastic Considerations in In-situ Stress Determination by Hydraulic Fracturing,"* 2nd Int. Workshop on Hydraulic Fracturing Stress Measurements, Minneapolis, Minnesota, pp. 410-424, Jun. '88.

Ben Naceur, K. and Roegiers, J.-C. *An Automatic System for Matching Pressure Decline During Fracturing,"* 2nd Int. Workshop on Hydraulic Fracturing Stress Measurements, Minneapolis, Minnesota, pp. 986-1,003, Jun. '88.

Ben Naceur, K. and Roegiers, J.-C. *"Design of Fracturing Treatments in Multi-layered Formations,"* SPE Gas Technology Symp., Dallas, Texas, SPE 17712, pp. 69-77, Jun. '88.

Roegiers, J.-C. and Fragachan, F. *"Why Core?"* Simp. de Produccion de Hidrocarburos, Bariloche, Argentina, keynote address, Nov. '88.

Roegiers, J.-C. *"Stability and Failure of Circular Openings,"* Int. Symp. Rock at Great Depth, vol. 3, Pau, France, pp. 1115-1122, Aug. '89.

Zhao, X.L., Roegiers, J.-C. and Guo, M. *"The Determination of Fracture Toughness of Rocks by Chevron-notched Brazilian Disk Specimens,"* 4th Ann. SCA Tech. Conf., Dallas, Texas, SCA-9014, Aug. '90.

Roegiers, J.-C. and Ben Naceur, K. *"Stress Relief by Hydraulic Fracturing—Dream or Reality?"* Int. Symp. on 'Static and Dynamic Considerations in Rock Engineering,' Swaziland, pp. 257-264, Sept. '90.

El Rabaa, W. and Roegiers, J.-C. *"Potential Rock Response Problems Associated with Horizontal Well Completions,"* 3rd Congreso Suramericano de Mecanica de Rocas, Caracas, Venezuela, pp. 591-599, Oct. '90.

Roegiers, J.-C. *"Importance of Rock Mechanics in the Petroleum Industry,"* Opening Lecture, 11th Venezuelan Geotechnical Seminar, Caracas, Venezuela, Oct. '90.

Zhao, X.L. and Roegiers, J.-C. *"The Measurement of Fracture Toughness of Rocks,"* 3rd Congreso Suramericano de Mecanica de Rocas, Caracas, Venezuela, pp. 641-652, Oct. '90.

Roegiers, J.-C. and Zhao, XL. *"Rock Fracture Tests in Simulated Downhole Conditions,"* 32nd U.S. Symp. on Rock Mech., The University of Oklahoma, pp. 221-230, Jul. '91.

Roegiers, J.-C., Azeemuddin, M., Zaman, M. and Abdulraheem, A. *A Constitutive Model to Characterize Dilatancy in Rocks,"* 32nd U.S. Symp. on Rock Mech., The University of Oklahoma, pp. 531-538, Jul. '91.

Roegiers, J.-C. and Zhao, XL. *"The Measurement of Fracture Toughness of Rocks Under Simulated Downhole Conditions,"* 7th ISRM Congress, Aachen, pp. 603-608, Sept. '91.

Zhao, X.L. and Roegiers, J.-C. *"Confining Pressure and Fracture Toughness Measurement,"* 44th Can. Geotech. Conf., Calgary, Alberta,

Canada, vol. 1, pp. 31-1/31-7, Sept. '91.

Zaman, M., Roegiers, J.-C., Abdulraheem, A. and Azeemuddin, M. *"Pore Collapse in Weakly Cemented and Porous Rocks,"* 1992 Energy Technology Conference and Exposition, Houston, Texas, Composite Material Technology, ASME, PD - vol. 45, D. Hui, T.J. Kozik, 0.0. Ochoa (eds.), pp. 123-132, Jan. '92.

Civan, F , Roegiers, J.-C. and  Sarma, D. *"Chemical Treatment for Permeability Enhancement in Coalbed Methane Formation,"* Symp. on In-situ Processing of Mineral and Fossil Fuels, paper 82, Group 16, Mar. '92.

Abousleiman, Y., Cheng, A.H-D. and  Roegiers, J.-C. *"Boundary Element Method for Visco-poroelasticity with Applications to Rock Mechanics,"* Boundary Element Technology, ed. Computational Mechanics Publications, Southampton, U.K., vol. 7, pp. 173-183, Jun. '92.

Abdulraheem, A., Roegiers, J.-C. and Zaman, M. *"Mechanics of Pore Collapse and Reservoir Compaction in Weak, Porous Rocks,"* 33rd U.S. Symp. on Rock Mech., Santa Fe, New Mexico, Jun. '92.

Azeemuddin, M., Zaman, M., Roegiers, J.-C. and Mowar, S. *"Pore Collapse Behavior of Cordoba Cream Limestone,"* 4th Int. Symp. on Num. Models in Geomechanics, Swansea, U.K., G.N. Pande and S. Pietruszezak (eds.), pp. 291-300, Aug. '92.

Cheng, A.H-D., Abousleiman, Y., Detournay, C. and Roegiers, J.-C. *"On the Source Solution of a Generalized Multiple Porosity Model,"* Structure et Comportement Mécanique des Géomatériaux - 'Colloque René Houpert' - Ecole Nationale Supérieure de Géologie, Institut National Polytechnique de Lorraine, Nancy, France, F. Homand, F. Masrouri and Tisot, J.P. (eds.), pp. 109-116, Sept. '92.

Bai, M. and Roegiers, J.-C.  *An Alternative to Dual-porosity Media,"* SPE 26270, '93.

Abdulraheem, A., Zaman, M. and Roegiers, J.-C.  *A FE Model for Ekofisk Field Subsidence,"* 1993 Energy Technology Conference and Exposition, Houston, Texas, Composite Material Technology, ASME, PD -vol. 45, D. Hui, T.J.Kozik, 0.0. Ochoa (eds.), pp. 103-110, Jan. '93.

Ong, S-H. and Roegiers, J.-C.  *"Horizontal Wellbore Collapse in An Anisotropic Formation,"* SPE 25504, Prod. Operation Symp., Oklahoma, Mar. '93.

Roegiers, J.-C. and Lin, D.  *"Application of Advanced Computational Technology to Fracturing Fluid Characterization Facility,"* Int. Symp. on Appl. of Computer Methods in Rock Mechanics and Engineering, Xian, China, vol. II, pp. 719-726, May '93.

Abdulraheem, A., Zaman, M. and Roegiers, J.-C. *"Numerical Simulation of a Compacting Reservoir,"* 34th U.S. Symp. on Rock Mechanics, University of Wisconsin, Madison, vol. II, pp. 475-478, Jun. '93.

Abousleiman, Y., Cheng, A.H-D., Jiang, C. and Roegiers, J.-C.  *A Micromechanically Consistent Poroviscoelasticity Theory for Rock Mechanics Applications,"* 34th U.S. Symp. on Rock Mechanics, University of Wisconsin, Madison, vol. II, pp. 573-576, Jun. '93.

Bai, M., Elsworth, D. and Roegiers, J.C., *"Modelling of Naturally Fractured Reservoirs Using Deformation-dependent Flow Mechanisms,"* 34th U.S. Symp. on Rock Mechanics, University of Wisconsin, Madison, vol. I, pp. 363-366, Jun. '93.

Cheng, A.H-D., Abousleiman, Y. and Roegiers, J.-C.  *"Review of Some Examples of Poroelastic Effects in Rock Mechanics,"* Coupled Fluid/Solid Mechanisms Workshop, 34th U.S. Symp. on Rock Mechanics, University of Wisconsin, Madison, vol. II, pp. 529-532, Jun. '93.

Lin, D. and Roegiers, J.-C.  *A Study of Squeezing Flow in Fracture Channels,"* 34th U.S. Symp. on Rock Mechanics, University of Wisconsin, Madison, vol. II, pp. 673-676, Jun. '93.

Ong, S.H. and Roegiers, J.-C.  *"Influence of Anisotropies in Borehole Stability,"* 34th U.S. Symp. on Rock Mechanics, University of Wisconsin, Madison, vol. I, pp. 89-92, Jun. '93.

Scott, TB., Jr., Ma, Q.  and Roegiers, J.-C.  *Acoustic Velocity Changes During Shear-enhanced Compaction of Sandstone,"* 34th U.S. Symp. on Rock Mechanics, University of Wisconsin, Madison, vol. I, pp. 29-32, Jun. '93.

23

Zhao, X.L. and Roegiers, J.-C. *"Determination of In-situ Fracture Toughness,"* 34th U.S. Symp. on Rock Mechanics,University of Wisconsin, Madison, vol. II, pp. 669-672, Jun. '93.

Kanj, M., Zaman, M. and Roegiers, J.-C. *"Recent Expert Systems in Well Completion and Stimulation - A Review,"* Proc. 6th Int. Conf. on Industrial and Engineering Applications of Artificial Intelligence and Expert Systems, Edinburgh, pp.441-449, Jun. '93.

Rodriguez, A., Lin, D. and Roegiers, J.-C.  *A Model for Flow in the Fractured Porous Media Based on Cellular-Automaton,"* ISRM International Symposium, EUROCK '93, Lisbon, pp. 187-193, Jun. '93.

Zhao, X.L., Ma, Q. and Roegiers, J.-C. *"Measurement of Compressibility of Fractured Rock,"* SCA Ann. Tech. Conf., Houston, SCA paper nb. 9318, Aug. '93.

Kanj, M., Zaman, M. and Roegiers, J.-C. *"On Developing an Expert System for Sand Control,"* Proc. 7th Oklahoma Symp. on Artificial Intelligence, Stillwater, Oklahoma, pp. 275-281, Nov. '93.

Ziaja, M. and Roegiers, J.-C. *"Phenomenology of Brittle Rock Fracture under a PDC Cutter,"* Energy Sources Technology Conference, New Orleans, Drilling Technology, PD - Vol. 56, ASME, pp. 105-110, Jan. '94.

Vieira, M. and Roegiers, J.-C. *"Simulation of Naturally-fractured Reservoirs Using the Hybrid Finite Differences Boundary Element Technique,"* SPE III Latin American Caribbean Petroleum Engineering Conference, Buenos Aires, Argentina, SPE 27048, Apr. '94.

Bai, M., Roegiers, J.-C. and Elsworth, D.  *"An Alternative Approach to the Simulation of Naturally Fractured Reservoirs,"* 8th Int. Conf. of the Assoc. for Computer Methods and Advances in Geomechanics, West Virginia University,Morgantown, (ed. H.J. Siriwardane  & M.M. Zaman), vol. III, pp. 2031-2036, May '94.

Roegiers, J.-C. *"Petroleum Geomechanics,"* 8th Int. Conf. of the Assoc. for Computer Methods and Advances in Geomechanics, West Virginia University, Morgantown, (ed. H.J. Siriwardane & M.M. Zaman), vol. I, pp. 269-277, May'94.

Cui, L., Cheng, A. H-D., Kaliakin, V., Abousleiman, Y. and Roegiers, J.-C. *"Finite Element Analysis of Non-linear, Anisotropic Poroelasticity,"* 8th Int. Conf. of the Assoc. for Computer Methods in Advances in Geomechanics, West Virginia University, Morgantown, (ed. H.J. Siriwardane & M.M. Zaman), vol. II, pp. 1567-1572, May '94.

Lin, D., Rodriguez, A.A. and Roegiers, J.-C. *"Poisson-bracket Formulation for Proppant Transport in Hydraulic Fracturing,"* 8th Int. Couf. of the Assoc. for Computer Methods and Advances in Geomechanics, West Virginia University, Morgantown, (ed. H.J. Siriwardane & M.M. Zaman), vol. II, pp. 1603-1608, May '94.

Sanchez, M., Lin, D. and Roegiers, J.-C. *"Chebyshev Spectral Collocation Met hod forLeakoff in Hydraulic Fracturing,"* 8th Int. Conf. of the Assoc. for Computer Methods and Advances in Geomechanics, West Virginia University, Morgantown,(ed. H.J. Siriwardane & M.M. Zaman), vol. II, pp. 1633-1639, May '94.

Zhao, X.L., Roegiers, J.-C. and Chen, J. *"Mixed-mode Crack Propagation in Fractured Rocks,"* 8th Int. Conf. of the Assoc. for Computer Methods and Advances in Geomechanics, West Virginia University, Morgantown, (ed. H.J.Siriwardane & M.M. Zaman), vol. II, pp. 1665-1670, May '94.

Scott, TB., Jr., Ma, Q., Roegiers, J.-C. and Reches, Z. *"Dynamic Stress Mapping Utilizing Ultrasonic Tomography,"* 1st NARMS, The University of Texas at Austin, (ed. P.P. Nelson & SE. Laubach), pp. 427-434, Jun. '94.

Azeemuddin, M., Scott, TB., Roegiers, J.-C. and Zaman, MM. *Acoustic Velocity Anisotropies in Cordoba Cream Limestone During Different Deformational Stress Paths,"* 1st NARMS, The University of Texas at Austin, (Ed P.P.Nelson & SE. Laubach), pp. 775-782, Jun. '94.

Mowar, S., Zaman, M., Stearns, D.W. and Roegiers, J.-C. *"Pore Collapse Mechanisms in Cordoba Cream Limestone,"* 1st NARMS, The University of Texas at Austin, (ed. P.P. Nelson  &SE. Laubach), pp. 767-773, Jun. '94.

24

Zhao, XL., Roegiers, J.-C. and Passaris, EKS. *"Indentation Fracture Mechanics and Rock Disc Cutting,"* 1st NARMS, The University of Texas at Austin, (ed. P.P. Nelson & SE. Laubach), pp. 327-334, Jun. '94.

Lin, D. and Roegiers, J.-C. *"Shearing Motion of Dense Proppant Material in Hydraulic Fracturing,"* 1st NARMS, The University of Texas at Austin, (ed. P.P. Nelson & SE. Laubach), pp. 201-208, Jun. '94.

Zhao, X.L. and Roegiers, J.-C. *"Fracture Mechanics Concepts Applied to Hydraulic Fracturing Stress Measurements* Proc. Geol. Assoc. of Canada/Mineral Assoc. of Canada Joint Mtg., U. of Waterloo, paper #P01-08, May 1994.

Bai, M. and Roegiers, J.-C. *"Evaluation of Pressure and Stresses Due to Fluid Sources in a Semi-infinite Medium,"* 1st NARMS, The University of Texas at Austin, (ed. P.P. Nelson & SE. Laubach), pp. 641-648, Jun. '94.

Abousleiman, Y., Yuan Y.G. and Roegiers, J.-C. *"Propagation Recession of a Penny-shaped Fracture in a Permeability Diffusive Formation,"* EUROCK '94, Rock Mechanics in Pet. Eng., SPE/ISRM, Delft U. of Technology, The Netherlands, pp. 371-378, Aug. '94.

Abousleiman, Y., Yuan, Y.G., Cheng, A.H-D. and Roegiers, J.-C. *"Poroelastic Considerations in Micro- and Mini-Hydraulic Fracturing Simulation,"* EUROCK '94, Rock Mechanics in Pet. Eng., SPE/ISRM, Delft U. of Technology, The Netherlands, pp. 471-478, Aug. '94.

Germanovich, L.N. and Roegiers, J.-C. *A Model for Borehole Breakouts in Brittle Rocks,"* EUROCK '94, Rock Mechanics in Pet. Eng., SPE/ISRM, Delft U. of Technology, The Netherlands, pp. 361-370, Aug. '94.

Scott, TB., Ma, Q. and Roegiers, J.-C. *Acoustic Tomographic Difference Imaging of Dynamic Stress Fields,"* EUROCK '94, Rock Mechanics in Pet. Eng., SPE/ISRM, Delft U. of Technology, The Netherlands, pp. 99-104, Aug. '94.

Vieira, M.and Roegiers, J.-C. *"Simulacion de Yacimientos Naturalmente Fracturados Mediante el Uso de una Tecnica Hibride (Diferencias Finitas Elementos de Contorno),"* X Jornadas Tecuicas de Petróleo, Puerto La Cruz, Venezuela, Oct. '94.

Germanovich, L.N., Lee, K.K. and Roegiers, J.-C. *"Three-dimensional Crack Propagation in Compression,"* Am. Geoph. Union, Fall Meeting, Nov. '94.

Dyskin, A.V., Germanovich, L.N., Jewell, R.J., Joer, H., Lee, K.K., Krasinski, J.S., Sahouryeh, B. and Ustinov, K.B.*"Experimental Results on 3-D Crack Growth in Compression,"* Mechanics of Jointed and Faulted Rock, Second Int. Conf. Vienna, Austria, pp. 91-96, Balkema, Apr. '95.

Abousleiman, Y., Inderhaug, 0., Diek, A.L. and Roegiers, J.-C. *"Effect of Fluid on the Fracture Toughness of Shale Under Model Loading Conditions,"* Int. Colloquium on Chalk and Shales, pp. 2.1.1-2.1.10, Brussels, May 1995.

Yuan, Y., Abousleiman, Y., Weng, X. and Roegiers, J.-C. *"Three-dimensional Elastic Analysis on Fracture Initiation from a Perforated Borehole,"* Joint Rocky Mountain Regional Meeting and Low-permeability Reservoirs Symp., SPE 29601, Denver, May 1995.

Bai, M., Elsworth, D., Roegiers, J.-C. and Meng, F. *A Three-dimensional Dual-porosity Poroelastic Model,"* Proc. of CCMRI - International Mining Tech '95.

Bai, M. and Roegiers, J.-C. *"Modeling of Heat Flow and Solute Transport in Fractured Rock Masses,"* Proc. 8th Int. Congress on Rock Mech., pp. 787-793, Japan, '95.

Yuan, Y.G., Abousleiman, Y. and Roegiers, J.-C. *"Fluid Penetration around a Borehole under Coupled Hydro-Electro-Chemico- Thermal Potentials,"* Proc. 46th Ann. Tech. Mtg. of the Petr. Soc. of CIM, paper #95-72, Banff, Alberta, May '95.

Germanovich, L.N. and Roegiers, J.-C. *"On Fracture Development in Rock Subjected to Compression,"* 12th Int. Conf. on Basement Tectonics '95, U. of Oklahoma, Norman, May '95.

Roegiers, J.-C. *"Recent Rock Mechanics Developments in the Petroleum Industry,"* Keynote address, Proc. 35th U.S. Symp. on Rock Mechanics,

Daemen & Shultz (eds.), Balkema, pp. 17-23, June '95.

Wang, H., Krishnan, G.R., Zaman, M. and Roegiers, J.-C. *"Behavior of Natural and Remolded Antler Sandstone  Sample Preparation and Cram Crushing Aspects,"* Proc. 35th U.S. Symp. on Rock Mechanics, Daemen & Shultz (eds.), Balkema, pp. 127-133, June '95.

Zhao, X.L. and Roegiers, J.-C. *"Creep Crack Growth in Shale,"* Proc. 35th U.S. Symp. on Rock Mechanics, Daemen & Shultz (eds.), Balkema, pp. 135-140, June '95.

Khan, A., Harikrishnan, N., Ong, S.H. and Roegiers, J.-C. *"Physical and Analytical Modeling of Induced Fractures from Horizontal Wellbores,"* Proc. 35th U.S. Symp. on Rock Mechanics, Daemen &  Shultz (eds.), Balkema, pp. 287-292, June '95.

Cui, L., Abousleiman, Y., Cheng, A H-D., Leshchinsky, D. and Roegiers, J.-C. *"Stability Analysis of an Inclined Borehole in an Isotropic Poroelastic Medium,"* Proc. 35th U.S. Symp. on Rock Mechanics, Daemen & Shultz (eds.), Balkema, pp. 307-312, June '95.

Abousleiman, Y., Gui, L., Cheng, A.H-D. and Roegiers, J.-C. *"Poroelastic Solution of an Inclined Borehole in a Transversely Isotropic Medium,"* Proc. 35th U.S. Symp. on Rock Mechanics, Daemen & Shultz (eds.), Balkema, pp. 313-318, June '95.

Zhao, X.L. and Roegiers, J.-C.  *A Fracture Mechanics Approach to Rock Drilling,"* Proc. 35th U.S. Symp. on Rock Mechanics, Daemen & Shultz (eds.), Balkema, pp. 329-334, June '95.

Bai, M. Elsworth, D. Roegiers, J.-C. and Meng, F.  *A Three-dimensional Dual Porosity Poroelastic Model,"* Proc. of CCMRI .Int. Mining Tech. '95, Beijing, China, pp. 184-202, 1995.

Azeemuddin, M., Roegiers, J.-C., Sun, P., Zaman, M. and Kukreti, AR.  *"Stress-dependent Permeability Measurement of Rocks in a Triaxial Cell,"* Proc. 35th U.S. Symp. on Rock Mechanics, Daemen  & Shultz (eds.), Balkema, pp. 645-650, June '95.

Bai, M., Khan, A., Meng, F. and Roegiers, J.-C.  *"On the Thermoporoelastic Properties of Fractured Reservoir Rocks,* Proc. 35th U.S. Symp. on Rock Mechanics, Daemen & Shultz (eds.), Balkema, pp. 769-774, June '95.

Ma, Q., Scott, TB., Jr. and Roegiers, J.-C.  *"Modeling Induced Acoustic Velocity Anisotropy during Triaxial Tests of Rocks,"* Proc. 35th U.S. Symp. on Rock Mechanics, Daemen & Shultz (eds.), Balkema, pp. 813-818, June '95.

Abousleiman, Y., Bai, M. and Roegiers, J.-C.  *Analysis of Tunnel Stability in Fractured Carbonate Rocks,"* Proc. 3rd Int. Conf. on Comp. Methods and Water Resources, Beirut, Lebanon, Sep. '95.

Bai, M., Elsworth, D., Bouhroum, A., Abousleiman, Y. and Roegiers, J.-C. *"Fracture Identification in Dual-porosity System Under Earth Loading,"* Proc. 3rd Int. Conf. on Comp. Methods and Water Resources, Beirut, Lebanon, Sep. '95.

Kanj, M., Zaman, M. and Roegiers, J.-C. *"Highlights from the Knowledge-base of a Sanding Advisor Called SITEX"* Proc. 3rd Int. Conf. on Comp. Methods and Water Resources, pp 391-398, Beirut, Lebanon, Sep. '95.

Kanj, M., Zaman, M. and Roegiers, J.-C. *"Object-Oriented Programming Aspects of the SITEX System,"* Proc. 3rd Int. Conf. on Comp. Methods and Water Resources, Beirut, Lebanon, pp.383-390, Sep. '95.

Bai, M., Abousleiman, Y. and Roegiers, J.-C. *"Rock Fracturing in Naturally-fractured Formation,"* Proc. 2nd North American Rock Mech. Symp., Montréal, Canada, 1996.

Bai, M., Roegiers, J.-C. and Inyang, H.I. *"Remediation of Contaminated Site Through Ground Isolation,"* Proc. 3rd Int. Symp. on Environmental Geotechnology, San Diego, 1996.

Bai, M., Abousleiman, Y. and Roegiers, J.-C. *"Some Thought on Thermoporoelastic Coupling,"* Proc. 11th ASCE Engineering Mechanics Conference, Ft. Lauderdale, Florida, May 19-22, 1996.

26

Cui, L., Abousleiman, Y., Cheng, A.H-D. and Roegiers, J.-C. *Anisotropic Effect on One-dimensional Consolidation,"* 11th ASCE Engineering Mechanics Conference, Ft. Lauderdale, Florida, May 19-22, 1996.

Bai, M., Abousleiman, Y. and Roegiers, J.-C. *A PKN Model with Pressure-dependent Leakoff – Part 2 Fractured Poroelastic Media,"* Proc. 2nd NARMS, Montréal, vol. 1, pp. 1023-1026, Balkema Publishers, June '96.

dos Santos, H., Diek, A., Roegiers, J.-C. and da Fontoura, SAB. *"Investigation of the Effects of Sample Handling Procedures on Shale Properties,"* Proc. 2nd NARMS, Montréal, vol. 1, pp. 951-958, Balkema Publishers, June '96.

Ghassemi, A. and Roegiers, J.-C. *A Three-dimensional Poroelastic Hydraulic Fracture Simulator using the Displacement Discontinuity Method,"* Proc. 2nd NARMS, Montréal, vol. 1, pp. 981-987, Balkema Publishers, June '96.

Krishnan, G.R., Zaman, M.M. and Roegiers, J.-C. *"Permeability Measurements under Different Stress Paths for a Weakly-cemented Sandstone,"* Proc. 2nd NARMS, Montréal, vol. 1, pp. 1011-1017, Balkema Publishers, June '96.

Mo, H., Lin, D. and Roegiers, J.-C. *"Simulations of Hydrodynamic Dispersions in Network of Discrete Fractures,"* Proc. 2nd NARMS, Montréal, vol. 1, pp. 989-993, Balkema Publishers, June '96.

Mo, H. Lin, D. and Roegiers, J.-C. *"Topological Approach to the Modeling of Fluid Flow through Fracture Network,* Proc. 3rd Intl. Symp. Environmental Geotechnology, vol. 1, pp. 977-987, San Diego, June '96.

Abousleiman, Y., Bai, M. and Roegiers, J.-C. *"PKN Modelling of Thermo-poroelastic Effects,"* EUROCK'96, 'Prediction and Performance in Rock Mechanics and Rock Engineering,' Torino, Sept. '96.

Li, X., Tan, C.P. and Roegiers, J.-C. *"Collaborative Development of a Wellbore Stability Analysis Software with Determination of Horizontal Stress Bounds from Wellbore Data,"* EUROCK'96 – 'Prediction and Performance in Rock Mechanics and Rock Engineering' – Torino, Sept.'96.

Yuan, Y.G., Weng, X., Abousleiman, Y. and Roegiers, J.-C. *"Poroelastic Aspects in Fracture Initiation from a Perforated Borehole,"* Proc. INGEPET'96, Lima, Peru, Oct. '96.

Abousleiman, Y., Bai, M., Zhang, H., Liu, T. and Roegiers, J.-C. *Analyzing Effect of Fluid Flow on Surface Subsidence in Mining Area,"* Proc. 4th Int. Conf. on Computer Methods and Water Res., Byblos, Lebanon, 1997.

Bai, M., J.-C. Abousleiman, Y. and Roegiers, J.-C. *A Comparative Analysis of Transport through Discrete Fractures,"* Proc. 4th Int. Conf. on Computer Methods and Water Res., Byblos, Lebanon, 1997.

Bai, M., Roegiers, J.-C. and Abousleiman, Y. "Dual-porosity Poroelastic Analysis in Geotechnical Engineering," Proc. 9th Int. Conf. on Computer Meth. Adv. Geomech. Wuhan, China, Ed. Jian-Xin Yuan, pp. 461-456, 1997

Kanj, M.Y., Roegiers, J.-C. and Zaman, M.M. *"Neuronets  On Theory and Practice in Civil Engineering,"* Proc. Int. Conf. on Rehabilitation and Development of Civil Eng. Infrastructure Systems, Beirut, Lebanon, pp. 1258-1269, June 9-11, 1997.

Kanj, M.Y. and Roegiers, J.-C. *"Perforating Deep Wells...Smartly!,"* Proc. 4th Int. Conf. on Comparative Methods and Water Res., Byblos, Lebanon, June 16-18, 1997.

Li, X., Tan, C.P. and Roegiers, J.-C. *"Effects of Packer on the Hydraulic Fractures Initiated from Highly Deviated and Horizontal Boreholes,"* 36th U.S. Symp. on Rock Mech., New York, June '97.

Meng, F., Bai, M., Abousleiman, Y. and Roegiers, J.-C. *A Finite Element Model of Flow and Deformation in Three-Dimensional Fractured Domains,"* Proc. 4th Int. Conf. on Computer Methods and Water Resour., Byblos, Lebanon, 1997.

Bai, M., Elsworth, D., Roegiers, J.-C. and Zaman, M. *"Minimizing Numerical Oscillation in the Consolidation Analysis,"* Sixth Int. Symp. on Num. Models in Geomech., NUMOG VI, Montréal, Québec, Canada, July 2-4, '97.

Cui, L., Abousleiman, Y. and Roegiers, J.-C. *"Stability Analysis of an Elliptical Borehole in an Isotropic Poroelastic Medium,"* 36th U.S. Symp. on Rock Mech., New York, June '97.

Ekbote, S., Cui, L., Abousleiman, Y., Zaman, M. and Roegiers, J.-C. *"Poroelasticity Solutions for Borehole Stability Problems,"* S/IUCRC Symp., National Science Foundation, Norman, Oklahoma, September 3-5, 1997.

Kanj, M.Y., Roegiers, J.-C. and Zaman, M.M. *"Alternative Approaches to Sanding Predisction and Treatment,"* Proc. S/IUCRC Symp., Rock Mechanics Research Center, The University of Oklahoma, National Science Foundation, pp.13-28 13-31, Norman, Oklahoma, Sep. 3-5, 1997

Meng, F., Bai, M. and Roegiers, J.-C. *" Numerical Modeling of Coupled Flow and Deformation in Naturally Fractured Reservoirs"* S/IUCRC, pp.13.35:13.38, 1997.

Meng, F., Bai, M., Zaman, M., Scott, T.E. and Roegiers, J.-C. *" Numerical Modeling of Stress-dependent Permeability for Intact and Fractured Porous Media"* S/IUCRC, pp.13.39:13.42, 1997.

Santos, H., da Fontoura, SAB., Gupta, A. and Roegiers, J.-C. *Laboratory Tests for Wellbore Stability in Deepwater, Brazil"* Fifth Latin American and Caribbean Pet. Eng. Conf. and Exh., Rio de Janeiro, Brazil, SPE 38977, Aug. 30 -Sept. 3, '97.

Roegiers, J.-C., Cui, L. and Bai, M. *Applications of Poroelasticity to Fluid-saturated Rocks,"* Proc. 3rd Int. Conf. Mech. Jointed and Faulted Rock, Vienna, Austria, pp. 39-46, April '98.

Roegiers, J.-C., Cui, L. and Bai, M. *"Poroelasticity Applications,"* Proc. Int. Couf on Mechanics of Jointed and Faulted Rock -MJFR-3, Vienna, Austria, pp. 39-46, Apr. 4-9, '98.

Cui, L., Abousleiman, Y. and Roegiers, J.-C. *"Solutions for Hollow Cylinders in Transversely Isotropic Porous Materials"* Paper No. USA-602, 3rd NARMS, Cancun '98, Mexico, June 3-5, '98.

Cui, L., Ekbote, S., Abousleiman, Y., Zaman, M.M. and Roegiers, J.-C. *"Borehole Stability Analyses in Fluid Saturated Formations with Impermeable Walls,"* Paper No. USA-526, 3rd NARMS, Cancun '98, Mexico, June 3-5, '98.

Ghassemi, A., Diek, A. and Roegiers, J.-C. *A Solution for Stress Distribution Around an Inclined Borehole in Shale* Paper No. USA-408, 3rd NARMS, Cancun '98, Mexico, June 3-5, '98.

Ishida, T., Chen, Q., Mizuta, Y. and Roegiers, J.-C. *"Influence of Fluid Viscosity on Hydraulically Induced Crack Geometry,"* Paper No. JAP-804, 3rd NARMS, Cancun '98, Mexico, June 3-5, '98.

Kanj, M.Y. and Roegiers, J.-C. *A Neural Approach for Sand Production Prediction in Wells,"* Proc. 3rd NARMS, Paper nb. USA-331-2, Cancun, Mexico, June 3-5, '98.

Li, X., Cui, L. and Roegiers, J.-C. *"Thermoporoelastic Modeling of Wellbore Stability in Non-Hydrostatic Stress Field,* Paper No. USA-829-5, 3rd NARMS, Cancun '98, Mexico, June 3-5, '98.

Li, X., Cui, L. and Roegiers, J.-C. *"Thermoporoelastic Modeling of Inclined Borehole,"* Proc. 1998, SPE/ISRM Rock Mechanics in Pet. Eng., Vol 1, pp. 443-451, EUROCK '98, Troudheim, Norway, July 1998.

Santos, H., Diek, A. and Roegiers, J.-C. *"Capillary Forces  How Important are the Effects on Shale Breakage in Laboratory Testing ?"* Paper No. USA-404-2, 3rd NARMS, Cancun '98, Mexico, June 3-5, '98.

Santos, H., Diek, A. and Roegiers, J.-C. *"Deepwater Shale Swelling Potential Evaluation,"* Paper No. USA-404-1, 3rd NARMS, Cancun '98, Mexico, June 3-5, '98.

Scott, Jr., T.B., Azeemuddin, M., Zaman, M. and Roegiers, J.-C. *"Stress-Induced Variations in Acoustic Velocities in Chalk,"* Paper No. USA-818, 3rd NARMS, Cancun '98, Mexico, June 3-5, '98.

Li, X., Cui, L. and Roegiers, J.-C. *"Thermoporoelastic Analysis for Inclined Borehole Stability,"* Paper No. SPE 47296, EUROCK '98.

Roegiers, J-C. *"The Rock Mechanics Institute—A Multidisciplinary Success Story,"* Int. Conf. on Eng. Education ICEE '98, Rio de Janeiro, August '98.

Ziaja, M.B. and Roegiers, J.-C. *"Lithology Diagnosis Based on the Measurements of Drilling Forces and Movements at the Bit,"* IADC/SPE Asia Pacific Drilling Technology.

Inyang, H.I., Shu, Z., Bai, M. and Roegiers, J.-C. *"Prediction of Pollutant Migration in Landfill Sites,"* Proc., 4th Int.Symp. on Environmental Geotech. and Global Sustainable Development, Boston, Mass , Aug. 3-13, 1998.

Bai, M., Shu, Z., Roegiers, J.-C. and Inyang, H.I. *"Modeling Selective Plugging Process by Induced Precipitation for Enhancing Oil Recovery,"* Proc., 4th Int. Symp. on Environmental Geotech. and Global Sustainable Development, Boston, Mass , Aug. 3-13, 1998.

Shu, Z., OMeara, D.J., Bai, M., Roegiers, J.-C. and Inyang, H.I. *"Comparison of Time - Space and Conventional Finite-Difference Methods for Reservoir Modeling,"* Proc., 4th Int. Symp. on Environmental Geotech. and Global Sustainable Development, Boston, Mass., Aug.3-13, 1998.

Bai, M., Inyang, H.I., Meng, F., Abousleiman, Y. and Roegiers, J.-C. *"Statistical Modeling of Particle Migration in Gravel-packs,"* Proc., 4th Int. Symp. on Environmental Geotech. and Global Sustainable Development, Boston, Mass., Aug. 3-13, 1998.

Fujii, Y., Scott, TB. Jr. Roegiers, J.-C. and Ishijima, Y. *"Effects of Pore Pressure on Critical Strains of Indiana Limestone,"* Proc., Annual Fall Meeting of MNIJ, 1998.

Bai, M., Meng, F., Roegiers, J.-C. and Abousleiman, Y. *"Modeling Two-phase Fluid Flow and Rock Deformation in Fractured Porous Media,"* Proc. Biot Conference on Poromechanics, Louvain-La-Neuve, Belgium, pp. 333-338, 1998.

Shu, Z., Bai, M., Roegiers, J.-C. and Inyang, H.I. *"Modeling Selective Plugging Processes by Induced Precipitation for Enhancing Oil Recovery,"* Proc. 4th Int. Symp. on Environmental Geotechnology and Global Sustainable Development, Boston, Massachusetts, 1998.

Roegiers, J.-C., Cui, L. and Bai, M. *"Poroelasticity Applications,"* (Plenary Lecture), Mechanics of Jointed and Faulted Rock, Proc. 3rd Int. Conference on Mechanics of Jointed and Faulted Rock, ed. H-P. Rossmanith, pp. 39-46, Balkema, Vienna, Austria, April 4-9, 1998.

Santos, H., Diek, A. and Roegiers, J.-C. *"Wellbore Stability  A New Conceptual Approach Based on Energy,"* SPE 49264, 1998.

Cui, L., Abousleiman, Y., Ekbote, S. Roegiers, J.-C. and Zaman, M. *"A Software for Poroelastic Analyses of Borehole Stability,"* SPE 54013, 6th Latin American and Caribbean Petroleum Engineering Conference, Caracas, Venezuela, April 21-23, 1999.

Kanj, M. and Roegiers, J.-C. *"Fuzzy Control  An Alternate Means of Sand-Exclusion in Wells?,"* Proc. 37th U.S.Rock Mech. Symp., Vail, Colorado, pp.203-208, June 6-9, 1999.

Zhang, J., Bai, M., Roegiers, J.-C. and Liu, T. *"Determining Stress-Dependent Permeability in the Laboratory,"* Proc. 37th U.S. Symp. on Rock Mech., Rock Mechanics for Industry, Vail, Colorado, June 6-9, Balkema, pp.341-347, 1999.

Ghassemi, A., Diek, A., Wolfe, C. and Roegiers, J.-C., *"A Chemo-mechanical Model for Borehole Stability Analyses,"* Proc.37[th]. U.S.Symp.on Rock Mech., Vail, Colorado, June 6-9, pp.    ,1999.

Kanj, M., Abousleiman, Y. and Roegiers, J.-C. *"Predicting Sanding Potential in the Northern Adriatic Basin  A Neural Network Approach,"* Proc. 4th Int. Conf. on Constitutive Laws for Engineering Materials, Rensselaer Polytechnic Institute, Troy, N.Y., July '99.

Bai, M., Meng, F., Abousleiman, Y. and Roegiers, J.-C., *"Study of Dual-Poroelasticity in Two-Phase Fluid Flow,"* Proc. 37th U.S. Symp. on

Rock Mech., 'Rock Mechanics for Industry,' Vail, Colorado, pp.661-668, June 6-9, 1999.

Bloch, M., Cui, L., Abousleiman, Y. and Roegiers, J.-C., *"Poroviscoelastic Effects in Anelastic Strain Recovery Tests,"* Proc. 37th U.S. Symp. on Rock Mech., 'Rock Mechanics for Industry,' Vail, Colorado, pp.1165-1172, June 6-9, 1999.

Shu, Z. and Roegiers, J.-C. *"Modeling of Profile Modification by Induced Precipitation,"* SPE 50754, 1999 SPE Int. Symp. on Oilfield Chemistry, Houston, Texas, Feb. 16-19, 1999.

Li, X., Cui, L. and Roegiers, J.-C. *"Temperature-induced Pore Pressure and Stresses and Their Potential Impacts on Wellbore Stability,"* Proc. 9th Int. Cong. Rock Mech., Paris, France, Aug. 25-28, 1999.

Bai, M., Roegiers, J.-C. , Shu, Z. and Nair, R., *"Formulation of Gas-Oil Flow and Rock Deformation in Naturally Fractured Reservoirs,"* Int. Symp. on Coupled Phenomena in Civil, Mining Petroleum Engineering, Sanya, China, Nov. 1- 3, 1999.

Nair, R., Bai, M., Roegiers, J.-C. and Zaman, M., *"Finite element modeling of gas-oil flow in deformable fractured porous media,"* Proc.4[th] North Am. Rock Mech. Symp., Pacific Rocks 2000, Seattle, Washington, Jul. 31 - Aug. 3, 2000.

Santagati, A., Scott, T.E. and Roegiers, J.-C., *"Effect of Fluid Flow on Fault Evolution and Localization,"* Proc. 4th North Am. Rock Mech.Symp.,Pacific Rocks 2000, Seattle, Washington, Jul.31-Aug.3, 2000.

Zhang J., Bai M., Roegiers, J.-C., Wang, J. and Liu, T. *" Experimental Determination of Stress-permeability Relationship"* Proc. 4th North Am. Rock Mech. Symp., Pacific Rocks 2000, vol.I, pp.817-821, Seattle, Washington, Jul.31-Aug.3, 2000.

Bloch M., Siqueira, C.A.M., Abousleiman, Y. and Roegiers, J.-C. *" The Poroviscoelastic Solution for Anelastic Strain Recovery"* Proc. 4th North Am. Rock Mech. Symp., Pacific Rocks 2000, Seattle, Washington, Giraud et al. (eds.), Balkema, Jul.31- Aug.3, 2000.

Zhang,J., Roegiers, J.-C. and Bai, M., *" Horizontal Borehole Stability in Naturally Fractured Reservoirs"*, SPE 65513/PS2000-152, 4th Int.Conf.and Exhibition on Horizontal Well Technology, Calgary, Alberta, Nov. 2000.

Azeemuddin, M., Awal, M.R., Scott, T.E., Zaman, M. and Roegiers, J.-C., *"Transverse Anisotropy in Biot's Constant through Dynamic Measurements on Cordoba Cream Limestone"* 2001 SPE Middle East Oil Show, Bahrain, Mar.2001.

Zhang, J., Roegiers, J.-C., Bai, M. and Zhang,Y., *"Stress-dependent Permeability Variation and Mine Subsidence,"* Proc.39[th] U.S.Symp.on Rock Mech., Rock Mechanics in the National Interest, vol.I, pp.685-690, Washington, D.C., Jul.2001.

Diaz, A.P. and Roegiers, J.-C., *"Water Distribution  A Key Factor to Characterize Shale,"* Proc. 39th U.S.Symp.on Rock Mech., Rock Mechanics in the National Interest, vol.I, pp.99-106, Washington, D.C., Jul.2001.

Zeng, Z.-W. and Roegiers, J.-C., *"Modeling of Packer Influence in Hydraulic Fracture Initiation in Laboratory Tests,"* Proc. 39th U.S.Symp.on Rock Mech., Rock Mechanics in the National Interest, vol.I, pp.221-226, Washington, D.C., Jul.2001.

Dobroskok, A.A., Linkov, A.M., Myer, L. and Roegiers, J.-C., *"On a New Approach in Micromechanics of Solids and Rocks,"* Proc. 39th U.S.Symp.on Rock Mech., Rock Mechanics in the National Interest, vol.II, pp.1185-1190, Washington, D.C., Jul. 2001.

Bai, M., Mc.Lennan, J. and Roegiers, J.-C., *"A Comparative Analysis of Transport through Fracture Networks,"* Proc 39th U.S.Symp.on Rock Mech., Rock Mechanics in the National Interest, vol.I, pp.699-704, Washington, D.C., Jul. 2001.

Azeemuddin, M., Scott, T.E.Jr., Zaman, M. and Roegiers, J.-C., *"Stress-dependent Biot's Constant through Measurements on Ekofisk Chalk,"* Proc. 39th U.S.Symp.on Rock Mech., Rock Mechanics in the National Interest, vol. II, pp.1217-1222, Washington, D.C., Jul. 2001.

Zhang, J. and Roegiers, J.-C., *"Dual-porosity for Directional Boreholes,"* OilRock 2002, SPE/ISRM Rock Mech.Conf., Irving, Texas, SPE/ISRM 78240, Oct. '02.

30

Zhang, J. and Roegiers, J.-C., *"Borehole Stability in Naturally Deformable Fractured Reservoirs – A Fully Coupled Approach,"* SPE 77355, SPE Ann.Tech.Conf.and Exhibition, San Antonio, Sep./Oct. 2002.

Zeng, Z. and Roegiers, J.-C., *"Experimental Observation of Injection Rate Influence on The Hydraulic Fracturing of a Tight Gas Sandstone,"* OilRock 2002, SPE/ISRM Rock Mech.Conf., Irving, Texas, SPE/ISRM 78172, Oct.'02.

Bai, M., Meng, F., Roegiers, J.-C. and Green, S., *"Improved Determination of Stress-dependent Permeability for Anisotropic Formations using Numerical Analysis,"* OilRock 2002, SPE/ISRM Rock Mech.Conf., Irving, Texas, SPE/ISRM 76186, Oct.'02.

Gil, I. and Roegiers, J.-C., *"Borehole Design  Stability Considerations,"* OilRock 2002, SPE/ISRM Rock Mech.Conf., Irving, Texas, SPE/ISRM 78182, Oct.'02.

Bai, M., Green, S., Suarez-Rivera, R., Roegiers, J.-C. and Zhang, B., *"Modeling Waste Disposal Using a Comprehensive Couple Approach,"* Proc.2nd Int. Conf. On New Developments in Rock Mechanics and Rock Engineering, Shenyang, PRC, pp.365-368, Oct.'02.

Gil, I. and Roegiers, J.-C., *"Coupled Elasto-plastic Solution for Hydraulic afracturing of Unconsolidated Formations,"* Proc. 10th Congress of ISRM – 'Technology Roadmap for Rock Mechanics', vol.I, pp. 363-370, Sandton Convention Center, South African Institute of Mining and Metallurgy, Johannesburg, South Africa, Sep.'03.

Zeng,Z., Roegiers, J.-C. and Grigg R., *"Imaging the Initiation of Asymmetrical Hydraulic Fractures in Laboratory Experiments,"* SPE Ann. Tech.Conf.and Exh., Denver, Colorado, SPE 84578, Oct. '03.

Roegiers, J.-C., *"The Petroleum Approach to the State of In-situ Stresses,"* Keynote address to the 3rd Int.Symp.on Rock Stress – σ'₃, Kumamoto University, Japan, Nov.'03.

Zhang, J., Roegiers, J.-C. and Spetzler, H.A., *"Influence of Stress on Permeability around a Borehole in Fractured Porous Media,"* Proc. SinoRock Symp., Paper 2B06, 2004.

Zeng, Z.W., Roegiers, J.-C. And Grigg, R.B , *"Experimental Determination of Geomechanical and Petrophysical Properties of Jackford Sandstone – A Toght Gas Formation"*, Proc.GulfRock 2004, 6th North Am.Rock Mech.Symp. – 'Rock Mechanics Across Borders and Disciplines', Hosuton, Texas, ARMA/NARMS 04-562, June 2004.

Zhang, J. and Roegiers, J.-C., *"Double-porosity Finite Element Method for Inclined Borehole Modeling"*,

Roegiers, J.-C., *"The Godfather"*, Keynote Address, Fairhurst Colloquium, U.of Minnesota, Minneapolis, Oct.2004.

Zhang, J. and Roegiers, J.-C., *"Poroelastic Analyses of Rock Indentation Failure by a Drill Bit"*,40th U.S.Rock Mech. Symp., ARMA/USRMS 05-670, Anchorage, Alaska, June 2005.

Gil, I., R., Roegiers, J.-C., Hart,R., and Shimizu, Y., *"Modeling the Mechanical properties of Antler Sandstone using a Discrete Element Method"*, Proc. 40th U.S.Rock Mech Symp., 'Rock Mechanics for Energy, Minerals and Infrastructure in the Northern regions', ARMA/USRMS 05-717, Anchorage, Alaska, June 2005.

Gil, I., Hart, R., Roegiers, J.-C. And Shimizu, Y., *"Considerations on Hydraulic Fracturing of Unconsolidated Formations"*, Proc. EUROCK05, Brno, Czech Republic, May 2005.

Diaz, A., Diek, A. and Roegiers, J.-C., *"Chemoporoelastic Model for Transversely Isotropic Shale"*, Proc.Int.Symp. EUROCK2005, 'Impact of Human Activity on the Geological Environment', AA.Balkema, Brno, Czech Republic, pp.83-93, May 2005.

Gil, I. and Roegiers, J.-C.,*"The Effect of Fluid Leakoff on Rock Failure Mechanisms during Frac-pack Treatments"*, SPE Int.Symp. and Exh.on Formation Damage Control, Lafayette, Louisiana, SPE 98170, Feb.2006.

Gil, I. and Roegiers, J.-C., *"Wellbore Strengthening in Low-permeability Formations"*, Proc. EUROCK06, pp. 417-420, Liège, Belgium, May

31

'06.

Gil, I. and Roegiers, J.-C., *"New Wellbore Strengthening Method for Low Permeability Formations"*, ARMA/USRMS paper 06-1092, U.S. Rock Mech. Symp., 'Golden Rocks', Golden, Colorado, Jun. '06.

Gil, I., Roegiers, J.-C. and Moos, D., *"Wellbore Cooling as a Means to Permanently Increase Fracture Gradient"*, SPE #103256, 2006 SPE ATCE, San Antonio, Texas.

Li, G., Mizuta, Y. and Roegiers, J.-C., *"Determination of Field Stress from Local Stress Measurements using Inhomogeneous BEM Modeling"*, Proc.APCOM'07 in conjunction with EPMESC XI, Kyoto, Japan, Dec.'07.

Li, G., Lorwongngam, A. and Roegiers, J.-C., *"Critical Review of Leak-off Test as a Practice for Determination of In-situ Stresses"*, Proc. 43rd US Rock Mech.Symp., Asheville, North Carolina, ARMA 09-333, June 2009.

Tran, D.T., Pagoulatos, C.H., Sondergeld, N., Nguyen Canh, N. and Roegiers, J.-C., *"Quantifying Uncertainty of Rock Failure Parameters from Laboratory Triaxial Testings using Conventional and Multistage Approaches"*, 45th. U.S. Symp. Rock Mech., Salt Lake City, Utah, ARMA 10-263, June 2010.

Tran, D.T., Roegiers, J.-C. and Thiercelin, M., *"Thermally-induced Tensile Fractures in the Barnett Shale and their Implications to Gas Shale Fracability"*, 45th U.S. Symp. Rock Mech., Salt Lake City, Utah, ARMA 10-466, June 2010.

Diek, A., White, L., Roegiers. J.-C and Blankenship, D., *"A Fully-coupled Thermoporoelastic Model for Drilling in HPHT Formations"*, 12th Int. Congres on Rock Mech., Beijing, 2011, ARMA/ISRM 11-184.

Martinez, D. and Roegiers, J.-C., *"Discrete Element Modeling of Hydraulic Fracturing in Soft Formations"*, OTC (submitted)

***(iii) Other Publications***

Roegiers, J.-C. *"Etude du Phe   nome   ne du Renard,"* Thesis: Universite   de Lie   ge, Jun. '69.

Roegiers, J.-C. *"Moisture Problems at White Pine,"* prepared for the White Pine Copper Co., Michigan, Jan. '70.

Roegiers, J.-C. and Rummel, F. *"In-Situ Measurements by Hydraulic Fracturing,"* 4th Ann. Rock Mech. Short Course, University of Minnesota, Jun. '70.

Roegiers, J.-C. and Nelson, C. *"The Improved Performance of Rock Bolts Anchored with Resin,"* prepared for Selfix, Inc., London, Aug. '70.

Roegiers, J.-C., Thomas, M. and Fairhurst, C. *"Hydraulic Fracturing Tests in Green River Oil Shale,"* prepared for U.S. Bureau of Mines, Laramie, Wyoming, Nov. '70.

Roegiers, J.-C., Hudson, J.A. and Fairhurst, C. *A Note on Controlled Crack Growth in Hydraulic Fracturing of Rock,"* Mineral Resources Research Center, Report 24, Minnesota, Apr. '71.
5
Roegiers, J.-C. *"Determination of Thermal Expansion Coefficients,"* prepared for Control Data Corporation, Minneapolis, Jan. '73.

Roegiers, J.-C. *A Note on the Surface Displacement due to a Pressurized, Vertical Hydraulic Fracture,"* LASL internal report, Jul. '73.

Roegiers, J.-C. *"Hydraulic Fracturing Tests Performed at Clarendon, New York State,"* prepared for U.S. Geological Survey, Menlo Park, Oct. '73.

Roegiers, J.-C. *"The Importance of the Permeability Factor in In-Situ Stress Determinations,"* Penrose Conf. On Fracture Mechanics Earthquake Source Mechanisms, Aspen, Aug. '74.

Roegiers, J.-C. *"Report on the Mechanical Properties of the Fenton Hill Material,"* prepared for Los Alamos Scientific Laboratory - ABC, Los Alamos, New Mexico, Nov. '74.

Roegiers, J.-C. *"The Development and Evaluation of a Field Method for In-Situ Stress Determination Using Hydraulic Fracturing,"* Ph.D. Thesis, University of Minnesota, '74.

Roegiers, J.-C. *"The Development and Evaluation of a Field Method for In-Situ Stress Determination Using Hydraulic Fracturing,"* U.S. Army technical report nb. Rd-1-75, Mar. '75.

Roegiers, J.-C. *"Easterly Filtration Plant Intake Tunnel - Municipality of Metropolitan Toronto - Laboratory Core Testing,"* prepared for Franklin Trow Associates, Ltd., Toronto, Jun. '75.

Roegiers, J.-C. *"Cable Tunnel Crossing Strait of Belle Isle - Laboratory Testing,"* prepared for Harrison, Bradford Associates, St. Catharines, Jun. '75.

Roegiers, J.-C. *"Vibration Study of Roller Mill Foundation - St. Mary's Cement Company - Plant #1,"* prepared for Reid Crowther Bendy International Ltd., Toronto, Jul. '75.

McLennan, J.D. and Roegiers, J.-C. *A Synthesis of Stress Measurements in Ontario,"* prepared for Franklin Trow Associates, Ltd., Dec. '75.

Roegiers, J.-C. *"Strait of Belle Isle Crossing  (i) Rock Mechanics Instrumentation Program in Shafts and Tunnels at Newfoundland and Labrador Sites. (Oct. '75) (ii) Geological and Geotechnical Exploration Program (Dec.  75),"* prepared for Gull Island Power Co., Ltd.

Roegiers, J.-C. *"In-Situ Stress Determination at the Strait of Belle Isle,"* prepared for Gull Island Power Co., Ltd., Dec. '75.Freeze, R.A., Tath, J., Meneley, W. Roegiers, J.-C.  *"Hydrogeology,"* 'The Geosciences in Canada - 1976'; Status report prepared for Can. Geoscience Council, publ. Geol. Survey of Canada.

Roegiers, J.-C. *"Underground Oil Storage - Ironton Mine - Laboratory Core Testing,"* prepared for Acres American Incorporated, Buffalo, New York, Sep. '76.

Roegiers, J.-C. *"Flow of Liquid and Liquid Gas Mixtures in Fractured Rock,"* prepared for Acres Consulting, Niagara Falls, Ontario, Dec. '76 (PRAI proposal also ERDA proposal in Jul. '77).

Roegiers, J.-C. *"Results of Laboratory Tests 1C4 IC? 1C8 BC4,"* prepared for Geocon, Toronto, Feb. '77.

Roegiers, J.-C.  *Laboratory Investigation of Coal Froth,"* prepared for Stone Webster, Toronto, Sep. '77.

Roegiers, J.-C. *"Results of Laboratory Tests - Project 771082 771174,"* prepared for Golder Associates, Toronto, Oct. '77.

Roegiers, J.-C. and Thompson, J.C. *"Stress Relief and Rock Movement Associated with the Construction of the Hamilton Mountain Trunk Sewer,"* Summary of Field Work, by the Geological Branch ed. by V.G. Milner, OL. White, R.B. Barlow, and J.A. Robertson, Out. Geol. Surv. Misc. Paper 75, pp. 166-167, '77.

Roegiers, J.-C., McLennan, J.D. and Thompson, J.C. *"Hamilton Mountain Trunk Sewer - Stage 4 - Rock Movements and Stress Relaxation,"* prepared for Ministry of Housing, Toronto, Jan. '78.

Roegiers, J.-C. *"Backfilled Underground Stope - Falconbridge Nickel Mines, Ltd.-Strathcona Mines, Ontario,"* prepared for Dames Moore, Toronto, Feb. '78.

Roegiers, J.-C. *"Review of Stress Data in Northeastern United States,"* prepared for Acres American Incorporated, Apr. '78. Acres American Inc. (co-author) *"Injection of Radioactive Waste by Hydraulic Fracturing at West Valley, New York,"* prepared for Argonne National Laboratory, Vols. 1, 2, 3 and Suppl. 1, May '78.

Roegiers, J.-C. and McLennan, J.D. *"Numerical Modeling of Pressurized Fractures,"* University of Toronto, Dept. of Civil Engineering, ISBN 0316-7968, Pub. 78-08, Oct. '78.

Roegiers, J.-C., Bawden, W.F. and Curran, J.H. *"Two-phase Fluid Flow in Deformable Rock Fractures,"* progress report to Energy, Mines Resources, Ottawa, University of Toronto, Nov. '78.

Roegiers, J.-C. and Fairhurst, C. *"In-Situ Stress Field at Site P,"* report for the U.S. Army Corps of Engineers, Omaha, Nebraska, Dec. '78.

Roegiers, J.-C. *"Hamilton Mountain Trunk Sewer - Investigation of Backfill,"* prepared for Ontario Ministry of Housing, Dec. '78.

Roegiers, J.-C. *"Underground Nuclear Power Study - Hydrofracturing Stress Movements - Hole UNI - Darlington CS.,"* review of report 78250 for Ontario Hydro, Jan. '79.

Roegiers, J.-C. and Bawden, W.F. *"Revelstoke Project - Assessment of Specific Rock Excavation,"* prepared for American Home Insurance Company, Apr. '79.

Roegiers, J.-C. and McLennan, J.D. *"Midwest Lake Rock Sample Testing,"* prepared for Golder Associates, Apr. '79.

Roegiers, J.-C. and McLennan, J.D. *"Stress Measurements - Hydrofracturing Technique - PNPP Cleveland Electric Illuminating Company,"* prepared for Gilbert Associates, Reading, Pennsylvania, Jul. '79.

Roegiers, J.-C. and Kenney, T.C. *"Soil Mechanics I - Laboratory Manual,"* University of Toronto, Dept. of Civil Engineering, 4th edition, Aug. '79.

Roegiers, J.-C. and Gagg, C. *"Rock Mechanics I - Laboratory Manual,"* University of Toronto, Dept. of Civil Engineering, 3rd edition, Aug. '79.

Roegiers, J.-C. *"Detection of Hydraulic Fracture Geometries Through Passive Seismic Emissions - A Review,"* prepared for Dowell, Aug. '79.

Roegiers, J.-C. *"St. Mary's Quarry, Bowmanville - Rock Sample Testing,"* prepared for Ontario Hydro Research, Oct. '79.

Roegiers, J.-C. *"Preliminary Feasibility of Underground Aggregate Mining in the Niagara Escarpment – Preliminary Rock Mechanics Considerations Based on Laboratory Testing Data,"* prepared for Gartner - Lee Associates, Buttonville Airport, '80.

Roegiers, J.-C. Wiles, T.D. *Laboratory Investigations of Rabbit Lake (Saskatchewan) Rock Cores,"* prepared for Geocon, Jun. '81.

Roegiers, J.-C. *"Teaching of Rock Mechanics,"* prepared for ISRM Commission, Sept. '81.

Roegiers, J.-C. *"Fracturing From Extended Reach and or Horizontal Boreholes,"* Schlumberger Workshop, SCR/WP/1987/001/R, pp. 260-271, May '87.

Murdoch, L.C., Holzhauzen, C., Roegiers, J.-C. and Ben Naceur, K. *"Innovative Delivery and Recovery Systems Hydraulic Fracturing- Part LA Survey of Previous Work and Basic Principles,"* report to EPA, Contract #68-03-3379 to Center Hill Research Facility, University of Cincinnati, Oct. '87.

Roegiers, J.-C. *Laboratory Testing Data - Limestone Aggregate,"* prepared for Anchor Stone Company, Tulsa, Oklahoma, Apr. '89.

Roegiers, J.-C., Blankenship, D. and El Rabaa, W. *"In-Situ Stress Determination at Spy Hill,"* prepared for International Minerals Chemicals Corporation (Canada) Ltd., K2-Mine, Esterhazy, Saskatchewan, May '89.

Van Sambeek, L. and Roegiers, J.-C. *"Geotechnical Characterization of the Texas Superconducting Super Collider Site - Hydraulic Fracturing Tests - Boring BE5,"* Topical Report RSI-0369, report from RE/SPEC, Inc. to Southwestern Laboratories, Mar. '90.

Roegiers, J.-C. and Neda, J. *"Rock Mechanics Study of the Boqueron Field, Monagas, Venezuela,"* prepared for Lagoven SA., Maturin, Oct. '91.

Roegiers, J.-C. and Neda, J. *"Rock Mechanics Study of the Budare Field,"* prepared for Corpoven, SA., Puerto La Cruz, Venezuela, Sept. '92.

Roegiers, J.-C. and Neda, J. *"Rock Mechanics Study of the North Monagas Field,"* prepared for Corpoven, SA., Puerto La Cruz, Venezuela, Sept.'92.

Roegiers, J.-C. and Neda, J. *" Summary of Joint Geomechanical Study – North Monagas Field,"* prepared for Intevep, 1993.

Zaman, M., Roegiers, J.-C., Abdulraheem, A., Azeemuddin, M. and Mowar, S. *"Study of Pore Collapse Problems in Oil Reservoir Rocks,"* prepared for the Oklahoma Center for the Advancement of Science and Technology, Dec. '93.

Cui, L., Cheng, A.H.-D., Kaliakin, V., Abousleiman, Y. and Roegiers, J.-C. "Finite Element Analyses of Anisotropic Poroelastic Problems," Computer Methods and Advances in Geomechanics, pp. 1567-1572, 1994.

*(iv) Books*

Roegiers, J.-C. *"Elements of Rock Mechanics"* - Chapter 2 in **Reservoir Stimulation**, M.J. Economides and K.G. Nolte, editors, publ. by Schlumberger Educational Services, 1987.

Roegiers, J.-C. *"Elements of Rock Mechanics"* -Chapter 2 in **Reservoir Stimulation** -**Second Edition**, M.J. Economides and K.G. Nolte, editors, Prentice-Hall, 1989.

McLennan, J.D , Roegiers, J.-C. and Economides, M.J. *"Extended Reach and Horizontal Wells"* -Chapter 19 in **Reservoir Stimulation - Second Edition**, M. J. Economides and K. C. Nolte, editors, Prentice-Hall, 1989.

Pariseau, W.G., Bolstad, D.D., Brady, B.H.G., Dowding, C.W., Hanson, KB., Porter, D.D., Roegiers, J.-C. and Zimmerman, R.M. **Rock Mass Modification**, Ann. Review of U.S. Progress in Rock Mechanics, National Academy Press, 1990.

Economides, M.J., McLennan, J.D., Brown, B. and Roegiers, J.-C. *"Performance and Stimulation of Horizontal Wells"*. Chapter 15 in **World Oil's Handbook of Horizontal Drilling and Completion Technology**, Gulf Publishing Co., Houston, 1991.

**Rock Mechanics as a Multidisciplinary Science**, J.-C. Roegiers, editor, Proc. 32nd U.S. Symposium on Rock Mechanics, Balkema, 1991.

Roegiers, J.-C., Corp., EL., Cook, N.G.W., Guenot, A., McLennan, J.D., Paillet, F.L. and Vardoulakis, I. Stability, **Failure and Measurements of Boreholes and Circular Openings** -Nat. Academy Press, Washington, D.C., 1993.

Roegiers, J.-C. *"The Use of Rock Mechanics in Petroleum Engineering  General Overview"* -Chapter 24 in **Comprehensive Rock Engineering**: **Principles**, Practice Projects, vol. 5, "Surface and Underground Project Case Histories," Pergamon Press, 1993.

Argon, AS., Cook, N.G.W., Cooper, G.A., Herron, M.M., Laubach, SE., Maurer, W.C., Monsees, JE., Pye, D.S., Roegiers, J.-C., Shchukin, ED. And Zoback, M.D. **Drilling and Excavation Technologies for the Future**, Committee on Advanced Drilling Technologies, National Research Council, National Academy of Sciences, Washington, D.C., 1994.

Bai, M., Abousleiman, Y., Inyang, H.I., Mo, H. and Roegiers, J.-C. *"Analysis of Capture Zone and Pump-and-Treat Method in Fractured Rocks,"* Chapter 2 in **Remediation in Rock Masses**, H.I.Inyang and C.J.Brunell editors, ASCE Press, Special volume, 2000.

Thiercelin, M.C. and Roegiers, J.-C. *"Formation Characterization  Rock Mechanics,"* Chapter 3 in  **Reservoir Stimulation – 3rd Edition**, M.J. Economides and K.G.Nolte editors, John Wiley & Sons, West Sussex, England, 2000.

Roegiers, J.-C., *"Well Modeling  An Overview,"* in **Oil and Gas Science and Technology, Rev. IFP,** vol.57, nb.5, pp.569-577. Pascal Longuemare (ed.), Editions Technip, 2002.

***(v) Rock Mechanics Research Center Reports (as Director of the S/IUCRC's RMC)***

Wang, H.  *Application of Fractional Factorial Experimental Design to Rock Mechanics Problems,"* RMRC-92-01, Sept. '92.

Abousleiman, Y., Cheng, A.H-D. and Jiang, C.  *"Applications of Poroviscoelasticity to Rock Mechanics Processes,"* RMRC-93-01, Mar. '93.

Bai, M.  *"Determination of Steady State Stress-Dependent Permeability,"* RMRC-93-02, Jan. '93.

Abdulraheem, A.  *"Constitutive Modeling and Numerical Simulation of Compacting Reservoir Rocks,"* RMRC-93-03, Mar. '93.

Scott, T. Ma, Q.  *Acoustic Velocity Anisotropies Induced During Triaxial Compression of Berea Sandstone,"* RMRC-93-04, Mar. '93.

Germanovich, L., Lee, K.K., Dyskin, A. and Salganik, R.L.  *"Study of Three-Dimensional Crack Initiation and Propagation in Transparent Brittle Material Subject to Compression, Part I Laser Crack Initiation,"* RMRC-93-05, Mar. '93.

Roegiers, J.-C. and Neda, J.  *"Geomechanical Study of the North Monagas Field, Phase III"* Vols. I - VI, RMRC-93-06, Mar. '93.

Germanovich, L., Dyskin, A. and Salganik, R.L.  *"Mechanisms of Rock Brittle Fracture in Compression,"* RMRC-93-07, Sep. '93.

Bai, M.  *"Mass and Storage Interaction in Double-Porosity Media,"* RMRC-93-08, Sept. '93.

Ma, Q. and Scott, TB.  *"Modeling Acoustic Velocity Anisotropy Induced During Triaxial Tests of Rocks,"* RMRC-93-09, Sept. '93.

Abdulraheem, A.  *"NARCASS User's Manual-Nonlinear Finite Element Package for the Simulation of Compacting Reservoirs and the Associated Surface Subsidence,"* RMRC-93-10, Oct. '93.

Abousleiman, Y. and Yuan, Y.  *"Poroelastic Effects in Mini- and Micro-hydraulic Fracturing,"* RMRC-93-11, Oct. '93.

Scott, TB., Ma, Q. and Reches, Z.  *Acoustic Tomographic Imaging of Dynamic Stress Fields,"* RMRC-93-12, Oct. '93.

Scott, TB., Azeemuddin, A. and Zaman, M.  *Acoustic Velocity Anisotropies in Cordoba Cream Limestone During Different Deformational Stress Paths,"* RMRC-93-13, Oct. '93.

Germanovich, L. and Lee, K.K.  *"Study of Three-Dimensional Crack Inititation and Propagation in Transparent Brittle Material Subject to Compression,"* RMRC-93-14, Oct. '93.

Abousleiman, Y. and Roegiers, J.-C.  *"Special Report Submitted to Cross Timbers Operating Company,"* RMRC-94-01, Jan. '94

Bai, M.  *"Thermoelastic Effects on Fluid Flow in Naturally-Fractured Reservoirs,"* RMRC-94-03, May '94.

Khan, A., Bai, M. and Meng, F.  *"Experimental Study on Thermoelastic Properties of Reservoir Rocks,"* RMRC-94-04, May '94.

Ghassemi, A.  *"Two- and Three-Dimensional Poroelastic Displacement Discontinuity Methods for Hydraulic Fracture Simulation,"* RMRC-94-05, May '94.

Germanovich, L.N.  *"Failure Criteria, Part I. General Concepts and Engagement of Catastrophe Theory,"* RMRC-94-06, Nov. '94.

Ma, Q., Lin, Z.-M., Scott, TB. and Young, R.A.  *"A Comparison of Acoustic Tomographic Imaging Techniques Using Physical and Mathematical Models,"* RMRC-94-07, May '94.

Germanovich, L.N. and Grekov, M.A.  *"Modeling Borehole Breakouts in Brittle Rock, Part I Elastic Problem for a Crack Growing in Compression Near a Straight Surface,"* RMRC-94-08, May '94.

Lin, D.  *"Pore Collapse Mechanism and Modeling,"* RMRC-94-09, May '94.

Yuan, Y.G. and Abousleiman, Y.  *"McFrac Simulator - Part II, A Pseudo-Explicit Finite Difference Scheme,"* RMRC94-10, May '94.

Liu, Z.-M., Scott, T.E., Ma, Q. and Young, R.A.  *"Wavefront Propagation Through Composite Core Models,"* RMRC-94-11, May '94.

Scott, T.E.  *Acoustic Emission During Hydrostatic Compression of Hollow Cylinders of Berea Sandstone,"* RMRC-94-12, May '94.

Scott, T.E. and Ma, Q.  *Acoustic Tomographic Difference Imaging of Dynamic Stress Fields,"* RMRC-94-13, May '94.

Chhajlani, R., Abousleiman, Y. and Scott, Jr., T.E.  *"Effect of Stress Variation on Biot's Parameter,"* RMRC-94-14, May '94.

Germanovich, L.N., Lee, K.K. and Roegiers, J.-C.  *"Three-Dimensional Crack Initiation and Propagation in Transparent Brittle Material Subject to Compression, Part III Experimental Results on Uniaxial Compression of Frozen PMMA Samples,"* RMRC-94-15, Sep. '94.

Lee, K.K.  *Analysis of Crack Initiation and Propagation Techniques in Compression,"* RMRC-94-16, '94.

Rodriguez, A., Lin, D. and Roegiers, J.-C.  *"Mechanical Properties of an Elastic Solid Containing Non-Randomly Oriented Cracks,"* RMRC-94-17, Nov. '94.

Bai, M.  *"Flow and Transport Modeling in Naturally-Fractured Reservoirs,"* RMRC-94-18, Nov. '94.

Bai, M. and Meng, F.  *"Study of Naturally-Fractured Reservoirs Using Three-Dimensional Finite Elements,"* RMRC-94-19, Nov. '94.

Sanchez, M. and Lin, D.  *A Two-Phase Model for Flow and Deposition of a Suspension of Sand in a Viscously Deformable Gravel-pack,"* RMRC-94-20, Nov. '94.

Scott, T.E. and  Ma, Q.  *Acoustic Tomographic Imaging of Compaction During Confined Indentation Tests in Limestone,"* RMRC-94-21, Nov. '94.

Scott, T.E., Abousleiman, Y. and Reches, Z.  *"Evaluation of Fault Sealing Mechanisms in Hydrocarbon Reservoirs  A Rock Mechanics Approach,"* RMRC-94-22, Nov. '94.

Ma, Q., Scott, TB., Liu, Z.M. and Young, R.A.  *"Changes in Acoustic Wave Velocity, Amplitude, and Attenuation Across a Region of Highly Stressed Rock,"* RMRC-94-23, Nov. '94.

Neda, J., Rangel, M., Roegiers, J.-C., Lin, D., Mo, H., Chen, J. and Abousleiman, Y.  *"Dilatancy as a Precursor for Sanding,"* RMRC-95-01, Jun. '95.

Roegiers, J.-C. *"Special Report for Mack Energy Company,"* RMRC-95-02, Jun. '95.

Krishnan, C.  *"Experimental Evaluation of Physical and Mechanical Properties of Natural Antler Sandstone,"* RMRC-95-03, 1995.

Ma, Q.  *"Acoustic Tomography and Its Application in Laboratory Testing of Reservoir Rocks,"* RMRC-95-04, 1995.

Yuan, Y.G. and Abousleiman, Y.  *"McFrac Simulator—Part III Newton-Raphson Scheme for Convergence,"* RMRC-96-01, June '96.

Yuan, Y.G. and Abousleiman, Y.  *"McFrac Simulator—Part IV  User Manual,"* RMRC-96-02, June '96.

Cui, L. and Abousleiman, Y.  *"Stability Analysis of an Elliptical Borehole in an Isotropic Poroelastic Medium,"* RMRC-96-03, June '96.

Scott, Jr., T.  *"Compressional and Shear Wave Velocity Measurements on Coal, Sandstone, and Shale Samples,"* RMRC-96-04, Feb. '96.

37

Germanovich, L.N., Galybin, A.N., Dyskin, A.V. and Mokhel, A.N. *"Modeling Borehole Breakouts in Brittle Rocks, Part II Borehole Stability in Laminated Rock,"* RMRC-96-05, June '96.

Ghassemi, A. *"Three-Dimensional Poroelastic Hydraulic Fracture Stimulation Using the Displacement Discontinuity Method,"* RMRC-96-06, Aug. '96.

Ekbote, S., Cui, L. and Abousleiman, Y. *"PBore-3D for Windows, Version 1.01,"* RMRC-96-07, Dec. '97.

Cui, L. and Abousleiman, Y. *"Time-Dependent Solution and Failure Analysis for Inclined Boreholes,"* RMRC-96-08, Dec. '96.

Kanj, M. and Roegiers, J.-C. *"Development of Tight Oil Reservoirs A Critical Review (Part 1),"* RMRC-97-01, Mar. '97.

Scott, T.E.. *"Growth of Faults in the Dobbs Valley Formation of Texas,"* RMRC-97-02, Apr. '97.

Ekbote, S., Cui, L. and Abousleiman, Y. *"PBore-3D for Windows, Version 1.02,"* RMRC-97-03, May '97.

Diek, A. and Ghassemi, A. *"Shale Stability Project (Overview),"* RMRC-97-04, Apr. '97.

Bakala, M., *"Fracture Propagation in Sediment-like Materials,"* RMRC-97-05, Apr. '97.

Zheng, H., Kanj, M. and Roegiers, J.-C. *"Development of Tight Oil Reservoirs A Critical Review (Part 2),"* RMRC-97-06, July '97.

Meng, F. and Bai, M. *"Modeling Flow in Oblique Fractured Porous Media in Arbitrary Stress Field,"* RMRC-97-07, Oct. '97.

Ekbote, S., Cui, L. and Abousleiman, Y. *"PBore-3D for Windows, Version 2.01,"* RMRC-97-08, Nov. '97.

Nair, R., Ahsan, S. and Zaman, M. *"Physical Modeling of Fracturing of Soft Sediments Using Gelatin Samples,"* RMRC-97-09, Nov. '97.

Cui, L., Ekbote, S., Abousleiman, Y. and Zaman, M. *"Poroelastic Analysis of Boreholes with Impermeable Walls* RMRC-97-10, Nov. '97.

Cao, J., Master's Thesis, *"Modeling of Flow and Transport in Anisotropic and Heterogeneous Porous Media,"* RMRC-97-11, Aug. '97.

Sanchez Dagger, M.A., Ph.D. Dissertation, *A Fully-Coupled Two-Phase Flow and Rock Deformation Model for Reservoir Rock,"* RMRC-97-12, 1997.

Meng, F. andBai, M. *"Two-Phase Fluid Flow in Deformable Fractured Formations Finite Element Approach,"* RMRC-98-01, May '98.

Shu, Z., Bai, M. and Zaman, M. *"Two-Phase Fluid Flow in Deformable Fractured Formations Finite Difference Approach,"* RMRC-98-02, April '98.

Bloch, M. and Cui, L. *"A Poroviscoelastic Approach to In-Situ Stress Determination Using Anelastic Strain Recovery,"* RMRC-98-03, May '98.

Santagati, A., Bai, M. and Zaman, M. *An Improved Model for Solute Transport in Fractured Porous Media,"* RMRC-98-04, April '98.

Bai, M. and Roegiers, J.-C. *A Preliminary Investigation of the Effects of the Strong Roof and Floor Water Intrusion in the Handan Mines,"* RMRC-98-05, May '98 *Confidential Report to Hebei Institute of Architectural Science and Technology.*

Zhang, J. and Bai, M. *Analysis of Experimental Data of Fracture Aperture Flow Rate and Stress-Dependent Permeability,"* RMRC-98-08, Nov. '98.

Meng, F. and Bai, M. *"Case Study of Two-Phase Fluid Flow and Deformation in Fractured Specimen,"* RMRC-98-09, Nov. '98.

Bloch, M., Cui, L. and Abousleiman, Y. *"Viscoelastic and Poroviscoelastic Analyses of the Rock Deformation During the Coring Process,"* RMRC-98-11, Nov. '98.

Scott, TB., Nair, R. and Zaman, M. *"Experimental Simulation of Drill-Cuttings Reinjection in Poorly Consolidated Reservoir Formations,"* RMRC-98-12, Oct. '98.

Cui, L. and Abousleiman, Y. *"Poroelastic Solution for Cylinders Subjected to Axial Loading and Confining Pressure,"* RMRC-98-13, Nov. '98.

Meng, F., *"Three-Dimensional Finite Element Modeling of Two-Phase Fluid Flow in Deformable Naturally Fractured Reservoirs,"* Ph.D. Dissertation RMRC-98-14, Dec. '98.

Meng, F. *"MULTL FOR User Manual for the Two-Phase Three-Dimensional Program,"* RMRC-98-15, Nov. '98.

CONFIDENTIAL PER BP



2
CONFIDENTIAL PER BP



3
CONFIDENTIAL PER BP



4
CONFIDENTIAL PER BP

# APPENDIX C:  LIST OF CONSIDERED MATERIALS

| **MDL Exhibits:** |
| --- |
| Ex. 10841 |
| Ex. 10845 |
| Ex. 10853 |
| Ex. 2886 |
| Ex. 2891 |
| Ex. 2897 |
| Ex. 3533 |
| Ex. 6397 |
| Ex. 8615 |
| Ex. 8769 |
| Ex. 8770 |
| Ex. 8771 |
| Ex. 8772 |
| Ex. 8773 |
| Ex. 8774 |
| Ex. 8775 |
| Ex. 8776 |
| Ex. 8777 |
| Ex. 8778 |
| Ex. 8781 |
| Ex. 8786 |
| Ex. 8787 |
| Ex. 8788 |
| Ex. 8789 |
| Ex. 8790 |
| Ex. 8791 |
| Ex. 8792 |
| Ex. 8793 |
| Ex. 8794 |
| Ex. 8795 |
| Ex. 8796 |
| Ex. 8797 |
| Ex. 8798 |
| Ex. 8799 |
| Ex. 8987 |
| Ex. 9050 |

| |
|---|
| Ex. 9051 |
| Ex. 9052 |
| Ex. 9053 |
| Ex. 9054 |
| Ex. 9055 |
| Ex. 9056 |
| Ex. 9057 |
| Ex. 9058 |
| Ex. 9059 |
| Ex. 9060 |
| Ex. 9061 |
| Ex. 9062 |
| Ex. 9063 |
| Ex. 9064 |
| Ex. 9065 |
| Ex. 9066 |
| Ex. 9067 |
| Ex. 9068 |
| Ex. 9069 |
| Ex. 9070 |
| Ex. 9071 |
| Ex. 9072 |
| Ex. 9073 |
| Ex. 9074 |
| Ex. 9075 |
| Ex. 9320 |
| Ex. 9767 |
| **Bates Nos.** |
| BP-HZN-2179MDL00195208 |
| BP-HZN-2179MDL00356996 |
| BP-HZN-2179MDL00426907 |
| BP-HZN-2179MDL00426908 |
| BP-HZN-2179MDL0088853 |
| BP-HZN-2179MDL01937265 |
| BP-HZN-2179MDL02394185 |
| BP-HZN-2179MDL02631481 |
| BP-HZN-2179MDL03693851 |
| BP-HZN-2179MDL04367671 |
| BP-HZN-2179MDL04367672 |

| |
|---|
| BP-HZN-2179MDL04367673 |
| BP-HZN-2179MDL07791463 |
| BP-HZN-CEC011511 |
| DSE-001-007122 |
| IMV402-001149 – IMV402-001150 |
| PNL001-010764 – PNL001-010795 |
| WFT-MDL-00039352 |
| WFT-MDL-00039838 |
| WFT-MDL-00039840 |
| WFT-MDL-00039841 |
| WFT-MDL-00058144 |
| WFT-MDL-00058199 |
| WFT-MDL-00070779 |
| WFT-MDL-00082953 |
| WFT-MDL-00129618 |
| **MDL Deposition Transcripts, Expert Reports, Expert Disclosures** |
| Deposition Transcript of Robert Merrill (Jan. 15-16, 2013) |
| Deposition Transcript of Graham Vinson (Sept. 18-19, 2012) |
| Deposition Transcript of Jaime Loos (Sept. 20, 2012) |
| Deposition Transcript of Paul Hsieh (Sept. 11-12, 2012) |
| Expert Report of Dr. Mohan Kelkar & Dr. Rajagopal Raghavan (March 22, 2013) |
| Expert Report of Dr. Martin Blunt (May 1, 2013) |
| Expert Report of Dr. Robert Zimmerman (May 1, 2013) |
| United States District Court - Eastern District of Louisiana, "BP and Anadarko's Phase Two Disclosures of Non-retained Quantification Expert Witnesses Not Required To Provide Written Reports" (May 1, 2013) |
| **Articles and Other Materials** |
| Boyce, R.E., "Laboratory-determined Sound Velocity, Porosity, Wet-bulk Density, Acoustic Impedance, Acoustic Anisotropy, and Reflection Coefficients for Cretaceous-Jurassic Turbidite Sequences at Deep Sea drilling Project Sites 370 and 416 Off the Coast of Morocco", Chap. 48, Physical Properties and reflection Coefficients, Dec. 1981. |
| Britt, L., Smith, M., et al., "Rotary Sidewall Cores – A Cost Effective Means of Determining Young's Modulus, Society of Petroleum Engineers," SPE 90861 (September 2004), prepared for presentation at the SPE Annual Technical Conference and Exhibition, Houston, TX, Sept 2004. |
| Fertl, W.H., Cavanaugh, R.J., Hammack, G.H. "Comparison of Conventional Core Data, Well Logging Analyses, and Sidewall Samples," Journal of Petroleum Engineering, at 1411 (Dec. 1971) |
| Koepf, E.H., Granberry, R.J., "The Use of Sidewall Core Analysis in Formation Evaluation," Members AIME, SPE Formation Evaluation, 1635-G, May 1961. |
| Lo, T.W., Coyner, K.B. & Toksoe, N., "Experimental Determination of Elastic Anisotropy of Berea Sandstone, Chicopee Shale, and Chelmsford Granite," Geoph., vol. 51, nb.1, pp. 164-171, Jan. 1986. |

| |
|---|
| Proposal for Establishing a Working Group on ISRM Suggested Method for Uniaxial Strain Compressibility Testing |
| Schutjens, P., Heidug, W., "On the Pore Volume Compressibility and its Application as a Petrophysical Parameter", 9th Bien.Int.Conf & Expo.on Pet. Gephyscs, Hydrabad, 2012, Paper P-512. |
| Shafer, J., Vorhaben, K., Boitnott, G. "Large Pressure Depletions In Ultra Deepwater GoM Reservoirs Can Significantly Reduce Near Well Bore Permeability And Pore Volume," Proceedings of the International Symposium of the Society of Core Analysts held in Aberdeen, Scotland, UK, 27-30 August, 2012. |
| Thomsen, L.,"Weak Elastic Anisotropy", Geoph., vol. 51, nb. 10, Oct. 1986. |
| Voight, B., "Determination of the Virgin State of Stress in the Vicinity of a Borehole from Measurements of a Partial Anelastic Strain Tensor in Drill Cores," Felsmech. Ingenieurgeol., vol. 6, 1968. |
| Von Gonten, W.D., Chouddhery, H.K., "The Effect of Pressure and Temperature on Pore Volume Compressibility," 44th Ann. Fall Meeting, Denver, SPE 2526 (1969). |
| Weatherford Laboratories, Conventional Core http://www.weatherfordlabs.com/resources/sample-types/conventional-core |
| Weatherford Labs, Rotary Sidewall Cores, http://www.weatherfordlabs.com/resources/sample-types/rotary-sidewall-cores |
| Willson, Stephen, "Pore Volume Compressibility in Weakly-Cemented Sandstones," SPE-GCS Reservoir Study Group (BP Presentation dated Nov. 15, 2008) |
| Wilson, A. "Post-Macondo Drilling in Deepwater Gulf of Mexico Faces Added Challenges", J.of Pet.Tech., April 2013, pp.83-87 |
| Yale, D.P., Nabor, G.W., Russell, J.D., Pham, H.D., Yousef, M., "Application of Variable Formation Compressibility for Improved Reservoir Analysis,"68th Ann. Tech. Exh., Houston, Oct. 1993, SPE 26647 |
| Zoback, M.D., Moos, D., Mastin, L., and Anderson, R.N., "Wellbore Breakouts and In-situ Stress," J. Geoph. Res., vol.90, 1985. |