# Exhibit 6

## Excerpt from Dr. Aaron Zick Initial Expert Report

## May 1, 2013

# EXPERT REPORT
## U.S. v. BP Exploration & Production, Inc., et al.

### EQUATION-OF-STATE FLUID CHARACTERIZATION AND ANALYSIS OF THE MACONDO RESERVOIR FLUIDS

**Prepared on Behalf of the United States**

Prepared by:
Aaron A. Zick
Zick Technologies, Inc.

---
Aaron A. Zick

March 22, 2013

11490
Exhibit No. _____
Worldwide Court Reporters, Inc.

CONFIDENTIAL

## 8. FLUID SEPARATION PROCESSES

The previous sections of this report address the creation and validation of my Macondo EOS, which was provided to other DOJ experts in their work to estimate the Macondo flow rates. This section turns to another subject: the significance of the process through which oil is produced. The process is very important because it directly affects the volume of stock tank oil recovered at surface conditions.[13] Not surprisingly, oil companies have developed strategies to maximize stock tank oil production, as I discuss below.

Oil companies can use a number of different strategies to separate a stable stock tank oil from a reservoir fluid by removing dissolved gas. The simplest approach—though not one used frequently in industry practice—is a single-stage separation that takes the reservoir fluid from its conditions of reservoir temperature and pressure directly to stock tank conditions (usually defined as 60 F and 1 atm). Far more common in the industry, however, are multistage separation processes. In a multistage separation, the fluid produced from the well is passed through several separators in sequence, usually at declining temperatures and pressures, in order to bring the fluid to stock tank conditions more gradually and to reduce the shrinkage that occurs when a reservoir fluid is brought directly to stock tank conditions. In other words, by using a multistage separation process, oil companies are able to maximize the amount of gas that stays dissolved in the stock tank oil, thus maximizing the volume of stock tank oil produced from a reservoir. This makes economic sense because stock tank oil (which is sold by the barrel) is far more valuable, commercially, than any separated gas.

I can illustrate the importance of the separation process by comparing a single-stage and a four-stage process for my EOS model's average reservoir fluid. The single-stage process takes the fluid from the reservoir temperature of 243 F and the calculated saturation pressure of 6679.85 psia directly to stock tank conditions (60 F and 1 atm). The four-stage process is specified in **Table 9** of Appendix E. BP directed the three PVT laboratories (Pencor, Intertek and Schlumberger) to use the four-stage separation process for an experimental determination of the Macondo samples' FVFs, SFs, and GORs.[14] The straightforward EOS calculations of FVF, SF, and GOR for the two separation processes yield the results shown in **Table 3**. The resulting volume of stock tank oil is directly

---

[13] There is often a lot of confusion about the definition of *stock tank oil* and a reservoir fluid's *formation volume factor* (FVF), *shrinkage factor* (SF, the inverse of FVF), and *gas-oil ratio* (GOR). These concepts are poorly defined. None is an intrinsic property of a reservoir fluid. Reservoir oil can be converted to stock tank oil through any number of processes, including differential liberation expansions, single-stage separations, or multistage separations, to name a few. The FVF, SF, and GOR help quantify the conversion from reservoir oil volumes to stock tank oil volumes, but their values depend on the conversion process chosen. Thus, in the absence of information about the initial conditions, the final conditions, and the conversion process used, these terms do not have clear meaning.

[14] Pencor Volatile Oil Reservoir Fluid, Report No. 36126-19-5010068508, June 30, 2010 (BP-HZN-2179MDL00063084), Pencor Volatile Oil Reservoir Fluid, Report No. 36126-53-5010068379, June 10, 2010 (BP-HZN-2179MDL01872218), Schlumberger Fluid Analysis on Macondo Samples, June 9, 2010 (BP-HZN-MDL217900062844-62893), Intertek Multistage Separator Test Final Report WTC-10-001812, June 10, 2010 (BP-HZN-MDL217904440978-998. Because BP requested that each PVT lab perform a multistage separator test at those conditions for each sample, it seems likely that BP had projected their production separators for the Macondo well to operate at those conditions.

*Expert Report of Aaron Zick*      *Zick Technologies*

proportional to SF. Also shown are the percentage differences between the two processes for each result. The bottom line is that the 4-stage process specified by BP will result in 11.1% more stock tank oil than will the single-stage process, simply because it stabilizes more of the hydrocarbons in the liquid phase and loses fewer of them to the gas phase.

**Table 3**
**Comparison of a Single-Stage and a 4-Stage Separation**

| Process | FVF | SF | GOR (scf/bbl) |
|---|---|---|---|
| 1-stage | 2.473 | 0.4043 | 2826 |
| 4-stage | 2.227 | 0.4490 | 2418 |
| Difference (%) | -9.9 | 11.1 | -14.4 |

In my estimation, and based on industry standard reservoir engineering practices, a multistage separation process is a more realistic assumption for the purpose of converting the Macondo reservoir fluids to stock tank barrels, and that such a process would yield approximately 11% more stock tank oil than would a single-stage separation process.

CONFIDENTIAL

*Expert Report of Aaron Zick*  *Zick Technologies*

## 9. CONCLUSIONS

Based on my 30 years of hydrocarbon phase behavior modeling for the petroleum industry, it is my opinion that the EOS fluid model I developed for the Macondo reservoir fluids is as accurate as an EOS can be, especially for near-critical fluids such as these. Additionally, it is my opinion that stock tank oil volumes should not be derived from an assumed, single-stage separation process (as though the oil that spilled into the Gulf of Mexico went immediately from reservoir temperatures and pressures to ambient surface conditions), but rather, from a multistage separation process that would more accurately reflect the way stock tank oil is normally produced. I calculate that a multistage separation of the Macondo reservoir fluid (using specifications provided by BP) would yield about 11% more barrels of stock tank oil than would a single-stage process.

#### INFORMATION REQUIRED BY THE FEDERAL RULES OF CIVIL PROCEDURE

1. This report contains my opinions, conclusions, and reasons therefore.
2. A general statement of my qualifications is contained in the Background section, page iv. A more detailed statement of my qualifications is included in Appendix A.
3. I have not authored any publications in the last ten years.
4. My compensation for the preparation of this report and any testimony as an expert witness at trial or deposition is as follows: $200 per hour.
5. I have not previously testified as an expert witness.
6. The facts and data I considered in forming my opinions are listed in Appendix H.

The opinions expressed in this report are my own and are based on the data and facts available to me at the time of writing. Should additional relevant or pertinent information become available, I reserve the right to supplement the discussion and findings in this report.

CONFIDENTIAL