# Exhibit 7

# Excerpt from
# Dr. Aaron Zick
# Rebuttal Expert Report

# June 10, 2013

# EXPERT REBUTTAL REPORT
## U.S. v. BP Exploration & Production, Inc., et al.

**Prepared on Behalf of the United States**

**Prepared by:**
Aaron A. Zick
Zick Technologies, Inc.

------------------------------
Aaron A. Zick

June 10, 2013

11491
Exhibit No. _____
Worldwide Court
Reporters, Inc.

CONFIDENTIAL

*Expert Report of Aaron Zick* *Zick Technologies*

The other thing to note is that my EOS predicts a 3.1–3.5% greater shrinkage factor than Dr. Whitson's EOS does, depending slightly on the oceanic separation model. This is similar to the differences in the predictions for the 4-stage separation.

All of the previous shrinkage factor calculations can be summarized by Table 4, which lists the calculated shrinkage factor for a given process, relative to the shrinkage factor calculated for a single-stage process (by either Dr. Whitson's EOS or mine). The processes are listed in the order of increasing shrinkage factor. The higher the shrinkage factor, the more stock tank barrels produced per barrel of reservoir fluid.

| Separation Process | Relative Shrinkage Factor | |
|---|---|---|
| | Whitson EOS | Zick EOS |
| Single-Stage | 1.000 | 1.000 |
| Whitson Oceanic @ 210 F | 1.079 | 1.083 |
| Four-Stage | 1.106 | 1.110 |
| Whitson Oceanic @ 130 F | 1.109 | 1.112 |
| Zick Oceanic @ 210 F | 1.129 | 1.137 |
| Zick Oceanic @ 130 F | 1.132 | 1.139 |

Table 4. Shrinkage factor (to stock tank conditions) for a variety of processes, relative to the shrinkage factor predicted by either the Whitson or the Zick EOS for a single-stage separation.

The way to use Table 4 is as follows. If you are given a simulated prediction of the volume of stock tank oil that flowed from the Macondo well, and you know that the simulation assumed a certain surface process (process A), then you can determine the amount of stock tank oil for any other assumed surface process (process B) simply by dividing the given results by the table's relative shrinkage factor for process A and then multiplying them by the table's relative shrinkage factor for process B.

For example, if a simulation using my EOS has predicted 5 million barrels of stock tank oil under the assumption of BP's four-stage separation, then 5.122 million barrels would be predicted by a switch to my oceanic process with an exit temperature of 210 F (5 divided by 1.110 times 1.137 equals 5.122). There would be no reason to rerun the simulation (even if the software could handle the complicated oceanic process).

The reason the Macondo stock tank volumes can be scaled so easily (without rerunning any simulation) is that the physics of the fluid flow, from the reservoir to the well's exit, can in no way be influenced by any of the processing that takes place subsequently. Furthermore, since the flowing composition was essentially constant during the entire Macondo disaster, the conversion of the flowing reservoir fluid from mass units to stock tank volumes will always be by a constant factor that is simply proportional to the relative shrinkage factor shown in Table 4 for the assumed process.

No matter which surface process is chosen to convert the amount of spilled Macondo oil into stock tank barrels, the mass of the resulting stock tank oil will still always be less than the mass of the hydrocarbons that were actually spilled (because the stock tank oil will not include the mass of the separated surface gas). My recommendation has always been to perform the conversion with the most efficient process available, to account for

as much of the hydrocarbon mass spilled into the Gulf of Mexico as possible. Some sort of multistage separation process will always be the most efficient. In light of the calculations presented in this section, my current recommendation is to use my oceanic separation process to make the conversions. Despite Dr. Whitson's claims to the contrary, there is no need for special software to simulate such a complex process. The necessary flow calculations can be performed with any software that can handle a single-stage separation to define the stock tank oil; the predicted number of stock tank barrels should then just be increased by 13 or 14% to account for the oceanic separation (see Table 4).

*Expert Report of Aaron Zick*  *Zick Technologies*

## 3. COMPARISONS BETWEEN MY EOS MODEL AND WHITSON'S

In an apparent attempt to discredit any flow calculations that incorporated my EOS fluid model, Dr. Whitson leveled a number of criticisms toward it. Most of his criticisms, however, were baseless, overstated, or relatively unimportant. In this section, I will address those criticisms, point out a few flaws in Dr. Whitson's EOS model, discuss some of the differences between our models, and show why neither model is clearly superior to the other in all aspects. Overall, both models predict the most important fluid behavior with the accuracy expected of a good EOS model and I consider their differences to be relatively minor. I would not expect to see significant differences between any flow or material balance calculations performed with either model.

Dr. Whitson's main criticisms of my EOS fluid characterization were:[7]

   A. Erroneous type of phase boundary (bubble-point instead of dew-point) for the two Pencor samples.
   B. Erroneous near-critical liquid volumes for the two Pencor samples during the constant composition expansion experiments.
   C. 1-2% overestimation of single-phase densities for all samples.
   D. 3-5% overestimation of the shrinkage factor (i.e., too much stock-tank oil) for all samples using the laboratory 4-stage separation process.
   E. My selection of pseudocomponents and my procedures for characterizing them differed from his.
   F. My intermediate, 35-component EOS was inaccurate and produced some physically unrealistic predictions.

Criticisms A and B are technically valid, although relatively unimportant. The compositions of the four fluid samples (referred to as: Pencor 19 or CL68508; Pencor 53 or CL68379, Schlumberger 1.18 or SLB 1.18; and the Intertek sample) were so close to each other that I found it impossible to produce an EOS characterization that would correctly predict dew points (and the resulting behavior for the near-critical liquid volumes) for the two Pencor samples while predicting bubble points for the SLB and Intertek samples. The Pencor supervisor was not even convinced that the Pencor data were conclusive.[8] The fact that my EOS predicts dew points instead of bubble points for the two Pencor samples is also relatively unimportant. Those fluid systems are so near-critical, with the properties of the gas and liquid phases so near each other, that it really does not matter very much whether the system heads toward a dew point (100% gas) or a bubble point (100% liquid) as the pressure is increased. Away from the near-critical region, the liquid volumes predicted by my EOS are very comparable to those predicted by Dr. Whitson's.

Nevertheless, Dr. Whitson managed to overcome the seemingly conflicting phase boundary types by modifying the compositions of *all four* samples. It is common practice to adjust a sample composition if there is some evidence that it contains some

---

[7] To the extent other BP experts make similar criticisms, my responses answer them as well.
[8] "It's possible that it's a dew-point system, and it's possible that it's a bubble point system." Jason LeBlanc of Pencor in his deposition, Exhibit 8592.

13