# Exhibit 8

## Excerpt from Dr. Curtis Whitson Expert Report

## May 1, 2013

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*

United States District Court
Eastern District of Louisiana
MDL No. 2179, Section J
Judge Barbier; Magistrate Judge Shushan

Expert Report of Curtis Hays Whitson, PhD

May 1, 2013



PERA a/s
Petroleum Engineering Reservoir Analysts

Granaasveien 1, 3rd floor
7048 Trondheim
Norway
Tel   47 7384 8080
Fax  47 7384 8081
http://www.pera.no

**CONFIDENTIAL**


**PERA** – Petroleum Engineering Reservoir Analysts

liquid phase relative to the total (single phase) volume at saturation pressure. **Figure 1** shows that this fluid is as a near-critical gas condensate, and **Figure 2** shows a fluid that is a near-critical volatile oil.



Figure 1. Experimental data and EOS results for CL 68379, relative liquid volume in CCE at 243 F.



Figure 2. Experimental data and EOS results for SLB-1.18, relative liquid volume in CCE at 243 F.


PERA – Petroleum Engineering Reservoir Analysts

## EOS model development

A 40-component Peng-Robinson (PR) EOS model was successfully developed to describe accurately the phase and volumetric behavior of all four samples. The final EOS model contained 40 components, with nine of these representing the lighter fractions $N_2$, $CO_2$, methane ($C_1$) through n-alkane n-$C_5$, and the remaining 31 components describing heavier single-carbon-number (SCN) fractions $C_6$, $C_7$, $C_8$, ..., $C_{35}$ and a lumped $C_{36+}$ residue.

Linear temperature-dependent binary interaction parameters (BIPs), as well as temperature-independent volume shift factors, were used. A compositional viscosity model was also successfully developed to describe the gas and oil viscosities.

To achieve a consistent EOS model describing all four samples, an industry-accepted practice was used to make minor compositional adjustments to each sample. The compositional adjustments are small and justified because of differences in laboratory methods and a variety of known error sources in measuring compositions.

The EOS model developed by PERA satisfies the requirement of predicting all complex phase behavior exhibited by all Macondo fluids, including near-critical behavior over a wide range of temperatures. This model also predicts the shrinkage of reservoir barrels to stock-tank barrels accurately, within only a few-percent deviation from measured laboratory data for all four fluid samples.

As all of the samples are contaminated with small amounts of oil-based drilling mud, an additional adjustment of composition was made to estimate the original "reservoir in situ" compositions with no mud. These compositions were then assumed to describe the range of compositions occupying the reservoir rock within the limited depth interval from which these samples were collected.

## Surface Process and Shrinkage

The conversion of volume from reservoir to surface conditions is an important part of this study, but the determination of "stock tank oil" will depend on the path which the reservoir fluid takes to the surface. The PVT reports from the three laboratories provide experimental data for two pathways: a single-stage flash (where the fluid is flashed directly to atmospheric pressure) and a laboratory 4-stage separator.

The pathway from reservoir to surface in the *Deepwater Horizon* incident will be different from these cases. The fluids will first expand to exit-point conditions with little or no change in overall composition, and then be transported to surface conditions through a 5,000-ft column of seawater. This entails pressure dropping from approximately 2250 psia at seabed to 1 atmosphere (14.7 psia), and a non-linear temperature variation from seabed to surface. The temperature of the water column was taken from published oceanic property tables, and is shown in **Figure 3**.

PERA – Petroleum Engineering Reservoir Analysts



Figure 3.  Temperature and pressure versus depth profile used for oceanic separation calculation.

PERA developed a detailed process to model the evolution of gas and shrinkage of oil during the pathway from seabed to surface.  Because this complex 130-stage separation process cannot be used in most software, a less complex five-stage process was developed that provides almost identical results.  This is called the "oceanic-proxy" separator.

To illustrate the influence of surface process "path" on ultimate stock-tank oil volume, one can consider an example using an initial volume of 100 barrels of reservoir fluid at the initial reservoir conditions (11850 psia and 243 °F). The stock tank oil volumes in this example are EOS calculated values *for an average for the four fluids*.  The resulting **stock-tank barrels** of oil associated with each process is as follows:

1. Single Stage Flash:                    43.3 barrels
2. Oceanic Separator ($T_{exit}$=210°):   46.7 barrels
3. Oceanic Separator ($T_{exit}$=130°):   48.0 barrels
4. 4-Stage Separator:                     47.9 barrels

As seen above with the oceanic process, the volume of stock-tank oil depends on the assumed temperature of the fluid at its exit point on the seabed ("$T_{exit}$").


PERA – Petroleum Engineering Reservoir Analysts

Taking into account that most of the light hydrocarbons and some lighter aromatics dissolve in seawater during ascension to the surface through 5,000 ft of seawater, PERA has calculated that the final stock-tank oil volume will be approximately 10% less than the laboratory 4-stage separator, reaching a final stock tank oil volume close to that of the single-stage process, which is approximately 43 stock tank barrels.

## Black Oil Tables

PERA also developed a simplified PVT description from its EOS model for use in engineering calculations. These data include tables of density, viscosity, and phase amounts for the entire range of pressures and temperatures experienced from reservoir to surface conditions.

Other forms of PVT tables were also created from the EOS model – so-called "black-oil" tables. The black-oil quantities not only define the density, viscosity, and phase amount at any pressure and temperature, but they also quantify total shrinkage to stock-tank oil volume. Calculation of a black-oil table requires the definition of the path which the reservoir fluid takes from initial reservoir to stock-tank (surface) conditions – the so-called "surface process".

Based on the final EOS model and final estimated reservoir in situ compositions, black-oil tables were generated both for the five-stage "oceanic proxy" separation process and for a single-stage flash to standard conditions.

Black-oil PVT tables based on the oceanic-proxy separation process were generated for each of the four samples, and a range of exit-point temperatures from 35 to 210 °F. These tables are made available in Eclipse 100 (ECL100) and Prosper format.

## Zick EOS Model

The Expert Report from Dr. Aaron Zick[5] presents an alternative EOS model of the Macondo reservoir fluids. The main differences between the models are as follows:

- The Zick EOS uses 11 components, with six being lumped pseudocomponents. The PERA model uses 40 components with one being a lumped pseudocomponent ($C_{36+}$).
- Some methane-$C_{7+}$ binary interaction parameters (BIPs) in the PERA model are temperature-dependent. In the Zick model, all BIPs are constant.
- Most hydrocarbon-hydrocarbon BIPs were assigned non-zero values in the PERA model, while only methane-hydrocarbon BIPs were assigned non-zero values in the Zick model.
- In the PERA model, slight adjustments were made to the four laboratory-reported compositions to develop a consistent, single EOS model, including the complex near-critical phase and volumetric behavior of all four samples. In the Zick model, only the composition of the SLB-1.18 fluid was adjusted, with the changes being considerably larger for methane and C30+, compared with changes required for the PERA model.

---

[5] "Equation-of-State Fluid Characterization and Analysis of the Macondo Reservoit Fluids'. Expert Report prepared on behalf of the United States. Aaron A. Zick, March 22, 2013.


PERA – Petroleum Engineering Reservoir Analysts

## Appendix D - Surface Processes and Shrinkage

The conversion of volume from reservoir to stock-tank conditions is an important part of this study, but the determination of "stock tank oil" will depend on the path by which the reservoir fluid takes to the surface. The PVT reports provide experimental data for two pathways; a single-stage flash (where the fluid is flashed directly to atmospheric pressure) and a 4-stage separator, defined previously.

### Oceanic Separation Process

The pressure-temperature path from seabed to surface was estimated using recognized pressure- and temperature-depth profiles in the Gulf of Mexico near Macondo well [13]. The temperature and pressure versus depth profiles are shown in **Figure 3**. A sensitivity study was then made to see how many stages were needed in the oceanic separation process in order to converge on the correct value of total shrinkage. **Figure 29** shows the results of the sensitivity study, which suggests that at least 100 stages are needed.

A set of 130 separation stages was used from seabed to surface. The first-stage separator was always assumed to equal seabed pressure of 2,250 psia. First-stage separator temperature represents the conditions at the exit point into ocean. For the other stages regional p-depth and T-depth correlations are assumed, ending at standard conditions of 14.7 psia and 60 °F.

Because this complex 130-stage separation process cannot be used in most software, PERA identified near-equivalent process with only five stages, where the first stage was exit-point conditions (2250 psia and $T_{exit}$) and the final stage was at stock-tank conditions. This five stage process is called the "oceanic-proxy" separator. By regression, PERA identified the three intermediate stage conditions (p,T) so that oil shrinkage, gas-oil ratio, and surface product properties were almost identical for the 5-stage oceanic-proxy separator and the full 130-stage process. The conditions in the "oceanic-proxy" separator were:

| Stage 1 | 2250 psia | $T_{exit}$ |
| Stage 2 | 1500 psia | 130 F |
| Stage 3 | 250 psia  | 35 F  |
| Stage 4 | 30 psia   | 35 F  |
| Stage 5 | 14.7 psia | 60 F  |

PERA's 130-stage separation process only addresses gas-oil separation path with specified pressure-temperature conditions based on background oceanic conditions. The resulting black oil tables do not reflect decreases in *oil* volumes associated with (1) the evolving gas phase dissolving partially or completely into the ocean seawater, (2) highly soluble light components found in the surfacing oil phase (*e.g.* methane-pentane) dissolving into the seawater, and (3) highly soluble lighter aromatics compounds (*e.g.* benzene and toluene) dissolving into the seawater.

---

[13] National Oceanographic Data Center database. http://www.nodc.noaa.gov/OC5/GOMclimatology/


PERA – Petroleum Engineering Reservoir Analysts

PERA conducted an EOS-based quantitative assessment of (2) and (3) above,[14] calculating that the final stock tank surface oil volume decreases by 10% (±3%) from the surface oil volumes calculated in this study and represented in the oceanic-process black-oil tables. The most significant surface oil volume reduction is caused by the oil phase light components $C_1$-$C_5$ dissolving into seawater.

## Example Showing Effect of Surface Process on Stock Tank Oil Volume

To illustrate the influence of surface process "path" on ultimate stock-tank oil volumes, consider the the example of an initial volume of 100 barrels of reservoir fluid near the initial reservoir conditions (11850 psia and 243°F). The stock-tank oil volumes in this example are EOS calculated values for an average for the four fluids.

The resulting stock-tank barrels of oil associated with each process is as follows:

1. Single Stage Flash:                          43.3 barrels
2. Oceanic Separator ($T_{exit}$=210°):         46.7 barrels
3. Oceanic Separator ($T_{exit}$=130°):         48.0 barrels
4. 4-Stage Separator:                           47.9 barrels

The pathway from reservoir to surface emulated by the oceanic separator process will be different from the single stage flash and the 4-stage separator processes. The fluids will first expand to exit-point conditions with little or no change in overall composition, and then be transported to surface conditions through a 5,000-ft column of seawater.

The PERA oceanic separator analysis assumed an exit-point pressure equal to the seabed pressure of 2,250 psia, and a range of exit temperatures are then examined. At exit conditions, the 100 barrels of reservoir fluid at initial conditions will now be a 2-phase mixture. The volumes of the two phases will depend somewhat on the exit temperature. For example, whereas an exit temperature of 210°F will result in 63 barrels of oil phase and 122 barrels of gas phase, an exit temperature of 130°F will result in 65 barrels of oil phase and 92 barrels of gas phase.

The oil and gas exiting at the seabed moves through a path to the surface, and PERA simulated this oceanic process whereby evolving gases are separated immediately from the changing oil at each depth. This results in 46.7 stock-tank barrels for an exit temperature of 210°F and 48.0 stock-tank barrels of oil for an exit temperature of 130°F.

Taking into account that most of the light hydrocarbons and some lighter aromatics dissolve in seawater during ascension to the surface through 5,000 of seawater, PERA calculates that the final stock-tank oil

---

[14] Ryerson et al.: "Chemical data quantify Deepwater Horizon hydrocarbon flow rate and environmental distribution".



PERA – Petroleum Engineering Reservoir Analysts

volume will be approximately 10% less than the laboratory 4-stage separator, reaching a final stock tank oil volume of 43 stock-tank barrels, which is essentially the same stock-tank oil volume as for a single-stage process.

## Oil Shrinkage Definitions

The calculation of oil shrinkage is an important part of this study. However, the industry does not operate with a common definition of "shrinkage" as it is to be used in the Deepwater Horizon Incident. PERA therefore introduces the following nomenclature and definitions to avoid any misunderstanding of the calculations provided in this study and how they should be used. This is also supported by a simple example.

Keeping in line with industrial practice of "naming" different types of barrels (e.g. STB, STBW, and RB), some case-specific barrel definitions for this project are made as follows:

1 barrel = 42 U.S. gallons = 5.6146 ft$^3$

**STB** = total surface ("stock-tank") oil barrel at standard conditions.
**SBO** = surface oil barrel at standard conditions, resulting from shrinkage of exit-point oil.
**SBC** = surface oil (*condensate*) barrel at standard conditions, resulting from condensation of exit-point gas.
**EB** = Seabed exit-point total gas+oil barrel at exit-point temperature and exit-point pressure of 2250 psia.
**EBO** = Seabed exit-point total oil barrel at exit-point temperature and exit-point pressure of 2250 psia.
**EBG** = Seabed exit-point total gas barrel at exit-point temperature and exit-point pressure of 2250 psia.
**RB** = reservoir barrel at reservoir temperature and some pressure (may be gas, oil, or gas+oil).
**RBO** = reservoir barrel oil at reservoir temperature and some pressure.
**RBG** = reservoir barrel gas at reservoir temperature and some pressure.

*Seabed* "total shrinkage factor" (TSF) is defined as the fraction of total (gas+oil) volumetric rate at seabed exit-point conditions that ends up as stock-tank oil after some oceanic separation process. Consider these definitions:

$V_{texit} = V_{oexit} + V_{gexit}$ = total gas+oil volume at seabed exit conditions [EB].

$V_{oexit}$ = oil volume at seabed exit conditions [EBO].

$V_{gexit}$ = oil volume at seabed exit conditions [EBG].

$V_{oo}$ = surface oil volume resulting only from shrinkage of seabed exit-condition oil [SBO].

$V_{og}$ = surface oil volume resulting only from condensation of seabed exit-condition gas [SBC].

$V_{ot} = V_{oo} + V_{og}$ = total surface oil volume at standard conditions [STB].

Also consider terms expressing ratios of the volumes idenitified above:

OF = "oil fraction" = $V_{oexit} / V_{texit}$ = oil phase fraction of total gas+oil volume at seabed conditions [EBO/EB].