# Exhibit 10

## Excerpt from
## Dr. Curtis Whitson
## Deposition Transcript
## Volume 2

## Taken July 23, 2013

346

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL      ) MDL NO. 2179
BY THE OIL RIG        )
"DEEPWATER HORIZON" IN ) SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010        ) JUDGE BARBIER
                      ) MAG. JUDGE SHUSHAN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
VOLUME 2
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Continuation of the deposition of Curtis Hays Whitson, Ph.D., taken at the Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 23rd day of July, 2013.

347

APPEARANCES

APPEARING FOR THE PLAINTIFFS STEERING COMMITTEE:
  Mr. Michael R. Robinson
  IRPINO LAW FIRM
  2216 Magazine Street
  New Orleans, Louisiana 70130

APPEARING FOR BP, INC.:
  Mr. Darin T. Beffa
  KIRKLAND & ELLIS
  333 South Hope Street
  Los Angeles, California 90071
  Mr. Devin C. Reid
  LISKOW & LEWIS
  One Shell Square
  701 Poydras Street, Suite 5000
  New Orleans, Louisiana 70139-5099

APPEARING FOR TRANSOCEAN:
  Mr. Benjamin E. Friedman
  MUNGER TOLLES & OLSON
  355 South Grand Avenue, 35th Floor
  Los Angeles, California 90071-1560

APPEARING FOR ANADARKO PETROLEUM CORPORATION:
  Ms. Deborah D. Kuchler
  KUCHLER POLK SCHELL WEINER & RICHESON
  1615 Poydras Street, Suite 1300
  New Orleans, Louisiana 70112

348

APPEARING FOR HALLIBURTON:
  Mr. Israel R. Silvas
  Mr. Bruce W. Bowman, Jr.
  GODWIN LEWIS
  Renaissance Tower
  1201 Elm Street, Suite 1700
  Dallas, Texas 75270-2041

APPEARING FOR THE UNITED STATES:
  Ms. Bethany Engel
  Mr. Thomas A. Benson
  U.S. DEPARTMENT OF JUSTICE
  ENVIRONMENT & NATURAL RESOURCES DIVISION
  Ben Franklin Station
  Post Office Box 7611
  Washington, D.C. 20044-7611
  601 D Street, N.W.
  Washington, D.C. 20004

ALSO PRESENT:
  Mr. Peter Jennings, Videographer
  Mr. Ray Aguirre, Case Manager

349

INDEX
VIDEOTAPED ORAL DEPOSITION OF
CURTIS HAYS WHITSON, PH.D.
JULY 23, 2013
VOLUME 2

Appearances.................................. 347
Continued Direct Examination-Ms. Engel....... 351
Examination-Mr. Beffa........................ 392
redirect Examination-Ms. Engel............... 408

Changes and Signature........................ 430
Reporter's Certificate....................... 432

EXHIBIT INDEX

Ex. No.     Description     Marked

11575   Schlumberger Fluid Analysis on Macondo Samples, Reservoir Sample Analysis Report dated May 19, 2010, updated 06/09/10, Report #201000053, marked as CONFIDENTIAL; Bates Nos. BP-HZN-2179MDL00062844 - BP-HZN-2179MDL00062893      352

11576   LexisNexis Report dated Feb. 18, 2013, PERA AS; two pages       363

11577   SPE 155499 article titled PVT in Liquid-Rich Shale Reservoirs; 25 pages       368

390

1  A. It would have been wrong to do it; and,
2  therefore, we didn't do it.
3  Q. Okay. But my question was: Did you do
4  it?
5      MR. BEFFA: Objection.
6  A. We didn't do it --
7  Q. (By Ms. Engel) Okay. Thank you.
8  A. -- because it would have been wrong.
9      MS. ENGEL: Okay. Thank you. I
10 don't have anything further.
11     THE VIDEOGRAPHER: The time is
12 9:35 a.m. We're off the record, ending Tape 10.
13     (Recess from 9:35 a.m. to 9:37 a.m.)
14     MR. FRIEDMAN: Are we ready?
15     THE COURT REPORTER: One second.
16 And this will be on the video, Peter?
17     THE VIDEOGRAPHER: Yes, sir.
18     (Discussion off the record.)
19     THE VIDEOGRAPHER: The time is
20 9:37 a.m., and we're back on the record,
21 beginning Tape 11.
22     MR. FRIEDMAN: Benjamin Friedman for
23 Transocean. We continue to object to the Court's
24 ruling that bars Transocean from questioning
25 Quantification Experts, both generally and

391

1  specifically, as it applies to Dr. Whitson.
2      Transocean reserves the right to question
3  Dr. Whitson at a later date, should the Court's
4  Ruling be modified or reversed.
5      MR. SILVAS: My name is Israel
6  Silvas, and I'm here today on behalf of
7  Halliburton Company and Halliburton Energy
8  Services, Inc.
9      I'm prepared and ready to go forward with
10 the questions on my client's behalf in the time
11 previously allotted to them in this deposition.
12 However, on Monday, July 15th, 2013, Magistrate
13 Judge Shushan sent an E-mail to the Parties
14 stating that my clients will be precluded from
15 asking any questions in quantification
16 depositions, including this deposition.
17     Given the ongoing issues that may
18 directly impact Halliburton and HESI during the
19 quantification phase of the trial, we object to
20 being barred from asking questions during the
21 depositions of Quantification Witnesses.
22     Halliburton and HESI reserve the right to
23 reopen the deposition in order to cross-examine
24 the witness and all other rights they may have.
25     THE VIDEOGRAPHER: The time is

392

1  9:39 a.m. We're off the record.
2      MR. BEFFA: Give me a minute and
3  I'll be right back.
4      (Recess from 9:39 a.m. to 9:42 a.m.)
5      THE VIDEOGRAPHER: The time is
6  9:42 a.m. We're back on the record, beginning
7  Tape 12.
8           EXAMINATION
9  QUESTIONS BY MR. BEFFA:
10 Q. Good morning, Dr. Whitson. You have read
11 Dr. Zick's Rebuttal Expert Report in this case,
12 correct?
13 A. Yes.
14 Q. That Report was previously marked as
15 Exhibit 11491. Do you have that exhibit in front
16 of you?
17 A. Yes.
18 Q. If you could turn to Page 8, please. The
19 first sentence of the second paragraph on
20 Page 8 reads: "I have also developed an oceanic
21 process model to simulate how the Macondo
22 reservoir fluid might have separated into stock
23 tank oil and surface gas on its way to the ocean
24 surface."
25     Do you see that?

393

1  A. Yes.
2  Q. Have you read that sentence before?
3  A. Yes.
4  Q. Do you agree that Dr. Zick has simulated
5  how the Macondo Reservoir fluid might have
6  separated into stock tank oil and surface gas on
7  its way to the ocean surface?
8  A. No, I don't.
9  Q. Why not?
10 A. Dr. Zick makes three fundamental
11 assumptions in his oceanic process. The first is
12 what he refers to as a "pseudo-steady state
13 process," whereby the -- the stream of fluid
14 entering at the seabed, which is the same stream
15 leaving the reservoir, that that stream flows
16 together as a -- a plume, if you will, a mixture
17 of hydrocarbons through the entire ocean from the
18 seabed to the surface.
19     And in doing so, this implies that the
20 gas and oil are -- are flowing up together to the
21 surface. That, in itself, as an assumption,
22 is -- is plausible, but his -- he makes two
23 additional assumptions, and those are both
24 nonphysical.
25     The -- the one assumption is that there's

12 (Pages 390 to 393)

394

1  no interaction with water, which, obviously,
2  looking at the thermodynamics of this system,
3  is -- is incorrect physically.  This is even
4  stated by Dr. Zick in his original Report, that
5  there is an interaction between the gas and the
6  oil and the water and component exchange between
7  these three phases.  He ignores that.  So that's
8  an assumption that's not physical.
9      But the most important assumption he
10 makes, which is -- is physically impossible, is
11 what I'll refer to as "selective mixing."  And
12 that assumption is that the gas and oil, as it's
13 moving up together to the surface, that the gas
14 and -- equilibrium gas and oil that's moving up
15 does -- does not mix.  They're moving up
16 separately, he puts up a -- a -- an impermeable
17 barrier between the gas and the oil.  So he
18 doesn't let them equilibrate as it moves up to
19 the surface.
20     But, at the same time, at each depth, he
21 allows the gas to evolve oil through
22 condensation, and he allows that condensed oil to
23 move through this impermeable barrier to the
24 other side to -- to mix with the already existing
25 oil.  And he allows the already existing oil to

395

1  evolve gas, as it moves upwards, coming out of
2  solution, he allows that gas to move across the
3  impermeable barrier to the other side and mix
4  with the free gas.
5      So he allows mixing when he wants to, and
6  he doesn't allow mixing when he doesn't want to.
7  That's -- is physically impossible to have such a
8  system, as certainly provided by Mother Nature in
9  the ocean.
10     So that's -- that's the -- that's the
11 assumption that's -- that -- that just can't --
12 can't exist.  So that's -- that's -- that's why.
13 He's not simulating what actually happens in the
14 ocean.  You -- so -- yes.
15     **Q.  If Dr. Zick were to include the**
16 **thermodynamic effects of water in his ocean**
17 **separator model, what would be the effect?**
18     A.  Well, we've studied that in detail, and
19 by making three-phase thermodynamic equilibrium
20 calculations, and the net result is that you
21 basically end up with a stock tank oil volume.
22 When you allow equilibrium of the gas and the
23 oil, even using his -- his -- his nonphysical
24 selective mixing, when you allow the gas and oil
25 to equilil -- equilibrate with water as it moves

396

1  upwards, then you end up with a final oil at the
2  surface.  That -- that is approximately the same
3  volume as the single-stage flash.
4      And so that's basically what happens.  It
5  depends on how much water you contact the system
6  with, and the amount of water that you need to
7  contact to -- to reach this single-stage liquid
8  volume is, in fact, the amount of water required
9  to dissolve all of the C1, C2, and C3 completely
10 into the water, so that there's no more C1, C2, C3
11 in the -- in the stock tank oil.
12     And when you reach that condition, that
13 stock tank oil volume has a value equal basically
14 to the single-stage flash stock tank oil volume.
15     **Q.  If you were to remove from Dr. Zick's**
16 **ocean separator the barrier that you described a**
17 **few minutes ago, what would be the effect?**
18     A.  Now, we're retaining his general
19 pseudo-steady state flow assumption, we're
20 assuming there's no interaction with water which
21 is his other assumption, but we'll keep that
22 intact, and we'll simply introduce a physical
23 mixing, which is what you would expect for a
24 plume of gas and oil flowing up together, so you
25 allow mixing as it -- as it moves from the seabed

397

1  to the surface.
2      And when that happens, the -- the gas and
3  oil will be equilibrating with each other
4  continuously from the seabed to the surface.
5      What you'll find when you get to the
6  surface is that the stock tank oil volume will be
7  exactly, to 15 significant digits, equal to the
8  single-stage flash stock tank oil volume.
9      **Q.  Of these separation processes that have**
10 **been presented in this case, which do you find to**
11 **be the most physically realistic?**
12     A.  Well, I believe our oceanic process with
13 its assumptions are all physical assumptions.
14 They're -- I think this is the -- the only all --
15 alternative.
16     And so I think that a second alternative
17 is to use the pseudo-steady state assumption
18 of -- of -- of Zick, Dr. Zick, but to remove this
19 nonphysical barrier.  That would also be a
20 plausible oceanic process.
21     So, I think either -- either of those.
22     **Q.  Dr. Whitson, we talked yesterday about**
23 **the calculations you made about the solubility of**
24 **hydrocarbons in ocean water, correct?**
25     A.  Yes.

398

 1   Q. And when you made those calculations, you
 2   were accounting for the thermodynamic interaction
 3   between hydrocarbons and water?
 4   A. Yes.
 5   Q. You -- you mentioned several times that
 6   the -- under certain assumptions, the volume of
 7   stock tank oil that your ocean separator process
 8   predicts is approximately the same as the number
 9   of stock-tank barrels of oil under a single-stage
10   flash separation process, correct?
11   A. Yes.
12       MR. BENSON: Objection, form.
13   Q. (By Mr. Beffa) Under which -- or what
14   level of solubility allows the -- your ocean
15   separator model to predict roughly the same
16   number of stock-tank barrels as the single-stage
17   flash method?
18   A. Well, basically, what we found is that if
19   you remove -- if you remove methane, ethane,
20   propane, butanes, and pentanes, C1 through C5
21   components, these are the traditional gaseous
22   components in -- in the petroleum -- in petroleum
23   systems. If those are removed completely from
24   the stock tank oil, through the assumption this
25   occurs in interaction with large amounts of

399

 1   oceanic water mixing, then that results in a
 2   stock tank oil volume very close to the
 3   single-stage flash stock tank oil volume.
 4       Now, when we did those original
 5   calculations in the original Report, we did not
 6   base that on -- on rigorous thermodynamic
 7   calculations of gas, oil, and -- and -- and
 8   water. Those calculations have been done
 9   subsequent to the -- Dr. Zick's Rebuttal Report,
10   where we have actually made rigorous three-phase
11   gas/oil/water thermodynamic calculations, and
12   find that you get basically the -- the same stock
13   tank oil volume with rigorous three-phase
14   calculations, where all of the components are
15   allowed to partition in varying amounts,
16   according to the thermodynamics.
17       And -- and as that stock tank oil that
18   you calculate from the more rigorous method,
19   as -- as the methane, ethane, and propane
20   basically disappear from that stock tank oil
21   through these calculations, according to certain
22   amount of water it's in contact with, at that
23   point, where basically all of the methane,
24   ethane, and propane have disappeared, that is
25   where you're seeing the stock tank oil volume

400

 1   being equal to this single-stage flash volume.
 2   Q. And methane, ethane, and propane, what
 3   carbon numbers are those?
 4   A. C1, C2, and C3.
 5   Q. And you discuss, in your answer, the C1
 6   through C5 components. Do those components
 7   include aromatics?
 8   A. No.
 9   Q. Shifting gears, Dr. Whitson, which EOS
10   model presented in this case do you believe fits
11   the PVT data better?
12   A. I believe that our equation of state fits
13   the PVT data better.
14   Q. Why?
15   A. Well, I believe the -- the PVT data of
16   most importance to this particular case are --
17   are clearly fit better, and that's the reason.
18   It's the emphasis on -- on certain data, in
19   particular, the liquid stock tank oil volume, the
20   single-phase densities, which ensures the
21   conversion from mass rates, mass volumes to stock
22   tank oil volumes and the -- basically these
23   are -- are the most important.
24       And it also appears that the -- the
25   description of the systems being gas condensate

401

 1   with dew points and oils with bubble points have
 2   some impact; and we were able to capture that
 3   correctly, as the measured data show. There are
 4   gas condensate systems and oils in the four
 5   samples. So we also predict that correctly.
 6       So I think those are the -- the main
 7   reasons that I consider our equation of state
 8   better than Dr. Zick's; but the most important
 9   related to this case is the fact that it better
10   predicts the stock tank oil volumes, particularly
11   for the four-stage separator tests, which are
12   designed specifically to measure accurately the
13   stock tank oil volumes. So that's to be noted.
14   Q. (By Mr. Beffa) Dr. Whitson, do you recall
15   that, in Dr. Zick's Expert Report, he claims that
16   his EOS model predicts molecular weights more
17   closely than does your EOS model?
18       MR. BENSON: Object to the form.
19   A. Yes.
20   Q. (By Mr. Beffa) Do -- do you believe that
21   it is important for your EOS model to accurately
22   predict molecular weights?
23   A. Not really, for two reasons: The first
24   reason being that the measurement of molecular
25   weights is highly uncertain; and the second

14 (Pages 398 to 401)

402

1  reason is that in this particular case we're
2  looking at, there's no need to convert from molar
3  volumes -- molar rates to stock tank volumetric
4  rates.
5      One is only converting
6  volumetric-to-volumetric conversions, or
7  mass-to-volume conversions.  And in those cases,
8  we're getting the -- the -- the densities more
9  accurate, the volumetric conversions more
10 accurate and -- and therefore, the molar
11 conversion is -- is not -- is not so important.
12     Q.  Dr. Whitson, do you still have
13 Exhibit 11491 in front of you?  That's Dr. Zick's
14 Rebuttal Expert Report.
15     A.  Yes.
16     Q.  If you could, turn to Page 19, please.
17     A.  (Complying.)
18     Q.  Do you see the first full sentence on
19 Page 19 where Dr. Zick writes:  "I have already
20 shown (in Table 5) that the single-stage gas-oil
21 ratios predicted by Dr. Whitson's EOS were biased
22 between 2 and 14% too high."
23     A.  Yes.
24     Q.  Turn with me to Page 14.  Do you see
25 Table 5 on Page 14?

403

1      A.  Yes.
2      Q.  Do you agree that your EOS predicts
3  single-stage gas-oil ratios between 2 and
4  14 percent too high?
5      A.  (Reviewing document.)  Well, no, I don't.
6      Q.  (By Mr. Beffa)  Why not?
7      A.  Well, the Schlumberger sample, our
8  equation of state underpredicts the measured
9  data, so --
10     Q.  If you could turn to Page 20 of this same
11 exhibit, in the first sentence of the first
12 paragraph on Page 20, Dr. Zick writes:
13 "Dr. Whitson can rightly claim that his shrinkage
14 factor predictions are slightly more accurate
15 than mine for the four-stage separations, but the
16 exact opposite is true for the four-stage GORs."
17     Do you see that statement?
18     A.  Yes.
19     Q.  Do you believe that it was important for
20 your EOS model to accurately predict four-stage
21 GORs?
22     A.  Well, not really, because the -- the gas
23 volumes were -- are really not being considered
24 in this -- in this case.  That's the first thing.
25     The second thing is that his suggestion

404

1  that these predictions are slightly more accurate
2  is -- it's three and a half to 4 percent more
3  accurate, and that's a lot of accuracy difference
4  when it comes to stock tank oil volumes in this
5  case.
6      So it's a fundamental difference between
7  our equations of state, is that our equation of
8  state predicts the stock tank oil volumes
9  unbiased plus/minus 2 percent, from the
10 laboratory data, whereas, his calculates a biased
11 overprediction of the stock tank oil volumes by
12 three and a half to 4 percent more than ours --
13 equation of state -- does.
14     Q.  Further down on Page 20, at the beginning
15 of the second paragraph -- strike that.
16     Further down on Page 20 in the middle of
17 the second paragraph, the second sentence reads:
18 "In all cases (not counting the erroneous
19 Intertek experiment), my EOS predicted the
20 shrinkage factors, liquid densities, and
21 cumulative GORs for those first three stages more
22 accurately than Dr. Whitson's EOS did."
23     Do you see that statement?
24     A.  Yes.
25     Q.  Is the difference between the predictions

405

1  of your EOS model and Dr. Zick's EOS model for
2  the first three stages of the four-stage
3  separator on the Schlumberger sample material?
4      A.  The -- the differences in the
5  Schlumberger sample are -- are very minor.  The
6  differences between the two equations of state,
7  they're almost symbol thickness difference.
8      Q.  Where are you looking to see that?
9      A.  That would be Figure 9, Figure 10,
10 Figure 11.  Those are --
11     Q.  Those figures being within Exhibit 11491?
12     A.  Yes.
13     Q.  Okay.  Do you believe that it was
14 important for your equation-of-state model to
15 closely predict liquid densities from the first
16 three stages of the four-stage separator test?
17     A.  If the liquid densities reported were
18 accurate, then -- then you would expect that if
19 stock tank oil densities and reservoir fluid
20 densities are predicted accurately, which they
21 are for our -- for our equation-of-state model,
22 that those intermediate oil densities would also
23 be predicted accurately.
24     And the -- I just simply believe that
25 where you see significant differences in oil

406

1  densities -- those oil densities of the
2  intermediate stages are not measured oil
3  densities.  They're calculated by material
4  balance and direct mol -- volume measurement of
5  the oil.  So that the data, themselves, are very
6  uncertain.
7      The reported intermediate oil densities
8  are not calculated by any -- any of the
9  laboratories; and those calculated and reported
10 by Pencor, the Core Lab study, we know from
11 independent communication with Pencor that
12 they -- those intermediate-stage oil volumes are
13 inaccurate; and, therefore, the oil densities
14 would be inaccurate.  So -- so it's not -- I
15 don't consider it an issue, certainly for the
16 Pencor samples.
17     Q.  Do you believe it was important for your
18 EOS model to closely predict the gas/oil ratios
19 for the first three stages of the four-stage
20 separator test?
21     A.  Well, those -- those gas/oil ratios of
22 the intermediate stages are also reported
23 relative to the -- the separator oil volumes; and
24 if those separator oil volumes have
25 uncertainties, data error, then that would

407

1  reflect itself in the -- in the GOR, intermediate
2  GORs.
3      And the only place where we're not
4  predicting intermediate GORs accurately is for
5  the Pencor in Figure 14, the Pencor sample in
6  Figure 14.
7      Q.  And that's Figure 14 of Exhibit 11491?
8      A.  Yes.
9      Q.  Dr. Whitson, are you aware of any
10 instance where a BP Expert applied your EOS or
11 its outputs incorrectly?
12         MR. BENSON:  Object to the form.
13     A.  No.
14         MR. BEFFA:  What's the objection?
15         MR. BENSON:  Foundation.
16     Q.  (By Mr. Beffa) Okay.
17     A.  No, I'm not aware of that.
18         MR. BEFFA:  I have no further
19 questions.  Thank you.
20         THE VIDEOGRAPHER:  The time is
21 10:06 a.m.  We're off the record, ending Tape 12.
22     (Recess from 10:06 a.m. to 10:21 a.m.)
23         MS. ENGEL:  I'm ready when you are.
24         THE VIDEOGRAPHER:  All set?
25 The time is 10:21 a.m.  We're back on the

408

1  record, beginning Tape 13.
2          REDIRECT EXAMINATION
3  QUESTIONS BY MS. ENGEL:
4      Q.  (By Ms. Engel) Welcome back, Dr. Whitson.
5      A.  Thank you.
6          MS. ENGEL:  First, for the record,
7  the United States objects to the witness offering
8  any surrebuttal opinions, including any
9  calculations or analysis in response to or
10 performed subsequent to Dr. Zick's Rebuttal
11 Report dated June 10th, 2013.
12         We further object to Dr. Whitson offering
13 any such opinions, calculations, or analysis, and
14 preserve our objections for trial.
15     Q.  (By Ms. Engel) Now, Dr. Whitson, your
16 Counsel just asked you a bunch of questions, but
17 one series of them focused on your -- your
18 post-Report analysis of Dr. Zick's oceanic
19 separation analysis, correct?
20     A.  Post-Report?
21     Q.  Right.  Meaning they are calculations and
22 analysis done subsequent to your Report dated May
23 1st, 2010.  Right?
24     A.  Yes.
25     Q.  And they're also subsequent to

409

1  Dr. Zick's Rebuttal Report dated June 10th, 2013,
2  right?
3      A.  Yes.
4      Q.  And I think I said May 1st, 2010 for your
5  Report.  I meant May 1st, 2013.  I have 2010 on
6  the brain.
7      So you said that one of your -- your
8  concerns about his analysis is that he does
9  something that you termed "selective mixing."  Is
10 that right?
11     A.  Yes.
12     Q.  And that's where you say he assumes that
13 gas and equilibrium oil don't mix as they move to
14 the surface, for the most part, right?
15         MR. BEFFA:  Objection.
16     A.  Gas and oil are not allowed to
17 equilibrate is what I said, I think.
18     Q.  (By Ms. Engel) Okay.  Thank you.  But
19 then he does allow gas to evolve oil from -- he
20 allows gas to evolve oil, which then moves over
21 toward the oil phase, and he also allows -- I'm
22 sorry.  Let me start that over.
23     A.  M-h'm.
24     Q.  I was jotting notes quickly as you spoke.
25     You said he allows gas to evolve from the

16 (Pages 406 to 409)

418

1  dated June 10th, 2013, correct?
2       MR. BEFFA: Objection.
3    A. I don't think I said we didn't do any
4  rigorous gas/oil/water thermodynamic
5  calculations. I think I said we initiated more
6  rigorous three-phase gas/oil/water equilibrium
7  calculations as part of our assessment of the new
8  oceanic process introduced in Dr. Zick's Rebuttal
9  Report.
10   Q. (By Ms. Engel) So you didn't include this
11  more rigorous analysis of the three-phase
12  interaction in your Expert Report, correct?
13   A. No. That was --
14       MR. BEFFA: Objection.
15   A. Yeah, that -- those calculations were
16  made in response to the new oceanic process
17  introduced by Dr. Zick in his Rebuttal Report,
18  which was in, what, June 2013.
19   Q. (By Ms. Engel) And you're aware that the
20  Court ruled that proper Rebuttal, correct?
21       MR. BEFFA: Objection.
22   A. I -- I'm not aware of what the Court's
23  ruled on anything.
24   Q. (By Ms. Engel) You're not a lawyer,
25  right?

419

1    A. That's correct.
2    Q. Okay. So none of these calculations that
3  you just described under questioning by Counsel
4  related to the -- the calculations and analysis
5  that you did in response to Dr. Zick's Rebuttal
6  Report, specifically, his oceanic separation
7  process? None of those are contained in your
8  Expert Report, right?
9       MR. BEFFA: Objection.
10   A. Can you just repeat that one more time?
11  It was long.
12   Q. (By Ms. Engel) Sure. That was long.
13       None of the calculations or analysis that
14  you just discussed under questioning by your
15  Counsel that you performed in response to
16  Dr. Zick's Rebuttal Report are contained in your
17  Expert Report, correct?
18       MR. BEFFA: Objection.
19   A. Yes. That would have been physically
20  impossible.
21   Q. (By Ms. Engel) So that's a "No," they're
22  not in your Expert Report?
23       MR. BEFFA: Objection.
24   A. No.
25   Q. (By Ms. Engel) You've used the term

420

1  "thermodynamic" a few times when we've been
2  talking about the -- the solubility question.
3    A. Yes.
4    Q. What do you mean by "thermodynamics"?
5    A. In the context of what we're doing here
6  in the oceanic process, it's the phase equilibria
7  of gas, oil, and water, basically just bringing
8  that system to a thermodynamic equilibrium, as
9  three bulk phases --
10   Q. Okay. And in that --
11   A. -- each phase having the same pressure.
12   Q. And in considering that question of
13  thermodynamic equilibrium, you're able to
14  ignore --
15   A. I can maybe finish that. If it wasn't --
16  well, I mean -- I -- I wasn't finished. I was --
17  if I can finish the --
18   Q. Sure. If you want to finish, please --
19  please finish.
20   A. Yeah. The -- the thermodynamics of the
21  three phases was -- was being considered,
22  bringing the system to equal -- what I call is
23  the equilibrium. And the "equilibrium" means
24  that the -- the chemical energy of each
25  component, as an example, methane, that the

421

1  chemical energy of that component, methane, in
2  the gas phase, is equal to the chemical energy of
3  the methane in the oil phase, is equal to the
4  chemical energy of the methane in the water
5  phase.
6       And, likewise, for all of the components,
7  10 or 40, or however many you have, each -- for
8  each component, you would have that -- that
9  condition. Once it's reached would be -- the
10  system would be at chemical equilibrium --
11   Q. But as you testified --
12   A. -- thermodynamic equilibrium.
13   Q. Sure. As you testified yesterday, that
14  thermodynamic analysis does not include the
15  question of what happens to a particular
16  hydrocarbon component after it dissolves in the
17  Gulf, right?
18   A. Yes.
19   Q. Okay. And that's because you don't have
20  the expertise to evaluate that question?
21   A. Yes.
22   Q. Okay. Dr. Whitson, do you agree that the
23  question of whether dissolved oil should be
24  counted toward the maximum penalty under the
25  Clean Water Act, in this case, is a legal