UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


|  |  |  |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG | * | Docket 10-MD-2179 |
| *DEEPWATER HORIZON* IN THE | * | |
| GULF OF MEXICO ON | * | Section J |
| APRIL 20, 2010 | * | |
|  | * | New Orleans, Louisiana |
|  | * | |
|  | * | August 2, 2013 |
|  | * | |
| Applies to:  All Cases | * | 9:30 a.m. |
|  | * | |

* * * * * * * * * * * * * * * * * * *


TRANSCRIPT OF WORKING GROUP CONFERENCE
BEFORE THE HONORABLE SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE


<u>Appearances</u>:


For the Plaintiffs:            Herman Herman & Katz, LLC
                               BY:  STEPHEN J. HERMAN, ESQ.
                               820 O'Keefe Avenue
                               New Orleans, Louisiana 70113


For the Plaintiffs:            Levin Papantonio Thomas Mitchell
                                  Rafferty & Proctor, PA
                               BY:  BRIAN H. BARR, ESQ.
                               Post Office Box 12308
                               316 South Baylen Street, Suite 600
                               Pensacola, Florida 32591


For the Plaintiffs:            Irpino Law Firm
                               BY:  ANTHONY IRPINO, ESQ.
                               2216 Magazine Street
                               New Orleans, Louisiana 70130

1   Appearances:

2

3   For the State of                Attorney General of Alabama
    Alabama:                        BY:  COREY L. MAZE, ESQ.
                                    501 Washington Avenue
4                                   Montgomery, Alabama 36130

5

6   For the United States           U.S. Department of Justice
    of America:                     Environmental Enforcement Section
                                    BY:  SARAH D. HIMMELHOCH, ESQ.
7                                        STEVEN O'ROURKE, ESQ.
                                         SCOTT CERNICH, ESQ.
8                                   Post Office Box 7611
                                    Washington, D.C. 20044

9

10  For Transocean Holdings         Frilot, LLC
    LLC, Transocean Offshore        BY:  KERRY J. MILLER, ESQ.
11  Deepwater Drilling Inc.,        1100 Poydras Street, Suite 3700
    Transocean Deepwater Inc.:      New Orleans, Louisiana 70162

12

13  For BP America Inc.,            Kirkland & Ellis, LLP
    BP America Production           BY:  ROBERT R. GASAWAY, ESQ.
14  Company, BP Company             655 Fifteenth Street, NW
    North America Inc.,             Washington, D.C. 20005
15  BP Exploration &
    Production Inc., BP
16  Holdings North America
    Limited, BP Products
17  North America Inc.:

18

19  For BP America Inc.,            Kirkland & Ellis, LLP
    BP America Production           BY:  PETER BARTOSZEK, ESQ.
    Company, BP Company                  HARIKLIA "CARRIE" KARIS, ESQ
20  North America Inc.,             300 North Lasalle
    BP Exploration &                Chicago, Illinois 60654
21  Production Inc., BP
    Holdings North America
22  Limited, BP Products
    North America Inc.:

23

24

25

1    <u>Appearances</u>:

2

3    For Halliburton Energy:      Godwin Lewis, PC
     Services, Inc.:              BY:  R. ALAN YORK, ESQ.
                                  1331 Lamar, Suite 1665
4                                 Houston, Texas 77010

5

6    For Anadarko Petroleum       Bingham McCutchen, LLP
     Corporation, Anadarko        BY:  WARREN A. FITCH, ESQ.
     E&P Company LP:              2020 K Street, NW
7                                 Washington, D.C. 20006

8

9    Official Court Reporter:     Toni Doyle Tusa, CCR, FCRR
                                  500 Poydras Street, Room HB-406
                                  New Orleans, Louisiana 70130
10                                (504) 589-7778
                                  Toni_Tusa@laed.uscourts.gov
11

12

13

14
     Proceedings recorded by mechanical stenography using
15   computer-aided transcription software.

16

17

18

19

20

21

22

23

24

25

1

<u>I N D E X</u>

2                                                    <u>Page</u>

3

Michoud Issues                                    6

4

Phase Two Preparation                             8

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**<u>PROCEEDINGS</u>**

**(August 2, 2013)**

09:12  1

09:12  2

09:31  3          THE COURT:  Good morning, everybody.  How are you

09:31  4  doing?

09:31  5              (Telephone greetings exchanged.)

09:31  6          THE COURT:  I'm fine, thank you.  Everybody down here

09:31  7  is good.  Hot and steamy.

09:31  8              Do me a favor for the conference call and

09:31  9  please, before you speak, let us know who is speaking so that

09:31  10  we can have a clear record of that.  Otherwise it's just our

09:31  11  normal Friday, which is good.

09:32  12              All right.  There's no cheering.  Let's get a

09:32  13  cheer for the fact that you're not participating in person.

09:32  14  That should help.

09:32  15          MS. HIMMELHOCH:  And we are done with depositions,

09:32  16  Your Honor.

09:32  17          THE COURT:  Well, not quite, huh?

09:32  18          MS. HIMMELHOCH:  Well, one is happening today.

09:32  19          THE COURT:  That's right.  Today is the final day for

09:32  20  expert depositions, so congratulations, guys.  You got a lot

09:32  21  done.  I'm glad it's not me.

09:32  22              You all can't see what I have on the projector

09:32  23  today, so I guess I will save it for you.

09:32  24              Let's see.  Let's just go through it.  I don't

09:32  25  have a formal agenda today because Mike and I were feeling

09:32    1    lazy.  Mike doesn't think that's funny, by the way.

09:33    2             Anything to report on the Michoud issues?  I

09:33    3    guess I will call on Gasaway.

09:33    4         MR. GASAWAY:  Good morning, Your Honor.  This is Rob

09:33    5    Gasaway for BP.  Thank you.

09:33    6         THE COURT:  How are you doing?

09:33    7         MR. GASAWAY:  I guess the report is we appreciate the

09:33    8    e-mail that we saw this morning.  As you and the parties would

09:33    9    have seen last night, we proposed a disposition; but then as we

09:33   10    thought about it, we recognized that Scott Cernich and others

09:33   11    had really kind of worked closely with us back in 2010, both on

09:33   12    the civil side and the criminal side of DOJ, to figure out

09:33   13    which items needed to stay and which needed to go.

09:33   14             Whereas we threw out our inventory of items and

09:33   15    what we call the possible dispositions to everybody, as we

09:33   16    thought about taking a position, we really thought we should

09:33   17    get back with Scott and then maybe with others in the

09:33   18    Department of Justice and take their views into account with

09:34   19    some special care.  We just want to make sure we do that on

09:34   20    both the civil and other sides of the DOJ.  People have been

09:34   21    busy, so we are going to try to circle back with them, get

09:34   22    their perspective, and then report back to the Court.

09:34   23         THE COURT:  Yes.  I thought that was a good call.  I

09:34   24    forget these things.  I'm glad you remind me of them.  So I

09:34   25    don't consider it to be a front burner thing because I consider

09:34   1   Phase Two to be front burner.  I don't know about you guys.

09:34   2           MR. BARR:  Your Honor, this is Brian.

09:34   3           I don't care about it anymore.

09:34   4           THE COURT:  Right.  Exactly.  Let's take a vote.  Who

09:34   5   doesn't care?  Mike O'Keefe put his hand up.  But, yes, I think

09:34   6   that if we prioritize, that would not be front burner.

09:35   7           Captain Englebert is still working on loading

09:35   8   the BOP and the LMRP in September.  She's trying to look for a

09:35   9   crane, so if anybody has a spare crane, would you please

09:35   10  contact the captain.

09:35   11          Let's see.  Anything to report on the Michoud

09:35   12  lease, or should we just leave that alone until you are ready

09:35   13  to report, Rob?

09:35   14          MR. GASAWAY:  I think that's best, Your Honor.  Let's

09:35   15  leave that alone until we report on the equipment.  The bottom

09:35   16  line is, as in the past, if we need to negotiate a short

09:35   17  extension to give us flexibility on the equipment, we will do

09:35   18  that.

09:35   19          I will note for the Court and parties that by

09:35   20  coincidence the lease expires right as the Phase Two trial is

09:35   21  beginning.  So it may be that David Grassmick and the captain

09:36   22  are going to have to get a little bit of an extension, at least

09:36   23  through the end of the year, to give us flexibility given that

09:36   24  Phase Two is on the front burner.

09:36   25          THE COURT:  Right, and given that you might want to

09:36  1    use some buckets during Phase Two.

09:36  2          MR. GASAWAY:  Exactly.  Exactly, Your Honor.

09:36  3          THE COURT:  I got an e-mail from the captain saying

09:36  4    she thinks she's back on bucket duty.

09:36  5          MR. GASAWAY:  She loves the bucket duty, Your Honor.

09:36  6          THE COURT:  She's a hoot, you have to admit.

09:36  7          MR. GASAWAY:  I admit.  I thought she was on vacation

09:36  8    in Wisconsin.

09:36  9          THE COURT:  She is still communicating with me.

09:36  10   She's amazing.  She wants to make sure we stay on track, which

09:36  11   I appreciate, as you know.

09:36  12          Anything to report on the NOAA information?

09:36  13         MS. HIMMELHOCH:  Your Honor, they are working away on

09:36  14   it.  I expect to receive a hard drive.  We'll figure out how to

09:36  15   get the data to everyone in a secure fashion as soon as I get

09:36  16   it.

09:36  17         THE COURT:  Fantabulous.

09:37  18          Sarah, may I ask:  We can take the deposition

09:37  19   designation process off, can we not?

09:37  20         MS. HIMMELHOCH:  This week we have objections due,

09:37  21   next week we have a summary due, and then we are done.  And

09:37  22   there's only one depo in the process, so I agree.

09:37  23         THE COURT:  Exactly.  Look at you.

09:37  24          We are still plowing through crime fraud, so

09:37  25   that takes that off.

1  Let's see.  Let's talk about the discussion that
2  took place this week about Dr. Carlos Torres-Verdin.  Anything
3  we need to report on that?
4  MR. GASAWAY:  What we need to do is continue the
5  discussion with the United States on the parts of their expert
6  reports that are responsive that will be withdrawn in light of
7  taking Dr. Verdin off the list.  That's still on the to-do
8  list.  You saw the e-mail exchange back and forth.  Everybody
9  has been busy this week with depositions, but we are planning
10  to follow up with the United States next week.
11  THE COURT:  Perfect.  That's fine.
12  Steve, anything to add to that?
13  MR. O'ROURKE:  This is Steve O'Rourke.
14  No.  That's an accurate summary.  We agree with
15  the basic principle that parts of the Huffman report are going
16  to have to come out now that Dr. Torres-Verdin is down.  We
17  have an internal version we are planning on sending out.  I'm
18  not a hundred percent sure it will go today, but it will
19  certainly go in the next couple days.
20  THE COURT:  Lovely.
21  Anything else ongoing with experts?  I note that
22  we got a new motion to strike this week.  I forget the expert's
23  name.
24  MR. O'ROURKE:  Momber.
25  THE COURT:  I'm aware of that.

09:38
09:39
09:39
09:39
09:39
09:39
09:39
09:39
09:39
09:39
09:39
09:39
09:39
09:39
09:39
09:39
09:39
09:39
09:39
09:39
09:39
09:40
09:40
09:40
09:40

1    Is there anything else on experts?

2        MR. O'ROURKE:  Well, if I could speak to Momber --

3    this is Steve O'Rourke, and I'm not sure if Scott is on the

4    line or not.  I know he is going to the airport.

5            Feel free to speak up, if you want, Scott.

6            For Momber, part of the question would be timing

7    for us, so we would request that the timing be considered.

8    What we are trying to avoid is -- tomorrow we identify our

9    first five.  A week from tomorrow BP identifies and Anadarko

10   identifies their eight.  And then a few days later we have our

11   second round of three.

12           We don't want to waste our round of three, our

13   rebuttal of Dr. Momber, if it turns out he is not coming.  So

14   that's the timing issue there.  We would like to ask if you

15   could consider that when you set the briefing schedule.

16       THE COURT:  That's right.  Give it to me yesterday

17   and ask for a ruling today.  Right?

18       MR. O'ROURKE:  I didn't ask for a ruling today; I

19   asked for a ruling on the timing today.

20       THE COURT:  Oh, on the timing.  Okay.  No, I haven't

21   read it, I have to admit, but I will try to turn my attention

22   to it today.  In our spare time, Mike and I will look at that.

23       MR. O'ROURKE:  I suppose I could also say if BP and

24   Anadarko, when choosing their eight, choose not to bring

25   Dr. Momber, then the issue will die.

09:40   1          THE COURT:  Well, you're giving them that option,

09:40   2   huh?

09:40   3          MR. O'ROURKE:  On the other hand, if they choose to

09:40   4   list Dr. Momber, then the issue will become quite ripe and

09:40   5   quite hot because we will only have a handful of days to pick

09:40   6   our other three, so we will be calling and begging for a ruling

09:40   7   then.  But that's the timing.

09:40   8          THE COURT:  Gotcha covered.

09:40   9             Rob, you noted that, huh?

09:40   10         MR. GASAWAY:  I noted that.  Would it shock

09:40   11  Your Honor if I told you we think this motion is without merit?

09:40   12         THE COURT:  No.  I don't think I would be shocked by

09:40   13  that, no.  You understood that Steve is inviting you to pull

09:40   14  that expert down, huh?

09:41   15         MR. GASAWAY:  I noted the kind invitation to not

09:41   16  bring Dr. Momber to trial.

09:41   17         THE LAW CLERK:  Do we need an opposition from Rob?

09:41   18         THE COURT:  Rob, you're going to get something in to

09:41   19  us, I assume.

09:41   20         MR. GASAWAY:  I'll send an e-mail.  To be honest with

09:41   21  you, this came in late last night.  I'm trying to get input

09:41   22  from the people who handled Dr. Momber's deposition.  I will

09:41   23  send an e-mail suggesting a path forward shortly.

09:41   24         THE COURT:  All right.  Sounds good.

09:41   25             We got the order regarding confidential

1    communications among the aligned parties out.

2              Motions in limine.  I have not yet been able to

3    speak to Judge Barbier about the Anadarko motion, so that's in

4    suspension at this point.  So that continues.

5              We got the order out regarding Phase One rulings

6    that everybody agrees are applicable to Phase Two.

7              We are still working on that.  Is that correct,

8    Rob?

9         MR. GASAWAY:  Yes, we are still working on the

10   opposed ones.

11        THE COURT:  So we will keep that on the agenda.

12             Now let's talk about the exhibit list.  I saw

13   the e-mail traffic this week.  It looks like Kerry and Anthony

14   and others have been working hard on working through the

15   exhibits.

16             Does somebody want to give me an update on where

17   we are and what you all want to do with regard to the timeline?

18        MR. IRPINO:  Judge, this is Anthony.  How are you?

19        THE COURT:  Fine, thank you.  Good morning.

20        MR. IRPINO:  Where we are at with the timeline is we

21   have an agreed-upon revised timeline that we believe relates to

22   the exhibit list extension.

23        THE COURT:  Yep.

24        MR. IRPINO:  To put it most simply, the exhibit list

25   was due a week from the day; it's now going to be due two weeks

1  from the day.  I have gone back and forth with Mark and Peter

2  over at BP.  We all over here have this, and we have an

3  agreed-upon list of dates that will change.  I can run them off

4  real quick now, but I thought I would send them to you and Mike

5  and all the parties in a Word document just so you can see the

6  listing.

7       THE COURT:  Okay.  Why don't you read it off, and

8  then everybody can rely on the e-mail coming out shortly, guys.

9  But let's take a look at it.

10      MR. IRPINO:  The first date, 8-9-13, changes to

11  8-16-13, which is the exchange of exhibit lists.  The one

12  addition that BP requested, which we have always done and which

13  we agreed to, is that the parties should include an extra

14  version of their exhibit list when they do the exchange.  We

15  just put that language in there.

16      THE COURT:  Good.

17      MR. IRPINO:  The next, which was August 16, is now

18  August 23, the objections to the good-faith trial exhibit list

19  for the third installment.  We have already obviously done all

20  the objections for the first two installments.  The language in

21  there is applicable to the extent the parties circulate their

22  Excel versions.  If they don't, then that's going to be a

23  problem.

24           The next date, which was the week of the

25  meet-and-confer, was August 16 through August 23.  That range

| | |
|---|---|
| 09:44 | 1 |
| 09:44 | 2 |
| 09:44 | 3 |
| 09:45 | 4 |

is going to be August 23 to August 30, but -- and this isn't
relative to the order.  We have already spoken, and the parties
need to and will be and are talking about objections long in
advance of that last in-person meeting because we can't show up
to that meeting and for the first time start talking about
objections.  Many different conversations, meet-and-confers,
and so forth have to occur before then.  It's just the dates on
the order change from August 16 through August 23 to August 23
to August 30.

THE COURT:  Okay.

MR. IRPINO:  Now, Judge, there were two other dates
which we thought were relevant which we did not see on the most
recent August 1, 2013 order that came out yesterday attached to
the working group conference order.  These two dates are for
the parties to exchange all nondeposition exhibits --

THE COURT:  Okay.

MR. IRPINO:  -- and for the parties to provide inData
with copies of all trial exhibits.

THE COURT:  Okay.

MR. IRPINO:  Both of those dates are now August 23.

THE COURT:  Okay.

MR. IRPINO:  Then we have a date for filing each
party's final exhibit list following the meet-and-confer
process.  That date is September 6.

THE COURT:  Yep.

09:46
09:46
09:46
09:46
09:46
09:46
09:46
09:46
09:46
09:46
09:46
09:46
09:46
09:47
09:47
09:47
09:47
09:47
09:47
09:47
09:47
09:47
09:47
09:47
09:47

1     **MR. IRPINO:**  Then we have two more dates for

2  September 6.  September 6, redact and de-confidentialize -- I

3  don't know how to pronounce it -- de-confidentialize listed

4  exhibits that have been marked confidential based on the

5  presence of personally identifying information.

6          **THE COURT:**  Right.

7          **MR. IRPINO:**  The next date, on September 6, 2013,

8  optional motions on third installment exhibits, where a party

9  has asked an objecting party to reconsider an objection during

10  the meet-and-confer and the objection to the exhibit still

11  remains.

12          **THE COURT:**  Lovely.

13          **MR. IRPINO:**  The final date is September 11.  It was

14  September 4, 2013.  It's now September 11, 2013.  And that's

15  responses to motions filed on -- it was August 29, 2013.  Now

16  it's September 6, 2013.

17          **THE COURT:**  Okay.

18          **MR. IRPINO:**  I will send the e-mail around, attach

19  this Word document that has the tracked images where you can

20  see what the old dates were and what the new dates are and so

21  forth.

22          **THE COURT:**  Good.  All right.  That's helpful.

23              Any comments, anybody, with those revisions?

24  Everybody is happy?  And I put *happy* in quotes.

25              While we are at it, let's talk about any other

09:47  1   revisions to the timeline, and then we will come back to
09:48  2   exhibits.
09:48  3              All right.  Let's come back to exhibits.
09:48  4              MR. O'ROURKE:  This is Steve O'Rourke.
09:48  5              On the timeline I think I noted an
09:48  6   inconsistency.  The text of your working group order that you
09:48  7   issued yesterday tells us that motions in limine are kicked
09:48  8   back to August 19, but that exhibit attached, the revised
09:48  9   timeline dated August 1, keeps the old dates.  I think that's
09:48  10  just a ministerial thing that could be corrected on the
09:48  11  timeline.
09:48  12             THE COURT:  You see my point, Sarah?
09:48  13             MS. HIMMELHOCH:  Yes, I do.  Thank you, Your Honor.
09:48  14             THE COURT:  Just checking.
09:48  15             All right.  Thanks, Steve.
09:48  16             MR. O'ROURKE:  Thank you.
09:48  17             MR. GASAWAY:  Your Honor, if I could just pile in
09:48  18  here.  I noticed the same thing.  When you are looking at this,
09:48  19  it looks like we used to have the 12th for both *Daubert* and
09:49  20  in limine, and I think the discussion, we were going to have
09:49  21  them both on the 19th.  It looks like you split them up.  If
09:49  22  Steve noticed what I'm noticing, I think what we agreed to, at
09:49  23  the prompting of Sarah and others, was to have both *Daubert* and
09:49  24  in limine due on the 19th.
09:49  25             THE COURT:  Okay.  I'm heading to the Mississippi

09:49   1   River bridge.

09:49   2               Anything else on the timeline?

09:49   3               Let's go back to exhibits.  Who would like to

09:49   4   give me an overview of the discussions that are being had in

09:49   5   any areas that you think I need to know about?

09:49   6               MR. BARTOSZEK:  Your Honor, this is Peter Bartoszek

09:49   7   for BP.

09:49   8               THE COURT:  Yes, Peter.  Go ahead.

09:49   9               MR. BARTOSZEK:  I think where we left it last week,

09:49   10  Sarah kind of identified the four categories of exhibits that

09:50   11  we would be dealing with in Phase Two.

09:50   12              What the parties were talking about really

09:50   13  pertains to Categories 2 and 4, which are the documents that

09:50   14  would be preadmitted, so to speak, and the cleanup or orphan

09:50   15  exhibits that would be brought out later during trial.  We had

09:50   16  a chance to discuss this with our team, and I spoke with

09:50   17  Anthony about our position on it yesterday.

09:50   18              The way we see it is, first and foremost, we

09:50   19  definitely want to be avoiding a document dump.  Judge Barbier

09:50   20  has reminded us, you have reminded us, that document dumps are

09:50   21  to be avoided.  In Phase One Judge Barbier repeatedly reminded

09:50   22  folks that even on the list of 10 exhibits that were submitted

09:50   23  towards the end of trial, he was only interested in what was

09:50   24  actually used at trial.

09:50   25              We also recognize, because of the way the trial

schedule has developed here in Phase Two, there's some value in
flexibility on that and on document admission.  So where we see
it, the Category 2 documents -- and again, these are the
preadmitted exhibits -- we think that a small number of
documents per side -- and our thinking right now is 10 -- can
be agreed to by all parties as not inadmissible or admissible
or however we determine to call it.  We think that's
acceptable.

            The path forward for us on that is the parties
should be getting their lists together within the next week or
couple of weeks.  As we are approaching the meet-and-confer
deadlines, we should meet and confer and finalize those lists
so each party can develop or each side can develop their list
of 10 and have those combined and submitted at some point
before or right at the start of trial as a list of not
inadmissible documents.

            For the Category 4 documents, the orphan
documents, BP thinks we need to follow the model of Phase One;
but because the trial is shorter and because we have this new
preadmission process, it should be a little bit more limited.

            Our view on that is the Court should allow each
side to argue for the admission of five documents, and these
five documents need to have a legitimate evidentiary basis for
admission even though they weren't sponsored by a witness.  So
this is very similar to the Phase One process, including

09:52
09:52
09:52
09:52
09:52
09:52
09:52
09:53
09:53
09:53
09:53
09:53
09:53
09:53
09:53
09:53
09:53
09:53
09:53
09:53
09:53
09:53
09:53
09:54
09:54

1  allowing parties to object to the admissibility and then having

2  Judge Barbier determine which ones are admitted and which ones

3  aren't.

4          That's kind of where we are at on that process.

5  I think we are, in summary, open to this idea that the PSC and

6  the U.S. have put forth, but with evidentiary limitations to

7  keep a document dump out.

8          THE COURT:  Okay.  Peter, have you spoken to the

9  other parties about that proposal?

10          MR. BARTOSZEK:  We spoke with Anthony yesterday about

11  the proposal.

12          THE COURT:  Anybody want to comment on that?

13          MR. BARR:  Your Honor, it's Brian Barr for the PSC.

14          Anthony and I talked about this yesterday, and

15  we have thought about this for a little bit.  We think it's a

16  positive step that BP agrees with the concept, so we think

17  that's good progress on the issue.

18          The numbers, we think we need work on the

19  numbers.  I would think that on the 10 that everybody agrees

20  are admitted, it would be much closer to 100 than 10.  The

21  thinking on that is -- I'll just give you some rough numbers.

22  We have an exhibit list right now that has, I think, around 700

23  exhibits on it that we have disclosed in the first

24  installments.  Of those 700, BP has objected to about 300, so

25  we have about 400 exhibits that are not objected to.

1   A lot of this just seems like an arbitrary
2  limitation of what you are allowed to present as evidence.
3  Given the time clocks, clearly that limit is much more
4  prejudicial to the people with the burden of proof than the
5  people without the burden of proof.
6   What we would suggest is that we continue with
7  this concept that the -- I guess we had talked last week we
8  wouldn't use terms like *preadmission*, but the exhibits that
9  everybody agrees will be admitted, whether used with a witness
10  or not, would be much closer -- would be around 25,
11  30 exhibits, somewhere in that.
12   And then let's not put a number on the back end
13  of it.  Let's see how the trial goes.  I think right now we are
14  all guessing as to what's going to happen, what we are going to
15  be able to do.  And placing a limit right now on the,
16  quote/unquote, orphan exhibits seems to me to be a magical
17  guessing game that nobody is going to be able to figure out.
18  Let's see how it goes.  Maybe that back end can be smaller,
19  maybe it needs to be larger, depending upon how the trial goes.
20   What we are concerned about is if we do a
21  process where you can only get in a grand total of 15 exhibits
22  that aren't used with witnesses, people are going to end up
23  using their experts as document vehicles, which I don't believe
24  is what Judge Barbier intends.  He wants us to follow the
25  original idea of our direct is largely the report, we highlight

1   a few points, and we move on.

2          But if we are forced into a process where we

3   have got to get exhibits into the record to meet our burden and

4   make our record, then we are going to be forced to use those

5   experts in a way I don't think the judge wants us to do.

6          So that's my thought, but I do think it's good

7   progress.

8          **MS. HIMMELHOCH:**  Your Honor, this is Sarah Himmelhoch

9   for the U.S.

10          This is the first we have heard.  We had a chat

11   with Anthony before I left New Orleans, but I didn't get a

12   chance to catch up with him after he spoke with Peter.

13          So I share Brian's optimism that we are

14   beginning to see the formulation of a procedure that makes

15   sense.  The numbers seem shockingly low to me, but I need to

16   digest what he said and respond.  I think we are making

17   progress.  Let us talk for another week and report back at the

18   next working group conference and see if we haven't at least

19   agreed on the procedure, and then we can set the number

20   question for later discussion and work with you on that.

21          **THE COURT:**  I think that's fine, Sarah.  The question

22   that I would like you to also focus on when you all have those

23   discussions is when the orphan exhibits will be identified and

24   either objected to or not so that Judge Barbier can bring up

25   any dispute and resolve it.

09:57  1          **MS. HIMMELHOCH:**  I agree, Your Honor.  I struggle
09:57  2    with the fact that between BP and the U.S. there are well over
09:57  3    a couple thousand documents on the exhibit list, and are we
09:57  4    really going to spend time meeting and conferring if we are
09:57  5    going to be down to a couple hundred documents?  How long are
09:57  6    we going to carry the extra documents through the process?  All
09:57  7    of that is worth working through.  I think further discussion
09:57  8    of the parties can address that issue.
09:58  9          **THE COURT:**  I think that's right.
09:58  10         **MR. BARR:**  Again, Your Honor, it's Brian.
09:58  11              The only thing I would add is let us talk this
09:58  12   week, but if we can't come to a resolution on this by the close
09:58  13   of next week, we would pitch it to you to call a ball and a
09:58  14   strike so that we know what the rules of this trial are going
09:58  15   to be.
09:58  16              I guess one thing maybe we could circulate is we
09:58  17   have gone back and actually pulled some of Judge Barbier's
09:58  18   pretrial orders on how he handles this, because I think there
09:58  19   was a suggestion last week that what we are suggesting is
09:58  20   unusual, but his pretrial orders from other cases seem to
09:58  21   suggest otherwise.  We will send that out to the parties.
09:58  22         **THE COURT:**  That's great.  Circulate it.
09:58  23              Anything else on exhibits we should talk about?
09:59  24         **MR. IRPINO:**  This is Anthony, Judge.
09:59  25              I just want to make it clear that with respect

to the dates, we will continue to work together.  We absolutely need, far in advance of the week of August 23 through the 30th, a lot of meet-and-confers and a lot of -- in talking to Peter about this, I called it, you know, drilling down into the documents, really analyzing them, really analyzing the objections, getting our hands dirty with all of them, and making sure that we do everything we can in advance of that final meeting, that in-person meeting in New Orleans.

We can't show up to that meeting for the first time having really had discussions about the documents.  It's going to be so necessary to have many meet-and-confers and discussions in advance and for everybody to be very knowledgeable about the objections as well as the documents so that we can get as much accomplished as possible.  So this really starts next week in terms of getting all this done.  I just want to put that out there for the parties to know that.

THE COURT:  Okay.  Good.

MR. FITCH:  Judge, Tony Fitch.  May I ask Anthony:

What were the three events that you're suggesting for September 6?

MR. IRPINO:  Three events?  On the timeline, Tony?

MR. FITCH:  Yes, on the timeline.

MR. IRPINO:  What we have going down on September 6 is that the final exhibit list following the meet-and-confer process will be filed for each party.

10:00
10:00
10:00
10:00
10:00
10:00
10:01
10:01
10:01
10:01
10:01
10:01
10:01
10:01
10:01
10:01
10:01
10:01
10:01
10:01
10:01
10:02
10:02
10:02
10:02

1        The second thing is that the parties will

2   redact -- that's the deadline to redact and de-confidentialize

3   the exhibits that have been marked confidential based on the

4   presence of personally identified information or Coke formula

5   stuff.

6        Then the third thing on September 6 is the

7   deadline for optional motions on these third installment

8   exhibits where a party has asked the objecting party to

9   reconsider the objection.  During the meet-and-confer process,

10  we would just wind up agreeing to disagree.  We want a ruling

11  in advance from the Court as to the admissibility of that

12  document.

13       The hope is the meet-and-confer process will

14  resolve the vast majority of that and we won't have to move the

15  Court for anything, but I imagine there are going to be some

16  documents we just agree to disagree on their admissibility.  If

17  a party wants to get an advance ruling from the Court, that's

18  the deadline by which a motion needs to be filed.

19       We can't be filing a motion regarding

20  100 exhibits.  There would need to be discussion about that, in

21  my mind, as to categorization of them so that a ruling on one

22  might be helpful regarding 10, but those are the three

23  deadlines -- those are the three events on September 6.

24            **MR. FITCH:**  Thanks.

25            **THE COURT:**  Okay.  All right.  Anything else on

| | |
|---|---|
| 10:02 | 1 |
| 10:02 | 2 |
| 10:02 | 3 |
| 10:02 | 4 |
| 10:02 | 5 |
| 10:02 | 6 |
| 10:03 | 7 |
| 10:03 | 8 |
| 10:03 | 9 |
| 10:03 | 10 |
| 10:03 | 11 |
| 10:03 | 12 |
| 10:03 | 13 |
| 10:03 | 14 |
| 10:03 | 15 |
| 10:03 | 16 |
| 10:03 | 17 |
| 10:03 | 18 |
| 10:03 | 19 |
| 10:03 | 20 |
| 10:03 | 21 |
| 10:03 | 22 |
| 10:03 | 23 |
| 10:03 | 24 |
| 10:03 | 25 |

1  exhibits?  Because if not, I'm moving on.  All right.

2          Let's talk about the Transocean issue with the

3  quantification phase.  I had said that we would have an offline

4  discussion with the United States, BP, and Transocean.  I'm

5  wondering if the people who are involved in that are available

6  for just a short discussion following today's conference.

7          MR. MILLER:  It's Kerry, Your Honor.  I am.  Kerry

8  Miller for Transocean.

9          MR. O'ROURKE:  Steve O'Rourke for the U.S. is on.

10  Kerry and I spoke yesterday.

11          THE COURT:  Good.  Okay.

12          For BP, who would like to remain on the line?

13          MR. GASAWAY:  Your Honor, this is Rob, and I'm here

14  with Carrie Karis and not Kerry Miller.  One or both of us will

15  remain on the line.

16          MR. YORK:  Your Honor, this is Alan York.

17          Halliburton had requested, since there's

18  potential overlap with the issues with certain cement issues in

19  the quantification, Phase Two, we ask that we at least be able

20  to monitor on that call.

21          THE COURT:  That will be fine, Alan.

22          MR. LYLE:  Your Honor, this is Mike Lyle for the

23  cleanup responders.

24          Do you contemplate we would need to be on that

25  call or not?

10:03   1          **THE COURT:**  Mike, I don't contemplate it.  If you
10:03   2   want to stay on, you are welcome to.
10:04   3               Yes, go ahead and stay on because maybe I need
10:04   4   some clarification from you as well.
10:04   5          **MR. LYLE:**  Okay.  Will do.  Thank you.
10:04   6          **THE COURT:**  Corey, are you on the line?
10:04   7          **MR. MAZE:**  Yes, Your Honor.  Corey Maze for the State
10:04   8   of Alabama.
10:04   9          **THE COURT:**  How are you doing?
10:04   10         **MR. MAZE:**  Very good.
10:04   11         **THE COURT:**  That's because you are home, huh?
10:04   12         **MR. MAZE:**  Because I'm home.
10:04   13         **THE COURT:**  Exactly.  Well, let me ask you, did you
10:04   14   get to speak to Texas, Florida, and Mississippi?
10:04   15         **MR. MAZE:**  I did.  We spoke on Monday.  I expressed
10:04   16   what you had expressed to us last Friday about not trying one
10:04   17   and two again.  They understand that, and they are talking
10:04   18   internally this week.  I expect to talk to them again on
10:04   19   Monday.  If they decide they either need to or not to do
10:04   20   anything, I should have an answer to you by next week.
10:04   21         **THE COURT:**  Okay.  But you explained to them that
10:04   22   they are well represented by the PSC and the states of
10:05   23   Louisiana and Alabama, right?
10:05   24         **MR. MAZE:**  I try not to do self-flattery, Your Honor,
10:05   25   but I hope they believe that, yes.

|  |  |  |
|--|--|--|
| 10:05 | 1 | **THE COURT:**  All right.  Good.  Good. |
| 10:05 | 2 | **MR. BARR:**  Corey, you can flatter me.  It's okay. |
| 10:05 | 3 | **MR. MAZE:**  Brian Barr is an amazing attorney, and |
| 10:05 | 4 | even more than that, he is a problem solver. |
| 10:05 | 5 | **THE COURT:**  Well, I think he might be a problem |
| 10:05 | 6 | generator, but we will reserve judgment on that. |
| 10:05 | 7 | **MR. O'ROURKE:**  A problem, period. |
| 10:05 | 8 | **THE COURT:**  A problem.  That's good, Steve. |
| 10:05 | 9 | Do the dates for the technical walkthrough, the |
| 10:05 | 10 | technical equipment, bringing supplies in, etc., work for you |
| 10:05 | 11 | guys? |
| 10:05 | 12 | (No response.) |
| 10:05 | 13 | **THE COURT:**  Sounds like it did.  If you all need to |
| 10:05 | 14 | change it or if there's a problem, let me know.  We can make |
| 10:06 | 15 | special arrangements, if necessary, if the dates don't work for |
| 10:06 | 16 | your team. |
| 10:06 | 17 | Let's see what else I need to cover.  Let's talk |
| 10:06 | 18 | about this issue of providing the cleanup responder defendants |
| 10:06 | 19 | with unredacted opt-out information.  Is there anything that we |
| 10:06 | 20 | need to discuss on that? |
| 10:06 | 21 | **MR. HERMAN:**  Steve Herman for the plaintiffs.  I |
| 10:06 | 22 | don't think so, Your Honor. |
| 10:06 | 23 | **THE COURT:**  Is the draft order okay? |
| 10:06 | 24 | **MR. HERMAN:**  Yes. |
| 10:06 | 25 | **THE COURT:**  Okay.  Good. |

10:06
10:06
10:06
10:07
10:07
10:07
10:07
10:07
10:07
10:07
10:07
10:07
10:07
10:07
10:07
10:07
10:07
10:07
10:07
10:07
10:07
10:08
10:08
10:08
10:08

1             Let's see.  Oceaneering, let's talk about that.
2             Scott are you on the line?  No Scott on the
3   line.
4        **MR. CERNICH:**  Yes, Your Honor, I am.
5        **THE COURT:**  How are you doing today?
6        **MR. CERNICH:**  I'm okay.  And yourself?
7        **THE COURT:**  That didn't sound nearly as good as
8   Corey.
9        **MR. CERNICH:**  No, no, no.
10       **MS. HIMMELHOCH:**  He is not home yet, Your Honor.
11       **MR. CERNICH:**  I'm sitting in the airport.
12       **THE COURT:**  My sympathies.
13            Scott, have you looked at the Oceaneering issue
14   as far as payment of expenses?
15       **MR. CERNICH:**  We have, and we are discussing that
16   internally with our team.  We think that probably it would be
17   fair for some of the other parties involved in Phase Two to
18   also contribute to those expenses, and so we are looking to
19   discuss with them the possibility of getting some money chipped
20   in from some of the other parties who are also involved in
21   drafting and at least were also the impetus behind the
22   Oceaneering 30(b)(6) notice.
23       **THE COURT:**  Okay.  Good.  All right.  In other words,
24   people, you're going to be hit up, asked to pony up, so brace
25   yourselves.

10:08
10:08
10:08
10:08
10:08
10:08
10:08
10:08
10:08
10:08
10:08
10:08
10:09
10:09
10:09
10:09
10:09
10:09
10:09
10:09
10:09
10:09
10:09
10:09
10:09

1          Okay.  That is all I have that I wanted to

2   cover.  What else is on the collective minds?

3          MR. IRPINO:  Your Honor, this is Anthony.

4          One thing with exhibits and the upcoming

5   meet-and-confer process, just also to remind people, please

6   keep an eye out for exhibits that you think may be duplicates

7   or may be exhibits that we can all have and make sure we don't

8   have overlap and just to keep that in mind as a part of the

9   review process.

10          THE COURT:  Okay.  Good.

11          MR. O'ROURKE:  This is Steve O'Rourke.

12          I see a letter from Brian Barr to you from

13   yesterday about a few issues about the evidence presentation

14   order.  We are just staying quiet on that stuff.  They are

15   talking about source control.  We are sorta of the assumption

16   that however you rule on the source control is how you would

17   rule on the quantification.  We would in general support the

18   aligned party positions on those issues, and otherwise we will

19   be quiet about it.

20          THE COURT:  Just so you know, guys, I plan on

21   hopefully getting myself in to see Judge Barbier on that on

22   Monday and getting back to you all on those issues.  I'm not

23   ignoring it.  It's just that I need to speak to Judge Barbier

24   about it.

25          MR. BARR:  Your Honor, it's Brian.

| | | |
|---|---|---|
| 10:09 | 1 | I just want to say, Steve, I will give you a |
| 10:09 | 2 | call this morning or this afternoon to explain to you the |
| 10:09 | 3 | details of what Carrie and I have been discussing.  I don't |
| 10:10 | 4 | know that we need to take everybody's time on this call today |
| 10:10 | 5 | if we don't want to do that, but I can explain to you kind of |
| 10:10 | 6 | the process and what we are thinking. |
| 10:10 | 7 | THE COURT:  Which Carrie?  Carrie Karis? |
| 10:10 | 8 | MR. BARR:  Carrie Karis. |
| 10:10 | 9 | THE COURT:  Okay.  Thank you. |
| 10:10 | 10 | MR. FITCH:  Judge, Tony Fitch. |
| 10:10 | 11 | At the risk of being a huge nudge, Anadarko |
| 10:10 | 12 | would request obviously that the matter of the process on its |
| 10:10 | 13 | motion in limine be discussed with Judge Barbier on Monday |
| 10:10 | 14 | also. |
| 10:10 | 15 | THE COURT:  I think that's on my list, Tony.  I will |
| 10:10 | 16 | have to check. |
| 10:10 | 17 | MR. FITCH:  You can't resist giving people a hard |
| 10:10 | 18 | time, can you? |
| 10:10 | 19 | THE COURT:  I really can't. |
| 10:10 | 20 | MR. FITCH:  You really can't.  Thank you very much. |
| 10:10 | 21 | THE COURT:  I cannot control it, I've got to tell |
| 10:10 | 22 | you. |
| 10:10 | 23 | MS. KARIS:  Your Honor, this is Carrie Karis. |
| 10:10 | 24 | Just one follow-up to the conversation that |
| 10:10 | 25 | Mr. Barr and Mr. O'Rourke just had.  It is our intention to |

submit to you a very short letter setting forth our positions on issues in Mr. Barr's letter which are areas in which we don't agree so there's sort of a final record of where each party fits.  What Brian and I continue to discuss is the language for the things we think we have reached agreement on.

            THE COURT:  I think that's fine, Carrie.  I assume you have got it in draft.  If you will finalize it and pop it out, I will have read it and have a copy of it with me when I go see Judge Barbier.

            MS. KARIS:  Perfect.  Thank you.

            THE COURT:  You're welcome.

            All right.  Anything else?

            Anybody who is not going to stay on the line for our quantification discussion, everybody have a good day and a good weekend.  I think I see you next week.  Do I not?

            MS. HIMMELHOCH:  Yes, Your Honor.  This is Sarah.

            THE COURT:  I don't see you Sarah, but okay.

            Everybody have a good weekend, and either see you or talk to you next Friday.

            (Proceedings adjourned.)

                              * * *

1                        **CERTIFICATE**

2           I, Toni Doyle Tusa, CCR, FCRR, Official Court

3    Reporter for the United States District Court, Eastern District

4    of Louisiana, do hereby certify that the foregoing is a true

5    and correct transcript, to the best of my ability and

6    understanding, from the record of the proceedings in the

7    above-entitled matter.

8

9

10                                  *s/ Toni Doyle Tusa*
                                    Toni Doyle Tusa, CCR, FCRR
11                                  Official Court Reporter

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**1**

10 [6]  17/22 18/5 18/14 19/19 19/20
 24/22
10-MD-2179 [1]  1/4
100 [1]  19/20
100 exhibits [1]  24/20
11 [2]  15/13 15/14
1100 [1]  2/11
12308 [1]  1/19
12th [1]  16/19
13 [2]  13/10 13/11
1331 [1]  3/3
15 [1]  20/21
16 [3]  13/17 13/25 14/8
1665 [1]  3/3
19 [1]  16/8
19th [2]  16/21 16/24

**2**

20 [1]  1/6
20005 [1]  2/14
20006 [1]  3/7
20044 [1]  2/8
2010 [2]  1/6 6/11
2013 [8]  1/7 5/2 14/13 15/7 15/14 15/14
 15/15 15/16
2020 [1]  3/6
2179 [1]  1/4
2216 [1]  1/23
23 [7]  13/18 13/25 14/1 14/8 14/8 14/20
 23/2
25 [1]  20/10
29 [1]  15/15

**3**

30 [3]  14/1 14/9 28/22
30 exhibits [1]  20/11
300 [2]  2/20 19/24
30th [1]  23/2
316 [1]  1/20
32591 [1]  1/20
36130 [1]  2/4
3700 [1]  2/11

**4**

400 [1]  19/25
406 [1]  3/9

**5**

500 [1]  3/9
501 [1]  2/3
504 [1]  3/10
589-7778 [1]  3/10

**6**

600 [1]  1/20
60654 [1]  2/20
655 [1]  2/14

**7**

700 [2]  19/22 19/24
70113 [1]  1/16
70130 [1]  1/23 3/9
70162 [1]  2/11
7611 [1]  2/8
77010 [1]  3/4
7778 [1]  3/10

**8**

8-16-13 [1]  13/11
8-9-13 [1]  13/10
820 [1]  1/16

**9**

9:30 [1]  1/8

**A**

a.m [1]  1/8
ability [1]  32/5
able [4]  12/2 20/15 20/17 25/19
about [35]
above [1]  32/7
above-entitled [1]  32/7
absolutely [1]  23/1
acceptable [1]  18/8
accomplished [1]  23/14
account [1]  6/18
accurate [1]  9/14
actually [2]  17/24 22/17
add [2]  9/12 22/11
addition [1]  13/12
address [1]  22/8
adjourned [1]  31/20
admissibility [3]  19/1 24/11 24/16
admissible [1]  18/6
admission [3]  18/2 18/22 18/24
admit [3]  8/6 8/7 10/21
admitted [3]  19/2 19/20 20/9
advance [6]  14/4 23/2 23/7 23/12 24/11
 24/17
after [1]  21/12
afternoon [1]  30/2
again [4]  18/3 22/10 26/17 26/18
agenda [1]  5/25 12/11
agree [5]  8/22 9/14 22/1 24/16 31/3
agreed [6]  12/21 13/3 13/13 16/22 18/6
 21/19
agreed-upon [2]  12/21 13/3
agreeing [1]  24/10
agreement [1]  31/5
agrees [4]  12/6 19/16 19/19 20/9
ahead [2]  17/8 26/3
aided [1]  3/15
airport [2]  10/4 28/11
Alabama [5]  2/2 2/3 2/4 26/8 26/23
ALAN [3]  3/3 25/16 25/21
aligned [2]  12/1 29/18
all [28]  1/8 5/12 5/22 11/24 12/17 13/2
 13/5 13/19 14/15 14/18 15/22 16/3 16/15
 18/6 20/14 21/22 22/6 23/6 23/15 24/25
 25/1 27/1 27/13 28/23 29/1 29/7 29/22
 31/12
allow [1]  18/21
allowed [1]  20/2
allowing [1]  19/1
alone [2]  7/12 7/15
already [2]  13/19 14/2
also [8]  10/23 17/25 21/22 28/18 28/20
 28/21 29/5 30/14
always [1]  13/12
am [2]  25/7 28/4
amazing [2]  8/10 27/3
America [11]  2/6 2/13 2/13 2/14 2/16
 2/17 2/18 2/19 2/20 2/21 2/22
among [1]  12/1
Anadarko [6]  3/5 3/6 10/9 10/24 12/3
 30/11
analyzing [2]  23/5 23/5
another [1]  21/17
answer [1]  26/20
ANTHONY [10]  1/22 12/13 12/18 17/17
 19/10 19/14 21/11 22/24 23/18 29/3
any [4]  15/23 15/25 17/5 21/25
anybody [4]  7/9 15/23 19/12 31/13
anymore [1]  7/3

anything [14]  6/2 7/11 8/12 9/2 9/12 9/21
 9/25 17/2 19/23 23/5 31/9
31/12
Appearances [3]  1/13 2/1 3/1
applicable [2]  12/6 13/21
Applies [1]  1/8
appreciate [2]  6/7 8/11
approaching [1]  18/11
APRIL [1]  1/6
arbitrary [1]  20/1
are [73]
areas [2]  17/5 31/2
aren't [2]  19/3 20/22
argue [1]  18/22
around [3]  15/18 19/22 20/10
arrangements [1]  27/15
as [26]  6/8 6/9 6/15 7/16 7/20 8/11 8/15
 8/15 18/6 18/11 18/15 20/2 20/14 20/23
 23/13 23/13 23/14 23/14 24/11 24/21
 26/4 28/7 28/7 28/14 28/14 29/8
ask [7]  8/18 10/14 10/17 10/18 23/18
 25/19 26/13
asked [4]  10/19 15/9 24/8 28/24
assume [2]  11/19 31/6
assumption [1]  29/15
at [20]  7/22 8/23 10/22 12/4 12/20 13/2
 13/9 15/25 16/18 16/22 17/24 18/14
 18/15 19/4 21/17 21/18 25/19 28/13
 28/21 30/11
attach [1]  15/18
attached [2]  14/13 16/8
attention [1]  10/21
attorney [2]  2/2 27/3
August [18]  1/7 5/2 13/17 13/18 13/25
 14/1 14/1 14/8 14/8 14/9
 14/13 14/20 15/15 16/8 16/9 23/2
August 1 [2]  14/13 16/9
August 16 [3]  13/17 13/25 14/8
August 19 [1]  16/8
August 23 [7]  13/18 13/25 14/1 14/8 14/8
 14/20 23/2
August 29 [1]  15/15
August 30 [2]  14/1 14/9
available [1]  25/5
Avenue [2]  1/16 2/3
avoid [1]  10/8
avoided [1]  17/21
avoiding [1]  17/19
aware [1]  9/25
away [1]  8/13

**B**

back [16]  6/11 6/17 6/21 6/22 8/4 9/8
 13/1 16/1 16/3 16/8 17/3 20/12 20/18
 21/17 22/17 29/22
ball [1]  22/13
Barbier [10]  12/3 17/19 17/21 19/2 20/24
 21/24 29/21 29/23 30/13 31/9
Barbier's [1]  22/17
BARR [5]  1/19 19/13 27/3 29/12 30/25
Barr's [1]  31/2
BARTOSZEK [2]  2/19 17/6
based [2]  15/4 24/3
basic [1]  9/15
basis [1]  18/23
Baylen [1]  1/20
be [54]
because [12]  5/25 6/25 11/5 14/4 17/25
 18/19 18/19 22/18 25/1 26/3 26/11 26/12
become [1]  11/4
been [7]  6/20 9/9 12/2 12/14 15/4 24/3
 30/3
before [5]  1/11 5/9 14/7 18/15 21/11

**B**

begging [1] 11/6
beginning [2] 7/21 21/14
behind [1] 28/21
being [2] 17/4 30/11
believe [3] 12/21 20/23 26/25
best [2] 7/14 32/5
between [1] 22/2
Bingham [1] 3/5
bit [3] 7/22 18/20 19/15
BOP [1] 7/8
both [7] 6/11 6/20 14/20 16/19 16/21
 16/23 25/14
bottom [1] 7/15
Box [2] 1/19 2/8
BP [24] 2/13 2/13 2/14 2/15 2/15 2/16
 2/18 2/19 2/19 2/20 2/21 2/22 6/5 10/9
 10/23 13/2 13/12 17/7 18/18 19/16 19/24
 22/2 25/4 25/12
brace [1] 28/24
BRIAN [8] 1/19 7/2 19/13 22/10 27/3
 29/12 29/25 31/4
Brian's [1] 21/13
bridge [1] 17/1
briefing [1] 10/15
bring [3] 10/24 11/16 21/24
bringing [1] 27/10
brought [1] 17/15
bucket [2] 8/4 8/5
buckets [1] 8/1
burden [3] 20/4 20/5 21/3
burner [4] 6/25 7/1 7/6 7/24
busy [2] 6/21 9/9
but [26] 6/9 7/5 9/9 9/18 10/21 11/7 13/4
 13/9 14/1 16/8 18/19 19/6 20/8 21/2 21/6
 21/11 21/15 22/12 22/20 24/15 24/22
 26/21 26/25 27/6 30/5 31/17

**C**

call [10]  5/8 6/3 6/15 6/23 18/7 22/13
 25/20 25/25 30/2 30/4
called [1]  23/4
calling [1]  11/6
came [2]  11/21 14/13
can [22]  5/10 8/18 8/19 13/3 13/5 13/8
 15/19 18/5 18/13 18/13 20/18 20/21
 21/19 21/24 22/8 23/7 23/14 27/2 27/14
 29/7 30/5 30/18
can't [8]  5/22 14/4 22/12 23/9 24/19
 30/17 30/19 30/20
cannot [1]  30/21
captain [4]  7/7 7/10 7/21 8/3
Captain Englebert [1]  7/7
care [3]  6/19 7/3 7/5
Carlos [1]  9/2
CARRIE [8]  2/19 25/14 30/3 30/7 30/7
 30/8 30/23 31/6
carry [1]  22/20
cases [2]  1/8 22/20
catch [1]  21/12
categories [2]  17/10 17/13
categorization [1]  24/21
Category [2]  18/3 18/17
Category 2 [1]  18/3
Category 4 [1]  18/17
CCR [3]  3/8 32/2 32/10
cement [1]  21/13
CERNICH [2]  2/7 6/10
certain [1]  25/18
certainly [1]  9/19
CERTIFICATE [1]  32/1
certify [1]  32/4

**chance** [2]  17/16 21/12
change [1]  31/17
changes [1]  13/10
chat [1]  21/10
check [1]  30/16
checking [1]  16/14
cheer [1]  5/13
cheering [1]  5/12
Chicago [1]  2/20
chipped [1]  28/19
choose [2]  10/24 11/3
choosing [1]  10/24
circle [1]  6/21
circulate [3]  13/21 22/16 22/22
civil [2]  6/12 6/20
clarification [1]  26/4
cleanup [3]  17/14 25/23 27/18
clear [2]  5/10 22/25
clearly [1]  20/3
clocks [1]  20/3
close [1]  22/12
closely [1]  6/11
closer [2]  19/20 20/10
coincidence [1]  7/20
Coke [2]  24/4
collective [1]  29/2
combined [1]  18/14
come [4]  9/16 16/1 16/3 22/12
coming [2]  10/13 13/8
comment [1]  19/12
comments [1]  15/23
communicating [1]  8/9
communications [1]  12/1
Company [5]  2/14 2/14 2/19 2/19 3/6
computer [1]  3/15
computer-aided [1]  3/15
concept [2]  19/16 20/7
concerned [1]  20/20
confer [9]  13/25 14/23 15/10 18/11 18/12
 23/24 24/9 24/13 29/5
conference [5]  1/11 5/8 14/14 21/18 25/6
conferring [1]  22/4
confers [3]  14/6 23/3 23/11
confidential [1]  11/25 15/14 24/3
confidentialize [3]  15/2 15/3 24/2
congratulations [1]  5/20
consider [3]  6/25 6/25 10/15
considered [1]  10/7
contact [1]  7/10
contemplate [2]  25/24 26/1
continue [1]  9/4 20/6 23/1 31/4
continues [1]  12/4
contribute [1]  28/18
control [3]  29/15 29/16 30/21
conversation [1]  30/24
conversations [1]  14/6
copies [1]  14/18
copy [1]  31/8
COREY [5]  2/3 26/6 26/7 27/2 28/8
Corporation [1]  3/6
correct [2]  12/7 32/5
corrected [1]  16/14
could [6]  10/2 10/15 10/23 16/10 16/17
 22/16
couple [4]  9/19 18/11 22/3 22/5
COURT [11]  1/1 3/8 6/22 7/19 18/21
 24/11 24/15 24/17 32/2 32/3 32/11
cover [2]  27/17 29/2
covered [1]  11/8
crane [2]  7/9 7/9
crime [1]  8/24
criminal [2]  6/12

**D**

D.C [3]  2/8 2/14 3/7
data [1]  8/15
date [6]  13/10 13/24 14/22 14/24 15/7
 15/13
dated [1]  16/9
dates [12]  13/3 14/7 14/11 14/14 14/20
 15/1 15/20 15/20 16/9 23/1 27/9 27/15
Daubert [2]  16/19 16/23
David [1]  7/21
day [4]  5/19 12/25 13/1 31/14
days [3]  9/19 10/10 11/5
de [3]  15/2 15/3 24/2
de-confidentialize [3]  15/2 15/3 24/2
deadline [3]  24/2 24/7 24/18
deadlines [2]  18/12 24/23
dealing [1]  17/11
decide [1]  26/19
DEEPWATER [3]  1/5 2/11 2/11
defendants [1]  27/18
definitely [1]  17/19
Department [2]  2/5 6/18
depending [1]  20/19
depo [1]  8/22
deposition [2]  8/18 11/22
depositions [3]  5/15 5/20 9/9
designation [1]  8/19
details [1]  30/3
determine [2]  18/7 19/2
develop [2]  18/13 18/13
developed [1]  18/1
did [4]  14/12 26/13 26/15 27/13
didn't [3]  10/18 21/11 28/7
die [1]  10/25
different [1]  14/6
digest [1]  21/16
direct [1]  20/25
dirty [1]  23/6
disagree [2]  24/10 24/16
disclosed [1]  19/23
discuss [4]  17/16 27/20 28/19 31/4
discussed [1]  30/13
discussing [2]  28/15 30/3
discussion [9]  9/1 9/5 16/20 21/20 22/7
 24/20 25/4 25/6 31/14
discussions [4]  17/4 21/23 23/10 23/12
disposition [1]  6/9
dispositions [1]  6/15
dispute [1]  21/25
DISTRICT [4]  1/1 1/2 32/3 32/3
do [22]  5/8 6/19 7/17 9/4 9/7 11/17 12/17
 13/14 16/13 20/15 20/20 21/5 21/6 23/7
 25/24 26/5 26/19 26/24 27/9 30/5 31/15
 32/4
Docket [1]  1/4
document [8]  13/5 15/19 17/19 17/20
 18/2 19/7 20/23 24/12
documents [15]  17/13 18/3 18/5 18/16
 18/17 18/18 18/22 18/23 22/3 22/5 22/6
 23/5 23/10 23/13 24/16
Does [1]  12/16
doesn't [2]  6/1 7/5
doing [4]  5/4 6/6 26/9 28/5
DOJ [2]  6/12 6/20
don't [19]  5/24 6/25 7/1 7/3 10/12 11/12
 13/7 13/22 15/3 20/23 21/5 26/1 27/15
 27/22 29/7 30/3 30/5 31/3 31/4
done [6]  5/15 5/21 8/21 13/12 13/19
 23/15
down [6]  5/6 9/16 11/14 22/5 23/4 23/23
Doyle [4]  3/8 32/2 32/10 32/10
Dr. [8]  9/2 9/7 9/16 10/13 10/25 11/4

## D

Dr.... [2] 11/16 11/22
Dr. Carlos [1] 9/2
Dr. Momber [4] 10/13 10/25 11/4 11/16
Dr. Momber's [1] 11/22
Dr. Torres-Verdin [1] 9/16
Dr. Verdin [1] 9/7
draft [2] 27/23 31/7
drafting [1] 28/21
drilling [2] 2/11 23/4
drive [1] 8/14
due [5] 8/20 8/21 12/25 12/25 16/24
dump [2] 17/19 19/7
dumps [1] 17/20
duplicates [1] 29/6
during [4] 15/9 17/15 24/9
duty [2] 8/4 8/5

## E

e-mail [8] 6/8 8/3 9/8 11/20 11/23 12/13
13/8 15/18
each [6] 14/22 18/13 18/13 18/21 23/25
31/3
EASTERN [2] 1/2 32/3
eight [2] 10/10 10/24
either [3] 21/24 26/19 31/18
Ellis [2] 2/13 2/18
else [8] 9/21 10/1 17/2 22/23 24/25
27/17 29/2 31/12
end [5] 7/23 17/23 20/12 20/18 20/22
Energy [1] 3/2
Enforcement [1] 2/6
Englebert [1] 7/7
entitled [1] 32/7
Environmental [1] 2/6
equipment [3] 7/15 7/17 27/10
ESQ [13] 1/15 1/19 1/22 2/3 2/6 2/7 2/7
2/10 2/13 2/19 2/19 3/3 3/6
etc [1] 27/10
even [3] 17/22 18/24 27/4
events [3] 23/19 23/21 24/23
everybody [12] 5/3 5/6 6/15 9/8 12/6 13/8
15/24 19/19 20/9 23/12 31/14 31/18
everybody's [1] 30/4
everyone [1] 8/15
everything [1] 23/7
evidence [2] 22/9 29/13
evidentiary [2] 18/23 19/6
Exactly [5] 7/4 8/2 8/2 8/23 26/13
Excel [1] 13/22
exchange [4] 9/8 13/11 13/14 14/15
exchanged [1] 5/5
exhibit [12] 12/12 12/22 12/24 13/11
13/14 13/18 14/23 15/10 16/8 19/22 22/3
23/24
exhibits [28] 12/15 14/15 14/18 15/4 15/8
16/2 16/3 17/3 17/10 17/15 17/22 18/4
19/23 19/25 20/8 20/11 20/16 20/21 21/3
21/23 22/23 24/3 24/8 24/20 25/1 29/4
29/6 29/7
expect [2] 8/14 26/18
expenses [2] 28/14 28/18
expert [3] 5/20 9/5 11/14
expert's [1] 9/22
experts [4] 9/21 10/1 20/23 21/5
expires [1] 7/20
explain [2] 30/2 30/5
explained [1] 26/21
Exploration [2] 1/15 2/20
expressed [2] 26/15 26/16
extension [3] 7/17 7/22 12/22
extent [1] 13/21

extra [2] 13/13 22/6

## F

fact [2] 5/13 22/2
fair [1] 28/17
faith [1] 13/18
Fantabulous [1] 8/17
far [2] 23/2 28/14
fashion [1] 8/15
favor [1] 5/8
FCRR [3] 3/8 32/2 32/10
Feel [1] 10/5
feeling [1] 5/25
few [3] 10/10 21/1 29/13
Fifteenth [1] 2/14
figure [3] 6/1 18/14 20/17
filed [3] 15/15 23/25 24/18
filing [2] 14/22 24/19
final [6] 5/19 14/23 15/13 23/8 23/24
31/3
finalize [2] 18/12 31/7
fine [6] 5/6 9/11 12/19 21/21 25/21 31/6
Firm [1] 1/22
first [8] 10/9 13/10 13/20 14/5 17/18
19/23 21/10 23/9
FITCH [3] 3/6 23/18 30/10
fits [1] 31/4
five [3] 10/9 18/22 18/23
flatter [1] 27/2
flattery [1] 26/24
flexibility [3] 7/17 7/23 18/2
Florida [2] 1/20 26/14
focus [1] 21/22
folks [1] 17/22
follow [4] 9/10 18/18 20/24 30/24
follow-up [1] 30/24
following [3] 14/23 23/24 25/6
forced [2] 21/2 21/4
foregoing [1] 32/4
foremost [1] 17/18
forget [2] 6/24 9/22
formal [1] 5/25
formula [1] 24/4
formulation [1] 21/14
forth [6] 9/8 13/1 14/7 15/21 19/6 31/1
forward [2] 11/23 18/9
four [1] 17/10
fraud [1] 8/24
free [1] 10/5
Friday [5] 5/11 26/16 31/19
Frilot [1] 2/10
front [4] 6/25 7/1 7/6 7/24
funny [1] 6/1
further [1] 22/7

## G

game [1] 20/17
GASAWAY [3] 2/13 6/3 6/5
general [2] 2/2 29/17
generator [1] 27/6
get [14] 5/12 6/17 6/21 7/22 8/15 8/15
11/18 11/21 20/21 21/3 21/11 23/14
24/17 26/14
getting [6] 18/10 23/6 23/15 28/19 29/21
29/22
give [7] 7/17 7/23 10/16 12/16 17/4
19/21 30/1
given [3] 7/23 7/25 20/3
giving [2] 11/1 30/17
glad [2] 5/21 6/24
go [8] 5/24 6/13 9/18 9/19 17/3 17/8 26/3
31/9

Godwin [1] 3/2
going [23] 6/21 7/22 9/15 10/4 11/18
12/25 13/22 14/1 16/20 20/14 20/14
20/17 20/22 21/4 22/4 22/5 22/6 22/14
23/11 23/23 24/15 28/24 31/13
gone [2] 13/1 22/17
good [25] 5/3 5/7 5/11 6/4 6/23 11/24
12/19 13/16 13/18 15/22 19/17 21/6
23/17 25/11 26/10 27/1 27/1 27/8 27/25
28/7 28/23 29/10 31/14 31/15 31/18
good-faith [1] 13/18
got [8] 5/20 8/3 9/22 11/25 12/5 21/3
30/21 31/7
Gotcha [1] 11/8
grand [1] 20/21
Grassmick [1] 7/21
great [1] 22/22
greetings [1] 5/5
group [4] 1/11 14/14 16/6 21/18
guess [5] 5/23 6/3 6/7 20/7 22/16
guessing [2] 20/14 20/17
GULF [1] 1/5
guys [5] 5/20 7/1 13/8 27/11 29/20

## H

had [10] 6/11 17/4 17/15 20/7 21/10
23/10 25/3 25/17 26/16 30/25
Halliburton [2] 3/2 25/17
hand [2] 7/5 11/3
handful [1] 11/5
handled [1] 11/22
handles [1] 22/18
hands [1] 23/6
happen [1] 20/14
happening [1] 5/18
happy [2] 15/24 15/24
hard [3] 8/14 12/14 30/17
HARIKLIA [1] 2/19
has [9] 7/9 9/9 15/9 15/19 17/20 18/1
19/22 19/24 24/8
have [63]
haven't [2] 10/20 21/18
having [2] 19/1 23/10
HB [1] 3/9
HB-406 [1] 3/9
he [10] 10/4 10/13 17/23 20/24 21/12
21/16 22/18 27/4 27/5 28/10
heading [1] 16/25
heard [1] 21/10
help [1] 5/14
helpful [2] 15/22 24/22
here [5] 5/6 13/2 16/18 18/1 25/13
hereby [1] 32/4
Herman [4] 1/15 1/15 1/15 27/21
highlight [1] 20/25
him [1] 21/12
HIMMELHOCH [2] 2/6 21/8
his [2] 7/5 22/20
hit [1] 28/24
Holdings [3] 2/10 2/16 2/21
home [3] 26/11 26/12 28/10
honest [1] 11/20
Honor [28] 5/16 6/4 7/2 7/14 8/2 8/5 8/13
11/11 16/3 16/17 17/6 19/13 21/8 22/1
22/10 25/7 25/13 25/16 25/22 26/7 26/24
27/22 28/4 28/10 29/3 29/25 30/23 31/16
HONORABLE [1] 1/11
hoot [1] 8/6
hope [2] 24/13 26/25
hopefully [1] 29/21
HORIZON [1] 1/5
hot [2] 5/7 11/5

## H

Houston [1] 3/4
how [13] 5/3 6/6 8/14 12/18 15/3 20/13
20/18 20/19 22/5 22/18 26/9 28/5 29/16
however [2] 18/7 29/16
Huffman [1] 9/15
huge [1] 30/11
huh [5] 5/17 11/2 11/9 11/14 26/11
hundred [2] 9/18 22/5

## I

I'll [2] 11/20 19/21
I'm [16] 5/6 5/21 6/24 9/17 9/25 10/3
11/21 16/22 16/25 25/1 25/4 25/13 26/12
28/6 28/11 29/22
I've [1] 30/21
idea [2] 19/5 20/25
identified [3] 17/10 21/23 24/4
identifies [2] 10/9 10/10
identify [1] 10/8
identifying [1] 15/5
if [30] 7/6 7/9 7/16 10/2 10/3 10/5 10/13
10/14 10/23 11/3 11/11 13/22 16/17
16/21 20/20 21/2 21/18 22/4 22/12 24/16
25/1 25/5 26/1 26/19 27/13 27/14 27/15
27/15 30/5 31/7
ignoring [1] 29/23
Illinois [1] 2/20
images [1] 15/19
imagine [1] 24/15
impetus [1] 28/21
in [63]
in limine [2] 16/20 16/24
in-person [1] 14/4 23/8
inadmissible [2] 18/6 18/16
Inc [11] 2/11 2/11 2/13 2/14 2/15 2/17
2/18 2/20 2/21 2/22 3/3
include [1] 13/13
including [1] 18/25
inconsistency [1] 16/6
inData [1] 14/17
information [4] 8/12 15/5 24/4 27/19
input [1] 11/21
installment [3] 13/19 15/8 24/7
installments [3] 13/20 19/24
intends [1] 20/24
intention [1] 30/25
interested [1] 17/23
internal [1] 9/17
internally [2] 26/18 28/16
into [4] 6/18 21/2 21/3 23/4
inventory [1] 6/14
invitation [1] 11/15
inviting [1] 11/13
involved [3] 25/5 28/17 28/20
Irpino [2] 1/22 1/22
is [82]
isn't [1] 14/1
issue [8] 10/14 10/25 11/4 19/17 22/8
25/2 27/18 28/13
issued [1] 16/7
issues [7] 6/2 25/18 25/18 29/13 29/18
29/22 31/2
it [55]
it's [15] 5/10 5/21 12/25 14/7 15/14 15/16
19/13 19/15 21/6 22/10 23/10 25/7 27/2
29/23 29/25
items [2] 6/13 6/14
its [1] 30/12

## J

judge [18] 1/12 12/3 12/18 14/11 17/19
17/21 19/2 20/24 21/5 21/24 22/17 22/24
23/18 23/21 23/23 30/12 30/13 31/6
Judge Barbier [9] 12/3 17/19 17/21 19/2
20/24 21/24 29/21 23/23 30/13
Judge Barbier's [1] 22/17
judgment [1] 27/6
just [25] 5/10 5/24 6/19 7/12 13/5 13/15
14/7 16/10 16/14 16/17 19/21 20/1 22/25
23/16 24/10 24/16 25/6 29/5 29/8 29/14
29/20 29/23 30/1 30/24 30/25
Justice [2] 2/5 6/18

## K

KARIS [5] 2/19 25/14 30/7 30/8 30/23
Katz [1] 1/15
keep [4] 12/11 19/7 29/6 29/8
keeps [1] 16/9
KERRY [6] 2/10 12/13 25/7 25/7 25/10
25/14
kicked [1] 16/7
kind [5] 6/11 11/15 17/10 19/4 30/5
Kirkland [2] 2/13 2/18
know [12] 5/9 7/1 8/11 10/4 15/3 17/5
22/14 23/4 23/16 27/14 29/20 30/4
knowledgeable [1] 23/13

## L

laed.uscourts.gov [1] 3/10
Lamar [1] 3/3
language [3] 13/5 13/20 31/5
largely [1] 20/25
larger [1] 20/19
Lasalle [1] 2/20
last [7] 6/9 11/21 14/4 17/9 20/7 22/19
26/16
late [1] 11/21
later [3] 10/10 17/15 21/20
Law [1] 1/22
lazy [1] 6/1
lease [2] 7/12 7/20
least [4] 7/22 21/18 25/19 28/21
leave [2] 7/12 7/15
left [2] 17/9 21/11
legitimate [1] 18/23
let [5] 5/9 21/17 22/11 26/13 27/14
let's [21] 5/12 5/24 5/24 7/4 7/11 7/19 9/1
9/1 12/12 13/9 15/25 16/3 17/3 20/12
20/13 20/18 25/2 27/17 27/17 28/1 28/1
letter [3] 29/12 31/1 31/2
Levin [1] 1/18
Lewis [1] 3/2
light [1] 9/6
like [10] 10/14 12/13 16/19 16/21 17/3
20/1 20/8 21/22 25/12 27/13
limine [5] 12/2 16/7 16/20 16/24 30/13
limit [2] 20/3 20/15
limitation [1] 20/2
limitations [1] 19/6
limited [3] 12/2 22/2 18/20
line [8] 7/16 10/4 25/12 25/15 26/6 28/2
28/3 31/13
list [17] 9/7 9/9 11/4 12/12 12/22 12/24
13/3 13/14 13/18 14/23 17/22 18/13
18/15 19/22 22/3 23/24 30/15
listed [1] 15/3
listing [1] 13/6
lists [3] 13/11 18/10 18/12
little [3] 7/22 18/20 19/15
LLC [3] 1/15 2/10 2/10
LLP [3] 2/13 2/18 3/5
LMRP [1] 7/8
loading [1] 7/7
long [2] 14/3 22/5

## M

look [4] 7/8 8/23 10/22 13/9
looking [2] 16/18 28/16
looks [3] 12/13 16/19 16/21
lot [4] 5/20 20/1 23/3 23/3
LOUISIANA [8] 1/2 1/6 1/16 1/23 2/11
3/9 26/23 32/4
Lovely [2] 9/20 15/12
loves [1] 8/5
low [1] 21/15
LP [1] 3/6
Lyle [1] 25/22

Magazine [1] 1/23
magical [1] 20/16
MAGISTRATE [1] 1/12
mail [8] 6/8 8/3 9/8 11/20 11/23 12/13
13/8 15/18
majority [1] 24/14
make [6] 6/19 8/10 21/4 22/25 27/14
29/7
makes [1] 21/14
making [2] 21/16 23/7
many [2] 14/6 23/11
Mark [1] 13/1
marked [2] 15/4 24/3
matter [2] 30/12 32/7
may [5] 7/21 8/18 23/18 29/6 29/7
maybe [6] 6/17 20/18 20/19 22/16 26/3
MAZE [2] 2/3 26/7
McCutchen [1] 3/5
MD [1] 1/4
me [13] 5/8 5/21 6/24 8/9 10/16 12/16
17/4 20/16 21/15 26/13 27/2 27/14 31/8
mechanical [1] 3/14
meet [13] 13/25 14/6 14/23 15/10 18/11
18/12 21/3 23/3 23/11 23/24 24/9 24/13
29/5
meet-and-confer [8] 13/25 14/23 15/10
18/11 23/24 24/9 24/13 29/5
meet-and-confers [3] 14/6 23/3 23/11
meeting [6] 14/4 14/5 22/4 23/8 23/8
23/9
merit [1] 11/11
MEXICO [1] 1/5
Michoud [2] 6/2 7/11
might [3] 7/25 24/22 27/5
Mike [7] 5/25 6/1 7/5 10/22 13/4 25/22
26/1
MILLER [3] 2/10 25/8 25/14
mind [2] 24/21 29/8
minds [1] 29/2
ministerial [1] 16/10
Mississippi [2] 16/25 26/14
Mitchell [1] 1/18
model [1] 18/18
Momber [7] 9/24 10/2 10/6 10/13 10/25
11/4 11/16
Momber's [1] 11/22
Monday [4] 26/15 26/19 29/22 30/13
money [1] 28/19
monitor [1] 25/20
Montgomery [1] 2/4
more [4] 15/1 18/20 20/3 27/4
morning [5] 5/3 6/4 6/8 12/19 30/2
most [2] 12/24 14/12
motion [6] 9/22 11/11 12/3 24/18 24/19
30/13
motions [5] 12/2 15/8 15/15 16/7 24/7
move [2] 21/1 24/14
moving [1] 25/1
Mr. [3] 30/25 30/25 31/2

## M

Mr. Barr [1]  30/25
Mr. Barr's [1]  31/2
Mr. O'Rourke [1]  30/25
much [5]  19/20 20/3 20/10 23/14 30/20
my [7]  10/21 16/12 21/6 24/21 28/12
30/15 32/5
myself [1]  29/21

## N

name [1]  9/23
nearly [1]  28/7
necessary [2]  23/11 27/15
need [20]  7/16 9/3 9/4 11/17 14/3 17/5
18/18 18/23 19/18 21/15 23/2 24/20
25/24 26/3 26/19 27/13 27/17 27/20
29/23 30/4
needed [2]  6/13 6/13
needs [2]  20/19 24/18
negotiate [1]  7/16
new [10]  1/6 1/16 1/23 2/11 3/9 9/22
15/20 18/19 21/11 23/8
New Orleans [2]  21/11 23/8
next [13]  8/21 9/10 9/19 13/17 13/24
15/7 18/10 21/18 22/13 23/15 26/20
31/15 31/19
night [2]  6/9 11/21
no [10]  5/12 9/14 10/20 11/12 11/13
27/12 28/2 28/9 28/9 28/9
NOAA [1]  8/12
nobody [1]  31/7
nondeposition [1]  14/15
normal [1]  5/11
North [7]  2/14 2/16 2/17 2/20 2/20 2/21
2/22
not [29]  5/13 5/17 5/21 7/6 8/19 9/18
10/3 10/4 10/13 10/24 11/15 12/2 14/12
18/6 18/15 19/25 20/10 20/12 21/24 25/1
25/14 25/25 26/16 26/19 26/24 28/10
29/22 31/13 31/15
note [2]  7/19 9/21
noted [4]  11/9 11/10 11/15 16/5
notice [1]  28/22
noticed [2]  16/18 16/22
noticing [1]  16/22
now [13]  9/16 12/12 12/25 13/4 13/17
14/11 14/20 15/14 15/15 18/5 19/22
20/13 20/15
nudge [1]  30/11
number [3]  18/4 20/12 21/19
numbers [4]  19/18 19/19 19/21 21/15
NW [2]  2/14 3/6

## O

O'Keefe [2]  1/16 7/5
O'ROURKE [7]  2/7 9/13 10/3 16/4 25/9
29/11 30/25
object [1]  19/18
objected [3]  19/24 19/25 21/24
objecting [2]  15/9 24/8
objection [3]  15/9 15/10 24/9
objections [7]  8/20 13/18 13/20 14/3 14/6
23/6 23/13
obviously [2]  13/19 30/12
occur [1]  14/7
Oceaneering [3]  28/1 28/13 28/22
off [5]  8/19 8/25 9/7 13/3 13/7
Office [1]  1/19 2/8
Official [3]  3/8 32/2 32/11
offline [1]  25/3
Offshore [1]  2/10
Oh [1]  10/20

## O

OIL [2]  1/4 1/4
okay [20]  10/1 10/4 11/4 11/25
14/21 15/17 16/25 19/8 23/17 24/25
21/11 26/5 26/21 27/2 27/23 27/25 28/6
28/23 29/1 29/10 30/9 31/17
old [2]  15/20 16/9
on [106]
one [3]  5/18 8/22 12/5 13/11 17/21
18/18 18/25 22/16 24/21 25/14 26/16
29/4 30/24
ones [3]  12/10 19/2 19/2
ongoing [1]  9/21
only [5]  8/22 11/5 17/23 20/21 22/11
open [1]  19/5
opposed [1]  12/10
opposition [1]  11/17
opt [1]  27/19
opt-out [1]  27/19
optimism [1]  21/13
option [1]  11/1
optional [2]  15/8 24/7
or [18]  7/12 10/4 17/14 18/6 18/7 18/10
18/13 18/15 20/10 21/24 24/4 25/14
25/25 26/19 27/14 29/7 30/2 31/19
order [9]  11/25 12/5 14/2 14/8 14/13
14/14 16/6 27/23 29/14
orders [2]  22/18 22/20
original [1]  10/25
Orleans [7]  1/6 1/16 1/23 2/11 3/9 21/11
23/8
orphan [4]  17/14 18/17 20/16 21/23
other [10]  6/20 11/3 11/6 14/11 15/25
19/9 22/20 28/17 28/20 31/24
others [4]  6/10 6/17 12/14 16/23
otherwise [3]  6/21 22/21 29/18
our [20]  5/10 6/14 10/8 10/10 10/12
10/12 10/22 11/6 17/16 17/17 18/5 18/21
20/25 21/3 21/4 23/6 28/16 30/25 31/1
31/14
out [18]  6/12 6/14 8/14 9/16 9/17 10/13
12/1 12/5 13/8 14/13 17/15 19/7 20/17
22/21 23/16 27/19 27/19 29/6 31/8
over [3]  13/2 13/2 22/2
overlap [2]  25/18 29/8
overview [1]  17/4

## P

PA [1]  1/18
Page [1]  4/2
Papantonio [1]  1/18
part [2]  10/6 29/8
participating [1]  5/13
parties [20]  6/8 7/19 12/1 13/5 13/13
13/21 14/2 14/15 14/17 17/12 18/6 18/9
19/1 19/9 22/8 22/21 23/16 24/1 28/17
28/20
parts [2]  9/5 9/15
party [9]  15/8 15/9 18/13 23/25 24/8 24/8
24/17 29/18 31/4
party's [1]  14/23
past [1]  7/16
path [2]  11/23 18/9
payment [1]  28/14
PC [1]  3/2
Pensacola [1]  1/20
people [9]  6/20 11/22 20/4 20/5 20/22
25/5 28/24 29/5 30/17
per [1]  18/5
percent [1]  9/18
Perfect [2]  9/11 31/10
period [1]  27/7
person [3]  5/13 14/4 23/8
personally [2]  15/5 24/4

## P

perspective [1]  6/22
PETER [7]  2/19 13/1 17/6 17/8 19/8
21/12 23/3
Petroleum [1]  3/5
phase [14]  7/1 7/20 7/24 8/1 12/5 12/6
17/11 17/21 18/1 18/18 18/25 25/3 25/19
28/17
Phase One [4]  12/5 17/21 18/18 18/25
Phase Two [7]  7/1 7/20 8/1 12/6 17/11
18/1 28/17
pick [1]  11/5
pile [1]  16/17
pitch [1]  22/13
place [1]  9/2
placing [1]  20/15
plaintiffs [4]  1/15 1/18 1/22 27/21
plan [1]  29/20
planning [2]  9/9 9/17
please [3]  5/9 7/9 29/5
plowing [1]  8/24
point [3]  12/4 16/12 18/14
points [1]  21/1
pony [1]  28/24
pop [1]  31/7
position [2]  6/16 17/17
positions [2]  29/18 31/1
positive [1]  19/16
possibility [1]  28/19
possible [2]  6/15 23/14
Post [2]  1/19 2/8
potential [1]  25/18
Poydras [2]  2/11 3/9
preadmission [2]  18/20 20/8
preadmitted [2]  17/14 18/4
prejudicial [1]  20/4
presence [2]  15/5 24/4
present [1]  20/2
presentation [1]  29/13
pretrial [2]  22/18 22/20
principle [1]  9/15
prioritize [1]  7/6
probably [2]  28/16
problem [6]  13/23 27/4 27/5 27/7 27/8
27/14
procedure [2]  21/14 21/19
proceedings [4]  3/14 5/1 31/20 32/6
process [16]  8/19 8/22 14/24 18/20
18/25 19/4 20/21 21/2 22/6 23/25 24/9
24/13 29/5 29/9 30/6 30/12
Proctor [1]  1/18
Production [4]  2/13 2/15 2/19 2/21
Products [2]  2/16 2/22
progress [3]  19/17 21/7 21/17
projector [1]  5/22
prompting [1]  16/23
pronounce [1]  15/3
proof [2]  20/4 20/5
proposal [2]  19/9 19/11
proposed [1]  6/9
provide [1]  14/17
providing [1]  27/18
PSC [3]  19/5 19/13 26/22
pull [1]  11/13
pulled [1]  22/17
put [7]  7/5 12/24 13/15 15/24 19/6 20/12
23/16

## Q

quantification [4]  25/3 25/19 29/17 31/14
question [3]  10/6 21/20 21/21
quick [1]  13/4
quiet [2]  29/14 29/19

## Q

quite [3]  5/17 11/4 11/5
quote [1]  20/16
quote/unquote [1]  20/16
quotes [1]  15/24

## R

Rafferty [1]  1/18
range [1]  13/25
RE [1]  1/4
reached [1]  31/5
read [3]  10/21 13/7 31/8
ready [1]  7/12
real [1]  13/4
really [10]  6/11 6/16 17/12 22/4 23/5
 23/5 23/10 23/15 30/19 30/20
rebuttal [1]  10/13
receive [1]  8/14
recent [1]  14/13
recognize [1]  17/25
recognized [1]  6/10
reconsider [2]  15/9 24/9
record [5]  5/10 21/3 21/4 31/3 32/6
recorded [1]  3/14
redact [3]  15/2 24/2 24/2
regard [1]  12/17
regarding [4]  11/25 12/5 24/19 24/22
relates [1]  12/21
relative [1]  14/2
relevant [1]  14/12
rely [1]  13/8
remain [2]  25/12 25/15
remains [1]  15/11
remind [2]  6/24 29/5
reminded [3]  17/20 17/20 17/21
repeatedly [1]  17/21
report [11]  6/2 6/7 6/22 7/11 7/13 7/15
 8/12 9/3 9/15 20/25 21/17
Reporter [3]  3/8 32/3 32/11
reports [1]  9/6
represented [1]  26/22
request [2]  10/7 30/12
requested [2]  13/12 25/17
reserve [1]  27/6
resist [1]  30/17
resolution [1]  22/12
resolve [2]  21/25 24/14
respect [1]  22/25
respond [1]  21/16
responder [1]  27/18
responders [1]  25/23
response [1]  27/12
responses [1]  15/15
responsive [1]  9/6
review [1]  29/9
revised [2]  12/21 16/8
revisions [2]  15/23 16/1
RIG [1]  1/4
right [24]  5/12 5/19 7/4 7/20 7/25 10/16
 10/17 11/24 15/6 15/22 16/3 16/15 18/5
 18/15 19/22 20/13 20/15 22/9 24/25 25/1
 26/23 27/1 28/23 31/12
ripe [1]  11/4
risk [1]  30/11
River [1]  17/1
Rob [7]  6/4 7/13 11/9 11/17 11/18 12/8
 25/13
ROBERT [1]  2/13
Room [1]  3/9
rough [1]  19/21
round [2]  10/11 10/12
rule [2]  29/16 29/17

rules [1]  22/14
ruling [6]  10/17 10/18 10/26 11/5 24/7
 24/17 24/21
rulings [1]  12/5
run [1]  13/3

## S

said [2]  21/16 25/3
SALLY [1]  1/11
same [1]  16/18
SARAH [9]  2/6 8/18 16/12 16/23 17/10
 21/8 21/21 31/16 31/17
save [1]  5/23
saw [3]  6/8 9/8 12/12
say [2]  10/23 30/1
saying [1]  8/3
schedule [2]  10/15 18/1
SCOTT [8]  2/7 6/10 6/17 10/3 10/5 28/2
 28/2 28/13
second [2]  10/11 24/1
Section [2]  1/5 2/6
secure [1]  8/15
see [22]  5/22 5/24 7/11 9/1 13/5 14/12
 15/20 16/12 17/18 18/2 20/13 20/18
 21/14 21/18 27/17 28/1 29/12 29/21 31/9
 31/15 31/17 31/18
seem [2]  21/15 22/20
seems [2]  20/1 20/16
seen [1]  6/9
self [1]  26/24
self-flattery [1]  26/24
send [5]  11/20 11/23 13/4 15/18 22/21
sending [1]  9/17
sense [1]  21/15
September [13]  7/8 14/24 15/2 15/2 15/7
 15/13 15/14 15/14 15/16 23/20 23/23
 24/6 24/23
September 11 [2]  15/13 15/14
September 4 [1]  15/14
September 6 [9]  14/24 15/2 15/2 15/7
 15/16 23/20 23/23 24/6 24/23
Services [1]  3/3
set [2]  10/15 21/19
setting [1]  31/1
share [1]  21/13
she [5]  8/4 8/5 8/7 8/9 8/10
she's [4]  7/8 8/4 8/6 8/10
shock [1]  11/10
shocked [1]  11/12
shockingly [1]  21/15
short [3]  7/16 25/6 31/1
shorter [1]  18/19
shortly [2]  11/23 13/8
should [10]  5/14 6/16 7/12 13/13 18/10
 18/12 18/20 18/21 22/23 26/20
show [2]  14/4 23/9
SHUSHAN [1]  1/11
side [5]  6/12 6/12 18/5 18/13 18/22
sides [1]  6/20
similar [1]  18/25
simply [1]  12/24
since [1]  25/17
sitting [1]  28/11
small [1]  18/4
smaller [1]  20/18
so [37]
software [1]  3/15
solver [1]  27/4
some [11]  6/19 8/1 18/1 18/14 19/21
 22/17 24/15 26/4 28/17 28/19 28/20
somebody [1]  12/16
something [1]  11/18
somewhere [1]  20/11

soon [1]  8/15
sorta [1]  29/15
sound [1]  28/7
Sounds [2]  11/24 27/13
source [2]  29/15 29/16
South [1]  1/20
spare [2]  7/9 10/22
speak [7]  5/9 10/2 10/5 12/3 17/14 26/14
 29/23
speaking [1]  5/9
special [2]  6/19 27/15
spend [1]  22/4
SPILL [1]  1/4
split [1]  16/21
spoke [5]  17/16 19/10 21/12 25/10 26/15
spoken [2]  14/2 19/8
sponsored [1]  18/24
start [2]  14/5 18/15
starts [1]  23/15
State [2]  2/2 26/7
states [8]  1/1 1/12 2/5 9/5 9/10 25/4
 26/22 32/3
stay [6]  6/13 8/10 26/2 26/3 31/13
staying [1]  29/14
steamy [1]  5/7
stenography [1]  3/14
step [1]  19/16
STEPHEN [1]  1/15
Steve [12]  9/12 9/13 10/3 11/13 16/4
 16/15 16/22 25/9 27/8 27/21 29/11 30/1
STEVEN [1]  2/7
still [7]  7/7 8/9 8/24 9/7 12/7 12/9 15/10
Street [6]  1/20 1/23 2/11 2/14 3/6 3/9
strike [3]  9/22 22/14
struggle [1]  22/1
stuff [2]  24/5 29/14
submit [1]  31/1
submitted [2]  17/22 18/14
suggest [2]  20/6 22/21
suggesting [3]  11/23 22/19 23/20
suggestion [1]  22/19
Suite [3]  1/20 2/11 3/3
summary [3]  8/21 9/14 19/5
supplies [1]  27/10
support [1]  29/17
suppose [1]  10/23
sure [6]  6/19 8/10 9/18 10/3 23/7 29/7
suspension [1]  12/4
sympathies [1]  28/12

## T

take [5]  6/18 7/4 8/18 13/9 30/4
takes [1]  8/25
taking [2]  6/16 9/7
talk [11]  9/1 12/12 15/25 21/17 22/11
 22/23 25/2 26/18 27/17 28/1 31/19
talked [2]  19/14 20/7
talking [6]  14/3 14/5 17/12 23/3 26/17
 29/15
team [3]  17/16 27/16 28/16
technical [2]  27/9 27/10
Telephone [1]  5/5
tell [1]  30/21
tells [1]  16/7
terms [2]  20/8 23/15
Texas [2]  3/4 26/14
text [1]  16/6
than [3]  19/20 20/4 27/4
thank [9]  5/6 6/5 12/19 16/13 16/16 26/5
 30/9 30/20 31/10
Thanks [2]  16/15 24/24
that [147]

**T**

that's [27]  5/19 6/1 7/14 9/7 9/11 9/14
10/14 10/16 11/7 12/3 13/22 15/14 15/22
16/9 18/7 19/4 19/17 21/6 21/21 22/9
22/22 24/2 24/7 26/11 27/8 30/15 31/6
their [11]  6/18 6/22 9/5 10/10 10/24
13/14 13/21 18/10 18/13 20/23 24/16
them [13]  6/21 6/24 11/1 13/3 13/4 16/21
16/21 23/5 23/6 24/21 26/18 26/21 28/19
then [19]  6/9 6/17 6/22 8/21 10/10 10/25
11/4 11/7 13/8 13/22 14/7 14/22 15/1
16/1 19/1 20/12 21/4 21/19 24/6
there [11]  10/1 10/14 13/15 13/21 14/11
22/2 22/18 23/16 24/15 24/20 27/19
there's [6]  5/12 8/22 18/1 25/17 27/14
31/3
these [5]  6/24 14/14 18/3 18/22 24/7
they [12]  8/13 11/3 13/14 13/22 18/24
26/17 26/17 26/19 26/19 26/22 26/25
29/14
thing [8]  6/25 16/10 16/18 22/11 22/16
24/1 24/6 29/4
things [2]  6/24 31/5
think [35]
thinking [3]  18/5 19/21 30/6
thinks [2]  8/4 18/18
third [4]  13/19 15/8 24/6 24/7
this [50]
Thomas [1]  1/18
those [12]  14/20 15/23 18/12 18/14
19/24 21/4 21/22 24/22 24/23 28/18
29/18 29/22
though [1]  18/24
thought [9]  6/10 6/16 6/16 6/23 8/7 13/4
14/12 19/15 21/6
thousand [1]  22/3
three [7]  10/11 10/12 11/6 23/19 23/21
24/22 24/23
threw [1]  6/14
through [9]  5/24 7/23 8/24 12/14 13/25
14/8 22/6 22/7 23/2
time [7]  10/22 14/5 20/3 22/4 23/10 30/4
30/18
timeline [10]  12/17 12/20 12/21 16/1 16/5
16/9 16/11 17/2 23/21 23/22
timing [6]  10/6 10/7 10/14 10/19 10/20
11/7
to-do [1]  9/7
today [11]  5/18 5/19 5/23 5/25 9/18
10/17 10/18 10/19 10/22 28/5 30/4
today's [1]  25/6
together [2]  18/10 23/1
told [1]  11/11
tomorrow [2]  10/8 10/9
Toni [5]  3/8 3/10 32/2 32/10 32/10
Tony [4]  23/18 23/21 30/10 30/15
took [1]  9/2
Torres [2]  9/2 9/16
Torres-Verdin [1]  9/2
total [1]  20/21
towards [1]  17/23
track [1]  8/10
tracked [1]  15/19
traffic [1]  12/13
transcript [2]  1/11 32/5
transcription [1]  3/15
Transocean [6]  2/10 2/10 2/11 25/2 25/4
25/8
trial [13]  7/20 11/16 13/18 14/18 17/15
17/23 17/24 17/25 18/15 18/19 20/13
20/19 22/14
true [1]  32/4

try [3]  6/21 10/21 26/24
trying [3]  8/18 11/22 26/6
turn [1]  10/21
turns [1]  10/13
Tusa [5]  3/8 3/10 32/2 32/10 32/10
two [15]  7/1 7/20 7/24 8/1 12/6 12/25
13/20 14/11 14/14 15/1 17/11 18/1 25/19
26/17 28/17

**U**

U.S [5]  2/5 19/6 21/9 22/2 25/9
understand [1]  26/17
understanding [1]  32/6
understood [1]  11/13
UNITED [7]  1/1 1/12 2/5 9/5 9/10 25/4
32/3
United States [3]  9/5 9/10 25/4
unquote [1]  20/16
unredacted [1]  27/19
until [2]  7/12 7/15
unusual [1]  22/20
up [13]  7/5 9/10 10/5 14/4 16/21 20/22
21/12 21/24 23/9 24/10 28/24 28/24
30/24
upcoming [1]  29/4
update [1]  12/16
upon [3]  12/21 13/3 20/19
us [16]  5/9 6/11 7/17 7/23 10/7 11/19
16/7 17/20 17/20 18/9 20/24 21/5 21/17
22/11 25/14 26/16
use [3]  8/1 20/8 21/4
used [4]  16/19 17/24 20/9 20/22
using [2]  3/14 20/23

**V**

vacation [1]  8/7
value [1]  18/1
vast [1]  24/14
vehicles [1]  20/23
Verdin [3]  9/2 9/7 9/16
version [2]  9/17 13/14
versions [1]  13/22
very [5]  18/25 23/12 26/10 30/20 31/1
view [1]  18/21
views [1]  6/18
vote [1]  7/4

**W**

walkthrough [1]  27/9
want [22]  6/19 7/25 10/5 10/12 12/16
12/17 17/19 19/12 22/25 23/16 24/10
26/2 30/1 30/5
wanted [1]  29/1
wants [4]  8/10 20/24 21/5 24/17
WARREN [1]  3/6
was [12]  6/23 8/7 12/25 13/17 13/24
13/25 15/13 15/15 16/23 17/23 17/23
22/19
Washington [4]  2/3 2/8 2/14 3/7
waste [1]  10/12
way [4]  6/1 17/18 17/25 21/5
we [161]
We'll [1]  8/14
week [22]  8/20 8/21 9/2 9/9 9/10 9/22
10/9 12/13 12/25 13/24 17/9 18/10 20/7
21/17 22/12 22/13 22/19 23/2 23/15
26/18 26/20 31/15
weekend [2]  31/15 31/18
weeks [2]  12/25 18/11
welcome [2]  26/2 31/11
well [10]  5/17 5/18 10/2 11/1 22/2 23/13
26/4 26/13 26/22 27/5
were [9]  5/25 14/11 14/12 15/20 16/20

what [27]  5/22 6/15 9/4 10/8 12/17 15/20
15/20 16/22 16/22 17/12 17/23 20/2 20/6
20/14 20/20 20/24 21/16 22/14 22/19
23/19 23/23 26/16 27/17 29/2 30/3 30/6
31/4
what's [17]  1  20/14
when [7]  10/15 10/24 13/14 16/18 21/22
21/23 31/8
where [11]  12/16 12/20 15/8 15/19 17/9
18/2 19/4 20/21 21/2 24/8 31/3
Whereas [1]  6/14
whether [1]  20/9
which [19]  5/11 6/13 6/13 8/10 13/11
13/12 13/12 13/17 13/24 14/12 14/12
17/13 19/2 19/2 20/23 24/18 30/7 31/2
31/2
While [1]  15/25
who [8]  5/9 7/4 11/22 17/3 25/5 25/12
28/20 31/13
Why [1]  13/7
will [35]
wind [1]  24/10
Wisconsin [1]  8/8
withdrawn [1]  9/6
within [1]  18/10
without [2]  11/11 20/5
witness [2]  18/24 20/9
witnesses [1]  20/22
won't [1]  24/14
wondering [1]  25/5
Word [2]  13/5 15/19
words [1]  28/23
work [5]  19/18 21/20 23/1 27/10 27/15
worked [1]  6/11
working [1]  1/11 7/7 8/13 12/7 12/9
12/14 12/14 14/14 16/6 21/18 22/7
worth [1]  22/7
would [30]  6/8 7/6 7/9 10/6 10/7 10/14
11/10 11/12 13/4 17/3 17/11 17/14 17/15
19/19 19/20 20/6 20/10 20/10 21/22
22/11 22/13 24/10 24/20 25/3 25/12
25/24 28/16 29/16 29/17 30/12
wouldn't [1]  20/8

**Y**

year [1]  7/23
Yep [2]  12/23 14/25
yes [12]  6/23 7/5 12/9 16/13 17/8 23/22
26/3 26/7 26/25 27/24 28/4 31/16
yesterday [8]  10/16 14/13 16/7 17/17
19/10 19/14 25/10 29/13
yet [2]  12/2 28/10
YORK [2]  3/3 25/16
you [92]
you're [6]  5/13 11/1 11/18 23/19 28/24
31/11
your [30]  5/16 6/4 7/2 7/14 8/2 8/5 8/13
11/11 16/6 16/13 16/17 17/6 19/13 21/8
22/1 22/10 25/7 25/13 25/16 25/22 26/7
26/24 27/16 27/22 28/4 28/10 29/3 29/25
30/23 31/16
Your Honor [23]  7/2 7/14 8/2 8/5 8/13
11/11 16/13 16/17 19/13 21/8 22/1 22/10
25/7 25/13 25/16 26/7 26/24 27/22 28/4
28/10 29/3 29/25 31/16
yourself [1]  28/6
yourselves [1]  28/25