# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

# IN RE: OIL SPILL BY THE OIL RIG MDL NO. 2179 "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

# EXPERT REPORT OF DR. ALAN R. HUFFMAN SUBMITTED ON BEHALF OF THE THE UNITED STATES

This report discusses the expert findings of Dr. Alan R. Huffman relating to the estimation of the size of the M56 reservoir, and the compaction history and geomechanical properties of the M56 reservoirs penetrated by BP Mississippi Canyon 252 #1 well (Macondo prospect).

DATED:  June 10, 2013

_Alan R. Huff_

Signature: Dr. Alan R. Huffman

                    Highly Confidential Per BP

## TABLE OF CONTENTS

List of Figures                                                                      3

Abbreviations                                                                        7

Information Required by the Federal Rules of Civil Procedure                          8


I.      SUMMARY OF CREDENTIALS                                                        9

II.     OVERVIEW AND SUMMARY OPINIONS                                               11

III.    ANALYSIS OF THE REPORT OF DR. CARLOS TORRES-VERDIN 13

IV.     ANALYSIS OF THE REPORT OF DR. ROBERT ZIMMERMAN                             36

V.      ANALYSIS OF THE REPORT OF DR. MARTIN BLUNT                                 41

VI.     ANALYSIS OF THE COMPACTION AND CEMENTATION
        STATE OF THE MACONDO M56 RESERVOIRS                                        44

VII.    SPECIFIC CONCLUSIONS                                                       75


Appendices

        Appendix A - Statement of Compensation                                     76

        Appendix B – Data and Documents Reviewed and References                    77

        Appendix C – Curriculum Vitae of Doctor Alan R. Huffman                    83

                                      Highly Confidential Per BP

## LIST OF FIGURES

Figure                                                                          Page

1.    Synthetic seismic model generated with Macondo well log data          15
      and the extracted seismic wavelet from the CGG seismic data.

2.    Synthetic seismic model stack response compared to the CGG           16
      near-angle stack and far-angle stack data at the Macondo well
      location.

3.    Comparison of seismic gathers from the report of Dr. Torres-         17
      Verdin and the gathers provided for my analysis.

4.    Synthetic seismic gather responses for the Macondo well at           18
      progressively higher frequencies showing the effect on the
      resolution of the reservoirs.

5.    Comparison of actual seismic gathers at the Macondo well             20
      location showing differences in the gather responses. Red arrows
      mark the time of the M56D-E reflectors.

6.    Comparison of the AVO response on the M56 reservoir seismic          25
      amplitudes for the AVO gathers (panel A), the conditioned AVO
      gathers (panel B) and the conditioned gathers with gain balancing
      (panel C).

7.    Comparison of the near-angle and far-angle stacks from the CGG       26
      processed data and their amplitude spectra.

8.    A&B: Comparison of wavelet character across the Macondo well         28-29
      location showing differences in the M56 interval and zones just
      above and below.
      C&D: Comparison of amplitude spectra across the Macondo well
      location showing differences in the M56 interval and zones just
      above and below.

                                        Highly Confidential Per BP

9.   Comparison of the amplitude spectra of the input near-angle stack, ThinMAN stack and enhanced ThinMAN stack data.   30

10.  Comparison of the input near-angle stack (top), ThinMAN stack (middle) and enhanced ThinMAN stack (bottom) data for Inline 3415 and Xline 6813 in time domain across the Macondo well location with interpretation on each volume for the top of the M56D sand (blue horizon) and base of the M56E sand (red horizon) reservoirs.  The green horizon on the bottom displays is the interpretation for the top of the shale layer.   31

11.  Comparison of the inversion results of Dr. Torres-Verdin using Vp/Vs ratio (A), ThinMAN relative impedance inversion (B) and enhanced ThinMAN relative impedance inversion (C) in depth domain.   32

12.  Effect of vertical effective stress to different subsurface conditions.   46

13.  Velocity-porosity relationships in clastic sedimentary materials.  Note the change in behavior caused by the inception of load-bearing capability at the critical porosity point (about 40% porosity).  At porosities less than critical porosity, the material behaves like a Voigt-Reuss material.  Also note the shear wave behavior and how rapidly it changes from zero to non-zero as you pass the critical porosity.  Figure after Marion et al. (1992).   50

14.  Experimental results from Tosaya (1982) demonstrating the relationship between effective stress and velocity in a granular material of approximately constant porosity.  The schematic equation below the diagrams represents the observed stresses that are applied to the grains where total stress is applied as an external force to the rock volume, and pore pressure counteracts the total stress resulting in a net grain load that is equal to the effective stress.   51

15.  A 3-dimensional diagram showing the loading history of a hypothetical shale material in terms of effective stress, velocity and porosity.  The actual 3D normal compaction trend and unloading limbs are projected into the velocity-effective stress plane to the left.   51

Highly Confidential Per BP

16.    An example of the range of possible maximum compaction          53
       stresses that can result in the same velocity being tied to
       different effective stresses.

17.    Redisplay of figure 16 showing secondary compaction and          54
       the two types of secondary compaction trends that are
       observed in real data. The blue curve represents the case
       where unloading relaxes, and the red curve represents the
       case where unloading continues with the overprint of the
       chemically-compacted velocities.

18.    Example of fluid transmission from a deep sand to a shallow       55
       sand along a fault.

19.    Example of a fluid column in a reservoir with a separate         56
       hydrostatic pressure from the shales.

20.    Schematic of a sand body under shallow burial (after Stump       57
       et al, 2002).

21.    Pressure regime in a buried horizontal sand body under deep      57
       burial (after Stump et al, 2002).

22.    Schematic of a structured sand body under deep burial (after     58
       Stump et al, 2002).

23.    Dynamic steady flow model for a permeable reservoir              58
       embedded in shales (after Stump et al, 2002).

24.    Structural models for a permeable reservoir embedded in          59
       shales (after Stump et al, 2002).

25.    Pressures in anticline, monocline and syncline models (after     60
       Stump et al, 2002).

26.    Fluid pressures in a reservoir with different fluid densities     61
       including brine (blue), oil (green) and gas (red).

27.    Simple model for calculating the effect of a gas column in a      61
       reservoir (after Mouchet and Mitchell, 1989).

28.    Simple model for two reservoirs in pressure communication         62
       along a fault.

Highly Confidential Per BP

29.    Simple sandstone pressure model with brine (top) and gas over        64
       brine (bottom).

30.    Centroid models for the same sand body at different depths           65
       showing the change in drilling margin as a function of the change
       in the drilling window between the shale pore pressure and
       fracture pressure.

31.    Centroid model for a reservoir that is in failure on its primary     66
       structure but still is capable of trapping hydrocarbons in a down-
       dip protected trap.

32.    Seismic sections across the Macondo structure showing the           70
       structural setting around the well and the amplitude map for the
       M56 interval.

33.    Regional cross-section through the Macondo location showing         70
       the stratigraphy and interpretation of the M57 and M56 reservoirs
       and their down-dip and up-dip structure.

34.    BP final pressure prognosis with centroid pressure models based     71
       on GeoTap and MDT data from the Macondo well.

Highly Confidential Per BP

## ABBREVIATIONS

| | |
|---|---|
| AGC | Automatic Gain Control |
| AVO | Amplitude Versus Offset |
| DHI | Direct Hydrocarbon Indicator |
| Hz | Hertz |
| KCL | Potassium Chloride |
| mD | millidarcy |
| MDT | Modular Dynamic Tester |
| MW | Mud weight |
| OB | Overburden |
| OWC | Oil-Water Contact |
| PP | Pore pressure |
| PPG | Pounds per gallon |
| PR | Poisson's Ratio |
| PSDM | Pre-Stack Depth Migration |
| psi | Pounds per square inch |
| psi/ft | Pounds per square inch per foot |
| RSWC | Rotary Sidewall Core |
| SWF | Shallow Water Flow |
| UPVC | Uniaxial Pore Volume Compressibility |
| Vp | P-wave velocity |
| Vs | Shear wave velocity |

Highly Confidential Per BP

**INFORMATION REQUIRED BY THE FEDERAL RULES OF CIVIL PROCEDURE**

The following is a list of the items required by the Federal Rules of Civil Procedure:

1.  This report contains my opinions, conclusions and the reasons therefore;

2.  A statement of my qualifications is contained in Section I, below;

3.  My compensation for the preparation of this report is included in Appendix A;

4.  The data or other information I considered in forming my opinions is listed in the Documents Reviewed and References sections of Appendix B;

5.  In the last four years I have testified as an expert witness in Phase I of this case.

I understand that fact discovery in this case is ongoing. In light of that, or should relevant information otherwise become available to me, I reserve the right to revise or supplement these conclusions.

Highly Confidential Per BP

## I.    SUMMARY OF CREDENTIALS

I am an expert in theoretical and experimental rock physics, rock mechanics and geomechanical properties and the application of this expertise in the fields of pore pressure and fracture pressure prediction and detection and the direct detection of hydrocarbons and prediction of rock and fluid properties using seismic and well log data.

My formal education includes a Bachelor's degree in Geology from Franklin & Marshall College in 1983, and a Ph.D. in Geophysics from Texas A&M University in 1990.  In 1986-87, I was privileged to perform the seismic hazard analysis for the successful proposal for the Superconducting Supercollider in Waxahachie, Texas.   During my years at Texas A&M, I performed fundamental research involving the integration of rock mechanics, rock physics and seismology to solve complex problems in fluid-rock interactions.  This research included experimental and theoretical studies in high pressure/high temperature rock mechanics including ultra-high pressure deep earth processes such as mantle convection and shock wave research on deformation of silicates under extreme loading conditions that occur in nuclear blasts, meteor impacts and volcanic explosions.  I was recognized for my research in ultra-high pressure regimes when I was awarded the Excellence in Doctoral Research Award by Texas A&M University in 1989.  In 1989-1990, I served as Science Manager of DOSECC, the U.S. Continental Drilling Program.

From 1990 to 1997, I was employed by Exxon Corporation, where I worked as a technology specialist on exploration and production projects in The United States, West Africa and The Far East, and was also actively involved in technology and software development.  My technical areas of responsibility included pore pressure and fracture pressure prediction (global designated expert in this specialty), rock physics and physical properties analysis, specialized seismic data processing (2D and 3D, controlled amplitude and phase), direct detection of hydrocarbons using DHI and AVO technology, geophysical modeling and inversion, velocity analysis and time-depth conversion.  I also provided technical leadership and project management for global technology development programs in abnormal pressure prediction, 3D AVO technology, seismic modeling, and completion and management of the Exxon Global Physical Properties Database.  I also taught pore pressure and fracture pressure prediction schools for the company's geosciences and drilling department training programs.

From 1997-2002, I was Manager of The Seismic Imaging Technology Center (SITC) with Conoco, Inc.  In this role, I managed the geophysical technology division of Conoco, with responsibility for worldwide technology development and technical services.  I personally led an integrated team of geoscientists and engineers for 4 years to develop a unique 3D platform for the prediction and analysis of pore pressure, fracture pressure and other rock properties that resulted in the award of 4 patents.  I also led and supervised the application of this technology in Conoco's global exploration and production business, and also developed and taught Conoco's geopressure technology school for the company worldwide.  I also led an integrated team that developed new methods for the prediction and assessment of shallow water flow hazards in deepwater environments which also led to patented technology.

I was appointed as the Lyssa & Cyril Wagner Professor of Geology and Geophysics in the School of Geology and Geophysics at The University of Oklahoma in Norman, OK in 2003 and 2004. In this role, I taught graduate level courses in Advanced Reservoir Characterization that included the theory and application of seismic methods, rock physics and rock mechanics to the practice of pore pressure and fracture pressure prediction.

From 2003 until the present, I have been an owner and executive with Fusion Geophysical LLC and its subsidiaries. At Fusion, my duties include direct supervision and management of all technical projects involving pore pressure and fracture pressure prediction and shallow marine drilling hazards worldwide. At Fusion, I have worked on pore pressure and fracture pressure projects in over 40 countries including land, marine and deepwater settings that include both pre-drill prediction and real-time monitoring and detection of pressures and analysis of leak-off tests during drilling. I have also taught Fusion's geopressure technology school for multiple clients worldwide.

I am active in industry and professional affairs, having chaired numerous technical conferences and having served on organizing committees for the Society of Exploration Geophysicists (SEG), American Association of Drilling Engineers (AADE), American Association of Petroleum Geologists (AAPG) and Society of Petroleum Engineers (SPE). I was the recipient of the 2004 Robert H. Dott Sr. Memorial Award from AAPG for the publication of AAPG Memoir 76 (Pressure Regimes in Sedimentary Basins and Their Prediction), and also received the 2002 Best Paper Award from SEG for my publication on the origins of shallow water flows. I have published numerous papers in refereed journals and articles in international publications, and 40 abstracts. I have 9 U.S. patents in the field of geophysics, including 4 patents in the field of pore pressure and fracture pressure prediction. I have also designed and implemented new technologies in pore pressure and fracture pressure prediction for over 20 years.

During my career, I have done pre-drill pore pressure and fracture pressure prediction and/or pore pressure and fracture pressure monitoring while drilling in the onshore USA, offshore USA (Gulf of Mexico including deepwater), offshore Canada deepwater, offshore and onshore Mexico, Guyana, Brazil, Norway offshore, United Kingdom (North Sea offshore), Morocco deepwater, Nigeria deepwater, Cote D'Ivoire offshore, Angola deepwater, Cameroon deepwater, Equatorial Guinea deepwater, India deepwater, Indonesia deepwater and onshore, Caspian Sea, China offshore, Alaska onshore, Libya onshore and offshore, Guinea deepwater, Trinidad offshore and deepwater, Barbados deepwater, Pakistan offshore, and offshore Papua New Guinea. This experience includes a large number of deepwater wells, sub-salt wells, and many high pressure/high temperature wells and narrow margin wells. My experience includes working with operators to monitor wells to assure safe drilling margins from real time drilling data and assisting operators in making decisions on mud program changes and setting of casing points.

For more information on my background, refer to the CV, which is attached as Appendix C to this Report.

Highly Confidential Per BP

## II.    OVERVIEW AND SUMMARY OPINIONS

BP and its experts have presented a large body of evidence regarding the rock and fluid properties of the Macondo M57 and M56 reservoirs rocks that are being used to make the assertion for the Phase II Trial that a specific amount of oil was expelled from the reservoir.  I have reviewed their analyses and made my own conclusions about the reservoir.

It has been further asserted by BP through their expert Dr. Robert Zimmerman of Imperial College London using Laboratory tests from Weatherford Laboratories on a small set of core samples from the M56 interval of the Macondo well that the best estimate of the average uniaxial pore volume compressibility for the Macondo reservoir sandstone is 6.35 microsips.

It has been further asserted by BP through their expert Dr. Martin Blunt of Imperial College London that the results of Dr. Zimmerman's work among other factors including the initial and final reservoir pressures can be used to determine the total volume of oil expelled from the reservoir.

To complete this task, I have reviewed in detail the expert reports listed above along with several other supporting expert reports that will be discussed below.  I have also been provided with the Weatherford Laboratory Core Test Results on the Macondo cores, along with additional documents and emails from BP to aid in assessing the veracity of the BP expert reports and the data that those reports were based on.

With these facts in evidence, I have been asked to opine within the limits of my technical expertise on the following issues:

(1)  the quality of the input data used by the BP experts,

(2)  the validity of the technical basis of the work of the BP experts,

(3)  the technical merits of the methodologies used by the BP experts,

(4)  the validity of the interpretations made by the BP experts,

(5)  the impact of all of these factors on the veracity of their findings, and

(6)  to render an independent interpretation of certain results of the BP experts where my analysis indicates that the data, technical basis, methods, interpretation and/or final conclusions are in error

                         Highly Confidential Per BP

I have undertaken an independent analysis of the seismic data and integrated this new information with my Phase I expert reports and testimony.  This independent analysis which will be discussed below, will demonstrate that the expert opinions rendered by the BP experts are flawed and incorrect based in part on problems with the input data that were used, with the methods employed to process and analyze the data, and with the interpretations that were made by the BP experts based on these faulty data.

My general conclusions are as follows:

**Reservoir Volume:** It is my opinion that in the absence of any new data or evidence to the contrary, that the BP reservoir size from their pre-drill estimates are a better estimate of the reservoir size than the work presented by BP Experts for this case.

**Reservoir Compressibility Experiments**: It is my expert opinion that the core tests performed by Weatherford were done under the wrong conditions and thus cannot be used to assign a reliable UPVC value to the M56D or M56E reservoirs.  Since no tests were done for any other zones, those zones also cannot be assessed.



**Report of Dr. Robert Zimmerman**: I have serious questions about the compressibility value generated by Dr. Zimmerman's results as he bases his value on the Weatherford Tests. As I mention above, it is my opinion that the Weatherford Tests cannot be used to generate a reliable UPVC value.  It is my expert opinion that BP's original approach after the blowout, where they relied on a value of 12 microsips as the most likely correct value to use as an average UPVC number for the M56 reservoirs, is a more reasonable estimate.  It is possible that the actual UPVC value is even higher in some subzones of the reservoir section, but there are likely also lower value zones so that an average property of 12 microsips is the best choice for determining reservoir performance during the blow out.

**Report of Dr. Martin Blunt:** The combination of the use of unreasonably low compressibilities combined with unreasonably low permeabilities suggests to me that the total material balance calculations of Dr. Blunt are underestimating significantly the total amount of oil that was available to flow and that may have been produced from April 20 until the well was finally shut in.



### III.     ANALYSIS OF THE REPORT OF DR. CARLOS TORRES-VERDIN



Highly Confidential Per BP

It is my further opinion that in the absence of any new data or evidence to the contrary, that the BP reservoir size from their pre-drill estimates are a better estimate of the reservoir size than are the results of Dr. Torres-Verdín's work.

**Rock and Fluid Properties at Macondo – Log Analysis from Phase I Trial**

In my rebuttal report in Phase I of the Deepwater Horizon Litigation, I presented well-log analysis work that was performed to determine the elastic rock properties for the entire last interval drilled in the Macondo well below the 9 7/8" casing shoe in the depth range from 17,150 ft to the bottom of the well at about 18,285 ft. These results were provided in Appendix I to that rebuttal report. The analysis provided therein showed log calculations that included the total and effective porosity, the volume of sandstone and shale, the saturation levels of water and hydrocarbons, and other critical properties including the Young's Modulus, Bulk Modulus, Shear Modulus, Poisson's Ratio ("PR"), and other important rock properties. These properties, along with the measured log properties including gamma ray, resistivity, neutron porosity, bulk density, P-wave sonic velocity, S-wave velocity and caliper among others were used to assess the pore pressure conditions and fracture strength of the rocks to compare to the drilling parameters from the well.

Those same rock properties are also very valuable for doing forward models where the logs are used to generate a synthetic seismic model for the layers of rock measured in the Macondo well, and are also suitable for use as a calibration data set for the seismic inversion method that was employed in this case.

I undertook to perform forward models using the Macondo well log data to determine what the seismic response of the rock properties should be at Macondo. To perform this work, I used the Hampson and Russell AVO modeling software which is very similar to the Fugro-Jason software employed by Dr. Torres-Verdín and is also widely used by both oil and service companies in the industry along with the Fugro-Jason Workbench. The results of this forward modeling included estimating a wavelet from the seismic data to assure that the models have a similar frequency content and bandwidth compared to the seismic data. Using the well logs and the extracted wavelet, a synthetic seismic model was generated for the Macondo well to determine the seismic response of the reservoirs of interest (figure 1) and compare the synthetic trace to the near and far stacks from CGG. The synthetic models were initially constructed using the wavelet extracted directly from the seismic data so that the models will match as closely as possible the wavelet characteristics of the seismic.

Highly Confidential Per BP



*Figure 1: Synthetic seismic model generated with Macondo well log data and the extracted seismic wavelet from the CGG seismic data.*

The synthetic response for the in-situ Macondo well logs shows clearly that the seismic frequencies which exist in the 3D survey over the well location are not sufficient to resolve the primary M56D-E thick sand package.  In fact, as noted by BP in its predrill prognosis (Dep. Ex. 9283) and by Dr. Torres-Verdin in his report, the reservoirs are all well below the resolution limits of the seismic and are at or below the ***tuning thickness*** of the seismic wavelet.  The tuning thickness is the layer thickness for a specific set of reflections where the two reflectors interfere constructively to make their overall amplitude look brighter than they really are because the two reflectors are exactly the correct distance apart to produce this effect.

Careful study of the rock properties at Macondo also shows that the oil-bearing sands in the M56D and M56E reservoirs have seismic impedances (velocity x density) that are very close to the encasing shales.  The only exception to this statement is the shale layer between the M56D and M56E sand which is slightly higher impedance (this observation will be discussed again in section VI of this report as it relates to the pore pressure history of the reservoirs).   In addition, the log data shows clearly that the M56D and M56E reservoirs have Poisson's Ratio's ("PR") that are significantly lower than the encasing shales.  These two observations are very critical to understanding the seismic response of the reservoirs in this section of the well.

                                           Highly Confidential Per BP

The similar seismic impedance values for the sands results in seismic responses with very weak reflectivity for the M56D and E reservoirs at near-offsets (close to vertical ray paths).  In contrast, the low values of PR in these zones will result in a change in amplitude with longer offsets (AVO effect) such that the top of the M56D reservoir will produce a progressively stronger negative reflection at larger reflection angles, and the base of the M56E will produce a progressively stronger positive reflection at larger reflection angles.  The model also included a synthetic seismic gather with traces representing a range of offsets of reflection to simulate the *Amplitude Versus Offset* ("AVO") response of the rocks at the same frequency along with the raw PSDM gathers and AVO gathers for comparison (Figure 2).  These types of seismic responses are critical to the identification of hydrocarbons from seismic data before a well is drilled.



(Iso-angle curves are 10,20,30 & 40 degrees)

*Figure 2: Synthetic seismic model stack response compared to the CGG near-angle stack and far-angle stack data at the Macondo well location.*

In terms of modeling the seismic response, the Hampson-Russell software was also used to compare the synthetic gather for the in-situ rock properties at Macondo with the actual gathers from the TGS data that were depth-migrated by CGG.   The complexity of the seismic response is clearly shown by the comparison of the model gathers against the raw PSDM and AVO gathers.

It is important to note here that the original unmuted gathers (panel B of Figure 3) show a distinct drop off in amplitude on the farthest offsets that suggests that the AVO behavior on the gathers may be falling off at the longest offsets. This will be discussed further below.



A                    B                    C

*Figure 3: Comparison of seismic gathers from the report of Dr. Torres-Verdín and the gathers provided for my analysis.*

In addition to these simple modeling tests, and in recognition of the fact that the reservoirs are clearly below tuning and resolution limits in the seismic data, an additional set of models were run using progressively higher frequencies to demonstrate at which frequencies the reservoirs in the M56 interval would begin to be resolved by the seismic data. The results of this analysis (Figure 4) show clearly that frequencies above 20-30 Hz are required to properly resolve just the top of the M56D and the base of the M56E as distinct reflection events. Furthermore, the ability to resolve the shale between the M56D and M56E sands as well as the thinner sands in the M56A through C zones requires seismic frequencies of 60 Hz or higher. It is noted here also that these models are "noise-free" models which means that they have none of the usual noise or "chatter" that real seismic data often has embedded in it. As such, these models represent the best case scenario for what can be resolved by the seismic data. When noise, complex wavelets and other factors such as lateral changes in the reservoir architecture are included, the complexity of the problem gets much greater.

                    Highly Confidential Per BP



**(Iso-angle curves are 10,20,30 & 40 degrees)**

*Figure 4: Synthetic seismic gather responses for the Macondo well at progressively higher frequencies showing the effect on the resolution of the reservoirs.*

It is also important to consider what the seismic response of the M56D and M56E reservoirs will look like if there were brine saturated in place of the oil saturations observed in the Macondo well.  Without getting into a long-winded discussion about how to recalculate the velocity and density of the reservoir sands by what is called fluid replacement, there is a simple way to determine from the well log data and first principles of seismic reflection theory what the wet reservoirs in the M56D and E sands will look like on the seismic data.  On the log plot from Appendix I of the Phase I Rebuttal report, there is a line shown at a depth of 18,185.5 feet that denotes the ***Oil-Water Contact*** ("OWC") in the M56E sand.  A quick evaluation of the P-wave velocity, density and PR logs shows that the wet sand reservoirs will have a significantly higher P-wave velocity, a significantly higher density and a higher PR value around 0.35 vs. the 0.25 value shown in the oil-bearing sand.  Using these values as a simple proxy for the overall reservoir response, the expected seismic response for the wet sand will be a modest high impedance event (peak) for the top of the M56D sand and a modest low impedance event (trough) for the base of the M56E sand.  The higher PR value will result in a decrease in amplitude with offset, which means that the wet reservoir will look very different from the oil-bearing reservoir.   This distinction is very important for assessing the depths of the fluid contacts in the structure around Macondo as BP did in their pre-drill package, and also has direct bearing on the assessment of the aquifer system that may or may not be supporting the fluid expulsion from the well during the blow out.

Highly Confidential Per BP



Highly Confidential Per BP



Highly Confidential Per BP



Highly Confidential Per BP



Highly Confidential Per BP



There is absolutely no evidence in the seismic data that this shale exists or does not exist away from the Macondo well, and in fact, the very nature of the channel system that all of BP's experts are invoking in their analysis is contrary to the concept that this shale or any other rock layer in the channel system should be ubiquitous across the area. The more likely scenario is that the shale is coming and going, that the M56 D and M56E channels are also changing in thickness, and possibly that the M56A and M56F sands also have much thicker areas beyond the Macondo wellbore that could also be contributing to the total reservoir volume that was available for flow during the blowout.  In fact, the pressure data that will be discussed in section VI of this report suggest that the M56D and M56E reservoirs are likely connected hydrostatically and that the shale is not acting as a barrier based on the common fluid columns observed in those two reservoirs.

                Highly Confidential Per BP

**Independent Assessment of Macondo Reservoirs Using More Advanced Technologies**

I undertook an independent assessment of the seismic data using the raw depth-migrated seismic gathers, the AVO gathers, the partial-stack and full stack data and seismic migration velocities provided by the Department of Justice.  The goal of this analysis was ███████████████ ██████████████████████████████ perform a separate seismic inversion study using a proprietary technology available from my company that can in some cases overcome the wavelet and resolution limitations discussed above.  To prepare the data for this analysis, the depth-migrated gathers and stacks were converted back to time domain █ ███████████████████████████████████████  The synthetic seismogram was generated from the Macondo well logs and the synthetic was compared to the seismic near and far stack data as discussed earlier.  The seismic gathers in time domain were conditioned ███████████ ███████████████████████████████████ with a combination of Sigma  proprietary technology and Hampson-Russell commercial software. ████████████████████████████ █████████████████████████████████████████████████████████████████████████ █████████████████████████████████████████████████████████████████████████ █████████████████████████████████████████████████████████████████████████ █████████████████████████████████████████████████████████████████████████ ███████████████████████████████████████████

Once the gathers were conditioned, and first step was to plot the AVO response of the amplitudes on the gathers from the M56D-E primary seismic event at about 5.65 seconds two-way-time for the AVO gathers, the conditioned PSDM gathers and the conditioned gathers with a long-gate automatic gain control ("AGC"). █████████████████████████████████████ █████████████████████████████████████████████████████████████████████████ █████████████████████████████████████████████████████████████████████████ █████████████████████████████████████████████████████████████████████████ █████████████████████████████████████████████████████████████████████████ ███████████████  The data conditioning applied by Sigma  to the depth-migrated gathers improves the stability of the AVO response to some degree, but the reality is that every process applied to the data modifies the offset-dependent behavior to some degree.   This observation reinforces the notion that the elastic inversion process was being hampered significantly by the limitations of the seismic data.

Another basic quality control step was performed on the near-angle stack and far-angle stack from CGG to confirm that the AVO response of the M56D and M56E package was present in the CGG data and also assess the frequency content of the two angle stacks.  A comparison of the two stacks and their amplitude spectra (Figure 7) shows clearly that the far-angle stack has a much stronger amplitude response due to the hydrocarbon presence within the resolution limits of the seismic data.  In particular, the near-angle stack contains significantly higher frequencies

than the far-angle stack, and will therefore be more suitable for resolving thin beds than will the far-angle stack.



*Figure 6: Comparison of the AVO response on the M56 reservoir seismic amplitudes for the AVO gathers (panel A), the conditioned AVO gathers (panel B) and the conditioned gathers with gain balancing (panel C).*

Highly Confidential Per BP



*Figure7: Comparison of the near-angle and far-angle stacks from the CGG processed data and their amplitude spectra.*

As noted earlier in this report, the limitations of the seismic inversion method are preventing us from being able to resolve the reservoirs at Macondo.  As part of the work for this trial, it was decided to employ a more advanced spectral inversion technology called ThinMAN[TM] that was developed by my company about 8 years ago (Portniaguine and Castagna, 2004, 2005, and Puryear and Castagna, 2008) and which has been proven to enhance the resolution of seismic data in hundreds of projects for oil companies around the world.  The concept behind ThinMAN is to overcome the limitations of traditional inversion by (1) performing a 3-dimensional wavelet extraction that accounts for all spatial and temporal variations in the wavelet and (2) utilizing a proprietary wavelet-transform spectral decomposition method that separates out the frequencies in the seismic data so that each component of the spectrum can be inverted separately to resolve the thinner beds that the peak frequency of the original data cannot see.  As Puryear and Castagna (2008) noted in their paper, the ThinMAN spectral inversion method is specifically designed to overcome the limitations and assumptions of the wedge model of Widess (1973) so that the seismic data can be used properly to see thin beds that are well below the tuning thickness.  The success of this approach still requires that the seismic data have sufficient bandwidth (i.e. high enough frequencies) to allow the technique to see the thin beds.  Essentially, the ThinMAN wavelet extraction approach overcomes the limitations created by the use of the single stationary wavelet so that the artifacts described earlier can be removed and a

Highly Confidential Per BP

correct impedance image of the reservoir can be determined, and also allows the wavelet variations in the data to be quantified so that they can be understood better.  The use of spectral decomposition and multi-channel simultaneous spectral inversion further improves the data by being able to invert the higher-frequency portion of the spectrum that is usually suppressed by the stronger signal of the peak frequency that traditional inversion relies on for its results.

**Wavelet Instability In The Macondo Data**

The ThinMAN wavelet extraction algorithm was used to document the inherent wavelet variations in the seismic data that were used by Dr. Torres-Verdin to perform his inversion analysis.  Due to limited time available for my analysis, this work was done on the near-angle stack only as part of the ThinMAN processing and also to demonstrate the variations in the wavelet.  The results of this process (Figure 8) reveal clearly that in both the inline and crossline directions across the Macondo well even over short distances of 4000 and 8000 feet that the wavelets and amplitude spectra of the data vary significantly both above, below and in the interval containing the Macondo reservoirs.  These differences demonstrate clearly why the 3D spatial and temporal extraction of the wavelets is essential to removing these effects from the seismic data before an inversion is performed.

A comparison of the total spectrum of the near-angle stack before ThinMAN to the ThinMAN spectrum (Figure 9) shows that the ThinMAN spectrum has significantly higher frequencies than the input data, and also is able to bring up the energy in the far tail of the spectrum despite a severe drop of energy (called a "notch") in the spectrum of the data between 25-45 Hz.  Such spectral notches are common in seismic data and can destroy the ability of most inversion methods to take advantage of the data beyond the notch, forcing the processor to filter out the higher-frequency signals.  In contrast, the presence of these weak high-frequency signals is something that ThinMAN is designed to exploit if handled properly.  As shown in the far right panel of Figure 9, the ThinMAN results can be customized to the specific data challenge, which is this case involves inverting the frequencies beyond the notch separately using the spectral decomposition process to separate these frequencies out and allow them to see some of the energy from the thin beds that are present well below the tuning frequency of the original data.

**ThinMAN Inversion and Comparison to The Deterministic Inversion Results**

The ThinMAN inversion was performed on the near-angle stack after completion of the wavelet extraction process.  The results of the standard ThinMAN inversion and the enhanced ThinMAN inversion were plotted in both the inline and crossline direction (Figure 10) along with the original near-angle stack data and their spectra to compare the resolution improvement that is achieved with the process.  The result of each inversion was interpreted for the top of the M56D sand and the base of the M56E which appear as the two primary reflections in the original data.



## A - Inline 3415



## B - Xline 6813

*Figure 8A and B: Comparison of wavelet character across the Macondo well location showing differences in the M56 interval and zones just above and below.*

   Highly Confidential Per BP



A - Inline 3415



B - Xline 6813

*Figure 8C and D: Comparison of amplitude spectra across the Macondo well location showing differences in the M56 interval and zones just above and below.*

   Highly Confidential Per BP



Near stack (Original)          ThinMAN          Enhanced ThinMAN

*Figure 9: Comparison of the amplitude spectra of the input near-angle stack, ThinMAN stack and enhanced ThinMAN stack data.*

The same reflections were interpreted in the ThinMAN and enhanced ThinMAN volumes to demonstrate the changes to the resolution of the data. The normal ThinMAN process does improve the resolution of the data and also stabilizes the data because of the robustness of the wavelet extraction and the multi-spectal nature of the inversion. The enhanced ThinMAN brings out additional detail including the complex inter-fingered nature of the M56D and M56E reservoirs.

The ThinMAN inversion results were converted to depth and then compared to the original results of Dr. Torres-Verdin in depth domain to demonstrate the improvement in resolution from ThinMAN and the enhanced ThinMAN for interpretation purposes versus his approach of using the $V_p/V_s$ ratio crossplotting (Figure 11). ThinMAN clearly resolves the top of the M56D (magenta horizon) and the base of the M56E reservoirs (white horizon) better and more consistently. The higher frequencies that are being resolved by the enhanced ThinMAN clearly shows that the M56D and M56E reservoirs are most likely connected in multiple places in 3D and that the shale layer between them is NOT ubiquitous as assumed by Dr. Torres-Verdin. It is also evident that the M56D and E sands are thicker in some places away from the well location and that the inversion results from Dr. Torres-Verdin were incapable of resolving these thickness variations because they were below the resolution limit of his method as noted earlier. The enhanced ThinMAN also shows that there is some reflection energy coming from the M56A to M56C sands, but they are sufficiently thin along the line shown in Figure11 that mapping them is challenging even with the enhanced ThinMAN data. The M56A sand that is gas-bearing shows some amplitude in the ThinMAN data, but it is not thick enough to detect a top and base reflector for that zone. For the M56F, although this zone also appears to have a resolved top and base associated with it near the well, it shows clear evidence of thickening in the down-dip direction on the right side of Figure 11C (see green arrows on Figure 11).

          Highly Confidential Per BP



Inline 3415                    Xline 6813

*Figure 10: Comparison of the input near-angle stack (top), ThinMAN stack (middle) and enhanced ThinMAN stack (bottom) data for Inline 3415 and Xline 6813 in time domain across the Macondo well location with interpretation on each volume for the top of the M56D sand (blue horizon) and base of the M56E sand (red horizon) reservoirs. The green horizon on the bottom displays is the interpretation for the top of the shale layer.*

          Highly Confidential Per BP



Figure 11: Comparison of the inversion results of Dr. Torres-Verdin using Vp/Vs ratio (A), ThinMAN relative impedance inversion (B) and enhanced ThinMAN relative impedance inversion (C) in depth domain.

Highly Confidential Per BP



**General Comments on Reservoir Size**

It is also worthy of note that BP's pre-drill size estimate of the Macondo reservoirs (BP-HZN-2179MDL06566208) was significantly larger than Dr. Torres-Verdín's largest model.  In fact,

Highly Confidential Per BP

the thickness encountered of the well were significantly better than BP's initiate estimates. While this larger size could be attributed to pre-drill exploration optimism, my own experience in working with major oil companies leads me to discount this view.  It is also worthy of note that the pre-drill prognosis for reservoir thickness, porosity and other properties was actually confirmed by the well to be reasonably accurate.  Based on previous interactions between my company and BP senior scientists that pre-date the Macondo blow out, it is my belief that BP also has a proprietary technology that is similar to ThinMAN, and which would have likely been applied to most if not all major prospects like Macondo in an effort to characterize and de-risk the reservoirs as accurately as possible before committing to spend hundreds of millions of dollars on drilling and development work.  This would be consistent with all of my experience at Exxon and Conoco as well as my experience working with most of the major companies as a consultant for the past 11 years.

It is also clear to me from previous discussions with BP internal experts that they also have the same understanding of all of the limitations and challenges relating to the complex workflows for the application of seismic inversion methods.  This leads me to the obvious question of why BP would then commission a report from Dr. Torres-Verdin using methods that they know will struggle to resolve the reservoirs and will likely give them a very myopic view of the reservoir volume that is also smaller was determined pre-drill?   In fact, BP should have expected such an analysis to underestimate the volume of the reservoir.



BP's own post-mortem analysis (Dep. Ex. 9767) recognized that:

"Reservoir pressures at Macondo are much lower than predicted – pressure in the oil bearing reservoir sands represent the only interval which falls outside of the pre-drill minimum-maximum pressure envelope. Pre-drill centroid modeling of channel sands draped over the large 4-way Macondo structure placed reservoir pressures 0.1-0.3 ppg higher than shale pressure. Actual reservoir pressures (similar reservoir pressure to Isabella) imply regional hydraulic connectivity, at least on a geologic time scale, to deeper water lower overburden/pore pressure environments to the south, or local connectivity updip beneath allochthonous salt bodies southwest and east of the prospect."

This view is consistent with my view that the M56 reservoir section is part of a larger hydrologically connected ("plumbed") system of reservoirs that also act as a regional migration pathway for fluids and explains why the Macondo well encountered the high reservoir pressured in the M57C sand (the 14.15 PPG sand at 17700 to 17712 ft) and then showed much lower pressures in the M56 sands just below it that were completely out of equilibrium with the encasing shales which still showed much higher pressures.  In fact, the M56D and M56E sand appear to be part of the same hydrocarbon column that is supported by a single aquifer drive down-dip from the local structural crest at Macondo.  This issue will be discussed in greater detail in section VI of this report as it also is very germane to the debate over the physical state



It is my further opinion that in the absence of any new data or evidence to the contrary, that the BP reservoir size from their pre-drill estimates are a better estimate of the reservoir size than are the results of Dr. Torres-Verdín's work.

            Highly Confidential Per BP

## IV. ANALYSIS OF THE REPORT OF DR. ROBERT ZIMMERMAN

### Basic Methodology and Data Inputs

Dr. Robert Zimmerman was hired by BP to determine how much the Macondo M56 reservoirs compacted (or consolidated) during the rapid decrease in pore pressure and increase in the effective stress on the reservoirs during the Macondo blow out event by using the results of a series of tests performed by Weatherford Laboratories on a selected set of side well cores from the Macondo well. Dr. Zimmerman concluded from these tests that the compressibility of the M56 reservoirs is 6.35 microsips. I have serious concerns about Dr. Zimmerman's use of and interpretation of the Weatherford core tests based on my expertise in experimental rock mechanics, and also based on my previous analysis of the well log and pressure data in the Macondo well from Phase I of this Trial.

### Opinion Regarding The Actual UPVC For The M56 Reservoir

In summary, it is my expert opinion based on all of the issues discussed above that the core tests performed by Weatherford cannot be used to assign a reliable UPVC value to the M56D or M56E reservoirs. Since no tests were done for any other zones, those zones also cannot be assessed. As such, this raises serious doubts about the results of Dr. Zimmerman's work because he bases his conclusions about the UPVC value on the Weatherford tests.

It is my expert opinion that BP's original approach after the blowout where they relied on a value of 12 microsips as the most likely correct value to use as an average UPVC number for the M56 reservoirs (Ex. 8776) is a more reasonable estimate. It is possible that the actual UPVC value is even higher in some subzones of the reservoir section, but there are likely also lower value zones so that an average property of 12 microsips is the best choice for determining reservoir performance during the blow out.

### Concerns About The Weatherford Laboratory Tests

The importance reservoir compressibility under changing pressure conditions is well known in the industry (Yale et al, 1993 and Steve Willson, 2008). The purpose of the UPVC test is to determine the geomechanical properties of the reservoir that are needed to compute the amount of porosity change from compaction that will occur as a reservoir is depressurized. This topic is covered at length in the United States' rebuttal expert report of Dr. J.C. Roegiers.

The three tests that were done on the Macondo cores relied on by Dr. Zimmerman are described in detail in the reports of Weatherford's Dr. Ohmyoung Kwon (WFT-MDL-00130933; WFT-MDL-00129171; WFT-MDL-00082902). The goal of the tests was to determine the critical parameters needed to derive the Uniaxial Pore Volume Compressibility (UPVC) of the M56D and M56E reservoirs based on a set of 8 specific Rotary Sidewall Cores (RSWC) that were taken from the Macondo well. While the general principles of these tests are well understood, there are several critical issues that raise serious concerns about whether the tests are valid for estimating properly the UPCV values for the reservoirs in question.

            Highly Confidential Per BP

**Sampling Issues**

One of the basic tenets of experimental rock mechanics is that when you are trying to determine the mechanical properties of a rock formation, getting a statistically valid sample of the rocks is a very important factor in the success of using those measurements to predict the behavior of a much larger volume of rock.   In the case of the RSWC data from Macondo, a large number of cores were attempted in the well, with numerous failures to retrieve samples and numerous samples being crumbled, broken or otherwise damaged so that they there unsuitable for lab testing.   The 8 samples selected for the experimental work were all from the M56D and M56E sand bodies.  I have correlated the sample depths with the log analysis that was performed during my Phase I trial analysis, and all of the samples appear to be from the cleaner sandy portion of the reservoir except for sample 3-6R which is from a depth of 18074.9 ft in a silty-sand interval based on the log responses.

A careful study of the data from these cores reveals that the three samples used in the pore volume compression tests (samples 3-6R from M56D sand, and 3-16R and 3-22R from the M56E sand) had measured porosities of 21.7%, 20.6% and 21.4% respectively.  In contrast, the 3 samples used for the stair-step compression tests (samples 3-8R from the M56D sand, and 3-21R and 3-25R from the M56E sand) had higher porosities of 23.4%, 23.4% and 23.7% respectively. There were also other differences in the specimens as described by Dr. Roegiers in his expert report.  By comparison, the log analysis on the two reservoirs shows that the total porosity of the M56D sand ranges from 20-23% while the porosity of the M56E (excluding the silt/shale stringer at 18,135 ft) sand ranges from 23 to 25%.  The bias in the cores is toward the middle to lower end of the porosity range for the M56E sand.

These basic observations, along with the fact that many of the cores were unrecovered or unsuitable for testing, raises serious doubts about whether the samples used are truly representative of the reservoirs for the intended purposes of the tests.  In fact, there is a high probability that the most competent samples with the lowest porosity and the greatest cohesion will be the ones that are most suitable for the tests that were conducted.  If this is indeed the case, then the results of the experiments will be biased toward lower UPVC values because of the sampling bias introduced by the nature of the core collection and selection for testing.

**Core Orientation**

One critical issue is the effect of the orientation of the sidewall cores on the compressibility measurements.  It is well documented that the orientation of cores can significantly impact the results of rock mechanics testing, especially in the case where highly anisotropic materials such as shales and channelized sand deposits are involved.  Taking horizontal sidewall cores results in samples that have a long axis oriented parallel to bedding planes.  If the sample is a clean sandstone with no shale lamina or silty streaks, the sandstone may behave isotropically and the measurements will not be as sensitive to core orientation.  If the core samples contain shale streaks or silty materials that are horizontal in orientation, the result can be a significant increase in stiffness of the sample relative to what would be experienced in a vertical core.  This is analogous to models used in electrical and mechanical studies for springs connected in parallel versus in series.  Two rock layers connected in parallel will be dominated by the stronger (stiffer)

                    Highly Confidential Per BP

rock, in this case the shales and silty zones.  Rock layers stacked in series will be dominated by the weaker layer.  This means that the results of the compressibility tests are going to be very sensitive to the lithologic contents of the core plug and the character of the fine layering in the core plug.  This observation is also consistent with the large amount of literature available on the effects of seismic anisotropy that is observed in seismic and acoustic logging data and which impact all aspects of geophysics from seismic processing to pore pressure prediction (Huffman, 2002, AAPG Memoir 76).  At this point, I defer to the expert report of Dr. J.C. Roegiers who has done a more thorough analysis of this issue. See Appendix B of Dr. Roegiers' report.   I would note that my analysis concurs wholly with his expert findings.

**Temperature Effects on the Tests**

It has long been recognized and accepted that elevated temperatures affect the strength of rocks and minerals under a wide range of pressure and saturation conditions.  The effect of temperature on quartz crystals and on quartz-rich rocks (Blacic et al, 1981, Karner et al, 2008) has been well known and heavily studied for decades.

The crucial issue regarding the Weatherford tests is that they were not done at reservoir temperature but were done instead at ambient (room temperature) conditions.  The failure to perform the tests under the proper conditions of 100 to 110 degrees C at 18,000 ft in the M56D and M56E reservoirs has significant implications for the validity of the tests.  The thermal regime plays a very significant role in how stiff the rocks will behave, and had the tests been done at the correct temperature, it is my opinion that the samples would have exhibited much higher compressibility than the Weatherford tests indicate.  In fact, BP's disclosure containing a very brief summary of the opinions of its non-retained expert, Dr. Ann Marchand suggests that her belief is that the temperature conditions of the M56 reservoirs are such that other thermally-activated processes will also start to occur at these depths, confirming to me that BP clearly understands that temperature plays a role in both mechanical and chemical compaction processes.  Why BP requested test conditions that did not replicate the downhole temperature conditions of the M56 reservoirs is therefore a question that needs to be addressed.

**The Effect of Saturation on the Tests**

It is a well-documented fact from nearly 50 years of lab experiments that the presence of water in quartz-rich rocks causes a significant reduction in the strength of quartz under significant loads (Linker and Kirby, 1981, Kekulawala et al, 1981, Hobbs, 1985, Mackwell and Paterson, 1985, Ord and Hobbs, 1986, Chester et al, 2007).  Unfortunately, the uniaxial compression tests on the Macondo RSWCs were done using kerosene as a saturating fluid after the samples had dried out and not with water as a partial saturating fluid. See Ex. 9053. No attempt was made to re-saturate the samples with brine before they were flushed with kerosene or other fluid similar to the Macondo oil.  From the standpoint of experimental rock mechanics, the proper procedure to recreate the reservoir saturating conditions in the tests would be to begin by saturating the sample with brine under vacuum followed by placing the sample in the jacket for the test, and then flowing several volumes of brine through the sample to assure complete saturation. Following this sample saturation preparation, the sample should have then been flushed with oil similar to the Macondo oil until the oil coming out of the sample assembly showed no evidence

                                              Highly Confidential Per BP

of brine flushing.  This would result in an oil saturated sand sample with residual water saturation along the grains, which is the condition of the M56D and M56E reservoirs that were being tested in the lab.  The use of kerosene as a saturating fluid on extracted cores (that is cores without any liquid in them) is absolutely the wrong way to perform these tests if the intent is to get a valid estimate of the pore volume compressibility under conditions close to the in-situ reservoir state.

The stair step compression tests and the ultrasonic velocity measurements were done on dry extracted cores with no saturating fluid at all.   This approach will always result in a compressibility that is based on a dry frame modulus and Poisson's Ratio that are not valid for compaction of real rocks that are always partially saturated by water and that are at higher temperatures of 100 C and higher.  My analysis of the Macondo in-situ reservoir dynamic properties from the well log data (Appendix 1, Huffman Phase I Rebuttal Report) shows clearly that these reservoirs are "wetted", i.e., that the sands were originally 100% brine-saturated and are still brine saturated along the grains even though oil saturation are 90% or higher at present.  The log measurements show definitively that the residual brine saturation in the oil-bearing sands results in a Poisson's Ratio that is significantly higher than the values obtained in the dry tests.  The in-situ Poisson's Ratio values for the wet portion of the M56E reservoir and the shales are 0.3-0.35, and the values for the oil-saturated reservoirs is 0.25.   The Poisson's Ratio values of 0.13 to 0.18 obtained from the ultrasonic tests are clearly wrong for the purpose and do not represent the values that exist at in-situ reservoir conditions.



   Highly Confidential Per BP



Highly Confidential Per BP

## V.   ANALYSIS OF THE EXPERT REPORT OF DR. MARTIN BLUNT

### Basic Methodology and Data Inputs

Dr. Martin Blunt was hired by BP to determine how much oil the Macondo M56 reservoirs could have produced during the period in which the well was flowing in an uncontrolled manner in 2010 after the blow out occurred.  Dr. Blunt used several key parameters in his calculations of the oil volume expelled during the blow out.  These parameters included the total oil in place that can actually reach the well to flow out to the surface, the reservoir compressibility and the amount of pressure depletion that occurred.  I have serious concerns about two of the key inputs to his model, namely the assumptions about the reservoir volume available to flow and the compressibility of the reservoir.  I did not evaluate Dr. Blunt's pressure depletion analysis.

### Opinion Regarding The Impact of These Factors on Dr. Blunt's Results

In summary, the combination of the use of unreasonably low compressibilities and low total reservoir connectivity combined with lower permeabilities suggests to me that the total material balance calculations of Dr. Blunt are underestimating significantly the total amount of oil that may have been produced from April 20 until the well was finally shut in.

### The Reservoir Volume and Connectivity

As discussed in section III of this report, the total volume of reservoir available to flow to the well as estimated by Dr. Carlos Torres-Verdin is not valid in my expert opinion.  The same conclusion applies to Dr. Blunt's reservoir volume estimate for many of the reasons set forth in Section III.                                                                    In fact, Dr. Blunt did not use Dr. Torres-Verdin's results in his final computation and it is unclear from his report if this was because he didn't believe the results or that he just had another option within his own field of expertise to come up with a different number. In any event, Dr. Blunt's analysis is also at odds with the data.

Even if one excludes Dr. Torres-Verdin's results as Dr. Blunt chose to do, Dr. Blunt's assumptions about poor connectivity of the reservoirs are not valid as demonstrated clearly by the ThinMAN analysis in section III of this report.  The ThinMAN results show unequivocally that the M56D-E sands form a system of sand bodies that are hydraulically connected and which contain a shale layer that is not ubiquitous across the area, and allowing the two sands to act as a single reservoir system.  Both the M56D and M56E reservoirs show evidence of greater thickness in 3D relative to the measured reservoir thicknesses at the Macondo location.  The M56A-C is another system that could flow into the well during the blowout and the M56F also needs to be considered to get a correct total reservoir volume available to flow into the well.  The enhanced ThinMAN data also show that the M56F reservoir is present away from the well location and may thicken down dip from the Macondo well location.  I will discuss the hydraulic connectivity issue further in the next section of this report but it is important to note here that all

of the results of the ThinMAN analysis have direct impact on Dr. Blunt's assertions about reservoir connectivity that cannot be ignored in the material balance calculations.

Dr. Blunt makes a statement regarding how he determined the connectivity section 4.1.6 (page 24) of his report that reads "10 feet is the limit of the seismic resolution". As I have shown in section III of this report, the seismic resolution limit is much higher than 10 feet given the limitations of the data. He then tries to combine this imaginary resolution limit with his pressure data and permeability calculations to estimate a connectivity of 87-90%. He then takes these imaginary limits and tries to infer connectivity from an artificial clay model (his figure 4.5 on page 22) that is also totally imaginary and not based on any real data. This approach completely misses the fact that the seismic data cannot resolve the thin reservoirs using conventional methods, which makes the entire basis of his model questionable at best.

Dr. Blunt also makes a statement on page 47 about higher permeabilities being related directly to connectivity. He is confusing reservoir architecture with small scale flow properties which are two totally different issues. Channels can vary rapidly in 3 dimensions, and the channel itself can have very high perms while the channel edges and levies of the same body can have much lower permeabilities. Also, permeability in complex sand systems is highly heterogeneous and also highly anisotropic such that $k_V$ and $k_H$ can vary by several orders of magnitude. Essentially, it is possible to have a high-k reservoir that has very poor connectivity (e.g. anastomosing channels) or a low-k reservoir with high connectivity (e.g. long-shore silt bodies). I can also have these same features with high-k zones that flow laterally with shale layers on a small scale that cause the vertical permeability to be very small compared to the lateral k values as was documented in cores at Ram-Powell field by Clemenceau (2000), at Auger field by Fugitt (2000) and at Tahoe field by Kendrick (2000).

Based on all of the data that I have seen, it is my expert opinion that the most reasonable values for permeability to use for the M56D and E sands are in the 400-500 mD range which agrees with Dr. Blunt's mean value of 442 mD from the 16 cores that he obtained data from on page 65 of his report. The value of 238 mD cited by Dr. Blunt from the expert report of BP expert Dr. Alain Gringarten is, in my opinion, too low of a value for the entire M56 reservoir section. Dr. Gringarten used measurements of the permeability from MDT tests where the reservoir was pumped and sampled. His results are significantly inconsistent with the core and log data I have analyzed. Other United States experts have directly addressed the problems with Dr. Gringarten's analysis and his unreasonably low permeability estimates. Dr. Gringarten's estimates also suffer from the same inherent sampling bias and risk of being unrepresentative of the overall reservoir that was discussed in section IV of this report for the core test data. Based on the range of porosities in the interval from the log analysis, I would expect from basic porosity to permeability relationships that the higher-porosity parts of the reservoir may have permeabilities significantly higher than 500 mD, but the lower-porosity parts of the reservoir will have values in to 200-300 mD range. This supports the average value in the 500 mD range for the overall reservoir.

**Reservoir Compressibility**

Without revisiting all of the details of section IV of this report, I simply repeat my opinion that the use of the 6.35 microsip value for the UPVC of the Macondo reservoirs is not correct, and further assert that the original value of 12 microsips as an average compressibility for the reservoirs is much more reasonable.  As such, the 6.35 microsip input to Dr. Blunt's models is also highly questionable and will cause the estimates of total oil flow to be lower than is reasonable.

Highly Confidential Per BP



Highly Confidential Per BP



Highly Confidential Per BP



Highly Confidential Per BP



Highly Confidential Per BP



Highly Confidential Per BP



Highly Confidential Per BP



Highly Confidential Per BP



Highly Confidential Per BP



Highly Confidential Per BP



Highly Confidential Per BP

Highly Confidential Per BP



Highly Confidential Per BP



Highly Confidential Per BP



Highly Confidential Per BP



Highly Confidential Per BP



Highly Confidential Per BP



Highly Confidential Per BP



Highly Confidential Per BP



Highly Confidential Per BP



Highly Confidential Per BP

Highly Confidential Per BP



Highly Confidential Per BP



Highly Confidential Per BP



Highly Confidential Per BP



Highly Confidential Per BP

Highly Confidential Per BP



Highly Confidential Per BP



Highly Confidential Per BP



Highly Confidential Per BP



Highly Confidential Per BP



Highly Confidential Per BP

## VIII.   SPECIFIC CONCLUSIONS

### 1.   Reservoir Size and Connectivity

BP's experts attempt to reduce the total size and connectivity of the reservoir using a combination of geophysical and engineering data, much of which does not and cannot support their conclusions. ███████████████████████████████████████████████████████████████████████████████████████████████ The integration of all of the available data including my analysis from Phase I of this trial leads to the conclusion that the M56 reservoirs are part of a large depositional system of sand bodies that are connected across a large area, and that any attempt to make them as small as claimed by BP's experts is not reasonable.  It is my opinion that the BP reservoir size from their pre-drill estimates are a better estimate of the reservoir size than are the results of Dr. Torres-Verdin's work.

### 2.   Reservoir Compressibility

████████████████████████████████████████████████████████████████████████████████████ The correct UPVC value that should be used for the average reservoir compressibility of the Macondo M56 reservoirs is 12 microsips, which is the same value that BP had been using for their own computations.   It is possible that the overall value is even higher.

### 3.   Reservoir ████████████████████████████ Permeability



████████████████████████████████████████████████████████ The permeabilities of the M56 reservoir are likely in the 500 mD range as an average with some zones possibly having even higher permeability values.

### 4.   Material Balance Calculations

BP's experts attempt to reduce the total mass balance so that the total oil spilled from the Macondo well can be reduced.  This computation is based on faulty assumptions for the reservoir volume, permeability and compressibility.  Given the fallacy of the assumptions, the final computations for material balance are also lower than is reasonable.

Attached below: Appendices A, B and C

                                    Highly Confidential Per BP

# APPENDIX A – STATEMENT OF COMPENSATION

I have been compensated at a rate of $375 per hour for my services to the United States Department of Justice in this matter.

Highly Confidential Per BP

# APPENDIX B – DATA AND DOCUMENTS REVIEWED AND REFERENCES

Highly Confidential Per BP

| |
|---|
| Ex 5232 |
| Ex 5246 |
| Ex 8769 |
| Ex 8770 |
| Ex 9053 |
| Ex 9068 |
| Ex 9283 |
| Ex 9767 |
| Ex 10841 |
| BP-HZN-2179MDL00195199 |
| BP-HZN-2179MDL00250603 - BP-HZN-2179MDL00250605 |
| BP-HZN-2179MDL00250606 |
| BP-HZN-2179MDL00895114 - BP-HZN-2179MDL00895121 |
| BP-HZN-2179MDL00895460 |
| BP-HZN-2179MDL01917457 |
| BP-HZN-2179MDL02107723 |
| BP-HZN-2179MDL03693851 |
| BP-HZN-2179MDL04367671 |
| BP-HZN-2179MDL04367672 |
| BP-HZN-2179MDL04367673 |
| BP-HZN-2179MDL05114193 |
| BP-HZN-2179MDL05368302 |
| BP-HZN-2179MDL05368302 |
| BP-HZN-2179MDL05789875 |
| BP-HZN-2179MDL06105310 |
| BP-HZN-2179MDL06553527 |
| BP-HZN-2179MDL06566208 |
| BP-HZN-2179MDL07791463 - BP-HZN-2179MDL07791472 |
| BP-HZN-2179MDL07792734 - BP-HZN-2179MDL07792749 |
| BP-HZN-2179MDL07793710 |
| BP-HZN-2179MDL07805844 - 55 |
| BP-HZN-2179MDL07805865 - 87 |
| BP-HZN-2179MDL07805889 |
| BP-HZN-2179MDL07805920 |
| BP-HZN-2179MDL07805924 - 35 |
| BP-HZN-2179MDL07805957 - 60 |
| BP-HZN-CEC011483 |
| BP-HZN-MBI00180472 |
| IGS592-005430 - 005449 |
| IGS622-000001 - 4 |
| IGS622-000005 - 12 |
| IGS622-000013 - 20 |
| IGS622-000021 - 25 |
| IGS622-000026 - 28 |
| IGS622-000029 - 32 |
| IGS622-000033 - 36 |
| IGS622-000407 - 412 |

Highly Confidential Per BP

| |
|---|
| IGS622-000413 - 434 |
| IMT937-006290 - 006294 |
| IMU330-014694 - 014731 |
| IMV400-000014 - 3101 |
| IMV400-003468 |
| IMV400-003469 |
| IMV400-003472 |
| WFT-MDL-00039205 |
| WFT-MDL-00058144 |
| WFT-MDL-00058199 |
| WFT-MDL-00070779 |
| WFT-MDL-00070780 |
| WFT-MDL-00082902 |
| WFT-MDL-00129618 |
| Deposition  of Robert Merrill |
| Deposition of Alan Huffman (20111116 - 20111117) |
| Phase I Trial Testimony of Alan Huffman (20130227) |
| Phase I Expert Report and Rebuttal Report of Alan Huffman (20111107) |
| Expert Report of Carlos Torres-Verdin (20130501) |
| Expert Report of Dr. Alain Gringarten |
| Expert Report of Robert Zimmerman |
| Expert Report of Dr. Martin Blunt |
| Expert Report of Ohmyoung Kwon |
| Considered Materials of Torres-Verdin |
| Blacic, J.D., Halleck, P.H., D'Onfro, P, and Riecker, R.E., 1981, Thermomechanical Properties of Galesville Sandstone, The Handin Volume, Geophysical Monograph 24, American Geophysical Union, N.L. Carter et al, editors., p. 153-160. |
| BP and Anadarko's Phase Two Disclosures of Non-Retained Quantification Expert Witnesses Not Requires to Provide Written Reports and Correspondence re Dr. Marchand |
| Britt & Smith. "Rotary Sidewall Cores-A Cost Effective means of Determining Young's Modulus". *Society of Petroleum Engineers* , 2004. |
| Bruce, C. H., 1984, Smectite Dehydration- Its Relation to Structural Development and Hydrocarbon Accumulation in Northern Gulf of Mexico Basin, AAPG Bulletin, v. 68, n. 6:673-683. |
| Carter, Friedman, et al., "Mechanical Behavior of Crustal Rocks: The Handin Volume." Geophysical Monograph 24. |
| Chester, Chester, Kronenburg & Hajash. "Subcritical creep compaction of quartz sand at diagenetic conditions: Effects of water and grain size." *Journal of Geophysical Research.*  Vol 112 (2007) |

Chester, F.M., Chester, J.S., Kronenberg, A.K., and Hajash, A., 2007, Subcritical Creep Compaction of Quartz Sand at Diagenetic Conditions: Effects of Water and Grain Size, Journal of Geophysical Research, Vol. 112, B06203, 15 pages.

Clemenceau, G.R., Colbert, J., and D. Edens, (2000), Production results from Levee-overbank turbidite sands at Ram-Powell field, deepwater Gulf of Mexico, GCSSEPM Lecture, 20th Annual Bob Perkins Research Conference.

Duba, Durham, et al., "The Brittle-Ductile Transition in Rocks: The Heard Volume." Geophysical Monograph 56.

Dutta, N., 1987, Geopressure, Soc. Expl. Geophys. Publication.

Dvorkin, J., Moos, D., Packwood, J.L. and Nur, A.M., Identif in͜ atch saturation from well lo͜s, Geophysics, 1999, 64, p1756 – 1759.

Fertl, W.H., 1976, Abnormal formation pressure, Elsevier.

Hadizadeh & Law. "Technical Note: Water-weakening of Sandstone and Quartzite Deformed at Various Stress and Strain Rates. *Int. J.Rock Mech. Min.Sci. & Geomech. Abstr.* Vol 28, No. 5, pp. 431-439, 1991

Heppard, P.D., and M. Traugott, 1998, Use of Seal, Structural and Centroid Information in Pore Pressure Prediction, Abstract, American Association of Drilling Engineers Forum on Pressure Regimes in Sedimentary Basins and Their Prediction, Del Lago Resort, Sept. 1-4, 1998.

Hobbs & Heard., "Mineral and Rock Deformation: Laboratory Studies: The Paterson Volume." Geophysical Monograph 36.

Hobbs, B.E., 1985, The Hydrolytic Weakening Effect in Quartz, Point Defects in Minerals, Geophysical Monograph 31, American Geophysical Union, R.N. Schock, editor, p. 151-170.

Hubbert, M.K. and Rubey,W.W. 1959, Role of fluid pressures in mechanics of overthrust faulting, Geol. Soc. Am. Bull., 70, 115-166.

Huffman, A. R., (2002), The Future of Pressure Prediction Using Geophysical Methods, in Huffman A.R. and Bowers, G. L. editors, Pressure Regimes in Sedimentary Basins and Their Prediction, AAPG Memoir 76: 217-233.

Huffman, A.R., and J.P. Castagna, 2000, Shallow Water Flow Prediction From Seismic Analysis of Multicomponent Seismic Data, Proceedings of the 2000 Offshore Technology Conference, Houston, TX.

Karner, Chester, et al. "Laboratory deformation of granular quartz sand: Implications for the burial of clastic rocks." *American Association of Petroleum Geologists Bulletin* . Vol. 89, No. 5 (May 2005)

Highly Confidential Per BP

Karner, Chester, et al. "Subcritical compaction and yielding of granular quartz sand." *Center for Tectonophysics, Department of Geology and Geophysics, Texas A&M University.*

Karner, Kronenberg, et al., "Hydrothermal deformation of granular quartz sand." *Journal of Geophysical Research* . Vol 113 (2008)

Karner, S.L., Kronenberg, A.K., Chester, F.M., Chester, J.S., and Hajash, A., 2008, Hydrothermal Deformation of Granular Quartz Sand, Journal of Geophysical Research, Vol. 113, B05404, 12 pages.

Kekulawala, K.R.S.S., Paterson, M.S. and Boland, J.N., 1981, An Experimental Study of the Role of Water in Quartz Deformation, The Handin Volume, Geo h sical Mono_ra h 24, American Geo h sical Union, N.L. Carter et al, editors., p. 49-60.

Kendrick, J.W., (2000), Turbidite Reservoir Architecture in the Gulf of Mexico- Insights from Field Development, GCSSEPM Lecture, 20th Annual Bob Perkins Research Conference.

Linker, M.F., and Kirby, S.F., 1981, Anisotropy in the Rheology of Hydrolytically Weakened Quartz Crystals, The Handin Volume, Geophysical Monograph 24, American Geophysical Union, N.L. Carter et al, editors., p. 29-48.

Mackwell, S.J., and Paterson, M.S., 1985, Water-Related Diffusion and Deformation Effects in Quartz At Pressures of 1500 and 300 MPa, Point Defects in Minerals, Geophysical Monograph 31, American Geophysical Union, R.N. Schock, editor, p. 141-150.

Magara, K, 1984, Importance of Aquathermal Pressuring Effect in Gulf Coast, AAPG Bulletin, v. 59, n. 10:2037-2045.

Marion D., Nur, A., Yin, H., and D. Han, 1992, Compressional Velocity and Porosity In Sand-Clay Mixtures, Geophysics, v. 57:554-562

Moos, D., and Zwart, G., 1998, Predicting Power Pressure from Porosity and Velocity: In Pressure Regimes in Sedimentary Basins and Their Prediction

Ord, A., and Hobbs, B.E., 1986, Experimental Control on the Water-Weakening Effect in Quartz, The Paterson Volume, Geophysical Monograph 36, American Geophysical Union, B.E. Hobbs et al, editors., p. 51-72.

Osborne,M.J. and Swarbrick,R.E., 1997, Mechanisms for generating overpressure in sedimentary basins: a re-evaluation, AAPG Bulletin, V81,p1023-1041.

Plumley, W. J., 1980, Abnormally High Fluid Pressure: Survey of Some Basic Principles, AAPG Bulletin, v.64, n. 3:414-430.

Highly Confidential Per BP

Portniaguine, O., and J. P. Castagna, 2004, Inverse spectral decomposition: 74th Annual International Meeting, SEG, Expanded Abstracts,1786–1789.

Portniaguine, O., and J. P. Castagna, 2005, Spectral inversion: 75th Annual International Meeting, SEG, Expanded Abstracts, 1638–1641.

Puryear, C. I. and Castagna I.P., 2006, Layer-thickness determination and stratigraphic interpretation using spectral inversion: Theory and application, GEOPHYSICS, VOL. 73, NO. 2, MARCH-APRIL 2008; P. R37–R48

Schock, Robert N., "Point Defects in Minerals." Geophysical Monograph 31, Mineral Physics 1.

S encer, 1987

Stephen Willson, Pore volume compressibility in weakly cemented sandstones

Stump, B.B., Flemings, P.B., 2002, Consolidation State, Permeability, and Stress Ratio as Determined from Uniaxial Strain Experiments on Mud Samples from the Eugene Island 330 Area, Offshore Louisiana, in: A.R. Huffman and G.L. Bowers, eds., Pressure Regimes in Sedimentary Basins and Their Prediction: AAPG Memoir 76, p. 131-144.

Stump, B.B., Flemings, P.B., Finkbeiner, T., and M.D. Zoback, 1998, Pressure Differences Between Overpressured Sands and Bounding Shales of The Eugene Island 330 Field (Offshore Louisiana, USA) With Implications For Fluid Flow Induced By Sediment Loading, in, Overpressures in Petroleum Exploration, Bull. Centre Rech. Elf Explor. Prod, Memoir 22, Elf EP Editions, pp. 83-92.

Terzaghi, K., 1943, Theoretical soil mechanics, John Wiley and Sons, Inc.

Thomsen, Leon., "Weak elastic anisotropy." *Geophysics* . Vol 51, No. 10.  (October 1986)

Tosaya, C.A. (1982), Acoustical properties of clay-bearing rocks, PhD Dissertation, Stanford University Department of Geophysics.

Widess, M., 1973, How thin is a thin bed?: Geophysics, 38, 1176–1180

Wood, A.B., 1941, A Textbook of Sound, MacMillan and Sons Publishers

Yassir, N. and Addis,M.A., 2002, Relationship between pore pressure stress in different tectonic settings, in Pressure regimes in sedimentary basins and their prediction. Alan R. Huffman and Glen Bowers (Eds.) American Association of petroleum Geologists Publication.

Highly Confidential Per BP

# APPENDIX C – CURRICULUM VITAE OF DOCTOR ALAN R. HUFFMAN

Highly Confidential Per BP

**CURRICULUM VITA**                                          **APRIL 2013**



ALAN R. HUFFMAN Ph.D.

## CAREER SUMMARY



A senior energy executive and proven oil finder with over 25 years of experience in international and domestic exploration and production in both conventional and unconventional plays.

Recognized internationally as a technology leader in several areas including pore pressure prediction, rock physics, seismic detection of hydrocarbons, seismic analysis technologies, and shock wave and stress effects in natural materials.

Accomplished in all aspects of E&P including project management, exploration portfolio management and risking, business development and mergers and acquisitions. Experienced in corporate planning  and strategy, corporate recruiting, personnel development and integration of technology into a global business enterprise.  Personal traits include excellent leadership, communication, and interpersonal skills. Maintains strong interfaces with customers, academic institutions, government and commercial partners.  Previous experience includes computer software design and implementation, hardware/software integration, and technology commercialization in the petroleum industry.

### EDUCATION

- **1990;** Ph.D, Geophysics, Texas A&M University, College Station, Texas
- **1983;** B.A., Geology, Franklin and Marshall College, Lancaster, Pennsylvania

### EMPLOYMENT HISTORY

**Sigma$^3$ Integrated Reservoir Solutions Inc.**                    **January 2011 to Present**

**Chief Technology Officer.**  Duties include P&L responsibility for Fusion subsidiaries of Sigma$^3$ and management and implementation of technology and R&D across the value chain of the business.  FusionGeo Inc. and its subsidiaries were merged into Sigma$^3$ in January of 2011 in a private equity transaction.

**Fusion Petroleum Technologies Inc.**                    **January 2007 to December 2011**

**Chairman & CEO.**  Duties include P&L responsibility for the enterprise including all subsidiaries and global growth of the company.  Also President and CEO of all Fusion subsidiaries under Sigma$^3$  holding company.  Designed and completed two major acquisitions including Renegade Geophysics LLC  in 2007 and 3DGeo Inc. in 2008.

                    Highly Confidential Per BP

**Fusion Petroleum Technologies Inc.**                                              **May 2005 to January 2007**

**President.**  Duties include P&L responsibility for the enterprise with primary focus on corporate growth and expansion of the business globally with a target of 50% revenue growth in 2005.  Job responsibilities include design and implementation of critical business processes, negotiation and management of domestic and international service contracts, design of marketing and business development plans, and design and implementation of a corporate growth strategy for a rapidly growing technology company in the energy services sector.  Also a Director of the company.  Reported to the Board of Directors.

**Fusion Petroleum Technologies Inc.**                                              **January 2003 to May 2005**

**President and Chief Operating Officer.**  Duties include P&L responsibility for the entire business, including daily operations, design and implementation of critical business processes, negotiation and management of domestic and international service contracts, design of marketing and business development plans, and design and implementation of a corporate growth strategy for a rapidly growing technology company in the energy services sector.  Also charged with the implementation of an integrated technology portfolio that will drive the long-term growth of the business.  Also a Director of the company.  Reported to the Board of Directors.

During 2003 and 2004, grew the Fusion Companies at a rate of 100% per year from revenue of $1.4 MM to $5.1 MM, including the incorporation and start-up of new subsidiaries in geophysical software and a regional business in Mexico.  Managed rapid corporate growth while maintaining profitability using cash flow and no debt while supporting a major R&D effort to generate new technologies for the E&P markets.

**The University of Oklahoma**                                                      **August 2003 to December 2004**

**Lissa and Cy Wagner Professor of Geology and Geophysics,** School of Geology and Geophysics.  Quarter-time, 2-year term appointment at Full Professor level with responsibility of teaching upper-level undergraduate and graduate level courses and supervising graduate student research.

**Fusion Geophysical LLC**                                                          **October 2002 to December 2003**

**Vice President of Operations.**  Duties included P&L responsibility for daily business operations, design and implementation of critical business processes, management of domestic and international service contracts, design of marketing and business development plans, and design and implementation of corporate growth strategy for a rapidly growing technology company in the energy services sector.  Also charged with the design and delivery of an integrated technology development portfolio that drove the long-term growth of the business.

**Conoco Inc.**                                                                    **1997 to October 2002**

**Manager, Seismic Imaging Technology Center.**  Duties included management of the geophysical technology division of Conoco, with responsibility for worldwide technology development, technical service and marketing/commercialization of geophysical technology including seismic acquisition, seismic data processing, seismic analysis, gravity and magnetics, seismic data management, geological hazard surveys, ocean acoustic surveys and geodetics.  Organization included 80 staff in these disciplines located in Ponca City, Oklahoma and Houston, Texas.

Responsible for coordination of Conoco's global exploration technology strategy and the coordination and integration of the strategy with Conoco's global exploration programs.  Managed the development of advanced geophysical software and integration of software and hardware specialty solutions for the energy business.  Responsible for the development, implementation and integration of Conoco's leading-edge seismic data processing system and the design and implementation of Conoco's 2.2 Teraflop Intel/LINUX "Fast Cat" supercomputer and its associated systems and infrastructure.

Involved in the coordination of Geoscience recruiting for the corporation, coordination of development for emerging leaders, coordination and management of global Geoscience and reservoir engineering skills, management of intellectual property, marketing and commercialization of proprietary technology, and integration of geophysical

                                                  Highly Confidential Per BP

technology into the business process for finding and developing oil and gas reserves. Responsible for maintaining strong networks and coordinating research efforts with academia and federal laboratories. Coordinated with Conoco governmental affairs and public affairs in representing Conoco viewpoints on science and technology to the public, and government agencies. Responsible for a $21 MM annual operating budget and annual external geophysical contracts of $100-150 MM, with direct impact on Conoco's $500MM global exploration program and worldwide production programs. Reported to the Vice President of Exploration Production Technology.

From January to September 2002, assigned to the merger integration team for the ConocoPhillips merger. Worked closely with other senior leaders from Conoco and Phillips to design a new technology organization, business plan, business processes and strategy for the new company.   Managed the negotiation with vendors for data license transfer fees, developed strategies for integrated sourcing of geophysical services, and planned the integration of legacy hardware, software and technical processes for the geophysical technology center.

**Exxon Corporation**                                                                                      **1990 to 1997**

**Exploration Geophysicist, Exxon Exploration Company, Houston, TX (1996-1997)**
Assigned to Africa/Middle East Business Unit for Ventures in Deepwater Offshore West Africa. Also provided expertise for ventures in Far East, Russia and U.S.A. Provided coordination, application and integration of technology with 3D seismic data to optimize exploration and appraisal results and provide support for wildcat and appraisal well planning. Technical areas of responsibility included rock physics and physical properties analysis, specialized seismic data processing (2D and 3D, controlled amplitude and phase), direct detection of hydrocarbons using DHI and AVO technology, abnormal pressure prediction, geophysical modeling and inversion, velocity analysis and time-depth conversion. Also continued to provide technical leadership and project management for global technology development programs in 3D AVO technology, abnormal pressure prediction, seismic modeling, and completion and management of the Exxon Global Physical Properties Database.

**Senior Petroleum Geophysicist, Exxon Exploration Company, Houston, TX. (1992-1996)**
Provided primary geophysical coordination and support for exploration operations in China and Vietnam (1992-1995), and technical coordination and support for exploration programs in Offshore West Africa (1996). Also provided expertise for ventures in Russia and the U.S Gulf of Mexico.   Initiated several new geophysical technology development programs in 3D AVO technology, abnormal pressure prediction, seismic modeling and construction of the Exxon Global Physical Properties Database, and provided design, technical leadership and project management for the projects.

**Senior Geophysicist, Exxon Company U.S.A., Offshore/Alaska Division, Houston TX (1990-1991)**
Provided primary geophysical support for Gulf of Mexico Shelf and Deepwater exploration efforts, including physical properties analysis and database management, specialized seismic data processing, AVO analysis and direct hydrocarbon detection, velocity survey trade negotiation, abnormal pressure prediction, and chance of success estimation for drilling.

**Drilling, Observation and Sampling of Earth's Continental Crust**                          **1989 to 1990**

**Science and Database Manager**, DOSECC Continental Scientific Drilling Office, Texas A&M University. Duties included the organization and science management of the drilling program office after it was transferred from Washington D.C. to College Station, TX.

**Texas A&M University**                                                                                      **1983 to 1990**

**Doctoral Research Fellow**, Department of Geophysics, Texas A&M University. Pursued a wide range of research topics and taught undergraduate and graduate courses and labs. Provided the earthquake and seismic stability analysis for the site proposal for the Superconducting Supercollider for Waxahachie, TX. The main focus of the graduate research was on rock physics and rock mechanics and earthquake seismology. Research topics are listed under academic research work.

**The Medical College of Pennsylvania**                                                                  **1978 to 1983**

**Unit Manager/Supervisor, Medical College of Pennsylvania Hospital (1981-1983)** Philadelphia, PA. Supervised clerical and non-nursing staff in the Department of Nursing, including represented employees of the 1199C Teamsters Hospital Workers Union.

**Unit Secretary, Medical College of Pennsylvania Hospital (1978-1980)** Philadelphia, PA. Duties included management of nursing stations, patient records, and supervision of non-nursing functions on the unit.

## PROFESSIONAL AFFILIATIONS

- American Association of Petroleum Geologists
- Society of Exploration Geophysicists
- American Geophysical Union
- Geological Society of America

## CONTINUING EDUCATION

- **2001;** Critical Thinking: Real-World, Real-Time Decisions, Executive Education Program, Wharton School of Business, University of Pennsylvania
- **2001;** CMC Trailblazer Program For Executive Development, Session 5, Conoco University in cooperation with London Business School and JMW Associates.
- **2001;** Communication That Matters: Engaging Others In Shaping The Future, Conoco University and Rick Ross Training Program
- **2000;** Power Through Influence, Harvard Business School Executive Education Program
- **2000;** Managing People: Power Through Influence, Executive Education Program, Wharton School of Business, University of Pennsylvania
- **1996;** IVP School, Western Geophysical
- **1996;** 3D Seismic Interpretation, Exxon 5 day school
- **1996;** GEOQUEST IESX Training
- **1996;** Hampson-Russell AVO Workshop
- **1995;** GXII Training School, GX Technologies
- **1995;** INTERWELL Inversion Training School
- **1994;** Velocity Interpretation & Analysis Workshop
- **1992;** Basic Well Logging, Exxon 10 day school
- **1991;** Seismic Data Gathering, Exxon 5 day school
- **1991;** Applied Seismic Interpretation, Exxon 15 day school
- **1991;** Exploration Economics, Exxon 2 day school
- **1991;** Introduction to SAS for Geologists, Exxon 5 day school
- **1991;** Direct Hydrocarbon Indicator Symposium, Exxon 5 day seminar
- **1990;** Seismic Identification of Hydrocarbons, Exxon 5 day school

## PROFESSIONAL ACTIVITIES

- **2013;** Session Co-Chair, New Frontiers in Pore Pressure Prediction, Offshore Technology Conference, Houston, Texas.
- **2011-2013;** Expert Witness, United States Department of Justice for Case MDL2179 – Oil Spill By The Oil Rig Deepwater Horizon.
- **2011-2012;** Management Committee Member, SEG Advanced Modeling Consortium (SEAM), Society of Exploration Geophysicists.
- **2011;** Invited Speaker, Geophysical Society of Houston Spring Symposium honoring Dr. Robert Sherriff, April 11-12, 2012
- **2011;** Meeting Chairman, Geopressure 2011 International Conference on Pressure Prediction, Galveston, Texas, October 2-5, 2011.

                    Highly Confidential Per BP

- **2010;** Charter Member, Technical Computing Executive Advisory Council, Microsoft Corporation, two year term for 2010-2011.
- **2009;** Member, Advisory Board, Institute of Earth Science and Engineering, The University of Auckland, New Zealand
- **2007;** Invited Speaker, Geophysical Pressure Prediction For Ultradeep wells; When the Reservoir Becomes The Enemy; Robert Sheriff Symposium, University of Houston
- **2007;** Milton Dobrin Lecturer, Pressure Prediction in the Presence of Multiple Mechanisms with Application to Deep wells; University of Houston
- **2007;** Organizing Committee Member and Session Chairman, SPE Conference on Stress and Pressure Prediction, Galveston, Texas, February 11-14, 2007
- **2006;** Executive Panel Member, SPE Digital  IT Forum Executive Discussion Panel on Business Performance Issues, Houston, Texas, February 22, 2006
- **2005-2006;** Program Committee Member (SEG), Offshore Technology Conference, May, 2006
- **2004;** Organizing Committee and Session Co-Chair, SEG Workshop on Geophysical Pressure Prediction, SEG Annual Meeting, Denver, CO, October 14, 2004
- **2003-2006;** District 3 Council Representative, Society of Exploration Geophysicists
- **2003-2005;** Member, Industry Liaison Panel (ILP), International Ocean Drilling Program
- **2002-2003;** Member, Interim Industry Liaison Panel (iILP), International Ocean Drilling Program
- **2002-2003;** Planning Committee, GeoSCAN Panel for Geophysical Site Surveying, International Ocean Drilling Program
- **2002;** Steering Committee and Session Manager, SPE Forum Series in North America, Enhanced Recovery from Deepwater Reservoirs, July, 2002, Park City, Utah.
- **2001-2002;** IOGCC Blue Ribbon Task Force on Petroleum Professionals Education and Recruiting, Interstate Oil and Gas Compact Commission.
- **2001-2004;** Board of Visitors, School of Geology and Geophysics, The University of Oklahoma
- **2001;** Expert Witness, Hearings on Industry Input to DOE Fossil Energy Programs, Office of Fossil Energy, United States Department of Energy, August 14, 2001
- **2001;** Expert Witness, Hearings on National Oil and Gas Research Policy, Subcommittee on Energy, House Science Committee, United States Congress, June 12, 2001
- **2001-2002;** Organizing Committee Member and Technical Committee Chairman, SEG Summer Research Workshop on Pressure Prediction, Galveston, TX, May, 2002
- **2001-2002;** Program Committee Member (SEG), Offshore Technology Conference, May, 2002
- **2000-2001;** Invited Speaker and Panel Member, SEG Summer Research Workshop on Advances in Medical, Geophysical and Space Imaging, Newport Beach, CA, July, 2001
- **2000-2002;** Executive Committee, Midcontinent Oil and Gas Association
- **2000-2001;** Session Chairman, Pore Pressure Prediction Using Geophysical Methods, Offshore Technology Conference, May, 2001
- **2000;** Co-Chairman and Sponsor, ODP Drilling Workshop on Geopressure In Sedimentary Basins
- **2000;** Session Chairman, Shallow Water Flow Hazards, Offshore Technology Conference, May 2000
- **2000;** Organizing Committee, SPE Forum On Deepwater Appraisal and Development, Breckenridge, CO, July 2000
- **1999;** Chairman, Pennwell Forum on Shallow Water Flows, October, 1999.
- **1999-2002;** Editor, AAPG Special Volume on Pressure Regimes in Sedimentary Basin and Their Prediction, to be published in 2002
- **1999-2002;** Board of Directors, Mid Continent Oil and Gas Association
- **1999-2002;** Board of Directors, United States Oil and Gas Association
- **1999;** Session Chairman, SEG D&P Forum, Kananaskis, Alberta, Canada, July, 1999
- **1998-2000;** Member, Scientific Measurements Panel, Ocean Drilling Program, 3 year term
- **1998;** Member, External Review Panel, School of Geology and Geophysics, University of Oklahoma
- **1998;** General Chairman, American Association of Drilling Engineers Industry Forum on Pressure Regimes in Sedimentary Basins and Their Prediction, held September, 1998.
- **1998;** Expert Panel Member, SEG Workshop on Deepwater Challenges in Exploration and Production, New Orleans, LA, September 18 1998.
- **1998;** Organizing Committee member and Expert Panel Member, DEA/AADE Workshop on Shallow Flows,

held at The Woodlands Conference Center, July, 1998.
- **1997;** Invited Speaker, SEG Workshop on Pressure Prediction, Dallas, Texas, November 1997.
- **1997-present;** Member, American Association of Drilling Engineers Disciplinary Standing Committee on Abnormal Pressure Drilling Technology
- **1994-2000;** Astrogeology Committee, American Association of Petroleum Geologists.
- **1987-88;** Secretary to Steering Committee, Texas A&M University Petroleum Recovery Research Program.
- **1987;** Secretary to the Steering Committee, Workshop on Not Visible or Recoverable Hydrocarbons, Office of Basic Energy Sciences, U.S. Department of Energy.
- **1987;** Technical Secretary, Workshop on Not Yet Visible or Recoverable Hydrocarbons, Office of Basic Energy Sciences, U.S. Department of Energy
- **1986-87;** President, Lone Star Chapter, Association of Engineering Geologists.
- **1986;** Executive Secretary to Geoscience Research Council, Office of Basic Energy Sciences, U.S. Department of Energy.
- **1985;** Texas Section, Association of Engineering Geologists, Annual Meeting Chairman.


## PATENTS ISSUED AND PATENTS PENDING

- **2005;** Alan R. Huffman, David Bell, Ernest Onyia, Rick Lahann and Robert Lankston, United States Patent 6,977,866 B2, Method and Process For The Prediction of Subsurface Fluid and Rock Pressures in the Earth, issued December 20, 2005
- **2004;** Alan R. Huffman, David Bell, Ernest Onyia, Rick Lahann and Robert Lankston, United States Patent 6,751,558 B2, Method and Process For The Prediction of Subsurface Fluid and Rock Pressures in the Earth, issued June 15, 2004
- **2001;** Alan R. Huffman, United States Patent 6,694,261, A Method for Identification for Shallow Water Flow Hazards Using Marine Seismic Data, patent issued February 17, 2004
- **2002;** Sally Thomas, Trey W. Gilbert and Alan R. Huffman; United States Patent 6,427,774; Process and Apparatus for Coupled Electromagnetic and Acoustic Stimulation of Crude Oil Reservoirs Using Pulsed Power Electro-Hydraulic and Electromagnetic Discharge, issued August 6, 2002.
- **2002;** Gregory J. Jorgensen, Jerry L. Kisabeth and Alan R. Huffman, United States Patent 6,430,507, A method for Gravity and Magnetic Data Inversion with Geopressure Prediction for Oil, Gas and Mineral Exploration and Production, issued on August 6, 2002.
- **2002;** Gregory J. Jorgensen, Jerry L. Kisabeth, Alan R. Huffman, and John B. Sinton, and David W. Bell, United States Patent 6,424,918, A method for Integrating Gravity and Magnetic Inversion Data With Model Based Seismic Data for Oil, Gas and Mineral Exploration and Production, issued July 23, 2002.
- **2002;** Gregory J. Jorgensen, Jerry L. Kisabeth, Alan R. Huffman, and John B. Sinton and David W. Bell, United States Patent 6,502,037, A method for Gravity and Magnetic Data Inversion using Vector and Tensor Data with Seismic Imaging and Geopressure Prediction for Oil, Gas and Mineral Exploration and Production
- **2002;** Alan R. Huffman, David Bell, Ernest Onyia, and Rick Lahann, United States Patent 6,473,696, Method and Process For The Prediction of Subsurface Fluid and Rock Pressures in the Earth, issued October 29, 2002
- **2001;** Alan R. Huffman and Richard H. Wesley, United States Patent 6,227,293; Process and Apparatus for Coupled Electromagnetic and Acoustic Stimulation of Crude Oil Reservoirs Using Pulsed Power Electro-Hydraulic and Electromagnetic Discharge, issued February 9, 2001


## ACADEMIC AND PROFESSIONAL HONORS

- **2004;** American Association of Petroleum Geologists, Robert H. Dott Sr. Memorial Award, recognizing the contribution of AAPG Memoir 76, Pressure Regimes in Sedimentary Basin and Their Prediction, co-edited by Dr. Alan R. Huffman and Dr. Glenn Bowers.
- **2002;** Society of Exploration Geophysicists, Best Paper Award, The Leading Edge Magazine for "The Petrophysical Basis for Shallow-Water Flow Prediction Using Multicomponent Seismic Data, co-authored with J. P. Castagna of The University of Oklahoma

Highly Confidential Per BP

- **1989;** Association of Former Students Award for Excellence in Doctoral Research, Texas A&M University
- **1989;** Williford Dean's Scholarship, TAMU
- **1989;** John and Francis Handin Fellowship, TAMU
- **1988-89;** AMOCO Doctoral Fellowship, TAMU
- **1988;** ARCO Doctoral Fellowship, TAMU
- **1987-88;** CONOCO Geophysics Fellowship, TAMU
- **1987-88;** Williford Dean's Scholarship, TAMU
- **1986-87;** Geophysics Dept. Fellowship, TAMU
- **1986-87;** Teaching Assistant, Department of Geophysics, TAMU.
- **1985-86;** Faculty Doctoral Fellowship, TAMU
- **1984-85;** ARCO Doctoral Fellowship, TAMU
- **1983-84;**   University Fellowship, TAMU
- **1982-83;** Moss Scholarship, F & M College

## PROFESSIONAL EXPERIENCE

- General Management with P&L Responsibility
- Merger Integration Planning and Design
- Business Development and Planning
- Technology Management, Strategy, Development and Planning
- Intellectual Property Management (Patents and Trademarks)
- Marketing and Commercialization of Technology
- Contract Management and Negotiation
- Petroleum Exploration & Production Geophysics
- Detection of abnormal pressure using geophysical methods
- Direct detection of hydrocarbons using DHI, AVO and attribute technologies
- Seismic and geophysical data processing
- Geophysical database management
- Geophysical software design and implementation
- 2D and 3D seismic interpretation
- Geophysical modeling and inversion
- Velocity analysis and time-depth conversion
- Geophysical log and VSP planning and log analysis
- Rock Physics, Mechanics, and Deformation
- Earthquake Seismology and Hazard Reduction
- Engineering & Environmental Geophysics
- Design, placement and operations of micro-seismic arrays, land refraction surveys, marine and land reflection seismic surveys, and gravity surveys
- Design and operation of high-pressure and high-temperature experimental apparatus
- Geochemical analysis, including XRD, XRF, EDS, WDS, and INAA
- Scanning and transmission electron microscopy
- Design and implementation of shock recovery experiments
- Development of pulsed power applications in geophysics, mining, and petroleum

## RESEARCH EXPERIENCE

- High-pressure/temperature rheology of mafic and ultramafic rocks, including the effects of fluid phases.
- Mathematical and numerical modeling of geophysical phenomena of the lower crust and upper mantle.
- Microseismic and pattern recognition studies for earthquake hazard reduction along the Meers Fault, S.W. Oklahoma.
- Causes and effects of shock-wave propagation from natural phenomena including meteor impacts and volcanism.
- Development of shock-induced microstructures in silicate minerals as a function of variables other than peak

shock stress.
- Pressure-solution effects as a function of fluid chemistry and its relation to oil-field consolidation problems and EOR.
- Gravity effects of large mantle plumes and their relationship to other geophysical phenomena.
- Physical properties of sediments and their relationship to seismic stratigraphy and seismic attributes.
- Development and implementation of DHI and AVO technology using controlled amplitude 3D seismic processing,
- Development and implementation of geophysical methods for the detection of abnormal fluid pressures
- Application of pulsed power to engineering, environmental, and oil production problems.


## THESIS WORKS

Huffman, A.R., (1981), The Geology, Petrology, and Geochemistry of the N.W. Hambone and S.W. Medicine Lake Quadrangles, N. California, Bachelor's Thesis, Franklin and Marshall College, 72 pages

Huffman, A.R., (1983), The Petrology of the Late Stage Lavas of The Medicine Lake Highlands, Bachelor's Thesis, Franklin and Marshall College, 156 pages.

Huffman, A.R., (1990), Shock Deformation and Volcanism Across The Cretaceous/Tertiary Transition, Ph.D. Dissertation, Texas A&M University, 347 pages.


## ABSTRACTS

Doukhan, J.C., Goltrant, O., Cordier, P., Huffman, A.R., Carter, N.L., and Officer, C.B., (1990), Planar Features in Shocked Quartz: A Transmission Electron Microscope Investigation, EOS Trans, v. 71, no. 43: 1655.

Buitrago, J., Dessay, J., Diaz, C., Gruenwald, R., Huffman, A.R., Moreno, C., Gonzalez Muñoz, J.M., (2010), Pore Pressure Prediction Based on High Resolution Velocity Inversion in Carbonate Rocks, Offshore Sirte Basin – Libya, AAPG Annual Meeting, New Orleans, LA, April, 2010.

Buitrago, J., Dessay, J., Diaz, C., Gruenwald, R., Huffman, A.R., Moreno, C., Gonzalez Muñoz, J.M., (2010), Pore Pressure Prediction Based on High Resolution Velocity Inversion in Carbonate Rocks, Offshore Sirte Basin – Libya, EAGE Annual Meeting, Barcelona, Spain, June 14-17, 2010.

Gartner, S., Huffman, A.R., and Crocket, J.H., (1990), The Cretaceous-Tertiary Boundary At Brazos River, East Texas, GSA Abstracts with Programs, in press.

Huffman A.R., (2013), Recent Advances in Pore Pressure Prediction in Complex Geologic Environments Offshore Libya, Offshore Technology Conference, Houston, Texas, May 2013.

Huffman, A. R., (2008), Geopressure Prediction For Ultradeep Wells: When the Reservoir Becomes The Enemy: Overpressure 2008 Conference, April 6-9, 2008, Durham University, United Kingdom

Huffman, A. R., (2008), Geopressure Prediction For Ultradeep Wells: When the Reservoir Becomes The Enemy: Geo2008, March 2-5, 2008, Bahrain

Huffman, A. R., (2008), Geophysical Pressure Prediction In the Presence of Multiple Pressure Mechanisms With Applications To UltraDeep Wells:  Geo2008, March 2-5, 2008, Bahrain

Huffman, A. R., (2007), Geopressure Prediction In the Presence of Multiple Pressure Mechanisms With Applications To Deep Wells, in Basin Modeling Perspectives: Innovative Developments and Novel Applications:  Hedburg Conference, May 6-9, 2007, The Hague, Netherlands.

                    Highly Confidential Per BP

Huffman, A. R., (2006), Recent Developments and Future Challenges In Geopressure Prediction, Special Technology Session Invited Abstract, CSPG/CSEGCWLS Joint National Convention, May 17, 2006

Huffman, A. R., (2006), Digital Technology Challenges And Issues In The Global E&P Business, SPE Digital Energy Conference, Houston, Texas, February 22, 2006

Huffman, A. R., (2003), Integration of Real-Time Geophysical Data For Geopressure Prediction During Drilling, SEG Workshop on Real-Time Drilling Decisions, SEG Annual Meeting, Dallas, Texas.

Huffman, A.R., (2002), Recent Advances and Future Challenges in Geopressure Prediction, SEG Annual Meeting, Abstracts with Programs, Salt Lake City, Utah.

Huffman, A. R., (1998), The Future of Pressure Prediction Using Geophysical Methods, AADE Industry Forum on Pressure Regimes in Sedimentary Basins and Their Prediction, September 2-4, 1998.

Huffman, A. R., (1995), Experimental Constraints on Shock-Induced Microstructures in the Impact Deposits of the Ames Crater, Industry Workshop on the Ames Impact Crater, Oklahoma, Mar 28-29, 1995, in press.

Huffman, A.R., (1990), Grain-Boundary Dynamics During Annealing of Dunite, Texas Society for Electron Microscopy Annual Meeting, April 5-7, 1990.

Huffman, A.R., (1988),  Seismicity and Faulting Studies for Siting the Superconducting Supercollider in Texas, invited paper abstract, Association of Engineering Geologists, Texas Section Meeting, April 16, 1988.

Huffman, A.R., (1987), Grain-Boundary Dynamics During Annealing of Dunite, EOS, Trans. American Geophysical Union, vol. 68, no. 16: 404.

Huffman, A.R., (1984), Response of the Uppermost Mantle to Indo-Eurasian Collisional Tectonics, Texas A&M 6th Geodynamics Symposium, Abstracts, April, 1984.

Huffman, A.R., Carter, N.L., Brown, J.M., and Shaner, J., (1989), Temperature-dependence of Shock-induced Microstructures in Tectosilicates, Abstract, EOS Transactions, AGU, in press.

Huffman, A.R., Carter, N.L., and Brown, J.M., (1989), Temperature-dependence of Shock-induced Microstructures in Tectosilicates, Abstract, APS Topical Conference on Shock Compression of Condensed Matter, Albuquerque, NM, August 14-17, 1989.

Huffman, A.R., Carter, N.L., and Kronenberg, A.K., (1989), Can terrestrial processes produce shock microstructures, Abstract, GSA Abstracts with Programs, v. 21, no. 6.

Huffman, A.R., Carter, N.L., and Kronenberg, A.K., (1990), TEM-Scale Shock-Wave Damage in Silicates and The Cretaceous-Tertiary Boundary Event, Texas Society for Electron Microscopy Annual Meeting, April 5-7, 1990.

Huffman, A.R., Carter, N.L., and C.B. Officer, (1989), Are Shocked Minerals Unique to Impact?, Abstract, 20th Lunar and Planetary Science Conference, Houston, TX, March 13-17, 1989, p. 426-427.

Huffman, A.R., and Castagna, J.P., (1999), Rock Physics and Mechanics Considerations for Shallow Water Flow Characterization, Pennwell Shallow Water Flow Forum, October 6-8, 1999.

Huffman, A. R., Castagna, J. P., Mendez, E., Santana, J. A., and J. Mancilla, (2003), Geopressure Prediction Advances In The Veracruz Basin, Mexico, SEG Annual Meeting, Abstracts with Programs, Dallas, Texas, 2003

Huffman, A.R., Castagna, J.P., Sahai, S.K., Cox, V.D., and K. Smith,  (2000), Shallow Water Flow Prediction Using Analysis of Multicomponent Seismic Data, SEG Research Workshop, Boise ID, October 61-6, 2000.

Highly Confidential Per BP

Huffman, A.R., Crocket, J.H., and N.L. Carter, (1988), Iridium, Shocked Quartz, and Trace Elements Across the Cretaceous/Tertiary Boundary at Maud Rise, Wedell Sea, and Walvis Ridge, South Atlantic, Abstract, Conference on Catastrophes in Earth History, Snowbird, Utah, Oct. 20-23, 1988.

Huffman, A.R., Crocket, J.H., and S. Gartner, (1989),  The Cretaceous/Tertiary Boundary at Brazos River, East Texas, Abstract, 20th Lunar and Planetary Science Conference, Houston, TX, March 13-17, 1989, p. 428-429.

Huffman, A.R., Fahlquist, D.A., and McCartney, K., (1990), Gravity Effects of Large Mantle Plumes and The Correlation Between Hot-Spot Initiation, Mass Extinctions, and Sea-Level Change, GSA Abstracts with Programs, in press.

Huffman, A. R., and Richard W. Lahann (2008), Geopressure Prediction For Ultradeep Wells: When the Reservoir Becomes The Enemy: Overpressure 2008 Conference, Durham, UK, April 6-9, 2008

Huffman, A. R., R. W. Lahann and W. Kessinger (2008), Geophysical Pressure Prediction In the Presence of Multiple Pressure Mechanisms With Applications To UltraDeep Wells:  Overpressure 2008 Conference, Durham, UK, April 6-9, 2008

Huffman, A.R., McCartney, K., and Loper, D.E., (1989), Hot Spot initiation and flood basalts as a cause of catastrophic climatic change and mass extinctions, Abstract, GSA Abstracts with Programs, v. 21, no. 6.

Huffman A.R., Meyer, J., Gruenwald, R., Buitrago, J., Suarez, J., Diaz, C., Munoz, J.M., Dessay, J., (2011), Recent Advances in Pore Pressure Prediction in Complex Geologic Environments, Middle East Oil Show (MEOS) Technical Conference, Manama, Bahrain, March, 2011.

Huffman A.R., Meyer, J., Kessinger, W., Obregon, F., (2012), Recent Advances in Pore Pressure Prediction in Complex Geologic Environments Using Seismic Inversion, Geophysical Society of Houston Symposium Honoring Dr. Robert Sherriff, April 12, 2012.

Huffman A.R., Meyer, J., Kessinger, W., Obregon, F., (2012), Pore Pressure Prediction and Real-Time Monitoring in High-Pressure Carbonate Environments Using Seismic Inversion Methods, Gulf Publishing World Oil HP/HT Drilling and Completions Conference , September 27, 2012.

Huffman A.R., Moreno C., Gruenwald, R., Buitrago, J., Suarez, J., Diaz, C., Munoz, J.M., Dessay, J., (2010), Recent Advances in Pore Pressure Prediction in Complex Geologic Environments, Society of Exploration Geophysicists Annual Meeting, Denver, Colorado, November, 2010 Post Convention Workshop on Geohazards.

Huffman, A.R., C. Moreno, R. Gruenwald, J. Buitrago, J. Suarez[2], C. Diaz[2], J.-M. Munoz,  and J. Dessay, (2009) Recent Advances in Pore Pressure Prediction in Complex Geologic Environments, SEG Annual Meeting, Abstracts With Programs, October 27th, 2009, Houston, Texas.

Moreno, C; Castagna, J; Huffman, A; and A. Bertagne, 2003, The Vp/Vs inversion procedure: A methodology for Shallow Water Flow (SWF) prediction from seismic analysis of multicomponent data. Offshore Technology Conference Extended Abstracts #15248,11 pages.

Kronenberg, A.K., Rossman, G.R., Yund, R.A., and Huffman, A.R., (1989), Stationary and mobile hydrogen defects in potassium feldspar, Abstract, EOS Trans, v. 70, in press.

Sharpton, V.L., Huffman, A.R., Murali, A.V., and Kronenberg, A.K., (1989), Shocked quartz at the base of the Deccan Traps: Fact or Fiction?, Abstract, GSA Abstracts with Programs, v. 21, no. 6.

Tilford, N.R., and Huffman, A.R., (1985), Pattern Recognition to Locate Renewed Movement on Basin-Bordering Faults, paper presented at the 80th Meeting, Seismological Society of America, Austin, Texas, April 15,

Highly Confidential Per BP

1985.

Zhu, X., Huffman, A. R., and Castagna, J. P., (2003) Tomography for enhanced geopressure prediction and depth imaging, SEG Beijing, July 2003, in press.

## PUBLICATIONS

Chopra, S., and Huffman, A.R., (2006), Velocity determination for pore pressure prediction, CSEG Recorder, v. 31, no. 4: 28-46.

Etemadi, M., Benkovics, L., Moreno, C., Perez, M., Meyer J., and Huffman, A. R., (2009), Hydrocarbon prospecting in deepwater Trinidad using AVO and spectral decomposition, World Oil, September 2009, pp. 37-40.

Flemings, P. B., and Huffman, A.R., (2000), GeoFluids of Passive Margins: At The Interface of The Practical and The Fundamental, Workshop Report for the Ocean Drilling Program, JOI/USSAC Newsletter, v. 13, no. 2:10-11.

Huffman, A. R., Bruce, R. J., and Castagna, J. P., (2003), Shallow-Water Trouble In Deep Water, Hart's Deepwater Technology Supplement to Hart's E&P: 15-18

Huffman, A. R., (2002), The Future of Pressure Prediction Using Geophysical Methods, in Huffman A.R. and Bowers, G. L. editors, *Pressure Regimes in Sedimentary Basins and Their Prediction*, AAPG Memoir 76: 217-233.

Huffman, A. R., (2002), The Future of Pressure Prediction Using Geophysical Methods, SEG The Leading Edge Magazine, volume 21, no. 2: 199-205.

Huffman, A. R., (2001), Methods Improve Pressure Prediction, American Oil and Gas Reporter, vol. 44, no. 9:105-120.

Huffman, A. R., (2001), The Future of Pressure Prediction Using Geophysical Methods, Proceedings of The Offshore Technology Conference, April 30-May 3, 2001.

Huffman, A. R., (2001), What Technologies Will Impact Deepwater Appraisal and Development Ten Years From Now?, SEG The Leading Edge Magazine, volume 20, no. 4: 372-384.

Huffman, A.R., (1996), Shock-Induced Microstructures and Experimental Constraints on The Formation of The Ames Impact Crater, Oklahoma Geology Notes, in press.

Huffman, A.R., (1994), Impact Versus Terrestrial Processes: Separating Fact From Fiction, The Leading Edge, Society of Exploration Geophysicists, vol. 13, no. 5: 311-313.

Huffman, A.R., (1990), An Endogenous Mechanism for Extinctions, Geotimes, vol. 35, no. 8: 16-17.

Huffman, A.R., (1987), Editor, Geological Studies for Nuclear Waste Repositories in The Texas Panhandle: A Symposium Volume, AEG Bulletin, vol. 24, no. 2: 205-246.

Huffman, A.R., (1985), Response of the Uppermost Mantle to Indo-Eurasian Collisional Tectonics, Tectonophysics, vol. 119:119-136.

Huffman, A.R., and Castagna, J.P., (2001), The Petrophysical Basis for Shallow-Water Flow Prediction Using Multicomponent Seismic Data, The Leading Edge, vol. 20, no. 9:1030-1035.

Highly Confidential Per BP

Huffman, A.R., and Castagna, J.P., (2000), Shallow Water Flow Prediction From Seismic Analysis Of Multicomponent Seismic Data, Proceedings of The Offshore Technology Conference, May, 2000.

Huffman, A.R., Brown, J.M., and Carter, N.L., (1990), Temperature-Dependence of Shock-induced Microstructures in Tectosilicates, in: S. C. Schmidt et al (editors), Shock Compression of Condensed Matter 1989, Elsevier: 649-652.

Huffman A.R., Brown, J.M., Carter, N.L. and W. U. Reimold, (1993), The Microstructural Response of Quartz and Feldspar to Shock Loading at Variable Temperature, Journal of Geop. Res., vol. B98. no. 12: 22171-22197.

Huffman, A.R., Crocket, J.H., Carter, N.L., Borella, P.E., and Officer, C.B., (1991), Chemistry and Mineralogy Across the Cretaceous/ Tertiary Boundary at DSDP Site 527, Walvis Ridge, South Atlantic Ocean, in, V.L. Sharpton and P. Ward, editors, Global Catastrophes in Earth History, GSA Special Paper 247: 319-334.

Huffman A.R., Meyer, J., Gruenwald, R., Buitrago, J., Suarez, J., Diaz, C., Munoz, J.M., Dessay, J., (2013), Recent Advances in Pore Pressure Prediction in Complex Geologic Environments, Offshore Technology Conference, Houston, Texas, May, 2013.

Huffman, A.R., and Reimold, W.U. (1996), Experimental Constraints on Shock-Induced Microstructures In Naturally Deformed Silicates, Tectonophysics,  vol.256: 165-217.

McCartney, K., Huffman, A.R., and M. Tredoux, (1991), A Paradigm for Endogenous Causation of Mass Extinctions, in V.L. Sharpton and P. Ward, editors, Global Catastrophes in Earth History, GSA Special Paper 247: 125-138.

Moreno, C., Perez, M. A., Meyer, J., Huffman, A. R., Etemadi, M. and Benkovics, L., (2009), Exploration Prospect Interpretation and Risking Using Modern Geophysical Technology – Hydrocarbon Prospecting in Deepwater Trinidad Using AVO and Spectral Decomposition, Proceedings of The Offshore Technology Conference, May 2009.

Moreno, C., Castagna, J. P., Huffman, A. R., and Bertagne, A., (2003), The Vp/Vs inversion procedure: A methodology for shallow water flow (SWF) prediction from seismic analysis of multicomponent data, Proceedings of The Offshore Technology Conference, May 2003.

Swarbick, R.E., Huffman, A.R., and G.L. Bowers, (1999), Summary of The AADE Forum: Pressure Regimes In Sedimentary Basins and Their Prediction, The Leading Edge, SEG, vol. 18, no. 4: 511-513.

**PERSONAL HISTORY**



**Citizenship:**   U.S.

**REFERENCES:** available upon request