# ATTACHMENT A

| Report | Reason for Needed Redaction | Portions to Be Redacted |
|---|---|---|
| Kelkar Initial | Work performed only by withdrawn expert Dr. Raghavan | Page 28, two sentences and portions of Table 10 |
| Kelkar Rebuttal | June 24 Order re pore volume compressibility opinions | Pages 15 and 16 |
| | June 24 Order re aquifer opinions | Page C-1, ¶ 1 |
| | Work performed only by withdrawn expert Dr. Raghavan | Page 23, one sentence |
| | Dr. Huffman's seismic analysis responding to withdrawn expert Dr. Torres-Verdín. | Page 15 |
| Huffman Rebuttal | References to withdrawn expert Dr. Ann Marchand | Page 38, one sentence |
| | Responses to withdrawn expert Dr. Torres-Verdín | Pages 12 ¶¶ 1-2 and 4, 13-35 (Part III), 41 ¶¶ 3-4 carrying over to 42, and 75 ¶ 1 |
| | Improper "rebuttal" opinion consisting of affirmative porosity calculations and other affirmative petrophysical opinions derived from new well log analysis that fails to rebut any BP expert | Pages 14-18, 37 ¶ 2, 39 first full paragraph, 42 ¶ 3, and 75 ¶ 3 |