# Exhibit 1

**Excerpts from Vols 1 & 2 of the Deposition Transcript of Dr. Ronald Dykhuizen**

**Taken June 19-20, 2013**

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL      )  MDL NO. 2179
BY THE OIL RIG         )
"DEEPWATER HORIZON" IN )  SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010      )  JUDGE BARBIER
                    )  MAG. JUDGE SHUSHAN

*****************
VOLUME 1
*****************

Deposition of Ronald Copeland Dykhuizen,
Ph.D., taken at the Pan-American Building, 601
Poydras Street, 11th Floor, New Orleans,
Louisiana, 70130, on the 19th day of June, 2013.

2

A P P E A R A N C E S

4  APPEARING FOR BP, INC.:
     Mr. Matthew T. Regan
5    KIRKLAND & ELLIS
     300 North LaSalle
6    Chicago, Illinois  60654
7    Ms. Bridget K. O'Connor
     KIRKLAND & ELLIS
8    655 Fifteenth Street, NW
     Washington, D.C.  20005-5793
9
10  APPEARING FOR TRANSOCEAN:
     Mr. Paul C. Thibodeaux
11   Ms. Mary K. Klinefelter
     FRILOT
12   1100 Poydras Street, Suite 3600
     New Orleans, Louisiana  70163
13
14  APPEARING FOR ANADARKO PETROLEUM COMPANY:
     Mr. Warren Anthony Fitch
15   BINGHAM MCCUTCHEN
     2020 K Street, Northwest
16   Washington, D.C. 20006-1806
17
18  APPEARING FOR HALLIBURTON:
     Ms. Gwen E. Richard
     GODWIN LEWIS
19   1331 Lamar, Suite 1665
     Houston, Texas  77010-3133
20
     Mr. Prescott W. Smith
21   Ms. Kali Thomson
     GODWIN LEWIS
22   Renaissance Tower
     1201 Elm Street, Suite 1700
23   Dallas, Texas 75270-2041

3

1  APPEARING FOR THE UNITED STATES:
2    Mr. Scott Cernich
     U.S. DEPARTMENT OF JUSTICE
3    601 D Street, N.W.
     Washington, D.C.  20004
4    Mr. David L. McIlwain
     U.S. DEPARTMENT OF JUSTICE
5    ENVIRONMENT & NATURAL RESOURCES DIVISION
     Ben Franklin Station
6    Post Office Box 7611
     Washington, D.C.  20044-7611
7    601 D Street, N.W.
     Washington, D.C. 20004
8
     Mr. Gordon Speights Young
9    U.S. DEPARTMENT OF JUSTICE
     ENVIRONMENT & NATURAL RESOURCES DIVISION
10   Post Office Box 7611
     Ben Franklin Station
11   Washington, D.C.  20044-7611
     ENRD Mailroom
12   601 D Street, N.W.
     Washington, D.C. 20004
13
14  APPEARING FOR THE STATE OF LOUISIANA:
     Mr. Douglas R. Kraus
15   Attorney for Louisiana Attorney General
     KANNER & WHITELEY
16   701 Camp Street
     New Orleans, Louisiana  70130-3504
17
18  ALSO PRESENT:
     Mr. Peter Jennings, Videographer
19   Mr. Ray Aguirre, Case Manager
20
21
22
23
24
25

4

1              INDEX
2    VIDEOTAPED ORAL DEPOSITION OF
     RONALD COPELAND DYKHUIZEN, PH.D.
3            JUNE 19, 2013
             VOLUME 1
4
5
6  Appearances................................... 2
7
   Direct Examination-Mr. Regan.................. 7
8
9  Changes and Signature........................ 396
   Reporter's Certificate....................... 398
10
11
12          EXHIBIT INDEX
13
14  Ex. No.     Description       Marked
15
16  11452   Expert Report, U.S. v. BP
            Exploration & Production, Inc., et
17          al, Flow Rates from the Macondo
            MC252 Well, Submitted on Behalf of
18          the United States, Prepared by
            Ronald C. Dykhuizen, Ph.D., dated
19          March 22, 2013, marked as
            CONFIDENTIAL PER BP; Bates Nos.
20          BP-HZN-2179MDL04799584 -
            BP-HZN-2179MDL04799589,
21          BP-HZN-2179MDL07265901,
            BP-HZN-2179MDL04908488 -
22          BP-HZN-2179MDL04908507,
            BP-HZN-2179MDL06144176 -
23          BP-HZN-2179MDL06144184,
            BP-HZN-2179MDL04897017,
24          BP-HZN-2179MDL00412974,
            SNL020-009194 - SNL020-009222
25          and total of 46 pages without
            Bates numbers                    8

65

1  multiphase flow over an 80-day time period?
2      MR. CERNICH: Object to form.
3      A. Now you've qualified it over an 80-day
4  time period. Obviously, that's going to limit
5  the number of examples that I have to satisfy
6  that requirement.
7      I answered earlier that the lithium
8  problem was similar, but that was not over an
9  80-day time period. I'm not sure why an 80-day
10  time period would make it any more complicated.
11      Q. (By Mr. Regan) So my question was: Had
12  you ever faced a situation where you've had to
13  calculate a multiphase flow over an 80-day time
14  period?
15      Let me ask it more broadly, then. Have
16  you ever faced a situation that was similar to
17  calculating a multiphase flow over a time period
18  longer than, for example, a weekend?
19      MR. CERNICH: Object to form.
20      A. Not that I can recall, no.
21      Q. (By Mr. Regan) Okay. What was the time
22  period that you were examining in the lithium
23  investigation?
24      A. That accident timeline was on the order
25  of minutes.

66

1      Q. So other than the lithium accident, which
2  was the order of minutes, and the swimming pool
3  reactor, which was the order of a weekend, prior
4  to Macondo, what was the longest period of time
5  that you had estimated a cumulative flow of a
6  multiphase fluid?
7      MR. CERNICH: Object to form.
8      A. I can't recall any other examples right
9  now.
10      Q. (By Mr. Regan) Okay. If you think of
11  anything during the course of this deposition,
12  will you let me know?
13      A. Sure.
14      Q. Okay. If you could turn to your opening
15  Report, which is in front of you, which we've
16  marked as Exhibit 11452 --
17      A. (Complying.)
18      Q. -- and have you turn to Page 2. You have
19  a phrase -- a section there titled Exec --
20  "Executive Summary."
21      Do you see that?
22      A. Yes.
23      Q. All right. And in your Executive
24  Summary, you state: "This report presents
25  calculations regarding the flow of oil from the

67

1  Macondo well in 2010. A series of calculations
2  designed to determine the flow rate, or a lower
3  bound of the flow rate, for various points in
4  time is presented."
5      Do you see that?
6      A. Yes.
7      Q. What do you mean by "lower bound" in that
8  sentence?
9      A. I'm trying to establish a lower bound at
10  particular times where the flow would not be less
11  than a particular number. So at the time of the
12  Top Hat, I calculate a number of 43,000 barrels
13  per day as a flow rate, and I do not suspect that
14  the flow rate could be any less than that during
15  that time period.
16      Q. What time periods with respect to --
17  well, which of your flow rate calculations, I
18  should say, in your Expert Reports are you
19  representing to be a lower bound?
20      A. I established two lower bounds in this
21  Report: One during the Top Hat period, and one
22  during the Top Kill period.
23      Q. Okay. And those are the only two lower
24  bound estimates that you intend to present as set
25  forth in your Expert Reports?

68

1      MR. CERNICH: Object to form.
2      A. Yes.
3      Q. (By Mr. Regan) Okay. You would not
4  describe the Flow Rate Estimates that are
5  summarized on the same page in paragraphs 1
6  and 2, that is, the 53,000 barrel per day
7  estimate in paragraph 1, and the integration of
8  approximately five million barrels, you would not
9  describe those estimates as lower bounds, would
10  you?
11      MR. CERNICH: Object to form.
12      A. No, I would not. Those are my best
13  estimates for the flow rate on a particular day.
14      Q. (By Mr. Regan) Okay. So with respect to
15  paragraphs 1 and 2, you would refer to those as
16  best estimates of flow rate, and paragraphs 3
17  and 4 on Page 3 of Exhibit 11452, you would
18  characterize those as including lower bounds and
19  potentially best estimates. Is that fair?
20      MR. CERNICH: Object to form.
21      A. That is fair. In 3 and 4 I talk about
22  best estimates and lower bounds.
23      Q. (By Mr. Regan) Okay. All right. Do you
24  intend to provide an opinion about what the
25  proper lower bound is for your estimate of 53,000

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

---

69

1   barrels per day on July 15th, 2010?
2        MR. CERNICH:  Object to form.
3     A. I've represented that number as being --
4   have an error of plus or minus 20 percent.
5     Q. (By Mr. Regan) And as -- would you
6   accept, then, a plus or minus 20 percent as being
7   the -- representing the upper and lower -- proper
8   upper and lower bounds for that estimate of
9   53,000 barrels per day?
10        MR. CERNICH:  Object to form.
11     A. That would be a reasonable assumption,
12   yes.
13     Q. (By Mr. Regan) Okay.  Similarly, with
14   respect to the cumulative estimate of five
15   million barrels, do you intend to express an
16   Expert opinion on the proper lower bound for that
17   number?
18        MR. CERNICH:  Object to form.
19     A. That number is more uncertain than the
20   53,000.  I represent that number as being
21   approximately plus or minus 30 percent of the
22   integral, so that would be from three and a half
23   to six and a half million barrels.
24     Q. (By Mr. Regan) Okay.  So it is your
25   Expert opinion, Dr. Dykhuizen, that the range of

---

70

1   cumulative flow is approximately three and a half
2   million barrels to six and a half million
3   barrels, with your best estimate at five million
4   barrels, correct?
5        MR. CERNICH:  Object to form.
6     A. Yes.
7     Q. (By Mr. Regan) And it is your Expert
8   opinion that the range of flow rate on July 15th
9   is approximately 20 percent plus or minus 53,000,
10   correct?
11        MR. CERNICH:  Object to form.
12     A. You've said that backwards.  It's 53,000
13   plus or minus 20 percent.
14     Q. (By Mr. Regan) Sorry.  I didn't mean to
15   say it backwards.
16      And the reason -- what is the reason that
17   you have a higher error bound ratio of 30 percent
18   for the cumulative flow number than for your
19   July 15th 53,000 barrel number?
20        MR. CERNICH:  Object to form.
21     A. The biggest factor that increases my
22   uncertainty is knowing when the erosional
23   processes stopped.
24     Q. (By Mr. Regan) Okay.  And those erosional
25   processes impact the cumulative flow, obviously,

---

71

1   far greater than the estimate of flow on a single
2   day?
3        MR. CERNICH:  Object to form.
4     A. That is correct.
5     Q. (By Mr. Regan) Okay.  All right.
6     A. The erosional processes actually do not
7   impact the 53,000 at all.
8     Q. Okay.  And then I'm going to come back to
9   these topics in a little bit.  But you refer in
10   these paragraphs to -- in your Executive Summary,
11   you -- next sentence, middle of the Page 2:
12   "This report also updates and/or refines certain
13   calculations prepared during the Macondo well
14   response, including calculations contained in the
15   DOE-NNSA Flow Analysis Report, based on
16   additional data and information."
17      Did I read that correctly?
18     A. I did not -- I have yet to determine
19   where you're reading from.
20     Q. Okay.
21     A. What you stated seems correct --
22     Q. All right.
23     A. -- of what I meant.
24     Q. If you look in the paragraph titled
25   "Executive Summary," "C." --

---

72

1     A. Yes.
2     Q. -- look at the third sentence.
3     A. (Reviewing document.) Yes, you read that
4   correctly.
5     Q. And is it your intention to incorporate
6   that Report which has been previously marked in
7   the case, is it your intention to incorporate
8   that DOE Report as part of your Expert testimony
9   in this case?
10     A. Yes.
11     Q. Okay.  And that Report has been
12   previously marked as Exhibit 9361, which we have
13   in the binder in front of you, but I -- I'm --
14   I'm -- I have some more generic questions before
15   we specifically go to it.
16      Let me ask you some basic questions about
17   multiphase flow before we get into the bases of
18   your opinions, Dr. Dykhuizen.
19      Again, we've established your background
20   is in multiphase flow, correct?
21     A. Yes.
22     Q. What is -- what would be your definition
23   of -- of "two-phase" or multiphase flow?
24     A. Multiphase flow is when you have two
25   fluids flowing through the same volume, be it

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

400

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL        )  MDL NO. 2179
BY THE OIL RIG           )
"DEEPWATER HORIZON" IN )  SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010        )  JUDGE BARBIER
                         )  MAG. JUDGE SHUSHAN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
VOLUME 2
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Continuation of the deposition of Ronald
Copeland Dykhuizen, Ph.D., taken at the
Pan-American Building, 601 Poydras Street, 11th
Floor, New Orleans, Louisiana, 70130, on the 20th
day of June, 2013.

---

401

1     A P P E A R A N C E S
2
3
4     APPEARING FOR BP, INC.:
5        Mr. Matthew T. Regan
         KIRKLAND & ELLIS
6        300 North LaSalle
         Chicago, Illinois  60654
7        Ms. Bridget K. O'Connor
         KIRKLAND & ELLIS
8        655 Fifteenth Street, NW
         Washington, D.C.  20005-5793
9
10    APPEARING FOR TRANSOCEAN:
         Mr. Paul C. Thibodeaux
11       Ms. Mary K. Klinefelter
         FRILOT
12       1100 Poydras Street, Suite 3600
         New Orleans, Louisiana  70163
13
14    APPEARING FOR ANADARKO PETROLEUM COMPANY:
         Mr. Warren Anthony Fitch
15       BINGHAM MCCUTCHEN
         2020 K Street, Northwest
16       Washington, D.C. 20006-1806
17
18    APPEARING FOR HALLIBURTON:
         Ms. Gwen E. Richard
         GODWIN LEWIS
19       1331 Lamar, Suite 1665
         Houston, Texas  77010-3133
20
         Mr. Prescott W. Smith
21       Ms. Kali Thomson
         GODWIN LEWIS
22       Renaissance Tower
         1201 Elm Street, Suite 1700
23       Dallas, Texas 75270-2041
24
25

---

402

1     APPEARING FOR THE UNITED STATES:
2        Mr. Scott Cernich
         U.S. DEPARTMENT OF JUSTICE
3        601 D Street, N.W.
         Washington, D.C.  20004
4        Mr. David L. McIlwain
         U.S. DEPARTMENT OF JUSTICE
5        ENVIRONMENT & NATURAL RESOURCES DIVISION
         Ben Franklin Station
6        Post Office Box 7611
         Washington, D.C.  20044-7611
7        601 D Street, N.W.
         Washington, D.C.  20004
8
         Mr. Gordon Speights Young
9        U.S. DEPARTMENT OF JUSTICE
         ENVIRONMENT & NATURAL RESOURCES DIVISION
10       Post Office Box 7611
         Ben Franklin Station
11       Washington, D.C.  20044-7611
         ENRD Mailroom
12       601 D Street, N.W.
         Washington, D.C.  20004
13
14    APPEARING FOR THE STATE OF LOUISIANA:
15       Mr. Douglas R. Kraus
         Attorney for Louisiana Attorney General
         KANNER & WHITELEY
16       701 Camp Street
         New Orleans, Louisiana  70130-3504
17
18    ALSO PRESENT:
         Mr. Peter Jennings, Videographer
19       Mr. Ray Aguirre, Case Manager
         Mr. James Deel, Logistics
20       Mr. Nicholas Jones
         Mr. Christopher Whelen
21
22
23
24
25

---

403

1     INDEX
2     VIDEOTAPED ORAL DEPOSITION OF
      RONALD COPELAND DYKHUIZEN, PH.D.
3     JUNE 20, 2013
      VOLUME 2
4
5
6     Appearances.................................. 401
7
      Continued Direct Examination-Mr. Regan....... 406
8     Examination-Mr. Fitch........................ 515
      Examination-Mr. Thibodeaux................... 563
9     Examination-Mr. Smith........................ 588
      Examination-Mr. Cernich...................... 612
10    Redirect Examination-Mr. Regan............... 618
11
      Changes and Signature........................ 665
12    Reporter's Certificate....................... 667
13
14    EXHIBIT INDEX
15
      Ex. No.       Description              Marked
16
17    11459   CD labeled BP-HZN-2179MDL05742359;
              Native, containing Excel
18            spreadsheets, the last of which
              contains Observations              427
19
      11460   Convective Boiling and
20            Condensation, John G. Collier,
              Table of Contents, Preface and
21            Pages 65 through 105; 47 pages    530
22    11461   Expert Report of Dr. Sankaran
              Sundaresan, Estimates of Flow Rate
23            Preceding Shut-In on July 14-15,
              2010, Submitted by Transocean
24            Offshore Deepwater Drilling, Inc.,
              marked as CONFIDENTIAL; 28 pages   535
25

Worldwide Court Reporters, Inc.
PURSUANT TO CONFIDENTIALITY ORDER

456

1    A.  That is correct.
2    Q.  You estimate that the flow from the well
3  from these Top Hat 4 estimates is approximately
4  60,000 barrels per day from June 3rd through
5  July 11th with a lower limit of 43,000 barrels
6  per day.  Correct?
7    A.  That is correct.
8    Q.  Okay.  What is the error bound on your
9  60,000 barrel-per-day Top Hat 4 estimate as
10  presented in your Expert Report?
11    MR. CERNICH:  Object to form.
12    A.  That calculation is -- is unknown.  I've
13  a lower bound of 43.  So, obviously, I cannot go
14  from 60,000 any less than 17,000 below that,
15  because I feel certain of my calculation of
16  43,000.  17,000 above that would be acceptable to
17  me, too.  So you could --
18    Q.  (By Mr. Regan) Okay.
19    A.  -- conclude 17,000, one or the other.
20  The 60,000 is my best guess.  The 43,000 I stand
21  behind as a lower limit.
22    Q.  M-h'm.  So, based on your calculations of
23  flow rate from Top Hat 4, you could have a flow
24  rate between 43,000 and 77,000 barrels per day?
25    A.  That is --

457

1    MR. CERNICH:  Object to form.
2    A.  That is correct.  Based on the data that
3  was given to me and the analysis that I was
4  using, that would be a reasonable range to
5  assume.
6    Q.  (By Mr. Regan) Does that, to you,
7  represent a very larger error bar?
8    A.  Yes, that it was an inaccurate
9  calculation.
10    Q.  Your Top Hat 4 Flow Rate Estimate is an
11  inaccurate calculation, correct?
12    MR. CERNICH:  Object to form.
13    A.  It is, but I stand by the lower bound.  I
14  think that is an accurate lower bound.
15    Q.  (By Mr. Regan) Okay.  To -- to present
16  your lower bound, you rely on visual
17  observations, correct?
18    A.  Actually, not --
19    MR. CERNICH:  Object to form.
20    A.  Ah, yeah, vaguely.  Yes.  I do rely on
21  visual observations, yes.
22    Q.  (By Mr. Regan) Okay.  And what's your
23  acc -- the accuracy of using visual observations
24  to predict flow rate?
25    MR. CERNICH:  Object to form.

458

1    A.  Let me correct that last answer.
2    Q.  (By Mr. Regan) Okay.
3    A.  In my 43,000 lower bound, I think I have
4  a collection rate of 25,000.
5    Q.  M-h'm.
6    A.  And a calculated lower bound of the vent
7  of 17,000.  If you add the two together, you get
8  43,000.  There is absolutely no visual
9  observation that I'm using in establishing
10  43,000.
11    Q.  Okay.  So your lower bound excludes any
12  flow from the skirt of the Top Hat 3?
13    A.  That is correct.
14    Q.  Okay.  You would agree that any estimate
15  that you have that includes a calculation of flow
16  out of the skirt is a very inaccurate method?
17    A.  Yes.
18    MR. CERNICH:  Object to the form.
19    Q.  (By Mr. Regan) So anything above 43,000,
20  you would say, very inaccurate?
21    MR. CERNICH:  Object to form.
22    A.  Yes.  The magnitude is very inaccurate,
23  but I know it is not zero.
24    Q.  (By Mr. Regan) Okay.
25    A.  So, obviously, we know that 43,000 is a

459

1  well-defended lower bound, because anybody could
2  look at the video and note that the flow out the
3  skirt was above zero.
4    Q.  Okay.  Could anybody look at the video to
5  test your proposition as to whether there was
6  homogeneous flow out of the vents over a period
7  of Jul -- June 3rd to July 11th?
8    MR. CERNICH:  Object to form.
9    A.  There was limited video of the vent, but
10  I think there is some video where they used the
11  blower to try to blow the plumes around.  There
12  is some indication that homogeneous flow is a
13  reasonable assumption.  I don't think that you
14  can say that there is no visual evidence of the
15  homogeneous assumption.
16    Q.  (By Mr. Regan)  To get to your 43,000
17  lower bound, you have to assume that all three
18  vents in Top Hat 4 were fully open from June 3rd
19  to July 11th and were fully flowing a homogeneous
20  fluid, correct?
21    MR. CERNICH:  Object to form.
22    A.  I -- the final part is correct, but the
23  initial part is not correct.
24    Q.  (By Mr. Regan) Okay.  So your 43,000 does
25  not include full flow out of three vents over

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

472

1    **purposes of your flow rate opinion about Top**
2    **Hat 4?**
3          MR. CERNICH:  Object to form.
4      A. In a -- in a sense, yes.  There was some
5    Reports that -- where the -- Dr. Ratzel presented
6    that we saw little difference in the flow.  I've
7    reviewed those Reports and related that
8    information.
9        **Q. (By Mr. Regan) So is it Dr. Ratzel's**
10   **opinion, then, based on his visual observation of**
11  **the flow, that there was little change of flow**
12  **out the skirt when collection rates changed in**
13  **June of 2010?**
14        MR. CERNICH:  Object to form.
15     A. That -- that was his opinion, and I
16  collor -- corrob -- I also reached the same
17  conclusion.
18       **Q. (By Mr. Regan) Okay.**
19     A. I do not base my estimates of the flow,
20  the minimum flow at the Top Hat period, based on
21  any flow out the skirt.
22       **Q. You expressly base your 60,000 barrel per**
23  **day estimate from Top Hat 4 on including flow out**
24  **the skirt, correct?**
25        MR. CERNICH:  Object to form.

473

1     A. That's correct.
2      **Q. (By Mr. Regan) You have no confidence, to**
3  **be fair, in the validity of your estimate of flow**
4  **out that skirt, other than you know something**
5  **came out of it, correct?**
6        MR. CERNICH:  Object to form.
7     A. I know that a significant flow was coming
8  out.  You and I and anybody could watch that and
9  see that it was significant.
10     **Q. (By Mr. Regan) How much video would we**
11  **need to watch to determine the difference of**
12  **10,000 barrels per day out the skirt?**
13       MR. CERNICH:  Object to form.
14     A. It was a very judgmental evaluation.
15     **Q. (By Mr. Regan) Okay.  So if --**
16     A. And I don't present it as an accurate
17  valuation.
18     **Q. Well, if you don't present it as an**
19  **accurate valuation, you agree that it is part of**
20  **your 60,000 barrel per day estimate, correct?**
21     A. That is correct.
22     **Q. And so, by definition, your 60,000 barrel**
23  **per day estimate is inaccurate, correct?**
24       MR. CERNICH:  Object to form.
25     A. All of my estimates are inaccurate.  That

474

1  particular one is especially inaccurate.
2     **Q. (By Mr. Regan) All of your Flow Rate**
3  **Estimates are inaccurate, Dr. Dykhuizen?**
4     A. That is correct.
5       MR. CERNICH:  Object to form.
6     **Q. (By Mr. Regan) Okay.  With respect to a**
7  **10,000 barrel per day flow rate, if we watched an**
8  **hour of video to see a difference of 10,000**
9  **barrels per day of flow, how many barrels a -- an**
10  **hour would be would we be looking for as a**
11  **change --**
12       MR. CERNICH:  Object to form.
13     **Q. (By Mr. Regan) -- visually?**
14       MR. CERNICH:  Objection.
15     **Q. (By Mr. Regan) About 400 barrels an hour,**
16  **right?**
17       MR. CERNICH:  Object to form.
18     A. Correct.
19     **Q. (By Mr. Regan) Simple math.  So we -- if**
20  **we looked an hour --**
21       MR. CERNICH:  Please -- please let
22  the witness answer the question before
23  continuing.
24       MR. REGAN:  I think he was finished.
25  I'm -- I'm looking right at him.

475

1     **Q. (By Mr. Regan) You were finished,**
2  **correct?**
3     A. 400 is an approximate number, yes.
4     **Q. Okay.  All right.  So if we looked at an**
5  **hour of video, of A, video when there was 10,000**
6  **barrels being collected and, B, video when there**
7  **was 20,000 barrels being collected per day, we'd**
8  **be trying to visually distinguish between 400**
9  **barrels difference on the screen of that one**
10  **hour, correct?**
11       MR. CERNICH:  Object to form.
12     A. That is correct.
13     **Q. (By Mr. Regan) And if we just looked at a**
14  **minute of video of those two screens, we'd be**
15  **trying to look at the difference of seven barrels**
16  **visually?**
17     A. That's incorrect.
18     **Q. Okay.  How much --**
19     A. We're looking at a rate.  We are not
20  looking at individual barrels.
21     **Q. Well, the rate is driven by the number of**
22  **barrels, correct?**
23       MR. CERNICH:  Object to form.
24     A. The rate is a number of barrels per unit
25  of time.

19  (Pages 472 to 475)

# <u>Exhibit 2</u>

# Excerpt from the Rebuttal Expert Report of Dr. Ronald Dykhuizen

# June 10, 2013

11463

Exhibit No. _____

**Worldwide Court
Reporters, Inc.**

# REBUTTAL EXPERT REPORT
*U.S v. BP Exploration & Production, Inc., et al.*

**Flow Rates from the Macondo MC252 Well
Submitted on Behalf of the United States**

**Prepared by:**

**Ronald C. Dykhuizen, Ph.D.
Principal Member of the Technical Staff
Sandia National Laboratories
Albuquerque, New Mexico**

**Ronald C. Dykhuizen, Ph.D.**

**June 10, 2013**

calculation applies to the entire period of June 3 through July 11, 2010). He claims that my use of 25,000 bopd as the collection rate is in error since that only occurred for a limited amount of time near the end of the Top Hat 4 period. This criticism is valid only if one accepts the premise that the flow rate was increasing between June 3 and June 24 (the date when 25K collections begins). I do not and the data do not support that scenario. Since the flow rate was decreasing with time during the Top Hat 4 period (as demonstrated by the PT-B pressure gauge), my estimate of the last day should serve as a conservative lower bound for the entire period. I continue to accept the conclusions provided in Dr. Griffiths' expert report where he provides evidence that the flow is decreasing with time. Thus, I stand by my claim that my estimate for a lower bound in the flow during the period of Top Hat 4 collection (and all periods prior) is still valid. In addition, I believe that my calculation of the flow rate on May 28, 2010 during the Top Kill (>60,000 bopd) is correct. I will further address Dr. Johnson's (and others) opinion that the flow is increasing with time during the flow of the Macondo well below.

### C. Capping Stack Flow Rate Calculations

#### 1. Background

No BP expert contradicts my calculation of flow rates through the Capping Stack with the exception of questioning my equation of state (EOS) which yields small changes in my flow rate estimate. In fact, BP expert Simon Lo calculates a mass flow rate through the Capping Stack nearly identical to mine at 200 F. Dr. Lo calculates a flow rate of 122 kg/s through the kill line of the Capping Stack (when he assumes a temperature of 200 F). I obtain a value of 123 kg/s with the same assumptions. The majority of difference between Dr. Lo result and mine is the conversion to standard barrels of oil.[4]

After the Capping Stack was installed on the well, accurate geometry and measured pressures allowed estimates of the flow rate through the Capping Stack hardware. When this was added to collected flows from connections to the original BOP, the total flow from the reservoir could be estimated. As described in my initial report and the DOE-NNSA Flow Analysis Report, I estimate the flow of oil from the well on July 14 and 15, 2010 (just prior to shut-in) at 53,000 barrels of oil per day (bopd). It is important to note that this is the flow rate with the Capping Stack installed. The Capping Stack provides additional backpressure reducing flow by approximately 4%. This calculation is consistent with BP estimates of 51,500 bopd[5] and 59,098 bopd[6] conducted during the same time period.

---

[4] Dr. Lo does not provide enough detail for me to understand why his conversion is significantly different than mine. My equation of state, and the conversion procedure to standard barrels was very close to the calculations by BP during the response in 2010.

[5] Exhibit 9453 (Appendix A.1 to my March 22, 2013 report).

[6] Exhibit 9491 (Appendix A.2 to my March 22, 2013 report).

# Exhibit 3

**Attachment 3 to the U.S.'s Motion *in Limine* Excerpt from Dr. Adrian Johnson's Expert Report**

**May 1, 2013**

# ATTACHMENT 3



**FEESA**

---

**In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**

United States District Court

Eastern District of Louisiana

MDL No. 2179, Section J

Judge Barbier; Magistrate Judge Shushan

## Technical Review of US Government Expert Witness Reports on Flow Rates from the MC252 Macondo Well

Expert Report of A. E. Johnson PhD CEng MIMechE

May 1, 2013

**CONFIDENTIAL**

FEESA Ltd
FEESA Ltd, Westmead House, Farnborough, Hampshire GU14 7LP.
Tel: + 44 (0) 1252 372321 • E-mail: info@feesa.net

XAJX003-000017

# CONTENTS

1    EXECUTIVE SUMMARY ........................................................................................ 4

   1.1   DR. GRIFFITHS' REPORT ................................................................................... 4
   1.2   DR. DYKHUIZEN'S REPORT ................................................................................. 5

2    INTRODUCTION ..................................................................................................... 7

3    QUALIFICATIONS AND EXPERIENCE .......................................................... 8

4    TECHNICAL EVALUATION OF DR. GRIFFITHS' REPORT ..................... 10

   4.1   DR. GRIFFITHS' UNSUPPORTED ASSUMPTION OF A CONSTANT PRODUCTIVITY INDEX AFTER
THE FIRST NINE HOURS COULD GENERATE INCORRECT RESULTS. ................................................ 10
     4.1.1   Dr. Griffiths incorrectly interprets the Appendix W data. ..................................... 10

     4.1.2   Using Dr. Griffiths' own methods with a non-constant PI assumption demonstrates
the uncertainty range of his results is much wider than he claims. .................................... 11

   4.2   APPLICATION OF DR. POOLADI-DARVISH'S METHODOLOGY PRIOR TO 8TH MAY 2010
FURTHER INCREASES THE UNCERTAINTY AROUND DR. GRIFFITHS' ESTIMATE. .......................... 16
   4.3   DR. GRIFFITHS' WELLBORE MODEL DOES NOT APPROPRIATELY REPRESENT THE GEOMETRY
OF THE WELL AND THE EFFECTS OF MULTIPHASE FLOW WITHIN THAT GEOMETRY ...................... 19
     4.3.1   Comparison of Dr. Griffiths' method with an industry-standard multiphase
simulator demonstrates errors in Dr. Griffiths' calculations. .......................................... 19

     4.3.2   Dr. Griffiths' failure to represent multiphase flow in the two well flowpaths results
in an inaccurate model. ...................................................................................................... 22

     4.3.3   Dr. Griffiths' comparison of his model to PROSPER work done by a BP Engineer
during the response is inappropriate and misleading. ....................................................... 25

     4.3.4   Dr. Griffiths' use of constant discharge coefficients in his model is unjustified.... 26

   4.4   DR. GRIFFITHS IGNORES THE MANY PHYSICAL CHANGES THAT OCCURRED THROUGH THE
SYSTEM OVER TIME. ................................................................................................................. 26
     4.4.1   Dr. Griffiths ignores changes in the BOP through time. ........................................ 27

     4.4.2   Dr. Griffiths ignores changes in the well through time. ......................................... 28

   4.5   DR. GRIFFITHS' ATTEMPTED VERIFICATION OF HIS BEST ESTIMATE FLOW RATE IS BASED
ON FLAWED LOGIC AND CIRCULAR REASONING. ........................................................................ 30
   4.6   THE OFFSET THAT DR. GRIFFITHS CALCULATED FOR PT-B IS INCORRECT. ...................... 31
   4.7   DR. GRIFFITHS REACHES INCORRECT CONCLUSIONS IN HIS APPENDIX I REGARDING
CHANGES IN THE SYSTEM GEOMETRY PRIOR TO 8TH MAY 2010. ................................................ 36
   4.8   DR. GRIFFITHS' REPORT CONTAINS A NUMBER OF ADDITIONAL TECHNICAL ERRORS. ...... 38

5    TECHNICAL EVALUATION OF DR. DYKHUIZEN'S REPORT ............................ 40

   5.1   DR. DYKHUIZEN'S ANALYSES ARE BASED ON INCORRECT OR UNSUPPORTED ASSUMPTIONS
IN CALCULATING THE FLOW RATE FROM THE TOP HAT. ............................................................. 40
     5.1.1   Dr. Dykhuizen's Top Hat skirt flow estimate is highly inaccurate ........................ 41

     5.1.2   Dr. Dykhuizen misrepresents his well flow rate estimate, based on the Top Hat
vent flow calculation, as a lower bound. ............................................................................ 42



XAJX003-000018

5.2    DR. DYKHUIZEN'S TOP KILL ANALYSIS HAS SERIOUS TECHNICAL ERRORS THAT AFFECT
THE VALIDITY OF HIS FLOW RATE CALCULATIONS........................................................................ 43
5.3    DR. DYKHUIZEN MADE INCORRECT ASSUMPTIONS IN CALCULATING THE FLOW RATE FROM
THE WELL THROUGH TIME AND THE CUMULATIVE DISCHARGE. .................................................. 48

6    CONCLUSIONS............................................................................................................... 49

7    FEDERAL RULES OF CIVIL PROCEDURE .............................................................. 51

8    REFERENCES ................................................................................................................. 52

9    APPENDICES.................................................................................................................... 54



XAJX003-000019

### 5.1.1 Dr. Dykhuizen's Top Hat skirt flow estimate is highly inaccurate.

Although Dr. Dykhuizen himself presents no attempt to quantify the uncertainty of the skirt flow calculation, it is subject to large error for the following reasons:

1. The geometry of the Top Hat skirt was very complex.

    a. The skirt seal was partial damaged / destroyed during installation;
    b. The Top Hat was tilted at about 5° relative to the riser and riser flange;
    c. There was the complex geometry of the riser, riser flange, and auxiliaries in the skirt flow area; and
    d. The Top Hat was not centered on the riser / flange.

    For these reasons it is impossible to know the geometry of the skirt flow area well enough to accurately calculate the flow.

2. The Top Hat flow calculation is dependent on very small pressure differences (*i.e.*, less than 2 psi) between the pressure within the Top Hat and ambient sea pressure. Accurately measuring the small pressure difference between the fluids inside the Top Hat and ambient sea pressure was difficult, as recognized by Dr. Dykhuizen himself (page 18 of Appendix A.7 in Dr. Dykhuizen's report). Errors of only a fraction of a psi would lead inevitably to large errors in the skirt flow rate calculation. For example, I calculate that an error of only -0.5 psi would result in approximately *halving* the calculated skirt flow rate.

3. The open area of the skirt would not only affect the area available for flow, but also the pressure loss coefficient (*i.e.*, K value) assumed when calculating the flow rate. To calculate a loss coefficient, one needs to know the area at the base of the skirt through which hydrocarbons flow downwards to the sea, and an area within the Top Hat, above the skirt outlet. Based on the open area of the skirt given in Dr. Dykhuizen's report (page 12 of Appendix A.7 of Dr. Dykhuizen's report) and the area of the inside of the Top Hat (diameter taken from page 12 of Appendix A.7 of Dr. Dykhuizen's report), the open area ratio for the skirt opening is 0.07 (*i.e.*, the ratio of these two areas). Assuming that the skirt outlet acts like an orifice, a loss coefficient can be determined from Figure 3 above. This resulting loss coefficient is at least 2, but possibly 3, orders of magnitude greater than Dr. Dykhuizen's work assumed. That is to say, the loss coefficient should be at least 100 times larger (a three-figure loss coefficient), and possibly 1000 times larger (a four-figure loss coefficient) than assumed by Dr. Dykhuizen. A loss coefficient of 700, for example (consistent with an open area ratio of 0.07 from Figure 3 above), would reduce the calculated skirt flow to about 1,800 stb/d, down from Dr. Dykhuizen's June 2010 estimate of 45,000 stb/d (page 17 of Dr. Dykhuizen's report).

    It is possible that the area leading into the skirt could be considered smaller than that of the inside of the Top Hat due to the presence of the riser and flange. This would result in a loss coefficient for the skirt of less than 700. For example, accounting for the riser cross-sectional area reduces the skirt loss coefficient to about 450 resulting in a skirt flow rate of 2,300 stb/d. It is possible that other calculations of the loss



coefficient could be performed (*e.g.*, it could be argued that the skirt consists of part contraction, due to the riser and flange, and part orifice, due to the presence of some of the seal), but any calculated loss coefficient will be much greater than the value of 2 used by Dr. Dykhuizen. Therefore, I believe that Dr. Dykhuizen's June 2010 flow estimation from the Top Hat skirt is over estimated by at least an order of magnitude.

### 5.1.2 Dr. Dykhuizen misrepresents his well flow rate estimate, based on the Top Hat vent flow calculation, as a lower bound.

Dr. Dykhuizen adds the highest maximum collection rate (25,000 stb/d) to a calculated vent flow rate (18,000 stb/d) to generate another purported lower bound estimate of the flow rate. This approach is incorrect and assumes that the collection flow rate of 25,000 stb/d applies for the whole of the Top Hat collection period. Claiming that this is a lower bound flow rate for the whole of that period is incorrect. The collection flow rates from the *Helix Q4000* (collection from the BOP) and *Discoverer Enterprise* (collection from the top of the Top Hat) (ref. 33) are shown in Figure 14:



**Figure 14. Collection Flow Rates During the Top Hat Period**

In Figure 14, the collection flow rate from both vessels reaches 25,000 stb/d only for approximately the last 2 weeks of the Top Hat being in place – *i.e.*, approaching the capping stack period. But simply assuming that the maximum observed collection rate would have also occurred at all times earlier, when in fact such collection rates were not achieved, is not a consistent methodology for estimating a *lower bound* for the flow rate.



XAJX003-000058

Prior to the final two weeks of the Top Hat period the actual, recorded, lower collection rates should be added to generate true *lower bound* flow rates, as shown in Figure 15.



**Figure 15. Revised *Lower Bound* Flow Rate Profile**

The analysis for the vent, skirt, and riser flows were separately performed ("decoupled") in Dr. Dykhuizen's work. However, the various flow paths are interrelated, and the changes in flow rate for each path affect the flow rates in the other flow path. An accurate analysis of these interactive flow rates must therefore be performed as one analysis in an integrated model that would then account for these interactions.

## 5.2  Dr. Dykhuizen's Top Kill analysis has serious technical errors that affect the validity of his flow rate calculations.

In section 5.2, I present the examination of the errors Dr. Dykhuizen committed in his calculation of a lower bound flow rate from data at the time of the final Top Kill attempt. I present a calculation, using Dr. Dykhuizen's own spreadsheet, that produces a significantly lower flow rate result for the data available from the first Top Kill attempt.

Dr. Dykhuizen's method of analysis posits a relationship between pressure drop and flow rate for flow through the BOP during Top Kill on 28th May 2010, and then applies this relationship



XAJX003-000059

# Exhibit 4

# Dep. Ex. 11566



|  |  |  |  |
|---|---|---|---|
|  | Vent ID | 4 | in |
|  | Vent ID | 0.1016 | m |
|  | Vent area | 0.008107 | m2 |
|  | Ball valve ID | 3 | in |
|  | Ball ID | 0.0762 | m |
|  | Ball area | 0.00456 | m2 |
|  | # vents | 3 |  |
|  | DP | 1.210403 | psi |
|  | DP | 8345.436 | N/m2 |
|  | rho-mix | 295 | kg/m3 |
| Ke | entrance loss K | 0.5 |  |
| Kx | exit loss K | 1 |  |
| Kv | valve loss K | 0.83 |  |
|  | Total K | 2.33 |  |
|  |  |  |  |
|  | 1vent flow | 0.049792 | m3/s | local |
|  | 1vent flow | 27058.96 | bbl/d | local |
|  | Total vent flow | 81176.88 | bbl/d | local |
|  | **Total vent flow oil** | **17632** | **stb/d** |

for 15/6/10
From Maximus

| mass flow rate | 38.7387 | kg/s |
| st oil flow rate | 15500 | stb/d | 0.028522 m3/s |
| rho mix | 295 | kg/m3 |
| Vol flow rate | 0.131318 | m3/s |
| Vol factor | 0.217199 |

| Height of inside of Top hat | 46.5 | in |
| Height of inside of Top hat | 1.1811 | m |
| Min pressure at top of top hat | 3418.044 | N/m2 |
| htop hat head | 0.495745 | psi |

| Their top hat height | 1.17 | m | 1.17 |
| Sea density | 1022.1 | kg/m3 |
| Top hat top pressure | 8345.436 | N/m2 |
| Top hat top pressure | 1.210403 | psi |

| Cv | 525 |

| psi to N/m2 times by | 47.88026 | 0.020885 |
| USG/m to m3/s times by | 6.31E-05 | 15850.32 |
| Cv equation imperial to SI conversion | 5247.105 |
| 2 time conversion (for equation) | 10494.21 |

11566
Exhibit No. _____
Worldwide Court
Reporters, Inc.

Based on K=2 for skirt opening velocity.

| | | | | | for 15/6/10 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Skirt open area | 114 | in2 | | From Maximus | | | | |
| | Skirt open area | 0.073548 | m2 | | mass flow rate | 38.7387 | kg/s | | |
| | pressure reading error | 0 | psi | | st oil flow rate | 15500 | stb/d | 0.028522 | m3/s |
| | DP | 0.689597 | psi | | rho mix | 295 | kg/m3 | | |
| | DP | 4754.603 | N/m2 | | Vol flow rate | 0.131318 | m3/s | | |
| | rho-mix | 295 | kg/m3 | | Vol factor | 0.217199 | | | |
| Ks | Skirt K | 2 | | | | | | | |
| | Skirt Flow | 0.295269 | m3/s | local | Height of inside of Top hat | 46.5 | in | | |
| | Skirt Flow | 160461.1 | bbl/d | local | Height of inside of Top hat | 1.1811 | m | | |
| | **Total skirt flow oil** | **34852** | **stb/d** | | Min pressure at top of top hat | 3418.044 | N/m2 | | |
| | | | | | htop hat head | 0.495745 | psi | | |
| | Top hat ID | 46.5 | in | | | | | | |
| | Top hat area | 1698.227 | in2 | | Their top hat height | 1.17 | m | | 1.17 |
| | Top hat area | 1.095628 | m2 | | Sea density | 1022.1 | kg/m3 | | |
| | Open area ratio | 0.067129 | | 0.004506 | Top hat top pressure | 8345.436 | N/m2 | | |
| | | | | 443.8251 | Top hat top pressure | 1.210403 | psi | | |
| | | | | 29.79346 | | | | | |
| | | 0.067129 | | | | | | | |
| | Riser dia | 21 | in | | | | | | |
| | Riser csa | 346.3606 | in2 | | | | | | |
| | Top hat area minus riser area | 1351.867 | in2 | | | | | | |
| | Top hat area minus riser area | 0.87217 | m2 | | | | | | |
| | Open area ratio | 0.084328 | | | | | | | |

Based on K=700 from Miller for Dykhuizen OAR and for upstream velocity.

| | | | | | for 15/6/10 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Skirt open area | 114 | in2 | | From Maximus | | | | |
| | Skirt open area | 0.07354824 | m2 | | mass flow rate | 38.7387 | kg/s | | |
| | pressure reading error | 0 | psi | | st oil flow rate | 15500 | stb/d | 0.028522 | m3/s |
| | DP | 0.68959689 | psi | | rho mix | 295 | kg/m3 | | |
| | DP | 4754.603187 | N/m2 | | Vol flow rate | 0.131318 | m3/s | | |
| | rho-mix | 295 | kg/m3 | | Vol factor | 0.217199 | | | |
| Ks | Skirt K | 700 | | | | | | | |
| | Skirt Flow | 0.235112288 | m3/s | local | Height of inside of Top hat | 46.5 | in | | |
| | Skirt Flow | 127769.3399 | bbl/d | local | Height of inside of Top hat | 1.1811 | m | | |
| | **Total skirt flow oil** | **27751** | **stb/d** | | Min pressure at top of top hat | 3418.044 | N/m2 | | |
| | | | | | htop hat head | 0.495745 | psi | | |
| | Top hat ID | 46.5 | in | | | | | | |
| | Top hat area | 1698.227179 | in2 | | Their top hat height | 1.17 | m | 1.17 | |
| | Top hat area | 1.095628247 | m2 | | Sea density | 1022.1 | kg/m3 | | |
| | Open area ratio | 0.067128828 | | 0.004506 | Top hat top pressure | 8345.436 | N/m2 | | |
| | | | | 3.154396 | Top hat top pressure | 1.210403 | N/m2 | | |
| | | 0.067128828 | | | | | | | |
| | Riser dia | 21 | in | | | | | | |
| | Riser csa | 346.3605901 | in2 | | | | | | |
| | Top hat area minus riser area | 1351.866589 | in2 | | 1.16 | | | | |
| | Top hat area minus riser area | 0.872170248 | m2 | | 1.3456 | | | | |
| | Open area ratio | 0.084327848 | | | | | | | |

Based on K=3 for skirt opening velocity.

|  |  |  |  |  |
|---|---|---|---|---|
|  | Skirt open area | 114 | in2 |  |
|  | Skirt open area | 0.073548 | m2 |  |
|  | pressure reading error | 0 | psi |  |
|  | DP | 0.689597 | psi |  |
|  | DP | 4754.603 | N/m2 |  |
|  | rho-mix | 295 | kg/m3 |  |
| Ks | Skirt K | 3 |  |  |
|  | Skirt Flow | 0.241086 | m3/s | local |
|  | Skirt Flow | 131015.9 | bbl/d | local |
|  | **Total skirt flow oil** | **28456** | **stb/d** |  |

|  |  |  |
|---|---|---|
| Top hat ID | 46.5 | in |
| Top hat area | 1698.227 | in2 |
| Top hat area | 1.095628 | m2 |
| Open area ratio | 0.067129 |  |

0.004506
443.8251
29.79346

0.067129

|  |  |  |
|---|---|---|
| Riser dia | 21 | in |
| Riser csa | 346.3606 | in2 |
| Top hat area minus riser area | 1351.867 | in2 |
| Top hat area minus riser area | 0.87217 | m2 |
| Open area ratio | 0.084328 |  |

for 15/6/10

From Maximus

|  |  |  |  |  |
|---|---|---|---|---|
| mass flow rate | 38.7387 | kg/s |  |  |
| st oil flow rate | 15500 | stb/d | 0.028522 | m3/s |
| rho mix | 295 | kg/m3 |  |  |
| Vol flow rate | 0.131318 | m3/s |  |  |
| Vol factor | 0.217199 |  |  |  |

|  |  |  |  |  |
|---|---|---|---|---|
| Height of inside of Top hat | 46.5 | in |  |  |
| Height of inside of Top hat | 1.1811 | m |  |  |
| Min pressure at top of top hat | 3418.044 | N/m2 |  |  |
| htop hat head | 0.495745 | psi |  |  |

|  |  |  |  |  |
|---|---|---|---|---|
| Their top hat height | 1.17 | m | 1.17 |  |
| Sea density | 1022.1 | kg/m3 |  |  |
| Top hat top pressure | 8345.436 | N/m2 |  |  |
| Top hat top pressure | 1.210403 | psi |  |  |

# <u>Exhibit 5</u>

## Excerpts from Vols 1 & 2 of the Deposition Transcript of Dr. Ronald Dykhuizen

## Taken July 19-20, 2013

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL      )  MDL NO. 2179
BY THE OIL RIG          )
"DEEPWATER HORIZON" IN )  SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010        )  JUDGE BARBIER
                       )  MAG. JUDGE SHUSHAN

*******************
VOLUME 1
*******************

Deposition of Adrian Johnson, Ph.D.,
taken at the Pan-American Building, 601 Poydras
Street, 11th Floor, New Orleans, Louisiana,
70130, on the 19th day of July, 2013.

2

APPEARANCES

APPEARING FOR THE PLAINTIFFS STEERING COMMITTEE:
   Mr. Michael R. Robinson
   IRPINO LAW FIRM
   2216 Magazine Street
   New Orleans, Louisiana  70130

APPEARING FOR BP, INC.:
   Mr. Granta Y. Nakayama
   KIRKLAND & ELLIS
   655 Fifteenth Street, NW
   Washington, D.C.  20005-5793

   Ms. Catherine E. Stahl
   KIRKLAND & ELLIS
   300 North LaSalle
   Chicago, Illinois  60654

APPEARING FOR TRANSOCEAN:
   Ms. Tamerlin J. Godley
   MUNGER TOLLES & OLSON
   355 South Grand Avenue, 35th Floor
   Los Angeles, California  90071-1560

APPEARING FOR ANADARKO PETROLEUM CORPORATION:
   Mr. Warren Anthony Fitch
   Mr. Duke K. McCall, III
   BINGHAM MCCUTCHEN
   2020 K Street, Northwest
   Washington, D.C. 20006-1806

APPEARING FOR HALLIBURTON:
   Mr. Sean W. Fleming
   Ms. Erika Toledo
   GODWIN LEWIS
   Renaissance Tower
   1201 Elm Street, Suite 1700
   Dallas, Texas 75270-2041

3

APPEARING FOR THE UNITED STATES:
   Mr. Thomas A. Benson
   Mr. A. Nathaniel Chakeres
   U.S. DEPARTMENT OF JUSTICE
   ENVIRONMENT & NATURAL RESOURCES DIVISION
   Ben Franklin Station
   Post Office Box 7611
   Washington, D.C.  20044-7611
   601 D Street, N.W.
   Washington, D.C.  20004

ALSO PRESENT:
   Mr. Peter Jennings, Videographer
   Mr. Phil Gonzales, Case Manager

4

INDEX
VIDEOTAPED ORAL DEPOSITION OF
ADRIAN JOHNSON, PH.D.
JULY 19, 2013
VOLUME 1

Appearances.................................. 2

Direct Examination-Mr. Benson................. 6

Changes and Signature....................... 386
Reporter's Certificate...................... 388

EXHIBIT INDEX

Ex. No.        Description           Marked

11561   Document titled FEESA Consultancy
        Services with Maximus; four pages    69

11562   Diagrams titled high drillpipe,
        low drillpipe, and no drillpipe;
        three pages                         259

11563   CD containing three Excel
        spreadsheets titled Johnson
        Maximus Outputs Drillpipe high
        July 15, Johnson Maximus Outputs
        Drillpipe high May 8,
        XAJX002-10-10                       267

11564   Excel spreadsheets depicting
        series of solution messages from
        Maximus model                       300

11565   Sperry-Sun Datalog, Excerpt of
        Exhibit TREX-63059; 51 pages        330

9

1  **Exhibit 11488 set forth all the opinions that you**
2  **have in this case?**
3      A. Yes.  Yes.  I am awaiting some
4  information from Dr. Pooladi-Darvish, some models
5  that we asked for, and when I receive those,
6  obviously, I might have some -- put some views on
7  those that might form some opinion.
8      I also have, of course, some views on
9  Rebuttal Reports I received after the submission
10  of -- of this Report.
11      **Q.  Okay.  And so putting aside those two**
12  **things that you mentioned, any views you might**
13  **have on Rebuttal Reports that you received after**
14  **your Expert Report, and the information that you**
15  **are awaiting from Dr. Pooladi-Darvish, you don't**
16  **have any other opinions associated with this case**
17  **other than what's in your Expert Report?**
18      A. I don't believe --
19          MR. NAKAYAMA:  Objection, form.
20      A. I don't believe so, no.
21      **Q. (By Mr. Benson) Okay.  What's the**
22  **information you're awaiting from**
23  **Dr. Pooladi-Darvish?**
24      A. He used the Maximus software, the FEESA
25  Maximus software, used one -- one of -- at least

10

1  one of the models we sent him as a result of
2  doing the work in this Report to generate some
3  reservoir hydraulic tables.
4      There's a facility in the software to
5  specifically generate tables that are useful to
6  Reservoir Engineers in producing model -- doing
7  modeling for the reservoir, and they need Lookup
8  Tables of all the system downstream of the
9  reservoir basically.  And Maximus has the
10  facility to produce those tables for the
11  Reservoir Engineers, and he used that facility.
12  That's evident from his Rebuttal Report.
13      And we wanted to look at those files and
14  look at the input because there's some aspects of
15  what he's done in his Rebuttal Report that,
16  without the input, we don't know quite what he's
17  done, so we just wanted to get to the bottom of
18  that.
19      **Q. Okay.  And getting that information would**
20  **inform any opinions you might have about**
21  **Dr. Pooladi-Darvish's Rebuttal Report; is that**
22  **fair?**
23      A. It could have an impact on it, yes.
24      **Q. Okay.  And you mentioned that you might**
25  **have some opinions about other Rebuttal Reports**

11

1  **that were served after your Expert Report; is**
2  **that right?**
3          MR. MCCALL:  Objection, form.
4          MR. NAKAYAMA:  Objection, form.
5      A. I have some views on the Rebuttal
6  Reports.
7      **Q. (By Mr. Benson) Okay.  Whose Rebuttal**
8  **Reports in this case have you read?**
9      A. I've read Dr. Griffiths' Rebuttal Report,
10  Dr. Dykhuizen's Rebuttal Report.  I've read the
11  relevant bits of Dr. Pooladi-Darvish's Rebuttal
12  Report, not all of it.  I think that's it.
13      **Q. Okay.  And we may get into that a little**
14  **bit later.**
15      A. Sure.
16      **Q. If there's -- if there's pieces that --**
17  **of your opinion that have come after your Report,**
18  **just let me know, as we talk about this.**
19      A. (Nodding.)
20      **Q. Do you have any corrections that you**
21  **would like to make to your Report at this time?**
22      A. H'm.  They -- well, in reading the
23  Report, I -- I see there are a -- few typos in
24  there.
25      I -- Dr. Dykhuizen, in his Rebuttal

12

1  Report, pointed out the -- that I used a velocity
2  in the Top Hat skirt calculation which was the
3  wrong velocity for the -- the K value.  It wasn't
4  consistent with the K value that I was using.  I
5  have, however, submitted a -- a revised
6  calculation there, and -- and -- and that -- that
7  didn't change my -- my general conclusion for
8  that calcu -- for that skirt calculation.
9      **Q. Okay.**
10      A. Other than that, no, I don't believe so.
11      **Q. Okay.  And we'll talk about that Top Hat**
12  **calculation a little bit later on.**
13      A. Okay.
14      **Q. Are you able to summarize your opinions?**
15  **You've -- you've made a lot of criticisms in your**
16  **Report about the work of Dr. Griffiths and**
17  **Dr. Dykhuizen.  Are you able to summarize your**
18  **opinion regarding Dr. Griffiths?**
19          MR. NAKAYAMA:  Objection to form.
20      A. On what sort of points do you want me to
21  concentrate on?  I mean, I could go on for a --
22  probably a long time.
23      **Q. (By Mr. Benson) And -- and, obviously, we**
24  **have the whole Report.**
25      A. Yeah.

13

1    Q. We'll talk about the whole Report. I'm
2  just curious if at a -- a high level, there's --
3  or maybe a better way to ask the question is:
4  Are there particular points that you make about
5  Dr. Griffiths' Report that you think are the most
6  important in your analysis?
7        MR. NAKAYAMA: Objection, form.
8        MR. MCCALL: Objection, form.
9    A. I think they're laid out in the
10 "EXECUTIVE SUMMARY" and the "CONCLUSIONS" section
11 of the Report of the main items that -- that I
12 see are the -- are the key points from
13 Dr. Griffiths' and Dr. Dykhuizen's analysis
14 that -- that I -- I have concerns with.
15   Q. (By Mr. Benson) Okay. And if we -- if we
16 look at the "EXECUTIVE SUMMARY" or the
17 "CONCLUSIONS," of those points that you make
18 there, are there any that you would say, "These
19 are the most important, and these are less
20 important"?
21   A. I think -- I think they need to be taken
22 as a whole. I wouldn't want to separate any out
23 as being less important than others.
24   Q. Okay. What do you consider to be your
25 area of expertise?

14

1    A. Thermal hydraulics of pipelines and oil
2  and gas production systems.
3    Q. And what do you mean when you say
4  "thermal hydraulics"?
5    A. The modeling and simulation and
6  calculation of the thermal and hydraulic behavior
7  of oil and gas production systems and -- and
8  associated pipelines.
9    Q. Okay. When you say "pipelines," what do
10 you mean by that?
11   A. Well, it can mean anything from a flow
12 line from the -- excuse me, a flow line from the,
13 say, the wellhead of a -- of a well to the base
14 of a riser.
15       It could be a network of flow lines, so
16 they'll -- they'll be relatively small pipes,
17 maybe up to 14, 16 inch, maybe down to eight
18 inch, that sort of size, six inch, often carrying
19 multiphase flow, usually carrying multiphase flow
20 in those cases.
21       Pipelines could also include single-phase
22 pipelines. So from when you've gone to --
23 through the production facility -- through the
24 production system up to a production facility,
25 say, a platform, for example, you might process

15

1  the oil and gas, separate them out, and then you
2  might export one or the other, or both, as
3  single-phase fluids through other pipelines.
4        Pipelines can also include major
5  pipelines across many hundreds of kilometers,
6  transporting oil through a number of pump
7  stations between tanker -- between tank facil --
8  farms.
9        So there are many different types of
10 pipelines, but they all follow the -- basically
11 the same physics.
12   Q. Okay. Do you consider your discipline --
13 would you call yourself a Flow Assurance
14 Engineer, or do you consider yourself to work in
15 Flow Assurance?
16   A. I do, yes. Yeah. I mean, that's what I
17 do every day. I'm the Consultancy Manager for
18 FEESA, and I have a Team of Consultants working
19 on flow assurance issues for a number of clients.
20   Q. And how would you describe what "flow
21 assurance" is?
22   A. "Flow assurance" is the analysis of a
23 system to ensure that it's going to flow
24 successfully. That can involve a number of
25 different things. It could be that we're

16

1  concerned about hydrate formation, so when
2  temperatures and pressures reach certain levels,
3  you can form something called "hydrates." This
4  needs to be avoided, generally, in production
5  systems. That's one area of flow assurance.
6        Another could be wax, drop-out and wax
7  deposition on the pipelines and in the wells and
8  in the risers, and analysis of that. So it would
9  be analys -- analyzing the cool-down times of
10 the -- of the system and assessing whether the
11 design is robust or not.
12       The -- we could also be looking at
13 restart issues. So pipelines might, for example,
14 have issues with a high pour point, and so when
15 they -- when you cool down and leave the -- the
16 fluid static in the pipeline, they could gel up,
17 and then you might have restart issues. So we
18 look at all these sorts of issues.
19       So that's broadly what flow assurance is,
20 and -- and that's the sort of work we're doing
21 every day in FEESA.
22   Q. Okay. And is flow assurance important in
23 the design of flowing systems and pipeline
24 systems or -- and what have you?
25   A. Oh, yes, yeah. I mean flow assurance

4  (Pages 13 to 16)

369

1    MR. NAKAYAMA:  Objection to form.
2    A.  Yes.  Yes, I believe so.
3    **Q.  (By Mr. Benson) Okay.**
4    A.  Well, I -- the Reports, I'm not sure if
5  they came directly from BP, but they were
6  reported, yes, the collection numbers.
7    **Q.  Okay.  And so you're not challenging the**
8  **correct -- the collection numbers that**
9  **Dr. Dykhuizen used?**
10    MR. NAKAYAMA:  Objection, form.
11    A.  The numbers he used, I think, pretty much
12  matched the numbers I've seen from documents I've
13  reviewed.
14    **Q.  (By Mr. Benson) Okay.  So that -- that's**
15  **a "No," you're not challenging?**
16    A.  I don't think I'm making any challenge of
17  that, no.
18    **Q.  Okay.**
19    A.  No.
20    **Q.  And you would agree that there was flow**
21  **through the skirt throughout the time that the**
22  **Top Hat was in place, correct?**
23    MR. NAKAYAMA:  Objection, form.
24    A.  Well, I've not reviewed all the video of
25  the Top Hat skirt throughout the whole period

370

1  that it was on.  It was quite a considerable
2  period.  So I can't -- I don't know if
3  Dr. Dykhuizen reviewed all that.  I've got a
4  feeling he said in his deposition that he'd only
5  reviewed a small portion of the video.
6    So without reviewing all that video, it's
7  not possible to say whether there was flow out of
8  the skirt throughout that period or not.
9    **Q.  And let me ask it this way:  You're not**
10  **aware of any period in which there was no flow**
11  **out the skirt?**
12    A.  Like I say, without reviewing all of the
13  video evidence for the Top Hat skirt, I wouldn't
14  be able to say whether there was flow out of that
15  skirt throughout that period or not.
16    **Q.  Okay.  And based on the review you did**
17  **do, you have no evidence that there was ever a**
18  **time when there was no flow, correct?**
19    MR. MCCALL:  Objection, form.
20    MR. NAKAYAMA:  Objection, form.
21    A.  Repeat my previous answer.
22    **Q.  (By Mr. Benson) Okay.  In reviewing the**
23  **video that you did review, did you notice any**
24  **differences in the skirt flow, depending on**
25  **collection?**

371

1    A.  I've not looked at the skirt flow video
2  to try and assess that, so I -- I wouldn't be
3  able to comment on that.
4    **Q.  Okay.  Let me ask you to look at**
5  **exhibit -- I'm sorry, Tab 12, which is in your**
6  **second binder.**
7    A.  Tab 12.  Okay.
8    **Q.  And if we could, mark this as our next**
9  **exhibit.**
10    **(Exhibit No. 11566 marked.)**
11    THE COURT REPORTER:  11566.
12    MR. BENSON:  Thank you.
13    **Q.  (By Mr. Benson) And do you recognize this**
14  **document, Dr. Johnson?**
15    A.  Yes.  This looks like a printout of the
16  spreadsheet I created to repeat Dr. Dykhuizen's
17  calculation, and a number of calculations behind
18  that.
19    **Q.  Okay.  And just to walk through it**
20  **quickly, the first page is your replication of**
21  **Dr. Dykhuizen's vent flow calculation.  Correct?**
22    A.  Yes, I believe so.
23    **Q.  And then the next three pages are skirt**
24  **flow calculations with varying assumptions.  Is**
25  **that right?**

372

1    A.  Yes, I believe so.
2    **Q.  Okay.  And this document was produced**
3  **after your Expert Report, correct?**
4    A.  I think these are printouts of the
5  document that was produced after the Expert
6  Report, yes.
7    **Q.  Okay.  And it came after Dr. Dykhuizen's**
8  **Expert Report?**
9    A.  Obviously, it came after Dr. Dykhuizen's
10  Expert Report, because my work was based on --
11    **Q.  True.**
12    A.  -- looking at his Expert --
13    **Q.  It came --**
14    A.  -- Report.
15    **Q.  Sorry.  It came after Dr. Dykhuizen's**
16  **Rebuttal Report?**
17    A.  Correct.
18    **Q.  Okay.  And so why did you do this new**
19  **analysis, after seeing Dr. Dykhuizen's Rebuttal**
20  **Report?**
21    MR. MCCALL:  Objection, form.
22    A.  Dr. Dykhuizen pointed out -- I think I
23  mentioned it earlier in the day --
24    **Q.  M-h'm.**
25    A.  -- when you were asking about any

93  (Pages 369 to 372)

373

```
1   corrections to the Report, my Report,
2   Dr. Dykhuizen pointed out that I'd used a K value
3   that was consistent with the upstream velocity,
4   whereas, he'd been using K values consistent with
5   the velocity at the exit of the skirt.  And so
6   I'd used the velocity at the exit of the skirt
7   with my K value, and those two were inconsistent.
8        This is a repeat of my calculation, but
9   using the velocity upstream, instead of velocity
10  at the exit of the skirt.
11      Q.  Okay.  And so did you agree with
12  Dr. Dyk -- the point that Dr. Dykhuizen made,
13  that you had used the wrong K value, or the K
14  value you used was inconsistent with the velocity
15  you were using?
16          MR. NAKAYAMA:  Objection, form.
17      A.  I think, by virtue of the fact that I'd
18  repeated the calculation, I think, yes, I --
19      Q.  (By Mr. Benson)  Okay.
20      A.  -- I agree -- I agree with that.  Yes.
21  Yeah.  I would normally use a K value -- I think
22  it's very unusual to use a K value at the
23  restriction of a point like this, you know, so
24  the -- the -- the -- the narrow exit, because
25  there's -- there's often great uncertainty around
```

374

```
1   that, especially in this -- the cases we're
2   looking at for the Macondo Well, where we're
3   looking at varying restrictions that --
4   restrictions that vary with time, because of
5   erosion, because of damage, et cetera.
6        So to use a velocity at an exit is quite
7   unusual.  To use a velocity in the upstream
8   section, which is usually a pipe or, in this
9   case, the body of the Top Hat, is -- is more
10  normal, because you would -- you would be able to
11  measure the flow at that point, and be able to
12  know what the flow is at that point, in some
13  system where, you know, you -- you can actually
14  measure it.
15       So I think that's where the confusion
16  arose, that it's not a normal thing to do, to use
17  the velocity at the -- at the mouth of something
18  like this.
19      Q.  Okay.  And then can -- so walk me through
20  the three pages we have here of skirt
21  calculations.  Which is the corrected
22  calculation?
23      A.  I think they're all the corrected
24  calculation.
25      Q.  Okay.  So you have three different
```

375

```
1   calculations, and then, in the upper left, as you
2   read it, on each page, there's a little note in
3   red.  Is that correct?
4       A.  Yes.
5       Q.  Okay.  And that is -- that talks about
6   the different skirt you would use -- the
7   different K value you would use in each of those
8   instances?
9       A.  Different K value, and based on a
10  different -- the different velocity, whether it's
11  upstream or at the -- at the opening.
12      Q.  Okay.  And when you do those
13  calculations, you have a range of total skirt
14  flow from 38 -- I'm sorry, 34,852, if the K value
15  is 2 -- well, let me -- let me walk this through
16  differently.
17       So the first is K value equals 2 at the
18  skirt opening velo -- and the skirt opening
19  velocity, correct?
20      A.  Correct.
21      Q.  And the -- the flow rate that you cre --
22  you calculated was 34,852, correct?
23      A.  Correct.
24      Q.  Okay.  The second skirt calculation has a
25  K of 700 and an upstream velocity.  Is that
```

376

```
1   correct?
2       A.  Correct.
3       Q.  And the flow calculation there is 27,751,
4   correct?
5       A.  Correct.
6       Q.  And then the third calculation has a K
7   of 3, at the opening, and the opening velocity,
8   and the calculation is 28,456.  Correct?
9       A.  Correct.
10      Q.  Okay.  Do you have an opinion about which
11  of those is the most accurate analysis?
12          MR. NAKAYAMA:  Objection, form.
13      A.  What I'm aiming to do here is look at
14  some of -- again, look at some of the range of
15  uncertainty, and I mention in my Report that this
16  is a very uncertain calculation.
17       I wouldn't -- as an Engineer, I wouldn't
18  have presented this calculation in a Technical
19  Report like this, because of the huge range of
20  uncertainty on it.
21       We've got very low pressure differences
22  from the inside of the Top Hat to the outside.
23  We've got huge uncertainty around the geometry of
24  the flow path going out of the Top Hat through
25  the skirt.  We've got huge uncertainty around the
```

94 (Pages 373 to 376)

377

1  opening of the skirt.  We don't know how much of
2  the -- the seal that was -- that was put around
3  the edge -- the bottom of the skirt is intact,
4  and we know -- at the end of the incident, when
5  the Top Hat is retrieved, we know that it's not
6  all intact, but some of it's there.
7       So there are enormous uncertainties in
8  this calculation.  And I think I mention in my
9  Report that simply changing the pressure by half
10 a psi, you can halve the flow rate out of that
11 skirt, the calculation flow rate out of that
12 skirt.
13      And what these three calculations are
14 doing is basically looking at a few of those
15 variations of K value, not variations of pressure
16 in this case.
17      But even doing -- doing that, the
18 variation of K value, you can see that there are
19 variations in the -- the number that's
20 calculated.
21      And this is used as some lower bound
22 calculation, but I think -- I don't -- I don't
23 think this -- these numbers that Dr. Dykhuizen
24 has calculated here, flow rate out to the skirt,
25 are at all reliable, because of the huge range of

378

1  uncertainty.
2       Q.  Well, you say there's a huge range of
3  uncertainty.  Have you done anything to quantify
4  that range of uncertainty?
5       A.  I think I've said I -- didn't I just say
6  I have, to some degree?
7       Q.  You may have.
8       A.  I mean, I've not looked at the full
9  range, but I've demonstrated that there is a huge
10 range of uncertainty.
11      Q.  Well, so the range of uncertainty that
12 you've quantified through the skirt is from
13 34,852 to 27,751?
14      A.  No.
15          MR. NAKAYAMA:  Objection, form.
16      A.  No, no.
17      Q.  (By Mr. Benson) Okay.  Well, explain to
18 me what you did.
19      A.  Well, as I say, if I reduce the pressure
20 by half a psi, and bear in mind, half a psi is --
21 is a very, very small change in pressure, and
22 that can vary the skirt flow -- that can halve
23 the skirt flow in this calculation, and I mention
24 that in the Report.
25      And that's still true of the -- the

379

1  revised calculation that I presented after the
2  Rebut -- Rebuttal Report.
3       Q.  Okay.  So other than saying that a change
4  in the psi could halve the flow rate -- I mean,
5  you say a change in the psi.  We're talking about
6  just the flow rate from the skirt, correct?
7       A.  Yes.
8       Q.  Okay.
9       A.  Correct.  And that's only one of the
10 uncertainties, of course.  The pressure, that
11 has a big effect.
12      Another uncertainty that I didn't -- I
13 didn't try to vary, but would have an enormous
14 effect, as well, is changing the open area of the
15 skirt.  As I say, we don't know the geometry, we
16 don't know the -- the actual open area of that
17 skirt.  So what Dr. Dykhuizen has done is made
18 some assessment of that, but there's, again, a
19 range of uncertainty around that assessment, and
20 that needs to be tested out.
21      So we could -- I think you could pretty
22 much end up with whatever number you wanted
23 coming out of that skirt, by varying these
24 various factors, pressure, open area of the
25 skirt, and assumptions on geometry of the skirt,

380

1  as the flow goes out, and the effect that might
2  have on K values, for example.
3       Q.  Okay.  But, as you say, other than the
4  pressure, you didn't do anything to quantify the
5  uncertainty from those other characteristics that
6  you mention?
7       A.  I think this is such an unreliable
8  calculation, that I didn't spend a huge amount of
9  time trying to -- trying to do that.  I could
10 have gone into doing all sorts of variations of
11 these various factors that I've already
12 mentioned, and would have come out with a very
13 large range of flow rates out of that skirt.  So
14 I -- I don't find it a reliable calculation.  I
15 don't believe Dr. Du -- Dykhuizen believes it's
16 a reli -- reliable calculation, either.
17      Q.  Why don't you believe that?
18      A.  Well, I think it's -- I think they said
19 that earlier on in -- during the response, that
20 they didn't believe the skirt flow rate to be a
21 reliable calculation.
22      Q.  You would agree with Dr. Dykhuizen,
23 however, that there's some flow coming out of the
24 skirt, correct?  It's not zero?
25          MR. NAKAYAMA:  Objection, form.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

381

1    A.  There is video evidence that there is
2  flow coming out of the skirt.
3    Q.  (By Mr. Benson) And let me -- so turning
4  back to your Expert Report, on Page 42, you would
5  agree that BP, for about, it looks like two
6  weeks, collected 25,000 barrels -- I'm sorry.
7    A.  Just a moment.
8    Q.  I apologize.
9    A.  That's okay.  I'm going in.  All right.
10   Q.  I'm looking at your Figure 14 on Page 42.
11   A.  Page 42, Figure 14.  Yes, okay.
12   Q.  Okay.  So you would agree -- and,
13  actually, it says here, right under the Figure,
14  it says: "...the collection...rate from both
15  vessels reaches 25,000" barrels per day "only for
16  approximately the last 2 weeks of the Top Hat
17  being in place..."
18     Do you see that?
19   A.  Yes.
20   Q.  Okay.  And do you -- do you you have any
21  reason to believe that the col -- that the
22  overall flow rate was increasing -- yeah, strike
23  that.
24   A.  I'll answer it, if you want.
25     Yes, I do.

382

1    (Laughter.)
2    Q.  (By Mr. Benson) Okay.  Let me ask you to
3  look at Figure 14, which I think you're already
4  looking at.  And you see there's some bouncing
5  around in the collection data, largely for the
6  DISCOVERER ENTERPRISE.  Is that right?  From
7  roughly July 1st to June 16th?
8      MR. NAKAYAMA:  Objection, form.
9    Q.  (By Mr. Benson) Do you see that on the
10  chart?
11   A.  Yes, yes.  Correct, yes.
12   Q.  Okay.  And do you think that reflects
13  changes in the day-to-day flow rate?
14   A.  Do I think -- sorry.
15      MR. NAKAYAMA:  Objection, form.
16   A.  Can you clarify what you mean there?
17   Q.  (By Mr. Benson) Right.  So if -- if the
18  total flow rate has -- I'm sorry, the total
19  collection rate is 25,000 one day, and 16,000 the
20  next, and 23,000 the day after that, do you think
21  that's because the total flow rate is changing in
22  that proportion, or is that a function of getting
23  the kinks ironed out of the collection process?
24      MR. NAKAYAMA:  Objection, form.
25   A.  The "kink," are you referring to the

383

1  "kink"?
2    Q.  I'm sorry.  I'm not referring to --
3  getting the kinks out in a colloquial sense,
4  not a --
5    A.  Right, not in the riser --
6    Q.  -- petroleum sense.
7    A.  -- bent riser sense?
8    Q.  Exactly.
9    A.  Okay.  Sorry.  I've lost track of what
10  your question was now.  Can you repeat it,
11  please?
12    (Laughter.)
13   Q.  (By Mr. Benson) I think we all have.
14     To the extent that there are these big
15  fluctuations day-to-day in what's collected, is
16  that -- do you believe that's a result of
17  corresponding proportionate changes in the total
18  flow rate, or is that a result of getting the
19  process ironed out for collection?
20      MR. NAKAYAMA:  Objection, form.
21   A.  They -- it could be a bit of either, and
22  both.
23   Q.  (By Mr. Benson) Okay.  So you're not
24  sure?
25   A.  No.

384

1    Q.  Okay.  Did you ever consider modeling the
2  Top Hat in Maximus?
3    A.  The only modeling of the Top Hat we did
4  for this work was the repeat of Dr. Dykhuizen's
5  calculation.  We could model the Top Hat in
6  Maximus to some degree.  Does that answer your
7  question?
8    Q.  You're saying it could be done, but you
9  didn't do it here?
10      MR. MCCALL:  Objection, form.
11   A.  We didn't do it here.
12   Q.  (By Mr. Benson) Okay.  And why not?
13   A.  Because it wasn't part of what we were
14  trying to do.
15   Q.  Okay.  Why wasn't it part of what you
16  were trying to do?
17   A.  Because it wasn't part of what we were
18  trying to do.
19   Q.  Well, I mean, I guess you've said that a
20  number of times over the course of the day.  Why
21  wasn't getting flow rate part of what you were
22  trying to do?
23      MR. MCCALL:  Objection, form.
24      MR. NAKAYAMA:  Objection, form.
25   A.  It wasn't within the scope of what we

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

385

1    were asked to do.
2        **Q. (By Mr. Benson) Okay.  And if someone had**
3    **asked you to do that, you could have done it?**
4            MR. NAKAYAMA:  Objection, form.
5        A.  If someone had asked us to do what?
6        **Q. (By Mr. Benson) Well, in this case, to**
7    **model the -- model the flow from the Top Hat**
8    **during that period.**
9        A.  If someone had asked us to do it, I'm
10   sure we would have -- we would have done it, yes.
11       **Q.  Okay.  Do you think that's something you**
12   **could have done accurately in Maximus?**
13       A.  We could have done it in -- in Maximus at
14   least as accurately as spreadsheet calculations,
15   and I would suggest far more accurately.
16       (Discussion off the record.)
17           MR. BENSON:  Let's go off the record
18   and come back tomorrow.
19           THE WITNESS:  Okay.  I'm happy to do
20   that.
21           THE VIDEOGRAPHER:  It's 6:15 p.m.
22   We're going off the record, ending Tape 8.
23       (Deposition recessed at 6:15 p.m.,
24   resuming on Saturday, July 20, 2013, at
25   8:30 a.m.)

386

1            CHANGES AND SIGNATURE
2    WITNESS NAME:  ADRIAN JOHNSON, PH.D.
3    DATE OF DEPOSITION:  JULY 19, 2013
4    PAGE LINE      CHANGE          REASON
5    _____
6    _____
7    _____
8    _____
9    _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   _____
24   _____
25   _____

387

1
2        I, ADRIAN JOHNSON, PH.D., have read the
3    foregoing deposition and hereby affix my
4    signature that same is true and correct, except
5    as noted on the attached Amendment Sheet.
6
7            ADRIAN JOHNSON, PH.D.
8
9
10   THE STATE OF _____)
     COUNTY OF _____)
11
         Before me, _____, on
12   this day personally appeared ADRIAN JOHNSON,
     PH.D., known to me (or proved to me under oath or
13   through _____) to be the
     person whose name is subscribed to the foregoing
14   instrument and acknowledged to me that they
     executed the same for the purposes and
15   consideration therein expressed.
         Given under my hand and seal of office this
16   _____ day of _____, 2013.
17
18
19       _____
         NOTARY PUBLIC IN AND FOR
20       THE STATE OF _____
         COMMISSION EXPIRES: _____
21
22
23
24
25

388

1        UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF LOUISIANA
2
3    IN RE:  OIL SPILL    )  MDL NO. 2179
     BY THE OIL RIG       )
4    "DEEPWATER HORIZON" IN )  SECTION "J"
     THE GULF OF MEXICO, ON )
5    APRIL 20, 2010    )  JUDGE BARBIER
                   )  MAG. JUDGE SHUSHAN
6
7
8
9        REPORTER'S CERTIFICATION
     TO THE ORAL AND VIDEOTAPED DEPOSITION OF
10           ADRIAN JOHNSON, PH.D.
             JULY 19, 2013
11              VOLUME 1
12
13
14       I, Emanuel A. Fontana, Jr., Certified
     Shorthand Reporter in and for the State of Texas,
15   hereby certify to the following:
16       That the witness, ADRIAN JOHNSON, PH.D., was
     duly sworn by the officer and that the transcript
17   of the oral deposition is a true record of the
     testimony given by the witness;
18
         That the deposition transcript was submitted
19   on _____, 2013, to the witness or to
     Attorney _____ for the witness to
20   examine, sign, and return to Worldwide Court
     Reporters, Inc., by _____, 2013.
21
         That the amount of time used by each party
22   at the deposition is as follows:
23       Mr. Benson - 7 Hours, 34 Minutes
24
25

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

390

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL      ) MDL NO. 2179
BY THE OIL RIG        )
"DEEPWATER HORIZON" IN ) SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010      ) JUDGE BARBIER
                    ) MAG. JUDGE SHUSHAN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
VOLUME 2
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Continuation of the Deposition of Adrian
Johnson, Ph.D., taken at the Pan-American
Building, 601 Poydras Street, 11th Floor, New
Orleans, Louisiana, 70130, on the 20th day of
July, 2013.

391

1    A P P E A R A N C E S
2
3
4    APPEARING FOR THE PLAINTIFFS STEERING COMMITTEE:
        Mr. Michael R. Robinson
5       IRPINO LAW FIRM
        2216 Magazine Street
6       New Orleans, Louisiana  70130
7
     APPEARING FOR BP, INC.:
8       Mr. Granta Y. Nakayama
        KIRKLAND & ELLIS
9       655 Fifteenth Street, NW
        Washington, D.C.  20005-5793
10
        Ms. Catherine E. Stahl
11      KIRKLAND & ELLIS
        300 North LaSalle
12      Chicago, Illinois  60654
13
     APPEARING FOR TRANSOCEAN:
14      Ms. Tamerlin J. Godley
        MUNGER TOLLES & OLSON
15      355 South Grand Avenue, 35th Floor
        Los Angeles, California  90071-1560
16
17   APPEARING FOR ANADARKO PETROLEUM CORPORATION:
        Mr. Duke K. McCall, III
18      Mr. Warren Anthony Fitch
        BINGHAM MCCUTCHEN
19      2020 K Street, Northwest
        Washington, D.C. 20006-1806
20
21   APPEARING FOR HALLIBURTON:
        Mr. Sean W. Fleming
22      Ms. Erika Toledo
        GODWIN LEWIS
23      Renaissance Tower
        1201 Elm Street, Suite 1700
24      Dallas, Texas 75270-2041
25

392

1    APPEARING FOR THE UNITED STATES:
        Mr. Thomas A. Benson
2       Mr. A. Nathaniel Chakeres
        U.S. DEPARTMENT OF JUSTICE
3       ENVIRONMENT & NATURAL RESOURCES DIVISION
        Ben Franklin Station
4       Post Office Box 7611
        Washington, D.C.  20044-7611
5       601 D Street, N.W.
        Washington, D.C.  20004
6
7    ALSO PRESENT:
        Mr. Peter Jennings, Videographer
8       Mr. Phil Gonzales, Case Manager
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

393

1              INDEX
2    VIDEOTAPED ORAL DEPOSITION OF
        ADRIAN JOHNSON, PH.D.
3          JULY 20, 2013
            VOLUME 2
4
5
6    Appearances................................. 391
7
     Continued Direct Examination-Mr. Benson...... 395
8    Examination-Mr. Nakayama.................... 509
     Redirect Examination-Mr. Benson............. 515
9
10   Changes and Signature....................... 531
     Reporter's Certificate...................... 533
11
12
13
14          EXHIBIT INDEX
15
16   Ex. No.      Description        Marked
17   11567   Article titled Equivalent
             diameters of rectangular and oval
18           ducts, by P. Koch; eight pages      438
19   11568   Excerpt of Det Norske Veritas
             Report, Forensic Examination of
20           Deepwater Horizon Blowout
             Preventer, Volume 1 Final Report,
21           Pages 73 - 70; four pages         481
22
23
24
25

1  (Pages 390 to 393)

518

1  a very wide range of uncertainty around the
2  answer that they would receive, because there's a
3  very wide range of uncertainty around the inputs
4  that would go into any hydraulic model or any
5  calculation method that pur -- purports to be a
6  hydraulic model, such as the one Dr. Griffiths
7  came up with.
8       So, yeah, I'm -- I -- I would make it
9  clear that there would be a very wide range.
10      **Q. (By Mr. Benson) Another question you had**
11  **during Mr. Nakayama's questions had to do with**
12  **Dr. Griffiths' use of gravitational pressure and**
13  **frictional pressure drops.  Do you recall that?**
14      A.  I do.
15      **Q.  Okay.  Did you do anything in your Report**
16  **to quantify the effect that Dr. Griffiths'**
17  **treatment of those pressure drops had on his**
18  **ultimate results?**
19      A.  When you say "the treatment of those
20  pressure drops," can you elucidate that a bit
21  and see --
22      **Q.  Sure.  You have a criticism of how**
23  **Dr. Griffiths handled gravitational pressure drop**
24  **and frictional pressure drop, correct?**
25      A.  Yes, absolutely.  I think you've --

519

1  you've probably heard it --
2      **Q.  Right.  Yeah.**
3      A.  -- when you --
4      **Q.  You don't have to go into it again.**
5       **I'm just asking:  Did you, anywhere in**
6  **your Report, quantify the effect that that**
7  **criticism that you've lodged has on**
8  **Dr. Griffiths' results?**
9      A.  Yes.
10      **Q.  And where would that be?**
11      A.  In -- it's in -- implicit in Section 4.3,
12  where we're doing a comparison between the
13  Maximus model calculations, i.e., a rigorous
14  thermal hydraulic simulation software that is --
15  that is simulating both flow paths in the well,
16  and not decoupling gravitational pressure drop
17  from frictional pressure drop, but calculating
18  the effect of each -- each on each as we go up
19  the well, and that shows the sorts of effects
20  that decoupling those calculations can have.
21       That's implicit in -- in what's going on
22  here.
23      **Q.  Okay.  And what you do in Section 4.3**
24  **with your Maximus runs addresses your criticism**
25  **of the gravitational pressure drop and frictional**

520

1  **pressure drop treatment, as well as other**
2  **two-phase flow effects.  Is --**
3      A.  It --
4      **Q.  -- that correct?**
5      A.  It's all intimately connected.  I --
6  this -- this is the whole point.  You can't
7  separate these things out.
8       So I think, as I described, as you -- as
9  you move up the well, the -- the fluids will
10  eventually go through the bubble point.  Gas will
11  start to come out.  Velocities will change.
12  Therefore, frictional pressure drops will change.
13       And if you have a dual flow path, as we
14  have in this case beyond a doubt, because we know
15  there's a drill pipe in there, and Dr. Griffiths
16  ignored that drill pipe, then those two flow
17  paths will have different effects due to the
18  differences in the flow regimes as you go up
19  the -- up the well.  And that will affect
20  frictional pressure drops, which will affect
21  gravi -- gravitational pressure drops.
22       And the whole thing is interactive.  The
23  whole -- the whole thing is interactive and needs
24  to be calculated in one integration.  You can't
25  base it on subtracting one of the numbers and

521

1  taking it out the calculation, as Dr. Griffiths
2  did.
3      **Q.  Okay.  And that's why you did the Maximus**
4  **runs that you did?**
5      A.  That's one of the reasons we did the
6  Maximus runs, yes.  It was to compare, as I say,
7  a very rigorous and industry standard thermal
8  hydraulic model with the oversimplified
9  calculation method that Dr. Griffiths used.
10      **Q.  Okay.  Yesterday we talked about**
11  **Exhibit 11566, which was the Top Hat spreadsheet**
12  **calculation that you provided to us after your**
13  **Expert Report came out.  Do you recall that?**
14      A.  I do.
15      **Q.  Who put that spreadsheet together?**
16      A.  I did.
17      **Q.  Okay.  Do you consider yourself to be an**
18  **Expert in fluid characterization for oil wells?**
19      A.  I wouldn't consider myself to be an
20  Expert in fluid charact -- characterization for
21  oil wells.
22      **Q.  Okay.  How did you decide how to -- in --**
23  **in replicating Dr. Dykhuizen's Top Kill**
24  **calculations, how did you decide how to flash the**
25  **fluids to the surface?**

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

522

1    A.  "Flash the fluids to the surface."  Can
2  you define what you mean there a bit more,
3  please?
4    Q.  All right.  So you've got fluids at the
5  BOP, correct?
6    A.  M-h'm.
7    Q.  And you have to convert those fluids to
8  surface temperature and pressure, correct?
9    A.  Yes.  When you say "surface temperature
10  and pressure," that's slightly unspecific,
11  because, obviously, the surface temperature and
12  pressure can be all things at different times.
13    And, for example, the surface temperature
14  and pressure outside at the moment is -- is
15  probably 30 degrees C and fairly standard
16  atmospheric pressure, but -- so can you define
17  what you mean there --
18    Q.  Okay.  You -- you know what a --
19    A.  -- a bit better?
20    Q.  You did your calculation to derive
21  stock-tank barrels, right?
22    A.  Yes.  Correct.
23    Q.  Okay.  And so you're -- you're converting
24  to stock tank conditions, correct?
25    A.  To stock tank conditions, yes.

523

1    Q.  Okay.  How did you do that conversion?
2    A.  Using Multiflash.
3    Q.  Okay.  And the -- the results of doing it
4  using Multiflash is you have a different density
5  and a different mass fraction of stock tank oil
6  than Dr. Dykhuizen did, correct?
7    A.  There are slight differences there, yes.
8    Q.  Okay.  Why did you use -- I guess why did
9  you use those pressure -- tures -- and
10  temperatures, rather than Dr. Dykhuizen's values?
11    A.  Sorry, could you repeat that?
12    Q.  Sure.  Why did you use the pressures and
13  temperatures that you derived from Multiflash
14  rather than Dr. Dykhuizen's values?
15    A.  I -- I used the pressures and
16  temperatures that were relevant to the Top Hat
17  conditions.
18    Q.  The Top Kill conditions, you mean?
19    A.  Sorry.  The Top -- yes, the Top Kill
20  conditions, yes, or the B -- BOP conditions.
21    Q.  And you don't think Dr. Dykhuizen's
22  values were relevant to Top Kill conditions?
23    A.  From memory, I can't remember what his
24  values were, and how relevant they were compared
25  with what -- what I used.  But I used the -- the

524

1  numbers that we had for Top Kill conditions.
2    If they were for the 26th of the 5th Top
3  Kill period, they would have been different to
4  the 28th of the 5th Top Kill period -- sorry --
5  28th of the 5th, I mean the 28th of May.  Sorry,
6  it's an English notation for dates.
7    So -- so I used the -- the pressures and
8  temperatures that were relevant as I saw them.
9    Q.  Okay.  And why did you -- why did you
10  convert from Top Kill conditions to stock tank
11  conditions rather than reservoir conditions to
12  stock tank conditions?
13    A.  Because we're not going from reservoir
14  conditions, at that point, to stock tank
15  conditions.  We're going from Top Kill or BOP
16  conditions to stock -- stock tank conditions.
17    Q.  Okay.
18    A.  So I knew the properties of the fluids at
19  the Top Kill conditions, and so I needed to find
20  out what those properties were at stock tank
21  conditions.
22    (Discussion off the record.)
23    Q.  (By Mr. Benson) And how did -- how did
24  you know what the temperature was for the Top
25  Kill?

525

1    A.  I would need to go through my Report to
2  confirm this, but I believe I got that from the
3  temperature that arrived at the top of the well
4  from the Maximus simulation.  And Maximus is a --
5  like I say, a rigorous thermal hydraulic
6  simulator.
7    And the temperature that we have at the
8  top of the well in the simulations we did, I'm
9  sure you could see from the results that you
10  looked at -- or, sorry, that Dr. Pooladi-Darvish
11  looked at, that the temperature we calculated
12  at -- at the BOP was about 230 degrees
13  Fahrenheit.
14    And given there's a -- a -- a bit of
15  distance and a bit of heat loss between the top
16  of the well and the Top Hat, the Top Hat
17  temperature was measured by a probe put into the
18  Top Hat at somewhere around 220 degrees C.
19    So that 230 degree C seemed perfectly
20  consistent with what I would have expected.
21    Q.  Okay.  And in your last answer you're
22  saying "Top Hat."  Did you mean "Top Kill"?
23    A.  No.
24    Q.  Okay.
25    A.  The -- the par -- part I was referring

34  (Pages 522 to 525)

# Exhibit 6

# Dep. Ex. 11707

11707

Exhibit No. _____

Worldwide Court
Reporters, Inc.

**U.S. Department of Justice**

Environment and Natural Resources Division

90-5-1-1-10026

*Environmental Enforcement Section*
*P.O. Box 7611*
*Washington, DC  20044*

*Telephone (202) 514-5271*
*Facsimile (202) 514-8865*
*Facsimile (202) 514-0097*

July 01, 2013

Robert R. Gasaway, Esq.
655 Fifteenth Street, NW
Washington, D.C. 20005

Douglas Kraus
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA 70130

Corey L. Maze, Esq.
State of Alabama
Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36104

Ky E. Kirby
Bingham McCutchen LLP
2020 K Street NW
Washington, DC 20006-1806

Brian Barr
Levin, Papantonio, Thomas, Mitchell,
    Rafferty & Proctor, P.A.
316 S. Baylen Street
Pensacola, FL 32501

Susan Hardman
355 S. Grand Ave., Suite 3500
Los Angeles, CA 90071

Carolyn Raines
Godwin Lewis
1201 Elm Street
Suite 1700
Dallas, Texas 75270

Re: Re:  MDL No. 2179- Report of US Rebuttal Expert Dr. Nathan Bushnell

Dear Counsel:

On June 10, 2013, the United States served the rebuttal reports of a number of retained experts, including Dr. Bushnell of SimuTech Group.  At this time, the United States is serving a revision to Dr. Bushnell's rebuttal report, containing a minor correction to droplet breakup modeling.  These pages are to replace the modeling on page 19 and in Appendix 3 as referenced in the attachment.  The United States also will provide the associated computer runs in native format as before.

Moreover, Dr. Bushnell downloaded a number of articles from the internet at the outset and periodically during his work on his expert report.  In an abundance of caution, the United States is providing a list of these articles without a detailed analysis of whether they were considered by Dr. Bushnell in connection with his work in this matter.

Sincerely,

/s/

Sarah D. Himmelhoch
Senior Litigation Counsel for E-Discovery
Environment & Natural Resources Division
U.S. Department of Justice

Cc Liaison Counsel

## Dr Nathan Bushnell Revision to Rebuttal Report

On reflection, I believe that the droplet breakup modeling I documented in my rebuttal report on page 19 and Appendix 3 could be modeled with more accuracy by using the fluid solution from the 200 micron droplet homogeneous turbulence model instead of the baseline solution used in my rebuttal report. Additionally I changed the drag model to be Ishii-Zuber to be consistent with the drag law used in the underling droplet model. The difference in results for the droplet breakup is negligible between the two models, as all models show the 100 micron droplets are breaking up into smaller droplets (Figure 1 and Figure 2).



**Figure 1: Oil Droplets using TAB breakup model colored by particle size. Track when the droplet breaks up to smaller than 20 micron on the left and 1 micron on the right are stopped**



Figure 2: Alternative droplet Breakup models. Top left is the CAB model, top right is the ETAB model, bottom left the Reitz and Diwakar and bottom right is the Schmehl model.

## Additional Literature Search Considered Materials List.

At the outset and throughout the project I undertook a literature search.  I am adding the literature to my considered materials list.

Adechy, D., & Issa, R. I. (2004). Modelling of annular flow through pipes and T-junctions. *Computers & Fluids 33*, 289-313.

Ambrosini, W., Andreussi, P., & Azzopardi, B. J. (1991). A Physically Based Correlation for drop sze in annular flow. *Int. J. Mulitphase Flow, Vol 17, No. 4*, 497-507.

Andersson, R., & Andersson, B. (2006). On the Breakup of Fluid Particles in Turbulent Flows. *AIChE Journal*.

Azzopardi, B. J., Jepson, D. M., & Wahlley, P. B. (1989). THE EFFECT OF GAS PROPERTIES ON DROPS IN ANNULAR FLOW. *Int. J. Multiphase Flow Vol. 15, No. 3*, 327-339.

Baker, O., & Swerdloff, W. (156). Finding Surface Tension of Hydrocarbon Liquids. *Journal Oil and Gas*, 125.

Boulesteix, S., Ern, P., & Luck, F. (2010). Size and velocity distributions of droplets in an air-water horizontal pipe flow. *ILASS – Europe 2010, 23rd Annual Conference on Liquid Atomization and Spray Systems*, (pp. 1-6). Brno, Czech Republic.

Cheng, C., Tade, M. O., & Pareek, V. (2003). CFD Simulation of Bubble Flows Under Varying Patterns in Horizontal Pipes For Pyrite Oxidation. *Third International Conference on CFD in the Minerals and Process Industries* (pp. 53-58). Melbourne, Australia: CSIRO.

Clift, R., Grace, J., & Weber, M. E. (1978). *Bubbles, Drops, and Particles.* Mineola, New York: Dover Publications, Inc.

Ekambara, K., Sanders, R. S., Nandakumar, K., & Masliyah, J. H. (2008). CFD simulation of bubbly two-phase flow in horizontal pipes. *Chemical Engineering Journal 144*, 277-288.

Ekambara, K., Sean Sanders, R., Nandakumar, K., & Masliyah, J. H. (2012). CFD Modeling of Gas-Liquid Bubbly Flow in Horizontal Pipes: Influence of Bubble Coalescence and Breakup. *International Journal of Chemical Engineering*, 20.

Elam, S. K., Tokura, I., Saito, K., & Altenkirch, R. A. (1989). Thermal Conductivity of Crude Oils. *Experimental Thermal and Fluid Science*, 1-6.

EL-Hamouz, A. (1999). Effect of Shear Produced by Pipe Fittings on the Drop Size Distributions in Turbulent Flow of Kerosene/Water Mixtures. *An-Najah Univ. J. Res., Vol. 13*, 9-30.

Frank, T., Zwart, P. J., Krepper, E., Prasser, H. -M., & Lucas, D. (2008). Validation of CFD models for mono- and polydisperse air–water two-phase flows in pipes. *Nuclear Engineering and Design, Volume 238, Issue 3*, 647-659.

Galinat, S., Masbernat, O., Guiraud, P., Dalmazzone, C., & Noik, C. (2005). Drop break-up in turbulent pipe flowdownstream of a restriction. *Chemical Engineering Science 60*, 6511-6528.

Ghosh, S., Dasa, G., & Das, P. K. (2010). Simulation of core annular downflow through CFD—A comprehensive study. *Chemical Engineering and Processing 49*, 1222-1228.

Gould, T. L., Tek, M. R., & Katz, D. L. (1974). Two-Phase Flow Through Vertical, Inclined, or Cirved Pipe. *JOURNAL OF PETROLEUM TECHNOLOGY*, 915-926.

Hesketh, R. P., Etchells, A. W., & Russell, F. T. (1991). Experimental Observations of Bubble Breakage in Turbulent Flow. *Ind. Eng. Chem. Res. 30*, 835-841.

Hess, J. L., & Smith, A. M. (1966). Calculation of Potential Flow about arbitrary bodies. In D. Kuchemann, *Progress in Areonautical Sciences* (pp. 1-138). Pergamon Press .

Hussain, S. A., Kamal, S. M., & Jamil, W. H. (2007). SIMULATION ON OIL-WATER HORIZONTAL FLOWS: MUSIG MODEL. *International Journal of Engineering and Technology, Vol. 4, No. 1*, 1-7.

Ishii, M., & Zuber, N. (1979). Drag Coefficient and Relative Velocity in Bubbly, Droplet or Particulate Flows. *AIChE Journal (Vol 25, No 5)*, 843-855.

Issa, R. I. (1994). Rise of Total Pressure in Frictional Flow. *AIAA JOURNAL, VOL. 33, NO. 4: TECHNICAL NOTES*.

Karabelas, A. J. (1978). Droplet Size Spectra Generated in Turbulent Pipe Flow of Dilute Liquid /Liquid Dispersions. *AIChE Journal*, 170-180.

Klein, B. (1964). A rapid method of approximating the asymptote to an iterative sequence. *International Journal of Computer Mathematics*, 91-95.

Lasheras, J. C., Eastwood, C., Martınez-Bazan, C., & Montanes, J. L. (2002). A review of statistical models for the break-up of an immiscible fluid immersed into a fully developed turbulent flow. *International Journal of Multiphase Flow 28*, 247–278.

Lavicka, D. (2010). A Comparison of Flow Field Characteristics from PIV Experiment Measurement to Numerical Simulation behind a Spacer in a Vertical Pipe. *Applied and Computational Mechanics 4*, 57-66.

Lavicka, D. (2010). A Comparison of Flow Field Characteristics from PIV Experiment Measurement to Numerical Simulation behind a Spacer in a Vertical Pipe. *Applied and Computational Mechanics 4*, 57-66.

Lee, A.-H., & Jepson, W. P. (1993). Study of Flow Regime Transitions of Oil- Water-Gas Mixtures in Horizontal Pipelines. *Proceedings of the Third (1993) International Offshore and Polar Engineering Conference* (pp. 159-164). Singapore: The International Society of Offshore and Polar Engineers.

Liao, Y., & Lucas, D. (2009). A literature review of theoretical models for drop and bubble breakup in turbulent. *Chemical EngineeringScience 64*, 3389-3406.

Lohrenz, J., Bray, B. G., & Clark, C. R. (1964). Calculating Viscosities of Reservoir Fluids From Their Compositions. *JOURNAL OF PETROLEUM TECHNOLOGY*, 1171-1176.

Lun, I., Calay, R. K., & Holdo, A. E. (1996). Modelling Two-Phase Flows Using CFD. *Applied Energy 53*, 299-314.

Lyons, W. C. (1996). *Standard Handbook of Petroleum and Natural Gas.* Houston, Texas.: Gulf Publishing.

Manabe, R., Zhang, H. Q., Delle-Case, E., & Brill, J. P. (2001). CRUDE OIL-NATURAL GAS TWO-PHASE FLOW PATTERN BOUNDARIES AT HIGH PRESSURE CONDITIONS. *Society of Petroleum Engineers Inc Annual Technical Conference.* New Orleans.

Martinez-Bazan, C., Montanes, J. L., & Lasheras, J. C. (1999). On the breakup of an air bubble injected into a fully developed turbulent flow. Part 1. Breakup frequency. *Journal Fluid Mech*, 157-182.

Martinez-Bazan, C., Montanes, J. L., & Lasheras, J. C. (1999). On the breakup of an air bubble injected into a fully developed turbulent flow. Part 2. Size PDF of the resulting daughter bubbles. *J. Fluid Mech.*, 183-207.

Naser, J. (2009). INDUSTRIAL APPLICATION OF CFD – A REVIEW OF FEW EXAMPLES. *Seventh International Conference on CFD in the Minerals and Process Industries* (pp. 1-6). Melbourne, Australia: CSIRO.

Oliver, C. J., Nokes, R. I., & Davidson, M. J. (2008). k-ε Predictions of the initial mixing of desalination discharges. *Environ Fluid Mech*, 617-625.

Paul, H. I., & Sleicher, C. A. (196). The maximum stable drop size in turbulent flow: effect of pipe diameter. *Chemical Engineering Science*, 57-59.

Peng, D. J., Ahmad, M., Hale, C. P., Matar, O. K., & Hewitt, G. F. (2010). Flow Regime. *7th Internation Conference on Mulitphase Flow*, (pp. 1-9). Tampa.

Perez, V. H. (2007). *Gas-liquid two-phase flow in inclined pipes.* Thesis submitted to The University of Nottingham.

Pickering, P. F., Hewitt, G. F., Watson, M. J., & Hale, C. P. (n.d.). THE PREDICTION OF FLOWS IN PRODUCTION RISERS - TRUTH & MYTH?

QIAN, D., MCLAUGHLIN, J. B., SANKARANARAYANAN, K., SUNDARESAN, S., & KONTOMARIS, K. (2006). Simulation of Bubble Breakup Dynamics in Homogeneous Turbulence. *Chem. Eng. Comm., 193*, 1038-1063.

Razzaque, M. M., Afacan, A., Liu, S., Nandakumar, K., Masliyah, J. H., & Sanders, S. R. (2003). Bubble size in coalescence dominant regime of turbulent air–water flow through horizontal pipes. *International Journal of Multiphase Flow 29*, 1451–1471.

Risso, F., & Fabre, J. (1998). Oscillations and breakup of a bubble immersed in a turbulent field. *Journal of Fluid Mechanics*, 323-355.

Roder, H. M., & Friend, D. G. (1985). *EXPERIMENTAL THERMAL CONDUCTIVITY VALUES FOR MIXTURES OF METHANE AND ETHANE.* Boulder, Colorado: Chemical Engineering Science Division, National Bureau of Standards, U.S. Department of Commerce.

Schmehl, R., Maier, G., & Wittig, S. (2000). CFD Analysis of Fuel Atomization, Secondary Droplet Breakup and Spray Dispersion in the Premix Duct of a LLP Combuster. *Eighth Internation Conference on Liquid Atomization and Spray Systems.* Pasadena CA.

Shyy, W., Garbey, M., Appukuttan, A., & Wu, J. (2002). EVALUATION OF RICHARDSON EXTRAPOLATION IN COMPUTATIONAL FLUID DYNAMICS. *Numerical Heat Transfer, Part B: Fundamentals: An International Journal of Computation and Methodology*, 139-164.

Smith, T. R., Schlegel, J. P., Hibiki, T., & Ishii, M. (2012). Two-phase flow structure in large diameter pipes. *International Journal of Heat and Fluid Flow 33*, 156-167.

Smits, A. (2007). Turbulence in Pipes: The Moody Diagram and Moore's Law. *ASME Fluids Engineering Conference.* San Diego: 2007.

Taitel, Y., & Duckler, A. E. (1975). A Theoritical Approach to the Lockhart-Martinelli correlation for stratified flow. *Internation Jounral of Multiphase Flow*, 591-595.

Taitel, Y., & Duckler, A. E. (1976). A Model for Predicting Flow Regime Transitions in Horizontal and Near Horizontal Gas-Liquid Flow. *AIChE Journal, Vol 22, No 1*, 47-55.

Taitel, Y., & Duckler, A. E. (1977). A model for slug frequency during Gas-Liquid Flow in Horizontal and Near Horizontal Pipes. *Int. J. Mulitphase Flow, Vol. 3*, 585-596.

Tan, J., Papadakis, M., & Sampath, M. K. (2005). *Computational Study of Large Droplet Breakup in the Vicinity of an Airfoil.* Virginia: U.S. Department of Transportation, Federal Aviation Administration.

Tulsa University Fluid Flow Projects. (2008). *Development of Next Generation Multiphase Pipe Flow Prediction Tools.* National Energy Technology Laboratory: Office of Fossil Energy, United States Department of Energy.

Vafeiadou, P., Papakonstantis, I., & Christodoulou, G. (2005). Numerical Simulation of Inclined negatively Bouyant Jets. *Processing of the 9th Internation Conference on Environmental Science and Technology*, (pp. 1-6). Rhodes Island, Greece.

Vallee, C., Hohne, T., Prasser, H.-M., & Suhnel, T. (n.d.). EXPERIMENTAL INVESTIGATION AND CFD
    SIMULATION OF HORIZONTAL STRATIFIED TWO-PHASE FLOW PHENOMENA.

Wilkens, R. W. (1997). *PREDICTION OF THE FLOW REGIME TRANSITIONS IN HIGH PRESSURE, LARGE
    DIAMETER, INCLINED MULTIPHASE PIPELINES.* A Dissertation Presented to the Faculty of the
    College of Engineering and Technology, Ohio University.

Zande, M. J., & Broek, W. M. (1998). Break-up of oil droplets in the production system.

Flow Assurance with Ansys CFD presentation

BP CFD white paper article

Web book, Pipe Flow 1 and 2, Single and Multiphase Flow Assurance, Ove Bratland

# **Exhibit 7**

# **Dep. Ex. 11910**



**U.S. Department of Justice**
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044

July 25, 2013

BY ELECTRONIC MAIL

Robert R. Gasaway
655 Fifteenth Street, NW
Washington, D.C. 20005
Attorney at Law

Douglas Kraus
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA 70130

Corey L. Maze, Esq.
State of Alabama
Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36104

Ky E. Kirby
Bingham McCutchen LLP
2020 K Street NW
Washington, DC 20006-1806

Brian Barr
Levin, Papantonio, Thomas, Mitchell,
    Rafferty & Proctor, P.A.
316 S. Baylen Street
Pensacola, FL 32501

Susan Hardman
355 S. Grand Ave., Suite 3500
Los Angeles, CA 90071

Carolyn Raines
Godwin Lewis
1201 Elm Street
Suite 1700
Dallas, Texas 75270

Re: MDL No. 2179 – Report of US Rebuttal Expert John Martinez

Dear Counsel:

On June 10, the United States served the reports of certain retained experts, including the report of John Martinez. The United States has since determined that minor errors appear in the following sentence on page 5 of that report: "Consider a case of water flowing at 5 m/s (1.52 ft/s) velocity in a horizontal annulus with 50 cm (19.685 ft) inner diameter of the outer pipe and 15 cm (5.905 ft) diameter of the inner pipe (similar to the riser but single phase flow)." That sentence should instead read: "Consider a case of water flowing at 5 m/s (**16.41** ft/s) velocity in a horizontal annulus with 50 cm (19.685 **inch**) inner diameter of the outer pipe and 15 cm (5.905 **inch**) diameter of the inner pipe (similar to the riser but single phase flow)."

Sincerely,

/s/ Erica Pencak

cc: Liaison Counsel

(1910

Exhibit No. _____
Worldwide Court
Reporters, Inc.

# Exhibit 8

**Excerpt from Vol 2 of the Deposition Transcript of Dr. Ronald Dykhuizen**

**Taken Jan. 31, 2013**

                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL        )   MDL NO. 2179
BY THE OIL RIG           )
"DEEPWATER HORIZON" IN   )   SECTION "J"
THE GULF OF MEXICO, ON   )
APRIL 20, 2010           )   JUDGE BARBIER
                         )   MAG. JUDGE SHUSHAN






                 *******************
                     VOLUME 2
                 *******************



           Deposition of RONALD COPELAND
DYKHUIZEN, Ph.D., taken at Pan-American
Building, 601 Poydras Street, 11th Floor, New
Orleans, Louisiana, 70130, on the 31st day of
January, 2013.

414

1    Q.   (BY MR. CAFFERTY)  What was your
2  role in the top hat procedure?
3    A.   I had no role in developing
4  procedures for the installation or the
5  operation of the top hat.  So -- but I had a
6  role in analyzing the data from the top hat
7  to estimate the flow rates from that data.
8  Initially the top hat did not have a pressure
9  transducer installed, but later on a pressure
10  transducer was installed that gave me an
11  opportunity to perform some flow estimates
12  from the pressure measurements under the top
13  hat.
14    Q.   What was your role in analyzing
15  the data from the top hat?
16    A.   The three national laboratories
17  were told to analyze that data independently
18  and try to estimate the flow coming out of
19  the top hat.  That would be the flow coming
20  out of the three open vents that were open
21  while the pressure transducer was installed.
22  The -- adding to that flow that was collected
23  by the ship, because for large periods of
24  time while the top hat was operating there
25  was going to -- there was collection.  That

415

1  was one of the goals of the top hat, was to
2  enable extra collection.  And the flow out
3  the skirt, since the bottom of the top hat
4  did not seal completely against the riser.
5    Q.   How did the Tri-Lab's group
6  estimate the flow out the three open vents?
7    A.   The three open vents was a
8  relatively easy calculation.  We had a --
9  pressure inside the top hat was approximately
10  2 psi above ambient pressure.  That pressure
11  plus the buoyancy of the oil helped to drive
12  flow out of the top hats.  We had a known
13  geometry.  We had two known pressures.  We
14  could estimate the flow out the three vents.
15    Q.   How did the Tri-Lab group
16  estimate the flow around the skirt of the top
17  hat?
18    A.   That was more -- much more
19  difficult because we had -- we did, indeed,
20  have two pressures, the flow inside the top
21  hat and the flow outside the top hat.  Now
22  the buoyancy is working slightly against us
23  because the oil has to flow down to go out
24  the skirt.  So the buoyancy works against,
25  but there was enough pressure to overcome

416

1  that buoyancy difference.  You could see that
2  visually.  There was a large amount of oil
3  coming out of the skirt.
4    The major problem in doing that
5  calculation was that the gasket at the bottom
6  of the top hat was damaged on installation
7  and therefore we did not know how much area
8  the flow was coming out.  It was pretty
9  obvious that the flow was coming out
10  vigorously.  That was part of the design of
11  the top hat, to make sure flow came out of
12  the skirt, because we did not want to suck
13  oil into the skirt and dilute the oil that
14  was being collected through the center valve
15  in the top hat.  The dilution of the oil by
16  water would have -- would have inhibited the
17  processing the oil on the ship and
18  potentially could have led to hydrates that
19  would block the flow in the top hat.
20    Q.   Were the flow estimates that the
21  Tri-Lab group performed for the flow around
22  the skirt and through the three open vents
23  written down somewhere?
24    A.   Yes, we presented that sometime
25  after June 15th to BP in a viewgraph

417

1  presentation.
2    Q.   What were the estimates as to
3  how much the flow was that was -- the total
4  flow that was -- that you calculated through
5  the three open vents, under the skirt, and
6  being collected by the ship?
7    A.   I don't have those in front of
8  me now, but nominally there was 20,000
9  barrels of oil per day out the three vents,
10  20,000 being collected on the ship, and a
11  wide range of flow that you might estimate
12  coming out of the skirt.  This led to a very
13  large error bar in our total because we could
14  not estimate accurately what was coming out
15  of the skirt.
16    We did note that some time
17  periods the ship was not collecting and some
18  time periods the ship was collecting.
19  Visually that did not make a significant
20  difference to how much oil was coming out of
21  the skirt.  That implied to us that the flow
22  coming out of the skirt was at least on the
23  order of magnitude of the flow being
24  collected at the ship.  So if we nominally
25  assign 20,000 to that, then we get a value of

418

1  60,000 barrels of oil per day on that time
2  period while we had the top hat. We had a
3  wide error bar on that due to the fact that
4  we had no good indicate -- no accurate
5  indication of the flow out the skirt.
6      Q.   What was your error bar for that
7  calculation?
8      MR. CERNICH:  Object to form.
9      A.   I can't recall, but to the best
10 of my knowledge it was on the order of 45,000
11 to 80,000 barrels of oil per day coming out
12 on that. If we refer to the presentation, I
13 could give you a more accurate value, but
14 that's just from memory.
15     Q.   (BY MR. CAFFERTY) Now, I also
16 understood that you had a role in the capping
17 stack process. What was your role in the
18 capping stack process?
19     MR. CERNICH:  Object to form.
20     A.   I had no role in designing or
21 procedures of installing the capping stack.
22 However, I was asked to calculate the flow
23 out of the capping stack, given pressure
24 measurements inside the capping stack, the
25 geometry of the capping stack, and the

419

1  ambient sea pressure. So I had two pressures
2  and a known geometry. I was able to
3  calculate the flow out the capping stack.
4  Then if we added the flow that was collected,
5  we could come up with a total flow during
6  that time period out of the reservoir.
7         There was also an alternate
8  method where we calculated the flow out of
9  the capping stack and by comparing two time
10 periods where we had flow collected to the
11 ship and collection not in the ship and we
12 could try to back out the resistance of the
13 capping stack instead of calculating the
14 resistance of the capping stack.
15     Q.   (BY MR. CAFFERTY) Now, those
16 calculations that you just described, are
17 those the calculations that Mr. Nakayama
18 asked you about and that you provided him
19 some detail about --
20     MR. CERNICH:  Objection.
21     Q.   (BY MR. CAFFERTY) -- during his
22 questions?
23     MR. CERNICH:  Objection; form.
24     A.   Mr. Nakayama asked me about many
25 calculations, but a large majority of his

420

1  questions were asking me about calculations
2  of flow out the capping stack.
3      Q.   (BY MR. CAFFERTY) Dr. Ratzel,
4  as I understand from his deposition, joined
5  the Tri-Lab team sometime, I believe, in
6  June. Do you recall that he joined the team
7  in June?
8      A.   Yes.
9      MR. CERNICH:  Objection; form.
10     A.   (Continuing) He joined the team
11 in June, I think right near when the capping
12 stack pressure transducer was installed. I
13 don't know if he was there when the capping
14 stack was installed.
15     Q.   (BY MR. CAFFERTY) Did he become
16 the leader of the Tri-Lab team when he joined
17 it?
18     MR. CERNICH:  Object to form.
19     A.   No, he was never the leader of
20 the Tri-Lab team. Officially -- I guess
21 unofficially Marjorie Tatro was considered
22 the leader of the Tri-Lab team, but Marjorie
23 Tatro did not -- was not in Houston
24 continuously. Art Ratzel would come to
25 relieve Marjorie Tatro. So in her absence he

421

1  was the leader of the team. There are times
2  when they were both there together, and
3  Marjorie Tatro would resume her leadership
4  role.
5      Q.   (BY MR. CAFFERTY) Prior to Art
6  Ratzel joining the team, who was the leader
7  of the team?
8      MR. CERNICH:  Object to form.
9      A.   Marjorie Tatro was installed as
10 leader of the team. There probably were
11 transient leaders before she arrived. The
12 first people in Houston were Tom Hunter and
13 Tom Bickel. She was obviously not leading
14 them because she was not present.
15     Q.   (BY MR. CAFFERTY) When did she
16 join the team?
17     A.   Fairly early, but I do not know.
18     Q.   Was it before or after you
19 joined the team?
20     A.   It was well before I had my
21 first trip to Houston, which was probably for
22 top kill, the end of May. I joined the team
23 at the request of Tom Bickel and Tom Hunter,
24 and Marjorie Tatro was not part of the team
25 at the time.

19  (Pages 418 to 421)