UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION: J JUDGE BARBIER |
| Applies to: ALL CASES | § § § | MAG. JUDGE SHUSHAN |

**ORDER GRANTING HALLIBURTON ENERGY SERVICES, INC.'S *EX PARTE* CONSENT MOTION FOR LEAVE TO FILE RESPONSE TO BP'S MOTION *IN LIMINE* REGARDING (1) PRIOR ALLEGED IMPROPER CONDUCT AND (2) EVIDENCE REGARDING ADVERSE CRIMINAL, CIVIL, OR REGULATORY PROCEEDINGS EXHIBITS UNDER SEAL**

On this day the Court heard and considered Halliburton Energy Services, Inc.'s *Ex Parte* Consent Motion for Leave to File Response to BP's Motion *in Limine* Regarding (1) Prior Alleged Improper Conduct and (2) Evidence Regarding Adverse Criminal, Civil, or Regulatory Proceedings Exhibits Under Seal (the "Motion").

The Court, after reviewing the Motion, finds that good cause has been shown, and that Halliburton Energy Services, Inc.'s Motion should be and is in all things GRANTED.

IT IS HEREBY ORDERED that Halliburton Energy Services, Inc. is permitted to file under seal Exhibits 1-2, attached to HESI's Response to BP's Motion *in Limine* Regarding (1) Prior Alleged Improper Conduct and (2) Evidence Regarding Adverse Criminal, Civil, or Regulatory Proceedings, to be included in the record.

Signed on the __4th__ day of September, 2013.

United States Magistrate Judge

2272730 v1-24010/0002 MEMO