UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § § | MDL No. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |
| Applies to: ALL CASES | | |

**ORDER GRANTING ALIGNED PARTIES'** *EX PARTE* **CONSENT MOTION FOR LEAVE TO FILE RESPONSE TO BP'S MOTION TO EXCLUDE CERTAIN OPINIONS AND TESTIMONY OF EDWARD R. ZIEGLER, P.E. EXHIBITS UNDER SEAL**

On this day the Court heard and considered the Aligned Parties' *Ex Parte* Consent Motion for Leave to File Response to BP's Motion to Exclude Certain Opinions and Testimony of Edward R. Ziegler, P.E. Exhibits Under Seal (the "Motion").

The Court, after reviewing the Motion, finds that good cause has been shown, and that the Aligned Parties' Motion should be and is in all things GRANTED.

IT IS HEREBY ORDERED that the Aligned Parties are permitted to file under seal Exhibits 1-7, attached to their Response to BP's Motion to Exclude Certain Opinions and Testimony of Edward R. Ziegler, P.E., to be included in the record.

Signed on the __4th__ day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE