UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

CONSIDERING THE *EX PARTE* MOTION (Doc. 11216) of the United States to file under seal Attachments 10 and 18 in support of its Memorandum in Opposition (Doc. 11212) to BP's Motion to Exclude Opinions and Testimony of Drs. Dykhuizen and Griffiths,

IT IS HEREBY ORDERED that the Motion be and hereby is GRANTED, and that Attachments 10, 17 and 18 shall be filed under seal.

New Orleans, Louisiana this 4th day of September, 2013.

_____
United States District Judge