UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § § | MDL No. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |
| Applies to: <br>  ALL CASES | | |

**ORDER GRANTING HALLIBURTON ENERGY SERVICES, INC.'S *EX PARTE* CONSENT MOTION FOR LEAVE TO FILE RESPONSE TO BP'S MOTION *IN LIMINE* REGARDING (1) PRIOR ALLEGED IMPROPER CONDUCT AND (2) EVIDENCE REGARDING ADVERSE CRIMINAL, CIVIL, OR REGULATORY PROCEEDINGS EXHIBITS UNDER SEAL**

On this day the Court heard and considered Halliburton Energy Services, Inc.'s *Ex Parte* Consent Motion for Leave to File Response to BP's Motion *in Limine* Regarding (1) Prior Alleged Improper Conduct and (2) Evidence Regarding Adverse Criminal, Civil, or Regulatory Proceedings Exhibits Under Seal (the "Motion").  (Rec. Doc. 11220)

The Court, after reviewing the Motion, finds that good cause has been shown, and that Halliburton Energy Services, Inc.'s Motion should be and is in all things GRANTED.

IT IS HEREBY ORDERED that Halliburton Energy Services, Inc. is permitted to file under seal Exhibits 1-2, attached to HESI's Response (Rec. Doc. 11219) to BP's Motion *in Limine* Regarding (1) Prior Alleged Improper Conduct and (2) Evidence Regarding Adverse Criminal, Civil, or Regulatory Proceedings, to be included in the record.

New Orleans, Louisiana this 4th day of September, 2013.

_____
United States District Judge