UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

CONSIDERING THE *EX PARTE* MOTION (Doc. 11222) of the United States to file under seal unredacted versions of the memorandum and certain exhibits in support of its Opposition (Doc.11221) to BP's Motion to Exclude Opinions and Testimony of Dr. Nathan Bushnell,

IT IS HEREBY ORDERED that the Motion be and hereby is GRANTED, and that the memorandum and Attachments 17, and 19-23 shall be filed under seal.

New Orleans, Louisiana this 4th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE