UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | Section J |
| Relates to NO. 12-CV-968 | Honorable Carl J. Barbier |
| | Magistrate Judge Shushan |

_____

### EX PARTE MOTION FOR EXTENSION OF TIME TO POST BOND

On Wednesday, August 28, 2013 this Honorable Court ordered objector/appellants Mike and Patricia Sturdivant, Susan Forsyth and Petty Officer James H. Kirby, IV (USCG) to post a $50,000 bond within 14 days. (Doc. 11174)  The bond is due by September 11, 2013.  Under FRCP 6(b)(1)(A) appellants respectfully request a 30 day extension of time to post the bond.

Within 48 hours of the submission of this motion, appellants will move for reconsideration of this Honorable Court's Order and ask the bond amount be reduced. Within the same time period appellants will move to stay the bond order.

If the motions are unsuccessful, appellants will respectfully seek emergency relief from the 5th Circuit Court of Appeals for an order staying the bond order.

Appellants filed their appeal on January 17, 2013. (Doc 8271)  Plaintiffs waited six and a half months to file their bond motion. (Doc. 10924)  When the bond motion was filed on August 2, 2013, appellants' opening brief had been on file for three weeks. Plaintiffs' delay demonstrates there is no urgency.  Plaintiffs will suffer no prejudice

EX PARTE MOTION FOR EXTENSION OF TIME TO POST BOND                MDL No. 2179

from such extension and it will prevent unneeded administrative efforts by the clerk if the bond is reduced or stayed.  This order came was issued just before the Labor Day weekend and during a pre-planned family vacation for appellants' counsel. Financial logistics alone require additional time to obtain and remit such a large amount of money.

Absent any relief appellants fully intend to abide by the court's orders but respectfully request the deadline for posting a bond be continued 30 days or 10 days after the 5th Circuit denies relief, whichever is later.

Date:  September 4, 2013                       Respectfully submitted,

By:     */s/ Joseph Darrell Palmer*
        Joseph Darrell Palmer
        Law Offices of Darrell Palmer PC
        603 N. Highway 101, Suite A
        Solana Beach, CA 92075
        Phone: (858) 792-5600
        Fax: (866) 583-8115
        darrell.palmer@palmerlegalteam.com
        *Attorney for Objectors Mike and Patricia*
        *Sturdivant, Susan Forsyth, and James H. Kirby IV*

**PROOF OF SERVICE**

I certify that on the 4th day of September, 2013, I electronically filed the foregoing with the Clerk of the Court using the court's ECF filing system effectuating service of such filing all registered attorneys .  And I also gave notice through the LexisNexis system.

*/s/ Joseph Darrell Palmer*