UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | Section J |
| | Honorable Carl J. Barbier |
| Relates to NO. 12-CV-968 | Magistrate Judge Shushan |

_____

## DECLARATION OF DARRELL PALMER IN SUPPORT OF EX PARTE MOTION FOR EXTENSION OF TIME TO POST BOND

1. On Wednesday, August 28, 2013 I was on a week-long boating vacation with my family.

2. My parents traveled from Texas to California, so my dad could celebrate his 77th birthday on September 2nd with my family off the coast of California. On September 3rd, my son started 9th grade and my parents departed.

3. My paralegal Maria has been absent for 13 weeks suffering from shingles. Dealing with details in her absence has proved challenging.

4. My clients and financial resources are in Florida and other distant states and making arrangements with out of state institutions will take additional time.

1

DECLARATION OF DARRELL PALMER ISO EX PARTE MOTION FOR EXTENSION OF
TIME TO POST BOND                                                              MDL No. 2179

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Date:  September 4, 2013         /s/ Joseph Darrell Palmer