UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>Relates to NO. 12-CV-968 | MDL NO. 2179<br><br>Section J<br><br>Honorable Carl J. Barbier<br><br>Magistrate Judge Shushan |

_____

## ORDER

Having considered the **Ex Parte Motion For Extension Of Time To Post Bond** filed by objector/appellants.

**The motion is granted** and the deadline for posting a bond is continued for 30 days or 10 days after the 5th Circuit denies relief to the movants, whichever is later.

**IT IS SO ORDERED.**

September ____, 2013                     _____
                                          United States District Court Judge