# Exhibit 2

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C.  20005

Robert R. Gasaway
To Call Writer Directly:
(202) 879-5175
robert.gasaway@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

July 25, 2013

**By Electronic Mail**

The Honorable Sally Shushan
United States District Court
Eastern District of Louisiana
United States Courthouse
500 Poydras Street
New Orleans, LA 70130

    Re: MDL 2179 — Production *in Camera* of Documents from Jack Lynch's and Anne Harkavy's Custodial Files (Part 1 of 2) Responsive to the United States' Motion to Compel and Related Confidential Privilege Log

Dear Judge Shushan:

  As directed by the Court's June 10, 2013 Order regarding "selection criteria," (Rec. Doc. 10336, at 2), and Your Honor's subsequent July 9, 2013 Working Group Order, (Rec. Doc. 10684, at 3), BP is providing today to the Court for *in camera* review documents from Jack Lynch's and Anne Harkavy's custodial files that are potentially responsive to the United States' January 30, 2013 motion to compel, (Rec. Doc. 8417).

  With this letter, BP also provides two logs of these documents (one for each custodian) for the Court, the United States, and Transocean.  As with the prior logs, per the Court's April 1, 2013 Order, (Rec. Doc. 9064, at ¶ 4), these logs have been designated Confidential.

  BP incorporates here the statements in its cover letter of July 16, 2013 regarding the *in camera* production of documents from Jeffrey Morgheim's custodial files and related confidential privilege log.  (Attachment.)

  Unlike with that July 16 submission, however, all of the documents being provided today fall outside Category A and are unrelated to pre-drill assessments and are otherwise privileged.  BP therefore will not be producing any documents today.

Chicago  Hong Kong  London  Los Angeles  Munich  New York  Palo Alto  San Francisco  Shanghai

# KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
July 25, 2013
Page 2

      We anticipate following up this rolling production with another production from these same custodians. Specifically, we anticipate that our final *in camera* production of documents from Jack Lynch's and Anne Harkavy's custodial files will occur Tuesday, July 30.

                                            Respectfully submitted,

                                            Robert R. Gasaway

Attachment

cc (by electronic mail):
United States' MDL Counsel
Transocean MDL Counsel