# Exhibit 3

**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C.  20005

Robert R. Gasaway
To Call Writer Directly:
(202) 879-5175
robert.gasaway@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

July 30, 2013

**By Electronic Mail**

The Honorable Sally Shushan
United States District Court
Eastern District of Louisiana
United States Courthouse
500 Poydras Street
New Orleans, LA 70130

    Re: MDL 2179 — Production *in Camera* of Documents from Jack Lynch's and Anne Harkavy's Custodial Files (Part 2 of 2) Responsive to the United States' Motion to Compel and Related Confidential Privilege Log

Dear Judge Shushan:

  As directed by the Court's June 10, 2013 Order regarding "selection criteria," (Rec. Doc. 10336, at 2), and Your Honor's subsequent July 9, 2013 Working Group Order, (Rec. Doc. 10684, at 3), BP is providing today for *in camera* review documents potentially responsive to the United States' January 30, 2013 motion to compel, (Rec. Doc. 8417), from Jack Lynch's files and a set of approximately 300 documents for *in camera* review from Anne Harkavy's custodial files that are related to the preparation of specific communications, (*see* US Motion, Rec. Doc. 8419, at 4).

**Today's Submission**

  With this letter, BP also provides two logs of these documents for the Court, the United States, and Transocean. As with the prior logs, per the Court's April 1, 2013 Order, (Rec. Doc. 9064, at ¶ 4), these logs have been designated Confidential.

  The first log corresponds to the final installment of documents from Jack Lynch's custodial file. On this log the Court will see the entries corresponding to Tabs 47.0 to 52.0, which contain certain pages from Mr. Lynch's collections of handwritten notes taken during the relevant date ranges. BP has submitted only the pages that contain information related to flow rate (together with relevant surrounding pages for context). Should the Court wish to review larger sections of these handwritten notes, BP would arrange for larger selections to be provided for *in camera* review.

Chicago  Hong Kong  London  Los Angeles  Munich  New York  Palo Alto  San Francisco  Shanghai

**KIRKLAND & ELLIS LLP**

The Honorable Sally Shushan
July 30, 2013
Page 2

The second log corresponds to the installment provided today of documents from Anne Harkavy's custodial file related to the preparation of specific communications. We note that, as reflected on the logs for Ms. Harkavy's documents, a small handful of documents are redacted to remove information related to clients of Ms. Harkavy's firm other than BP.

None of the documents being provided today are Category A, related to pre-drill assessments of flow rates, or otherwise non-privileged. BP therefore will not be producing any documents today.

Please let us know if we might provide any additional material to aid the Court's review of today's submission.

**Thursday, August 1, 2013 Submission**

Due to the need for outside counsel review, BP plans to take two additional days — until Thursday, August 1, 2013, to provide the approximately 250 documents from Anne Harkavy's custodial file that are related to flow rate generally but not to the specific communications at issue in the motion to compel before the Court.

Notwithstanding BP's contention that this category of documents is not responsive to the United States' motion to compel, BP plans to deliver approximately 250 documents in this category to the Court on Thursday and to submit, also on Thursday, a confidential log listing these approximately 250 documents, consistent with BP's logging practices for similar submissions.

In describing the timing of this week's submissions, we recognize that we did not alert the Court, the United States, and Transocean at last Friday's WGC that the Lynch and one set of Harkavy documents would be submitted today, whereas approximately 250 Harkavy documents (ones that BP contends are not responsive) would be submitted on Thursday.

## KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
July 30, 2013
Page 3

    Accordingly, Mark Nomellini, Mike Petrino, and I are available for a call at the Court's convenience if the Court would like to discuss the timing of, or other issues relating to, this week's submissions.

                                        Respectfully submitted,

                                        Robert R. Gasaway

cc (by electronic mail):

United States' MDL Counsel
Transocean MDL Counsel