# Exhibit 4

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Robert R. Gasaway
To Call Writer Directly:
(202) 879-5175
robert.gasaway@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

August 1, 2013

**By Electronic Mail**

The Honorable Sally Shushan
United States District Court
Eastern District of Louisiana
New Orleans, LA 70130

Re: MDL 2179 —Production *in Camera* of Documents from Anne Harkavy's Custodial Files (Part 2 of 2) Responsive to the United States' Motion to Compel and Related Confidential Privilege Log

Dear Judge Shushan:

As explained in my Tuesday letter, BP is providing today for *in camera* review approximately 250 documents from Anne Harkavy's custodial files that are related to flow rate generally, together with a Confidential privilege log.

As with the prior logs, per the Court's April 1, 2013 Order, (Rec. Doc. 9064, at ¶ 4), these logs have been designated Confidential. We also note that, as reflected on the log for Ms. Harkavy's documents, one document has been redacted to remove information related to clients of Ms. Harkavy's firm other than BP.

None of the documents being provided today are Category A, related to pre-drill assessments of flow rates, or otherwise non-privileged. BP therefore will not be producing any documents today.

Please let us know if we might provide any additional material to aid the Court's review of today's submission.

Respectfully submitted,

/s/ Robert R. Gasaway

Robert R. Gasaway

cc (by electronic mail):

United States' MDL Counsel
Transocean MDL Counsel

Chicago    Hong Kong    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai