UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Jimmie Adcock**  )<br>)<br>Plaintiff(s),  )<br>)<br>vs.  )<br>)<br>BP Exploration & Production, Inc.; BP America )<br>Production Company; BP p.l.c.; Transocean  )<br>Ltd.; Transocean Offshore Deepwater Drilling, )<br>Inc.; Transocean Deepwater, Inc.; Transocean )<br>Holdings, LLC; Triton Asset Leasing GmbH; )<br>Halliburton Energy Services, Inc.; and Sperry )<br>Drilling Services, a division of Halliburton  )<br>Energy Services, Inc.  )<br>)<br>Defendants.  )<br>)<br>_____) | CIVIL ACTION NO. 2:13-cv-01488<br><br>JUDGE: BARBIER<br><br>MAGISTRATE: SHUSHAN |

## MOTION TO ENROLL

NOW INTO COURT, through undersigned counsel, come Plaintiff, Jimmie Adock who moves this Honorable Court to add the following as additional counsel of record for Plaintiff in the above captioned proceedings.

    Stephen J. Herman, La. Bar No. 23129 (Sherman@hhklawfirm.com)
    Soren E. Gisleson, La. Bar No. 26302 (sgisleson@hhklawfirm.com)
    James C. Klick, La. Bar No. 7451 (jklick@hhklawfirm.com)
    John S. Creevy, La. Bar No. 30879 (jcreevy@hhklawfirm.com)
    **Herman, Herman & Katz, L.L.P.**
    820 O'Keefe Avenue
    New Orleans, Louisiana 70113-1116
    Telephone: (504) 581-4892
    Fax No. (504) 569-6024

WHEREFORE, Plaintiff prays that Stephen J. Herman, Soren E. Gisleson, James C. Klick and John S. Creevy be enrolled as additional counsel of record in this matter.

1

Respectfully Submitted:

**ROBB REECH, LLC**

By: _____
Robert V. Reech (23268)
812 N. Range Avenue
Denham Springs, Louisiana 70726
Telephone: (225) 791-4900
Fax: (225) 791-4919

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Jimmie Adcock ) | |
| ) | CIVIL ACTION NO. 2:13-cv-01488 |
| Plaintiff(s), ) | |
| ) | JUDGE: BARBIER |
| vs. ) | |
| ) | MAGISTRATE: SHUSHAN |
| BP Exploration & Production, Inc.; BP America ) | |
| Production Company; BP p.l.c.; Transocean ) | |
| Ltd.; Transocean Offshore Deepwater Drilling, ) | |
| Inc.; Transocean Deepwater, Inc.; Transocean ) | |
| Holdings, LLC; Triton Asset Leasing GmbH; ) | |
| Halliburton Energy Services, Inc.; and Sperry ) | |
| Drilling Services, a division of Halliburton ) | |
| Energy Services, Inc. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____) | |

## ORDER

Considering the foregoing Motion to Enroll as Counsel of Record,

IT IS ORDERED that the Motion is GRANTED and that the following are to be enrolled as additional counsel of record for Plaintiff, Jimmie Adcock.

      Stephen J. Herman, La. Bar No. 23129 (Sherman@hhklawfirm.com)
      Soren E. Gisleson, La. Bar No. 26302 (sgisleson@hhklawfirm.com)
      James C. Klick, La. Bar No. 7451 (jklick@hhklawfirm.com)
      John S. Creevy, La. Bar No. 30879 (jcreevy@hhklawfirm.com)
      **Herman, Herman & Katz, L.L.P.**
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113-1116
      Telephone: (504) 581-4892
      Fax No. (504) 569-6024

This _____ day of _____, 2013.

                                                                                 **DISTRICT COURT JUDGE**