UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | MDL 2179 |
| | SECTION J |
| This Document applies to: *ALL CASES* | JUDGE BARBIER |
| | MAGISTRATE SHUSHAN |

## THE ALIGNED PARTIES' EX PARTE MOTION TO FILE UNDER SEAL ITS UNREDACTED PHASE TWO PRE-TRIAL STATEMENT

Pursuant to Pre-Trial Order 13 (Rec. Doc. No. 641), the Plaintiffs Steering Committee, the State of Alabama, the State of Louisiana, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. (the "Aligned Parties") respectfully request leave to file under seal the Aligned Parties' Unredacted Phase Two Pre-Trial Statement. Portions of the Aligned Parties' Phase Two Pre-Trial Statement contain information designated confidential by certain parties.

WHEREFORE, the Aligned Parties respectfully request that the Court order that the Aligned Parties' Unredacted Phase Two Pre-Trial Statement be filed under seal.

DATED:  September 5, 2013

Stephen J. Herman, La. Bar No. 23129
HERMAN HERMAN & KATZ LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax. No. (504) 569-6024
Email: sherman@hhklawfirm.com

Respectfully submitted,

James Parkerson Roy, La. Bar No.11511
DOMENGEAUX WRIGHT ROY
& EDWARDS, LLC
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233-3033
Fax No. (337) 233-2796
E-Mail:  jimr@wrightroy.com

**Plaintiffs Liaison Counsel**

LUTHER J. STRANGE
*Attorney General*
COREY L. MAZE
*Special Deputy Attorney General*
WINFIELD J. SINCLAIR
*Assistant Attorney General*
Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130
Phone:  (334) 242-7300
Fax:  (334) 242-4891
Email: lstrange@ago.state.al.us
cmaze@ago.state.al.us
wsinclair@ago.state.al.us

**Attorneys for the State of Alabama**

| | |
|---|---|
| James D. "Buddy" Caldwell<br>*Louisiana Attorney General*<br>James Trey Phillips<br>*First Assistant Attorney General*<br>Megan K. Terrell<br>*Assistant Attorney General*<br>1885 N. Third Street<br>Baton Rouge, LA 70802<br>Telephone: (225) 326-6079 | Allan Kanner<br>Elizabeth B. Petersen<br>Kanner & Whiteley, L.L.C.<br>701 Camp Street<br>New Orleans, LA 70130<br>Telephone: (504) 524-5777<br>Facsimile: (504) 524-5763<br>E-Mail: a.kanner@kanner-law.com |

**Attorneys for the State of Louisiana**

| | |
|---|---|
| By: /s/ Brad D. Brian<br>Brad D. Brian<br>Michael R. Doyen<br>Daniel B. Levin<br>Susan E. Nash<br>MUNGER TOLLES & OLSEN, LLP<br>355 So. Grand Avenue, 35th Floor<br>Los Angeles, CA  90071<br>Tel: (213) 683-9100<br>Fax: (213) 683-5180<br>Email:  brad.brian@mto.com<br>      michael.doyen@mto.com | By: /s/ Steven L. Roberts<br>Steven L. Roberts<br>Rachel Giesber Clingman<br>Sean Jordan<br>SUTHERLAND ASBILL & BRENNAN LLP<br>1001 Fannin Street, Suite 3700<br>Houston, TX  77002<br>Tel: (713) 4710-6100<br>Fax: (713) 354-1301<br>Email:  steven.roberts@sutherland.com<br>      rachel.clingman@sutherland.com<br>      sean.jordan@sutherland.com |

daniel.levin@mto.com
susan.nash@mto.com

| | |
|---|---|
| John M. Elsley<br>ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP<br>711 Louisiana Street, Suite 500<br>Houston, TX  77002<br>Tel: (713) 224-8380 | By: /s/ Kerry J. Miller<br>Kerry J. Miller<br>FRILOT, LLC<br>1100 Poydras Street, Suite 3800<br>New Orleans, LA  70163<br>Tel: (504) 599-8194<br>Fax: (504) 599-8154<br>Email:  kmiller@frilot.com |

**Counsel for Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH.**

Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

Gavin E. Hill
State Bar No. 00796756
Gavin.Hill@GodwinLewis.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

Jerry C. von Sternberg
State Bar No. 20618150
Jerry.VonSternberg@GodwinLewis.com

Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

Floyd R. Hartley, Jr.
State Bar No. 00798242
Floyd.Hartley@GodwinLewis.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

R. Alan York
State Bar No. 22167500
Alan.York@GodwinLewis.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

Misty Hataway-Cone
State Bar No. 24032277
Misty.Cone@GodwinLewis.com

| | |
|---|---|
| 1331 Lamar, Suite 1665 | 1331 Lamar, Suite 1665 |
| Houston, Texas 77010 | Houston, Texas 77010 |
| Telephone: 713.595.8300 | Telephone: 713.595.8300 |
| Facsimile: 713.425.7594 | Facsimile: 713.425.7594 |

**Attorneys for Defendant Halliburton Energy Services, Inc.**

### CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2013, I electronically filed a PDF version of this document with the Court's CM/ECF system and service on all counsel of record by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

                 /s/ Kerry J. Miller
                 Kerry J. Miller