UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION J |
| This Document applies to:<br>*ALL CASES* | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### ORDER

Considering the Aligned Parties' Ex Parte Motion to File Under Seal its Unredacted Phase Two Pre-Trial Statement,

IT IS ORDERED that the Aligned Parties' Motion is GRANTED, and the Aligned Parties Unredacted Phase Two Pre-Trial Statement is hereby filed under seal.

NEW ORLEANS, LOUISIANA, this _____ day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE