# Exhibit 1

# Aligned Parties' Unredacted

# Phase Two Pre-Trial Statement -

# Filed Under Seal