**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

In Re: Oil Spill By The Oil Rig "Deepwater Horizon"
In The Gulf of Mexico On April 20, 2010   MDL No. 2179

This Document Relates To:
*Hobson v. BP p.l.c., et al.* (1:10-cv-00341) (S.D. AL.)

NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF THE ABOVE-CAPTIONED COURT AND TO ALL PARTIES HEREIN AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, effective immediately EMERSON POYNTER LLP has moved its offices in Little Rock, Arkansas. The firm's new mailing address for its Little Rock, Arkansas office is as follows:

**EMERSON POYNTER LLP**
**The Rozelle-Murphy House**
**1301 Scott Street**
**Little Rock, Arkansas 72202**
**Telephone: (501) 907-2555**
**Facsimile: (501) 907-2556**

Dated: September 6, 2013   **EMERSON POYNTER LLP**

  /s/ Scott E. Poynter
 Scott E. Poynter
 spoynter@emersonpoynter.com
 Christopher D. Jennings
 cjennings@emersonpoynter.com
 William T. Crowder
 wcrowder@emersonpoynter.com
 Corey D. McGaha
 cmcgaha@emersonpoynter.com
 The Rozelle-Murphy House
 1301 Scott Street
 Little Rock, Arkansas 72202
 Telephone: (501) 907-2555

Facsimile: (501) 907-2556

John G. Emerson
jemerson@emersonpoynter.com
EMERSON POYNTER LLP
830 Apollo Lane
Houston, Texas 77058
Telephone: (281) 488-8854
Facsimile: (281) 488-8867

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I, Scott E. Poynter, hereby certify that on September 6, 2013, I caused the foregoing document to the be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties indicated on the electronic filing receipt.

/s/ Scott E. Poynter
Scott E. Poynter
