IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to all actions. | * * * * * * * | HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**BP'S MOTION FOR A SHORT EXTENSION OF TIME TO FILE ITS OBJECTIONS TO THE CLAIMS ADMINISTRATOR'S PROPOSED 2013 FOURTH QUARTER BUDGET AND REQUEST FOR EXPEDITED EVIDENTIARY HEARING**

BP Exploration & Production Inc. and BP America Production Company (collectively, "BP") respectfully move this Court for an order granting BP a short extension of time in which to file its objections to the Claim Administrator's proposed fourth quarter 2013 budget and setting the matter for an expedited evidentiary hearing.  On August 7, 2013, Magistrate Judge Shushan entered an order that outlined a process for resolving the parties' disputes with respect to the fourth quarter 2013 budget.  Pursuant to that order, BP, the Claims Administrator and Class Counsel participated in a lengthy Claims Administration Panel meeting on September 4.  The Panel meeting was recorded and a transcript is being prepared.  Statements made at the Panel meeting will be material to the remaining issues in dispute among the parties.  Significantly, the Claims Administrator's Office now agrees that an operational review and examination is necessary to prepare a proper budget for the Court Supervised Settlement Program.  The parties, however, sharply dispute the scope of the review and who should perform it.  Because the transcript is still being prepared, BP respectfully requests that the Court enter an order allowing BP until Tuesday, September 10 to file its objections to the fourth quarter budget,

requiring any opposition briefs to be filed by Thursday, September 12 and setting the matter for an expedited evidentiary hearing. A proposed order is attached for the Court's convenience.

| | |
|---|---|
| September 6, 2013 | Respectfully submitted, |
| | |
| James J. Neath |   /s/ Richard C. Godfrey, P.C. |
| Mark Holstein | Richard C. Godfrey, P.C. |
| BP AMERICA INC. | J. Andrew Langan, P.C. |
| 501 Westlake Park Boulevard | David J. Zott, P.C. |
| Houston, TX  77079 | Jeffrey J. Zeiger |
| Telephone:  (281) 366-2000 | Wendy L. Bloom |
| Telefax:  (312) 862-2200 | KIRKLAND & ELLIS LLP |
| | 300 North LaSalle Street |
| Daniel A. Cantor | Chicago, IL 60654 |
| Andrew T. Karron | Telephone:  (312) 862-2000 |
| ARNOLD & PORTER LLP | Telefax:  (312) 862-2200 |
| 555 Twelfth Street, NW | |
| Washington, DC 20004 | Jeffrey Bossert Clark |
| Telephone:  (202) 942-5000 | Steven A. Myers |
| Telefax:  (202) 942-5999 | KIRKLAND & ELLIS LLP |
| | 655 Fifteenth Street, N.W. |
| Jeffrey Lennard | Washington, D.C. 20005 |
| Keith Moskowitz | Telephone:  (202) 879-5000 |
| DENTONS US LLP | Telefax:  (202) 879-5200 |
| 233 South Wacker Drive | |
| Suite 7800 |   /s/ Don K. Haycraft |
| Chicago, IL  60606 | S. Gene Fendler (Bar #05510) |
| Telephone:  (312) 876-8000 | Don K. Haycraft (Bar #14361) |
| Telefax:  (312) 876-7934 | R. Keith Jarrett (Bar #16984) |
| | LISKOW & LEWIS |
| *OF COUNSEL* | 701 Poydras Street, Suite 5000 |
| | New Orleans, Louisiana 70139 |
| | Telephone:  (504) 581-7979 |
| | Telefax:  (504) 556-4108 |
| | |
| | Robert C. "Mike" Brock |
| | COVINGTON & BURLING LLP |
| | 1201 Pennsylvania Avenue, NW |
| | Washington, DC 20004 |
| | Telephone:  (202) 662-5985 |
| | Telefax:  (202) 662-6291 |

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
*AND BP AMERICA PRODUCTION COMPANY*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of September, 2013.

/s/ Don K. Haycraft
Don K. Haycraft