IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179  SECTION J |
| This document relates to all actions. | * * * * * * * | HONORABLE CARL J. BARBIER  MAGISTRATE JUDGE SHUSHAN |

### [Proposed] ORDER

### [Regarding BP's Objections to Claims Administrator's Proposed 4th Quarter 2013 Budget]

Following review of BP's Motion for a Short Extension of Time to File its Objections to the Claims Administrator's Proposed Fourth Quarter Budget and Request for an Evidentiary Hearing, the Court hereby GRANTS the Motion.  BP shall file its brief, no longer than 10 pages (along with specific proposed budget revisions), **by Tuesday, September 10, 2013**.  Any opposition no longer than 10 pages shall be filed **by Thursday, September 12, 2013** and shall include the countervailing budget items.  No further briefing will be allowed.  The Court will conduct an evidentiary hearing on **_____, September __, 2013.**

New Orleans, Louisiana, this 6th day of September, 2013.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**