UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: All Cases | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding BP's Motion to Strike Aligned Parties' Trial Brief]**

The Aligned Parties are the Plaintiffs Steering Committee ("PSC"), the States, Transocean and Halliburton. Rec. doc. 11087 at 4. On September 5, 2013, the Aligned Parties submitted a joint 35 page pre-trial statement on Source Control. BP submitted a 10 page pre-trial memorandum on Source Control. Rec. doc. 11268. BP objects to the Aligned Parties' joint 35 page trial brief for the Source Control segment.

Putting aside the arguments by all parties regarding the specific language of the Order regarding presentation of evidence in Phase Two and the intent of the Order (Rec. doc. 11087), the result is inequitable. BP will be permitted to a file 10 page double-spaced reply to the Aligned Parties' pre-trial statement. The deadline for filing the reply is **Wednesday, September 10, 2013.** No other party may file a further reply to a pretrial statement.

New Orleans, Louisiana, this 6th September, 2013.

SALLY SHUSHAN
**United States Magistrate Judge**