

**LEVIN · PAPANTONIO**
**THOMAS · MITCHELL**
**RAFFERTY & PROCTOR · P.A.**
PROFESSIONAL CORPORATION    ATTORNEYS AT LAW

| | | | |
|---|---|---|---|
| KIMBERLY LAMBERT ADAMS | FREDRIC G. LEVIN | CHRISTOPHER G. PAULOS | OF COUNSEL: |
| BRIAN H. BARR | MARTIN H. LEVIN | ROBERT E. PRICE | ROBERT F. KENNEDY, JR. |
| M. ROBERT BLANCHARD | ROBERT M. LOEHR | MARK J. PROCTOR | (LICENSED ONLY IN NEW YORK) |
| BRANDON L. BOGLE | NEIL E. McWILLIAMS, JR. | TROY A. RAFFERTY | GERALD A. McGILL |
| WESLEY A. BOWDEN | Wm. JEMISON MIMS, JR. | ERICA A. REED | |
| VIRGINIA M. BUCHANAN | CLAY MITCHELL | MATTHEW D. SCHULTZ | LEFFERTS L. MABIE, JR. (1925-1996) |
| WILLIAM F. CASH III | R. LARRY MORRIS | W. CAMERON STEPHENSON | D.L. MIDDLEBROOKS (1926-1997) |
| RACHAEL R. GILMER | PETER J. MOUGEY | LEO A. THOMAS | DAVID H. LEVIN (1928-2002) |
| BEN W. GORDON, JR. | DANIEL A. NIGH | BRETT VIGODSKY | STANLEY B. LEVIN (1938-2009) |
| JAMES L. KAUFFMAN | TIMOTHY M. O'BRIEN | AARON L. WATSON | |
| TRAVIS P. LEPICIER | MIKE PAPANTONIO | | |

September 6, 2013

**VIA ELECTRONIC MAIL**
The Honorable Sally Shushan
United States District Court
Eastern District of Louisiana
United States Courthouse
500 Poydras Street
New Orleans, LA  70130

   Re: MDL 2179 – Aligned Parties' Opposition to BP's Motion to Strike the Aligned Parties' Trial Brief

Dear Judge Shushan:

  BP's own letter acknowledges that each of the principal parties of the Aligned Parties was allotted ten pages – "Source Control segment trial briefs would be submitted according to 'party,' while in the Quantification segment trial briefs would be submitted according to 'side.'"   There can be no other interpretation of the Court's Order, and this is consistent with the brief filed by the Aligned Parties.

  The Order defines the "principal parties" for "purposes of the Source Control trial briefs," as:

1) PSC
2) States
3) Transocean
4) Halliburton
5) BP

[Rec. Doc. 110870]

  The Order allots a written trial brief of ten pages to **each** of the principal parties.  As such, the PSC was allotted ten pages, Transocean ten, States ten and Halliburton ten.  BP, as a principal party, was given the same ten-page allotment for its brief.

  BP has been aware of this language for weeks and said nothing.  To the extent BP thought it was unfair that each of the principal parties were allotted ten-pages, it should have raised the issue with the Court, but it chose not to complain.  The Order also sets out an expectation that the Aligned Parties are to "coordinate" and that this coordination "is expected to

extend to **all** aspects of trial preparation and presentation," and that "[t]he parties on each side of the Source Control and Quantification segments are expected to work together and arrive at **joint decisions regarding pre-trial submissions**…." (emphasis added).  The Aligned Parties fully complied with the Court's Order and expectation to coordinate.

Rather than filing four separate ten-page briefs, the Aligned Parties coordinated and were able to file a joint brief of thirty-five pages and reduce the burden upon the Court.  The Aligned Parties could have taken the joint brief, broken it into sections of less than 10 pages, and filed four separate pleadings, but that course of action would be contrary to the Court's expectation to coordinate.

Frankly, we are at a loss as to how BP has been prejudiced.  Given the clear and unambiguous language in the Court's Order, there is no violation of anything which entitles BP to any relief.

We thank you for your consideration.

Respectfully,

Brian H. Barr

OFFICE:  316 S. BAYLEN STREET  ·  SUITE 600  ·  PENSACOLA, FL 32502
CORRESPONDENCE:  P.O. BOX 12308  ·  PENSACOLA, FL 32591     CONTACT:  (850) 435-7000  ·  (850) 435-7020 FAX  ·  WWW.LEVINLAW.COM