**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL ) | MDL NO. 2179 |
| RIG "DEEPWATER HORIZON" IN THE ) | |
| GULF OF MEXICO, ON APRIL 20, 2010 ) | SECTION "J" |
| ) | |
| ) | JUDGE CARL J. BARBIER |
| THIS DOCUMENT RELATES TO: ) | MAG. JUDGE SHUSHAN |

2:13-cv-02145-J(1); 2:13-cv-02086-J(1); 2:13-cv-02090-J(1);
2:13-cv-02095-J(1); 2:13-cv-02427-J(1); 2:13-cv-02101-J(1);
2:13-cv-02124-J(1); 2:13-cv-02108-J(1); 2:13-cv-02105-J(1);
2:13-cv-02426-J(1); 2:13-cv-02111-J(1); 2:13-cv-02128-J(1);
2:13-cv-02114-J(1); 2:13-cv-02119-J(1); 2:13-cv-02140-J(1);
2:13-cv-02146-J(1); 2:13-cv-02875-J(1); 2:13-cv-02129-J(1);
2:13-cv-02432-J(1); 2:13-cv-02148-J(1); 2:13-cv-02428-J(1);
2:13-cv-02429-J(1); 2:13-cv-02150-J(1); 2:13-cv-02138-J(1);
2:13-cv-02132-J(1); 2:13-cv-02142-J(1); 2:13-cv-02136-J(1);
2:13-cv-02117-J(1); 2:13-cv-02434-J(1); 2:13-cv-02922-J(1);
2:13-cv-02923-J(1); 2:13-cv-02915-J(1); 2:13-cv-02903-J(1);
2:13-cv-02901-J(1); 2:13-cv-02904-J(1); 2:13-cv-03021-J(1);
2:13-cv-03015-J(1); 2:13-cv-02865-J(1); 2:13-cv-02934-J(1);
2:13-cv-02899-J(1); 2:13-cv-02908-J(1); 2:13-cv-02893-J(1);
2:13-cv-03023-J(1); 2:13-cv-02972-J(1); 2:13-cv-03026-J(1);
2:13-cv-02906-J(1); 2:13-cv-03024-J(1); 2:13-cv-02842-J(1);
2:13-cv-02914-J(1); 2:13-cv-02885-J(1); 2:13-cv-02871-J(1);
2:13-cv-02928-J(1); 2:13-cv-02876-J(1); 2:13-cv-02917-J(1);
2:13-cv-02872-J(1); 2:13-cv-04744-J(1); 2:13-cv-02866-J(1);
2:13-cv-02930-J(1); 2:13-cv-02873-J(1); 2:13-cv-03022-J(1);
2:13-cv-02936-J(1); 2:13-cv-02874-J(1); 2:13-cv-02938-J(1);
2:13-cv-02920-J(1); 2:13-cv-02973-J(1); 2:13-cv-02913-J(1);
2:13-cv-03025-J(1); 2:13-cv-02909-J(1); 2:13-cv-02931-J(1);
2:13-cv-02896-J(1); 2:13-cv-02844-J(1); 2:13-cv-02779-J(1);
2:13-cv-02926-J(1); 2:13-cv-02895-J(1); 2:13-cv-02919-J(1);
2:13-cv-02868-J(1); 2:13-cv-02937-J(1); 2:13-cv-02892-J(1);
2:13-cv-02679-J(1); 2:13-cv-02870-J(1); 2:13-cv-02918-J(1);
2:13-cv-02916-J(1); 2:13-cv-02867-J(1); 2:13-cv-02933-J(1);
2:13-cv-02890-J(1); 2:13-cv-03028-J(1); 2:13-cv-02869-J(1);
2:13-cv-02133-J(1); 2:13-cv-02898-J(1); 2:13-cv-02778-J(1).

**ORDER REGARDING MOTION TO ENROLL ADDITIONAL COUNSEL**

On this date, came on to be considered Plaintiffs' *Ex Parte* Motion to Enroll as Additional Counsel. The Court, having considered the pleadings and evidence contained therein finds that it has merit and should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs' *Ex Parte* Motion to Enroll as Additional Counsel is GRANTED and Ben King, Drake Martin, Carl Nelson, Scott Richards, Franklin R. Harrison, and William G. Harrison, Jr. are enrolled as additional counsel of record to represent Plaintiffs in the above referenced actions.

New Orleans, Louisiana this 3rd day of September, 2013.

_____
United States District Judge