UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG *DEEPWATER HORIZON* IN THE GULF OF MEXICO ON APRIL 20, 2010

Applies to: All Cases

* * * * * * * * * * * * * * * * * * *

Docket 10-MD-2179

Section J

New Orleans, Louisiana

September 6, 2013

9:30 a.m.

TRANSCRIPT OF WORKING GROUP CONFERENCE
BEFORE THE HONORABLE SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

Appearances:

For the Plaintiffs: Levin Papantonio Thomas Mitchell Rafferty & Proctor, PA
BY: BRIAN H. BARR, ESQ.
Post Office Box 12308
316 South Baylen Street, Suite 600
Pensacola, Florida 32591

For the Plaintiffs: Irpino Law Firm
BY: ANTHONY IRPINO, ESQ.
2216 Magazine Street
New Orleans, Louisiana 70130

For the United States of America: U.S. Department of Justice
Environmental Enforcement Section
BY: SARAH D. HIMMELHOCH, ESQ.
Post Office Box 7611
Washington, D.C. 20044

Appearances:

For BP America Inc., BP America Production Company, BP Company North America Inc., BP Exploration & Production Inc., BP Holdings North America Limited, BP Products North America Inc.:

Kirkland & Ellis, LLP
BY: ROBERT R. GASAWAY, ESQ.
655 Fifteenth Street, NW
Washington, D.C. 20005

For BP America Inc., BP America Production Company, BP Company North America Inc., BP Exploration & Production Inc., BP Holdings North America Limited, BP Products North America Inc.:

Kirkland & Ellis, LLP
BY: J. ANDREW LANGAN, ESQ.
MARK J. NOMELLINI, ESQ.
300 North Lasalle
Chicago, Illinois 60654

Official Court Reporter:

Toni Doyle Tusa, CCR, FCRR
500 Poydras Street, Room HB-406
New Orleans, Louisiana 70130
(504) 589-7778
Toni_Tusa@laed.uscourts.gov

Proceedings recorded by mechanical stenography using computer-aided transcription software.

**I N D E X**

| | Page |
|---|---|
| Michoud Issues | 4 |
| Phase Two Preparation | 5 |

09:23 **PROCEEDINGS**

09:23 **(September 6, 2013)**

09:34 **THE COURT:** Good morning everybody.

09:34 (Greetings exchanged.)

09:34 **THE COURT:** How's everybody doing? I love the
09:34 picture yesterday. Thank you for sending it. Pretty funny.

09:34 So hold on a second. I have my music playing
09:34 too loud, so I can't hear you. Hold on.

09:35 So how is the sleep deprivation issue?

09:35 **MS. HIMMELHOCH:** Working along as expected,
09:35 Your Honor.

09:35 **THE COURT:** Let's see if we can make this a very
09:35 short meeting.

09:35 Any issue to report on the Michoud lease,
09:35 extension or otherwise?

09:35 **MR. GASAWAY:** Your Honor, this is Rob.

09:35 No, I don't have a report there. I do owe you
09:35 Special Master Englebert's allocation and because of sleep
09:35 deprivation we haven't gotten that. I understand that the
09:35 lease is on track and that Captain Englebert is arranging for
09:35 the removal of the BOP with Transocean.

09:35 **THE COURT:** Yep.

09:35 **MR. GASAWAY:** So I don't have anything to report, but
09:35 we'll work on that hopefully soon.

09:35 **THE COURT:** Yeah. I don't think that's a rush. It's

09:35 just on the list of things to talk about. I was glad to see that she's back in the Eastern District of Louisiana. That made me feel better.

**MR. GASAWAY:** Me as well, Your Honor. It's always comforting to know that Captain Englebert is on the job.

**THE COURT:** That's exactly right.

Let's see. Phase Two preparation. Does anybody want to give me an update on any issues that we need to cover following the final meet-and-confer?

**MR. IRPINO:** Your Honor, Anthony Irpino for the PSC.

One thing that may be worth making sure that we have covered is assigning demonstrative number ranges for the parties for Phase Two. I don't know that that's been done.

**THE COURT:** How did that drop off our radar?

**MR. IRPINO:** It was something our team was talking about yesterday. We can certainly kind of assign those out, much like we did with Phase One, and just do the same concept and just make sure everybody has enough numbers and ranges. So I just wanted to put that out there. I think it's something we need to do.

**THE COURT:** I agree.

Does everybody agree that Anthony can just go ahead and dole thought the demonstrative ranges?

**MS. HIMMELHOCH:** Yes, Your Honor. This is Sarah for the U.S.

09:37 **THE COURT:** Cool. Okay, Anthony, go ahead and assign.

09:37 What else do we need to cover following yesterday's meeting?

09:37 **MS. HIMMELHOCH:** Your Honor, this is Sarah.

09:37 I created a little bit of a fire drill -- I hadn't meant to -- because I sent around a request for the stipulation that you and I discussed regarding the use of the redacted version of the U.S. exhibits. I asked folks to get back to me by yesterday. I had meant on the concept, but people took me to mean on the specific documents.

09:38 **THE COURT:** Right.

09:38 **MS. HIMMELHOCH:** So folks are now working their way through our redacted documents, and I'll report back at the next working group conference on where we stand on the parties' agreement to use the redacted versions of the U.S. documents on their exhibit list.

09:38 **THE COURT:** Yeah. What brought that up, guys, so everybody understands, is that Sarah had e-mailed everybody about documents going in under seal. So when I realized that most of what she was talking about were documents that had been redacted because of personal identifying information, that type of thing, it occurred to me that you guys probably don't want to introduce into evidence the unredacted versions. So things don't need to go in under seal; they can just go in redacted.

I'm sorry about the firestorm that question created. I wasn't trying to get it done immediately. It was just a suggestion not to put things under seal and to streamline the process. So sorry about that, but that's the explanation. Does that make sense? Sounds like you're too tired to care. Is that right?

**MS. HIMMELHOCH:** Makes sense to me, Your Honor. And the firestorm was of my creation, not yours.

**THE COURT:** Whatever. I started it. Okay. So you all can take a look at that. It's not anything that I think is an emergency situation, but it makes sense just to look at the redactions and say, yeah, we don't care about these redactions, the redacted documents can just be introduced. Okay.

Anything else on the remaining exhibit list issues that we need to talk about?

**MS. HIMMELHOCH:** I hate to be the dominator of the conversation, but there's one other point that I think was agreed to yesterday that I just want to confirm on the record, and that is that once a document has been posted to the Web site of trial exhibits, even if it's marked as confidential, it's no longer confidential under PTO 13.

This has implications to the U.S. because PTO 13 requires the return or destruction of the document at the end of the case, and trial exhibits are federal records which we are required to keep. So we just want to make sure that once a

09:40 document has been admitted and put up to the Court's Web site, it's no longer a PTO 13 confidential document and we may keep it at the end of the case.

**THE COURT:** Who needs to comment?

**MR. IRPINO:** Judge, this is Anthony Irpino for the PSC.

What we had outlined yesterday was the process that we used in Phase One. Let me start by saying I think what Sarah just said was correct. The way I explained it yesterday was that with respect to trial exhibits, the way it was handled in Phase One was that even if a trial exhibit was used or referenced in court, it was not, quote, public until we had the Thursday marshaling conference that we finalized that, and then we would put those documents up on the FTP site, MDL 2179 --

**THE COURT:** Anthony, are you there? Let's hold on a minute and see if the echo resolves.

Try again.

**MR. IRPINO:** That's better.

So we put it on the MDL 2179 trial doc site after the marshaling conference with respect to trial exhibits, and that's kind of the demarcation point we used. I think that was basically by order of the Court for Phase One.

The exception to that really tended to be the expert reports and the experts' CVs, which Judge Barbier would have introduced at trial then. I think the order was once that

09:42 an expert was recognized by the Court or accepted by the Court and once that report or reports or CV were introduced, then they should go up at that point.

From a document standpoint, that was basically how it worked. I think the only other exception was maybe some video clips were introduced at that time. So I think sometimes those got put up as well on that day, but generally speaking depo bundles and TREXs went up after the marshaling conference for that week.

**THE COURT:** Okay. Remember that I am thinking that we are not going to have weekly marshaling conferences because this is going to be a pretty quick trial. So I guess the issue is, one, are we talking about a lot of confidential documents and, two, do you all agree that one final marshaling conference is the way to go because that's how I have it scheduled currently under the timeline.

**MR. NOMELLINI:** Judge, it's Mark Nomellini. Good morning.

**THE COURT:** Good morning, Mark.

**MR. NOMELLINI:** I have two things.

Number one, Anthony's description of the process is correct. Once it goes up on the Web site, it's not confidential.

Number two, from my perspective, one final marshaling conference I think is a good idea in this situation.

09:44 **THE COURT:** Thank you.

09:44 Who else wants to comment?

09:44 Oh, and what's the number of documents, in just
09:44 a guesstimate of what we are talking about, confidential?

09:44 **MR. NOMELLINI:** In terms of documents that are trial
09:44 confidential, Your Honor, I think it's a pretty small number.
09:44 I don't know if I can really hazard a guess, but I think in
09:44 Phase One the number of trial confidential documents that were
09:44 actually used --

09:44 Anthony, tell me if I'm totally wrong, but I
09:45 think it was something like 10.

09:45 **MR. IRPINO:** It was a relatively small number. You
09:45 are certainly right in terms of range. I can't say an exact,
09:45 but certainly it was not crazy in terms of range.

09:45 I guess the issue would be, then, do we want to
09:45 have a somewhat modified procedure. Let's just say we have one
09:45 final marshaling conference at the end of the case. Do you
09:45 want to have a procedure to make documents that are used
09:45 available prior to that, because I can just perceive what is
09:45 going to occur is people are going to want -- I can say based
09:45 on how we administered the site, we got requests all the time
09:45 for a particular document and said, "This was used in court
09:45 today. Where is it?"

09:45 Whether it be complaints or questions or
09:45 whatever -- and I can just foresee it -- if the trial exhibits

09:46 aren't going to be posted until after the final marshaling conference, that's probably going to create a great many inquiries.

**MR. NOMELLINI:** Anthony, it's Mark. Let me propose this. How about if you and Sarah or her designee and I and Peter take that question offline, in terms of how to administer logistics of this, and then why don't we collectively get a proposal to the judge? Are you okay with that?

**MR. IRPINO:** Yeah. I would just say, for a talking point, I think what's not going to change is we are going to -- Peter, Erica, and myself will meet every night with Regina and go over the stuff, so we will be able to be in a position to do things the same, if we want, on a weekly basis. That's something we can certainly use as a jumping-off point, but let's take it off the call.

**MS. HIMMELHOCH:** Let's take it off the call, but I'm leaning the way Anthony is, which is I'm a little bit concerned about keeping the public out of the exhibits until the very end.

Your Honor, I would just like a few moments to consult with my team over whether having no marshaling conference until the end means that there are going to be some evidentiary issues that we don't have a means of closing the loop on.

**THE COURT:** Right.

09:47 **MS. HIMMELHOCH:** I just want to think it through with my team and get back to you. Is that okay?

**THE COURT:** Yeah. Sure. We don't need to do it today. We are a long way from even a first marshaling conference, if we decide to do more than one, so why don't you all think about that.

I had put one marshaling conference down for -- let's look at the time line. The final marshaling conference was going to be November 7. So we finish the trial on October 24. You all have until the 29th for your Category 4 documents, right?

**MS. HIMMELHOCH:** Uh-huh.

**THE COURT:** Then November 7 would be the final marshaling conference, so think about that.

Sarah, talk with your team, and we can cover that by e-mail discussion this week or a week from today.

**MS. HIMMELHOCH:** Will do, Your Honor.

**THE COURT:** Okay.

**MR. IRPINO:** The only follow-up I would mention, Your Honor, is that -- and I'll let everybody think about this and we can talk about it next time. But I think it's still going to be very important and very good for the parties and everybody to keep on top of things on a daily basis and a weekly basis such that we don't get to the end and then are trying to resolve issues. I would like them being handled like

09:49 we did in Phase One, on a nightly/daily basis.

09:49 **THE COURT:** No, I totally agree with that because you know what happens. You kick the can down the road and at the end you have a mess on your hands. So I totally agree with that.

09:49 **MR. IRPINO:** Exactly.

09:49 **THE COURT:** I just wasn't sure that we actually needed weekly marshaling conferences when we are going for four weeks. Remember, last time we thought we were going for 12 weeks or more. It didn't work out that way, but . . .

09:49 All right. So this coming Monday is the deadline for motions on the third installment of exhibits. Do you all anticipate motions being filed?

09:49 **MR. IRPINO:** I can speak for the PSC. If we do, it's going to be -- if there is, it's going to be narrow. There's just a lot that got resolved already.

09:50 **THE COURT:** Good, good, good.

09:50 **MR. IRPINO:** In my mind. I can't speak for any other parties. Just to give you a sense, I think each party had sent around specific exhibits, lists of them, identifying what we had issues with and got it all done in advance. This is in addition to all the work that was done on the first two installments.

09:50 So we got through all of that yesterday, and I think it's fair to say the majority if not vast majority of all

09:50 those objections were withdrawn that involved those exhibits. Things that were remaining, they are relatively few in number, and there are still even a few more follow-up discussions going on to deal with those relatively few exhibits.

09:51 So from our perspective, we have gotten a lot done. If we were going to have to file anything, it would be over a very narrow number, and that's if anything needed to be filed from the PSC's standpoint.

**THE COURT:** Okay.

**MR. NOMELLINI:** Judge, it's Mark. I concur in Anthony's assessment from our standpoint.

**THE COURT:** Good, good, good.

**MS. HIMMELHOCH:** To make this a record day, the U.S. also agrees.

**THE COURT:** Oh, my goodness. Really, let's just end the call here.

**MR. IRPINO:** That might be a good idea.

**THE COURT:** All right. Next week we go into the Category 2 document procedure. Everybody is ready for that, even though I tried to move it up to yesterday?

**MS. HIMMELHOCH:** We are on track with the schedule as set, Your Honor. Thank you.

**THE COURT:** We got the crime fraud order out and that's up on appeal.

09:52 Let's see. We are working our way through the

09:52 redaction issues on the expert reports. I've got a couple of those coming out this morning, I hope, and early next week perhaps we'll be through all of those. All of the ones that were not contested were provided to Judge Barbier yesterday, huh?

**MR. GASAWAY:** That's correct, Your Honor. This is Rob for BP.

**THE COURT:** Good. That will keep him busy this weekend, huh? We'll send him home with some homework.

On the motions in limine, we have got some further filings. We have got some parties who said that they don't oppose motions in limine. Have we made any further progress on identifying issues raised in the current round that could be controlled by the Phase One rulings?

**MR. GASAWAY:** Your Honor, this is Rob.

I think that while we have got some agreement and we appreciate that, I think that each of the carryover motions, as we have been calling them, is still opposed to some extent, and at least by one party. So with regard to that, I think the best thing to do is just await reply briefs that we'll file in the ordinary course next week. Then Your Honor will see what's still at issue and Your Honor can call balls and strikes, or Judge Barbier, whoever is appropriate.

**THE COURT:** Right. Good. I understood that the technical walkthrough --

Hold on just a second. Mike wants to ask me something. I'm putting you on mute.

(Discussion off the record.)

**THE COURT:** Okay, guys, we are back.

Let's see. I understand the technical walkthrough yesterday went well and everybody is up and online in their workrooms, in the overflow courtroom, and in Judge Barbier's courtroom, so that's good.

Any further discussions of source control stipulations that have been kind of discussed on and off?

**MR. GASAWAY:** Your Honor, this is Rob.

I think the sleep deprivation issues may have caught up with both BP and the PSC and the other aligned parties. We do need to touch base with them. I know that's on Your Honor's schedule. We have exchanged drafts from both sides, but we haven't decided what the next step is in communication after that. So I think we need a little more time.

**THE COURT:** Okay. Good. That's in addition to what we have already filed of record months ago, huh?

**MR. GASAWAY:** Yes. This is round two, as it were, of the source control stipulations.

**THE COURT:** Great. Maybe we can reduce source control to the stipulations. Mike liked that one.

**MR. GASAWAY:** To be continued later in the call,

09:55 Your Honor.

09:55 **THE COURT:** Oh, well. We are having so little fun these days, we have to get it where we can.

09:55 Okay. That really, guys, is all I have on my agenda for the day. Let's talk about what's on your little pea-picking brains.

09:55 **MR. GASAWAY:** Your Honor, I don't know if you had a chance to see a letter I sent in just a few minutes before the conference started, but this has to do with the trial brief issue.

09:55 **THE COURT:** Yeah, I glanced at it.

09:55 **MR. GASAWAY:** Well, you know, long story short, we think there's been a prejudicial misinterpretation of the rules on the source control side of the trial briefs. We have asked for three specific kinds of relief, basically a substitute brief for the overlength brief and then some additional hours that we could use in opening statements, which were already tied to the trial briefs, or in witness examination. So we just would like to bring that to Your Honor's attention as soon as possible and just figure out where we are going with that.

09:56 **THE COURT:** Okay.

09:56 **MR. BARR:** Your Honor, it's Brian Barr for the PSC.

09:56 We obviously oppose any relief. We believe that we fully complied with the Court's order, which specifically set out that each of the principal parties of the aligned

parties had 10 pages. We were specifically instructed to coordinate. That's what we did. So we, through a lot of work, coordinated and ending up filing something less than 40 pages. We ended up getting it done in 35 pages.

I guess, at the end of the day, we could have filed four separate 10-page briefs and broken, you know, a joint brief into four separate briefs, but that didn't seem like the most intelligent thing to do. So we just decided to file something jointly that stated the positions that each party has and the things they wanted to say in their 10-page brief. All the parties had their writing and involvement. We coordinated that and filed jointly, which is completely consistent with the order.

**THE COURT:** Okay. Gotcha.

What else is on your agenda this morning? And I will take that up promptly.

**MR. LANGAN:** Your Honor, I don't want to overdo this, but I can't stay -- this is Andy Langan. I can't stay silent about Brian.

If there was any doubt in the aligned parties' mind that these were supposed to be in lieu of opening statements, did they really think they were going to get 40 pages of opening statements and BP get 10? If they really thought that was a reasonable interpretation, wouldn't they have come to the Court and asked for that in advance? That is

09:58 so obviously an overreach, it's really beyond the pale. They really think that in opening statement they get four times as much as the defendant? Is that really a reasonable point of view? If they thought it was, they should have sought clarity rather than this ambush. It's absolutely outrageous, and I want to say that for the record.

09:58 **MR. BARR:** Your Honor, I obviously have to respond to that. Maybe Andy hasn't read the order.

09:58 **MR. LANGAN:** I have read it, Brian. I have read it.

09:58 **MR. BARR:** Andy, I didn't cut you off. Don't cut me off.

09:58 The order specifically says each of the principal parties get 10 pages. So if BP couldn't read the order and understand that Halliburton got 10, TO got 10, the PSC got 10, and the states got 10, I can't help him on that, but that's what the order says.

09:59 **THE COURT:** Okay. So we have a little fight going on here and I'm going to have to resolve it. I will take it up promptly. I promise.

09:59 Okay. What else have we got to cover? That's it? Look at that. It's not yet 10:00. All right, ladies and gentlemen. I appreciate it. I hope everybody gets some sort of a weekend. I will talk to you certainly a week from today, but if y'all want to have some e-mail chatter in between, feel free.

09:59 (Proceedings adjourned.)

09:59 * * *

**CERTIFICATE**

I, Toni Doyle Tusa, CCR, FCRR, Official Court Reporter for the United States District Court, Eastern District of Louisiana, do hereby certify that the foregoing is a true and correct transcript, to the best of my ability and understanding, from the record of the proceedings in the above-entitled matter.

*s/ Toni Doyle Tusa*
Toni Doyle Tusa, CCR, FCRR
Official Court Reporter

1

10 [8] 10/11 18/1 18/23 19/13 19/14 19/14 19/15 19/15
10-MD-2179 [1] 1/4
10-page [2] 18/6 18/10
10:00 [1] 19/21
12 [1] 13/9
12308 [1] 1/16
13 [3] 7/21 7/22 8/2

2

20 [1] 1/6
20005 [1] 2/4
20044 [1] 1/24
2010 [1] 1/6
2013 [2] 1/7 4/2
2179 [3] 1/4 8/14 8/19
2216 [1] 1/20
24 [1] 12/10
29th [1] 12/10

3

300 [1] 2/9
316 [1] 1/17
32591 [1] 1/17
35 [1] 18/4

4

40 [2] 18/3 18/22
406 [1] 2/14

5

500 [1] 2/14
504 [1] 2/15
589-7778 [1] 2/15

6

600 [1] 1/17
60654 [1] 2/10
655 [1] 2/3

7

70130 [2] 1/20 2/14
7611 [1] 1/23
7778 [1] 2/15

9

9:30 [1] 1/8

A

a.m [1] 1/8
ability [1] 20/7
able [1] 11/12
about [18] 5/1 5/16 6/20 6/21 7/1 7/4 7/12 7/15 9/13 10/4 11/5 11/18 12/6 12/14 12/20 12/21 17/5 18/19
above [1] 20/9
above-entitled [1] 20/9
absolutely [1] 19/5
accepted [1] 9/1
actually [2] 10/9 13/7
addition [2] 13/22 16/19
additional [1] 17/16
adjourned [1] 20/1
administer [1] 11/6
administered [1] 10/21
admitted [1] 8/1
advance [2] 13/21 18/25
after [4] 8/20 9/8 11/1 16/17
again [1] 8/17
agenda [2] 17/5 18/15
ago [1] 16/20
agree [5] 5/21 5/22 9/14 13/2 13/4
agreed [1] 7/18
agreement [2] 6/16 15/16
agrees [1] 14/14
ahead [2] 5/23 6/1
aided [1] 2/20
aligned [3] 16/13 17/25 18/20
all [18] 1/8 7/10 9/14 10/21 12/6 12/10 13/11 13/13 13/21 13/22 13/24 13/25 14/18 15/3 15/3 17/4 18/11 19/21
allocation [1] 4/18
along [1] 4/10
already [3] 13/16 16/20 17/17
also [1] 14/14
always [1] 5/4
am [1] 9/10
ambush [1] 19/5
America [11] 1/22 2/2 2/3 2/4 2/5 2/6 2/8 2/8 2/9 2/11 2/12
ANDREW [1] 2/8
Andy [3] 18/18 19/8 19/10
ANTHONY [9] 1/19 5/10 5/22 6/1 8/5 8/15 10/10 11/4 11/17
Anthony's [2] 9/21 14/11
anticipate [1] 13/13
any [7] 4/14 5/8 13/18 15/12 16/9 17/23 18/20
anybody [1] 5/7
anything [5] 4/23 7/10 7/14 14/6 14/7
appeal [1] 14/24
Appearances [2] 1/13 2/1
Applies [1] 1/8
appreciate [2] 15/17 19/22
appropriate [1] 15/23
APRIL [1] 1/6
are [24]
aren't [1] 11/1
around [2] 6/7 13/20
arranging [1] 4/20
as [12] 4/10 5/4 7/20 9/7 11/14 14/21 15/18 16/21 17/19 17/20 19/2 19/3
ask [1] 16/1
asked [3] 6/9 17/14 18/25
assessment [1] 14/11
assign [2] 5/16 6/2
assigning [1] 5/12
at [16] 6/14 7/10 7/11 7/23 8/3 8/25 9/3 9/6 10/17 12/8 13/3 15/19 15/22 17/11 18/5 19/21
attention [1] 17/19
available [1] 10/19
await [1] 15/20

B

back [5] 5/2 6/10 6/14 12/2 16/4
balls [1] 15/22
Barbier [3] 8/24 15/4 15/23
Barbier's [1] 16/8
BARR [2] 1/16 17/22
base [1] 16/14
based [1] 10/20
basically [3] 8/22 9/4 17/15
basis [4] 11/13 12/23 12/24 13/1
Baylen [1] 1/17
be [23]
because [8] 4/18 6/7 6/22 7/22 9/11 9/15 10/19 13/2
been [7] 5/13 6/21 7/19 8/1 15/18 16/10 17/13
before [2] 1/11 17/8
being [2] 12/25 13/13
believe [1] 17/23
best [2] 15/20 20/7
better [2] 5/3 8/18
between [1] 19/24
beyond [1] 19/1
bit [2] 6/6 11/17
BOP [1] 4/21
both [2] 16/13 16/15
Box [2] 1/16 1/23
BP [16] 2/2 2/3 2/3 2/4 2/5 2/6 2/8 2/8 2/9 2/10 2/10 2/11 15/7 16/13 18/23 19/13
brains [1] 17/6
BRIAN [4] 1/16 17/22 18/19 19/9
brief [5] 17/9 17/16 17/16 18/7 18/11
briefs [5] 15/20 17/14 17/18 18/6 18/7
bring [1] 17/19
broken [1] 18/6
brought [1] 6/18
bundles [1] 9/8
busy [1] 15/8
but [19] 4/23 6/10 7/4 7/11 7/17 9/7 10/7 10/10 10/14 11/14 11/16 12/21 13/10 16/16 17/9 18/7 18/18 19/16 19/24

C

call [5] 11/15 11/16 14/16 15/22 16/25
calling [1] 15/18
can [18] 4/12 5/16 5/22 6/25 7/10 7/13 10/7 10/19 10/20 10/25 11/14 12/15 12/21 13/3 13/14 15/22 16/23 17/3
can't [6] 4/8 10/13 13/18 18/18 18/18 19/15
Captain [2] 4/20 5/5
Captain Englebert [2] 4/20 5/5
care [2] 7/6 7/12
carryover [1] 15/17
case [3] 7/24 8/3 10/17
Cases [1] 1/8
Category [2] 12/10 14/19
Category 4 [1] 12/10
caught [1] 16/13
CCR [3] 2/13 20/4 20/12
certainly [5] 5/16 10/13 10/14 11/14 19/23
CERTIFICATE [1] 20/3
certify [1] 20/6
chance [1] 17/8
change [1] 11/10
chatter [1] 19/24
Chicago [1] 2/10
clarity [1] 19/4
clips [1] 9/6
closing [1] 11/23
collectively [1] 11/7
come [1] 18/25
comforting [1] 5/5
coming [2] 13/11 15/2
comment [2] 8/4 10/2
communication [1] 16/17
Company [4] 2/3 2/3 2/9 2/9
complaints [1] 10/24
completely [1] 18/12
complied [1] 17/24
computer [1] 2/20
computer-aided [1] 2/20
concept [2] 5/17 6/10
concerned [1] 11/17
concur [1] 14/10
confer [1] 5/9
conference [15] 1/11 6/15 8/13 8/20 9/8 9/14 9/25 10/17 11/2 11/22 12/5 12/7 12/8 12/14 17/9
conferences [2] 9/11 13/8
confidential [8] 7/20 7/21 8/2 9/13 9/23 10/4 10/6 10/8

C

confirm [1] 7/18
consistent [1] 18/13
consult [1] 11/21
contested [1] 15/4
continued [1] 16/25
control [4] 16/9 16/22 16/24 17/14
controlled [1] 15/14
conversation [1] 7/17
Cool [1] 6/1
coordinate [1] 18/2
coordinated [2] 18/3 18/12
correct [4] 8/9 9/22 15/6 20/7
could [3] 15/14 17/17 18/5
couldn't [1] 19/13
couple [1] 15/1
course [1] 15/21
court [11] 1/1 2/13 8/12 8/22 9/1 9/1 10/22 18/25 20/4 20/5 20/13
Court's [2] 8/1 17/24
courtroom [2] 16/7 16/8
cover [4] 5/8 6/3 12/15 19/20
covered [1] 5/12
crazy [1] 10/14
create [1] 11/2
created [2] 6/6 7/2
creation [1] 7/8
crime [1] 14/23
current [1] 15/13
currently [1] 9/16
cut [2] 19/10 19/10
CV [1] 9/2
CVs [1] 8/24

D

D.C [2] 1/24 2/4
daily [2] 12/23 13/1
day [4] 9/7 14/13 17/5 18/5
days [1] 17/3
deadline [1] 13/12
deal [1] 14/4
decide [1] 12/5
decided [2] 16/16 18/8
DEEPWATER [1] 1/5
defendant [1] 19/3
demarcation [1] 8/21
demonstrative [2] 5/12 5/23
Department [1] 1/22
depo [1] 9/8
deprivation [3] 4/9 4/19 16/12
description [1] 9/21
designee [1] 11/5
destruction [1] 7/23
did [5] 5/14 5/17 13/1 18/2 18/22
didn't [3] 13/10 18/7 19/10
discussed [2] 6/8 16/10
discussion [2] 12/16 16/3
discussions [2] 14/3 16/9
DISTRICT [5] 1/1 1/2 5/2 20/5 20/5
do [18] 4/17 5/17 5/20 6/3 9/14 10/15 10/17 11/12 12/3 12/5 12/17 13/12 13/14 15/20 16/14 17/9 18/8 20/6
doc [1] 8/19
Docket [1] 1/4
document [7] 7/19 7/23 8/1 8/2 9/4 10/22 14/19
documents [13] 6/11 6/14 6/16 6/20 6/21 7/13 8/14 9/13 10/3 10/5 10/8 10/18 12/11
Does [3] 5/7 5/22 7/5
doing [1] 4/5
dole [1] 5/23
dominator [1] 7/16
don't [17] 4/17 4/23 4/25 5/13 6/23 6/25 7/12 10/7 11/7 11/23 12/3 12/5 12/24 15/12 17/7 18/17 19/10
done [6] 5/13 7/2 13/21 13/22 14/6 18/4
doubt [1] 18/20
down [2] 12/7 13/3
Doyle [4] 2/13 20/4 20/12 20/12
drafts [1] 16/15
drill [1] 6/6
drop [1] 5/14

E

e-mail [2] 12/16 19/24
e-mailed [1] 6/19
each [5] 13/19 15/17 17/25 18/9 19/12
early [1] 15/2
EASTERN [3] 1/2 5/2 20/5
echo [1] 8/16
Ellis [2] 2/2 2/8
else [5] 6/3 7/14 10/2 18/15 19/20
emergency [1] 7/11
end [9] 7/23 8/3 10/17 11/19 11/22 12/24 13/4 14/15 18/5
ended [1] 18/4
ending [1] 18/3
Enforcement [1] 1/22
Englebert [2] 4/20 5/5
Englebert's [1] 4/18
enough [1] 5/18
entitled [1] 20/9
Environmental [1] 1/22
Erica [1] 11/11
ESQ [6] 1/16 1/19 1/23 2/3 2/8 2/9
even [5] 7/20 8/11 12/4 14/3 14/20
every [1] 11/11
everybody [11] 4/3 4/5 5/18 5/22 6/19 6/19 12/20 12/23 14/19 16/6 19/22
evidence [1] 6/24
evidentiary [1] 11/23
exact [1] 10/13
exactly [2] 5/6 13/6
examination [1] 17/18
exception [2] 8/23 9/5
exchanged [2] 4/4 16/15
exhibit [3] 6/17 7/14 8/11
exhibits [11] 6/9 7/20 7/24 8/10 8/20 10/25 11/18 13/12 13/20 14/1 14/4
expected [1] 4/10
expert [3] 8/24 9/1 15/1
experts' [1] 8/24
explained [1] 8/9
explanation [1] 7/5
Exploration [2] 2/4 2/10
extension [1] 4/15
extent [1] 15/19

F

fair [1] 13/25
FCRR [3] 2/13 20/4 20/12
federal [1] 7/24
feel [2] 5/3 19/24
few [5] 11/20 14/2 14/3 14/4 17/8
Fifteenth [1] 2/3
fight [1] 19/17
figure [1] 17/20
file [3] 14/6 15/21 18/9
filed [5] 13/13 14/8 16/20 18/6 18/12
filing [1] 18/3
filings [1] 15/11
final [7] 5/9 9/14 9/24 10/17 11/1 12/8 12/13
finalized [1] 8/13
finish [1] 12/9
fine [1] 6/6
firestorm [2] 7/1 7/8
Firm [1] 1/19
first [2] 12/4 13/22
Florida [1] 1/17
folks [2] 6/9 6/13
follow [2] 12/19 14/3
follow-up [2] 12/19 14/3
following [2] 5/9 6/3
foregoing [1] 20/6
foresee [1] 10/25
four [4] 13/8 18/6 18/7 19/2
fraud [1] 14/23
free [1] 19/25
FTP [1] 8/14
fully [1] 17/24
fun [1] 17/2
funny [1] 4/6
further [3] 15/11 15/12 16/9

G

GASAWAY [1] 2/3
generally [1] 9/7
gentlemen [1] 19/22
get [10] 6/9 7/2 11/7 12/2 12/24 17/3 18/22 18/23 19/2 19/13
gets [1] 19/22
getting [1] 18/4
give [2] 5/8 13/19
glad [1] 5/1
glanced [1] 17/11
go [8] 5/22 6/1 6/25 6/25 9/3 9/15 11/12 14/18
goes [1] 9/22
going [22]
good [16] 4/3 9/17 9/19 9/25 12/22 13/17 13/17 13/17 14/12 14/12 14/12 14/17 15/8 15/24 16/8 16/19
goodness [1] 14/15
got [15] 9/7 10/21 13/16 13/21 13/24 14/23 15/1 15/10 15/11 15/16 19/14 19/14 19/15 19/15 19/20
Gotcha [1] 18/14
gotten [2] 4/19 14/5
great [2] 11/2 16/23
Greetings [1] 4/4
group [2] 1/11 6/15
guess [4] 9/12 10/7 10/15 18/5
guesstimate [1] 10/4
GULF [1] 1/5
guys [4] 6/18 6/23 16/4 17/4

H

had [11] 6/10 6/19 6/21 8/7 8/12 12/7 13/19 13/21 17/7 18/1 18/11
hadn't [1] 6/7
Halliburton [1] 19/14
handled [2] 8/10 12/25
hands [1] 13/4
happens [1] 13/3
has [6] 5/18 7/19 7/22 8/1 17/9 18/10
hasn't [1] 19/8
hate [1] 7/16
have [38]
haven't [2] 4/19 16/16
having [2] 11/21 17/2
hazard [1] 10/7
HB [1] 2/14
HB-406 [1] 2/14
hear [1] 4/8
help [1] 19/15
her [1] 11/5

H

here [2] 14/16 19/18
hereby [1] 20/6
him [3] 15/8 15/9 19/15
HIMMELHOCH [1] 1/23
hold [4] 4/7 4/8 8/15 16/1
Holdings [2] 2/5 2/11
home [1] 15/9
homework [1] 15/9
Honor [22]
Honor's [2] 16/15 17/19
HONORABLE [1] 1/11
hope [2] 15/2 19/22
hopefully [1] 4/24
HORIZON [1] 1/5
hours [1] 17/16
how [7] 4/9 5/14 9/5 9/15 10/21 11/5 11/6
How's [1] 4/5
huh [4] 12/12 15/5 15/9 16/20

I

I'll [2] 6/14 12/20
I'm [6] 7/1 10/10 11/16 11/17 16/2 19/18
I've [1] 15/1
idea [2] 9/25 14/17
identifying [3] 6/22 13/20 15/13
if [21]
Illinois [1] 2/10
immediately [1] 7/2
implications [1] 7/22
important [1] 12/22
in [45]
Inc [8] 2/2 2/4 2/5 2/6 2/8 2/9 2/10 2/12
information [1] 6/22
inquiries [1] 11/3
installment [1] 13/12
installments [1] 13/23
instructed [1] 18/1
intelligent [1] 18/8
interpretation [1] 18/24
into [3] 6/24 14/18 18/7
introduce [1] 6/24
introduced [4] 7/13 8/25 9/2 9/6
involved [1] 14/1
involvement [1] 18/11
Irpino [4] 1/19 1/19 5/10 8/5
is [46]
issue [6] 4/9 4/14 9/12 10/15 15/22 17/10
issues [8] 5/8 7/15 11/23 12/25 13/21 15/1 15/13 16/12
it [41]
it's [20] 4/25 5/4 5/19 7/10 7/20 7/21 8/2 9/17 9/22 10/6 11/4 12/21 13/14 13/15 13/25 14/10 17/22 19/1 19/5 19/21

J

job [1] 5/5
joint [1] 18/7
jointly [2] 18/9 18/12
judge [9] 1/12 8/5 8/24 9/17 11/8 14/10 15/4 15/23 16/8
Judge Barbier [3] 8/24 15/4 15/23
Judge Barbier's [1] 16/8
jumping [1] 11/14
jumping-off [1] 11/14
just [29]
Justice [1] 1/22

K

keep [4] 7/25 8/2 12/23 15/8
keeping [1] 11/18
kick [1] 13/3
kind [3] 5/16 8/21 16/10
kinds [1] 17/15
Kirkland [2] 2/2 2/8
know [8] 5/5 5/13 10/7 13/3 16/14 17/7 17/12 18/6

L

ladies [1] 19/21
laed.uscourts.gov [1] 2/15
LANGAN [2] 2/8 18/18
Lasalle [1] 2/9
last [1] 13/9
later [1] 16/25
Law [1] 1/19
leaning [1] 11/17
lease [2] 4/14 4/20
least [1] 15/19
less [1] 18/3
let [3] 8/8 11/4 12/20
let's [11] 4/12 5/7 8/15 10/16 11/15 11/16 12/8 14/15 14/25 16/5 17/5
letter [1] 17/8
Levin [1] 1/15
lieu [1] 18/21
like [8] 5/17 7/5 10/11 11/20 12/25 12/25 17/19 18/8
liked [1] 16/24
limine [2] 15/10 15/12
Limited [2] 2/6 2/11
line [1] 12/8
list [3] 5/1 6/17 7/14
lists [1] 13/20
little [6] 6/6 11/17 16/17 17/2 17/5 19/17
LLP [2] 2/2 2/8
logistics [1] 11/7
long [2] 12/4 17/12
longer [2] 7/21 8/2
look [4] 7/10 7/11 12/8 19/21
loop [1] 11/24
lot [4] 9/13 13/16 14/5 18/2
loud [1] 4/8
LOUISIANA [6] 1/2 1/6 1/20 2/14 5/2 20/6
love [1] 4/5

M

made [2] 5/3 15/12
Magazine [1] 1/20
MAGISTRATE [1] 1/12
mail [2] 12/16 19/24
mailed [1] 6/19
majority [2] 13/25 13/25
make [6] 4/12 5/18 7/5 7/25 10/18 14/13
makes [2] 7/7 7/11
making [1] 5/11
many [1] 11/2
MARK [5] 2/9 9/17 9/19 11/4 14/10
marked [1] 7/20
marshaling [14] 8/13 8/20 9/8 9/11 9/14 9/25 10/17 11/1 11/21 12/4 12/7 12/8 12/14 13/8
Master [1] 4/18
matter [1] 20/9
may [3] 5/11 8/2 16/12
maybe [3] 9/5 16/23 19/8
MD [1] 1/4
MDL [2] 8/14 8/19
MDL 2179 [2] 8/14 8/19
me [12] 5/3 5/4 5/8 6/10 6/11 6/23 7/7 8/8 10/10 11/4 16/1 19/10
mean [1] 6/11
means [2] 11/22 11/23
meant [2] 6/7 6/10
mechanical [1] 2/19
meet [2] 5/9 11/11
meet-and-confer [1] 5/9
meeting [2] 4/13 6/4
mention [1] 12/19
mess [1] 13/4
MEXICO [1] 1/5
Michoud [1] 4/14
might [1] 14/17
Mike [2] 16/1 16/24
mind [2] 13/18 18/21
minute [1] 8/16
minutes [1] 17/8
misinterpretation [1] 17/13
Mitchell [1] 1/15
modified [1] 10/16
moments [1] 11/20
Monday [1] 13/11
months [1] 16/20
more [4] 12/5 13/10 14/3 16/17
morning [5] 4/3 9/18 9/19 15/2 18/15
most [2] 6/21 18/8
motions [5] 13/12 13/13 15/10 15/12 15/18
move [1] 14/20
much [2] 5/17 19/3
music [1] 4/7
mute [1] 16/2
my [9] 4/7 7/8 9/24 11/21 12/2 13/18 14/15 17/4 20/7
myself [1] 11/11

N

narrow [2] 13/15 14/7
need [8] 5/8 5/20 6/3 6/25 7/15 12/3 16/14 16/17
needed [2] 13/8 14/7
needs [1] 8/4
New [3] 1/6 1/20 2/14
next [6] 6/15 12/21 14/18 15/2 15/21 16/16
night [1] 11/11
nightly [1] 13/1
nightly/daily [1] 13/1
no [5] 4/17 7/21 8/2 11/21 13/2
NOMELLINI [2] 2/9 9/17
North [7] 2/4 2/5 2/6 2/9 2/9 2/11 2/12
not [11] 7/3 7/8 7/10 8/12 9/11 9/22 10/14 11/10 13/25 15/4 19/21
November [2] 12/9 12/13
November 7 [2] 12/9 12/13
now [1] 6/13
number [9] 5/12 9/21 9/24 10/3 10/6 10/8 10/12 14/2 14/7
numbers [1] 5/18
NW [1] 2/3

O

objections [1] 14/1
obviously [3] 17/23 19/1 19/7
occur [1] 10/20
occurred [1] 6/23
October [1] 12/10
October 24 [1] 12/10
off [8] 5/14 11/14 11/15 11/16 16/3 16/10 19/10 19/11
Office [2] 1/16 1/23
Official [3] 2/13 20/4 20/13
offline [1] 11/6
Oh [3] 10/3 14/15 17/2
OIL [2] 1/4 1/4
okay [15] 6/1 7/9 7/13 9/10 11/8 12/2

O

okay... [9] 12/18 14/9 16/4 16/19 17/4 17/21 18/14 19/17 19/20
on [47]
once [5] 7/19 7/25 8/25 9/2 9/22
one [18] 5/11 5/17 7/17 8/8 8/11 8/22 9/13 9/14 9/21 9/24 10/8 10/16 12/5 12/7 13/1 15/14 15/19 16/24
ones [1] 15/3
online [1] 16/6
only [2] 9/5 12/19
opening [4] 17/17 18/21 18/23 19/2
oppose [2] 15/12 17/23
opposed [1] 15/18
or [13] 4/15 7/23 8/11 9/1 9/2 9/2 10/24 10/24 11/5 12/16 13/10 15/23 17/18
order [9] 8/22 8/25 14/23 17/24 18/13 19/8 19/12 19/14 19/16
ordinary [1] 15/21
Orleans [3] 1/6 1/20 2/14
other [4] 7/17 9/5 13/18 16/13
otherwise [1] 4/15
our [6] 5/14 5/15 6/14 14/5 14/11 14/25
out [8] 5/16 5/19 11/18 13/10 14/23 15/2 17/20 17/25
outlined [1] 8/7
outrageous [1] 19/5
over [3] 11/12 11/21 14/7
overdo [1] 18/17
overflow [1] 16/7
overlength [1] 17/16
overreach [1] 19/1
owe [1] 4/17

P

PA [1] 1/15
page [3] 3/2 18/6 18/10
pages [5] 18/1 18/3 18/4 18/23 19/13
pale [1] 19/1
Papantonio [1] 1/15
particular [1] 10/22
parties [9] 5/13 12/22 13/19 15/11 16/14 17/25 18/1 18/11 19/13
parties' [2] 6/15 18/20
party [3] 13/19 15/19 18/10
pea [1] 17/6
pea-picking [1] 17/6
Pensacola [1] 1/17
people [2] 6/11 10/20
perceive [1] 10/19
perhaps [1] 15/3
personal [1] 6/22
perspective [2] 9/24 14/5
Peter [2] 11/6 11/11
Phase [9] 5/7 5/13 5/17 8/8 8/11 8/22 10/8 13/1 15/14
Phase One [7] 5/17 8/8 8/11 8/22 10/8 13/1 15/14
Phase Two [2] 5/7 5/13
picking [1] 17/6
picture [1] 4/6
Plaintiffs [2] 1/15 1/19
playing [1] 4/7
point [6] 7/17 8/21 9/3 11/10 11/14 19/3
position [1] 11/12
positions [1] 18/9
possible [1] 17/20
Post [2] 1/16 1/23
posted [2] 7/19 11/1
Poydras [1] 2/14
prejudicial [1] 17/13
preparation [1] 5/7
pretty [3] 4/6 9/12 10/6
principal [2] 17/25 19/13
prior [1] 10/19
probably [2] 6/23 11/2
procedure [3] 10/16 10/18 14/19
proceedings [4] 2/19 4/1 20/1 20/8
process [3] 7/4 8/7 9/21
Proctor [1] 1/15
Production [4] 2/3 2/5 2/8 2/10
Products [2] 2/6 2/11
progress [1] 15/13
promise [1] 19/19
promptly [2] 18/16 19/19
proposal [1] 11/8
propose [1] 11/4
provided [1] 15/4
PSC [6] 5/10 8/6 13/14 16/13 17/22 19/15
PSC's [1] 14/8
PTO [3] 7/21 7/22 8/2
PTO 13 [1] 8/2
public [2] 8/12 11/18
put [7] 5/19 7/3 8/1 8/14 8/19 9/7 12/7
putting [1] 16/2

Q

question [2] 7/1 11/6
questions [1] 10/24
quick [1] 9/12
quote [1] 8/12

R

radar [1] 5/14
Rafferty [1] 1/15
raised [1] 15/13
range [2] 10/13 10/14
ranges [3] 5/12 5/18 5/23
rather [1] 19/5
RE [1] 1/4
read [4] 19/8 19/9 19/9 19/13
ready [1] 14/19
realized [1] 6/20
really [9] 8/23 10/7 14/15 17/4 18/22 18/23 19/1 19/2 19/3
reasonable [2] 18/24 19/3
recognized [1] 9/1
record [6] 7/18 14/13 16/3 16/20 19/6 20/8
recorded [1] 2/19
records [1] 7/24
redacted [6] 6/9 6/14 6/16 6/22 6/25 7/13
redaction [1] 15/1
redactions [2] 7/12 7/12
reduce [1] 16/23
referenced [1] 8/12
regard [1] 15/19
regarding [1] 6/8
Regina [1] 11/11
relatively [3] 10/12 14/2 14/4
relief [2] 17/15 17/23
remaining [2] 7/14 14/2
Remember [2] 9/10 13/9
removal [1] 4/21
reply [1] 15/20
report [5] 4/14 4/17 4/23 6/14 9/2
Reporter [3] 2/13 20/5 20/13
reports [3] 8/24 9/2 15/1
request [1] 6/7
requests [1] 10/21
required [1] 7/25
requires [1] 7/23
resolve [2] 12/25 19/18
resolved [1] 13/16
resolves [1] 8/16
respect [2] 8/10 8/20
respond [1] 19/7
return [1] 7/23
RIG [1] 1/4
right [10] 5/6 6/12 7/6 10/13 11/25 12/11 13/11 14/18 15/24 19/21
road [1] 13/3
Rob [4] 4/16 15/7 15/15 16/11
ROBERT [1] 2/3
Room [1] 2/14
round [2] 15/13 16/21
rules [1] 17/13
rulings [1] 15/14
rush [1] 4/25

S

said [3] 8/9 10/22 15/11
SALLY [1] 1/11
same [2] 5/17 11/13
SARAH [7] 1/23 5/24 6/5 6/19 8/9 11/5 12/15
say [8] 7/12 10/13 10/16 10/20 11/9 13/25 18/10 19/6
saying [1] 8/8
says [2] 19/12 19/16
schedule [2] 14/21 16/15
scheduled [1] 9/15
seal [3] 6/20 6/25 7/3
second [2] 4/7 16/1
Section [2] 1/5 1/22
see [8] 4/12 5/1 5/7 8/16 14/25 15/22 16/5 17/8
seem [1] 18/7
send [1] 15/9
sending [1] 4/6
sense [4] 7/5 7/7 7/11 13/19
sent [3] 6/7 13/19 17/8
separate [2] 18/6 18/7
September [2] 1/7 4/2
set [2] 14/22 17/25
she [1] 6/21
she's [1] 5/2
short [2] 4/13 17/12
should [2] 9/3 19/4
SHUSHAN [1] 1/11
side [1] 17/14
sides [1] 16/16
silent [1] 18/18
site [6] 7/20 8/1 8/14 8/19 9/22 10/21
situation [2] 7/11 9/25
sleep [3] 4/9 4/18 16/12
small [2] 10/6 10/12
so [33]
software [1] 2/20
some [10] 9/5 11/22 15/9 15/10 15/11 15/16 15/18 17/16 19/22 19/24
something [7] 5/15 5/19 10/11 11/14 16/2 18/3 18/9
sometimes [1] 9/6
somewhat [1] 10/16
soon [2] 4/24 17/19
sorry [2] 7/1 7/4
sort [1] 19/22
sought [1] 19/4
Sounds [1] 7/5
source [4] 16/9 16/22 16/23 17/14
South [1] 1/17
speak [2] 13/14 13/18
speaking [1] 9/7
Special [1] 4/18
specific [3] 6/11 13/20 17/15
specifically [3] 17/24 18/1 19/12

## S

SPILL [1] 1/4
stand [1] 6/15
standpoint [3] 9/4 14/8 14/11
start [1] 8/8
started [2] 7/9 17/9
stated [1] 18/9
statement [1] 19/2
statements [3] 17/17 18/22 18/23
states [5] 1/1 1/12 1/22 19/15 20/5
stay [2] 18/18 18/18
stenography [1] 2/19
step [1] 16/16
still [4] 12/21 14/3 15/18 15/22
stipulation [1] 6/8
stipulations [3] 16/10 16/22 16/24
story [1] 17/12
streamline [1] 7/4
Street [4] 1/17 1/20 2/3 2/14
strikes [1] 15/23
stuff [1] 11/12
substitute [1] 17/15
such [1] 12/24
suggestion [1] 7/3
Suite [1] 1/17
supposed [1] 18/21
sure [5] 5/11 5/18 7/25 12/3 13/7

## T

take [6] 7/10 11/6 11/15 11/16 18/16 19/18
talk [6] 5/1 7/15 12/15 12/21 17/5 19/23
talking [5] 5/15 6/21 9/13 10/4 11/9
team [4] 5/15 11/21 12/2 12/15
technical [2] 15/25 16/5
tell [1] 10/10
tended [1] 8/23
terms [4] 10/5 10/13 10/14 11/6
than [3] 12/5 18/3 19/5
Thank [3] 4/6 10/1 14/22
that [111]
that's [18] 4/25 5/6 5/13 7/4 8/18 8/21 9/15 11/2 11/13 14/7 14/24 15/6 16/8 16/14 16/19 18/2 19/16 19/20
their [5] 6/13 6/17 16/7 18/10 18/11
them [4] 12/25 13/20 15/18 16/14
then [9] 8/13 8/25 9/2 10/15 11/7 12/13 12/24 15/21 17/16
there [7] 4/17 5/19 8/15 11/22 13/15 14/3 18/20
there's [3] 7/17 13/15 17/13
these [3] 7/12 17/3 18/21
they [13] 6/25 9/3 14/2 15/11 18/10 18/22 18/22 18/23 18/24 19/1 19/2 19/4 19/4
thing [4] 5/11 6/23 15/20 18/8
things [8] 5/1 6/24 7/3 9/20 11/13 12/23 14/2 18/10
think [29]
thinking [1] 9/10
third [1] 13/12
this [27]
Thomas [1] 1/15
those [8] 5/16 8/14 9/7 14/1 14/1 14/4 15/2 15/3
though [1] 14/20
thought [4] 5/23 13/9 18/24 19/4
three [1] 17/15
through [6] 6/14 12/1 13/24 14/25 15/3 18/2
Thursday [1] 8/13
tied [1] 17/18
time [6] 9/6 10/21 12/8 12/21 13/9 16/18
timeline [1] 9/16
times [1] 19/2
tired [1] 7/6
today [4] 10/23 12/4 12/16 19/23
Toni [5] 2/13 2/15 20/4 20/12 20/12
too [2] 4/8 7/5
took [1] 6/11
top [1] 12/23
totally [3] 10/10 13/2 13/4
touch [1] 16/14
track [2] 4/20 14/21
transcript [2] 1/11 20/7
transcription [1] 2/20
Transocean [1] 4/21
TREXs [1] 9/8
trial [15] 7/20 7/24 8/10 8/11 8/19 8/20 8/25 9/12 10/5 10/8 10/25 12/9 17/9 17/14 17/18
tried [1] 14/20
true [1] 20/6
Try [1] 8/17
trying [2] 7/2 12/25
Tusa [5] 2/13 2/15 20/4 20/12 20/12
two [7] 5/7 5/13 9/14 9/20 9/24 13/22 16/21
type [1] 6/22

## U

U.S [6] 1/22 5/25 6/9 6/16 7/22 14/13
Uh [1] 12/12
Uh-huh [1] 12/12
under [5] 6/20 6/25 7/3 7/21 9/16
understand [3] 4/19 16/5 19/14
understanding [1] 20/8
understands [1] 6/19
understood [1] 15/24
UNITED [4] 1/1 1/12 1/22 20/5
unredacted [1] 6/24
until [5] 8/12 11/1 11/18 11/22 12/10
up [17] 6/18 8/1 8/14 9/3 9/7 9/8 9/22 12/19 14/3 14/20 14/24 16/6 16/13 18/3 18/4 18/16 19/18
update [1] 5/8
use [4] 6/8 6/16 11/14 17/17
used [6] 8/8 8/11 8/21 10/9 10/18 10/22
using [1] 2/19

## V

vast [1] 13/25
version [1] 6/9
versions [2] 6/16 6/24
very [5] 4/12 11/18 12/22 12/22 14/7
video [1] 9/6
view [1] 19/4

## W

walkthrough [2] 15/25 16/6
want [12] 5/8 6/23 7/18 7/25 10/15 10/18 10/20 11/13 12/1 18/17 19/6 19/24
wanted [2] 5/19 18/10
wants [2] 10/2 16/1
was [28]
Washington [2] 1/24 2/4
wasn't [2] 7/2 13/7
way [8] 6/13 8/9 8/10 9/15 11/17 12/4 13/10 14/25
we [88]
we'll [4] 4/24 15/3 15/9 15/21
Web [3] 7/19 8/1 9/22
week [7] 9/9 12/16 12/16 14/18 15/2 15/21 19/23
weekend [2] 15/9 19/23
weekly [4] 9/11 11/13 12/24 13/8
weeks [2] 13/9 13/25
well [5] 5/4 9/7 16/6 17/2 17/12
went [2] 9/8 16/6
were [15] 6/21 9/2 9/6 10/8 13/9 14/1 14/2 14/6 15/4 15/4 16/21 17/17 18/1 18/21 18/22
what [15] 6/3 6/18 6/21 8/7 8/8 10/4 10/19 13/3 13/20 16/16 16/19 18/2 18/15 19/16 19/20
what's [4] 10/3 11/10 15/22 17/5
whatever [2] 7/9 10/25
when [2] 6/20 13/8
where [4] 6/15 10/23 17/3 17/20
whether [2] 10/24 11/21
which [6] 7/24 8/24 11/17 17/17 17/24 18/12
while [1] 15/16
who [3] 8/4 10/2 15/11
whoever [1] 15/23
why [2] 11/7 12/5
will [8] 11/11 11/12 12/17 15/8 15/22 18/16 19/18 19/23
withdrawn [1] 14/1
witness [1] 17/18
work [4] 4/24 13/10 13/22 18/2
worked [1] 9/5
working [5] 1/11 4/10 6/13 6/15 14/25
workrooms [1] 16/7
worth [1] 5/11
would [10] 8/14 8/24 10/15 11/9 11/20 12/13 12/19 12/25 14/6 17/19
wouldn't [1] 18/24
writing [1] 18/11
wrong [1] 10/10

## Y

y'all [1] 19/24
yeah [6] 4/25 6/18 7/12 11/9 12/3 17/11
Yep [1] 4/22
Yes [2] 5/24 16/21
yesterday [10] 4/6 5/16 6/10 7/18 8/7 8/9 13/24 14/20 15/4 16/6
yesterday's [1] 6/4
yet [1] 19/21
you [28]
you're [1] 7/5
your [29]
Your Honor [21]
Your Honor's [2] 16/15 17/19
yours [1] 7/8