UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.:  2179<br><br>Section "J" |
| | Judge Barbier |
| This Document Relates to: | Magistrate Judge Shushan |

2:12-cv-01483
2:12-cv-01484
2:12-cv-01485
2:12-cv-02194
2:13-cv-05370
2:13-cv-05371
2:13-cv-05369
2:13-cv-05372
2:12-cv-02048
2:12-cv-02155
2:12-cv-00988
2:12-cv-01295
2:12-cv-02338
2:12-cv-00381
2:13-cv-01758
2:13-cv-03747

**PLAINTIFFS' NOTICE OF CHANGE OF FIRM NAME,
NOTICE OF CHANGE OF ATTORNEY OF RECORD, AND
DIRECTIONS TO CLERK TO UPDATE ATTORNEY INFORMATION**

PLEASE take notice that:

1. The law firm of KRUPNICK CAMPBELL MALONE BUSER SLAMA HANCOCK LIBERMAN & MCKEE, P.A. has changed its firm name to **KRUPNICK CAMPBELL MALONE BUSER SLAMA HANCOCK LIBERMAN, P.A.** The firm's address and phone number remain the same and are:

**KRUPNICK CAMPBELL MALONE BUSER**
**SLAMA HANCOCK LIBERMAN, P.A.**
Legacy Bank Building, Suite 801
12 Southeast Seventh Street
Fort Lauderdale, Florida 33301-3434

954-763-8181 telephone
954-763-8292 facsimile

2.  While the law firm of KRUPNICK CAMPBELL MALONE BISER SLAMA HANCOCK LIBERMAN, P.A. is still the law firm representing Plaintiffs, attorney **KELLEY B. STEWART** shall now be designated as the **counsel of record**.

3.  Attorney **ROBERT J. MCKEE** should be **removed** as counsel of record.

4.  The Clerk is directed to update the above attorney information.

Respectfully submitted on September 6, 2013.

          KRUPNICK, CAMPBELL, MALONE,
          BUSER, SLAMA, HANCOCK, LIBERMAN, P.A.


          By: /s/   Kelley B. Stewart

          Kelley B. Stewart, Esquire
          Florida Bar Number:  492132
          kstewart@krupnicklaw.com
          12 Southeast Seventh Street, Suite 801
          Fort Lauderdale, Florida  33301-3434
          954-763-8181 telephone
          954-763-8292 facsimile
          and
          Stuart H. Smith, Esquire
          Louisiana Bar Number:  17805
          ssmith@smithstag.com
          SMITH STAG, L.L.C.
          One Canal Place, Suite 2850
          365 Canal Street
          New Orleans, Louisiana  70130
          (504) 593-9600 telephone
          (504) 593-9601 facsimile

          *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Plaintiffs' Notice of Change of Firm Name, Notice of Change of Attorney of Record, and Directions to Clerk to Update Attorney Information has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of September 2013.

KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK, LIBERMAN, P.A.

By: /s/   Kelley B. Stewart

Kelley B. Stewart, Esquire
Florida Bar Number:  492132
kstewart@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3434
954-763-8181 telephone
954-763-8292 facsimile

and

Stuart H. Smith, Esquire
Louisiana Bar Number:  17805
ssmith@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

*Attorneys for Plaintiffs*