UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Regarding BP's Motion for a Short Extension to File its Objections to Claims Administrator's Proposed 4th Quarter 2013 Budget (Rec. doc. 11273)]**

Following review of BP's Motion for a Short Extension of Time to File its Objection to the Claims Administrator's Proposed Fourth Quarter Budget and Request for an Evidentiary Hearing, the Court hereby GRANTS the Motion. BP shall file its brief, no longer than 10 pages (along with specific proposed budget revisions), **by noon on Wednesday, September 11, 2013.** Any opposition no longer than 10 pages shall be filed **by the close of business Friday, September 13, 2013** and shall include the countervailing budget items. No further briefing will be allowed.

New Orleans, Louisiana, this 6th day of September, 2013.

SALLY SHUSHAN
**United States Magistrate Judge**