IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | | SECTION J |
| This document relates to all actions | * * * | HONORABLE CARL J. BARBIER |
| | * * * * * | MAGISTRATE JUDGE SHUSHAN |

**RESPONSE TO BP'S MOTION FOR EXTENSION
OF TIME TO FILE OBJECTIONS TO THE CLAIMS
ADMINISTRATOR'S PROPOSED 2013 FOURTH QUARTER BUDGET**

The Deepwater Horizon Court Supervised Settlement Program and Patrick A. Juneau, in his capacity as Claims Administrator and Trustee, respectfully submit this response to BP's motion for an extension of time to file its objections to the Claims Administrator's proposed 2013 Fourth Quarter Budget.

Pursuant to this Court's order, BP's brief regarding its objections to the Claims Administrator's proposed fourth quarter budget is due today, September 6, 2013. BP has requested that it be granted an additional two business days to file its brief. *See* Rec. Doc. 11273. The Claims Administrator's Office ("CAO") takes no position on the relief requested by BP. However, the CAO respectfully requests that, if the Court is inclined to grant the relief sought by BP, that the CAO be granted the same relief and receive an additional two business days to file its responsive brief. Thus, if the Court is inclined to allow BP until Tuesday, September 10, 2013 to submit its brief, then the CAO respectfully requests that its responsive brief be due on Monday, September 16, 2013.

        Respectfully submitted,

        /s/ *Gina M. Palermo*
        Richard C. Stanley, 8487
        Jennifer L. Thornton, 27019
        Gina M. Palermo, 33307
        Patrick H. Fourroux, 34550
           Of
        STANLEY, REUTER, ROSS
         THORNTON & ALFORD, LLC
        909 Poydras Street, Suite 2500
        New Orleans, Louisiana 70112
        Telephone:  (504) 523-1580
        Facsimile:  (504) 524-0069

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of September, 2013, I electronically filed the foregoing Motion to Enroll as Additional Counsel of Record by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

        */s/ Gina M. Palermo*