UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:**<br>No. 12-311 | * * * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### JOINT MOTION FOR ENTRY OF AMENDED CASE MANGEMENT AND SCHEDULING ORDER AND INCORPORATED MEMORANDUM IN SUPPORT

**NOW INTO COURT**, through undersigned counsel, come Cameron International Corporation ("Cameron") and Liberty International Underwriters, Inc. ("Liberty"), and jointly move the Court for entry of the Amended Case Management and Scheduling Order (the "Order") attached hereto as Exhibit 1.  In support thereof, the parties state:

Discovery is on-going in this matter.  The Parties have conferred and agree upon the entry of the proposed Order to govern this proceeding, provided it is agreeable to the Court.

1137225v1

**WHEREFORE**, Cameron and Liberty respectfully request that the Court grant this motion and enter the Amended Case Management and Scheduling Order attached hereto.

Dated:  September 6, 2013

Respectfully submitted,

| | |
|---|---|
| /s/ Judy Y. Barrasso | /s/ Phillip A. Wittmann |
| Judy Y. Barrasso, 2814 | Phillip A. Wittmann, 13625 |
| jbarrasso@barrassousdin.com | pwittmann@stonepigman.com |
| Celeste Coco-Ewing, 25002 | Carmelite M. Bertaut, 3054 |
| ccocoewing@barrassousdin.com | cbertaut@stonepigman.com |
| BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C. | STONE PIGMAN WALTHER WITTMANN L.L.C. |
| 909 Poydras Street, 24th Floor | 546 Carondelet Street |
| New Orleans, Louisiana 70112 | New Orleans, Louisiana 70130 |
| 504-589-9700 (Telephone) | 504-581-3200 (Telephone) |
| 504-589-9701 (Facsimile) | 504-581-3361 (Facsimile) |
| | |
| Christopher W. Martin | WILLKIE FARR & GALLAGHER LLP |
| Federal I.D. 13515 | Mitchell J. Auslander |
| Gary L. Pate | masulander@willkie.com |
| Federal I.D. 29713 | Jeffrey B. Korn |
| 808 Travis, Suite 1800 | jkorn@willkie.com |
| Houston, Texas 77002 | 787 Seventh Avenue |
| 713-632-1700 (Telephone) | New York, New York 10019 |
| 713-222-0101 (Facsimile) | (212) 728-8000 |
| | |
| *Attorneys for Liberty International Underwriters, Inc.* | *Attorneys for Cameron International Corporation* |

# CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Motion for Entry of Amended Case Management and Scheduling Order and Incorporated Memorandum in Support has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of September, 2013.

*/s/ Phillip A. Wittmann*