UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:**<br>No. 12-311 | * * * | MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>**AMENDED CASE MANGEMENT AND SCHEDULING ORDER**</u>

Cameron International Corporation and Liberty Insurance Underwriters, Inc. hereby submit to this Court their Proposed Amended Case Management and Scheduling Order.

**I.    DISCOVERY**

  A.   **Rule 26(f) Conference:**  The parties met and conferred pursuant to Fed. R. Civ. P. 26(f) on April 25, 2012.

  B.   **Initial Disclosures:**  The parties exchanged initial disclosures in accordance with Fed. R. Civ. P. 26(a)(1) on September 14, 2012.

  C.   **Written Discovery Requests:**  The parties may propound up to 35 interrogatories, 25 requests for production, and 25 requests for admissions.  No new written discovery requests may be propounded by either party after the date of this order.

  D.   To the extent production involves ESI, MDL No. 2179 Pretrial Order No. 16 will apply.

1137202v1

  E. To the extent production of any document involves privileged and/or work product materials, MDL No. 2179 Pretrial Order No. 14 (except for paragraph 2 thereof) will apply.

  F. **Fact Depositions:** All depositions have been completed, with the exception of the depositions of Alan Mandel and Charles Sledge, which the parties have agreed may be conducted after the end of fact discovery.

  G. All fact discovery, except for the depositions identified in paragraph F, concluded on August 15, 2013.

  H. **Experts:** Expert reports as to affirmative claims where a party has the burden of proof shall be submitted by October 15, 2013. Responsive reports must be submitted by November 12, 2013. Expert depositions may commence on December 13, 2013, and shall be completed by January 31, 2014.

**II. RULE 56 MOTIONS FOR SUMMARY JUDGMENT**

  A. Any party seeking summary judgment shall file its motion no later than March 10, 2014.

  B. Responses to motions for summary judgment shall be filed 30 days after the motion is filed and served.

  C. Replies in support of motions for summary judgment shall be filed 20 days after the response is filed and served.

  D. Following the close of briefing, the Court will hold a hearing on the summary judgment motions on a date set by the Court.

**III.   PRE-TRIAL AND TRIAL**

The parties shall prepare and submit a joint Pre-Trial Order in accordance with the attached by **Thursday, June 5, 2014 at 4:30 p.m.**  The Pre-Trial conference will be held with Judge Barbier and jury trial will be held by Judge Barber on dates to be set.

**IV.   AMENDMENTS TO THIS ORDER**

Pursuant to Rule 16(b)(4), the parties may seek modification of this order for good cause and with the judge's consent.

New Orleans, Louisiana, this ___ day of September, 2013.

_____
THE HONORABLE SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE