

SPECIAL MASTER REPORT

Ex. B