IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| This document relates to all actions | * * * * * * * * | HONORABLE CARL J. BARBIER |
| | | MAGISTRATE JUDGE SHUSHAN |

**THE CLAIMS ADMINISTRATOR'S MOTION FOR A
SHORT EXTENSION OF TIME TO FILE A RESPONSE TO BP'S
OBJECTIONS TO THE PROPOSED 2013 FOURTH QUARTER BUDGET**

The Deepwater Horizon Court Supervised Settlement Program and Patrick A. Juneau, in his capacity as Claims Administrator and Trustee, respectfully move this Court for an order granting the Claims Administrator's Office ("CAO") a short extension of time in which to file its response to BP's objections to the Claims Administrator's proposed 2013 Fourth Quarter Budget.

On August 7, 2013, Magistrate Judge Shushan entered an order that outlined a process for resolving the parties' disputes with respect to the fourth quarter 2013 budget. Pursuant to that order, BP, the Claims Administrator and Class Counsel participated in a Claims Administration Panel meeting on Wednesday, September 4. The August 7 Order required BP to file a brief regarding any remaining objections to the fourth quarter budget by Friday, September 6, and the CAO was ordered to file its response to BP's objections by Tuesday, September 10, thus giving BP two business days from the date of the Panel meeting to file its brief, and giving the CAO two business days to respond to BP's brief. *See* Order, Rec. Doc. 10955.

On Friday, September 6, BP filed a motion requesting additional time to file its brief, and the Court issued an order granting BP an additional 2.5 business days to file its brief (until Wednesday, September 11), but requiring the CAO to file its responsive brief by the close of business on Friday, September 13. *See* Rec. Doc. 11279. The CAO respectfully requests that, in the interest of fairness and because potentially complicated and detailed budgetary disputes may be presented in BP's brief, the CAO be afforded an additional two business days to file a responsive brief. Accordingly, the CAO requests that its responsive brief be due Tuesday, September 17, 2013. A proposed order is attached for the Court's convenience.

      Respectfully submitted,

      /s/ *Gina M. Palermo*
      Richard C. Stanley, 8487
      Jennifer L. Thornton, 27019
      Gina M. Palermo, 33307
          Of
      STANLEY, REUTER, ROSS
       THORNTON & ALFORD, LLC
      909 Poydras Street, Suite 2500
      New Orleans, Louisiana 70112
      Telephone: (504) 523-1580
      Facsimile: (504) 524-0069

*Attorneys for Deepwater Horizon Court Supervised Settlement Program and Patrick A. Juneau, in his capacity as Claims Administrator and Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2013, I electronically filed the foregoing by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Gina M. Palermo*