IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 <br><br> SECTION J |
| This document relates to all actions | * * * * * * * | HONORABLE CARL J. BARBIER <br><br> MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding the Claims Administrator's Motion for a Short Extension of Time to File a Response to BP's Objections to the Proposed 2013 Fourth Quarter Budget]**

Following review of the Claims Administrator's Motion for a Short Extension of Time to File a Response to BP's Objections to the Proposed Fourth Quarter Budget, the Court hereby GRANTS the Motion. The Claims Administrator shall file a brief responsive to BP's objections to the proposed 2013 fourth quarter budget, no longer than 10 pages, by Tuesday, September 17, 2013.

New Orleans, Louisiana, this ____ day of September, 2013.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**