| | |
|---|---|
| IN RE:   OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | § § § §   MDL NO. 2179 |
| | § §   SECTION J |
| This Document Relates To: | § § |
| | § §   JUDGE BARBIER |
| Civil Action No. 2:13-cv-01632-CJB-SS *Offshore Surveyors, LLC v. BP Exploration & Production, Inc., et al.* | § § §   MAGISTRATE JUDGE SHUSHAN § |

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

OFFSHORE SURVEYORS, LLC
NON-GOVERNMENTAL
CORPORATE PARTIES
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S' STOCK: None

PARENT CORPORATIONS:   None

Dated: September 9, 2013.

**BARON & BUDD, P.C.**

BY: _M. Cristina Sanchez_ (signature)

M. CRISTINA SANCHEZ (Texas Bar No. 24041856)
csanchez@baronbudd.com
SCOTT SUMMY (Texas Bar No. 19507500)
ssummy@baronbudd.com
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181

**MCKERNAN LAW FIRM**
CHET BOUDREAUX, #28504
cboudreaux@mckernanlawfirm.com
5630 Bankers Avenue
Baton Rouge, LA 70808
Telephone: (225) 926-1234
Facsimile: (225) 926-1202