UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | : | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| Hobson v. BP p.l.c., et al. (1:10-cv-00341) (S.D. AL.) | : | Mag. Judge Shushan |
| | : | |

CORRECTED NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF THE ABOVE-CAPTIONED COURT AND TO ALL PARTIES HEREIN AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, effective immediately EMERSON POYNTER LLP has moved its offices in Little Rock, Arkansas. The firm's new mailing address for its Little Rock, Arkansas office is as follows:

**EMERSON POYNTER LLP**
**The Rozelle-Murphy House**
**1301 Scott Street**
**Little Rock, Arkansas 72202**
**Telephone: (501) 907-2555**
**Facsimile: (501) 907-2556**

Dated: September 9, 2013      **EMERSON POYNTER LLP**

  /s/ Scott E. Poynter
Scott E. Poynter
E-Mail: spoynter@emersonpoynter.com
Christopher D. Jennings
E-Mail: cjennings@emersonpoynter.com
William T. Crowder
E-Mail: wcrowder@emersonpoynter.com
Corey D. McGaha
E-Mail: cmcgaha@emersonpoynter.com
The Rozelle-Murphy House
1301 Scott Street
Little Rock, Arkansas 72202
Telephone: (501) 907-2555
Facsimile: (501) 907-2556

John G. Emerson
E-Mail: jemerson@emersonpoynter.com
EMERSON POYNTER LLP
830 Apollo Lane
Houston, Texas 77058
Telephone: (281) 488-8854
Facsimile: (281) 488-8867

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

    I, Scott E. Poynter, hereby certify that on September 9, 2013, I caused the foregoing document to the be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties indicated on the electronic filing receipt.

                                /s/ Scott E. Poynter
                                    Scott E. Poynter