UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARVIN SCOTT, JR., <br> CHIBBCO EQUIPMENT, CORP., <br> MARION HESS, JR., <br> HESS, INC., <br> BREWSTER B. STALTER, II <br> Plaintiffs, <br><br> VERSUS <br><br> BP EXPLORATION & PRODUCTION, INC., <br> ET AL <br> Defendants. | * CIVIL ACTION NO. 13-1832 <br> * <br> * SECTION: "J" <br> * <br> * JUDGE CARL J. BARBIER <br> * <br> * MAGISTRATE JUDGE SHUSHAN <br> * <br> * <br> * <br> * <br> * |

**FIRST AMENDED COMPLAINT FOR DAMAGES**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, who respectfully files this Amended Complaint as a matter of course within 21days after serving its original complaint, as allowed by Federal Rule of Civil Procedure 15(a)(1)(A) in the following respects:

## I.   INTRODUCTION

Plaintiffs re-aver all factual allegations set forth in the Original Complaint for Damages.

## II.   PARTIES

By making the following changes and additions:

**A.   PLAINTIFFS**

1.   **Marvin Scott, Jr.** is a person of the full age majority and resident of New Orleans, Louisiana. Plaintiff Scott worked for Halliburton Energy Services, Inc. prior and during the

1

Deepwater Horizon disaster. As a result of the events described herein, Halliburton Energy Services, Inc. suffered an economic downturn and was forced to lay Plaintiff Scott off which has caused him to suffer ascertainable losses and damages directly related to the disaster.

2. **Chibbco Equipment, Corp.**, a corporation with its principle place of business in the State of Louisiana. As a direct result of the events described herein, Chibbco Equipment, Corp. suffered an economic downturn which has caused Chibbco Equipment, Corp. to suffer ascertainable losses and damages.

3. **Marion Hess, Jr.** is a person of the full age majority and resident of New Orleans, Louisiana. Plaintiff Hess owned and worked for Hess, Inc. prior and during the Deepwater Horizon disaster. At all times pertinent hereto, Hess, Inc. was a distributor of offshore health and environmental supplies prior to, during, and subsequent to the Deepwater Horizon disaster. As a result of the events described herein, Hess, Inc. suffered an economic downturn which has caused Plaintiff Marion Hess, Jr. to suffer ascertainable losses and damages.

4. **Hess, Inc.**, a corporation with its principle place of business in the State of Louisiana. At all times pertinent hereto, Hess, Inc. was a distributor of offshore health and environmental supplies prior to, during, and subsequent to the Deepwater Horizon disaster. As a result of the events described herein, Hess, Inc. suffered an economic downturn which has caused Hess, Inc. to suffer ascertainable losses and damages.

5. **Brewster B. Stalter, II** is a person of the full age majority and resident of New Orleans, Louisiana. Plaintiff Stalter was an insurance broker prior and during the Deepwater Horizon disaster. As a result of the events described herein, Plaintiff Stalter's business suffered an economic downturn which has caused him to suffer ascertainable losses and damages.

## IV.  FACTUAL ALLEGATIONS

By adding an additional paragraph following Paragraph 36 to be numbered Paragraph 37, to read as follows:

### 37.

Plaintiff Scott worked for Halliburton Energy Services, Inc. prior and during the Deepwater Horizon disaster. As a result of the events described herein, Halliburton Energy Services, Inc. suffered an economic downturn and was forced to lay Plaintiff Scott off which has caused him to suffer ascertainable losses and damages directly related to the disaster.

By adding an additional paragraph following Paragraph 37 to be numbered Paragraph 38, to read as follows:

### 38.

As a direct result of the events described herein, Chibbco Equipment, Corp. suffered an economic downturn which has caused Chibbco Equipment, Corp. to suffer ascertainable losses and damages.

By adding an additional paragraph following Paragraph 38 to be numbered Paragraph 39, to read as follows:

### 39.

Plaintiff Hess owned and worked for Hess, Inc. prior and during the Deepwater Horizon disaster. At all times pertinent hereto, Hess, Inc. was a distributor of offshore health and environmental supplies prior to, during, and subsequent to the Deepwater Horizon disaster. As a result of the events described herein, Hess, Inc. suffered an economic downturn which has caused Plaintiff Marion Hess, Jr. to suffer ascertainable losses and damages.

By adding an additional paragraph following Paragraph 39 to be numbered Paragraph 40, to read as follows:

**40.**

At all times pertinent hereto, Hess, Inc. was a distributor of offshore health and environmental supplies prior to, during, and subsequent to the Deepwater Horizon disaster. As a result of the events described herein, Hess, Inc. suffered an economic downturn which has caused Hess, Inc. to suffer ascertainable losses and damages.

By adding an additional paragraph following Paragraph 40 to be numbered Paragraph 41, to read as follows:

**41.**

Plaintiff Stalter was an insurance broker prior and during the Deepwater Horizon disaster. As a result of the events described herein, Plaintiff Stalter's business suffered an economic downturn which has caused him to suffer ascertainable losses and damages.

## V. DAMAGES

**42.**

By making the following changes:

As a result of Defendants' acts or omissions resulting in the discharge of oil, Plaintiffs have suffered the following damages:

a) Past, present, and future loss of wages;

b) Loss of profits;

c) Past, present, and future loss of earning capacity;

d) Economic loss;

e) Loss of subsistence use; and

f) Other damages itemized at the trial of this matter.

Respectfully submitted,

FRANK J. D'AMICO, JR. APLC

/s/ Frank J. D'Amico, Jr.
Frank J. D'Amico, Jr.
622 Baronne Street
New Orleans, LA 70113
Phone: 504.525.7272
Fax: 504-525-9522