UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.:  2179 |
| | Section "J" |
| | Judge Barbier |
| This Document Relates to: | Magistrate Judge Shushan |
| 2:13-cv-05370 | |

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), the Plaintiffs state as follows:

1.  ANDERSON OUTDOOR ADVERTISING, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

2.  CHANPAUL, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

3.  TOP NOTCH SPORT FISHING, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

4.  PESCA FINA DE TUXPAM, S.A. DE C.V. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

5. K&B TUNA, S.A. DE C.V. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

6. EAST PASS TOWERS CONDOMINIUM ASSOCIATION, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

7. TRUSTMARK NATIONAL BANK is a federally chartered banking institution and states that 100% of its stock is owned by Trustmark Corporation and that neither corporation is a publicly held corporation.

8. KRISTIN LEE, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

9. REEL STRIKE, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

10. MAS VENTURES, INC. states that 100% of its stock is owned by Michael A. Sassano III Revocable Trust which is entirely owned by Michael A. Sassano, personally and that neither entity is a publicly held corporation.

11. THISVI INVESTMENTS, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

12. TAURUS DEVELOPMENT CORPORATION states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

13. DORADO DEL GOLFO, S.A. DE C.V. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

14. ROBALO IX, S.A. DE C.V. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

15. CORPORATIVO ATUNERO SCORPIO SA DE CV states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

16. PESCADOS Y MARISCOS MORA, S.A. DE C.V. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

17. PESCADORES DE ESPECIES DEL GOLFO, SC DE RL DE CV states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

18. PESCADORES DE SANTA MARIA SC DE RL DE CV states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

19. PESCADOS Y MAS S.A. DE C.V. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

20. JAW LAND COMPANY, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

21. JULIARD'S PROPERTIES, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

22. BEUMER ENTERPRISES, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

23. THE KEY AMBASSADOR COMPANY d/b/a BEST WESTERN KEY AMBASSADOR states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

24. KREW OF RASBERRY, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

25. THE BOAT YARD, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

26. LADY OF FATIMA, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

27. PREVLAKA, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

28. RIGS, REEFS & WRECKS, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

29. FRESH FISH LIVE BAIT CO. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

30. JANICE ANN, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

31. WAHOO PRODUCTIONS OF FLORIDA, INC. d/b/a WHALE HARBOR RESTAURANT AND MARINA states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

32. GALLEON PROPERTIES, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

33. HOLIDAY SURF AND RACQUET CLUB CONDOMINIUM, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

34. HOG HEAVEN, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

35. WILLIAM H. GILMORE, INC. d/b/a DOUBLE EAGLE CHARTER BOATS states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

36. MIRAGE INTERNATIONAL, INC. d/b/a IBIS BAY RESORT states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

37. CHOKOLOSKEE ISLAND OUTFITTERS, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

38. CELEBRITY OF SAN MARCO, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

        KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN, P.A.


By: /s/   Kelley B. Stewart

Kelley B. Stewart, Esquire
Florida Bar Number:  492132
kstewart@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3434
954-763-8181 telephone
954-763-8292 facsimile

and

Stuart H. Smith, Esquire
Louisiana Bar Number:  17805
ssmith@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Plaintiffs' Corporate Disclosure Statement has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of September 2013.

        KRUPNICK, CAMPBELL, MALONE,
        BUSER, SLAMA, HANCOCK,
        LIBERMAN, P.A.

        By: /s/   Kelley B. Stewart

        Kelley B. Stewart, Esquire
        Florida Bar Number:  492132
        kstewart@krupnicklaw.com
        12 Southeast Seventh Street, Suite 801
        Fort Lauderdale, Florida  33301-3434
        954-763-8181 telephone
        954-763-8292 facsimile

        and

        Stuart H. Smith, Esquire
        Louisiana Bar Number:  17805
        ssmith@smithstag.com
        SMITH STAG, L.L.C.
        One Canal Place, Suite 2850
        365 Canal Street
        New Orleans, Louisiana  70130
        (504) 593-9600 telephone
        (504) 593-9601 facsimile

        *Attorneys for Plaintiffs*