# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| *12-968* | * | MAGISTRATE SHUSHAN |
| | * | |

## ORDER

Before the Court is Mike and Patricia Sturdivant, Susan Forsyth, and James Kirby's (collectively, "Appellants") Ex Parte Motion for Extension of Time to Post Bond.  (Rec. Doc. 11245)

IT IS ORDERED that the Motion is GRANTED IN PART, as follows:  Appellants are granted an extension of 7 days, up to and including September 18, 2013, to post a $50,000 appeal bond.  No further extensions shall be granted.

New Orleans, Louisiana, this 9th day of September, 2013.

_____
United States District Judge