UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL BY THE OIL RIG          MDL No.:  2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010          Section "J"

                                          Judge Barbier

This Document Relates to:                 Magistrate Judge Shushan

2:13-cv-05371

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), the Plaintiffs state as follows:

1.      MOLD CRAFT PRODUCTS, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

2.      J. PAUL INVESTMENTS, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

3.      GJC INTERNATIONAL OF FLORIDA, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

4.      COOL WAVE, INC., states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

5.      EMERALD COAST DEVELOPMENT & CONSULTING INC., states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

6.      FLORIDA GIFT SHOP INC., states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

7.      BAY TIMBER CO. INC., states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

8.      KEY WEST HARBOUR YACHT CLUB CONDOMINIUM ASSOCIATION, INC. states that 100% of its stock is owned by Key West Marina Investments, LLC and that neither is a publicly held corporation.

9.      NAPLES HARBOUR YACHT CLUB CONDOMINIUM ASSOCIATION, INC. states that 100% of its stock is owned by Naples Marina Investments, LLC and that neither is a publicly held corporation.

10.      SLICK DESIGNS & APPAREL OF MIAMI, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

11.      HGWV, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

12.      FLORIDIAN CONSTRUCTION AND DEVELOPMENT COMPANY, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

13.      EMERALD COAST AIR, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

14.      BMC FISHERIES, SA DE CV, states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

15.     CLEVELAND TECHNOLOGIES, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

16.     K & H CONSTRUCTION, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

17.     BOND & ASSOCIATES, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

18.     CORAL CITY HOLDINGS INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

19.     ULUWATU BALI ISLAND INC., states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

20.     D.K. ENTERPRISES OF AMERICA, INC. d/b/a DISTRICT 7, states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

21.     CONSOLIDATED COMPANIES, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

22.     DON'S BOAT LANDING, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

23.     FLUID CHECK DOCUMENTATION & INSPECTION SERVICES, INC., states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

24.     LOUISIANA ENVIRONMENTAL ACTION NETWORK, INC. ("LEAN") states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

25.     ON WINGS OF CARE, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

26.     PATRIOT SERVICES CORPORATION states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

27.     NEW ORLEANS CARRIAGE CAB CORPORATION states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

28.     NEW ORLEANS ELITE CAB CORPORATION states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

29.     CHECKERS CABS, INC. f/k/a CRV, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

30.     NEW ORLEANS COLD STORAGE AND WAREHOUSE COMPANY LTD. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

31.     VINCE'S SEAFOOD, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

32.     COASTAL PRODUCT SERVICE, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

33.     THE BRYLSKI COMPANY states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

34.     BLUE HORIZON LODGE, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

35.     CARIBEE BOAT SALES & MARINA, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

36.     THE COMMODORE SALES & RENTAL CORPORATION states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

37.     BUEHNER-FRY, INC. d/b/a NAVIS states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

38.     FIN MASTER, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

39.     MTM CARPENTRY SERVICES, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

40.     NEWMAN-DAILEY     RESORT     PROPERTIES     RENTAL MANAGEMENT, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

41.     THE GOLD NUGGET, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

42.     ARNOLD'S AUTO AND MARINE REPAIR, INC. d/b/a ARNOLD'S TOWING states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

43.     BEACH WORKS INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

44.     ALL KEYS WELDING, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

45.     SHORT TEEZE, INC. d/b/a SHORTY'S MARKET states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

46.     FLORIDA AEROCHARTER, INC. d/b/a AIR KEY WEST states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

47.     GREAT PANES GLASS COMPANY INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

48.     WALTER SPRAGGINS d/b/a FLORIDA NUPTIALS, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

49.     331 WATER SPORTS INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

50.     MELISSA CLEMENTS & ASSOCIATES INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

51.     D'ASIGN GROUP, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

52.     G.G. 26, INC. d/b/a GIFT SHOP states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

53.     DUVAL GROUP INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

54.     THE MEL FISHER MARITIME HERITAGE SOCIETY, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

55.     CHOP STIX AT SANTA ROSA, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

56.     LIN'S ASIAN CUISINE II, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

57.     LIN'S ASIAN CUISINE, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

58.     PIRATE ISLAND DIVERS INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

59.     THORNBURGH CONSTRUCTION COMPANY OF THE FLORIDA KEYS states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

60.     RUSTY ANCHOR SEAFOOD OF KEY WEST, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

61.     BIG PINE KEY FISHING LODGE INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

62.     ROY & BEN CORPORATION states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

63.     STEELE BLADES, INC. d/b/a POCO PELO states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

64.     SMALL THYME TILE INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

65.     SPOTLESS PCB INC. f/k/a LF RESTORATION, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

66.     FLORIDA KEYS LOBSTER HOUSE, INC. d/b/a ANNETTE'S FLORIDA KEYS LOBSTER HOUSE states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

67.     BEAUTY GEMS JEWELRY, INC. d/b/a PACIFIC JEWELRY states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

68.     CONVERGENT STRATEGIES CONSULTING, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

69.     DUNCAN'S AUTO SALES, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

70.     CHANDLER AND ASSOCIATES OF PANAMA CITY, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

71.     MARATHON VETERINARY HOSPITAL, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

72.     B.O.'S FISH WAGON, INC. states that it does not have any parent corporation and that no publicly held corporation owns ten percent or more of its stock.

Respectfully submitted on this 9th day of September 2013.

KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN, P.A.


By: /s/   Kelley B. Stewart

Kelley B. Stewart, Esquire
Florida Bar Number:  492132
kstewart@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3434
954-763-8181 telephone
954-763-8292 facsimile

and

Stuart H. Smith, Esquire
Louisiana Bar Number:  17805
ssmith@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Plaintiffs' Corporate Disclosure

Statement has been served on All Counsel by electronically uploading the same to LexisNexis

File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically

filed with the Clerk of Court of the United States District Court for the Eastern District of

Louisiana by using the CM/ECF System, which will send a notice of electronic filing in

accordance with the procedures established in MDL 2179, on this 9th day of September 2013.


KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN, P.A.


By:  /s/   Kelley B. Stewart

Kelley B. Stewart, Esquire
Florida Bar Number:  492132
kstewart@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3434
954-763-8181 telephone
954-763-8292 facsimile

and

Stuart H. Smith, Esquire
Louisiana Bar Number:  17805
ssmith@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

*Attorneys for Plaintiffs*