UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig   "Deepwater Horizon" in the Gulf   of Mexico, on April 20, 2010 | * * * * | MDL 2179   SECTION "J" |
| Applies to: | * * | JUDGE BARBIER |
| *All Cases* | * * | MAGISTRATE SHUSHAN |

## ORDER

The Court, having considered the cross-appeals by the United States (Rec. Doc. 11199) and BP (11246) from the Magistrate Judge's rulings regarding the crime-fraud exception to the attorney-client privilege (Rec. Docs. 11128, 10336), as well as the briefing previously submitted to the Magistrate Judge, finds that the Magistrate Judge's rulings were neither clearly erroneous nor contrary to law. Accordingly,

IT IS ORDERED that the cross-appeals are OVERRULED and the Magistrate Judge is AFFIRMED.

New Orleans, Louisiana, this 9th day of September, 2013.

_____
United States District Judge