IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater | * | MDL No. 2179 |
| Horizon" in the Gulf of Mexico, | * | |
| On April 20, 2010 | * | Section: J |
| | * | |
| This filing relates to: *All Cases* | * | District Judge Carl J. Barbier |
| | * | |
| (Including Civil Action No. 12-970) | * | Magistrate Judge Sally Shushan |
| | * | |
| | * | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**MOTION BY BROWNGREER PLC TO RESTRICT USE OF SPECIAL MASTER
REPORT PENDING FINAL REVIEW AND DECISION BY THE COURT**

For the reasons set out in the accompanying Memorandum in Support of this Motion, BrownGreer PLC moves for entry of an Order, in the form submitted with this Motion, prohibiting use by BP (including BP Exploration & Production, Inc., BP America Production Company, BP p.l.c., and any affiliate of any such companies), Class Counsel or the Claims Administrator (and any agents or representatives of any of the foregoing) in any court filing of the portions of the Report of Special Master Louis J. Freeh filed on September 6, 2013 (Document 11287) enumerated in the proposed Order submitted with this Motion, other than in filings directly relating to the Court's consideration of the Report under Rule 53(f), until

1

BrownGreer PLC has an opportunity to be heard on the Report and the Court has ruled on whether to reject such conclusions in the Report.

        Respectfully submitted,

        **BROWNGREER PLC**

        By:      /s/ Orran L. Brown
                  Orran L. Brown
                  VSB No. 26832
                  Lynn C. Greer
                  VSB No. 29211
                  BrownGreer PLC
                  250 Rocketts Way
                  Richmond, VA  23231
                  Telephone:  (804) 521-7200
                  Facsimile:  (804) 521-7299
                  obrown@browngreer.com
                  lgreer@browngreer.com

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/EDF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of September, 2013.

                                                  /s/ Orran L. Brown