IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * | MDL No. 2179 Section: J |
| This filing relates to: *All Cases* | * * | District Judge Carl J. Barbier |
| (Including Civil Action No. 12-970) | * * * | Magistrate Judge Sally Shushan |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ORDER
**[Restricting Use of Special Master Report Pending Final Review and Decision by the Court]**

**CONSIDERING** the Motion by BrownGreer PLC ("BrownGreer") for entry of an Order restricting use by BP, Class Counsel or the Claims Administrator of certain portions of the Report of Special Master Louis J. Freeh filed on September 6, 2013 (Document 11287) ("Report") and being fully apprised, **IT IS HEREBY ORDERED** as follows:

Until further order of this Court, BP (including BP Exploration & Production, Inc., BP America Production Company, BP p.l.c., and any affiliate of any such companies), Class Counsel and the Claims Administrator, and any agents or representatives of any of the foregoing, are prohibited from referring to or otherwise using in any court filing of any kind, other than filings directly related to the Court's consideration of the Report under Rule 53(f), the following statements in the Report relating to BrownGreer as follows:

(1) Section VIII.C of the Table of Contents;

(2) The seventh, eighth and ninth sentences in the first paragraph under Section I.E on page 8 of the Report;

(3) Section I.G on pages 10-11 of the Report;

(4) Section I.I on page 12 of the Report;

(5)    Section VI on pages 58-61 of the Report;

(6)    The second sentence in the first paragraph in Section VIII on page 67 of the Report, to the extent such statement pertains to BrownGreer;

(7)    Statement (3) in the second paragraph in Section VIII on page 67 of the Report;

(8)    Section VIII.C on pages 74-80 of the Report; and

(9)    The second, third, fourth, and fifth sentences in the second full paragraph on page 87 under Section IX B of the Report.

**SIGNED** at New Orleans, Louisiana this ___ day of _____, 2013.

_____
**Honorable Carl J. Barbier**
**United States District Court Judge**