UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | MDL 2179<br>SECTION J |
| This Document applies to:<br>*ALL CASES* | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

## THE ALIGNED PARTIES' PHASE II SOURCE CONTROL LIVE WITNESS LIST

Pursuant to the Court's August 29, 2013 Order and Revised Phase II Timeline (Rec. Doc. 11180), the Plaintiffs Steering Committee, the State of Alabama, the State of Louisiana, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. (the "Aligned Parties") submit the following list of witnesses who will testify live[1] during the Source Control segment of the Phase II trial:

1. Edward Ziegler
2. John Wilson
3. Robert Turlak
4. Gregg Perkin

---

[1] The Aligned Parties understand today's deadline to require the disclosure of live witnesses who they will call at trial. Pursuant to the Court's August 29, 2013 Order, the Aligned Parties will disclose video clips they intend to use in their cases-in-chief on September 16, 2013. *See* Rec. Doc. 11180 at 4. On August 14, 2013, a consolidated list of deposition bundles was circulated. *See* Email from Sarah Himmelhoch, Re: MDL 2179: Consolidated List of Deposition Bundles (Aug. 14, 2013). The Aligned Parties reserve their right to rely upon and reference any designated testimony from these bundles in their post-trial briefing. Moreover, to the extent bundles on that consolidated list was part of a Phase II list of 15 deposition bundles, the Aligned Parties reserve their right to play deposition video clips from such bundles at the Phase II trial.

5.  Robert Bea

DATED:  September 9, 2013

Stephen J. Herman, La. Bar No. 23129
HERMAN HERMAN & KATZ LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax. No. (504) 569-6024
Email: sherman@hhklawfirm.com

Respectfully submitted,

James Parkerson Roy, La. Bar No.11511
DOMENGEAUX WRIGHT ROY
& EDWARDS, LLC
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233-3033
Fax No. (337) 233-2796
E-Mail:  jimr@wrightroy.com

**Plaintiffs Liaison Counsel**

LUTHER J. STRANGE
*Attorney General*
COREY L. MAZE
*Special Deputy Attorney General*
WINFIELD J. SINCLAIR
*Assistant Attorney General*
Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130
Phone:  (334) 242-7300
Fax:  (334) 242-4891
Email: lstrange@ago.state.al.us
cmaze@ago.state.al.us
wsinclair@ago.state.al.us

**Attorneys for the State of Alabama**

James D. "Buddy" Caldwell
*Louisiana Attorney General*
James Trey Phillips
*First Assistant Attorney General*
Megan K. Terrell
*Assistant Attorney General*
1885 N. Third Street
Baton Rouge, LA 70802
Telephone: (225) 326-6079

Allan Kanner
Elizabeth B. Petersen
Douglas R. Kraus
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA 70130
Telephone: (504) 524-5777
Facsimile: (504) 524-5763
E-Mail: a.kanner@kanner-law.com

**Attorneys for the State of Louisiana**

<div style="display: flex;">

By: /s/ Brad D. Brian
Brad D. Brian
Michael R. Doyen
Daniel B. Levin
Susan E. Nash
MUNGER TOLLES & OLSEN, LLP
355 So. Grand Avenue, 35th Floor
Los Angeles, CA  90071
Tel: (213) 683-9100
Fax: (213) 683-5180
Email:  brad.brian@mto.com
          michael.doyen@mto.com
          daniel.levin@mto.com
          susan.nash@mto.com

John M. Elsley
ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP
711 Louisiana Street, Suite 500
Houston, TX  77002
Tel: (713) 224-8380

By: /s/ Steven L. Roberts
Steven L. Roberts
Rachel Giesber Clingman
Sean Jordan
SUTHERLAND ASBILL & BRENNAN LLP
1001 Fannin Street, Suite 3700
Houston, TX  77002
Tel: (713) 4710-6100
Fax: (713) 354-1301
Email:  steven.roberts@sutherland.com
          rachel.clingman@sutherland.com
          sean.jordan@sutherland.com

By: /s/ Kerry J. Miller
Kerry J. Miller
FRILOT, LLC
1100 Poydras Street, Suite 3800
New Orleans, LA  70163
Tel: (504) 599-8194
Fax: (504) 599-8154
Email:  kmiller@frilot.com

</div>

**Counsel for Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH.**

Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041

Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

Floyd R. Hartley, Jr.
State Bar No. 00798242
Floyd.Hartley@GodwinLewis.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041

| | |
|---|---|
| Telephone: (214) 939-4400 | Telephone: (214) 939-4400 |
| Facsimile: (214) 760-7332 | Facsimile: (214) 760-7332 |
| | |
| Gavin E. Hill | R. Alan York |
| State Bar No. 00796756 | State Bar No. 22167500 |
| Gavin.Hill@GodwinLewis.com | Alan.York@GodwinLewis.com |
| Renaissance Tower | 1331 Lamar, Suite 1665 |
| 1201 Elm, Suite 1700 | Houston, Texas 77010 |
| Dallas, Texas 75270-2041 | Telephone: 713.595.8300 |
| Telephone: (214) 939-4400 | Facsimile: 713.425.7594 |
| Facsimile: (214) 760-7332 | |
| | |
| Jerry C. von Sternberg | Misty Hataway-Cone |
| State Bar No. 20618150 | State Bar No. 24032277 |
| Jerry.VonSternberg@GodwinLewis.com | Misty.Cone@GodwinLewis.com |
| 1331 Lamar, Suite 1665 | 1331 Lamar, Suite 1665 |
| Houston, Texas 77010 | Houston, Texas 77010 |
| Telephone: 713.595.8300 | Telephone: 713.595.8300 |
| Facsimile: 713.425.7594 | Facsimile: 713.425.7594 |

**Attorneys for Defendant Halliburton Energy Services, Inc.**

### CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2013, I electronically filed a PDF version of this document with the Court's CM/ECF system and service on all counsel of record by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

    /s/ Kerry J. Miller_____
    Kerry J. Miller