# GZJ KDKV'H

## vq''

## F gem t c vkqp'qh'Y gpf { 'N0Dmqo

[FILED UNDER SEAL]