# GZ J KDKV'I

## vq''

## F gecc t cvkqp''qh'Y gpf { 'N0Dmqo

[FILED UNDER SEAL]