# GZJKDKV'O

## vq''

## Fgenctcvkqp'qh'Ygpf{'N0Dnqqo

[FILED UNDER SEAL]