# GZJ KDKV'X

## vq''

# Fgecrvkqp'qh'Ygpf{'N0Dmqo

[FILED UNDER SEAL]