# EXHIBIT 23

## to

## Declaration of Wendy L. Bloom

[FILED UNDER SEAL]