# Exhibit 1

**ERICA L. BENTON** April 2013

Business Address: Compass Lexecon
332 S. Michigan Avenue
Suite 1300
Chicago, IL 60604
(312) 322-0249 (direct)
(312) 322-0218 (fax)
ebenton@compasslexecon.com

## PROFESSIONAL EXPERIENCE

Compass Lexecon (formerly Lexecon), Chicago, Illinois (April 2013 - Present): Vice President

Compass Lexecon (formerly Lexecon), Chicago, Illinois (January 2009 – March 2013): Senior Economist

Compass Lexecon (formerly Lexecon), Chicago, Illinois (June 2007 - Present): Economist

LEAF Group LLC, Chicago, Illinois (2006 - 2007): Economist

University of Chicago Economics Dept., Chicago, Illinois (2005-2006): Post-Doctoral Fellow

PriceWaterhouse LLP, Chicago, Illinois (1997-1999): Transfer Pricing Economist

## FIELDS OF SPECIALIZATION

Labor Economics
Applied Econometrics
Industrial Organization

## EDUCATION

Ph.D., UNIVERSITY OF CHICAGO, Chicago, Illinois: Economics, 2005

B.A., COLUMBIA UNIVERSITY, New York, New York: Economics/Mathematics, 1997

2

## ACADEMIC HONORS AND FELLOWSHIPS

Margaret Reid Memorial Dissertation Fellowship 2004-2005

William Rainey Harper Fellowship Economics Department Nominee 2004

National Science Foundation Fellowship 2001-2004

University of Chicago Unendowed Fellowship 2000-2001

David Romaine Award for best senior honors thesis in economics 1997

## RESEARCH PAPERS

Occupational Choice and Family Migration. University of Chicago, Ph.D. Dissertation. 2005

## OTHER EXPERIENCE

University of Chicago, Chicago, Illinois: Instructor (College) and Teaching Assistant (Graduate and College)

Referee Journal of Political Economy