# EXHIBIT 2A

## to

## Declaration of Erica Benton

[FILED UNDER SEAL]