# GZJKDKV'4D

## vq''

## Fgenctcvkqp'qh'Gtkec'Dgpvqp

[FILED UNDER SEAL]