# EXHIBIT 3

## to

## Declaration of Erica Benton

[FILED UNDER SEAL]