# Exhibit 4A



**Exhibit 4A**
**Natural Gas Prices - Henry Hub**

Source: Wall Street Journal.
Notes: Prices at Henry Hub - Erath, Louisiana.