# Exhibit 4B



Exhibit 4B
West Texas Intermediate Crude Oil Spot Price - Cushing, OK

Source: http://www.eia.gov/dnav/pet/hist/LeafHandler.ashx?n=PET&s=RWTC&f=M.