# Exhibit 5A

# Exhibit 5-A
# NESDIS Anomaly Analysis Composite
# June 1, 2010

## Legend

Location of Deepwater Horizon Platform

Deep Water Rig

Platforms

Anomaly

Shallow Water Rig

Miles

0 40 80 160 240 320

Sources:

1. Anomaly data taken from NOAA National Environmental Satellite, Data, and Information Service (NESDIS) as reported by the following sources:
   a. NESDIS FTP site: ftp://satepsanone.nesdis.noaa.gov/OMS/disasters/DeepwaterHorizon/composites/2010/
   b. Environmental Management Response Application (ERMA) website: http://gomex.erma.noaa.gov/
   c. NOAA Marine Pollution Surveillance Report (MPSR) FTP site: ftp://satepsanone.nesdis.noaa.gov/OMS/disasters/DeepwaterHorizon/mpsr/2010/
2. Rig data taken from RigZone for the time period of April 20, 2010 through September 19, 2010.
3. Platform data taken from the Bureau of Ocean Energy Management GIS site: http://www.data.boem.gov/homepg/data_center/mapping/geographic_mapping.asp.

Data compiled and mapped by GCR Inc.

