# Exhibit 5C

## Exhibit 5C
## Deep and Shallow Water Rig Days in NOAA Anomaly Area

| Month | Number of Active Rigs [1] | Number of Active Rig Days | Active Rig Days in NOAA Anomaly Area # | Active Rig Days in NOAA Anomaly Area % | Active Rigs Days in NOAA Anomaly Area With Status Other Than Drilling # | Active Rigs Days in NOAA Anomaly Area With Status Other Than Drilling % |
|---|---|---|---|---|---|---|
| **_Deep Water Rigs_** | | | | | | |
| Apr-10 | 66 | 711 | 27 | 3.8% | 22 | 3.1% |
| May-10 | 65 | 1,998 | 287 | 14.4% | 164 | 8.2% |
| Jun-10 | 65 | 1,901 | 220 | 11.6% | 150 | 7.9% |
| Jul-10 | 63 | 1,930 | 137 | 7.1% | 105 | 5.4% |
| Aug-10 | 62 | 1,914 | | | | |
| Sep-10 | 63 | 1,830 | | | | |
| Oct-10 | 62 | 1,908 | | | | |
| Nov-10 | 62 | 1,860 | | | | |
| Dec-10 | 62 | 1,905 | | | | |
| **_Shallow Water Rigs_** | | | | | | |
| Apr-10 | 107 | 1,170 | | | | |
| May-10 | 109 | 3,377 | 144 | 3.2% | 19 | 0.6% |
| Jun-10 | 108 | 3,231 | 60 | 3.3% | 14 | 0.4% |
| Jul-10 | 107 | 3,291 | 59 | 3.3% | 23 | 0.7% |
| Aug-10 | 107 | 3,269 | | | | |
| Sep-10 | 105 | 3,145 | | | | |
| Oct-10 | 105 | 3,216 | | | | |
| Nov-10 | 103 | 3,027 | | | | |
| Dec-10 | 105 | 3,181 | | | | |

Notes:
* Deepwater and shallow-water rig locations are available from RigZone's RigLogix database received on January 30, 2012 (http://www.riglogix.com/).  Data on the location of the anomaly area is estimated from satellite images by the National Oceanic and Atmospheric Administration (www.noaa.gov).  NOAA publishes these estimates in the form of shapefiles which contain the geographic location of the observed anomaly.  The geocoordinates for the rig locations, provided by RigZone, can be translated into shapefiles that identify the geographic location of the rigs.  We then merge these two files to identify which rigs were located in an anomaly area and for how many days.  For some days NOAA publishes only a partial satellite image or no image at all.  For rigs located in an area for which data was not available that day, a rig was identified as being located in an anomaly if the most recent previous satellite image indicated that the rig was located in anomaly.

[1] A rig is considered active if it's RigZone reported status is either drilling, enroute, inspection, modification, ready stacked,  waiting on location, or workover.