# Exhibit 5D



**Exhibit 5D**
**Drilling Days for Deep Water Rigs**

Source: RigZone