## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **QUALITY DEMAG, LLC** | ) | |
| | ) | **CIVIL ACTION NO. 13-cv-01589** |
| Plaintiff, | ) | |
| | ) | **JUDGE: BARBIER** |
| **vs.** | ) | |
| | ) | **MAGISTRATE JUDGE:** |
| **BP Exploration & Production, Inc.; BP America** | ) | **SHUSHAN** |
| **Production Company; BP p.l.c.; Transocean** | ) | |
| **Ltd.; Transocean Offshore Deepwater Drilling,** | ) | |
| **Inc.; Transocean Deepwater, Inc.; Transocean** | ) | |
| **Holdings, LLC; Triton Asset Leasing GmbH;** | ) | |
| **Halliburton Energy Services, Inc.; and Sperry** | ) | |
| **Drilling Services, a division of Halliburton** | ) | |
| **Energy Services, Inc.** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## <u>ORDER</u>

Considering the Motion to Dismiss filed by plaintiff, QUALITY DEMAG, LLC:

**IT IS ORDERED** that Plaintiff's claims against BP Exploration & Production, Inc., BP

America Production Company, and BP p.l.c, be and same are dismissed, without prejudice,

reserving Plaintiff's claims against the remaining defendants in these proceedings.

New Orleans, Louisiana this _____ day of September, 2013.

_____
United States District Judge