UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CITY BLUEPRINT AND SUPPLY COMPANY )<br>)<br>) | CIVIL ACTION NO. 13-cv-01776 |
| Plaintiff, )<br>) | JUDGE: BARBIER |
| vs. )<br>) | MAGISTRATE JUDGE: SHUSHAN |
| BP Exploration & Production, Inc.; BP America Production Company; BP p.l.c.; Transocean Ltd.; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; Triton Asset Leasing GmbH; Halliburton Energy Services, Inc.; and Sperry Drilling Services, a division of Halliburton Energy Services, Inc. )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. )<br>)<br>) | |

## MOTION AND ORDER TO DISMISS

NOW COMES, through undersigned counsel, CITY BLUE PRINT AND SUPPLY COMPANY, plaintiff in the above entitled and numbered cause, and moves this Court to dismiss, with prejudice, all causes of action alleged in the above captioned matter against BP Exploration & Production, Inc., BP America Production Company, and BP p.l.c, with each party to bear its own costs; and specifically reserving unto mover herein all claims and causes of action against any and all other persons and/or entities not specifically dismissed herein.

1

Respectfully Submitted:

/s/ Anthony D. Irpino
ANTHONY D. IRPINO (#24727)
LOUISE C. HIGGINS (#31780)
PEARL A. ROBERTSON (#34060)
Irpino Law Firm
2216 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 525-1500
Facsimile: (504) 525-1501
airpino@irpinolaw.com
lhiggins@irpinolaw.com
probertson@irpinolaw.com
ATTORNEYS FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 10, 2013, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis File & Serve to all counsel of record.

/s/ Anthony D. Irpino
ANTHONY D. IRPINO