UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CITY BLUEPRINT AND SUPPLY COMPANY )<br>)<br>)<br>Plaintiff,            )<br>)<br>vs.                      )<br>)<br>BP Exploration & Production, Inc.; BP America )<br>Production Company; BP p.l.c.; Transocean )<br>Ltd.; Transocean Offshore Deepwater Drilling, )<br>Inc.; Transocean Deepwater, Inc.; Transocean )<br>Holdings, LLC; Triton Asset Leasing GmbH; )<br>Halliburton Energy Services, Inc.; and Sperry )<br>Drilling Services, a division of Halliburton )<br>Energy Services, Inc.         )<br>)<br>Defendants.         )<br>_____ ) | CIVIL ACTION NO. 13-cv-01776<br><br>JUDGE: BARBIER<br><br>MAGISTRATE JUDGE: SHUSHAN |

## ORDER

Considering the Motion to Dismiss filed by plaintiff, City Blue Print and Supply Company,

**IT IS ORDERED** that Plaintiff's claims against BP Exploration & Production, Inc., BP America Production Company, and BP p.l.c, be and same are dismissed, without prejudice, reserving Plaintiff's claims against the remaining defendants in these proceedings.

New Orleans, Louisiana this ____ day of August, 2013.

_____
United States District Judge

1