# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig            MDL NO. 2179
     "Deepwater Horizon" in the Gulf
     of Mexico, on April 20, 2010            SECTION J

Applies to: *All Cases*                    JUDGE BARBIER
                                   MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Regarding Working Group Conference on Friday, September 6, 2013]**

**NOTE TO CELL PHONE PARTICIPANTS:** Please do not put your phone on hold during the conference as it causes an annoying beeping sound (or music) for everyone else. If you cannot participate for part of the conference, put your phone on mute. Likewise for those who type during the conference.

## MICHOUD MATTERS

BP reported that the lease extension is on track, Captain Englebert is arranging for the removal of the BOP with Transocean, and it will process Captain Englebert's August activity report.

## PHASE TWO PREPARATION

1. **Demonstratives.**

The PSC will assign demonstrative number ranges to the parties.

2. **Redactions to Documents**.

At the WGC on September 13, the U.S. will report on the parties' agreement to use the redacted version of the U.S. documents on the parties' exhibit lists. This could apply where the only information redacted from a document was personal identifying information. If the parties had no

objection to the use of a redacted copy of the document, the number of documents filed under seal will be reduced.

3.     **Documents Posted to the Website**.

When a document, marked confidential, is posted to the FTP site after a marshaling conference, the document is no longer confidential under PTO 13.

BP, the U.S. and the PSC will discuss the logistics of this issue, including whether there will be only one marshaling conference on November 7, and report at the WGC on September 13.  The parties shall work together at the end of each week to keep track of the exhibits.

4.     **Good Faith Trial Exhibit List - Third Installment.**

Substantial progress was made in resolving objections to the third installment.  The parties indicated that motions on the third installment exhibits, if any, will be limited.

5.     **Exhibits - Category Two**.

The parties are prepared for the schedule on Category Two Exhibits.

6.     **Reports of Experts.**

Unless there was a pending motion seeking further redactions to the report of an expert, the reports of the experts, as redacted, were submitted to Judge Barbier.

7.     **Motions in Limine.**

BP reported that for the carry over motions in limine, some opposition remains.  After the reply briefs are filed, the Court will see what issues remain.

8.     **Stipulations**.

Drafts of additions to the stipulations for the Source Control segment were exchanged between BP and the Aligned Parties.

9.    **Trial Briefs**.

There was discussion about the trial briefs.  An order was issued.  Rec. doc. 11274.

**CONFERENCE SCHEDULE**

| | |
|---|---|
| 09/11/13 | Phase Two Final Pre-Trial Conference at 2:00 p.m. |
| 09/13/13 | **Telephone only WGC at 9:30 a.m.** |
| 09/20/13 | **Telephone only WGC at 9:30 a.m.** |
| 09/30/13 | Commencement of Phase Two Trial - Source Control (Rec. doc. 10795) |
| 10/07/13 | Commencement of Phase Two Trial - Quantification |
| 11/07/13 | Final Marshaling Conference for Phase Two |

**All Saturdays are email free days.**

New Orleans, Louisiana, this 10th day of September, 2013.

**SALLY SHUSHAN**
**United States Magistrate Judge**

3