UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>"Deepwater Horizon" in the Gulf<br>of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

<u>ORDER</u>

[Regarding BP's Motion for Redactions to Reports of the Experts
for the Aligned Parties (Rec. doc. 11301)]

BP reports that the Aligned Parties submitted reports from their experts on Source Control with overlapping and duplicative opinions. It argues that: (1) the Aligned Parties failed to comply with the Court's directive to eliminate duplicative opinions; (2) duplicative opinions are subject to exclusion; (3) the duplicative opinions are prejudicial to BP as it will be required conduct a cross-examination on all opinions sponsored by the experts, even the duplicative ones; and (4) meaningful cross-examination cannot be done in the time permitted to BP. BP presents issues, for example the availability of a capping stack, which appear in more than one report. Rec. doc. 11301 at 3.

The Aligned Parties respond that: (1) as directed by the Court, they reduced their experts from 15 to 4 for the Source Control segment; (2) the reports of the 4 experts were redacted to avoid duplication and to eliminate opinions that a particular expert will not be offering at the trial; and (3) the statements cited by BP are foundational statements that support the remainder of the expert's opinions.

The Aligned Parties and BP are each assigned a limited amount of time to present their cases during the Source Control segment. Judge Barbier will not permit them to present duplicative testimony and opinions either through fact or expert witnesses. There is no need for the undersigned

to parse through each of the reports of the experts for the Aligned Parties to determine whether there is duplicative material remaining in the report and whether it should be redacted.

IT IS ORDERED that BP's motion for further redactions to the reports of the experts of the Aligned Parties (Rec. doc. 11301) is DENIED.

New Orleans, Louisiana, this 10th day of September, 2013.

**SALLY SHUSHAN**
**United States Magistrate Judge**