UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deep Water Horizon" in the Gulf of Mexico, on April 20, 2010 | * | CIVIL CASE NO: 2179 |
| | * | SECTION: "J" (1) |
| This Document Applies to: | | |
| No 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al. | * | JUDGE CARL BARBIER |
| | * | MAG. JUDGE SALLY SUSHAN |

## MOTION TO LIFT HOLD ON CLAIMS BY CLAIMANTS REPRESENTED BY ANDRY LERNER AND FOR THE APPOINTMENT OF A LIMITED RECEIVERSHIP AND MOTION FOR EXPEDITED HEARING

NOW INTO COURT, through undersigned counsel comes Andry Lerner and upon suggesting to the Court that, for the reasons more fully assigned in the attached Memorandum, that its clients interests are paramount and that it desires that this Court lift the stay on the Andry Lerner clients' claims and that this Court appoint a limited receivership to oversee the disbursement of client funds with Andry Lerner attorney fees and costs being placed in an escrow account, pending later determination by this Court. Andry Lerner requests an Expedited hearing on same.

Dated: September 10, 2013         Respectfully submitted,

By: /s/ James A. Cobb
James A. Cobb, Jr. (La. Bar No. 4213)
**Attorney & Counselor-at-Law**
900 Emerald Street
New Orleans, Louisiana   70124
Telephone:    (504) 289-7830