## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  **Oil Spill by the Oil Rig "Deep Water Horizon" in the Gulf of Mexico, on April 20, 2010** | * | **CIVIL NO:** |
| | * | **SECTION: "J" (1)** |
| This Document Applies to: | | |
| No 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al. | * | **JUDGE CARL BARBIER** |
| | * | **MAG. JUDGE SALLY SHUSHAN** |

-------------------------------------------------------------------------------------------------------

### [Proposed] O R D E R

*Considering the foregoing **Motion to Lift Hold on Claims by Claimants Represented by Andry Lerner and for the Appointment of a Limited Receivership and Motion for Expedited Hearing***:

**IT IS HEREBY ORDERED** that the Plaintiffs' *Motion to Lift Hold on Claims by Claimants Represented by Andry Lerner and for the Appointment of a Limited Receivership and Motion for Expedited Hearing*, the Court hereby GRANTS the *Motion for Expedited Hearing* and sets this matter for hearing on the _____ day of _____, 2013.

New Orleans, Louisiana this _____ day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE