UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf of** | * | |
| **Mexico, on April 20, 2010** | * | **SECTION "J"** |
| | * | |
| **This Document Applies To:** | * | **JUDGE BARBIER** |
| *All Cases* | * | |
| | * | **MAG. JUDGE SHUSHAN** |

## ORDER REGARDING PRETRIAL CONFERENCE

In conjunction with the Pretrial Conference for the Phase Two trial scheduled for September 11, 2013, the Court hereby ORDERS:

- That the Pretrial Conference shall <u>not</u> be open to the public or press.

- That the time of the Pretrial Conference is changed from 2:00 to <u>3:00</u> p.m.

Attached to this Order is a Tentative Agenda for the Pretrial Conference.

Signed in New Orleans, Louisiana, this 10th day of September, 2013.

_____
United States District Judge