**TENTATIVE AGENDA**
**PRETRIAL CONFERENCE (9/11/13 @ 3:00 p.m.)**
**MDL 2179-PHASE TWO**

**I. Trial Schedule**

- **A.** Trial Days
- **B.** Allocation of Time/Use of "Chess Clock"

**II. Marshalling of Exhibits**

**III. Exhibit and Witness Lists**

**IV. Demonstrative Exhibits**

**V. Advance Notice of Witnesses**

**VI. Courtroom Seating**

**VII. Opening Statements**

**VIII. Examination of Witnesses**

**IX. Witnesses Called by Deposition**

**X. Expert Witness Examination**

**XI. Motions in Limine (MIL)**

- **A.** Anadarko's MIL to Exclude All Evidence & Argument Re: Anadarko's Culpability or Fault (Doc. 10826)
- **B.** BP's MIL to Exclude "Other Phases" Evidence (Doc. 11026)
- **C.** BP's MIL to Exclude Instances of Prior Alleged Improper Conduct (Doc. 11027)
- **D.** BP's MIL to Exclude Non-Factual Testimony by Fact Witnesses (Doc. 11038)
- **E.** BP's MIL to Bar Fact or Opinion Testimony on Issues of Law (Doc. 11039)
- **F.** BP's MIL to Exclude Certain Evidence Related to Criminal Proceedings (Doc. 11043)
- **G.** BP's MIL to Exclude Other Government Reports and Privileged Communications Related to the Scope of BP's Internal Investigation (Doc. 11044)
- **H.** BP's MIL to Exclude Evidence Related to the SEC Settlement & EPA Suspension from Phase 2 (Rec. Doc. 11046)

**XII. Daubert Motions**

**XIII. Appeals from Magistrate Judge Orders**

- **A.** Halliburton's Appeal from Order excluding it from participating in Phase Two-Quantification proceedings, etc. (Doc. 11025)

**B.** Transocean's Appeal from Order excluding it from participating in Phase Two-Quantification proceedings (Doc. 11053)

**XIV. Courthouse Space**

**XV. Confidentiality of Materials Prior to and During Trial**

**XVI. Court Reporter Requests**

**XVII. Objections/Offers of Proof**

**A.** Timing and Procedure for Objections to Phase Two Trial Procedure (Source Control and Quantification)
**B.** Timing and Procedure for Offers of Proof (Source Control and Quantification)
**C.** Objections Regarding Overlapping Evidence Between Source Control and Quantification by Non-Participating Parties

**XVIII. Qualifying Experts Who Testified in Phase One**