# Exhibit A

# Excerpts from the Deposition Transcript of Gregg Perkin

**1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL      )  MDL NO. 2179
BY THE OIL RIG          )
"DEEPWATER HORIZON" IN )  SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010      )  JUDGE BARBIER
          )  MAG. JUDGE SHUSHAN

****************
VOLUME 1
****************

Deposition of Gregg Steven Perkin, P.E.,
taken at the Pan-American Building, 601 Poydras
Street, 11th Floor, New Orleans, Louisiana,
70130, on the 24th day of June, 2013.

**2**

1      A P P E A R A N C E S
2
3
4  APPEARING FOR THE PLAINTIFFS STEERING COMMITTEE:
     Mr. Matthew E. Lundy
5    Mr. Nicholas J. Kohrs
     LUNDY, LUNDY, SOLLEAU & SOUTH, LLP
6    501 Broad Street
     Lake Charles, Louisiana  70601
7
     Mr. Frank M. Petosa
8    MORGAN & MORGAN
     6824 Griffin Road
9    Davie, Florida  33314
10   Mr. Jimmy Williamson
     WILLIAMSON & RUSNAK
11   4310 Yoakum Boulevard
     Houston, Texas  77006-5818
12
13 APPEARING FOR BP, INC.:
     Mr. Paul D. Collier
14   Ms. Emily Dempsey
     KIRKLAND & ELLIS
15   300 North LaSalle
     Chicago, Illinois  60654
16
17 APPEARING FOR TRANSOCEAN:
     Mr. Carter L. Williams
18   Mr. Thomas G. Appleman
     SUTHERLAND ASBILL & BRENNAN
19   1001 Fannin, Suite 3700
     Houston, Texas  77002-6760
20
21 APPEARING FOR ANADARKO PETROLEUM COMPANY:
     Mr. Robert E. Guidry
22   KUCHLER POLK SCHELL WEINER & RICHESON
     1615 Poydras Street, Suite 1300
23   New Orleans, Louisiana 70112
24
25

**3**

1  APPEARING FOR HALLIBURTON:
     Mr. Jerry C. von Sternberg
2    Ms. Gwen E. Richard
     Mr. Colby S. Hodges
3    Mr. Jason Sharp
     GODWIN LEWIS
4    1331 Lamar, Suite 1665
     Houston, Texas  77010-3133
5
6  APPEARING FOR THE UNITED STATES:
     Ms. Laura D. Mayberry
7    U.S. DEPARTMENT OF JUSTICE
     TORT BRANCH, CIVIL DIVISION
8    1425 New York Avenue, N.W.
     Suite 10100
9    Washington, D.C.  20005
     Post Office Box 14271
10   Washington, D.C.  20044-4271
11   Ms. Esperanza Anderson
     U.S. DEPARTMENT OF JUSTICE
12   ENVIRONMENT & NATURAL RESOURCES DIVISION
     Ben Franklin Station
13   Post Office Box 7611
     Washington, D.C.  20044-7611
14   601 D Street, N.W.
     Washington, D.C.  20004
15
16 APPEARING FOR THE STATE OF LOUISIANA:
     Mr. Douglas R. Kraus
17   Attorney for Louisiana Attorney General
     KANNER & WHITELEY
18   701 Camp Street
     New Orleans, Louisiana  70130-3504
19
20 ALSO PRESENT:
     Mr. Peter Jennings, Videographer
21   Mr. Ray Aguirre, Case Manager
     Mr. James Deel, Logistics
22   Ms. Michele Hale
23
24
25

**4**

1              INDEX
2  VIDEOTAPED ORAL DEPOSITION OF
     GREGG STEVEN PERKIN, P.E.
3       JUNE 24, 2013
           VOLUME 1
4
5
6  Appearances................................... 2
7
   Direct Examination-Mr. Collier................ 9
8
9  Changes and Signature........................ 375
   Reporter's Certificate....................... 377
10
11
12        EXHIBIT INDEX
13
   Ex. No.      Description          Marked
14
15 11464  Expert Report - Macondo Phase II,
          Gregg S. Perkin, P.E., Engineering
16        Partners International, March 22,
          2013; 33 pages                13
17
   11465  Expert Rebuttal Report - Macondo
18        Phase II, Gregg S. Perkin, P.E.,
          Engineering Partners
19        International, June 10, 2013;
          seven pages                   13
20
   11466  Curriculum Vitae of Gregg S.
21        Perkin, P.E., Engineering Partners
          International (EPI), January 9,
22        2012; three pages             26
23 11467  BP Master Services Agreement
          Emergency Well Services, Contract
24        Number: BPM-04-00806, marked as
          HIGHLY CONFIDENTIAL; Bates Nos.
25        WW-MDL-00141419 - WW-MDL-00141634   112

1 (Pages 1 to 4)

9

1        MR. COLLIER:  I'm ready when you
2   are.
3        THE VIDEOGRAPHER:  All set?  Please
4   stand by.
5        Today is June 24th, 2013.  This is the
6   deposition of Gregg Perkin regarding the oil
7   spill of the Oil Rig DEEPWATER HORIZON on April
8   20th, 2010.
9        The time is 8:35 a.m.  We are on the
10  record.
11        GREGG STEVEN PERKIN, P.E.
12  was called as a witness by BP, Inc., and, being
13  first duly sworn, testified as follows:
14        DIRECT EXAMINATION
15  QUESTIONS BY MR. COLLIER:
16   **Q.  Good morning, Mr. Perkin.**
17   A.  Good morning.
18   **Q.  My name is Paul Collier.  I'll be asking**
19  **questions today on behalf of BP.  Can you please**
20  **state your full name.**
21   A.  Gregg Steven Perkin, Steven with a "v."
22   **Q.  And who are you currently employed by?**
23   A.  Engineering Partners, International.
24   **Q.  And what is your role with Engineering**
25  **Partners?**

10

1   A.  I am a -- one of the principal Engineers
2   of Engineering Partners, International.  I'm also
3   the owner of Engineering Partners, International.
4   **Q.  Now, I understand that you've been**
5   **deposed before, correct?**
6   A.  I have.
7   **Q.  And once with re -- with respect to this**
8   **particular matter; is that right?**
9   A.  That's correct.
10   **Q.  And -- and so I'll very briefly just go**
11  **over a couple of ground rules.  If at any time**
12  **you do not hear a question that I ask, will you**
13  **agree to let me know?**
14   A.  Of course.
15   **Q.  And if at any point in time you do not**
16  **understand a question that I ask, will you agree**
17  **to let me know?**
18   A.  Of course.
19   **Q.  Now, you have been retained by the**
20  **Plaintiffs Steering Committee to provide opinions**
21  **relating to Phase II issues?  Is that correct?**
22   A.  I have.
23   **Q.  And you understand that generally, Phase**
24  **II relates to issues of responding to the Macondo**
25  **blowout, correct?**

11

1   A.  Correct.
2   **Q.  And also relating to quantification**
3   **relating to the amount of oil that spilled into**
4   **the Gulf of Mexico, correct?**
5   A.  I believe that's true.
6   **Q.  And I -- as I understand it, your**
7   **opinions relating to Phase II relates to source**
8   **control; is that correct?**
9   A.  Yes.
10   **Q.  And you're not offering any opinions as**
11  **it relates to the quantification of the amount of**
12  **oil that spilled into the Gulf of Mexico?**
13   A.  Only what's been referred to in the
14  documents as the quantification of the oil that's
15  been spilled.
16   **Q.  And -- and so are you offering any**
17  **opinions as it relates to quantification?**
18   A.  No.  I'm -- I'd -- I've done a rough
19  calculation, but I -- you know, there's more
20  sophisticat -- sophisticated calculations that
21  have been done, I'm sure.
22   **Q.  When it comes to trial, are you intending**
23  **to offer any opinion as it relates to**
24  **quantification?**
25   A.  Only if asked.  Like I said, I did a

12

1   rough calculation based on a simple engineering
2   calculation, but it's just a rough calculation.
3   **Q.  And as it stands right now, you're not**
4   **intending to offer that calculation?**
5   A.  Not unless I'm asked.
6   **Q.  Now, you have prepared two Expert Reports**
7   **relating to your opinions for Phase II, correct?**
8   A.  I prepared a Report, a first Report, I
9   believe, and I prepared a Rebuttal Report.
10   **Q.  And if you can open that binder that's in**
11  **front of you, Mr. Perkin, and specifically, if**
12  **you can go to Tab 1, please.**
13   A.  All right.
14   **Q.  And do you recognize Tab 1 as being your**
15  **opening Expert Report as it relates to Phase II?**
16   A.  Correct.  It appears to be the redacted
17  version, as I -- as I see it, yes.
18   **Q.  And -- and just for the record, we**
19  **received, over the weekend, a redacted version of**
20  **your opening Expert Report, correct?**
21   A.  I think that's true, yes.
22   **Q.  Okay.  And if you can go ahead and mark**
23  **that version for me, it's going to be Exhibit**
24  **No. 11464, please.**
25   A.  Okay.  So I'm the official exhibit

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

13

```
 1    marker?
 2       Q.  If you don't mind.
 3          (Exhibit No. 11464 marked.)
 4          THE WITNESS:  And I'll put them on
 5    straight, Kym.
 6          THE COURT REPORTER:  Thank you.
 7          THE WITNESS:  All right.
 8          THE COURT REPORTER:  Well done.
 9          THE WITNESS:  Thank you.
10       Q.  (By Mr. Collier) And if you can go ahead
11    and turn to Tab 2 of the binder in front of you.
12    And do you recognize that as the Rebuttal Expert
13    Report that you submitted relating to Phase II
14    issues?
15       A.  Yes, sir.
16       Q.  And if you can go ahead and mark that
17    with Exhibit No. 11465, please.
18          (Exhibit No. 11465 marked.)
19       A.  (Complying.)
20       Q.  (By Mr. Collier) And apart from these two
21    Expert Reports, Exhibits No. 11464 and 11465,
22    you've not prepared any other Reports,
23    Appendices, or materials relating to Phase II,
24    correct?
25       A.  I have not.
```

14

```
 1       Q.  Is it correct that Exhibits 11464 and
 2    11465 contain all of your opinions relating to
 3    Phase II?
 4       A.  That I've got in my Reports, yes.  But if
 5    I'm asked about something in this deposition or
 6    trial that I have an opinion about, I certainly
 7    will respond.
 8       Q.  As it stands right now, based on what you
 9    understand to be your opinions relating to Phase
10    II, do Exhibits 11464 and 11465 contain all your
11    opinions?
12       A.  Pretty much.
13       Q.  Is there any opinions that you currently
14    have relating to Phase II that are not contained
15    in those Reports?
16       A.  I think it would depend upon the
17    question, but I don't believe I have any
18    additional opinions.  But, again, as I say,
19    I've -- if I get asked a question at deposition
20    or trial that I have an opinion on that's not
21    expressed in my Report, I will probably answer
22    it.
23       Q.  Are there any opinions that you intend to
24    offer relating to Phase II that are not included
25    in Exhibits 11464 and 11465?
```

15

```
 1       A.  There may be two opinions that I have
 2    relative to my Rebuttal Report.
 3       Q.  Okay.
 4       A.  That may not be necessarily divulged or
 5    explained in my Rebuttal Report.
 6       Q.  Okay.  Can you identify what these two
 7    opinions are?
 8       A.  One has to do with the -- the rupture
 9    disks and how the Top Kill was proceeding with
10    the junk shot.  I -- I know there was issues
11    relative to trying to maintain pressure on the
12    well without rupturing the disks and creating an
13    underground blowout.
14          I am -- I've not seen anything that would
15    indicate to me one way or the other that, during
16    the junk shot, if the junk had actually plugged
17    off the well, in other words, it shut the well
18    in, how British Petroleum was going to mitigate
19    or control that pressure.
20          In other words, if the pressure started
21    to spike during the junk shot, how they would
22    have -- how they would have mitigated exceeding a
23    certain pressure.  I don't think I go into that
24    in my Rebuttal Report in detail, but it's -- it
25    is a concern and an opinion that I have.
```

16

```
 1       Q.  And -- and just to clarify, it -- it --
 2    it's your opinion that, during the junk shot
 3    source control intervention method, there was not
 4    a BP mitigation process to address the situation
 5    if the junk shot had bridged --
 6       A.  If --
 7       Q.  -- the BOP?
 8       A.  If the junk shot had suddenly bridged the
 9    flow, and the pressure spiked, how BP was going
10    to mitigate that pressure and protect the rupture
11    disks.  I have not seen anything that would
12    suggest that they had con -- contemplated that or
13    considered that.
14          So that's one -- one opinion that may not
15    be in my Rebuttal Report, but I'm trying to
16    explain it to you now.
17       Q.  Okay.  And then you identified that there
18    was a second opinion, correct?
19       A.  I do have a second opinion.  And that is,
20    during the -- the efforts initially to shut in
21    the -- shut in the well, with ROVs, had -- with
22    the well flowing, you know, to shut the well
23    in -- if they were successful in shutting the
24    well in, and the pressure spiked, I'm not sure
25    how BP would have dealt with that, if the
```

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

17

1  pressure spiked and created an underground
2  blowout, i.e., ruptured the disks.
3      **Q.  So is it correct that both of your**
4  **opinions that are not contained in your Rebuttal**
5  **Report relate to mitigation methods if the well**
6  **was shut-in to protect the rupture disks?**
7      A.  Correct.  I know that there was many
8  initial attempts to try to shut the well in
9  during -- right after the -- right after the
10  blowout.  Had they been successful, to the extent
11  that they were successful and the what -- and the
12  flow had stopped, what that would have done to
13  the rupture disks.  I think that should have been
14  a consideration.
15      And the other thing was in the Top Kill.
16      So those are the two -- those are the two
17  that I don't necessarily have fully explained in
18  my Report, but it's -- it is a concern.
19      **Q.  And you were aware that the Court's**
20  **instruction was that all the opinions you intend**
21  **to offer relating to Phase II should be included**
22  **in your Expert Reports, correct?**
23      A.  Correct.
24      **Q.  And -- and is there a reason why these**
25  **two opinions were not included in your Expert**

18

1  **Reports?**
2      A.  My Rebuttal Report was done on the fly,
3  literally.  I had just been informed that a
4  Rebuttal Report was -- was due, and I was
5  returning from the Middle East, and I did it on
6  the fly --
7      **Q.  Okay.**
8      A.  -- so --
9      **Q.  I take it that means you did it on an**
10  **airplane; is that right?**
11      A.  I did it on an airplane, yes, I did.
12      **Q.  And how -- how much time did you spend**
13  **putting together your Rebuttal Report?**
14      A.  The flight was about sixteen and a half
15  hours.  So about half of that.
16      **Q.  Now, with respect to these two additional**
17  **opinions, you agree that well integrity was a**
18  **concern that any source control intervention**
19  **method had to address, correct?**
20      A.  I believe that BP, being the Operator of
21  the well, if that was their concern, they
22  had a -- they had the responsibility and
23  obligation to manage it, yes.
24      **Q.  Was well integrity a legitimate concern**
25  **with respect to implementing the source control**

19

1  **methods on the --**
2      MR. LUNDY:  Ob --
3      **Q.  (By Mr. Collier) -- Macondo blowout?**
4      MR. LUNDY:  Object to form.
5      A.  Well integrity is something that is
6  important on every well.
7      **Q.  (By Mr. Collier) Was well integrity with**
8  **respect to the Macondo blowout a legitimate**
9  **concern with respect to implementing the source**
10  **control methods?**
11      A.  It --
12      MR. LUNDY:  Objection --
13      A.  -- is a --
14      MR. LUNDY:  -- form.
15      A.  -- it is a concern, and it is a concern
16  on every well that's drilled offshore, and
17  onshore.
18      **Q.  (By Mr. Collier) And certainly was a**
19  **concern in this particular case, correct?**
20      A.  Evidently it was.
21      **Q.  Now, since you've submitted these**
22  **Reports, Exhibits 11464 and 11465, have you gone**
23  **back and reviewed your Reports?**
24      A.  I have.
25      **Q.  And have you found any errors or mistakes**

20

1  **in these Reports?**
2      A.  I don't think so.  I didn't -- I didn't
3  even see a typo, so that's -- that's encouraging.
4      **Q.  That's good to hear.**
5      And you're the only author for both of
6  **these Reports, Exhibits 11464 and 11465, correct?**
7      A.  I am.
8      **Q.  And did anyone con -- else other than**
9  **yourself contribute to these Reports?**
10      A.  I have assistants in my office, and I
11  have them review my Reports, and I also have them
12  provide me with information for my Reports, but
13  the ultimate end product is mine.
14      **Q.  And who are the assistants that were**
15  **assisting you with respect to these Reports?**
16      A.  Michele Hale, who's in back of the room,
17  and my son Gregory.
18      **Q.  Were they providing any technical support**
19  **with respect to the opinions that you're**
20  **offering?**
21      A.  No.
22      **Q.  How many hours total have you spent**
23  **forming the Expert Reports -- sorry.**
24      **How many hours total have you spent**
25  **forming the expert opinions that are contained in**

5 (Pages 17 to 20)