UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179  SECTION: J |
| This Document Relates To: All Actions | : : | JUDGE BARBIER MAGISTRATE JUDGE |
| ……………………………………………... | : | SHUSHAN |

## BP'S REPLY IN SUPPORT OF ITS MOTION *IN LIMINE* TO EXCLUDE CERTAIN EVIDENCE RELATED TO CRIMINAL PROCEEDINGS

BP's Motion *In Limine* to Exclude Certain Evidence Related to Criminal Proceedings, filed on August 19, 2013, is unopposed. Rec. Doc. 11043.

On September 3, 2013, the date Oppositions to this Motion were due, Transocean filed a notice of non-opposition, Rec. Doc. 11210, and the United States, Halliburton, Alabama, and Louisiana, did not file any responses.

Only the Plaintiff commented on BP's motion in their combined Memorandum in Opposition, Rec. Doc. 11193. The sole point of their commentary is to note that BP's plea agreement and related documents are already in the record at TREX 52673. BP's motion does not seek to exclude BP's plea agreement, the specific package of documents admitted into evidence TREX 52673, or any other evidence already admitted. Accordingly, the Plaintiffs, like all other parties, do not oppose BP's motion.

BP therefore respectfully requests the Court grant BP's Motion *In Limine* to Exclude Certain Evidence Related to Criminal Proceedings. That motion requests the extension to Phase 2 of the February 21, 2013 Phase 1 ruling that excluded (1) the Information against BPXP and (2) the Indictments/Superseding Indictments against Robert Kaluza, Donald Vidrine, and David Rainey. Rec. Doc. 8651. As requested in BP's unopposed August 19 Motion, the Court should

also extend this Phase 1 ruling to include the Indictment, Superseding Indictment, and Second Superseding Indictment from *United States v. Mix*, Cr. No. 12-171 (E.D. La.). Rec. Doc. Nos. 7, 215, 424.  *See* Rec. Doc. 11043.

Dated: September 10, 2013                                      Respectfully submitted,

/s / Don K. Haycraft

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Timothy A. Duffy, P.C.
(tim.duffy@kirkland.com)
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert C. "Mike" Brock
(mbrock@cov.com)
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

*Attorneys for BP Exploration & Production Inc. & BP America Production Company*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 10th day of September, 2013.

/s/  Don K. Haycraft