UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>Section J<br><br>Honorable Carl J. Barbier<br><br>Magistrate Judge Shushan |
| Relates to NO. 12-CV-968 | |

_____

**DECLARATION OF DARRELL PALMER ISO OBJECTORS'
MOTION FOR RECONSIDERATION**

I, DARRELL PALMER declare:

1.   I represent objectors, Michael B. Sturdivant, Patricia C. Sturdivant, Susan Forsyth and James H. Kirby, IV.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

2.   Attached as Exhibit A is a copy of the Bill of Costs form taken from the website of the Fifth Circuit Court of Appeals.

3.   Attached as Exhibit B is a copy of the *Comparative Study of the Taxation of Costs in the Circuit Courts of Appeals Under Rule 39 of*

*the Federal Rules of Appellate Procedure* (April 2011) taken from the website of the Federal Judicial Center.

  4. Attached as Exhibit C is a copy of the *In Re: Navistar Diesel Engine Products Liability Litigation,* Case No. 11 C 2496, MDL No. 2223 (Northern District of Illinois, August 12, 2013) (2013 U.S. Dist. LEXIS 113111).

  I declare under penalty of perjury I have personal knowledge of the facts stated above and that it is true and correct to the best of my knowledge, information, and belief.

September 10, 2013    */s/ Joseph Darrell Palmer*