UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | Section J |
| Relates to NO. 12-CV-968 | Honorable Carl J. Barbier |
| | Magistrate Judge Shushan |

_____

ORDER

Having considered the Sturdivant objectors' **Ex Parte Motion For Reconsideration of Appeal Bond**.

**The motion is granted** and the bond amount is reduced to $5000.

**IT IS SO ORDERED.**

September ____, 2013                    _____
                                        United States District Court Judge