# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL NO. 2179** |
| | **Section J** |
| | **Honorable Carl J. Barbier** |
| **Relates to NO. 12-CV-968** | **Magistrate Judge Shushan** |

_____

### EX PARTE MOTION TO EXPEDITE REVIEW OF
### MOTION FOR RECONSIDERATION

On Monday, September 9, 2013 this Honorable Court extended the time for

objector/appellants to post a bond to September 18, 2013. (Doc. 11174)

Objectors now respectfully request the court expedite briefing and consideration

of their motion for reconsideration (Doc. 11317) and rule before the bond deadline.

Date:  September 10, 2013                     Respectfully submitted,

By:     */s/ Joseph Darrell Palmer*
          Joseph Darrell Palmer
          Law Offices of Darrell Palmer PC
          603 N. Highway 101, Suite A
          Solana Beach, CA 92075
          Phone: (858) 792-5600
          Fax: (866) 583-8115
          darrell.palmer@palmerlegalteam.com
          *Attorney for Objectors Mike and Patricia*
          *Sturdivant, Susan Forsyth, and James H. Kirby IV*

EX PARTE MOTION TO EXPEDITE RULING ON MOTION FOR RECONSIDERATION
MDL No. 2179

## PROOF OF SERVICE

I certify that on the 10th day of September, 2013, I electronically filed the foregoing with the Clerk of the Court using the court's ECF filing system effectuating service of such filing all registered attorneys .  And I also gave notice through the LexisNexis system.

*/s/ Joseph Darrell Palmer*

EX PARTE MOTION TO EXPEDITE RULING ON MOTION FOR RECONSIDERATION
MDL No. 2179