UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | Section J |
| | Honorable Carl J. Barbier |
| Relates to NO. 12-CV-968 | Magistrate Judge Shushan |

_____

ORDER

Having considered the Sturdivant objectors' **Motion For to Expedite Reconsideration of Appeal Bond** (Doc. 11317)

**The motion is granted** and briefing is scheduled as follows:

Response to the Motion for Reconsideration shall be filed by Friday, September 13, 2013;

Reply shall be filed by 10:00 A.M. (CST) Monday, September 16, 2013.

The court shall rule on the motion by September 17, 2013.

**IT IS SO ORDERED.**

September ____, 2013        _____
                             United States District Court Judge