# Exhibit 2

# Excerpts from the Deposition Transcript of Dr. Ira Leifer

```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA


  IN RE:  OIL SPILL        )  MDL NO. 2179
  BY THE OIL RIG           )
  "DEEPWATER HORIZON" IN   )  SECTION "J"
  THE GULF OF MEXICO, ON   )
  APRIL 20, 2010           )  JUDGE BARBIER
                           )  MAG. JUDGE SHUSHAN
```

```
                  ******************
                       VOLUME 1
                  *****************
```

Deposition of DR. IRA LEIFER, taken at Buynak, Fauver, Archbald & Spray, LLP, 820 State Street, 4th Floor, Santa Barbara, California, on the 21st of February, 2013.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

Page 78

Q. (BY MS. DeSANTIS) Dr. Leifer, this is an E-mail string and I want to ask you specifically about some of the E-mail on Bates number page ending in -376 and -377. So if you look -- and it moves backwards starting on Page -377 --
A. Okay.
Q. -- towards the top, an E-mail from Peter Cornillon to Dr. Lehr reading: "Sorry that I am late on -- late on this but I was so pissed after the telecon yesterday that I simply ignored my E-mails related to it. My sense is that we are being bullied into a position, and from the E-mails that came in after the telecon, it is not clear that I am the only one who feels this way."
Did I read that correctly?
A. Yes.
Q. Okay. Do you have any knowledge, Dr. Leifer, as to who was bullying Dr. Cornillon into a position?
MR. ROBERS: Object to form.
MS. GREENWALD: Object to form.
A. I do not know who he felt was bullying him.
Q. (BY MS. DeSANTIS) Did other Plume Team members feel that they were being bullied into a

Page 79

position, to your knowledge?
MR. ROBERS: Object to form.
A. I never heard and I did not recall the word "bullied" until you mentioned it here. But I did not recall anyone expressing the characterization as "bullied."
Q. (BY MS. DeSANTIS) Did you know of any Plume Team members who felt they were being pressured into a position?
MR. ROBERS: Object to form.
A. Yes.
Q. (BY MS. DeSANTIS) And who were those Plume Team members?
A. Myself, Frank, and I -- I believe there were others but I could not recall, in particular, who.
Q. Okay. And who did you feel was pressuring you into a position?
MR. ROBERS: Object to form.
A. The feeling that I had was from Marcia McNutt.
Q. (BY MS. DeSANTIS) And was it your understanding that Frank Shaffer also felt that he was being pressured into a position by Dr. McNutt?
MR. ROBERS: Object to form.

Page 80

A. Frank communicated that he was feeling that way to myself.
Q. (BY MS. DeSANTIS) All right. Were there any other members of the Plume Team who felt they were being pressured into a position by Dr. McNutt?
MR. ROBERS: Object to form.
A. I believe other team members had. I cannot recall, though, other individuals in particular.
Q. (BY MS. DeSANTIS) All right. And based on the E-mail communications that we see here from Dr. Cornillon, it appears that Dr. Cornillon believed that he was being bullied into a position, correct?
MR. ROBERS: Object to form.
A. It states there that he believes he was bullied.
Q. (BY MS. DeSANTIS) But you don't know who he believes was bullying him correct?
MR. ROBERS: Object to form.
A. From this document here, I do not know.
Let me take a look at some of the other E-mail chain.
No, I do not know independently and I

Page 81

do not see from this document exactly who he thought was bullying him.
Q. (BY MS. DeSANTIS) Okay. And, Dr. Leifer, when you indicate that Dr. McNutt was pressuring you into a position, is the position that you're referring to the generation of a flow estimate?
MR. ROBERS: Object to form.
A. Yes.
Q. (BY MS. DeSANTIS) Okay. And was Dr. McNutt pressuring you to come up with a flow estimate with any certain range of numbers?
MR. ROBERS: Object to form.
A. I felt that I was under some pressure to either come up with different numbers or strongly justify my numbers against her pressure.
Q. (BY MS. DeSANTIS) Did Dr. McNutt consider your numbers outside of an ideal range?
MR. ROBERS: Object to form.
A. I -- I do not know what she considered ideal. I only know what her communications were regarding the numbers.
Q. (BY MS. DeSANTIS) What numbers were you proposing that were dissatisfactory to Dr. McNutt?
MR. ROBERS: Object to form.
A. I do not know if the numbers I was

98

1 refined a core velocity ratio; is that correct?
2     A.  So -- so at that time, I had not done --
3 okay.  So for science, when I propose a centerline
4 velocity, I need to be able to document how I came
5 up with that number and why it's valid, citing the
6 literature, citing a study or doing a calculation.
7         At this point, since I had not yet
8 done that literature research, I believe that I
9 would have assumed a number such as 2 -- not
10 because 2 is correct but more because 2 is an even
11 number, reasonable -- and use something of that
12 nature.  I may have assumed 1.5 times the outside
13 velocity or another whole number.
14     Q.  So, as of June 7th when you wrote this
15 E-mail to Dr. Lehr, you were not considering your
16 20,000 to 30,000 barrel-a-day estimate to have
17 been based on science that you could defend to
18 your peers; is that correct?
19         MR. ROBERS:  Object to the form.
20     A.  I con- -- I -- well, I did not consider
21 this an estimate that I could defend to my peers
22 in a peer review process; but I considered this an
23 estimate that I would like to defend to my peers
24 on the team and hear their critiques.
25     Q.  (BY MS. DeSANTIS)  This was, as you say in

99

1 your E-mail, an estimate that was a discussion
2 point, correct?
3     A.  Correct.
4     Q.  It was not a final estimate, correct?
5     A.  Correct.
6     Q.  It was not based on what you had defined
7 today as science, correct?
8     A.  Correct.
9     Q.  All right.  Now, are you aware whether
10 other Plume Team members believed that the Plume
11 Team work was not science?
12     A.  I --
13         MR. ROBERS:  Object to form.
14     A.  I -- I do not know what other team members
15 believe.  I -- I do know that we were advised
16 repeatedly that this was response spill science.
17     Q.  (BY MS. DeSANTIS)  You believed this was
18 response spill science?
19     A.  I -- I do know that we were advised that
20 this was response spill science.
21     Q.  Who advised you that this was response
22 spill science?
23     A.  Bill Lehr.
24     Q.  All right.  And was it your understanding
25 that response spill science was different than

100

1 ordinary science as you define it?
2     A.  Yes.
3     Q.  And how was it different?
4     A.  Time constraint.
5     Q.  Okay.  So Bill Lehr's response spill
6 science was different than ordinary science
7 because it was science done under time pressure?
8     A.  Exactly.
9     Q.  And did Bill Lehr indicate to you whether
10 that science could be done differently than
11 ordinary science because of time pressure?
12     A.  I would say the reverse.  Bill Lehr
13 indicated that because there was a time
14 constraint, it could not be done necessarily the
15 way regular science is.
16     Q.  And to whom did Dr. Lehr communicate his
17 response spill science directive?
18         MR. ROBERS:  Object to form.
19     A.  At multiple teleconferences.
20     Q.  (BY MS. DeSANTIS)  And these were
21 teleconferences with the Plume Team?
22     A.  Yes.
23     Q.  Okay.  And was the Plume Team instructed
24 to generate estimates of the flow of hydrocarbons
25 from the well using response spill science?

101

1         MR. ROBERS:  Object to form.
2     A.  Yeah.  So -- so I'd like to just define a
3 little bit more response spill science.  To use
4 the best science we could in the time available to
5 generate a number.
6     Q.  (BY MS. DeSANTIS)  Okay.  Do you know
7 whether FRTG leadership was giving that directive
8 to other FRTG teams?
9         MR. ROBERS:  Object to form.
10     A.  I do not -- okay.  So, in general, I do
11 not know; and, to the best of my knowledge, within
12 the Mass Balance Team, we were not given that
13 directive.
14     Q.  (BY MS. DeSANTIS)  Okay.  So all you know
15 is that the Plume Team was given that directive,
16 correct?
17     A.  Yes.
18     Q.  And is it your view that because the Plume
19 Team was under pressure, time pressure, the Plume
20 Team was not generating science according to your
21 definition of science?
22         MR. ROBERS:  Object to form.
23     A.  At -- we were doing the best scientific
24 estimate we could in the time we were given.
25     Q.  (BY MS. DeSANTIS)  Do you believe that the

162

1  you referring?
2     A. And so this refers to a particular press
3  release, which may have been released multiple
4  times, of the interim work in which the Flow
5  Team's conclusions or finding or consensus was
6  that we could arrive or derive a lower flow
7  estimate but, based on the data at hand, could not
8  come up with a higher, upper-bound estimate. The
9  press release took our range of lower-bound
10 estimates and made that the range of estimates.
11    Q. Do you know, Dr. Leifer, whether Marcia
12 McNutt felt pressured to conform flow rate
13 estimates from all teams within the FRTG to the
14 estimates of Secretary Chu's team?
15       MR. ROBERS: Object to form.
16    A. I do not know whether Marcia McNutt felt
17 that kind of pressure.
18    Q. (BY MS. DeSANTIS) All right. Can you
19 turn to Tab 30, please?
20       (Marked Exhibit No. 10986.)
21    Q. (BY MS. DeSANTIS) Tab 30 is a document --
22    A. Hang on. It will take me a second. The
23 switching takes just a few seconds from one side
24 to the other. Okay. I'm now at Tab 30.
25       MS. DeSANTIS: Tab 30 is a document

163

1  Bates numbered UCSB00309558. We're marking this
2  as Exhibit 10986.
3     Q. (BY MS. DeSANTIS) It is a June 9th, 2010,
4  E-mail from Dr. McNutt to the Plume Team, Subject
5  line "Tomorrow." Do you recognize this E-mail?
6     A. I do.
7     Q. Okay. And in this E-mail, Dr. McNutt
8  passes along the flow rate findings of Secretary
9  Chu's science team based on analysis for the
10 pressure data from the sensors at the top and
11 bottom of the BOP; is that fair?
12    A. Yes. I see that second par- -- third
13 paragraph.
14    Q. All right. And then if you will look at
15 the third to last paragraph in the E-mail
16 beginning with "I have been instructed" --
17    A. Yes.
18    Q. -- do you see where Dr. McNutt writes: "I
19 have been instructed by the White House to 'fold
20 in' the results of Secretary Chu's analysis with
21 the results of the FRTG to ensure that there is
22 still just one federal assessment of flow.  Given
23 the stature of this group, Chu's Nobel Prize, the
24 fact that they believe their observation
25 iron-clad, etc., we will have to consider

164

1  carefully our conclusions tomorrow."
2        And then she goes on to say: "Given
3  the uncertainty in the video observations, the
4  difference in flow geometries, the differences in
5  qualities of videos, etc., both from before and
6  after the riser cut, are flow rates RESOLVABLY
7  different by more than a few percent (say more
8  than 6 to 8 percent)?
9        "I believe this will be our goal that
10 we must focus on."
11       Do you recall receiving this E-mail
12 from Dr. McNutt?
13    A. I don't recall receiving this particular
14 E-mail, but none of the statements you've read in
15 here are surprising --
16    Q. Okay. What --
17    A. -- or unfamiliar.
18    Q. What did you understand Dr. McNutt to mean
19 by the "goal that we must focus on" in this
20 E-mail?
21       MR. ROBERS: Object to form.
22    A. I believe -- well, she has stated that she
23 would like greater agreement between our methods.
24    Q. (BY MS. DeSANTIS) And when you say "our
25 methods," does she mean -- did she mean agreement

165

1  within the methods of the Plume Team?
2        MR. ROBERS: Object to form.
3     A. She meant -- my understanding was both
4  within the Plume Team and between other teams as
5  well based on statements she made.
6     Q. (BY MS. DeSANTIS) Did -- so Dr. McNutt
7  wanted to see greater agreement between the
8  methods of the various FRTG sub-teams?
9     A. The results of the methods.
10       MR. ROBERS: Object to form.
11    Q. (BY MS. DeSANTIS) All right.
12    A. The results of the methods.
13    Q. So Dr. McNutt expressed that she wanted to
14 see greater agreement in the numbers that the
15 various FRTG teams were generating for estimates
16 of flow for Macondo, correct?
17    A. Yes.
18       MS. GREENWALD: Objection; form.
19       MR. ROBERS: Object to form.
20    A. She expressed that, yes.
21    Q. (BY MS. DeSANTIS) Was Dr. McNutt telling
22 you in this E-mail that the Plume Team should
23 aspire to produce results within 6 to 8 percent of
24 what Secretary Chu's team had produced?
25       MR. ROBERS: Objection; form.

42 (Pages 162 to 165)

### Page 166

1  MS. GREENWALD: Objection; form.
2  A. My interpretation of what is written there
3  is that she is requesting that we either -- we
4  evaluate whether we can come into that agreement
5  or we cannot come into that agreement.
6  Q. (BY MS. DeSANTIS) Okay.
7  A. Is that clear, that answer? Okay.
8  Q. Was it your view that Dr. McNutt was
9  trying to manipulate science?
10  MR. ROBERS: Object to form.
11  A. My view was that she was pressuring us.
12  My view was that we were a very difficult group to
13  be pressured and whether the pressure had any
14  effect, I believe no. But I pressure my grad
15  students all the time. That doesn't mean I'm
16  trying to manipulate their thesis. So I do not
17  know why she pressured us.
18  Q. (BY MS. DeSANTIS) Okay. Is it your
19  understanding that Dr. McNutt was pressuring you
20  in part so that the numbers of the Plume Team
21  would match up well with the numbers of other FRTG
22  sub-teams?
23  MR. ROBERS: Object to form.
24  MS. GREENWALD: Objection; form.
25  A. That is what she expressed.

### Page 167

1  Q. (BY MS. DeSANTIS) Can you turn to Tab 31?
2  (Marked Exhibit No. 10987.)
3  MS. DeSANTIS: Tab 31 is a document,
4  Bates numbered UCSB00261931. We're going to mark
5  this as Exhibit 10987.
6  Q. (BY MS. DeSANTIS) Tab 31 is an August 22,
7  2010, E-mail from Dr. Shaffer to you, "Subject:
8  call connection."
9  A. Yes.
10  Q. Do you recognize this E-mail?
11  A. I do not. I mean, it's obviously an
12  E-mail to me, but I don't -- I do not recall this
13  E-mail.
14  Q. Okay. Let me direct your attention to the
15  part of the E-mail about three lines down, four
16  lines down beginning "I did read the Huffington
17  Post...."
18  A. I see that.
19  Q. All right. Beginning there, Dr. Shaffer
20  writes to you: "I did read the Huffington Post
21  articles about Bill Lehr. His and Marcia's effort
22  to manipulate science is really extraordinary.
23  I'm glad they're not getting away with it, thanks
24  to good people like you. Being a federal
25  employee, it is more difficult for me to speak

### Page 168

1  about this. But there are ways."
2  And then he indicates he would like
3  to talk sometime soon.
4  Did I read that correctly?
5  A. You did.
6  Q. Do you understand -- do you know what
7  manipulation of science Dr. Shaffer is referring
8  to?
9  MR. ROBERS: Object to form.
10  A. No. I do not know in this particular case
11  what manipulation of science he is referring to.
12  Q. (BY MS. DeSANTIS) Do you know generally
13  how he believes that Dr. McNutt and Dr. Lehr were
14  manipulating science?
15  MR. ROBERS: Object to form.
16  A. Frank expressed that he believed
17  Dr. McNutt and Dr. Lehr were attempting to bias
18  the -- the results of the Flow Team. Frank
19  expressed that on a number of occasions.
20  Q. (BY MS. DeSANTIS) What do you understand
21  Dr. Shaffer to mean when he says, "I'm glad
22  they're not getting away with it, thanks to good
23  people like you"?
24  A. I -- I really do not know what it --
25  Q. Did you write or contribute to a

### Page 169

1  Huffington Post article?
2  A. I -- I -- I don't recall contributing.
3  If -- I may have, I may not have. I really don't
4  recall that particular Huffington Post. What -- I
5  sort of gave a little laugh, but I -- Frank -- I
6  know Frank well, and I really do not know what
7  Frank thinks much of the time.
8  Q. Did you believe that Dr. McNutt was
9  misrepresenting some work of the FRTG?
10  MR. ROBERS: Object to form.
11  A. No. I do not believe that Marcia McNutt
12  personally misrepresented the work of the FRTG.
13  Q. (BY MS. DeSANTIS) Do you believe that
14  Marcia McNutt professionally misrepresented the
15  work of the FRTG?
16  MR. ROBERS: Object to form.
17  A. No.
18  Q. (BY MS. DeSANTIS) If you could look at
19  Tab 32, please. Behind Tab 32 is a document
20  beginning with Bates No. UCSB00294564. It's an
21  E-mail --
22  MS. DeSANTIS: We're going to mark
23  this as Exhibit 10988.
24  (Marked Exhibit No. 10988.)
25  Q. (BY MS. DeSANTIS) -- E-mail dated

174

1   Q. And Dr. Shaffer writes to you: "Ira, just
2  wanted to check with you to see if you have the
3  same impression I do about Marcia's recent
4  E-mails. My impression is that she's trying to
5  find a way to go back and make the estimate of the
6  conventional PIV people in the range of fifty to
7  60,000 barrels a day.
8       "If she finds a way to make the GOR
9  0.29 instead of the 0.4 that everyone used, she
10 will make the conventional PIV people correct and
11 make our estimates too high.
12      "I suspect the Congress is starting
13 to look into the Plume Team's work; and since she
14 backed the conventional PIV people, she realizes
15 the bind she is in and wants to find a way out."
16      Did I read that correctly?
17  A. Yes.
18  Q. Okay. And you respond: "Please call my
19 cell." Do you see that up above?
20  A. Yes.
21  Q. Okay. Do you agree with Dr. Shaffer's
22 assessment that Dr. McNutt was trying to find a
23 way to change the GOR to make the PIV Plume Team
24 members' numbers correct?
25      MR. ROBERS: Object to form.

175

1   A. Clearly, Frank asserts that it was not my
2  impression that she was trying to -- my impression
3  was that this was consistent with her general
4  efforts as Flow Team leader to arrive at consensus
5  within -- but my understanding or impression from
6  the way things developed was that she always tried
7  to do that within the bounds of what was
8  defendable.
9   Q. (BY MS. DeSANTIS) And your understanding
10 was that Dr. McNutt was looking at the GOR as a
11 way to bring numbers from various FRTG sub-teams
12 into consensus, correct?
13      MS. GREENWALD: Objection; form.
14      MR. ROBERS: Objection; form.
15  A. Yeah. So -- so I'm -- as Frank points
16 out, the GOR would not create consensus. However,
17 the sentence before would be -- in other words, if
18 she -- rather than adjusting the GOR, the gas to
19 oil ratio, if she found a way to bring the
20 conventional PIV flow estimate up to the 50 to 60,
21 she would be achieving consensus.
22      The way Frank is suggesting she's
23 trying to do it would not create consensus but
24 would, in fact, create a different sense of whose
25 estimates were closer to the ultimate consensus

176

1  value.
2       And I have a feeling I only partially
3  answered your question.
4   Q. (BY MS. DeSANTIS) Okay. When you refer
5  to the "ultimate consensus value," what is the
6  ultimate consensus value that you're referring to?
7   A. That -- that's the one that was used of
8  the 62.5 thousand barrels per day averaged over
9  the whole spill.
10  Q. All right. And it's your understanding
11 that Dr. McNutt wanted to bring as many FRTG
12 sub-teams as possible into consensus on this
13 number, correct?
14      MR. ROBERS: Object to form.
15  A. Yeah. I do not know if she wanted to do
16 that, but that would be consistent with her
17 actions within the team.
18  Q. (BY MS. DeSANTIS) And if Dr. McNutt were
19 to suggest to the Plume Team that a GOR of 0.29 be
20 used instead of 0.4, would that have brought the
21 conventional PIV Plume Team members' work into
22 that consensus number range?
23      MR. ROBERS: Object to form.
24  A. So I think I need to define "consensus"
25 even though it seems very obvious. So consensus

177

1  is what we, the experts, which included all the
2  various members of the team, agreed as the best
3  way to reflect reality; but consensus does not
4  imply we were correct or incorrect.
5       And to answer your question about
6  consensus, that would bring the conventional PIV
7  people into consensus with both by consensus and
8  some other Flow Team's estimates.
9   Q. (BY MS. DeSANTIS) All right. You earlier
10 said that by referring to the ultimate consensus
11 value, you were referring to a 62,500
12 barrel-per-day estimate averaged over the whole
13 spill, correct?
14  A. Yes.
15  Q. All right. Is it your understanding that
16 if Dr. McNutt were to have the Plume Team use a
17 0.29 GOR instead of 0.4, the conventional PIV
18 people on the Plume Team would have arrived at a
19 flow rate estimate that was consistent with that
20 ultimate consensus value as you define it?
21  A. To state that more straightly, they would
22 have corrected their estimate to be in agreement
23 with the consensus.
24  Q. All right. And you actually ask, in this
25 E-mail, for Dr. Shaffer to call your cell --

45 (Pages 174 to 177)

242

1          (Marked Exhibit No. 11366.)
2     Q.  (BY MS. DeSANTIS) Okay.  Tab 53 is a
3  document Bates-numbered UCSB00414567.  We've
4  marked this as Exhibit 11366.
5          Do you recognize this E-mail?
6     A.  I -- I recognize this as some of the
7  E-mails that I wrote.
8     Q.  All right.  At the very top, you're
9  writing a letter -- or you're writing an E-mail on
10 September 21st, 2010, to Seth Borenstein.  Who was
11 Seth Borenstein?
12    A.  A reporter at the Associated Press.
13    Q.  All right.  And you are responding to some
14 of Seth Borenstein's questions about Tim Crone's
15 work; is that correct?
16    A.  Correct.
17    Q.  And you indicate in your response to
18 him -- and I quote:  "The official report
19 indicates that there is a 10 percent uncertainty.
20 I think it's more like 20 percent," and then you
21 go on.
22         When you're referring to "the
23 official report," what report are you referring
24 to?
25    A.  The final report of the flow rate

243

1  technical group.
2     Q.  All right.  So this is the final Plume
3  Team report?
4          MR. ROBERS:  Object to form.
5     Q.  (BY MS. DeSANTIS) I'm sorry, the final --
6  I'm sorry.  It is the final FRTG report, correct?
7     A.  Yes.
8     Q.  All right.  So the -- and as we know, the
9  FRTG report had an uncertainty figure with respect
10 to a final flow estimate of plus or ninus -- plus
11 or minus 10 percent, correct?
12    A.  Yes.  That's my recollection.
13    Q.  All right.  And it was your view that that
14 figure should have been more like plus or minus
15 20 percent; is that correct?
16    A.  To -- to read the whole sentence, my view
17 is that based on the data that was analyzed,
18 20 percent would be more realistic or accurate,
19 but data -- only the data -- the data analyzed was
20 only for the times where there was data that was
21 analyzed?  So -- so my view of this 10 and
22 20 percent, it does not include temporal.
23    Q.  Dr. Possolo, can you turn to Tab 6?
24         MR. GOLDSTEIN:  Leifer?
25    Q.  (BY MS. DeSANTIS) I'm sorry.  That's

244

1  true, Leifer.  If you could turn to Tab 6, please.
2     A.  Uh-huh.
3     Q.  The executive summary of the FRTG report.
4  And if you could look at the last paragraph on the
5  first page of the executive summary at the very
6  bottom and continuing onto Page 2...
7     A.  So -- so the last paragraph on Page 1?
8     Q.  Yes.  Continuing onto Page 2, reads:  "The
9  net result was a" -- "a time varying flow rate
10 announced on August 2, 2010, that decreased over
11 87 days from an initial 62,000 to a final 53,000
12 barrels per day for a total release of 4.9 million
13 barrels of oil before accounting for containment.
14 The estimated uncertainty on these flow values
15 is" -- "is also plus or minus 10 percent."
16         Did I read that correctly?
17    A.  Yes.
18    Q.  And so the final FRTG report here gives an
19 uncertainty figure on flow values of plus or minus
20 10 percent, correct?
21    A.  Correct.
22    Q.  And is it your view that that figure
23 should have been plus or minus 20 percent based on
24 information available to you?
25         MR. ROBERS:  Object to form.

245

1     A.  My -- my view is that it should have been
2  larger than even 20 percent.
3     Q.  (BY MS. DeSANTIS) And how large do you
4  think the uncertainty figure should have been in
5  the executive summary of the FRTG report?
6          MR. ROBERS:  Object to form.
7     A.  Outside the question of whether they're in
8  the executive summary or elsewhere in the report,
9  my feeling is that closer to 40 percent.
10    Q.  (BY MS. DeSANTIS) So you believe that the
11 uncertainty associated with the figure -- figures
12 given in the FRTG executive summary?  And, again,
13 looking at the figures at the bottom of Page 1
14 onto Page 2, initial 62,000 to a final 53,000
15 barrels per day, the uncertainty associated with
16 those numbers was approximately 40 percent?
17         MR. ROBERS:  Object to form.
18    A.  I -- I agree that or I would contend that
19 a realistic evaluation would assess an uncertainty
20 in the 40 percent range.
21    Q.  (BY MS. DeSANTIS) And would you have
22 assessed that uncertainty as plus or minus a
23 figure in the 40 percent range?
24         MR. ROBERS:  Object to form.
25    A.  Yes.

274

1 second?
2       Maybe we should take -- is now a good
3 time for a break? I'd like to talk to him about
4 that last answer.
5       MS. DeSANTIS: Yeah, we're close
6 to a -- are we close to an hour? Yeah. Let's
7 take a five-minute break now and come back.
8       THE VIDEOGRAPHER: The time is
9 4:31 p m. We're off the record, ending Tape 5.
10      (Break from 4:31 p.m. to 4:46 p m.)
11      THE VIDEOGRAPHER: The time is
12 4:46 p m. We're back on the record, beginning
13 Tape 6.
14   Q. (BY MS. DeSANTIS) Dr. Leifer, just before
15 we broke, counsel for the U.S. indicated that they
16 wanted to speak to you regarding your answer to
17 the last question that was asked. Did you have an
18 opportunity to consult?
19   A. We did.
20   Q. All right. And can you answer that last
21 question? I'm happy to repeat it.
22   A. No, I cannot answer that question.
23   Q. All right. So, again, the question that
24 you are saying on the advice of counsel for the
25 U.S. that you cannot answer is: You concluded

275

1 that after you had done some HDIV work -- I'm
2 sorry, the next question.
3       The question that you are saying that
4 you cannot answer is: Do you still believe that
5 manual feature tracking was the best method to
6 analyze flow for Macondo?
7       MR. ROBERS: And I would instruct the
8 witness not to answer that question to the extent
9 he cannot do so without revealing product and
10 privilege work stream.
11   Q. (BY MS. DeSANTIS) Can you answer the
12 simple question of whether you believe -- you
13 still believe that manual feature tracking was the
14 best method to analyze flow from the Macondo Well
15 without revealing privileged information?
16   A. I do not believe I can answer that
17 question.
18   Q. Okay. So you cannot even answer whether
19 or not it is your position today that manual
20 feature -- feature tracking was the best method to
21 analyze flow from the Macondo Well without
22 revealing the privileged information?
23      MR. ROBERS: I'll instruct the
24 witness not to answer that question.
25      MS. DeSANTIS: And on what basis are

276

1 you instructing the witness not to answer?
2       MR. ROBERS: Work product.
3   Q. (BY MS. DeSANTIS) All right. Let's go
4 back, Dr. Leifer, to Exhibit 10995, which is
5 behind Tab 43. And it's the E-mail that we were
6 looking at from Dr. Wereley to you --
7   A. Yes.
8   Q. -- dated 1-23-2012.
9       In that E-mail and again in the first
10 paragraph, Dr. Wereley writes to you: "I wanted
11 to get your opinion about whether you felt
12 railroaded into a certain flow rate estimate."
13      Did I read that correctly?
14   A. You read that correctly.
15   Q. All right. Did you ever respond to
16 Dr. Wereley as to whether or not you felt
17 railroaded into a certain flow rate estimate?
18   A. I do not recall if I responded to him or
19 not.
20   Q. Okay. Did you feel railroaded into a
21 certain flow rate estimate?
22      MR. ROBERS: Object to form.
23   A. My interpretation of the meaning of
24 "railroaded" as in forced, then I would answer no.
25 I do not know what Steve Wereley meant when he

277

1 said "railroaded."
2   Q. (BY MS. DeSANTIS) But as you've said
3 before, you felt some pressure from Dr. McNutt
4 with respect to your flow rate estimates, correct?
5       MR. ROBERS: Object to form.
6   A. Correct.
7   Q. (BY MS. DeSANTIS) Okay. Let's go back to
8 Exhibit 9183, the plume calculation team report
9 behind Exhibit 39.
10      MS. KIRBY: Behind Tab 39?
11      MS. DeSANTIS: Yeah, behind Tab 39.
12   Q. (BY MS. DeSANTIS) And, again, your
13 analysis begins on Page 66. Now, Doctor,
14 Appendix 6 presents overall your analysis and
15 conclusions regarding flow rate from the DEEPWATER
16 HORIZON incident as of the date of the Plume Team
17 report, July 21, 2010; is that correct?
18      MR. ROBERS: Object to form.
19   A. Correct.
20   Q. (BY MS. DeSANTIS) All right. And are the
21 conclusions that you set forth in Appendix 6
22 regarding flow rate from the DEEPWATER HORIZON
23 incident still your conclusions regarding flow
24 rate today?
25      MR. ROBERS: I would caution the