# Attachment 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL | ) | MDL NO. 2179 |
| BY THE OIL RIG | ) | |
| "DEEPWATER HORIZON" IN | ) | SECTION "J" |
| THE GULF OF MEXICO, ON | ) | |
| APRIL 20, 2010 | ) | JUDGE BARBIER |
| | ) | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VOLUME 1

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Deposition of SRDJAN NESIC, Ph.D., taken at Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 23rd day of July, 2013.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

|       |    |                                                        |
|-------|----|--------------------------------------------------------|
|       | 1  | THE VIDEOGRAPHER:  This is the                         |
|       | 2  | deposition of Dr. Srdjan Nesic in regard to            |
|       | 3  | the oil spill of the oil rig Deepwater                 |
|       | 4  | Horizon in the Gulf of Mexico on April 20th,           |
| 08:29 | 5  | 2010.  Today's date is July 23rd, 2013.  The           |
|       | 6  | time is 9:29 [sic] a.m.  We are now on the             |
|       | 7  | record.                                                |
|       | 8  | SRDJAN NESIC, Ph.D.,                                   |
|       | 9  | having been first duly sworn, testified as             |
| 08:29 | 10 | follows:                                               |
|       | 11 | E X A M I N A T I O N                                  |
|       | 12 | BY MS. CROSS:                                          |
|       | 13 | **Q.      Good morning, Dr. Nesic.**                   |
|       | 14 | A.      Good morning.                                  |
| 08:29 | 15 | **Q.      I introduced myself off the**                |
|       | 16 | **record, but I will do so again, here, on the**       |
|       | 17 | **record.  My name is Anna Cross.  I work for**        |
|       | 18 | **DOJ, and I represent the United States in**          |
|       | 19 | **this matter.  With me is my colleague Erica**        |
| 08:30 | 20 | **Pencak, also from DOJ, also representing the**       |
|       | 21 | **United States.  Could you please state your**        |
|       | 22 | **full name for the record?**                          |
|       | 23 | A.      My name is Srdjan Nesic.                       |
|       | 24 | **Q.      Do you have a middle name?**                 |
| 08:30 | 25 | A.      No.                                            |

```
            1   first that the transient simulations were not
            2   done with the real flow geometries of the
            3   BSR, the CSR, et cetera, because that was
            4   prohibitively difficult.  It couldn't be
02:27       5   done.  So we have done the transient
            6   simulations only on the simplified geometries
            7   of these elements.
            8              The goal with those simplified
            9   geometries was not to determine the slope of
02:28      10   the change, but only the character of the
           11   change, and that's what we did and the
           12   character of the trend was always linear.
           13        Q.    Okay.  Let me ask the question
           14   again.  Does your transient simulation have
02:27      15   different concentrations of sand production
           16   between April 22nd and May 4th and between
           17   May 4th and May 27th?
           18        A.    Our transient simulations of the
           19   simplified BOP elements executed successfully
02:28      20   only for about, I believe, 10 to 12 days.
           21   That's how long FLUENT could handle the
           22   resulting change of geometry due to erosion,
           23   and beyond that the calculations destabilized
           24   and had to be terminated.
02:28      25              So I have never performed a
```

|   |   |
|---|---|
|  | 1   **ran your transient simulation for 10 to 12** |
|  | 2   **days?** |
|  | 3        A.     We tried to go longer, but in |
|  | 4   just about all of the simulations, we sim- -- |
| 02:30 | 5   we did, there were problems as the |
|  | 6   simulations went beyond 10 days. |
|  | 7        MS. CROSS:  Let's go ahead and take a |
|  | 8   break. |
|  | 9        THE WITNESS:  Thank you. |
| 02:30 | 10       THE VIDEOGRAPHER:  The time is |
|  | 11  2:30 p.m. and we're off the record. |
|  | 12       (Recess from 2:30 p.m. to 2:45 p.m.) |
|  | 13       THE VIDEOGRAPHER:  Time is 2:45 p.m. |
|  | 14  We're back on the record. |
| 02:45 | 15       Q.     **(BY MS. CROSS)  Dr. Nesic, were** |
|  | 16  **you aware that pressure measurements in the** |
|  | 17  **BOP were taken during the response period?** |
|  | 18       A.     Yes. |
|  | 19       Q.     **When were those pressure** |
| 02:45 | 20  **measurements taken?** |
|  | 21       MR. ROMAN:  Object to the form, no |
|  | 22  foundation. |
|  | 23       A.     From reading the various reports |
|  | 24  that I already mentioned early this morning, |
| 02:45 | 25  I understand that pressure measurements in |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL            ) MDL NO. 2179
BY THE OIL RIG              )
"DEEPWATER HORIZON" IN      ) SECTION "J"
THE GULF OF MEXICO, ON      )
APRIL 20, 2010              ) JUDGE BARBIER
                            ) MAG. JUDGE SHUSHAN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VOLUME 2

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Deposition of SRDJAN NESIC,
Ph.D., taken at Pan-American Building,
601 Poydras Street, 11th Floor, New Orleans,
Louisiana, 70130, on the 24th day of July,
2013.

```
 1          A.      -- beyond the data that one has.
 2          Q.      Let's talk about the character
 3   of the curve.  What do you mean by that?
 4          A.      That means whether the curve is
 5   linear, exponential, polynomial,
 6   hyperbolical, or whatever the nature of the
 7   character of the curve is.
 8          Q.      For the period between May 2nd
 9   and May 27th if you had carried forward an
10   exponential curve, you could have
11   extrapolated that exponential curve from the
12   22nd of April to May 2nd forward to May 27th,
13   right?
14          A.      That would be possible in
15   principle, yes.
16          Q.      Did you?  Did --
17          A.      No, I did not.  I considered the
18   exponential curve inappropriate.
19          Q.      You testified that it's
20   mathematically appropriate, in fact, a bit
21   more accurate.  Why are you testifying now
22   that the exponential fit is inappropriate?
23          A.      Let me clarify.  That's not
24   exactly what I said.  I said that
25   mathematically it provides a slightly better
```

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | fit for the period of the little over 10 days                |
|       | 2  | where I had the data.  I also said that for                  |
|       | 3  | all practical purposes, that means for the                   |
|       | 4  | intended purpose of what this is, for                        |
| 08:41 | 5  | pressure drop calculation that difference was                |
|       | 6  | not significant, the difference between the                  |
|       | 7  | fit by the exponential line and the linear                   |
|       | 8  | line.  That's what I said.                                   |
|       | 9  |            Now, we are discussing, based on                  |
| 08:42 | 10 | your last question, what is a better fit or                  |
|       | 11 | curve to extrapolate be- -- beyond the 10 --                 |
|       | 12 | original 10 days, and I said that I                          |
|       | 13 | considered that it's inappropriate to                        |
|       | 14 | extrapolate the exponential function beyond                  |
| 08:42 | 15 | the 10 days.  That's what I said.                            |
|       | 16 |       **Q.      And what's the basis for that**              |
|       | 17 | **conclusion?**                                              |
|       | 18 |       A.      The basis for that conclusion                  |
|       | 19 | are twofold.  The main reason for that is                    |
| 08:42 | 20 | that in a general sense it's well understood                 |
|       | 21 | that extrapolation of nonlinear functions,                   |
|       | 22 | such as the exponential function, exponential                |
|       | 23 | curve in this case, nonlinear meaning not                    |
|       | 24 | being aligned, is generally not a good way to                |
| 08:43 | 25 | approach extrapolation because the behavior                  |

```
 1   of nonlinear functions beyond the data to
 2   which they're fitted is unreliable.  One can
 3   do that only when one has strong grounds to
 4   believe that that curve is valid beyond the
 5   data used to calibrate it.  We did not have
 6   such argument available, so therefore the
 7   simpler, the linear fit is more reliable as
 8   extrapolation tool.
 9        Q.    If you had had transient data
10   beyond day 10, you could have assessed
11   whether an exponential curve fit better than
12   a linear curve for the entire period from
13   April 22nd to May 27th, right?
14        MR. ROMAN:  Object to the form.
15        A.    In that hypothetical the answer
16   would be yes, but then I could have also
17   found probably another one, two, three, any
18   number of nonlinear fits that may be even
19   better than the exponential one.  So the
20   question arises which one should we take,
21   then.
22        Q.    (BY MS. CROSS)  What nonlinear
23   fits did you look at to try to match the data
24   you had from April 22nd to May 2nd?
25        A.    I had no reason to look at any
```

|   |   |
|---|---|
|  | 1  nonlinear fits, because not only in this one |
|  | 2  example that you're showing in Figure 12 or |
|  | 3  pointing to Figure 12 in Bushnell's rebuttal |
|  | 4  report, but in many of the other simulations |
| 08:44 | 5  we've done, there was no indication that |
|  | 6  anything but a linear fit is appropriate. |
|  | 7  All of those data were linear enough so that |
|  | 8  a line appeared to be the best fit to them. |
|  | 9  And I also want to draw |
| 08:45 | 10  attention to -- to the fact that if this last |
|  | 11  point on this graph which you referred to |
|  | 12  yesterday was not there and that point might |
|  | 13  be partially erroneous, because that's -- |
|  | 14  right beyond that point there was an |
| 08:45 | 15  aberration of the simulation.  The simulation |
|  | 16  showed a significant error.  That if that |
|  | 17  point is removed as -- and brought into |
|  | 18  doubt, then the so-called better nature of |
|  | 19  the exponential fit would -- would go away. |
| 08:45 | 20  So I have all the reasons that I need to |
|  | 21  believe that nothing but the straight line is |
|  | 22  a better fit.  The straight line is the best |
|  | 23  fit, to make it simple and clear. |
|  | 24      Q.    **And just to be clear, you didn't** |
| 08:45 | 25  **consider any fits other than a linear fit?** |

```
 1            A.    Correct.
 2            Q.    Okay.  If you had extrapolated
 3     an exponential fit beyond May 2nd, based on
 4     the data from April 22nd to May 2nd, would
 5     that have given different pressure drops
 6     compared to the extrapolated linear fit?
 7            MR. ROMAN:  Object to the form, asked
 8     and answered.
 9            A.    Yes.
10            Q.    (BY MS. CROSS)  How big would
11     that difference be?
12            MR. ROMAN:  Object to the form.
13            A.    I have not done that.  I already
14     answered that I have not tried any other fits
15     other than the linear fit.  I had no reasons
16     to do that.  There are any number of
17     potential nonlinear fits that one can try,
18     but that is playing with math, not with
19     physics and not what I was concerned with.
20            Q.    (BY MS. CROSS)  What explanation
21     did you provide in your expert report,
22     Exhibit 11529, for why you used a linear fit?
23            MR. ROMAN:  Object to the form.
24            A.    May I take a quick look at...
25            Q.    (BY MS. CROSS)  Sure.
```

|       |                                                               |
|-------|---------------------------------------------------------------|
| 1     | MR. ROMAN: Object to the form.                                |
| 2     | A. I did rely on the variations in                            |
| 3     | the results that were obtained when I varied                  |
| 4     | the input parameters to construct the main                    |
| 12:26 5 | graphs, and that is, I believe, the graph in                |
| 6     | Figure 33 on Page 35 of my report. The                        |
| 7     | variation of the input parameters resulted in                 |
| 8     | the variation of the normalized pressure drop                 |
| 9     | within a narrow percentage range that I                       |
| 12:26 10 | report.                                                    |
| 11    | **Q.  (BY MS. CROSS)  What input**                            |
| 12    | **parameters did you vary in your modeling run?**             |
| 13    | A. Input parameters, the main input                           |
| 14    | parameters which were varied were flow rate,                  |
| 12:27 15 | obviously, also the physical parameters,                   |
| 16    | density, viscosity. We have changed particle                  |
| 17    | size. We have actually created a number of                    |
| 18    | geometries with different leading lengths                     |
| 19    | into the geometry of interest, et cetera.                     |
| 12:27 20 | There were many, many variations, hundreds                 |
| 21    | and hundreds. I don't remember all the                        |
| 22    | variations we did.                                            |
| 23    | **Q.  Did you disclose any modeling**                         |
| 24    | **files that showed variations of the following**             |
| 12:27 25 | **parameters: density, viscosity, particle**               |

```
 1    THE STATE OF LOUISIANA :
      PARISH   OF    ORLEANS :
 2
      I, PHYLLIS WALTZ, a Certified Court Reporter,
 3    Registered Professional Reporter, and
      Certified Realtime Reporter in and for the
 4    State of Louisiana, do hereby certify that
      the facts as stated by me in the caption
 5    hereto are true; that the above and foregoing
      answers of the witness, SRDJAN NESIC, Ph.D.,
 6    to the interrogatories as indicated were made
      before me by the said witness after being
 7    first duly sworn to testify the truth, and
      same were reduced to typewriting under my
 8    direction; that the above and foregoing
      deposition as set forth in typewriting is a
 9    full, true, and correct transcript of the
      proceedings had at the time of taking of said
10    deposition.
11    I further certify that I am not, in any
      capacity, a regular employee of the party in
12    whose behalf this deposition is taken, nor in
      the regular employ of his attorney; and I
13    certify that I am not interested in the
      cause, nor of kin or counsel to either of the
14    parties.
15    GIVEN UNDER MY HAND AND SEAL OF OFFICE, on
      this, the 23RD day of JULY, 2013.
16
17
18                    _____
                      PHYLLIS WALTZ, RMR, CRR
19                    TEXAS CSR, TCRR NO. 6813
                      Expiration Date:  12/31/13
20                    LOUISIANA CCR NO. 2011010
                      Expiration Date:  12/31/12
21
22    Worldwide Court Reporters, Inc.
      Firm Certification No. 223
23    3000 Weslayan, Suite 235
      Houston, Texas  77027
24    (713) 572-2000
25
```

```
 1    THE STATE OF LOUISIANA :
      PARISH   OF    ORLEANS :
 2
      I, PHYLLIS WALTZ, a Certified Court Reporter,
 3    Registered Professional Reporter, and
      Certified Realtime Reporter in and for the
 4    State of Louisiana, do hereby certify that
      the facts as stated by me in the caption
 5    hereto are true; that the above and foregoing
      answers of the witness, SRDJAN NESIC, Ph.D.,
 6    to the interrogatories as indicated were made
      before me by the said witness after being
 7    first duly sworn to testify the truth, and
      same were reduced to typewriting under my
 8    direction; that the above and foregoing
      deposition as set forth in typewriting is a
 9    full, true, and correct transcript of the
      proceedings had at the time of taking of said
10    deposition.
11    I further certify that I am not, in any
      capacity, a regular employee of the party in
12    whose behalf this deposition is taken, nor in
      the regular employ of his attorney; and I
13    certify that I am not interested in the
      cause, nor of kin or counsel to either of the
14    parties.
15    GIVEN UNDER MY HAND AND SEAL OF OFFICE, on
      this, the 24TH day of JULY, 2013.
16
17
18                    _____
                      PHYLLIS WALTZ, RMR, CRR
19                    TEXAS CSR, TCRR NO. 6813
                      Expiration Date:  12/31/13
20                    LOUISIANA CCR NO. 2011010
                      Expiration Date:  12/31/12
21
22    Worldwide Court Reporters, Inc.
      Firm Certification No. 223
23    3000 Weslayan, Suite 235
      Houston, Texas  77027
24    (713) 572-2000
25
```

**WITNESS NAME:** Srdjan Nesic, Ph.D.

**DATE TAKEN:** July 23-24, 2013

**IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**

## GENERAL CORRECTIONS:

| PAGE | LINE | CHANGE |
|---|---|---|
| PAGE: 20 | LINE: 17 | CHANGE: "is" to "are" (wrong word) |
| PAGE: 20 | LINE: 19 | CHANGE: "that is that" to "that is that it" (missing word) |
| PAGE: 23 | LINE: 14 | CHANGE: "files" to "file" (misspelling) |
| PAGE: 23 | LINE: 17 | CHANGE: "ones that are" to "one that is" (clarification) |
| PAGE: 24 | LINE: 1 | CHANGE: "have" to "have them" (missing word) |
| PAGE: 24 | LINE: 5 | CHANGE: "case" to "case," (incorrect punctuation) |
| PAGE: 27 | LINE: 16 | CHANGE: "physical" to "physico-" (wrong word) |
| PAGE: 40 | LINE: 9 | CHANGE: "and" to "in" (wrong word) |
| PAGE: 40 | LINE: 21 | CHANGE: "a word" to "weren't" (wrong word) |
| PAGE: 47 | LINE: 13 | CHANGE: "sorry. Presenting" to "sorry, presenting" (incorrect punctuation) |
| PAGE: 64 | LINE: 25 | CHANGE: "from" to "to" (wrong word) |
| PAGE: 84 | LINE: 14 | CHANGE: "estimations" to "designations" (wrong word) |
| PAGE: 87 | LINE: 22 | CHANGE: "consortial" to "consortia" (misspelling) |
| PAGE: 94 | LINE: 7 | CHANGE: "or" to "but" (wrong word) |
| PAGE: 95 | LINE: 11 | CHANGE: "concentrations" to "considerations" (wrong word) |
| PAGE: 95 | LINE: 19 | CHANGE: "over the order" to "of the order" (wrong word) |
| PAGE: 96 | LINE: 5 | CHANGE: "institute" to "in-situ" (wrong word) |
| PAGE: 96 | LINE: 11 | CHANGE: "arrived" to "derived" (wrong word) |
| PAGE: 96 | LINE: 21 | CHANGE: "arrive to" to "derive" (wrong word) |
| PAGE: 96 | LINE: 25 | CHANGE: "arrive to" to "derive" (wrong word) |
| PAGE: 98 | LINE: 12 | DELETE: "flow" (misspoke) |
| PAGE: 109 | LINE: 14 | CHANGE: "how flow" to "how flow related" (clarification) |
| PAGE: 111 | LINE: 24 | CHANGE: "to" to "the" (wrong word) |
| PAGE: 112 | LINE: 15 | CHANGE: "of" to "at" (wrong word) |
| PAGE: 113 | LINE: 25 | CHANGE: "date it" to "they" (misspoke) |
| PAGE: 114 | LINE: 20 | CHANGE: "where flows" to "for flows" (wrong word) |
| PAGE: 114 | LINE: 23 | CHANGE: "exhibited" to "exerted" (wrong word) |
| PAGE: 115 | LINE: 15 | CHANGE: "is dragging it" to "it is dragging" (misspoke) |
| PAGE: 128 | LINE: 13 | CHANGE: "impacted" to "impacting" (misspelling) |
| PAGE: 129 | LINE: 16 | CHANGE: "eroded" to "erodes it" (wrong word) |
| PAGE: 130 | LINE: 2 | CHANGE: "plate" to "obstacle" (misspoke) |
| PAGE: 138 | LINE: 12 | CHANGE: "implemented" to "implement it" (wrong word) |
| PAGE: 149 | LINE: 13 | DELETE: "and" (extra word) |
| PAGE: 156 | LINE: 2 | CHANGE: "rate" to "rate agrees" (clarification) |
| PAGE: 158 | LINE: 6 | CHANGE: "contradiction" to "constriction" (wrong word) |

SIGNED: _SNesic_   DATE: 9/3/2013

**WITNESS NAME:** Srdjan Nesic, Ph.D.

**DATE TAKEN:** July 23-24, 2013

**IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**

| PAGE | LINE | CHANGE |
|---|---|---|
| 160 | 12 | CHANGE: "others" to "other things" (clarification) |
| 161 | 23 | CHANGE: "calculated." to "calculated," (incorrect punctuation) |
| 162 | 14 | CHANGE: "give" to "give up" (missing word) |
| 164 | 7 | DELETE: "not" (extra word) |
| 166 | 13 | CHANGE: "stage" to "phase" (wrong word) |
| 171 | 13 | DELETE: "It doesn't mean --" (misspoke) |
| 179 | 15 | CHANGE: "pressure drop change" to "while the pressure drop changed" (clarification) |
| 196 | 17 | CHANGE: "production" to "reduction" (wrong word) |
| 197 | 5 | CHANGE: "a" to "too" (wrong word) |
| 211 | 21 | CHANGE: "there" to "one" (wrong word) |
| 213 | 15 | CHANGE: "produced" to "used" (wrong word) |
| 244 | 2 | CHANGE: "to the -- powers of" to "towards the" (clarification) |
| 266 | 18 | CHANGE: "B" to "BSR" (misspelling) |
| 266 | 22 | CHANGE: "the end" to "in the end" (missing word) |
| 267 | 2 | CHANGE: "unsure" to "isolated" (misspoke) |
| 268 | 16 | DELETE: "or 4" (extra words) |
| 273 | 7 | CHANGE: "--" to "27" (missing word) |
| 273 | 24 | CHANGE: "of the end" to "and the end" (wrong word) |
| 280 | 14 | CHANGE: "hidden" to "hidden are" (missing word) |
| 292 | 23 | CHANGE: "Tat's it." to "That's it." (misspelling) |
| 300 | 4 | CHANGE: "gifts" to "giffs" (misspelling) |
| 301 | 16 | CHANGE: "stamp" to "step" (wrong word) |
| 326 | 11 | CHANGE: "they're" to "their" (wrong word) |
| 331 | 25 | CHANGE: "vertical" to "particular" (wrong word) |
| 342 | 14 | CHANGE: "group" to "groove" (wrong word) |
| 364 | 16 | CHANGE: "dailies" to "data is" (wrong word) |
| 366 | 24 | CHANGE: "aligned" to "a line" (wrong word) |
| 368 | 16 | CHANGE: "That if" to "That is, if" (missing word) |
| 373 | 24 | CHANGE: "simply by" to "on simplified" (wrong word) |
| 381 | 19 | CHANGE: "is" to ": it is" (missing word) |
| 386 | 25 | CHANGE: "step" to "set" (wrong word) |
| 387 | 3 | CHANGE: "processes" to "points" (wrong word) |
| 392 | 22 | CHANGE: "vice versa" to "and vice versa" (missing word) |
| 395 | 20 | CHANGE: "it would be" to "if it is" (misspoke) |
| 410 | 11 | CHANGE: "5 and 65" to "5000 and 65000" (wrong words) |
| 425 | 23 | CHANGE: "so additive" to "so it is additive" (missing words) |
| 426 | 1 | CHANGE: "eroded" to "it eroded in" (clarification) |

SIGNED: _SdNesic_     DATE: 9/3/2013

**WITNESS NAME:** Srdjan Nesic, Ph.D.

**DATE TAKEN:** July 23-24, 2013

**IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**

**PAGE:** 426   **LINE:** 5   **CHANGE:** "would" to "would see" (missing word)
**PAGE:** 449   **LINE:** 21   **DELETE:** "2.000" (extra word)
**PAGE:** 454   **LINE:** 7-8   **CHANGE:** "to the power of something should be 2" to "should be to the power of 2" (clarification)
**PAGE:** 485   **LINE:** 16   **CHANGE:** "patterns" to "geometries" (misspoke)
**PAGE:** 494   **LINE:** 11   **DELETE:** "given" (extra word)
**PAGE:** 514   **LINE:** 14   **CHANGE:** "where" to "were" (wrong word)

SIGNED: _SNesic_     DATE: _9/3/2013_

352

```
 1            I, SRDJAN NESIC, Ph.D., have
      read the foregoing deposition and hereby
 2    affix my signature that same is true and
      correct, except as noted above.
 3
 4                  SNesic
 5            SRDJAN NESIC, Ph.D., VOLUME 1
 6
      STATE OF LOUISIANA    )
 7    PARISH OF _____    )
 8
              Before me, _____,
 9    on this day personally appeared SRDJAN NESIC,
      Ph.D., known to me, or proved to me under
10    oath or through _____)
      (description of identity card or other
11    document)), to be the person whose name is
      subscribed to the foregoing instrument and
12    acknowledged to me that they executed the
      same for the purposes and consideration
13    therein expressed.
14            Given under my hand and seal of
      office on this, the ___ day of _____,
15    _____.
16
17
18            NOTARY PUBLIC IN AND FOR THE
              STATE OF LOUISIANA
19
      My Commission Expires: _____
20
21
22
23
24
25
```

```
 1            I, SRDJAN NESIC, Ph.D., have
     read the foregoing deposition and hereby
 2   affix my signature that same is true and
     correct, except as noted above.
 3
 4                    SNesic
                 _____
 5              SRDJAN NESIC, Ph.D., VOLUME 2
 6
     STATE OF LOUISIANA    )
 7   PARISH OF _____ )
 8
                  Before me, _____,
 9   on this day personally appeared SRDJAN NESIC,
     Ph.D., known to me, or proved to me under
10   oath or through _____
     (description of identity card or other
11   document)), to be the person whose name is
     subscribed to the foregoing instrument and
12   acknowledged to me that they executed the
     same for the purposes and consideration
13   therein expressed.
14            Given under my hand and seal of
     office on this, the ___ day of _____,
15   ____.
16
17
                 _____
18               NOTARY PUBLIC IN AND FOR THE
                 STATE OF LOUISIANA
19
     My Commission Expires: _____
20
21
22
23
24
25
```