# Attachment 1

01-43281
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Curtis Hays Whitson, Ph.D.

**July 22, 2013**

## *COPY*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services
800 - 745 - 1101**

            1    Q.  (By Ms. Engel) Okay.  So it's --

            2    A.  Disappear as a gas phase.

            3    Q.  The -- for example, the benzene that you

            4  say dissolves, is still present in the Gulf, it's

03:47    5  just in the water phase?

            6            MR. BEFFA:  Objection.

            7    A.  I -- I -- I don't know the -- I don't

            8  know what happens to the components that dissolve

            9  in the seawater.  I'm just trying to compute the

03:47   10  thermodynamics of what yields the stock tank oil.

           11  I mean, the stock tank oil was what was told

           12  we're supposed to calculate.  That's what I tried

           13  to calculate.

           14    Q.  (By Ms. Engel) Okay.  So you don't have

03:47   15  any expertise in that area?

           16            MR. BEFFA:  Objection.

           17    A.  In what area?

           18    Q.  (By Ms. Engel) The chemistry necessary to

           19  understand how the phases would interact with

03:47   20  the -- the water in the Gulf?

           21            MR. BEFFA:  Objection.

           22    A.  The thermodynamics of gas, oil, and

           23  water, yeah, I've -- I've published, I would say,

           24  a relatively known paper on -- in that subject,

03:48   25  and there is a chapter in the Phase Behavior

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**