# Attachment 2

01-43004
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

# *CONFIDENTIAL*

## *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:

# Martin Julian Blunt, Ph.D.
### Volume 2



**July 26, 2013**

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing

**For U.S. & International Services
800 - 745 - 1101**

```
 1              MR. CERNICH:  Ready.
 2              THE VIDEOGRAPHER:  All set?
 3          The time is 2:55 p.m.  We're back on the
 4    record, beginning Tape 13.
 5              DIRECT EXAMINATION (Continued)
 6    QUESTIONS BY MR. CERNICH:
 7        Q.  Dr. Blunt, thank you for your -- your
 8    patience.
 9              If we could go to Page 104 of your
10    Report, and these are the -- the equations the --
11    the list of equations in your Section D.1.
12              Do you see that?
13        A.  Yes.
14        Q.  And we talked about the parameter "eta"
15    earlier?
16        A.  Yes.
17        Q.  Okay.  And you said that that is
18    calculated from your -- calculated from the
19    pressure data; is that right?
20        A.  Yes.
21        Q.  Okay.  If we put the -- the -- you know
22    what, never mind.  I'll -- I'll move on.
23              All right.  You testified yesterday that
24    you assume that single-stage flash is appropriate
25    for determining Formation Volume Factor; is that
```

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
|       | 1  | right?                                                   |
|       | 2  |     A.  Yes, from my calculations.                       |
|       | 3  |     Q.  Okay.  And that's because you assumed            |
|       | 4  | that the oil and gas remain in contact after the         |
| 02:56 | 5  | oil is discharged to the Gulf?                           |
|       | 6  |     A.  That was one of the reasons that I gave          |
|       | 7  | in support for the use of that value.                    |
|       | 8  |     Q.  Okay.  So are you justifying your use of         |
|       | 9  | the single-stage flash Formation Volume Factor           |
| 02:57 | 10 | values by assuming that the oil and gas plume            |
|       | 11 | stay in equilib -- equilibrium with each other as        |
|       | 12 | they travel from the floor of the Gulf to the            |
|       | 13 | surface?                                                 |
|       | 14 |     A.  No, not necessarily.  What I was saying          |
| 02:57 | 15 | is that that interpretation that the oil and gas         |
|       | 16 | remain in mutual contact is a plausible                  |
|       | 17 | description of what happened.                            |
|       | 18 |     Q.  Okay.  But you don't have an opinion as          |
|       | 19 | to whether or not that's what happened?                  |
| 02:57 | 20 |             MR. BOLES:  Object to the form.              |
|       | 21 |     A.  Yes, as stated yesterday, I do have              |
|       | 22 | opinion that interfacial forces will strongly            |
|       | 23 | favor the mutual contact of the oil and gas as           |
|       | 24 | they move in the -- in the water column.                 |
| 02:58 | 25 |     Q.  (By Mr. Cernich) Okay.  And those --             |