# Attachment 1

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL      )  MDL NO. 2179
BY THE OIL RIG         )
"DEEPWATER HORIZON" IN )  SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010         )  JUDGE BARBIER
                       )  MAG. JUDGE SHUSHAN




                *****************
                    VOLUME 1
                *****************


       Deposition of Timothy James Lockett,
Ph.D., BP, Inc., taken at the Pan-American
Building, 601 Poydras Street, 11th Floor, New
Orleans, Louisiana, 70130, on the 18th day of
December, 2012.
```

```
 1              MR. BENSON:  I'm ready, Kym.
 2              THE VIDEOGRAPHER:  All set?
 3         Today is December 18th, 2012.  This is
 4   the deposition of Dr. Tim Lockett regarding the
 5   oil spill of the Oil Rig DEEPWATER HORIZON on
 6   April 20th, 2010.
 7         The time is 8:35 a.m.  We're on the
 8   record.
 9              TIMOTHY JAMES LOCKETT, PH.D.,
10   was called as a witness by the United States of
11   America and, being first duly sworn, testified as
12   follows:
13                   DIRECT EXAMINATION
14   QUESTIONS BY MR. BENSON:
15      Q.  Okay.  Thank you, Dr. Lockett.  As I said
16   a minute ago -- I introduced myself off the
17   record -- my name is Tom Benson.  I'm with the
18   Department of Justice.  I'll be asking questions
19   today.
20         Can you state your full name and business
21   address for the record?
22      A.  My full name is Timothy James Lockett.  I
23   work at BP's offices at Sunbury in Middlesex in
24   the U.K.
25      Q.  Okay.  And you understand you were just
```

1     Q.   (By Mr. Benson) Okay.  And I think we
2  have a document somewhere that we'll get to a
3  little bit later, where you're talking to Trevor
4  Hill about above 20,000 barrels per day, the
5  slugging pattern essentially becomes indistinct.
6  Is that -- do you recall that analysis?
7     A.   I recall parts of that analysis, and I'm
8  not sure whether it's directly linked to this or
9  whether it comes later.
10     Q.   Okay.  Is that consistent, though, with
11  your view of the well and how it operated, that
12  above 20,000 barrels, you wouldn't see a
13  discernible slug pattern?
14          MR. DRAKE:  Objection, form.
15     A.   Slugging is one of the aspects of
16  multiphase flow that we understand least about.
17  I think I would have to pref -- preface the
18  understanding of -- or answering your question
19  with the view that the -- to the extent the
20  boundaries capture the well when -- on modeling
21  just the riser, then slugging -- my
22  interpretation of slugging at that time was that
23  it became less distinct as we went to higher flow
24  rates through the damaged riser.
25     Q.   (By Mr. Benson) Okay.  And that's what

1  A. I believe the size of the holes was
2  defined for me, and the upstream pressure is
3  defined by Trevor in his E-mail to be 2,750 psi,
4  that he's interested in. And I then outworked
5  that in the form of a rate coming -- potentially
6  coming through each of three leaks where I am
7  approximating the holes which are themselves
8  noncircular by -- I'm -- I'm using circles, so
9  there's an inherent piece of approximation there.
10  Q. Okay. And the estimate that you came up
11  with total for the three leaks is 11,600; is that
12  right?
13  A. Subject to the work I was doing, yes.
14  Q. Okay. That was your best estimate at the
15  time?
16  MR. DRAKE: Objection, form.
17  MR. PAVLIS: Objection as to form.
18  A. I'm going to refer -- use the word "best
19  estimate" to refer only to places where we have
20  corroboration. So in regard to these leak flow
21  rates, I would not describe that as the "best
22  estimate" of the leak flow rates. I would
23  describe it as an estimate of the leak flow
24  rates.
25  Q. (By Mr. Benson) Okay. Did you have any

```
 1                 UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE:  OIL SPILL        )    MDL NO. 2179
     BY THE OIL RIG           )
 4   "DEEPWATER HORIZON" IN   )    SECTION "J"
     THE GULF OF MEXICO, ON   )
 5   APRIL 20, 2010           )    JUDGE BARBIER
                              )    MAG. JUDGE SHUSHAN
 6

 7

 8

 9              REPORTER'S CERTIFICATION
        TO THE ORAL AND VIDEOTAPED DEPOSITION OF
10              TIMOTHY JAMES LOCKETT, PH.D.
                    DECEMBER 18, 2012
11                      VOLUME 1

12

13

14       I, Emanuel A. Fontana, Jr., Certified
     Shorthand Reporter in and for the State of Texas,
15   hereby certify to the following:

16       That the witness, TIMOTHY JAMES LOCKETT,
     PH.D., was duly sworn by the officer and that the
17   transcript of the oral deposition is a true
     record of the testimony given by the witness;
18
         That the deposition transcript was submitted
19   on December 19, 2012, to the witness or to
     Attorney Frank Siamele           for the witness to
20   examine, sign, and return to Worldwide Court
     Reporters, Inc., by February 1          , 2013.
21
         That the amount of time used by each party
22   at the deposition is as follows:

23       Mr. Benson - 6 Hours, 28 Minutes

24

25
```

1   I further certify that I am neither counsel for, related to, nor employed by any of the
2   parties in the action in which this proceeding was taken, and further that I am not financially
3   or otherwise interested in the outcome of the action.
4
    SUBSCRIBED AND SWORN to by me on this 18th
5   day of December, 2012.
6
7
8   _____
    Emanuel A. Fontana, Jr., RPR
9   Texas CSR No. 1232
    Expiration Date: 12/31/12
10  Worldwide Court Reporters
    Firm Registration No. 223
11  3000 Weslayan, Suite 235
    Houston, Texas   77027
12  (713) 572-2000
13
14
15
16
17
18
19
20
21
22
23
24
25

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1
 2         I, TIMOTHY JAMES LOCKETT, PH.D., have
 3   read the foregoing deposition and hereby affix my
 4   signature that same is true and correct, except
 5   as noted on the attached Amendment Sheet.
 6
 7            _Timothy Lockett_         29/1/2013
              TIMOTHY JAMES LOCKETT, PH.D.
 8
 9
10   THE STATE OF _____)
     COUNTY OF _____)
11
         Before me, _____, on
12   this day personally appeared TIMOTHY JAMES
     LOCKETT, PH.D., known to me (or proved to me
13   under oath or through
     _____) to be the person
14   whose name is subscribed to the foregoing
     instrument and acknowledged to me that they
15   executed the same for the purposes and
     consideration therein expressed.
16       Given under my hand and seal of office this
     _____ day of _____, 2012.
17
18
19
                   _____
20                 NOTARY PUBLIC IN AND FOR
                   THE STATE OF _____
21                 COMMISSION EXPIRES: _____
22
23
24
25
```

WITNESS NAME:   Dr. Timothy James Lockett

DATE TAKEN:   December 18-19, 2012

Transcript Volume 1

MDL No: 2179; IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

| PAGE | LINE | CHANGE | |
|---|---|---|---|
| 17 | 10 | "actual" to "axial" | (wrong word) |
| 22 | 3 | "was an agency…" to "was not an agency…" | (missing word) |
| 34 | 12 | "and she has" to "then she has" | (wrong word) |
| 37 | 1 | "develop, develop" to "develop -- develop" | (wrong punctuation) |
| 48 | 21 | "the OLGA" to "the -- OLGA" | (missing punctuation) |
| 50 | 1 | "the -- the spin" to "the discipline that" | (wrong word) |
| 50 | 2 | "use in flow" to "use it in, flow" | (missing word) |
| 59 | 19 | "blow out" to "block" | (wrong word) |
| 62 | 17 | "mature -- higher" to "mature hire --" | (wrong word) |
| 62 | 19 | "hired sort of" to "hire, so" | (wrong word) |
| 80 | 6 | "to get together" to "toget -- together" | (missing punctuation) |
| 123 | 1 | "psi, and standard…" to "psi -- standard…" | (wrong word/punctuation) |
| 128 | 6 | " "be" -- by" to "by" | (wrong word) |
| 142 | 20 | "format" to "form" | (wrong word) |
| 147 | 22 | "connection" to "collection" | (wrong word) |
| 152 | 4 | "was, in part, was nature" to "was by its nature" | (wrong word) |
| 161 | 13 | "we have. Have" to "we have -- have" | (wrong punctuation) |
| 168 | 6 | "the wells, within" to "the well, so within" | |

{01573801; 1; 4471-2}

SIGNED: _Timothy Lockett_   DATE: 29/1/2013

WITNESS NAME: Dr. Timothy James Lockett

DATE TAKEN: December 18-19, 2012

Transcript Volume 1

MDL No: 2179; IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

| | | | | | |
|---|---|---|---|---|---|
| PAGE: | 203 | LINE: | 24 | CHANGE: | (wrong word)<br>"PI 20,000 barrels" to "PI 20 -- thousand -- barrels"<br>(wrong punctuation) |
| PAGE: | 205 | LINE: | 11 | CHANGE: | "valve ball" to "valves or"<br>(wrong word) |
| PAGE: | 206 | LINE: | 15 | CHANGE: | "a broken riser" to "the broken riser"<br>(wrong word) |
| PAGE: | 224 | LINE: | 9 | CHANGE: | "before kill" to "before top kill"<br>(wrong word) |
| PAGE: | 235 | LINE: | 1 | CHANGE: | "underlining" to "underlying"<br>(wrong word) |
| PAGE: | 236 | LINE: | 2 | CHANGE: | "already" to "really"<br>(wrong word) |
| PAGE: | 238 | LINE: | 1 | CHANGE: | "considered a time" to "considered at the time"<br>(missing word) |
| PAGE: | 245 | LINE: | 17 | CHANGE: | "others and I assert" to "others -- and I assert"<br>(missing punctuation) |
| PAGE: | 246 | LINE: | 5 | CHANGE: | "regarding regarding" to "regarding"<br>(wrong word) |

{01573801; 1; 4471-2 }

SIGNED: _Timothy Lockett_  DATE: 29/1/2013

Page 2 of 2