# Attachment 2

EPT Flow Modelling in support of response to Deepwater Horizon incident response
DRAFT - COLLATION OF WORK AND EMAILS TO DATE ACROSS A VARIETY OF ASPECTS

## Contents page

1    Fluid models..................................................................................................... 3
  1.1    Initial fluid model ...................................................................................... 3
  1.2    Revised fluid model (from 2 May) ............................................................. 4
  1.3    Wellhead shut-in pressure ......................................................................... 5
2    Flowrate ranges and chokes ................................................................................ 6
  2.1    BOP to riser outlet .................................................................................... 6
    2.1.1    Original riser geometry ...................................................................... 6
    2.1.2    Revised riser geometry ....................................................................... 6
    2.1.3    Flowrate based on 2700 psia upstream of kink................................... 6
    2.1.4    Slugging............................................................................................ 6
    2.1.5    Slugging in riser with second loop laid flat ........................................ 9
  2.2    Well to BOP ............................................................................................. 10
    2.2.1    Simple well model............................................................................. 10
    2.2.2    Combined well-BOP-Riser model ...................................................... 12
    2.2.3    Consideration of Annulus flow path .................................................. 14
  2.3    Impact of removing drillpipe restriction (during top kill).......................... 15
  2.4    Annulus Well model following removal of the kink ................................... 16
  2.5    Estimation of leak rate at the kink .............................................................. 17
  2.6    Impact of changing restrictions ................................................................. 18
    2.6.1    Additional flow if restriction is removed .......................................... 18
    2.6.2    Riser cutting & crimping ................................................................... 19
3    Collection riser system...................................................................................... 23
  3.1    Basic view of collection risers.................................................................. 23
    3.1.1    Flow assurance overview.................................................................. 23
    3.1.2    Hydraulics........................................................................................ 24
    3.1.3    Hydrate mitigation ........................................................................... 28
  3.2    Hot tap collection riser system ................................................................. 29
  3.3    ESP systems............................................................................................. 32
4    Plume modelling............................................................................................... 37
  4.1    Plume at riser outlet ................................................................................. 37
  4.2    Plume at BOP (if riser disconnected)......................................................... 37
5    BOP stack placement........................................................................................ 39
  5.1    Outline..................................................................................................... 39
    5.1.1    Concept............................................................................................ 39
    5.1.2    Assessment: ..................................................................................... 39
    5.1.3    Method:............................................................................................ 39
  5.2    Results ..................................................................................................... 39
    5.2.1    Unrestricted flow.............................................................................. 39
    5.2.2    Risk of hydrates ............................................................................... 40
    5.2.3    Restricted flow ................................................................................. 41
    5.2.4    Kinetics of hydrate blockage ............................................................ 43
    5.2.5    Hydrate mitigation ........................................................................... 44
  5.3    Overall conclusion and recommendation.................................................... 44
6    High level understanding of top kill .................................................................. 46
  6.1    Kill fluid .................................................................................................. 46
  6.2    Hydraulics ............................................................................................... 46
    6.2.1    Basis and assumptions...................................................................... 46
    6.2.2    Initial well flow of 10 mbd .............................................................. 46



10649

Exhibit No. _____

Worldwide Court
Reporters, Inc.

CONFIDENTIAL

BP-HZN-2179MDL05084079
BPD392-014535

EPT Flow Modelling in support of response to Deepwater Horizon incident response
DRAFT - COLLATION OF WORK AND EMAILS TO DATE ACROSS A VARIETY OF ASPECTS

## 2 Flowrate ranges and chokes

### 2.1 BOP to riser outlet

#### 2.1.1 Original riser geometry

#### 2.1.2 Revised riser geometry

#### 2.1.3 Flowrate based on 2700 psia upstream of kink



It is noted that the results at 1 inch diameter (6000 sbbl/d) suggest periodic reverse flow at the riser outlet which is not consistent with the observed video footage. At 1.5 inch diameter (16600 sbbl/d) the results suggest that forward flow is sustained throughout the slug cycle.

#### 2.1.4 Slugging

Video evidence indicated slugging flow coming from the outlet of the riser. A slugging study was therefore run for the geometry of the riser at that time (50 m elevation main loop, plus secondary loop).

6

BP-HZN-2179MDL05084084
BPD392-014540

EPT Flow Modelling in support of response to Deepwater Horizon incident response
DRAFT - COLLATION OF WORK AND EMAILS TO DATE ACROSS A VARIETY OF ASPECTS



Figure 1: Geometry of the riser for the slugging study



Figure 2: Slugging as viewed by liquid fraction at the riser outlet

7

BP-HZN-2179MDL05084085
BPD392-014541

EPT Flow Modelling in support of response to Deepwater Horizon incident response
DRAFT - COLLATION OF WORK AND EMAILS TO DATE ACROSS A VARIETY OF ASPECTS



Figure 3: Period of slugging as a function of flowrate

This work was subsequently extended to higher flowrates. As can be seen in Figure 2, the degree of slugging diminishes as the flowrate is increased. At 20000 sbbl/d the slugs cannot readily be distinguished.



8

BP-HZN-2179MDL05084086
BPD392-014542

EPT Flow Modelling in support of response to Deepwater Horizon incident response
DRAFT - COLLATION OF WORK AND EMAILS TO DATE ACROSS A VARIETY OF ASPECTS



### 2.1.5  Slugging in riser with second loop laid flat

The work was revised to examine the effect of weighting the second loop such that it
was not buoyant and is essentially a flat horizontal section within the previous riser
geometry.



Revised geometry without second 'hump'

| OIL FLOWRATE | STB/d | 1000 | 2500 | 5000 | 7500 | 10000 |
|---|---|---|---|---|---|---|
| SLUG/500min | - | 12 | 26 | 40 | 62 | 69 |

9

BP-HZN-2179MDL05084087
BPD392-014543

EPT Flow Modelling in support of response to Deepwater Horizon incident response
DRAFT - COLLATION OF WORK AND EMAILS TO DATE ACROSS A VARIETY OF ASPECTS

| SLUG/hour | - | 1.44 | 3.12 | 4.8 | 7.44 | 8.28 |
|---|---|---|---|---|---|---|
| PERIOD | min | 41.67 | 19.23 | 12.50 | 8.06 | 7.24 |

The comparison of the two slugging periods (between slugs) is shown in the figure below:



## 2.2  Well to BOP

### 2.2.1  Simple well model

The model used for this section of work was a very early model comprising a 6″ internal diameter drill string for the entire length, with a U-value of 2 BTU/hr/ft$^2$/F.

10

CONFIDENTIAL