# Attachment 3

**In re: Oil Spill by the Oil Rig "*Deepwater Horizon*" in
the Gulf of Mexico, on April 20, 2010**
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MDL NO. 2179, SECTION J
JUDGE BARBIER; MAGISTRATE JUDGE SHUSHAN

**Rebuttal Expert Report of Adam L. Ballard, Ph.D.**

June 10, 2013



11905
Exhibit No. _____
Worldwide Court
Reporters, Inc.

- **"Sensitivity" calculations** presented discharge rates essentially as functions of some other condition or feature of the well system. The goal of this calculation was to assess the sensitivity of flow rate to various input parameters. The results were often shown in Cartesian plots in which a discharge rate was shown as a variable (one of many unknown variables in the relevant time period) versus another variable.[32] By definition, such calculations were not intended to estimate daily discharge rates from the Well, and they implicitly recognized that conditions were too uncertain to estimate such rates in a reliable manner.

- **Relative impact calculations** were performed to understand how the discharge rate might change based on the change of another variable. Parametric studies (the sampling of inputs into models) were typically performed under a given set of conditions and then, with a single input parameter changed, the parametric study was re-run. This type of analysis provided an understanding of relative change in flow rate from the well under certain conditions. Examples of such calculations are shown in Figures 1 and 10-12 of Dr. Wilson's report in which the modelers posit removal of the *Deepwater Horizon* BOP from the wellhead.[33]

- **Assumed studies** used a given flow rate in order to determine a key feature or characteristic of a flowing system (relevant to a source control

---

[32] An example of such work is Ex. 9446, in which my colleague, Dr. Tim Lockett, depicted discharge rates as functions of temperatures, pressures, and velocities in the well. As Dr. Lockett testified at his deposition, his work was intended to explore how data concerning fluid, velocity, temperature, and pressure could potentially be linked in order to estimate flow rates from the Well. Lockett Tr. at 155:5-20; Ballard Tr. at 118:4-20.

Contrary to Dr. Wilson's suggestion (Wilson Report, p. 20), in using the term "best estimate" to describe the work reflected in Ex. 9446, Dr. Lockett was not denoting his results as a reliable prediction of flow from the Well. As Dr. Lockett testified, a best estimate of flow could only be derived when there is corroboration between the different methods of estimating flow. Lockett Tr. 156:3-16. Dr. Lockett's work shown in Ex. 9446 showed no such corroboration.

[33] See note 29 above.

Dr. Wilson also demonstrates a lack of understanding of specific features of at least one model he discusses, the OLGA model. Dr. Wilson assumes that when Dr. Lockett (one of the senior members of the flow assurance group) reported on May 14, 2010, that some of Dr. Lockett's modeling was showing "values [that] are not credible" when compared with visual observations, Dr. Lockett is stating that specific flow rates for the Well were unrealistically low.[47] Dr. Lockett was not, however, reporting on a continuous discharge rate from the Well; he was commenting on whether his visual observations were consistent with the instantaneous momentum of fluids that could be predicted by a specific option in the OLGA model called "slug-tracking." Based on my knowledge of OLGA, the OLGA model was likely producing results that seemed not credible because the slug-tracking option was not accurately depicting the instantaneous momentum of fluids in an unconventional system like the Well that Dr. Lockett visually observed in the oil plume.

Finally, with respect to the May 3, 2010 "best estimate" work by Dr. Lockett, Dr. Wilson's report presents a significantly inaccurate account of Dr. Lockett's work.[48] Dr. Lockett was examined at great length on his use of hydraulic models at his deposition in 2012. As he explained, through May 2010, BP had limited information from which it could model flow from the Well.[49] For example, Dr. Lockett testified that information was not available on the flow path, inflow performance of the well, restrictions in the BOP stack, the degree of restriction posed by the kink, and whether there had been any collapse of the formation.[50]

---

[47] Wilson Report, p. 21.

[48] See note 32 above.

[49] Lockett Tr. at 84:9-85:8.

[50] Lockett Tr. at 84:9-85:8. Dr. Wilson's report also does not deal accurately with Dr. Lockett's testimony in other respects. Wilson Report, pp. 29-30 (discussing Dr. Lockett's skepticism about Dr. Rygg's use of a 5,000 bopd discharge estimate in pre-Top Kill modeling). As Dr. Lockett explained at his deposition, when he initially reviewed Dr. Rygg's pre-top kill modeling, Dr. Lockett incorrectly believed that Dr. Rygg had only conducted simulations using the 5,000 bopd case. Lockett Tr. at 269:14-25. Dr. Lockett did not know the origin of the 5,000 bopd estimate which, as he testified, was why he was skeptical of the estimate. Lockett Tr. at 269:14-25. Dr. Lockett also testified that a 5,000 bopd estimate could have been valid based on another estimation method. Lockett Tr. at 270:17-271:23. Based on my review of the relevant materials, I have concluded