# Attachment 4

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL       )  MDL NO. 2179
BY THE OIL RIG          )
"DEEPWATER HORIZON" IN  )  SECTION "J"
THE GULF OF MEXICO, ON  )
APRIL 20, 2010          )  JUDGE BARBIER
                        )  MAG. JUDGE SHUSHAN
```

*****************
VOLUME 1
*****************

Deposition of Ronald Copeland Dykhuizen, Ph.D., taken at the Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 19th day of June, 2013.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

|  |  |
|---|---|
| 1 | THE VIDEOGRAPHER: All set? |
| 2 | THE COURT REPORTER: We're starting |
| 3 | with Exhibit No. 11452. |
| 4 | (Discussion off the record.) |
| 08:33  5 | THE VIDEOGRAPHER: Today is |
| 6 | June 19th, 2013. This is the deposition of |
| 7 | Dr. Ronald Dykhuizen regarding the oil spill of |
| 8 | the Oil Rig DEEPWATER HORIZON on April 20th, |
| 9 | 2010. |
| 08:33 10 | The time is 8:33 a.m. We're on the |
| 11 | record. |
| 12 | RONALD COPELAND DYKHUIZEN, PH.D., |
| 13 | was called as a witness by BP, Inc., and, being |
| 14 | first duly sworn, testified as follows: |
| 08:33 15 | DIRECT EXAMINATION |
| 16 | QUESTIONS BY MR. REGAN: |
| 17 | **Q. Good morning, Dr. Dykhuizen. My name is** |
| 18 | **Matt Regan, and I represent BP.** |
| 19 | **It is Dr. Dykhuizen, correct?** |
| 08:33 20 | A. Yes. |
| 21 | **Q. Okay. I've handed you -- in front of** |
| 22 | **you, you've got it in your hands -- a notebook of** |
| 23 | **exhibits that we'll be going through today in the** |
| 24 | **course of your deposition. If I could have you** |
| 08:34 25 | **turn to Tab 29.** |

 1   **cumulative flow ever been validated as a -- to**
 2   **show that it can be used to estimate flow from an**
 3   **oil and gas well?**
 4              MR. CERNICH:  Object to form.
 5        A.   I'm confused in the fact that it's simple
 6   arithmetic and doesn't seem to need significant
 7   validation, but let's -- I -- I don't think the
 8   question has merit.
 9        **Q.   (By Mr. Regan) Okay.  You think your**
10   **opinion that Dr. Zaldivar should be rejected**
11   **because it has never been validated to show that**
12   **it can be used to estimate flow, do you think**
13   **your opinion has merit?**
14        A.   Yes.
15        **Q.   Okay.**
16        A.   Because I did exactly the same thing in
17   my thesis.
18        **Q.   Okay.**
19        A.   I was interested in a density wave
20   oscillation, which is not the same instability
21   that he is studying, but is also an instability.
22              My goal of performing those calculations
23   was to predict when this instability would occur.
24   So I generated multiphase flow model of the
25   density wave instability, and I compare to

```
        1    experimental data of that instability, and I see
        2    does the onset of the instability match where I
        3    predicted?
        4            It does not match where I predicted.  I
05:47   5    find out that my onset of the instability, which
        6    Dr. Zaldivar is doing, is very sensitive to the
        7    fine details of my model, such as whether I use
        8    the average of two pressures to generate the
        9    density in between those two pressures, or I use
05:48  10    the upstream value of those two pressures to
       11    demonstrate these -- the value of the density in
       12    between those two pressures.
       13            And I find that my results are in no way
       14    predictive of where the boundary of the
05:48  15    instability is.  But I can tune my model to get
       16    to be predict -- to get -- to match the data, but
       17    I could not use my model to predict the onset of
       18    instabilities.  I found that to be a very
       19    difficult thing to do.
05:48  20            So in my experience of trying to do the
       21    exact same thing that Dr. Zaldivar is doing, I
       22    found that very difficult.
       23            Now in general, he can use his method,
       24    but he needs to assign an error bar on his
05:48  25    method.  Does my onset of the instability where
```

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE:  OIL SPILL        )   MDL NO. 2179
     BY THE OIL RIG           )
 4   "DEEPWATER HORIZON" IN   )   SECTION "J"
     THE GULF OF MEXICO, ON   )
 5   APRIL 20, 2010           )   JUDGE BARBIER
                              )   MAG. JUDGE SHUSHAN
 6

 7

 8

 9              REPORTER'S CERTIFICATION
        TO THE ORAL AND VIDEOTAPED DEPOSITION OF
10          RONALD COPELAND DYKHUIZEN, PH.D.
                    JUNE 19, 2013
11                    VOLUME 1

12

13

14        I, Emanuel A. Fontana, Jr., Certified
     Shorthand Reporter in and for the State of Texas,
15   hereby certify to the following:

16        That the witness, RONALD COPELAND DYKHUIZEN,
     PH.D., was duly sworn by the officer and that the
17   transcript of the oral deposition is a true
     record of the testimony given by the witness;
18
          That the deposition transcript was submitted
19   on    June 20       , 2013, to the witness or to
     Attorney  R. Michael Underhill    for the witness to
20   examine, sign, and return to Worldwide Court
     Reporters, Inc., by    August 5       , 2013.
21
          That the amount of time used by each party
22   at the deposition is as follows:

23        Mr. Regan - 7 Hours, 2 Minutes

24

25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1         I further certify that I am neither counsel
      for, related to, nor employed by any of the
 2    parties in the action in which this proceeding
      was taken, and further that I am not financially
 3    or otherwise interested in the outcome of the
      action.
 4
           SUBSCRIBED AND SWORN to by me on this 19th
 5    day of June, 2013.

 6

 7

 8    _____
      Emanuel A. Fontana, Jr., RPR
 9    Texas CSR No. 1232
      Expiration Date: 12/31/2014
10    Worldwide Court Reporters
      Firm Registration No. 223
11    3000 Weslayan, Suite 235
      Houston, Texas   77027
12    (713) 572-2000

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

397

1
2     I, RONALD COPELAND DYKHUIZEN, PH.D., have
3  read the foregoing deposition and hereby affix my
4  signature that same is true and correct, except
5  as noted on the attached Amendment Sheet.
6
7           *[signature]*
           RONALD COPELAND DYKHUIZEN, PH.D.
8
9
10 THE STATE OF New Mexico )
   COUNTY OF Bernalillo )
11
        Before me, Jeana Brosseau, on
12 this day personally appeared RONALD COPELAND
   DYKHUIZEN, PH.D., known to me (or proved to me
13 under oath or through
   Govt id ) to be the person
14 whose name is subscribed to the foregoing
   instrument and acknowledged to me that they
15 executed the same for the purposes and
   consideration therein expressed.
16      Given under my hand and seal of office this
   1st    day of August               , 2013.
17
18
19      *[signature]*
   NOTARY PUBLIC IN AND FOR
20 THE STATE OF New Mexico
   COMMISSION EXPIRES: 1/10/16
21
22
23           OFFICIAL SEAL
             Jeana Brosseau
24           NOTARY PUBLIC
             STATE OF NEW MEXICO
             My Commission Expires: 1/10/16
25

```
  1  |              CHANGES AND SIGNATURE
  2  |  WITNESS NAME:   RONALD COPELAND DYKHUIZEN, PH.D.
  3  |  DATE OF DEPOSITION:   JUNE 20, 2013
  4  |  PAGE  LINE        CHANGE            REASON
  5  |     SEE ATTACHED SHEETS
  6  |
  ...
 25  |
```

PURSUANT TO CONFIDENTIALITY ORDER

Changes to the June 19, 2013 deposition of Ronald Copeland Dykhuizen in re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico, on April 20, 2010.

Page 20 line 7 should read "different phase effects."

Page 25 line 7 "is" should be "has"

Page 32 line 24 this should be these

Page 46 line 6 "operating" should be "opened"

Page 88 line 9-10 states "and you might use in only single phase" should be: " then you might use in only single phase."

Page 101 Line 13 should read " ITER fusion reaction –"

Page 111 line 3 "want to concern" should be "want to be concerned about"

Page 126 line 16 "applied" should read "implied"

Page 127 line 3 back should be pipe

Page 168 line 12 proximate should read approximate

Page 240 line 8 bases should be basis

Page 248 line 25 quotes me as saying "mud". I likely said "mud", but I meant to say "cement"

.Page 252 line 4. My answer "Yes" is incorrect. I should have stated: " I was told that junk was found in sections of drill pipe. I was shown some of that junk. However, I did not see junk within drill pipe."

Page 253 line 11. My answer should be changed to "I was told that junk was found within the drill pipe by Captain Englebert."

Page 253 line 15. My answer should be changed to "I only saw the drill pipe in one room, and the junk in another. I did not see junk within the drill pipe."

Page 257 line 22 "examine" should be "examined"

Page 295 "However, the flow through the four open" should read "However, the flow through the full open"

Page 302 line 8 "I" should be "it"

Page 330 "permeability in open area to the well" should read "permeability and open area to the well"

Page 345 "You could range it that way," should read "You could arrange it that way,"

Page 349 "reservoir pressure, I'd have to go from 1100 to" should read "reservoir pressure, I'd have to go from 11000 to"

Changes to the June 20, 2013 deposition of Ronald Copeland Dykhuizen in re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico, on April 20, 2010.

Page 547, line 16 the number 2 should be a superscript.

Parg 587 line 5 "reading" should be "leading"