# Attachment 5



Exhibit No. _____
Worldwide Court
Reporters, Inc.
11453

### REBUTTAL EXPERT REPORT
*U.S v. BP Exploration & Production, Inc., et al.*

**Flow Rates from the Macondo MC252 Well**
**Submitted on Behalf of the United States**

**Prepared by:**

**Ronald C. Dykhuizen, Ph.D.**
**Principal Member of the Technical Staff**
**Sandia National Laboratories**
**Albuquerque, New Mexico**

_____
**Ronald C. Dykhuizen, Ph.D.**

**June 10, 2013**

estimate of the total flow from the well is zero since I did not start my integration of the flow until day three. To accept Appendix B of Dr. Johnson (where Dr. Johnson proposes an alternate model of the transient well flow in an attempt to demonstrate that the model of Dr. Griffiths is not unique), one has to believe that the resistance through the BOP constantly decreases with time in concert with the PI (productivity of the well) increasing with time. These two changes have to occur at remarkably coordinated rates to allow the PT-B pressure reading to behave as if there is no change in either. Dr. Griffiths, however, does not have to propose this serendipitous event and simply has the PT-B pressure reading change due to reservoir depletion, which generates a much more believable model.

In an attempt to discredit the work of Dr. Griffiths (and by implication mine since I rely in part on the work of Dr. Griffiths), Dr. Johnson incorrectly states that Dr. Griffiths has a variable resistance through the BOP. Dr. Griffiths' integration of the flow is better stated as an estimate from the reservoir up to but not including the BOP. By formulating it in this way, the impact of the BOP resistance (constant or not) is not a concern. However, Dr. Griffiths does include a model including the BOP (with a constant resistance) and shows that this results in matching the PT-B pressure measurements and produces similar flow rates. Dr. Griffiths' work is validated by the work of US expert Dr. Pooladi-Darvish. Due to the lack of PT-B data early in May, it is possible that the erosion processes continued past day two as I assumed. This is a source of uncertainty in my modeling. However, the agreement of the Griffiths' model with the PT-B data, and the lack of any significant sand observed in the oil collections prove to me that erosion did not occur past May 14, 2010.

Dr. Momber proposes that the cement rapidly failed resulting in a 2.17 inch channel through 189 linear feet. He then proposes that further failure of the cement occurred very gradually. Dr. Momber's proposed scenario is not credible. He provides some mechanisms that *might* have caused the rapid formation of the assumed initial 2.17 inch channel in "deteriorated" cement. Dr. Momber claims that "erosional processes cannot explain this short-time event." I completely agree that the short time event was not caused by erosional processes. However, it did not occur in "deteriorated" cement as Dr. Momber assumes. This cement was freshly poured and thus not deteriorated.  In fact, the United States' cement expert Benge (TREX 5990), BP's cement expert Calvert (TREX 22791), and BP's Macondo Wells Team Leader Guide (Trial Transcript 8950:17-8951:10) all agree that the cement was not set at the time of the negative pressure test.  It is likely that unset or poorly formed cement failed completely and quickly, not in two separate time scales as proposed by Dr. Momber. Dr. Momber tries to present literature values for erosion rates in volume per time to demonstrate that the rapid failure assumed by myself and Dr. Griffiths is not credible. However, these rates are more traditionally presented in other units (length per time), and these rates are for concretes (as opposed to well cements) that are successfully formed. They in no way apply to the cement in the Macondo well.

### E.   Dr. Zaldivar's Method Cannot Quantitatively Predict the Flow Rate

BP retained expert Dr. Zaldivar offers a unique method to estimate the flow. While it is quite impressive for Dr. Zaldivar to demonstrate chaotic behavior (switching from double peak to single peak oscillation modes) in a numerical simulation, I do not think that the model of this instability can quantitatively predict the flow rate. The method has never been validated to show

that it can be used to estimate flow. There are numerous approximations that have been made in the study. I will highlight only two here.

**First** Dr. Zaldivar *imposes* the oscillatory motion on the riser pipe, when, in fact, the flow regime (the "slug flow") is what *caused* the motion of the riser pipe. Dr. Zaldivar's analysis can be disregarded on this basis alone. Figure 1 (From Zaldivar's report page F5-2 shown below) shows that the imposed motion (oddly labeled predicted and not imposed) does not exactly match the actual motion for May 16, 2010 (the sensitivity of the result to the details of the imposed motion is not investigated). Dr. Zaldivar admits there is not good data for the oscillatory motion of May 13, 2010, so he uses the same functional form for this separate time period. In my opinion, it is not possible that the oscillatory motion is the same on both days since the mode switches from double peak to single peak. In the actual process, the density, or buoyancy, change *causes* the oscillatory motion of the riser, not the reverse as Zaldivar asserts (from page 32: "This led to the investigation and confirmation that the observed slug flow was indeed caused by the riser movement.").

**Second**, the calculation of fluid temperatures in the riser flow is a very difficult proposition and it is my opinion that Dr. Zaldivar has not adequately addressed temperature variables. The insulation due to the buoyancy foams is difficult to predict. These foams permit cold seawater flow through the various gaps (shown below from Zaldivar's report Figure 2 page F4-2), and this is not accounted for. Flow is actually forced into these gaps as the riser oscillates, and this is completely ignored. For the non-moving sections natural convection might be important. Natural convection in the 40 F water is very difficult to estimate due to the local maximum in the sea water density at this temperature. The heat transfer due to buried (to an unknown depth) riser sections is also difficult to model accurately.

In appendix G of Dr. Zaldivar's report, he tries to address the sensitivity of various parameters and models on the predicted flow rates. He shows that the changes in many global parameters have little impact on the final results he obtains. Some sensitivity studies regarding heat transfer are presented, but these uniformly change the heat transfer over the entire system. It is reasonable to assume that the system might be very sensitive to local changes. It is most interesting to note that he claims that the "effect of the riser end position on the estimated flow rates is insignificant." To illustrate this he shows that a change in the elevation of the riser exit (a point that does not oscillate) by 5 feet changes one of his flow rates by 11%. This seems to be a surprisingly large (not insignificant) effect to me and raises concerns. First this is one of the few local changes he investigates (only the exit elevation is changed). One wonders what other input details are important. Granted, we may know the elevation of the riser exit to within 5 feet, but we sure do not know the oscillatory motion of each moving part of the riser to this accuracy. We have data for the motion of the highest point of the riser for May 16, and construct an estimate for the other points. Dr. Zaldivar admits that we do not have any reliable data for the motion on May 13 of any point of the riser. We also do not know the details of the riser path when it is buried. Could small spatial oscillations in the buried depth be important? It is difficult to know what input details are important on such a new technique that is not validated for estimating a flow rate.