# Attachment 6

```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA


        IN RE:  OIL SPILL      )   MDL NO. 2179
        BY THE OIL RIG         )
        "DEEPWATER HORIZON" IN )   SECTION "J"
        THE GULF OF MEXICO, ON )
        APRIL 20, 2010         )   JUDGE BARBIER
                               )   MAG. JUDGE SHUSHAN
```

```
                     *****************
                         VOLUME 1
                     *****************
```

      Deposition of John Martinez, taken at the
Pan-American Building, 601 Poydras Street, 11th
Floor, New Orleans, Louisiana, 70130, on the 30th
day of July, 2013.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

|  |  |
|---|---|
| 1 | MR. FIELDS: I'm ready. |
| 2 | THE VIDEOGRAPHER: All set? |
| 3 | Today is July 30th, 2013. This is the |
| 4 | deposition of John Martinez regarding the oil |
| 08:33  5 | spill of the Oil Rig DEEPWATER HORIZON in the |
| 6 | Gulf of Mexico on April 20th, 2010. |
| 7 | The time is 8:33 a.m. We're on the |
| 8 | record. |
| 9 | JOHN MARTINEZ |
| 08:31 10 | was called as a witness by BP, Inc., and, being |
| 11 | first duly sworn, testified as follows: |
| 12 | DIRECT EXAMINATION |
| 13 | QUESTIONS BY MR. FIELDS: |
| 14 | **Q. Mr. Martinez, my name is Barry Fields. I** |
| 08:33 15 | **know we met informally off the record, but I** |
| 16 | **wanted to formally introduce myself. With me is** |
| 17 | **my colleague Andrew Pu -- Pruitt, and we both** |
| 18 | **represent BP in this matter.** |
| 19 | **Would you please state your full name for** |
| 08:34 20 | **the record?** |
| 21 | A. John Martinez. |
| 22 | **Q. And, Mr. Martinez, what is your date of** |
| 23 | **birth?** |
| 24 | A. It's November 28, 1942. |
| 08:34 25 | **Q. In what city do you currently reside?** |

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | model the moving riser with any other type of                |
|       | 2  | multiphase flow simulation software?                         |
|       | 3  | A.  No.                                                      |
|       | 4  | Q.  What was the reason that you chose not to                |
| 08:57 | 5  | have IFE perform transient simulations?                      |
|       | 6  | A.  We were very constrained in time.  From                  |
|       | 7  | the time that we were able to develop the                    |
|       | 8  | contract, get the files to them, and myself fly              |
|       | 9  | over and work with them directly, that we were               |
| 08:57 | 10 | just very constrained in time.  So we had only               |
|       | 11 | time to run some of Dr. Zaldivar's files in the              |
|       | 12 | context that he ran them.  That's all.                       |
|       | 13 | Q.  Since you submitted your Expert Report,                  |
|       | 14 | has IFE performed any other model simulations?               |
| 08:57 | 15 | A.  No.                                                      |
|       | 16 | Q.  Since the time you submitted your Expert                 |
|       | 17 | Report in this case, have you performed any                  |
|       | 18 | additional simulations?                                      |
|       | 19 | A.  No.                                                      |
| 08:57 | 20 | Q.  Based on the work of IFE, did you reach                  |
|       | 21 | any conclusions about the flow rate that was                 |
|       | 22 | coming from the Macondo Well for the time period             |
|       | 23 | May 13th to May 20th, 2013?                                  |
|       | 24 | A.  As a result of the runs that we made, one                |
| 08:58 | 25 | with Dr. Zaldivar's original hydraulic diameter              |

|       |    |                                                             |
|-------|----|-------------------------------------------------------------|
|       | 1  | and developed a rate and, in turn, with exactly             |
|       | 2  | the same file we ran with an equivalent diameter            |
|       | 3  | that represents the correct cross-sectional area,           |
|       | 4  | we also got a rate, and from that we could see              |
| 08:58 | 5  | that Dr. Zaldivar's rate was approximately 25,000           |
|       | 6  | barrels too low.                                            |
|       | 7  | It's -- it's -- his -- his work is                          |
|       | 8  | invalid because he used the wrong diameter.                 |
|       | 9  | **Q.  What is your estimate of the flow rate**              |
| 08:58 | 10 | **from the Macondo Well for the time period**               |
|       | 11 | **May 13th to May 20th, 2013 [sic]?**                       |
|       | 12 | A.  Well, we ran these two cases, and in                    |
|       | 13 | comparing them, we -- we -- we found out from               |
|       | 14 | Dr. Zaldivar's work the likely rate under that              |
| 08:59 | 15 | condition, under those conditions we were                   |
|       | 16 | modeling, was about 30,000 barrels a day.  Under            |
|       | 17 | those exact same conditions but using the                   |
|       | 18 | diameter equivalent, which gives you the correct            |
|       | 19 | cross-sectional area, it was about 55,000 barrels           |
| 08:59 | 20 | a day.                                                      |
|       | 21 | So it's really the comparison between the                   |
|       | 22 | two that shows that he was in error by                      |
|       | 23 | potentially that range, that amount.                        |
|       | 24 | **Q.  Is the 55,000 stock-tank barrels per**                |
| 08:59 | 25 | **days, is that amount the amount of oil that you**         |

359

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
 3    IN RE:  OIL SPILL      )   MDL NO. 2179
      BY THE OIL RIG         )
 4    "DEEPWATER HORIZON" IN )   SECTION "J"
      THE GULF OF MEXICO, ON )
 5    APRIL 20, 2010         )   JUDGE BARBIER
                             )   MAG. JUDGE SHUSHAN
 6
 7
 8
 9               REPORTER'S CERTIFICATION
        TO THE ORAL AND VIDEOTAPED DEPOSITION OF
10                    JOHN MARTINEZ
                      JULY 30, 2013
11                      VOLUME 1
12
13
14      I, Emanuel A. Fontana, Jr., Certified
      Shorthand Reporter in and for the State of Texas,
15    hereby certify to the following:
16      That the witness, JOHN MARTINEZ, was duly
      sworn by the officer and that the transcript of
17    the oral deposition is a true record of the
      testimony given by the witness;
18
        That the deposition transcript was submitted
19    on July 31     , 2013, to the witness or to
      Attorney R. Michael Underhill for the witness to
20    examine, sign, and return to Worldwide Court
      Reporters, Inc., by September 14 , 2013.
21
        That the amount of time used by each party
22    at the deposition is as follows:
23      Mr. Fields - 7 Hours, 13 Minutes
24
25
```

I further certify that I am neither counsel for, related to, nor employed by any of the parties in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of the action.

SUBSCRIBED AND SWORN to by me on this 30th day of July, 2013.

_____
Emanuel A. Fontana, Jr., RPR
Texas CSR No. 1232
Expiration Date: 12/31/2014
Worldwide Court Reporters
Firm Registration No. 223
3000 Weslayan, Suite 235
Houston, Texas  77027
(713) 572-2000

357

```
 1                CHANGES AND SIGNATURE
 2    WITNESS NAME:  JOHN MARTINEZ
 3    DATE OF DEPOSITION:   JULY 30, 2013
 4    PAGE LINE        CHANGE           REASON
 5    SEE ATTACHED AMENDMENT SHEET
 6    _____
 7    _____
 8    _____
 9    _____
10    _____
11    _____
12    _____
13    _____
14    _____
15    _____
16    _____
17    _____
18    _____
19    _____
20    _____
21    _____
22    _____
23    _____
24    _____
25    _____
```

Worldwide Court Reporters, Inc.
**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1
 2         I, JOHN MARTINEZ, have read the foregoing
 3    deposition and hereby affix my signature that
 4    same is true and correct, except as noted on the
 5    attached Amendment Sheet.
 6
 7                          _____
                                JOHN MARTINEZ
 8
 9
10    THE STATE OF  TEXAS    )
      COUNTY OF   HARRIS     )
11
          Before me,  ASHOK DESAI   , on
12    this day personally appeared JOHN MARTINEZ, known
      to me (or proved to me under oath or through
13     TXDL 0476 5511   ) to be the person
      whose name is subscribed to the foregoing
14    instrument and acknowledged to me that they
      executed the same for the purposes and
15    consideration therein expressed.
          Given under my hand and seal of office this
16     22 ND  day of  August           , 2013.
17
18
                              _____
19                            NOTARY PUBLIC IN AND FOR
                              THE STATE OF  TEXAS
20                            COMMISSION EXPIRES: 3/19/2014
21
22
23
24
25
```

Worldwide Court Reporters, Inc.
**PURSUANT TO CONFIDENTIALITY ORDER**

**Amendment Sheet to the July 30 and 31, 2013 Deposition of John Martinez in In re: Oil Spill by the Rig Deepwater Horizon**

Page 83, Line 23: "Journal of Production Facilty" should be "SPE Production & Facilities,"

Page 108, Line 7: "No." should be "No. I have not analyzed a transient multiphase simulation for a near horizontal annulus."

Page 137, Line 8-9: "they're not capable of doing so" should be "they're not capable of doing so with a steady state simulation"

Page 137, Line 16: "It was not capable of doing so." should be "It was not capable of doing so with a steady state simulation."

Page 142, Line 24: "I would speculate" should be "I would not speculate"

Page 183, Line 20: "paper is to compare this used to lab data" should be "paper is to compare the diameter used to lab data"

Page 200, Line 19: A. "I will compare 7" should be "I will compare Version 7" you ....

Page 200, Line 22: "a later version than 5" should be "a later version than Version 5"

Page 205, Line 2: "multiphase froze" should be "multiphase flow"

Page 217, Line 23:"Yes. We didn't investigate that." should be "No. We didn't investigate that."

Page 248, Line 10: "to water flowing that same pipe" should be "to water flowing in that same pipe"

Page 248, Line 19: "with the velocity of the diameter of the pipe" should be "with the velocity and the diameter of the pipe"

Page 319

Line 11: "He used based on" should be "He based his work on"

Page 322, Line 13-14: "that allows the vapor liquids to separate" should be "that allows the vapor and liquids to separate" ....

Page 324, Line 17: "length in capacity" should be "length and capacity,"

Page 346, Line 17:"Do you want me to read right now?" should be "Do you want me to read it right now?"

Page 354

Line 11: "the upper riser bin" should be "the upper riser big section"

Page 369, Line 25: "against some of the same data" should be "against some of the same measured data"

Page 415,
Line 9-11: "if they're matching the observed flow behavior in the field" should be "if they're matching the observed flow behavior in the field, meaning measured rate, measured pressure, and measured slug patterns, then"