# Attachment 7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL | ) | MDL NO. 2179 |
| BY THE OIL RIG | ) | |
| "DEEPWATER HORIZON" IN | ) | SECTION "J" |
| THE GULF OF MEXICO, ON | ) | |
| APRIL 20, 2010 | ) | JUDGE BARBIER |
| | ) | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
VOLUME 1 of 1
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Deposition of MICHAEL ZALDIVAR, Ph.D., taken at Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on July 15, 2013.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

```
08:30  1              THE VIDEOGRAPHER:  This is the
08:30  2     deposition of Michael Zaldivar in -- regarding
08:30  3     the oil spill of the oil rig DEEPWATER HORIZON in
08:30  4     the Gulf of Mexico on April 20th, 2010.  Today's
08:31  5     date is July 15, 2013, and the time is 8:31 a.m.
08:31  6     We are now on the record.
08:31  7              MICHAEL ZALDIVAR, PH.D.,
08:31  8     having been duly sworn, testified as follows:
08:31  9                       EXAMINATION
08:31 10     BY MS. PENCAK:
08:31 11         Q.  Good morning, Dr. Zaldivar.  We met
08:31 12     just before the break; is that right?
08:31 13         A.  That's correct.
08:31 14         Q.  My name is Erica Pencak, and this is my
08:31 15     colleague Anna Cross.  We're with the Department
08:31 16     of Justice, and we represent the United States in
08:31 17     this matter.
08:31 18             The court reporter just read you an
08:31 19     oath.  Do you understand that oath?
08:31 20         A.  I do.
08:31 21         Q.  And the court reporter is taking down
08:31 22     everything we say here, so we need to make sure
08:31 23     that we try not to talk over each other.  So I'd
08:31 24     ask that you let me finish my question before you
08:31 25     begin an answer, and I will finish -- I will let
```

```
11:46  1    barrels per day.
11:46  2              For the riser end depth, it was
11:46  3    perturbed up or moved up 5 feet.  The minimum
11:47  4    flow rate was 23,600 barrels per day, and the
11:47  5    maximum flow rate was 28,400 stock tank barrels
11:47  6    per day.  All of my barrels per day are in stock
11:47  7    tank barrel per day.
11:47  8         Q.   It gets a little long to say that --
11:47  9         A.   Yes.
11:47 10         Q.   -- after every number, doesn't it?
11:47 11              So based on this sensitivity, your
11:47 12    minimum flow rate went up by about 2300 stock
11:47 13    tank barrels per day if you used the riser depth
11:47 14    of 400 and -- 4,985 feet; is that correct?
11:47 15         A.   That is correct.
11:47 16         Q.   Okay.  But your best estimated flow
11:47 17    rate for these two cases is the same; is that
11:47 18    correct?
11:47 19         A.   Yes.  So for each sensitivity, the best
11:47 20    estimated -- there was only one best estimated
11:47 21    flow rate for each sensitivity.
11:47 22         Q.   And how do you arrive at that best
11:47 23    estimated flow rate?
11:48 24         A.   That is noted specifically -- I know I
11:48 25    described that.  Let me find that for you.
```

```
03:08  1   calculate the area of each of the drill pipes and
03:08  2   subtract them from the total area of the -- the
03:08  3   riser and then you would do the same thing with
03:08  4   the perimeter except now you would add the
03:08  5   perimeters that the drill pipes add to the -- to
03:08  6   the riser perimeter.
03:08  7        Q.  Do you accept that the hydraulic
03:08  8   diameter that you used creates a much smaller
03:09  9   simulated flow area as compared to the actual
03:09 10   flow area?
03:09 11            MR. FIELDS:  Objection, form.
03:09 12        A.  The cross-sectional area with a
03:09 13   hydraulic diameter is smaller than -- than the
03:09 14   cross-sectional area, yes, that's correct.
03:09 15        Q.  (BY MS. PENCAK)  How much smaller?
03:09 16        A.  I'd have to do the calculations, but it
03:09 17   could be as much as 40 percent, say, order of
03:09 18   magnitude 40 percent, somewhere in that range.
03:09 19        Q.  What's the impact of that difference on
03:09 20   the velocity of the fluid?
03:09 21        A.  Which velocity?
03:10 22        Q.  The -- the movement of the fluid
03:10 23   expressed in meters per second -- meters squared
03:10 24   per second.
03:10 25        A.  Which part of the fluid?
```

```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
 2
     IN RE:  OIL SPILL        ) MDL NO. 2179
 3   by the OIL RIG,          )
     DEEPWATER HORIZON in     ) SECTION "J"
 4   the GULF OF MEXICO,      )
     April 20, 2010           ) JUDGE BARBIER
 5                            )
                              )
                              ) MAG. JUDGE SHUSHAN
 6                            )
 7            REPORTER'S CERTIFICATION
          DEPOSITION OF MICHAEL ZALDIVAR, Ph.D.
 8                TAKEN JULY 15, 2013
 9        I, Rene White Moarefi, Certified
     Shorthand Reporter in and for the State of
10   Texas, hereby certify to the following:
11        That the witness, MICHAEL ZALDIVAR,
     Ph.D., was duly sworn by the officer and that
12   the transcript of the oral deposition is a
     true record of the testimony given by the
13   witness;
          That the deposition transcript was
14   submitted on  July 16        , 2013, to the
     witness or to Attorney  Mary Cribben  for
15   examination, signature and return to
     Worldwide Court Reporters, Inc., by
16    August 30 , 2013.
          That the amount of time used by each
17   party at the deposition is as follows:
18        Ms. Erica Pencak  - 05:14
          Mr. James A. Orr  - 00:01
19        Mr. Bruce W. Bowman, Jr. - 00:01
          Mr. Barry Fields  - 00:06
20
          I further certify that I am neither
21   counsel for, related to, nor employed by any
     of the parties in the action in which this
22   proceeding was taken, and further that I am
     not financially or otherwise interested in
23   the outcome of the action.
24
25
```

1      SUBSCRIBED AND SWORN to by me this 16th
       day of July, 2013.
2

3

4
       *Rene Moarefi*
5
       RENE WHITE MOAREFI, CSR, CRR, RPR
6      CSR NO. 3070; Expiration Date: 12-31-14
       Worldwide Court Reporters
7      Firm Registration No. 223
       3000 Weslayan, Suite 235
8      Houston, TX 77027
       (713) 572-2000

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

WITNESS NAME:   Michael Zaldivar, Ph.D.

DATE TAKEN:   July 15, 2013

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

### GENERAL CORRECTIONS:

| PAGE: | LINE: | CHANGE: | | |
|---|---|---|---|---|
| 26 | 12 | ~~pipes~~ pipelines | (wrong word) |
| 26 | 18 | ~~pipes~~ pipelines | (wrong word) |
| 43 | 25 | ~~seventeen seven thousand~~ 17,700 | (number incorrect) |
| 53 | 23 | ~~stop~~ stock | (wrong word) |
| 55 | 25 | the riser ~~and~~ end | (insert word) |
| 58 | 23 | ~~one~~ when | (wrong word) |
| 75 | 5 | ~~shrug~~ slug | (wrong word) |
| 90 | 12 | 100 times that roughness | (missing word) |
| 106 | 3 | ~~magazine~~ mass | (wrong word) |
| 120 | 24 | ~~A hundred seventy twenty feet~~ seven hundred and twenty feet | (number incorrect) |
| 159 | 25 | hour~~s~~ | (singular not plural) |
| 171 | 13 | ~~shrug~~ slug | (wrong word) |
| 172 | 14 | ~~The~~ Thats | (wrong word) |
| 192 | 16 | use~~d~~ | (wrong word) |
| 209 | 19 | ~~May 30~~ May 13 | (wrong date) |
| 221 | 2 | ~~and~~ in | (wrong word) |
| 224 | 2 | ~~and with~~ for | (wrong words) |
| 10 | 13 | ~~P-TEX~~ Petex | (wrong word) |
| 21 | 13 | ~~F-1-18~~ F-1-8 | (wrong number) |
| 42 | 15 | ~~considers [sic] to get~~ continues | (wrong words) |
| 48 | 20 | ~~link~~ leak | (wrong word) |
| 83 | 21 | ~~and~~ end | (wrong word) |
| 87 | 8 | ~~dissever~~ decipher | (wrong word) |
| 101 | 24 | ~~PPT~~ PVT | (wrong word)m |
| 164 | 1 | ~~stand~~ span | (wrong word) |
| 164 | 23 | ~~om~~ | (wrong word) |

SIGNED: _[signature]_   DATE: 08/23/13

Page | 1

**WITNESS NAME:**   Michael Zaldivar, Ph.D.

**DATE TAKEN:**   July 15, 2013

**IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**

**PAGE:** 200   **LINE:** 3   **CHANGE:** Field data, model predictions   (wrong punctuation)

**PAGE:** 241   **LINE:** 14   **CHANGE:** ~~In~~consistent   (wrong word)

SIGNED: _/s/_   DATE: 08/23/13

Page | 2

244

```
 1                    SIGNATURE PAGE
 2
        I, MICHAEL ZALDIVAR, Ph.D., have read the
 3   foregoing deposition and hereby affix my
     signature that same is true and correct,
 4   except as noted on the correction page.
 5
 6
                 MICHAEL ZALDIVAR, Ph.D.
 7
 8
 9
     THE STATE OF         )
10   COUNTY OF            )
11
        Before me _____ on this
12   day personally appeared _____
     known to me [or proved to me on the oath of
13   _____ or through
     _____ (description of
14   identity card or other document)] to be the
     person whose name is subscribed to the
15   foregoing instrument and acknowledged to me
     that he/she executed the same for the
16   purposes and consideration therein expressed.
        Given under my hand and seal of office
17   this _____ day of _____, 2013.
18
19   _____
     NOTARY PUBLIC IN AND FOR
20   THE STATE OF
21
     My Commission Expires:
22   _____
23
24
25
```