# Exhibit 3

# Martin Blunt
# Expert Report - REDACTED Pg. 60-63

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in
The Gulf of Mexico, on April 20, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MDL NO. 2179, SECTION J
JUDGE BARBIER; MAGISTRATE JUDGE SHUSHAN

# Modelling Macondo

## A calculation of the volume of oil released during the *Deepwater Horizon* incident

Prepared on Behalf of BP Exploration & Production Inc. and Anadarko

Prepared by:

Martin J. Blunt

Department of Earth Science and Engineering
Imperial College, London SW7 2AZ, UK
May 1st, 2013



Portions Designated
HIGHLY CONFIDENTIAL

M J Blunt Expert Report

tests.[152] These can give lower values of $B_o$ (meaning more oil at the surface). I will not use these values, as they do not correspond to the circumstances of the Macondo spill. The oil remained above the bubble point in the reservoir, and oil and gas remained in equilibrium in the well-bore before being released to the ocean, or collected. I quote from Muskat's classic work *The Physical Principles of Oil Production* (p76):

*Implicit ... has been the assumption that the solubility and shrinkage properties of crude-oil and natural-gas systems are independent of the thermodynamic paths followed between terminal points, i.e., reservoir and atmospheric conditions. This, of course, will be true if the total hydrocarbon content be kept fixed and the gas and liquid phases are maintained in continuous contact... Such a process (for fixed total composition) is termed "flash liberation" or "flash vaporization." An example of its occurrence in practice is the variation in pressure and temperature of the stream of oil and gas as it flows up the well bore to the surface under steady-state conditions.*

During the Macondo spill, the oil and gas maintained continuous contact from the reservoir to the exit point. Hence, the single-stage flash (called flash liberation in the quotation above) $B_o$ – and not the $B_o$ obtained from a separator analysis has been used in my calculations. This is discussed further in Appendix F.2.

## A.3    Rock properties

As with oil, the compressibility – the fractional change in volume per unit change in pressure – changes with pressure. To track exactly the volume change for the calculated change in pressure in the reservoir, I define the pore volume compressibility as follows, to be consistent with material balance Eq. (3.1):

$$c_f = \frac{\epsilon(p_f)}{\phi(p_i - p_f)}$$

(A.5)

where $\varepsilon$ is the volumetric strain (the fractional change in rock volume) as a function of pressure. As before, I take $p_f$ to be 10,500 psi – the final answer is insensitive to the exact choice within around 100 psi. $\phi$ is the initial porosity and $p_i$ is the initial pressure (when the strain is 0) which – in these experiments – is 11,800 psi.

Using this approach I obtain values of 7.41, 3.74 and 5.32 microsips for the three samples.

Dr. Zimmerman in his expert report [RWZ] examined the Weatherford pore volume compressibility. I will use his (higher) values – in Table 4.3 – for my calculations.

There is little definitive public domain data that might help constrain the value of pore volume compressibility further than discussed in the main text. A paper published by authors from Chevron, ENI and Baker Atlas (Wolfe *et al.*, 2005) by the Society of Petroleum Engineers reports laboratory measurements of $c_f$ that lie between 1 and 2 microsips for deep Gulf of Mexico sandstones. They

---

[152] See, for instance, BP-HZN-2179MDL04440977 (Intertek multi-state separator tests and compositions) [32]; BP-HZN-2179MDL04440978 (Intertek multi-state separator test results) [33].

M J Blunt Expert Report

propose a method to calculate pore volume compressibility from logs that shows reasonable agreement with direct measurements on both whole cores and rotary sidewall cores. Liu *et al.* (2008) quote a range of compressibility between 1 and 10 microsips for Gulf of Mexico reservoir of similar geological age to Macondo, with a base case of 3 microsips.

Ostermeier from Shell (2001) presents an overview of the compressibility of Gulf of Mexico sandstones. He distinguishes two classes of sandstone: the first are poorly consolidated and highly compressible with a compressibility that increases as the fluid pressure declines. He reports compressibilities as high as 100 microsips. In Macondo, however, the sandstone is of the second class (again this is clear from a study of data from other fields in the Gulf of Mexico provided by BP[153]), with a lower porosity and a compressibility that declines with declining pore pressure. He reports one set of measurements with values less than 10 microsips.

There are correlations in the literature to predict pore volume compressibility from porosity for sandstones. For instance, the Hall (1953) correlation can be used to calculate compressibility from porosity. For Macondo, this gives a value of 3.5 microsips.

The mineralogy of the sandstone also suggests a relatively incompressible rock compared to other samples from the Gulf of Mexico. Weatherford determined that the Macondo sandstone is 93% quartz (ranging from 91-94% on the core samples studied) with on average 3% clay.[154] Ostermeier, from Shell, in a Distinguished Author article in the *Journal of Petroleum Technology* (Ostermeier, 2001), provides a review of Gulf of Mexico rock compressibility. He comments that rocks with high quartz content – as in Macondo – have low compressibilities: the quartz is very hard compared to more ductile, or easily deformed, components of the rock, such as clay. Quartz-rich sandstones can have a high compressibility only if the grains contact at sharp points: the grains can then easily rotate and compress into the pore space. However, for a system of this relatively low porosity, and buried at high temperature, there is likely a relatively high degree of cementation (the grains are stuck or fused together).

It is not possible to make a more definitive statement on likely pore volume compressibility: I will be guided by the direct measurements that do appear to be in a plausible range, albeit at the upper end, based on my reading of the literature.

I conclude, for reference, with Figure A.1 which shows the correlations used by BP to estimate compressibility before drilling. While consistent with a value of 6 microsips, the considerable scatter emphasizes the importance of checking the value with directly measured data.

---

[153] BP-HZN-2179MDL06566208 (BP Pre-Drill Review, slide 17) [31].
[154] BP-HZN-2179MDL02394187 (Weatherford rock composition analysis) [37].

M J Blunt Expert Report



**Figure A.1.** The correlation between pore volume compressibility and porosity (top figure) and depth (bottom figure) for Gulf of Mexico fields taken from a BP report prepared before drilling.[155] 1 μsip is a microsip or $10^{-6}$ psi$^{-1}$. The graphs – with some scatter – indicate a compressibility of between 5 and 6 microsips, close to the average of the measurements – Table 4.3.

## A.4   Total compressibility

I simplified the material balance equation (3.1) to emphasize the key data that contribute to the calculation of oil released: equation (3.1) is correct but requires a non-standard definition of compressibility presented in Section 4.2.  The more standard expression in the oil industry (Dake, 1978) for material balance is as follows:

---

[155] BP-HZN-2179MDL06566208 (BP Pre-Drill Review, slide 17) [31].

M J Blunt Expert Report

$$N_p = LWh\phi \cdot c_t \cdot \Delta p / B_{of}$$

(A.6)

$LWh\phi$ is the connected pore volume of the reservoir, $\Delta p$ is the pressure drop and $B_{of}$ is the oil formation volume factor at the final reservoir pressure.

$c_t$ is the total compressibility:

$$c_t = c_r + S_o c_o + S_w c_w$$

(A.7)

where the subscripts *r*, *o* and *w* stand for the rock, oil and water respectively. $c_t$ is the combined compressibility of the rock, oil and water. The void space is full of fluid, hence $S_o + S_w = 1$.

The effective compressibility used in the main text is $c = \left(\frac{B_{oi}}{B_{of}}\right)\left(\frac{c_t}{S_o}\right)$ where the total compressibility is given by Eq. (A.7).

Table A.8 provides the values of total compressibility multiplied by porosity that I calculate. This is – traditionally – the direct input into the material balance equation (A.6).[156] I take a fixed value of pore volume compressibility, but average the fluid compressibilities for each layer using the height-weighted average to find the effective value for a given set of fluid and rock properties.

| Total compressibility times porosity (microsips) | Core Labs | Schlumberger | Intertek |
|---|---|---|---|
| High case | 4.76 | 4.58 | 4.54 |
| Mid case | 4.28 | 4.10 | 4.06 |
| Low case | 3.84 | 3.67 | 3.63 |

**Table A.8. The total compressibility multiplied by porosity, using the full range of measured pore volume compressibility and oil compressibility from the three sets of fluid data.**

## A.5   Permeability

While permeability does not enter into the material balance equation directly, it is a key component of a consistent model of the reservoir. This is because permeability ties together the variables in the material balance analysis, allowing us to confirm (or question) the reliability of our values for each variable.

The permeability will allow us to assess the size of the connected reservoir – determined from the pressure response – and to compare this with the seismic interpretation.

Permeability is also a crucial parameter in the Hsieh and Pooladi-Darvish reports that use reservoir simulation: the flow rate is directly proportional to permeability. Hence, through over-stating the permeability, they over-estimated the volume of oil released.

Hence it is important to review the permeability measurements.

---

[156] The approach in the main text and here are mathematically equivalent and give exactly the same values of oil released.