# Exhibit 1

## Excerpts from Dr. Nathan Bushnell Deposition Transcript Volume 1

## Taken July 18, 2013

## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL         ) MDL NO. 2179
BY THE OIL RIG           )
"DEEPWATER HORIZON" IN   ) SECTION "J"
THE GULF OF MEXICO, ON   )
APRIL 20, 2010           ) JUDGE BARBIER
                         ) MAG. JUDGE SHUSHAN

********
VOLUME 1
********

Deposition of NATHAN PETER KEITH BUSHNELL, Ph.D., taken at Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on July 18, 2013.

## Page 2

APPEARANCES

APPEARING FOR BP, INC.:
   Ms. Ilana Saltzbart
   KIRKLAND & ELLIS
   655 Fifteenth Street, NW
   Washington, D.C. 20005-5793

   -AND-

   Mr. Andy Schrag
   KIRKLAND & ELLIS
   300 North LaSalle
   Chicago, Illinois 60654

APPEARING FOR TRANSOCEAN:
   Mr. Patrick J. Cafferty, Jr.
   MUNGER TOLLES & OLSON
   560 Mission Street, 27th Floor
   San Francisco, California 94106

APPEARING FOR ANADARKO:
   Mr. Thomas R. Lotterman
   BINGHAM
   2020 K Street NW
   Washington, DC 20006

APPEARING FOR HALLIBURTON:
   Mr. Gavin Hill
   Mr. Tim Alford
   Mr. Joel D. Beus
   GODWIN & LEWIS
   1201 Elm Street, Suite 1700
   Dallas, Texas 75270-2041

## Page 3

APPEARING FOR THE UNITED STATES:
   Ms. Nancy Flickinger
   Ms. Anna Cross
   U.S. DEPARTMENT OF JUSTICE
   TORT BRANCH, CIVIL DIVISION
   1425 New York Avenue, N.W.
   Suite 10100
   Washington, D.C. 20005
   Post Office Box 14271
   Washington, D.C. 20044-4271

ALSO PRESENT:
   Mr. Mark Farrall - CD-adapco
   Mr. James Deel, Videographer

## Page 4

* * *
EXAMINATION INDEX

                                              Page
EXAMINATION BY MS. SALTZBART .............. 7

* * *

INDEX OF EXHIBITS

                                              Page
Exhibit 11705............................ 18
   Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico - Capping Stack Flow Calculations July 12 to 15, 2010 prepared by Dr. Nathan Bushnell dated 3/22/2013
   (no Bates - 83 pages)

Exhibit 11706............................ 19
   Rebuttal Report Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico - Capping Stack Flow Calculations July 12 to 15, 2010 prepared by Dr. Nathan Bushnell dated 6/10/2013
   (no Bates - 56 pages)

Exhibit 11707............................ 19
   Correspondence from Sandra Himmelhock to Robert Gasaway, et al, RE: MDL No. 2179- Report of US Rebuttal Expert Dr. Nathan Bushnell
   (no Bates - 9 pages)

Exhibit 11708............................ 105
   Expert Report of Dr. Simon Lo CFD Analysis of the Flow Through the Capping Stack dated 5/1/2013
   (no Bates - 98 pages)

33

1 America.
2 **Q. What does channel partner mean?**
3 A. So what we do is we will sell ANSYS products. We
4 support ANSYS products. So that means if -- we have a
5 large number of clients who use our software, our ANSYS
6 software -- I call it ours. And so they will maybe have
7 questions and we will answer those sorts of things.
8     And then I do training -- we do training for
9 ANSYS software and then we use it for consulting purposes
10 as well.
11 **Q. Are you -- you indicated that you provide support**
12 **for ANSYS. Is that correct?**
13 A. Yes. Yes. So what that means is that -- because
14 we sell ANSYS to people, they have it and they use it to
15 develop their products and so forth. And they pay for
16 ongoing product releases and support, so if there's what
17 we call technical support issues, and sometimes that's the
18 case where the program's not working, you know, for like
19 programming reasons, you know, like it just doesn't open
20 or -- my role tends to be more giving people advice on how
21 to set up models and use it and that sort of stuff. And
22 kind of a mentoring role, I guess you could call it.
23 **Q. What is your position at SimuTech Group?**
24 A. I am a CFD consultant.
25 **Q. What does a CFD consultant do at SimuTech Group?**

34

1     A. So a lot of my time I'm spent consulting, so
2 we'll have projects -- I'd say like BP -- this project,
3 but not obviously as big. And, typically, they're for
4 industrial clients so, you know, we'll work with them to
5 answer a problem they'll have. And then we have -- other
6 parts of my role is I'll do training, so I'll -- I'll
7 teach people how to use the software and -- and then the
8 tech support, which we kind of talked about, and then
9 pre-sales. So if we have a potential client, I'll go
10 and -- with the sales guy and I'll talk about what the
11 software can and can't do and give advice on sort of how
12 to answer their problems.
13 **Q. How long have you held the -- the position of**
14 **consulting engineer at SimuTech?**
15 A. I've been there for six years and I've been doing
16 the same role the whole time.
17 **Q. Did you start your professional career as a**
18 **consulting engineer as SimuTech Group?**
19 A. Yes.
20 **Q. Is it fair to say that the only professional**
21 **experience you have in applying CFD is as a consulting**
22 **engineer for SimuTech Group?**
23 A. Depends on what you mean by professional. I
24 mean, part of my Ph.D. was applying -- and -- and I was
25 paid, but I think the stricter meaning would -- I would

35

1 say yes.
2 **Q. Are there engineers at SimuTech Group that have**
3 **more professional experience applying CFD than you, and**
4 **specifically, I'd like to first focus on the Seattle**
5 **office and then nationwide. So with that understanding,**
6 **I'll ask the question again.**
7     **Are there engineers at SimuTech Group that have**
8 **more professional experience applying CFD than you?**
9 A. Yes.
10 **Q. About how many -- in -- in the Seattle office?**
11 A. Oh, no, in the Seattle office -- we have a -- a
12 co-worker, who works out of San Diego, we would consider
13 him part of the Seattle office. Yeah, so one.
14 **Q. How many total consulting engineers are there in**
15 **the Seattle office with the San Diego satellite?**
16 A. There's also "a long lot" (phonetic) satellite.
17 I think it's 9 or 12 or something like that.
18 **Q. So as many as 12?**
19 A. Yeah, I could probably count it out if you...
20 **Q. Sure. Take your time.**
21 A. So -- actually, it's only seven right now.
22 **Q. And that includes you?**
23 A. No.
24 **Q. So a total of eight in what we'll call the**
25 **Seattle office, but we know that there are people not in**

36

1 **Seattle that compose that total?**
2 A. Yeah.
3 **Q. Okay. And of the eight, there's one person who**
4 **has more professional experience applying CFD than you?**
5 A. Yes.
6 **Q. And are you measuring this by the number of years**
7 **that they've been professionally applying CFD?**
8 A. Yes.
9 **Q. Are the other six members of the Seattle office**
10 **younger than you?**
11 A. No.
12 **Q. They just haven't been doing CFD professionally**
13 **as long as you have?**
14 A. Correct.
15 **Q. How many offices of SimuTech are there**
16 **nationwide?**
17 A. There's three -- four main offices -- well, it
18 depends how you count them, because there's a lot of
19 people who work from home. But this is what-- you know,
20 probably -- three is probably the, you know, three main
21 hubs.
22 **Q. Where are the three main hubs?**
23 A. Seattle, Rochester and then Toronto.
24 **Q. Okay. And about how many CFD consulting**
25 **engineers are there nationwide?**

**Page 49**

1  if you can fix the gas density?
2      A. The reason I used the -- the gas density, used
3  the Eulerian model is because it has the gas density and
4  it would -- the particle breakup would be using the
5  density of the gas, not the density of the mixture.
6      Q. Does SimuTech Group, nationwide, provide
7  consulting services -- services using CFX in the oil and
8  gas industry?
9      A. Yes.
10     Q. What portion would you say of SimuTech's CFD
11 consulting services serves the oil and gas industry?
12     A. I don't know that numbers. I would say maybe a
13 quarter.
14     Q. And it's your testimony that you are the most
15 qualified CFX engineer, whatever the title might be, based
16 upon which office you're in, for oil and gas -- the oil
17 and gas industry?
18         MS. FLICKINGER: Object; form.
19     Q. (BY MS. SALTZBART) For SimuTech Group?
20     A. Yeah, I think I would be, yes.
21     Q. So what portion of your time do you spend
22 consulting for the oil and gas industry?
23     A. It changes every year.
24     Q. You've been at SimuTech for six years?
25     A. Yeah.

**Page 50**

1      Q. So let's go back to year 1. Do you recall what
2  portion of your time in year 1 you were providing
3  consulting services to the oil and gas industry?
4      A. I don't think I did any oil and gas projects that
5  year.
6      Q. How about your second year?
7      A. Probably not that many either. Probably -- I
8  don't remember any.
9      Q. So none in your first year and none in your
10 second year. Is that correct?
11     A. It sounds about correct.
12     Q. All right. How about in your third year?
13     A. Maybe a quarter.
14     Q. A quarter of your time?
15     A. A quarter of the projects.
16     Q. How many projects total did you do in your fourth
17 year at SimuTech?
18     A. I -- I don't know off the top of my head. It
19 would probably be around the ten range.
20     Q. Was this model -- using CFX to model a multiphase
21 fluid?
22        Let me -- before you answer let me just clarify
23 that. For the -- the quarter of the projects that you did
24 that were related to the oil and gas industry in your
25 fourth year, were they related to using CFX to model a

**Page 51**

1  multiphase fluid?
2      A. I don't have them broken out by year. I know
3  over the last six years I've done about -- I've done --
4  I've done about 40 projects. I've done five for the oil
5  and gas -- it would be based on the quarter. And then --
6  and multiphase tends to crop up probably about a quarter
7  of the time.
8      Q. So you've done -- you've -- a total of 40
9  projects that are related to the oil and gas industry?
10     A. No, I've done about 40 consulting projects for
11 SimuTech.
12     Q. So it's a quarter of the 40 projects that are
13 related to the oil and gas industry?
14     A. Actually it's probably less than that. I've
15 done -- I can think of five off the top of my head.
16     Q. Five projects that are in the oil and gas
17 industry in your time at SimuTech.
18     A. Yes.
19     Q. Is that correct?
20        And as we talked earlier, you didn't do any
21 projects related to the oil and gas industry in the first
22 three years, so we're really only talking about the last
23 three years?
24     A. I don't think any the first two years. It's --
25 maybe the third year. I can't quite remember. It's

**Page 52**

1  definitely increased over the last couple years.
2      Q. And still a total of five projects, though?
3      A. Yeah, five projects.
4      Q. And that's five projects in the oil and gas
5  sector.
6      A. Yeah.
7      Q. Which of those involved using CFX to model a
8  multiphase fluid?
9      A. CFX and I think I've also use Fluent.
10     Q. Okay. I just want you to focus specifically on
11 CFX. Which of the five projects in the oil and gas sector
12 have you used CFX to model a multiphase fluid?
13     A. I think all five of them.
14     Q. All five were multiphase?
15     A. No. Two of them were -- two of them were only
16 single phase. Yeah.
17     Q. So in your career at SimuTech, you have consulted
18 on a total of three projects that involved the application
19 of CFX and a multiphase fluid?
20     A. No.
21     Q. Can you clarify -- or can you explain to me what
22 was wrong about that?
23     A. I've used multiphase fluids in a number of other
24 industries.
25     Q. Okay. Thank you.

```
                                                53
 1        So let me -- just so I'm clear.  In your career
 2   at SimuTech, you've consulted on a total of three projects
 3   that involved the application of CFX and a multiphase
 4   fluid in the oil and gas industry?
 5        A.  Three or four, yeah.  I think it's four.  I could
 6   look in my résumé and probably...
 7        Q.  We'll get to your résumé, so at that point we
 8   can -- we can go back to this.
 9            So it could be three or four, no more than four?
10   And let me just clarify.  Specifically we're talking about
11   the application of CFX with a multiphase fluid in the oil
12   and gas industry.
13        A.  I can remember --
14            MS. FLICKINGER:  Object to form.
15        A.  I can remember -- I think I remember four.
16        Q.  (BY MS. SALTZBART)  Let's turn to Tab 1 in your
17   binder, which is Exhibit 11705.  And I'd like to turn to
18   Page 32, please.  This is Appendix I.
19            Is this your résumé?
20        A.  Yes.
21        Q.  Is this résumé complete?  And if you want to take
22   a moment to -- to go back through it.
23        A.  It's the one I produced, yes.
24        Q.  But is it a -- is it complete?  Is your résumé
25   that you've provided with your report complete, in your
```

```
                                                54
 1   opinion?
 2            MS. FLICKINGER:  Objection; form.
 3        A.  I mean, I've done additional projects.
 4        Q.  (BY MS. SALTZBART)  That are not listed?
 5        A.  Yeah.  I just listed some recent ones.
 6        Q.  How many additional projects have you performed
 7   that are not listed?
 8        A.  Probably 20-something more.
 9        Q.  20?
10        A.  24 -- I -- I remember counting back that I've
11   done about 40 projects and there's 16 -- oh, sorry -- 18
12   presented here, so...
13        Q.  The one -- the projects that you did not include
14   in your report, were they relevant to the work that you
15   were doing in this litigation?
16        A.  They were, I'd say, less relevant.
17        Q.  Did they involve CFX?
18        A.  Mostly, yes.
19        Q.  Did they involve the oil and gas industry?
20        A.  No.  But they involved modeling fluids, except
21   for one or two, which were FEA.
22        Q.  So you also performed analyses using ANSYS for
23   finite element analysis?
24        A.  I have, yes.
25        Q.  The résumé that you included with your original
```

```
                                                55
 1   report, is it accurate?  I know that we've identified
 2   projects that are missing, but the content that you've
 3   listed, is it accurate?
 4        A.  As far as I'm aware, yes.
 5        Q.  Is there anything that you would add to the
 6   professional experience that you list in your résumé that
 7   would be relevant to the work you performed on behalf of
 8   the United States in this litigation?
 9        A.  No, I think those are the main points I would
10   include.
11        Q.  So other than what is listed on your résumé,
12   there is no other experience or training that you have
13   that is relevant to the opinions you expressed in this
14   case on behalf of the United States?
15            MS. FLICKINGER:  Object to form.
16        A.  I mean, my experience in -- of general CFD and,
17   you know, modeling and pressure drop and these things are
18   relevant because it's a similar process, but it's not the
19   most relevant.
20        Q.  (BY MS. SALTZBART)  So, for instance, you said
21   modeling and pressure drop.  Would modeling and pressure
22   drop associated with a single-phase fluid inform your
23   opinions in this case?
24        A.  It's -- they're closely associated.  You know,
25   you -- you -- everything is based upon the same, you know,
```

```
                                                56
 1   fluid dynamics and -- I mean, it's --
 2        Q.  You think the pressure loss associated with the
 3   flow of a single-phase fluid is the same with pressure
 4   losses of a multiphase fluid?
 5        A.  No.  What I think is that the process of
 6   modeling, single phase, multiphase, or any of these other
 7   more complicated things, is they're all -- they're all
 8   related because you're -- you're using the same
 9   techniques.  You're just using different models.
10        Q.  When you say "the process of modeling," are you
11   referring to the process of setting up a CFX model?
12        A.  Yeah, setting up, defining it, solving it,
13   looking at results, writing reports.
14        Q.  If we could turn to Page 33.
15            MS. SALTZBART:  Can we go off the record.
16            THE VIDEOGRAPHER:  I can fix it while we go
17   if you want.
18            MS. SALTZBART:  Can we go off the record,
19   please.
20            THE VIDEOGRAPHER:  The time is 10:02 a.m.,
21   and we're off the record.
22                (Break.)
23            THE VIDEOGRAPHER:  The time is 10:04 a.m.,
24   and we're back on the record.
25        Q.  (BY MS. SALTZBART)  Dr. Bushnell, we're looking
```

121

1  Q. Are you familiar with any methods of crass --
2  classifying gas/oil flows into flow regimes other than
3  using flow regime maps?
4  A. Yeah, there's theoretical approaches.
5  Q. What does that mean, a theoretical approach?
6  A. It's based upon a theory as opposed to
7  experimental.
8  Q. Can you describe how a theoretical approach to
9  defining flow regime works?
10 A. A theory is put forward as to criteria and then
11 you would use that theory to evaluate it.
12 Q. Is the theory an equation?
13 A. It can be. Typically, it is.
14 Q. If the theory isn't an equation, what else would
15 it be?
16 A. It could be a set of conditions. Typically, it
17 would be presented as a equation but it may not be.
18 Q. In what circumstances would it not be presented
19 as an equation?
20 A. I can't think off the top of my head, but it --
21 it -- it can be. There doesn't have to be an equation.
22 Q. This is your area of expertise. Correct?
23 A. Yes.
24 Q. Okay. And you can't identify one example --
25 A. Of --

122

1  Q. -- in which it wouldn't be an equation?
2       MS. FLICKINGER: Objection; form, asked and
3  answered.
4  A. No. I'm just saying that it doesn't have to be.
5  There's nothing that requires it to be an equation.
6  Q. (BY MS. SALTZBART) So you're just not aware of
7  any other approaches, but you're -- you're not foreclosing
8  the possibility that there could be another approach?
9       MS. FLICKINGER: Objection; form, asked and
10 answered.
11 A. Other than -- you mean without equations?
12 Q. (BY MS. SALTZBART) Yes.
13 A. Yes.
14 Q. Is the approach described by Taitel, Bornea and
15 Dukler a theoretical approach to classifying flow regimes?
16 A. They produced a map that was -- had theoretical
17 portions to it. I would say, yes, that's...
18 Q. Are you familiar with the concept of using the
19 volume fraction of gas to determine whether a bubbly flow
20 regime exists?
21 A. Yeah, that's a theoretical approach.
22 Q. Would you agree that you didn't address that
23 method of determining gas/oil flow regimes in either your
24 initial report, your rebuttal report or your revision?
25 A. I -- I think it is addressed, because my

123

1  selection of homogeneous model is independent of flow
2  regime and the fact that you can show that independent of
3  whether it's a bubble or droplet model, you would get the
4  same, you know, consistent result.
5  Q. Did you apply the concept of using the volume
6  fraction of gas to determine whether a bubbly flow regime
7  existed in either your initial report, your rebuttal
8  report or the revision?
9       MS. FLICKINGER: Asked and answered.
10 A. What do you mean by "applied the concept"?
11 Like --
12 Q. (BY MS. SALTZBART) Do you understand that you
13 can use the volume fraction of gas to determine whether a
14 flow regime is bubbly?
15 A. Yes.
16 Q. Okay. Did you apply that methodology to
17 determining the flow regime in this case?
18 A. No.
19 Q. Dr. Bushnell, could you please describe how you
20 used flow regime maps in your initial report? And that's
21 the report that's been marked as 11705.
22 A. So when I initially started the project we
23 considered including slip dissemination models. So part
24 of that needed to choose a morphology selection. And so I
25 looked at flow regime maps, determined that I thought

124

1  bubbly was the most appropriate.
2       I ran those models. I identified that slip
3  wasn't important, it doesn't have a significant effect. I
4  also looked to see if droplet would be significant and I
5  didn't, since that's the other alternative choice of
6  morphology.
7       I then went back and looked at the flow regime
8  maps, the oil -- you know, the liquid and vapor or --
9  liquid and vapor flow regime maps to see through the --
10 the 3-1/16 horizontal and vertical bores, whether they
11 would be consistent with well-mixed solution or
12 homogeneous model, and the fact that they were
13 significantly off the axis on a lot of the maps would
14 indicate the flow was well mixed.
15      I additionally looked at some liquid/liquid -- a
16 liquid/liquid flow map because the fact that the gas is so
17 compressed it's actually closer to a liquid density than a
18 gas density, so it's kind of coming at it another angle,
19 and saw that for flow rates above -- I believe it was
20 about 3 meters per second, you had conditions that would
21 indicate well mixed.
22      I think that's pretty much how I -- I...
23 Q. What you just described for purposes of your
24 initial report, is that what you did also in your rebuttal
25 report?