# <u>Exhibit 2</u>

## Excerpts and Errata from Dr. Simon Lo Deposition Transcript Volume 1

## Taken July 29, 2013

**1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL      )   MDL NO. 2179
by the OIL RIG,        )
DEEPWATER HORIZON in   )   SECTION "J"
the GULF OF MEXICO,    )
April 20, 2010    )   JUDGE BARBIER
                  )
                  )   MAG. JUDGE
                  )   SHUSHAN

Videotaped deposition of SIMON LO, taken at Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 29th of July, 2013.

**2**

1     A P P E A R A N C E S
2
    Mr. Anthony Irpino
3   IRPINO LAW FIRM
    2216 Magazine Street
4   New Orleans, Louisiana 70130
5        APPEARING FOR THE PLAINTIFFS'
         STEERING COMMITTEE
6
    Mr. Grant Nakayama
7   Ms. Ilana Saltzbart
    Mr. Andy Schrag
8   KIRKLAND & ELLIS, LLP
    655 Fifteenth Street, N.W.
9   Washington, D.C. 20005
10       APPEARING FOR BP, INC.
11  Ms. Nancy Flickinger
    Ms. Anna Cross
12  U.S. DEPARTMENT OF JUSTICE
    601 D Street, N.W.
13  Washington, D.C. 20004
14       APPEARING FOR THE UNITED
         STATES
15
    Mr. Patrick Cafferty
16  MUNGER, TOLLES, OLSON, LLP
    560 Mission Street, 27th Floor
17  San Francisco, California 94105
18       APPEARING FOR TRANSOCEAN
19  Mr. Floyd Hartley
    Ms. Melissa Lopez
20  GODWIN LEWIS
    1201 Elm Street, Suite 1700
21  Dallas, Texas 75270
22       APPEARING FOR HALLIBURTON
23
24
25

**3**

1   APPEARANCES:  (Continued)
2   Mr. Warren Fitch
    BINGHAM McCUTCHEN
3   2020 K Street, NW
    Washington, D.C. 20006
4
        APPEARING FOR ANADARKO
5
    ALSO PRESENT:
6
    James Deel, videographer
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22  REPORTED BY:
23
    THU BUI, CCR, RPR
24  Certified Court Reporter
    State of Louisiana
25  State of Texas

**4**

1          I N D E X
2                      PAGE
3   Appearances....................   2
4   Stipulations...................   6
5   SIMON LO
6   Examination by Ms. Flickinger    7
7   WITNESS' CERTIFICATE............  246
8   REPORTER'S CERTIFICATE.........  248
9
10          EXHIBITS
11  NO.      DESCRIPTION       PAGE
12  12008    Lo Outputs in KG/S    62
13  12009    Lo Equation to convert kg/s
             to stbopd              99
14
    12010    Corrected Lo Output in KG/S   173
15
16          REFERENCED EXHIBIT
17  NO.      DESCRIPTION
18  11708    Expert Report of Dr. Simon Lo
             CFD Analysis of the Flow
             Through the Capping Stack,
19           dated May 1, 2013
20  9012     Composition and fate of gas
             and oil released to the water
21           column during the Deepwater
             Horizon oil spill
22
    11710    Studies of Two-Phase Flow
23           Patterns by Simultaneous X-ray
             and Flash Photography
24
    Tab 21   Flow Curve for CC40 -
25           Exp vs Star-CCM+

1 (Pages 1 to 4)

25

1  privatized and become AEA Technology.  And
2  in -- in AEA technology -- and I'm working in
3  one department, thermo-hydraulics department,
4  where we were working with computer software.
5  And then we commercialized the software and
6  formed the company CFX.  And that's the
7  CFX -- CFX International development.
8        So my -- my career in CFX is
9  actually within the AEA Technology company.
10     **Q.   Okay.  And AEA Technology was**
11  **involved more on the nuclear --**
12     A.    The --
13     **Q.   -- areas?**
14     A.    The background -- it came from
15  UK Atomic Energy Authority, so it's
16  nuclear-related.  But when we were privatized
17  and that's no more nuclear funding, so then
18  we diversify into many other area, and that's
19  really when we start really focus in
20  chemical process oil and gas area.  And
21  that -- that's my experience of that work.
22     **Q.   Okay.  In your -- in your**
23  **experience, do you find that some of the**
24  **principles that are developed in another**
25  **industry such as nuclear can be pertinent to**

26

1  **oil and gas projects?**
2        MR. NAKAYAMA:  Objection, form.
3     A.    Yes.  The -- we are solving free
4  mechanics.  They all involve free mechanics.
5  And, of course, free mechanics is all
6  governed by the same law of physics, solving
7  the same law of physics, same set of
8  equations.  And there are many similarities,
9  obviously, in terms of theory, in terms of
10  the modeling approach that we use.
11        But, of course, there are
12  differences in the different industry.  The
13  frics are different.  The properties are
14  different.  And so I'm familiar with the one
15  that I have worked -- worked with.
16     **Q.   All right.  In -- in the work**
17  **that you've done in your professional career,**
18  **have you worked with homogeneous models for**
19  **computational fluid dynamics?**
20        MR. NAKAYAMA:  Objection, form.
21     A.    Yes.  In fact, I was the one
22  that put the homogeneous model into CFX way
23  back in 1980-something.
24     **Q.   Okay.  And can you identify some**
25  **projects where you've actually used the code**

27

1  **for the homogeneous model?**
2     A.    That would be from memory.
3  Well, even now -- okay.  Back -- way back
4  when I developed the homogeneous model and I
5  demonstrated that it can be applied to a
6  number of flow, particularly modeling of free
7  surface flow.  And I have written a number of
8  report, AEIE report on -- along those lines.
9        And it depends on the
10  applications that we have.  We would --
11  sometimes we would choose to use the
12  homogeneous models if it is appropriate.  And
13  quite often, I would prefer to use the
14  multiphase flow models because it's more
15  flexible and cover more physics.
16     **Q.   Are there any recent projects**
17  **where you have used a homogeneous model?**
18     A.    Yes.  I have a number of
19  projects in the boiling reactors where -- for
20  the boiling flow.  In those cases, we have
21  used the homogeneous model.
22     **Q.   Okay.  You're referring to the**
23  **homogeneous model and the multiphase model,**
24  **but isn't the homogeneous model also a**
25  **multiphase model?**

28

1        MR. NAKAYAMA:  Objection, form.
2     A.    The homogeneous model is a
3  simplifications of the multiphase flow model.
4  So by doing -- by the simplifications, then
5  we make quite a few assumptions so that we
6  can simplify the equations.  And in doing so,
7  then we would be ignoring some of the
8  physics.
9        So it -- depending on the
10  situations and then whether those assumptions
11  can be justified or not justified.
12     **Q.   Okay.  I understand.**
13        **Do you understand the term slip?**
14     A.    Yes, I do.
15     **Q.   Okay.  Would it be all right**
16  **with you if I called the Eulerian–Eulerian**
17  **model the slip model or the Eulerian–Eulerian**
18  **model instead of the multiphase?**
19        MR. NAKAYAMA:  Objection, form.
20     A.    If you prefer.
21     **Q.   Okay.  In what areas do you**
22  **consider yourself an expert for purposes of**
23  **your expert work in this case?**
24     A.    My work -- you know, for the
25  past 30 years, in fact, since my Ph.D., has

7 (Pages 25 to 28)

29

1    been same area, CFD modeling of multiphase
2    flow.  And so -- so I have years of
3    experience in this area.
4          Q.    Okay.  You're not holding
5    yourself as an expert in this matter on the
6    cumulative flow calculations from Macondo?
7          A.    I have not looked into that, so
8    I'm not, no.
9          Q.    Okay.  Or reservoir parameters?
10         A.    Not reservoir parameters, no.
11         Q.    Flowing wellhead temperature?
12         MR. NAKAYAMA:  Objection, form.
13         A.    No.
14         Q.    Okay.  Does your report contain
15   all the opinions that you intend to express
16   at trial?
17         A.    Yes, it does.
18         Q.    Do you have any corrections or
19   revisions or -- that you would like to make
20   to your report?
21         A.    Well, since issue of the report,
22   I have looked at the -- the effect of the
23   taper at the end of the kill line.
24         Q.    Okay.  So this is the additional
25   modeling run that was produced by BP to us in

30

1    the last few weeks, correct?
2          A.    That is correct.
3          Q.    And that was after the deadline
4    for your expert report?
5          A.    That is correct.
6          Q.    All right.  And it was not
7    included in your expert report?
8          A.    No.
9          Q.    All right.  And what did you --
10   why did you do that additional run?
11         A.    Dr. Bushnell pointed out that
12   the taper should be included and, hence, I
13   look at the effect of the taper and to
14   address the point.
15         Q.    All right.  And what did you
16   find from your modeling run?
17         A.    What we did was we add the taper
18   to our model.  We ran the calculations and
19   compared the flow rate with the taper for the
20   kill line.  It increased the flow rate by
21   naught .5 percent.
22         Q.    By naught .5?
23         A.    0.5 percent.
24         Q.    0.5 percent.  Okay.
25               All right.  And would that then

31

1    be added -- that amount of flow, would that
2    then be added to each of the models that you
3    ran with your sea plenum?
4          MR. NAKAYAMA:  Objection, form.
5          A.    Not necessarily.  It will,
6    depending on the flow conditions because if
7    the flow are different, then the flow
8    distribution will be different.  So we'll
9    have to quantify each case by case.
10         Q.    Okay.  What -- what is your
11   primary opinion in this matter?
12         A.    My opinions are document in the
13   report.
14         Q.    All right.  And, basically,
15   you're calculating the flow from the
16   kill line?
17         A.    My opinion is based on
18   addressing -- examining Dr. Bushnell's model,
19   identify the deficiency that may need to --
20   to quantify the effect of those deficiency
21   have on the flow rate that the --
22   Dr. Bushnell's model calculate.
23         Q.    Okay.  So when were you retained
24   by BP?
25         A.    It's November 2011.

32

1          Q.    And was your assignment at that
2    time to identify deficiencies in
3    Dr. Bushnell's report?
4          MR. NAKAYAMA:  Objection.  I instruct
5    the witness not to answer to the extent the
6    answer would reveal privileged communication
7    with counsel or reveal privileged material
8    which is unrelated to the -- Dr. Lo's report.
9          A.    At the time, I don't think it
10   was specific.  So we've done a number of
11   things, but it's not specific to this case.
12         Q.    Okay.  Do you understand your
13   assignment, once you saw Dr. Bushnell's
14   report, to -- your assignment was to identify
15   deficiencies in his report?
16         MR. NAKAYAMA:  Objection, form.
17         A.    I was asked to examine
18   Dr. Bushnell's model and -- and identify any
19   deficiency in that models and how I would
20   address those deficiency.
21         Q.    Okay.  Were you given any
22   instructions to identify deficiencies that
23   would decrease the flow rate?
24         A.    No.
25         Q.    In preparing your report, did

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

113

1  equipment.
2      Q.   Okay.  Okay.  Why don't we talk
3  about flow regime at this point.
4      A.   Okay.
5      Q.   Okay.  So in a homogeneous
6  model, you don't have to select a flow
7  regime; is that correct?
8      MR. NAKAYAMA: Objection, form.
9      A.   In homogeneous models, that's --
10 yes.
11     Q.   Okay.  In the Eulerian-Eulerian
12 slip model, you do need to select a flow
13 regime?
14     A.   Yes.
15     Q.   All right.  And you selected a
16 flow regime -- well, first of all, there's no
17 experimental data or observation of the
18 actual flow regime -- regime inside the
19 capping stack at Macondo, was there?
20     MR. NAKAYAMA: Objection, form.
21     A.   I don't know what's been -- any
22 experiment that's been done.  But, no, I
23 don't know any work on flow regimes in the --
24 in the --
25     Q.   In the capping stack?

114

1      A.   -- capping stack.
2      Q.   And there's not really data on
3  the kind of flow that was coming up from the
4  BOP into the capping stack, either, correct?
5      MR. NAKAYAMA: Objection, form.
6      A.   I've not looked into that, so...
7      Q.   So as far you know, sitting here
8  today?
9      MR. NAKAYAMA: Objection, form.
10     A.   Can you repeat that question
11 again?  I've lost it now because there was
12 two questions before that.
13     Q.   There's also no observation or
14 experimental data of what kind of flow was
15 coming up from the BOP into the capping
16 stack, correct?
17     A.   I don't --
18     MR. NAKAYAMA: Objection, form.
19     A.   -- have any of those
20 informations.
21     Q.   Okay.  And so one source of
22 information is the flow regime map and
23 research that's performed by different
24 scientists, correct?
25     MR. NAKAYAMA: Objection, form.

115

1      A.   Can you repeat that again?
2      Q.   So in -- in that kind of
3  instance where there's no direct observation,
4  people in your field turn to flow regime maps
5  that have been prepared by other scientists,
6  correct?
7      A.   There are different -- depending
8  on the applications and the questions, what
9  you want to do.  From a CFD point of view,
10 this is my -- my area.  There are a number of
11 other techniques and -- and knowledge that
12 I'm relying on -- that I can rely on.
13     Q.   That you can rely on?
14     A.   To form the opinion on the flow
15 regimes.
16     Q.   Okay.  And what are those
17 techniques?
18     A.   One is based on the law of
19 physics and what the law of physics say that
20 the flow regime would most likely to be, and
21 also from my experience working with this
22 kind of flow over the last 30 years or so.
23          And, also, I -- I -- I did use a
24 flow regime map to confirm.  So I formed an
25 opinion of flow regimes in this case based on

116

1  a number of factors.
2      Q.   Okay.  So let's talk about the
3  flow regime maps.
4          Is this a tool that you normally
5  would use?
6      MR. NAKAYAMA: Objection, form.
7      A.   We do use flow regime maps.
8  There are lots of different flow regime maps
9  and --
10     Q.   Yes.
11     A.   -- different applications of it.
12 And particularly in CFD, we use flow regime
13 map in -- in context of CFD, which is
14 normally different to the traditional use of
15 flow regime maps in an experimental sense.
16     Q.   So are you saying the use of a
17 flow regime map in CFD is different than the
18 traditional use of a flow regime map in an
19 experimental sense?
20     MR. NAKAYAMA: Objection, form.
21     Q.   Is that --
22     A.   Well, flow regime maps was
23 derived by experimentalists doing experiments
24 and classified the observations of flow
25 patterns for any combination of two-phase

29 (Pages 113 to 116)

117

1    flow.  And that is experimental observations
2    that carried out normally at a distance of
3    the whole equipment.  And I will call it --
4    it give you the flow pattern -- a microscopic
5    view of the flow pattern of that equipment.
6          Now, whereas in CFD, we are
7    dealing with calculations, cells, which is
8    quite small, not the whole equipment
9    altogether, but we're dealing with a
10   calculation at a very localized level.
11         And so then we do need a flow
12   regime informations, but we need it at a
13   local cell -- calculation cell level.  Then
14   we need additional informations compared to
15   just the traditional flow regime map.
16         So that's in -- in the context
17   of CFD and flow regime map is not exactly the
18   same as the -- the one that you find in
19   the -- typically what experimentalists would
20   generate.
21      Q.    So let me see if I understand
22   this.
23         Like, for example, you cite in
24   your report a flow regime map by Hewitt,
25   correct?

118

1      A.    Yes.
2      Q.    And that was from an experiment
3    with very -- with conditions that are not the
4    same as Macondo.  And --
5          MR. NAKAYAMA:  Objection, form.
6      Q.    -- and -- and from that, you
7    conclude -- and -- and on that map, it says,
8    for example, of the 18 and 70 -- 18.75-inch
9    bore, the flow is annular, correct?
10         MR. NAKAYAMA:  Objection, form.
11     Q.    And are -- are you saying
12   that -- that you would need to determine the
13   flow regime for each of the discrete cells in
14   the mesh of your CFD model?
15         MR. NAKAYAMA:  Objection, form.
16     A.    You see, we -- we would look at
17   the different tools for the information that
18   we -- that -- that the tools provide.  So the
19   flow regime map -- in this particular case, I
20   used Hewitt and Roberts' map as one
21   indications to confirm my conclusions of the
22   other methods that I used to determine the
23   flow regime maps.
24         So the Hewitt and Roberts map
25   give me the -- confirmed the flow regime

119

1    in -- in that microscopic view, but also in
2    the local -- I mean, to see the calculation
3    locally.  We also then would determine the
4    flow regimes in -- using the more local
5    definitions.
6      Q.    And when you say the -- the more
7    local definition, how local are you --
8      A.    Typically, we would --
9          MR. NAKAYAMA:  Objection, form.
10     A.    We would look at -- sorry.  For
11   each calculation cell?
12     Q.    For each computation cell.
13         MR. NAKAYAMA:  Objection, form.
14     A.    For each calculation cell, which
15   we do calculations, and then say, okay, this
16   is a droplet of flow or bubbly flow and the
17   locations.
18     Q.    Okay.  Well, you cited a
19   1969 article by Hewitt and Roberts as one
20   of -- the support for your conclusion that it
21   was annular flow, correct?
22     A.    1969?
23     Q.    Yeah.
24     A.    Can I go to that --
25     Q.    You may.

120

1      A.    -- reference?  Can you point me
2    to that reference, please?
3      Q.    In your --
4          MR. NAKAYAMA:  Objection, form.
5      Q.    On page 12 of your report.  And
6    on page 13, you have the map itself.
7      A.    Sorry.  So you say 13.
8      Q.    So do you see that there?
9      A.    The -- the flow regime map, yes.
10     Q.    Right.
11         So you agree that Hewitt is one
12   of the authorities that you rely on in your
13   discussion of your -- in your report of flow
14   regime, correct?
15         MR. NAKAYAMA:  Objection, form.
16     A.    I used Dr. -- the Hewitt and
17   Roberts map in forming the -- my opinions
18   here about the flow regimes.
19     Q.    Okay.  And do you know the
20   conditions of -- that -- so he derived this
21   map by doing experiments, correct?
22         MR. NAKAYAMA:  Objection, form.
23     A.    Yes.
24     Q.    And then doing visual
25   observations of the kind of flow under

30 (Pages 117 to 120)

169

1    Q.    Okay.  And further down you say
2  at the bottom of page 29, for small droplet
3  diameters, the drag force becomes larger and
4  the relative velocity between oil and gas
5  becomes smaller.  The resulting flow rate
6  approaches the homogeneous model.
7          Did I read that correctly?
8      MR. NAKAYAMA:  Objection, form.
9      A.    Yes.
10     Q.    So, in other words, if -- if the
11 particles were smaller, on the smaller end,
12 like 20 microns, then the use of the
13 homogeneous model would be appropriate, in
14 your opinion, correct?
15     A.    Well, of course, in -- in
16 reality, in physics, obviously, they can't be
17 all very small, and there's always a spectrum
18 of size, as I described before.  There's
19 always big ones, small ones.  And, hence,
20 there would be a range.  And we need to
21 represent that range and not just only focus
22 on the very small one or the very large --
23 large one.
24     Q.    Okay.  But in your sensitivity,
25 when you ran your model, right, assuming --

170

1  I'm giving you a hypothetical -- assuming
2  that your mean representative particle is
3  20 microns, then under that circumstance, the
4  use of a homogeneous model might be
5  appropriate, correct?
6      MR. NAKAYAMA:  Objection, form.
7      A.    Not necessarily.  We also have
8  to look at the -- the physics, the background
9  that results we choose, whether we see the --
10 the -- the flow physics that we expect --
11 that we can expect.  Because once you change
12 the condition, it can change.  So we -- we
13 need to look at it in detail.
14     Q.    Yes.  But you wrote in your
15 report, the resulting flow rate approaches
16 the homogeneous mixture model.  You wrote
17 that in your report, correct?
18     A.    That's if you're looking at the
19 flow number, purely on the flow number.
20     Q.    Yes.  Well, that's -- the flow
21 number here is probably why we're here today,
22 correct?
23     MR. NAKAYAMA:  Objection, form.
24     A.    For -- if we want to determine
25 accuracy -- accurate uncertain, we need to

171

1  look at the -- the results.  And -- and we
2  found that if we use the homogeneous model,
3  you don't see the correct physics.
4          So I wouldn't agree that -- that
5  you can -- when you -- when the droplet size
6  is small, then it's not necessarily
7  equivalent.  That we need to look at the --
8  the detail of the -- the -- the results where
9  they have the correct physics in it and then
10 we can judge --
11     Q.    Okay.
12     A.    -- the differences.
13     Q.    So with all due respect, you
14 wrote in your report -- and I'll read it
15 again -- the resulting flow rate -- if -- for
16 small droplet diameters, the drag force
17 becomes larger and relative velocity between
18 the oil and gas become smaller.  The
19 resulting flow rate approaches the homogenous
20 mixture model.  That's what you wrote in your
21 report, correct?
22     MR. NAKAYAMA:  Objection, form.
23     Q.    Yes or no?
24     MR. NAKAYAMA:  Objection, form.
25     Q.    It's a yes or no answer.  You

172

1  wrote that in your report, correct?
2      A.    I'm trying to answer.  Just give
3  me minute.
4          So in terms of the --
5      Q.    I -- with all due respect -- I
6  haven't been cutting you off -- but this is a
7  yes or no answer.  Did you write this in your
8  report?
9      A.    I've written that sentence in my
10 report.
11     Q.    And you wrote -- and you
12 testified earlier that you wrote this report
13 yourself, correct?
14     A.    Yes, I did.
15     Q.    Okay.  And you testified earlier
16 you didn't have any changes or revisions to
17 your report, correct?
18     A.    Correct.
19     Q.    Okay.
20     MS. FLICKINGER:  This actually might be
21 a good time to break.
22     THE WITNESS:  Okay.
23     VIDEOGRAPHER:  The time is 12:21 p.m.
24 and we're off the record.
25          (Lunch recess.)

43 (Pages 169 to 172)

173

1      VIDEOGRAPHER:  Time is 1:35 p.m., and
2  we are back on the record.
3      **Q.    Good afternoon, Dr. Lo.  Before**
4  **we resume after the lunch break, I wanted to**
5  **provide a clean copy of the chart that we**
6  **looked at that was in tab 9 that was marked**
7  **as exhibit 12008.  And I'm going to mark this**
8  **as another exhibit, and it's a version with**
9  **the corrections.**
10     MS. FLICKINGER:  I'll pass it to
11  counsel.
12     (Exhibit Number 12010 marked.)
13     MS. FLICKINGER:  And so that now will
14  be marked as 12010.
15     MR. NAKAYAMA:  So, Counsel, this is a
16  corrected version of the prior exhibit?
17     MS. FLICKINGER:  Yes.  And so let me
18  try to summarize the changes.  At the very
19  final column where it says different from
20  case number 1, percent, where they're
21  comparing Dr. Lo's various modeling runs to
22  Dr. Bushnell's, we had a value of 1.6.  It's
23  now 1.7.
24     In case number 5, we have a
25  value now a percent different from Bushnell

174

1  of 0.3.  And below that, the new value is
2  0.1.  So that would be for case number 6.
3      And then on the very bottom
4  line, the case number 9, which is the new --
5  the recent modeling run with the taper, the
6  effect is now 0.5.  So that's the second
7  column in from the right.  And the percent
8  difference is now 5 percent difference
9  instead of 5.5 difference.
10     **Q.    Does that all comport with your**
11  **recollection of the changes we discussed**
12  **earlier?**
13     MR. NAKAYAMA:  The far right column a
14  cumulative number?
15     MS. FLICKINGER:  It's for each case.
16  It's comparing each case to Dr. Bushnell's.
17  The -- the number 8 and the number 9 will be
18  cumulative.
19     MR. NAKAYAMA:  Okay.  Thank you.
20     **Q.    A few follow-up questions**
21  **starting with flow regime.  We talked about**
22  **flow regime maps to some extent.**
23     **Did -- and we discussed the**
24  **Baker correction factors.**
25     **`Have you ever in your work used**

175

1  **correction factors on a flow regime map?**
2     MR. NAKAYAMA:  Objection, form.
3     A.    In CFD, as I said, the flow
4  regime that was used was different because
5  it's specific to the work that we use.  And
6  those, we don't need to use the correction
7  factors.
8     **Q.    Okay.  I think you testified**
9  **earlier that you need to do flow regimes**
10  **for -- for the local regimes, right, in the**
11  **CFD model?**
12     MR. NAKAYAMA:  Objection, form.
13     A.    In CFD, as I said, we need local
14  informations and we base a determinations of
15  flow regimes on flow -- local flow
16  informations.
17     **Q.    Local flow.**
18     **And did you calculate that in**
19  **this case?**
20     MR. NAKAYAMA:  Objection, form.
21     A.    We don't have to calculate it.
22  Well, we -- in fact, it's calculated as part
23  of the model that when we solve the equations
24  that we have, then we obtain the local volume
25  fractions, and that's how I base my local

176

1  flow regime.  That determinations is on the
2  part of the calculations.
3     **Q.    Okay.  So do you input into your**
4  **model one kind of flow regime?  How does it**
5  **work?**
6     MR. NAKAYAMA:  Objection, form.
7     A.    Well, the -- the methods I use
8  as described in my paper, that is based on
9  whether the flow is gas-dominant system or a
10  liquid-dominant system.  And we can determine
11  that from the calculated volume fractions of
12  the gas and liquid phase.  And then from
13  there, then, we can determine whether in --
14  in a gas-dominant system then we'll have
15  droplet flow.  In a liquid-dominant system,
16  we have bubbly flow.
17     **Q.    So, basically, you -- you can**
18  **choose between two methodologies?  One is**
19  **droplet flow and one is bubbly flow, correct?**
20     MR. NAKAYAMA:  Objection, form.
21     A.    We choose that based on the
22  calculated volume fractions, and those are
23  the two basic methodology.
24     **Q.    Okay.  I think you said earlier**
25  **flow regime maps were just one tool that you**

44 (Pages 173 to 176)

177

1  used, and in your report, you say you look at
2  whether it's a high percent of gas or a low
3  percent of gas, correct?
4      MR. NAKAYAMA: Objection, form.
5      A.   Correct.
6      Q.   Okay. And -- and you were kind
7  of indicating that in the CFD community,
8  it's -- it's acknowledged.
9          What's the basis for that
10 statement?
11     MR. NAKAYAMA: Objection, form.
12     A.   Well, I determined the -- the
13 flow regime in this particular case first
14 according to the physics, law of physics that
15 I know about for -- for this -- in here and
16 that is, first, I read from the PVT data that
17 we obtained and the capping stack pressures
18 and the -- from the PVT data, it's very clear
19 at the inlet of capping stack, it is
20 65 percent gas, increasing to 69 percent gas
21 at the exit of the kill line.
22         Now, so it is -- first, that is
23 a gas-dominant system. You have more gas
24 compared to liquid, so that's a gas-dominant
25 system. But also from the physics point of

178

1  view, for -- if these gas form bubbles, okay,
2  and in physics, that bubble -- spherical
3  particles of these bubbles -- that's
4  considered spherical particles. And then the
5  maximum volume that you can squeeze
6  particles, spherical particles in -- in any
7  volume is 62 percent. Okay? That's called
8  the maximum packing limit. It's a -- it's a
9  well-known law of physics. That's -- that's
10 the maximum you can pack any sphere into any
11 volume, 62.3 percent. Let's call it
12 62 percent.
13         So that's the maximum packing
14 limit. So even just looking at the PVT data,
15 we have higher than this maximum packing
16 limit already. But, of course, bubbles, you
17 can squeeze them. And if you have put in a
18 lot of chemicals to -- to stop coalescence
19 between the bubbles, then they can exist in
20 bubbles form and squeeze in tightly.
21         And then the maximum, maximum
22 packing that -- limit that people have found
23 in bubbly flow is a -- around below
24 70 percent. So -- but that really is
25 fully -- the whole system is fully packed

179

1  with bubbles.
2          So -- so that's what the point
3  about is, really reaching the maximum
4  packing. And in real life, in physics,
5  that -- if the bubbles closely pack, then
6  coalescence will come in. And it's a very
7  well-known fact that for bubbly flow below
8  10 percent volume fractions, you can maintain
9  reasonable bubbles -- bubbly flow is called a
10 stable bubbly flow regimes. And above
11 10 percent, coalescence really kicks in and
12 coalescence become important.
13         So the bubbles will coalescence
14 together, form larger bubbles, and we getting
15 this -- what is called spherical cap bubbles,
16 large bubbles. And then we moving into slug
17 flow regimes.
18         So it's well-known about --
19 there are experiment done in -- and confirmed
20 that about 25 percent gas flow infractions,
21 then the flow would transition to this slug
22 flow regime, which is because of a
23 coalescence of bubbles form big bubbles.
24         Beyond that, then, then the
25 bubbles become unstable and they then merged

180

1  together further, and then you transition to
2  this trend turbulent flow and then into
3  annular flow and -- and then further
4  get increasing gas concentration. Then you
5  really getting into the -- the droplet flow
6  regimes.
7          So there are a number of factors
8  that are based on -- to select or discount,
9  in fact, bubbly flow because it -- physics
10 say that is, really, you are gone over the
11 maximum packing limit is very unlikely you
12 still can maintain this tiny bubbles together
13 and flowing them.
14         And -- and, of course,
15 coalescence would -- is affected that -- that
16 you -- coalescence is bubbles to form a large
17 gas system. And based -- just based on that
18 consideration purely from the -- just even
19 from the PVT data in terms of well
20 infractions that clearly this system is
21 gas-dominated system where we have droplet
22 flow.
23         And so that's one consideration
24 that I -- I -- I have for this case. And, of
25 course, it's backed up by the -- the flow

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

181

1  regime map, by Hewitt and Roberts map.  So
2  that -- I used the Hewitt and Roberts map as
3  confirmations of those, really.  I started
4  off from the principles of physics about the
5  concentration of bubbles, about the maximum
6  packing, the likelihood of the bubbly flow
7  can exist in the high concentrations.  And
8  the physics about coalescence, that needs to
9  be considered.
10       And so -- and from my own
11 experience working in -- in bubbly flow over
12 my 30 years' experience -- working
13 experience.  So it's -- it's very unlikely
14 that you find bubbly flow in that
15 condition --
16     Q.    Okay.
17     A.    -- and droplet flow is more
18 likely to be the case.
19     Q.    Thank you for that explanation.
20        Does the name Hanratty sound
21 familiar to you?
22     A.    I have heard of his name.
23     Q.    Okay.
24     A.    I -- I know he's a professor
25 at -- I believe it's at Princeton.

182

1     Q.    All right.  And what's his field
2  of expertise?
3     A.    Well, I -- I didn't really
4  follow his work closely, so I don't know
5  everything that he did.  I know he's involved
6  in multiphase flow and I know he did work in
7  various -- oh, well, a lot of different work,
8  and so that -- that's -- that's all I --
9     Q.    Are -- are you aware that he's
10 done any work on this case?
11     A.    No, no idea.
12     Q.    Have you had any conversations
13 with him in connection with this case?
14     A.    No.
15     Q.    Okay.  Okay.  Again, so going
16 back to particle breakup, did you do any
17 modeling of the particle breakup in this --
18 in this system?
19        MR. NAKAYAMA:  Objection, form.
20     A.    Modeling in -- that's then, what
21 I've described earlier, that the breakup is
22 in form of turbulence.  So the modeling of
23 the breakup is what I did in deriving the
24 droplet diameters using -- so, first,
25 determine that this is turbulence regimes and

183

1  use the appropriate equations appropriate for
2  the turbulence breakup.  And then -- so the
3  modeling work is working through that unless
4  analysis in deriving the diameter to be the
5  hundred micron in -- in the 4-1/16th-inch
6  line.
7     Q.    Okay.  And can you explain again
8  why you selected the hundred micron from the
9  4-1/16th-inch bore instead of using the
10 61-inch micron from the longer 3-1/16th-inch
11 bore?
12        MR. NAKAYAMA:  Objection, form.
13     A.    As I said, there is -- in the
14 flow, that's a range of particle -- bubble --
15 droplet size distributions.  There are a
16 small and large droplet size.  So the way we
17 do calculations is to represent that whole
18 size distributions with a mean diameter.
19 Okay?
20        The -- I did calculations on --
21 for the 4-1/16th-inch and the 3-1/16th-inch
22 and -- and I do see the -- a defect I expect.
23 And what I want is the average -- every
24 representative diameter to represent both the
25 large and the small.  And the -- in terms of

184

1  flow physics that I examined, then the
2  4-1/16th-inch is a -- a good representative
3  of the average flow conditions through the
4  system, and that's how I base my droplet size
5  calculations on it.
6     Q.    So my understanding of this is
7  that you, based on your understanding of
8  physics and flow, concluded that there were
9  larger particles in the 18th and 17 --
10 18.75-inch bore, correct?  You did a
11 calculation -- correct?
12        MR. NAKAYAMA:  Objection, form.
13     A.    There could be anywhere -- there
14 could be a -- there's a spectrum of bubble
15 size.  There's always large and small bubbles
16 at any point.
17     Q.    Okay.  But what you calculated
18 for the 4-1/16th-inch bore was the D crit,
19 correct, the D critical?
20     A.    It's the stable diameter to
21 represent -- that you find for the
22 conditions.
23     Q.    Right, and I believe earlier you
24 said it was the maximum stable droplet
25 diameter, correct?

46 (Pages 181 to 184)

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

189

1  calculations that you performed in connection
2  with that, correct?
3      MR. NAKAYAMA: Objection, form.
4      Q.   Yes or no?
5      A.   We did then check the effects of
6  the drop -- droplet diameter in the
7  sensitivity analysis.
8      Q.   Right. Okay. And -- okay.
9  Thank you.
10          In -- in part of your report,
11  you calculate the film and the annular flow,
12  correct?
13      MR. NAKAYAMA: Objection, form.
14      A.   Yes.
15      Q.   Okay. And as you do that, you
16  use the 3-1/16th bore to calculate the mass
17  in that film?
18      MR. NAKAYAMA: Objection, form.
19      A.   Yes.
20      Q.   Okay. Why -- why in that
21  instance did you use a 3-1/16th-inch bore to
22  calculate the mass in -- when you were
23  calculating the film in the annular --
24  annular flow?
25      MR. NAKAYAMA: Objection, form.

190

1      A.   That's because the methods that
2  I used to calculate the annular film were
3  obtained -- were -- was obtained from
4  vertical pipe system. So it is appropriate
5  to use the vertical pipe for that
6  calculations.
7      Q.   Okay. And just one more thing
8  to follow up.
9          Are you intending to offer an --
10  in -- in like an expert opinion on the flow
11  rate from the capping stack in this case?
12      MR. NAKAYAMA: Objection, form.
13      A.   My opinion is on Dr. Bushnell's
14  models, the deficiency of that model and what
15  the effect of those deficiency have on the
16  calculated flow rate.
17      Q.   Okay. So you're not offering --
18  am I correct that you're not offering your
19  own expert opinion on the flow rate from the
20  capping stack?
21      MR. NAKAYAMA: Objection, form.
22      A.   My opinion is based on the --
23  the -- the effect of those deficiency on the
24  calculated flow rate from Dr. Bushnell's
25  model.

191

1      Q.   Thank you.
2          Another factor that -- when you
3  did your Eulerian-Eulerian model that you
4  felt was significant to -- and included in
5  your report was the effect of gas evolution?
6      MR. NAKAYAMA: Objection, form.
7      Q.   Is that correct?
8      A.   It's part of the physics.
9  Clearly, the -- the -- the fluid goes through
10  the system, and from the PVT data, it's very
11  clear that the gas starts at 65 percent. As
12  it exits the -- in the kill line, you have
13  69 percent gas. So gas is coming off
14  solution. That's just physics.
15          So the model to be -- for the
16  model to be correct, that physics must be
17  included, otherwise the physics is not
18  complete and then the model is not correct.
19      Q.   I understand.
20      A.   So that's why it's so important
21  to include that effect.
22      Q.   Okay. Dr. Bushnell's
23  homogeneous model did include gas evolution,
24  didn't it?
25      MR. NAKAYAMA: Objection, form.

192

1      A.   The homogeneous model include
2  the gas evolution effects by the way it
3  calculated density.
4      Q.   So that's a yes, correct?
5      MR. NAKAYAMA: Objection, form.
6      Q.   It -- it -- it reflects or takes
7  into account gas evolution, correct?
8      MR. NAKAYAMA: Objection, form.
9      A.   The homogeneous model, as I
10  understand how he calculated it, yes, it
11  included the gas evolution effects.
12      Q.   Okay. For your Star-CCM model,
13  your Eulerian-Eulerian model, you had to
14  perform a separate calculation to factor in
15  the gas evolution; isn't that right?
16      MR. NAKAYAMA: Objection, form.
17      A.   That's not correct.
18      Q.   Okay. All right. It -- does it
19  do it automatically?
20      MR. NAKAYAMA: Objection, form.
21      A.   No. What -- what I -- what I --
22  what I need to do is to calculate -- we -- we
23  calculate -- what I need to do is
24  calculate inter -- what we call interface
25  mass transfer. It's the gas is being

48 (Pages 189 to 192)

233

1  very different.  If the valve was being
2  closed, this could be a real phenomena.  It
3  could be due to input data.  And so it's
4  difficult to tell.
5      Q.    Did you calculate the
6  uncertainty of your overall modeling results?
7      MR. NAKAYAMA:  Objection, form.
8      A.    I present my uncertainty
9  calculations in section 6 of my report.
10     Q.    So what do you -- when -- you're
11 familiar that sometimes, that models would
12 give an uncertainty range?
13     MR. NAKAYAMA:  Objection, form.
14     Q.    Of -- of flow estimate or
15 whatever work that they're doing with their
16 CFD model, correct?
17     MR. NAKAYAMA:  Objection, form.
18     A.    It depends on the case and what
19 they're looking at.
20     Q.    Okay.  Have you -- in some of
21 the projects you've worked on for your
22 clients, have you given them a range of
23 uncertainty for your work?
24     A.    As I said, a lot depends on the
25 case, and then we would quantify uncertainty

234

1  to the parameters that are of interest.
2      Q.    All right.  And have you done
3  that in some of your -- the work that you've
4  done for your clients?
5      MR. NAKAYAMA:  Objection, form.
6      A.    Yes.
7      Q.    Okay.
8      A.    Yes.
9      Q.    And how -- how do you go about
10 calculating your uncertainties?
11     MR. NAKAYAMA:  Objection, form.
12     A.    The uncertainty would be, first,
13 we analyze the -- the input that we have into
14 the model and what that impact -- what that
15 input could have impact or affect the -- the
16 results.  So then what we normally do is we
17 vary that input parameters over a range to
18 study their effects, and that's the
19 uncertainty analysis.
20     Q.    Okay.  Is -- is an
21 uncertainty -- an overall uncertainty
22 estimate different than a sensitivity
23 analysis of a specific parameter --
24     MR. NAKAYAMA:  Objection, form.
25     Q.    -- in your view?

235

1      MR. NAKAYAMA:  Objection, form.
2      A.    The way I address uncertainty in
3  here is related to the work that I performed
4  in this work.  So my -- my work, my objective
5  is to analyze the flow physics in -- in -- in
6  this system, and particularly how
7  Dr. Bushnell address it.
8          So I looked at that work in
9  terms of physics, in terms of the multiphase
10 flow physics and what the uncertainty related
11 to -- to that, not the -- the flow physics,
12 and, of course, the input data that I use in
13 the models.
14         So I looked at the uncertainty
15 due to that, the input data as -- mainly
16 that's the PVT -- the PVT data.  And because
17 we are using a CFD models, standard practice,
18 we address the uncertainty relating to the
19 numerics that we use.  And that's the three
20 uncertainties that I described in my report,
21 and it is addressing the -- the area that
22 I -- I analyzed and I think is a very clear
23 descriptions of the uncertainty of the --
24 uncertainty analysis that are required for
25 this work.

236

1      Q.    Okay.  So for the mass flow rate
2  calculation outputs that you have in your
3  report, you're building on Dr. Bushnell's CFD
4  computer model, correct?
5      MR. NAKAYAMA:  Objection, form.
6      A.    I'm starting from his baseline
7  model and I correct the deficiency
8  identified, and -- and did the calculation
9  using my -- my own CFD code.
10     Q.    Okay.  So do you have an overall
11 uncertainty estimate for your computer model
12 that you prepared for your expert report?
13     MR. NAKAYAMA:  Objection, form.
14     A.    As I said, that's not the -- my
15 purpose.  My purpose is looking at the -- the
16 flow physics and -- and address it from
17 the -- how I derive the model from the flow
18 physics point of view, how I correct
19 Dr. Bushnell's model in the flow physics
20 points of view, and what the uncertainty
21 related to that activity, that flow physics.
22 And that's the -- described in my report.
23         And also addressing the
24 deficiency in terms of the input, the effect
25 of the input have on the results, and I

59 (Pages 233 to 236)

237

1   address that point.  It's the uncertainty
2   relating to the input.  And to me, that is
3   the proper uncertainty analysis for the work
4   that I'm presenting in my report.
5       Q.    So in other words, for your
6   report, you don't have a cumulative
7   uncertainty assessment?
8       MR. NAKAYAMA:  Objection, form.
9       Q.    Go back.  There are a number of
10  mass flow rate numbers that we reflected
11  on -- on -- I guess it's now exhibit 12010,
12  correct?  This table?
13      A.    What's this?  A table?
14      Q.    Yes.
15      A.    So let's place this...
16      Q.    All right.  So for those mass
17  flow rate estimates, do you have a cumulative
18  uncertainty analysis?
19      MR. NAKAYAMA:  Objection, form.
20      A.    For me, it's not necessary
21  because as I said, I'm looking at the effects
22  of the individual effects of flow physics and
23  inputs.  So that's all I -- that's my main
24  work, and I assessed the uncertainty of that
25  and I really does -- I don't -- and that's

238

1   all I really need to do is really what I've
2   done and what's the uncertainty of my work
3   relating to that.
4       Q.    I understand.
5       MS. FLICKINGER:  We're going to break
6   for a few minutes.
7       VIDEOGRAPHER:  The time is 2:49 p.m.,
8   and we're off the record.
9       (Off the record.)
10      VIDEOGRAPHER:  The time is 3:10 p.m.
11  We're back on the record.
12      Q.    Dr. Lo, one final thing.
13          Earlier this morning you
14  testified that you had read some of the
15  expert reports of Dr. Griffiths,
16  Dr. Pooladi-Darvish, and I believe you said
17  Dr. Kelkar.  The only reference I see in your
18  report to those experts of the United Stated
19  is on page 25, footnote 4 where you say that
20  you disagree with their calculated flow rate
21  because it is consistent with Dr. Bushnell's
22  calculation.
23          And -- and you believe them to
24  be wrong because they are close to
25  Dr. Bushnell's calculated mass flow rate?

239

1       MR. NAKAYAMA:  Objection, form.
2       A.    I believe -- I believe they're
3   wrong because they're using this simplified
4   approach, the K factor approach, and also not
5   based on the -- the 3-D models I use.  It's
6   not a fully multiphase flow models that --
7   that I use.  So it's a simplified models.
8   It's based on K factors, and I think it's big
9   assumptions being made in those models.  And
10  so by -- then by definition, I believe my
11  model is more accurate.
12      Q.    Okay.  And your opinion about
13  the accuracy of your model doesn't -- isn't
14  changed by the fact that once you control for
15  temperature and PVT data and the conversion
16  factor, your number is very close to
17  Dr. Bushnell's?
18      MR. NAKAYAMA:  Objection, form.
19      A.    My opinions is formed looking at
20  the physics, the flow physics, and by
21  including the flow physics that's required
22  correctly, then by definition, is more
23  accurate.  Multi-flow phase physics and
24  the -- the exit conditions allowing the flow
25  to develop naturally, calculating the flow

240

1   according to law of physics without
2   assumptions that -- that the -- the other
3   models made.  So by definition, my model must
4   be more accurate.
5       Q.    But in your footnote, really,
6   you're just saying, in my opinion, you know,
7   they got the same -- they got the same result
8   and therefore they must be wrong.
9           You -- in your -- in your
10  footnote, you don't discuss K factors, do
11  you?
12      MR. NAKAYAMA:  Objection, form.
13      A.    I believe I've talked about
14  K factors in some -- in other part of the
15  report.  On page 20 of my report, I describe
16  the -- my opinion on the K factor analysis.
17      Q.    Okay.  And that sets forth the
18  basis for your opinion concerning
19  Dr. Dykhuizen?
20      MR. NAKAYAMA:  Objection, form.
21      Q.    Correct?
22      MR. NAKAYAMA:  Objection, form.
23      A.    My opinion is that -- written
24  down here is my opinion on using K factors.
25  That is a big simplifications of the physics,

60 (Pages 237 to 240)

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

241

1  which we don't need to make in CFD
2  considering 3-D geometries, the multiphase
3  effect, the slip effects.  And so to me by
4  definition, then, my model is more accurate
5  than these model that needs -- employ these
6  simplifications.
7      **Q.    Okay.  And -- and you say that**
8  **you have that opinion and your opinion is**
9  **independent from the actual mass flow rate**
10 **numbers that are generated by your model,**
11 **correct?**
12     MR. NAKAYAMA:  Objection, form.
13     A.    My opinion's based -- purely
14 based on the -- the modeling approach --
15     **Q.    Yes.**
16     A.    -- that's being used.  And the
17 K factors approach is clearly a -- a
18 simplifications of the physics.  And --
19 and -- and from that point alone, then I can
20 say that the -- my model accounting for --
21 for all the physics and -- and in solving the
22 fundamental equations fully, whereas the --
23 the K factor would be in the way, a
24 simplification of fundamental equations.  So
25 then by definition, my model is more

242

1  accurate.
2      **Q.    Okay.  Does this contain the**
3  **full scope of your opinions?  The paragraph**
4  **that you have on page 20 and footnote 4 that**
5  **we looked at before, does that contain the**
6  **full scope of your opinions concerning the**
7  **other experts of the United States?**
8      MR. NAKAYAMA:  Objection, form.
9      A.    It certainly contain my
10 experience -- my opinions, but I'm not sure
11 whether -- when you mention full scope of my
12 opinion.  So -- so I'm not sure that is
13 the -- everything.  But -- but that's the
14 main -- my main -- my main opinions on those
15 analysis.
16     **Q.    Okay.**
17     MS. FLICKINGER:  Okay.  Thank you very
18 much for your time.
19     THE WITNESS:  Thank you.
20     MS. FLICKINGER:  And I'm going to
21 reserve the rest of my time.
22     VIDEOGRAPHER:  The time is 3:16 p.m.,
23 and we're off the record.
24     (Off the record.)
25     VIDEOGRAPHER:  The time is 3:18 p.m.,

243

1  and we're back on the record.
2      MR. CAFFERTY:  Good afternoon, Dr. Lo.
3  My name is Pat Cafferty.  I represent
4  Transocean.  I'm here to put on the record
5  Transocean's objection.
6      On July 12th, the Court ruled
7  that Transocean would not be allowed to
8  present any flow quantification experts at
9  trial and that Transocean would not be
10 allowed to examine any flow quantification
11 experts at trial.  By extension, on
12 July 15th, the Court ruled that Transocean
13 would not be allowed to ask any questions at
14 flow quantification depositions of any
15 experts.  Transocean is taking up that issue
16 with the Court, and in the meantime, is
17 objecting to the Court's ruling that
18 prohibits us from participating in these
19 depositions.  We, therefore, reserve the
20 right, if the Court changes or modifies its
21 ruling in any way, to reopen this deposition
22 to ask questions of this witness.  Thank you.
23     MR. HARTLEY:  Good afternoon, Dr. Lo.
24 Similar to Mr. Cafferty -- my name is
25 Floyd Hartley.  I represent Halliburton and

244

1  Halliburton Energy Services, Inc.  I'm
2  prepared and ready to go forward with
3  questions on my client's behalf in the time
4  previously allotted to them in this
5  deposition.  However, on Monday, July 15th,
6  2013, Magistrate Judge Shushan sent an e-mail
7  to the parties stating that my clients will
8  be precluded from asking any questions in
9  quantification depositions, including this
10 deposition.  Given the ongoing issues that
11 may directly impact Halliburton and HESI
12 during the quantification phase of the trial,
13 we object to being barred from asking
14 questions during the depositions of
15 quantification witnesses.
16     Halliburton and HESI reserve
17 their right to reopen the deposition in order
18 to cross-examine the witness and all other
19 rights they may have.  Thank you.
20     VIDEOGRAPHER:  The time is 3:20 p.m.,
21 and we're off the record.
22     (Off the record. )
23     VIDEOGRAPHER:  Time is 3:28 p.m. and
24 we're back on the record.
25     MR. NAKAYAMA:  Good afternoon, Dr. Lo.

61 (Pages 241 to 244)

247

SIGNATURE PAGE

I, SIMON LO, have read the foregoing
deposition and hereby affix my signature that
same is true and correct, except as noted on
the correction page.

_____
SIMON LO


THE STATE OF              )
COUNTY OF                 )

      Before me _____ on this
day personally appeared _____
known to me [or proved to me on the oath of
_____ or through
_____ (description of
identity card or other document)] to be the
person whose name is subscribed to the
foregoing instrument and acknowledged to me
that he/she executed the same for the
purposes and consideration therein expressed.
      Given under my hand and seal of office
this _____ day of _____, 2013.


      _____
      NOTARY PUBLIC IN AND FOR
      THE STATE OF

My Commission Expires:

_____

WITNESS NAME:  SIMON LO

DATE TAKEN:        JULY 29, 2013

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF
MEXICO, ON APRIL 20, 2010

### GENERAL CORRECTIONS:

| | | | |
|---|---|---|---|
| PAGE: 10 | LINE: 8 | CHANGE: | "while videoing" to "via video link" (wrong word) |
| PAGE: 10 | LINE: 22 | CHANGE: | "Dr. Kelkar" to "Dr. Kelkar's" (possessive) |
| PAGE: 11 | LINE: 5 | CHANGE: | "USA" to "University" (wrong word) |
| PAGE: 11 | LINE: 11 | CHANGE: | "free" to "fluid" (wrong word) |
| PAGE: 11 | LINE: 12 | CHANGE: | "it's also applying in" to "it's also applied in" |
| PAGE: 11 | LINE: 12 | CHANGE: | delete second "in" (only said once) |
| PAGE: 11 | LINE: 19 | CHANGE: | "free" to "fluid" (wrong word) |
| PAGE: 11 | LINE: 20 | CHANGE: | "free" to "fluid" (wrong word) |
| PAGE: 12 | LINE: 23 | CHANGE: | "resumi" to "resume" (misspelling) |
| PAGE: 14 | LINE: 16 | CHANGE: | "cause" to "as I said" (wrong word) |
| PAGE: 17 | LINE: 23 | CHANGE: | "after" to "I have" (wrong word) |
| PAGE: 22 | LINE: 2 | CHANGE: | 'risumi' to "resume" (misspelling) |
| PAGE: 23 | LINE: 6 | CHANGE: | "risumi" to "resume" (misspelling) |
| PAGE: 23 | LINE: 13 | CHANGE: | "or" to "for" (wrong word) |
| PAGE: 24 | LINE: 25 | CHANGE: | "partner" to "part of" (wrong word) |
| PAGE: 26 | LINE: 3 | CHANGE: | "free" to "fluid" (wrong word) |
| PAGE: 26 | LINE: 4 | CHANGE: | "free" to "fluid" (wrong word) |
| PAGE: 26 | LINE: 5 | CHANGE: | "free" to "fluid" (wrong word) |
| PAGE: 26 | LINE: 13 | CHANGE: | "frics" to "fluids" (wrong word) |
| PAGE: 27 | LINE: 8 | CHANGE: | "AEIE" to "AERE" (wrong word) |
| PAGE: 34 | LINE: 13 | CHANGE: | "bond" to "boundary" (wrong word) |
| PAGE: 34 | LINE: 19 | CHANGE: | "divide" to "derive" (wrong word) |
| PAGE: 34 | LINE: 22 | CHANGE: | "gassy solutions" to "gas evolution" (wrong word) |
| PAGE: 34 | LINE: 23 | CHANGE: | "solutions" to "evolution" (wrong word) |
| PAGE: 35 | LINE: 21 | CHANGE: | "cap" to "CAD" (wrong word) |
| PAGE: 37 | LINE: 9 | CHANGE: | "prime" to "applied" (wrong word) |
| PAGE: 37 | LINE: 10 | CHANGE: | "prime -- prime" to "applied -- applied" (wrong word) |
| PAGE: 38 | LINE: 12 | CHANGE: | "turbo" to "turbulence" (wrong word) |
| PAGE: 42 | LINE: 1 | CHANGE: | "Matt" to "Mark" (wrong word) |
| PAGE: 43 | LINE: 1 | CHANGE: | "Matt" to "Mark" (wrong word) |
| PAGE: 43 | LINE: 2 | CHANGE: | "Matt" to "Mark" (wrong word) |
| PAGE: 44 | LINE: 4 | CHANGE: | "Matt" to "Mark" (wrong word) |
| PAGE: 44 | LINE: 22 | CHANGE: | delete second "and" (only said once) |
| PAGE: 45 | LINE: 14 | CHANGE: | delete "But" (extra word) |
| PAGE: 45 | LINE: 20 | CHANGE: | "Momisa" to "Mimoza" (wrong word) |

SIGNED: _____          DATE: 7/9/2013

**WITNESS NAME:  SIMON LO**

**DATE TAKEN:       JULY 29, 2013**

**IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**

**PAGE:** 45   **LINE:** 21   **CHANGE:**   "Momisa Mosaj. Momisa" to "Mimoza Musaj. Mimoza" (wrong word)
**PAGE:** 45   **LINE:** 22   **CHANGE:**   "M-o-m-i-s-a, Mosaj, Mosaj." to "Mimoza Musaj, Musaj." (wrong word)
**PAGE:** 46   **LINE:** 15   **CHANGE:**   "Mosaj" to "Musaj" (wrong word)
**PAGE:** 46   **LINE:** 17   **CHANGE:**   "Mosaj" to "Musaj" (wrong word)
**PAGE:** 46   **LINE:** 24   **CHANGE:**   "Mosaj" to "Musaj" (wrong word)
**PAGE:** 49   **LINE:** 25   **CHANGE:**   "existing" to "exit being" (wrong word)
**PAGE:** 50   **LINE:** 12   **CHANGE:**   "define" to "decide" (wrong word)
**PAGE:** 50   **LINE:** 15   **CHANGE:**   "drop" to "droplet" (wrong word)
**PAGE:** 54   **LINE:** 21   **CHANGE:**   "episode" to "elliptic" (wrong word)
**PAGE:** 54   **LINE:** 21   **CHANGE:**   "calculation" to "conservation" (wrong word)
**PAGE:** 55   **LINE:** 23   **CHANGE:**   "philosophy" to "velocity" (wrong word)
**PAGE:** 56   **LINE:** 2   **CHANGE:**   "curve" to "code" (wrong word)
**PAGE:** 56   **LINE:** 3   **CHANGE:**   "saw" to "solve" (wrong word)
**PAGE:** 59   **LINE:** 15   **CHANGE:**   "barrels oil" to "barrels of oil" (missed word)
**PAGE:** 68   **LINE:** 12   **CHANGE:**   "period" to "purely" (wrong word)
**PAGE:** 69   **LINE:** 1   **CHANGE:**   "period" to "purely" (wrong word)
**PAGE:** 73   **LINE:** 15   **CHANGE:**   "is lower" to "it lower" (missed word)
**PAGE:** 77   **LINE:** 7   **CHANGE:**   "And you" to "And I" (wrong word)
**PAGE:** 79   **LINE:** 12   **CHANGE:**   "adequately" to "accurately" (wrong word)
**PAGE:** 81   **LINE:** 24   **CHANGE:**   "You have fixed" to "It affects" (wrong word)
**PAGE:** 82   **LINE:** 20   **CHANGE:**   "conditions" to "condition" (should not be plural)
**PAGE:** 82   **LINE:** 21   **CHANGE:**   delete "is" (extra word)
**PAGE:** 88   **LINE:** 18   **CHANGE:**   "rate" to "weight" (wrong word)
**PAGE:** 90   **LINE:** 20   **CHANGE:**   "fits" to "feets" (wrong word)
**PAGE:** 93   **LINE:** 6   **CHANGE:**   "PVT data" to "Zick PVT data" (missed word)
**PAGE:** 94   **LINE:** 22   **CHANGE:**   "243" to "220" (wrong number)
**PAGE:** 100   **LINE:** 19   **CHANGE:**   "That" to "There" (wrong word)
**PAGE:** 103   **LINE:** 24   **CHANGE:**   "what" to "was" (wrong word)
**PAGE:** 107   **LINE:** 21   **CHANGE:**   "bond" to "boundary" (wrong word)
**PAGE:** 108   **LINE:** 3   **CHANGE:**   "seems to me what" to "seems to me if what" (missed word)
**PAGE:** 117   **LINE:** 4   **CHANGE:**   "microscopic" to "macroscopic" (wrong word)
**PAGE:** 118   **LINE:** 19   **CHANGE:**   "map" to "maps" (plural)
**PAGE:** 119   **LINE:** 1   **CHANGE:**   "microscopic" to "macroscopic" (wrong word)
**PAGE:** 119   **LINE:** 10   **CHANGE:**   "sorry" to "well" (wrong word)

SIGNED: _____          DATE: _7/9/2013_

Page | 2

**WITNESS NAME:   SIMON LO**

**DATE TAKEN:        JULY 29, 2013**

**IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**

**PAGE:** 119   **LINE:** 14    **CHANGE:**    "For each calculation cell" to "So, in each calculation cell" (wrong words, plural)
**PAGE:** 119   **LINE:** 14    **CHANGE:**    delete "which" (word not spoken)
**PAGE:** 120   **LINE:** 7     **CHANGE:**    "So you say 13" to "Page 13" (wrong word)
**PAGE:** 121   **LINE:** 14    **CHANGE:**    "water" to "air water" (missing word)
**PAGE:** 121   **LINE:** 15    **CHANGE:**    "Harvard" to "Harwell" (wrong word)
**PAGE:** 131   **LINE:** 23    **CHANGE:**    "calculation" to "calculations" (plural)
**PAGE:** 132   **LINE:** 18    **CHANGE:**    "you" to "we" (wrong word)
**PAGE:** 132   **LINE:** 20    **CHANGE:**    "plot" to "plots" (plural)
**PAGE:** 133   **LINE:** 4     **CHANGE:**    "correction they derive" to "correction that they derive" (missed word)
**PAGE:** 137   **LINE:** 3     **CHANGE:**    "would" to "was" (wrong word)
**PAGE:** 141   **LINE:** 2     **CHANGE:**    "is" to "its" (wrong word)
**PAGE:** 143   **LINE:** 4     **CHANGE:**    "UM -- UM" to "Eulerian-Eulerian" (wrong word)
**PAGE:** 143   **LINE:** 5-6   **CHANGE:**    "is relative" to "move relative" (wrong word)
**PAGE:** 143   **LINE:** 9     **CHANGE:**    "direct" to "drag" (wrong word)
**PAGE:** 143   **LINE:** 11    **CHANGE:**    "direct" to "drag" (wrong word)
**PAGE:** 143   **LINE:** 12    **CHANGE:**    "the coefficient" to "the drag coefficient" (missed word)
**PAGE:** 143   **LINE:** 13    **CHANGE:**    "direct" to "drag" (wrong word)
**PAGE:** 143   **LINE:** 14    **CHANGE:**    "excess" to "exist" (wrong word)
**PAGE:** 143   **LINE:** 17    **CHANGE:**    "direct" to "drag" (wrong word)
**PAGE:** 143   **LINE:** 18    **CHANGE:**    "continuos" to "continuous" (misspelling)
**PAGE:** 143   **LINE:** 24    **CHANGE:**    "direct flow -- flow" to "drag force" (wrong word)
**PAGE:** 144   **LINE:** 3     **CHANGE:**    "direct" to "drag" (wrong word)
**PAGE:** 144   **LINE:** 7     **CHANGE:**    "direct" to "drag" (wrong word)
**PAGE:** 144   **LINE:** 10    **CHANGE:**    "fluid" to "fluid density" (missing word)
**PAGE:** 144   **LINE:** 11    **CHANGE:**    "direct" to "drag" (wrong word)
**PAGE:** 145   **LINE:** 3     **CHANGE:**    "direct" to "drag" (wrong word)
**PAGE:** 151   **LINE:** 21    **CHANGE:**    "they" to "that" (wrong word)
**PAGE:** 152   **LINE:** 24    **CHANGE:**    "has broken them" to "broken up" (wrong words)
**PAGE:** 153   **LINE:** 16    **CHANGE:**    "productive" to "velocity" (wrong words)
**PAGE:** 155   **LINE:** 6     **CHANGE:**    "grade" to "gradient" (wrong word)
**PAGE:** 155   **LINE:** 11    **CHANGE:**    "grade" to "gradient" (wrong word)
**PAGE:** 156   **LINE:** 7     **CHANGE:**    insert "velocity" before the word "gradient" (missed word)
**PAGE:** 157   **LINE:** 4     **CHANGE:**    "3-1/16th" to "3-1/16th inch" (in both instances, missed word)

SIGNED: _____    DATE: _7/9/2013_

**WITNESS NAME:  SIMON LO**

**DATE TAKEN:      JULY 29, 2013**

**IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**

| | | | |
|---|---|---|---|
| **PAGE:** 157 | **LINE:** 5 | **CHANGE:** | "diameter" to "diameters" (plural) |
| **PAGE:** 157 | **LINE:** 7 | **CHANGE:** | "3-1/16th" to "3-1/16th inch" (missed word) |
| **PAGE:** 157 | **LINE:** 12 | **CHANGE:** | "3-1/16th" to "3-1/16th inch" (missed word) |
| **PAGE:** 159 | **LINE:** 11 | **CHANGE:** | "diameter" to "diameters" (plural) |
| **PAGE:** 162 | **LINE:** 16 | **CHANGE:** | delete "is" (extra word) |
| **PAGE:** 162 | **LINE:** 20 | **CHANGE:** | "viscus" to "viscous" (misspelling) |
| **PAGE:** 164 | **LINE:** 11 | **CHANGE:** | "elevation" to "evaluation" (wrong word) |
| **PAGE:** 170 | **LINE:** 25 | **CHANGE:** | "uncertain" to "result" (wrong word) |
| **PAGE:** 175 | **LINE:** 4 | **CHANGE:** | "that was used was" to "that we use are" (wrong word) |
| **PAGE:** 176 | **LINE:** 18 | **CHANGE:** | "methodologies" to "morphologies" (change word) |
| **PAGE:** 176 | **LINE:** 23 | **CHANGE:** | "methodology" to "morphology" (change word) |
| **PAGE:** 179 | **LINE:** 20 | **CHANGE:** | "infraction" to "volume fraction" (wrong word) |
| **PAGE:** 180 | **LINE:** 2 | **CHANGE:** | "trend" to "churn" (wrong word) |
| **PAGE:** 180 | **LINE:** 16 | **CHANGE:** | "is" to "of" (wrong word) |
| **PAGE:** 180 | **LINE:** 19-20 | **CHANGE:** | "well infraction" to "volume fraction" (wrong word) |
| **PAGE:** 181 | **LINE:** 25 | **CHANGE:** | delete second "at" (extra word) |
| **PAGE:** 183 | **LINE:** 3 | **CHANGE:** | delete "unless" (extra word) |
| **PAGE:** 183 | **LINE:** 14 | **CHANGE:** | "that's" to "there's" (wrong word) |
| **PAGE:** 183 | **LINE:** 22 | **CHANGE:** | "a defect" to "effect" (wrong word) |
| **PAGE:** 183 | **LINE:** 23 | **CHANGE:** | "every" to "average" (wrong word) |
| **PAGE:** 185 | **LINE:** 2 | **CHANGE:** | "diameter" to "diameters" (plural) |
| **PAGE:** 185 | **LINE:** 13 | **CHANGE:** | "effect" to "effects" (plural) |
| **PAGE:** 186 | **LINE:** 5 | **CHANGE:** | "energy" to "energies" (plural) |
| **PAGE:** 192 | **LINE:** 24 | **CHANGE:** | "interface" to "interphase" (wrong word) |
| **PAGE:** 193 | **LINE:** 3 | **CHANGE:** | "interface" to "interphase" (wrong word) |
| **PAGE:** 199 | **LINE:** 11 | **CHANGE:** | "probably" to "properly" (wrong word) |
| **PAGE:** 199 | **LINE:** 18 | **CHANGE:** | "determine" to "determined" (change tense) |
| **PAGE:** 203 | **LINE:** 18 | **CHANGE:** | "solution" to "solutions" (plural) |
| **PAGE:** 204 | **LINE:** 18 | **CHANGE:** | "of the" to "CFD" (wrong words) |
| **PAGE:** 205 | **LINE:** 8 | **CHANGE:** | "effect" to "affect" (wrong word) |
| **PAGE:** 205 | **LINE:** 14 | **CHANGE:** | "calculation" to "calculations" (plural) |
| **PAGE:** 205 | **LINE:** 18 | **CHANGE:** | "entrain" to "might entrain" (missing word) |
| **PAGE:** 205 | **LINE:** 22 | **CHANGE:** | "tool" to "flow" (wrong word) |
| **PAGE:** 206 | **LINE:** 14 | **CHANGE:** | "size" to "sides" (wrong word) |
| **PAGE:** 206 | **LINE:** 15 | **CHANGE:** | "size" to "sides" (wrong word) |
| **PAGE:** 209 | **LINE:** 14 | **CHANGE:** | "mass" to "math" (wrong word) |

SIGNED: _____        DATE: 7/9/2013

WITNESS NAME:   SIMON LO

DATE TAKEN:      JULY 29, 2013

**IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**

| | | | |
|---|---|---|---|
| **PAGE:** 209 | **LINE:** 21 | **CHANGE:** | "plenum" to "jet" (wrong word) |
| **PAGE:** 209 | **LINE:** 22 | **CHANGE:** | "plenum" to "jet" (wrong word) |
| **PAGE:** 209 | **LINE:** 25 | **CHANGE:** | "four meters" to "3-1/16 inches" (wrong word) |
| **PAGE:** 210 | **LINE:** 3-4 | **CHANGE:** | "three – 3-1/16th inch pipe" to "plenum" (wrong word) |
| **PAGE:** 210 | **LINE:** 17 | **CHANGE:** | "results" to "results that" (missing word) |
| **PAGE:** 210 | **LINE:** 20 | **CHANGE:** | "magnitude" to "magnitudes" (plural) |
| **PAGE:** 210 | **LINE:** 20 | **CHANGE:** | "essential" to "central" (wrong word) |
| **PAGE:** 213 | **LINE:** 22 | **CHANGE:** | "direct" to "drag" (wrong word) |
| **PAGE:** 213 | **LINE:** 23 | **CHANGE:** | "direct" to "drag" (wrong word) |
| **PAGE:** 214 | **LINE:** 3 | **CHANGE:** | "direct" to "drag" (wrong word) |
| **PAGE:** 220 | **LINE:** 3 | **CHANGE:** | delete "in" (extra word) |
| **PAGE:** 221 | **LINE:** 2 | **CHANGE:** | "Well, because" to "Well, you, because" (missed word) |
| **PAGE:** 221 | **LINE:** 10 | **CHANGE:** | "assume it would" to "shouldn't" (wrong word) |
| **PAGE:** 221 | **LINE:** 11 | **CHANGE:** | "to" to "the" (wrong word) |
| **PAGE:** 223 | **LINE:** 12 | **CHANGE:** | "certain" to "sudden" (wrong word) |
| **PAGE:** 223 | **LINE:** 14 | **CHANGE:** | "extending" to "expanding" (wrong word) |
| **PAGE:** 223 | **LINE:** 15 | **CHANGE:** | "certain" to "sudden" (wrong word) |
| **PAGE:** 223 | **LINE:** 23 | **CHANGE:** | "certain" to "sudden" (wrong word) |
| **PAGE:** 224 | **LINE:** 7 | **CHANGE:** | "effect" to "effects" (plural) |
| **PAGE:** 224 | **LINE:** 11 | **CHANGE:** | "certain" to "sudden" (wrong word) |
| **PAGE:** 225 | **LINE:** 7 | **CHANGE:** | "for the other" to "for your other -- the other" (missed word) |
| **PAGE:** 227 | **LINE:** 5 | **CHANGE:** | "sound" to "solves" (wrong word) |
| **PAGE:** 227 | **LINE:** 9 | **CHANGE:** | "equation" to "equations" (plural) |
| **PAGE:** 228 | **LINE:** 17 | **CHANGE:** | "there's" to "they're" (wrong word) |
| **PAGE:** 230 | **LINE:** 3 | **CHANGE:** | "train" to "trend" (wrong word) |
| **PAGE:** 231 | **LINE:** 2 | **CHANGE:** | "train" to "trend" (wrong word) |
| **PAGE:** 232 | **LINE:** 19 | **CHANGE:** | "question" to "questions" (plural) |
| **PAGE:** 233 | **LINE:** 16 | **CHANGE:** | "model" to "modeling" (change tense) |
| **PAGE:** 235 | **LINE:** 14 | **CHANGE:** | delete "the" (extra word) |
| **PAGE:** 235 | **LINE:** 24 | **CHANGE:** | delete "are" (extra word) |
| **PAGE:** 236 | **LINE:** 16 | **CHANGE:** | "and address" to "and I address" (missed word) |
| **PAGE:** 236 | **LINE:** 20 | **CHANGE:** | "points" to "point" (singular) |
| **PAGE:** 236 | **LINE:** 24 | **CHANGE:** | "effect" to "effects" (plural) |
| **PAGE:** 237 | **LINE:** 15 | **CHANGE:** | "So let's place this" to "The cases" (wrong words) |
| **PAGE:** 238 | **LINE:** 7 | **CHANGE:** | Time in the transcript should be 2:59 pm |

SIGNED: _~~Simon Lo~~_            DATE: _7/9/2013_

**WITNESS NAME:  SIMON LO**

**DATE TAKEN:       JULY 29, 2013**

**IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**

| | | | |
|---|---|---|---|
| **PAGE:** 239 **LINE:** 5 | **CHANGE:** | "3-D models" to "3-D models that" (missed word) |
| **PAGE:** 241 **LINE:** 3 | **CHANGE:** | "effect" to "effects" (plural) |

SIGNED: _____     DATE: __7/9/2013__