# Exhibit 3

# Excerpt from Dr. Simon Lo Expert Report

# June 1, 2013

**In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MDL NO. 2179, SECTION J
JUDGE BARBIER; MAGISTRATE JUDGE SHUSHAN

# Expert Report of Dr. Simon Lo

# CFD Analysis of the Flow Through the Capping Stack

May 1, 2013

CONFIDENTIAL



### 3.3.1 Flow Regime

**Flow regime**

In a gas and liquid flow (here, gas and oil), the two fluids can exist in several forms, including: gas-bubbles-in-liquid (bubbly flow); liquid-droplets-in-gas (droplet flow); or an annular flow with a liquid layer on the wall and gas in the center. There are a variety of flow regimes and names used to describe them [14, 15, 16]. Three relevant flow regimes are depicted in Figure 3.4.



**Figure 3.4 Three relevant flow regimes of gas-liquid flows in vertical pipe [16].**

One way to classify gas-liquid flows into flow regimes is according to the gas volume fraction [17]. In the multiphase flow community, it is generally accepted that when the volume fraction of gas is less than 25-30%, the regime is "bubbly" flow [16, 41, 42, 43]. With high gas flow rates and high gas volume fractions, large gas bubbles merge to form a continuous gas core with droplets in the center of the flow and an annular liquid film on the wall. This flow regime is called "annular" flow or "wispy annular flow."

From the Pressure-Volume-Temperature ("PVT") data prepared by Dr. Whitson [2], the gas volume fraction of the MC252 fluid is 64% at the inlet of the capping stack model (pressure=2615 psia, temperature=220 °F) and 69% at the kill line exit (pressure=2190 psia, temperature=220 °F). According to the flow regime classification described above, I concluded that the flow in the capping stack was an "annular flow" regime, meaning that there was droplet flow in a gas core and a thin liquid film on the wall.

**Hewitt and Roberts flow regime map**

Another method of determining the flow regime in the capping stack is to use a flow regime map, such as the Hewitt and Roberts flow regime map [16, 18] in Figure 3.5. The parameters plotted in the Hewitt and Roberts flow regime map are the momentum of the gas phase against the momentum of the liquid phase.



At high concentrations, a group of droplets will increase the stable droplet size as they are more effective in dissipating and reducing the power of the disruptive forces than a single droplet [22]. A droplet concentration correction factor, $C_\alpha$, [22] is therefore added to equation (3.1) giving equation (3.2) to account for the high droplet concentration in this analysis.

$$d_{Cr} = (1 + C_\alpha \alpha_d)\left(\frac{2\sigma We_{Cr}}{\rho_c}\right)^{3/5} \varepsilon^{-2/5} \qquad (3.2)$$

### The mean droplet diameter
Values used for the parameters in equation (3.2) are given in Table 3.3 below:

**Table 3.3     Parameters in droplet size calculation**

| Description | Value | Reference |
|---|---|---|
| Concentration correction factor | $C_\alpha = 4.6$ | [20, 21] |
| Critical Weber number | $We_{Cr} = 0.23$ | [20, 21] |
| Surface tension coefficient | $\sigma = 3.75 \times 10^{-3} N/m$ | [2] |
| Continuous phase density | $\rho_c = \rho_{gas} = 151 kg/m^3$ | [23] |
| Droplet volume fraction | $\alpha_d = 0.358$ | [23] |

I determined the turbulence dissipation rate, $\varepsilon$, from the homogeneous mixture model results that I obtained in Section 2.3. Using the average value of the turbulence dissipation rate[1] in the 4 1/16" section of the kill line, the estimated mean droplet diameter is 104 microns. Using the average value of the turbulence dissipation rate[1] in the 3 1/16" section, the estimated mean droplet diameter is 61 microns.

I did not estimate an average droplet diameter for the 18.75" main bore using equation (3.2). However, the mean droplet diameter could not be less than 100 microns because the droplets in the main bore flowed into the 4 1/16" line. From the increased turbulence at the entrance to the 4 1/16" line from the main bore, the droplets would reduce in size, not increase in size. Thus, the droplets that flowed into the 4 1/16" line could not be smaller than the mean droplet diameter that I estimated for the 4 1/16" line. Thus, an average droplet diameter of 100 microns was selected for the case described in this section below.

### 3.3.3 Comparison Between Multiphase Flow and Homogeneous Mixture Models
The flow rates for the homogeneous mixture model and the multiphase flow model without gas evolution are given in Table 3.4. As shown here, the multiphase flow model (without gas evolution) gives a flow

---

[1] The average turbulence dissipation rate along the centerline of the 4 1/16" section is 4,000 m²/s³ and along the 3 1/16" section is 15,000 m²/s³.



rate 0.3% higher than the homogeneous mixture model. However, this comparison is misleading because the phenomenon of gas evolution, described in Section 3.4, was not included in the multiphase flow model. Without gas evolution, the volume fraction of oil inside the capping stack is artificially high and the calculated flow rate is over-predicted.

This comparison is included here to illustrate the errant conclusions Dr. Bushnell reached by comparing his homogeneous mixture results with his multiphase flow model results that did not include gas evolution. Dr. Bushnell acknowledged this deficiency in his report and commented that he was not able to include gas evolution in this multiphase flow model, though it is unclear why he was not able to do so.[2]

**Table 3.4      Effects of multiphase flow**

| Mathematical model | Mass flow rate (kg/s) | Oil flow rate (bopd) | % difference (mass) as compared to homogeneous mixture model at 200 °F |
|---|---|---|---|
| Homogeneous mixture | 119.9 | 47,230 | 0 |
| Multiphase flow | 120.2 | 47,349 | 0.3 |

The important difference between a multiphase flow model and a homogeneous mixture model is illustrated in Figure 3.6, which shows the oil volume fraction distribution. To emphasize the differences between the models, red color indicates high oil volume fraction (above 40%) and a blue color indicates low oil volume fraction (below 30%).

As the flow moves through the elbow, the oil (being heavier) tries to continue in a straight line and thus accumulates on the outer side of the vertical pipe. As a result, the gas has a higher concentration on the inside of the pipe (indicated by the blue area in the elbow region). This biased distribution of the oil and gas (often called "phase separation") is caused by the centrifugal effect of the high speed flow around the elbow. Figure 3.6(a) shows that beyond the phase separation zone in the pipe elbow, the oil and gas re-mix due to turbulence in the flow.

---

[2] When I worked on the CFX code earlier in my career, the Eulerian-Eulerian model in CFX allowed for the mass transfer between phases, which could have been used to account for gas evolution.





(a)          (b)

**Figure 3.6 Shaded contours of the oil volume fraction in a plane through the capping stack (a) Multiphase Flow Model, (b) Homogeneous Mixture Model.**

The relative motion between the oil and gas is not accounted for in the homogeneous mixture model, meaning that the natural phenomenon of phase separation around the elbow is missing from Dr. Bushnell's homogeneous mixture result. The absence of this effect will under-predict the loss at the elbow, resulting in a higher flow rate.

As can be seen in Figure 3.7, there is a greater pressure loss around the elbow in the multiphase flow model as compared to the homogeneous mixture model. The pressure loss is defined as the difference in pressure between P1 and P2. While the pressure at P1 is the same, in the multiphase flow model the pressure at P2 is lower than the pressure at P2 in the homogeneous mixture model. Thus there is a larger pressure loss between P1 and P2 in the multiphase flow model. There is also a longer pressure recovery after the elbow to the exit in the multiphase flow model as compared to the homogeneous mixture model. The combination of these two effects (both the pressure loss and the pressure recovery) will result in a lower flow rate through the kill and choke lines of the capping stack using the multiphase flow model.



(a)          (b)

**Figure 3.7 Shaded contours of pressure in a plane through the capping stack around the elbow (a) Multiphase Flow Model, (b) Homogeneous Mixture Model.**

17