# Exhibit 1

# TREX 8628

PNNL 06845

PNNL, 7/30/10, unreviewed estimate

What is the effect of oil reservoir depletion?

PNNL-19508 Rev. 2 (the PNNL report), Table 4.1:  flow rate of **65000 bpd**.

This was for Scenario 2 – oil flows from breach at well bottom, upward through casing alone in the lower part of the well, then continued to flow upward through two separate parallel paths. The inner path is through the drillpipe to the sea at sea-floor pressure (2236 psia), with no $\Delta P$ imposed to represent ram or other effects. The outer path is annular, around the drillpipe, and then up through the BOP. A $\Delta P$ is imposed on the outer-path annular flow before exiting to sea-floor pressure; this $\Delta P$ represents the effect of contorted flow paths within the BOP.

     reservoir pressure not depleted (11844 psia)
     0.072 darcy reservoir permeability, 1000 ft radius (sandface = 10109 psia)
     $\Delta P$ across the well breach is 0 psid (negligible resistance entering well)
     $\Delta P$ across the BOP is 2150 psid (May 25 value, a best-estimate)
     no riser $\Delta P$ accounted for

------------------

Start from the above, which represents the situation after cutting off the riser and before placing top hat, and change two things: (1) impose a depletion pressure loss of 1400 psi on the reservoir pressure, based on slide 71 of the 7/20/10 presentation; (2) scale down the BOP $\Delta P$ by assuming it is proportional to the square of the velocity (flow rate).

     The resulting flow is **56000 bpd**.    54000   (17% decrease)
              (14% decrease)

     reservoir pressure depleted (10444 psia)    10044
     0.072 darcy reservoir permeability, 1000 ft radius (sandface = 8942 psia)   8622
     $\Delta P$ across the well breach is 0 psid (negligible resistance entering well)
     $\Delta P$ across the BOP is 1610 psid (scaled down from May 25 value)   1443
     note: no $\Delta P$ accounted for from top hat, kill line, etc.

**OFFICIAL USE ONLY**

8628

Exhibit No. _____
Worldwide Court
Reporters, Inc.

p. 1 of 1

PNNL 06846

7/30/10

*Original case*

Ø psid at breach (similar to WIT-analysis assumption)

2150 psid at BOP

0.072 darcy, ~~so~~ 1000 ft radius ($\rightarrow$ BHP = 10109 psia)

Scenario 2 (in 7" casing @ bottom, drillpipe + annulus $\rightarrow$ BOP parallel in upper well)

*Post-depletion case*

1800 psi of depletion ( distant reservoir pressure 10044 psia)
( ~~sandstone pressure now 8622 psia, not 10109 psia~~

Ø psid at breach

1443 psid at BOP ( = 2150 psid + (new flow / old flow)$^2$

0.072 darcy, 1000 ft radius ( $\rightarrow$ BHP = 8622 psia)

Scenario 2


Original case flow = 65300 bpd

Depleted case flow = 53500 bpd (resistance of kill line, etc., not accounted for)

**OFFICIAL USE ONLY**

PNL003-003309

PNNL 06847

*The data included in this transmittal were obtained from a fully implemented NQA-1-1989 QA program, but has not been reviewed for technical accuracy per the QA program yet, therefore, all data is provided "For Information Only".*

**Integrated Test B**

**OFFICIAL USE ONLY**

LA Mahoney, PNNL                    8/18/09                    p. 13 of 22

PNL003-003310

PNNL 06893

1/8

7/30/10   Multi-Team Telecon

· Plume Team — Bill Lehr not on call.
   Someone else making unplanned pres
   (Steve Wereley )
      1/2 PIV  ,  1/2 manual feature tracked

   Relationship  enter PN to inner V

   prior to cut of cap
         20 - 40
   after cut of cap
         35 - 50
   days after, mtg in DC
         35 - 60  k BBL/day

   Bill Lehr on at 10:35


   circle w/ two
   drill pipes in it
   flow out of at least one

─────────────────────

MacLay
      Tight ahead for contractors   Kelkar Hughes Gann
                                    7 days
                                    longer contract
                                    longer pred

   Paul/Stech did his analysis o'nite

OFFICIAL USE ONLY

PNNL 06894

2/p

Kelkar - rock compressibility ~ no effect

Ea case rep by any res pressure prior to
blowout (Geotap report - had many #s,
consultants picked slightly off #s)
Bottom hole pressure determined via sim
of ep flow correlations

?'s about depletion - need tabulation

28d Pl

Bl at 110µ stocktank bbls
consultant other, 55

Art Ratzel in Houston mtg have video

OFFICIAL USE ONLY

PNL003-003312

PNNL 06895

$\frac{3}{8}$

Nodal Team - George

did not look at annulus + up casing
less than 1+2
Gemini did this (surf casing)

p. 45   air permeability

$k*h = \sim 71,250$ md-ft   skin = 0

May 25 data is "seat-ed hard"

? abutt casing   Scenario 4

all flow thru drillpipe
30000'

202 586-5004

$lig$   4/3.7 %   not to due to sea floor
$P_{s}/T$

**OFFICIAL USE ONLY**

PNL003-003313

PNNL 06896

4/8

Paul Hsieh

DP preferring to $10^{-6}$ psi⁻¹

Art
gold star!

Kurt at LBNL   less gas dissolving

close to liq/gas phase transition

pressure being in the sea pressure
and just little bubbles coming out

in Cap #4 no water in sample

Summary   Steve (Chu?)
re examine — estimate

did collect 27k   still going

any possible good after shut in
not likely!

OFFICIAL USE ONLY

PNL003-003314

PNNL 06897

5/8

Marsha — although pressured to get
est - can put all of the scatter
uncertainty we believe necessary.

Consistent except for scenario #2
of plume guys

Marsha
Oil Budget?

1) Well depletion on flow
2) geometry changes   when cap on

DIV — Low 50 unreasonable?
Steve    if video of nice exit

DOP impedance w/ low flow rate

Tues
Rod O'Connor chief of staff
w/ Carol Browner .... + Nepation
Cabinet
Call @ 5 pm
Get out this wk

in papers Judy ————    middle tomorrow

OFFICIAL USE ONLY

PNL003-003315

PNNL 06898

6/8

"When is all she oil?" August
maritime confirms

by noon tomorrow, P.V cannot
(EST)

> whats is depletion vs time of
> sealing cap on end and cutting off riser

11 AM   static kill of cmt
over by 1

1 30   teleca   by 2:30

2-3 pm   press tim

bill is loud!

_Have it. 1 - 87 every day.
pub + collected_

④  1 PM   202.287.6677

OFFICIAL USE ONLY

PNLD03-003316

PNNL 06899

8/8

Doc arriving @ White House
w/ 60 k bbl/d at top end

Rate changed → 60-50 over time
if not   call secty Napoli or tell her.

10 AM here!

Saving bottom BOP gage for Tom

**OFFICIAL USE ONLY**

PNL003-003317

PNNL 06873

Subject: Fwd: TIME CHANGE - TELECON SCHEDULED: TODAY, Saturday, July 31,12:30pm CDT RE: Flow Analysis Activities for the MC252 Well
Date: Saturday, July 31, 2010 9:52 AM
From: George Guthrie <George.Guthrie@NETL.DOE.GOV>
To: <bcl@lanl.gov>, <rajesh@lanl.gov>, <CMOldenburg@lbl.gov>, <buscheck1@llnl.gov>, <weisgraber2@llnl.gov>, Grant Bromhal <Grant.Bromhal@NETL.DOE.GOV>, Jim Fort <james.fort@pnl.gov>, "Gauglitz, Phillip A" <phillip.gauglitz@pnl.gov>
Cc: Darren Mollot <Darren.Mollot@HQ.DOE.GOV>, <Robert.Corbin@HQ.DOE.GOV>, George Guthrie <George.Guthrie@NETL.DOE.GOV>

Today's follow-on teleconference regarding flow analysis activities for
the MC252 well has been pushed back a half hour.  This telecon will be
held from 12:30pm-1:30pm CDT (1:30pm-2:30pm EDT, 11:30am-12:30pm MDT).

---

From: "Bowen, Amy D" <adbowen@sandia.gov>
Date: Sat, 31 Jul 2010 09:49:28 -0700
To: "Chavez, Anne K" <akchave@sandia.gov>, <steven.aoki@nnsa.doe.gov>, "Burns, Michael J. (LANL)" <burns_michael_j@lanl.gov>, <chinn3@llnl.gov>, <schu@hq.doe.gov>, <gcooper@berkeley.edu>, <rlg2@us.ibm.com>, <richard_l._garwin@ostp.eop.gov>, "Guffee, Ray M. (LANL)" <guffee@lanl.gov>, <hickman@usgs.gov>, <John_P._Holdren@ostp.eop.gov>, <pahsieh@usgs.gov>, "Hunter, Tom" <tohunte@sandia.gov>, <hunsaker61@comcast.net>, <arun.majumdar@hq.doe.gov>, <mcnutt@usgs.gov>, <Ray_merewether@seektech.com>, <mooney@usgs.gov>, <kathryn_moran@ostp.eop.gov>, <rod.occnnor@hq.doe.gov>, <tony.rediger@hq.doe.gov>, <slocum@mit.edu>, <slocum42@gmail.com>, "Stulen, Rick" <rhstule@sandia.gov>, "Ammerman, Curtt N. (LANL)" <ammerman@lanl.gov>, "Behr-Andres, Christina B. (LANL)" <behr-andres@lanl.gov>, "Black, Stephen J. (LANL)" <sblack@lanl.gov>, "Blankenship, Douglas A" <dablank@sandia.gov>, "Bowen, Amy D" <adbowen@sandia.gov>, <bowers2@llnl.gov>, "Bultman, Nathan K. (LANL)" <nbultman@lanl.gov>, <kevin.s.cook@uscg.mil>, "Dunn, Paul S. (LANL)" <pdunn@lanl.gov>, "Dykhuizen, Ronald C" <rcdykhu@sandia.gov>, "Griffiths, Stewart" <skgriff@sandia.gov>, <havstad1@llnl.gov>, <hickman@usgs.gov>, "Hurst, Kathleen T" <kthurst@sandia.gov>, <miller99@llnl.gov>, <mooney@usgs.gov>, "O'Sullivan, Donald Q. (LANL)" <dqosulli@lanl.gov>, <missy.owens@hq.doe.gov>, <perfect1@llnl.gov>, "Ratzel, Arthur C" <acratze@sandia.gov>, "Rees, William S. Jr. (LANL)" <wsr@lanl.gov>, "Tatro, Marjorie" <mltatro@sandia.gov>, "Tieszen, Sheldon R" <srtiesz@sandia.gov>, <wapman1@llnl.gov>, <warner2@llnl.gov>, <pahsieh@usgs.gov>, Philip H Nelson <pnelson@usgs.gov>, "Behr-Andres, Christina B. (LANL)" <behr-andres@lanl.gov>, "Maxted, Sarah Jane" <Sarah.Maxted@Hq.Doe.Gov>, "Hampton, Devin" <Devin.Hampton@hq.doe.gov>, <Amy.Bodette@hq.gov>, Catherine B Enomoto <cenomoto@usgs.gov>, <kat_pustay@ios.doi.gov>, <kevin.s.cook@uscg.mil>, <Patrick.E.Little@uscg.mil>, "Knowles, Sara" <Sara.Knowles@Hq.Doe.Gov>, "Dredd, Travis" <Travis.Dredd@hq.doe.gov>, "Girrens, Steven P. (LANL)" <sgirrens@lanl.gov>, "Ferencz, Robert M." <ferencz1@llnl.gov>, "Morrow, Charles W" <cwmorro@sandia.gov>, "Chavez, Anne K" <akchave@sandia.gov>, <Bill.Lehr@noaa.gov>, "George.Guthrie@NETL.DOE.GOV>, <Donald.Maclay@mms.gov>, <pahsieh@usgs.gov>, <Donald.F.Cundy@uscg.mil>, Andy Bowen <abowen@whoi.edu>, "Robinson, Bruce A. (LANL)" <robinson@lanl.gov>, <Wereley@purdue.edu>, Alberto Aliseda <aaliseda@u.washington.edu>, <gerald.crawford@mms.gov>, "Pawar, Rajesh J. (LANL)" <rajesh@lanl.gov>, <buscheck1@llnl.gov>, Mark K Sogge <mark_sogge@usgs.gov>, <Bill.Lehr@noaa.gov>, <George.Guthrie@NETL.DOE.GOV>, <Donald.Maclay@mms.gov>, <pahsieh@usgs.gov>, <Donald.F.Cundy@uscg.mil>, "Robinson, Bruce A. (LANL)" <robinsori@lanl.gov>, <Wereley@purdue.edu>, Alberto Aliseda <aaliseda@u.washington.edu>, Andy Bowen <abowen@whoi.edu>
Cc: <mcnutt@usgs.gov>, <rcamilli@whoi.edu>, "Bowen, Amy D" <adbowen@sandia.gov>, <thad.w.allen@gmail.com>, <SLV@ios.doi.gov>
Subject: TIME CHANGE - TELECON SCHEDULED: TODAY, Saturday, July 31, 12:30pm CDT RE: Flow Analysis Activities for the MC252 Well

All,

Today's follow-on teleconference regarding flow analysis activities for the MC252 well has been **pushed back a half hour**.  This telecon will be held from **12:30pm-1:30pm CDT (1:30pm-2:30pm EDT, 11:30am-12:30pm MDT)**.

OFFICIAL USE ONLY

# Follow-on Flow Analysis Activities for the MC252 Well

Report-outs by Government Teams

PREDECISIONAL DRAFT

Saturday, July 31

12:30 – 1:30 PM CDT

OFFICIAL USE ONLY

# Agenda

| Time (CDT) | Speaker | Topic |
|---|---|---|
| 12:30-12:35 | Bill Lehr | Flow Visualization Before TopHat-4 |
| 12:35-12:40 | Dan Maclay | Reservoir – Time of Event with Production |
| 12:40-12:45 | George Guthrie | Nodal Analyses – Pre/Post Cut |
| 12:45-12:50 | Rich Camilli | Doppler Velocities → Kink and more |
| 12:50-12:55 | Paul Hsieh | Reservoir Studies Around Times of Well Integrity Test Shut-in |
| 12:55-1:00 | Art Ratzel | Flow prediction around Well Integrity Shut-in |
| 1:00-1:30 | Tom Hunter | Closure |

7/31/10

PREDECISIONAL DRAFT
Official Use Only

2

PNNL 06875

PNL-003-003320

# Flow Visualization Before TopHat-4

Bill Lehr

Alberto Aliseda

Steve Wereley

**BOEM**

7/31/10

PREDECISIONAL DRAFT
Official Use Only

3

PNNL 06876

PNL003-003321

# Reservoir – Time of Event with Production

## Gerald Crawford
## Don Maclay

### BOEM/USGS

7/31/10

PREDECISIONAL DRAFT
Official Use Only

4

PNNL 06877

PNL003-003722

# Flow Estimates
## Don Maclay (BOEM)

Assumptions for the case include the following:

Permeability = 250 md

Rock compressibility = $10 \times 10^{-6}$ psi$^{-1}$

GOR = 2,542 scf/stb

Annular flow outside of the production casing

PREDECISIONAL DRAFT
Official Use Only

7/31/10

5

PNNL_06878

PNL003-003323

# Results

## Base Case

- Initial production rate = 58,000 BOPD
- Flow day 87 = 52,000 BOPD
- Cumulative production = 4,700,000 BO

7/31/10

PREDECISIONAL DRAFT
Official Use Only

6

PNNL 06879

PNLDR3-003324

# Nodal Analyses – Pre/Post Cut

## George Guthrie

### NETL

7/31/10

PREDECISIONAL DRAFT
Official Use Only

7

# Nodal Flow Estimates
# George Guthrie (DOE NLs)



- New information on reservoir behavior (Hsieh) has been assessed and is consistent with initial reservoir model

- time variance behaves like skin

- nodal assessments averaged over skins/time so represent a time-"averaged" rate (but not time weighted)

- Two independent approaches to evaluate impact of depleting reservoir pressure (Hsieh IPR and coupled model) suggest ~15–20% impact over time/pressure depletion

  - effect is larger for scenario 2

| | Scenario 1 | Scenario 2 | Scenario 3 |
|---|---|---|---|
| Day 1 | 65824 | 122907 | 63433 |
| Day 18 | 45429 | 70092 | 44725 |
| Day 44 | 48799 | 78161 | 48462 |

- Assessment of new BOP observations are consistent with BOP treatment in nodal models

  - Nodal approach included impacts of partial closure of rams and uncertainty associated with potential time varying behavior of resistance

  - New BOP data are within

- Nodal models included resistance in drill flow-pipe

PREDECISIONAL DRAFT
Official Use Only

8

PNNL 06881

# Results





- Nodal analysis results are consistent with flow rates in the range 50–60 kbpd

- Spread in nodal analysis reflects remaining uncertainty in the system, even with incorporation of new data on reservoir (Hsieh) and BOP (additional pressure measurements)

- Primary driver is uncertainty in flow scenario

  - scenario 2 or scenario 1+2 result in flows that are generally higher when honoring reservoir in-flow behavior (reservoir permeability, skin, etc.)

7/31/10

PREDECISIONAL DRAFT
Official Use Only

9

# Doppler Velocities → Kink and more

## Rich Camilli
## Andy Bowen

## WHOI

7/31/10

PREDECISIONAL DRAFT
Official Use Only

10

PNNL 06883

PNL003-0003320

# Flow Estimates
## Rich Camilli, (WHOI)

Acoustic flow measurements were completed using a 1.8 MHz imaging multibeam sonar and 1.2MHz acoustic Doppler velocity profiler (ADCP) mounted to a work class remotely operated vehicle (ROV). Flow measurements were recorded at two distinct plume sites, above the riser pipe and at the kink above the BOP. Velocity estimates are derived from three different ADCP view angles above the riser pipe and three ADCP view angles above the BOP. Plume cross section measurements were completed using the imaging multibeam sonar concurrently with the ADCP on the ROV.

These acoustic measurements, (composed of approximately 16,000 ADCP data points, and 2,600 imaging sonar cross-section images) are used in conjunction with a liquid petroleum fraction of 43.7% (calculated from IGT sample) to calculate a flow rate on 5/31/10 of approximately 59,000 bbls/day.

Based on this 5/31/10 flow estimate and the DOE Tri-Lab Flow Modeling Team's WIT shut-in estimate (53,000 bbls/day), a linear flow rate trend is extrapolated for the interval between 4/20/10 and 7/14/10. The summation of each day's flow rate is then used to calculate a cumulative total flow from the well. This approach is consistent with the hypothesis that flow rate decreases approximately linearly with time as a result of well pressure decrease. Additional well flow/pressure data collected between 4/20/10 and 7/14/10 should be examined to ascertain if a non-linearly decreasing flow model would be more appropriate for estimating initial flow rate and cumulative release from the well.

7/31/10

PREDECISIONAL DRAFT
Official Use Only

11

PNNL 06884

PNL803-003329



# Results

## Oil flow from Deepwater Horizon MC252 well

calculated initial rate 64,000 bbls/day

WHOI measured rate (5/31/10) 59,000 bbls/day

calculated total release as of shut-in 5 Million bbls

DoE measured rate during WIT 53,000 bbls/day

oil output from well (thousands bbls/day)

cumulative total of oil from well (millions bbls)

date

PREDECISIONAL DRAFT
Official Use Only

7/31/10

12

PNNL 06885

PNL003-003330

# Reservoir Studies Around Times of Well Integrity Test Shut-in

## Paul Hsieh

## USGS

7/31/10

PREDECISIONAL DRAFT
Official Use Only

13

# Flow prediction around Well Integrity Shut-in

## Art Ratzel

## DOE Team

7/31/10

PREDECISIONAL DRAFT
Official Use Only

14

PNNL 06887

# DOE Team Estimates for Flow Rates



Relative Flow of Oil into Ocean

Decrease in Flow due to Reservoir Depletion

| Event | # |
|---|---|
| Fire | 1 |
| Riser Sinks | 3 |
| RITT Tool | 27 |
| Top Kill | 37 |
| Riser Cut Top Hat #4 | 45 |
| Capping Stack | 84 |
| Sealed | 87 |

Junk
Erosion
4% Increase
4% Decrease

## Assumptions

- Linear fit for Reservoir Depletion of 1800psi (Hsieh est.)
  - Pinitial = 11850psi
  - Pfinal = 11050psi
- Events effecting flow rate (see chart)
- Riser cut and stacking cap (indeterminant)
- Top Kill effect not considered (indeterminant)
- Oil directly recovered: 804k bbls (per BP)

## Results from Flow Rate Models

- **Shut-in flow rate:** Used DOE Team methods 1 &2 (Kill Line models) – 53K bopd
- **Initial State:** Used reservoir initial condition and DOE team methods ( Reservoir-to-Sea models) ~65K bpod (did not correct for riser pipe in the calculation)
- **Riser cut:** DOE team predicted 4% increase
- **Install of Capping Stack:** DOE team computed ~4% decrease in flow rate

7/31/11

Official Use Only

15

PNNL 06888

PNL003-003333

# DOE Team Flow Results for 87 Days



Riser cut ~4% increase - 59.8 bopd

following riser fall to seabed with riser attached - ~62 bopd

Stacking Cap installed - 53 bopd

**Checked assumption of linearity for flows against results for linear reservoir depletion model and good agreement**

**Integral Release ~4.9 million barrels**

**7/31/ Oil Collected ~0.8 million barrels (from BP)**

16

PNNL 06889

# Discussion and Close-out

## Tom Hunter

7/31/10

PREDECISIONAL DRAFT
**Official Use Only**

17

PNNL 06890



PREDECISIONAL DRAFT
Official Use Only

7/31/10

18

PNNL 06891



PREDECISIONAL DRAFT
Official Use Only

# Flow prediction around Well Integrity Shut-in

## Art Ratzel

## DOE Team

7/30/2010

PREDECISIONAL DRAFT
Official Use Only

75

# Flow Modeling Activities

**Art Ratzel,**
**Sandia National Laboratories**

**Representing the work of the DOE**
**Tri-Lab Flow Modeling Team**





USGS
science for a changing world



Los Alamos
NATIONAL LABORATORY

Sandia
National
Laboratories

Lawrence Livermore
National Laboratory

7/30/2010

PREDECISIONAL DRAFT
Official Use Only

76

PNNL 06859

PNL003-003339

# Time & Situation
## Problem Statement

As part of preparations for the Well Integrity Test, analyses were performed to predict key attributes for a contained and leaking well.

*In support of the Well-Integrity studies related to shut-in, the flow modeling team was tasked with predicting the liquid volume "flow" rate (stock-tank barrels of oil per day)*

## Related questions

- Can the results from the WIT Shut-in test be used to predict the flow rate for other times/events after the accident?
- What is the flow path inside the well – central, annular, or both?
- Is the well leaking?
- What is the pressure in the well below the BOP?

7/30/2010

PREDECISIONAL DRAFT
Official Use Only

77

PNNL 06860



Shut-in of the 3-Ram Capping Stack provided opportunities for estimating flow

Kill Line Attachment

Pressure Transducers PT-3K-1 and PT-3K-2

Choke Line Attachment

PREDECISIONAL DRAFT
Official Use Only

7/30/2010

78

PNNL 09661

PNNL003-003341



# Model Description/Attributes
## Kill and Choke Line Geometry

Note: K-factors reported in the figure were used by LANL; each analyst developed models and their own k-factors with this schematic as reference

PREDECISIONAL DRAFT
Official Use Only

PNNL 06862

PNNL003-003342

7/30/2010

# Summary of Three Computational Methods Pertaining to Well Integrity Test Configuration



- **Method 1:** Delta Pressure /Delta Flow Analyses (Kill Line); uses results for different times and flow conditions

- **Method 2:** Kill Line Flow Analyses (network of resistances to compute flow through kill line to sea using pressure at choke valve)

**Method 3:** Choke Line Flow Analyses (computes flow using pressure at choke valve during choke valve closure and network of resistances)

7/30/2010

PREDECISIONAL DRAFT
Official Use Only

80

# Well Integrity Test Modeling Efforts:
## Knowns, Assumptions and Uncertainties

### Knowns

- Known geometry for the Capping stack
- Pressure readings from 2 gauges in 3-Ram Capping Stack with pretest calibration at seabed
- Surface vessel recovery rates and volumes during some operations

### Assumptions

- Reservoir pressure prior to accident and estimates for depletion (~1800 psi)
- Temperature of flowing hydrocarbon at wellhead (before initiation of well integrity test) - estimated at 180-200F
- No well leakage
- Steady state flow
- Productivity Index of the reservoir (PI assumed to be ~50)

### Uncertainties

- EOS and multiphase flow models
- K-factors and choke valve vendor data for multiphase flow regimes

7/30/2010

PREDECISIONAL DRAFT
Official Use Only

81

PNNL 06864

PNLB03-B03344

# Choke Pressures on July 14-15 Under Differing Flow Conditions through Kill Line

Well Integrity Test — Boa Subsea



Kill-Line open

Kill-Line open and upstream collection by Q4000 and HP1

Capping stack rams, Kill-Line & Choke lines open

Kill-Line & Choke lines open- choke line fitting leak

"Preferred" transducer is in green – has 10 psi DC offset not corrected in figure; evaluations performed at seabed

7/30/2010

PREDECISIONAL DRAFT
Official Use Only

82

# Delta Pressure Analyses – Method 1

- Analysis Method: Use two steady flow conditions

  – Initially all flow through the Kill Line

  – Later flow split through the Kill Line and collection lines (HP1 and Q4000 collection)

  – Back out total flow due to change in Kill Line pressure

- Assumptions

  – Assumes fluid density does not significantly change - 15% change in density may yield a 8% error in flow rate.

  – Assumes resistance does not significantly change (relaxing multiphase effects assumption not yet verified)

  – Requires an estimate of flow decrease from well due to changing back pressure

7/30/2010

PREDECISIONAL DRAFT
Official Use Only

83

PNNL 06866

PNL.BО3-60334G

# Flow estimates for step change in flow and pressure measurement

- Flow through a constant resistance when collection exists: low choke pressure, late time

$$\Delta P_2 = KQ^2$$

- Modify flow rate due to known collection rate change (w) and less flow up well (g): high choke pressure, early time (base case)

- Solve for Q and K from two equations

$$\Delta P_1 = K(Q + w - g)^2$$

PREDECISIONAL DRAFT
Official Use Only

84

PNNL_06867

# Delta Pressure Analyses – Method 1 (cont'd)

- ## Model Advantages

  - Geometrical effects minimized – Does not require determining K from single phase relations, nor does it require a two phase correction

  - Uses steady flow measurements for comparison to a steady model

- ## Model unknowns

  - Pressure measurement +/- 10psi

  - Flow decrease due to back pressure increase 1000 +/- 500 bopd

  - Ambient pressure 2189 +/- 2 psi

  - Collection rates +/- 1000 bopd

- ## Results: total flow out the kill and collected at beginning (Q+w)

  - Total flow range (collection case) from **52,600 to 52,900 bopd** (no parameter variation) for various quasi-steady time periods

  - Error bars are difficult to estimate due to use of single phase concepts for a multiphase flow (model inaccuracies).

  - Ignoring model inaccuracies, the flow range is **48,000 to 58,000 bopd** given model unknowns above. Total error may be greater.

PREDECISIONAL DRAFT
Official Use Only

85

PNNL 0686B

PNL003-003146

# Kill Line Analyses – Method 2

- **Analysis Method: Flow through the Kill Line**
  - Model flow restrictions between the choke pressure gage and exit into sea
  - Use measured $P_{cs}$ and known $P_{sea}$
  - Two cases:
    - Flow only through kill line to exit
    - Some flow through the Kill valve to exit, some diverted upstream to HP1 and Q4000 collection vessels

- **Resulting Model: Network Model**

- **Assumptions**
  - Kill line gate valves are wide open
  - All flow into 3-ram stack exits through kill line
  - No elevation change of kill line



Flow direction
(BOP Below)

PREDECISIONAL DRAFT
Official Use Only

26

PNNL 06809

# Kill line Analysis Results Method 2

## Kill Line open and no shipboard collection

| Lab | P_choke (psia) | P_sea (psia) | Oil from kill line (bopd) | Oil collected on ship (bopd) | Total oil flow (bopd) |
|---|---|---|---|---|---|
| Sandia | 2615 | 2192 | 51000 | 0 | 51000 |
| LLNL | 2615 +/- 10 | 2192 | 47,900 / 49,200 | 0 | 47,900 / 49,200 |

## Kill Line open and shipboard collection: 04:30-05:30

| Lab | P_choke (psia) | P_sea (psia) | Oil from kill line (bopd) | Oil collected on ship (bopd) | Total oil flow (bopd) |
|---|---|---|---|---|---|
| Sandia | 2343 | 2192 | 29700 | 22100 | 51800 |
| LLNL | 2343 +/- 10 | 2192 | 26,500 / 28,400 | 22,000 +/- 1100 | 47,400 / 51,600 |

## Kill Line open and shipboard collection: 06:30-07:30

| Lab | P_choke (psia) | P_sea (psia) | Oil from kill line (bopd) | Oil collected on ship (bopd) | Total oil flow (bopd) |
|---|---|---|---|---|---|
| Sandia | 2376 | 2192 | 32900 | 18,900 | 51800 |
| LLNL | 2376 +/- 10 | 2192 | 29,660 / 31,450 | 18,940 +/- 950 | 47,650 / 51,340 |

| Range Min | Range Max |
|---|---|
| 47,430 bopd | 51,570 bopd |

Pressure and collection data uncertainties are being developed by BP – uncertainty analyses to follow

7/30/2010

8/

PNL003-003350

# Kill Line Analyses – Method 2 (cont'd)

- Model Advantages
  - Simple geometry, does not include reservoir or well.
  - Well-defined geometry and boundary conditions-fully prescribed problem
  - Trust in pressure boundary conditions

- Model Limitations/Issues
  - Two-phase flow losses may be inaccurate
  - Head loss at closed ram/angle into kill line (stagnation flow) not fully understood

Results Summary
- Flow only through Kill Line: Average Flows of **48-51K bopd**
- Flow through Kill Line with **~19-22K bopd** removed upstream: : Average Flows of **47-52K bopd**

7/30/2010

PREDECISIONAL DRAFT
Official Use Only

88

PNNL 06871

PNLB03-003351

# Extrapolation to earlier times:
## Approximate Model Results

- **Three time periods to consider**
  - WIT with all flow out kill line (base case)
    - 10050 psi reservoir to 2600 psi at kill line exit
  - Just before WIT without capping stack
    - 10050 psi reservoir to 2175 psi ambient
  - Initial state (maximum flow)*
    - 11850 psi reservoir to 2175 psi ambient;

*Note: This case never existed (i.e. initial state included resistance at kink in riser), but this does allow an estimate of a limiting maximum flow

| | Base case | w/o capping stack | Maximum flow |
|---|---|---|---|
| linear | 53000 | 56950 | 73300 |
| quadratic | 53000 | 54940 | 62330 |
| realistic | 53000 | 55170 | 63450 |
| Full Well Model | 53000 | 56000 | 65900 |

The model captures key attributes of the full well model without the added complexity

7/30/2010

PREDECISIONAL DRAFT
Official Use Only

106

PNNL 06872

PNL0003-003352

PNNL 06849

(703) 648-4454 (fax)
(571) 296-6730 (bb)
(831) 915-4699 (cell)
www.usgs.gov
*USGSUSGSUSGSUSGSUSGSUSGSUSGSUSGSUSGSUSGS*

---

**From:** Chavez, Anne K <akchave@sandia.gov> [mailto:Chavez, Anne K <akchave@sandia.gov>]
**Sent:** Thursday, July 29, 2010 7:21 PM
**To:** "Chavez, Anne K" <akchave@sandia.gov>; "'Bill.Lehr@noaa.gov'" <Bill.Lehr@noaa.gov>; "'George.Guthrie@NETL.DOE.GOV'" <George.Guthrie@NETL.DOE.GOV>; "'Donald.Maclay@mms.gov'" <Donald.Maclay@mms.gov>; "'pahsieh@usgs.gov'" <pahsieh@usgs.gov>; "'Donald.F.Cundy@uscg.mil'" <Donald.F.Cundy@uscg.mil>; "'Andy Bowen'" <abowen@whoi.edu>; "Robinson, Bruce A. (LANL)" <robinson@lanl.gov>; "'Wereley@purdue.edu'" <Wereley@purdue.edu>; "'Alberto Aliseda'" <aaliseda@u.washington.edu>
**Cc:** "Ratzel, Arthur C" <acratze@sandia.gov>; "hunsaker61@comcast.net" <hunsaker61@comcast.net>; "'mcnutt@usgs.gov'" <mcnutt@usgs.gov>; "'Dr. Richard Camilli (rcamilli@whoi.edu)'" <rcamilli@whoi.edu>; "Bowen, Amy D" <adbowen@sandia.gov>; "Hurst, Kathleen T" <kthurst@sandia.gov>; "Hunter, Tom" <tohunte@sandia.gov>
**Subject:** REMINDER - TELECON SCHEDULED: TOMORROW, Friday, July 30, 12:00pm CDT RE: Flow Analysis Activities for the MC252 Well
**Importance:** High

All,
Thank you in advance for your participation in tomorrow's teleconference regarding flow analysis activities for the MC252 well. As a reminder, this telecon will be held from 12:00pm-5:00pm CDT (1:00pm-6:00pm EDT, 11:00am-4:00pm MDT). **Please use 202-287-6677 for this call.** The intent of this meeting is to review the different methods, evaluate the uncertainties, and to come to consensus on a revised, more informed estimate on flow. Senior leadership is expecting a consolidated report by Friday night.

We have attached a slide template for your use with some recommended guidelines to help keep discussions in line with the day's agenda (see page 2 of the attached). We encourage you to work your portion of the response with your colleagues, but in the interest of time, we request that only the individuals listed on the agenda actually present information. Should questions associated with technical details arise, your colleagues are welcome to contribute to the discussion.

**OFFICIAL USE ONLY**

PNNL 06850

Subject: FW: RE: REMINDER - TELECON SCHEDULED: TOMORROW, Friday, July 30,12:00pm CDT RE: Flow Analysis Activities for the MC252 Well
Date: Friday, July 30, 2010 10:09 AM
From: Gauglitz, Phillip A <phillip.gauglitz@pnl.gov>
To: Jim Fort <james.fort@pnl.gov>

**From:** George Guthrie [mailto:George.Guthrie@NETL.DOE.GOV]
**Sent:** Friday, July 30, 2010 10:00 AM
**To:** Rajesh Pawar; Curt Oldenburg; Todd Weisgraber; Grant Bromhal; Gauglitz, Phillip A
**Subject:** Fwd: RE: REMINDER - TELECON SCHEDULED: TOMORROW, Friday, July 30,12:00pm CDT RE: Flow Analysis Activities for the MC252 Well

FYI...

>>> "Marcia K McNutt" <mcnutt@usgs.gov> 7/29/2010 8:58 PM >>>
Participants in the flow rate discussion -

I have had a few conversations while I was back in Washington, DC today about the needs of our leadership for an outcome for the meeting Friday afternoon. A few things have changed since we first set up the meeting, not the least of which has been significant media coverage speculating on an oil budget. It would be most helpful if the meeting could result in a flow rate or rates as a function of time that could be used to estimate the oil released over the duration of the incident. (Numbers are well in hand to correct for the oil that was captured through containment, etc.)

Clearly this number or these numbers should be expressed with their full associated uncertainties.

I will be calling into the meeting tomorrow between airplane flights, but hope to make most of the meeting except for about an hour or so. I want to express my appreciation to everyone for convening on such short notice.

Thanks.

Marcia

*USGSUSGSUSGSUSGSUSGSUSGSUSGSUSGSUSGSUSGS*
Dr. Marcia K. McNutt
Director, U.S. Geological Survey
12201 Sunrise Valley Drive MS 100
Reston, VA 20192
(703) 648-7411 (office)

**OFFICIAL USE ONLY**

PNNL 06851

**Please send your completed slide package to me no later than 9:00am CDT tomorrow so they can be distributed prior to the discussion at noon.**

Please contact me with any questions.  Thank you.

Annie Chavez
Sandia National Labs
505-414-5149

OFFICIAL USE ONLY

PNL003-003355

# Flow Analysis Activities for the MC252 Well

Report-outs by Government Teams

## PREDECISIONAL DRAFT

### Friday, July 30

### 12:00 – 5:00 PM CDT

PREDECISIONAL DRAFT
Official Use Only

PNNL 05652

PNNL-003-08035

# Introduction and Intent

## Tom Hunter

7/30/2010

PREDECISIONAL DRAFT
Official Use Only

2

PNNL 06853

PNL7043 003 TMB

# Agenda

| Time (CDT) | Speaker | Topic |
|---|---|---|
| 12:00-12:15 | Tom Hunter | Intro/Intent/Chronology |
| 12:15-12:45 | Bill Lehr | Flow Visualization Before TopHat-4 |
| 12:45-1:15 | Dan Maclay | Reservoir – Time of Event with Production |
| 1:15-2:00 | George Guthrie | Nodal Analyses – Pre/Post Cut |
| 2:00-2:15 | *Break* | |
| 2:15-2:45 | Andy Bowen | Doppler Velocities → Kink and more |
| 2:45-3:15 | Paul Hsieh | Reservoir Studies Around Times of Well Integrity Test Shut-in |
| 3:15-4:00 | Art Ratzel | Flow prediction around Well Integrity Shut-in |
| 4:00-5:00 | Tom Hunter | Discussion and Close-out |

7/30/2010

PREDECISIONAL DRAFT
**Official Use Only**

3

## Timeline for the Deepwater Horizon Events

| Date | Time if available | Events – Flow Conditions | Collection |
|---|---|---|---|
| 20-Apr | | Explosion and fire; oil continues to flow to damaged platform at ocean surface | None |
| 22-Apr | | Rig sinks; oil and gas flow into ocean from sunken riser | None |
| 5-May | | One of three leaks stopped on broken riser | None |
| 8-May | | Cofferdam lowered on broken riser; fails due to icing | Attempted |
| 16-May | | Riser Insertion Tool (RITT) begins to recover some oil | RITT on-line |
| 25-May | | Riser Insertion Tool (RITT) removed | None |
| 26-May | | Top kill begins | None |
| 29-May | | Top kill ends - unsuccessful | None |
| 1-Jun | | First Shear Cut | None |
| 3-Jun | | Second Shear Cut | None |
| 3-Jun | | Top Hat # 4 Installed  (Enterprise recovering) | Enterprise on-line |
| 16-Jun | | Top Hat # 4 Operational  (Q4000 on line and recovering from BOP manifold line) | Enterprise and Q4000 on-line |
| 29-Jun | | 2nd set of Pressure Transducers introduced into Top Hat #4 to support flow rate estimation | Enterprise and Q4000 on-line |
| 10-Jul | | Top Hat #4 Removed | Q4000 on-line |
| 12-Jul | | Flange Removed - Spool Flange Installed | Q4000 on-line |
| 12-Jul | | 3-Ram Capping Stack Landed/secured | Q4000 on-line |
| 13-Jul | | HP1 came on-line; recovering from BOP manifold line | Q4000 online; HP1 coming online |
| 13-Jul | ~4:00 PM | Started  Well Integrity Test - shut-in operations initiated | None |
| 13-Jul | 5:48 PM | Terminated shut-in test due to leak in choke line of stacking cap flow diverted to kill side of stack only | None |
| 15-Jul | 12:15 AM | Recovery resumes(during repairs to choke line) with Q4000 and HP1 operational | Q4000 and HP1 brought back on-line |
| 15-Jul | ~12:00 PM | Recovery stopped - Well Integrity shut-in  begins | None |
| 15-Jul | 2:30 PM | Well Integrity test shut-in completed | No flow; shut-in |

OFFICIAL USE ONLY

4

PNNL 06855

PNL003-003759



PREDECISIONAL DRAFT
Official Use Only

PNL003-003360

# Problem Statement

* The intent of this meeting is to review the different methods, evaluate the uncertainties, and to come to consensus on a revised, more informed estimate on flow.

7/30/2010

PREDECISIONAL DRAFT
**Official Use Only**

6

PNNL 06857

PNNL 06848

Saturday, July 31, 2010 7:10 AM

**Subject:** Fwd: TELECON SCHEDULED: TOMORROW, Saturday, July 31, 12:00pm CDT RE:Follow-on to Flow Analysis Activities for the MC252 Well
**Date:** Friday, July 30, 2010 4:36 PM
**From:** George Guthrie <George.Guthrie@NETL.DOE.GOV>
**To:** Rajesh Pawar rajesh@lanl.gov, Curt Oldenburg CMOldenburg@lbl.gov, Tom Buscheck buscheck1@llnl.gov, Todd Weisgraber weisgraber2@llnl.gov, Grant Bromhal Grant.Bromhal@NETL.DOE.GOV, Jim Fort james.fort@pnl.gov, Gauglitz, Phillip A phillip.gauglitz@pnl.gov
**Conversation:** TELECON SCHEDULED: TOMORROW, Saturday, July 31, 12:00pm CDT RE:Follow-on to Flow Analysis Activities for the MC252 Well

>>> "Bowen, Amy D" <adbowen@sandia.gov> 7/30/2010 7:19 PM >>>
All,

We have scheduled a follow-on teleconference for flow analysis activities for the MC252 well TOMORROW, Saturday, July 31, from 12:00pm-1:00pm Central (1:00pm-2:00pm Eastern, 11:00am-12:00pm Mountain). **Please use 202-287-6677 for this call. If you are able to attend in person, this meeting will be held in 8P Westlake Four, room 1814.**

Agenda is attached.  Presentation materials will be distributed tomorrow morning prior to the call.

Please contact me with any questions.  Thank you.

| Time (CDT) | Speaker | Topic |
|---|---|---|
| 12:00-12:05 | Bill Lehr | Flow Visualization Before TopHat-4 |
| 12:05-12:10 | Dan Maclay | Reservoir – Time of Event with Production |
| 12:10-12:15 | George Guthrie | Nodal Analyses – Pre/Post Cut |
| 12:15-12:20 | Andy Bowen | Doppler Velocities - Kink and more |
| 12:20-12:25 | Paul Hsieh | Reservoir Studies Around Times of Well Integrity Test Shut-in |
| 12:25-12:30 | Art Ratzel | Flow prediction around Well Integrity Shut-in |
| 12:30-1:00 | | Open Discussion |

Amy Bowen
Sandia National Labs
575-770-1729

OFFICIAL USE ONLY

PNL003-003362

PNNL 06900

7/31/10   Multi Team Telecon                    1/3

David Hays of Rob O'Connor for Washington

Marsha   GOR charged over time, BP
says typical   0.29 → move oil if time
                        Q4wo, Enterprise

[Phase] 1
                  risk cut on Day 45
"does anyone want to put a number on big frac" Steve W
   used  29%  past, now 43-44%
             1.35 x seafloor to
" day 45  could be in high 80's "


[Don]

   annulus flow outside the casing
        a little over 1000 psi depletion (1100)

   closer to  16-18

[George]

OFFICIAL USE ONLY

PNL003-003363

PNNL 06901

$P_{BOP}$ 4400 ——topkill
                        junk

[Woods Hole] 900psi/ 3500

drop

[Paul Hsieh]

gave IPR₁ to NL modelers

1800 psi soon after shut in
w/ gradual recovery
probably ~1500 psi

if RC @ 5ft/psi    what reservoir now?

7000 +8/12000        13000 wft to Res

slightly rec. 10,000 psi

[WIT]
[Brown]

David Hays there & few of
fewi — no visible oil, assuming
all burned

OFFICIAL USE ONLY  did also not believe any diesel

ok w/ (1030 amount).
arg → Shelbn → shelbn quotes getting static
by Sety Chu "gov' best estimate" will out. to refine "
So Sheldon want no error bar!

PNL003-003364

PNNL 06902

3/3

Tom Hunter still
Pushing for 10%, integral or daily

Will add

Cabinet work clean nice number

Uncertainly still being worked out
± 10% feels better
± 5% too tight

4.9 mbbl ± 10% as trimmed est. refine this

"As far as US Gov neg w/ BP this is good
enough." (Steve)
represents high negotiation of Steve people

BP collects 0.8 M certifying that
w/ calibration this week

Rod & Secty writing up
"Argument of thumb" to all.     Secty Chu

OFFICIAL USE ONLY

PNL003-003365