# Exhibit 3

## Excerpts from Dr. Ronald Dykhuizen Deposition Transcript Volume 2

## Taken June 20, 2013

### Page 400

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL       ) MDL NO. 2179
BY THE OIL RIG         )
"DEEPWATER HORIZON" IN ) SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010         ) JUDGE BARBIER
                       ) MAG. JUDGE SHUSHAN

*****************
VOLUME 2
*****************

Continuation of the deposition of Ronald Copeland Dykhuizen, Ph.D., taken at the Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 20th day of June, 2013.

### Page 401

1  APPEARANCES
2
3
4  APPEARING FOR BP, INC:
     Mr Matthew T Regan
5    KIRKLAND & ELLIS
     300 North LaSalle
6    Chicago, Illinois 60654
7    Ms Bridget K O'Connor
     KIRKLAND & ELLIS
8    655 Fifteenth Street, NW
     Washington, D C 20005-5793
9
10 APPEARING FOR TRANSOCEAN:
     Mr Paul C Thibodeaux
11   Ms Mary K Klinefelter
     FRILOT
12   1100 Poydras Street, Suite 3600
     New Orleans, Louisiana 70163
13
14 APPEARING FOR ANADARKO PETROLEUM COMPANY:
     Mr Warren Anthony Fitch
15   BINGHAM MCCUTCHEN
     2020 K Street, Northwest
16   Washington, D C 20006-1806
17 APPEARING FOR HALLIBURTON:
18   Ms Gwen E Richard
     GODWIN LEWIS
19   1331 Lamar, Suite 1665
     Houston, Texas 77010-3133
20
     Mr Prescott W Smith
21   Ms Kali Thomson
     GODWIN LEWIS
22   Renaissance Tower
     1201 Elm Street, Suite 1700
23   Dallas, Texas 75270-2041
24
25

### Page 402

1  APPEARING FOR THE UNITED STATES:
     Mr Scott Cernich
2    U S DEPARTMENT OF JUSTICE
     601 D Street, N W
3    Washington, D C 20004
4    Mr David L McIlwain
     U S DEPARTMENT OF JUSTICE
5    ENVIRONMENT & NATURAL RESOURCES DIVISION
     Ben Franklin Station
6    Post Office Box 7611
     Washington, D C 20044-7611
7    601 D Street, N W
     Washington, D C 20004
8
     Mr Gordon Speights Young
9    U S DEPARTMENT OF JUSTICE
     ENVIRONMENT & NATURAL RESOURCES DIVISION
10   Post Office Box 7611
     Ben Franklin Station
11   Washington, D C 20044-7611
     ENRD Mailroom
12   601 D Street, N W
     Washington, D C 20004
13
14 APPEARING FOR THE STATE OF LOUISIANA:
     Mr Douglas R Kraus
15   Attorney for Louisiana Attorney General
     KANNER & WHITELEY
16   701 Camp Street
     New Orleans, Louisiana 70130-3504
17
18 ALSO PRESENT:
     Mr Peter Jennings, Videographer
19   Mr Ray Aguirre, Case Manager
     Mr James Deel, Logistics
20   Mr Nicholas Jones
     Mr Christopher Whelen
21
22
23
24
25

### Page 403

1          INDEX
2  VIDEOTAPED ORAL DEPOSITION OF
   RONALD COPELAND DYKHUIZEN, PH D
3          JUNE 20, 2013
           VOLUME 2
4
5
6  Appearances                                401
7
   Continued Direct Examination-Mr Regan      406
8  Examination-Mr Fitch                       515
   Examination-Mr Thibodeaux                  563
9  Examination-Mr Smith                       588
   Examination-Mr Cernich                     612
10 Redirect Examination-Mr Regan              618
11
   Changes and Signature                      665
12 Reporter's Certificate                     667
13
14      EXHIBIT INDEX
15
   Ex No      Description           Marked
16
17 11459  CD labeled BP-HZN-2179MDL05742359;
          Native, containing Excel
18        spreadsheets, the last of which
          contains Observations             427
19
   11460  Convective Boiling and
20        Condensation, John G Collier,
          Table of Contents, Preface and
21        Pages 65 through 105; 47 pages   530
22 11461  Expert Report of Dr Sankaran
          Sundaresan, Estimates of Flow Rate
23        Preceding Shut-In on July 14-15,
          2010, Submitted by Transocean
24        Offshore Deepwater Drilling, Inc,
          marked as CONFIDENTIAL; 28 pages 535
25

### Page 508

1  the well had less resistance than what you've
2  assumed in reaching your five million cumulative
3  flow number?
4        MR. CERNICH: Object to form.
5     Q. (By Mr. Regan) That is, less resistance
6  and then a period of time of, perhaps, more
7  resistance, the example you just gave.
8        MR. CERNICH: Objection.
9     A. It is my opinion that Top Kill didn't
10 affect resistance.
11       However, when we were discussing Top
12 Kill, you wanted to propose that Top Kill did
13 affect resistance to negate that calculation, and
14 now you want to accept my conclusion that Top
15 Kill didn't affect resistance, so we can
16 cherry-pick as we want and go.
17       But with my assumption, I'm making
18 consistent assumptions in my Top Kill Analysis as
19 we're making here.
20    Q. M-h'm.
21    A. There was no change in resistance due to
22 Top Kill; and, therefore, I'm trying to support
23 this.
24    Q. M-h'm.
25    A. But that was not the question you asked.

### Page 509

1  You said: Are there any assumptions I could
2  make --
3     Q. M-h'm.
4     A. -- that would make the five million
5  barrels a day not a maximum?
6        And so I suggested that. That was not
7  what I assumed. It's not what I believe.
8     Q. M-h'm.
9     A. But I suggest that to answer your
10 question.
11    Q. Do you view someone asking you questions
12 about your assumptions as being "cherry picking"?
13       MR. CERNICH: Object to form.
14    A. You just want me to make general assum --
15 agreements with your statements, and your
16 statements are self-contradictory now than they
17 were before. And you're trying to have me reduce
18 my integral of flow with every assumption you're
19 making, and that seems to me as -- as cherry
20 picking.
21    Q. (By Mr. Regan) I'm asking you questions,
22 one at a time, and asking for your truthful
23 answers under oath. That's what I'm doing.
24    A. Okay.
25    Q. All right.

### Page 510

1        MR. CERNICH: And the witness has
2  given you truthful answers.
3     Q. (By Mr. Regan) Right. I'll -- so I'm not
4  cherry picking. I'm just asking you about your
5  work, and I'm going to ask you about your work
6  for about another hour and eight minutes. Okay?
7     A. Okay.
8     Q. Do you have assumptions in your work?
9     A. Yes.
10    Q. Is it fair for me to ask you about your
11 assumptions?
12    A. Yes, it is.
13    Q. Okay. Do you assume that the
14 restrictions didn't change over 87 days other
15 than a cut in the riser and the installation of
16 the capping stack?
17    A. Yes, I do.
18    Q. Does that assumption have uncertainty?
19    A. Yes.
20    Q. Is it possible that there were greater
21 restrictions?
22       MR. CERNICH: Object to form.
23    A. It is possible that they are different
24 restrictions. They could be greater, and they
25 could be less.

### Page 511

1     Q. (By Mr. Regan) So is it possible there
2  were greater restrictions?
3     A. Yes.
4     Q. Is it possible there were less
5  restrictions?
6     A. Yes.
7     Q. And is that one of the reasons that your
8  estimate of five million barrels could be
9  inaccurate?
10       MR. CERNICH: Object to form.
11    A. That is definitely true, that my estimate
12 of five million barrels has a significant error
13 to it.
14    Q. (By Mr. Regan) All right. And the
15 "significant error" is on -- as you testified
16 yesterday, on the order of plus or minus
17 30 percent, correct?
18    A. That is correct.
19    Q. And I'm trying to explore the basis for
20 the greater 30 percent.
21    A. Okay.
22    Q. Okay? So --
23    A. Let me volunteer something.
24    Q. Now, let me ask you a question.
25    A. Okay.

512

1  Q. The question is --
2      MR. CERNICH: Can he -- the witness
3  can finish --
4      MR. REGAN: I --
5      MR. CERNICH: -- answering your
6  question.
7      MR. REGAN: He -- he had finished
8  answering his question. He wants to --
9      MR. CERNICH: No, he --
10     MR. REGAN: -- volunteer
11 information. He's not going to volunteer
12 information.
13     MR. CERNICH: In response to your
14 question.
15     MR. REGAN: No, he's not. No, he's
16 not.
17     MR. CERNICH: In response to your
18 question --
19     MR. REGAN: Read the question.
20     MR. CERNICH: -- he was answering a
21 question.
22     MR. REGAN: I hadn't even asked a
23 question yet.
24     I'm going to try to explore the basis for
25 the greater 30 percent. Let me ask the

513

1  questions.
2      MR. CERNICH: And you said, okay --
3      MR. REGAN: The question --
4      MR. CERNICH: -- question mark.
5      MR. REGAN: I said, "The question
6  is --"
7      MR. CERNICH: You said, okay,
8  question mark.
9      MR. REGAN: I said, "The
10 question is," Scott. I said, "The question
11 is --"
12     MR. CERNICH: You said, okay,
13 question mark.
14     MR. REGAN: Here we go.
15  Q. (By Mr. Regan) Dr. Dykhuizen --
16  A. Yes.
17  Q. -- have you seen any basis, from the
18 empirical evidence that you looked at, that there
19 was an absence of restrictions that would support
20 a flow rate of 6.5 million barrels out of Macondo
21 in 87 days?
22     MR. CERNICH: Object to form.
23  A. Could you repeat the question, please?
24  Q. (By Mr. Regan) Dr. Dykhuizen, have you
25 seen any basis, from the empirical evidence that

514

1  you looked at, that there was an absence of
2  restrictions that would support a flow rate of
3  6.5 million barrels out of Macondo in 87 days?
4      A. I see that previously you asked me my
5  error bar on the five million barrels a day, and
6  I said the error bar was as much as 30 percent.
7      Q. M-h'm.
8      A. I will admit that they are much more
9  likely to be a lower value than a higher value.
10 I think 6.5 million barrels a day is much -- very
11 unlikely.
12     3.5 million barrels a day, the 30 percent
13 lower, has more likelihood than 30 percent
14 higher. I tried to volunteer this, but you cut
15 me off.
16  Q. Okay.
17     MR. REGAN: Those are the questions
18 I have now. I'll reserve the rest of my time.
19     And with respect to that,
20 Dr. Dykhuizen, I didn't mean to cut you off. I
21 don't believe that I have, but it's all written
22 down. So we can -- we can judge it for
23 ourselves.
24     I'll -- I'll reserve the last hour.
25     MR. CERNICH: Okay.

515

1      THE VIDEOGRAPHER: The time is
2  10:37 a m. We're off the record, ending Tape 11.
3      (Recess from 10:37 a m. to 11:49 a m.)
4      MR. FITCH: I think we can start
5  when you're ready.
6      THE COURT REPORTER: Yes, sir.
7      THE VIDEOGRAPHER: All set?
8      The time is 10:49 a.m. We're back on the
9  record, beginning Tape 12.
10         EXAMINATION
11 QUESTIONS BY MR. FITCH:
12  Q. Doctor, as I mentioned a moment ago, I'm
13 Tony Fitch. I represent another Defendant in
14 this action, Anadarko Petroleum Company.
15     When the -- you refer to the 2010 DOE
16 Report sometimes as the Ratzel Report, correct?
17  A. Yes.
18  Q. Okay. And what is your view of what your
19 role in the work leading up to that Report and
20 issuing that Report consists of?
21  A. Technically, my role was I wrote the
22 first draft, and then Dr. Ratzel decided that he
23 would take over the analysis of that, so he
24 performed the collection of information from the
25 three National Laboratories. And at that point,

Worldwide Court Reporters, Inc.
PURSUANT TO CONFIDENTIALITY ORDER

624

1  MR. CERNICH: Objection, form.
2  A. The calculations where I estimate K
3  values and given an inlet and an outlet pressure,
4  an estimate of flow is very standard. The other
5  calculations, where I try to infer a K, may not
6  be nearly as standard but is not difficult to
7  understand.
8  Q. (By Mr. Regan) M-h'm.
9  A. Any Engineer should be able to understand
10 that work. If any Engineer can understand that
11 work, I guess we can call it "standard." There
12 isn't a definition of what "standard" is.
13 **Q. Right. Did you use standardized software**
14 **or commercially available programs to arrive at**
15 **the opinions that you're expressing in this case?**
16 MR. CERNICH: Object to form.
17 A. I did not use commercially available
18 software for anything. I used Excel for quite a
19 bit of it. The fact that I used Excel and -- and
20 equations does -- is quite standard for Engineers
21 to do.
22 **Q. (By Mr. Regan) Okay.**
23 A. It's -- it's not unheard of to do these
24 sorts of calculations.
25 Matter of fact, I don't know of a code

625

1  where you can put in a string of Ks and back out
2  a flow rate. It's such a simple thing, that if
3  somebody developed such a code, he might have a
4  difficult time selling it.
5  **Q. Okay. You testified that you used the**
6  **same principles and methods from your day-to-day**
7  **work to arrive at your flow rate estimates here,**
8  **but often you have a lot more sensors and a lot**
9  **more data. Is that fair?**
10 A. That is correct.
11 **Q. Okay. In any of your past work, did you**
12 **arrive at conclusions that had error bars larger**
13 **than the error bars you've testified to about the**
14 **flow rate estimates in your Expert Report?**
15 MR. CERNICH: Objection, form.
16 A. I would assume, yes. I mean, I've been
17 working in the field for 30 years. I -- I assume
18 that I had sometimes error bars larger than 30
19 percent, but I can't think of one right now.
20 **Q. (By Mr. Regan) Okay. Just to clarify, or**
21 **to confirm, as you sit here today, can you think**
22 **of a single project that you've done in the past**
23 **where you've published an estimate of flow that**
24 **had larger error bars than the error bars you're**
25 **applying to the flow at Macondo in your Expert**

626

1  **testimony?**
2  MR. CERNICH: Objection, form.
3  A. Usually calculations that have an error
4  bar of 30 percent aren't considered of academic
5  interest; and, therefore, I would not have tried
6  to publish any of those. But there's been many
7  times when I've had to perform calculations. I
8  can give an example.
9  Airplanes have a -- quite often,
10 magnesium parts. Magnesium parts have a
11 potential of catching fire. If this airplane was
12 parked over a vault that contained a nuclear
13 weapon underneath the lid of a vault, this
14 airplane catching fire would be a real problem if
15 we penetrated the vault with that hot fire.
16 I perform a calculation on how long will
17 that vault lid last when exposed to that fire.
18 That calculation tells me -- then I can form a
19 calculation on how long that plane might remain
20 in -- aflame, compare those two, and determine
21 that the vault integrity is good.
22 It's a very typical safety calculation
23 that I might perform. That safety calculation
24 might have an error bar of significant amounts
25 more than 30 percent, but as long as I can show

627

1  that the vault lid will outlast the fire, my boss
2  is happy. He will accept my calculation. I will
3  try to do it in a conservative manner to make
4  sure that I'm positive that the vault lid will
5  withstand that fire.
6  Those sorts of calculations are done all
7  the time. They have large uncertainties, and
8  they are not necessarily publishable because that
9  is not of an academic interest.
10 **Q. (By Mr. Regan) Okay. It -- it's your**
11 **experience, Dr. Dykhuizen, that usually**
12 **calculations that have an error bar of 30 percent**
13 **or -- or more aren't considered of academic**
14 **interest, correct?**
15 MR. CERNICH: Object to form.
16 A. Academic interest. And what I meant
17 there is most journals would not think that they
18 want to publish such an article.
19 **Q. (By Mr. Regan) And why would most**
20 **journals in your experience not want to publish**
21 **an article about a calculation that has an error**
22 **bar of 30 percent or more?**
23 A. Because it is not a cutting-edge method.
24 It is more of a -- the best we can do. If you're
25 publishing in a journal, you would like to show

628

1  that you match data. You would like to show that
2  your calculations are accurate to degrees better
3  than previous calculations done on the same
4  geometry.
5       A standard calculation is flow of a
6  liquid over a backward step and trying to
7  calculate how big a recirculation zone as you
8  flow over a step. That's studied over and over
9  and over again. Doesn't have much of any
10 purpose, except for academic interest of
11 demonstrating how well your code does or how well
12 your model does in performing that.
13      And if you can get it to 99.9 percent
14 accurate instead of 99.7 percent accurate, it
15 would be of academic interest.
16     **Q. Have you ever published a flow rate**
17 **estimate of a multiphase flow that involved an**
18 **error of 30 percent or greater?**
19     A. Never.
20     **Q. Have you made any attempt to publish the**
21 **work that you performed at Macondo where you**
22 **arrived at flow rates that in your view had error**
23 **bars up to 30 percent or greater?**
24         MR. CERNICH: Object to form.
25     A. No, I have not tried to publish my work

629

1  here.
2      **Q. (By Mr. Regan) Okay. Do you think that**
3  **your work that you did at Macondo would be**
4  **accepted by an academic journal, given the fact**
5  **that you have a 20 percent error bar on your**
6  **point estimate of 53,000, and a 30 percent error**
7  **bar relying on other people, with respect to the**
8  **cumulative flow of 5,000 -- five million barrels?**
9          MR. CERNICH: Objection, form.
10     A. I do not see where an academic journal
11 would be interested in publishing a paper that
12 uses standard methods and does not advance the
13 art into something that is unique.
14     I am trying to use standard methods that
15 are well-accepted to estimate the flow from the
16 Macondo Well. I would like to have a calculation
17 that's more accurate, but based on the data that
18 I have, I'm stating the accuracy as best I can.
19     **Q. (By Mr. Regan) Is it your testimony,**
20 **Dr. Dykhuizen, that the work you performed both**
21 **in 2010, and as reflected in your Expert Reports,**
22 **was not unique?**
23         MR. CERNICH: Object to form.
24     A. Nobody has performed the calculations
25 like the set in my Expert Report. So in that

630

1  way, it is unique. But I'm using standard
2  methods and, therefore, it is not unique in -- in
3  that sense. I'm using methods that are --
4  essentially could be accomplished by an
5  undergraduate being directed to do these
6  calculations.
7      **Q. (By Mr. Regan) Okay. Is it a standard**
8  **method, in your scientific field, to publish a**
9  **result in multiphase flow simulation that has**
10 **error bars of 30 percent or greater?**
11         MR. CERNICH: Objection, form.
12     A. I do not know of any published results
13 that have error bars of 30 percent or greater.
14 There may be existing ones. I do not know of
15 any. I doubt there are any out there. But
16 that's a possibility.
17     **Q. (By Mr. Regan) You testified, I believe,**
18 **in response to Transocean questions that you had**
19 **not reviewed other Expert Reports in arriving at**
20 **your opening Report. Do you recall giving an**
21 **answer to that effect? I think your quote was**
22 **"My Report was issued before I saw anybody else's**
23 **Expert Report."**
24     A. In my understanding, that is true. The
25 only -- the -- I've seen the journal article that

631

1  Stewart Griffiths put together, and I referenced
2  that in my Expert Report.
3      But I don't think I reference any other
4  Expert Reports. It's possible, now that I think
5  about it, that maybe I referenced Nathan
6  Bushnell, to justify K values that I used for
7  elements in rapid succession, and possibly I
8  referenced Bushnell in -- in his multiphase flow
9  calculations, and justifying me using a
10 homogeneous method.
11     So I stand corrected, and I thank you for
12 that; however, I did not change my calculations
13 based on any review of other Expert Reports --
14     **Q. Okay.**
15     A. -- so I need to refine that to be much
16 more accurate.
17     **Q. Okay. So did you review other Expert**
18 **Reports that have been issued by the Department**
19 **of Justice before you finalized your opening**
20 **Expert Report?**
21         MR. CERNICH: Object to form.
22     A. The answer is "Yes." I asked -- I -- I
23 did review that Bushnell Report. There may be
24 some others that I am missing at this particular
25 time, but I did not change my numerical values or