# Exhibit 4

## Excerpts from Dr. Stewart Griffiths Deposition Transcript Volume 1

## Taken June 26, 2013

## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL        )  MDL NO. 2179
BY THE OIL RIG           )
"DEEPWATER HORIZON" IN   )  SECTION "J"
THE GULF OF MEXICO, ON   )
APRIL 20, 2010           )  JUDGE BARBIER
                         )  MAG. JUDGE SHUSHAN

*****************
VOLUME 1
*****************

Deposition of Stewart K. Griffiths, Ph.D., taken at the Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 26th day of June, 2013.

## Page 2

APPEARANCES

APPEARING FOR BP, INC.:
  Mr. Matthew T. Regan
  KIRKLAND & ELLIS
  300 North LaSalle
  Chicago, Illinois  60654
  Ms. Bridget K. O'Connor
  KIRKLAND & ELLIS
  655 Fifteenth Street, NW
  Washington, D.C.  20005-5793

APPEARING FOR TRANSOCEAN:
  Mr. Patrick J. Cafferty, Jr.
  MUNGER TOLLES & OLSON
  560 Mission Street, 27th Floor
  San Francisco, California  94105-2907
  Mr. Emmanuel Tedder
  MUNGER TOLLES & OLSON
  355 South Grand Avenue, 35th Floor
  Los Angeles, California  90071-1560

APPEARING FOR ANADARKO PETROLEUM COMPANY:
  Mr. Warren Anthony Fitch
  BINGHAM MCCUTCHEN
  2020 K Street, Northwest
  Washington, D.C. 20006-1806

APPEARING FOR HALLIBURTON:
  Mr. Jerry C. von Sternberg
  GODWIN LEWIS
  1331 Lamar, Suite 1665
  Houston, Texas  77010-3133

  Mr. Prescott W. Smith
  Ms. S. Kena Lopez
  GODWIN LEWIS
  Renaissance Tower
  1201 Elm Street, Suite 1700
  Dallas, Texas 75270-2041

## Page 3

APPEARING FOR THE UNITED STATES:
  Mr. Thomas A. Benson
  Mr. A. Nathaniel Chakeres
  Mr. David L. McIlwain
  U.S. DEPARTMENT OF JUSTICE
  ENVIRONMENT & NATURAL RESOURCES DIVISION
  Ben Franklin Station
  Post Office Box 7611
  Washington, D.C.  20044-7611
  601 D Street, N.W.
  Washington, D.C.  20004

APPEARING FOR THE STATE OF LOUISIANA:
  Mr. Douglas R. Kraus
  Attorney for Louisiana Attorney General
  KANNER & WHITELEY
  701 Camp Street
  New Orleans, Louisiana  70130-3504

ALSO PRESENT:
  Mr. Peter Jennings, Videographer
  Mr. Ray Aguirre, Case Manager
  Mr. James Deel, Logistics

## Page 4

INDEX
VIDEOTAPED ORAL DEPOSITION OF
STEWART K. GRIFFITHS, PH.D.
JUNE 26, 2013
VOLUME 1

Appearances.................................. 2

Direct Examination-Mr. Regan................... 6

Changes and Signature........................ 354
Reporter's Certificate....................... 356

EXHIBIT INDEX

Ex. No.     Description          Marked

11485  Expert Report, U.S. v. BP
       Exploration & Production, Inc.,
       et al, Oil Release from the
       Macondo Well, Prepared on Behalf
       of the United States, Prepared by
       Stewart K. Griffiths, March 22,
       2013, marked as CONFIDENTIAL PER
       BP; 82 pages                  6

11486  Expert Rebuttal Report, U.S. v. BP
       Exploration & Production, Inc.,
       et al, Oil Release from the
       Macondo Well, Prepared on Behalf
       of the United States, Prepared by
       Stewart K. Griffiths, June 10,
       2013, marked as CONFIDENTIAL PER
       BP; 42 pages                  6
11487  Chart titled PT-B Data; Bates
       No. XSGX002-037309(fort.86)   263

**97**

1  do you use the actual PT-B measurements, or do
2  you do -- do you adjust them?
3    A. In -- in -- for my best estimate, as
4  presented here, I -- I just exclude those,
5  because they're very noisy, because they were
6  pumping, you get big spikes, but, in fact, I have
7  done calculations of -- of different sorts that
8  include them. And I concluded that I -- it would
9  be hard to assign a magnitude to it, and it is a
10 short period. It was -- this only spanned about
11 four days.
12   Q. M-h'm.
13   A. But that flow rate during that time was
14 higher because the test rams were open, that the
15 flow rate during that period would be higher than
16 what I accounted for.
17   Q. Okay. The calculations you just
18 described, are those set forth in your Expert
19 Report?
20   A. I'm not sure if I -- if I mentioned that
21 or not.
22   Q. Okay. You understand that -- do you
23 understand that Dr. Dykhuizen is putting forth an
24 Expert opinion on what the flow rate was during
25 Top Kill by relying on PT-B data during that

**98**

1  time?
2    A. I -- I am aware that he's doing that, and
3  I think nothing more.
4    Q. Okay. Have you tried to reconcile what
5  your model would calculate as flow rate for that
6  time period, with what his opinion is about flow
7  rate for that time period, given that you use
8  different methodologies?
9    A. I -- I don't know what his opinion is.
10 I've never tried to reconcile it. I have no
11 knowledge of what -- what he's doing there.
12   Q. Okay. With respect to -- do you -- do
13 you know about the Top Hat 4 that was installed
14 on the Well in -- in roughly June 3rd through
15 July time period?
16   A. I -- I know there was a Top Hat.
17   Q. Okay. In terms of your methodology, does
18 the installation of the Top Hat, in any way,
19 impact your calculation of cumulative flow?
20   A. Well, let's see. If -- if the Top Hat --
21 and I don't know -- if the Top Hat affected the
22 flow rate from the well, my -- my best estimate
23 method -- the -- the -- the methodology for my
24 best estimate would properly account for that.
25 It would know there was -- a Top Hat was put on,

**99**

1  if it were really im -- impacting flow rate.
2  My alternate calculations would not.
3    Q. Okay. And the way that your best
4  estimate would be able to sense an impact under
5  your methodology is that you expect to see that
6  in PT-B pressure data because it's downstream of
7  PT-B?
8    A. You would, yes.
9    Q. Okay. Have you ever looked at the
10 geometry of the Top Hat 4 to determine whether
11 you think it's well enough known to determine a
12 flow rate at the time of Top Hat?
13   A. I've never -- I've never looked at that.
14   Q. And have you looked at Dr. Dykhuizen's
15 calculations or opinion about what the flow rate
16 was during the time that Top Hat 4 was installed
17 in the well?
18   A. I -- I have no knowledge of any of that.
19   Q. And not having looked at it, you have not
20 attempted to reconcile Dr. Dykhuizen's approach
21 of calculating flow rates during that time period
22 and your methodology of calculating flow rates
23 during that time period. Is that correct?
24   A. I have not.
25   Q. Okay. And, similarly, you have not tried

**100**

1  to reconcile Dr. Dykhuizen's use of PT-B data and
2  your use of PT-B data?
3    A. I have not.
4    Q. All right. Okay. Now you've referred
5  to, you know, these alternate models, in addition
6  to your -- your best estimate model, in a few of
7  your answers here, already, this morning.
8    A. M-h'm.
9    Q. The parameters that you have for your
10 alternate -- there -- you have two alternate
11 method -- two alternate models; is that right?
12   A. M-h'm.
13   Q. Okay. Is that "Yes"?
14   A. Yes.
15   Q. Okay. Are the parameters for each of
16 these alternate models determined using the data
17 that was available on July 14th and 15th?
18   A. Yes.
19   Q. Okay. And in any of your alternate
20 models, are the model parameters, K factors, PI,
21 allowed to change versus time?
22   A. Well, the -- the way I used those
23 parameters, I -- I do not change them over time.
24   Q. Okay. So would it be a fair statement,
25 then, if I'm looking at your models, that is,

101

1  best estimate model, plus alternative one and
2  alternative two --
3      A. M-h'm.
4      Q. -- in all three of those models you do
5  not change the model parameters versus time?
6      A. That -- that's correct.
7      Q. Okay. And so, in any of these models, do
8  you have -- if I say "kBOP," do you know what I'm
9  referring to with respect to your methodology?
10     A. Yes.
11     Q. Okay. In any of your models, would the
12 kBOP on the first day of flow ever be different
13 from the kBOP used on Day 86?
14         MR. BENSON: Object to the form.
15     A. Would KO -- kBOP on -- on Day 1, so April
16 21st --
17     Q. (By Mr. Regan) (Nodding.)
18     A. -- be different? Well, yes, I discuss
19 this at length in -- in my talk about that
20 period. And I -- I indicate that these would be
21 different values.
22        I'm not sure I say -- I -- I say "K" --
23 specifically say "kBOP is changing," but I am
24 calculating by different methods what kBOP would
25 be during those early days, yes.

102

1      Q. Okay. For any of your models for -- what
2  length of time with respect to -- let me ask:
3  With respect to your best estimate, does kBOP
4  change over the 86 days?
5      A. My best estimate does not depend on
6  kBOP.
7      Q. Okay. Does kBOP -- does your -- do either
8  of your other alternative methods or models, I
9  should say, allow changes in B -- kBOP?
10     A. Well, again, allow changes is not an
11 accurate description of --
12     Q. Yeah. For --
13     A. -- for the situation. For both of the
14 alt -- both of the alternative methods do depend
15 on kBOP, and the value I use for kBOP in both of
16 those calculations is -- is a constant. It does
17 not vary in time.
18     Q. Okay. I -- I know I'm not using -- may
19 not be using exactly the right term.
20        So let me just make sure I -- I -- I have
21 it clear. With respect to the best estimate
22 model, it does not depend on kBOP, correct?
23     A. K -- yeah. I don't disregard kBOP.
24 kBOP just isn't needed for that calculation.
25     Q. Okay. All right. With respect to the

103

1  alternate models, kBOP is needed for those
2  calculations; and, in them, it is represented by
3  a constant?
4      A. Well, it is used --
5      Q. Used --
6      A. -- in both of those; and in both of
7  those, it is represented by a -- a constant.
8      Q. Okay. Under the best estimate
9  methodology, then, again your wellbore discharge
10 coefficient and your PI are held constant over
11 86 days, correct?
12     A. Yes.
13     Q. Okay. And the PI was a number that was
14 determined by your Fortran parameter estimation,
15 correct?
16     A. That's correct.
17     Q. And if we turn to Page 31 of your Expert
18 Report, which is Tab 1, Exhibit 11485.
19     A. Which --
20        THE WITNESS: Page number?
21        MR. BENSON: 31.
22     A. Yes.
23     Q. (By Mr. Regan) All right. You have a
24 paragraph describing the six parameters that are
25 in your -- in your model.

104

1         You have a paragraph that starts: "In
2  practice..." Do you see that, the third
3  paragraph on the page?
4      A. M-h'm.
5      Q. Okay. You say: "...all six (of the)
6  parameters are estimated simultaneously using a
7  non-linear least-squares algorithm, TJMAR1."
8  Correct?
9      A. Yes.
10     Q. All right. And then you say: "The
11 results (obtained) from this constrained
12 non-linear parameter estimation for the baseline
13 case using a reservoir pressure of 6605 psi for
14 (the) 30 residuals and (the) two constraints are
15 as follows." And then you list those -- those --
16 the products of the -- of the results, correct?
17     A. M-h'm.
18     Q. And then, the next paragraph, you say:
19 "Parameter estimation for my best-estimate
20 conditions follows a similar procedure. Here,
21 however, the pressure of 6605 psi is used for
22 calculating flow rates in the 30 residuals while
23 the reservoir pressure, less a flowing elevation
24 head of 7260 psi, is used in calculating the two
25 constraints."