# Exhibit 1

## Excerpts from Dr. John Wilson Deposition Transcript

## Taken July 22, 2013

## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL        )  MDL NO. 2179
by the OIL RIG,         )
DEEPWATER HORIZON in    )  SECTION "J"
the GULF OF MEXICO,     )
April 20, 2010          )  JUDGE BARBIER
                        )
                        )  MAG. JUDGE
                        )  SHUSHAN

Videotaped deposition of JOHN WILSON, taken at Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 22nd of July, 2013.

## Page 2

APPEARANCES

Mr Matthew Lundy
Mr Nicholas Kohrs
LUNDY, LUNDY SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, Louisiana

    APPEARING FOR THE PLAINTIFFS'
    STEERING COMMITTEE

Ms Hariklia Karis
Ms Catherine Stahl
KIRKLAND & ELLIS, LLP
300 North LaSalle
Chicago, Illinois 60654
    APPEARING FOR BP, INC

Mr Andrew Wood Ingersoll
U S DEPARTMENT OF JUSTICE
601 D Street, N W
Washington, D C 20004

    APPEARING FOR THE UNITED
    STATES

Mr Luis Li
Ms Amelia Sargent
Mr Paul Thibodaux
MUNGER, TOLLES, OLSON, LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071

    APPEARING FOR TRANSOCEAN

Mr Jerry von Sternberg
Ms Gwen E Richard
Mr Jason Sharp
GODWIN RONQUILLO
4 Houston Center
1331 Lamar, Suite 1665
Houston, Texas 77010

    APPEARING FOR HALLIBURTON

## Page 3

APPEARANCES: (Continued)

Mr. Robert Guidry
KUCHLER, POLK, SCHELL, WEINER & RICHESON
1615 Poydras Street, Suite 1300
New Orleans, Louisiana 70112

    APPEARING FOR ANADARKO

ALSO PRESENT:

Melissa Bardwell, videographer

REPORTED BY:

THU BUI, CCR, RPR
Certified Court Reporter
State of Louisiana
State of Texas

## Page 4

I N D E X
      PAGE

Appearances..................... 2
Stipulations................... 7
JOHN WILSON
Examination by Ms. Karis       8, 345
Examination by Mr. Von Sternberg  340
WITNESS' CERTIFICATE............ 357
REPORTER'S CERTIFICATE.......... 359

EXHIBITS
NO.    DESCRIPTION    PAGE

11900  Expert Report of John L.
      Wilson, dated May 1, 2013    32

11901  Meeting Summary Notes, dated
      May 4, 2010
      BP-HZN-2179MDL04932783 -
      BP-HZN-2179MDL04932784    82

11902  Flow rate Group Provides
      Preliminary Best Estimate of
      Oil Flowing from BP Oil
      Well    202

11903  NWX Dept of Interior, dated
      May 27, 2010
      IGS606-027998 - IGS606-028009  213

11904  String of e-mails, top one from
      Paul King to Asbjorn Olsen,
      dated May 8, 2010 - Subject:
      Fw: CFD Results - Case 11 -
      70000 bpd impacting baseplate
      of DEN BOP
      TRN-MDL-02950206 -
      TRN-MDL-02950245    316

```
                                           41
 1   Secretary Chu, for example, that suggest that
 2   he would like to have had the option to do
 3   something different had that information been
 4   supplied.  So while I have no opinion as to
 5   what they might have done, I certainly
 6   recognize that had they had this information,
 7   they very well may have done something
 8   differently.
 9       Q.   Okay.  I want to get your
10   opinions as opposed to other people's
11   testimony.
12            You do not intend to offer any
13   opinions on what the United States Government
14   would have done differently had BP provided
15   the government with the modeling you contend
16   should have been provided?
17       MR. LI:  Objection, form.
18       Q.   From a source control
19   perspective, correct?
20       MR. LI:  Objection, form.
21       A.   Yeah.  I have no knowledge of
22   what the government may have done differently
23   had they had a different set of information
24   in front of them.
25       Q.   And, in fact, you didn't even
```

```
                                           42
 1   look at what information the government had
 2   from its own work and analysis, correct, as
 3   part of tendering your opinions in this case?
 4       MR. LI:  Objection, form.
 5       A.   I know that BP misrepresented
 6   the flow rates that their own modeling was
 7   producing to the government and the public,
 8   and that the government, by the end of May,
 9   had a misunderstanding about what the flow
10   rate was.
11       MS. KARIS:  Dr. Wilson, I'm going to
12   move to strike your answer.  Please listen to
13   my question.
14       Q.   You did not attempt to look at
15   what modeling the government itself had in
16   connection with the source control efforts in
17   this case; is that correct?
18       MR. LI:  Objection, form.
19       A.   Well, I think I answered that
20   earlier in that I reviewed -- had read some
21   of the government reports related to their
22   efforts to understand what was going on, such
23   as the report authored by Marcia McNutt.
24       Q.   I thought you told me you did a
25   cursory review.
```

```
                                           43
 1            Was I mistaken?
 2       A.   I read it like any other member
 3   of the public would have read it.
 4       Q.   Okay.  So in connection with
 5   tendering your opinions in this case, you did
 6   not attempt to understand what modeling the
 7   government itself had done in connection with
 8   source control efforts undertaken as part of
 9   the post-spill operations?
10       MR. LI:  Objection, form.
11       A.   I did not include that as part
12   of my consideration material.
13       Q.   Now, we'll get to the various
14   opinions that you've tendered in this case,
15   but let me ask you, for all of the opinions
16   that you intend to offer, have you formed
17   each of those opinions to a reasonable degree
18   of scientific certainty?
19       A.   Yes.
20       Q.   Could you define for me what you
21   contend to be a reasonable degree of
22   scientific certainty?
23       A.   Well, that depends on the
24   problem you're facing.  It's a general
25   question, but the answer is more or less
```

```
                                           44
 1   specific to the issue in front of you.  And
 2   the issue here is what kinds of flow rates
 3   was BP producing through its efforts and the
 4   efforts of its consultants and contractors
 5   over this period of time, from the end of
 6   April to the end of May.
 7            And one could argue, then, that
 8   the issue is, were the bulk of those
 9   simulation results producing flow rates for
10   whatever reason that were substantially
11   higher than the numbers being recommend by BP
12   to the government and the public?  And the
13   answer is, they were.
14       Q.   And is it important to
15   understand for what reason that modeling was
16   being performed?
17       A.   It's always important to guide
18   modeling efforts by a guideline or objective.
19   And in this particular case, the objective
20   was outlined in my report as being, first, a
21   diagnostic phase to understand what was going
22   on in the well, and secondly, an effort,
23   then, to evaluate alternative source control
24   options against those simulation results.
25       Q.   Now, you testified that the
```

Worldwide Court Reporters, Inc.
PURSUANT TO CONFIDENTIALITY ORDER

 53

1  with assessing flow rate from an uncontrolled
2  well, oil and gas well?
3      A.   If you restrict it to oil and
4  gas well, the answer is, no, I have not.
5      Q.   This case involves the flow of
6  oil and gas, correct?
7      A.   Correct.
8      Q.   In connection with the work that
9  you've done in this case, did you perform any
10 modeling using any program whatsoever to
11 assess the flow of oil and gas that was
12 coming from the Macondo well in April or May
13 of 2010?
14     A.   I did no modeling.
15     Q.   Did you evaluate the
16 appropriateness and the reliability of the
17 models that were used by BP in the summer --
18 April and May of 2010 for which you offer
19 opinions?
20     MR. LI:  Objection, form.
21     A.   What do you mean by reliability?
22     Q.   Whether those models could
23 appropriately predict the actual flow rate
24 coming from the Macondo well in that time
25 period.

 54

1      MR. LI:  Objection, form.
2      A.   Well, I --
3      Q.   To a reasonable degree of
4  certainty, that's what I mean by reliability.
5      A.   Yes, I did evaluate that.
6      Q.   Okay.  And which of the models
7  that were used by BP do you contend could
8  have reliably, that is, to a reasonable
9  degree of certainty, predicted the actual
10 flow coming from the Macondo well in April
11 and May of 2010?
12     MR. LI:  Objection, form.
13     A.   Well, we have a little
14 definitional problem because no model that BP
15 was using was aimed at predicting actual flow
16 rate.  They were aimed at predicting ranges
17 of flow rates that could then be used in
18 source control efforts.
19     Q.   Okay.  Let's go back to my
20 question.
21          Did you evaluate which of the
22 models that were utilized by BP and its
23 contractors in April and May of 2010 could
24 have reliably, to a reasonable degree of
25 certainty, predicted the range of flow rates

 55

1  coming from the Macondo well,
2  contemporaneous?
3      MR. LI:  Objection, form.
4      A.   All of the models they used were
5  appropriate for the purposes that they were
6  applied.  Each model had certain assumptions
7  and limitations.  All could be used
8  appropriately to assess the flow rate and the
9  range of flow rates coming from the Macondo
10 well.
11     Q.   Okay.  You said the purpose for
12 which they were applied.  That's not exactly
13 what my question was, and I just want to make
14 sure we're speaking to the same question.
15          My question is limited to which
16 of those models could have reliably predicted
17 a range of flow rates that was actually
18 flowing at the time.
19     MR. LI:  Objection, form.
20     A.   Well, that question doesn't make
21 sense.
22     Q.   Okay.
23     A.   Because there's one flow rate
24 that's actually occurring, and the range of
25 flow rates is going to hopefully bracket

 56

1  that.
2      Q.   Okay.
3      A.   So the range of flow rates is
4  not the actual flow rate.  It's a measure of
5  the uncertainty about the estimation of that
6  actual flow rate.
7      Q.   Some of that modeling was done
8  to assess potential source control options,
9  correct?
10     A.   Much of the modeling has its
11 ultimate purpose to assess source control.
12     Q.   So, for example, some of that
13 modeling was done using conditions that had
14 no BOP on the wellhead, correct?
15     A.   In some modeling scenarios, they
16 conceptually removed the BOP and saw what the
17 flow rate would be in the absence of the BOP.
18     Q.   And we know that there was a BOP
19 in place, correct?
20     A.   Yes.
21     Q.   Okay.  So when I asked you about
22 modeling that could have predicted the flow
23 rate, even within a range, I'm focusing on
24 what, if any, modeling was -- if any, was
25 done to assess the flow rate based on the

14 (Pages 53 to 56)

57

1 known conditions at the time.
2   MR. LI: Objection, form.
3   A.  Well, quite a bit of the
4 modeling was attempting to assess what the --
5 what the range of flow rates were for the
6 conditions in the well as they were
7 understood at that time.
8   Q.  Okay.  Tell me which modeling
9 was run with the purpose of understanding
10 what the actual flow rate was based on the
11 conditions known at the time.
12   MR. LI: Objection, form.
13   A.  Well, once again, they were not
14 getting estimates of the actual flow rate
15 but, rather, a range of flow rates, which is
16 why they attempted the scenario analysis
17 approach.  And most of their modeling efforts
18 were aimed in that direction.
19   Q.  Okay.  And we're going to get to
20 that, since perhaps I'm not being clear
21 enough, when we go through the different
22 models.
23       Do you intend to offer any
24 opinions in this case as to what the
25 cumulative flow rate was from the Macondo

58

1 well?
2   A.  I have no opinion as to the
3 cumulative flow rate.
4   Q.  Do you have any opinion as to
5 what the daily flow rate was on any day?
6   A.  I believe I offered no opinion
7 in my report about the daily flow rate, and I
8 have no opinion about the daily flow rate.
9   Q.  Okay.  So that would have been a
10 simple no, correct?
11   MR. LI: Objection, form.
12   Q.  You don't intend to offer any
13 opinion on the daily flow rate, correct?
14   A.  Well, part of the problem is the
15 term daily flow rate seems to be a loaded
16 term.  I don't quite know what it means.  So
17 as any layperson would interpret the term,
18 no, I don't intend to offer any --
19   Q.  And I don't mean it to be a
20 loaded term at all.
21   A.  Yeah.
22   Q.  What I mean is the flow rate
23 coming from the well on any given day.
24   A.  No, I don't intend to offer an
25 estimate of that.

59

1   Q.  Did you evaluate the accuracy of
2 any of the flow rate analysis performed by
3 the flow rate technical group?  You may have
4 answered this already.  I apologize if you
5 did.
6   A.  No, I did not.
7   Q.  Did you evaluate any of the
8 modeling that was performed by the National
9 Labs in connection with the work that you've
10 done in this case?
11   MR. LI: Report tendered.
12   MS. KARIS: Well, if it's work you've
13 done in this case to tender this report,
14 then --
15   MR. LI: Okay.
16   MS. KARIS: -- that would be related.
17   Q.  Go ahead.
18   A.  I have no idea what you guys
19 just said.
20   Q.  Okay.  I understand you've done
21 other consulting --
22   MR. LI: It's non-privileged
23 immaterial.
24   Q.  I understand you've done other
25 consulting work?

60

1   A.  Yes.
2   Q.  For purposes of any of the work
3 you did in this case, did you evaluate any of
4 the modeling that had been done by the
5 National Labs?
6   A.  I examined some of the modeling
7 done by the national labs.  I may have
8 actually thought about a critique of it at
9 one point in time.  I have completely
10 forgotten about it.  It did not influence my
11 report.
12   Q.  At any time in your prior
13 experience, have you participated in any
14 Unified Command structure?
15   A.  I'm sorry.  Is that a national
16 term?
17   Q.  Are you familiar with the
18 Unified Command?
19   A.  In this case, yes.
20   Q.  Are you familiar with the setup
21 that the United States statutes has for
22 forming a Unified Command structure?
23   A.  I'm vaguely aware of it.  And
24 the answer is I've never participated in one
25 of those.

15 (Pages 57 to 60)

```
                                                    109
 1  performed?
 2       MR. LI:  Objection, form.
 3       A.    I did not evaluate the sharing
 4  of information with National Labs.
 5       Q.    How about any other agencies of
 6  the government?
 7       A.    From Mr. Hill?  No, I did not
 8  evaluate his sharing information with any
 9  agency of the federal government.
10       Q.    Okay.  Is it fair to say that
11  you do not know which, if any, of the models
12  that Mr. Hill was involved in he may have
13  provided verbal communications to the
14  government about?
15       MR. LI:  Objection, form.
16       A.    If anybody at BP or internally
17  had verbal conversations in person or over
18  the phone, I have no record of that, nor do I
19  have a record of anything that was conveyed
20  in that same way to the government.
21       Q.    Okay.
22       A.    However, I might say that there
23  were instructions given not to share flow
24  rate information internally or externally,
25  either one.  And there's a small section of
```

```
                                                    110
 1  my report that deals with that inhibition.
 2       Q.    We're going to get to that.
 3             Are you aware of an instruction
 4  to not share flow rate information with the
 5  National Labs?
 6       A.    I'm aware of instructions not to
 7  share flow rate information, period.
 8       Q.    Do you know whether that was
 9  intended to include the National Labs?
10       A.    I assume it was pretty clear.
11  If it was intended not to include your
12  colleague down the hall, it also included the
13  National Labs.
14       Q.    And you did not look at what
15  information the National Labs received from
16  BP in connection with modeling it had
17  performed for source control purposes --
18       MR. LI:  Objection --
19       Q.    -- correct?
20       MR. LI:  Objection, form.
21       A.    I did not perform any evaluation
22  of information exchanged between BP and the
23  National Labs, independent of what I read
24  about in depositions and in e-mails and the
25  like.
```

```
                                                    111
 1       Q.    Right.
 2             And depositions, again, limited
 3  to the depositions you've listed here,
 4  correct?
 5       A.    We believe so.
 6       Q.    Have you ever testified as an
 7  expert in any case involving modeling
 8  conducted for oil and gas systems?
 9       A.    I've participated in a number of
10  cases involving modeling for fluid flow and
11  porous media, which is like a petroleum
12  reservoir, but not for a petroleum reservoir.
13       Q.    So you have never testified as
14  an expert in any case involving modeling for
15  oil and gas systems for petroleum reservoir?
16       A.    While I've done a lot of
17  modeling testimony, I've not done any
18  testimony specifically related to oil and gas
19  reservoirs.
20       Q.    Has any court ever disqualified
21  you as an expert on any subject?
22       A.    No.
23       Q.    Have you ever been tendered as
24  an expert in oil and gas systems?
25       A.    I don't believe I have ever been
```

```
                                                    112
 1  tendered as an oil and gas expert in a -- in
 2  a litigation.
 3       Q.    Okay.  Have you ever consulted
 4  for an oil and gas company?
 5       A.    Many times.
 6       Q.    Okay.  And have you ever
 7  consulted for an oil and gas company related
 8  to reservoir evaluation and production?
 9       A.    I have not consulted to an oil
10  and gas company.  I have visited and
11  collaborated back 20 years ago on reservoir
12  heterogeneity issues.
13       Q.    I saw that referenced in your
14  report.
15             Can you describe for me the
16  nature of that work?
17       A.    Back in the 1980s, I had a
18  series of different assignments, but one was
19  for a period of about 10 or 15 years.  I got
20  involved in doing petroleum
21  engineering-related work principally aimed at
22  the effects of reservoir heterogeneity, the
23  spatially variable properties like
24  permeability on production.  And I had a
25  large grant from the Department of Energy
```

125

1 issues if you're trying to understand the
2 flow rate from the well.
3     MR. LI: Objection, form.
4     A.   BP used modeling in their
5 attempt to understand those issues.
6     Q.   Dr. Wilson, respectfully, I'm
7 not asking about what BP did. What I'm
8 asking you, as somebody told me you have run
9 similar models, is it important to understand
10 in a flowing well what role the BOP has as a
11 constriction?
12    A.   It's important in this case to
13 use models to help build that understanding
14 of what the effects of restrictions in the
15 BOP stack would be on flow or in the riser.
16    Q.   Okay. Is it also important to
17 understand the relationship between the well
18 and the reservoir and what, if any, damage
19 may have occurred to the well or the
20 reservoir as a result of a blowout if you're
21 trying to model the flow rate?
22    MR. LI: Objection, form.
23    A.   In this case, it's important to
24 use the modeling to develop a better
25 understanding of what that connection is.

126

1     Q.   Okay. You testified earlier
2 about testimony from Secretary Chu about BP's
3 level of transparency and information
4 sharing.
5         Do you recall that?
6     A.   I recall testifying or -- about
7 his comments regarding that sharing.
8     Q.   Okay. Do you know who
9 Admiral Cook is?
10    A.   The name doesn't come to me.
11    Q.   Okay. Well, you offer an
12 opinion in this case that BP did not share
13 information that it had about modeling with
14 members of the government, the public, or the
15 media, correct?
16    MR. LI: Objection, form.
17    Q.   I think you called them the
18 press.
19    A.   Yes. I think you
20 mischaracterized that. As I recall, what I
21 said was they did not share their modeling
22 results regarding flow rate with those
23 groups.
24    Q.   Okay. Did you evaluate what
25 information BP shared regarding the

127

1 reservoir, the well, the BOP, the riser,
2 those things that you told me were important,
3 for purposes of modeling with the government?
4     MR. LI: Objection, form.
5     A.   I did not look at the
6 information transfer on details of reservoir
7 fluids and other characteristics or the well,
8 for that matter, between BP and the
9 government other than reading things such as
10 Secretary Chu's comments we referred to
11 earlier.
12    Q.   You referenced Secretary Chu's
13 comments.
14         Do you know who Tom Hunter is?
15    A.   Tom Hunter, I don't recall that
16 name. It doesn't mean I doesn't -- haven't
17 looked at something regarding Tom Hunter, but
18 I just don't recall the name.
19    Q.   If you can turn to tab 90,
20 please. And I'm sorry, before we go to
21 tab 90, was I correct that you didn't know
22 who Admiral Cook was?
23    A.   I don't recall the name.
24    Q.   Do you know what Admiral -- I'll
25 represent to you that he was one of

128

1 Admiral Allen's, Thad Allen's representative
2 in the Houston incident command post.
3     A.   Yes.
4     Q.   Are you familiar with the setup
5 of the Houston incident command post?
6     A.   I have cursory knowledge of that
7 setup.
8     Q.   Was is your understanding of
9 what the setup was of that post?
10    A.   That there was a series of
11 government representatives at that post,
12 including Admiral Allen, for example. And --
13    Q.   Where was that -- I'm sorry. Go
14 ahead.
15    A.   And there's BP representatives
16 and representatives from the other -- other
17 government agencies involved at the incident
18 command post. I don't have an authoritative
19 knowledge of the operation of that command
20 post.
21    Q.   Do you know what type of
22 information was shared on a daily basis
23 between BP and the government at the incident
24 command post where folks were working
25 together in Houston at BP's offices?

32 (Pages 125 to 128)

129

1  MR. LI: Objection, form.
2  A. I reviewed BP's modeling efforts
3  over this period of five or six weeks, and I
4  did not review how BP and the federal folks
5  at the incident command post communicated
6  beyond the documents that came up through the
7  modeling effort.
8  Q. Okay. Let's look at tab 90.
9  A. It's going to take me a minute
10 to get there.
11 Q. Sure. Are you at tab 90?
12 A. Yes. Is this exhibit --
13 Q. And tab 90 is previously marked
14 as exhibit 9125.
15 A. Yes, I'm there.
16 Q. And your opinion, to be clear,
17 is that in the weeks following the blowout,
18 BP's computer modeling suggested higher well
19 flow rates than those reported to the
20 government, the press, and the public,
21 correct?
22 A. Correct.
23 Q. And so what you're contending is
24 that BP's modeling suggests a rate higher
25 than what BP told the government about

130

1  potential flow rates, correct?
2  A. Correct, where the government is
3  government decision-makers like Admiral Allen
4  or Secretary Chu.
5  Q. Was Dr. Hunter a government
6  decision-maker? He's identified here as the
7  director of the Sandia National Lab.
8  MR. LI: Objection, form.
9  A. Yes, I would say he is a -- an
10 important position. Secretary Chu had a
11 similar position prior to this appointment as
12 Secretary of Energy. I suppose you would
13 count him as a government decision-maker.
14 Q. And did Secretary Chu rely on
15 Dr. Hunter for purposes of assessing source
16 control options?
17 MR. LI: Objection, form.
18 A. I believe he corresponded with
19 Dr. Hunter. I don't recall Dr. Hunter's
20 name, but I do recall the context now in
21 terms of his title.
22 Q. All right. Now, he is listed as
23 one of the depositions that you read.
24 Did you -- or at least
25 considered. Did you review his deposition

131

1  testimony?
2  A. In part, at least.
3  Q. Okay. And do you recall what
4  parts or aspects of Dr. Hunter's testimony
5  you reviewed?
6  A. I do not recall.
7  Q. Is there anything that you
8  recall Dr. Hunter having testified to?
9  A. No.
10 Q. Okay. Now, exhibit 9125, since
11 you're speaking to what information BP
12 shared, is dated May 4th of 2010, correct?
13 A. Yes.
14 Q. And it says here -- and are you
15 aware that this is a document created by the
16 United States Government for the United
17 States Government's representatives? This is
18 not created by BP or sent to BP, correct?
19 MR. LI: Objection, form.
20 A. I'd have to make that inference,
21 but it would be an inference, not -- nothing
22 I could tell.
23 Q. Well, you made inferences about
24 what BP sent the government, right?
25 MR. LI: Objection, form.

132

1  A. Well, if I recognize -- this is
2  slightly different than anything we've seen.
3  This is not an e-mail from or to or a memo
4  that makes it clear what the origin. But
5  this does have a Sandia National Lab number
6  in the lower right-hand corner, which
7  suggests it is a government memo.
8  Q. And you don't recall Dr. Hunter
9  even talking about this document or what the
10 circumstances were around it, correct?
11 A. I don't recall this document.
12 Q. What's noted, at least here on
13 the face of this Sandia Lab document, is that
14 Dr. Hunter, who was the director of the
15 National Lab, Sandia National Lab, described
16 the working environment at the BP engineering
17 site in Houston as highly cooperative.
18 Do you see that?
19 A. Yes.
20 Q. And do you have any reason to
21 disagree with the statement in that sentence
22 that was Dr. Hunter's impression of BP's
23 working environment in Houston?
24 MR. LI: Objection, form.
25 A. That was his impression in --

133

1  May 4.
2      Q.   Okay.  And it goes on to say,
3  laboratory team members are receiving access
4  to information and technical staff from BP
5  and other companies and subcontractors and
6  are participating in engineering meetings.
7           Do you see that?
8      A.   Yes.
9      Q.   Do you know what information is
10 being referenced there?
11     A.   No, I do not.
12     Q.   Do you know whether any of the
13 modeling information that was being run by BP
14 in connection with flow rates was being
15 shared at the offices in Houston that were
16 part of the incident command post?
17     MR. LI:  Objection, form.
18     A.   No, I do not.  But I do know the
19 government put together a flow rate technical
20 group after this partly because they did not
21 feel that they were getting sufficient
22 information about flow rate estimates from
23 BP.
24     Q.   And we'll talk about the flow
25 rate technical group.  I promise.

134

1      By the way, your report doesn't
2  mention the flow rate technical group, does
3  it?
4      A.   No.
5      Q.   Okay.
6      A.   This is just a matter of
7  history.
8      Q.   Back to the document, 9125.
9           Do you know what information
10 laboratory team members were receiving from
11 BP that's referenced here in this Sandia
12 document?
13     MR. LI:  Objection, form.
14     A.   I have no independent review of
15 what information was transferred from BP to
16 the government representatives in groups like
17 this over this period of time.  My review of
18 the modeling efforts by BP don't give a very
19 strong indication of any effort to share
20 information.
21     Q.   Do you know who Admiral Landry
22 is?
23     A.   Yes.
24     Q.   Okay.  Did you review
25 Admiral Landry's testimony?

135

1      A.   Yes.
2      Q.   Admiral Landry testified that --
3  was asked, would you say it was a
4  collaborative effort among the various
5  federal agencies, state agencies, as well as
6  the private sector to attempt to work the
7  DEEPWATER oil spill?  He responded yes.
8           Do you have any reason to
9  disagree with that?
10     MR. LI:  Objection, form.
11     A.   I'd have to see the quote.
12     Q.   Sure.  Tab 94, lines 14 to 20.
13 Page 93 -- I'm sorry.  Page 93, line 14 from
14 Admiral Landry's deposition.
15          Based on your experience --
16     A.   I'm sorry.  What tab are you in?
17     Q.   I'm sorry.  Tab -- tab 94.
18     A.   Oh.  Thank you.
19     Q.   We don't need to mark this as an
20 exhibit.  It's an excerpt from
21 Admiral Landry's deposition.
22          She was the federal on-scene
23 coordinator, correct?
24     A.   Yes.
25     Q.   And she was involved in and

136

1  approved various source control options,
2  correct?
3      A.   She was involved in, perhaps
4  approved, but felt uncomfortable because it
5  was not in her area of expertise.
6      Q.   Okay.
7      A.   This is my impression based on
8  her deposition.
9      Q.   So she was approving source
10 control efforts, but she was uncomfortable,
11 it's your testimony, because it wasn't in her
12 area of expertise?
13     A.   Correct.  That's an impression,
14 not a fact.
15     Q.   Okay.  Page 93, line 14.
16          Based on your experience, would
17 you say it was a collaborative effort among
18 the various federal, state agencies, as well
19 as the private sector, in order to attempt to
20 work on the DEEPWATER oil spill?  And her
21 answer was yes.
22          Do you see that?
23     A.   Yes.
24     Q.   And do you know whether the
25 collaborative effort there that she's

34 (Pages 133 to 136)

Page 157

1  Q. Well, you read Mr. Henry's
2  deposition, correct?
3  A. Parts of it, in any event.
4  Q. Actually, I don't know that
5  Mr. Henry's deposition is listed in your
6  report.
7  A. It may not be. I don't recall
8  the -- you may remember, I don't recall the
9  name.
10  Q. Well, it's not listed in your
11  report.
12  A. And I was told -- it was pointed
13  out what his role was. And -- and I don't
14  recall his deposition.
15  Q. Well, you offered opinions about
16  the 5,000-barrel estimate that was announced
17  by Unified Command on April 28th, correct?
18  MR. LI: Objection, form.
19  A. Yes, if I recall the date
20  correctly.
21  Q. And you offered those opinions
22  without even looking at Mr. Henry's
23  deposition, correct?
24  MR. LI: Objection, form.
25  A. Without --

Page 158

1  Q. It's not listed here.
2  A. -- yeah -- recalling
3  specifically a date, the rates I was
4  referring to are those that were announced by
5  BP executives on television and given to
6  Admiral Allen or given --
7  Q. Was it the --
8  A. -- to Admiral Landry.
9  Q. Who first announced the
10  5,000-barrel estimate?
11  A. I don't know.
12  Q. Do you know what the origin of a
13  5,000-barrel estimate was?
14  A. I don't know. It wasn't in the
15  modeling.
16  Q. Do you know what role the United
17  States Government had in the 5,000-barrel
18  estimate?
19  MR. LI: Objection, form.
20  A. What I know is BP reported the
21  5,000 estimate and supported it, presumably
22  taking into account the modeling efforts they
23  had done which found rates likely to be much
24  higher than 5,000 barrels of oil per day.
25  Q. Let me read your answer back and

Page 159

1  make -- you said BP reported the 5,000-barrel
2  estimate and supported it in response to my
3  question of what role the United States
4  Government had. I'm not sure that answers my
5  question --
6  A. Okay.
7  Q. -- so let's break this up.
8  What role did the United States
9  Government have in the announcement of the
10  5,000-barrel estimate?
11  MR. LI: Objection, form.
12  A. I have no idea.
13  Q. What -- when you say that BP
14  reported the 5,000-barrel estimate and
15  supported it, reported it to whom?
16  A. On April 28th, I believe,
17  Doug Suttles.
18  Q. Mr. Suttles?
19  A. Suttles had a meeting with
20  Admiral Landry that she reported in her
21  deposition where they discussed the flow
22  rate, and he estimated the flow rate between
23  one and 5,000 and came up with, oh, a best
24  guess, maybe of 2500, in the middle of that.
25  And then he went on television the next day

Page 160

1  and reported the flow rate to be about the
2  same.
3  Q. Okay. What role did Bill Lehr
4  have in those conversations?
5  MR. LI: Objection, form.
6  A. I don't recall who Bill Lehr is.
7  Q. What role did Charlie Henry have
8  in those conversations?
9  MR. LI: Objection, form.
10  A. I couldn't tell you.
11  Q. So what you recall about the
12  conversations was that Mr. Suttles was there
13  and gave a range of one to 5,000, but you
14  don't recall anything about what Mr. Henry,
15  Mr. Lehr, or anyone else on behalf of the
16  United States Government said or did in those
17  conversations?
18  MR. LI: Objection, form.
19  A. I'm recalling in the first of
20  those on April 28th, the conversation with
21  Admiral Landry, what she reported on that
22  conversation. The numbers provided by
23  Mr. Suttles over television the next day was
24  the same number, and it was certainly not in
25  communication -- he was not with anybody

173

1   Is it your contention that even
2   before the rig sank, BP engineers had
3   sufficient tools and information to model the
4   actual flow rates coming out of the Macondo
5   well to a reasonable degree of engineering
6   certainty?
7        MR. LI: Objection, form.
8        A.   There you go again with that
9   word actual flow rates. They're not modeling
10  actual flow rates. They're modeling ranges
11  of flow rates to try and bracket the
12  uncertainty about what the situation might be
13  and what kind of flow rates might be produced
14  and what the pressures and temperatures might
15  be in an attempt to, among other things,
16  understand the well and then design source
17  control efforts.
18       Q.   Okay. So I'm asking you, do you
19  have an opinion as to when BP engineers had
20  sufficient tools and information to model
21  flow rates of what the actual flow rate was
22  from the Macondo well?
23       MR. LI: Objection, form.
24       A.   At no time did BP attempt to
25  model the actual flow rate from the well.

174

1   They were modeling ranges of flow rate to
2   deal with the uncertainty of the situation.
3   And they had that information essentially
4   immediately because they actually did
5   modeling immediately. And that's within a
6   day or so.
7        Q.   Did you see any modeling in
8   which BP attempted to model the actual flow
9   rate from the well?
10       MR. LI: Objection, form.
11       A.   I -- I guess I'm having trouble
12  with this term actual flow rate because they
13  had estimates of what the flow rate would be.
14       They were never claiming that it
15  was the flow rate in the system. And -- and
16  that was true throughout the entire period of
17  review I had. These were estimates of flow
18  rate, ranges of flow rate based on different
19  conditions to bracket the uncertainty about
20  conditions in the well and the reservoir and
21  the BOP stack and riser in order to get some
22  idea of what the flow rate might be and to
23  what extent different source control options
24  would work.
25       They needed to bracket it. They

175

1   needed to have a range of uncertainty that,
2   as time went on, they could lower and improve
3   their estimates and reduce the -- the -- the
4   probability that their source control measure
5   would fail.
6        Q.   Now, the BP engineers and their
7   contractors were challenged by uncertainties
8   that existed at the time in connection with
9   their modeling efforts, correct?
10       A.   That's my statement.
11       Q.   And those uncertainties were
12  significant for purposes of trying to
13  understand what was occurring at the Macondo
14  well, correct?
15       A.   Well, let's define uncertainty,
16  first. Most of science and engineers --
17  engineering deals with problems that are not
18  fully known, if you wish, that -- that are
19  challenged by uncertainty. In this
20  particular case -- you need something or --
21       Q.   Well, my iPad keeps blocking
22  here, but I don't want to stop you. Go
23  ahead. Finish and then --
24       A.   I'd have to recover my train of
25  thought.

176

1        MR. LI: In this particular case.
2        A.   In this particular case, they
3   knew a lot about the reservoir and the well
4   and the connection between the reservoir and
5   the well prior to the accident and the BOP
6   stack and the riser. But some of those
7   things -- some of those components of the
8   system were damaged or affected by the
9   accident. And for those components that were
10  affected by the accident, they could
11  hypothesize what that damage was and create
12  scenarios in which they could explore the
13  uncertainty about damage and what its effect
14  on flow, pressures, and temperatures would be
15  and, therefore, use that resulting suite of
16  models across a scenario of different
17  conditions to examine source control methods
18  in what, if it had been done formerly, would
19  be called some kind of probabilistic risk
20  assessment, things we do all the time.
21       Q.   Okay. Now, let me back up here.
22       You said they knew a lot about
23  the reservoir and the well --
24       A.   Correct.
25       Q.   -- from activities prior to the

Worldwide Court Reporters, Inc.
PURSUANT TO CONFIDENTIALITY ORDER

253

1 a few more. And they use that to get ranges
2 of flow rates. It's the range of flow rates
3 these simulations producing that's of
4 interest, not any one of them.
5     Q.   Okay. What do you --
6     MS. KARIS: Strike that.
7     Q.   Do you contend that there was a
8 consensus view at BP as to what a reasonable
9 bound was for what the flow rate coming from
10 the Macondo well was in the April to May time
11 period?
12    MR. LI: Objection, form.
13    A.   BP engineers never met to form a
14 consensus about bounds on flow rates. One
15 can infer from their results that the range
16 was significant, but the range -- the rates
17 were high.
18    Q.   Can you give me any figures that
19 you contend BP's engineers believed to be a
20 reasonable bound of what the flow rate was?
21    MR. LI: Objection, form.
22    Q.   Actual flow rate occurring at
23 the time?
24    A.   Well, there were different
25 modeling groups working on this, so you'd

254

1 have to look at each one to see what they
2 would think. They never presented it as a
3 subjective consensus estimate of what the
4 bounds would be. But you can look at their
5 results and form your own conclusions.
6     Q.   Okay. And if you look at the
7 results of the reservoir team, their
8 modeling, what would you contend to be was a
9 reasonable bound for the flow rate based on
10 their work?
11    MR. LI: Objection, form.
12    A.   Well, again, I was referring to
13 their forming a consensus about what that
14 bound is. I can look at their results and
15 then make a conclusion.
16    Q.   Fair enough. Let me re-ask the
17 question.
18        Do you contend that the
19 reservoir team had a consensus as to what
20 would be a reasonable bound for a flow rate
21 based upon the work they had done at the
22 time?
23    A.   Well, they certainly had an
24 upper bound and --
25    Q.   What about a lower bound?

255

1     A.   I'd have to go back and look at
2 the results. And, again, you have to put a
3 sort of probability on it, the probability of
4 exceeding the upper bound and the probability
5 of exceeding the lower bound. But the rates
6 on average were quite high.
7     Q.   I'm asking if you know what the
8 lower bound range was.
9     A.   I couldn't tell you without
10 going back and looking at one of the many
11 pieces of information we have about their
12 estimation.
13    Q.   You also speak to work that was
14 done by the drilling engineers.
15        Do you contend -- well, do you
16 have an opinion as to what the drilling
17 engineers believed the lower bound was --
18    A.   Again --
19    Q.   -- for a reasonable flow rate at
20 the time?
21    A.   They did not form a consensus
22 opinion on things like that, did not
23 prevent -- present a memo saying, well, after
24 all this work, these are what we think the
25 likelihoods are of different flow rates,

256

1 these are the upper and lower bounds. They
2 did not present a most likely value. They
3 did not present bounds. Those are the kind
4 of terms used in presenting things to the
5 press and to the government by BP executives,
6 but they're not terms used here by BP
7 engineers actually doing the modeling.
8     Q.   Did any of the modeling that you
9 saw present a consensus view by the
10 production engineers or the flow assurance
11 engineers as to what the reasonable bound was
12 for the flow rate, the lower bound?
13    MR. LI: Objection.
14    Q.   From April to May of 2010?
15    MR. LI: Objection, form.
16    A.   Again, the group did not form a
17 consistent opinion -- or a consensus opinion
18 and did not present a memo establishing what
19 they thought the range of flow rate should be
20 with an upper and lower bound described or
21 some kind of probability density function or
22 any other kind of explicit representation.
23        But their results, the actual
24 numbers they produce, speak to that issue if
25 we go and look at them.

313

1   A.   Well, although I did not review
2   the junk shot, if the flow rate was high,
3   there would be less likelihood of strong
4   obstructions in the BOP, the whole BOP stack
5   and in the kink and the riser, and,
6   therefore, less things for the junk shot to
7   catch up on and try to bring flow to a halt.
8          But I have no plans on
9   testifying to that.  That's just based on my
10  general knowledge of particle transport
11  through porous and pipe systems.
12    Q.   You do not intend to offer any
13  opinion with respect to why top kill may have
14  failed, correct, as you haven't ruled out
15  other potential reasons as part of the work
16  that you've done in this case?
17    MR. LI:  Objection, form.
18    A.   Other than to testify that by
19  all appearances the flow rate exceeded the
20  threshold as modeled, I have no intent to
21  talk about other reasons top kill may have
22  failed.
23    Q.   What do you contend the flow
24  rate was on May 26th of 2010?
25    MR. LI:  Objection, form.

314

1   A.   I don't know.  It was higher
2   than 15,000.  It was in this kind of range
3   we've been talking about --
4     Q.   What is the range --
5     A.   -- tens of thousands.
6     Q.   -- when you say -- I don't know
7   what the range is we've been talking about.
8     A.   Well, the -- the ranges we were
9   referring to earlier were ranges for which we
10  had less information than became available
11  later.  The top kill operation provided
12  information about the well behavior.  An
13  example here is that it provided information
14  that -- at least according to these, these
15  computer simulations -- that Dr. Rygg, I want
16  to say -- and you have a more proper way to
17  pronounce his name -- that he -- according to
18  his threshold simulation, then we now know
19  the flow rate is better than 15,000.  But we
20  already knew some of that information before,
21  not that threshold, but, for example, from
22  the RIT, we knew something about flow rate.
23    Q.   Dr. Wilson, in the interest of
24  time, I'm going to interrupt you.
25         Do you have an opinion as to

315

1   what the actual flow rate was on May 26th,
2   27th, or 28th?
3     A.   Greater than 15,000.
4     Q.   Okay.  You haven't done any
5   calculations, analysis, modeling in order to
6   assess that, correct?
7     A.   I've reviewed BP's modeling.
8   That's the basis of my opinion --
9     Q.   Okay.
10    A.   -- that their rates are my
11  opinion.
12    Q.   Okay.  And you haven't even
13  looked at what the government thought the
14  rate was at that time consistent with the
15  FRTG's work, correct?
16    MR. INGERSOLL:  Objection, form.
17    A.   I reviewed modeling.  I did not
18  review the government efforts on this -- in
19  this area of flow rate estimate.
20    Q.   Okay.  Now, if you can go to
21  tab 45, please.  You were retained by
22  Transocean in this case, correct?
23    A.   Yes.
24    Q.   And you've been working on this
25  matter for several months now, correct?

316

1     A.   Yes.
2     Q.   And you were looking at what
3   information BP had and what modeling BP had
4   performed, correct?
5     A.   BP, its consultants, and
6   contractors, yes.
7     Q.   All right.  Did BP provide
8   Transocean with any information about the
9   modeling it had performed?
10    A.   I've seen no evidence that it
11  provided Transocean any information about
12  modeling flow rates or any other aspect of
13  the modeling.
14    Q.   All right.  Take a look at the
15  document behind tab 45.  And I'm going to ask
16  you to mark that as exhibit 11904.
17         (Exhibit Number 11904 marked.)
18    Q.   Do you know who Paul King is?
19         First of all, have you
20  previously seen this document that we just
21  marked as exhibit 11904?
22    A.   I've certainly seen aspects of
23  this.  I've seen this Stress Engineering
24  report, or something similar to it before.  I
25  don't -- I don't recognize the -- you know,

Worldwide Court Reporters, Inc.
PURSUANT TO CONFIDENTIALITY ORDER

353

1  sensitive to these assumptions as some other
2  modeling efforts.
3      Q.   Okay.  Mr. Von Sternberg asked
4  you about the opinion that you had here, the
5  conclusion that you had regarding top kill.
6  And I just want to follow up briefly on that
7  question.
8           Have you been able to rule out
9  that top kill failed for reasons other than
10 the flow rate and offer an opinion to a
11 reasonable degree of engineering certainty?
12     A.   I did not do a technical review
13 of top kill.  My impression is it failed
14 because of flow rate.
15     Q.   Okay.
16     A.   There's no indication of any
17 other cause of the failure.
18     Q.   Okay.  And I heard you say your
19 impression, but then I heard your -- I
20 thought I heard some testimony previously.
21 And I'm not asking about your impressions.
22 I'm asking about any scientific or
23 engineering analysis.
24          Have you done any to determine
25 whether top kill failed for reasons other

354

1  than flow rate?
2      A.   I had not done a detailed
3  examination of top kill, but flow rate was
4  clearly in excess of the 15,000 barrels per
5  day threshold.  And all indications are it
6  failed for that reason.  I did not -- I did
7  not investigate, basically, failures other
8  than that in -- in the system.
9      Q.   I can't help but follow up now.
10          You say the flow rate was
11 clearly in excess of 15,000 barrels per day.
12     A.   Based on the modeling that
13 Ole Rygg had done.
14     Q.   Okay.  So simply limited to the
15 modeling Ole Rygg had done, it's your
16 collusion that the flow rate was in excess of
17 15,000 barrels per day?
18     A.   And the evaluation written
19 afterwards by Wild Well Control and their
20 view of videotape and things like that at
21 Add Energy.
22     Q.   I hear what you're --
23     A.   It seemed to be a -- sort of a
24 consensus opinion by many of the engineers
25 down in the trenches.

355

1      Q.   All right.  And -- and I just
2  want to make sure I'm understanding.
3           You've seen various documents
4  that suggest that flow rate was the cause for
5  the failure, but you have not done your own
6  assessment as to why flow rate -- why, excuse
7  me -- top kill failed, correct?
8      A.   I have not done any calculations
9  in support of that as to why top kill failed.
10     Q.   Okay.  And would you be
11 comfortable publishing for peer-review
12 submission anything about why top kill
13 failed, based on your review without doing
14 any analysis, calculations, or conclusions?
15     A.   Without doing additional study
16 of other possible failure mechanisms, I would
17 not feel comfortable publishing on that.  I
18 would feel comfortable arguing strongly that
19 flow rate is the most likely cause, but that
20 is --
21     Q.   And I don't want arguments.
22     A.   -- not a strong argument
23 without --
24     Q.   I don't want arguments.  I want
25 scientific or engineering opinions that you

356

1  would feel comfortable putting in public
2  literature and submitting for peer review.
3      A.   Because I --
4      Q.   Would you have a level of
5  confidence, based on your review, to put next
6  to your name an opinion as to why top kill
7  failed and submit it to peer-review
8  literature?
9      A.   Because I've not thoroughly
10 examined all the alternatives for failure, I
11 would not feel comfortable doing that.
12     Q.   Okay.  Thank you.
13     MS. KARIS:  I have no further
14 questions.  Thank you.
15     THE WITNESS:  Thank you.
16     VIDEOGRAPHER:  The time now is
17 4:07 p.m.  Today's deposition of
18 Mr. John Wilson, consisting of five disks, is
19 now concluded.
20          (Conclusion of deposition.)