# Exhibit 2

## Excerpts from Charles Henry Rule 30(b)(6) Deposition Transcript

## Taken October 3, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL | ) | MDL NO. 2179 |
| BY THE OIL RIG | ) | |
| "DEEPWATER HORIZON" IN | ) | SECTION "J" |
| THE GULF OF MEXICO, ON | ) | |
| APRIL 20, 2010 | ) | JUDGE BARBIER |
| | ) | MAG. JUDGE SHUSHAN |

*****************
VOLUME 1
*****************

Deposition of 30(b)(6)
DEPOSITION OF THE UNITED STATES, BY AND
THROUGH CHARLES BENDER HENRY, JR., taken at
Pan-American Building, 601 Poydras Street,
11th Floor, New Orleans, Louisiana, 70130, on
the 3rd day of October, 2012.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

30

```
           1      Q.    And when did you have a
           2   conversation with Dr. Bill -- Dr. Lehr?
           3      A.    That was last Friday as well for
           4   final -- for preparation.
09:57      5      Q.    And how long did the telephone
           6   call with Dr. Lehr in preparation for this
           7   deposition last?
           8      A.    Probably an hour, maybe just
           9   over an hour, but it was roughly an hour.
09:57     10      Q.    Other than you and Dr. Lehr, to
          11   your knowledge was -- were there any other
          12   non-lawyers on the call?
          13      A.    To my knowledge, no.
          14      Q.    And what was your purpose of
09:58     15   talking with Dr. Lehr last Friday for
          16   approximately one hour?
          17      A.    In preparation for understanding
          18   a discussion related to the 5,000 barrel per
          19   day -- or 5,000 barrel per day estimate.
09:58     20      Q.    Before getting to that, did you
          21   have any discussions with Dr. Lehr regarding
          22   the 1,000 barrel per day estimate or the --
          23   the basis for that estimate?
          24      A.    No.
09:58     25      Q.    With re- --
```

31

```
           1      A.    Excuse me, I need to take a
           2   drink.
           3      Q.    Sure.  With respect to the 5,000
           4   barrel per day estimate, what did Dr. Lehr
09:58      5   tell you about that?
           6      A.    We discussed -- and, you know,
           7   kind of went through his process of analysis
           8   to provide me that information.  And we
           9   discussed, you know, kind of the time -- you
09:59     10   know, my intent and what he saw as what we --
          11   the request was.  And we discussed what other
          12   informations he may have had that he used and
          13   really just trying to develop some clarity
          14   for my part on his activities during that
09:59     15   time.
          16      Q.    With respect to the 5,000 barrel
          17   per day estimate that was announced during
          18   April 25th, was Dr. Lehr the government
          19   employee who -- employee who was primarily
09:59     20   responsible for developing that estimate?
          21      MS. HANKEY:  Objection.
          22      A.    Could you repeat again?  I know
          23   I have to answer, but, yeah.
          24      Q.    (BY MR. FIELDS)  Sure.  Based
09:59     25   on -- on your knowledge and recollection, was
```

32

```
           1   Dr. Lehr the government employee who
           2   performed the science and the analysis to
           3   support the 5,000 per day estimate that was
           4   announced on April 28th?
           5      A.    Bill Lehr is the one that
           6   performed the analysis to provide me the
           7   information I had -- I had asked for, yes.
           8      Q.    To your -- to your knowledge,
           9   was there any other government employee who
          10   was involved in performing the analysis that
          11   was provided to you to support the 5,000 per
          12   day barrel estimate that was announced by the
          13   government on April 28th?
          14      MS. HANKEY:  Objection.
          15      THE WITNESS:  Do I just continue?
          16   Okay.
          17      A.    My knowledge is that Bill
          18   consulted with Debbie Simecek-Beatty one of
          19   our overflight specialists to help provide
          20   him some of the information that he needed to
          21   do that analysis.  Other than that, I don't
          22   believe he -- I had no knowledge in the
          23   consulting with anyone.  But that was one of
          24   our field observers that were providing him
          25   some of the information that he needed to
```

33

```
           1   perform that calculation.
           2      Q.    (BY MR. FIELDS)  You indicated
           3   that during this conversation with Dr. Lehr
           4   you discussed the process of analysis that he
           5   used to provide you with the estimate.
           6   What -- what specifically did you discuss on
           7   that topic?
           8      A.    What information he used to --
           9   in the -- in the analysis, you know,
          10   restating, for example, he used satellite
          11   information that he used, the observations of
          12   our field observer that was, you know,
          13   working to map the oil at the time for
          14   overflight, doing overflights.  And some of
          15   the ways he structured his criteria for how
          16   he -- the method that he actually used.  You
          17   know, he defined it real well, I think, in
          18   his write-up, but we just went over that.
          19      Q.    You used the -- the phrase
          20   "overflights," and that is a phrase that we
          21   will see in a number of documents and just so
          22   we're all on the same page, what is an
          23   overflight?
          24      A.    It's a good question because
          25   there's lots of overflights each day serving
```

9 (Pages 30 to 33)