# Exhibit 3

## Excerpts from Dr. William Lehr Deposition Transcript Volume 1

## Taken January 17, 2013

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL | ) | MDL NO. 2179 |
| BY THE OIL RIG | ) | |
| "DEEPWATER HORIZON" IN | ) | SECTION "J" |
| THE GULF OF MEXICO, ON | ) | |
| APRIL 20, 2010 | ) | JUDGE BARBIER |
| | ) | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VOLUME 1

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Deposition of William Joseph Lehr, Ph.D., taken at the Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 17th day of January, 2013.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

274

1  Q. How did you determine the sheen thickness
2  as -- as described here?
3  A. I used -- I used the average thickness of
4  a -- of a tenth of a micron, because, again,
5  based on those three factors that you just went
6  through.
7  Q. Okay. All right. The eighth paragraph
8  notes: "Sheen volume, using average thickness of
9  0.1 micron, area of 2000" square kilometers "and
10 100% coverage yields oil volume of 200" cubic
11 meters equals 1200 barrels equals 50,000 gallons.
12     Did I read that right?
13 A. Yes.
14 Q. And then -- and then you note: "Thick
15 oil volume, using average thickness of 100
16 microns, 1% average coverage and 50% water
17 content yields an oil volume of" 1000 cubic
18 meters equals 6000 barrels equals .25 million
19 gallons.
20     Did I read that right?
21 A. Yes.
22 Q. Above that, you had noted out -- the
23 "Area coverage of the slick as of 4/26/10 based
24 upon satellite images was 1500 kilometers squared
25 to 3000 kilometers squared; is that right?

275

1  A. Yes.
2  Q. Where did the satellite images come from?
3  A. That would have been -- I don't know
4  specifically what satellites, but -- that were
5  used in that. That was probably one of the radar
6  SAT images that would have come through our
7  NESDIS folks.
8  Q. The one-tenth micron that we just talked
9  about, did -- did that come from a published
10 standard, the average thickness of -- of sheen
11 volume?
12 A. It would have come from based on all
13 those three factors that were listed above there.
14 Q. Okay. And how did you derive the -- the
15 2,000 square kilometer area?
16 A. That would have been the area that would
17 have been reported from some of the satellite
18 images.
19 Q. So in that line above, where it says 1500
20 kilometers squared to 3000 kilometers squared,
21 ranges within that area were reported; for
22 example, the 2000?
23     MR. BENSON: Object to the form.
24 A. It -- perhaps one satellite image gave a
25 larger area than the other one. I don't remember

276

1  what it was and how many satellite images were
2  used in that, but the 2000 was chosen as a number
3  in between.
4  Q. (By Ms. Browne) Okay. And what do you
5  mean by "100% coverage"?
6  A. It means we assumed that the sheen covers
7  the -- the entire area.
8  Q. Okay. Then how -- in that next sentence,
9  we talked about thick -- thick oil volume
10 using --
11 A. M-h'm.
12 Q. -- average thickness of 100 microns, 1
13 percent area coverage, 50 percent --
14 A. M-h'm.
15 Q. -- water content.
16 A. M-h'm.
17 Q. Where did the 100 microns come from?
18 A. The same three factors.
19 Q. All right. And 1 percent area coverage?
20 A. This would have came from taking the --
21 the estimate from the on-scene observer who
22 reported actually a 3 percent thickness estimate
23 for the ratio to thick to the sheen. I made the
24 mistake that I assumed that she had been
25 flying -- the thick oil -- I mean, the thickest

277

1  patch of oil and, therefore, the average coverage
2  would have been less. I now think that that was
3  a mistake. It should probably have been 3
4  percent.
5  Q. Where did you come up with the 50 percent
6  water content?
7  A. Based on the past spills of oil similar
8  to this. It -- it tends to emulsify, and the
9  water content is -- is -- is, roughly, usually
10 around 50 percent.
11 Q. Then the next sentence reads: "To an
12 order of magnitude, we estimate that there"
13 around -- "are around 10,000" barrels "of oil on
14 the water surface, or around a half million
15 gallons."
16     Did I read that correctly?
17 A. Yes.
18 Q. So how did you come up with the 10,000
19 number?
20 A. As an order of magnitude, so you're not
21 going to get --
22 Q. Well, there's a 1200 -- I'm sorry to
23 interrupt you. Go ahead.
24 A. You're thinking like a lawyer, not like a
25 scientist. Pardon me.