# Exhibit 1

## Excerpt from Richard S. Carden Rebuttal Expert Report

## June 10, 2013

GRACE, SHURSEN, MOORE & ASSOCIATES (GSM, INC.)

# Rebuttal Expert Report

*In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 (MDL 2179)*

## Submitted on Behalf of BP Exploration & Production Inc.

6/10/2013



a Robert D. Grace Company

**Richard S. Carden**

These recommended practices do not address equipment or tactics for source control after a blowout occurs. They are recommended practices for drilling and production operations.

The Ziegler and Stevick Reports claim that BP violated the above regulations in part because those regulations require BP to use BAST to control the well. As noted, these regulations requiring BAST do not govern source control. Additionally, a deepwater capping stack is not BAST because it did not exist and had never been used prior to April 20, 2010. BP did use BAST by immediately commencing drilling a relief well, attempting to manually and remotely activate the BOP, and quickly standing up a team of experts to propose and assist in the development of additional early intervention techniques based on the particular characteristics of the blowout. Indeed, MMS regulations note that "[i]n general, we consider your compliance with [MMS] regulations to be the use of BAST."[105] BP's OSRP and Initial Exploration plan were approved by MMS as meeting applicable regulations for, among other things, spill preparedness.[106]

If the Ziegler and Stevick Reports were correct regarding the level of preparedness required by the regulations, every Operator in the Gulf of Mexico would have been guilty of violating MMS regulations. This shows that the Ziegler and Stevick Reports' analysis is incorrect.

### G.     Rig Change-out

The Ziegler Report claims that BP had "overall less time to plan or implement Source Control"[107] because it changed rigs (from the *Marianas* to the *Deepwater Horizon*) while drilling the Macondo well. I disagree. Changing the rig had nothing to do with source control preparedness, especially because the *Deepwater Horizon* rig was lost. In either case, BP would have been dealing with a blowout from the subsea BOP. The Ziegler Report also states that the drilling program "had changes at the last and critical part of the well."[108] Drilling programs for exploratory wells must be flexible because conditions in the well can be different than anticipated. If the formation pressures are different than expected, things such as the casing setting depths and mud weights have to change. Changing the rig had nothing to do with source control preparedness, which is not rig specific.

---

[105] 30 CFR 250.107(c).
[106] See Section 2.2(A) above.
[107] Ziegler Report, p 12.
[108] *Id.*