# Exhibit 3

# Excerpts from Dan Gibson Expert Report

# May 10, 2013

# In re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MDL NO. 2179, SECTION J
JUDGE BARBIER; MAGISTRATE JUDGE SHUSHAN

# Expert Report of Dan Gibson
May 10, 2013

shutting-in a blowout have to address the types of risks addressed in my report, which Dr. Bea's report completely ignores.

**Overall Conclusion**

BP developed a number of possible scenarios that could account for the flow from the well, including flow up the primary Production Casing string, and possible flow in the Production Casing Annulus. The scenarios BP developed were reasonable, and no data was available from Top Kill that would definitively eliminate any scenario. The decision to avoid the potentially catastrophic scenario of a broach of hydrocarbons to surface around the well, as a result of shutting-in the well without full control, is consistent with the data available at the time.

Regarding Dr. Bea, in his analysis he appears to have completely ignored many areas that a risk management analyst such as himself should have assessed in determining how well BP minimized risks to people and the environment during the Response.

## Scope of Opinions

For Opinions 1, 2, and 3 the scope of this report is limited to a review and appraisal of the methodology and technical approach to these issues taken by BP, viewed in light of the limited knowledge the well control team had at the time. Thus, I did not consider data not known to BP at the time. Opinion 4 assesses Dr. Bea's approach in light of my experience with operational risk management.

## Well Design

This section introduces the reader to the basic elements of the Macondo well, and some terminology used in the industry and in this document. For the purpose of this background section, in depicting the Macondo well design, I have relied on data from BP's Form MMS 123A/123S filed with MMS on April 16, 2010.[9] Although there may have been some slight differences between the well as depicted in that filing and the well as actually constructed, the MMS filing is adequate for the purpose used here.

The Macondo well was an exploration well designed in a similar fashion to many other wells, with casing decreasing in diameter as the well gets deeper (Figure 1).[10] This allows a new hole to be drilled inside the "shallower" casing, and then a new inner casing to be installed. The inner casing is typically cemented in place over at least a portion of its length, to isolate (fill) the space between the drilled hole and the slightly smaller casing that has been placed inside that hole.

---

[9] MDL Trial Ex. 41599 (Form MMS 123A/123S).
[10] *Id.* at 1779.

5

Figure 1 shows the basic elements of the Macondo well that should help the reader understand the discussion that follows. Figure 1 is a fair and accurate representation for the purpose of this analysis.



**Figure 1: Well Design - Macondo Example**

6

**Well Casing Strings**

The shallowest casing, nearest the mudline, is the largest casing, the 36" Drive Pipe. At Macondo, it was embedded approximately 454 ft into the seabed. This casing is placed to hold open the hole, preventing loosely-consolidated shallow sediments from sloughing into the hole. It is not intended to resist significant internal or external pressure.

The next casing, the 28" Conductor, is placed inside the 32" hole that has been drilled inside of the 36" Drive Pipe. The 28" Conductor is then fully cemented in place, with a bottom depth at Macondo of 6,217 ft.[11] Cement is pumped down the inside of the 28" Conductor, flowing back up the outside in the narrow approximately 2" gap between the 28" Conductor and the 32" hole. Cement is intended to provide both a fluid seal for the fluid in the annulus and mechanical support for the casing in the slightly larger hole.

At the bottom of the 28" Conductor is an assembly referred to as a "casing shoe." Every casing that is run in a well has a "casing shoe," regardless of size. The primary purpose of the casing shoe is to provide isolation between the inner casing and outer casing annulus after the cement is pumped so the cement can set in an undisturbed environment. While drilling the next hole section, in this case the 24" hole below the shoe, the casing shoe is drilled out, *i.e.,* removed.

The 28" Conductor is expected to hold some slight internal and external pressure. At Macondo, the pressure it was required to withstand was based on the formation strength at the casing shoe, which lay at 6,217 ft. Shoe strength would not have been very high as the casing was set in soft shallow sediments (*i.e.*, mud) near the sea floor. Weak shoe strength is typical of Gulf of Mexico wells around this depth. Both the 36" Drive Pipe and the 28" Conductor are put in place before the Blowout Preventer ("BOP") is installed, and are typically drilled with limited pressure-containment measurements.

On deepwater wells, there has to be some system to allow the casing to be terminated near the mudline. Otherwise, the well casings would have to extend all the way through the water column to the surface. This system is known as the "wellhead assembly." The 28" Conductor begins the wellhead assembly, with the attached low-pressure housing providing the structural and mechanical foundation to "hang-off" (*i.e.*, latch onto) the inner casings.

The next casing installed is the 22" Casing, which is the main structural casing for the well. The 22" Casing is intended to hold some internal and external pressure, axial load from the BOP, and other well gravity loads. This casing is run inside the 24" hole that has been drilled through the 28" Conductor to this depth. Cement is pumped down the inside of the 22" Casing, flowing back up the "annulus" space between the outside of the 22" Casing and the formation. Cement completely fills the annulus, entirely sealing it off from flow. The

---

[11] The bottom of the casing is at a depth of 6,217 ft, which is the total vertical depth of the 28" Conductor as measured from the drilling rig floor (technically referred to as the Rig Kelly Bushing). This nomenclature is 6,217 ft True Vertical Depth Rig Kelly Bushing ("TVD RKB"). The shoe is located only 1,150 ft below the seafloor.

7

cement also provides a mechanical connection between the 22" Casing and the formation to resist axial loading.

The 22" Casing can withstand pressure from permeable formations below, up to 6,360 psi,[12] and it is the first casing that can handle any significant pressures. Installed at the top of the 22" Casing string is the high-pressure housing, which lands on the 28" Conductor's low-pressure housing. This high-pressure housing provides a connector for the BOP to be installed, as well as profiles, grooves, and seal bores from which to hang-off inner casings to be installed later.

**Well Liners**

The next casing installed is the 18" Liner. Rather than running all the way back to the mudline, the 18" Liner stops inside the bottom of the 22" Casing, just above the 22" Shoe. This is done primarily because the wellhead does not have enough room to hang-off at the wellhead the many casing strings run in a well, one inside the other.

Unlike the previous casing strings, the annulus of the 18" Liner is not fully cemented. The 18" Liner is only cemented over a portion of its length, but this provides an annular seal against fluid pressure, keeping that fluid from traveling up the annulus to the 22" Casing.

The 18" Liner is hung-off from the 22" Casing with an item referred to in the industry as a "liner hanger." Although used to hang-off liner from the casing, the liner hanger serves a similar function to the "casing hanger" used to hang-off casing at the wellhead. The 18" Liner Hanger seals off the annulus, which has not been fully cemented, and prevents fluid from passing from the annulus to the formation, or vice versa.

The next casing string installed is the 16" Liner. The 16" Liner is run to the bottom of the well, and then hung-off from a liner hanger attached to the 22" Casing at 160 ft below the seafloor. As with the 18" Liner, the 16" Liner is also only partially cemented, near the 16" Shoe, to seal off the annulus between the 16" Liner and the 17 ½" hole drilled inside the 18" Liner.

**16" Liner Annulus**

Depending on well conditions, the annulus space is sometimes deliberately left open to allow for fluids to flow in and out of the annulus. This is the case of the 16" by 18" x 22" annulus, which is the space between the 16" Liner on the inside, and the lower 18" Liner and upper 22" Casing on the outside. I will refer to this as the 16" Liner Annulus.

So why would it be necessary to leave an annular space open to the formation in a well? If the 16" Liner Annulus was sealed off there could be situations that allowed the pressure to build up in this space and exceed the inner or outer casing pressure rating.

During testing and production, warm fluids are brought to the surface, in the form of produced fluids (*i.e.*, hydrocarbons from the reservoir). These warm fluids transfer heat to

---

[12] MDL Trial Ex. 41599 at 1777 (Form MMS 123A/123S).

the wellbore and the surrounding formation. As the well fluids warm, they expand in a well-defined and well-understood way, which is beyond the scope of this discussion. If the fluids want to expand, but cannot because the annulus is fully closed-in with casing, cement, and mechanical barriers such as hangers, the warm fluid pressure can build to quite high values of several thousands of pounds per square inch, depending on the amount of temperature change. In deepwater, the seawater and ground near the seafloor are very cold, typically just a few degrees above freezing. Reservoir temperatures are typically much higher, with temperatures above boiling at 212 °F and hotter.

The potential for a large increase in wellbore fluid temperature in the casing annuli, away from the flow, is significant. This increase of temperature causes expansion of the fluids, which can lead to Annular Pressure Buildup ("APB"). To prevent the pressure from rising is simple: just provide some way for the pressure to bleed off. The most common way in the industry is by leaving the casing shoe open, without cement, so the pressure can leak off to the formation as the pressure rises, and the casing string and well are not at any risk. This was the approach taken with the 16" Liner, which did not have its annulus fully cemented, so that the 16" Liner Annulus space was not sealed off. If the pressure in this annulus were to build up due to heating, the pressure would be able to bleed of to the formation, rather than building inside a sealed 16" Liner Annulus.

**Rupture Disks**

One of the features of the 16" Liner in the Macondo well is particularly important to this analysis. The 16" Liner included both outward-acting ("burst") and inward-acting ("collapse") rupture disks.[13] Rupture disks are included in the well design to mitigate the danger of the well casing bursting or collapsing if subjected to excessive thermal pressure. These disks are machined to a close tolerance and operate over a very narrow pressure window that is decided before they are run into the well.[14]

Burst disks are pressure-relieving devices that are designed to open when the outward-acting differential pressure exceeds their rated value. In other words, if the pressure inside the casing exceeds the pressure outside the casing by the rated amount, the burst disks will rupture and allow that pressure to equalize, with flow from within the casing to the annulus. On the other hand, collapse disks are pressure-relieving devices that are designed to open when the inward-acting differential pressure exceeds their rated value. In other words, if the pressure outside the casing exceeds the pressure inside the casing by the rated amount, the collapse disks will rupture and allow that pressure to equalize, with flow from the annulus into the casing.

It is important to understand that sufficient *differential* pressure is required to open the rupture disks. In other words, even if the pressure inside and outside the casing is high, the rupture disks will not open unless the difference between the two pressures is great enough.

---

[13] MDL Dep Ex. 11408 at 5749 (*Probability of Rupture Disk Failure during shut-in*, May 22, 2010).
[14] *Id.* at 5748.

9

In the Macondo well, rupture disks were placed at three different depths to provide redundancy. If there was some problem with the rupture disks at one depth, for example if they were accidently covered up by cement, the other disks at a different depth could react to any excessive pressure differential and still perform as expected.

There were a number of other intermediate casing strings that were installed as liners during construction of the Macondo well that will not be discussed here, as they are not related to the issues I address in this report. They were installed using the same methodology as discussed above, but without rupture disks. Rupture disks were only installed in the 16" Liner.

### Production Casing String

The last casing string to be noted is the Production Casing string run to the bottom of the well.[15] This tapered string has a section of 7" casing, run in the bottom of the well, which is connected to a 9 7/8" casing, run in the upper portion of the well. The 7" casing is not material to the analysis in this report. At the top of the Production Casing is the Production Casing Hanger, which is set in a profile in the high-pressure housing (*i.e.*, the wellhead). This casing hanger prevents the Production Casing from slipping further into the well, and isolates the annulus between the Production Casing and the 16" Liner.

### Drill Pipe

At the time of the explosion on the *Deepwater Horizon*, a tapered workstring of 5 ½" and 3 ½" drill pipe was left in the well when the BOP was activated.[16] The exact depth and state of this workstring were not known in May 2010 at the time of Top Kill. This workstring is not of concern for the rupture disks, or otherwise for the analysis I performed during this review.

---

[15]  MDL Trial Ex. 41599 at 1777 (Form MMS 123A/123S).
[16]  MDL Dep. Ex. 10533 at 7446 (*Top Kill Analysis*, May 29, 2010).