UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>Section "J"<br><br>Judge Barbier<br><br>Magistrate Judge Shushan |

**This document relates to:**

| | |
|---|---|
| *Gautier Family Sports Resort and Marina, LLC v. BP Exploration & Production, Inc., et al.* | CA# 2:13cv5374 |
| *Mary Walker Real Property Co., LLC v. BP Exploration & Production, Inc., et al.* | CA# 2:13cv5375 |
| *CC's Bait Shop, LLC v. BP Exploration & Production, Inc., et al.* | CA# 2:13cv5376 |
| *Concept Properties, LLC v. BP Exploration & Production, Inc., et al.* | CA# 2:13cv5377 |

<u>**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**</u>

Pursuant to Federal Rule of Civil Procedure 7.1(a), the Plaintiffs state as follows:

1.    GAUTIER FAMILY SPORTS RESORT AND MARINA, LLC states, through its undersigned counsel, that it does not have a parent corporation and no publicly-held corporation owns 10% or more of its stock.

2.    MARY WALKER REAL PROPERTY CO., LLC states, through its undersigned counsel, that it does not have a parent corporation and no publicly-held corporation owns 10% or more of its stock.

3.    CC'S BAIT SHOP, LLC states, through its undersigned counsel, that it does not have a parent corporation and no publicly-held corporation owns 10% or more of its stock.

4.    CONCEPT PROPERTIES, LLC states, through its undersigned counsel, that it does not have a parent corporation and no publicly-held corporation owns 10% or more of its stock.

Respectfully submitted, this the 11th day of September, 2013.

/s/ *Nathan A. Bosio*
ROBERT W. WILKINSON, MSB #7215
NATHAN A. BOSIO, MSB #100185
AMY LASSITTER ST. PÉ, MSB #100870
W. CHARLES McVEA, MSB 102436
DOGAN & WILKINSON, PLLC
POST OFFICE BOX 1618
PASCAGOULA, MS 39568-1618
PHONE: 228-762-2272
FAX: 228-762-3223
E-MAILS: rwilkinson@dwwattorneys.com
nbosio@dwwattorneys.com
astpe@dwwattorneys.com
cmcvea@dwwattorneys.com

FREDERICK T. KUYKENDALL, III
AL BAR NO. ASB4462A59F
FEDERAL BAR NO. KUYF4462
GRANT D. AMEY
AL BAR NO. ASB4273T83A
FEDERAL BAR NO. AMEYG4273
KUYKENDALL & ASSOCIATES, LLC
23937 U.S. HIGHWAY 98, SUITE 3
FAIRHOPE, AL 36532
PHONE: 251-928-4008
FAX: 205-453-0042

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Plaintiffs' Corporate Disclosure Statement has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by

using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of September 2013.

/s/ *Nathan A. Bosio*
Nathan A. Bosio