UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
|    "Deepwater Horizon" in the Gulf | * | |
|    of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| *12-968* | * | MAGISTRATE SHUSHAN |
| | * | |

## ORDER

**IT IS ORDERED** that the Ex Parte Motion to Expedite Review of Motion for Reconsideration (Rec. Doc. 11318) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Motion for Reconsideration and Amendment of Order Setting Appeal Bond Amount (Rec. Doc. 11317), which requests that the amount of the appeal bond be reduced from $50,000 to $5,000 or less, is **DENIED**.

New Orleans, Louisiana, this 11th day of September, 2013.

_____
United States District Judge