# Exhibit 1

From: Cernich, Scott (ENRD) [mailto:Scott.Cernich@usdoj.gov]
Sent: Friday, August 16, 2013 03:00 PM Central Standard Time
To: eFile-Shushan@laed.uscourts.gov <eFile-Shushan@laed.uscourts.gov>; *sherman@hhkc.com;
jimr@wrightroy.com <jimr@wrightroy.com>; bbarr@levinlaw.com <bbarr@levinlaw.com>;
jimmy@jimmywilliamson.com <jimmy@jimmywilliamson.com>; dsc2179@liskow.com
<dsc2179@liskow.com>; Andre, Abigail (ENRD) <Abigail.Andre@usdoj.gov>; Benson, Thomas (ENRD)
<Thomas.Benson@usdoj.gov>; *deepwater.horizon@usdoj.gov; Engel, Bethany (ENRD)
<Bethany.Engel@usdoj.gov>; Flynn, Stephen (CIV) <Stephen.Flynn@usdoj.gov>;
*Sarah.Himmelhoch@usdoj.gov; King, Rachel (ENRD) <Rachel.King@usdoj.gov>; Pencak, Erica
(ENRD) <Erica.Pencak@usdoj.gov>; *Mike.Underhill@usdoj.gov; Shutler, Sharon (CIV)
<Sharon.Shutler@usdoj.gov>; WStradley@mithofflaw.com <WStradley@mithofflaw.com>;
TDemetriou@mithofflaw.com <TDemetriou@mithofflaw.com>; grant.davis-denny@mto.com
<grant.davis-denny@mto.com>; Chakeres, Aristide (ENRD) <Aristide.Chakeres@usdoj.gov>;
O'Rourke, Steve (ENRD) <Steve.O'Rourke@usdoj.gov>; godleytj@mto.com <godleytj@mto.com>;
mdl2179states@ago.state.al.us <mdl2179states@ago.state.al.us>
Cc: mike_o'keefe@laed.uscourts.gov <mike_o'keefe@laed.uscourts.gov>;
ben_allums@laed.uscourts.gov <ben_allums@laed.uscourts.gov>; Sally Shushan
<Sally_Shushan@laed.uscourts.gov>
Subject: RE: MDL 2179:  US In Camera Submission of Deposition Bundle Lists

Judge Shushan, Mike, and Counsel,

The United States will submit the deposition of Dr. Nathan Bushnell as a "relied upon
expert."

Respectfully,
Scott

Scott M. Cernich
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Telephone (202) 514-0056
Facsimile  (202) 514-8865

Overnight mail:
ENRD Mailroom, Room 2121
601 D Street, NW
Washington, DC 20004

# Exhibit 2

# Annotated Excerpts from Certain US Expert Reports

**EXPERT REPORT**
*U.S v. BP Exploration & Production, Inc., et al.*

**Flow Rates from the Macondo MC252 Well**
**Submitted on Behalf of the United States**

**Prepared by:**

**Ronald C. Dykhuizen, Ph.D.**
**Principal Member of the Technical Staff**
**Sandia National Laboratories**
**Albuquerque, New Mexico**

_____
**Ronald C. Dykhuizen, Ph.D.**

**MARCH 22, 2013**

Confidential per BP

Post-incident, I had the opportunity to examine the Capping Stack equipment at the NASA Michoud facility on more than one occasion and to review additional measurements of the equipment. The measurements were very consistent with the dimensions used in the analysis. Only minor differences were noted, and these had very little impact on the flow results.

The DOE-NNSA Flow Analysis Report concluded that the potential error uncertainty in the 53,000 bopd flow estimate for the last day was +/- 10%. This was based upon expert consensus and the fact that the flow estimate was calculated through different flow paths, with different collection rates, and these all yielded similar results. An alternate method was also presented where the resistances were not input, but derived from the pressure data, and this also provided a similar estimate. At the time, I personally thought that the uncertainty bound should be +/- 20% for the flow rates during the last days.  It is now my opinion that the uncertainty bound is smaller based on review of additional studies that obtained similar flows.

The pipe flow calculations used to estimate the flow generally are material for undergraduate fluid mechanics students, however estimates of *multiphase* flows based on pressure measurements are more complex. In this section I will discuss some of the items that have the potential to impact the accuracy of the DOE-NNSA flow estimate for the last days of flow.

The estimates documented in the DOE-NNSA Flow Analysis Report assumed that the oil could be simulated by a single phase fluid with a homogeneous density. There is significant literature discussing the accuracy of this assumption.   A standard reference (J. G. Collier, Convective Boiling and Condensation, McGraw Hill, 1972, p. 93) states that using a homogeneous model (average density) results in satisfactory representation of the experimental data for sudden flow contractions of multiphase flows. On page 94 it is stated that the use of homogeneous flow to approximate the flow through an orifice overestimates the experimental pressure drop (and thus my estimated flow would be too low). Much of the literature regarding the use of a homogeneous fluid to represent a multiphase flow can be traced back to the original work of Chisholm (D. Chisholm, Prediction of pressure gradients in pipeline systems during two-phase flow, Fluid Mechanics and Measurements in Two-Phase Flow Systems, The Institution of Mechanical Engineers, Proceedings 1969-1970, Volume 184 Part 3C, 1970). Chisholm clearly shows that depending upon the exact situation; this assumption sometimes results in an overestimate of the flow, and sometimes results in an underestimate of the flow.

I have repeated the calculations within the DOE-NNSA Flow Analysis Report using the correlations of Chisholm, and found no significant change in the estimate when using multiphase correlations. In fact, the estimated flow *increased* by 4%.  Another expert in this case, Bushnell (2013), used a multiphase flow computer simulation of the flow through the capping stack, and also found that the predicted flow rate with a multiphase calculation was 3% above what was predicted with a homogeneous single phase assumption.

*Confidential per BP*

Another assumption that was made within the calculations presented in the DOE-NNSA Flow Analysis Report was that the individual flow elements (e.g., lengths of pipe, pipe contractions and expansions, elbows, tees, etc.) could be treated independently. The close proximity of those flow elements potentially could alter their impact on the pressure drop, and therefore reduce the accuracy of flow rate prediction. Computational fluid dynamics (CFD) modeling conducted by Bushnell (2013) explored this by simulating the multidimensional flow through the various elements. In this way they did not have to rely upon tabulated flow resistances (K factors) for the individual elements. Bushnell's results were very similar to the results found in the DOE NNSA Flow Analysis Report, which indicates that the components can indeed be treated independently. This provides additional confidence that our approach was correct.

Finally, the temperature of the flow was not accurately known. The DOE-NNSA Flow Analysis Report used 180 F as the temperature of the flow. This number was provided to us by BP personnel from their calculations of the heat transfer within the well. The U.S. government team tried to obtain temperature measurements from BP, but these were never provided. It has been suggested by BP (BP's Preliminary Response to the Flow Rate and Volume Estimates Contained in Staff Working Paper No. 3, October 2010) that the temperature should be 200 F. The DOE-NNSA Flow Analysis Report concluded that if a temperature of 200 F was used, the flow rate would decrease by 2%. BP has also suggested that the temperature could be as high as 220 F since this was the maximum temperature measured during an investigation by Woods Hole Oceanographic Institute (WHOI) (C. M. Reddy, et al., Composition and fate of gas and oil released to the water column during the Deepwater Horizon oil spill, www.pnas.org/cgi/doi/10.1073/pnas.1101242108).[8] Apparently, obtaining accurate temperature measurements proved a difficult task.An increase to 220 F would yield another 2% reduction in the estimate. But I note that the 220 F measurement presented by WHOI as being the maximum temperature recorded, implying that WHOI had lower measurements.

BP has suggested that phase separation was an important aspect to multiphase flow that was not accounted for in the DOE NNSA Flow Analysis Report.[9] It was suggested that as flow was removed from the choke and kill lines within the original BOP, non-representative phase fractions were removed, leaving an unknown oil mixture to flow through the Capping Stack or Top Hat 4. It was suggested that this could invalidate the densities (and thus the flow rates) calculated within the collection devices installed above the BOP. Examination of the collection records from the various ships reveals that the Gas-Oil-Ratio (GOR) data was quite noisy, but there were no obvious trends with flow rate or between separate extraction points. (see figure 3 below derived from BP collection data (BP-HZN-2179MDL07266155.xlsx and BP-HZN-2179MDL07266256.xlsx).[10] This implies that the mixtures removed for collection were indeed

---

[8] Depositions of Arthur C. Ratzel and Ronald C. Dykhuizen.
[9] Depositions of Ratzel and Dykhuizen.
[10] According to BP's records, the Helix Producer GOR was 2366 using the average GOR from the Q4000.

*Confidential per BP*

Since the issuance of the DOE-NNSA Flow Analysis Report, a number of studies have become available that support the conclusion for the total flow on the final day. These include a paper by Dr. Stewart K. Griffiths ("Oil Release from Macondo Well MC252 Following the Deepwater Horizon Accident," S. K. Griffiths, *Environ. Sci. Technol,* 46 (10), 5616–5622, 2012), pp 5616–5622), reports of Kelkar and Raghavan (2013), Bushnell (2013), Pooladi-Darvish (2013), and various BP studies including calculations by BP engineers Farah Saidi (51,500 bopd)[12] and Adam Ballard (59,098 bopd).[13] These all use different techniques to estimate the flow using BP's pressure data. In addition, BP Vice-President Richard Lynch testified that BP calculated a flow rate of 56,000 bopd through the Capping Stack based on these same pressure data.[14] Based on those calculations and the calculations documented in this report, my uncertainty is reduced.

### 2. Estimate of the integrated oil flow over the duration of the spill

Once the flow rate from the last days is found, one may determine the flow for the various days from April 20 to the capping of the well. I estimate the total release from the Macondo well to be approximately 5 million barrels. The assumptions used in generating my calculations of the total release are strongly supported by analysis of BOP pressure data recorded during the blowout ("Oil Release from Macondo Well MC252 Following the Deepwater Horizon Accident," S. K. Griffiths, *Environ. Sci. Technol,* 46 (10), 5616–5622, 2012). Other studies conducted by BP are also consistent with the flow rates used to obtain this total flow including those of BP engineers and BP contractor ADD Energy.[15] The Top Kill and Top Hat 4 calculations described below give me additional confidence in my estimate.

I helped prepare the estimate of the integral of the flow within the DOE-NNSA Flow Analysis report. First it was observed that the measurements of pressures at the bottom of the BOP (pressure gauge PT-B) exhibited a steady decline. This indicated that the depletion of the reservoir was steady over the course of the 86 day spill as one would expect. The final shut in pressure allowed an estimate of the total depletion of the reservoir.

The DOE-NNSA Flow Analysis report included two instances of major geometrical changes in the well geometry: 1) the removal of the damaged riser just above the BOP/LMRP, and 2) the installation of the Capping Stack. The DOE NNSA team calculated that the removal of the riser would increase flow by 4% or less. BP independently estimated the effect of the riser removal as 2 to 5%.[16] The Capping Stack decreased flow by approximately 4% (so the flow rate immediately prior to the Capping Stack installation would have been approximate 4% higher than the 53,000 bopd I calculated with the Capping Stack in place). Even with the choke and/or

---

[12]Exhibit 9453 (Appendix A.1).

[13] Exhibit 9491 (Appendix A.2).

[14] Deposition of Richard Lynch (May 19, 2011), p. 372.

[15] Exhibit 9452, Appendix A.3 (Post event simulation of Top Kill procedure, June 29, 2010), Exhibit 9455 (June 29, 2010 "Top Kill Modeling"); Exhibit 9254 ("Reliev well kill for Macondo MC 252 #1, Well Kill Modeling and Evaluations, July 2010).

[16] Exhibit 11171 (Appendix A.5).

## REBUTTAL EXPERT REPORT
*U.S v. BP Exploration & Production, Inc., et al.*


### Flow Rates from the Macondo MC252 Well
### Submitted on Behalf of the United States


### Prepared by:


### Ronald C. Dykhuizen, Ph.D.
### Principal Member of the Technical Staff
### Sandia National Laboratories
### Albuquerque, New Mexico


Ronald C. Dykhuizen, Ph.D.


### June 10, 2013

## 2.  Response to Simon Lo (BP) regarding Capping Stack Calculations

a.  <u>Dr. Lo's Proposed Exit Boundaries are Incorrect</u>

Dr. Lo states in his report that the calculations that I performed did not take into account the heavier sea water at the exit of the Capping Stack. This is a concept that was discussed during the incident by the DOE team in regards to the correct boundary conditions for Top Hat 4 (an identical concern). Lawrence Livermore National Laboratory (LLNL) performed a numerical CFD calculation (reference: email from Wayne Miller, 6/16/2010, subject: CFD study of 2-density fluid jet on K (SNL008-003826-SNL008-003831)) that demonstrated that this was not an important effect, and others came to the same conclusion theoretically (email from John Olsen 6/11/2010, subject: RE: Alex Slocum (SNL008-002575)). Dr. Lo presents his calculations, but the results seem to be incomplete and his boundary conditions are incorrect. Lo provides no velocity profiles, and this limits my ability to understand his boundary conditions. It is implied that the artificial side and bottom boundaries within the sea domain do not allow flow, and there is a single exit/entrance pressure boundary condition at the top. These boundary conditions are not correct as discussed in the relevant literature (Phys. Fluids 16, 3699 (2004); http://dx.doi.org/10.1063/1.1780548 Upstream entrainment in numerical simulations of spatially evolving round jets, Pradeep C. Babu and Krishnan Mahesh).

To investigate the boundary conditions that Dr. Lo used, Dr. Nathan Bushnell (U.S. Government expert witness) reviewed the computer files of Dr. Lo, and created a streamline plot of the water flow outside of the kill line exit of the Capping Stack (shown below). The curved lines within the plot identify the paths that Dr. Lo predicts the water to travel. It is clear that the water is not allowed to cross the artificial bottom and side boundaries as would happen during the event. The second figure below is taken from Babu and Mahesh (Phys. Fluids 16, 3699 (2004)) illustrates the correct streamlines one would expect. With incorrect boundary conditions Dr. Lo obtains incorrect results. Thus, one should ignore any results presented by Dr. Lo using his incorrect boundary condition.



Figure supplied by Dr. Bushnell showing water streamlines.

# EXPERT REBUTTAL REPORT
## U.S v. BP Exploration & Production, Inc., et al.

## Oil Release from the MC252 Macondo Well

Prepared on Behalf of the United States

Prepared by:

**Stewart K. Griffiths**
**Albuquerque, New Mexico 87122**
**June 10, 2013**

*SK Griffiths*

---------------------------------

Stewart K. Griffiths

*Confidential per BP*

gravitational pressure differences (same as elevation head) affect fluid properties and how these in turn might affect flow rates.   As discussed above, the effect of such variation was in fact included in my calculations over the 86 days of flow.  This variation indeed was not included in my calculations during shut-in, but it was most certainly included in my analysis of uncertainties.  This appears in Table 1 of my report next to the heading "Head Variation During Shut In" and was discussed in Appendix G. The uncertainties associated with this are again small, -0.7% to +0.0%.

### Constant Discharge Coefficients

It is also a fundamental tenet of fluid dynamics that fluid speeds are proportional to the square-root of the frictional pressure drop for turbulent flows.[8]  An exception to this exists for a perfectly smooth pipe, but I do not believe that is relevant here, and this exception increases my calculated cumulative discharge in any case.[9]  Because flow rates are proportional to fluid speeds, flow rates must also be proportional to the square-root of the frictional pressure difference.  Here the only substantive issues are how densities and two-phase factors might vary as mean pressures vary and how such variations might indirectly affect fluid speeds and flow rates.  I addressed this issue extensively in Appendix C of my original report. Moreover, the CFD calculations by Dr. Bushnell (Fig. 2 below) and the PROSPER modeling by Tony Liao of BP (Fig. 7 of my original report) both show a square-root relationship between frictional pressure drop and flow rate.  As such, I do not believe that any criticism of my use of this square-root relationship is well founded.

In my original report, I provided in Appendix C a detailed technical basis for my use of constant discharge coefficients for the BOP and various segments of paths through the capping stack when present. That technical basis was established through calculations showing that discharge coefficients remained reasonably constant over a very wide range of pressure differences and flow rates for a wide range of published two-phase factors.  In my opinion, the defense experts have not provided any substantive argument against that analysis, and I remain convinced that it is valid.

The comparison I made with Dr. Liao's calculations and presented in Fig. 7 of my original report is likewise valid.  Again, flow rates in *all* numerical simulations are based on fluid speeds computed using the frictional pressure drop.  In Fig. 7 of my report, I compared flow rates in the wellbore calculated by Tony Liao of BP to flow rates obtained using a constant discharge coefficient. Tony Liao produced a number of such results that I might have used.   Some of his calculations did not include the pressure drop in the reservoir,[10] while others involved less reservoir depletion.[11]  The case I chose was in fact selected because it would exhibit the most pronounced effects of two-phase flow.  All of his other calculations involved higher bottom-hole pressures and so flows that more closely resemble single-phase behavior.   I specifically chose the case I did because it would present the most challenging test of my use of a constant discharge coefficient.  The comparison I presented in Fig. 7 illustrates the relationship between flow rate and frictional pressure drop. I believe this is appropriate and in fact is the only meaningful relationship to discuss in the context of fluid dynamics.   I agree that gravitational pressure drops (elevation heads) do influence flow rates indirectly through their influence on fluid densities, and I have addressed this adequately through my uncertainty analysis.  As such, I stand by my belief that flow rates can be related to frictional pressure differences through a constant discharge coefficient, and that the

---

[8] This is the same as saying that the pressure drop is proportional to the square of the fluid speed.

[9] For the special case of a perfectly smooth pipe, fluid speeds can vary in proportion to the pressure difference to a power of 0.57 rather than 0.50.  If 0.57 were used, my calculated cumulative discharge would increase very slightly.  It increases also for a power of 1.0, but by less than 3%.

[10] BP-HZN-2179MDL04869885.xls and BP-HZN-2179MDL04896196.xls.

[11] BP-HZN-2179MDL04920969.xls, Exhibit 11145 at 5 (second case).

*Confidential per BP*

resulting calculated flow rates accurately reflect true flow rates over a range of conditions when discharge coefficients are determined from measured pressures and flow rates.

I have since checked flow rates through the kill line based on a constant discharge coefficient against those obtained using a full two-phase model. Dr. Bushnell calculated flow rates through the capping stack kill line for various pressure differences using a well-established ANSYS computational tool. He also employed a highly detailed description of the geometry, a sophisticated model of the turbulence, and a complete equation of state for the fluid based on the analyses of Dr. Zick.[12] This is illustrated in Fig. 2.

**Figure 2.** Flow rates through the capping stack kill line calculated by Dr. Bushnell (symbols) using ANSYS CFX and a fit to his results via a fixed discharge coefficient (curves). The pressure drop is the total pressure difference between the inlet and outlet.

Dr. Bushnell presented results with and without the inclusion of gravitational effects. These are indicated by red and blue symbols and curves, respectively.

Fits to both of his results are exceptionally good, exhibiting a maximum deviation of just 0.72%. The discharge coefficients obtained from the two fits differ by less than 0.4%.



Dr. Bushnell considered two cases, one in which the effects of gravity were included in his calculations and one in which these effects were not. Both of these are shown in Fig. 2. In both cases, he reported in his spreadsheet the total mass flow rate of both phases, not the flow rate of just the oil. In Fig. 2, I have converted these mass flow rates to reflect the flow rates of stock-tank oil using conversion provided in his expert report.[13] The flow rates he reported span a very wide range, from roughly 20,000 to 70,000 stbd, depending on the pressure difference.

Also shown in Fig. 2 is the fit to each of these results from Dr. Bushnell using a constant discharge coefficient relating flow rate to the square-root of the pressure drop. Despite the complexities and detail in his analysis, a constant discharge coefficient reproduces his results extremely well. The RMS deviation between the two fits and his two calculations are less than 0.3%, and the maximum deviation for either case is 0.72%. The discharge coefficients for these two cases are 2627 and 2637 stbd/psi$^{1/2}$. These differ by just 0.39%. They also differ by only 3.4% from my best-estimate value of 2551 stbd/psi$^{1/2}$ for the discharge coefficient of the kill line.

---

[12] K factor Kill Line.xls.

[13] Expert report of Nathan Bushnell. March 22, 2013. The conversion I used is 451.0 stbd per kg/s total mass flow rate based on the values presented in his footnotes on page 52 and a value of 0.15899 m$^3$/bbl for conversion from cubic meters to barrels.

*Confidential per BP*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO ON APRIL 20, 2010
MDL 2179

REBUTTAL EXPERT REPORT:
RATE PREDICTION FROM THE MACONDO WELL

Prepared on Behalf of the United States

Prepared by:
Mohan Kelkar
Kelkar and Associates, Inc.
528 East 104th Street
Tulsa, OK 74137

Rajagopal Raghavan
PO Box 52756
Tulsa, OK 74152

June 10, 2013

-------------------------------
Mohan Kelkar

-------------------------------
Rajagopal Raghavan

## EXECUTIVE SUMMARY

In our initial expert report, submitted on March 22, 2013, we calculated the flow rate of oil from the Macondo well on the last day of the spill (54,000 stock tank barrels), as well as the cumulative amount of oil spilled from the reservoir over approximately 86 days (4.5 to 5.5 million stock tank barrels). In reports submitted on May 1, 2013, some of defendants' consultants challenged certain aspects of our analysis. We respond to those challenges here and adjust our cumulative flow estimates slightly based on a more detailed evaluation of the uncertainty surrounding certain input parameters.

Importantly, there were a number of aspects of our analysis that were either *not* challenged by defendants or where their analyses are consistent with ours. For example, the only analysis of flow rate through the capping stack on the last day, presented by Dr. Simon Lo on behalf of BP, calculates a mass flow rate almost identical to ours (and to that calculated by United States' expert Dr. Nathan Bushnell using the same methodology). Other instances where defendants' conclusions are consistent with ours are:

- Dr. Gringarten's average reservoir pressure calculations are consistent with ours: we calculated an average pressure of 10,396 psia while Dr. Gringarten obtained a range from 10,364 to 10,460 psia.
- Our average estimate of hydrocarbon pore volume in the original report was 264 million reservoir barrels. Dr. Blunt predicts a value of 258 million reservoir barrels, BP's own internal estimate is 256 million reservoir barrels, and Dr. Torres-Verdin's mid-point estimate is 259 million reservoir barrels. These values show remarkable consistency among various engineers that have examined the issue.
- In our initial report we used an initial formation volume factor (Boi) value of 2.14 bbl/STB. This value is consistent with the oceanic analysis provided by Dr. Curtis Whitson on behalf of BP. Dr. Whitson predicted a value of 2.08 to 2.14 bbl/STB. This value of 2.14 was also used by BP's Phase 1 expert Morton Emilsen.[1]

Based on our evaluation of the defendant experts' reports as well as our own subsequent analysis, we have reached the following conclusions:

**Rate Calculations through Capping Stack**
- The oil flowing through the well on the last day before the well was finally shut-in was approximately 54,000 STB/day. In our initial report, we calculated this rate using the fluid model developed by United States' expert Dr. Aaron Zick, as well as black oil tables generated by BP in June 2010. We have now confirmed this rate using the fluids model provided by Dr. Whitson on behalf of BP.
- Our analysis and calculated rate is further confirmed by the United States' Computational Fluid Dynamics (CFD) expert Dr. Bushnell as well as by Dr. Lo, both of whom did CFD analysis of flow through the capping stack on the last day of the spill.

---

[1] TREX 7401, Morton Emilsen Expert Report (Oct. 17, 2011), p. vi, Section 1.7, 3.2 of Appendix W.

rate variation that occurred just prior to shut-in as the choke valve closed, and Dr. Gringarten has not given adequate explanation as to how he handled this rate variation.

- Dr. Gringarten's deconvolution process is based on assumed pressure profiles prior to shut-in.  However, he does not account for pressure variation with rate changes that are calculated during the deconvolution process.  Hence, there is internal inconsistency in his analysis.
- Dr. Gringarten calibrates his rates based on a fixed profile using MDT derived permeability data.  However, he does not ensure that the revised estimates of properties and rates would honor the pressure profiles he uses.  This represents another shortcoming in his methodology.
- Neither Dr. Gringarten nor Dr. Blunt's analyses are consistent with the geological model provided in Blunt report.
- Dr. Gringarten focuses his criticism of our average reservoir pressure calculation on the methodology we employed.  This is entirely irrelevant since our calculated average reservoir pressure (10,396 psia) is in the middle of the range indicated by Dr. Gringarten (10,364 to 10,460 psia).

**Total Volume of Oil Released**

- Using a Monte Carlo simulation method, we developed an uncertainty distribution of the cumulative volume of oil released over the approximately 86 days of the spill, using the material balance analysis done in our initial report.  The average value of oil released is 5.9 MMSTB with 10 percentile value equal to 8.3 MMSTB and 90 percentile value equal to 3.7 MMSTB.  These values are calculated based on the assumption that there is no aquifer supporting the reservoir.
- Dr. Blunt's calculation of cumulative oil released is incorrect because he uses overly conservative inputs to his material balance calculation.
- Dr. Gringarten's cumulative oil released calculations are unreliable because his calculation of bottom hole pressures is incorrectly assumed to be independent of the rate profile.  In addition, his reliance on flawed MDT permeabilities cannot be justified.

### SECTION I.  RATE PREDICTIONS THROUGH THE CAPPING STACK

In our original report, we calculated flow rates through the capping stack as the well was progressively shut by closing a choke valve, and concluded that the flow from the well on July 15 was approximately 54,000 STB/day.  In addition, we calculated the rates through the kill line during the same time period and obtained similar rates.  None of the reports submitted by defendants directly challenge our flow rate calculations through the capping stack.  Instead, a few of the defendants' reports present disjointed critiques of our capping stack analysis that are inconsequential.  Indeed, only BP's Dr. Lo[3] presents a calculation through the capping stack, using a methodology that is very similar to that used by United States expert CFD modeler Dr. Nathan Bushnell.  Notably, Dr. Lo's base analysis results in mass flow rates that are remarkably close (less than 1% difference) to the rates calculated by Dr. Bushnell and in our original report.

---

[3] Dr. Lo, S. Report: "CFD Analysis of the flow Through Capping Stack," May 1, 2013.

CONFIDENTIAL

Specifically, we first address the reports of Dr. Simon Lo (BP), Dr. Sankaran Sundaresan[4] (Transocean) and Dr. Richard Strickland (Halliburton).[5]  All three reports evaluate our rate calculations through the capping stack.  We then evaluate the influence of fluid models provided by Dr. Whitson (BP) on our analysis, and provide a critique of Dr. Strickland's analysis of pressure drop in the wellbore.

## Dr. Lo's Capping Stack Analysis

Dr. Simon Lo used a Computational Fluid Dynamics (CFD) methodology to calculate the flow rate through the capping stack just before the well was shut in on July 15.  Similar to our calculations, Dr. Lo also calculates the rates through both choke and kill lines, and his analysis is essentially the same as that done by United States expert CFD modeler Dr. Nathan Bushnell.  Dr. Lo criticizes our model in four respects:

1.  <u>We used a one-dimensional model instead of a three dimensional model.</u>  It is true that we used one dimensional model to calculate pressure drop across the capping stack; that model obtained virtually the same results as Dr. Lo.  Moreover, what we used is indeed a standard industry practice.  If one examines any commercial software today which is commonly used in the oil industry, every one of them uses a one dimensional model to calculate pressure drop across pipelines, tubing and restrictions.  CFD modeling is not used to calculate the pressure drop across the restrictions unless there is a special need for highly precise calculations through finely defined flow paths, which is not strictly necessary for purposes of calculating flow through the capping stack.  Our model is further validated by the fact that the flow rate we calculated through both the choke line and the kill line are consistent with Dr. Bushnell's and Dr. Lo's mass flow rate results.

2.  <u>We used lower fluid temperature.</u>  In our report, we showed that the temperature uncertainty has some effect on the calculations of the rate.  We write in our report that the temperature change by 20 F results in about maximum of 2% error.  The rate is lower when the temperature is higher.  This number is consistent with Dr. Lo's observation that 20 F difference results in 1.7% error in his calculations.   Because BP did not take any continuous temperature measurements at the exit, we do not know that value with certainty.[6]  We, therefore, simply assumed certain temperature uncertainty and calculated the impact of temperature variation on the flow rate.

3.  <u>We did not account for Exit Loss.</u>  Dr. Lo is simply incorrect.  We did account for the exit loss in our model.  Figure 1 of our report clearly shows a K factor value equal to 1 to account for pressure loss associated with sudden expansion in the ocean.

4.  <u>We did not account for slippage.</u>  Once again, Dr. Lo is incorrect.  We did account for slippage between gas and liquid flows.  We used a commercial model PROSPER to do all our

---

[4] Dr. Sundaresan, S. Report: "Estimates of Flow Rates Preceding Shut-in on July 14-15, 2010," May 1, 2013
[5] Dr. Strickland, R. Report, May 1, 2013.
[6] Indeed, the temperature measurement relied on by Lo was not taken by BP.

**REBUTTAL EXPERT REPORT**
**U.S v. BP Exploration & Production, Inc., et al.**

# Estimate of Cumulative Volume of Oil Released from the MC252 Macondo Well

Prepared on Behalf of the United States

Prepared by:

Mehran Pooladi-Darvish

Fekete Associates, Inc.
Suite 2000
540 5th Avenue SW
Calgary, AB
Canada
T2P 0M2

*M. Pooladi-Darvish*

_____

one of my parameters in isolation and assess its effect on the final estimate of cumulative volume of oil released, without calibrating the model to measurements.

In fact, it this integrated methodology of calibration that has allowed me to incorporate the input data suggested by the defendants' experts, and assess their effect on the cumulative volume of oil released as presented in Section II and III of this report.

Finally, one expert has suggested that all my solutions are the same (in the dimensionless space). This statement is incorrect. In fact, there is no unique dimensionless group that captures all of the sensitivity studies that I conduct (including reservoir flow properties, reservoir storage properties, wellbore properties, PVT properties, the dimensionless term of Skin, measurement errors and changes in hydrostatic pressure). Therefore, there is no way that changes in all of these parameters can result in one single solution (in dimensionless space).

### *One-dimensional resistance models and their assumption*

## Statement of the critique

I have used one-dimensional (1-D) resistance equations in two steps in my work.  In the analytical phase of my work, I have used these to estimate oil flow rate of the well during the collection and no-collection periods. In the numerical phase of my study, and after I had obtained a model that matches the shut-in pressures, I have used these equations along with the oil flow rate as calculated by this calibrated model to calculate the collection rate.  The use of these equations has been critiqued in a number of ways: (a) It has been suggested that these equations are out-dated, and based on single-phase flow relations and therefore not accurate or not applicable to the case at hand; (b) Another defendants' expert has suggested that the use of these equations for calculation of flow rates is subject errors in the measurement of pressures;  (c) One defendants' expert asserts that the way I have formulated my resistance equations is incorrect because there is significant pressure drop in the BOP downstream of the collection point; (d) and finally the same defendants' expert has asserted that I carry over the resistance coefficients from the analytical phase of my study to the numerical phase, and therefore my numerical solutions are constrained by my analytical solutions.

## Response

(a) I have validated the applicability of these equations using modern computer programs under two-phase flow conditions. This was presented in Appendix II-A of my initial report for three different systems; the wellbore, the wellbore and the BOP, and the capping stack. Furthermore, Dr. Bushnell has used a more sophisticated model and examined the applicability of these equations. He has demonstrated that these equations are valid even over a wider range of conditions than was necessary for my calculations.  The graph showing these results is in Dr. Griffiths' report.

(b) I have examined the effect of errors in pressure measurements on the results of my models.  In my initial report, I had four cases that examined the effect of errors in the BOP and capping



# Exhibit 3

## Excerpts from Transcript of Deposition of
## Dr. Ronald Dykhuizen

## Taken June 19, 2013

01-42946
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG      )     MDL NO. 2179
"DEEPWATER HORIZON" in the      )
GULF OF MEXICO, on      )     SECTION: J
APRIL 20, 2010      )
     )     JUDGE BARBIER
     )
     )     MAG. JUDGE SHUSHAN

## CONFIDENTIAL

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# RONALD COPELAND DYKHUIZEN, Ph.D.

JUNE 19, 2013

## *COPY*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1   dynamics work that you rely on, when was that

2   performed?

3       A.  That was performed within the last year

4   or --

09:15  5       Q.  Okay.  So did you direct Mr. Bushnell's

6   work?

7       A.  No, I did not.

8       Q.  Okay.

9       A.  Although I might have requested a plot of

09:15  10  a different format, or those sorts of things, but

11  I did not direct his work.

12      Q.  What do you mean by "requested a plot of

13  a different format"?

14              MR. CERNICH:  Object to form.  I'm

09:15  15  going to instruct the witness not to answer --

16              MR. REGAN:  Well --

17              MR. CERNICH:  -- based on the --

18  based on the Orders of the Court.

19              MR. REGAN:  Let me -- let me just

09:15  20  ask some predicate questions and see.

21      Q.  (By Mr. Regan) As -- you're relying on

22  Mr. Bushnell's computational fluid dynamics work,

23  correct?

24              MR. CERNICH:  Object to form.

09:15  25      A.  I don't need that, but it gives me

 1    greater confidence in my results by using some of

 2    his work.

 3        Q.  (By Mr. Regan) Okay.  And is there

 4    portions of his work that is included in his

09:16  5    Expert Reports that you asked to have performed?

 6              MR. CERNICH:  Object to form.  I'm

 7    going to instruct the witness not to answer.

 8        Q.  (By Mr. Regan) Are you going to refuse to

 9    answer that question based on your Counsel's

09:16 10    instruction?

11        A.  Yes.

12        Q.  Okay.  Which plots did you ask

13    Mr. Bushnell to run in his computational fluid

14    dynamics work?

09:16 15              MR. CERNICH:  Object to form.

16    Instruct the witness not to answer.

17        Q.  (By Mr. Regan) Are you accepting your

18    lawyer's instruction?

19        A.  Yes.

09:16 20        Q.  Okay.

21              MR. CERNICH:  Not -- the -- the

22    Orders say what the Orders say.

23              MR. REGAN:  I -- I understand.

24    I'm -- I'm asking about a Testifying Expert

09:16 25    relying on another Testifying Expert.  If it --

```
 1        Q.  (By Mr. Regan) M-h'm.

 2        A.  -- of Bushnell and others --

 3        Q.  M-h'm.

 4        A.  -- that have shown that they get similar

 5   numbers that I get --

 6        Q.  Okay.

 7        A.  -- when they try to account --

 8        Q.  Okay.

 9        A.  -- for these differences.

10        Q.  Right.  Turn to your Report, Page 7.

11   This is Exhibit 11452, top of the page.  Did you

12   write, Dr. Dykhuizen:  "Another assumption that

13   was made within the calculations presented in the

14   DOE-NNSA Flow Analysis Report was that the

15   individual flow elements (e.g., lengths of pipe,

16   pipe contractions and expansions, elbows, tees,

17   etc.) could be treated independently.  The close

18   proximity of those flow elements potentially

19   could alter their impact on the pressure drop,

20   and therefore reduce the accuracy of flow rate

21   prediction"?

22        A.  Yes, I did.

23        Q.  Do you agree with that statement?

24        A.  Yes, I did.  And for more of my research,

25   I continued on --
```

1      Q.  M-h'm.

2      A.  -- and identify the results of Bushnell

3  that shows that this is not an important factor

4  and I can ignore it.

03:52   5      Q.  Okay.  Bushnell did computational fluid

6  dynamics modeling, correct?

7      A.  Yes.

8      Q.  You rely on Dr. Bushnell's work to give

9  you confidence that your assumption of

03:53  10  homogeneous flow was appropriate, correct?

11      A.  Yes.

12      Q.  Dr. Bushnell's work was performed after

13  the August 2nd Press Release, 2010 and after the

14  issuance of Dr. Ratzel's Report, Exhibit 9361,

03:53  15  correct?

16      A.  Yes.

17      Q.  And would you agree that Dr. Bushnell is

18  more familiar with his own work than are you?

19      A.  Yes.

03:53  20      Q.  Okay.  What did Dr. Bushnell assume with

21  respect to the behavior of multiphase fluids in

22  the capping stack?

23           MR. CERNICH:  Object to form.

24      A.  He had a model of bubbly flow, I assume.

03:53  25  I think he also did one calculation with droplet

# Exhibit 4

# Excerpts from Transcript of Deposition of
# Dr. Stewart Griffiths

# Taken June 26, 2013

01-42952
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG          )          MDL NO.  2179
"DEEPWATER HORIZON" in the               )
GULF OF MEXICO, on                       )          SECTION: J
APRIL 20, 2010                           )
                                         )          JUDGE BARBIER
                                         )
                                         )          MAG. JUDGE SHUSHAN

# *CONFIDENTIAL*

## *WorldwideVIEW* ™
### Interactive Deposition Digital Display

ORAL AND VIDEOTAPED DEPOSITION OF:



# STEWART K. GRIFFITHS, Ph.D.
## Volume 1

JUNE 26,  2013

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group◆Court Reporting◆Video Production◆Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1   Expert, then that would seem to be he's relying

2   on that other Expert's input.

3        So with that, I -- I'd ask you to

4   withdraw the objection to that question.  I'll

08:58  5   ask it one more time.

6        Q.  (By Mr. Regan) With reference to 11485

7   and 486, did you receive any changes to your

8   Draft Expert Report from other Testifying Experts

9   that you then implemented?

08:58  10       MR. BENSON:  Okay.  You can answer

11   that "Yes" or "No."

12        A.  No.

13        Q.  (By Mr. Regan) Okay.  With respect to

14   your -- the timing of the discussions that you

08:58  15   had with other Testifying Experts, were they

16   before your initial Report or after your initial

17   Report or before your Rebuttal Report or both,

18   just the timing?

19        A.  Let's see.  That was -- that was too long

08:59  20   for me.  Ask it again, please.  I apologize.

21        Q.  (By Mr. Regan) All right.  The -- the --

22   the meeting you had with other D -- DOJ

23   Testifying Experts where you had substantive

24   conversations, whether by phone or in person --

08:59  25        A.  M-h'm.

|    |    |
|----|----|
|    | 1 |

1      estimates of flow rates or release in a way that

2      was -- was supportive of BP, I would feel obliged

3      to -- to make that information available to them.

4          **Q.   Okay.   And with respect to other**

09:00  5   **Testifying Experts for the Department of Justice,**

6      **are you relying on any of those other Experts'**

7      **analysis for purposes of reaching your opinions**

8      **in this case?**

9                MR. BENSON:   Object to the form.

09:00  10     A.   None.   I, in fact, have -- have gone out

11     of my way to avoid using any other numbers, any

12     estimates from other people.

13         **Q.   (By Mr. Regan) Yeah.   And -- and why,**

14     **from your perspective, did you want to avoid**

09:01  15  **using any other numbers from other DOJ Testifying**

16     **Experts' analyses?**

17         A.   Because -- because it -- it -- it is my

18     name on this.   I am responsible for it.   I want

19     to know the pedigree, the origin of everything

09:01  20  that goes in my Report.

21              So I do not want to rely on somebody

22     else's estimate of final reservoir pressure, for

23     example, things like that.   I -- I want to -- I

24     want to own it in full.

09:01  25      **Q.   Okay.   Do you rely on Dr. Hsieh's**

1    something.

2         I -- I was not -- I did not want to rely

3    on other people's estimates of what the reservoir

4    pressures were.

11:21   5         I wanted -- because I wanted to know the

6    pedigree of the number, I wanted to do it myself.

7         I calculated it, I believe, in -- in --

8    in such a compulsive, meticulous sort of way,

9    because I didn't want people attacking it.

11:22  10        And -- and that's what -- that was my

11   call.  That was what I wanted to do.  Somebody

12   else has other uses for reservoir pressures,

13   calculates them other ways, that's up to them.

14   And -- and I am not going to try to judge whether

11:22  15   that was good, bad, right, wrong, accurate,

16   inaccurate.

17        **Q.  Scientifically, if you are using a**

18   **fire -- far field reservoir pressure, would you**

19   **would you want to wait for the fluid in the well**

11:22  20   **to reach a temperature equilibrium?**

21             MR. BENSON:  Objection to the form.

22        A.  It would -- it -- it would depend

23   entirely on what I was going to do with that

24   number, what information I had available,

11:22  25   et cetera, et cetera.

1    were CFD calculations, I believe, for the capping

2    stack kill line.

3            And I compared -- I did the same

4    exercise, and in that case, the discharge

01:12  5    coefficient I obtained by fitting his results

6    was -- was very close to -- not identical, but

7    very close to the value that I had determined.

8         **Q.  Did you ever try to compare your work**

9    **with respect to the work of Drs. Ratzel,**

01:12  10   **Dykhuizen, and their calculations of K factors**

11   **for the capping stack?**

12        A.  I don't think I ever did.

13        **Q.  You understand that the Tri-Labs, the**

14   **three National Labs, all examined identical**

01:12  15   **geometry in the capping stack and came up with**

16   **different K factors for several elements of it?**

17            MR. BENSON:  Object to the form.

18        **Q.  (By Mr. Regan) Do you know that to be**

19   **true?**

01:13  20       A.  I reviewed that Report, and I -- I

21   vaguely remember that they had some -- some

22   differences, but --

23        **Q.  You mentioned in -- in one of your**

24   **Reports a derating factor.  Do you -- can you**

01:13  25   **tell me what that is?**