**LIST OF EXHIBITS**

| Exh. # | Description |
|---|---|
| 1 | Lynch Depo. Tr. at 372 |
| 2 | August 2, 2010 press release re: flow (Dep. Ex. 8809) |
| 3 | Ratzel Depo. Tr. at 104-105 |
| 4 | Saidi Tr. at 56 |
| 5 | BP's Preliminary Response to the Flow Rate and Volume Estimates contained in Staff Working Paper No. 3, pp. 1-4; 9-10 (Dep. Ex. 10338) (*Confidential*) |
| 6 | Johnson Expert Report Section 4.3.4, p. 26 |
| 7 | Bushnell Expert Report, "Overview of CFD", pg. 9-11 |
| 8 | Bushnell Rebuttal Report, Appx. 5, pp. 49-50 |
| 9 | Griffiths Rebuttal Report, pg. 9 |
| 10 | Pooli-Darvish Rebuttal Report, pg. 36 |
| 11 | Dykhuisen Expert Report pg. 6-7 |
| 12 | Dykhuisen Depo. Tr. at 47, 99, 120, 304, 307 |
| 13 | Expert Report of Dr. Lo, executive summary at i-ii; pp. 19, 25 |
| 14 | Chart of Dr. Lo's outputs in kg/s (Dep. Ex 12010) |
| 15 | July 18, 2013 letter from Robert Gasaway to Judge Shushan re: Motion to Postpone Indefinitely the Response Deadline for Phase 2 "Dispositive" Motions Filed on July 15, 2013 |
| 16 | August 10, 2013 email from Joseph Eisert to Judge Shushan listing testifying experts for trial |
| 17 | Bushnell Depo. Tr. at 15 |
| 18 | Nesic Depo. Tr. at 52 |
| 19 | Trusler Depo. Tr. at 28-29 |