# Exhibit 1

```
 1           UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2

 3
     IN RE:  OIL SPILL      MDL NO. 2179
 4   BY THE OIL RIG
     "DEEPWATER HORIZON"    SECTION:  J
 5   IN THE GULF OF
     MEXICO ON APRIL 20,    JUDGE BARBIER
 6   2010                   MAG. JUDGE SHUSHAN

 7
```

13

14
         Deposition of **RICHARD D. LYNCH, JR.**,
15  taken in the Pan American Life Center,
    Bayou Room, 11th Floor, 601 Poydras Street,
16  New Orleans, Louisiana 70130, on Thursday,
    May 19, 2011.
17

18
    **APPEARANCES:**
19

20
            BREIT, DRESCHER, IMPREVENTO &
21              WALKER, PC
            (By:  Jeffrey Breit, Esquire)
22          1000 Dominion Tower
            999 Waterside Drive
23          Norfolk, VA  23510
               (Attorneys for MDL 2185
24              Securities plaintiffs
                Subclass)
25

                **GAUDET KAISER, L.L.C.**
              Board-Certified Court Reporters

```
 1                P R O C E E D I N G S
 2
 3          THE VIDEOGRAPHER:
 4                  This is the videotaped
 5    deposition of Richard Lynch.  This
 6    deposition is being held today at 601
 7    Poydras Street, New Orleans, Louisiana, on
 8    May 19, 2011.  The time indicated on the
 9    video screen, which is 8:31 a.m.
10                  This deposition is being taken
11    in the matter of the oil spill by the
12    Deepwater Horizon in the Gulf of Mexico on
13    April 20, 2010, taken in the United States
14    District Court for the Eastern District of
15    Louisiana.
16
17                  RICHARD LYNCH,
18    after having been first duly sworn by
19    the above-mentioned Certified Court
20    Reporter, was examined and testified as
21    follows:
22    EXAMINATION BY MR. BREIT:
23         Q.   Mr. Lynch, my name is Jeffrey
24    Breit.  I'm going to be asking you some
25    questions.
```

1  we have set diameters, set pressure
2  readings, straight calculation that
3  determine flow.
4           Once we went down to the single
5  line and a single choke, we did a step --
6  step -- if you will, a step rate of shut-in
7  of the well through the choke.  So each one
8  of those, you had a corresponding choke
9  value and a pressure, which is a direct
10 calculation to flow rate.
11      Q.   All right.  And do you remember
12 what the result of any of those
13 calculations were?
14      A.   All I know is -- after the fact,
15 now, I would know that we -- somebody in
16 the team -- team, I believe, calculated
17 56,000 barrels a day.
18      Q.   And do you have any reason to
19 doubt that calculation?
20      A.   That's a pretty straight
21 calculation.  No, I don't.
22      Q.   Earlier, I believe when you were
23 recapping your involvement in the various
24 interventions, you said that you had
25 accountability for the capping stack; is