# Exhibit 3

```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA


   IN RE:  OIL SPILL          )   MDL NO. 2179
   BY THE OIL RIG             )
   "DEEPWATER HORIZON" IN     )   SECTION "J"
   THE GULF OF MEXICO, ON     )
   APRIL 20, 2010             )   JUDGE BARBIER
                              )   MAG. JUDGE SHUSHAN




                    *****************
                         VOLUME 1
                    *****************


                    Deposition of 30(b)(6)
   DEPOSITION OF THE UNITED STATES, BY AND
   THROUGH ARTHUR CLEVELAND RATZEL, III, taken
   at Pan-American Building, 601 Poydras Street,
   11th Floor, New Orleans, Louisiana, 70130, on
   the 17th day of October, 2012.
```

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

|  |  |
|---|---|
| 08:36 | 1   THE VIDEOGRAPHER:  This is the 30(b)(6) |
|  | 2  deposition of Dr. Art Ratzel for the U.S. in |
|  | 3  regard to the oil spill of the oil rig |
|  | 4  Deepwater Horizon in the Gulf of Mexico on |
|  | 5  April 20th, 2010.  Today's date is |
|  | 6  October 17th, 2012.  The time is 8:36 a.m. |
|  | 7  We are now on the record. |
|  | 8   ARTHUR CLEVELAND RATZEL, III, |
|  | 9  having been first duly sworn, testified as |
| 08:36 | 10  follows: |
|  | 11   E X A M I N A T I O N |
|  | 12  BY MR. NAKAYAMA: |
|  | 13   Q.   Good morning. |
|  | 14   A.   Good morning. |
| 08:36 | 15   Q.   My name is Grant Nakayama.  I'm |
|  | 16  with Kirkland & Ellis.  I'm representing BP. |
|  | 17  Will you please state your full name for the |
|  | 18  record? |
|  | 19   A.   My full name is Arthur Cleveland |
| 08:37 | 20  Ratzel, III. |
|  | 21   MR. NAKAYAMA:  Okay.  Before we go |
|  | 22  forward I want to state for the record that |
|  | 23  we'll be working with confidential documents |
|  | 24  today.  Documents that have been designated |
| 08:37 | 25  confidential in the U.S. production.  For |

|  |  |  |
|---|---|---|
|  | 1 | barrels per day plus or minus 5K barrels per |
|  | 2 | approximate day, close quote? |
|  | 3 | A.     Yes, it does. |
|  | 4 | Q.     And if I could turn back to |
| 11:00 | 5 | Tab -- |
|  | 6 | A.     53, yes. |
|  | 7 | Q.     Turn back to Tab 19, Page 97. |
|  | 8 | Page 97, does it say, 50 -- quote, 53 |
|  | 9 | carol -- 53K barrels per day plus or minus 5 |
| 11:01 | 10 | to 10K barrels per day, close quote? |
|  | 11 | A.     Yes, it does. |
|  | 12 | Q.     Why did it change from 55,000 to |
|  | 13 | 53,000 barrels per day? |
|  | 14 | A.     Let's see, we completed these |
| 11:01 | 15 | calculations around midnight on the 25th of |
|  | 16 | July to put this presentation together on the |
|  | 17 | 26th.  From the 26th through the 27th we |
|  | 18 | worked with BP to confirm that all the |
|  | 19 | geometry we had, all the pressures we had, |
| 11:01 | 20 | and all the conditions we were using were |
|  | 21 | appropriate.  There might have been minor |
|  | 22 | changes to the geometry.  I've not checked to |
|  | 23 | see, maybe you have, whether any other |
|  | 24 | numbers varied within the charts between the |
| 11:01 | 25 | two meetings, but we were continuing to do |

|  |  |
|---|---|
| 1 | minor pertubations to the work to be sure |
| 2 | that we understood that we had the most |
| 3 | definitive geometry we could have for the |
| 4 | purposes of these calculations.  We also |
| 11:02  5 | checked on the pressure measurements to |
| 6 | ensure that we were using the right delta Ps. |
| 7 | So we were doing some confirmatory work |
| 8 | during that period.  So it could be that we |
| 9 | had some minor changes in the numbers. |
| 11:02  10 |           Q.    So -- |
| 11 |           A.    But I've not -- I've not |
| 12 | compared them closely to see. |
| 13 |           Q.    So checking over your numbers, |
| 14 | you've modified the estimate from 55,000 to |
| 11:02  15 | 53,000 barrels per day between those two |
| 16 | days, July 26th and July 28th? |
| 17 |           MR. CERNICH:  Objection; form. |
| 18 |           A.    I would say that's right. |
| 19 |           Q.    (BY MR. NAKAYAMA)  Okay.  And is |
| 11:02  20 | 2,000 barrels a day a minor change, in your |
| 21 | view? |
| 22 |           MR. CERNICH:  Objection; form. |
| 23 |           Q.    (BY MR. NAKAYAMA)  Is 2,000 |
| 24 | barrels per day a minor change? |
| 11:02  25 |           A.    I didn't consider whether it was |

```
 1    THE STATE OF LOUISIANA :
      PARISH   OF    ORLEANS :
 2
      I, PHYLLIS WALTZ, a Certified Court Reporter,
 3    Registered Professional Reporter, and
      Certified Realtime Reporter in and for the
 4    State of Louisiana, do hereby certify that
      the facts as stated by me in the caption
 5    hereto are true; that the above and foregoing
      answers of the witness, 30(b)(6) DEPOSITION
 6    OF THE UNITED STATES, BY AND THROUGH ARTHUR
      CLEVELAND RATZEL, III, to the interrogatories
 7    as indicated were made before me by the said
      witness after being first duly sworn to
 8    testify the truth, and same were reduced to
      typewriting under my direction; that the
 9    above and foregoing deposition as set forth
      in typewriting is a full, true, and correct
10    transcript of the proceedings had at the time
      of taking of said deposition.
11
      I further certify that I am not, in any
12    capacity, a regular employee of the party in
      whose behalf this deposition is taken, nor in
13    the regular employ of his attorney; and I
      certify that I am not interested in the
14    cause, nor of kin or counsel to either of the
      parties.
15
      GIVEN UNDER MY HAND AND SEAL OF OFFICE, on
16    this, the 17TH day of OCTOBER, 2012.
17
18                  _____
                    PHYLLIS WALTZ, RPR, CRR
19                  TEXAS CSR, TCRR NO. 6813
                    Expiration Date:  12/31/13
20                  LOUISIANA CCR NO. 2011010
                    Expiration Date:  12/31/12
21                  NEW MEXICO CCR NO. 610
                    Expiration Date:  12/31/12
22
23    Worldwide Court Reporters, Inc.
      Firm Certification No. 223
24    3000 Weslayan, Suite 235
      Houston, Texas   77027
25    (713) 572-2000
```

340

```
 1        WITNESS CORRECTIONS AND SIGNATURE
 2    30(b)(6) DEPOSITION OF        OCTOBER 17, 2012
      THE UNITED STATES,
 3    BY AND THROUGH
      ARTHUR CLEVELAND RATZEL, III
 4
          Please indicate changes on this sheet of
 5    paper, giving the change, page number, line
      number and reason for the change.  Please
 6    sign each page of changes.
 7    PAGE/LINE      CORRECTION      REASON FOR CHANGE
 8
 9            SEE ATTACHED
10
...
23
      30(b)(6) DEPOSITION OF
24    THE UNITED STATES,
      BY AND THROUGH
25    ARTHUR CLEVELAND RATZEL, III, VOLUME 1
```

## Day 1 (October 17, 2012) of Arthur C. Ratzel III Deposition, New Orleans

| Page/Line | Correction | Reason for Change |
|---|---|---|
| 14/9 | replace "futures" with "future for the" | Clarification |
| 14/12 | replace "management" with "manage" | Clarification |
| 14/18 | replace "Kawich" with "Kauai" | Misspelling |
| 19/22 | Change "call at this time DOE Tri-Lab" to "call the DOE Flow Analysis Report at this time the DOE Tri-Lab Flow Analysis Report" | Clarification |
| 23/15-16 | move "from Cameron" to "we used this data (from Cameron)" | Clarification |
| 24/21 | replace "equations end state" to "equations of state" | Clarification |
| 33/14-15 | put in quotes "this isn't how I did it, any thoughts?" | Clarification |
| 42/5 | non-conservative" should be replaced with "conservative" | Correction |
| 44/15 | add "become" to "does the change become" | Clarification |
| 51/21-23 | Add "psi" after each number (30, 2000, 30) | Correction |
| 52/4 | add "psi nominal" after "2000" | Clarification |
| 57/14 | change "measurement" to "capping stack pressure measurement" | Clarification |
| 70/3 | Change "certain" to "uncertainty" | Correction |
| 76/20 | "K is a der-" should be "k is a determined" | Clarification |
| 76/25 | add "for" into "that for this particular flow" | Clarification |
| 78/11 | change "Morro" to "Morrow" | Misspelling |
| 83/3 | add after "53" - "53K flowrate" | Clarification |
| 86/14 | drop "limit" | Clarification |
| 88/7 | change "flow team could" to "flow team, none could" | Correction |
| 94/7-8 | replace "for a PI of 50" to "for a PI was 50" | Clarification |
| 98/18 | change "he" to "Morrow" | Clarification |
| 121/21-23 | Clean up thought - use "stack number at 53K. And then we looked at the integration. The real issue...." | Clarification |
| 123/2 | add "pressure" to "at the pressure data" | Clarification |
| 123/6 | change "kink" to "kinked riser" | Clarification |
| 159/18 | change "Mark Disagi" to "Mark Sogge" | Misspelling |
| 160/2 | Replace "Jerry" with "Stewart" | Correction |
| 161/20 | Add "equation state" to "equation of state" | Clarification |
| 175/4 | Change "round" to "ground" | Typographical error |
| 187/23 | Remove "rate" | Correction |
| 195/17 | Replace "truth" with "fact" | Clarification |
| 197/10-12 | Replace "we" with "the cumulative flow" | Clarification |
| 198/15 | "Pressing" should be "pressure" | Correction |
| 220/7 | change "account for it" to "account for the BOP" | Clarification |
| 240/7 | change "districtize" to "discretize" | Typographical error |
| 252/20 | change "CV data" to "Cv data, shown in Figure 8 of the DOE Tri-Lab Flow Analysis Report " | Clarification |
| 252/24 | change "CV" to "Cv" | Typographical error |
| 253/1 | change "CV" to "Cv" | Typographical error |
| 257/6-7 | Change "T" to "cross" | Correction |
| 257/7 | change "edges" to "ends" | Correction |
| 266/6 | Replace "they're" with "their" | Typographical error |
| 283/3-12 | Replace my response to the following - GOR is dependent upon Pressure/Temperature. Appendix B in the DOE Tri-Lab Flow Analysis report provides tabulated GOR data based on a broad range of pressures and temperatures developed from PVT Black Oil Tables provided by BP. As example, as stated in the DOE Tri-Lab Flow Analysis Report , "The gas-oil ratio (GOR) of the crude oil in the reservoir was reported by BP as 2833." | Correction |
| 291/17 | Remove "as opposed to" | Clarification |
| 291/23 | Add "effective" to ""of their effective single..." | Clarification |
| 305/21 | Replace "3, 4000' with "5000" | Correction |
| 318/3 | Replace "their" with "the" | Correction |
| 328/5 | change "2nd it" to "2nd. It" | Clarification |
| 332/25 | Add "about" to "that sometimes about" | Clarification |
| 338/12 | Replace "after" with "afterward" | Clarification |

```
 1          I, ARTHUR CLEVELAND RATZEL, III,
    have read the foregoing deposition and hereby
 2  affix my signature that same is true and
    correct, except as noted above.
 3
 4
            [signature]
 5          30(b)(6) DEPOSITION OF
            THE UNITED STATES,
 6          BY AND THROUGH
            ARTHUR CLEVELAND RATZEL, III, VOLUME 1
 7
                     NEW MEXICO
 8  STATE OF ~~LOUISIANA~~   )
    ~~PARISH~~ OF BERNALILLO )
 9  COUNTY
10          Before me, ARTHUR C. RATZEL,
    on this day personally appeared 30(b)(6)
11  DEPOSITION OF THE UNITED STATES, BY AND
    THROUGH ARTHUR CLEVELAND RATZEL, III, known
12  to me, or proved to me under oath or through
    SANDIA/DOE CREDENTIAL ) (description of
13  identity card or other document)), to be the
    person whose name is subscribed to the
14  foregoing instrument and acknowledged to me
    that they executed the same for the purposes
15  and consideration therein expressed.
16          Given under my hand and seal of
    office on this, the 30th day of NOVEMBER,
17  2012.
18
19          [signature: Patricia L. Sanchez]
20          NOTARY PUBLIC IN AND FOR THE
            STATE OF ~~LOUISIANA~~ New Mexico
21
    My Commission Expires: 10/22/14
22
23      OFFICIAL SEAL
24      Patricia L. Sanchez
25      NOTARY PUBLIC
        STATE OF NEW MEXICO
        My Commission Expires: 10/22/14
```

Worldwide Court Reporters, Inc.
**PURSUANT TO CONFIDENTIALITY ORDER**