# Exhibit 4

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL           )   MDL NO. 2179
BY THE OIL RIG              )
"DEEPWATER HORIZON" IN      )   SECTION "J"
THE GULF OF MEXICO, ON      )
APRIL 20, 2010              )   JUDGE BARBIER
                            )   MAG. JUDGE SHUSHAN
```

                *****************
                    VOLUME 1
                *****************


        Deposition of FARAH SAIDI, taken at Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 10th day of January, 2013.


**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

|  |  |
|---|---|
| 1 | THE VIDEOGRAPHER:  This is the |
| 2 | deposition of Farah Saidi taken in regards to |
| 3 | the oil spill of the Deepwater Horizon in the |
| 4 | Gulf of Mexico on April 20th, 2010.  Today is |
| 08:32  5 | January 10th, 2013.  The time is 8:32 a.m., |
| 6 | and we are now on the record. |
| 7 | FARAH SAIDI, |
| 8 | having been first duly sworn, testified as |
| 9 | follows: |
| 08:32  10 | E X A M I N A T I O N |
| 11 | BY MS. FLICKINGER: |
| 12 | Q.    Good morning, Ms. Saidi. |
| 13 | Welcome.  I want to -- I'm Nancy Fleckinger. |
| 14 | I represent the United States of America in |
| 08:33  15 | this case.  And this is Erica Pencak, my |
| 16 | colleague, also, with the Department of |
| 17 | Justice, representing the United States. |
| 18 | So have you ever been deposed |
| 19 | before? |
| 08:33  20 | A.    No. |
| 21 | Q.    Never been deposed.  So let me |
| 22 | just quickly kind of walk through the |
| 23 | procedures.  You probably talked about them |
| 24 | with your attorneys before.  But because it's |
| 08:33  25 | being transcribed, please don't talk over -- |

|       |    |                                                      |
|-------|----|------------------------------------------------------|
|       | 1  | had already been -- strike that.                     |
|       | 2  | Do you recall whether the well                       |
|       | 3  | had already been shut-in and they were               |
|       | 4  | discussing whether to keep the well shut-in?         |
| 09:54 | 5  | A.    I don't believe so.  I -- I                    |
|       | 6  | can't recall.                                        |
|       | 7  | Q.    All right.  Any other                          |
|       | 8  | communications you recall with                       |
|       | 9  | representatives of the national labs and the         |
| 09:54 | 10 | Department of Energy?                                |
|       | 11 | A.    I recall a meeting after the                   |
|       | 12 | well was shut-in where the four different            |
|       | 13 | teams from the government presented to us, to        |
|       | 14 | me and another BP engineer, their                    |
| 09:55 | 15 | calculations.  And I also remember one --            |
|       | 16 | Q.    And -- and for that meeting it                 |
|       | 17 | was just you and another BP engineer.  Was           |
|       | 18 | that Kate Baker?                                     |
|       | 19 | A.    Kate Baker.                                    |
| 09:55 | 20 | Q.    And who was leading that                       |
|       | 21 | meeting?  Was it Art Ratzel?  Do you remember        |
|       | 22 | that name?                                           |
|       | 23 | A.    The name is familiar, but I                    |
|       | 24 | don't recall if he was leading it or not.            |
| 09:55 | 25 | Q.    Okay.  And how -- how long a                   |

```
 1   THE STATE OF LOUISIANA :
     PARISH   OF    ORLEANS :
 2
     I, PHYLLIS WALTZ, a Certified Court Reporter,
 3   Registered Professional Reporter, and
     Certified Realtime Reporter in and for the
 4   State of Louisiana, do hereby certify that
     the facts as stated by me in the caption
 5   hereto are true; that the above and foregoing
     answers of the witness, FARAH SAIDI, to the
 6   interrogatories as indicated were made before
     me by the said witness after being first duly
 7   sworn to testify the truth, and same were
     reduced to typewriting under my direction;
 8   that the above and foregoing deposition as
     set forth in typewriting is a full, true, and
 9   correct transcript of the proceedings had at
     the time of taking of said deposition.
10
     I further certify that I am not, in any
11   capacity, a regular employee of the party in
     whose behalf this deposition is taken, nor in
12   the regular employ of his attorney; and I
     certify that I am not interested in the
13   cause, nor of kin or counsel to either of the
     parties.
14
     GIVEN UNDER MY HAND AND SEAL OF OFFICE, on
15   this, the 10TH day of JANUARY, 2013.
16
17                  _____
                    PHYLLIS WALTZ, RPR, CRR
18                  TEXAS CSR, TCRR NO. 6813
                    Expiration Date:  12/31/13
19
20   Worldwide Court Reporters, Inc.
     Firm Certification No. 223
21   3000 Weslayan, Suite 235
     Houston, Texas   77027
22   (713) 572-2000
23
24
25
```

```
 1          I, FARAH SAIDI, have read the
    foregoing deposition and hereby affix my
 2  signature that same is true and correct,
    except as noted above.
 3
 4
                    F. Saidi
 5              FARAH SAIDI, VOLUME 1
 6
    STATE OF LOUISIANA    )
 7  PARISH OF _____ )
 8
            Before me, _____,
 9  on this day personally appeared FARAH SAIDI,
    known to me, or proved to me under oath or
10  through _____) (description of
    identity card or other document)), to be the
11  person whose name is subscribed to the
    foregoing instrument and acknowledged to me
12  that they executed the same for the purposes
    and consideration therein expressed.
13
            Given under my hand and seal of
14  office on this, the _____ day of _____,
    _____.
15
16
17          _____
            NOTARY PUBLIC IN AND FOR THE
18          STATE OF LOUISIANA
19  My Commission Expires: _____
20
21
22
23
24
25
```

**WITNESS NAME:** _____Farah Saidi_____

**DATE TAKEN:** _____1/10/13_____

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

## GENERAL CORRECTIONS:

| PAGE | LINE | CHANGE |
|---|---|---|
| PAGE: 13 | LINE: 13 | CHANGE: Change "Fleckinger" to "Flickinger" |
| PAGE: 17 | LINE: 11 | CHANGE: Add "then" before "it" |
| PAGE: 27 | LINE: 21 | CHANGE: Change "I" to "I'm" |
| PAGE: 33 | LINE: 8 | CHANGE: Change "Davis" to "Davies" |
| PAGE: 44 | LINE: 12 | CHANGE: Change "with them to" to "with them too" |
| PAGE: 44 | LINE: 12 | CHANGE: Change "if I had" to "if they had" |
| PAGE: 44 | LINE: 24 | CHANGE: Change "Marie" to "Maria" |
| PAGE: 67 | LINE: 9 | CHANGE: Change "SBT" to "SPT" |
| PAGE: 69 | LINE: 14 | CHANGE: Add quotation marks before "Here's" |
| PAGE: 69 | LINE: 14 | CHANGE: Add quotation marks after "far," |
| PAGE: 73 | LINE: 22 | CHANGE: Change "Siberia" to "Sunbury" |
| PAGE: 82 | LINE: 14 | CHANGE: Add quotation marks before "If no" |
| PAGE: 82 | LINE: 23 | CHANGE: Add quotation marks after "psi." |
| PAGE: 88 | LINE: 7 | CHANGE: Change "instant" to "instance" |
| PAGE: 88 | LINE: 12 | CHANGE: Change "pounds" to "bbl/d" |
| PAGE: 89 | LINE: 24 | CHANGE: Delete quotation marks |
| PAGE: 90 | LINE: 3 | CHANGE: Add quotation marks after "day." |
| PAGE: 91 | LINE: 16 | CHANGE: Add quotation marks before "Trevor," |
| PAGE: 91 | LINE: 18 | CHANGE: Delete quotation marks before "This" |
| PAGE: 92 | LINE: 17 | CHANGE: Add quotation marks before "Key" |
| PAGE: 92 | LINE: 21 | CHANGE: Add quotation marks after "surface." |
| PAGE: 97 | LINE: 2 | CHANGE: Change "correct" to "collect" |
| PAGE: 99 | LINE: 9 | CHANGE: Add quotation marks before "What" |
| PAGE: 99 | LINE: 13 | CHANGE: Add quotation marks after "day" |
| PAGE: 100 | LINE: 15 | CHANGE: Add quotation marks before "Please" |
| PAGE: 100 | LINE: 20 | CHANGE: Add quotation marks after "flow." |
| PAGE: 102 | LINE: 2 | CHANGE: Add quotation marks before "was calculated" |
| PAGE: 102 | LINE: 4 | CHANGE: Delete quotation marks before "I would" |
| PAGE: 106 | LINE: 5 | CHANGE: Add quotation marks before "Farah," |
| PAGE: 106 | LINE: 12 | CHANGE: Add quotation marks after "conditions," |
| PAGE: 112 | LINE: 3 | CHANGE: Add "cases" after "different" |
| PAGE: 119 | LINE: 1 | CHANGE: Add quotation marks before "The best" |
| PAGE: 119 | LINE: 8 | CHANGE: Add quotation marks after "29th." |
| PAGE: 126 | LINE: 22 | CHANGE: Change "and" to "under" |
| PAGE: 126 | LINE: 23 | CHANGE: Change "somebody" to "someone" |
| PAGE: 126 | LINE: 24 | CHANGE: Change "that they" to "the data" |

SIGNED: _F. Saidi_    DATE: Feb 23, 2013

**WITNESS NAME:**     Farah Saidi

**DATE TAKEN:**     1/10/13

**IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**

| | | |
|---|---|---|
| PAGE: 127 | LINE: 19 | CHANGE: Add quotation marks before "As" |
| PAGE: 128 | LINE: 2 | CHANGE: Add quotation marks after "study." |
| PAGE: 130 | LINE: 17 | CHANGE: Change "9574" to "9474" |
| PAGE: 130 | LINE: 18 | CHANGE: Change "he's" to "re:" |
| PAGE: 136 | LINE: 1 | CHANGE: Add quotation marks before "As" |
| PAGE: 136 | LINE: 7 | CHANGE: Add quotation marks after "business." |
| PAGE: 139 | LINE: 5 | CHANGE: Add quotation marks before "With" |
| PAGE: 139 | LINE: 13 | CHANGE: Add quotation marks after "day." |
| PAGE: 142 | LINE: 11 | CHANGE: Delete quotation marks before "Norm" |
| PAGE: 142 | LINE: 13 | CHANGE: Add quotation marks before "Farah," |
| PAGE: 142 | LINE: 22 | CHANGE: Add quotation marks before "Below" |
| PAGE: 143 | LINE: 1 | CHANGE: Add quotation marks after "venting." |
| PAGE: 147 | LINE: 10 | CHANGE: Change "cap hat" to "capacity" |
| PAGE: 151 | LINE: 3 | CHANGE: Add quotation marks before "When" |
| PAGE: 151 | LINE: 7 | CHANGE: Add quotation marks after "ago…" |
| PAGE: 151 | LINE: 20 | CHANGE: Add quotation marks before "Note" |
| PAGE: 151 | LINE: 24 | CHANGE: Add quotation marks after "hoses." |
| PAGE: 152 | LINE: 12 | CHANGE: Delete the question mark |
| PAGE: 158 | LINE: 1 | CHANGE: Delete quotation marks after "slow." |
| PAGE: 158 | LINE: 3 | CHANGE: Add quotation marks after "closure?" |
| PAGE: 161 | LINE: 2 | CHANGE: Change "increment" to "increments" |
| PAGE: 165 | LINE: 24 | CHANGE: Add quotation marks before "closing" |
| PAGE: 166 | LINE: 1 | CHANGE: Add quotation marks after "turns." |
| PAGE: 166 | LINE: 2 | CHANGE: Change "chose" to "close" |
| PAGE: 170 | LINE: 9 | CHANGE: Change "Fleckinger" to "Flickinger" |
| PAGE: 171 | LINE: 23 | CHANGE: Delete quotation marks after "slowly." |
| PAGE: 171 | LINE: 25 | CHANGE: Delete quotation marks before "Therefore" |
| PAGE: 173 | LINE: 3 | CHANGE: Add quotation marks before "Extraction" |
| PAGE: 173 | LINE: 6 | CHANGE: Add quotation marks after "pressure." |
| PAGE: 176 | LINE: 15 | CHANGE: Add quotation marks before "Tim" |
| PAGE: 176 | LINE: 19 | CHANGE: Add quotation marks after "U.K." |
| PAGE: 182 | LINE: 22 | CHANGE: Add quotation marks before "George" |
| PAGE: 183 | LINE: 2 | CHANGE: Add quotation marks after "response." |
| PAGE: 187 | LINE: 19 | CHANGE: Change "con" to "condition" |
| PAGE: 202 | LINE: 8 | CHANGE: Change "you're" to "your" |
| PAGE: 207 | LINE: 3 | CHANGE: Change "sicnetist" to "scientist" |
| PAGE: 212 | LINE: 7 | CHANGE: Change "ran" to "run" |
| PAGE: 223 | LINE: 2 | CHANGE: Add quotation marks before "Ray" |

SIGNED: *F. Saidi*        DATE: Feb. 23, 2013

WITNESS NAME: _____Farah Saidi_____

DATE TAKEN: _____1/10/13_____

**IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**

| | | |
|---|---|---|
| PAGE: 223 | LINE: 10 | CHANGE: Add quotation marks after "Hill." |
| PAGE: 224 | LINE: 1 | CHANGE: Add quotation marks before "Trevor" |
| PAGE: 224 | LINE: 3 | CHANGE: Add quotation marks after "annulus?" |
| PAGE: 224 | LINE: 24 | CHANGE: Add "to" after "write" |
| PAGE: 224 | LINE: 25 | CHANGE: Add "on" after "Liao" |
| PAGE: 225 | LINE: 3 | CHANGE: Add quotation marks before "Could" |
| PAGE: 225 | LINE: 5 | CHANGE: Add quotation marks after "forth)?" |
| PAGE: 236 | LINE: 20 | CHANGE: Delete quotation marks after "pipes" |
| PAGE: 236 | LINE: 22 | CHANGE: Add quotation marks after "Steve" |
| PAGE: 236 | LINE: 24 | CHANGE: Delete quotation marks after "Steve." |
| PAGE: 236 | LINE: 25 | CHANGE: Add quotation marks after "inches." |
| PAGE: 247 | LINE: 16 | CHANGE: Change "Power" to "PowerPoint" |
| PAGE: 255 | LINE: 12 | CHANGE: Delete quotation marks after "charge." |
| PAGE: 255 | LINE: 19 | CHANGE: Delete quotation marks before "The" |
| PAGE: 255 | LINE: 22 | CHANGE: Delete quotation marks after "Gulf." |
| PAGE: 256 | LINE: 4 | CHANGE: Add quotation marks after "barrels." |
| PAGE: 257 | LINE: 8 | CHANGE: Add quotation marks before "On" |
| PAGE: 257 | LINE: 17 | CHANGE: Add quotation marks after "efforts)." |
| PAGE: 258 | LINE: 8 | CHANGE: Add quotation marks before "It . . . ." |
| PAGE: 258 | LINE: 15 | CHANGE: Delete quotation marks after "acknowledged." |
| PAGE: 259 | LINE: 14 | CHANGE: Add quotation marks following "2010." |
| PAGE: 266 | LINE: 23 | CHANGE: Change "know" to "am aware" |
| PAGE: 283 | LINE: 6 | CHANGE: Delete "the" |

SIGNED: _F. Saidi_                    DATE: _Feb. 23, 2013_