# Exhibit 5

## BP'S PRELIMINARY RESPONSE TO THE FLOW RATE AND VOLUME ESTIMATES CONTAINED IN STAFF WORKING PAPER NO. 3

This paper provides BP's initial comments on the portion of the October 6, 2010 staff draft working paper entitled "The Amount and Fate of the Oil" (the "October 6 Staff Draft"), that discusses the estimated flow rate and total volume of oil released from the Macondo well.

In the wake of the Deepwater Horizon accident and oil spill, BP has launched the largest oil spill response in history. BP also set aside a $20 billion claims fund while waiving the $75 million cap under the Oil Pollution Act of 1990. BP is steadfastly committed to being a good member of the Gulf Coast community, and its actions reflect that fact.

Now that the well has been capped, one of the issues to determine is the amount of oil that flowed from the Macondo well. As we look to the future, it is important to have as accurate as possible an estimate of the total volume that flowed from the well. This information is crucial to understanding the environmental impact, shaping appropriate remediation plans, and assessing the legal consequences of the event. A variety of important factors affected the oil flow in complicated ways, and many of these factors—and thus the flow rate—changed significantly over time. Achieving a reliable estimate is thus an enormously important and complex technical challenge.

BP has reviewed the various discharge estimates and analyses discussed in the October 6 Staff Draft, including the estimate released publicly by the Department of Energy ("DOE") and the Flow Rate Technical Group ("FRTG") on August 2 (the "August 2 DOE/FRTG Estimate") that approximately 4.9 million barrels of oil flowed from the Macondo well, and approximately 4.1 million barrels were discharged into the Gulf.[1] As discussed below, the August 2 DOE/FRTG Estimate and other similar estimates are flawed. They rely on incomplete or inaccurate information, rest in large part on assumptions that have not been validated, and are subject to far greater uncertainties than have been acknowledged. As a consequence, it is highly likely that the August 2 DOE/FRTG discharge estimate and similar estimates are overstated by a significant amount. For the same reasons, the statement in the October 6 Staff Draft that a consensus is emerging that roughly five million barrels of oil were released by the Macondo well is both premature and inaccurate.[2]

Although, as set forth below, the deficiencies of previous flow rate estimates and analyses are evident, a reliable estimate cannot yet be developed because several key pieces of information have been and remain unavailable, including information concerning the Blow Out

---

[1] The key environmental metric, of course, is not the amount of oil that flowed out of the well, but the amount of oil discharged into the Gulf. Although the total quantity of oil released from the well is uncertain, it is known that approximately 850,000 barrels were piped to and contained by BP in vessels on the surface.

[2] National Comm. on the BP Deepwater Horizon Oil Spill and Offshore Drilling, THE AMOUNT AND FATE OF THE OIL, Staff Working Paper No. 3 (Draft) (Oct. 6, 2010) at 16.

1

10338
Exhibit No. ———
Worldwide Court
Reporters, Inc.

CONFIDENTIAL

BP-HZN-2179MDL04503729
BPD334-023703

Preventer ("BOP"), riser kink, pressure gauges, capping stack, and reservoir core samples, all of which are currently in the Government's possession. BP fully intends to present its own estimate as soon as the information is available to get the science right. BP and the Unified Area Command have permanently capped the well, and BP's efforts continue to restore the Gulf. There is no emergency that requires a rushed quantification based on incomplete or doubtful information. With the restoration work ongoing, it is now appropriate to focus on the task of assembling all the necessary scientific data to estimate the total flow as accurately as possible.[3]

As part of BP's work to estimate reliably how much oil was discharged, it would be useful to understand the bases for the estimates and analyses already in the public record. Even though BP and other parties have requested this information, many of the important details underlying those estimates and analyses have not been made public. For example, neither the DOE nor the FRTG has released all of the data and calculations necessary to understand and evaluate the bases for the August 2 DOE/FRTG Estimate. Similarly, the FRTG has not released information required to understand the calculations underlying any of the estimates it released prior to the August 2 DOE/FRTG Estimate. Nor, to the best of BP's knowledge, have any of the DOE or FRTG estimates and analyses been subject to peer review and critique by those with a full understanding of the technical aspects of hydrocarbon flow through oil reservoirs, wells, and surface pipes. These are serious impediments to a reasoned scientific estimate that would be broadly credible.

The August 2 DOE/FRTG Estimate has two primary components: (i) it estimated the flow rate immediately before the well was capped on July 14 at approximately 53,000 barrels of oil per day ("bopd"), and then (ii) based on that number, and certain rudimentary assumptions about reservoir depletion, it extrapolated back to a flow rate of approximately 62,000 bopd on April 22. In other words, the Estimate assumes that the flow rate of oil decreased over time. The available evidence strongly suggests that the July 14 estimate is too high, and the flow rate on April 22 was lower, likely substantially lower, than the July 14 flow rate. The August 2 DOE/FRTG Estimate and other similar estimates ignore key facts about the reservoir-well-riser system; do not take account of important pieces of data; and appear biased toward the maximum amount of oil that could have been discharged, rather than the amount of oil most likely to have been discharged. As a result, those estimates substantially understate their own range of uncertainty and also substantially overstate the amount of flow.[4]

BP respectfully urges the Commission to consider the facts and concerns set forth in this submission before accepting the August 2 DOE/FRTG Estimate or other purportedly similar estimates. All parties involved share a common goal of arriving at a reliable and accurate flow estimate. Therefore, BP requests that the information provided below be shared with the many

---

[3] As recognized in the October 6 Staff Draft, flow estimates made before the well was capped vary widely. That experience highlights the importance, now that the discharge has stopped, of developing accurate and reliable flow estimates based upon the greatest possible body of relevant evidence.

[4] For example, the range of uncertainty identified in the August 2 DOE/FRTG Estimate is plus or minus 10 percent. As discussed below, BP believes the range of uncertainty is substantially greater.

2

CONFIDENTIAL

BP-HZN-2179MDL04503730
BPD334-023704

technical personnel interested in this topic and that there be open, constructive, and collaborative scientific discussion about these issues. BP is confident that a complete, comprehensive, and rigorous analysis of the flow issue will show that less, and possibly far less, oil was discharged from the Macondo well than the amounts reflected in the August 2 DOE/FRTG Estimate. Whatever the ultimate result, all interested parties and the public will have much greater confidence in the accuracy and reliability of an estimate calculated on the basis of such a scientific process.

### A. THE AUGUST 2 DOE/FRTG ESTIMATE OF JULY 14 FLOW BASED ON DATA MEASURED IN THE CAPPING STACK IS FLAWED AND INCOMPLETE AND LIKELY OVERSTATES THE FLOW

The science team supporting Secretary Chu apparently estimated a flow rate of 52,700 bopd on July 14 based on pressure readings taken within the capping stack at a time when the flow of fluid was solely passing through the capping stack's kill line.[5] As discussed below, there are numerous reasons why that estimate is flawed.

#### 1. Failure to Consider the Complexity of the Capping Stack Structure

First, the estimate fails to reflect the complicated internal structure of the capping stack. Any reliable estimate of the flow rate of fluid through a system of pipes must take into account the pressure drop (or loss) that occurs when fluid flows through pipe fittings, transitions, elbow joints, and the like (the idealized loss associated with a particular fitting or joint is often referred to as the "K factor").[6] Typically, K factors, which are publicly disseminated, account for the effect of the particular fitting based on the hypothetical assumption that the fitting is preceded and followed by a substantial length of straight pipe. That was not the case with the capping stack; the configuration of the components through which the oil and gas actually flowed was much more complex. Specifically, the pipe elements were close to one another and the flow had to navigate two right angle turns in close proximity. The resulting additional turbulence was not accounted for in the science team's estimate and would have led to a greater than expected pressure drop for a given flow rate.

#### 2. Failure to Consider the Effects of Two-Phase Flow

Through most of the well system, including the flow through the capping stack, the flow consisted of both oil and gas, often referred to as a "two-phase flow." The pressure drop that occurs when two-phase flow travels at high velocities through complex geometries like the capping stack's is very difficult to predict, essentially because of the interaction of the heavier and lighter phases. BP's understanding based on information provided by the Government science team is that the August 2 DOE/FRTG Estimate fails to account adequately for this type of two-phase flow behavior, and that the team has acknowledged this failure as a source of error.

---

[5]   October 6 Staff Draft at 14.

[6]   October 6 Staff Draft at Appendix 1.

3

CONFIDENTIAL

BP-HZN-2179MDL04503731
BPD334-023705

A careful study of the capping stack, which is in the Government's custody, to determine its actual effects on two-phase flow can and should be made.

### 3. Failure to Adequately Account for the Temperature of the Flow

The temperature of the flow through the capping stack affects flow rate estimates based on pressure measurements, making it critical that the most appropriate temperature be used. The Government used a temperature of 180 degrees Fahrenheit ("°F") in its estimate. Based on well thermal and hydraulic modeling, the likely temperature was at least 200 °F—or an increase of at least 20 °F—which could have reduced the flow rate.

An accurate and reliable analysis of the flow rate through the capping stack must account fully for the issues discussed above. These issues, when combined, would have the potential to reduce significantly the flow rate calculated from the measured pressures.

### B. THE AUGUST 2 DOE/FRTG ESTIMATE'S CONCLUSION THAT THE FLOW DECREASED OVER TIME IS FLAWED AND THE ESTIMATE OVERSTATES THE FLOW AS A RESULT

#### 1. There Were Substantial Early Impediments to Flow

A central assumption of the August 2 DOE/FRTG Estimate is that the flow decreased over time. BP's understanding, based on the limited data available, is that the estimate of approximately 62,000 bopd on April 22 essentially assumes that the only factor determining the change in flow rate over time was the depletion of the reservoir, after allowing for a small (approximately 4 percent) change due to cutting the riser. This assumption fails to account for the existence and impact of many significant flow impediments and for changes to those impediments over the course of the incident. Such impediments included the following:

  a. In the early days of the incident, the blind shear ram, certain variable bore rams, and annular preventers were actuated within the BOP, impeding the flow out of the well by reducing the cross-sectional area through which the fluid could flow.

  b. There was a large kink in the riser at the top of the BOP through which the fluid had to flow. The kink acted as a choke and impediment to flow, especially early in the incident.

  c. The drill pipe broke and pieces lodged in the BOP and kink, and a section of the riser was crushed, all of which lessened the area through which the oil and any debris could flow and thus impeded flow by significant amounts.

  d. Furthermore, while investigation continues into the status of the cement in the aftermath of the accident, it is possible that cement remaining in the wellbore and cement debris from the incident inhibited flow from the well, particularly in the period immediately following the accident.

4

CONFIDENTIAL

BP-HZN-2179MDL04503732
BPD334-023706