# Exhibit 6



# FEESA

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

United States District Court

Eastern District of Louisiana

MDL No. 2179, Section J

Judge Barbier; Magistrate Judge Shushan

## Technical Review of US Government Expert Witness Reports on Flow Rates from the MC252 Macondo Well

Expert Report of A. E. Johnson PhD CEng MIMechE

May 1, 2013



Exhibit No. 11488
Worldwide Court Reporters, Inc.

**CONFIDENTIAL**

FEESA Ltd
FEESA Ltd, Westmead House, Farnborough, Hampshire GU14 7LP.
Tel: + 44 (0) 1252 372321   •   E-mail: info@feesa.net

4. Although Dr. Griffiths' comparison in his figure 7, (ref. 1, page 13), matches the form (but not the values without adjustment) of the frictional pressure drop from the PROSPER modeling of the flow in the casing (without the drill pipe), it applies only to one point in time and one set of pressure and temperature conditions in the well. There would be many other such curves for other well conditions that would require different $k_{well}$ values to achieve a match. Had Dr. Griffiths presented other such comparisons he would have demonstrated the error he has made in using a constant $k_{well}$. The same argument would apply for the other constant discharge coefficients assumed in the model, i.e., $k_{BOP}$ and $k_{eff}$.

### 4.3.4 Dr. Griffiths' use of constant discharge coefficients in his model is unjustified.

Dr. Griffiths' report presents an analysis that purports to show that his model's assumption of constant discharge coefficients is valid. This analysis does not stand up to scrutiny in a number of ways.

In Appendix C of his report, Dr. Griffiths applies the Lockhart-Martinelli formulation (ref. 27) to arrive at a $\Delta Pf$ v $Q_{st}$ relationship of a similar form to the one he has used. However, Dr. Griffiths' analysis assumes that geometry and the friction factor are constant, even though (due to the presence of drill pipe in the well) we know they are not. Also, further into Appendix C (page 22 of his report) Dr. Griffiths recognizes that the Reynolds numbers are very high (implying high velocities and, therefore, high mass fluxes, suggesting that the flow regime would be some form of annular flow, as shown in section 4.3.2 above, and by the OLGAS correlation within Maximus) but then goes on to use work by Whalley (28) in his argument. However, the formula by Whalley was derived for the very special case (pages 54 and 55 of (28)) of homogeneous flow and for constant friction factor, neither of which are true for the Macondo well flow (as discussed above). I am not convinced that Dr. Griffiths realizes his mistake in this respect.

At the end of Appendix C, Dr. Griffiths admits that his analysis is negated if he failed to appropriately justify the use of a constant discharge coefficient: "Use of a discharge coefficient determined at one pressure to describe flow rates at others is (also) well justified and this is fundamental to calculating historical flow rates by the present method." (see page 29 of Dr. Griffiths' report). Despite the definitive language he uses in his report, Dr. Griffiths has not justified, and cannot justify, use of constant discharge coefficients through time, as shown above.

### 4.4 Dr. Griffiths ignores the many physical changes that occurred through the system over time.

A key assumption in Dr. Griffiths' analysis is that all changes to the sand face, cement, shoe track (these effectively for the PI in the Macondo well), well, BOP, and flow paths downstream occurred "rapidly over the first few days following the blowout" (page 4 of his report). This is a necessary condition of Dr. Griffiths' model because his analysis assumes that the geometry of the system was nominally unchanged over the 86 days of the incident. However, this is a factually flawed approach, as shown below.

