# Exhibit 7



Group

**Engineer · Simulate · Innovate**

11705

Exhibit No. ———
Worldwide Court
Reporters, Inc.

**SimuTech Group – West**
**11611 Airport Road, Suite 201**
**Everett, WA 98204-3782**

# Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico- Capping Stack Flow Calculations, July 12 to 15, 2010

Report Prepared on Behalf of the United States

Author:

Nathan Bushnell, Ph.D.
CFD Consulting Engineer

Nathan Bushnell, Ph.D.

22nd March 2013

- straight up through the large bore pipe,

- through the Kill Line, and /or,

- through the Choke Line.

The path was controlled by opening and closing the gate valves and rams.  For instance by closing the middle Ram and Choke line gates all the flow could be directed through the kill line before exiting into the Gulf of Mexico.

On July 14 and 15, prior to the shut in (closing of all rams and valve) of the well there was a series of events for which pressure data were available and the condition of various valve positions was defined.  This provided a defined flow path and pressure drop across a known flow path, providing an opportunity to use advanced engineering tools to calculate the release of oil into the Gulf of Mexico.

Table 1: Key events relevant to report after installing the Capping Stack

| Date/Time | Event |
|---|---|
| 14Jul10/18:02 to 20:00 | Oil and Gas flow only allowed to flow through the Kill Line |
| 15Jul10/4:30 to 5:50 | A portion of the flow is collected prior to the Kill Line with remaining flowing through the Kill Line. |
| 15Jul10/6:30 to 7:30 | A different portion of the flow is collected prior to the Kill Line with remaining flowing through the Kill Line. |
| 15Jul10/12:22 | Flow through only the Choke Line with Cameron Willis CC40 choke valve positioned 0 Turns closed |

## Overview of CFD

Computational fluid dynamics (CFD) is an advanced engineering method for calculating flow. [1] CFD is a branch of fluid mechanics that uses numerical methods and algorithms to solve problems that involve fluid flows.  These problems can be either flow within a confined space, external flow around a solid body, or a combination of both.

The governing equations for CFD are derived from basic principles of physics, including the conservation of mass, energy and Newton's second Law of motion.  Almost all CFD models use a set of governing

---

[1] A glossary of technical terms and their definitions is provided at page 29.

CONFIDENTIAL

equations for mass and momentum, with additional equations as needed, such as turbulent flow, multi-phase flow, reactions, combustion, equations of state, etc.  The flow region that is to be analyzed is subdivided into many small elements.  The CFD solution process is an iterative procedure where the governing equations are simultaneously solved for the numerous individual elements.  Computers perform these numerous calculations.

The governing equations that describe the momentum transfer in Newtonian fluid are called the Navier-Stokes equations.  A Newtonian fluid is one where the shear stress is linearly proportional to the velocity gradient.  Many common fluids such as air, water, oil, and gasses meet the criteria for a Newtonian fluid.  The principal equations solved in almost all CFD models are the Navier-Stokes equations combined with the conservation of mass equation.  The Navier-Stokes equations were first derived in the first half of the nineteenth century.  Numerical techniques are required to solve them, except for some special cases, due to the complexity of the mathematical equations.

## History of CFD

Prior to computers only very simple problems could be solved due to the labor intensiveness of manual computation.  Earlier application of CFD started in the 1950s with the invention of digital computers.  During succeeding years, many of the aircraft companies developed proprietary CFD codes.  As computers improved and grew in their ability to consider larger numbers of equations simultaneously, the functionality of these proprietary codes expanded accordingly to allow the analysis of more complex models with improved resolution and the ability to provide more accurate results.

While the original applications of CFD to the aerospace industry have now been ongoing for more than 40 years, the first commercial CFD codes started to become available in the early 1990s.  Today, multiple such commercial codes are available.

With the expanded computational capabilities now available, CFD codes have been used in the development of high-speed trains, racing yachts, cooling flows within electronic devices, wind turbines, HVAC (heating ventilating and air conditioning) installations, environmental dispersion of smoke-stack plumes and noxious fumes and almost every imaginable application involving the movement of liquids and/or gases.

CFD is a reliable, robust engineering tool for simulating complex fluid flow (for product development, government labs, research and general engineering) with a long history of accuracy and utility.  CFD is commonly accepted within all engineering fields including the Oil and Gas industry, has a history of giving accurate answers and is an appropriate methodology to calculate the oil flow rate through the Capping Stack.

CONFIDENTIAL

BP consultants used multiple CFD models during the Macondo well oil spill response.

## Methodology

- The basic process for a CFD analysis is as follows.  First, a geometric model is developed that defines the fluid flow passage.  The geometric model includes the smallest details which influence the flow.

- The model is then subdivided into smaller discrete cells (mesh).  The mesh may be uniform or non-uniform.

- The Navier-Stokes equations, conservation of mass, and the appropriate modeling equations necessary for a specific application (such as: conservation of energy, turbulence, etc.) are defined throughout the model.

- The material properties of the fluid(s) modeled are defined.

- Boundary conditions are defined.  This involves specifying the fluid behavior and properties at the boundaries of the flow volume.

- The equations are then solved using an iterative procedure.  The iterative method is based upon numerical techniques and involves changing the values at each mesh cell until the values correctly give agreement based on the equations defined by the model.  The solution is then considered "converged."

- Finally, a postprocessor is used for the analysis and visualization of the resulting solution.

- Additionally, the model is resolved to gain an understanding of the impact of modeling inputs.

- If experimental information is available, the model's results are compared against it.  No direct experimental work is available for the main CFD modeling reported, however comparison against the provided Cameron Willis (CW) flow coefficients for CC40 Plug and Cage Choke[2] flow coefficients was possible.  CFD was used to calculate flow coefficients and the results were compared against the CW test values.

## CFD Applied to the Capping Stack

### Engineering software choice

The ANSYS suite of software was chosen for this project.  ANSYS is recognized as an industry leading engineering software tool, with a long history of accurately solving industrial engineering problem.  Unless otherwise specified, all fluid analyses were performed using ANSYS CFX version

---

[2] Provided 003_CC40FNR P&C Cv=256.pdf document, LAL134-003719.

CONFIDENTIAL