# Exhibit 8



**Engineer · Simulate · Innovate**

11706
Exhibit No. ——
Worldwide Court
Reporters, Inc.

SimuTech Group – West
11611 Airport Road, Suite 201
Everett, WA 98204-3782

# Rebuttal Report

# Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico- Capping Stack Flow Calculations, July 12 to 15, 2010

Report Prepared on Behalf of the United States

Author:

Nathan Bushnell, Ph.D.
CFD Consulting Engineer

*[signature]*

Nathan Bushnell, Ph.D.

10th June 2013

| | | |
|---|---|---|
| E | 3.0625 | 3.195 |
| F | 3.0625 | 3.17 |
| H | 37.94 | 38 |
| K | 24.93 | 24.868 |

Table 13: Geometry Source

| | Oil Flow Rate [bpod] | % difference from Baseline model |
|---|---|---|
| **Baseline** | **54,100** | - |
| 032_Physical Measurements-refer to document from 2011.11.15.xlsx | 58,500 | +8.3% |

## Pressure Drop Solution

I completed CFD solutions for other expert rebuttal reports. The inlet pressure was varied across a range with and without considering the effects of gravity. The range of pressure drops extends well outside of the pressure measured across the kill line and are therefore not included in the sensitivity study (Table 14).

Table 14: Pressure drop solutions for other expert reports

| Inlet Pressure (psia) | Mass flow rate (both Phases), [kg/s] with gravity | Mass flow rate (both Phases), [kg/s] with no gravity |
|---|---|---|
| 2940 | 159.5 | 160.1 |
| 2890 | 154.0 | 154.6 |
| 2840 | 148.3 | 148.9 |
| 2790 | 142.4 | 143.1 |
| 2740 | 136.3 | 136.9 |

| | | |
|---|---|---|
| 2690 | 130.1 | 130.5 |
| 2640 | 123.3 | 123.8 |
| 2615 | 119.8 | 120.4 |
| 2590 | 116.2 | 116.6 |
| 2540 | 108.5 | 109.1 |
| 2490 | 100.6 | 100.9 |
| 2440 | 91.8 | 92.1 |



Figure 31: square root of pressure drop vs. mass flow rate for pressure drop sweep

## Choke Line Sensitivity

The additional Choke Line sensitivity results that I ran for the rebuttal report are presented in the following sections.