# Exhibit 9

# EXPERT REBUTTAL REPORT
## U.S v. BP Exploration & Production, Inc., et al.

### Oil Release from the MC252 Macondo Well

Prepared on Behalf of the United States

Prepared by:

Stewart K. Griffiths
Albuquerque, New Mexico 87122
June 10, 2013

*[signature: SK Griffiths]*

------------------------------
Stewart K. Griffiths

11486
Exhibit No. _____
Worldwide Court Reporters, Inc.

Confidential per BP

resulting calculated flow rates accurately reflect true flow rates over a range of conditions when discharge coefficients are determined from measured pressures and flow rates.

I have since checked flow rates through the kill line based on a constant discharge coefficient against those obtained using a full two-phase model. Dr. Bushnell calculated flow rates through the capping stack kill line for various pressure differences using a well-established ANSYS computational tool. He also employed a highly detailed description of the geometry, a sophisticated model of the turbulence, and a complete equation of state for the fluid based on the analyses of Dr. Zick.[12] This is illustrated in Fig. 2.



**Figure 2.** Flow rates through the capping stack kill line calculated by Dr. Bushnell (symbols) using ANSYS CFX and a fit to his results via a fixed discharge coefficient (curves). The pressure drop is the total pressure difference between the inlet and outlet.

Dr. Bushnell presented results with and without the inclusion of gravitational effects. These are indicated by red and blue symbols and curves, respectively.

Fits to both of his results are exceptionally good, exhibiting a maximum deviation of just 0.72%. The discharge coefficients obtained from the two fits differ by less than 0.4%.

Dr. Bushnell considered two cases, one in which the effects of gravity were included in his calculations and one in which these effects were not. Both of these are shown in Fig. 2. In both cases, he reported in his spreadsheet the total mass flow rate of both phases, not the flow rate of just the oil. In Fig. 2, I have converted these mass flow rates to reflect the flow rates of stock-tank oil using conversion provided in his expert report.[13] The flow rates he reported span a very wide range, from roughly 20,000 to 70,000 stbd, depending on the pressure difference.

Also shown in Fig. 2 is the fit to each of these results from Dr. Bushnell using a constant discharge coefficient relating flow rate to the square-root of the pressure drop. Despite the complexities and detail in his analysis, a constant discharge coefficient reproduces his results extremely well. The RMS deviation between the two fits and his two calculations are less than 0.3%, and the maximum deviation for either case is 0.72%. The discharge coefficients for these two cases are 2627 and 2637 stbd/psi$^{1/2}$. These differ by just 0.39%. They also differ by only 3.4% from my best-estimate value of 2551 stbd/psi$^{1/2}$ for the discharge coefficient of the kill line.

---

[12] K factor Kill Line.xls.

[13] Expert report of Nathan Bushnell. March 22, 2013. The conversion I used is 451.0 stbd per kg/s total mass flow rate based on the values presented in his footnotes on page 52 and a value of 0.15899 m$^3$/bbl for conversion from cubic meters to barrels.