# Exhibit 10

**REBUTTAL EXPERT REPORT**
**U.S v. BP Exploration & Production, Inc., et al.**

# Estimate of Cumulative Volume of Oil Released from the MC252 Macondo Well

Prepared on Behalf of the United States

Prepared by:
**Mehran Pooladi-Darvish**
Fekete Associates, Inc.
Suite 2000
540 5th Avenue SW
Calgary, AB
Canada
T2P 0M2



1

11654
Exhibit No. 11654
Worldwide Court
Reporters, Inc.

one of my parameters in isolation and assess its effect on the final estimate of cumulative volume of oil released, without calibrating the model to measurements.

In fact, it this integrated methodology of calibration that has allowed me to incorporate the input data suggested by the defendants' experts, and assess their effect on the cumulative volume of oil released as presented in Section II and III of this report.

Finally, one expert has suggested that all my solutions are the same (in the dimensionless space).  This statement is incorrect. In fact, there is no unique dimensionless group that captures all of the sensitivity studies that I conduct (including reservoir flow properties, reservoir storage properties, wellbore properties, PVT properties, the dimensionless term of Skin, measurement errors and changes in hydrostatic pressure). Therefore, there is no way that changes in all of these parameters can result in one single solution (in dimensionless space).

### *One-dimensional resistance models and their assumption*

## Statement of the critique

I have used one-dimensional (1-D) resistance equations in two steps in my work.  In the analytical phase of my work, I have used these to estimate oil flow rate of the well during the collection and no-collection periods. In the numerical phase of my study, and after I had obtained a model that matches the shut-in pressures, I have used these equations along with the oil flow rate as calculated by this calibrated model to calculate the collection rate.  The use of these equations has been critiqued in a number of ways: (a) It has been suggested that these equations are out-dated, and based on single-phase flow relations and therefore not accurate or not applicable to the case at hand; (b) Another defendants' expert has suggested that the use of these equations for calculation of flow rates is subject errors in the measurement of pressures;  (c) One defendants' expert asserts that the way I have formulated my resistance equations is incorrect because there is significant pressure drop in the BOP downstream of the collection point; (d) and finally the same defendants' expert has asserted that I carry over the resistance coefficients from the analytical phase of my study to the numerical phase, and therefore my numerical solutions are constrained by my analytical solutions.

## Response

(a) I have validated the applicability of these equations using modern computer programs under two-phase flow conditions. This was presented in Appendix II-A of my initial report for three different systems; the wellbore, the wellbore and the BOP, and the capping stack. Furthermore, Dr. Bushnell has used a more sophisticated model and examined the applicability of these equations. He has demonstrated that these equations are valid even over a wider range of conditions than was necessary for my calculations.  The graph showing these results is in Dr. Griffiths' report.

(b) I have examined the effect of errors in pressure measurements on the results of my models.  In my initial report, I had four cases that examined the effect of errors in the BOP and capping

