# Exhibit 11



Exhibit No. 11452
Worldwide Court Reporters, Inc.

# EXPERT REPORT
*U.S v. BP Exploration & Production, Inc., et al.*

## Flow Rates from the Macondo MC252 Well
### Submitted on Behalf of the United States

**Prepared by:**

**Ronald C. Dykhuizen, Ph.D.**
**Principal Member of the Technical Staff**
**Sandia National Laboratories**
**Albuquerque, New Mexico**

Ronald C. Dykhuizen, Ph.D.

**MARCH 22, 2013**

Confidential per BP

Post-incident, I had the opportunity to examine the Capping Stack equipment at the NASA Michoud facility on more than one occasion and to review additional measurements of the equipment. The measurements were very consistent with the dimensions used in the analysis. Only minor differences were noted, and these had very little impact on the flow results.

The DOE-NNSA Flow Analysis Report concluded that the potential error uncertainty in the 53,000 bopd flow estimate for the last day was +/- 10%. This was based upon expert consensus and the fact that the flow estimate was calculated through different flow paths, with different collection rates, and these all yielded similar results. An alternate method was also presented where the resistances were not input, but derived from the pressure data, and this also provided a similar estimate. At the time, I personally thought that the uncertainty bound should be +/- 20% for the flow rates during the last days. It is now my opinion that the uncertainty bound is smaller based on review of additional studies that obtained similar flows.

The pipe flow calculations used to estimate the flow generally are material for undergraduate fluid mechanics students, however estimates of *multiphase* flows based on pressure measurements are more complex. In this section I will discuss some of the items that have the potential to impact the accuracy of the DOE-NNSA flow estimate for the last days of flow.

The estimates documented in the DOE-NNSA Flow Analysis Report assumed that the oil could be simulated by a single phase fluid with a homogeneous density. There is significant literature discussing the accuracy of this assumption. A standard reference (J. G. Collier, Convective Boiling and Condensation, McGraw Hill, 1972, p. 93) states that using a homogeneous model (average density) results in satisfactory representation of the experimental data for sudden flow contractions of multiphase flows. On page 94 it is stated that the use of homogeneous flow to approximate the flow through an orifice overestimates the experimental pressure drop (and thus my estimated flow would be too low). Much of the literature regarding the use of a homogeneous fluid to represent a multiphase flow can be traced back to the original work of Chisholm (D. Chisholm, Prediction of pressure gradients in pipeline systems during two-phase flow, Fluid Mechanics and Measurements in Two-Phase Flow Systems, The Institution of Mechanical Engineers, Proceedings 1969-1970, Volume 184 Part 3C, 1970). Chisholm clearly shows that depending upon the exact situation; this assumption sometimes results in an overestimate of the flow, and sometimes results in an underestimate of the flow.

I have repeated the calculations within the DOE-NNSA Flow Analysis Report using the correlations of Chisholm, and found no significant change in the estimate when using multiphase correlations. In fact, the estimated flow *increased* by 4%. Another expert in this case, Bushnell (2013), used a multiphase flow computer simulation of the flow through the capping stack, and also found that the predicted flow rate with a multiphase calculation was 3% above what was predicted with a homogeneous single phase assumption.

Confidential per BP

Another assumption that was made within the calculations presented in the DOE-NNSA Flow Analysis Report was that the individual flow elements (e.g., lengths of pipe, pipe contractions and expansions, elbows, tees, etc.) could be treated independently. The close proximity of those flow elements potentially could alter their impact on the pressure drop, and therefore reduce the accuracy of flow rate prediction. Computational fluid dynamics (CFD) modeling conducted by Bushnell (2013) explored this by simulating the multidimensional flow through the various elements. In this way they did not have to rely upon tabulated flow resistances (K factors) for the individual elements. Bushnell's results were very similar to the results found in the DOE NNSA Flow Analysis Report, which indicates that the components can indeed be treated independently. This provides additional confidence that our approach was correct.

Finally, the temperature of the flow was not accurately known. The DOE-NNSA Flow Analysis Report used 180 F as the temperature of the flow. This number was provided to us by BP personnel from their calculations of the heat transfer within the well. The U.S. government team tried to obtain temperature measurements from BP, but these were never provided. It has been suggested by BP (BP's Preliminary Response to the Flow Rate and Volume Estimates Contained in Staff Working Paper No. 3, October 2010) that the temperature should be 200 F. The DOE-NNSA Flow Analysis Report concluded that if a temperature of 200 F was used, the flow rate would decrease by 2%. BP has also suggested that the temperature could be as high as 220 F since this was the maximum temperature measured during an investigation by Woods Hole Oceanographic Institute (WHOI) (C. M. Reddy, et al., Composition and fate of gas and oil released to the water column during the Deepwater Horizon oil spill, www.pnas.org/cgi/doi/10.1073/pnas.1101242108).[8] Apparently, obtaining accurate temperature measurements proved a difficult task. An increase to 220 F would yield another 2% reduction in the estimate. But I note that the 220 F measurement presented by WHOI as being the maximum temperature recorded, implying that WHOI had lower measurements.

BP has suggested that phase separation was an important aspect to multiphase flow that was not accounted for in the DOE NNSA Flow Analysis Report.[9] It was suggested that as flow was removed from the choke and kill lines within the original BOP, non-representative phase fractions were removed, leaving an unknown oil mixture to flow through the Capping Stack or Top Hat 4. It was suggested that this could invalidate the densities (and thus the flow rates) calculated within the collection devices installed above the BOP. Examination of the collection records from the various ships reveals that the Gas-Oil-Ratio (GOR) data was quite noisy, but there were no obvious trends with flow rate or between separate extraction points. (see figure 3 below derived from BP collection data (BP-HZN-2179MDL07266155.xlsx and BP-HZN-2179MDL07266256.xlsx).[10] This implies that the mixtures removed for collection were indeed

---

[8] Depositions of Arthur C. Ratzel and Ronald C. Dykhuizen.
[9] Depositions of Ratzel and Dykhuizen.
[10] According to BP's records, the Helix Producer GOR was 2366 using the average GOR from the Q4000.

*Confidential per BP*