# Exhibit 12

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL        )  MDL NO. 2179

BY THE OIL RIG           )

"DEEPWATER HORIZON" IN )  SECTION "J"

THE GULF OF MEXICO, ON )

APRIL 20, 2010           )  JUDGE BARBIER

                         )  MAG. JUDGE SHUSHAN



\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

VOLUME 1

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*



        Deposition of Ronald Copeland Dykhuizen,

Ph.D., taken at the Pan-American Building, 601

Poydras Street, 11th Floor, New Orleans,

Louisiana, 70130, on the 19th day of June, 2013.


**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

7

```
         1              THE VIDEOGRAPHER:  All set?
         2              THE COURT REPORTER:  We're starting
         3    with Exhibit No. 11452.
         4              (Discussion off the record.)
08:33    5              THE VIDEOGRAPHER:  Today is
         6    June 19th, 2013.  This is the deposition of
         7    Dr. Ronald Dykhuizen regarding the oil spill of
         8    the Oil Rig DEEPWATER HORIZON on April 20th,
         9    2010.
08:33   10              The time is 8:33 a.m.  We're on the
        11    record.
        12              RONALD COPELAND DYKHUIZEN, PH.D.,
        13    was called as a witness by BP, Inc., and, being
        14    first duly sworn, testified as follows:
08:33   15                        DIRECT EXAMINATION
        16    QUESTIONS BY MR. REGAN:
        17         Q.  Good morning, Dr. Dykhuizen.  My name is
        18    Matt Regan, and I represent BP.
        19              It is Dr. Dykhuizen, correct?
08:33   20         A.  Yes.
        21         Q.  Okay.  I've handed you -- in front of
        22    you, you've got it in your hands -- a notebook of
        23    exhibits that we'll be going through today in the
        24    course of your deposition.  If I could have you
08:34   25    turn to Tab 29.
```

47

1       A.   -- personally did not run any

2   computational fluid dynamics in my capacity.

3   However, I had other people working with me run

4   computational fluid dynamics at my direction or

09:14  5   somebody else's direction.  I helped interpret

6   the data.

7       Q.   Okay.  What computational fluid dynamics

8   work did you rely on, performed by others, in

9   connection with the Expert opinions that you've

09:14 10   expressed in 11452 and 11453?

11              MR. CERNICH:  Object to form.

12       A.   Nathan Bushnell provides some significant

13   work that I think supports my work and my

14   conclusions.

09:14 15       Q.   (By Mr. Regan) Okay.

16       A.   The Lawrence Livermore Lab did some

17   computational fluid dynamics for a jet of one

18   density flowing into a fluid of another density,

19   to simulate releases from the Macondo Well.

09:14 20              Right at the moment, that's all I can

21   think of, but I'm sure there could be other.

22       Q.   The Lawrence Livermore CFD work, that was

23   done in 2010, prior to August 2nd, 2010, correct?

24       A.   That is correct.

09:15 25       Q.   The Nathan Bushnell computational fluid

1                    MR. CERNICH:  Objection.

2          A.   Yes.

3          Q.   (By Mr. Regan) Okay.  Your assumption of

4     homogeneous flow was based on the work of others?

10:23  5                    MR. CERNICH:  Objection, form.

6          A.   Mostly, yes.

7          Q.   (By Mr. Regan) And -- and who did you

8     rely upon for your assumption that there was

9     homogeneous flow in a multiphase flow environment

10:24 10     in all of the various geometries that were

11     present at Macondo?

12                    MR. CERNICH:  Objection, form.

13          A.   Dr. Nathan Bushnell demonstrated that

14     homogeneous assumption and a nonhomogeneous

10:24 15     assumption yield equivalent results.  My

16     experience shows that I would state that it would

17     yield equivalent results.  There are very few

18     pressure drop correlations that depend on the

19     flow regime.

10:24 20          Q.   (By Mr. Regan) Okay.  Now, Dr. Bushnell's

21     work was work exclusively done for the litigation

22     in this case.  It was done in -- more recently,

23     correct?

24          A.   That is correct.

10:24 25                    MR. CERNICH:  Object to form.

1      Q.   (By Mr. Regan) Dr. Dykhuizen, with

2   respect to the assumptions you made about

3   homogeneous flow at Macondo, I just want to make

4   sure I have the source of your -- the source of

11:07   5   that assumption in your work.

6           You testified earlier that you relied on

7   the work of Dr. Bushnell in this litigation to

8   help confirm to you that that was an appropriate

9   assumption.

11:07   10          Do you recall that testimony?

11              MR. CERNICH:   Object to form.

12      A.   Yes.

13      Q.   (By Mr. Regan) Okay.   With respect to

14   making that assumption in the first instance back

11:07   15   in 2010, what was your -- what was your basis for

16   making the assumption that the multiphase flow at

17   Macondo always behaved as a homogeneous fluid?

18              MR. CERNICH:   Object to form.

19      A.    I confirmed that by my own results by

11:07   20   calculating flow with different methods, some of

21   which was sensitive to the flow regime map that

22   you might assume, and some of which was not.

23   When I received the same amount of flow, it

24   justified to me that I could assume the

11:07   25   homogeneous flow.

304

1        Q.   M-h'm.

2        A.   -- and identify the results of Bushnell

3   that shows that this is not an important factor

4   and I can ignore it.

03:52   5        Q.   Okay.  Bushnell did computational fluid

6   dynamics modeling, correct?

7        A.   Yes.

8        Q.   You rely on Dr. Bushnell's work to give

9   you confidence that your assumption of

03:53  10   homogeneous flow was appropriate, correct?

11        A.   Yes.

12        Q.   Dr. Bushnell's work was performed after

13   the August 2nd Press Release, 2010 and after the

14   issuance of Dr. Ratzel's Report, Exhibit 9361,

03:53  15   correct?

16        A.   Yes.

17        Q.   And would you agree that Dr. Bushnell is

18   more familiar with his own work than are you?

19        A.   Yes.

03:53  20        Q.   Okay.  What did Dr. Bushnell assume with

21   respect to the behavior of multiphase fluids in

22   the capping stack?

23             MR. CERNICH:  Object to form.

24        A.   He had a model of bubbly flow, I assume.

03:53  25   I think he also did one calculation with droplet

         1   conversations with him about the type of work

         2   that he should perform?

         3       A.  No.

         4       Q.  Okay.  Did -- so you found Dr. Bushnell's

03:55    5   CFD analysis of the capping stack to be helpful

         6   as to your assumptions for your capping stack

         7   flow rate estimates, correct?

         8       A.  Yes.

         9              MR. CERNICH:  Object to form.

03:55   10       Q.  (By Mr. Regan) Did Dr. Bushnell do a CFD

        11   analysis of the top hat?

        12       A.  I do not think so.

        13       Q.  Would it have been informative to you if

        14   he had been asked to do so?

03:56   15              MR. CERNICH:  Object to form.

        16       A.  That could have provided extra data to

        17   me, but I think his analysis of the capping stack

        18   would equally apply to the top hat.

        19       Q.  (By Mr. Regan) Did Dr. Bushnell do a CFD

03:56   20   analysis of top kill?

        21       A.  No, he did not.

        22       Q.  Did Dr. Bushnell do any CFD analysis of

        23   the drill pipe scenarios?

        24       A.  I do not know.

03:56   25       Q.  So Dr. Bushnell's work in terms of doing

```
1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
2

3    IN RE:  OIL SPILL        )   MDL NO. 2179
     BY THE OIL RIG           )
4    "DEEPWATER HORIZON" IN   )   SECTION "J"
     THE GULF OF MEXICO, ON   )
5    APRIL 20, 2010           )   JUDGE BARBIER
                              )   MAG. JUDGE SHUSHAN
6

7

8

9                 REPORTER'S CERTIFICATION
       TO THE ORAL AND VIDEOTAPED DEPOSITION OF
10        RONALD COPELAND DYKHUIZEN, PH.D.
                   JUNE 19, 2013
11                   VOLUME 1

12

13

14        I, Emanuel A. Fontana, Jr., Certified
     Shorthand Reporter in and for the State of Texas,
15   hereby certify to the following:

16        That the witness, RONALD COPELAND DYKHUIZEN,
     PH.D., was duly sworn by the officer and that the
17   transcript of the oral deposition is a true
     record of the testimony given by the witness;
18
          That the deposition transcript was submitted
19   on  June 20      , 2013, to the witness or to
     Attorney  R. Michael Underhill   for the witness to
20   examine, sign, and return to Worldwide Court
     Reporters, Inc., by  August 5        , 2013.
21
          That the amount of time used by each party
22   at the deposition is as follows:

23        Mr. Regan - 7 Hours, 2 Minutes

24

25
```

PURSUANT TO CONFIDENTIALITY ORDER

399

1          I further certify that I am neither counsel
for, related to, nor employed by any of the
2    parties in the action in which this proceeding
was taken, and further that I am not financially
3    or otherwise interested in the outcome of the
action.

4
          SUBSCRIBED AND SWORN to by me on this 19th
5    day of June, 2013.

6

7

8    _____
     Emanuel A. Fontana, Jr., RPR
9    Texas CSR No. 1232
     Expiration Date: 12/31/2014
10   Worldwide Court Reporters
     Firm Registration No. 223
11   3000 Weslayan, Suite 235
     Houston, Texas   77027
12   (713) 572-2000

13

14

15

16

17

18

19

20

21

22

23

24

25

**PURSUANT TO CONFIDENTIALITY ORDER**

397

```
1
2         I, RONALD COPELAND DYKHUIZEN, PH.D., have
3    read the foregoing deposition and hereby affix my
4    signature that same is true and correct, except
5    as noted on the attached Amendment Sheet.
6
7                    _Ronald Copeland Dykhuizen_
                     RONALD COPELAND DYKHUIZEN, PH.D.
8
9
10   THE STATE OF New Mexico )
     COUNTY OF Bernalillo    )
11
          Before me, _Jeana Brosseau_          , on
12   this day personally appeared RONALD COPELAND
     DYKHUIZEN, PH.D., known to me (or proved to me
13   under oath or through
     _Govt id_                 ) to be the person
14   whose name is subscribed to the foregoing
     instrument and acknowledged to me that they
15   executed the same for the purposes and
     consideration therein expressed.
16        Given under my hand and seal of office this
     _1 st_    day of _August_                , 2013.
17
18
19            _Jeana Brosseau_
              NOTARY PUBLIC IN AND FOR
20            THE STATE OF New Mexico
              COMMISSION EXPIRES: _1/10/16_
21
22
23                     OFFICIAL SEAL
                       Jeana Brosseau
24                     NOTARY PUBLIC
                       STATE OF NEW MEXICO
25                     My Commission Expires: 1/10/16
```

PURSUANT TO CONFIDENTIALITY ORDER

665

```
 1              CHANGES AND SIGNATURE

 2    WITNESS NAME:   RONALD COPELAND DYKHUIZEN, PH.D.

 3    DATE OF DEPOSITION:   JUNE 20, 2013

 4    PAGE  LINE          CHANGE              REASON

 5    _____SEE__ATTACHED__SHEETS_____

 6    _____

 7    _____

 8    _____

 9    _____

10    _____

11    _____

12    _____

13    _____

14    _____

15    _____

16    _____

17    _____

18    _____

19    _____

20    _____

21    _____

22    _____

23    _____

24    _____

25    _____
```

PURSUANT TO CONFIDENTIALITY ORDER

Changes to the June 19, 2013 deposition of Ronald Copeland Dykhuizen in re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico, on April 20,2010.

Page 20 line 7 should read "different phase effects."

Page 25 line 7 "is" should be "has"

Page 32 line 24 this should be these

Page 46 line 6 "operating" should be "opened"

Page 88 line 9-10 states "and you might use in only single phase" should be: " then you might use in only single phase."

Page 101 Line 13 should read " ITER fusion reaction –"

Page 111 line 3 "want to concern" should be "want to be concerned about"

Page 126 line 16 "applied" should read "implied"

Page 127 line 3 back should be pipe

Page 168 line 12 proximate should read approximate

Page 240 line 8 bases should be basis

Page 248 line 25 quotes me as saying "mud". I likely said "mud", but I meant to say "cement"

.Page 252 line 4. My answer "Yes" is incorrect. I should have stated: " I was told that junk was found in sections of drill pipe. I was shown some of that junk. However, I did not see junk within drill pipe."

Page 253 line 11. My answer should be changed to "I was told that junk was found within the drill pipe by Captain Englebert."

Page 253 line 15. My answer should be changed to "I only saw the drill pipe in one room, and the junk in another. I did not see junk within the drill pipe."

Page 257 line 22 "examine" should be "examined"

Page 295 "However, the flow through the four open" should read "However, the flow through the full open"

Page 302 line 8 "I" should be "it"

Page 330 "permeability in open area to the well" should read "permeability and open area to the well"

Page 345 "You could range it that way," should read "You could arrange it that way,"

Page 349 "reservoir pressure, I'd have to go from 1100 to" should read "reservoir pressure, I'd have to go from 11000 to"

Changes to the June 20, 2013 deposition of Ronald Copeland Dykhuizen in re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico, on April 20,2010.

Page 547, line 16 the number 2 should be a superscript.

Parg 587 line 5 "reading" should be "leading"