# Exhibit 13

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in
the Gulf of Mexico, on April 20, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MDL NO. 2179, SECTION J
JUDGE BARBIER; MAGISTRATE JUDGE SHUSHAN

# Expert Report of Dr. Simon Lo

## CFD Analysis of the Flow Through the Capping Stack

May 1, 2013

11708
Exhibit No. _____
Worldwide Court
Reporters, Inc.

CONFIDENTIAL



## Executive Summary

The United States presented an expert witness report by Dr. Nathan Bushnell of SimuTech Group [1]. I have analyzed the Computational Fluid Dynamics ("CFD") model that Dr. Bushnell used to calculate the flow rate of oil and gas through the capping stack kill and choke lines. Based on this analysis, I conclude that there are numerous deficiencies in Dr. Bushnell's CFD model and the inputs to that model, which affects Dr. Bushnell's flow rate calculations for both the kill and choke lines of the capping stack. Together, these deficiencies over-predict the flow rate.

I identified the following deficiencies in Dr. Bushnell's model and inputs to that model, which affects Dr. Bushnell's flow rate calculations:

1. Dr. Bushnell should have used a fluid temperature close to 221°F, as measured by the *Millennium 42 ROV*, rather than 200 °F.

2. Dr. Bushnell did not account for the pressure loss resulting from the oil and gas mixture (a lighter fluid) entering the sea water (a heavier fluid) at the exit of the kill and choke lines. I include a sea plenum in my model in order to account for this additional pressure loss at the exit.

3. Dr. Bushnell incorrectly concluded that the relative motion between the oil and gas ("slip velocity") was insignificant. The slip velocity is an important factor affecting the flow rate and I have included slip velocity in my multiphase flow model.

4. In his multiphase model, Dr. Bushnell did not account for the evolution of the gas phase from the oil phase as the mixture flowed through the capping stack. I have accounted for the evolution of the gas phase from the oil phase in my model as a mass transfer term.

5. Dr. Bushnell incorrectly concluded that the flow regime in the capping stack was a bubbly flow. Rather, it should be modeled as a droplet flow, which is how I have modeled the flow in my multiphase flow model.

6. In calculating the bubble diameter, Dr. Bushnell did not include a term for the concentration effect. As I explain in this report, the concentration effect is important for the MC252 fluid. Had Dr. Bushnell included this term, he would have calculated a larger bubble diameter. I have included a term for the concentration effect in my calculation of the droplet diameter.

7. The PVT data affects the mass flow rate.

Using CD-adapco's CFD code, STAR-CCM+, I created a multiphase CFD model ("multiphase flow model") using Dr. Bushnell's base case model as a baseline. To address the deficiencies of Dr. Bushnell's model, I applied the necessary corrections and incorporated additional features in my multiphase flow model. I then used this multiphase flow model to calculate a more accurate oil and gas mass flow rate for both the kill and choke lines.



Using my multiphase flow model for the kill line, the calculated flow rate of oil and gas during the period between 18:00 and 20:00 CDT on July 14, 2010, is 113.3 kg/s, equivalent to 44,631 stock tank barrels of oil per day (bopd). Based on the stock tank barrels flow rate, this is 17.5% lower than Dr. Bushnell's calculated flow rate. Using my multiphase flow model for the choke line, when the choke valve is fully open, the calculated flow rate of oil and gas between 12:00 and 12:28 CDT on July 15, 2010, is 106.8 kg/s, equivalent to 42,070 bopd. Based on the stock tank barrel flow rate, this is 20.8% lower than Dr. Bushnell's calculated flow rate.

I note that Dr. Bushnell and I convert our mass flow rates to stock tank barrels using different values based upon either Dr. Zick's equation of state (Dr. Bushnell's approach) [25] or Dr. Curtis Whitson's equation of state (my approach) [23]. For a further discussion regarding how I converted my mass flow rates to stock tank barrels, please refer to Appendix 6. To convert my mass flow rates to stock tank barrels, I relied upon values provided to me by Dr. Whitson [2].

In this report, I also address the choke line calculations performed by Dr. Griffiths [10], Dr. Kelkar [11], and Dr. Pooladi-Darvish [12]. Each of these three United States expert witnesses used one-dimensional models to calculate the flow rate through the choke line during the capping stack shut-in procedure. I identify issues with their respective calculations. My calculated flow rate for the choke line when the choke valve is fully open is substantially less than Dr. Griffiths and Dr. Pooladi-Darvish. Additionally, when I model the choke valve closure to simulate the shut-in process, I calculate flow rates that are lower than Dr. Kelkar. My choke line analyses are discussed in Section 5.



### Effects of gas evolution

The effects of gas evolution can be illustrated by comparing results obtained from the multiphase flow model with and without gas evolution. Table 3.5 shows that, with gas evolution, the flow rate is lower by 0.3%.

Table 3.5    Effects of gas evolution

| Gas evolution | Mass flow rate (kg/s) | Oil flow rate (bopd) | % difference (mass) as compared to Baseline (no gas evolution) |
|---|---|---|---|
| No gas evolution | 120.2 | 47,349 | 0 |
| With gas evolution | 119.8 | 47,191 | -0.3 |

## 3.5    Effects of PVT Data

PVT data such as density, viscosity, and volume fraction is required to calculate the flow rate. Three independent laboratories analyzed four samples of the initial reservoir fluid. From this data, Dr. Whitson prepared PVTsim input files [23]. I used the PVTsim input file for Core Lab CL 68379DEC sample to show the difference between the PVT data Dr. Bushnell used and the PVT data that I used. CL 68379DEC was regarded as an average representative of the four reservoir fluid samples [2]. Dr. Bushnell used the PVT data developed by Dr. Zick [25]. The differences between the Zick equation of state and [23] are plotted in Appendix 7.

In Table 3.6, I compare the results obtained using the CL 68379DEC PVT data [23] against Dr. Zick's PVT data [25] at a temperature of 220 °F. Table 3.6 shows that the PVT data from CL 68379DEC gives a flow rate 2.4% lower than Dr. Zick's PVT data.

Table 3.6    Effects of PVT data

| PVT data | Mass flow rate (kg/s) | Oil flow rate (bopd) | % difference (mass) as compared to Baseline at 220 °F |
|---|---|---|---|
| Dr. Zick's PVT data [25] | 116.1 | 45,734 | 0 |
| CL 68379DEC [23] | 113.3 | 44,631 | -2.4 |

19



shown for reference is the corresponding value for the kill line. The inclusion of the multiphase effects results in a decrease in the mass flow rate of 9.3% when compared to Dr. Bushnell's results.[4]

Table 5.3    Fully Open Choke Valve Using The Multiphase Flow Model.

| Model | Mass Flow Rate at Kill & Choke Line Exits (kg/s) | Oil flow rate (bopd) | % difference (mass) from Dr. Bushnell's Result |
|---|---|---|---|
| Choke Line (Dr. Bushnell's base case) | 117.7 | 53,100 | 0 |
| Kill Line (Dr. Bushnell's base case) | 119.9 | 54,100 | 0 |
| Choke Line | 106.8 | 42,070 | -9.3 |
| Kill Line | 113.3 | 44,631 | -5.5 |

## 5.2    Shut-in Procedure

The shut-in procedure occurred between 12:00 and 14:30 CDT on July 15, 2010, and involved a series of full and half turns of the choke valve. After each turn, the pressure at the capping stack entrance was allowed to stabilize as indicated by pressure measured by PT_3K_2 [27], shown in Figure 5.3.

---

[4] Dr. Griffiths [10] and Dr. Pooladi-Darvish [12] calculated the oil flow rate through the choke line and fully open choke valve. Their calculated oil flow rates were consistent with Dr. Bushnell's calculation. I have calculated the flow rate through the choke line and fully open choke valve using what I believe to be the correct and more accurate modeling approach for this multiphase fluid, i.e., using a three-dimensional CFD model and applying the set-up described in Section 4. Thus, in my opinion, the calculations performed by Dr. Griffiths and Dr. Pooladi-Darvish must be incorrect.

25