# Exhibit 14

| table | Case | Modeler | PVT Model | Temp (F) | Plenum | Multiphase | Gas Evolution | Rate (kg/s) | Change | From Case | Effect (%) | Diff from Case 1 (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 1 | Bushnell | Zick | 200 | No | No | No | 119.9 |  |  |  |  |
| 3.1 | 2 | Lo | Zick | 200 | No | No | No | 121.9 | Modeler | 1 | 1.7 | 1.7 |
| 3.1 | 3 | Lo | Zick | 220 | No | No | No | 119.8 | Temp | 2 | -1.7 | -0.1 |
| 3.2 | 4 | Lo | Zick | 200 | Yes | No | No | 119.9 | Plenum | 2 | -1.6 | 0.0 |
| 3.4 | 5 | Lo | Zick | 200 | Yes | Yes | No | 120.2 | Multiphase | 4 | 0.3 | 0.3 |
| 3.5 | 6 | Lo | Zick | 200 | Yes | Yes | Yes | 119.8 | Gas Evolution | 5 | -0.3 | -0.1 |
| 3.6 | 7 | Lo | Zick | 220 | Yes | Yes | Yes | 116.1 | Temp | 6 | -3.1 | -3.2 |
| 3.6 | 8 | Lo | Whitson | 220 | Yes | Yes | Yes | 113.3 | PVT Model | 7 | -2.4 | -5.5 |
|  | 9 | Lo | Whitson | 220 | Yes | Yes | Yes | 113.9 | Taper | 8 | 0.5 | -5.0 |
|  |  |  |  |  |  |  |  | 113.6 |  |  |  |  |

12010

Exhibit No. ―――――
Worldwide Court
Reporters, Inc.