# Exhibit 16

# Himmelhoch, Sarah (ENRD)

| | |
|---|---|
| **From:** | Eisert, Joseph A. [jeisert@kirkland.com] |
| **Sent:** | Saturday, August 10, 2013 2:11 PM |
| **To:** | 'Sally Shushan'; *sherman@hhkc.com; jimr@wrightroy.com; bbarr@levinlaw.com; jimmy@jimmywilliamson.com; dsc2179@liskow.com; Andre, Abigail (ENRD); Benson, Thomas (ENRD); Cernich, Scott (ENRD); Horizon, Deepwater; Engel, Bethany (ENRD); Flynn, Stephen (CIV); Himmelhoch, Sarah (ENRD); King, Rachel (ENRD); Pencak, Erica (ENRD); Underhill, Mike (CIV); Shutler, Sharon (CIV); WStradley@mithofflaw.com; TDemetriou@mithofflaw.com; grant.davis-denny@mto.com; Chakeres, Aristide (ENRD); O'Rourke, Steve (ENRD); godleytj@mto.com; mdl2179states@ago.state.al.us |
| **Subject:** | MDL 2179 -- BP and Anadarko Side's List of Experts |

Dear Judge Shushan and Counsel,

Below is the BP and Anadarko side's list of experts who will testify live during the Phase 2 Source Control and Quantification trial segments.

Source Control Segment:
1. Iain Adams
2. Adam Ballard
3. Richard Carden
4. Dan Gibson

Quantification Segment:
1. Martin Blunt
2. Alain Gringarten
3. Adrian Johnson
4. Andreas Momber
5. Srdjan Nesic
6. Curtis Whitson
7. Michael Zaldivar
8. Robert Zimmerman

Respectfully submitted,

Joseph A. Eisert | Kirkland & Ellis LLP
655 Fifteenth Street, N.W. Suite 1200 | WASHINGTON, DC 20005 | (202) 879-5136 DIRECT | (202) 879-5200 FAX |
joseph.eisert@kirkland.com

*************************************************************
IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
*************************************************************