# Exhibit 17

```
         UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL      )  MDL NO. 2179
BY THE OIL RIG         )
"DEEPWATER HORIZON" IN )  SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010         )  JUDGE BARBIER
                       )  MAG. JUDGE SHUSHAN
```

********
VOLUME 1
********

       Deposition of NATHAN PETER KEITH BUSHNELL,
Ph.D., taken at Pan-American Building, 601 Poydras Street,
11th Floor, New Orleans, Louisiana, 70130, on July 18,
2013.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

```
08:33  1              THE VIDEOGRAPHER:  This is the deposition of
08:33  2     Nathan Bushnell in regard to the oil spill of the oil rig
08:33  3     DEEPWATER HORIZON in the Gulf of Mexico on April 20th,
08:33  4     2010.  Today's date is July 18th, 2013.  The time is
08:33  5     8:33 a.m.  We are now on the record.
08:33  6              NATHAN PETER KEITH BUSHNELL, Ph.D.
08:33  7     having been first duly sworn, testified as follows:
08:33  8                          EXAMINATION
08:33  9     BY MS. SALTZBART:
08:33 10         Q.  Good morning, Dr. Bushnell.  My name is Ilana
08:34 11     Saltzbart.  We met off the record, but I wanted to
08:34 12     introduce myself on the record.  I'm here with my
08:34 13     colleague, Andy Schrag.  We work for the law firm of
08:34 14     Kirkland & Ellis, and we're here today representing BP.
08:34 15              Could you please state your full name?
08:34 16         A.  It's Nathan Peter Keith Bushnell.
08:34 17         Q.  Could you spell that, please?
08:34 18         A.  The Bushnell?
08:34 19         Q.  I think your middle name.
08:34 20         A.  It's Nathan and Peter.  There's two of them.
08:34 21         Q.  Oh, Nathan and Peter.  Nathan Peter?
08:34 22         A.  Yeah.
08:34 23         Q.  Got it.
08:34 24              And who is your current employer?
08:34 25         A.  SimuTech Group.
```

```
08:43  1        A.  The start, maybe kind of halfway through, parts.
08:43  2   Again, it was just sort of to get the style.
08:43  3        Q.  Did you meet with any other experts presenting
08:43  4   opinions on behalf of the United States?
08:43  5            MS. FLICKINGER:  Caution you to answer only
08:43  6   to the extent counsel was not involved.
08:44  7            MS. SALTZBART:  I'm sorry, Nancy.  I didn't
08:44  8   hear that.
08:44  9            MS. FLICKINGER:  Only to the extent counsel
08:44 10   was not involved.
08:44 11            THE VIDEOGRAPHER:  Could I get you to place
08:44 12   your microphone up?
08:44 13            THE WITNESS:  Oh, sure.
08:44 14            MS. SALTZBART:  And I'm going to -- I'll
08:44 15   rephrase my questions here, and then if you want to do
08:44 16   your instruction again, that's fine.
08:44 17        Q.  (BY MS. SALTZBART)  So for purposes of preparing
08:44 18   for your deposition, did you meet with any other
08:44 19   testifying experts on behalf of the United States?
08:44 20        A.  No.
08:44 21        Q.  In order to prepare to testify for your
08:44 22   deposition today -- and I'm not asking about
08:44 23   communications with counsel --
08:44 24            MS. SALTZBART:  And, again, if you want to
08:44 25   put the instruction, that's fine.
```

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

     IN RE:  OIL SPILL          )MDL NO. 2179
 3   by the OIL RIG,             )
     DEEPWATER HORIZON in the   )SECTION "J"
 4   GULF OF MEXICO, April       )
     20, 2010                   )JUDGE BARBIER
 5                               )
                                )MAG. JUDGE SHUSHAN
 6                               )
 7              REPORTER'S CERTIFICATION
        DEPOSITION OF NATHAN PETER KEITH BUSHNELL, Ph.D.
 8                 TAKEN JULY 10, 2013
 9       I, Tamara Chapman, Certified Shorthand Reporter in
10   and for the State of Texas, hereby certify to the
11   following:
12       That the witness, NATHAN PETER KEITH BUSHNELL, Ph.D.,
13   was duly sworn by the officer and that the transcript of
14   the oral deposition is a true record of the testimony
15   given by the witness;
16       That the deposition transcript was submitted on
17   _July 19_____, 2013, to the witness or to Attorney
18   _R. Michael Underhill_ examination, signature and return to
19   Worldwide Court Reporters, Inc., by _September 2_____,
20   2013.
21       That the amount of time used by each party at the
22   deposition is as follows:
23       Ms. Ilana Saltzbart - 7:04
24       I further certify that I am neither counsel for,
25   related to, nor employed by any of the parties in the
```

1  action in which this proceeding was taken, and further
2  that I am not financially or otherwise interested in the
3  outcome of the action.

5  SUBSCRIBED AND SWORN to by me this /9th day of
6  July, 2013.

9  *[signature]*
   Tamara Chapman, CSR, RPR
10 CSR NO. 7248; Expiration Date: 12-31-14
   Worldwide Court Reporters
11 Firm Registration No. 223
   3000 Weslayan, Suite 235
12 Houston, TX 77027
   (713) 572-2000

```
 1                    CORRECTION PAGE
 2   WITNESS NAME: NATHAN PETER KEITH BUSHNELL, Ph.D.
 3   DATE: 07/10/2013
 4   PAGE  LINE  CHANGE                  REASON
 5   See Attached
```

284

1          SIGNATURE PAGE
2
       I, NATHAN PETER KEITH BUSHNELL, Ph.D., have read the
3  foregoing deposition and hereby affix my signature that
   same is true and correct, except as noted on the
4  correction page.
5
6  _____
       NATHAN PETER KEITH BUSHNELL, Ph.D.
7
8
9  THE STATE OF Washington )
   COUNTY OF Snohomish     )
10
11     Before me Paul Stoebe on this day personally
   appeared Nathan Peter Keith Bushnell known to me [or proved to
12 me on the oath of _____ or through
   WA. State Drvs Lic. (description of identity card or
13 other document)] to be the person whose name is subscribed
   to the foregoing instrument and acknowledged to me that
14 he/she executed the same for the purposes and
   consideration therein expressed.
15     Given under my hand and seal of office this 19
   day of August , 2013.
16
17 _____
18        NOTARY PUBLIC IN AND FOR
          THE STATE OF Washington
19
20 My Commission Expires:
   3/16/15
21                          Notary Public
22                          State of Washington
                            PAUL T STOEBE
23                          My Appointment Expires Mar 16, 2015
24
25

Deepwater Litigation (MDL 2179) - Phase II
Errata Submission of Nathan Peter Keith Bushnell - Deposition Transcript Volume 1 (7/18/2013)

| Name of Deponent | Date | Volume | Page | Line | Transcript Statement | Correction |
|---|---|---|---|---|---|---|
| Nathan Peter Keith Bushnell | 7/18/2013 | 1 | 14 | 18 | on behalf of the Taitel, Bornea and Dukler. | "Taitel, Bornea and Dukler" should be "Justice Department" |
| Nathan Peter Keith Bushnell | 7/18/2013 | 1 | 22 | 1 | homogenous mixture with a Taitel, Bornea and Dukler turbulence? | "Taitel, Bornea and Dukler" should be "k-ε" |
| Nathan Peter Keith Bushnell | 7/18/2013 | 1 | 24 | 21 | a lot of density | "lot of" should be "lower" |
| Nathan Peter Keith Bushnell | 7/18/2013 | 1 | 35 | 16 | There's also "a long lot" (phonetic) | "a long lot' (phonetic)" should be "Longmont" |
| Nathan Peter Keith Bushnell | 7/18/2013 | 1 | 40 | 17 | Simon Booth – Buzi – Bikuziac | "Booth -- Buzi -- Bikuziac" should be "Buhajczuk" |
| Nathan Peter Keith Bushnell | 7/18/2013 | 1 | 100 | 2 | to Hess (phonetic) expertise | "Hess (phonetic)" should be "Zick's" |
| Nathan Peter Keith Bushnell | 7/18/2013 | 1 | 100 | 4 | Dr. Hess | "Hess" should be "Zick" |
| Nathan Peter Keith Bushnell | 7/18/2013 | 1 | 102 | 16 | applies to your cal- -- Taitel, Bornea and Dukler calculations. | "Taitel, Bornea and Dukler" should be "baseline" |
| Nathan Peter Keith Bushnell | 7/18/2013 | 1 | 110 | 6 | More in the "safety" (phonetic) | "'safety' (phonetic)" should be "CFD" |
| Nathan Peter Keith Bushnell | 7/18/2013 | 1 | 211 | 5 | the models as I've Taitel, Bornea and Dukler them | "Taitel, Bornea and Dukler" should be "modeled" |
| Nathan Peter Keith Bushnell | 7/18/2013 | 1 | 234 | 14 | to really inclusively say | "inclusively" should be "conclusivley" |