# Exhibit 18

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL           )   MDL NO. 2179
BY THE OIL RIG              )
"DEEPWATER HORIZON" IN      )   SECTION "J"
THE GULF OF MEXICO, ON      )
APRIL 20, 2010              )   JUDGE BARBIER
                            )   MAG. JUDGE SHUSHAN

*****************

VOLUME 1

*****************

Deposition of SRDJAN NESIC, Ph.D., taken at Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 23rd day of July, 2013.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

|       |    |                                                        |
|-------|----|--------------------------------------------------------|
|       | 1  | THE VIDEOGRAPHER:  This is the                         |
|       | 2  | deposition of Dr. Srdjan Nesic in regard to            |
|       | 3  | the oil spill of the oil rig Deepwater                 |
|       | 4  | Horizon in the Gulf of Mexico on April 20th,           |
| 08:29 | 5  | 2010.  Today's date is July 23rd, 2013.  The           |
|       | 6  | time is 9:29 [sic] a.m.  We are now on the             |
|       | 7  | record.                                                |
|       | 8  | SRDJAN NESIC, Ph.D.,                                   |
|       | 9  | having been first duly sworn, testified as             |
| 08:29 | 10 | follows:                                               |
|       | 11 | E X A M I N A T I O N                                  |
|       | 12 | BY MS. CROSS:                                          |
|       | 13 | Q.     Good morning, Dr. Nesic.                        |
|       | 14 | A.     Good morning.                                   |
| 08:29 | 15 | Q.     I introduced myself off the                     |
|       | 16 | record, but I will do so again, here, on the           |
|       | 17 | record.  My name is Anna Cross.  I work for            |
|       | 18 | DOJ, and I represent the United States in              |
|       | 19 | this matter.  With me is my colleague Erica            |
| 08:30 | 20 | Pencak, also from DOJ, also representing the           |
|       | 21 | United States.  Could you please state your            |
|       | 22 | full name for the record?                              |
|       | 23 | A.     My name is Srdjan Nesic.                        |
|       | 24 | Q.     Do you have a middle name?                      |
| 08:30 | 25 | A.     No.                                             |

52

```
 1   work you did in this case other than
 2   attorneys?
 3        A.    No one that I can recall.
 4        Q.    You spoke with Dr. Sormaz and
 5   Dr. Wang, obviously?
 6        A.    Indeed.  Those were my
 7   assistants.
 8        Q.    Did you speak with Dr. Vaziri at
 9   all?
10        A.    No, I never spoke or met him
11   before.
12        Q.    Did you meet with Mr. Richardson
13   at all?
14        A.    No, I never met him or spoke to
15   him before.
16        Q.    Did you meet or talk to Tony
17   Liao?
18        A.    No, never met him or talked to
19   him.
20        Q.    Did you review any of the
21   deposition transcripts that have been
22   generated in this case?
23        A.    Yes, I have.
24        Q.    Whose deposition transcripts did
25   you review?
```