# Exhibit 19

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL | ) | MDL NO. 2179 |
| BY THE OIL RIG | ) | |
| "DEEPWATER HORIZON" IN | ) | SECTION "J" |
| THE GULF OF MEXICO, ON | ) | |
| APRIL 20, 2010 | ) | JUDGE BARBIER |
| | ) | MAG. JUDGE SHUSHAN |

Deposition of J. P. MARTIN TRUSLER, Ph.D., taken at Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 9th day of July, 2013.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1            THE VIDEOGRAPHER:  This is the
 2   deposition of Martin Trusler in regard to the
 3   oil spill of the oil rig Deepwater Horizon in
 4   the Gulf of Mexico on April 20th, 2010.
 5   Today's date is July 9th, 2013.  The time is
 6   8:26 a.m.  We are now on the record.
 7            J. P. MARTIN TRUSLER, Ph.D.,
 8   having been first duly sworn, testified as
 9   follows:
10                  E X A M I N A T I O N
11   BY MR. INGERSOLL:
12        Q.   Good morning, Dr. Trusler.
13        A.   Good morning.
14        Q.   Thank you for being here today.
15   My name is Andrew Ingersoll.  I'm with the
16   U.S. Department of Justice, and I'll be
17   asking you questions throughout today and
18   possibly into tomorrow.  I believe we have
19   about 11 and a half hours of questioning.  I
20   don't anticipate using all those, but I do
21   anticipate reserving time for after other
22   parties have an opportunity to question you.
23            Have you ever been deposed
24   before?
25        A.   No.
```

|        |    |                                                          |
|--------|----|----------------------------------------------------------|
|        |  1 | expressed in the original report have not                |
|        |  2 | changed.                                                 |
|        |  3 | Q.   Have any of your conclusions                        |
|        |  4 | contained in your report changed since you               |
| 08:50  |  5 | wrote the report?                                        |
|        |  6 | A.   No.                                                 |
|        |  7 | Q.   Has any of your reasoning                           |
|        |  8 | changed since you wrote the report?                      |
|        |  9 | MS. SALTZBART:  Objection; form.                         |
| 08:50  | 10 | A.   I don't think so.  Curtis                           |
|        | 11 | Whitson is the other report.                             |
|        | 12 | Q.   (BY MR. INGERSOLL)  Thank you.                      |
|        | 13 | Did you have any assistance in writing your              |
|        | 14 | report, apart from attorneys?                            |
| 08:51  | 15 | MS. SALTZBART:  I'm just going to                        |
|        | 16 | instruct the witness not to answer to the                |
|        | 17 | extent that he would divulge any privileged              |
|        | 18 | communications.                                          |
|        | 19 | A.   I didn't have any assistance --                     |
| 08:51  | 20 | Q.   (BY MR. INGERSOLL)  Okay.                           |
|        | 21 | A.   -- other than from, you know,                       |
|        | 22 | privileged discussion.                                   |
|        | 23 | Q.   Okay. Did you, in preparing                         |
|        | 24 | your report, communicate with any other of               |
| 08:51  | 25 | BP's disclosed testifying experts?                       |

```
        1             A.    I did not.
        2             Q.    Okay.  And since you wrote your
        3     report have you communicated with any of
        4     those experts?
08:51   5             A.    No.
        6             Q.    Okay.  In preparing your expert
        7     report, did you speak with any other
        8     employees of BP?
        9             A.    No.
08:52  10             Q.    And have you spoke with any
       11     employees of BP since preparing your report?
       12             A.    No.
       13             Q.    Have you had any e-mails with
       14     any employees of BP since preparing your
08:52  15     report?
       16             A.    No.
       17             Q.    Okay.  So you've had no
       18     communications whatsoever with any employees
       19     of BP as part of your preparation of your
08:52  20     report?
       21             A.    That's correct.
       22             Q.    Okay.  All right.  So let's turn
       23     to Tab 2 again and the very first page of the
       24     Exhibit 11658 is the cover letter from
08:52  25     Kirkland & Ellis and the letter explains the
```

```
 1    THE STATE OF LOUISIANA :
      PARISH   OF    ORLEANS :
 2
      I, PHYLLIS WALTZ, a Certified Court Reporter,
 3    Registered Professional Reporter, and
      Certified Realtime Reporter in and for the
 4    State of Louisiana, do hereby certify that
      the facts as stated by me in the caption
 5    hereto are true; that the above and foregoing
      answers of the witness, J. P. MARTIN TRUSLER,
 6    Ph.D., to the interrogatories as indicated
      were made before me by the said witness after
 7    being first duly sworn to testify the truth,
      and same were reduced to typewriting under my
 8    direction; that the above and foregoing
      deposition as set forth in typewriting is a
 9    full, true, and correct transcript of the
      proceedings had at the time of taking of said
10    deposition.
11    I further certify that I am not, in any
      capacity, a regular employee of the party in
12    whose behalf this deposition is taken, nor in
      the regular employ of his attorney; and I
13    certify that I am not interested in the
      cause, nor of kin or counsel to either of the
14    parties.
15    GIVEN UNDER MY HAND AND SEAL OF OFFICE, on
      this, the ____ day of JULY, 2013.
16
17
18                          _____
                            PHYLLIS WALTZ, RMR, CRR
19                          TEXAS CSR, TCRR NO. 6813
                            Expiration Date: 12/31/13
20                          LOUISIANA CCR NO. 2011010
                            Expiration Date: 12/31/12
21
22    Worldwide Court Reporters, Inc.
      Firm Certification No. 223
23    3000 Weslayan, Suite 235
      Houston, Texas  77027
24    (713) 572-2000
25
```

```
 1              I, J. P. MARTIN TRUSLER, Ph.D.,
        have read the foregoing deposition and hereby
 2      affix my signature that same is true and
        correct, except as noted above.
 3
 4
                    [signature: JPM Trusl]
 5              J. P. MARTIN TRUSLER, Ph.D.
 6
        STATE OF LOUISIANA     )
 7      PARISH OF _____  )
 8
                Before me, _____,
 9      on this day personally appeared J. P. MARTIN
        TRUSLER, Ph.D., known to me, or proved to me
10      under oath or through _____)
        (description of identity card or other
11      document)), to be the person whose name is
        subscribed to the foregoing instrument and
12      acknowledged to me that they executed the
        same for the purposes and consideration
13      therein expressed.
14              Given under my hand and seal of
        office on this, the _____ day of _____,
15      _____.
16
17

18              NOTARY PUBLIC IN AND FOR THE
                STATE OF LOUISIANA
19
        My Commission Expires: _____
20
21
22
23
24
25
```

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

**WITNESS NAME:**   J. P. Martin Trusler

**DATE TAKEN:**   July 9, 2013

**IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**

### GENERAL CORRECTIONS:

| PAGE | LINE | CHANGE |
|---|---|---|
| 49 | 23 | replace "measured value" with "the measured value," |
| 50 | 21 | "load" to "logged" (wrong word) |
| 54 | 6 | "system in comprising" to "system comprising" (extra word) |
| 66 | 13 | "impact five" to "Compatt 5" (wrong words) |
| 67 | 7 | "compacts" to "Compatt" (wrong word) |
| 68 | 2 | "ply" to "applied" (wrong word) |
| 71 | 23 | "is its an exact is a" to "is an exact" (wrong words) |
| 71 | 24 | "ply" to "applied" (wrong word) |
| 72 | 12 | "obviously will" to "obviously it will" (missing word) |
| 74 | 9 | "contained battery" to "contained a battery" (missing word) |
| 74 | 11 | "in my diagram," to "R in my diagram" (missing character) |
| 74 | 12 | "to" to "the" (wrong word) |
| 74 | 20 | "cross" to "across" (wrong word) |
| 74 | 21 | "Resistor" to "resistor" (lower case letter) |
| 76 | 1 | "visual" to "to digital" (wrong word) |
| 76 | 3 | "Resistor" to "resistor" (lower case letter) |
| 77 | 12 | "resistors" to "resistances" (wrong word) |
| 81 | 3 | "to electrical" to "or electronic" (wrong words) |
| 87 | 24 | "about is measurements" to "about is measurement" (wrong word) |
| 99 | 12 | "employed" to "deployed" (wrong word) |
| 111 | 3 | "to" to "a" (wrong word) |
| 113 | 15 | "senses" to "sensors" (wrong word) |
| 135 | 10 | "direction," to "correction," (wrong word) |
| 152 | 11 | "outlier in" to "outline of" (wrong words) |
| 168 | 8 | "were ones," "ones were" (order of words) |
| 185 | 4 | "pressure" to "measure" (wrong word) |
| 187 | 6 | "amp" to "ohm" (wrong word) |
| 214 | 8 | "effective resistance" to "constant offset" (wrong words) |
| 216 | 11 | "unknown" to "known" (wrong word) |

SIGNED: _JPM Trusler_   DATE: 20 August 2013

**WITNESS NAME:** J. P. Martin Trusler

**DATE TAKEN:** July 9, 2013

**IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**

| PAGE | LINE | CHANGE | |
|---|---|---|---|
| PAGE: 216 | LINE: 16 | CHANGE: | "data would" to "data it would" (missing word) |
| PAGE: 230 | LINE: 24 | CHANGE: | "Also" to "Plus or" (wrong words) |
| PAGE: 232 | LINE: 8 | CHANGE: | "meets the" to "leads to" (wrong words) |
| PAGE: 249 | LINE: 9 | CHANGE: | "come" to "comes" (wrong word) |
| PAGE: 269 | LINE: 21 | CHANGE: | "--" to "have" (missing word) |
| PAGE: 274 | LINE: 19 | CHANGE: | "and" to "in" (wrong word) |

SIGNED: _JPM Trusl_   DATE: 20 August 2013