# Exhibit 1

# EXPERT REBUTTAL REPORT
## U.S v. BP Exploration & Production, Inc., et al.

## Oil Release from the MC252 Macondo Well

Prepared on Behalf of the United States

Prepared by:

**Stewart K. Griffiths**
**Albuquerque, New Mexico 87122**
**June 10, 2013**

SKGriffith

---

Stewart K. Griffiths

| 11486 |
|---|
| Exhibit No. ———— |
| **Worldwide Court** |
| **Reporters, Inc.** |

*Confidential per BP*

resulting calculated flow rates accurately reflect true flow rates over a range of conditions when discharge coefficients are determined from measured pressures and flow rates.

I have since checked flow rates through the kill line based on a constant discharge coefficient against those obtained using a full two-phase model. Dr. Bushnell calculated flow rates through the capping stack kill line for various pressure differences using a well-established ANSYS computational tool. He also employed a highly detailed description of the geometry, a sophisticated model of the turbulence, and a complete equation of state for the fluid based on the analyses of Dr. Zick.[12] This is illustrated in Fig. 2.

**Figure 2.** Flow rates through the capping stack kill line calculated by Dr. Bushnell (symbols) using ANSYS CFX and a fit to his results via a fixed discharge coefficient (curves). The pressure drop is the total pressure difference between the inlet and outlet.

Dr. Bushnell presented results with and without the inclusion of gravitational effects. These are indicated by red and blue symbols and curves, respectively.

Fits to both of his results are exceptionally good, exhibiting a maximum deviation of just 0.72%. The discharge coefficients obtained from the two fits differ by less than 0.4%.



Dr. Bushnell considered two cases, one in which the effects of gravity were included in his calculations and one in which these effects were not. Both of these are shown in Fig. 2. In both cases, he reported in his spreadsheet the total mass flow rate of both phases, not the flow rate of just the oil. In Fig. 2, I have converted these mass flow rates to reflect the flow rates of stock-tank oil using conversion provided in his expert report.[13] The flow rates he reported span a very wide range, from roughly 20,000 to 70,000 stbd, depending on the pressure difference.

Also shown in Fig. 2 is the fit to each of these results from Dr. Bushnell using a constant discharge coefficient relating flow rate to the square-root of the pressure drop. Despite the complexities and detail in his analysis, a constant discharge coefficient reproduces his results extremely well. The RMS deviation between the two fits and his two calculations are less than 0.3%, and the maximum deviation for either case is 0.72%. The discharge coefficients for these two cases are 2627 and 2637 stbd/psi$^{1/2}$. These differ by just 0.39%. They also differ by only 3.4% from my best-estimate value of 2551 stbd/psi$^{1/2}$ for the discharge coefficient of the kill line.

---

[12] K factor Kill Line.xls.

[13] Expert report of Nathan Bushnell. March 22, 2013. The conversion I used is 451.0 stbd per kg/s total mass flow rate based on the values presented in his footnotes on page 52 and a value of 0.15899 m$^3$/bbl for conversion from cubic meters to barrels.

*Confidential per BP*

# Exhibit 2

**REBUTTAL EXPERT REPORT**
**U.S v. BP Exploration & Production, Inc., et al.**

# Estimate of Cumulative Volume of Oil Released from the MC252 Macondo Well

Prepared on Behalf of the United States

Prepared by:
Mehran Pooladi-Darvish
Fekete Associates, Inc.
Suite 2000
540 5th Avenue SW
Calgary, AB
Canada
T2P 0M2

*M. Pooladi-Darvish*

1

11654

Exhibit No. 11654
Worldwide Court
Reporters, Inc.

one of my parameters in isolation and assess its effect on the final estimate of cumulative volume of oil released, without calibrating the model to measurements.

In fact, it this integrated methodology of calibration that has allowed me to incorporate the input data suggested by the defendants' experts, and assess their effect on the cumulative volume of oil released as presented in Section II and III of this report.

Finally, one expert has suggested that all my solutions are the same (in the dimensionless space). This statement is incorrect. In fact, there is no unique dimensionless group that captures all of the sensitivity studies that I conduct (including reservoir flow properties, reservoir storage properties, wellbore properties, PVT properties, the dimensionless term of Skin, measurement errors and changes in hydrostatic pressure). Therefore, there is no way that changes in all of these parameters can result in one single solution (in dimensionless space).

## *One-dimensional resistance models and their assumption*

### Statement of the critique

I have used one-dimensional (1-D) resistance equations in two steps in my work.  In the analytical phase of my work, I have used these to estimate oil flow rate of the well during the collection and no-collection periods. In the numerical phase of my study, and after I had obtained a model that matches the shut-in pressures, I have used these equations along with the oil flow rate as calculated by this calibrated model to calculate the collection rate.  The use of these equations has been critiqued in a number of ways: (a) It has been suggested that these equations are out-dated, and based on single-phase flow relations and therefore not accurate or not applicable to the case at hand; (b) Another defendants' expert has suggested that the use of these equations for calculation of flow rates is subject errors in the measurement of pressures;  (c) One defendants' expert asserts that the way I have formulated my resistance equations is incorrect because there is significant pressure drop in the BOP downstream of the collection point; (d) and finally the same defendants' expert has asserted that I carry over the resistance coefficients from the analytical phase of my study to the numerical phase, and therefore my numerical solutions are constrained by my analytical solutions.

### Response

(a) I have validated the applicability of these equations using modern computer programs under two-phase flow conditions. This was presented in Appendix II-A of my initial report for three different systems; the wellbore, the wellbore and the BOP, and the capping stack. Furthermore, Dr. Bushnell has used a more sophisticated model and examined the applicability of these equations. He has demonstrated that these equations are valid even over a wider range of conditions than was necessary for my calculations.  The graph showing these results is in Dr. Griffiths' report.

(b) I have examined the effect of errors in pressure measurements on the results of my models.  In my initial report, I had four cases that examined the effect of errors in the BOP and capping



# Exhibit 3

**Page 1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL        )  MDL NO. 2179
BY THE OIL RIG           )
"DEEPWATER HORIZON" IN )  SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010        )  JUDGE BARBIER
                      )  MAG. JUDGE SHUSHAN

******************

VOLUME 1

******************

Deposition of Stewart K. Griffiths,
Ph.D., taken at the Pan-American Building, 601
Poydras Street, 11th Floor, New Orleans,
Louisiana, 70130, on the 26th day of June, 2013.

**Page 2**

APPEARANCES

APPEARING FOR BP, INC :
    Mr Matthew T  Regan
    KIRKLAND & ELLIS
    300 North LaSalle
    Chicago, Illinois  60654
    Ms  Bridget K  O'Connor
    KIRKLAND & ELLIS
    655 Fifteenth Street, NW
    Washington, D C  20005-5793

APPEARING FOR TRANSOCEAN:
    Mr  Patrick J  Cafferty, Jr
    MUNGER TOLLES & OLSON
    560 Mission Street, 27th Floor
    San Francisco, California  94105-2907
    Mr  Emmanuel Tedder
    MUNGER TOLLES & OLSON
    355 South Grand Avenue, 35th Floor
    Los Angeles, California  90071-1560

APPEARING FOR ANADARKO PETROLEUM COMPANY:
    Mr  Warren Anthony Fitch
    BINGHAM MCCUTCHEN
    2020 K Street, Northwest
    Washington, D C  20006-1806

APPEARING FOR HALLIBURTON:
    Mr  Jerry C  von Sternberg
    GODWIN LEWIS
    1331 Lamar, Suite 1665
    Houston, Texas  77010-3133

    Mr  Prescott W  Smith
    Ms  S  Kena Lopez
    GODWIN LEWIS
    Renaissance Tower
    1201 Elm Street, Suite 1700
    Dallas, Texas 75270-2041

**Page 3**

APPEARING FOR THE UNITED STATES:
    Mr. Thomas A. Benson
    Mr. A. Nathaniel Chakeres
    Mr. David L. McIlwain
    U.S. DEPARTMENT OF JUSTICE
    ENVIRONMENT & NATURAL RESOURCES DIVISION
    Ben Franklin Station
    Post Office Box 7611
    Washington, D.C.  20044-7611
    601 D Street, N.W.
    Washington, D.C.  20004

APPEARING FOR THE STATE OF LOUISIANA:
    Mr. Douglas R. Kraus
    Attorney for Louisiana Attorney General
    KANNER & WHITELEY
    701 Camp Street
    New Orleans, Louisiana  70130-3504

ALSO PRESENT:
    Mr. Peter Jennings, Videographer
    Mr. Ray Aguirre, Case Manager
    Mr. James Deel, Logistics

**Page 4**

INDEX
VIDEOTAPED ORAL DEPOSITION OF
STEWART K  GRIFFITHS, PH D
JUNE 26, 2013
VOLUME 1

Appearances                               2

Direct Examination-Mr  Regan              6

Changes and Signature                   354
Reporter's Certificate                  356


EXHIBIT INDEX

Ex  No        Description        Marked

11485  Expert Report, U S  v  BP
       Exploration & Production, Inc ,
       et al, Oil Release from the
       Macondo Well, Prepared on Behalf
       of the United States, Prepared by
       Stewart K  Griffiths, March 22,
       2013, marked as CONFIDENTIAL PER
       BP; 82 pages              6

11486  Expert Rebuttal Report, U S  v  BP
       Exploration & Production, Inc ,
       et al, Oil Release from the
       Macondo Well, Prepared on Behalf
       of the United States, Prepared by
       Stewart K  Griffiths, June 10,
       2013, marked as CONFIDENTIAL PER
       BP; 42 pages              6
11487  Chart titled PT-B Data; Bates
       No  XSGX002-037309(fort 86)     263

1 (Pages 1 to 4)

37

1  be influential in causing erosion, correct?
2      A. Oh, yes.
3      Q. Were you looking at flow velocities?
4      A. Yes. Well, let's see. The -- the two
5  different problems are not quite the same.
6      Q. M-h'm.
7      A. The -- the second problem, the -- the
8  high velocity gas flow with particles is very
9  much like this problem.
10         The first problem was slightly different.
11  The flows were actually driven by the -- the flow
12  of the particulates, so rather than being
13  entrained in a flow, the -- the -- the transport
14  of particulates was -- was inducing a flow.
15      Q. Okay. In both of those projects, were
16  you studying the geometry involved to determine
17  what impact the geometry could have on erosion
18  rates?
19      A. Yes.
20      Q. Did you do any CFD analysis in either of
21  those projects?
22      A. I -- I did not do CFD analyses. I did
23  analyses of the same sort as I did for -- for
24  this problem, meaning -- not -- not -- not --
25  not saying that, here, I wrote some code for

38

1  erosion, but just saying I wrote software that
2  described the flow field particle interaction
3  with the walls.
4      Q. Did you write software with respect to
5  your work in Macondo to determine erosion?
6      A. I did not.
7      Q. Did you prepare any CFD computational
8  fluid dynamics models with respect to reaching
9  the opinions set forth in 11485 and 486?
10      A. I -- need a little bit of
11  clarification, because I would read that as "Did
12  I use, for my purposes, CFD calculations in
13  either of these that I did?"
14         So I think the answer, in -- in that
15  sense, is "No." However, I did compare with --
16  I -- I -- in -- in one of these, I don't recall
17  which, I compare with results from others --
18      Q. M-h'm.
19      A. -- that did use CFD calculations.
20      Q. M-h'm.
21      A. And I comment on CFD cal -- well, these
22  weren't CFD calculations, but -- but calculations
23  by -- by some of the depend -- Defendant Experts.
24      Q. Okay.
25      A. So I didn't do that for my purposes, but

39

1  it shows up in here through other people's --
2      Q. Okay.
3      A. -- work.
4      Q. So to be clear, you personally, in
5  reaching your opinions, did not prepare or
6  utilize any CFD models or modeling, correct?
7      A. That's correct.
8      Q. Okay. You've reviewed CFD work by other
9  people, but, obviously, for your own opinions,
10  you didn't rely on any CFD?
11      A. That's correct.
12      Q. Okay. Would you consider yourself
13  someone who could testify as an Expert Witness on
14  computational fluid dynamics modeling?
15         MR. BENSON: Object to the form.
16      A. Yes.
17      Q. (By Mr. Regan) Do you use CFD modeling in
18  the work that -- did you use CFD modeling in the
19  work you performed in Sandia prior to December
20  2011?
21      A. Well, I -- I did. And I -- let's see.
22         I did -- I did not tend to run codes.
23  Running codes at Sandia is not a -- an activity
24  that is consistent with my position at Sandia.
25      Q. Okay.

40

1      A. So -- so I worked with Teams regularly
2  where -- where people -- where I would influence
3  what was being calculated. Other people would
4  run -- run codes.
5      Q. M-h'm.
6      A. So I'm very, very familiar with their
7  capabilities and their limitations, but I did --
8  I did not do a lot of hands on running of -- of
9  commercial software, because I -- I would have
10  been paid much less if I had been doing that.
11      Q. You relied on commercial CFD software in
12  reaching opinions that were material to the work
13  you were performing at Sandia prior to December
14  2011?
15      A. All the time.
16      Q. You did not rely on any CFD models in
17  reaching your opinions in this litigation?
18      A. Yes. I think I lay out very clearly in
19  my Reports why that's the case here.
20      Q. But -- but the fact of the matter is:
21  You did not rely upon them in this work, correct?
22      A. I just want to -- to point out to you
23  that there are very valid, concrete reasons, that
24  for the problem I was trying to solve, I did not
25  rely on CFD tools.

358

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL      )  MDL NO. 2179
BY THE OIL RIG         )
"DEEPWATER HORIZON" IN )  SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010    )  JUDGE BARBIER
                  )  MAG. JUDGE SHUSHAN

*******************
VOLUME 2
*******************

Continuation of the deposition of Stewart
K. Griffiths, Ph.D., taken at the Pan-American
Building, 601 Poydras Street, 11th Floor, New
Orleans, Louisiana, 70130, on the 27th day of
June, 2013.

---

359

1    A P P E A R A N C E S
2
3
4    APPEARING FOR BP, INC :
         Mr  Matthew T  Regan
5      KIRKLAND & ELLIS
         300 North LaSalle
6      Chicago, Illinois  60654
7      Ms  Bridget K  O'Connor
         KIRKLAND & ELLIS
8      655 Fifteenth Street, NW
         Washington, D C  20005-5793
9
10   APPEARING FOR TRANSOCEAN:
         Mr  Patrick J  Cafferty, Jr
11     MUNGER TOLLES & OLSON
         560 Mission Street, 27th Floor
12     San Francisco, California  94105-2907
13     Mr  Emmanuel Tedder
         MUNGER TOLLES & OLSON
14     355 South Grand Avenue, 35th Floor
         Los Angeles, California  90071-1560
15
16   APPEARING FOR ANADARKO PETROLEUM COMPANY:
         Mr  Warren Anthony Fitch
17     BINGHAM MCCUTCHEN
         2020 K Street, Northwest
18     Washington, D C  20006-1806
19
20   APPEARING FOR HALLIBURTON:
         Mr  Prescott W  Smith
21     Ms  S  Kena Lopez
         GODWIN LEWIS
22     Renaissance Tower
         1201 Elm Street, Suite 1700
23     Dallas, Texas 75270-2041
         Mr  Jerry C  von Sternberg
24     GODWIN LEWIS
         1331 Lamar, Suite 1665
25     Houston, Texas  77010-3133

---

360

1    APPEARING FOR THE UNITED STATES:
         Mr. Thomas A. Benson
2        Mr. A. Nathaniel Chakeres
         Mr. David L. McIlwain
3      U.S. DEPARTMENT OF JUSTICE
         ENVIRONMENT & NATURAL RESOURCES DIVISION
4      Ben Franklin Station
         Post Office Box 7611
5      Washington, D.C.  20044-7611
         601 D Street, N.W.
6      Washington, D.C.  20004
7
     APPEARING FOR THE STATE OF LOUISIANA:
8        Mr. Douglas R. Kraus
         Attorney for Louisiana Attorney General
9      KANNER & WHITELEY
         701 Camp Street
10     New Orleans, Louisiana  70130-3504
11
     ALSO PRESENT:
12       Mr. Peter Jennings, Videographer
         Mr. James Deel, Case Manager
13
14
15
16
17
18
19
20
21
22
23
24
25

---

361

1           INDEX
2    VIDEOTAPED ORAL DEPOSITION OF
       STEWART K  GRIFFITHS, PH D
3         JUNE 27, 2013
            VOLUME 2
4
5
6    Appearances              359
7
     Continued Direct Examination-Mr Regan   363
8    Examination-Mr  Fitch          471
     Examination-Mr  Cafferty       539
9    Examination-Mr  Smith          589
     Examination-Mr  Benson         614
10   Redirect Examination-Mr Regan  623
11
     Changes and Signature          666
12   Reporter's Certificate         668
13
14
15        EXHIBIT INDEX
16
17   Ex  No        Description          Marked
18   11488  Technical Review of US Government
            Expert Witness Reports on Flow
19          Rates from the MC252 Macondo Well,
            Expert Report of A E  Johnson, PhD,
20          CEng, MIMechE dated May 1, 2013;
            130 pages          502
21
     11489  Expert Report of Dr  Sankaran
22          Sundaresan, Estimates of Flow Rate
            Preceding Shut-In on July 14-15,
23          2010, Submitted by Transocean
            Offshore Deepwater Drilling, Inc ,
24          marked as CONFIDENTIAL; 28 pages   517
25

---

1 (Pages 358 to 361)

402

1  would cause a wellbore discharge coefficient to
2  increase from Day 1 to Day 86?
3      A.  Isn't that the same question?
4      Q.  Well, I -- I -- I didn't mean to --
5      A.  Oh, the wellbore.  I'm sorry.  You -- the
6  first one was the PI, the wellbore, something
7  that would cause it to increase.
8         Sure.  Again, I can think of one both
9  ways.  Erosion would cause it to increase.  If
10  you dropped a pipe down it, and into the lower
11  part of the casing, that would cause it to
12  decrease.
13      Q.  Okay.  With respect to Page -- if you
14  could turn to the next page of your -- of your
15  Report, you have what you described methods
16  starting, I think, under the word "Reply."
17         MR. BENSON:  Just to clarify, we're
18  in the Rebuttal Report here?
19         MR. REGAN:  Yes, 11486.
20         THE WITNESS:  And at what page?
21         MR. REGAN:  46.
22         MR. BENSON:  Page 11.
23      Q.  (By Mr. Regan) 11486, Page 11.  And as
24  you set forth there on Page 11, your best
25  estimate of cumulative flow really only requires

403

1  you to look at four things:  Reservoir pressure,
2  PT-B BOP pressure, PI, and wellbore discharge
3  coefficient.  Correct?
4      A.  That's correct.
5      Q.  Your PI and wellbore discharge
6  coefficient were determined based on the analysis
7  you did of the July 14th, 15th time period, in
8  your methodology, correct?
9      A.  That's correct.
10      Q.  And they are held constant for -- from
11  whatever they're computed for those days, they're
12  held constant for the entirety of the 87 time
13  period -- 87-day time period.  Correct?
14      A.  That -- that's how my best-estimate value
15  is calculated.
16      Q.  All right.  And by holding PI and kwell
17  constant, your calculation does not account for
18  changes in the reservoir PI or the wellbore,
19  correct?
20         MR. BENSON:  Object to form.
21      A.  I -- that would be an overstatement.  I
22  believe.
23      Q.  (By Mr. Regan) Okay.  Page 11 of your
24  Rebuttal Report, bottom paragraph, did you write
25  the following sentence, is my question, fourth

404

1  sentence, last paragraph:  "This calculation" --
2  referring to your best estimate calculation in
3  the last sentence --
4      A.  M-h'm.
5      Q.  -- "automatically accounts for any
6  changes in the BOP resistance, but not for
7  changes in the reservoir PI or wellbore."
8      A.  I wrote that.
9      Q.  Okay.  So is it correct that your best
10  estimate cumulative flow calculation does not
11  account for changes in the reservoir PI or the
12  wellbore?
13         MR. BENSON:  Object to form.
14      A.  Well, you're -- you're -- I think that
15  you're misusing the sentence.  I'm trying to
16  describe here what different -- different methods
17  account for and don't account for.
18      Q.  (By Mr. Regan) Okay.
19      A.  I've -- I've said, maybe dozens of times,
20  that I calculate my best estimate discharge using
21  a constant PI and a constant kwell.
22         This doesn't say anything different
23  there.  I mean, if I say "constant PI and
24  constant kwell," that means they stayed the same.
25  And so this -- this is, to me, a statement of

405

1  something very obvious.
2      Q.  Okay.  It -- perhaps it's obvious, but I
3  just want to confirm.  Your best estimate
4  calculation of discharge in your view as you
5  describe it, in your Rebuttal Report, says that
6  calculation automatically accounts for any
7  changes in the BOP resistance but not for changes
8  in the reservoir PI or wellbore, correct?
9         MR. BENSON:  Object to form.
10      A.  Yes.  But let's not separate my best
11  estimate of the discharge from the uncertainties,
12  and in the context of uncertainties, I certainly
13  address those issues.
14      Q.  (By Mr. Regan) All right.  You then
15  describe what you call a "first alternate
16  calculation."
17      A.  M-h'm.
18      Q.  You say that "...uses the reservoir and
19  ambient pressures along with the PI and both the
20  wellbore and BOP discharge coefficients."
21  Correct?
22      A.  Correct.
23      Q.  The PI that you use in your first
24  alternate calculation, is that a new derived PI,
25  or is that the same PI that you have from your

12 (Pages 402 to 405)

406

1  best estimate?
2      A. Same.
3      Q. Is it held constant or is it allowed to
4  move -- vary?
5      A. It's constant.
6      Q. The wellbore discharge coefficient in
7  your first alternate calculation, is it the same
8  wellbore dio -- discharge coefficient from your
9  best estimate calculation?
10     A. It is.
11     Q. Is it held constant?
12     A. It is.
13     Q. And then this BOP discharge coefficient,
14 what's your source for that figure in your first
15 alternate calculation?
16     A. It's determined simultaneously. All of
17 the -- the six parameters --
18     Q. M-h'm.
19     A. -- they all get determined
20 simultaneously. They're a -- they're a -- a set
21 that -- that minimizes the residuals, satisfies
22 the constraints; so the BOP discharge coefficient
23 is -- is determined at -- at -- at exactly the
24 same time, exactly the same methodology, as -- as
25 PI and kwell.

407

1      Q. Is your BOP discharge coefficient in your
2  first alternate calculation a constant?
3      A. The -- the calculation is done using a
4  constant value of -- of the BOP discharge
5  coefficient.
6      Q. Okay. So in your first alternate
7  calculation, you have a constant PI, a constant
8  wellbore discharge coefficient, and a constant
9  BOP discharge coefficient. Correct?
10     A. Yes. M-h'm.
11     Q. So your first alternate calculation does
12 not account for changes in PI, wellbore, or BOP.
13 Correct?
14     A. That's correct.
15     Q. You then have a second alternate
16 calculation, correct?
17     A. M-h'm.
18     Q. This only uses one discharge coefficient,
19 correct?
20     A. Yes, I think so.
21     Q. That's the BOP discharge coefficient,
22 correct?
23     A. Yes.
24     Q. Okay. And, again, is that a constant in
25 your second alternate calculation?

408

1      A. It is.
2      Q. And is it different or the same as the
3  BOP discharge coefficient constant that you use
4  in your first alternate calculation?
5      A. Same.
6      Q. Okay. So is it fair to say that in your
7  best estimate calculation, your first alternate
8  calculation, and your second alternate
9  calculation, you're use -- you're -- in all three
10 of them, you are using inputs or outputs -- using
11 outputs from your best estimate calculation?
12     MR. BENSON: Object to the form.
13     A. All three of these use all of the same
14 parameters.
15     Q. (By Mr. Regan) Okay. That's -- so
16 there's -- it -- it would be not accurate to view
17 these alternate calculations as independent
18 methodologies?
19     A. Well --
20     MR. BENSON: Object to form.
21     A. -- they -- I would disagree with that.
22 They are certainly independent methodologies. I
23 mean, in one case you're using this pressure
24 difference, in some other case you're using a
25 different pressure difference; so -- so they are,

409

1  in my mind, certainly independent methodologies.
2      Q. (By Mr. Regan) Okay. But the parameters
3  that are used, the constants that are used in all
4  three methodologies are all coming from the work
5  you did with respect to July 14th and July 15th,
6  correct?
7      A. That's correct.
8      Q. You did not do different work in terms of
9  trying to estimate flow at a -- at a different
10 time period, or even on July 14th and 15th, and
11 come up with a new method to compare to your best
12 estimate?
13     A. Well, I --
14     MR. BENSON: Object to form.
15     A. I did not, but I don't -- I don't -- I
16 don't see any need to. The July 14th, 15th
17 spanned a tremendous range of pressures, a
18 tremendous range of flow rates.
19     Q. (By Mr. Regan) M-h'm.
20     A. You know, I -- I agree with you that --
21 that it describes the state of the well as of
22 that time, but -- but there is no reason for me
23 to seek other times or other conditions to
24 determine the BOP discharge coefficient.
25     Q. Okay.

13 (Pages 406 to 409)

410

1    A. Every -- every bit of data that you need
2  and every flow rate you need to determine that is
3  available at that time.
4    Q. Okay. So did you do any alternate
5  calculation where you allowed PI to be anything
6  but constant?
7    A. Well, I think yesterday I indicated that
8  I did calculations that accounted for changes in
9  density and the -- and the viscosity of the fluid
10 in the reservoir, and I implemented that -- this
11 is un -- in uncertainties -- I implemented that
12 by varying the PI.
13   Q. Okay. Outside of your uncertainty
14 analysis, such like the context of what you talk
15 about here with alternative methods, did you ever
16 develop a third alternative method or a fourth
17 alternative method or nth alternative method
18 where you allowed PI to be anything other than
19 constant?
20      MR. BENSON: Object to form.
21   A. I don't believe so.
22   Q. (By Mr. Regan) Okay. Same question with
23 respect to the wellbore discharge coefficient and
24 the BOP discharge coefficient: Did you develop
25 an alternative method where you allowed those to

411

1  be anything other than constant?
2    A. Well, I -- I think I did in -- in a
3  sense, because in my analysis of flow rates
4  before May 8th, I -- I considered cases where the
5  pipe was still attached and the seals were closed
6  and all that, and I calculated a discharge
7  coefficient associated with all that.
8    Q. M-h'm.
9    A. So -- so that effectively represents a
10 BOP discharge coefficient that is -- is
11 different, that is lower than what my -- my value
12 is from the parameter estimation.
13   Q. Your conclusion from that work was that
14 you would make no change to your best estimate of
15 cumulative discharge, correct?
16   A. Well --
17   Q. I think as you say in your Report, after
18 you did the work from April 20th to May 8th,
19 looking at the BOP -- in Appendix I of your
20 original Report -- that you decided there was no
21 need for you to adjust your best estimate of well
22 flow?
23   A. I think you would have to show me that
24 statement before I would --
25   Q. Okay. I'll show it to you in a minute.

412

1    A. Okay. All right.
2    Q. Was there ever a method or model that you
3  created where you allowed either PI, wellbore
4  coefficient, or BOP coefficient to -- to be
5  not -- not be constant and, also, to also change
6  at the same time, change -- both change in the
7  same model?
8    A. I --
9      MR. BENSON: Object to form.
10   A. I have not done that.
11   Q. (By Mr. Regan) Okay. And then at the top
12 of Page 11, I believe -- or Page 12 --
13      MR. BENSON: Are you still in the
14 Rebuttal Report?
15      MR. REGAN: Rebuttal Report, yeah.
16      MR. BENSON: Okay.
17   Q. (By Mr. Regan) -- you say: "Despite
18 clear differences among them" -- and you're
19 referring to your --
20   A. I --
21   Q. -- best estimate --
22   A. I haven't -- I haven't found --
23      MR. BENSON: Right here.
24 (Indicating.)
25   A. -- it yet.

413

1      Yes.
2    Q. (By Mr. Regan) Quote: "Despite clear
3  differences among them" -- you're referring there
4  to your best estimate model, your first alternate
5  model, and your second alternate model -- "these
6  three distinct methods yield a calculated
7  cumulative discharge that ranges from just 5.0 to
8  5.1 million stock-tank barrels, an incremental
9  variation of only +/-1%." Right?
10   A. (Reviewing document.)
11   Q. Is that what you wrote?
12   A. Yes.
13   Q. Okay. Understanding that you held
14 coefficients constant, as you just told us a
15 minute ago, what are the clear differences that
16 you're referring to among the -- amongst these
17 three distinct methods?
18   A. Well, they -- they -- they use different
19 pressure differences. One uses reservoir to BOP,
20 one uses reservoir to ambient, one uses BOP to
21 ambient.
22   Q. Okay.
23   A. So to me that's a clear difference.
24      I think maybe what I was saying there
25 also was that the -- the three different methods

14 (Pages 410 to 413)

414

1  account for -- for different aspects of what
2  might and might not be changing; so -- so in that
3  sense, they are also distinct.
4      **Q.  But if you're holding the parameters**
5  **constant, how can you determine whether or not**
6  **something's changing?**
7      A.  Oh, well, you -- you -- you -- you --
8  well, let's see.  I have a calculation that --
9  that -- that automatically accounts for changes
10  in the BOP.  Okay?  I run that calculation.  I
11  have a -- a calculation that -- that using the
12  pressure difference from BOP to ambient, I run
13  that calculation.  Now, all these calculations
14  are based on these parameters as of July 14th,
15  15th.
16      **Q.  M-h'm.**
17      A.  So -- so if -- so one accounts for
18  erosion in the BOP; so if erosion occurred, it
19  would -- it would automatically be accounted for.
20  So I don't know if it did or not, but if it did,
21  it would have been accounted for.  Okay?
22      The other calculation does not account
23  for erosion in the BOP; so if -- and it's based
24  on these values determined on July 14th, 15th.
25  So if those two calculations agree, I can

415

1  conclude that if nothing -- well, I conclude that
2  the only thing that changed could not be a change
3  in the BOP.
4      So -- so you could not have only a change
5  in the BOP and get that result, because one
6  calculation accounts for that change, one
7  calculation does not account for that change.  If
8  it -- if it did, in fact, change, that could not
9  be the only thing that changed.
10      **Q.  Okay.  In this example, where you're**
11  **describing your best estimate discharge --**
12      A.  M-h'm.
13      **Q.  -- where you believe it automatically**
14  **accounts for -- for erosion -- I understand that**
15  **you don't know if erosion happened or not --**
16      A.  M-h'm.
17      **Q.  -- you're comparing it to your second**
18  **alternate method, which is just looking at BOP**
19  **and ambient?**
20      A.  That was the example I gave, yes.
21      **Q.  That was your example, correct?**
22      A.  M-h'm.
23      **Q.  Now, when you're comparing those two to**
24  **each other, in your second example, you're using**
25  **a constant BOP discharge coefficient.  Correct?**

416

1      A.  Yes.
2      **Q.  All right.  That constant BOP discharge**
3  **coefficient is derived from the same parameter**
4  **estimation that you're deriving your best**
5  **estimate, correct?**
6      A.  It is.
7      **Q.  So you're simply comparing your parameter**
8  **estimation that you've derived your best estimate**
9  **from.  How are you not just comparing the same**
10  **parameter estimate that you derive your best**
11  **estimate from to itself, because your parameters**
12  **are all coming out --**
13      A.  Oh, no.  It --
14      **Q.  -- of the same methodology?**
15      A.  No.  It has -- it has -- it has to do
16  with -- with holding them constant over this time
17  and what could and could not have changed.
18      **Q.  Okay.**
19      A.  I -- I don't think that the critical
20  issue here is they came out of that.  This is
21  about they come out of the -- the July 14th.
22      **Q.  Right.**
23      A.  The issue is did they change before then
24  or not, and these comparisons can allow you to
25  make certain statements about whether this

417

1  changed or that changed, and so it's --
2      **Q.  Okay.  Well --**
3      A.  They -- I don't know -- this -- this will
4  be very hard to explain through words, but --
5      **Q.  That's all I got.**
6      A.  -- but I can keep -- okay.  Well, that's
7  all I've got, so I'll -- I'll -- I'll keep
8  trying.
9          MR. REGAN:  All right.  Let's take a
10  break.
11          THE VIDEOGRAPHER:  The time is
12  9:39 a.m.  We're off the record.
13      (Recess from 9:39 a.m. to 9:55 a.m.)
14          MR. REGAN:  I'm ready.
15          THE VIDEOGRAPHER:  All set?
16      The time is 9:55 a.m.  We're back -- the
17  time is 9:55 a.m.  We're back on the record,
18  beginning Tape 9.
19      **Q.  (By Mr. Regan) Dr. Griffiths, do you**
20  **still have your Rebuttal Report, Page 12, it's**
21  **ex -- Exhibit 11486, second-to-the-last**
22  **paragraph, you have -- you start with:  "A**
23  **critical point here is that there is only one**
24  **value of the true discharge."**
25      **What are you referring to there as "true**

15 (Pages 414 to 417)

570

1     got initial value, a final value, I drew a
2     straight line between them.
3          Q.  Either way, it's --
4          A.  So you -- you could view it as
5     interpolated, that's the straight line, or you
6     can view it as calculated, that's the curve that
7     has the tiniest little bit of curvature to it,
8     but -- but you reach exactly the same conclusion
9     either way.
10         Q.  In any event, none of these numbers in
11    between the seventeen -- 7260 and 8730 for the
12    reservoir less flowing head are measured numbers.
13    Right?
14         A.  Well, they're between whenever 11,850 was
15    measured, the only other reservoir pressure
16    that's known is by necessity a calculated value
17    based on the shut-in wellhead pressure plus a
18    calculated elevation head.
19         Q.  All right.  And the Productivity Index,
20    the PI that you used in your calculations of
21    cumulative flow --
22         A.  Yes.
23         Q.  -- that number is not a measured number,
24    right?
25         A.  Oh, huh, huh, huh, huh.  It's -- it's not

571

1     a number that's measured directly, like -- like I
2     would measure the -- the -- the length of a stick
3     with a tape measure.  It -- it -- it is -- I -- I
4     view it as -- as part of an indirect measurement.
5          Q.  All right.  And -- and it's not a
6     calculated number the way you derived it, right?
7     It came from your parameter optimization method,
8     right?  So it's not measured, and it's not
9     calculated, correct?
10         A.  I -- I think of it as sort of half and
11    half.  It's -- it's -- it's this thing I talked
12    about the other day, that you -- you have a
13    symbiosis of measurements and calculations, and
14    that's why I refer to it as -- well, it's not a
15    calculated value, but it's not simply a measured
16    value.  It relies on both measurements, because I
17    could not have obtained that value had the flow
18    rate of collected oil not been measured.  Okay?
19         I mean, that -- that collection -- that
20    collection rate of collected oil, the flow rate
21    of collected oil, directly determines, in part
22    with the other things, that -- that -- what that
23    PI's going to be.
24         Q.  Well, if we have time, we'll talk about
25    the parameter estimation process, but that was --

572

1          A.  Okay.
2          Q.  -- your term, "estimation," right, so --
3          A.  That's what the process is always called.
4     It's not my -- I mean, it's -- it's called
5     "parameter estimation" --
6          Q.  So --
7          A.  -- that's what the term is.
8          Q.  -- you would agree with me, wouldn't you,
9     that using a parameter estimation process, what
10    you ended up with was a PI estimate, right?
11         A.  I -- I -- it was, but that's not just a
12    calculation.  That uses -- that -- that number,
13    43.8, comes from the measured pressures at the
14    capping stack and BOP, the measured flow rates of
15    collected oil.  That's where that number comes
16    from.
17         The way you get from these different
18    measurements is through the model and the
19    parameter estimation.
20         Q.  All right.  Let's talk, then, about the
21    wellbore discharge coefficient.
22         A.  Okay.
23         Q.  That also is not a measured number, is
24    it?
25         A.  That's correct.

573

1          Q.  Okay.  In fact, it's not even a number
2     that's capable of being measured, is it?
3          A.  Oh, no.  I -- I think -- you know --
4     well, oh, sure.  You -- if -- if you had a well
5     that you could instrument, you know, or if
6     instruments -- if we'd had -- if we'd had a
7     pressure gauge at the bottom of the Macondo Well
8     and -- and -- and a pressure at the BOP, you
9     know, we did have that, and you -- and you knew
10    the flow rate, you could calculate that discharge
11    coefficient.
12         Q.  All right.
13         A.  I mean, you could -- and -- and so
14    there -- there, again, you -- you use
15    measurements with some theory leads directly to
16    that -- that wellbore discharge coefficient.
17         Q.  In this case, we didn't have those
18    pressure gauges that you just talked about.
19         A.  That's correct.
20         Q.  And we didn't know what the flow rate was
21    because it wasn't measured.  So in this case, it
22    wasn't capable of measuring the wellbore
23    discharge coefficient, correct?
24         A.  It -- it -- it was not capable of doing
25    it in the most simple, direct form -- you know,

574

1  that we had a pressure at the bottom, we had a
2  pressure at the top, and we knew the flow rate --
3  we did not, but it is measured indirectly because
4  we know a pressure approximately, we know a
5  pressure in the reservoir, we've got pressures at
6  the BOP, we've got pressures at the capping
7  stack, we have the ambient sea pressure, and we
8  do have measured flow rates.  We don't have the
9  total flow rate measured, but we do have measured
10  the flow rate of collected oil.
11     So you have this collection of
12  information of measurements, you use theory
13  embodied by the model, and you -- you adjust all
14  the parameters in the model to be consistent with
15  all the -- all of the data.
16     Q.  All right.  Let's stop there just for --
17  for a moment and --
18     A.  M-h'm.
19     Q.  -- then I want to move back to the -- to
20  the subject we were talking about here.
21     A.  M-h'm.
22     Q.  In your method, you had six different
23  parameters that you had to estimate all at the
24  same time, right?
25     A.  M-h'm.

575

1     Q.  So what you had to do is you had to vary
2  each of those six parameters, presumably
3  independently, correctly -- correct?
4     A.  They -- they are, yes.
5     Q.  They're all --
6     A.  M-h'm.
7     Q.  -- changed independently.
8     A.  M-h'm.
9     Q.  And at the end of the day, you came up
10  with six parameters -- you -- you came up with
11  values for each of those six parameters --
12     A.  Correct.
13     Q.  -- that you said were your best fit.
14  Right?
15     A.  Those are the six parameters that best
16  satisfy conservation of mass through all the
17  different paths, fundamental principle of fluid
18  dynamics, and satisfy the two constraints that
19  involve collected oil flow rates, in one case,
20  none.
21     Q.  All right.  So they're the -- they're the
22  best parameter values that satisfy the model that
23  you set up, but they're not the only parameter
24  values that could satisfy the -- the -- the
25  measurements that you had, are they?

576

1     A.  Well, if you -- if you had a -- a
2  different model of flow in the wellbore, so -- so
3  if -- if -- if -- just as a hypothetical, if I
4  had assumed that flow in the wellbore was laminar
5  rather than turbulent, I would get different
6  values of parameters, but -- but -- given the
7  model -- given that -- that -- that I have
8  laminar flow in the -- in the reservoir and
9  possibly laminar and turbulent flow, because
10  that's accounted for in the wellbore, if that
11  occurs, and then I've got turbulent flow in the
12  wellbore, I've got turbulent flow in the BOP, and
13  I have turbulent flow in any path through the
14  capping stack, that set of parameters is unique.
15  There's no other set of parameters that can
16  better satisfy conservation of mass and the two
17  constraints than those six parameters.
18     Q.  All right.  Now that you've got your four
19  items -- or four parameters that you need for
20  your cumulative flow rate estimate --
21     A.  M-h'm.
22     Q.  -- tell me in simple terms, that even a
23  lawyer can understand, how you use those four
24  parameters -- the reservoir pressure, the BOP
25  pressure, the PI, and the wellbore discharge

577

1  coefficient -- to calculate cumulative flow.  And
2  if it helps, just do it on a -- you know, an
3  individual day basis, if that's how you did it.
4     A.  How I calculate the cumulative?
5     Q.  Yes.
6     A.  Okay.
7     Q.  For best estimate.
8     A.  Okay.  So -- so I have reservoir and BOP
9  pressures, so I -- I only have BOP pressures on
10  the days and times they were measured.  I have an
11  interpolated value of the reservoir pressure.
12     Q.  Okay.
13     A.  So anytime I have a BOP pressure, I can
14  get a pressure difference, because I --
15  essentially because of the interpolation.  You
16  know the reservoir pressure in every one of those
17  times.  So I have a pressure difference.  That
18  pressure difference runs from the reservoir to
19  the BOP.  I have two resistances in that path.
20  One is the -- the pressure drop to the reservoir,
21  one is the pressure drop through the wellbore.
22     Okay.  There's -- there's a little
23  equation that describes that.  That little
24  equation is nothing other than -- than what you
25  sometimes see graphically displayed, and I -- I

55 (Pages 574 to 577)

586

1    Q.  All right.  Let's talk about parameter
2 estima -- estimation in the couple of minutes we
3 have left.
4    A.  Okay.
5    Q.  As I understood your testimony and your
6 Expert Reports --
7    A.  M-h'm.
8    Q.  -- you used the capping stack pressure
9 readings during the closure of the choke valve as
10 a central part of your parameter estimation
11 process, correct?
12    A.  Those pressures were certainly used as --
13 as part of that.
14    Q.  All right.  And I saw that you used
15 15 different points in time during the choke
16 valve closing process to get those numbers,
17 right?
18    A.  To -- to get the parameters.
19    Q.  To -- to -- to calcu -- or to estimate
20 the parameters, yes, but you used --
21    A.  I used pressures at -- yes, at the
22 15 different --
23    Q.  Right.  And how did you determine which
24 of those 15 points that you used?
25    A.  Well, I think it was all 15.  There's a

587

1 little uncertainty because, you know, the choke
2 was wide open.  There was one turn immediately
3 followed by a second turn.
4    I don't think I count both of those
5 but -- but -- but subsequent to that, there was a
6 turn of the choke; there was a wait; there was a
7 turn of the choke; there was a wait, a turn of
8 the choke, wait.  In total, 15 steps.
9    Maybe there would be 16 if you counted
10 both of the No. 1 and No. 2 as two, but -- but
11 there were a total of 15 steps in closing the
12 choke.
13    I used all 15.
14    Q.  All right.  Now, if the data that was
15 collected during the closing of the chokes was
16 inaccurate, then your parameter estimates would
17 also be inaccurate, correct?
18    MR. BENSON:  Object to the form.
19    A.  If I could, the -- the answer that I've
20 referred to a couple of times now, the same
21 thing, you have to quantify inaccuracy, you have
22 to quantify the impact of inaccuracy on -- of --
23 of pressures on flow rates.
24    So, broad sense, that's kind of a true
25 statement, but -- but it's not a meaningful

588

1 statement without quantifying what you mean by
2 "inaccuracies."
3    Q.  Are you aware, Dr. Griffiths, of any
4 criticisms raised by other U.S. Government
5 Experts of the data that was collected during the
6 closing of the choke valve?
7    MR. BENSON:  Object to the form.
8    A.  Well, if -- if you go back to that
9 timeframe -- you know, July 15th or so -- I --
10 I'm -- you know, me and a whole lot of other
11 people were -- were questioning PT-B at that --
12 in that timeframe.  I think since then, I -- I
13 haven't -- I'm not aware of -- of other people
14 expressing reservations, concerns.
15    Q.  (By Mr. Cafferty) Have you reviewed
16 Dr. Kelkar and Dr. Raghavan's Report, Expert
17 Report?
18    A.  No.
19    Q.  Have you re -- reviewed Dr. Dykhuizen's
20 Expert Report?
21    A.  No.
22    Q.  Okay.
23    MR. BENSON:  I think that's time.
24    MR. CAFFERTY:  That's it.  Thank you
25 very much for your time.

589

1    THE WITNESS:  Thank you.
2    THE VIDEOGRAPHER:  It's 2:54 p.m.
3 We're off the record.
4    (Recess from 2:54 p.m. to 3:02 p.m.)
5    MR. SMITH:  I'm ready when you are.
6    THE VIDEOGRAPHER:  All set?
7    The time is 3:02 p.m.  We're back on the
8 record, beginning Tape 14.
9    EXAMINATION
10 QUESTIONS BY MR. SMITH:
11    Q.  Good afternoon, Dr. Griffiths.  My name
12 is Prescott Smith, and I represent one of the
13 Defendants in this case, Halliburton.
14    A.  (Nodding.)
15    Q.  With me here today is my colleague, Kena
16 Lopez.
17    MS. LOPEZ:  (Nodding.)
18    A.  (Nodding.)
19    Q.  (By Mr. Smith) Dr. Griffiths, I think you
20 would agree with me that you've been asked a lot
21 of probing questions about your assumption that
22 the discharge coefficients you used don't vary
23 over the 86-day period of the Macondo blowout.
24    Do you recall a lot of questions about
25 that topic?

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

590

1    A. I do.
2    Q. Okay. I just want to make sure I
3  understand the physics and the methodology.
4        If I'm understanding your Reports
5  correctly and your testimony, what you're saying
6  is that you have empirically derived a discharge
7  coefficient by examining the Macondo system and
8  examining the measured flow rates and the
9  associated pressure drops.
10       Is that a fair description at a general
11  level?
12   A. I -- yeah, I think it is, yes.
13   Q. And, similarly, I mean, you do that -- I
14  mean, you -- you -- you empirically derive
15  discharge coefficients, but I think you testified
16  earlier that you could have also derived K
17  values, or you could convert your discharge
18  coefficient into a K value?
19   A. The -- there is -- there is -- yeah. You
20  need to know additional things to do that, but --
21  but, yes, in -- in principle. And -- and they're
22  not exactly equivalent, because one has a density
23  in it that the other doesn't, and so they -- they
24  are not identical things.
25       But if you just wanted a -- a crude kind

591

1  of estimate of what a K value might be, I think
2  in my Sandia Report, I -- I gave the equations
3  that would allow that.
4    Q. Right. Okay. So -- so this is what I
5  want to make sure I understand: Let's suppose
6  that the pipe system that you are empirically
7  examining --
8    A. M-h'm.
9    Q. -- remains unchanged, okay?
10   A. Okay.
11   Q. Let's also assume that whatever fluids
12  are flowing through that system that you are
13  empirically studying also remain unchanged.
14   A. Okay.
15   Q. Still -- still with me?
16   A. M-h'm.
17   Q. And, again, assuming that you have
18  derived the discharge coefficient correctly,
19  there's no reason why that discharge coefficient
20  would change under those assumptions, is there?
21   A. Well, I'm -- I'm not -- I'm not sure what
22  change we're talking about. If -- if -- if --
23  if -- whether we're talking about, you know,
24  during the parameter estimation over the 86 days,
25  or, I mean, in -- that -- that discharge

592

1  coefficient would change if -- if -- well, let's
2  talk about the -- the -- the BOP resistance.
3    Q. No, I'm asking an even simpler question.
4    A. Oh, okay.
5    Q. I'm just saying assume that the pipe
6  system that you have empirically studied --
7    A. M-h'm.
8    Q. -- does not experience any change?
9    A. Okay.
10   Q. So -- so no pipe drops, no erosion
11  occurs, nothing gets twisted.
12   A. Okay.
13   Q. It -- it stays the same.
14   A. Okay.
15   Q. Let's also assume that your work in
16  deriving that discharge coefficient is valid.
17  You don't --
18   A. Okay.
19   Q. -- make any mistakes.
20   A. M-h'm.
21   Q. And I'll give you one other assumption,
22  which is whatever fluid was going through it when
23  you derived that discharge coefficient --
24   A. M-h'm.
25   Q. -- there's no changes there either.

593

1    A. Okay.
2    Q. I'm just asking a really simple question:
3  That discharge coefficient, there -- there's no
4  reason it would change, right?
5    A. I -- I believe that is true, yes.
6    Q. Right.
7    A. I think so.
8    Q. Right. So once you have correctly and
9  validly derived a discharge coefficient for a
10  given system and a given fluid flowing through
11  that system, there's -- there isn't a
12  justification for altering that discharge
13  coefficient?
14   A. Not -- not unless you knew something
15  specific, that the geometry changed or something
16  else changed, I think there wouldn't be a basis
17  or a reason to -- to expect that it would change.
18   Q. Exactly. So if you knew that the
19  geometry had changed or maybe the -- the
20  characteristics of the fluid changed in some
21  substantial way, that may give you a basis to
22  think: "Maybe I should revisit or recalculate my
23  discharge coefficient"?
24   A. M-h'm.
25   Q. But if you assume that the geometry

59 (Pages 590 to 593)

594

1   doesn't change and the fluids don't change --
2      A.  M-h'm.
3      Q.  -- there is no justification for altering
4   your discharge coefficient.  I mean, you --
5   you've already -- you've already derived it,
6   right?
7      A.  Yeah.  I -- I would -- I -- I think I
8   would agree with that.
9      Q.  Okay.  I'm going to switch gears now.
10      You've also been asked a lot of questions
11   about the PT-B pressure gauge and offsets and
12   accuracy and what was wrong with that.
13      I'm sure you recall that, as well?
14      A.  I do recall some of that.
15      Q.  Would you agree with me that it would
16   have made your job of trying to establish a flow
17   rate easier if that PT-B gauge had been accurate
18   with no offsets?
19      MR. BENSON:  Object to the form.
20      A.  Yes, I -- I -- I -- well, it would have
21   made my job measurably easier.  I have been
22   studying PT-B for three years now, and -- and
23   that -- that -- that would have simplified my
24   life tremendously.  It would have simplified
25   estimates, you know, during the response, and --

595

1   and shortly thereafter, to -- to -- to getting
2   more accurate estimates of flow rates.
3      Q.  Right.  Right.  So, for example, if the
4   PT-B gauge had been of the same quality level as
5   the PT-2K-3 [sic] gauge --
6      A.  M-h'm.
7      Q.  -- that would have made your life
8   enormously simpler because then you could have
9   just taken that data and you wouldn't haven't had
10   to mess around with offsets or anything like
11   that, right?
12      A.  That -- that's correct.  It would have --
13   would have eliminated tremendous uncertainty
14   throughout the last three years.
15      Q.  Sure.
16      A.  (Nodding.)
17      Q.  And then sort of a related question, I
18   mean, imagine there had been a -- you know, the
19   PT-B gauge is where it, in fact, was.  Imagine
20   there was another gauge that was also reading the
21   same thing as the PT-B gauge.
22      A.  M-h'm.
23      Q.  You would have liked to have had that
24   dataset from that hypothetical duplicate gauge,
25   if you could have had it, right?

596

1      A.  Absolutely.
2      Q.  And you would have used it to help
3   understand what's going on with the PT-B gauge?
4      A.  Yes.
5      Q.  Okay.  Let me switch gears again.
6      You said -- well, you testified both
7   today, and I think yesterday, that you had used a
8   nonlinear least-squares optimization algorithm,
9   the TJMAR1?
10      A.  M-h'm.
11      Q.  And you used that algorithm to derive six
12   parameters that satisfied all of the conditions
13   that needed to be satisfied, right?
14      A.  M-h'm, yes.
15      Q.  And then just to be clear, that algorithm
16   solves for all of those six parameters
17   simultaneously, right?
18      A.  Well, it -- it -- it -- it's -- it's an
19   iterative process, so it begins with a -- a guess
20   of the values.  It starts varying them, and it --
21   it -- it knows there's a surface there somewhere.
22   It's moving along the surface, finding the
23   minimum.
24      And -- and it -- it does -- I looked one
25   time at how many iterations it does in getting

597

1   those six parameters, it looks at something on
2   the order of thirty to 50,000 different values of
3   the six parameters to -- to get ultimately to --
4   to the -- to the six that best satisfy all of the
5   requirements.
6      Q.  But then it -- when it's doing that, I
7   mean, you -- you spoke of it moving along the
8   surface, and I really don't want to get deep into
9   the mathematics, but moving along a surface would
10   mean that it would make a guess about something
11   to try to, for example, get Parameter 1 better --
12      A.  M-h'm.
13      Q.  -- but then that makes something go funky
14   with 3, so then it keeps iterating --
15      A.  M-h'm.
16      Q.  -- to try to get the least variance for
17   all six parameters at the same time.
18      A.  (Nodding.)
19      Q.  Is that --
20      A.  That -- that's exactly --
21      Q.  -- a very high level --
22      A.  The surface I'm describing, that -- it's
23   a six-dimensional surface.
24      Q.  Right.
25      A.  But just think, imagine you're walking

60 (Pages 594 to 597)

# Exhibit 4



**FEESA**

---

**In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**

United States District Court

Eastern District of Louisiana

MDL No. 2179, Section J

Judge Barbier; Magistrate Judge Shushan

**Technical Review of US Government Expert Witness Reports on Flow Rates from the MC252 Macondo Well**

Expert Report of A. E. Johnson PhD CEng MIMechE

May 1, 2013

FEESA Ltd
FEESA Ltd, Westmead House, Farnborough, Hampshire GU14 7LP.
Tel: + 44 (0) 1252 372321  ●  E-mail: info@feesa.net

# 1   EXECUTIVE SUMMARY

I am a consulting engineer working for FEESA Ltd, which provides technical analysis services to the oil and gas industry.  BP retained FEESA to provide expert opinions in connection with the litigation stemming from the *Deepwater Horizon* drilling rig incident on 20th April 2010. In this report, I provide a technical review of the US Government expert witness reports relating to the estimated volume of oil discharged from the MC252 Macondo Well. My review focuses specifically on the reports of Dr. Stewart K. Griffiths and Dr. Ronald C. Dykhuizen.

## 1.1   Dr. Griffiths' Report

Dr. Griffiths purports to estimate the flow rate from the Macondo well and the resulting cumulative discharge from the well over the 86 days of the incident. To do this, he constructs an over-simplified and inaccurate model of the flow path (and associated resistances) from the reservoir to the sea, incorporating numerous incorrect and unsupportable assumptions into his model. Dr. Griffiths' over-simplified model and incorrect assumptions are used to generate just one of many possible results with unrealistically small uncertainty ranges around that result. The following is a summary of findings and conclusions from my technical evaluation of Dr. Griffiths' report:

1.  Dr. Griffiths' assumption that the productivity index ("PI") increased to 43.8 stock tank barrels per day per psi (stb/d/psi) during the first 8.6 hours following the blowout is a misinterpretation of available data and is incorrect. Dr. Griffiths' assumption that the PI then remained constant throughout the 86 days is unfounded. The constant PI Dr. Griffiths assumed is only one of many scenarios of how the PI may have changed over time. In the absence of an assumed constant PI, Dr. Griffiths' own methods generate a much wider uncertainty range than he claims.

2.  Dr. Griffiths makes incorrect assumptions about the bottom of BOP pressure ("PT-B") prior to the first available data on the 8th May 2010. Application of Dr. Pooladi-Darvish's (a US Government expert witness) PT-B methodology prior to 8th May 2010 further increases the uncertainty around Dr. Griffiths' estimate by reducing Dr. Griffiths' "best estimate" by 10%. Combining Dr. Pooladi-Darvish's PT-B methodology with a non-constant PI in Dr. Griffiths' method further increases this uncertainty range of Dr. Griffiths' results, reducing his "best estimate" by more than 30%.

3.  Dr. Griffiths' calculation methods are overly simplistic. They do not represent two critical features of the system that affected the flow rate (multiphase flow and the presence of two flow paths in the well caused by the drill pipe in the well) sufficiently to calculate the flow rate accurately. Comparison to an industry-standard multiphase simulator demonstrates the errors in Dr. Griffiths' calculations.

4.  Dr. Griffiths' model determines the well and BOP discharge coefficients using only a few hours of capping stack data from the end of the flowing period. Dr. Griffiths then assumes that this model (with constant well and BOP discharge coefficients) based on a few hours at the end of the incident can be applied to the prior 86 days of the incident.



This is contrary to the physical evidence which indicates that numerous changes in the flow path occurred throughout the incident.

5. The two alternative methods that Dr. Griffiths used to "validate" his model were derived from the same set of data from which his initial model was based. Therefore, they do not (and cannot) present any form of validation of his "best estimate" case. Dr. Griffiths' use of these two alternative models is a self-fulfilling circular argument. Furthermore, the application of these "validation" methods to the entire 86 day flow period offers no validation of Dr. Griffiths' cumulative discharge results.

6. Dr. Griffiths has not demonstrated that his adjustments of the PT-B readings are correct. The uncertainty surrounding the proper correction (or corrections) to be applied to PT-B indicates that the overall uncertainty of Dr. Griffiths' flow estimates is much greater than he acknowledges.

7. Dr. Griffiths' analysis of the flow rates and cumulative discharge prior to 8th May 2010 is mainly conjecture and the estimates for this period could be incorrect by a factor of approximately 2.

## 1.2  Dr. Dykhuizen's Report

Dr. Dykhuizen presents three calculations that he asserts are lower bound flow rates. The first calculation is based on BOP pressure and Top Kill data from the Top Kill period on 28th May 2010. The second and third calculations are based on flow from the Top Hat. These calculations include a number of technical errors and incorrect assumptions, which lead to incorrect results. Dr. Dykhuizen also briefly reviews calculations that he performed during and immediately following the response effort, wherein he calculated a cumulative discharge over the 86 days of the incident and highlights reasons for changes in his estimate on account of updated data. The following is a summary of findings and the conclusions from my technical evaluation of Dr. Dykhuizen's report:

1. Dr. Dykhuizen's calculation of a lower bound flow rate, based on the flow from the vents on the Top Hat, was incorrect outside of a narrow time frame. Dr. Dykhuizen added the result of the calculation to the collection flow rate just prior to the installation of the capping stack, when the collection rate from the Top Hat was higher than it had been at earlier times. At earlier times in the Top Hat period this lower bound flow rate would have been about 20,000 stb/d. Dr. Dykhuizen's lower bound estimate is, therefore, only a lower bound near the capping stack period.

2. Dr. Dykhuizen's June 2010 calculation of flow from the skirt at the base of the Top Hat is subject to large uncertainties in two key parameters used in the analysis: the skirt geometry and pressure data. Dr. Dykhuizen's flow rate estimate for the flow from the skirt at the base of the Top Hat is a gross overestimate, by a factor of at least 10.

3. Dr. Dykhuizen's calculation of a lower bound flow rate based on the Top Kill period is incorrect. When I performed a calculation using Dr. Dykhuizen's own method for an earlier Top Kill attempt, it yielded a result of 32,700 stb/d. Other uncertainties in the



4. Although Dr. Griffiths' comparison in his figure 7, (ref. 1, page 13), matches the form (but not the values without adjustment) of the frictional pressure drop from the PROSPER modeling of the flow in the casing (without the drill pipe), it applies only to one point in time and one set of pressure and temperature conditions in the well. There would be many other such curves for other well conditions that would require different $k_{well}$ values to achieve a match. Had Dr. Griffiths presented other such comparisons he would have demonstrated the error he has made in using a constant $k_{well}$. The same argument would apply for the other constant discharge coefficients assumed in the model, *i.e.*, $k_{BOP}$ and $k_{eff}$.

### 4.3.4 Dr. Griffiths' use of constant discharge coefficients in his model is unjustified.

Dr. Griffiths' report presents an analysis that purports to show that his model's assumption of constant discharge coefficients is valid. This analysis does not stand up to scrutiny in a number of ways.

In Appendix C of his report, Dr. Griffiths applies the Lockhart-Martinelli formulation (ref. 27) to arrive at a $\Delta Pf$ v $Q_{st}$ relationship of a similar form to the one he has used. However, Dr. Griffiths' analysis assumes that geometry and the friction factor are constant, even though (due to the presence of drill pipe in the well) we know they are not. Also, further into Appendix C (page 22 of his report) Dr. Griffiths recognizes that the Reynolds numbers are very high (implying high velocities and, therefore, high mass fluxes, suggesting that the flow regime would be some form of annular flow, as shown in section 4.3.2 above, and by the OLGAS correlation within Maximus) but then goes on to use work by Whalley (28) in his argument. However, the formula by Whalley was derived for the very special case (pages 54 and 55 of (28)) of homogeneous flow and for constant friction factor, neither of which are true for the Macondo well flow (as discussed above). I am not convinced that Dr. Griffiths realizes his mistake in this respect.

At the end of Appendix C, Dr. Griffiths admits that his analysis is negated if he failed to appropriately justify the use of a constant discharge coefficient: "Use of a discharge coefficient determined at one pressure to describe flow rates at others is (also) well justified and this is fundamental to calculating historical flow rates by the present method." (see page 29 of Dr. Griffiths' report). Despite the definitive language he uses in his report, Dr. Griffiths has not justified, and cannot justify, use of constant discharge coefficients through time, as shown above.

## 4.4  Dr. Griffiths ignores the many physical changes that occurred through the system over time.

A key assumption in Dr. Griffiths' analysis is that all changes to the sand face, cement, shoe track (these effectively for the PI in the Macondo well), well, BOP, and flow paths downstream occurred "rapidly over the first few days following the blowout" (page 4 of his report). This is a necessary condition of Dr. Griffiths' model because his analysis assumes that the geometry of the system was nominally unchanged over the 86 days of the incident. However, this is a factually flawed approach, as shown below.



# Exhibit 5

**Page 1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL     )  MDL NO. 2179
BY THE OIL RIG       )
"DEEPWATER HORIZON" IN  )  SECTION "J"
THE GULF OF MEXICO, ON  )
APRIL 20, 2010     )  JUDGE BARBIER
       )  MAG. JUDGE SHUSHAN

*****************
VOLUME 1
*****************

Deposition of MEHRAN
POOLADI-DARVISH, taken at Pan-American
Building, 601 Poydras Street, 11th Floor, New
Orleans, Louisiana, 70130, on the 3rd day of
July, 2013.

**Page 2**

A P P E A R A N C E S

APPEARING FOR BP, INC :
  Ms  Shiran Zohar
  KIRKLAND & ELLIS
  333 South Hope Street
  Los Angeles, California  90071
  Mr  Barry Fields
  KIRKLAND & ELLIS
  300 North LaSalle
  Chicago, Illinois  60654

APPEARING FOR TRANSOCEAN:
  Mr  Patrick J  Cafferty, Jr
  MUNGER TOLLES & OLSON
  560 Mission Street, 27th Floor
  San Francisco, California  94105-2907

APPEARING FOR ANADARKO PETROLEUM COMPANY:
  Ms  Ky E  Kirby
  BINGHAM MCCUTCHEN
  2020 K Street, Northwest
  Washington, D C  20006-1806

APPEARING FOR HALLIBURTON:
  Mr  Prescott W  Smith
  Mr  John B  Lajzer
  GODWIN LEWIS
  1201 Elm Street, Suite 1700
  Dallas, Texas 75270-2041

  Mr  Jerry C  von Sternberg
  GODWIN LEWIS
  1331 Lamar, Suite 1665
  Houston, Texas  77010-3133

**Page 3**

A P P E A R A N C E S (Continued)

APPEARING FOR THE UNITED STATES:
  Mr. A. Nathaniel Chakeres
  Ms. Sarah Himmelhoch
  U.S. DEPARTMENT OF JUSTICE
  ENVIRONMENTAL & NATURAL
  RESOURCES DIVISION
  601 D Street, N.W.
  Washington, D.C.  20004

APPEARING FOR THE STATE OF LOUISIANA:
  Mr. Grady J. Flattman
  HENRY DART & ASSOCIATES
  510 North Jefferson Street
  Covington, Louisiana  70433

ALSO PRESENT:
  Mr. Peter Jennings, Videogrpaher
  Mr. Ray Aguirre, Case Manager

**Page 4**

INDEX
VIDEOTAPED ORAL DEPOSITION OF
MEHRAN POOLADI-DARVISH
JULY 3, 2013
VOLUME 1

                                          PAGE
Appearances                                2

Examination by Mr  Fields                  5

Signature and changes                    360
Reporter's Certificate                   362

EXHIBITS

                                          PAGE
EXHIBIT NO  11653                          19
  Expert Report of Mehran
  Pooladi-Darvish, 326 pages

EXHIBIT NO  11654                          20
  Rebuttal Expert Report of Mehran
  Pooladi-Darvish, 160 pages

EXHIBIT NO  11655                         355
  Excel spreadsheet, SNL084-058529 -
  SNL084-058531

117

1    as compared to your what-if cases?
2        MR. CHAKERES:  Object to form.
3        A.    Yes, I believe they are as
4    accurate as the what-if studies.  I say this
5    after the fact.
6        Q.    (BY MR. FIELDS)  Do -- does the
7    amount of flow that comes from -- sorry.
8    Does the amount or your estimate of flow that
9    comes from the Macondo well decrease as a
10   result of taking into consideration erosion
11   that occurred in the BOP and the riser?
12       MR. CHAKERES:  Object to form.
13       A.    When -- that needs a bit more
14   clarification.  I have a case that accounts
15   for any erosion that could have occurred in
16   the BOP and/or riser after May 8.  So that's
17   the majority of the flow period.  It accounts
18   for that.  And the estimate of cumulative
19   volume of oil released that comes from this
20   case that accounts for such erosions is very
21   similar to what I have for my all other
22   cases.  And that's when I meant by saying
23   after the fact, after I have compared all of
24   my cases, that 20-odd cases that do not
25   account for such erosion, with a case that

118

1    does account for that erosion, the numbers
2    come very close; therefore I -- I trust the
3    other numbers as well.
4        Q.    (BY MR. FIELDS)  In one of your
5    what-if cases in your original report, that's
6    the restricted BOP?
7        A.    One of my what-if cases is a
8    restricted BOP, that's correct.
9        Q.    And in the restricted BOP
10   what-if case, the cumulative estimate of flow
11   from the well is between 4.5 and 4.7 million
12   stock tank barrels?
13       A.    Yes, for what that particular
14   extreme case estimate of cumulative oil
15   released its between 4.4 or 4.5 and then 4.7,
16   that's correct.
17       Q.    At some point in time in your
18   work you calculated a resistance coefficient
19   for the BOP called kBOP.
20       A.    There is a component, a
21   calculation of kBOP in my work, that is
22   correct.
23       Q.    And that resistance coefficient
24   was for the BOP only?
25       A.    The kBOP is for BOP only.

119

1        Q.    So that would be the resistance
2    from the PTB gauge up through the top of the
3    BOP?
4        A.    Yes.
5        Q.    Does the resistance coefficient
6    that you calculated, kBOP, take into
7    consideration resistance in the riser?
8        A.    The question is whether kBOP
9    considers resistance in the riser?  No, it
10   doesn't.
11       Q.    Now, as part of your work in
12   this case did you come to learn that cement
13   was pumped down the well to fill the annular
14   space between the 7-inch casing and the
15   formation?
16       A.    You mean at the time of
17   completion of --
18       Q.    Yes.
19       A.    Or completing of the well cement
20   was injected?
21       Q.    Yes.
22       A.    Yes.
23       Q.    Okay.  Did you analyze or
24   evaluate whether cement at the bottom of the
25   well eroded over time while the well was

120

1    flowing?
2        A.    I did not make that evaluation.
3        Q.    Did you attempt to develop any
4    model that -- strike that.
5            Did you develop any model that
6    attempted to evaluate how erosion in the
7    bottom of the -- in the bottom of the well --
8    well, strike that.
9            Did you attempt to develop any
10   model that evaluated how erosion in the
11   cement at the bottom of the well would impact
12   flow rate -- flow rate?
13       A.    No, I didn't evaluate erosion in
14   the cement.  The flow just indicated that
15   there is a pathway between the formation and
16   the wellbore.
17       Q.    Did you -- did you believe based
18   on the fact that there was flow from the
19   bottom of the well that there had to be
20   erosion in the bottom hole?
21       MR. CHAKERES:  Object to form.
22       A.    Whether there is erosion or
23   whether it's a cement that is unset and just
24   flows, there is -- one way or the other,
25   the -- the plug, the big resistance that was

125

1   picking one skin and applying it through the
2   entire flow period?
3       A.   In my studies is consistent with
4   all -- a lot of other studies that I do, my
5   skins are constant.  And generally my
6   experience is that skin increases with time,
7   over long periods of time.  And so I
8   didn't -- I didn't evaluate a case of -- I
9   think what you mentioned would be decreasing
10  skin.
11      Q.   Well, have you ever dealt with a
12  case such as this where there was skin --
13  sorry, there was cement in the bottom of the
14  wellbore and then the cement came out of the
15  bottom of the wellbore and allowed flow?
16      MR. SMITH:  Objection; form.
17      MR. CHAKERES:  Objection; form.
18      A.   Sorry, can you then repeat the
19  question?
20      Q.   (BY MR. FIELDS)  Sure.  You
21  indicated that you expected in your
22  experience that skin would increase with
23  time, correct?
24      A.   Generally, in a lot of work that
25  I have done, I have observed skin increases

126

1   with time.
2       Q.   In those cases have you -- have
3   they involved assessment, given that -- have
4   they involved cases in which you're looking
5   at cement as part of the skin?
6       A.   No.
7       Q.   As part of your work in this
8   case, you developed two resistance
9   coefficients.  One was kRes -- you -- I'm
10  sorry, you developed several resistance
11  coefficients, but two of them were kRes and
12  kwell?
13      A.   That's correct.
14      Q.   Would the cement be considered
15  part of kRes or kwell?
16      A.   The cement -- in -- I believe
17  you're referring to the Step 1 or 2 of my
18  analytical work, which then subsequently was
19  further enhanced.  That's the only piece
20  where I identified k, per se, and later I
21  don't need to put cement as part of the k of
22  the reservoir, but in this section cement is
23  part of k reservoir.
24      Q.   And as part of your work in this
25  case, did you perform any analyses where you

127

1   varied kRes over time?
2       A.   I did not.
3       Q.   Did you reach a -- as part of
4   your work in this case, was it your
5   assumption that the oil in this case flowed
6   through the casing shoe?
7       A.   The direct pathway of flow from
8   the formation into the bottom of the wellbore
9   was not important to me, didn't affect my
10  work.  The assumption -- the consideration in
11  my work is that the flow flowed into the
12  bottom of the wellbore.
13      Q.   So your assumption is that
14  the -- the flow of oil flowed up through the
15  bottom of the 7-inch casing to the top?
16      A.   That's correct, yes.
17      Q.   Okay.  And you came to learn
18  that at some point as part of the completion
19  process there was cement that was pumped into
20  the bottom of the 7-inch casing in the
21  annular space?
22      A.   That is correct.
23      Q.   Was it -- and was it your
24  assumption that for some -- for whatever
25  reason, that cement in the bottom of the well

128

1   permitted hydrocarbons to flow up through the
2   bottom of the well?
3       MR. SMITH:  Objection; form.
4       Q.   (BY MR. FIELDS)  Let me ask you,
5   did you assume that the -- somehow the
6   hydrocarbon flow was able to make its way
7   through the cement, into the bottom of the
8   wellbore, and up the 7-inch casing?
9       MR. CHAKERES:  Object to form.
10      MR. SMITH:  Objection; form.
11      A.   So, again, the particular
12  pathway that it took from the formation to
13  arrive at the bottom of the wellbore, it
14  doesn't come anywhere into my work, and so I
15  didn't need to make an assumption one way or
16  the other about it.  But the pathway is such
17  that it arrives from the formation to the
18  bottom of the 7-inch casing.
19      Q.   (BY MR. FIELDS)  Okay.  Given
20  that you had the completion where you had
21  cement at the bottom of the well just prior
22  to April 20th, but then subsequently there
23  was flow that occurred through the well and
24  it flowed for 87 days, is it your assumption
25  that kRes would change with time?

32 (Pages 125 to 128)

129

1      MR. SMITH:  Objection; form.
2      MR. CHAKERES:  Same objection.
3      A.    So the question -- if your
4  question is whether k -- kRes could have
5  changed with time, it's a hypothesis again.
6  I think you're going into speculation.
7  Generally, I think I have answered this
8  question.  I think kRes would be decreasing
9  with time, meaning that generally resistivity
10 of the reservoir is increasing with time
11 and -- but my work is -- it is considering --
12 and my work considers a constant skin -- or
13 constant skin or constant permeability,
14 depending on which phase of the study we're
15 looking at.
16     Q.    (BY MR. FIELDS)  Would you --
17 and you may have answered this question
18 earlier, but would you have been able --
19 strike that.
20         With the data that you had
21 access to, would you have been able to
22 determine kRes over time?
23     MR. CHAKERES:  Object to form.
24     A.    With the data that I had, was
25 it -- was I able to estimate k -- if there

130

1  was any change in k, what would have been
2  that change in k?  I do not know, but I doubt
3  overall -- so my ultimate question was
4  finding cumulative volume of oil released.
5  There was no evidence of what you describe.
6         From my experience, I believe if
7  there was a change in skin happening because
8  of either mobilities or either resistances at
9  near wellbore conditions, they would be
10 changing very fast, and as such, I didn't do
11 a study of evaluating the effect of a change
12 in k reservoir.  I didn't feel that is a
13 reasonable scenario to pursue.
14     Q.    (BY MR. FIELDS)  How fast would
15 the changes in k reservoir have occurred?
16     A.    So I -- I have responded to
17 that, I believe, in my rebuttal report, and
18 particular changes in k reservoir could be
19 associated with different mechanisms.  In
20 particular, I discussed one of them.  It is
21 when at the end of drilling, you have
22 injected fluids, mud filtrate into the pore
23 space that causes interference with the flow
24 of the oil, that would lead to more plugging
25 or more resistance which would be removed

131

1  with time, so that resistance decreases with
2  time.
3         Evidence is and my previous
4  experience such as that -- such changes would
5  happen within hours, and in this case, there
6  is evidence for it, that that change would be
7  within hours, maybe at most days, couple of
8  days maybe.
9      Q.    What is the evidence that you
10 have that the change in kRes would have
11 occurred over a couple of days?
12     A.    Okay.  I'm specifying very
13 particularly about in this case changing --
14 changing in kRes as a result of the mechanism
15 that I described; that is, interference that
16 the mud filtrate would cause with the -- with
17 the flow of the oil.  And the evidence for it
18 is the MDT reports.  There are optical
19 analyzers that is examining the type of the
20 fluid that is flowing.  Study of that
21 suggests that the time duration for that
22 change was hours.
23     Q.    Do you have any experience in
24 assessing how kRes might change as a result of
25 changes in the amount of cement in the bottom

132

1  hole?
2      MR. SMITH:  Objection; form.
3      MR. CHAKERES:  Object to form.
4      A.    So the question -- sorry, the
5  question is, again, if -- if, again, under
6  assumption and hypothesis that the cement was
7  changing, the cement was flowing, how much
8  that would affect skin and as a result k
9  reservoir.
10     Q.    (BY MR. FIELDS)  I understand.
11 I'm not talking about this particular case.
12 I'm just asking whether you have any
13 experience assessing how kRes might change as
14 a result in changes in the amount of cement
15 in a well's bottom hole?
16     MR. CHAKERES:  Object to form.
17     MR. SMITH:  Same.
18     A.    I haven't done a previous study
19 in which cement would flow out of the bottom
20 of the wellbore and, therefore, affect k
21 reservoir.
22     Q.    (BY MR. FIELDS)  Okay.  Did you
23 make any assessment in this case how
24 rapidly -- well, strike that.
25         You -- you talked about some

33 (Pages 129 to 132)

133

1    changes that might occur in the bottom of the
2    well to affect kRes, right?
3        A.    Uh-huh.
4        Q.    Those did not have to do with
5    cement; those were -- that was mud filtrate,
6    right?
7        A.    The one that I described was mud
8    filtrate, that's correct.
9        Q.    Okay.  As you sit here today, do
10   you have any views on how fast cement erosion
11   would occur?
12       A.    So, again, are you talking to
13   the specific case --
14       Q.    Yes.
15       A.    -- of Macondo and here?  General
16   view, I do have based on readings and my
17   previous experience that I feel it makes
18   sense that likely the cement flowed out and
19   flowed out very quickly.  It was more of
20   probably an unset cement as opposed to a
21   solid cement that would slowly erode in time.
22       Q.    Okay.  As part of your work, did
23   you -- did you actually perform any analysis
24   to evaluate whether the cement flowed out
25   quickly?

134

1        A.    No.
2        Q.    And what is -- what is it about
3    your experience that leads you to believe
4    that the -- the cement must have flowed out
5    quickly?
6        A.    So it is the very fact that we
7    have large flow rates occurring, as evidenced
8    using different -- these are qualitative
9    measures early on, images and otherwise.  If
10   the cement was there, we would have zero flow
11   and we would see no oil coming out and -- and
12   very early on, the little bit of images that
13   exist doesn't indicate -- as I said, a
14   qualitative measure, but it doesn't indicate
15   that there is a substantial change in the
16   amount of flow rate.  So early on, it appears
17   that the full extent of the formation is
18   exposed to the well.
19       Q.    When you say "images," what
20   images are you referring to?
21       A.    These are images of plumes of
22   oil coming out --
23       Q.    And --
24       A.    -- at the end of the riser and
25   of the kinks and otherwise.

135

1        Q.    So is it your view you were able
2    to assess the amount of oil flowing from the
3    well based on reviewing video images of the
4    plume?
5        MR. CHAKERES:  Form.
6        A.    No, I didn't -- I didn't suggest
7    that.
8        Q.    (BY MR. FIELDS)  Okay.  You have
9    made some assumptions about what the
10   potential of flow rates from the well might
11   have been prior to May 8th, 2010?
12       A.    Sorry, may I ask you to repeat
13   the question.
14       Q.    Sure.  As part of your what-if
15   cases, you've made some assumptions about
16   what the potential flow rates might have been
17   prior to May 8th, 2010?
18       A.    Correct.
19       Q.    When -- when you indicated that
20   the -- the flow rate appeared to be fairly
21   substantial even prior to May 8 -- well, let
22   me -- did -- is it your view that you believe
23   the flow rate was substantial prior to
24   May 8th, 2010?
25       A.    As I mentioned, these are

136

1    qualitative assessments based on images.
2    Yes, there is an amount of oil that is coming
3    out of the wellbore, yes.
4        Q.    Would you have the expertise to
5    evaluate how much cement would have had to
6    erode or be removed from the wellbore to
7    permit the amount of flow coming from the
8    well that you observed?
9        MR. CHAKERES:  Object to form.
10       MR. SMITH:  Objection; form.
11       A.    So the question is whether I
12   have the expertise to evaluate the amount of
13   cement that would -- needed to come out to
14   allow such flow rates?  It's -- it is that
15   the cement didn't do its job and led to flow
16   or the -- the communication was -- was
17   created within the formation and the
18   wellbore, that's as much as I can say.
19       Q.    (BY MR. FIELDS)  No, I'm not --
20   I understand that.
21       A.    Yes.
22       Q.    But I think -- my question is
23   whether you would have the expertise to
24   evaluate how much cement would have had to be
25   eroded or removed from the wellbore to permit

34 (Pages 133 to 136)

185

1    Q.    And we've talked about the fact
2  that there can be resistances in the
3  reservoir?
4    A.    Yes.
5    Q.    There can be resistance in the
6  wellbore?
7    A.    Yes.
8    Q.    There can be resistances in the
9  BOP?
10    A.    Yes.
11    Q.    And there can be resistances
12  downstream of the BOP?
13    A.    Yes.
14    Q.    Based on your review of the
15  information, did you come to learn that there
16  were -- there were sections of drill pipe in
17  the -- in the wellbore?
18    A.    Study of the documents and
19  images indicated that there was -- that
20  likely there was a drill pipe in the
21  wellbore.  I didn't do any particular
22  analysis to identify it or not.  My
23  methodology that I use would characterize
24  the -- the resistance of the wellbore and if
25  there is anything else in it together --

186

1  together as -- as one resistance for the
2  wellbore.
3    Q.    Okay.  So whatever resistance
4  that you calculate would take into
5  consideration resistance in the wellbore,
6  whether it's from the friction in the casing
7  or something in the pathway?
8    A.    In the -- something in the
9  pathway from bottom of the wellbore to
10  upstream of the BOP, all of that would be
11  wellbore, which may include the drill pipe.
12    Q.    And the various resistances that
13  can exist would impact the rate at which
14  fluid flows through these pathways?
15    A.    That is correct, resistance
16  impacts flow rate.
17    Q.    Now, in your analytical -- the
18  analyt- -- analytical method you assume that
19  resistance in the reservoir did not change
20  over the flowing period?
21    A.    In my analytical work I --
22  that -- that is correct, the resistances in
23  the -- in the reservoir and the wellbore
24  remained generally constant, and I have to
25  say generally constant.

187

1    Q.    Okay.  And when I -- just for
2  sake of making sure we're on the same page.
3  When I'm talking flowing period, I'm actually
4  talking about the period April 20 to July 15,
5  2010?
6    A.    Thank you, that would be my
7  terminology as well.
8    Q.    And in your analytical model the
9  resistance in the wellbore also remained
10  constant during the flowing period?
11    A.    The resistance in the wellbore
12  remains constant.  I'm -- I probably need to
13  provide a bit of qualification to that
14  resistance remaining constant.  Resistance
15  remaining constant doesn't -- doesn't
16  necessarily mean that the -- the pressure
17  drop remains constant.  As the flow rate
18  changes and even as part of that outcome
19  model when I develop a wellbore model, which
20  accounts for the two-phase flow on
21  changing -- not only two-phase flow, by
22  changing amount of hydrostatic, and so the --
23  that -- certainly the delta P changes, but
24  the character -- characterization that one
25  needs to do to identify that the pressure

188

1  drop hasn't changed.  It's either in the form
2  of the kwell or later on, in the form of a
3  wellbore model, a breach wellbore model.
4    Q.    And in your analytical model did
5  you assume that the resistance downstream of
6  the BOP remained constant over the spill
7  period?
8    A.    In my analytical work I do twice
9  assessment of the amount of oil released and
10  two subsequent steps, one in which I use the
11  BOP pressure and therefore my assessment of
12  the flow rate is independent of any changes
13  downstream of the BOP.  So if there was any
14  changes, it -- the method accounts for it.
15  And then -- then I include, I modify the
16  model to include the BOP, and when I
17  include -- modify the model to include the
18  BOP, that resistance in that BOP remains
19  constant.  With the qualification that I
20  gave, it's not really that the BOP remains
21  constant is the character of the BOP remains
22  constant.
23    Q.    The KBOP remains constant?
24    A.    The KBOP remains constant, or
25  later on in the wellbore model the diameter

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

189

1  and its roughness remains constant.
2      Q.    If you look at Page 5, you --
3  I'm sorry, Page 10 of your report, you start
4  to use some formulas in your analytical
5  model, and one formula that you use is
6  equation 1.  Do you see Equation 1 on
7  Page 10?
8      A.    Yes.
9      Q.    And Equation 1 says q equals kRes
10 times PRes minus PBH; do you see that?
11     A.    That is correct.
12     Q.    And so that would -- in the
13 longhand that would be the flow rate equals
14 kRes times the change in pressure between the
15 reservoir and the bottom hole?
16     A.    Yes.  As opposed to change in
17 pressure, I would call the difference in
18 pressure.
19     Q.    Difference in pressure.
20     A.    Change can have a connotation of
21 changing the time.
22     Q.    And to determine kRes, you need
23 to know both PRes, the reservoir pressure, as
24 well as the bottom hole pressure?
25     A.    Depends what you know and what

190

1  you are after.  This is a relationship
2  between flow rate, kRes and pressure drop; and
3  depending on what is known and what is
4  unknown, one can be -- the unknown can be
5  found, provided the other parameters are
6  known.
7      Q.    Okay.  Here when in your
8  analytical model you're -- you're eventually
9  solving for kRes?
10     A.    Depending on which step you're
11 talking about.
12     Q.    Okay.  We'll get --
13     A.    It's not necessarily, no.
14     Q.    Okay.  So how about, if you go
15 down to the bottom of the page, Equation 2,
16 so Equation 1 is for flow within the
17 reservoir?
18     A.    Within the reservoir, including
19 the near wellbore skin.
20     Q.    Okay.  So that's movement of
21 fluid from the far breaches of the reservoir
22 to near the base of the wellbore?
23     A.    And to -- yes, to passing near
24 wellbore conditions and into the wellbore,
25 just base of the production casing.

191

1      Q.    And is the kRes that you're using
2  in Equation 1 the same as a productivity
3  index?
4      A.    That is correct.
5      Q.    Now, if we look at Equation 2,
6  Equation 2 is for flow and high-velocity
7  pipes -- I'm sorry, is for flow -- high
8  velocity flow and pipes?
9      A.    That is correct.
10     Q.    Such as a wellbore?
11     A.    Yes.
12     Q.    And that particular relationship
13 is flow rate equals kwell times the square root
14 of the pressure differential between the
15 bottom hole and the wellhead?
16     A.    Correct, and please -- and there
17 I have specified that in -- in its simple
18 form it may be expressed in there.  So the
19 equations that are in the body of the report
20 are not the most rigorous.  The rigorous
21 forms are more in the appendices or models
22 that I have used.  Here there are more for
23 demonstration of the concepts.  But within
24 that -- with that qualification, yes, that is
25 what this equation expresses.

192

1      Q.    And in your report there is --
2  you have on Page No. 13 -- well, first of
3  all, let's look at the figure on Page No.  5.
4  And one of the things you're trying to
5  determine in this case --
6      A.    I'm sorry, do you mean Figure 5
7  on Page 11?
8      Q.    I'm sorry, Figure 5 on 11.
9  You're trying to figure out the productivity
10 index or kRes?
11     A.    No.  No, this is -- no, this is
12 just a demonstration of how -- in one
13 category of work that we do in reservoir
14 engineering, if you knew the productive
15 index --
16     Q.    Yeah, I wasn't actually -- I
17 was -- I was confusing.  What I'm actually
18 asking is as part of your work in this case
19 were you trying to calculate k -- the
20 productivity index?
21     A.    That wasn't -- that -- that
22 wasn't certainly my ultimate goal and as part
23 of my work in the analytical phase I do
24 estimate productivity index and then I use
25 it.  In my numerical work I do estimate it,

48 (Pages 189 to 192)

# Exhibit 6

**EXPERT REPORT**

*U.S v. BP Exploration & Production, Inc., et al.*

**Flow Rates from the Macondo MC252 Well**
**Submitted on Behalf of the United States**

**Prepared by:**

**Ronald C. Dykhuizen, Ph.D.**
**Principal Member of the Technical Staff**
**Sandia National Laboratories**
**Albuquerque, New Mexico**

**Ronald C. Dykhuizen, Ph.D.**

**MARCH 22, 2013**

Confidential per BP

with the purpose of "comparing notes" on findings and solutions.  For example, in mid-May 2010, BP requested that the DOE NNSA engineers calculate the bottom hole pressure given a measured pressure at the BOP and an assumed flow rate because BP engineers were initially unsure that their standard oil codes would appropriately model unusual geometries..

During the response, the DOE NNSA engineers, including myself, conducted estimates of the flow rate of oil from the Macondo well.  I performed calculations of the flow rate into, through, and out of the Top Hat 4 device installed by BP.  I also estimated the flow rate at the time the Capping Stack was installed and eventually used to shut in the well (July 12-15, 2010) and the cumulative flow from the well over the 86 days of the blowout.  These calculations are documented in a Sandia Report (A. C. Ratzel III, DOE-NNSA Flow Analysis Studies Associated with the Oil Release following the Deepwater Horizon Accident, September 2011, SAND 2011-1653) (DOE-NNSA Flow Analysis Report).[1]  I calculated the predicted increase in flow that could result from cutting off the kinked riser just above the Lower Marine Riser Package (LMRP).  At the request of BP engineers I also calculated potential flow rates through the rupture discs in the Macondo well casing below the seafloor.

## C.   Executive Summary

This report presents calculations regarding the flow of oil from the Macondo well in 2010. A series of calculations designed to determine the flow rate, or a lower bound of the flow rate, for various points in time is presented. This report also updates and/or refines certain calculations prepared during the Macondo well response, including calculations contained in the DOE-NNSA Flow Analysis Report, based on additional data and information.

1. I estimate the flow of oil from the well on July 14 and 15, 2010 (just prior to shut-in) at 53,000 barrels of oil per day (bopd).[2] This is consistent with BP estimates of 51,500 bopd[3] and 59,098 bopd[4] conducted during the same time period.  The DOE NNSA lab team initially presented its estimates to BP engineers in Houston in late July 2010.  At that time, BP did not present an alternate estimate.

2. Using the 53,000 bopd estimate referenced above, I also integrate the flow over the entire incident period to obtain a total oil release of approximately 5 million barrels. The assumptions used in generating my calculations of the total release are strongly supported by analysis of BOP pressure data recorded during the blowout (S. K. Griffiths, *Environ. Sci. Technol,,* 46 (10), 5616–5622, 2012). Other studies conducted by BP are also

---

[1] Exhibit 9361
[2] All references to "barrels of oil" or bopd in this report refer to a stock tank barrel of oil – 42 gallons at 60 F and 14.696 psi
[3] Exhibit 9453 (Appendix A.1).
[4] Exhibit 9491 (Appendix A.2).

*Confidential per BP*

Another assumption that was made within the calculations presented in the DOE-NNSA Flow Analysis Report was that the individual flow elements (e.g., lengths of pipe, pipe contractions and expansions, elbows, tees, etc.) could be treated independently. The close proximity of those flow elements potentially could alter their impact on the pressure drop, and therefore reduce the accuracy of flow rate prediction.  Computational fluid dynamics (CFD) modeling conducted by Bushnell (2013) explored this by simulating the multidimensional flow through the various elements.  In this way they did not have to rely upon tabulated flow resistances (K factors) for the individual elements. Bushnell's results were very similar to the results found in the DOE NNSA Flow Analysis Report, which indicates that the components can indeed be treated independently.  This provides additional confidence that our approach was correct.

Finally, the temperature of the flow was not accurately known. The DOE-NNSA Flow Analysis Report used 180 F as the temperature of the flow. This number was provided to us by BP personnel from their calculations of the heat transfer within the well. The U.S. government team tried to obtain temperature measurements from BP, but these were never provided. It has been suggested by BP (BP's Preliminary Response to the Flow Rate and Volume Estimates Contained in Staff Working Paper No. 3, October 2010) that the temperature should be 200 F.  The DOE-NNSA Flow Analysis Report concluded that if a temperature of 200 F was used, the flow rate would decrease by 2%.  BP has also suggested that the temperature could be as high as 220 F since this was the maximum temperature measured during an investigation by Woods Hole Oceanographic Institute (WHOI) (C. M. Reddy, et al., Composition and fate of gas and oil released to the water column during the Deepwater Horizon oil spill, www.pnas.org/cgi/doi/10.1073/pnas.1101242108).[8] Apparently, obtaining accurate temperature measurements proved a difficult task.An increase to 220 F would yield another 2% reduction in the estimate. But I note that the 220 F measurement presented by WHOI as being the maximum temperature recorded, implying that WHOI had lower measurements.

BP has suggested that phase separation was an important aspect to multiphase flow that was not accounted for in the DOE NNSA Flow Analysis Report.[9] It was suggested that as flow was removed from the choke and kill lines within the original BOP, non-representative phase fractions were removed, leaving an unknown oil mixture to flow through the Capping Stack or Top Hat 4. It was suggested that this could invalidate the densities (and thus the flow rates) calculated within the collection devices installed above the BOP.  Examination of the collection records from the various ships reveals that the Gas-Oil-Ratio (GOR) data was quite noisy, but there were no obvious trends with flow rate or between separate extraction points. (see figure 3 below derived from BP collection data (BP-HZN-2179MDL07266155.xlsx and BP-HZN-2179MDL07266256.xlsx).[10] This implies that the mixtures removed for collection were indeed

---

[8] Depositions of Arthur C. Ratzel and Ronald C. Dykhuizen.
[9] Depositions of Ratzel and Dykhuizen.
[10] According to BP's records, the Helix Producer GOR was 2366 using the average GOR from the Q4000.

# Exhibit 7

**1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL      )  MDL NO. 2179
BY THE OIL RIG         )
"DEEPWATER HORIZON" IN )  SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010       )  JUDGE BARBIER
                     )  MAG. JUDGE SHUSHAN


********
VOLUME 1
********


Deposition of NATHAN PETER KEITH BUSHNELL,
Ph.D., taken at Pan-American Building, 601 Poydras Street,
11th Floor, New Orleans, Louisiana, 70130, on July 18,
2013.

**2**

1
2          A P P E A R A N C E S
3
APPEARING FOR BP, INC :
4    Ms  Ilana Saltzbart
     KIRKLAND & ELLIS
5    655 Fifteenth Street, NW
     Washington, D C   20005-5793
6
     -AND-
7
8    Mr  Andy Schrag
     KIRKLAND & ELLIS
9    300 North LaSalle
     Chicago, Illinois  60654
10
11
APPEARING FOR TRANSOCEAN:
12   Mr  Patrick J  Cafferty, Jr
     MUNGER TOLLES & OLSON
13   560 Mission Street, 27th Floor
     San Francisco, California  94106
14
15
APPEARING FOR ANADARKO:
16   Mr  Thomas R  Lotterman
     BINGHAM
17   2020 K Street NW
     Washington, DC  20006
18
19
APPEARING FOR HALLIBURTON:
20   Mr  Gavin Hill
     Mr  Tim Alford
21   Mr  Joel D  Beus
     GODWIN & LEWIS
22   1201 Elm Street, Suite 1700
     Dallas, Texas 75270-2041
23
24
25

**3**

1  APPEARING FOR THE UNITED STATES:
   Ms. Nancy Flickinger
2  Ms. Anna Cross
   U.S. DEPARTMENT OF JUSTICE
3  TORT BRANCH, CIVIL DIVISION
   1425 New York Avenue, N.W.
4  Suite 10100
   Washington, D.C.  20005
5  Post Office Box 14271
   Washington, D.C.  20044-4271
6
7
ALSO PRESENT:
8  Mr. Mark Farrall - CD-adapco
   Mr. James Deel, Videographer
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**4**

1          * * *
       EXAMINATION INDEX
2
3
4                Page
EXAMINATION BY MS  SALTZBART        7
5
6
7
8
       INDEX OF EXHIBITS
9
10              Page
Exhibit 11705        18
11   Oil Spill by the Oil Rig "Deepwater
Horizon" in the Gulf of Mexico - Capping
12  Stack Flow Calculations July 12 to 15,
2010 prepared by Dr  Nathan Bushnell
13  dated 3/22/2013
   (no Bates - 83 pages)
14
Exhibit 11706        19
15   Rebuttal Report Oil Spill by the Oil
Rig "Deepwater Horizon" in the Gulf of
16  Mexico - Capping Stack Flow Calculations
July 12 to 15, 2010 prepared by Dr
17  Nathan Bushnell dated 6/10/2013
   (no Bates - 56 pages)
18
Exhibit 11707        19
19   Correspondence from Sandra Himmelhock
to Robert Gasaway, et al, RE: MDL No
20  2179- Report of US Rebuttal Expert Dr
Nathan Bushnell
21  (no Bates - 9 pages)
22  Exhibit 11708       105
   Expert Report of Dr  Simon Lo
23  CFD Analysis of the Flow Through the
Capping Stack dated 5/1/2013
24  (no Bates - 98 pages)
25

1 (Pages 1 to 4)

41

```
1   Rochester.
2        Q. Communicated with them via e-mail?
3        A. E-mail, go to meeting, in person.
4        Q. When Alan first composed the team, was it clear
5   that you would be the leader of this team?
6        A. No.
7        Q. How did you become the leader of the team?
8        A. After the trip down here, I was told that I was
9   going to become the leader because I had a better
10  understanding of CFD.
11       Q. I'm not asking you to disclose any privileged
12  communications, but can you describe what trip down here
13  you're referring to?
14       A. Oh.  So at -- at the start of the project I came
15  down here with Simon and Ron and we --
16       MS. FLICKINGER:  I'm going to instruct
17  you -- were -- were counsel present at this meeting?
18       THE WITNESS:  Yes.
19       MS. FLICKINGER:  Okay.  I'm going to
20  instruct you not to answer.
21       MS. SALTZBART:  Okay.  I'm going to -- I
22  just want to ask him basic facts.
23       Q. (BY MS. SALTZBART)  Timewise, so when was this
24  meeting?
25       A. It was -- I think it was either March or April or
```

42

```
1   last year.
2        Q. So March or April of 2012?
3        A. Yes.
4        Q. Was that your first introduction to the work
5   you'd be doing in this litigation?
6        A. No.  We had previously had other meetings and...
7        Q. Okay.  When were you first contact -- when was
8   SimuTech Group first contacted about this litigation?
9        MS. FLICKINGER:  I'm going to --
10       MS. SALTZBART:  I'm asking for contact --
11       MS. FLICKINGER:  Okay.  I'm going to --
12       MS. SALTZBART:  -- which is not privileged.
13       MS. FLICKINGER:  I'm going to instruct you
14  not to reveal any privileged communications.  You may
15  answer that yes or no, or you may -- you may give the date
16  and nothing further.
17       A. I believe it was February of 2012.
18       Q. (BY MS. SALTZBART)  Okay.  Is it your
19  understanding that the first contact was to Alan McKim?
20       MS. SALTZBART:  Counsel, contact isn't --
21  the first contact is not privileged.
22       MS. FLICKINGER:  Okay.  You can answer yes
23  or no.
24       Q. (BY MS. SALTZBART)  And I'm just asking about the
25  first contacts that were made.
```

43

```
1        MS. FLICKINGER:  You may answer yes or no,
2   if you -- if you know.
3        A. No.
4        Q. (BY MS. SALTZBART)  No, the first contact was not
5   with Alan McKim?
6        A. That's my understanding.
7        Q. Who was the first contact made with at SimuTech
8   Group?
9        A. I believe it was Robb Knock.
10       Q. Can you spell Robb's last name?
11       A. K-N-O-C-K.
12       Q. And that -- Mr. -- or Dr. Knock was contacted in
13  February of 2012 about this litigation?
14       A. I'll have to tell him that you called him a
15  doctor, because he's not.
16       Q. Okay.  Mr. Knock?
17       A. I forgot the question.  I was --
18       Q. I'll rephrase it.  Thank you.
19       Was Mr. Knock -- is it your understanding that
20  the first contact with SimuTech was in February of 2012
21  with Mr. Robb Knock?
22       A. Yes.
23       Q. Do you know when SimuTech was retained to provide
24  expert testimony -- or retained in this litigation?
25       A. I believe it was around late February.
```

44

```
1        Q. So that's late February 2012?
2        A. Yes.
3        Q. And soon thereafter did you begin work on the
4   project?
5        A. We had to wait for information, but close to
6   that, yes.
7        Q. And was it you, Ron Saltzman and Simon Bzygian
8   that were all -- that started at -- around that same time?
9        A. Yes.
10       Q. Okay.  And then the three of you came to a
11  meeting in New Orleans in March or April 2012?
12       A. Yes.
13       Q. And then as a result of that -- as a result of
14  that meeting, you were identified as the leader of this
15  team?
16       MS. FLICKINGER:  Objection; form.  I'm --
17  I'm going to instruct him not to answer, actually.
18       MS. SALTZBART:  Can I -- can I understand
19  the basis of your instruction?
20       MS. FLICKINGER:  Why don't you say "after
21  that meeting," if you want to establish a point in time?
22       MS. SALTZBART:  Are your -- is your
23  instruction a -- a privilege instruction?
24       MS. FLICKINGER:  It is.  You can establish
25  chronologically certain things, but you cannot go into the
```

11   (Pages 41 to 44)

89

1   anything other than computational fluid dynamics?
2       A. Multiphase flow. The calculation of flow regime,
3   particle sizing.
4       Q. Are -- your answer you just provided, multiphase
5   flow, the calculation of flow regime and particle sizing,
6   are those three independent opinions that you're providing
7   in this case?
8       A. I would say flow regime and particle sizing comes
9   under multiphase flow.
10      Q. So are you offering expert testimony regarding
11  particle side and flow regime?
12      A. Yes.
13      Q. And not something separate about multiphase flow?
14      A. Well, multiphase flow is used in my CFD modeling.
15  And so the flow is a multiphase flow, and it's part of my
16  opinion and expertise.
17      Q. Can you identify specifically related to
18  multiphase flow the opinions or conclusions that you're
19  offering in this case?
20      A. I think everything is based upon my expertise of
21  multiphase flow and CFD and -- I mean, it's all a mixture.
22      Q. And I -- I'm sorry, my question wasn't clear.
23  I'm not asking about your experience or expertise. I'm
24  trying to understand the multiphase flow opinions or
25  conclusions that you're providing in this case. So can

90

1   you -- can you explain to me, specifically related to
2   multiphase flow, what opinions or conclusions you're
3   providing?
4           MS. FLICKINGER: Objection; form.
5           You can answer.
6       A. I don't understand how you would make that
7   distinction.
8       Q. (BY MS. SALTZBART) When you say multi --
9   multiphase flow is one of the opinions that you're
10  providing in this case, what do you mean by that?
11          MS. FLICKINGER: Objection; form.
12      A. I -- I have expertise in multiphase flow. My
13  model includes multiphase flow. So the fluid is a
14  multiphase flow, so the opinions are based upon my
15  prediction of a -- or calculation of a flow rate using a
16  multiphase flow.
17      Q. (BY MS. SALTZBART) Is it your decision to -- or
18  your -- strike that.
19          Your opinion to model the fluid as a
20  homogeneous mixture, is that what you're referring to as
21  an opinion related to multiphase flow?
22          MS. FLICKINGER: Objection; form.
23          You can answer if you understand.
24      A. Yeah. Homogeneous model is a multiphase flow.
25  It's a multiphase fluid. I mean, it's an example of that.

91

1       Q. (BY MS. SALTZBART) Okay. With that as an
2   example, what other opinions or conclusions are you
3   offering in this case that's related to multiphase flow?
4       A. Well, since all the fluid in the capping stack is
5   multiphase flow, it encompasses all those models and the
6   opinions associated with that.
7           The work of Dr. Nesic that goes through the BOP
8   is also a multiphase flow. Dr. Lo's work is multiphase
9   flow.
10      Q. You're not an expert in preparing an equation of
11  state model, and by that I mean a model of the physical
12  properties of the hydrocarbons. Is that right?
13      A. I have used and prepared them. In this case I
14  would not consider myself for the oil and gas.
15      Q. You're not an expert in preparing an equation of
16  state model, are you?
17      A. As part of my normal job, I can prepare an
18  equation of state. It depends upon the fluid. The fluid
19  in this case, I would consider myself not an expert.
20      Q. So you're not offering expert testimony in this
21  case about an equation of state model for this hydrocarbon
22  fluid. Is that right?
23      A. No, I just use it as an input into my model.
24      Q. Okay. So would you agree that you're not
25  offering an opinion as to the appropriate equation of

92

1   state to be used in your CFD calculations?
2       A. Yes.
3       Q. The calculations you performed using CFD in this
4   case were in kilograms per second. Is that correct?
5       A. Yes.
6       Q. And would you agree that the calculations you
7   presented in your initial report were expressed as barrels
8   of oil?
9       A. Yes.
10      Q. And you provided an equation that you used in
11  order to convert your mass flow rates to barrels of oil.
12  Is that correct?
13      A. Yes.
14      Q. And that's Appendix IV of your initial report?
15  It's Page 52 of Exhibit 11705.
16      A. The equation is on Page 53, yes.
17      Q. So that -- that is Appendix IV. Is that right?
18      A. Yes.
19      Q. And to convert your mass flow rates to barrels of
20  oil at surface conditions you used values that were
21  provided to you by Dr. Zick. Is that right?
22      A. Yes.
23      Q. You used a value for the molar weight of the
24  oil-gas mixture. Is that correct?
25      A. Yes.

23 (Pages 89 to 92)

93

```
 1        Q.  And you obtained that from Dr. Zick?
 2        A.  Yes.
 3        Q.  You referred to this as MW in the conversion
 4   equation that you used.  Is that correct?
 5        A.  Yes.  No.  MW is the molar weight.  The
 6   conversion factor is V.
 7        Q.  The value for molar weight --
 8        A.  Yeah.
 9        Q.  -- that's not MW?  MW -- I'm reading from your
10   report.  "MW is molar weight of the oil/gas mixture."  Is
11   that correct?  I'm on page 52 of your report.
12        A.  Yeah, I'm just reading the question so I can get
13   it right.
14        Q.  Uh-huh.
15        A.  Yes.  The "MW" in my report is the molar weight.
16        Q.  And you received the value for MW from Dr. Zick.
17   Is that correct?
18        A.  Yes.
19        Q.  "And V is the mole volume of the oil at the
20   surface."
21             Is that correct?
22        A.  Yes.
23        Q.  And you used the value of V in your conversion
24   equation.  Is that correct?
25        A.  Correct.
```

94

```
 1        Q.  And you obtained the value for V from Dr. Zick.
 2   Is that right?
 3        A.  Yes.
 4        Q.  Did you rely entirely on Dr. Zick to prepare
 5   these values of MW and V that you used in your conversion
 6   equation?
 7        A.  Yes.
 8        Q.  Would you agree that you're not offering an
 9   opinion as to the appropriate values for MW or V that you
10   used to convert your mass flow rates to surface barrels of
11   oil?
12        A.  Yes.
13        Q.  And would you agree the material properties that
14   you used in your mass flow rate calculations are based
15   upon the equation of state model that Dr. Zick prepared?
16        A.  The majority of them are.  There are some
17   sensitivity studies that use BP material properties and
18   Dr. Whitson in my rebuttal report.
19        Q.  For the calculations that you presented as your
20   baseline, is it true that you used the material properties
21   that you received from Dr. Zick based upon his equation of
22   state model?
23        A.  Yes.
24        Q.  The values that you -- that values for MW and V
25   that you used to convert your -- your -- strike that.
```

95

```
 1        The values that for MW and V that you used to
 2   convert your mass flow to surface barrels, they're also
 3   based upon Dr. Zick's equation of state.  Is that correct?
 4        A.  That's my understanding of it.
 5        Q.  Why is that just your understanding?
 6        A.  I don't know how he calculated the values, but
 7   that's my -- what I believe it is.
 8        Q.  Would you agree that in converting your -- the
 9   mass flow rates that you calculated in this case to
10   surface barrels that you should use the same equation of
11   state model both to define the material properties and to
12   convert mass to surface barrels?
13        A.  I don't have an opinion on that.  That is outside
14   of my expertise.
15        Q.  You don't agree that you should use consistent
16   PVT data both to calculate a mass flow rate and then to
17   convert that mass flow rate to surface barrels?
18             MS. FLICKINGER:  Objection; form.
19        A.  I -- I have an opinion about how to
20   calculate the -- the conversion factor, so...
21        Q.  (BY MS. SALTZBART)  So it could be appropriate to
22   use Dr. Zick's equation of state to -- to define the
23   material properties and then to use Dr. Whitson's values
24   of V and MW to convert your mass to surface conditions?
25        A.  The selection of the conversion factor and -- and
```

96

```
 1   the appropriateness, it's outside my expertise, so...
 2        Q.  These are your mass flow rates that you're
 3   calculating.  Correct?
 4        A.  Yes.
 5        Q.  And it's your mass flow rates then converted to
 6   surface barrels.  Correct?
 7        A.  Correct.
 8        Q.  And you don't have an opinion as to whether you
 9   should use consistent PVT data to take your mass flow
10   rates to surface barrel conditions?
11        A.  My understanding is that it's more complicated
12   than just taking a PVT table.  That there's differences in
13   how you process it.
14        Q.  You would agree that the fluid is characterized
15   by the equation of state model.  Is that right?
16        A.  The equation of state model gives you densities
17   and viscosities and air pressure and temperature.
18        Q.  Would that be PVT data?
19        A.  That would be PVT data.
20        Q.  So the fluid is characterized by PVT data?
21        A.  Yes.
22        Q.  And the way in which the fluid evolves to the
23   surface is characteristic of the fluid.  Is that correct?
24        A.  My understanding of it, it's process dependent.
25   So whether you take it through a single flash or multiple
```

24 (Pages 93 to 96)

101

1 litigation. Is that correct?
2     A. Correct.
3     Q. Would you agree that your testimony is limited to
4 the application of CFD to evaluate the daily flow rates on
5 July 14th and July 15th?
6     MS. FLICKINGER: Um...
7         You can answer.
8     A. I also have expert testimony about the modeling
9 performed by Dr. Nesic.
10     Q. (BY MS. SALTZBART) What is your expert testimony
11 regarding the modeling performed by Dr. Nesic?
12     A. It would be related to the CFD portion of his
13 modeling, and then the curve fitting from the results of
14 his CFD modeling as outlined in my rebuttal report.
15     Q. I think you testified earlier that you're not a
16 metal erosion expert. Correct?
17     A. That's correct.
18     Q. So you're not offering expert testimony related
19 to metal erosion in this case, are you?
20     A. Not the -- the erosion portion of what would
21 need -- what he needed to do to -- to model it. So as the
22 particle impacts on the -- the metal, how that would erode
23 away.
24     Q. The expert testimony that you're offering related
25 to Dr. Nesic's work is limited to the application of CFD

102

1 that he used in his analysis?
2     A. And the curve fitting. So the interpretation of
3 the CFD results.
4     Q. Would you agree that when we discussed the
5 results of your work in this case, both the mass flow
6 rates and the volumetric rates, we should put those
7 results in the context of your uncertainty analysis?
8         MS. FLICKINGER: Objection; form.
9     A. By "context," what do you mean?
10     Q. (BY MS. SALTZBART) Your uncertainty analysis was
11 plus or minus 8 percent. Correct?
12     A. Correct.
13     Q. We're going to talk in greater detail about how
14 you arrived at your 8 percent later today, but just so
15 I -- so I just want to be clear on how your 8 percent
16 applies to your cal- -- Taitel, Bornea and Dukler
17 calculations. You calculated a mass flow rate of a
18 hundred and nineteen point eight kilograms per second.
19 Correct?
20     A. Correct.
21     Q. And using the values that Dr. Zick provided you,
22 you converted that to a volumetric rate of 54,100 barrels
23 per day -- barrels of oil per day. Is that correct?
24     A. Correct.
25     Q. And that estimate applies to the kill line of the

103

1 capping stack on July 14th?
2     A. Yes, when there was no collection.
3     Q. Okay. So now going back to your plus or minus
4 8 percent uncertainty, would it be more accurate to say
5 that you calculated a flow rate of 54,100 barrels of oil,
6 plus or minus 8 percent?
7         MS. FLICKINGER: Objection to form.
8     A. More accurate than what?
9     Q. (BY MS. SALTZBART) Than just saying you
10 calculated a flow rate of 54,100 barrels?
11     A. Yes. Yeah.
12     Q. So it would be -- it would be more accurate to
13 say that you calculated a flow rate of 54,100 barrels,
14 plus or minus 8 percent, rather than just saying you
15 calculated a flow rate of 54,100 barrels of oil per day?
16     A. Yeah, that's a more complete way of saying it.
17     Q. Okay. So if somebody read your report and said
18 that Dr. Bushnell is claiming that the flow rate at the
19 kill line on July 14th was no higher than 54,100 barrels
20 of oil per day, would you disagree with that?
21     A. Yes.
22     Q. And you would disagree with that because there is
23 an uncertainty of plus or minus 8 percent associated with
24 your calculation. Is that correct?
25     A. Yes.

104

1     Q. Would you agree with me that the lower bound of
2 your calculation is 54,100 stock tank barrels of oil per
3 day, minus 8 percent?
4     A. Yes.
5     Q. Okay. So if my math is correct, the lower bound
6 of your barrels of oil per day calculation is 49,772? And
7 we have a calculator with us if you want to check that.
8     A. That's how the calculation comes out.
9     Q. Okay. So you would agree that the lower bound of
10 your barrels of oil per day calculation is 49,772.
11 Correct?
12     A. I wouldn't present it like that. I would present
13 it as 49,000 barrels, 800.
14     Q. Okay. The -- so 49,800 is the lower bound of
15 your barrels of oil per day calculation. Is that correct?
16     A. Yes.
17     Q. In your rebuttal report, you state that Dr. Lo
18 didn't put forth an overall range of uncertainty for his
19 results. Is that right?
20     A. Yes.
21     Q. Would you agree with me that Dr. Lo did, in fact,
22 perform sensitivity studies?
23     A. He did two sensitivity studies that I'm aware of.
24     Q. Okay. So you would agree with me that he did
25 perform sensitivity studies?

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

253

1  talked about them a little bit today -- are based on
2  different equation of state models.  Is that right?
3      A.  They're from different sources.
4      Q.  You -- you used Dr. Zick and his equation of
5  state model as your source.  Is that right?
6      A.  I used Dr. Zick as the source of my conversion
7  factors.
8      Q.  And is it your understanding that Dr. Lo used
9  Dr. Whitson's equation of state?
10     A.  Yes.
11     Q.  You -- earlier you -- you've testified -- I think
12 actually throughout today, you've testified that you have
13 no opinion about equation of state models and which one is
14 the appropriate one to apply in this case.  Is that right?
15     A.  Yes.
16     Q.  So if Judge Barbier determined that the
17 appropriate equation of state model to use is the one that
18 Dr. Whitson prepared, would you want that applied to your
19 CFD calculations?
20     A.  Yes.
21     Q.  Dr. Bushnell, did you calculate a value for
22 surface tension?
23     A.  Yes.
24     Q.  Was that based upon Dr. Zick's equation of state
25 model?

254

1      A.  It was -- I used it to calculate the gas oil
2  ratio that is used in it, yes.
3      Q.  You used Dr. Zick's equation of state model to
4  calculate surface tension?
5      A.  I used his PVT data, yes.
6      Q.  Did you ask him to prepare a value for you for
7  surface tension?
8      A.  No.
9      Q.  How come?
10     A.  I -- I didn't -- I'm -- I didn't know that he
11 could since I don't know Dr. Zick.
12     Q.  Do you know what effect it would have had if --
13 strike that.
14     Your -- your testimony is that you -- you
15 prepared a value -- a calculation of surface tension based
16 upon his PVT data.  Is that right?
17     A.  Yeah.
18     Q.  I'd like to --
19     MS. SALTZBART:  Is that time now correct?
20     THE VIDEOGRAPHER:  Yes.
21     Q.  (BY MS. SALTZBART)  I'd like to turn to Page 9 of
22 your rebuttal report, which is Exhibit 11706.  And
23 specifically, I'd like to focus on -- I'm sorry.
24     MS. SALTZBART:  You guys, could you -- if
25 you could stop talking or -- it's very distracting.  I'm

255

1  very sorry.  Thank you.
2      Q.  (BY MS. SALTZBART)  I'd like to specifically
3  focus on the -- the temperature section on Page 9.  In the
4  temperature section, you write, "In my opinion."  Do you
5  see where I am?  "In my opinion, the 200-degree F value."
6  It's the second sentence starting in the Temperature
7  section?
8      A.  Oh, yes.
9      Q.  I'm sorry.  And it's the third -- third sentence.
10     So you wrote, "In my opinion, the 200 F value
11 remains a reasonable and, for Dr. Lo, a more conservative
12 selection for these flow rate calculations."
13     Did I read that correctly?
14     A.  Yes.
15     Q.  And you go on to write, "I understand that."  And
16 then underneath that you identify three bullets.  Is that
17 correct?
18     A.  Yes.
19     Q.  You -- earlier today you testified that you're
20 not an expert in estimating the temperature of flowing
21 hydrocarbons in a well.  Correct?
22     A.  Correct.
23     Q.  And is it fair to say that the basis for your
24 opinion that 200 degrees Fahrenheit is a more reasonable
25 inlet temperature for flow through the capping stack than

256

1  200 degrees Fahrenheit is what's stated in these three
2  bullets on Page 9 of your rebuttal report?  I'm sorry.
3  Let me restate that.
4      Is it fair to say that the basis for your opinion
5  that 200 degrees Fahrenheit is a more reasonable inlet
6  temperature for flow through the capping stack, rather
7  than 220 degrees Fahrenheit is what's stated in these
8  three bullets on Page 9 of your rebuttal report?
9      A.  Yeah, I -- yes.  I also have been informed that
10 BP experts have used some other -- have not consistently
11 used 220 and have used values between 180 and 220.
12     Q.  Is that an under -- well, you said you were
13 informed.  Were you informed of this after you submitted
14 your rebuttal report?
15     A.  Yes.
16     Q.  Earlier today I asked you if you wanted to make
17 any changes or corrections to your rebuttal report, and
18 you said that you did not.  Do you recall that?
19     A.  Yeah -- yes, sorry.  I forgot about it, so...
20     Q.  So are you -- are you -- are you saying that you
21 would make a change to your rebuttal report in the
22 temperature section?
23     A.  Yes, I'd add one bullet line that other BP
24 experts appear to have used a range of values.
25     Q.  Who informed you of the range of values?

64 (Pages 253 to 256)

# Exhibit 8

**1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL      )  MDL NO. 2179
BY THE OIL RIG        )
"DEEPWATER HORIZON" IN )  SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010      )  JUDGE BARBIER
                 )  MAG. JUDGE SHUSHAN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
VOLUME 1
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Deposition of Ronald Copeland Dykhuizen,
Ph.D., taken at the Pan-American Building, 601
Poydras Street, 11th Floor, New Orleans,
Louisiana, 70130, on the 19th day of June, 2013.

**2**

1      A P P E A R A N C E S
2
3
4   APPEARING FOR BP, INC :
       Mr  Matthew T  Regan
5   KIRKLAND & ELLIS
       300 North LaSalle
6   Chicago, Illinois  60654
7   Ms  Bridget K  O'Connor
       KIRKLAND & ELLIS
8   655 Fifteenth Street, NW
       Washington, D C   20005-5793
9
10  APPEARING FOR TRANSOCEAN:
       Mr  Paul C  Thibodeaux
11  Ms  Mary K  Klinefelter
       FRILOT
12  1100 Poydras Street, Suite 3600
       New Orleans, Louisiana  70163
13
14  APPEARING FOR ANADARKO PETROLEUM COMPANY:
       Mr  Warren Anthony Fitch
15  BINGHAM MCCUTCHEN
       2020 K Street, Northwest
16  Washington, D C  20006-1806
17
18  APPEARING FOR HALLIBURTON:
       Ms  Gwen E  Richard
       GODWIN LEWIS
19  1331 Lamar, Suite 1665
       Houston, Texas  77010-3133
20
       Mr  Prescott W  Smith
21  Ms  Kali Thomson
       GODWIN LEWIS
22  Renaissance Tower
       1201 Elm Street, Suite 1700
23  Dallas, Texas  75270-2041
24
25

**3**

1   APPEARING FOR THE UNITED STATES:
       Mr  Scott Cernich
2   U S  DEPARTMENT OF JUSTICE
       601 D Street, N W
3   Washington, D C   20004
4   Mr  David L  McIlwain
       U S  DEPARTMENT OF JUSTICE
5   ENVIRONMENT & NATURAL RESOURCES DIVISION
       Ben Franklin Station
6   Post Office Box 7611
       Washington, D C   20044-7611
7   601 D Street, N W
       Washington, D C   20004
8
       Mr  Gordon Speights Young
9   U S  DEPARTMENT OF JUSTICE
       ENVIRONMENT & NATURAL RESOURCES DIVISION
10  Post Office Box 7611
       Ben Franklin Station
11  Washington, D C   20044-7611
       ENRD Mailroom
12  601 D Street, N W
       Washington, D C   20004
13
14  APPEARING FOR THE STATE OF LOUISIANA:
       Mr  Douglas R  Kraus
15  Attorney for Louisiana Attorney General
       KANNER & WHITELEY
16  701 Camp Street
       New Orleans, Louisiana  70130-3504
17
18  ALSO PRESENT:
       Mr  Peter Jennings, Videographer
19  Mr  Ray Aguirre, Case Manager
20
21
22
23
24
25

**4**

1              INDEX
2   VIDEOTAPED ORAL DEPOSITION OF
       RONALD COPELAND DYKHUIZEN, PH D
3          JUNE 19, 2013
             VOLUME 1
4
5
6   Appearances                    2
7
       Direct Examination-Mr  Regan        7
8
9   Changes and Signature          396
       Reporter's Certificate        398
10
11
12         EXHIBIT INDEX
13
14  Ex  No     Description        Marked
15
16  11452   Expert Report, U S  v  BP
             Exploration & Production, Inc , et
17           al, Flow Rates from the Macondo
             MC252 Well, Submitted on Behalf of
18           the United States, Prepared by
             Ronald C  Dykhuizen, Ph D , dated
19           March 22, 2013, marked as
             CONFIDENTIAL PER BP; Bates Nos
20           BP-HZN-2179MDL04799584 -
             BP-HZN-2179MDL04799589,
21           BP-HZN-2179MDL07265901,
             BP-HZN-2179MDL04908488 -
22           BP-HZN-2179MDL04908507,
             BP-HZN-2179MDL06144176 -
23           BP-HZN-2179MDL06144184,
             BP-HZN-2179MDL04897017,
24           BP-HZN-2179MDL00412974,
             SNL020-009194 - SNL020-009222
25           and total of 46 pages without
             Bates numbers                8

45

```
 1        Q.  (By Mr. Regan) There's no -- I have no
 2   interest in -- in getting that out in this
 3   transcript.  I -- I would just like to sleep in
 4   my own room tonight.
 5        With respect to the computational fluid
 6   dynamic work, can it be used to examine
 7   multiphase flows?
 8        A.  Yes.
 9        Q.  Have you used computational fluid
10   dynamics to analyze flows, multiphase flows, in
11   the contexts of geothermal wells, nuclear
12   reactors, fire suppression systems, cooling
13   systems?
14        A.  Yes.
15        Q.  Did you use computational fluid dynamics
16   with -- in -- in analyzing the lithium flow
17   accident that you testified to about 20 minutes
18   ago?
19        A.  No, I did not.  That accident was very
20   similar to Macondo in the fact that we had very
21   little instrumentation, and so it was, again,
22   trying to figure out what was going on with very
23   little instrumentation.
24        Q.  Just, definitionally, what do you mean by
25   "instrumentation"?
```

46

```
 1        A.  We didn't have temperature gauges; we
 2   didn't have pressure gauges; we didn't have flow
 3   meters.  That particular accident occurred during
 4   a time period when nobody expected that there was
 5   anything to drive flow.  They thought all the
 6   pressures were zero.  The valves were operating,
 7   and there were significant pressure differences.
 8   And things flowed at times into places where they
 9   should not have been, resulting in a significant
10   accident.
11        Q.  Okay.  Is that accident public
12   information?
13        A.  Sandia would sure hope it is not.
14        (Laughter.)
15        Q.  (By Mr. Regan) Okay.  Something that
16   happened inside the fence?
17        MR. CERNICH:  Object to form.
18        A.  It happened on laboratory property, but
19   not in a classified laboratory.
20        Q.  (By Mr. Regan) Okay.  Did you use
21   computational fluid dynamics in the Expert work
22   that you prepared for this litigation,
23   Dr. Dykhuizen?
24        A.  I --
25        MR. CERNICH:  Object to form.
```

47

```
 1        A.  -- personally did not run any
 2   computational fluid dynamics in my capacity.
 3   However, I had other people working with me run
 4   computational fluid dynamics at my direction or
 5   somebody else's direction.  I helped interpret
 6   the data.
 7        Q.  Okay.  What computational fluid dynamics
 8   work did you rely on, performed by others, in
 9   connection with the Expert opinions that you've
10   expressed in 11452 and 11453?
11        MR. CERNICH:  Object to form.
12        A.  Nathan Bushnell provides some significant
13   work that I think supports my work and my
14   conclusions.
15        Q.  (By Mr. Regan) Okay.
16        A.  The Lawrence Livermore Lab did some
17   computational fluid dynamics for a jet of one
18   density flowing into a fluid of another density,
19   to simulate releases from the Macondo Well.
20        Right at the moment, that's all I can
21   think of, but I'm sure there could be other.
22        Q.  The Lawrence Livermore CFD work, that was
23   done in 2010, prior to August 2nd, 2010, correct?
24        A.  That is correct.
25        Q.  The Nathan Bushnell computational fluid
```

48

```
 1   dynamics work that you rely on, when was that
 2   performed?
 3        A.  That was performed within the last year
 4   or --
 5        Q.  Okay.  So did you direct Mr. Bushnell's
 6   work?
 7        A.  No, I did not.
 8        Q.  Okay.
 9        A.  Although I might have requested a plot of
10   a different format, or those sorts of things, but
11   I did not direct his work.
12        Q.  What do you mean by "requested a plot of
13   a different format"?
14        MR. CERNICH:  Object to form.  I'm
15   going to instruct the witness not to answer --
16        MR. REGAN:  Well --
17        MR. CERNICH:  -- based on the --
18   based on the Orders of the Court.
19        MR. REGAN:  Let me -- let me just
20   ask some predicate questions and see.
21        Q.  (By Mr. Regan) As -- you're relying on
22   Mr. Bushnell's computational fluid dynamics work,
23   correct?
24        MR. CERNICH:  Object to form.
25        A.  I don't need that, but it gives me
```

Worldwide Court Reporters, Inc.
PURSUANT TO CONFIDENTIALITY ORDER

49

1  greater confidence in my results by using some of
2  his work.
3       Q. (By Mr. Regan) Okay.  And is there
4  portions of his work that is included in his
5  Expert Reports that you asked to have performed?
6            MR. CERNICH:  Object to form.  I'm
7  going to instruct the witness not to answer.
8       Q. (By Mr. Regan) Are you going to refuse to
9  answer that question based on your Counsel's
10 instruction?
11      A. Yes.
12      Q. Okay.  Which plots did you ask
13 Mr. Bushnell to run in his computational fluid
14 dynamics work?
15           MR. CERNICH:  Object to form.
16 Instruct the witness not to answer.
17      Q. (By Mr. Regan) Are you accepting your
18 lawyer's instruction?
19      A. Yes.
20      Q. Okay.
21           MR. CERNICH:  Not -- the -- the
22 Orders say what the Orders say.
23           MR. REGAN:  I -- I understand.
24 I'm -- I'm asking about a Testifying Expert
25 relying on another Testifying Expert.  If it --

50

1  you know, we'll -- we'll cross that bridge if we
2  ever need to.
3       Q. (By Mr. Regan) With respect to
4  Mr. Bushnell's work, as reflected in his Expert
5  Report, is it fair to say that there is
6  information that he is presenting at your
7  request?
8            MR. CERNICH:  Object to form.
9       A. I don't think that he is presenting any
10 information at my request.
11      Q. (By Mr. Regan) Okay.
12      A. I didn't request him to present anything,
13 so --
14      Q. Okay.  Do you intend to provide any
15 opinions to the Court on applicable legal
16 standards as to any of the claims that have been
17 made in this litigation?
18           MR. CERNICH:  Object to form.
19      A. I have no knowledge of legal standards,
20 so I don't see that how -- how I could do that.
21      Q. (By Mr. Regan) In your Expert Report, you
22 list depositions that you have reviewed for
23 purposes of reaching your Expert opinions,
24 correct?
25      A. That is correct.

51

1       Q. In your reviewing deposition transcripts,
2  are you making any judgments about the
3  credibility of the witness testimony that you're
4  reviewing?
5            MR. CERNICH:  Object to form.
6       A. I would assume there are some implied
7  acceptance of their credibility when I quote
8  something that they provide.
9       Q. (By Mr. Regan) As an Expert, are you
10 taking their testimony on face value?
11           MR. CERNICH:  Object to form.
12      A. Could you define "face value" for me?
13      Q. (By Mr. Regan) Sure.
14      A. I'm confused with all the legal terms
15 around here.
16      Q. Okay.
17      A. And some have specific meanings that I am
18 not aware of.
19      Q. Okay.  When you read an Expert -- when
20 you read a depo -- fact deposition, did you
21 accept all of the testimony of that witness on
22 the topic, or did you in your mind, alternatively
23 say, "I'm only going to accept these answers
24 because I don't believe these other ones"?
25           MR. CERNICH:  Object to form.

52

1       A. That would seem to be a logical way of
2  looking at it.  I could accept some things that
3  somebody says that the BOP did erode, that's --
4  or something reasonable to accept.  If they tell
5  me that it eroded between two particular dates
6  that I don't agree, then I would not accept that.
7       Q. (By Mr. Regan) All right.  And outside of
8  a -- a difference of opinion -- let me ask it
9  more carefully:  With respect to any of the
10 depositions that you've reviewed, did you
11 determine that you would reject a witness' answer
12 because you thought he was not being -- he or she
13 was not being truthful?
14           MR. CERNICH:  Object to form.
15      A. I have a hard time judging whether
16 anybody is truthful or not.
17      Q. (By Mr. Regan) That's outside of your job
18 here, correct?
19           MR. CERNICH:  Object to form.
20      Q. (By Mr. Regan) Would you agree with that?
21 That is not your job to determine whether a given
22 answer is -- is truthful or not?
23           MR. CERNICH:  Object to form.
24      A. Well, I assume you're defining "truthful"
25 here as the witness believes what they are saying

13  (Pages 49 to 52)

69

1    barrels per day on July 15th, 2010?
2         MR. CERNICH:  Object to form.
3    A.  I've represented that number as being --
4    have an error of plus or minus 20 percent.
5    Q.  (By Mr. Regan) And as -- would you
6    accept, then, a plus or minus 20 percent as being
7    the -- representing the upper and lower -- proper
8    upper and lower bounds for that estimate of
9    53,000 barrels per day?
10        MR. CERNICH:  Object to form.
11   A.  That would be a reasonable assumption,
12   yes.
13   Q.  (By Mr. Regan) Okay.  Similarly, with
14   respect to the cumulative estimate of five
15   million barrels, do you intend to express an
16   Expert opinion on the proper lower bound for that
17   number?
18        MR. CERNICH:  Object to form.
19   A.  That number is more uncertain than the
20   53,000.  I represent that number as being
21   approximately plus or minus 30 percent of the
22   integral, so that would be from three and a half
23   to six and a half million barrels.
24   Q.  (By Mr. Regan) Okay.  So it is your
25   Expert opinion, Dr. Dykhuizen, that the range of

70

1    cumulative flow is approximately three and a half
2    million barrels to six and a half million
3    barrels, with your best estimate at five million
4    barrels, correct?
5         MR. CERNICH:  Object to form.
6    A.  Yes.
7    Q.  (By Mr. Regan) And it is your Expert
8    opinion that the range of flow rate on July 15th
9    is approximately 20 percent plus or minus 53,000,
10   correct?
11        MR. CERNICH:  Object to form.
12   A.  You've said that backwards.  It's 53,000
13   plus or minus 20 percent.
14   Q.  (By Mr. Regan) Sorry.  I didn't mean to
15   say it backwards.
16        And the reason -- what is the reason that
17   you have a higher error bound ratio of 30 percent
18   for the cumulative flow number than for your
19   July 15th 53,000 barrel number?
20        MR. CERNICH:  Object to form.
21   A.  The biggest factor that increases my
22   uncertainty is knowing when the erosional
23   processes stopped.
24   Q.  (By Mr. Regan) Okay.  And those erosional
25   processes impact the cumulative flow, obviously,

71

1    far greater than the estimate of flow on a single
2    day?
3         MR. CERNICH:  Object to form.
4    A.  That is correct.
5    Q.  (By Mr. Regan) Okay.  All right.
6    A.  The erosional processes actually do not
7    impact the 53,000 at all.
8    Q.  Okay.  And then I'm going to come back to
9    these topics in a little bit.  But you refer in
10   these paragraphs to -- in your Executive Summary,
11   you -- next sentence, middle of the Page 2:
12   "This report also updates and/or refines certain
13   calculations prepared during the Macondo well
14   response, including calculations contained in the
15   DOE-NNSA Flow Analysis Report, based on
16   additional data and information."
17        Did I read that correctly?
18   A.  I did not -- I have yet to determine
19   where you're reading from.
20   Q.  Okay.
21   A.  What you stated seems correct --
22   Q.  All right.
23   A.  -- of what I meant.
24   Q.  If you look in the paragraph titled
25   "Executive Summary," "C." --

72

1    A.  Yes.
2    Q.  -- look at the third sentence.
3    A.  (Reviewing document.)  Yes, you read that
4    correctly.
5    Q.  And is it your intention to incorporate
6    that Report which has been previously marked in
7    the case, is it your intention to incorporate
8    that DOE Report as part of your Expert testimony
9    in this case?
10   A.  Yes.
11   Q.  Okay.  And that Report has been
12   previously marked as Exhibit 9361, which we have
13   in the binder in front of you, but I -- I'm --
14   I'm -- I have some more generic questions before
15   we specifically go to it.
16        Let me ask you some basic questions about
17   multiphase flow before we get into the bases of
18   your opinions, Dr. Dykhuizen.
19        Again, we've established your background
20   is in multiphase flow, correct?
21   A.  Yes.
22   Q.  What is -- what would be your definition
23   of -- of "two-phase" or multiphase flow?
24   A.  Multiphase flow is when you have two
25   fluids flowing through the same volume, be it

18  (Pages 69 to 72)