IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This document relates to all actions | * * * * * * * | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding the Claims Administrator's Motion for a Short Extension of Time to File a Response to BP's Objections to the Proposed 2013 Fourth Quarter Budget]**

Following review of the Claims Administrator's Motion for a Short Extension of Time to File a Response to BP's Objections to the Proposed Fourth Quarter Budget, the Court hereby GRANTS the Motion. The Claims Administrator shall file a brief responsive to BP's objections to the proposed 2013 fourth quarter budget, no longer than 10 pages, by Tuesday, September 17, 2013.

New Orleans, Louisiana, this 11th day of September, 2013.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**