

KIMBERLY LAMBERT ADAMS
BRIAN H. BARR
M. ROBERT BLANCHARD
BRANDON L. BOGLE
WESLEY A. BOWDEN
VIRGINIA M. BUCHANAN
WILLIAM F. CASH III
RACHAEL R. GILMER
BEN W. GORDON, JR.
JAMES L. KAUFFMAN
TRAVIS P. LEPICIER

FREDRIC G. LEVIN
MARTIN H. LEVIN
ROBERT M. LOEHR
NEIL E. McWILLIAMS, JR.
Wm. JEMISON MIMS, JR.
CLAY MITCHELL
R. LARRY MORRIS
PETER J. MOUGEY
DANIEL A. NIGH
TIMOTHY M. O'BRIEN
MIKE PAPANTONIO

CHRISTOPHER G. PAULOS
ROBERT E. PRICE
MARK J. PROCTOR
TROY A. RAFFERTY
ERICA A. REED
MATTHEW D. SCHULTZ
W. CAMERON STEPHENSON
LEO A. THOMAS
BRETT VIGODSKY
AARON L. WATSON

OF COUNSEL:
ROBERT F. KENNEDY, JR.
(LICENSED ONLY IN NEW YORK)
GERALD A. McGILL
LEFFERTS L. MABIE, JR. (1925-1996)
D.L. MIDDLEBROOKS (1926-1997)
DAVID H. LEVIN (1928-2002)
STANLEY B. LEVIN (1938-2009)

September 10, 2013

**VIA ELECTRONIC MAIL**
The Honorable Sally Shushan
United States District Court
Eastern District of Louisiana
United States Courthouse
500 Poydras Street
New Orleans, LA  70130

   Re: MDL 2179 – Aligned Parties' Opposition to BP's Motion to Strike References to Un-Designated Depositions

Dear Judge Shushan:

 BP has misstated both the facts and the record.  First, the Court did not rule that the Aligned Parties' trial brief violated any Order of the Court, and BP's suggestion of such is improper.  Second, the deposition testimony cited within the Aligned Parties' trial brief is part of the Phase 2 record.

 While BP is correct that the depositions referenced in its letter were not part of the designated bundles, BP failed to review the Aligned Parties' expert reports.  Had it done so, BP would have seen that all of the testimony referenced was cited.  While BP did not cite any specific testimony to be stricken, the Aligned Parties located five instances in which the testimony of Stringfellow (n.109), Harland (n.166) and Morrison (n. 96, 98, 119) was cited in the brief.  Each of these depositions was cited in the Aligned Parties' expert reports:

 1) Harland (cited in Bea Rebuttal Report, p. 6, n.15)
 2) Stringfellow (cited in Ziegler Report, p. 32, n.138)
 3) Morrison (n.96 - cited in Bea Report, p.4, n.19;  n.98 - cited in Bea Report, p.17, n.50;  n.119 - cited in Bea report, p. 2, n.2)

 BP's motion is meritless.  The Aligned Parties' trial brief does not violate the Order of this Court, and BP's motion should be denied.

         Respectfully,

         Brian H. Barr

OFFICE:  316 S. BAYLEN STREET · SUITE 600 · PENSACOLA, FL 32502
CORRESPONDENCE:  P.O. BOX 12308 · PENSACOLA, FL 32591   CONTACT:  (850) 435-7000 · (850) 435-7020 FAX · WWW.LEVINLAW.COM