UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 <br> SECTION "J" |
| Applies to: | * * | JUDGE BARBIER |
| *12-970* | * * | MAGISTRATE SHUSHAN |

**ORDER**

On August 15, 2013, Andry Lerner, L.L.C. filed a "Second Motion to Lift Stay of Andry Lerner Clients' Claims Processing and for Expedited Hearing." ("August 15 Motion," Rec. Doc. 11022). The Court previously denied a similar motion by Andry Lerner, L.L.C on July 29, 2013. (Rec. Doc. 10886). The Court has not yet acted on the August 15 motion, which is stayed until further ordered by the Court pursuant to Pretrial Order No. 15. (Rec. Doc. 676). On September 10, 2013, Andry Lerner, L.L.C. filed a "Motion to Lift Hold on Claims by Claimants Represented by Andry Lerner and for the Appointment of a Limited Receivership and Motion for Expedited Hearing." ("September 10 Motion," Rec. Doc. 11311). As reflected in these titles, both the August 15 Motion and the September 10 Motion request expedited hearings.

**IT IS ORDERED** that the motions for expedited hearing contained in the August 15 Motion and the September 10 Motion are **DENIED**. The August 15 Motion and the September 10 Motion otherwise remain pending and stayed.

New Orleans, Louisiana, this 11th day of September, 2013.

_____
United States District Judge