UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL No. 2179 <br><br> SECTION J |
| This Document Relates to: 10-8888 | JUDGE BARBIER <br> MAGISTRATE SHUSHAN |

## MOTION FOR LEAVE TO FILE
## AMENDED MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, come Plaintiffs, through undersigned counsel, who respectfully moves this Honorable Court for an Order granting leave to file the attached "Amended Motion To Withdraw As Counsel."

The purpose of this amendment is to:

1. Correct the Plaintiffs listed on Exhibit A. Specifically, Plaintiff Ram Vishnu L.L.C. was incorrectly included in the list of Plaintiffs' cases in which our firm is seeking a withdrawal. Ram Vishnu L.L.C. will remain the client of Farrell & Patel, Attorneys at Law and will pursue its claims accordingly.

Thus, this amendment will not prejudice the parties in any way.

1

Date: September 11, 2013.

                                            Respectfully Submitted,

                                            /s/ <u>Wesley J. Farrell, Esq.</u>

                                            FARRELL & PATEL, ATTORNEYS AT LAW

                                            Wesley J. Farrell, Esq.
                                            Fl. Bar No. 71783
                                            WesFarrell@floridaattorney.com

                                            Terry A. C. Gray, Esq.
                                            Fl. Bar No. 100732
                                            terrygray@floridaattorney.com

                                            113 Almeria Ave.
                                            Coral Gables, Fl.
                                            Tel: 424-OIL-SPILL
                                            Fax: 800-946-6711

                                            Sarah E. Spigener, Esq.
                                            LA Bar No. 31975
                                            SSpigener@farrellpatel.com

                                            1515 Poydras St., Suite 1400
                                            New Orleans, LA 70112
                                            Office: 504-233-8585
                                            Fax: 800-946-6711

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 11, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day upon all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                               /s/ <u>Sarah E. Spigener, Esq.</u>