UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This Document Relates to: 10-8888 | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

### AMENDED MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, comes the law firm of Farrell & Patel LLC, pursuant to Local Rule 83.2.11 and moves this Honorable Court for an order allowing its withdrawal as counsel of record for the Claimants listed in Exhibit "A, as Amended" and as grounds therefore state:

The Claimants listed in Exhibit "A" as Amended.

1. Claimants listed in Group 1 of Exhibit A, as Amended, have failed to substantially fulfill an obligation to undersigned counsel by failing to provide necessary documentation to pursue their case.

2. Claimants listed in Group 2 of Exhibit A, as Amended, have discharged the undersigned counsel as their attorney.

3. Pursuant to the reasons set forth above, Claimants and Movants have terminated their attorney/client relationship.

4. Claimants have been notified by certified mail and electronic mail that Counsel has filed this Motion to Withdraw.

5. All Claimants will remain in the litigation

6. Movants have notified Claimants of all pending deadlines in this case.

7. This motion is made in good faith and will not prejudice any party.

1

WHEREFORE, the undersigned counsel moves this Court for an order allowing them to withdraw as counsel of record for the Plaintiffs set forth in Exhibit "A, as Amended."

Respectfully submitted,

/s/ Wesley J. Farrell, Esq.

FARRELL & PATEL, ATTORNEYS AT LAW

Wesley J. Farrell, Esq.
Fl. Bar No. 71783
WesFarrell@floridaattorney.com

Terry A. C. Gray, Esq.
Fl. Bar No. 100732
terrygray@floridaattorney.com

113 Almeria Ave.
Coral Gables, Fl.
Tel: 424-OIL-SPILL
Fax:  800-946-6711

Sarah E. Spigener, Esq.
LA Bar No. 31975
SSpigener@farrellpatel.com

1515 Poydras St., Suite 1400
New Orleans, LA 70112
Office:  504-233-8585
Fax:  800-946-6711

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 11, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day upon all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Sarah E. Spigener, Esq.