UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This Document Relates to: 10-8888 | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

## ORDER

Considering the above and foregoing Amended Motion to Withdraw As Counsel,

IT IS HEREBY **ORDERED, ADJUDGED AND DECREED** that said Amended Motion to Withdraw as Counsel is granted, and Farrell & Patel LLC is hereby allowed to withdraw as counsel for Claimants listed in Exhibit "A, as Amended."

Signed in New Orleans, Louisiana, this _____ day of _____, 2013.

_____
Honorable Carl J. Barbier
UNITED STATES DISTRICT JUDGE

1