# Exhibit C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | * | **MDL NO. 2179** |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | **SECTION: J** |
| | * | |
| | * | |
| This document relates to all actions. | * | **Honorable CARL J. BARBIER** |
| | * | |
| | * | |
| | * | **Magistrate Judge SHUSHAN** |
| | * | |
| | * | |

## DECLARATION OF KEITH MOSKOWITZ

I, Keith Moskowitz, hereby declare and state as follows:

1.     I am over the age of 21 years and a resident of the State of Illinois. Unless otherwise stated, I have personal knowledge of the facts set forth herein and, if called to do so, could testify truthfully thereto.

2.     I am a Partner at the law firm of Dentons LLP and am one of the attorneys representing BP Exploration & Production Inc. and BP America Production Company (collectively "BP") in connection with the Economic and Property Damages Settlement Agreement ("Settlement Agreement"). My responsibilities in connection with this representation include working with the Claims Administrator Patrick Juneau and the Court Supervised Settlement Program ("Settlement Program") on the implementation and administration of the Settlement Agreement.

3.     On September 4, 2013, I participated in a Panel Meeting related to the Claims Administrator's 4th Quarter Budget. This meeting was conducted at the office of the Claims

Administrator and was attended by members of the Claims Administrator's Office ("CAO")
representatives of the Claims Administration Vendors BrownGreer (by telephone), PwC, P&N
and Garden City (by telephone) as well as representatives of BP and Class Counsel. The Claims
Administrator made an audio recording of the Panel Meeting.

    4.    On September 5, 2013, the CAO provided BP with a copy of the audio file from
the September 4, 2013 Panel Meeting. On September 5, 2013, BP retained the transcription
service TransPerfect Legal Solutions ("TransPerfect") to create a transcription of the September
4, 2013 Panel Meeting audio file. On September 6, 2013, BP received a transcription of the
audit file from TransPerfect. I reviewed the audio file and compared it against the TransPerfect
transcript. Because the speakers at the September 4, 2013 Panel Meeting routinely did not
identify themselves before speaking there were numerous misidentifications of the purported
speakers (or simply an inability by the transcriptionist to identify a particular speaker). Based on
my attendance at the meeting and extensive interactions with representatives of the CAO, the
Claims Administration Vendors and Class Counsel I made corrections to certain identified (or
non-identified) speakers in the transcript.

    5.    On September 10, 2013 I sent an annotated copy of the September 4, 2013 Panel
Meeting transcript with my corrections to certain speaker identifications to the CAO and Class
Counsel and requested that they review my corrections and advise if they agreed or had any
changes to my proposed corrections. Patrick Hron of the CAO was designated by David Odom
of the CAO to review my corrections to the transcript. On September 10, 2013 Mr. Hron
responded with proposed changes and comments to my corrections based on his review of the
audio file and the TransPerfect transcript. On September 10, 2013 I responded with my own
comments to Mr. Hron's proposed changes. On September 11, 2013 Mr. Hron replied with

confirmation from certain identified CAO speakers of the corrections he proposed. I reviewed Mr. Hron's reply and agree that the speaker identification corrections we exchanged and agreed on result in a final identification of speakers that reflects BP's and the CAO's best interpretation of the audio file from the September 4, 2013 Panel Meeting.

6.      A true and correct copy of the transcript from the September 4, 2013 Panel Meeting with the corrections to identified speakers (in my hand) is attached as Exhibit 1 to this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  September 11, 2013

Keith Moskowitz

# EXHIBIT 1 TO DECLARATION OF KEITH MOSKOWITZ

1                     September 4, 2013

2

3                  Kirkland & Ellis LLP

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 2

1   Patrick Juneau:  Jim, your people are here.

2   ~~David Odom~~ MARK HOLSTEIN:  Are we recording this meeting?

3   Patrick Juneau:  I'm recording for minutes, yeah.

4   ~~David Odom~~ MARK HOLSTEIN:  Alright, can we--

5   Patrick Juneau:  Yeah, I was going to tell you all that.

6   ~~David Odom~~ MARK HOLSTEIN:  Can we get a copy of the recording?

7   Patrick Juneau:  Sure, absolutely.

8   ~~David Odom~~ MARK HOLSTEIN:  Thank you.

9   Patrick Juneau:  Just to make sure we're accurate, so we're

10  going to transcribe all through accuracy. ↳PATRICK JUNEAU Alright.  What about

11  the currently call in?  What I did was just tell these vendors

12  because they affect my...

13  ~~David Odom~~ UNIDENTIFIED SPEAKER:  You need to listen to this.

14  Patrick Juneau:  They're on the line?

15  David Odom:  Yes, sir, they're on.

16  Patrick Juneau:  Okay, um, let me start.  This is the, uh, panel

17  meeting, um, today.  And it has to do with, uh, BP's request for

18  a panel meeting regarding the budgetary process.  And what I'm

19  doing here, just so everybody knows, I'm just recording this, so

20  I'll make copies for everybody of the transcription for people

21  so they'll have the, uh, what we're discussing and what we're

22  doing.  Uh, but before I get into the details, one thing I want

23  to clip that I didn't have here, what's the status of the

24  minutes?

25  David Odom:  Okay, what he's talking about are the minutes we

Page 3

1   had previously given you and we were looking for your comments

2   so we can make sure that we recorded them accurately.

3   Maria Travis:  Yeah, so our plan was to get through the budget

4   parts and getting through today and then responding.  That's

5   what we're doing later this afternoon is to responds back.  It

6   was just trying to get through the budget.

7   David Odom:  That's fine.  Can we get a deadline on that just so

8   we can--

9   Maria Travis:  Yeah, we can get it to you.

10  Patrick Juneau:  Wait.  Marie. I just wanted to--was what?  I

11  mean the minutes after the meeting were held long before today.

12  I don't understand?

13  ~~David Odom:~~ KEITH MOSKOWITZ  Well I think what you're dealing with a massive

14  budget we've been going through here on short notice.  I think

15  that's even reflected in your own submission to us.  It's been a

16  very tight deadline process.  We prioritized trying to get the

17  budget comments in.  Uh, we indicated to some issues with the

18  minutes.

19  Patrick Juneau:  Yeah, I just wanted--minutes are minutes are

20  minutes to me.  I mean if they're incorrect, lets' get them

21  corrected.  We need to get that done.  I mean that's--

22  Maria Travis:  No, it's our intent was to do it after today.

23  ~~D:~~ MARK HOLSTEIN  We'll get them to you buy close of business Friday.

24  Patrick Juneau:  Oh, okay.

25  David Odom:  That's perfect, thank you.

Page 4

1    Patrick Juneau: alright, thank you.  Alright.  Uh, let me tell

2    you what I'd like to do is, um, I pretty much, uh, stayed out of

3    except for they report to me what they're doing.  I'm trying to

4    let the financial people handle whatever they got to handle with

5    regard to the budgetary world.  So what I did, uh, I had Kirk

6    Fisher, uh, compile for me--let's tell them what's in these

7    books for everybody so we'll know what we're talking about and

8    I'll get into the actual process.

9    KIRK FISHER
     K:  Okay, yes, sir.  What we've got is in front of you the

10   exhibit that we have is essentially a chronological, uh, build

11   up of everything that we've done on the budget.  It starts with,

12   um, reading your August 5 letter.  It goes all the way through

13   all subsequent emails, build up, correspondence.  It also has

14   our submission of the prior draft budget some two weeks ago and

15   then finally our, uh, submission of our final budget roughly a

16   week ago and again all of the correspondence exhibits as well as

17   the meeting, um, minutes.

18   Patrick Juneau:  Okay, I just wanted to find--everybody's got a

19   copy of that?

20   KIRK FISHER
     K:  Yes, sir.

21   Patrick Juneau:  well I mean I don't have any made.  You made

22   several I noted.

23   KIRK FISHER
     K:  Yes, sir.

24   Patrick Juneau: Okay.  Now, bring us all up to speed.  As I

25   understand where we were, um, you've been through several

Page 5

1   conferences, several meetings where you ended up with this final

2   document we had.  It was a budget submission.  I know that, uh,

3   Maria, somebody who maybe had questions, uh, tell me what that

4   reflects about the, uh, in this submission about the exchange

5   back and forth.  I'm not talking about the details but I mean

6   [INDISCERNIBLE 00:04:09] procedure.

7   ~~David Odom~~ KIRK FISHER:  Of course.  So our, uh, budget that we submitted on

8   August 28 essentially went through a narrative form.  All of the

9   issues that were raised in your August 23 letter.  So all of the

10  issues that were brought up in your 23rd were essentially

11  addressed in our final budget submission which is, uh, under,

12  uh, tab pay.  Uh, August 28, Q4 Budget--[INDISCERNIBLE 00:04:37]

13  budget.

14  Patrick Juneau:  And from your perspective the team I assigned

15  to work with that from a finance side, is that where--you see

16  where we are today?

17  ~~David Odom~~ KIRK FISHER:  Yes, sir.  That is correct.  We've answered and

18  addressed all of the, uh, issues that were noted in that 23

19  correspondence.

20  [00:05:00]

21  Patrick Juneau:  Okay, I guess, Mark, for the purpose of the

22  panel here and in view of that submission and the request for

23  the panel, just tell me where you all if any of those issues

24  are--or where what the objections are today so we'll know how to

25  proceed.

1   Mark:  We'll do that.  Um, Maria's going to go through this in

2   detail.  Fundamentally we object to the budget.  Uh, we objected

3   to the first version of the budget.  Uh, the budget we received

4   back went up, uh, by about $10 million.  Uh, we object to that

5   budget.  Maria is going to give you some details based on the

6   objection and, uh, the additional information that we think we

7   need in order to get to a budget we think is acceptable.  So

8   that will be BP's position?  Maria?

9   Maria Travis:  Yeah.  I don't know if I have enough of these

10  so--

11  KIRK FISHER
    ~~David Odom~~:  We'll make copies if needed.

12  Maria Travis:  Yeah, I'll start 2A.  It's just it's two pages

13  so.  So everybody who has one needs one has one?  Okay.  Um,

14  this is, um, the first couple paragraphs basically reiterate

15  what Mark just relayed.  The piece that I actually am going to

16  spend time walking through is the table towards the middle.  Um,

17  because those are the particular line items but if you guys have

18  any questions related to the first couple paragraphs, I'm happy

19  to address any of that.  But, um, in a nutshell kind of from

20  what we reviewed in detail, the 119, we've gone up to 131.  So

21  in having to reassess all of that in the last less than a week,

22  I guess actually a week, um, what we've come up with is the

23  minimum requirements with regards to a budget revision which

24  was--is the table in the middle.  The first one is the

25  unsupported addition of the 99 full time, uh, equivalent

1  accountants for Bell and what we've calculated that would do

2  would be reduce the budget by about roughly 11.1 million.

3  Patrick Juneau: Let me ask.

4  Maria Travis: Yeah, go.

5  Patrick Juneau: For exchange so we can--I just need to

6  under--the--I'm totally familiar with the request for the

7  additional accountants. That's what they--uh, the 99 number is.

8  Correct?

9  KIRK FISHER
   ~~Mark~~: Yes, sir.

10 Patrick Juneau: And when you say unsupported, what do you mean?

11 So I can get some definition on that.

12 Maria Travis: Sure. Um, so what we saw in the model was there

13 were 99 accountants at--you couldn't understand what that was

14 going to get us or get the facility from a perspective of

15 getting through claims because actually you saw productivity and

16 utilization going down which if we're adding people I would have

17 thought it would have gone up.

18 KIRK FISHER
   ~~Mark~~: Yeah, if you--yeah I mean with--

19 Patrick Juneau: I want to understand this whole process. Uh,

20 that's the purpose of each panel today.

21 KIRK FISHER
   ~~Mark~~: Yeah, what we did, um, and I'm going to talk in high

22 level where we don't get bogged down and I'll certainly go down

23 as granular. I know how much you enjoy that. The--as we went

24 back and started to update the driving item, we actually reached

25 back out to our vendors primarily, the accountants as well as a

1    couple of components with [PH 00:08:27] Brommer, um, to get and

2    receive updated data, for example, the task utilization and task

3    duration.  All of these are very critical as we've all

4    discussed.  Critical components to supporting this model in

5    terms of accuracy.  So with regard to our ability to reach and

6    get that information and update that information, one, that is

7    really what we saw with regards to the increase and the need for

8    additional accountants and what that really means.  Remembering

9    all the while that the model is based and built upon a look back

10   to forecast looking forward based on the claim submission that

11   are--the non-claims that are capable of being adjudicated to

12   final resolution, so maintaining that status quo and looking

13   forward, those numbers certainly change through this whole

14   process as we again in very short order started to do a very

15   quick analysis and in detail analysis quite frankly into how

16   long it takes.  Now task utilization certainly increased.  Um,

17   what we are seeing within the program is the complexity of the

18   claims as we talked in our many meetings.  What we've seen is

19   early on in the process you would have especially pre-fairness

20   hearing you would have claims that were in zone A.  Um, not as

21   complicated maybe in over generalization but certainly easier to

22   work through.  And as we started to, um, mature in terms of the

23   system, what we've seen is the complexity of claims increase, a

24   lot of the policy holds, for example, that you guys have been

25   working very familiar with have been resolved which lends itself

Page 9

1    to a far more complicated claim to adjudicate.  So we're

2    starting to see this, uh, maturation of the system which lends

3    itself to a more complicated process.

4    [00:10:00]

5    Maria Travis:  Okay.  I think the--I mean I understand what

6    you're saying but I think that it leads to the--even if you've

7    got all that in consideration, you should still I think see some

8    of the--some increase in productivity as people work through it,

9    you know and gain experience.  So I mean it may just go into

10   number two.

     KIRK FISHER

11   ~~Mark~~:  Sure.

12   Maria Travis:  Um, because it gets to the increased productivity

13   which--so when we went through the first series of adding

14   another accountant you know in Canon's letter they had indicated

15   that by adding that accountant they would get to within 60 days

16   they would get to, um, 1.5.  Um, in the model right now it's at

17   1.1.  So our next item is then just to increase it to 1.5 given

18   their statement that they can be at 1.5.  And so that's where I

19   was struggling actually.

20   Kirk Fisher:  Yeah, I think even with that a lot of the--we need

21   to look at really what does that mean system-wide and real time

22   and it's--that information is really only good for a short

23   amount of time based on the level of claims that are currently

24   being adjudicated, meaning that the system productivity is

25   really a month by month measure.  So it's not something that

1   is--we can say, uh, holistically, certainly we would all agree

2   that productivity needs to increase.  But it's really

3   challenging to look towards the complexity of all of the

4   different moving parts within the system, the complexity of the

5   policy issues that we've seen and this normal maturation of the

6   system to really kind of peg exactly which one of those things

7   are pushing the needle.  So with regards to that, again, what we

8   do know is that productivity has essentially gone up over time

9   but defining what really that appropriate productivity measure,

10  gaining the information where we can really have meaningful

11  trending is something that we've quite frankly never been asked

12  for from BP and in short order developing that trending it's

13  kind of hard to go back over time and make really solid

14  assumptions based on historical data that doesn't exist.

15  Mark Holstein:  Kirk, with apologies, you've confused me now

16  because, uh, you say that productivity has gone up.  I assume

17  you mean improved.  But we're not seeing that in the data so

18  what are you basing that on?  I'm just not I'm not following

19  you.

20  Kirk Fisher:  Well productivity in terms of reviews per day is

21  increasing.  Our ability to the natural, um, evolution in terms

22  of a reviewer becoming more skilled versus a very new system

23  that is being stood up relatively quickly.  Um, all of those

24  issues is what I mean by that.  So over time you're going to see

25  this natural improvement throughout the system.  So with--

1  Mark Holstein: I'm sorry. Please go ahead.

2  Kirk Fisher: No, absolutely. So with regards to the data, we

3  can certainly reference back to the meters chart and the most

4  current information if you can. Uh, Phil, pull that info up for

5  me. Um--

6  Mark Holstein: What data are you looking at to support that,

7  uh--

8  Kirk Fisher: Yep, so let's pull up the, uh, the meters.

9  Kirk Fisher: You know we can just speak to this--can I speak to

10 it, Phil, if that's okay. So with regards to our current, uh,

11 current BPO updated as of August 20 and this is the same data

12 that was provided to you guys. So we're looking at just south

13 of three reviews, uh, per--yeah, per month. Now that's this

14 month, yes. And then 4.6 is system capacity. So clearly as

15 we've discussed many times, this bridge between actual and,

16 um--and the system capacity is based on that task utilization

17 and task duration and so it's defining those variables over time

18 and developing a trending and a confidence level that in fact

19 what we're using to draw the models is the accurate which is

20 what we believe at this point based on the vendor and what's...

21 Maria Travis: No, I was just going to say I think both of those

22 then I think again gets into the whole need for an operational

23 review which I know we both talked about.

24 [00:15:00]

25 Kirk Fisher: Yeah, absolutely.

1   Maria Travis:  Just to get underneath what are the assumptions

2   and then how is reality playing out against the assumptions so

3   that you can see the continuous improvement.

4   Kirk Fisher:  Indeed.

        KEITH MOSKOWITZ
5   ~~Robin Pilcher:~~  But it's a threshold matter to make a few points

6   in maybe to clarify this for misunderstand data. The request

7   that was made for 100 accountants back in the spring was

8   May/June.  The representation of BP by adding 100 accountants,

9   that bog would come down and post away made a commitment in

10  adding 100 accountants.  So within 60 days, that's approximately

11  now, uh, they'd be up to 1.5 reviews per week.  So those were

12  the representations made to us.  The data as we see it, uh, is

13  that, um, backlog has grown.  It's not gone down, um, contra to

14  the representation.  And apparently  the, uh--

15  Patrick Juneau:  Okay, let me interrupt.

        KEITH MOSKOWITZ
16  ~~Robin Pilcher:~~  Yeah, go ahead.

17  Patrick Juneau:  But we ain't added 99 accountants.

        KEITH MOSKOWITZ
18  ~~Robin Pilcher:~~  No, you added 100.  So we're on the next round

19  of 100.  So you added 100 in the spring and the representation

20  to us was that the add--and it was based on just a

21  representation by the accountants as to what they thought they

22  needed.

23  Patrick Juneau:  Okay.

        KEITH MOSKOWITZ
24  ~~Robin Pilcher:~~  There wasn't an empirical support behind it.  It

25  was just we need more people.  They said you had 100 we're going

1   to reduce the backlog and within 60 days we'll be doing 1.5

2   reviews a week.  Now we're 60 days out.  Backlog hasn't been

3   reduced and we're doing about 1.1 reviews per week.  What we're

4   saying is as the threshold matter hold the accountants to what

5   they committed to.  They said they'd be 1.5 a week.  They said

6   they'd have it up in 60 days.  We're there.  Um, if you hold

7   them to that productivity commitment that they made and you

8   don't have 100 accountants, you will actually clear your

9   backlog of claims two months earlier than if you add 100

10  accountants operating at the lower productivity level. That's

11  what the model indicates.  So our point is the data, the

12  commitment to the accountants was to get to 1.5.  If they can't'

13  get there then we need to know why that is, why did they make

14  the commitment, why did we hire them, why did somebody hire 100

15  people based on that commitment and, um, if they made that

16  commitment, uh, you're going to end up doing the backlog faster

17  without incurring the costs of adding these 99 accountants.  And

18  that's what the model puts out.

19  Mark Holstein:  And I would just add one point which is I just

20  want to be clear.  We think even at 1.5 it's not an acceptable

21  productivity level but at a minimum it was what was committed

22  to.

23  Patrick Juneau:  What do you think is an acceptable?

24  Mark Holstein:  Uh, we think it's probably an order of magnitude

25  above 1.5 based on our experience with other claims processes.

1    I don't think 1.5 is acceptable.

2    Patrick Juneau: No, I misunderstood what you said. You don't

3    think the 1.5 is acceptable. My question is what do you think

4    is acceptable?

5    Mark Holstein: Yeah, it's double or triple that based on our--

6    Patrick Juneau: And based on what?

7    Mark Holstein: Based on our review of other claims processes

8    including some very complex ones.

9    Patrick Juneau: Like what? I mean so tell me what--

10   Mark Holstein: Well I'm not prepared to go into all those

11   details here. We can go into those details if that's

12   appropriate. Um--

13   Patrick Juneau: No, I'm just--

14   Mark Holstein: I'm just telling you--

15   Patrick Juneau: We're talking about budgets--

16   Mark Holstein: Yeah, our experts have looked at it and think

17   that 1.5 reviews a week is absurdly low. Even in a complex

18   process.

     KEITH MOSKOWETZ

19   ~~Kirk Fisher:~~ And in order to get at that, you need a thorough

20   operational--you can't go to the accountants and say how many

21   more accountants do you need. Um, no, they'll make their best

22   estimates. They don't have empirical data in order to the

23   budget process. They're not tracking the data that allows them

24   to get answers on process duration and setting the task

25   utilization rates. You have to have an operational review and

Page 15

1   audit of the overall system.  It has to be thorough.  That's how

2   you get at what the productivity numbers should be.  We think it

3   should be a lot higher, as Mark pointed out based on our

4   experience.  But right now to add another 100 accountants when

5   the first round of 100 accountants didn't get us anything based

6   on the data for increasing our backlog and lowering our

7   productivity.  Now we're being told add another 100 accountants

8   on top of that and as we pointed out if you just get that

9   accountant productivity up to what they committed to, just a few

10  months ago, this wasn't something they committed to a year ago.

11  The idea, the complexity, the claims to change.  There may be

12  some change in mix of the complexity claims. That was back in

13  June.  We're just we're 60 days out.  They said they'd be at 1.5

14  there.  If we hold them to their commitments you get through

15  your backlog two months faster than if you hire the 100

16  additional accountants and spend all the money on that.

17  David Odom:  Okay, I have a couple observations on that.  First,

18  uh, the volume of claims has been increasing beyond what we

19  initially bought when we were asking for the original hundred

20  accountants so that is a primer that has you know increased and

21  is increasing the backlog.  The second observation is that you

22  know in order to compare apples to apples on the, uh, program

23  metrics that you're referring to the other programs that are

24  more--just as complex.

25  [00:20:00]

Page 16

1    You know we would welcome that information so that we can

2    compare that.  Uh, the third observation is that, uh--and I

3    guess I need to know what you mean by holding the accountants to

4    the 1.5.  Um, by reducing the budget, okay, saying that we think

5    it should be 1.5 therefore your budget is this doesn't

6    necessarily hold then to the 1.5.  What it does is it just

7    limits--if they stay at that 1.1 or wherever it is, it's going

8    to limit the throughput, okay.  So if you're saying that we

9    should hold the accountants to the 1.5 is that what you're

10   referencing when you talk about the KPI issue that you were

11   discussing?

12   Maria Travis:  Yeah, it's holding them to what they--

13   David Odom:  So my observation is this, uh, for this particular

14   budget, uh, that's in front of us right now.  Going and slashing

15   the budget to meet what you think should be the, uh--without the

16   KPI's in place or anything like that is going to do nothing but

17   have the effect of then just limiting production coming through

18   unless we can get in there with an operational review which

19   takes some time to get in there, work with accountants to try to

20   get it up to the 1.5 or 1.6.  So it would be appropriate for

21   that discussion I think in the future budget but not in this

22   particular budget.

23   Mark Holstein:  So, David, your comment--thank you.  Your

24   comment assumes there's no opportunity for improved management

25   of those vendors to achieve what they said they could do.  In

1   other words, you're saying the only control, the only lever is

2   money.

3   David Odom:  No, I agree that there is the opportunity.  I don't

4   think the opportunity will yield immediate benefits.  I think

5   that that is a--you know just based from my experience on these

6   types of programs, uh, you know you get in there, you dig in,

7   you get the--first of all you got to get the information and

8   then got to analyze it and then you know start to work with the

9   vendors to get the production levels up.  Uh, there may be some

10  red blots. I mean you can't just talk in generalities. I  mean

11  you got to get down into the details.  You got to see what are

12  the red blots.  I mean there may be some [INDISCERNIBLE

13  00:21:55].  You can't just throw you know a number out there and

14  say, hey, I think it should be this because other programs sort

15  of like this and therefore we're going to put the budget here.

16  What makes more sense is to go in and let's look at it in more

17  detail.  Let's you know hold the budget to where we are right

18  now.  Let's look at it in more detail and then you know that

19  would be future discussions.  Once we have that data we can work

20  with each other to, uh, you know, look at the red box and

21  actually look at the processes.

22  KEITH MOSKOWETZ Then talk about bridging the gap there.  So if you hire

23  100 accountants, you go out to do it today, how long is it going

24  to take you to acquire those accountants?

25  Patrick Juneau:  What?

**KEITH MOSKOWITZ**
1    ~~Keith~~: It will take you to acquire those 99 accountants,

2    ballpark. If you see--if you went out today to market your

3    vendors?
     **ROBEN PELCHER**
4    ~~David Odom~~: Yes, based off of our prior experience, uh, we're

5    looking at 60 days.
     **KEITH MOSKOWITZ**
6    ~~Keith~~: Okay, so you're 60 days out. So you're two months

7    into--so we're funding a fourth quarter budget for 99

8    accountants who can't even be hired minimum 60 days. How long

9    does it take to train them to--
     **ROBEN PELCHER**
10   ~~David Odom:~~ Keith, just for clarification, that's hired,

11   trained, on boarded and processing.
     **KEITH MOSKOWITZ**
12   ~~Keith~~: Okay, so you're 60 days out. So you're two months into

13   the budget.
     **ROBIN PELCHER**
14   ~~David Odom~~: Which is why--just clarification, you keep talking

15   about--we haven't added the 100 accountants. So these numbers--

16   Patrick Juneau: I want to address--I just want to--
     **ROBEN PELCHER**
17   ~~David Odom:~~ Yeah, these numbers that we were talking about, the

18   1.5, that had to do with if we added a hundred accountants.

19   That request that was made back in the spring has still not come

20   to fruition. We're still talking about the same--

21   (OVERLAY)

22   David Odom: The only confusion here is that when we set the

23   task orders some time ago we had had, uh, those numbers in there

24   and the accountants had never gotten to that level. They

25   finally reach and hired up to that original level we put in the

Page 19

1   task.  We never authorized any additional beyond the initial.

2   Patrick Juneau:  That's my recollection.

3   ~~Kirk Fisher~~ KEITH MOSKOWETZ:  But we're--I think we're seeing--maybe it's

4   confusion on our part.  We're seeing in the model, we're seeing

5   a hundred plus the 99.  We're counting 199.

6   David Odom:  So you're saying above what we currently have now?

7   Maria Travis:  Yeah, we're--so what we currently have now we

8   were seeing uptake of 100.  So we saw between PNN and, uh, PWC

9   we were seeing the uptake.

10  ~~David Odom~~ KORK FESHER:  Of, yeah, of the 99.  That is correct.

11  Maria Travis:  Yeah.  No, we were seeing the uptick of the

12  hundred and then when you said 99 then we were seeing--so

13  maybe--

14  David Odom:  Well let's push on and make sure I'm clear okay.

15  The model that we put in place shows 99 accountants in the

16  budget.

17  Maria Travis:  Right.

18  David Odom:  That is in the budget now.  Okay?  You're saying

19  in addition to those 99 that we've identified that you've also

20  noticed that there's an additional hundred?

21  Maria Travis:  Yeah, the prior--maybe it's just because of the

22  task orders but in prior to the submission last week we were

23  interpreting that the hundred were already in there given the

24  task orders and whatnot.  So are you saying that's not--

25  ~~Robin Pilcher~~ PATRICK JUNEAU:  It's not so.  That's--

Page 20

1   Maria Travis:  That's' what I'm trying to understand.

2   ~~Robin Pilcher~~ DAVID ODOM:  No, we've never authorized an additional

3   hundred, okay.  Like I said, what we had was a task order level

4   that we had set you know back when the contracts were negotiated

5   that they were working their way up to.  We never had it and

6   then the discussion of the additional hundred accountants came

7   after those were in place.

8   [00:25:00]

9   Maria Travis:  So are we saying then that the 99 that are here

10  are the same as the hundred that were previously discussed?

11  ~~Robin Pilcher~~ DAVID ODOM:  Yes.

12  ~~David Odom~~ KIRK FISHER:  That is correct.  That's how we're viewing it.

13  ~~Robin Pilcher~~ KEITH MOSKOWITZ:  We'll have to go back and get the bomb on that

14  because we didn't pick that up.

15  ~~David Odom~~ KIRK FISHER:  Sure.

16  ~~Male 1:~~ KEITH MOSKOWITZ:  But I think going back from Robin's helpful comments.

17  The fundamental point we're making is if postal rate can commit

18  to get the number of leads up to 1.5 per week in 60 days, if

19  they can get it up to 1.5 in 60 days for new accountants they

20  hire off the street, they certainly should be able to get it up

21  to 1.5 for the existing body of accountants who have now been in

22  the program for, what, 18 months.  If they hit that productivity

23  target they set themselves, you're going to clear your backlog

24  according to the model two months earlier than if you add the 99

25  at all.  And so you're just spending money to make a less

1   efficient process.  If you hold them to the 1.5 with their

2   existing workforce, frankly it seems intuitive to us, maybe

3   we're missing it, that if they can get new accountants off the

4   street who have no exposure to the program up to 1.5 in 60 days,

5   they should be able to do arguably even better from the body of

6   accountants they've got who have been working in the programs

7   for you know close to two years.

8   David Odom:  And once again my statement on that is that

9   requires a pretty in depth analysis on our part to really get in

10  there and see if that 1.5 can be achieved and if it can you know

11  what we do to get that from A to B.  Now we can get in there and

12  get that done and you know start to put together a time pretty

13  quickly but the [INDISCERNIBLE 00:26:23].

14  Patrick Juneau:  Let me ask you this question.  That's why I

15  asked the vendors to be here.  Court appointed vendors they're

16  an integral part of this whole process.  Um, you heard, um,

17  addressed that any of the accountant statements by Keith.  Do

18  you have any comments one way or another about that?  We just

19  need to get the facts on the table is what I'm looking for.

20  ~~Kirk Fisher:~~ ROBIN PILCHER  I guess the one thing, Keith, adding the hundred

21  was not to get the productivity to 1.5.  It was to take care of

22  increasing backlog that we say months ago.  Uh, that was the

23  request.  We made in the earlier memo, in the statements, we

24  were completely re-reviewing how we do things to become more

25  efficient but we knew there was not enough tweaks that could be

Page 22

1   made to take care of the backlog that was increasingly growing

2   due to the number of new claims coming in the door that

3   were--that we completely did not expect at this level. So I

4   think it's two different things.  You're saying the hundred

5   accountants is to increase productivity.  We're saying the

6   hundred accountants request was originally because of the large

7   increase and inflow of new claims.

8   Mark Holstein:  Then what are you doing to meet the commitment

9   to get to 1.5?
        ROSEN PELCHER
10  ~~Kirk Fisher~~:  We've done a number of things and we're starting

11  to see that.  WE have been seeing that over the last several,
                        KEITH MOSKOWITZ
12  uh, weeks.  ↳But the model is showing the opposite.  The model is

13  showing you were doing about two reviews per month in April.

14  You went to about--you were about 1.7 in May and June actual and

15  now the models got you at 1.1.  So actually you're going not

16  only trending down, you're trending down in productivity

17  significantly.

18  David Odom:  Yeah and that's the argument of the complexity of

19  the claims that are coming through.  However, like I said, it

20  requires more of an in-depth analysis.  The claims that they're

21  processing are more complex then they were.

22  Maria Travis:  Just in a three month period?

23  (OVERLAY)
        PHIL OLLENDEKE
24  ~~Male 2~~:  Can I just say something?  That, um, that 1.5 is

25  a--would be considered to be a [INDISCERNIBLE 00:28:16] just

Page 23

1   like the 1.1. So there's you know the [INDISCERNIBLE 00:28:19]

2   aspect that Garden City plays an integral role in and the data

3   capture, uh, portion, um, on the data entry that leads into

4   [INDISCERNIBLE 00:28:30]. So that's a function of all of the FT

5   hours that goes into the BEL process. It's not PWC or PNN. It's

6   all the combined collateral collective effort.

7   ~~Male 2~~: KIRK FISHER  So the system wide use.

8   ▸ Right. KEITH MASKOWITZ  Btu we're showing it's system wide BEL 1.5 you clear

9   your backlog two months faster than if you do 1.1 without the

10  additional 99. And that's the fundamen--that's an actual metric

11  now.

12  David Odom: yeah, I'm thinking about [INDISCERNIBLE 00:28:55]

13  but you know like I said the big question is how to get to the

14  1.5 from where we are and that's going to acquire more in depth

15  analysis.

16  ~~Male 2:~~ KEITH MASKOWITZ  Right. So what is the justification for calling on the

17  trust to disperse, um, three months worth of, um, the trust

18  assets toward the hiring which is a process that will start and

19  it can't be unwound. You can't start hiring the 99, get them

20  all on board, get them trained and then figure out as we get

21  more in depth you know 60 days, 90 days into this step well we

22  got up to 1.5 and so this allocation of resources was wasteful.

23  I mean it really wouldn't be here if you accept the metrics.

24  How do you get there?

25  David Odom: Right. No, I hear your point.

KEITH MOSKOWITZ

1   Male 2:  I mean trust is going to squander assets if you can get

2   up the productivity now.  It's that simple.

3   Robin Pilcher:  And my only comment to add to that would be I

4   don't think it's a wastefulness.  I think it's your finishing

5   quicker.  Right now we have a huge backlog that is growing every

6   single day.  If you add more resources, that teaks care of the

7   increase in claims coming in the door.

8   [00:30:00]

9   If those claims don't hold at the level that we are anticipating

10  in seeing from the models right now, that means you're attacking

11  that backlog on a quicker basis.  You're winding the program

12  down.

    KEITH MOSKOWITZ

13  Robin Pilcher:  Yeah, but the metrics shows the opposite.

14  Maria Travis:  Yeah.

    KEITH MOSKOWITZ

15  Robin Pilcher:  The metrics show that if you improve

16  productivity to 1.5 reviews per week you will finish the backlog

17  two months faster than if you keep your--that you add the 99

18  accountants and they're at 1.1.  If you're saying you can't

19  improve productivity I suppose that's a different question.

20  David Odom:  So are you saying then that on the 99 accountants

21  that the objectives are in the 99 accountants until more data is

22  given and--

23  Maria Travis:  Yeah.  That's right.

24  Patrick Juneau:  That's what I'm understating.

25  Maria Travis:  Yes, that's true.

Page 25

1   David Odom:  so let's just let's take that as one position.

2   ~~Robin Pilcher~~ PATRICK JUNEAU: Okay, alright.

3   David Odom:  Okay.

4   Mark Holstein:  And I think we've covered the number two

5   productivity?

6   Maria Travis:  Yeah, two is kind of the same thing as the

7   productivity piece.  So I agree there.

8   Patrick Juneau:  What's that?

9   Mark Holstein:  We've covered number.

10  Patrick Juneau:  Two, yeah, I agree.

11  Mark Holstein:  We're to the current productivity levels.

12  Maria Travis:  Okay, um, then item number three the revision is,

13  um, it appears as though in the model the current model has 205

14  FTE's for seafood determinations.  But it looks like it's taking

15  that out through the fourth quarter when it looks like the

16  claims actually are completed before October 1.  So it just

17  seemed like we had FTE labor intense where there are no claims

18  associated with the seafood compensation.  Is that...

19  ~~Male 2~~ PHIL OUIVOCKE:  Maria, I can speak to that.  Uh, a large portion of

20  that is, uh, again with complexity as we're getting to like you

21  know the trough of the rest of the claims that are being

22  processed.  You've got a lot of claims that, um, require a lot

23  of outreach and, um, additional effort that goes into the

24  processing of those, uh, claims.  Additionally there are more

25  complicated claims that are getting sent for accountant review

1   and there's also a lot of uncertainty still outstanding with the

2   secondary payment, uh, process and how that's, uh, going to be

3   handled.  So whether it's in you know a look back at all the

4   claims that have been processed to an eligibility notice.  Um,

5   the assumption that goes along with this claims processing is

6   that, uh, through the fourth quarter of 2012 is when the

7   expectation for secondary distributions should be handled and,

8   um, that's why those--that staff--their staffing levels have

9   been carried through into those months.

10  Maria Travis:  So we're saying that through the rest of this

11  quarter.  So through the rest of 3Q we'll get through all the

12  claims that are currently there.  So the forecast of the seafood

13  claims is correct then, that there are no claim determinations

14  to be made after the end of the third quarter.  Is that right?

15  So then what's left in the fourth quarter is just the second

16  phase and that requires 205 FTE's?

PHIL OLLENDCKE

17  ~~Male 2:~~  So when the time [INDISCERNIBLE 00:32:50] for seafood,

18  um, are [INDISCERNIBLE 00:32:51] they're--somehow using the on

19  the time stamps that goes into the BG process and a lot of those

20  times I think are you're going to see them go up with, uh, with

21  more complexity of the claims.  So, um, those model projections

22  going forward through the end of Q3 are based on historic

23  performance and you're probably in estimate in assumption with

24  that is that there's going to be, um, more time required and

25  there could--you're accurate in stating that there's probably

Page 27

1    going to be reduced, uh, amount of effort required on the

2    seafood claims going into fourth quarter but, um, along with the

3    assumptions and uncertainties that have been listed in the model

4    there's you know that the secondary processing for Q4 is going

5    to require some effort as well.

6    Maria Travis:  Let me--so the third revision is specific to just

7    seafood. So I guess where I got confused was are we saying that

8    there's still complexity in the seafood claims that had yet to

9    be determined and that we think--there's a disconnect

10   between--in the model it shows basically that the claim

11   determination was completed at the beginning of the fourth

12   quarter.  So my interpretation was then anything related to

13   seafood in the fourth quarter was all set to phase.  So there's

14   no determinations to be made.  Is that--

15   ~~Robin Pilcher~~ KEITH MOSKOWETZ:  Yeah, that's accurate.  If you look at what we

16   did here, we didn't reduce the number to zero.

17   David Odom: Right.

18   ~~Robin Pilcher~~ KEITH MOSKOWETZ:  We left in what we think is a reasonable figure

19   for whatever we--reconsiderations which is what we understand

20   you're talking about.

21   Maria Travis: Yeah.

22   ~~Robin Pilcher~~ KEITH MOSKOWETZ:  But if the model is telling us all the claims

23   are done, processed in October 1, we don't see any empirical

24   support for retaining 205 FTE's.

25   Patrick Juneau:  Alright.  Just go back because we're talking

1   about the seafood processing here.  Who's on the phone from

2   Brown Greer?  Hello?

3   Orran Brown:  Hey, Pat.  This is Orran Brown and Lynne Greer is

4   on.

5   Lynne Greer:  Lynne's on as well.

6   Patrick Juneau:  alright.  Um, I'm raising this issue--Maria

7   raised issue about the seafood thing.  I mean you all are

8   adamantly involved in that.

9   [00:35:00[

10   Do you have any questions or comments about that so we can have

11   a full discussion of this matter involving budgeting regarding

12   staffing and so forth in the seafood area?

13   Orran Brown:  Sure.  We've been targeting, trying to finish,

14   Seafood [INDISCERNIBLE 00;35:15] as soon as possible so that we

15   can do the second distribution and close the program. The, uh,

16   the back modeling that you're looking at, um, I haven't fully

17   seen and I'm not sure exactly what the premises are for

18   extending headcounts into the fourth quarter. There will be

19   reviewer time in the fourth quarter as I've heard mentioned on

20   the clean up and there are certain late claims that relate back

21   that you still get filed that we're still receiving that under

22   the polices about permitted late claim filings are a few of them

23   stilling driven the [INDISCERNIBLE 00:35:52] reviewers.  There

24   are cleanup activities on all the claims and then preparing all

25   the, uh, steps for the second distribution including making sure

1   that we have all the right offsets and the predicate amounts

2   correct for each claimant in light of offset that will form the

3   basis of a co-rated distribution calculation.  And some of that

4   requires individual claim review to make sure that all the

5   numbers are correct.  Um, it our hope that we will beat that

6   budget, um, and that we wouldn't need all the--and we're not--we

7   have seafood reviewers that are not solely dedicated to seafood.

8    They do other things when their seafood activities are not, uh,

9   the main in the day.  And so people sometimes hard to swap one

10  category another because they're cross trained in a lot of

11  different things depending upon what their needs are that day.

12  But we think that in the fourth quarter if things hold according

13  to what we're predicting that we will be able to beat that

14  budget on people allocate the seafood per say. The thing that

15  everybody has to remember about this budget process is that it

16  is not purely a function of reviewer headcount.  We have--and

17  it's not purely a function of initial review queues.  There are

18  reconsiderations, re-reviews, incompleteness re-reviews and the

19  quality assurance reviews all of which require [INDISCERNIBLE

20  00:37:27].  We need to make sure that they're in your

21  calculations and the seafood people at various levels, including

22  managers on up are involved in all of the policy making issues

23  and the discussions of seafood control that we have to tap into

24  people and take their time whenever we're dealing with policy

25  issues that one or the other party contests or that settlement

Page 30

1   agreement doesn't' answer for us and we're having to figure out

2   rules and there's a lot of them left in seafood particularly

3   issues involved that we already talked about with the seafood

4   neutral several occasions about how to calculate sex

5   distribution. And so that takes up time and in particular

6   reviewer per say reviewer as reviewer reviewing claims for the

7   first time, we don't think any of that should be going on after

8   October 31 if we can keep to our current schedule unless there

9   are some late claims that come in that are acceptable as

10  relating back to a prior filing under the existing late claim

11  policy.

12  Patrick Juneau:  Do you all have any--you wanted to say

13  something?

14  ~~David Odom~~ KORF FISHER:  Yeah, those items are--those times are included as

15  well in this 205 FTE's.  You have to re-review, etc.  I think

16  what we need to do is look back at the, uh, revisit the FTE and

17  the model requirements on the seafood in particular.

18  ~~Robin Pilcher~~ DAVID ODOM:  Yeah, a little more on that.  I want to go

19  actually go back to number two.  I apologize for going back up

20  just so that I'm clear you know I understand number one.  You're

21  talking about not adding the 99 FTE's.  Um, number two, uh, when

22  you say increase BL accountant productivity and I assume you're

23  saying from the 1.1 to 1.5.  You say that's going to be a 12.97

24  million savings.  Are you saying that by increasing the

25  accountant productivity to the 1.5 that we would be able to

Page 31

1    eliminate additional accountants and that's how you come up with

2    the 12.97 million?  So you're looking for a staff reduction?

3    Maria Travis:  No, it wasn't so much a staff reduction.  It was

4    just increased productivity.  Being more efficient.

5    ~~Robin Pilcher~~ DAVED ODom:  So how does that result in a $12.97 million

6    savings for the budget I guess is what I'm getting at?

7    ~~Kirk Fisher~~ KEITH Moskowetz:  Look, it's in the footnote as how--in terms of how

8    the calculation is pertained.

9    ~~Robin Pilcher~~ DAVED ODom:  The what?

10   Maria Travis:  You see the one sentence?

11   ~~Kirk Fisher~~ KEITH Moskowetz:  Is' in the footnote here.

12   Maria Travis:  It says the calculation was achieved by reducing

13   the accountant hours in process duration calculation to 28.3 for

14   claims.

15   ~~Kirk Fisher~~ DAVED ODom:  right, which means--

16   Patrick Juneau:  I mean if we're--

17   ~~Kirk Fisher~~ DAVED ODom:  You're [INDISCERNIBLE 00:39:59] out to get the

18   reduction.

19   Patrick Juneau:  That's the same thing, isn't it?

20   [00:40:00]

21   ~~Kirk Fisher~~ DAVED ODom:  Can't just have you know that level of FTE's work

22   that you know work part time, so that would be a staff

23   reduction.  I just want to make sure we're clear on what we're

24   asking here so that when we consider these things.  You know

25   look, I understand, uh, what you're after here and talking about

Page 32

1   productivities and things like that and I understand getting

2   more information so we can understand you know whether we can

3   achieve this productivity, etc.  But when we start talking about

4   savings, I think we need to be clear on what the end all you

5   know process is with our budget and that is if we're--if you're

6   talking about decreasing FTE's and that would be the same in

7   number three then that's what we need to know so that we

8   understand that if we accept any of these things that the result

9   is that we would have to down staff at that point.

10  Maria Travis:  Yeah, I guess in my mind it's--I don't know from

11  a resource perspective you know how that might impact it.  I

12  guess the way I was looking at it was we're saying that there's

13  an efficiency level or utilization level that can be optimized

14  and by optimizing it more it reduces that--if the counter impact

15  of that is a reduction in head count, then maybe I don't know.

16  David Odom:  What is the current about?  Where are we at for to

17  process a BL claim for accountant?

18  ~~Male 2~~ PHIL OLLENOCKE:  Cart hours.

19  David Odom:  About 50?  That's only three if you're doing three

20  a month.

21  ~~Male 2~~ PHIL OLLENOCKE:  Yeah, it's, um, it's 41.2 fully functioning hours.

22  So--

23  David Odom:  Okay.

24  ~~Male 2~~ PHIL OLLENOCKE:  --its' the utilization.

25  David Odom: Right.

PHIL OLLENDCKE                                          Page 33

1   ~~Male 2~~:   47.2.

2   David Odom:  So if you're going from 47 to 28 I mean that's

3   half.

4   Maria Travis:  But if we got backlog too I mean it wouldn't be

5   an immediate.  Ultimately yeah you would get there but--

6   David Odom:  But the impact on the Q--there would be no impact

7   on the Q4 budget because you wouldn't knock out the backlog by

8   then.  So that's the gist of what I'm saying.  Right, so, um, so

9   I guess we need to understands where you're talking about

10  reduction of the, uh, staff or just knocking out the backlog

11  faster which at that point would mean it would be a zero impact

12  to the budget for this quarter.  Future quarters yes I

13  understand.  So that's--I mean so I'm just trying to understand

14  what you're asking for.

15  Maria Travis:  Yeah.  Can I get back to you?

16  David Odom:  Yeah.  Absolutely.  And you know the other thing I

17  want to say is you know, uh, you know of course we didn't't' have

18  this before the meeting so it would have been a little bit nicer

19  if we had this maybe on Friday so we could have prepared better

20  answers instead of we're kind of having--

21  Mark Holstein:  we didn't have it on Friday.

22  Maria Travis:  Yeah, exactly.

    ILORK FCS HER

23  ~~David Odom~~:  So we're working quick to understand.

24  Mark Holstein:  Fair enough.  The whole schedule is compressed.

25  Maria Travis:  Yeah.

Page 34

1    Mark Holstein:  Okay.

2    David Odom:  Uh, so on number two then we're not sure.  Number

3    three I would imagine is you're looking at reducing FTE's on

4    that particular item.

5    Mark Holstein:  That's right.

6    David Odom:  Okay.

7    ~~Robin Pilcher~~ KORK FISHER:  And I can get back to you on that.

8    Mark Holstein:  alright.

9    Patrick Juneau:  You want to?

10   Maria Travis:  I'm good.  Want to go to four?

11   Mark Holstein:  Yeah.

12   Maria Travis:  Okay.  Um, so number four is, um, it's non-BEL

13   types but getting, reducing the, uh, the task or improving the

14   task utilization to be the same level as the BEL.  So basically

15   where all claims have the same task utilization rate of 80

16   percent as opposed to differing rate.  I mean just from a goals

17   and objective perspective where everybody is kind of on the same

18   expectation.

19   David Odom:  Same with the--and so it's a reduction of hours as

20   well.  So the question again is  you know we're reducing FTE's

21   or are we just reducing hours because I know that some people

22   are working 50 hour weeks and so we go to a 40 hour week it

23   would be a combination of reducing some hours and reducing so

24   those are the things we need to know.

25   Maria Travis:  But all that plays into the metrics and the KPI

Page 35

1   piece too, right?

KIRK PISHER

2   David Odom:  Absolutely.  It does.  But like I said, a lot of

3   this stuff, uh, it could be a savings to the program and not

4   necessarily on this budget because if you have backlog it means

5   you can--

KIRK PISHER

6   Robin Pilcher:  You can spend it on backlog.

7   David Odom:  --process it all faster.  Uh, and you would kick

8   that savings down to the future quarters.

9   Maria Travis:  Okay, I have five as simply respect to the GCCF

10  file review.  So I know in your response you indicated that it

11  would be done I think by November.

KIRK PISHER

12  David Odom:  Correct.

13  Maria Travis:  What we're saying here is why do they need--why

14  does it all have to be done to begin with, um, as opposed to

15  doing them on those that come in.

DAVID odom

16  Robin Pilcher:  Right, so you know in the beginning and Neil

17  Zola are you on the phone?

18  Neil Zola:  I am on the phone.

DAVID odom

19  Robin Pilcher:  Okay, let me--I'll start real quick and then let

20  you kind of jump in but early on in the program you know, uh,

21  for efficiency purposes and try to get claims.  Remember when we

22  had a lot of claims coming in the door, uh, we wanted to process

23  all the GCCF files so that when a claim came in we could you get

24  at the GCCF data.  We'd have to scrub it to make sure it didn't

25  have information in there that didn't belong like someone's PII

Page 36

1  that needed to be scrubbed, things like that.

2  [00:45:00]

3  And so there was a, um, I think it was throughout the transition

4  process the decision was made that, uh, we would get all these

5  files converted, not necessarily related to claims but when a

6  claim came in then it would be ready and we'd have the

7  information to go.  And so, uh, Neil, you may want to go a

8  little farther into that, how that came about and then also, uh,

9  the, uh, the process for selecting which files were converted

10 first or scrubbed first.

11 Neil Zola:  Yeah, I'm not sure there's too much further to go.

12 The decision was made and as I recall by Mr. Juneau that he

13 wanted total transparency of everybody being able to get at

14 their claims online right away so that there was some talk early

15 on that well maybe we could have a delay and when someone filed

16 a claim, uh, and then was active we wouldn't give them access

17 until we went in and scrubbed the claim and then we decided, no,

18 we wanted everybody to be able to have access so in order to do

19 that we had to go in and just try to scrub every claim that we

20 could.  Um, you know trying to do this as efficiently as

21 possible at this point we're trying to impact the claim that

22 have less fade in them, less documents in them.  Some of these

23 are very voluminous and take days to get through.  Um, and so

24 that's' just the process we've been on you know from day one.

25 ~~Keith~~ *KEETH MOSKOWETZ*:  What percentage of claims that you've converted actually

Page 37

1    have claimants come into the facility and access those converted

2    files?

3    Neil Zola:  I'm not sure I understand that question.

4    Keith:  Well you had GCCF files say at 100.  You converted 100.

5    What percentage of the hundred have been claimants who have

6    actually come into the CSSP and accessed those prior GCCF files?

7    Neil Zola:  Anyone who's come in online has accessed their file.

8    KEITH MOSKOWETZ
     ~~Keith:~~  I understand that.  My question is what percentage is

9    it?  If you had 100 GCCF files, did 25 people who had former

10   GCCF claims come in and access their files?  75 out of 100?  90?

11   Neil Zola:  I don't know.  I can get that.

12   KEITH MOSKOWETZ
     ~~Keith:~~  So no study has been done to get the empirics on that?

13   Neil Zola:  I can get that answer for you if you want the

14   answer. I don't think I need to do a study to get that answered.

15   Patrick Juneau:  Let me ask you this.  If the question BP is

16   raising as well is that something that's even necessary?

17   Maria Travis:  Yeah, yes.

18   David Odom:  What they're asking is, uh, they're asking if it

19   would make more sense for us to change our methodology to go as

20   a--as needed basis now to where if someone files a claim and

21   they had a GCCF then you'd grab it and you scrub it and you put

22   it rather than just scrubbing the remainder whether they have a

23   claim or not.

24   NEIL ZOLA
     ~~Orran Brown~~:  We--David, just to be clear, we can certainly do

25   that.  In fact, I think at the very beginning we may have

Page 38

1    agitated that.  But the problem is what you can't do then is let

2    their file go live.  If we're going to take that approach we

3    should just wait until they can access their files until we've

4    had time to scrub it.  They don't want to have a situation where

5    you sort of knowingly have someone in there with potential PII

6    problems.  So I have no problem with that change if that's what

7    you want to do and I can create slight delay before they get

8    their access to all the documentation.

9    Patrick Juneau:  I understand the issue.  What I want to know is

10   the effect of that.

11   David Odom: Right and I don't think we can really you know come

12   up with an answer to that at this very moment.

13   Patrick Juneau: Well we can talk about it right now.  With the

14   PSC you all have any input at all on that issue?

     JIM ROY

15   ~~K:~~  Actually, Mr. Administrator, we apologize for the

16   interruption.  We were just bemoaning the fact that you have

17   ruled against us several times on a parallel issue of access to

18   information when we complained that neither BP nor class counsel

19   should have access to any of this until the determination is

20   actually made.  But I think directly on point it's probably

21   irrelevant to the current controversy with BP.

22   Patrick Juneau:  Alright well the issue on the table for

23   consideration is whether, uh, that's something that's necessary

24   we should do and not do at this stage.

     KERK FISHER

25   ~~Robin Pilcher~~:  That's the issue.

Page 39

1   Patrick Juneau:   Huh?

2   ~~Robin Pilcher~~ KIRK FISHER:   That's the issue.   Neil, how many--what percent

3   complete are you?  Are you prepared to speak to that?

4   [00:50:00]

5   Neil Zola:  Well I don't know in certain terms of complete.  I

6   know the estimates I've gotten from my people are based on how

7   many people we have working on it and how many files are left

8   and how big the files are, uh, that I'm being told with some

9   good confidence that by you know sometime in November we should

10  be done.  I don't know what that means in terms of percent.  But

11  I do know that we're you know we're talking about probably about

12  three more months to be complete.

13  Patrick Juneau: Okay, well I got that for consideration.  Okay.

14   Alright.

15  Maria Travis:  Okay. So, um, so item six is, um, to eliminate

16  the prior IT development spending until further requested

17  information can--is provided and what we're stating here is it's

18  back to--there's development--you know program has been up for

19  two years and just trying to get line of sight as to what is the

20  development activity going on.  So our suggestion was remove it

21  and, um, provide project level budgets in which they can be

22  reviewed by Chris Reed and then, uh, BP have the opportunity to

23  review it, consent to the project level budget as per the

24  settlement agreement.

25  ~~Robin Pilcher~~ DAVID COEN:  Okay and just so you know we understand what

Page 40

1    you're asking for here, what you're asking for is that until we

2    can get those, uh, project estimates and approve those project

3    estimates that their staff would not be paid. So you know so we

4    would have to basically reduce the level of FTE's, get those

5    estimates in, get them approved and then they would have to hire

6    them back.

KEITH MOSKOWETZ

7    ~~Male 2~~: So if you can--first of all we're off the fourth

8    quarter now by still 30 days.  We have--this hasn't

9    materialized.  It is our view that it should not be particularly

10   difficult to put together project level budgets for these

11   individual project that were spelled out in your obvious 20 page

12   letter.  You spelled out what the projects are, [INDISCERNIBLE

13   00:51:49] projects and Brown Greer and sticking these out for

14   some time.  Don't worry we're not going to be operationalized

15   but in our view there's plenty of time to put together project

16   level budgets and try to knock these out.

17   Lynne Greer:  Keith, this is Lynne.  How would you propose on an

18   ongoing basis when questions or demands get made on us that we

19   have to react to because of policy changes or because for

20   example on the weekly calls that are teams have with your folks

21   at BP where BP asks for additional fields or additional access

22   or additional reports, how do you propose that we handle the

23   turnaround time for that because what that would mean is that if

24   we get a question from the BP user group on a Tuesday to open up

25   a field or provide a report we would have to stop and say that

1    we can't provide that until we have time to do a budget, which

2    by the way is taking a lot of people away from actually

3    productivity on the claims processing.  So how--if we follow

4    this model, how do you propose that we handle the ongoing

5    demands for things that are all [INDISCERNIBLE 00:52:55] basis.

6    ~~Keith:~~  KEITH MOSKOWITZ   So, Lynne, thanks--

7    Orran Brown:  And as you think about that, add this too.  Like

8    for example, this is a warning, uh, the panel session we last

9    had, we talked about a policy regarding corrective actions and

10   in what circumstances the system would issue a restated notice

11   or revised notice that if something changed in the policy or

12   something changed in the claim from the prior notice and we had

13   a policy that we had--the claims administrator had adopted and

14   we had planned for and we had a panel session on it and things

15   changed.  We're redoing that policy.  We're going to have

16   different circumstances under which notices will be reissued and

17   that requires reprogramming, uh, every notice that we do to

18   accommodate that change.  Those are non-specific project items

19   but the things Lynne mentioned that are ongoing day to day

20   alterations to existing programs because of rule changes or

21   changes in circumstances how do you think that that can be

22   projected and handled on a budget project basis?

23   ~~Keith:~~  KEITH MOSKOWITZ   So, Orran, I guess the first comment is BP doesn't

24   manage the CSSP.  So how the CSSP manages its vendors is not

25   something, uh, that BP has control over.  What we do have the

1    right to do under  the settlement agreement is to, uh, provide

2    consent and to reasonably withhold it if appropriate, uh, based

3    on a budget that's submitted. What we've simply said here is

4    that the information provided in the budget about these

5    development costs is not sufficient to allow BP, uh, to

6    determine that they would consent to those costs.  So for these

7    particular projects we've asked questions about, if we get

8    project level budgets, we'll take a look at them and BP will

9    exercise its rights under the settlement agreement.  With regard

10   to how, uh, Brown Greer's IT, um, spend is managed on an ongoing

11   basis, uh, in our view that's responsibility of the claims

12   administrator and, um, you know we'll take the budgets that come

13   out of that process.

14   [00:55:00]

15   We'll take the invoices that come out of that process and we'll

16   exercise our contractual rights.  But your questions I think,

17   and I'm not suggesting they aren't good questions, they're just

18   not I don't think appropriately addressed to us.  But I know

19   Mark may have anything to add to that.

20   ~~Kirk Fisher~~ MARK HOLSTEIN:  No.

21   ~~Patrick Juneau~~ DAVID ODOM:  Okay, well we understand that. Do you want--

22   ~~David Odom~~ PATRICK JUNEAU:  Go ahead, Orran, sorry.

23   Patrick Juneau: Go ahead.  Orran, you wanted to say something?

24   Orran Brown:  What additional information do you need?

25   ~~Keith~~ KEITH MOSKOWITZ:  I think we've outlined in our August 23 letter the

1   information that we were looking for.  Our proposal is to

2   have--and we got a response in October 20--on August 28 that

3   didn't provide the information we were asking for, detailed

4   projects that comprise the, um, was it $1.95 million budgeted

5   spend on development.  And our proposal is to get, uh,

6   project--for those projects identified, get a budget for each of

7   the projects that according to our experts that is not an

8   unreasonable request in the IT world when we get projects.

9   David Odom:  And we have reached out to Brown Greer for that but

10  I mean this is such a tight compressed timeframe it takes some

11  time to come up with accurate estimates on the projects.  So

12  like I said, this is just another one of the instances where you

13  know we're gathering that information.  They've agreed to

14  provide it.  Uh, but you know what we have to consider here and

15  what paths to consider are we going to penalize them now because

16  we made an ask in a short amount of time to get the information.

17  S o that's just something we have to look about because when I

18  see a reduction of 1.95 million in the budget, that means that

19  you're looking at reducing FTE's, um, and you're assuming that

20  that's going to be once we get more accurate, uh, information on

21  the projects, um, and that BP has a chance to look at that.  So,

22  um, you know I understand the issue and so we'll take that away

23  and we'll discuss it.

24  Maria Travis:  Uh, so number seven is, uh, to adjust the Brown

25  Greer Gardens to call restaffing levels based on the 10 percent

Page 44

1   minimum call duration.  So this I think is maybe just a one

2   model thing because then you talked about how that was adjusted

3   in the model.  We didn't see where it was adjusted.

4   Patrick Juneau:   Do you want to address that?

5   David Odom:  What was it again?

6   ~~Male 2:~~ PHIL OLLE-OLLE:  Yeah, I know the, uh, the Garden City Group was

7   adjusted down to 10 minutes.  Due to their, uh, reduction in

8   staffing they're still you know--they're still within the

9   threshold of the non-reviewers that we calculated based on our

10  calculation and distribution of calls per hour.  Their current

11  staffing levels and predicted staffing levels through the Q4 are

12  within those thresholds.  So it's' approximately 20 callers for

13  Garden City and the calculation within the model shows

14  approximately to handle the expected calls between 16 and 20

15  callers so.

16  ~~Patrick Juneau:~~ DAVID ODOM:  Are you saying that the 10 minute duration is

17  in the model?

18  ~~Male 2:~~ PHIL OLLENOCKE:  It's in the model for those.

19  ~~Patrick Juneau:~~ DAVID ODOM:  Is that in the budget?

20  ~~Male 2:~~ PHIL OLLENOCLE:  It's within the, uh--yes it's in the budget but for,

21  uh, the Brown Greer calling now that's ingoing outgoing calls,

22  uh, there's you know there's some differences between those, uh,

23  the complexities within that and there's just enough hours

24  modeled based on the, um, volume of calls that we've seen coming

25  in.  So the 10 minutes versus 30 minutes isn't necessarily

Page 45

1    calculated into that model.  It's more or less a cost per hour.

2    KORK FISHER:
     And remember in particular on the Garden City Group.  We started

3    at some 500 plus over.  The accuracy of our--of the early

4    modeling really once you get down to these abandons and minimums

5    it's less accurate.  Then it becomes--once you reset threshold

6    more of a management decision based on vendor input in terms of

7    what's appropriate to manage those calls at these thresholds. So

8    certainly we're there with Garden City Group.

9    Maria Travis:  so that's what I wanted to check.  So then we're

10   not active yet I think what you're saying--

11   KORK FISHER
     Male 2:  It's the Brown.

12   Maria Travis:  --is the Brown Greer aspect of it.

13   KORK FISHER
     Male 2:  Right, which is more of it's not just simply an inbound

14   call, eight minute call, two minute rap up.  It's certainly

15   levels of complexity quicker.

16   Patrick Juneau:  I understand that.  I mean the nature of the

17   call is different.

18   KORK FISHER
     Male 2:  Right.

19   Patrick Juneau:  To that analysis of most of the calls.

20   David Odom:  Yeah, it sounds like we need to provide a response

21   to this to help you understand how we came up with it.

22   MARIA TRAVIS:
     Male 2:  Yeah, thank you.

23   Patrick Juneau:  Alright.

24   Maria Travis:  Okay, number eight is to reduce the Brown Greer

25   Garden City administrative costs in line with the budgeted for Q

Page 46

1    labor cost.  Keep in mind this is the number here is afternoon,

2    after three and four, both.

3    [01:00:00]

4    ~~Patrick Juneau~~ DAVID ODOM:  Right.

5    Maria Travis:  Okay.

6    David Odom:  So you're saying when, uh, reduce the staffing for

7    seafood.

8    Maria Travis:  After you take that into account, after you take

9    out, um--

10   David Odom:  So you're reducing FTE's for the non-BL times two

11   and you're saying that the administrative costs should go down

12   as well, the number of managers required.

13   Maria Travis: Right because its' a calculation off of that, so

14   does that make sense?

15   David Odom:  Yeah and then that ties back in to you know whether

16   we actually reduce in three and four.  Um, and like I said, my

17   argument again on three is you know are we actually looking at

18   reducing FTE's or are we looking at that's something you're

19   kicking down the road once the backlog results.  So that one

20   may--you know just dependent on the other.  You know I think if

21   we don't reduce FTE's in that we probably would be moved. But so

22   that's just something we'll consider with three and four.

23   ~~Keith~~ KEITH MARKOWITZ:  David, does the claims administrators office have enough

24   information at this time to assess a reduction, a further

25   reduction of FTE's or is that something you would require this

1  operational review and examination to assess?

2  David Odom:  Absolutely operational review.  We don't have the

3  capacity to make that right now.  We don't have any information.

4  Um, we would have to go in and do some additional studies and

5  work with the vendors to understand exactly you know what the

6  efficiencies are, where efficiencies can be gained, how we can

7  get there, timelines, things like that.

8  Patrick Juneau:  Let's talk about that.  I understand the

9  question you're asking.  I guess it's a threshold question

10  whether you--is that something we're supposed to do or not do?

11  I mean that's basic.  If the answer to that is, then the

12  question is to get that down, how long does it take to request

13  it and how long it take to get that down?  So, Kirk, how long

14  does it take for us to get that down and to go in and make

15  analysis on it?

16  Kirk Fisher:  Um, you're going to look at 60 days before you see

17  any real benefit.  I mean we're clearly don't have that heading

18  out.  And so for us to go out and actually gain that would take

19  a pretty significant ramp up on our part as well.

20  Patrick Juneau:  And determine you have to have a ramp up here.

21  DAVID ODOM:  And couple that with you know when we say reduction in FTE's

22  actually you're looking at you know making the analysis seeing

23  where efficiencies can be gained you know to get to a place

24  where both the vendors can get and you know we're rebuilding but

25  in the end is it reduction of FTE's or is it then reduction of

Page 48

1    backlog until the backlogs gone and then the FTE's.  So that's

2    all part of that same analysis.

3    Patrick Juneau:  Yeah, but wait. I want to get this clear in my

4    mind.  Uh, if that is within the realm of that's to be discussed

5    but something that we should be doing I need to know from my

6    perspective.  That means a ramp up here.

7    Kirk Fisher:  Yes, sir.

8    Patrick Juneau:  Significantly of what we got to have people do,

9    correct?

10   Kirk Fisher:  Indeed.

11   Patrick Juneau:  Okay.

12   Mark Holstein:  And just to put BP's position on the table, that

13   may or may not be true and I say that only because we believe

14   that the contract provides this settlement agreement and the

15   vendor contracts provide us with the right to conduct an

16   operational review, uh, and analysis.

17   Patrick Juneau:  I just want to make sure I understand this.

18   Mark Holstein:  Sure.  BP's position is that the settlement

19   agreement and the vendor contracts provide us, BP, with the

20   right to do such an operational review and, uh, we're evaluating

21   whether in fact, uh, that's something, uh, that we're going to

22   request.  I believe it is.  I believe that BP is going to ask

23   for such an operational review which we will conduct.

24   Patrick Juneau:  Let me see if I got this straight.

25   Mark Holstein:  Yep.

1    Patrick Juneau:  What you're saying you think contractually with

2    the vendors, uh, that's something BP would have a right to

3    request, um, that data, that level of analysis of directly from

4    the vendors?  It would not be something we would do, we would

5    incur that the effort or cost to do that?

6    Mark Holstein:  Well--

7    Patrick Juneau:  I'm just trying to--

8    Mark Holstein:  Sure.

9    Patrick Juneau: --put the responsibility.

10   Mark Holstein:  Look.  Our view is we believe that the CSSP

11   should be doing such an operational review in the ordinary

12   course.  We believe it hasn't been done.  I think we've shared

13   with you in our letter requesting an audit previously that we

14   believe it hasn't been done or done correctly and we believe we

15   have a right therefore to do it ourselves.

KEITH Moskowctt

16   ~~Keith:~~  Well contractually settlement agreement under settlement

17   trust and also under applicable law and trust law there's a

18   whole--there are a number of different basis.

19   Patrick Juneau:  But my precise question to you is this, I

20   understand the landscape since June 4 to today. I know what

21   you're requesting today.  I understand that.  My question is you

22   said you think this office here should do that level of analysis

23   of these vendor operations.  That's what I thought you said.

24   Mark Holstein:  To be very blunt, precise, we believe it should

25   have been done.  WE believe it hasn't been done and we're

Page 50

1   hearing today that it hasn't been done.

2   Patrick Juneau:  I'm telling you that hasn't.  I'm telling you--

3   Mark Holstein:  Yeah and so--

4   Patrick Juneau:  What I'm asking you is--

5   [01:05:00]

6   Mark Holstein:  --what we're saying is since it hasn't been done

7   we believe contractually we have a right to do it.  And we've

8   asked for it.  So I don't think it should be surprising to

9   anybody that we believe it needs to be done and hasn't' been

10  done.

11  Patrick Juneau:  You've asked who you said?

12  Mark Holstein:  We sent a letter to you and to the Court asking

13  for it on--Keith, remind the day again.

14  ~~Keith:~~  KEITH MOSKOWITZ  June 21.

15  Mark Holstein:  Thank you.

16  Patrick Juneau:  So what you're telling me is that BP wants to

17  make that independent request directly to the vendors, is that

18  what you're saying?

19  Mark Holstein:  Well we would make any request to the claims

20  administrator.  We're not going to go directly to the vendors

21  with anything you've told us we can't.

22  Patrick Juneau:  do you have a comment about that one?

23  Mark Holstein:  I think we all agreed so that's probably not

24  controversial.

25  David Odom:  So what you're saying is is that something that you

1   want to add to the list here for consideration?

2   Maria Travis:  It is I think it's not in the revision aspects.

3   It's in the letter.  It's in the 20--

4   Mark Holstein:  I mean awe have an outstanding request for such

5   a review.

6   David Odom:  Okay well I think we ought to you know--we want to

7   handle it appropriately and I assume that, uh, you know these

8   are one of the issues that you want consideration.  So would it

9   be appropriate to add to the list of things that we're

10  considering in this panel?

11  Mark Holstein: Absolutely.  Sorry.

12  Maria Travis:  So, no, so just I just need to clarify one thing.

13  So we can add it to the list, if you will, I just want to make

14  sure I'm remembering correctly from the model the budget

15  actually encompasses some increased cost to cover that activity.

16  David Odom:  We do.

17  Maria Travis:  Okay and that's not something that we're

18  suggesting as a revision.  Just to be clear.

19  Mark Holstein:  Yeah, just so we get it all in one place I want

20  to be really clear, it is our position--I mean we're going

21  through the items we think we can address without a full

22  operational review and audit.  Uh, so that's number one.  Number

23  two, we believe that the budget even if we were to achieve these

24  reductions is still too large but we're telling you in this

25  document and I'm telling you now we don't think we can get

Page 52

1    behind that sufficiently without such an operational review

2    facility.   We believe we requested such review in June.   We

3    believe it hasn't been done, uh, thoroughly.   I think we're

4    hearing from the gentlemen that you agree that there's more to

5    be done with regard to an operational review and we're saying

6    that given the amount of time that's passed since our request

7    and the fact it hasn't been done we're letting you know that we

8    believe we have a contractual right to do it, uh, and, um, we're

9    just through this panel process we're letting you know that we

10   believe this needs to be done.

11   ~~Kirk Fisher~~ DAVID ODOM:   I understand it and I guess my question is and I

12   have to look at it is where in the settlement agreement does it

13   grant you the right--I'm sure, yes, he would be would be

14   interested in that as well, the right to do an operational

15   review, uh, because the language that I'm more familiar with is,

16   uh, that you can object to any unreasonable expenses.

17   Mark Holstein:   That's true too.

18   David Odom:   Um, and where the vendor contracts it says that you

19   can get in and do an operational.   Things like that.   And so we

20   would have to look at it.   Uh, in my understanding, uh, from the

21   previous letters is that you would like our office to do the

22   operational review.

23   Mark Holstein:   That's what we asked for in June.   That's

24   correct.   And they haven't--

25   David Odom:   This is the first that I've heard that BP thinks

Page 53

1    that they have a right to do the operational review

2    Mark Holstein:  That is accurate, David.  Because it hasn't been

3    done.

4    David Odom:  Okay, I just want to make sure we were

5    understanding what you have.

6    ~~Kirk Fisher~~ KEITH MOSKOWITZ:  And the fact that it hasn't been done, as we read

7    your August 28 letter is manifest itself in the budget being

8    driven by a number of assumptions that can't be tested because

9    the--it got us the professional managers and claims

10   administration office haven't had access to the vendors, haven't

11   been able to you know get this stuff in a way that allows you to

12   get beyond--get behind this stuff and tango out the assumptions

13   and replace them with the type of data that ought to be driving

14   the budget and we think that that ought to happen in order to

15   happen.

16   Mark Holstein:  I would just add it could have been done as of

17   June.  You said 60 days, that seems right to us, would be

18   there--we'd roughly be there now.  Uh, we'd have the information

19   that we need to evaluate the budget.  We don't have it.

20   Patrick Juneau:  Yeah but we've been having meetings constantly

21   since June, right, on all these issues.

22   ~~Kirk Fisher~~ KEITH MOSKOWITZ:  Yeah, we have.  The meetings have certainly been

23   helpful generally to us but it's very different then sitting

24   across the table.  Somebody actually to get in to the vendor

25   operations, manage them, get the numbers, drive these issues of

Page 54

1   productivity whether it's backlog and it's all detailed in the

2   August 28, uh, submission we picked up from the claims

3   administrator that you pointed out all the areas in which you

4   don't have the data.  You don't have the information at the

5   vendor level to drive the budget, um, with empirical you know

6   data.

7   [01:10:00]

8   David Odom:  Okay.  So I'm going to have that as our number 12

9   to the agenda.  That's BP's right for an operational.

10  Maria Travis:  Okay, so number nine is, uh, two reduce the

11  unallocated, uh, contingency fee from 5% to 1%, um, and then

12  there is just a calculation issue which, uh, you'll see in the

13  photo.  It's basically saying that there is a formulary error in

14  the calculations including some fixed costs. So the amount here

15  does both of those things.  It reduces it to 1% from 5% and it

16  fixes that calculation error, so.

17  David Odom:  Alright.  I don't think we need any more discussion

18  on that one.  Alright.

19  Maria Travis:  Um, so the number 10 is to reduce the labor rates

20  to address the unknown and undisclosed markups.  This is--this

21  goes back to the June 9 letter that, um, Keith had sent to Mr.

22  Genome.

23  Patrick Juneau:  That was responded to.  This is a 1099.

24  ~~Keith~~ KEITH MARKWETE:  Yes, you responded to them.  I think our voice here is

25  obviously--this is still an issue from our perspective.  It's

1    still an objection we maintain, uh, but we--

2    Patrick Juneau:  I understand what that issue is.

3    ~~Keith~~ *KEITH MOSKOWITZ*:  So all we're saying here is minimum is you don't even

4    know what the amount of the markups are.  Transparency matter.

5    I mean just to be transparent we don't even know what we're

6    paying for those.  Putting aside whether something can be done

7    now, uh, to address those markups and I understand your position

8    with regard to contracting process but at a minimum we ought to

9    know what the markups are and that ought to be transparent.

10   Patrick Juneau:  Okay, uh, I'm going to touch on them.

11   Maria Travis:  No, that's okay.  So the last item I have is to

12   reduce the Brown Greer administration budget.  So again, this is

13   off of, um--it's a percentage of the reviewer cost but you know

14   trying to get underneath what's the underlying activity that's

15   driving it.  Um, very similar to the IT project stuff.  What's

16   the specifics around it and what's the associated budget for it

17   as opposed to just a percentage off of your cost.

18   Patrick Juneau:  There are several matters that I'm going

19   through this and I understand the press of time is that I want

20   to--the purpose of these meetings is to see if, uh, what the

21   respective issues are and if there's commonality and agreement

22   do you do that, if not then you refer it up to the court.  But I

23   do want to address one--I understand these items we'll have to

24   discuss and I'll tell you what I will suggest about that.  But

25   what I understand Mark said these matters address--you got

1  issues beyond that regard to budget beyond this as being

2  excessive, correct?

3  Mark Holstein:  To be really clear we believe that based on our

4  review of what's available.  We believe more work needs to be

5  done before we can be more precise.  So we believe the remaining

6  80ish million dollars is still too high but we can't give you

7  the kind of detail we've give you today because we don't have

8  the ability on that.

9  Patrick Juneau:  Okay, here's' the falsehood within the everyday

10  world.  The reality of what you're telling me is I or someone

11  will say okay concur, concur, concur and all through one through

12  12 I still object to the budget.

13  Mark Holstein:  I didn't say that.  I said--

14  Patrick Juneau:  That's what I'm trying to understand.

15  Mark Holstein:  I said we're saying two things need to happen.

16  One, we think these immediate reductions need to be made and

17  then we need to understand what steps will be taken to look at

18  the rest and then we'll decide whether we object or not. We're

19  objecting to the budget as it's been submitted.  Uh, if you're

20  saying to us that you're going to consider some of these things

21  then we'll look at that, uh, when you do and we'll tell you

22  whether we consent or not.  I can't do that in the abstract.

23  Patrick Juneau:  Okay, well I'm just trying to define.  Anybody

24  here--let me tell you what I want to do. I'm hearing this

25  discussion.  I want to meet with our people, uh, and involve

1    some of the vendors and stuff like that, go through this matter.

2    What I'd like to do is do that, uh, suspend what time and come

3    back and we'll just make some--give you direct input.  I'm not

4    delaying this thing.  How much time?

5    David Odom:  30 minutes.

6    Patrick Juneau:  I want a little bit more than that.

7    David Odom:  Okay.  So just 45 minutes.  That would be--

8    Patrick Juneau:  No, an hour.

9    David Odom:  So--

10   Patrick Juneau: Can you all make that?

11   (OVERLAY)

12   Patrick Juneau:  A short timeframe.  Yeah, that's what I don't

13   want to delay it.

14   David Odom:  So we can reconvene at a quarter after 11 will be

15   an hour?  An hour and fifteen minutes?

16   Patrick Juneau:  Until 11:30.  Come back at 11:30.

17   [01:15:00]

18   David Odom:  Come back at 11:30.

19   Patrick Juneau:  And then, um, let the vendor groups sit--stay

20   here with me and then we'll gather back here at 11:30.

21   Maria Travis:  Okay.

22   David Odom:  Thank you.

23   Patrick Juneau:  And the people on the phone if you all just

24   stay on the phone.  Okay?

25   David Odom:  It's not going to effect--

Page 58

1   Patrick Juneau: I'm trying to figure out, uh, where we were.

2   I'll just have David outline that in a second. But you wanted

3   to--one point you wanted to make, you asked me--

4   ~~David Odom~~ Roger Pucher: I did, Mr. Juneau. I just wanted to kind of go

5   back to, um, a while ago I didn't have the June 4 memo in front

6   of me so I was trying to recollect what was actually said in

7   that. The June 4 memo from PNN was actually a response to the

8   request of BP's May 23 memo which was the original kind of

9   justification if you will for the extra hundred accountants. In

10  that, uh, we talked about how many of those would be us versus

11  PNN and also the question was how quick would they be up to

12  speed and actually taken care of the backlog. Um, in that we

13  talked about and laid out our plan of this is what the on

14  boarding looks like. This is what the training looks like and

15  we would expect within X days to be producing 1.5 claims per

16  week. That was for those new additional folks, which don't exist

17  today, okay. That was--that is a different number, 1.5 claims

18  per week, then what is in the actual budget which is the 1.1

19  claims per week. So when we're looking at that, that memo was

20  just PNN's world just int eh accounting world. The 1.1 is an

21  end to end, all vendors, all touch points. So I just want to

22  bring a point of clarification that two numbers are really

23  apples and oranges as it relates to what we're doing. If you

24  were to look at the accounting world, we're actually over 1.5

25  today and in certain, uh, frameworks maybe more than two. Uh,

Page 59

1   but as you know, certain frameworks are more complex than

2   others.  So you got to look at them all put together. But those

3   numbers that we're talking about is just in our world.  Uh, I

4   think from what the CA's office is putting out is the end to end

5   world.  So just point of clarification.

6   Patrick Juneau:  Just want--

7   Mark Holstein:  Can I ask three follow up questions to that and

8   maybe Maria will have another one.  Are you--I just want to

9   clarify.  Are you saying then the expectation why PNN is the

10  accountants would across the patch will achieve 1.5, uh, reviews

11  or just the new--I'm a little confused by what you're saying.

12  ~~David Odom~~ ROBEN POLGHER:  yeah, so all of our accountants would be doing 1.5

13  at a minimum.  I'm saying that we have some today that are in

14  certain areas exceeding that.  But again to look at a holistic

15  approach you got to go back to the end to end.

16  Mark Holstein:  Okay and then my second question is are you then

17  therefore saying it certainly implies that you think that PNN

18  thinks 1.5 is an appropriate, uh, level of efficiency for the

19  accountants in the program recognizing some are doing more and

20  some maybe less but just kind of across the patch.

21  ~~David Odom~~ ROBEN POLGHER:  Yeah, I mean I think there's always room for

22  improvement, Mark, with any program of any magnitude.  Um, but I

23  can tell you we aren't sitting on some improvement efficiency

24  just because.  If it were there we would have it.

25  Mark Holstein:  And so are you managing them to 1.5 at least in

Page 60

1    your organization?

2    ~~David Odom~~ *ROBIN PILCHER*: Uh, yes.

3    Mark Holstein: Okay.  And then we followed up when we went back

4    because at least I was--

5    ~~David Odom~~ *ROBIN PILCHER*: Let me just if I could go back to that.  So we give

6    what we look for from the management standpoints, so our

7    analysts do have goals and targets that they shoot for but its'

8    understanding that the nature of these claims, there's no two

9    alike.  So you may have somebody--so when you look at these

10   numbers that we keep throwing out, it's very important and very

11   different from if you look at them on a week to week which is

12   how we look at them to a month to month to a quarter to quarter.

13    Because when we look at claim analyst, if they have one claim

14   that represents you know 13 different facilities I don't expect

15   that analyst to still be hitting two per--two claims per week.

16   He's' got that one that encompasses many, many hours worth of

17   work.  So it's important to understand the context of when we're

18   looking at these numbers, is it a week, is it a month, is it a

19   quarter.  So I'm just to be clear.

20   Mark Holstein: No, thank you.  That is clear  And then my third

21   question or my third question really relates to a conversation

22   we had before the break and that was the additional 100

23   accountants and I think we were getting confused.  Uh, we went

24   back and looked at the data that we extracted from your

25   invoices, um, during the break and it appeared to us that 100

1   accountants were added--FTE accountants were added between April

2   and June.  Um, are you saying that that's something different to

3   the request that's being made now?

4   David Odom:  Yes.

5   ~~Robin Pilcher~~ DAVID ODM:  that was the task order level that we had sent

6   sometime back and they finally made it up to where we--

7   David Odom:  Right. ⎣RIDON PELCHER When we made that original request for 100

8   back in the spring, it was taking those into account and

9   requesting 100 more which is why you saw it in this time's

10  budget.

11  Mark Holstein:  Okay, alright, thank you.

12  [01:20:00]

13  Patrick Juneau:  Okay, now, David, we've gone through all this

14  extensively. Let's, uh, outline for PSC and BP where we are.

15  David Odom:  So going through the items one by one, uh, looking

16  at your concerns, uh, or the issues that you were going to raise

17  and, uh, the goal is that we want to go through each of these,

18  uh, and tell you what we would, uh, we would agree to and then

19  you know at the end I guess Pat was going to look at voting on

20  the budget itself.  Uh, so the first item, the, uh, eliminating

21  the 99 full time equivalence, and as we discussed you know we're

22  in the middle of starting to conduct these time and motion

23  studies and things like that.  We think there's further analysis

24  that can be done.  We think that, uh--

25  Patrick Juneau:  Now that--a lot of the information has already

1   been requested.

2   David Odom:  We've been getting a lot of--

3   Patrick Juneau:  That's what all these meetings are for.

4   David Odom:  that's correct.  We've given you a lot of

5   information, as you know, from the beginning, uh, of the request

6   and some of the information we continue to dig in and get more

7   detailed as we work with, uh, BP to get that information.  So on

8   this particular item, uh, we would agree that it should be

9   removed from this budget, okay, until a further analysis can be

10  made and then we can have open discussions on that. So that

11  would be $11.14 million reduction.  Okay, on the second item,

12  the increase of the BEL account and productivity, really you

13  know in my opinion that's really a zero dollar impact.  If you

14  increase it's really not significant to the budget because if

15  you increase efficiencies you still have the same number of

16  FTU's you're just reducing backlog now.  Now that may be a

17  reduct--that will be a cost reduction program wide but not for

18  this budget. S o we don't think that's it's applicable to this

19  particular budget.  So we don't see that there would be a cost

20  savings with that.

21  Mark Holstein:  So can I just be clear about the data?  I think

22  I understood what you said.  You're saying that the CSSP would

23  not want to reduce headcount with regard to accountants but I'm

24  not clear on what you're saying about productivity.

25  David Odom:   That's', like I said, you know we're running the

Page 63

1   detailed analysis now.  There's more studies that need to be

2   done as we discussed and we'll discuss that when we get to the

3   last item, uh, your last item.  However, uh, as of now even if

4   we were to achieve a 1.5--well system wide, uh, efficiency that

5   would still not impact the budget.

6   Mark Holstein:  Yeah, I understood that.

7   David Odom:  So we think that issue should be tabled for further

8   discussions and it's not really relevant to the budget

9   discussions.  Uh, item number three, to reduce the Q4 seafood

10  claim staffing.  On second look, uh, we think we can knock that

11  number from 205 down to 100 FTE's.  That would be a savings of

12  5.1 million.  And if you have any questions, Robin, just let me

13  know as we go.  Number four, the adjust the task utilization

14  rate for non-BEL claim types.

15  ~~Robin Pilcher~~ KECTH MasKowcTz:  I'm sorry, David, could you pop back up to

16  three? Did you have--did you guys do--how did you come up with

17  reduction from 205 to 100?

18  David Odom:  Okay, so we have, uh, basically what we think

19  our--what the model says that we should be achieving and, um,

20  you know what we're currently staffed at. So the model actually

21  what that we should add some staff there.  And so on second

22  look, uh, you know looking at that we decided that it's, uh--you

23  know it would be sufficient to have the hundred FTE's and that

24  would be knock 5.1 million off of the estimate.

25  ~~Robin Pilcher~~ KECTH MasKowcTz:  And given the fact that you are processing back

Page 64

1   into the seafood claims presumably they'll finish at some point,

2   will there be a plan in place to, um, continuously evaluate that

3   100 FTE count over the course of the budget giving further

4   reductions?

5   David Odom:  Yeah, we'll continue evaluating as we, uh, as we

6   get more details studies as well.  Um, item number four, adjust

7   the task utilization rate for the non-BEL claim types to equal

8   the BEL claim utilization rate.  You know as I said, that is an

9   issue we don't have enough information as to what that should be

10  and where that should be.  We're currently working on the

11  operational view and our time to motion studies.  So that, uh,

12  you know we can't go in and say unilaterally that we should

13  reduce that and in accordance reduce the FTE's as well.  There's

14  a backlog discussion.  There's all kinds of things.  So we don't

15  think that's particularly relevant until we have more

16  information.  Item number five on the GCCF file audit.

17  [01:25:00]

18  Uh, you know as we had discussed in the beginning that was a

19  decision made early on in the process and actually 4.2.1 of the

20  settlement agreement, uh, requires us to send a letter to the

21  claimant in the beginning verifying what we have on file for

22  them and requesting the additional information.  And so in order

23  to be able to be in compliance with that we have to have these

24  files processed you know so they'll be ready to go, uh, when a

25  claimant, uh, files the claim.  Uh, we have some additional

Page 65

1  metrics on that by the way for you Keith that, uh, 58% of all

2  the files that we have processed and scrubbed have gone towards

3  claims.  Okay, they've been part of claimant files.  So we

4  would, uh, we would say no change there.

5  Mark Holstein:  Help me.  You stated that as a conclusion but

6  why do they have to be ready to go?

7  David Odom:  They have to be ready to go to be in compliance

8  with the settlement agreement that says we have to send out a

9  letter in the beginning that, uh, verifies what the claimant has

10  on file and what we're requesting, what additional information

11  we're requesting. S o in order to be able to send that out we

12  have to know, you know we have to have those files out to be

13  scrubbed.  We have to have them in the system.

KECTH MasKowct ?
14  ~~Keith~~:  But the programs no longer sending those letters out,

15  are they?

16  David Odom:  Uh, I have to defer to Lynne on that

17  particular--Lynne did you hear that question?

18  Lynne Greer:  Yeah, no, we sent the letter out to everybody who

19  has any GCCF claim telling them that in compliance I think it

20  was section 4.2.1 that the way that we were going to [INAUDIBLE

21  01:26:19].
                                    ⌐ MARK HOLSTEON:
22  David Odom:  Hey, Lynne, you're breaking up. ⌡ Lynne, we lost

23  you.

24  Lynne Greer:  I'm breaking up?

MARK HOLSTEON
25  ~~David Odom~~:  Yeah you did.

Page 66

1    Lynne Greer:  Okay, can you hear me now?

2    David Odom: Yes.

3    Lynne Greer:  Um, we sent that letter out as a onetime shot to

4    everybody who had the pending GCCF claims and we told them that

5    basically our fulfillment of the section 4.2.1--I think was the

6    section in the settlement agreement, was that we were--because

7    that section required us to tell them what it is what we had on

8    file and what additional documents they needed to submit to

9    fulfill their claim type.  And we told them in that letter that

10   as soon as they filed the claim that they would be able to see

11   what it is that they have filed with the GCCF.  Um, and then we

12   refer them to the instruction booklets to see what else in

13   addition to that they would need to file to make a complete

14   claim.  So the immediate access to their  GCCF materials we felt

15   like was a compromise to sending a separate letter that

16   delineated every single thing that t hey had filed with the

17   GCCF.

18   ~~Keith:~~  KEITH Maskowetz  So let me just ask my question again, Lynne.  Maybe I

19   didn't understand.  So are you today sending letters to former

20   GCCF claimants that reflect the ongoing review of GCCF files?

21   Lynne Greer:  No, we sent that letter one time to everybody who

22   has an GCCF claim and we told them in that letter that they

23   would be able to access their GCCF file when and if they filed a

24   claim.

25   ~~Keith~~:  KEITH Maskowetz  So today--

1   Orran Brown:  And the alternative, Keith, was to re-review every

2   single GCCF file, compare it to all 12 claim types that  they

3   made want to file this program and tell them the documents that

4   they did not have on file and would need to file.  That seemed

5   it was going to take a very long time.  It was going to be

6   incredibly expensive and this was done as a surrogate substitute

7   for that.  And that's why claim files are opened up so the

8   claimants can see them immediately when they file a claim.  So

9   they'll know what they have on file.  They look at the

10  settlement agreement instruction books to see what else they

11  need and they figure out for themselves what additional

12  information they need to send in. That's why they have to meet

13  and see what's already on file.  The question is should there be

14  a delay period between the time that they file registration form

15  and the claim form and their ability to see what's already on

16  file and whether that still complies with this compromise we

17  worked out on the section of the settlement agreement that

18  required us telling them everything they needed to file and

19  whether the parties can tolerate the sort of cooling off period

20  between the filing of a claim and their ability to see what they

21  already had in their GCCF file.

~~22   Keith:~~  KECTH mosKowctz  And I think earlier today when Neil Zola was speaking on

23  this subject, he mentioned that there would be a slight delay if

24  the, uh, review of the GCCF file, uh, was not started until

25  after a former GCCF claimant submitted a claim.  Do you have any

Page 68

1   metrics behind the length of that delay and what that slight

2   delay is? Because obviously Orran you've framed for the parties

3   and the administer a tradeoff of immediate access versus, uh,

4   incurring review costs for files that may never be accessed at

5   all. Uh and so it would be useful to know what that delay is.

6   Orran Brown: Yeah, I think that's a very--

7   ~~Robin Pilcher~~ NECL ZOLA: I'm sorry, Orran. Uh, the delay would depend on

8   what kind of documentation is in that particular file.

9   [01:30:00]

10  So either we would have to create different delays for different

11  people depending on their file or we would have to basically

12  just say you know it's a delay of perhaps three weeks because

13  some of these huge files can take that long to get through.

14  Orran Brown: Yeah, I think Neil's right on that. And its' a

15  very fair question. I mean I think this is what it would entail

16  and obviously we and Neil and everybody else will do whatever

17  claims administrator tells us to do but on this issue we would,

18  uh--we don't have any metrics on it because it's never been

19  done. I mean we haven't measured what the time would take

20  between starting, uh, the need to scrub a file and then

21  finishing it, um, in this type of process. But I think it would

22  vary a lot as Neil said depending upon how much was there. You

23  could probably come up with some range and then we would tell

24  people there's a range of days from seven to 21 or something

25  that you're' going to be--you're not going to have access to

1   your files yet.  We would change the coding in the system so

2   that which now automatically opens the window when you

3   file--when you register and you get and you're putting your name

4   and it gets matched to your social and it gets matched with a

5   GCCF claimant ID it automatically opens up.  So we would have to

6   recode that.  That would take us a few days probably to switch.

7   That would be another IT call for example of an IT--an episodic

8   IT need and then would be set up that way.  We'd have to explain

9   it to people.  We would generate some calls and some confusion.

10  There would be some fallout from that.  Um, but that's how it

11  would world if the parties could tolerate that under the

12  settlement agreement and if the claims administrator feels it's

13  advisable to do that.

14  Patrick Juneau:  David?

15  David Odom:  Okay and so on that particular item the claims

16  administrator decided to continue converting those files.  Okay,

17  on item number six, uh, eliminating the IT development budget.

18  Uh, you know in reality that would mean basically down siding

19  the programming staff and then upsizing again once we get the

20  budgets projects are in place.  There's a lot of projects

21  ongoing.  We've requested that information.  Uh, but it takes

22  time to compile it.  Uh, just been a compressed timeframe, so

23  our recommendation is that we leave it as is.  We push that to

24  the Q1 budget, uh, for discussion.  We'll have the information

25  at that point.  Okay and item number seven.  Adjusting the Brown

1    Greer and GCG cost and our staffing levels based on a 10 minute

2    call duration.  Uh, as Kirk discussed, um, Garden City Group is

3    at the 10 minute call.  That's the way it's modeled.  Uh, Brown

4    Greer staff in addition to the inbound and outbound calls, you

5    know there's more services they perform on the program.  So it's

6    not as simple as the 10 minute call.

7    For inbound and outbound there's other activities that they

8    have. Based on the model we feel we're at the appropriate level

9    and, uh, want to leave it at the same.  Okay, uh, number eight.

     KEITH MOJFOWETT

10   ~~Keith~~:  Just hold on one second.  So just so you understand

11   where we came up with our position, on page nine of the August

12   28 report it says since the submission of the initially proposed

13   budget, the CIO has received updated information on the CCC

14   average call time and the call center average call time, both of

15   which have been budgeted 10 minutes.  He called in a 10 minute

16   wrap up.  So that was the basis for our identifying the need to

17   have both call centers in 10 minute, just so you understand

18   where--

19   David Odom:  so I can clarify that one a little more, uh, on the

20   Garden City Group that directly affects the budget.  ON the

21   Brown Greer side it does not because these people are only doing

22   inbound and outbound calls.  So, um, it--there is no direct

23   correlation.  Okay on number eight, reduce the Q4 Brown Greer

24   and GCG administrative costs in alliance with, uh, items number

25   three and four.  Um, you know subject to the other discussions,

1    we think that that requires additional study before we can make

2    those determinations on this short of notice.  But we would push

3    that to the Q1 budget.

4    [01:35:00]

5    Okay, item number nine, the contingency fee.  WE did believe

6    that the contingency fee is necessary.  You know things pop up

7    like these free investigations.  We're requiring a lot more

8    administrative time to respond to comments.  Uh, just the nature

9    of the business there are all kinds of things that pop up that

10   we don't account for, specifically on the management side.

11   However with that said you know we think it--we could reduce

12   that number from 5% to 2.5% and that results in a savings of

13   2.62 million.  Okay, on item number 10, uh, we already had the

14   comments on that.  That's the 1099 issue.  So you already have

15   our comments in the letter on that.  And then item number 11,

16   uh, reduce the BG administrative budget unquantifiable.  I mean

17   as I said, that's subject to further study as we continue to do

18   our time in motion studies.  Uh, that would be something that we

19   could again address in Q1.

20   ~~Keith~~ KEITH MOSKOWITZ:  Just go back to 10.  Um, we do have your response in

21   the--your position with regarding [INDISCERNIBLE 01:36:08] that

22   shouldn't be addressed.  Is it the claims administrators

23   position that the program will not even disclose the amount of

24   the bar codes?

25   David Odom: The claims administrators position is that the way

Page 72

1    that we've contracted with these contractors and is influenced

2    with a lot of, uh, time and material contracts so not to exceed

3    basis on that.  Task order basis is that we don't go in and we

4    don't, uh, have the vendors provide us the information on their

5    salaries on, uh, overhead markup rates, GNA, expense rates, any

6    of that information that they drive the rates from.  And so when

7    we negotiate contracts with them, uh, as part of their cost

8    proposal we negotiate out those rates.  We didn't ask for

9    additional rates in there.  And, uh, you know since they've

10   already negotiated these contracts, uh, you know would not be

11   appropriate for us to go back and then ask them for things like

12   GNA rates and things like that.  So to us it's the same thing

13   issue of whether you're trying to figure out how to break up

14   their internal labor versus you know that 1099 labor. Its' the

15   same issue.  If you--we can't open up that can of worms.

16   ~~Keith~~ KEITH maskovetz:  Well I mean I guess in addition to you know restating

17   the points we made in our prior communications on this, we laid

18   out our position.  And since we can't communicate directly with

19   the vendors, although they're here with us, I think it certainly

20   would be our position that those markups should be released

21   disclose.

22   David Odom:  Okay.  Alright, so your position is noted.

23   ~~Keith~~ KEITH maskovetz:  And just be clear, we're understanding the vendors are

24   not disclosing.

25   David Odom: Correct, yes.  Okay, uh, then the last I added an

Page 73

1   item number 12 and that was for the BP operational review.  Uh,

2   you know--

3   Maria Travis:  Do you want to go to 10--I mean 11?

4   David Odom:  I'm sorry, I skipped--oh, I already did that one.

5   Maria Travis:  Did you?  Okay, sorry.

6   David Odom:  The, uh, as far as the Brown--I'm sorry, the BP

7   operational review, um, you know that's up to a lot of

8   discussion with the PSC.  We think that that's, uh, outside of

9   really what you know we would--that the settlement agreement

10  would, uh, allow and that's up for discussion you know way above

11  this meeting.  However, we do agree that the claims

12  administrator will continue their operational review.  Uh, we

13  put in our budget that we're going to need to increase our level

14  of effort for that of which you know you were saying that you

15  have no objection.  So we think it is entirely appropriate for

16  the claims administrator to continue the time and motion

17  studies, the operational reviews and then, uh, to release the

18  appropriate information with the BSC's approval.

19  Mark Holstein:  So, David, I assume by above us you meant the

20  judge or did you ?

21  David Odom:  outside of this meeting is what I meant.

22  Mark Holstein:  well, accept I mean we're putting it on the

23  table today.  I didn't hear any response from the PSC.  I'm

24  assuming they would say they're opposed.  They're not here but--

    Tommy Thomasstte
25  ~~Kirk Fisher~~:  I think I mean we mimic and voice the same as

Page 74

1   David did.  If the data is allowed to be--if Mr. Juneau would

2   release the data to BP then PSC wouldn't voice a separate

3   objection to the release of that data.

4   ~~David Odom:~~ MARK HOLSTEIN  We're not talking about data though.

5   ~~Kirk Fisher~~ TOMMY THOMASSIE:  Correct, the independent review results, we take

6   the same position as Mr. Juneau.

7   Mark Holstein:  which is what?  I'm sorry.

8   ~~Kirk Fisher~~ TOMMY THOMASSIE:  which is I believe the position as stated just now

9   was and that is outside the scope of the settlement agreement.

10  Mark Holstein:  Okay.

11  ~~Keith~~ KEITH MOSKOWITZ.  And the claims administrator taking a position on BP's

12  entitlement to such a review under the terms of vendor contracts

13  because there is a term that a vendor contract that says that we

14  would maintain, we're entitled to such a review.  We have to ask

15  the claims administrator, right?  I think you've been asked.

16  Patrick Juneau:  I'm taking a position that you request it now.

17  You're requesting information, more detailed information which

18  we agreed to provide you with based on that request.

19  [01:40:00]

20  We've been working with that since the inception of these

21  discussions that have taken place and we've in fact incorporated

22  into the budgetary process monies to go do the, uh, analysis

23  that you, may I say, that you want.  Agreed to do that.  And I

24  think that's the appropriate remedy and I think that's

25  consistent with, uh, the settlement agreement and that's' what

Page 75

1    we're agreeable to do.

2    Mark Holstein:  Okay, but just as particularly since we're

3    making a record to his, I just want to be really clear.  Uh, we

4    requested in June a full operational review of the facility.

5    That request has not been responded to formally as far as I know

6    of.  I know let me just go ahead and finish, Pat.  Uh, we

7    renewed that request today in the context of a panel session.

8    Uh, I have heard the PSC voting no.  Uh, and as they're entitled

9    to do and, um, so we just want to be clear that we've made the

10   request and as we understand it the request has been denied.  If

11   I'm inaccurate please tell me.

12   Patrick Juneau:  No, I think you are inaccurate.

13   Mark Holstein:  Okay.

14   Patrick Juneau:  We've been working with you through the current

15   issue in numerous meetings to find out exactly the level of what

16   the information you wanted.  We've been working on that.  They

17   have requested information and have been dealing since day one

18   through the vendors and have indicated again today that we

19   request that information. T hey need time to get that

20   information developed so they can put it into a study.  That's

21   what my answer is.  But you have a right to take whatever--

22   ~~Robin Pilcher~~ DAVID ODOM:  No, let me clarify myself.

23   ~~David Odom~~ MARK HOLSTEIN: Sure, by all means.

24   ~~Robin Pilcher~~ DAVID ODOM: And I want to preface this with first you know

25   this is the first we've seen of this list and then of course the

1   restating of, uh, BP's desire--or stating BP to do an

2   operational is the first we've heard of.  So we need--this is

3   the first I've heard of BP saying they want to come in and

4   actually do an operational review of the program.

5   Mark Holstein:  Okay, you've seen our letter though?  Yeah?

6   Asking for--

7   ~~Robin Pilcher~~ David Odom:  Asking for information from us.

8   Maria Travis:  No.

9   Mark Holstein:  No, in the June letter where we asked for a

10  full--I think at that time we used the phrase audit of the

11  facility.  You seen that letter, right?

12  David Odom:  An audit is different than an operational review.

13  Mark Holstein:  Okay.  I'm referring to whatever we label it.

14  David Odom:  the only thing I'm saying is we may need more time

15  with it to consider it.  But what I can offer today is that the

16  CA's office will conduct that operational review and share the

17  appropriate information with you at the time of motion study as

18  we discussed.

19  Mark Holstein: WE hear you.

20  David Odom:  Okay.  That's it.  That's all I have.  Very well.

21  All added up is, uh, 8.94 million--18.94 million--I'm sorry--off

22  of the budget which brings the budget to 112.25 million.

23  Mark Holstein:  Sorry.  112.25?

24  David Odom:  Yes.

25  Patrick Juneau:  So the question on the table is just a matter

1    of process.  That's what we're proposing to do, uh, here and if

2    we don't have the unanimous consent, um, under the rule, a party

3    has the right to take that issue and relate it up to the court.

4    Mark Holstein:  So I'll speak for BP and then invite my

5    colleagues to weight in.  Uh, we appreciate the time today and

6    we appreciate the explanations, very helpful.  Uh, we do

7    understand that the compressed timeframe that the court set for

8    us meant that we got this to you this morning.  So, understand

9    that this is all kind of on a very tight time table.  We just

10   have to live with the court's schedule. So, um, that's the

11   reason you got it this morning.  Um, we, uh, we do not consent

12   to a budget of 112.25 million.  Uh, I think we've laid out

13   through the course of the meeting our concerns and the reasons

14   we don't consent.  We appreciate the reductions that you're

15   offering.  We do think those reductions are appropriate but we

16   think more is required.  Uh and therefore we don't consent.  Uh,

17   and, uh, as I understand it this is already before the court.  I

18   don't know that we need to do anything further in terms of a

19   referral but the hearing--

20   Patrick Juneau:  Well I'm going to refer it formally as I done

21   in all of them.

22   Mark Holstein:  Oh, fine, okay.  Alright.

23   Patrick Juneau:  That's what I think it required.

24   Mark Holstein:  Fair enough.

25   Patrick Juneau:  There won't be any question about it is in fact

1    referred.

2    Mark Holstein:  Okay, that's fair enough, Pat.  And I understand

3    that.  Uh, but I think our view would be that the appropriate

4    thing is to go forward with the hearing on the 12th but we

5    appreciate the opportunity that occurred today.

6    Patrick Juneau:  Um, speaking to that, I was reading the order

7    when you all were talking.  Um, I don't know what the judge--I

8    just read the order.  Uh, certain submissions that have to be

9    made within certain timeframe. Then it's to be determined by the

10   court what they want to do with it, if they want to have a

11   hearing, not have a hearing.  That's for the court to decide

12   though.

13   Mark Holstein:  Okay.  That may be right.  We read the order to

14   suggest there would be a hearing on the 12th and in fact we were

15   going to ask whether you intended to put on witnesses at that

16   hearing.  I may have misread it but that's how I read it.

17   David Odom:  No, it is.

18   Mark Holstein:  I think she does use a phrase like if necessary.

19   Patrick Juneau:  If necessary.  That's hwy I could screw that to

20   be May but I mean it's not for me to decide.

21   ~~David Odom:~~ MARK HOLSTEIN She's the boss.

22   Patrick Juneau:  And just for the record, um, make it real

23   clear, I would assume it's from a procedural standpoint BP would

24   want to know and I'd want to know what we got to do.  We'd like

25   to get an absolutely clear definition so there won't be any

1   controversy about that whether or not live--if you want live

2   testimony or not live testimony but number one.  Number two is

3   its' not live testimony other than the basic history of the case

4   what additional declarations or whatever is necessary by the

5   court, I would join you all in a request to seek clarification

6   with the court so we'll both know in advance exactly what we got

7   to produce.  Anybody have anything else?  Uh, if not, I will go

8   to the process of making the, uh, the formal referral.

9   Mark Holstein:  Yeah, no, the only other thing we have is we'd

10  like to request a copy of the recording.  I know you're going to

11  transcribe it but given the tight timeframe we're under if we

12  can get a copy of the recording.

13  Patrick Juneau:  I want to get that as much as you can.

14  ~~Keith:~~ KEITH MASKOWTE  So just be clear, I--so the actual recording. I f we can

15  get that simultaneously we can go have it separately

16  transcribed.

17  Patrick Juneau:  yeah, we want audit.  I mean not audit, uh,

18  manipulated.  I'll give it to you in whatever form you want to

19  have it.

20  Mark Holstein:  Just speed would be the biggest on that.

21  Patrick Juneau:  No problem with that at all.

22  Mark Holstein:  And that will be our problem to figure out what

23  to do with it.

24  Patrick Juneau:  Anybody else here have any issues.  Uh, I'm

25  going to terminate this panel here.  And thank you all for

Page 80

1   participating.

2   [TED MARTENS] Keith: One more question.  Mark, you had mentioned, uh, earlier

3   today that you have experience with complex claim and two and

4   three times different.  If you could share whatever the sorts of

5   that information is.

6   Patrick Juneau:  I would make that request you all give us. I

7   can just--you got data.  You got information.  I requested.  You

8   all give that to us so we can have a full analysis of what the

9   issue is.

10  [TED MARTENS] Keith:  That will be helpful.

11  [MARK HOUSTON] David Odom: We'll see what we can share with you.  Thank you.

12  Okay, thank you all very much.

13

14

15

16

17

18

19

20

21

22

23

24

25

## A

abandons 45:4
ability 8:5 10:21
  56:8 67:15,20
able 20:20 21:5
  29:13 30:25 36:13
  36:18 53:11 64:23
  65:11 66:10,23
absolutely 2:7 11:2
  11:25 33:16 35:2
  47:2 51:11 78:25
abstract 56:22
absurdly 14:17
accept 23:23 32:8
  73:22
acceptable 6:7
  13:20,23 14:1,3,4
  30:9
access 36:16,18
  37:1,10 38:3,8,17
  38:19 40:21 53:10
  66:14,23 68:3,25
accessed 37:6,7
  68:4
accommodate
  41:18
account 46:8 61:8
  62:12 71:10
accountant 9:14,15
  15:9 21:17 25:25
  30:22,25 31:13
  32:17
accountants 7:1,7
  7:13,25 8:8 12:7,8
  12:10,17,21 13:4
  13:8,10,12,17
  14:20,21 15:4,5,7
  15:16,20 16:3,9
  16:19 17:23,24
  18:1,8,15,18,24
  19:15 20:6,19,21
  21:3,6 22:5,6
  24:18,20,21 31:1
  58:9 59:10,12,19
  60:23 61:1,1
  62:23
accounting 58:20

58:24
accuracy 2:10 8:5
  45:3
accurate 2:9 11:19
  26:25 27:15 43:11
  43:20 45:5 53:2
accurately 3:2
achieve 16:25 32:3
  51:23 59:10 63:4
achieved 21:10
  31:12
achieving 63:19
acquire 17:24 18:1
  23:14
actions 41:9
active 36:16 45:10
activities 28:24
  29:8 70:7
activity 39:20
  51:15 55:14
actual 4:8 11:15
  22:14 23:10 58:18
  79:14
adamantly 28:8
add 12:20 13:9,19
  15:4,7 20:24 24:3
  24:6,17 41:7
  42:19 51:1,9,13
  53:16 63:21
added 12:17,18,19
  18:15,18 61:1,1
  72:25 76:21
adding 7:16 9:13
  9:15 12:8,10
  13:17 21:20 30:21
addition 6:25 19:19
  66:13 70:4 72:16
additional 6:6 7:7
  8:8 15:16 19:1,20
  20:2,6 23:10
  25:23 31:1 40:21
  40:21,22 42:24
  47:4 58:16 60:22
  64:22,25 65:10
  66:8 67:11 71:1
  72:9 79:4
Additionally 25:24

address 6:19 18:16
  44:4 51:21 54:20
  55:7,23,25 71:19
addressed 5:11,18
  21:17 42:18 71:22
adjudicate 9:1
adjudicated 8:11
  9:24
adjust 43:24 63:13
  64:6
adjusted 44:2,3,7
Adjusting 69:25
administer 68:3
administration
  53:10 55:12
administrative
  45:25 46:11 70:24
  71:8,16
administrator
  38:15 41:13 42:12
  50:20 54:3 68:17
  69:12,16 73:12,16
  74:11,15
administrators
  46:23 71:22,25
adopted 41:13
advance 79:6
advisable 69:13
affect 2:12
afternoon 3:5 46:1
agenda 54:9
agitated 38:1
ago 4:14,16 15:10
  15:10 18:23 21:22
  58:5
agree 10:1 17:3
  25:7,10 52:4
  61:18 62:8 73:11
agreeable 75:1
agreed 43:13 50:23
  74:18,23
agreement 30:1
  39:24 42:1,9
  48:14,19 49:16
  52:12 55:21 64:20
  65:8 66:6 67:10
  67:17 69:12 73:9

74:9,25
ahead 11:1 12:16
  42:22,23 75:6
ain't 12:17
alike 60:9
alliance 70:24
allocate 29:14
allocation 23:22
allow 42:5 73:10
allowed 74:1
allows 14:23 53:11
alright 2:4,10 4:1,1
  25:2 27:25 28:6
  34:8 38:22 39:14
  45:23 54:17,18
  61:11 72:22 77:22
alterations 41:20
alternative 67:1
amount 9:23 27:1
  43:16 52:6 54:14
  55:4 71:23
amounts 29:1
analysis 8:15,15
  21:9 22:20 23:15
  45:19 47:15,22
  48:2,16 49:3,22
  61:23 62:9 63:1
  74:22 80:8
analyst 60:13,15
analysts 60:7
analyze 17:8
answer 30:1 37:13
  37:14 38:12 47:11
  75:21
answered 5:17
  37:14
answers 14:24
  33:20
anticipating 24:9
anybody 50:9
  56:23 79:7,24
apologies 10:15
apologize 30:19
  38:15
apparently 12:14
appeared 60:25
appears 25:13

apples 15:22,22
  58:23
applicable 49:17
  62:18
appointed 21:15
appreciate 77:5,6
  77:14 78:5
approach 38:2
  59:15
appropriate 10:9
  14:12 16:20 42:2
  45:7 51:9 59:18
  70:8 72:11 73:15
  73:18 74:24 76:17
  77:15 78:3
appropriately
  42:18 51:7
approval 73:13
approve 40:2
approved 40:5
approximately
  12:10 44:12,14
April 22:13 61:1
area 28:12
areas 54:3 59:14
arguably 21:5
argument 22:18
  46:17
aside 55:6
asked 10:11 21:15
  42:7 50:8,11
  52:23 58:3 74:15
  76:9
asking 15:19 31:24
  33:14 37:18,18
  40:1,1 43:3 47:9
  50:4,12 76:6,7
asks 40:21
aspect 23:2 45:12
aspects 51:2
assess 46:24 47:1
assets 23:18 24:1
assigned 5:14
associated 25:18
  55:16
assume 10:16
  30:22 51:7 73:19

78:23
assumes 16:24
assuming 43:19
73:24
assumption 26:5
26:23
assumptions 10:14
12:1,2 27:3 53:8
53:12
assurance 29:19
attacking 24:10
audit 15:1 49:13
51:22 64:16 76:10
76:12 79:17,17
August 4:12 5:8,9
5:12 11:11 42:25
43:2 53:7 54:2
70:11
authorized 19:1
20:2
automatically 69:2
69:5
available 56:4
average 70:14,14
awe 51:4

**B**

B 21:11
back 3:5 5:5 6:4
7:24,25 8:9 10:13
11:3 12:7 15:12
18:19 20:4,13,16
26:3 27:25 28:16
28:20 30:10,16,19
30:19 33:15 34:7
39:18 40:6 46:15
54:21 57:3,16,18
57:20 58:5 59:15
60:3,5,24 61:6,8
63:15,25 71:20
72:11
backlog 12:13 13:1
13:2,9,16 15:6,15
15:21 20:23 21:22
22:1 23:9 24:5,11
24:16 33:4,7,10
35:4,6 46:19 48:1

54:1 58:12 62:16
64:14
backlogs 48:1
ballpark 18:2
bar 71:24
based 6:5 8:9,10
9:23 10:14 11:16
11:20 12:20 13:15
13:25 14:5,6,7
15:3,5 17:5 18:4
26:22 39:6 42:2
43:25 44:9,24
45:6 56:3 70:1,8
74:18
basic 47:11 79:3
basically 6:14
27:10 34:14 40:4
54:13 63:18 66:5
68:11 69:18
basing 10:18
basis 24:11 29:3
37:20 40:18 41:5
41:22 42:11 49:18
70:16 72:3,3
beat 29:5,13
becoming 10:22
beginning 27:11
35:16 37:25 62:5
64:18,21 65:9
BEL 23:5,8 34:14
62:12 64:8
believe 11:20 48:13
48:22,22 49:10,12
49:14,14,24,25
50:7,9 51:23 52:2
52:3,8,10 56:3,4,5
71:5 74:8
Bell 7:1
belong 35:25
bemoaning 38:16
benefit 47:17
benefits 17:4
best 14:21
better 21:5 33:19
beyond 15:18 19:1
53:12 56:1,1
BG 26:19 71:16

big 23:13 39:8
biggest 79:20
bit 33:18 57:6
BL 30:22 32:17
blots 17:10,12
blunt 49:24
board 23:20
boarded 18:11
boarding 58:14
body 20:21 21:5
bog 12:9
bogged 7:22
bomb 20:13
booklets 66:12
books 4:7 67:10
boss 78:21
bought 15:19
box 17:20
BP 10:12 12:8
37:15 38:18,21
39:22 40:21,21,24
41:23,25 42:5,8
43:21 48:19,22
49:2 50:16 52:25
61:14 62:7 73:1,6
74:2 76:1,3 77:4
78:23
BPO 11:11
BP's 2:17 6:8 48:12
48:18 54:9 58:8
74:11 76:1
break 60:22,25
72:13
breaking 65:22,24
bridge 11:15
bridging 17:22
bring 4:24 58:22
brings 76:22
Brommer 8:1
brought 5:10
Brown 28:2,3,3,13
37:24 40:13 41:7
42:10,24 43:9,24
44:21 45:11,12,24
55:12 67:1 68:6
68:14 69:25 70:3
70:21,23 73:6

BSC's 73:18
Btu 23:8
budget 3:3,6,14,17
4:11,14,15 5:2,7
5:11,12,13 6:2,3,3
6:5,7,23 7:2 14:23
16:4,5,14,15,21
16:22 17:15,17
18:7,13 19:16,18
29:6,14,15 31:6
32:5 33:7,12 35:4
39:23 41:1,22
42:3,4 43:6,18
44:19,20 51:14,23
53:7,14,19 54:5
55:12,16 56:1,12
56:19 58:18 61:10
61:20 62:9,14,18
62:19 63:5,8 64:3
69:17,24 70:13,20
71:3,16 73:13
76:22,22 77:12
budgetary 2:18 4:5
74:22
budgeted 43:4
45:25 70:15
budgeting 28:11
budgets 14:15
39:21 40:10,16
42:8,12 69:20
build 4:10,13
built 8:9
business 3:23 71:9
buy 3:23

**C**

calculate 30:4
calculated 7:1 44:9
45:1
calculation 29:3
31:8,12,13 44:10
44:13 46:13 54:12
54:16
calculations 29:21
54:14
call 2:11 43:25 44:1
45:14,14,17 69:7

70:2,3,6,14,14,14
70:17
called 70:15
callers 44:12,15
calling 23:16 44:21
calls 40:20 44:10
44:14,21,24 45:7
45:19 69:9 70:4
70:22
Canon's 9:14
capable 8:11
capacity 11:14,16
47:3
capture 23:3
care 21:21 22:1
24:6 58:12
carried 26:9
Cart 32:18
case 79:3
category 29:10
CA's 59:4 76:16
CCC 70:13
center 70:14
centers 70:17
certain 28:20 39:5
58:25 59:1,14
78:8,9
certainly 7:22 8:13
8:16,21 10:1 11:3
20:20 37:24 45:8
45:14 53:22 59:17
72:19
challenging 10:3
chance 43:21
change 8:13 15:11
15:12 37:19 38:6
41:18 65:4 69:1
changed 41:11,12
41:15
changes 40:19
41:20,21
chart 11:3
check 45:9
Chris 39:22
chronological 4:10
CIO 70:13
circumstances

41:10,16,21
City 23:2 44:6,13
  45:2,8,25 70:2,20
claim 8:10 9:1
  26:13 27:10 28:22
  29:4 30:10 32:17
  35:23 36:6,16,17
  36:19,21 37:20,23
  41:12 60:13,13
  63:10,14 64:7,8
  64:25 65:19 66:9
  66:10,14,22,24
  67:2,7,8,15,20,25
  80:3
claimant 29:2
  64:21,25 65:3,9
  67:25 69:5
claimants 37:1,5
  66:20 67:8
claims 7:15 8:18,20
  8:23 9:23 13:9,25
  14:7 15:11,12,18
  22:2,7,19,20 24:7
  24:9 25:16,17,21
  25:22,24,25 26:4
  26:5,12,13,21
  27:2,8,22 28:20
  28:24 30:6,9
  31:14 34:15 35:21
  35:22 36:5,14,25
  37:10 41:3,13
  42:11 46:23 50:19
  53:9 54:2 58:15
  58:17,19 60:8,15
  64:1 65:3 66:4
  68:17 69:12,15
  71:22,25 73:11,16
  74:11,15
clarification 18:10
  18:14 58:22 59:5
  79:5
clarify 12:6 51:12
  59:9 70:19 75:22
class 38:18
clean 28:20
cleanup 28:24
clear 13:8,20 19:14

20:23 23:8 30:20
  31:23 32:4 37:24
  48:3 51:18,20
  56:3 60:19,20
  62:21,24 72:23
  75:3,9 78:23,25
  79:14
clearly 11:14 47:17
clip 2:23
close 3:23 21:7
  28:15
codes 71:24
coding 69:1
collateral 23:6
colleagues 77:5
collective 23:6
combination 34:23
combined 23:6
come 6:22 12:9
  18:19 30:9 31:1
  35:15 37:1,6,7,10
  38:11 42:12,15
  43:11 57:2,16,18
  63:16 68:23 76:3
coming 16:17 22:2
  22:19 24:7 35:22
  44:24
comment 16:23,24
  24:3 41:23 50:22
comments 3:1,17
  20:16 21:18 28:10
  71:8,14,15
commit 20:17
commitment 12:9
  13:7,12,14,15,16
  22:8
commitments
  15:14
committed 13:5,21
  15:9,10
commonality 55:21
communicate
  72:18
communications
  72:17
compare 15:22
  16:2 67:2

compensation
  25:18
compile 4:6 69:22
complained 38:18
complete 39:3,5,12
  66:13
completed 25:16
  27:11
completely 21:24
  22:3
complex 14:8,17
  15:24 22:21 59:1
  80:3
complexities 44:23
complexity 8:17,23
  10:3,4 15:11,12
  22:18 25:20 26:21
  27:8 45:15
compliance 64:23
  65:7,19
complicated 8:21
  9:1,3 25:25
complies 67:16
components 8:1,4
compressed 33:24
  43:10 69:22 77:7
comprise 43:4
compromise 66:15
  67:16
concerns 61:16
  77:13
conclusion 65:5
concur 56:11,11,11
conduct 48:15,23
  61:22 76:16
conferences 5:1
confidence 11:18
  39:9
confused 10:15
  27:7 59:11 60:23
confusion 18:22
  19:4 69:9
consent 39:23 42:2
  42:6 56:22 77:2
  77:11,14,16
consider 31:24
  43:14,15 46:22

56:20 76:15
consideration 9:7
  38:23 39:13 51:1
  51:8
considered 22:25
considering 51:10
consistent 74:25
constantly 53:20
contests 29:25
context 60:17 75:7
contingency 54:11
  71:5,6
continue 62:6 64:5
  69:16 71:17 73:12
  73:16
continuous 12:3
continuously 64:2
contra 12:13
contract 48:14
  74:13
contracted 72:1
contracting 55:8
contractors 72:1
contracts 20:4
  48:15,19 52:18
  72:2,7,10 74:12
contractual 42:16
  52:8
contractually 49:1
  49:16 50:7
control 17:1 29:23
  41:25
controversial 50:24
controversy 38:21
  79:1
conversation 60:21
converted 36:5,9
  36:25 37:1,4
converting 69:16
cooling 67:19
copies 2:20 6:11
copy 2:6 4:19 79:10
  79:12
correct 5:17 7:8
  19:10 20:12 26:13
  29:2,5 35:12 48:9
  52:24 56:2 62:4

72:25 74:5
corrected 3:21
corrective 41:9
correctly 49:14
  51:14
correlation 70:23
correspondence
  4:13,16 5:19
cost 45:1 46:1 49:5
  51:15 55:13,17
  62:17,19 70:1
  72:7
costs 13:17 42:5,6
  45:25 46:11 54:14
  68:4 70:24
counsel 38:18
count 32:15 64:3
counter 32:14
counting 19:5
couple 6:14,18 8:1
  15:17 47:21
course 5:7 33:17
  49:12 64:3 75:25
  77:13
court 21:15 50:12
  55:22 77:3,7,17
  78:10,11 79:5,6
court's 77:10
cover 51:15
covered 25:4,9
co-rated 29:3
create 38:7 68:10
critical 8:3,4
cross 29:10
CSSP 37:6 41:24
  41:24 49:10 62:22
current 11:4,10,11
  25:11,13 30:8
  32:16 38:21 44:10
  75:14
currently 2:11 9:23
  19:6,7 26:12
  63:20 64:10

                  D
D 3:23 47:21
data 8:2 10:14,17

11:2,6,11 12:6,12
13:11 14:22,23
15:6 17:19 23:2,3
24:21 35:24 49:3
53:13 54:4,6
60:24 62:21 74:1
74:2,3,4 80:7
David 2:2,4,6,8,13
2:15,25 3:7,13,25
5:7,17 6:11 15:17
16:13,23 17:3
18:4,10,14,17,22
19:6,10,14,18
20:12,15 21:8
22:18 23:12,25
24:20 25:1,3
27:17 30:14 32:16
32:19,23,25 33:2
33:6,16,23 34:2,6
34:19 35:2,7,12
37:18,24 38:11
42:22 43:9 44:5
45:20 46:6,10,15
46:23 47:2 50:25
51:6,16 52:18,25
53:2,4 54:8,17
57:5,7,9,14,18,22
57:25 58:2,4
59:12,21 60:2,5
61:4,7,13,15 62:2
62:4,25 63:7,15
63:18 64:5 65:7
65:16,22,25 66:2
69:14,15 70:19
71:25 72:22,25
73:4,6,19,21 74:1
74:4 75:23 76:12
76:14,20,24 78:17
78:21 80:11
day 10:20 24:6 29:9
29:11 36:24 41:19
41:19 50:13 75:17
days 9:15 12:10
13:1,2,6 15:13
18:5,6,8,12 20:18
20:19 21:4 23:21
23:21 36:23 40:8

47:16 53:17 58:15
68:24 69:6
deadline 3:7,16
dealing 3:13 29:24
75:17
decide 56:18 78:11
78:20
decided 36:17
63:22 69:16
decision 36:4,12
45:6 64:19
declarations 79:4
decreasing 32:6
dedicated 29:7
defer 65:16
define 56:23
defining 10:9 11:17
definition 7:11
78:25
delay 36:15 38:7
57:13 67:14,23
68:1,2,5,7,12
delaying 57:4
delays 68:10
delineated 66:16
demands 40:18
41:5
denied 75:10
depend 68:7
dependent 46:20
depending 29:11
68:11,22
depth 21:9 23:14
23:21
desire 76:1
detail 6:2,20 8:15
17:17,18 56:7
detailed 43:3 54:1
62:7 63:1 74:17
details 2:22 5:5 6:5
14:11,11 17:11
64:6
determination
27:11 38:19
determinations
25:14 26:13 27:14
71:2

determine 42:6
47:20
determined 27:9
78:9
developed 75:20
developing 10:12
11:18
development 39:16
39:18,20 42:5
43:5 69:17
differences 44:22
different 10:4 22:4
24:19 29:11 41:16
45:17 49:18 53:23
58:17 60:11,14
61:2 68:10,10
76:12 80:4
differing 34:16
difficult 40:10
dig 17:6 62:6
direct 57:3 70:22
directly 38:20 49:3
50:17,20 70:20
72:18
disclose 71:23
72:21
disclosing 72:24
disconnect 27:9
discuss 43:23 55:24
63:2
discussed 8:4 11:15
20:10 48:4 61:21
63:2 64:18 70:2
76:18
discussing 2:21
16:11
discussion 16:21
20:6 28:11 54:17
56:25 64:14 69:24
73:8,10
discussions 17:19
29:23 62:10 63:8
63:9 70:25 74:21
disperse 23:17
distribution 28:15
28:25 29:3 30:5
44:10

distributions 26:7
document 5:2
51:25
documentation
38:8 68:8
documents 36:22
66:8 67:3
doing 2:19,22 3:5
4:3 13:1,3,16 22:8
22:13 32:19 35:15
48:5 49:11 58:23
59:12,19 70:21
dollar 62:13
dollars 56:6
door 22:2 24:7
35:22
double 14:5
draft 4:14
draw 11:19
drive 53:25 54:5
72:6
driven 28:23 53:8
driving 7:24 53:13
55:15
due 22:2 44:7
duration 8:3 11:17
14:24 31:13 44:1
44:16 70:2

_____
**E**
earlier 13:9 20:24
21:23 67:22 80:2
early 8:19 35:20
36:14 45:3 64:19
easier 8:21
effect 16:17 38:10
57:25
efficiencies 47:6,6
47:23 62:15
efficiency 32:13
35:21 59:18,23
63:4
efficient 21:1,25
31:4
efficiently 36:20
effort 23:6 25:23
27:1,5 49:5 73:14

eh 58:20
eight 45:14,24 70:9
70:23
either 68:10
eligibility 26:4
eliminate 31:1
39:15
eliminating 61:20
69:17
Ellis 1:3
emails 4:13
empirical 12:24
14:22 27:23 54:5
empirics 37:12
encompasses 51:15
60:16
ended 5:1
enjoy 7:23
entail 68:15
entirely 73:15
entitled 74:14 75:8
entitlement 74:12
entry 23:3
episodic 69:7
equal 64:7
equivalence 61:21
equivalent 6:25
error 54:13,16
especially 8:19
essentially 4:10 5:8
5:10 10:8
estimate 26:23
63:24
estimates 14:22
39:6 40:2,3,5
43:11
evaluate 53:19 64:2
evaluating 48:20
64:5
everybody 2:19,20
4:7 6:13 29:15
34:17 36:13,18
65:18 66:4,21
68:16
everybody's 4:18
everyday 56:9
evolution 10:21

exactly 10:6 28:17
  33:22 47:5 75:15
  79:6
examination 47:1
example 8:2,24
  40:20 41:8 69:7
exceed 72:2
exceeding 59:14
excessive 56:2
exchange 5:4 7:5
exercise 42:9,16
exhibit 4:10
exhibits 4:16
exist 10:14 58:16
existing 20:21 21:2
  30:10 41:20
expect 22:3 58:15
  60:14
expectation 26:7
  34:18 59:9
expected 44:14
expense 72:5
expenses 52:16
expensive 67:6
experience 9:9
  13:25 15:4 17:5
  18:4 80:3
experts 14:16 43:7
explain 69:8
explanations 77:6
exposure 21:4
extending 28:18
extensively 61:14
extra 58:9
extracted 60:24

F

f 79:14
facilities 60:14
facility 7:14 37:1
  52:2 75:4 76:11
fact 11:18 37:25
  38:16 48:21 52:7
  53:6 63:25 74:21
  77:25 78:14
facts 21:19
fade 36:22

fair 33:24 68:15
  77:24 78:2
fallout 69:10
falsehood 56:9
familiar 7:6 8:25
  52:15
far 9:1 73:6 75:5
farther 36:8
faster 13:16 15:15
  23:9 24:17 33:11
  35:7
fee 54:11 71:5,6
feel 70:8
feels 69:12
felt 66:14
field 40:25
fields 40:21
fifteen 57:15
figure 23:20 27:18
  30:1 58:1 67:11
  72:13 79:22
file 35:10 37:7 38:2
  64:16,21 65:10
  66:8,13,23 67:2,3
  67:4,4,8,9,13,14
  67:16,18,21,24
  68:8,11,20 69:3
filed 28:21 36:15
  66:10,11,16,23
files 35:23 36:5,9
  37:2,4,6,9,10,20
  38:3 39:7,8 64:24
  64:25 65:2,3,12
  66:20 67:7 68:4
  68:13 69:1,16
filing 30:10 67:20
filings 28:22
final 4:15 5:1,11
  8:12
finally 4:15 18:25
  61:6
finance 5:15
financial 4:4
find 4:18 75:15
fine 3:7 77:22
finish 24:16 28:13
  64:1 75:6

finishing 24:4
  68:21
first 6:3,14,18,24
  9:13 15:5,17 17:7
  30:7 36:10,10
  40:7 41:23 52:25
  61:20 75:24,25
  76:2,3
Fisher 4:6 9:20
  10:20 11:2,8,9,25
  12:4 14:19 19:3
  21:20 22:10 31:7
  31:11,15,17,21
  42:20 47:16 48:7
  48:10 52:11 53:6
  53:22 73:25 74:5
  74:8
five 35:9 64:16
fixed 54:14
fixes 54:16
folks 40:20 58:16
follow 41:3 59:7
followed 60:3
following 10:18
footnote 31:7,11
forecast 8:10 26:12
form 5:8 29:2
  67:14,15 79:18
formal 79:8
formally 75:5
  77:20
former 37:9 66:19
  67:25
formulary 54:13
forth 5:5 28:12
forward 8:10,13
  26:22 78:4
four 34:10,12 46:2
  46:16,22 63:13
  64:6 70:25
fourth 18:7 25:15
  26:6,15 27:2,11
  27:13 28:18,19
  29:12 40:7
framed 68:2
frameworks 58:25
  59:1

frankly 8:15 10:11
  21:2
free 71:7
Friday 3:23 33:19
  33:21
front 4:9 16:14
  58:5
fruition 18:20
FT 23:4
FTE 25:17 30:16
  61:1 64:3
FTE's 25:14 26:16
  27:24 30:15,21
  31:21 32:6 34:3
  34:20 40:4 43:19
  46:10,18,21,25
  47:21,25 48:1
  63:11,23 64:13
FTU's 62:16
fulfill 66:9
fulfillment 66:5
full 6:25 28:11
  51:21 61:21 75:4
  76:10 80:8
fully 28:16 32:21
function 23:4 29:16
  29:17
functioning 32:21
fundamen 23:10
fundamental 20:17
Fundamentally 6:2
funding 18:7
further 36:11
  39:16 46:24 61:23
  62:9 63:7 64:3
  71:17 77:18
future 16:21 17:19
  33:12 35:8

G

gain 9:9 47:18
gained 47:6,23
gaining 10:10
gap 17:22
Garden 23:2 44:6
  44:13 45:2,8,25
  70:2,20

Gardens 43:25
gather 57:20
gathering 43:13
GCCF 35:9,23,24
  37:4,6,9,10,21
  64:16 65:19 66:4
  66:11,14,17,20,20
  66:22,23 67:2,21
  67:24,25 69:5
GCG 70:1,24
generalities 17:10
generalization 8:21
generally 53:23
generate 69:9
Genome 54:22
gentlemen 52:4
getting 3:4 7:15
  25:20,25 31:6
  32:1 34:13 60:23
  62:2
gist 33:8
give 6:5 36:16 56:6
  56:7 57:3 60:5
  79:18 80:6,8
given 3:1 9:17
  19:23 24:22 52:6
  62:4 63:25 79:11
giving 64:3
GNA 72:5,12
go 6:1 7:4,22 9:9
  10:13 11:1 12:16
  14:10,11,20 17:16
  17:23 20:13 26:20
  27:25 30:18,19
  34:10,22 36:7,7
  36:11,19 37:19
  38:2 42:22,23
  46:11 47:4,14,18
  50:20 57:1 58:4
  59:15 60:5 61:17
  63:13 64:12,24
  65:6,7 71:20 72:3
  72:11 73:3 74:22
  75:6 78:4 79:7,15
goal 61:17
goals 34:16 60:7
goes 4:12 23:5

25:23 26:5,19
54:21
going 2:5,10 3:14
6:1,5,15 7:14,16
7:21 10:24 11:21
12:25 13:16 16:7
16:14,16 17:15,23
20:16,23 22:15
23:14 24:1 26:2
26:20,22,24 27:1
27:2,4 30:7,19,23
33:2 38:2 39:20
40:14 41:15 43:15
43:20 47:16 48:21
48:22 50:20 51:20
54:8 55:10,18
56:20 57:25 61:15
61:16,19 65:20
67:5,5 68:25,25
73:13 77:20 78:15
79:10,25
good 9:22 34:10
39:9 42:17
gotten 18:24 39:6
grab 37:21
grant 52:13
granular 7:23
Greer 28:2,3,5
40:13,17 43:9,25
44:21 45:12,24
55:12 65:18,24
66:1,3,21 70:1,4
70:21,23
Greer's 42:10
group 40:24 44:6
45:2,8 70:2,20
groups 57:19
growing 22:1 24:5
grown 12:13
guess 5:21 6:22
16:3 21:20 27:7
31:6 32:10,12
33:9 41:23 47:9
52:11 61:19 72:16
guys 6:17 8:24
11:12 63:16

**H**

half 33:3
handle 4:4,4 40:22
41:4 44:14 51:7
handled 26:3,7
41:22
happen 53:14,15
56:15
happy 6:18
hard 10:13 29:9
head 32:15
headcount 29:16
62:23
headcounts 28:18
heading 47:17
hear 23:25 65:17
66:1 73:23 76:19
heard 21:16 28:19
52:25 75:8 76:2,3
hearing 8:20 50:1
52:4 56:24 77:19
78:4,11,11,14,16
held 3:11
Hello 28:2
help 45:21 65:5
helpful 20:16 53:23
77:6 80:10
hey 17:14 28:3
65:22 66:16 75:19
high 7:21 56:6
higher 15:3
hire 13:14,14 15:15
17:22 20:20 40:5
hired 18:8,10,25
hiring 23:18,19
historic 26:22
historical 10:14
history 79:3
hit 20:22
hitting 60:15
hold 13:4,6 15:14
16:6,9 17:17 21:1
24:9 29:12 70:10
holding 16:3,12
holds 8:24
holistic 59:14
holistically 10:1

Holstein 10:15 11:1
11:6 13:19,24
14:5,7,10,14,16
16:23 22:8 25:4,9
25:11 33:21,24
34:1,5,8,11 48:12
48:18,25 49:6,8
49:10,24 50:3,6
50:12,15,19,23
51:4,11,19 52:17
52:23 53:2,16
56:3,13,15 59:7
59:16,25 60:3,20
61:11 62:21 63:6
65:5 73:19,22
74:7,10 75:2,13
76:5,9,13,19,23
77:4,22,24 78:2
78:13,18 79:9,20
79:22
hope 29:5
hour 34:22,22
44:10 45:1 57:8
57:15,15
hours 23:5 31:13
32:18,21 34:19,21
34:23 44:23 60:16
huge 24:5 68:13
Huh 39:1
hundred 15:19
18:18 19:5,12,20
19:23 20:3,6,10
21:20 22:4,6 37:5
58:9 63:23
hwy 78:19

**I**

ID 69:5
idea 15:11
identified 19:19
43:6
identifying 70:16
imagine 34:3
immediate 17:4
33:5 56:16 66:14
68:3
immediately 67:8

impact 32:11,14
33:6,6,11 36:21
62:13 63:5
implies 59:17
important 60:10,17
improve 24:15,19
improved 10:17
16:24
improvement
10:25 12:3 59:22
59:23
improving 34:13
inaccurate 75:11
75:12
**INAUDIBLE**
65:20
inbound 45:13 70:4
70:7,22
inception 74:20
included 30:14
including 14:8
28:25 29:21 54:14
incompleteness
29:18
incorporated 74:21
incorrect 3:20
increase 8:7,23 9:8
9:17 10:2 22:5,7
24:7 30:22 62:12
62:14,15 73:13
increased 8:16 9:12
15:20 31:4 51:15
increasing 10:21
15:6,18,21 21:22
30:24
increasingly 22:1
incredibly 67:6
incur 49:5
incurring 13:17
68:4
independent 50:17
74:5
indicated 3:17 9:14
35:10 75:18
indicates 13:11
**INDISCERNIBLE**
5:6,12 17:12

21:13 22:25 23:1
23:4,12 26:17,18
28:14,23 29:19
31:17 40:12 41:5
71:21
individual 29:4
40:11
inflow 22:7
influenced 72:1
info 11:4
information 6:6
8:6,6 9:22 10:10
11:4 16:1 17:7
32:2 35:25 36:7
38:18 39:17 42:4
42:24 43:1,3,13
43:16,20 46:24
47:3 53:18 54:4
61:25 62:5,6,7
64:9,16,22 65:10
67:12 69:21,24
70:13 72:4,6
73:18 74:17,17
75:16,17,19,20
76:7,17 80:5,7
ingoing 44:21
initial 19:1 29:17
initially 15:19
70:12
input 38:14 45:6
57:3
instances 43:12
instruction 66:12
67:10
int 58:20
integral 21:16 23:2
intended 78:15
intense 25:17
intent 3:22
interested 52:14
internal 72:14
interpretation
27:12
interpreting 19:23
interrupt 12:15
interruption 38:16
intuitive 21:2

investigations 71:7
invite 77:4
invoices 42:15
 60:25
involve 56:25
involved 28:8
 29:22 30:3
involving 28:11
in-depth 22:20
irrelevant 38:21
issue 16:10 28:6,7
 38:9,14,17,22,25
 39:2 41:10 43:22
 54:12,25 55:2
 63:7 64:9 68:17
 71:14 72:13,15
 75:15 77:3 80:9
issues 3:17 5:9,10
 5:18,23 10:5,24
 29:22,25 30:3
 51:8 53:21,25
 55:21 56:1 61:16
 79:24
item 7:24 9:17
 25:12 34:4 39:15
 55:11 61:20 62:8
 62:11 63:3,3,9
 64:6,16 69:15,17
 69:25 71:5,13,15
 73:1
items 6:17 30:14
 41:18 51:21 55:23
 61:15 70:24

**J**

Jim 2:1
join 79:5
judge 73:20 78:7
jump 35:20
June 15:13 22:14
 49:20 50:14 52:2
 52:23 53:17,21
 54:21 58:5,7 61:2
 75:4 76:9
Juneau 2:1,3,5,7,9
 2:14,16 3:10,19
 3:24 4:1,18,21,24

5:14,21 7:3,5,10
 7:19 12:15,17,23
 13:23 14:2,6,9,13
 14:15 17:25 18:16
 19:2 21:14 24:24
 25:8,10 27:25
 28:6 30:12 31:16
 31:19 34:9 36:12
 37:15 38:9,13,22
 39:1,13 42:21,23
 44:4,16,19 45:16
 45:19,23 46:4
 47:8,20 48:3,8,11
 48:17,24 49:1,7,9
 49:19 50:2,4,11
 50:16,22 53:20
 54:23 55:2,10,18
 56:9,14,23 57:6,8
 57:10,12,16,19,23
 58:1,4 59:6 61:13
 61:25 62:3 69:14
 74:1,6,16 75:12
 75:14 76:25 77:20
 77:23,25 78:6,19
 78:22 79:13,17,21
 79:24 80:6
justification 23:16
 58:9

**K**

K 4:9,20,23 38:15
keep 18:14 24:17
 30:8 46:1 60:10
Keith 17:22 18:1,6
 18:10,12 21:17,20
 36:25 37:4,8,12
 40:17 41:6,23
 42:25 46:23 49:16
 50:13,14 54:21,24
 55:3 65:1,14
 66:18,25 67:1,22
 70:10 71:20 72:16
 72:23 74:11 79:14
 80:2,10
kick 35:7
kicking 46:19
kind 6:19 10:6,13

25:6 33:20 34:17
 35:20 56:7 58:4,8
 59:20 68:8 77:9
kinds 64:14 71:9
Kirk 4:5 9:20 10:15
 10:20 11:2,8,9,25
 12:4 14:19 19:3
 21:20 22:10 31:7
 31:11,15,17,21
 42:20 47:13,16
 48:7,10 52:11
 53:6,22 70:2
 73:25 74:5,8
Kirkland 1:3
knew 21:25
knock 33:7 40:16
 63:10,24
knocking 33:10
know 4:7 5:2,24
 6:9 7:23 9:9,14
 10:8 11:9,23
 13:13 15:20,22
 16:1,3 17:5,6,8,13
 17:17,18,20 20:4
 21:7,10,12 23:1
 23:13,21 25:21
 26:3 27:4 30:20
 31:21,22,24 32:2
 32:5,7,10,11,15
 33:16,17,17 34:20
 34:21,24 35:10,16
 35:20 36:20,24
 37:11 38:9,11
 39:5,6,9,10,11,11
 39:18,25 40:3
 42:12,18 43:13,14
 43:22 44:6,8,22
 46:15,17,20,20
 47:5,21,22,23,24
 48:5 49:20 51:6,7
 52:7,9 53:11 54:5
 55:4,5,9,13 59:1
 60:14 61:19,21
 62:5,13,25 63:13
 63:20,22,23 64:8
 64:12,18,24 65:12
 65:12 67:9 68:5

68:12 69:18 70:5
 70:25 71:6,11
 72:9,10,14,16
 73:2,7,9,10,14
 75:5,6,24 77:18
 78:7,24,24 79:6
 79:10
knowingly 38:5
knows 2:19
KPI 16:10 34:25
KPI's 16:16

**L**

label 76:13
labor 25:17 46:1
 54:19 72:14,14
laid 58:13 72:17
 77:12
landscape 49:20
language 52:15
large 22:6 25:19
 51:24
late 28:20,22 30:9
 30:10
law 49:17,17
leads 9:6 20:18
 23:3
leave 69:23 70:9
left 26:15 27:18
 30:2 39:7
lends 8:25 9:2
length 68:1
letter 4:12 5:9 9:14
 40:12 42:25 49:13
 50:12 51:3 53:7
 54:21 64:20 65:9
 65:18 66:3,9,15
 66:21,22 71:15
 76:5,9,11
letters 52:21 65:14
 66:19
letting 52:7,9
let's 4:6 11:8 17:16
 17:17,18 19:14
 25:1,1 47:8 61:14
level 7:22 9:23
 11:18 13:10,21

18:24,25 20:3
 22:3 24:9 31:21
 32:13,13 34:14
 39:21,23 40:4,10
 40:16 42:8 49:3
 49:22 54:5 59:18
 61:5 70:8 73:13
 75:15
levels 17:9 25:11
 26:8 29:21 43:25
 44:11,11 45:15
 70:1
lever 17:1
light 29:2
limit 16:8
limiting 16:17
limits 16:7
line 2:14 6:17 39:19
 45:25
list 51:1,9,13 75:25
listed 27:3
listen 2:13
little 30:18 33:18
 36:8 57:6 59:11
 70:19
live 38:2 77:10 79:1
 79:1,2,3
LLP 1:3
long 3:11 8:16
 17:23 18:8 47:12
 47:13,13 67:5
 68:13
longer 65:14
look 8:9 9:21 10:3
 17:16,18,20,21
 26:3 27:15 30:16
 31:7,25 42:8
 43:17,21 47:16
 49:10 52:12,20
 56:17,21 58:24
 59:2,14 60:6,9,11
 60:12,13 61:19
 63:10,22 67:9
looked 14:16 60:24
looking 3:1 8:10,12
 11:6,12 18:5
 21:19 28:16 31:2

32:12 34:3 43:1
43:19 46:17,18
47:22 58:19 60:18
61:15 63:22
**looks** 25:14,15
58:14,14
**lost** 65:22
**lot** 8:24 9:20 15:3
25:22,22 26:1,19
29:10 30:2 35:2
35:22 41:2 61:25
62:2,4 68:22
69:20 71:7 72:2
73:7
**low** 14:17
**lower** 13:10
**lowering** 15:6
**Lynne** 28:3,5 40:17
40:17 41:6,19
65:16,17,18,22,22
65:24 66:1,3,18
66:21
**Lynne's** 28:5

**M**

**magnitude** 13:24
59:22
**main** 29:9
**maintain** 55:1
74:14
**maintaining** 8:12
**making** 20:17
28:25 29:22 47:22
75:3 79:8
**Male** 20:16 22:24
23:7,16 24:1
25:19 26:17 32:18
32:21,24 33:1
40:7 44:6,18,20
45:11,13,18,22
**manage** 41:24 45:7
53:25
**managed** 42:10
**management** 16:24
45:6 60:6 71:10
**managers** 29:22
46:12 53:9

**manages** 41:24
**managing** 59:25
**manifest** 53:7
**manipulated** 79:18
**Maria** 3:3,9,22 5:3
6:5,8,9,12 7:4,12
9:5,12 11:21 12:1
16:12 19:7,11,17
19:21 20:1,9
22:22 24:14,23,25
25:6,12,19 26:10
27:6,21 28:6 31:3
31:10,12 32:10
33:4,15,22,25
34:10,12,25 35:9
35:13 37:17 39:15
43:24 45:9,12,24
46:5,8,13 51:2,12
51:17 54:10,19
55:11 57:21 59:8
73:3,5 76:8
**Maria's** 6:1
**Marie** 3:10
**Mark** 5:21 6:1,15
7:9,18,21 9:11
10:15 11:1,6
13:19,24 14:5,7
14:10,14,16 15:3
16:23 22:8 25:4,9
25:11 33:21,24
34:1,5,8,11 42:19
48:12,18,25 49:6
49:8,10,24 50:3,6
50:12,15,19,23
51:4,11,19 52:17
52:23 53:2,16
55:25 56:3,13,15
59:7,16,22,25
60:3,20 61:11
62:21 63:6 65:5
73:19,22 74:7,10
75:2,13 76:5,9,13
76:19,23 77:4,22
77:24 78:2,13,18
79:9,20,22 80:2
**market** 18:2
**markup** 72:5

**markups** 54:20
55:4,7,9 72:20
**massive** 3:13
**matched** 69:4,4
**material** 72:2
**materialized** 40:9
**materials** 66:14
**matter** 12:5 13:4
28:11 55:4 57:1
76:25
**matters** 55:18,25
**maturation** 9:2
10:5
**mature** 8:22
**May/June** 12:8
**mean** 3:11,20,21
4:21 5:5 7:10,18
9:5,9,21 10:17,24
14:9 16:3 17:10
17:10,12 23:23
24:1 28:7 31:16
33:2,4,11,13
34:16 40:23 43:10
45:16 47:11,17
51:4,20 55:5
59:21 68:15,19
69:18 71:16 72:16
73:3,22,25 78:20
79:17
**meaning** 9:24
**meaningful** 10:10
**means** 8:8 24:10
31:15 35:4 39:10
43:18 48:6 75:23
**meant** 73:19,21
77:8
**measure** 9:25 10:9
**measured** 68:19
**meet** 16:15 22:8
56:25 67:12
**meeting** 2:2,17,18
3:11 4:17 33:18
73:11,21 77:13
**meetings** 5:1 8:18
53:20,22 55:20
62:3 75:15
**memo** 21:23 58:5,7

58:8,19
**mentioned** 28:19
41:19 67:23 80:2
**meters** 11:3,8
**methodology** 37:19
**metric** 23:10
**metrics** 15:23
23:23 24:13,15
34:25 65:1 68:1
68:18
**middle** 6:16,24
61:22
**million** 6:4 7:2
30:24 31:2,5 43:4
43:18 56:6 62:11
63:12,24 71:13
76:21,21,22 77:12
**mimic** 73:25
**mind** 32:10 46:1
48:4
**minimum** 6:23
13:21 18:8 44:1
55:3,8 59:13
**minimums** 45:4
**minute** 44:16 45:14
45:14 70:1,3,6,15
70:17
**minutes** 2:3,24,25
3:11,18,19,19,20
4:17 44:7,25,25
57:5,7,15 70:15
**misread** 78:16
**missing** 21:3
**misunderstand**
12:6
**misunderstood**
14:2
**mix** 15:12
**model** 7:12 8:4,9
9:16 13:11,18
19:4,15 20:24
22:12,12 25:13,13
26:21 27:3,10,22
30:17 41:4 44:2,3
44:13,17,18 45:1
51:14 63:19,20
70:8

**modeled** 44:24
70:3
**modeling** 28:16
45:4
**models** 11:19 22:15
24:10
**moment** 38:12
**money** 15:16 17:2
20:25
**monies** 74:22
**month** 9:25,25
11:13,14 22:13,22
32:20 60:12,12,18
**months** 13:9 15:10
15:15 18:6,12
20:22,24 21:22
23:9,17 24:17
26:9 39:12
**morning** 77:8,11
**motion** 61:22 64:11
71:18 73:16 76:17
**moved** 46:21
**moving** 10:4

**N**

**name** 69:3
**narrative** 5:8
**natural** 10:21,25
**nature** 45:16 60:8
71:8
**necessarily** 16:6
35:4 36:5 44:25
**necessary** 37:16
38:23 71:6 78:18
78:19 79:4
**need** 2:13 3:21 6:7
7:5 8:7 9:20
11:22 12:25 13:13
14:19,21 16:3
21:19 29:6,20
30:16 32:4,7 33:9
34:24 35:13 37:14
42:24 45:20 48:5
51:12 53:19 54:17
56:15,16,17 63:1
66:13 67:4,11,12
68:20 69:8 70:16

73:13 75:19 76:2
76:14 77:18
needed 6:11 12:22
36:1 37:20 66:8
67:18
needle 10:7
needs 6:13 10:2
29:11 50:9 52:10
56:4
negotiate 72:7,8
negotiated 20:4
72:10
Neil 35:16,18 36:7
36:11 37:3,7,11
37:13 39:2,5
67:22 68:16,22
Neil's 68:14
neither 38:18
neutral 30:4
never 10:11 18:24
19:1 20:2,5 68:4
68:18
new 10:22 20:19
21:3 22:2,7 58:16
59:11
nicer 33:18
nine 54:10 70:11
71:5
non-BEL 34:12
63:14 64:7
non-BL 46:10
non-claims 8:11
non-reviewers 44:9
non-specific 41:18
normal 10:5
noted 4:22 5:18
72:22
notice 3:14 26:4
41:10,11,12,17
71:2
noticed 19:20
notices 41:16
November 35:11
39:9
number 7:7 9:10
17:13 20:18 22:2
22:10 25:4,9,12

27:16 30:19,20,21
32:7 34:2,2,12
43:24 45:24 46:1
46:12 49:18 51:22
51:22 53:8 54:8
54:10,19 58:17
62:15 63:9,11,13
64:6,16 69:17,25
70:9,23,24 71:5
71:12,13,15 73:1
79:2,2
numbers 8:13 15:2
18:15,17,23 29:5
53:25 58:22 59:3
60:10,18
numerous 75:15
nutshell 6:19

———————
      O
———————
o 43:17 62:18 65:11
object 6:2,4 52:16
56:12,18
objected 6:2
objecting 56:19
objection 6:6 55:1
73:15 74:3
objections 5:24
objective 34:17
objectives 24:21
observation 15:21
16:2,13
observations 15:17
obvious 40:11
obviously 54:25
68:2,16
occasions 30:4
occurred 78:5
October 25:16
27:23 30:8 43:2
Odom 2:2,4,6,8,13
2:15,25 3:7,13,25
5:7,17 6:11 15:17
16:13 17:3 18:4
18:10,14,17,22
19:6,10,14,18
20:12,15 21:8
22:18 23:12,25

24:20 25:1,3
27:17 30:14 32:16
32:19,23,25 33:2
33:6,16,23 34:2,6
34:19 35:2,7,12
37:18 38:11 42:22
43:9 44:5 45:20
46:6,10,15 47:2
50:25 51:6,16
52:18,25 53:4
54:8,17 57:5,7,9
57:14,18,22,25
58:4 59:12,21
60:2,5 61:4,7,15
62:2,4,25 63:7,18
64:5 65:7,16,22
65:25 66:2 69:15
70:19 71:25 72:22
72:25 73:4,6,21
74:4 75:23 76:12
76:14,20,24 78:17
78:21 80:11
offer 76:15
offering 77:15
office 46:23 49:22
52:21 53:10 59:4
76:16
offset 29:2
offsets 29:1
oh 3:24 73:4 77:22
okay 2:16,25 3:24
4:9,18,24 5:21
6:13 9:5 11:10
12:15,23 15:17
16:4,8 18:6,12
19:14,18 20:3
25:2,3,12 32:23
34:1,6,12 35:9,19
39:13,13,15,25
42:21 45:24 46:5
48:11 51:6,17
53:4 54:8,10
55:10,11 56:9,11
56:23 57:7,21,24
58:17 59:16 60:3
61:11,13 62:9,11
63:18 65:3 66:1

69:15,16,25 70:9
70:23 71:5,13
72:22,25 73:5
74:10 75:2,13
76:5,13,20 77:22
78:2,13 80:12
once 17:19 21:8
43:20 45:4,5
46:19 69:19
ones 14:8
onetime 66:3
ongoing 40:18 41:4
41:19 42:10 66:20
69:21
online 36:14 37:7
open 40:24 62:10
72:15
opened 67:7
opens 69:2,5
operating 13:10
operational 11:22
14:20,25 16:18
47:1,2 48:16,20
48:23 49:11 51:22
52:1,5,14,19,22
53:1 54:9 64:11
73:1,7,12,17 75:4
76:2,4,12,16
operationalized
40:14
operations 49:23
53:25
opinion 62:13
opportunity 16:24
17:3,4 39:22 78:5
opposed 34:16
35:14 55:17 73:24
opposite 22:12
24:13
optimized 32:13
optimizing 32:14
oranges 58:23
order 6:7 8:14
10:12 13:24 14:19
14:22 15:22 20:3
36:18 53:14 61:5
64:22 65:11 72:3

78:6,8,13
orders 18:23 19:22
19:24
ordinary 49:11
organization 60:1
original 15:19
18:25 58:8 61:7
originally 22:6
Orran 28:3,3,13
37:24 41:7,23
42:22,23,24 67:1
68:2,6,7,14
ought 51:6 53:13
53:14 55:8,9
outbound 70:4,7,22
outgoing 44:21
outline 58:2 61:14
outlined 42:25
outreach 25:23
outside 73:8,21
74:9
outstanding 26:1
51:4
overall 15:1
overhead 72:5
OVERLAY 18:21
22:23 57:11

———————
      P
———————
page 40:11 70:11
pages 6:12
paid 40:3
panel 2:16,18 5:22
5:23 7:20 41:8,14
51:10 52:9 75:7
79:25
paragraphs 6:14
6:18
parallel 38:17
part 19:4 21:9,16
31:22 47:19 48:2
65:3 72:7
participating 80:1
particular 6:17
16:13,22 30:5,17
34:4 42:7 45:2
62:8,19 65:17

68:8 69:15
particularly 30:2
  40:9 64:15 75:2
parties 67:19 68:2
  69:11
parts 3:4 10:4
party 29:25 77:2
passed 52:6
Pat 28:3 61:19 75:6
  78:2
patch 59:10,20
paths 43:15
Patrick 2:1,3,5,7,9
  2:14,16 3:10,19
  3:24 4:1,18,21,24
  5:14,21 7:3,5,10
  7:19 12:15,17,23
  13:23 14:2,6,9,13
  14:15 17:25 18:16
  19:2 21:14 24:24
  25:8,10 27:25
  28:6 30:12 31:16
  31:19 34:9 37:15
  38:9,13,22 39:1
  39:13 42:21,23
  44:4,16,19 45:16
  45:19,23 46:4
  47:8,20 48:3,8,11
  48:17,24 49:1,7,9
  49:19 50:2,4,11
  50:16,22 53:20
  54:23 55:2,10,18
  56:9,14,23 57:6,8
  57:10,12,16,19,23
  58:1 59:6 61:13
  61:25 62:3 69:14
  74:16 75:12,14
  76:25 77:20,23,25
  78:6,19,22 79:13
  79:17,21,24 80:6
pay 5:12
paying 55:6
payment 26:2
peg 10:6
penalize 43:15
pending 66:4
people 2:1,20 4:4

7:16 9:8 12:25
  13:15 29:9,14,21
  29:24 34:21 37:9
  39:6,7 41:2 48:8
  56:25 57:23 68:11
  68:24 69:9 70:21
percent 34:16 39:2
  39:10 43:25
percentage 36:25
  37:5,8 55:13,17
perfect 3:25
perform 70:5
performance 26:23
period 22:22 67:14
  67:19
permitted 28:22
perspective 5:14
  7:14 32:11 34:17
  48:6 54:25
pertained 31:8
PH 8:1
phase 26:16 27:13
Phil 11:4,10
phone 28:1 35:17
  35:18 57:23,24
photo 54:13
phrase 76:10 78:18
pick 20:14
picked 54:2
piece 6:15 25:7
  35:1
PII 35:25 38:5
Pilcher 12:5,16,18
  12:24 19:25 20:2
  20:11,13 24:3,13
  24:15 25:2 27:15
  27:18,22 30:18
  31:5,9 34:7 35:6
  35:16,19 38:25
  39:2,25 61:5
  63:15,25 68:7
  75:22,24 76:7
place 16:16 19:15
  20:7 47:23 51:19
  64:2 69:20 74:21
plan 3:3 58:13 64:2
planned 41:14

playing 12:2
plays 23:2 34:25
please 11:1 75:11
plenty 40:15
plus 19:5 45:3
PNN 19:8 23:5 58:7
  58:11 59:9,17
PNN's 58:20
point 11:20 13:11
  13:19 20:17 23:25
  32:9 33:11 36:21
  38:20 58:3,22
  59:5 64:1 69:25
pointed 15:3,8 54:3
points 12:5 58:21
  72:17
polices 28:22
policy 8:24 10:5
  29:22,24 30:11
  40:19 41:9,11,13
  41:15
pop 63:15 71:6,9
portion 23:3 25:19
position 6:8 25:1
  48:12,18 51:20
  55:7 70:11 71:21
  71:23,25 72:18,20
  72:22 74:6,8,11
  74:16
possible 28:14
  36:21
post 12:9
postal 20:17
potential 38:5
precise 49:19,24
  56:5
predicate 29:1
predicted 44:11
predicting 29:13
preface 75:24
premises 28:17
prepared 14:10
  33:19 39:3
preparing 28:24
press 55:19
presumably 64:1
pretty 4:2 21:9,12

47:19
previous 52:21
previously 3:1
  20:10 49:13
pre-fairness 8:19
primarily 7:25
primer 15:20
prior 4:14 18:4
  19:21,22 30:10
  37:6 39:16 41:12
  72:17
prioritized 3:16
probably 13:24
  26:23,25 38:20
  39:11 46:21 50:23
  68:23 69:6
problem 38:1,6
  79:21,22
problems 38:6
procedural 78:23
procedure 5:6
proceed 5:25
process 2:18 3:16
  4:8 7:19 8:14,19
  9:3 14:18,23,24
  21:1,16 23:5,18
  26:2,19 29:15
  31:13 32:5,17
  35:7,22 36:4,9,24
  42:13,15 52:9
  55:8 64:19 68:21
  74:22 77:1 79:8
processed 25:22
  26:4 27:23 64:24
  65:2
processes 13:25
  14:7 17:21
processing 18:11
  22:21 25:24 26:5
  27:4 28:1 41:3
  63:25
produce 79:7
producing 58:15
production 16:17
  17:9
productivities 32:1
productivity 7:15

9:8,12,24 10:2,8,9
  10:16,20 13:7,10
  13:21 15:2,7,9
  20:22 21:21 22:5
  22:16 24:2,16,19
  25:5,7,11 30:22
  30:25 31:4 32:3
  41:3 54:1 62:12
  62:24
professional 53:9
program 8:17
  15:22 20:22 21:4
  24:11 28:15 35:3
  35:20 39:18 59:19
  59:22 62:17 67:3
  70:5 71:23 76:4
programming
  69:19
programs 15:23
  17:6,14 21:6
  41:20 65:14
project 39:21,23
  40:2,2,10,11,15
  41:18,22 42:8
  43:6 55:15
projected 41:22
projections 26:21
projects 40:12,13
  42:7 43:4,6,7,8,11
  43:21 69:20,20
proposal 43:1,5
  72:8
propose 40:17,22
  41:4
proposed 70:12
proposing 77:1
provide 39:21
  40:25 41:1 42:1
  43:3,14 45:20
  48:15,19 72:4
  74:18
provided 11:12
  39:17 42:4
provides 48:14
PSC 38:14 61:14
  73:8,23 74:2 75:8
pull 11:4,8

purely 29:16,17
purpose 5:21 7:20
  55:20
purposes 35:21
push 19:14 69:23
  71:2
pushing 10:7
put 17:15 18:25
  19:15 21:12 37:21
  40:10,15 48:12
  49:9 59:2 73:13
  75:20 78:15
puts 13:18
putting 55:6 59:4
  69:3 73:22
PWC 19:8 23:5

**Q**

quality 29:19
quarter 18:7 25:15
  26:6,11,14,15
  27:2,12,13 28:18
  28:19 29:12 33:12
  40:8 57:14 60:12
  60:12,19
quarters 33:12
  35:8
question 14:3
  21:14 23:13 24:19
  34:20 37:3,8,15
  40:24 47:9,9,12
  49:19,21 52:11
  58:11 59:16 60:21
  60:21 65:17 66:18
  67:13 68:15 76:25
  77:25 80:2
questions 5:3 6:18
  28:10 40:18 42:7
  42:16,17 59:7
  63:12
queues 29:17
quick 8:15 33:23
  35:19 58:11
quicker 24:5,11
  45:15
quickly 10:23
  21:13

quite 8:15 10:11
quo 8:12
Q1 69:24 71:3,19
Q3 26:22
Q4 5:12 27:4 33:7
  44:11 63:9 70:23

**R**

raise 61:16
raised 5:9 28:7
raising 28:6 37:16
ramp 47:19,20 48:6
range 68:23,24
rap 45:14
rate 20:17 34:15,16
  63:14 64:7,8
rates 14:25 54:19
  72:5,5,6,8,9,12
reach 8:5 18:25
reached 7:24 43:9
react 40:19
read 53:6 78:8,13
  78:16
reading 4:12 78:6
ready 36:6 64:24
  65:6,7
real 9:21 35:19
  47:17 78:22
reality 12:2 56:10
  69:18
really 8:7,8 9:21,22
  9:25 10:2,6,9,10
  10:13 21:9 23:23
  38:11 45:4 51:20
  56:3 58:22 60:21
  62:12,13,14 63:8
  73:9 75:3
realm 48:4
reason 77:11
reasonable 27:18
reasonably 42:2
reasons 77:13
reassess 6:21
rebuilding 47:24
recall 36:12
receive 8:2
received 6:3 70:13

receiving 28:21
recode 69:6
recognizing 59:19
recollect 58:6
recollection 19:2
recommendation
  69:23
reconsiderations
  27:19 29:18
reconvene 57:14
record 75:3 78:22
recorded 3:2
recording 2:2,3,6
  2:19 79:10,12,14
red 17:10,12,20
redoing 41:15
reduce 7:2 13:1
  27:16 40:4 45:24
  46:6,16,21 54:10
  54:19 55:12 62:23
  63:9 64:13,13
  70:23 71:11,16
reduced 13:3 27:1
reduces 32:14
  54:15
reducing 16:4
  31:12 34:3,13,20
  34:21,23,23 43:19
  46:10,18 62:16
reduct 62:17
reduction 31:2,3,18
  31:23 32:15 33:10
  34:19 43:18 44:7
  46:24,25 47:21,25
  47:25 62:11,17
  63:17
reductions 51:24
  56:16 64:4 77:14
  77:15
Reed 39:22
refer 55:22 66:12
  77:20
reference 11:3
referencing 16:10
referral 77:19 79:8
referred 78:1
referring 15:23

76:13
reflect 66:20
reflected 3:15
reflects 5:4
regard 4:5 8:5 42:9
  52:5 55:8 56:1
  62:23
regarding 2:18
  28:11 41:9 71:21
regards 6:23 8:7
  10:7 11:2,10
register 69:3
registration 67:14
reissued 41:16
reiterate 6:14
relate 28:20 77:3
related 6:18 27:12
  36:5
relates 58:23 60:21
relating 30:10
relatively 10:23
relayed 6:15
release 73:17 74:2
  74:3
released 72:20
relevant 63:8 64:15
remainder 37:22
remaining 56:5
remedy 74:24
remember 29:15
  35:21 45:2
remembering 8:8
  51:14
remind 50:13
remove 39:20
removed 62:9
renewed 75:7
replace 53:13
report 4:3 40:25
  70:12
reports 40:22
representation
  12:8,14,19,21
representations
  12:12
represents 60:14
reprogramming

41:17
request 2:17 5:22
  7:6 12:6 18:19
  21:23 22:6 43:8
  47:12 48:22 49:3
  50:17,19 51:4
  52:6 58:8 61:3,7
  62:5 74:16,18
  75:5,7,10,10,19
  79:5,10 80:6
requested 39:16
  52:2 62:1 69:21
  75:4,17 80:7
requesting 49:13
  49:21 61:9 64:22
  65:10,11 74:17
require 25:22 27:5
  29:19 46:25
required 26:24
  27:1 46:12 66:7
  67:18 77:16,23
requirements 6:23
  30:17
requires 21:9 22:20
  26:16 29:4 41:17
  64:20 71:1
requiring 71:7
reset 45:5
resolution 8:12
resolved 8:25
resource 32:11
resources 23:22
  24:6
respect 35:9
respective 55:21
respond 71:8
responded 54:23
  54:24 75:5
responding 3:4
responds 3:5
response 35:10
  43:2 45:20 58:7
  71:20 73:23
responsibility
  42:11 49:9
rest 25:21 26:10,11
  56:18

restaffing 43:25
restated 41:10
restating 72:16
  76:1
result 31:5 32:8
results 46:19 71:12
  74:5
retaining 27:24
review 11:23 14:7
  14:25 16:18 25:25
  29:4,17 35:10
  39:23 47:1,2
  48:16,20,23 49:11
  51:5,22 52:1,2,5
  52:15,22 53:1
  56:4 66:20 67:24
  68:4 73:1,7,12
  74:5,12,14 75:4
  76:4,12,16
reviewed 6:20
  39:22
reviewer 10:22
  28:19 29:16 30:6
  30:6,6 55:13
reviewers 28:23
  29:7
reviewing 30:6
reviews 10:20
  11:13 12:11 13:2
  13:3 14:17 22:13
  24:16 29:19 59:10
  73:17
revised 41:11
revision 6:23 25:12
  27:6 51:2,18
revisit 30:16
re-review 30:15
  67:1
re-reviewing 21:24
re-reviews 29:18
  29:18
right 9:16 15:4
  16:14 17:17 19:17
  23:8,16,25 24:5
  24:10,23 26:14
  27:17 29:1 31:15
  32:25 33:8 34:5

35:1,16 36:14
38:11,13 42:1
45:13,18 46:4,13
47:3 48:15,20
49:2,15 50:7 52:8
52:13,14 53:1,17
53:21 54:9 61:7
68:14 74:15 75:21
76:11 77:3 78:13
rights 42:9,16
road 46:19
Robin 12:5,16,18
  12:24 19:25 20:2
  20:11,13 24:3,13
  24:15 25:2 27:15
  27:18,22 30:18
  31:5,9 34:7 35:6
  35:16,19 38:25
  39:2,25 61:5
  63:12,15,25 68:7
  75:22,24 76:7
Robin's 20:16
role 23:2
room 59:21
roughly 4:15 7:2
  53:18
round 12:18 15:5
rule 41:20 77:2
ruled 38:17
rules 30:2
running 62:25

—— S ——

S 43:17 62:18 65:11
salaries 72:5
savings 30:24 31:6
  32:4 35:3,8 62:20
  63:11 71:12
saw 7:12,15 8:7
  19:8 61:9
saying 9:6 13:4
  16:4,8 17:1 19:6
  19:18,24 20:9
  22:4,5 24:18,20
  26:10 27:7 30:23
  30:24 32:12 33:8
  35:13 44:16 45:10

46:6,11 49:1 50:6
50:18,25 52:5
54:13 55:3 56:15
56:20 59:9,11,13
59:17 61:2 62:22
62:24 73:14 76:3
76:14
says 31:12 52:18
  63:19 65:8 70:12
  74:13
schedule 30:8
  33:24 77:10
scope 74:9
screw 78:19
scrub 35:24 36:19
  37:21 38:4 68:20
scrubbed 36:1,10
  36:17 65:2,13
scrubbing 37:22
seafood 25:14,18
  26:12,17 27:2,7,8
  27:13 28:1,7,12
  28:14 29:7,7,8,14
  29:21,23 30:2,3
  30:17 46:7 63:9
  64:1
second 15:21 26:15
  28:15,25 58:2
  59:16 62:11 63:10
  63:21 70:10
secondary 26:2,7
  27:4
section 65:20 66:5
  66:6,7 67:17
see 5:15 9:2,7 10:24
  12:3,12 17:11
  18:2 21:10 22:11
  26:20 27:23 31:10
  43:18 44:3 47:16
  48:24 54:12 55:20
  62:19 66:10,12
  67:8,10,13,15,20
  80:11
seeing 8:17 10:17
  19:3,4,4,8,9,11,12
  22:11 24:10 47:22
seek 79:5

seen 8:18,23 10:5
  28:17 44:24 75:25
  76:5,11
selecting 36:9
send 64:20 65:8,11
  67:12
sending 65:14
  66:15,19
sense 17:16 37:19
  46:14
sent 25:25 50:12
  54:21 61:5 65:18
  66:3,21
sentence 31:10
separate 66:15
  74:2
separately 79:15
September 1:1
series 9:13
services 70:5
session 41:8,14
  75:7
set 18:22 20:4,23
  27:13 69:8 77:7
setting 14:24
settlement 29:25
  39:24 42:1,9
  48:14,18 49:16,16
  52:12 64:20 65:8
  66:6 67:10,17
  69:12 73:9 74:9
  74:25
seven 43:24 68:24
  69:25
sex 30:4
share 76:16 80:4,11
shared 49:12
shoot 60:7
short 3:14 8:14
  9:22 10:12 43:16
  57:12 71:2
shot 66:3
show 24:15
showing 22:12,13
  23:8
shows 19:15 24:13
  27:10 44:13

side 5:15 70:21
  71:10
siding 69:18
sight 39:19
significant 47:19
  62:14
significantly 22:17
  48:8
similar 55:15
simple 24:2 70:6
simply 35:9 42:3
  45:13
simultaneously
  79:15
single 24:6 66:16
  67:2
sir 2:15 4:9,20,23
  5:17 7:9 48:7
sit 57:19
sitting 53:23 59:23
situation 38:4
six 39:15 69:17
skilled 10:22
skipped 73:4
slashing 16:14
slight 38:7 67:23
  68:1
social 69:4
solely 29:7
solid 10:13
somebody 5:3
  13:14 53:24 60:9
someone's 35:25
soon 28:14 66:10
sorry 11:1 42:22
  51:11 63:15 68:7
  73:4,5,6 74:7
  76:21,23
sort 17:14 38:5
  67:19
sorts 80:4
sounds 45:20
south 11:12
speak 11:9,9 25:19
  39:3 77:4
speaking 67:22
  78:6

specific 27:6
specifically 71:10
specifics 55:16
speed 4:24 58:12
  79:20
spelled 40:11,12
spend 6:16 15:16
  35:6 42:10 43:5
spending 20:25
  39:16
spring 12:7,19
  18:19 61:8
squander 24:1
staff 26:8 31:2,3,22
  32:9 33:10 40:3
  63:21 69:19 70:4
staffed 63:20
staffing 26:8 28:12
  44:8,11,11 46:6
  63:10 70:1
stage 38:24
stamps 26:19
standpoint 78:23
standpoints 60:6
start 2:16 6:12 17:8
  21:12 23:18,19
  32:3 35:19
started 7:24 8:14
  8:22 45:2 67:24
starting 9:2 22:10
  61:22 68:20
starts 4:11
stated 65:5 74:8
statement 9:18
  21:8
statements 21:17
  21:23
stating 26:25 39:17
  76:1
status 2:23 8:12
stay 16:7 57:19,24
stayed 4:2
step 23:21
steps 28:25 56:17
sticking 40:13
stilling 28:23
stood 10:23

stop 40:25
straight 48:24
street 20:20 21:4
struggling 9:19
studies 47:4 61:23
  63:1 64:6,11
  71:18 73:17
study 37:12,14 71:1
  71:17 75:20 76:17
stuff 35:3 53:11,12
  55:15 57:1
subject 67:23 70:25
  71:17
submission 3:15
  4:14,15 5:2,4,11
  5:22 8:10 19:22
  54:2 70:12
submissions 78:8
submit 66:8
submitted 5:7 42:3
  56:19 67:25
subsequent 4:13
substitute 67:6
sufficient 42:5
  63:23
sufficiently 52:1
suggest 55:24
  78:14
suggesting 42:17
  51:18
suggestion 39:20
support 11:6 12:24
  27:24
supporting 8:4
suppose 24:19
supposed 47:10
sure 2:7,9 3:2 7:12
  9:11 19:14 20:15
  28:13,17,25 29:4
  29:20 31:23 34:2
  35:24 36:11 37:3
  48:17,18 49:8
  51:14 52:13 53:4
  75:23
surprising 50:8
surrogate 67:6
suspend 57:2

swap 29:9
switch 69:6
system 8:23 9:2,24
  10:4,6,22,25
  11:14,16 15:1
  23:7,8 41:10 63:4
  65:13 69:1
system-wide 9:21

**T**

t 66:16 75:19
tab 5:12
table 6:16,24 21:19
  38:22 48:12 53:24
  73:23 76:25 77:9
tabled 63:7
take 17:24 18:1,9
  21:21 22:1 25:1
  29:24 36:23 38:2
  42:8,12,15 43:22
  46:8,8 47:12,13
  47:14,18 67:5
  68:13,19 69:6
  74:5 75:21 77:3
taken 56:17 58:12
  74:21
takes 8:16 16:19
  30:5 43:10 69:21
talk 7:21 16:10
  17:10,22 36:14
  38:13 47:8
talked 8:18 11:23
  30:3 41:9 44:2
  58:10,13
talking 2:25 4:7 5:5
  14:15 18:14,17,20
  27:20,25 30:21
  31:25 32:3,6 33:9
  39:11 59:3 74:4
  78:7
tango 53:12
tap 29:23
target 20:23
targeting 28:13
targets 60:7
task 8:2,2,16 11:16
  11:17 14:24 18:23

19:1,22,24 20:3
  34:13,14,15 61:5
  63:13 64:7 72:3
teaks 24:6
team 5:14
teams 40:20
tell 2:5,11 4:1,6 5:3
  5:23 14:9 55:24
  56:21,24 59:23
  61:18 66:7 67:3
  68:23 75:11
telling 14:14 27:22
  50:2,2,16 51:24
  51:25 56:10 65:19
  67:18
tells 68:17
term 74:13
terminate 79:25
terms 8:5,22 10:20
  10:21 31:7 39:5
  39:10 45:6 74:12
  77:18
tested 53:8
testimony 79:2,2,3
thank 2:8 3:25 4:1
  16:23 45:22 50:15
  57:22 60:20 61:11
  79:25 80:11,12
thanks 41:6
they'd 12:11 13:5,6
  15:13
thing 2:22 21:20
  25:6 28:7 29:14
  31:19 33:16 44:2
  51:12 57:4 66:16
  72:12 76:14 78:4
  79:9
things 10:6 21:24
  22:4,10 29:8,11
  29:12 31:24 32:1
  32:8 34:24 36:1
  41:5,14,19 47:7
  51:9 52:19 54:15
  56:15,20 61:23
  64:14 71:6,9
  72:11,12
think 3:13,14 6:6,7

9:5,6,7,20 11:21
  11:22 13:20,23,24
  14:1,3,3,16 15:2
  16:4,15,21 17:4,4
  17:14 19:3 20:16
  22:4 24:4,4 25:4
  26:20 27:9,18
  29:12 30:7,15
  32:4 35:11 36:3
  37:14,25 38:11,20
  41:7,21 42:16,18
  42:25 44:1 45:10
  46:20 49:1,12,22
  50:8,23 51:2,6,21
  51:25 52:3 53:14
  54:17,24 56:16
  59:4,17,21 60:23
  61:23,24 62:18,21
  63:7,10,18 64:15
  65:19 66:5 67:22
  68:6,14,15,21
  71:1,11 72:19
  73:8,15,25 74:15
  74:24,24 75:22
  76:10 77:12,15,16
  77:23 78:3,18
thinking 23:12
thinks 52:25 59:18
third 16:2 26:14
  27:6 60:20,21
thorough 14:19
  15:1
thoroughly 52:3
thought 7:17 12:21
  49:23
three 11:13 22:22
  23:17 25:12 32:7
  32:19,19 34:3
  39:12 46:2,16,17
  46:22 59:7 63:9
  63:16 68:12 70:25
  80:4
threshold 12:5 13:4
  44:9 45:5 47:9
thresholds 44:12
  45:7
throughput 16:8

throw 17:13
throwing 60:10
ties 46:15
tight 3:16 43:10
  77:9 79:11
time 6:16,25 9:21
  9:23 10:8,13,24
  11:17 16:19 18:23
  21:12 26:17,19,24
  28:19 29:24 30:5
  30:7 31:22 38:4
  40:14,15,23 41:1
  43:11,16 46:24
  52:6 55:19 57:2,4
  61:21,22 64:11
  66:21 67:5,14
  68:19 69:22 70:14
  70:14 71:8,18
  72:2 73:16 75:19
  76:10,14,17 77:5
  77:9
timeframe 43:10
  57:12 69:22 77:7
  78:9 79:11
timelines 47:7
times 11:15 26:20
  30:14 38:17 46:10
  80:4
time's 61:9
today 2:17 3:4,11
  3:22 5:16,24 7:20
  17:23 18:2 49:20
  49:21 50:1 56:7
  58:17,25 59:13
  66:19,25 67:22
  73:23 75:7,18
  76:15 77:5 78:5
  · 80:3
told 15:7 39:8
  50:21 66:4,9,22
tolerate 67:19
  69:11
top 15:8
total 36:13
totally 7:6
touch 55:10 58:21
tracking 14:23

tradeoff 68:3
train 18:9
trained 18:11
  23:20 29:10
training 58:14
transcribe 2:10
  79:11
transcribed 79:16
transcription 2:20
transition 36:3
transparency
  36:13 55:4
transparent 55:5,9
Travis 3:3,9,22 6:9
  6:12 7:4,12 9:5,12
  11:21 12:1 16:12
  19:7,11,17,21
  20:1,9 22:22
  24:14,23,25 25:6
  25:12 26:10 27:6
  27:21 31:3,10,12
  32:10 33:4,15,22
  33:25 34:10,12,25
  35:9,13 37:17
  39:15 43:24 45:9
  45:12,24 46:5,8
  46:13 51:2,12,17
  54:10,19 55:11
  57:21 73:3,5 76:8
trending 10:11,12
  11:18 22:16,16
triple 14:5
trough 25:21
true 24:25 48:13
  52:17
trust 23:17,17 24:1
  49:17,17
try 16:19 35:21
  36:19 40:16
trying 3:6,16 4:3
  20:1 28:13 33:13
  36:20,21 39:19
  49:7 55:14 56:14
  56:23 58:1,6
  72:13
Tuesday 40:24
turnaround 40:23

tweaks 21:25
two 4:14 6:12 9:10
  13:9 15:15 18:6
  18:12 20:24 21:7
  22:4,13 23:9
  24:17 25:4,6,10
  30:19,21 34:2
  39:19 45:14 46:10
  51:23 54:10 56:15
  58:22,25 60:8,15
  60:15 79:2 80:3
type 53:13 66:9
  68:21
types 17:6 34:13
  63:14 64:7 67:2

─────────

U

uh 2:16,17,21,22
  3:17 4:1,2,5,6,10
  4:15 5:2,3,4,7,11
  5:12,12,18 6:2,3,4
  6:4,6,25 7:7,19
  9:2 10:1,16 11:4,7
  11:8,10,13 12:11
  12:12,14 13:16,24
  15:18,22 16:2,2
  16:13,14,15 17:6
  17:9,20 18:4,23
  19:8 21:22 22:12
  23:3 25:19,20,24
  26:2,2,6,20 27:1
  28:15,25 29:8
  30:16,21 31:25
  33:10,17 34:2,13
  35:3,7,20,22 36:4
  36:7,8,9,16 37:18
  38:23 39:8,22
  40:2 41:8,17,25
  42:1,2,5,10,11
  43:5,14,20,24,24
  44:6,7,20,21,22
  44:22 46:6 48:4
  48:16,20,21,21
  49:2 51:7,22 52:3
  52:8,15,16,20,20
  53:18 54:2,10,11
  54:12 55:1,7,10

55:20 56:19,21,25
57:2 58:1,10,25
58:25 59:3,10,18
60:2,23 61:14,15
61:16,17,18,18,20
61:20,24 62:5,7,8
63:3,3,4,9,10,18
63:22,22 64:5,11
64:18,20,24,25,25
65:1,4,9,16 67:24
67:24 68:3,5,7,18
68:20 69:17,18,21
69:22,24 70:2,3,9
70:9,19,24 71:8
71:13,16,18 72:2
72:4,5,7,9,10,25
73:1,6,8,10,12,17
74:22,25 75:3,6,8
75:8 76:1,21 77:1
77:5,6,11,12,16
77:16,17 78:3,8
79:7,8,17,24 80:2
Ultimately 33:5
um 2:16,17 4:2,12
  4:17,25 6:1,13,14
  6:16,19,22 7:12
  7:21 8:1,16,20,22
  9:12,16,16 10:21
  10:23 11:5,16
  12:13,13 13:6,15
  14:12,21 16:4
  21:16,16 22:24
  23:3,17,17 25:12
  25:13,22,23 26:4
  26:8,18,21,24
  27:2 28:6,16 29:5
  29:6 30:21 32:21
  33:8 34:12,12
  35:14 36:3,20,23
  39:15,15,21 42:10
  42:12 43:4,19,21
  43:22 44:24 46:9
  46:16 47:4,16
  49:3 52:8,18 54:5
  54:11,19,21 55:13
  55:15 57:19 58:5
  58:12 59:22 60:25

61:2 63:19 64:2,6
66:3,11 68:21
69:10 70:2,22,25
71:20 73:7 75:9
77:2,10,11 78:6,7
78:22
unallocated 54:11
unanimous 77:2
uncertainties 27:3
uncertainty 26:1
underlying 55:14
underneath 12:1
  55:14
understand 3:12
  4:25 7:13,19 9:5
  20:1 27:19 30:20
  31:25 32:1,2,8
  33:13,13,23 37:3
  37:8 38:9 39:25
  42:21 43:22 45:16
  45:21 47:5,8
  48:17 49:20,21
  52:11 55:2,7,19
  55:23,25 56:14,17
  60:17 66:19 70:10
  70:17 75:10 77:7
  77:8,17 78:2
understanding
  52:20 53:5 60:8
  72:23
understands 33:9
understating 24:24
understood 62:22
  63:6
undisclosed 54:20
unilaterally 64:12
unknown 54:20
unquantifiable
  71:16
unreasonable 43:8
  52:16
unsupported 6:25
  7:10
unwound 23:19
update 7:24 8:6
updated 8:2 11:11
  · 70:13

upsizing 69:19
uptake 19:8,9
uptick 19:11
use 23:7 78:18
useful 68:5
user 40:24
utilization 7:16 8:2
8:16 11:16 14:25
32:13,24 34:14,15
63:13 64:7,8

**V**
variables 11:17
various 29:21
vary 68:22
vendor 11:20 45:6
48:15,19 49:23
52:18 53:24 54:5
57:19 74:12,13
vendors 2:11 7:25
16:25 17:9 18:3
21:15,15 41:24
47:5,24 49:2,4
50:17,20 53:10
57:1 58:21 72:4
72:19,23 75:18
verifies 65:9
verifying 64:21
version 6:3
versus 10:22 44:25
58:10 68:3 72:14
view 5:22 40:9,15
42:11 49:10 64:11
78:3
viewing 20:12
voice 54:24 73:25
74:2
volume 15:18
44:24
voluminous 36:23
voting 61:19 75:8

**W**
wait 3:10 38:3 48:3
walking 6:16
want 2:22 7:19
13:20 18:16,16
30:18 31:23 33:17

34:9,10 36:7
37:13 38:4,7,9
42:21 44:4 48:3
48:17 51:1,6,8,13
51:19 53:4 55:19
55:23 56:24,25
57:6,13 58:21
59:6,8 61:17
62:23 67:3 70:9
73:3 74:23 75:3,9
75:24 76:3 78:10
78:10,24,24 79:1
79:13,17,18
wanted 3:10,19
4:18 30:12 35:22
36:13,18 42:23
45:9 58:2,3,4
75:16
wants 50:16
warning 41:8
wasn't 12:24 15:10
31:3
wasteful 23:22
wastefulness 24:4
way 4:12 20:5
21:18 32:12 41:2
53:11 65:1,20
69:8 70:3 71:25
73:10
week 4:16 6:21,22
12:11 13:2,3,5
14:17 19:22 20:18
24:16 34:22 58:16
58:18,19 60:11,11
60:15,18
weekly 40:20
weeks 4:14 22:12
34:22 68:12
weight 77:5
welcome 16:1
went 5:8 6:4 7:23
9:13 18:2 22:14
36:17 60:3,23
we'll 3:23 4:7 5:24
6:1,11 13:1 20:13
26:11 42:8,12,15
42:15 43:22,23

46:22 55:23 56:18
56:21,21 57:3,20
63:2 64:5 69:24
79:6 80:11
we're 2:9,9,21,21
3:5 4:7 7:16 9:1
10:17 11:12,19
12:18,25 13:2,3,3
13:6 14:15 15:7
15:13,13 17:15
18:4,7,20 19:3,3,4
19:4,5,7 20:12,17
21:3 22:5,10 23:8
25:11,20 26:10
27:25 28:21 29:6
29:13,24 30:1
31:16,23,23 32:5
32:12 33:20,23
34:2,20 35:13
36:21 38:2 39:11
39:11,17 40:7,14
41:15,15 43:13
45:8,9 47:10,17
47:24 48:20,21
49:25 50:6,20
51:9,17,20,24
52:3,5,7,8,9 55:3
55:5 56:15,18
58:19,23,24 59:3
60:17 61:21 62:25
63:20 64:10 65:10
65:11 70:8 71:7
72:23 73:13,22
74:4,14 75:1,2
77:1 79:11
we've 3:14 4:9,11
5:17 6:20,22 7:1
8:3,18,23 10:5,11
11:15 19:19 20:2
22:10 25:4,9
28:13 36:24 38:3
42:3,7,25 44:24
49:12 50:7 53:20
56:7 61:13 62:2,4
69:21 72:1 74:20
74:21 75:9,14,16
75:25 76:2 77:12

whatnot 19:24
wide 23:7,8 62:17
63:4
winding 24:11
window 69:2
withhold 42:2
witnesses 78:15
words 17:1
work 5:15 8:22 9:8
16:19 17:8,19
31:21,22 47:5
56:4 60:17 62:7
worked 67:17
workforce 21:2
working 8:25 20:5
21:6 33:23 34:22
39:7 64:10 74:20
75:14,16
world 4:5 43:8
56:10 58:20,20,24
59:3,5 69:11
worms 72:15
worry 40:14
worth 23:17 60:16
wouldn't 23:23
29:6 33:4,7 36:16
74:2
wrap 70:16

**X**
X 58:15

**Y**
yeah 2:3,5 3:3,9,19
6:9,12 7:4,18,18
7:21 9:20 11:13
11:25 12:16 14:5
14:16 16:12 18:17
19:7,10,11,21
22:18 23:12 24:13
24:14,23 25:6,10
27:15,21 30:14,18
32:10,21 33:5,15
33:16,22,25 34:11
36:11 37:17 44:6
45:20,22 46:15
48:3 50:3 51:19
53:20,22 57:12

59:12,21 63:6
64:5 65:18,25
68:6,14 76:5 79:9
79:17
year 15:10
years 21:7 39:19
Yep 11:8 48:25
yield 17:4

**Z**
zero 27:16 33:11
62:13
Zola 35:17,18
36:11 37:3,7,11
37:13 39:5 67:22
zone 8:20

**$**
$1.95 43:4
$10 6:4
$11.14 62:11
$12.97 31:5

**0**
00:04:09 5:6
00:04:37 5:12
00:05:00 5:20
00:08:27 8:1
00:10:00 9:4
00:15:00 11:24
00:20:00 15:25
00:21:55 17:13
00:25:00 20:8
00:26:23 21:13
00:28:16 22:25
00:28:19 23:1
00:28:30 23:4
00:28:55 23:12
00:30:00 24:8
00:32:50 26:17
00:32:51 26:18
00:35:00 28:9
00:35:52 28:23
00:37:27 29:20
00:39:59 31:17
00:40:00 31:20
00:45:00 36:2
00:50:00 39:4

**00:51:49** 40:13
**00:52:55** 41:5
**00:55:00** 42:14
**00:35:15** 28:14
**01:00:00** 46:3
**01:05:00** 50:5
**01:10:00** 54:7
**01:15:00** 57:17
**01:20:00** 61:12
**01:25:00** 64:17
**01:26:19** 65:21
**01:30:00** 68:9
**01:35:00** 71:4
**01:36:08** 71:21
**01:40:00** 74:19

### 1

1 20:16 25:16 27:23
**1%** 54:11,15
**1.1** 9:17 13:3 16:7
　22:15 23:1,9
　24:18 30:23 58:18
　58:20
**1.5** 9:16,17,18
　12:11 13:1,5,12
　13:20,25 14:1,3
　14:17 15:13 16:4
　16:5,6,9,20 18:18
　20:18,19,21 21:1
　21:4,10,21 22:9
　22:24 23:8,14,22
　24:16 30:23,25
　58:15,17,24 59:10
　59:12,18,25 63:4
**1.6** 16:20
**1.7** 22:14
**1.95** 43:18
**10** 43:25 44:7,16,25
　54:19 70:1,3,6,15
　70:15,17 71:13,20
　73:3
**100** 12:7,8,10,18,19
　12:19,25 13:8,9
　13:14 15:4,5,7,15
　17:23 18:15 19:8
　37:4,9,10 60:22
　60:25 61:7,9

63:11,17 64:3
**1099** 54:23 71:14
　72:14
**11** 57:14 71:15 73:3
**11.1** 7:2
**11:30** 57:16,16,18
　57:20
**112.25** 76:22,23
　77:12
**119** 6:20
**12** 54:8 56:12 67:2
　73:1
**12th** 78:4,14
**12.97** 30:23 31:2
**13** 60:14
**131** 6:20
**16** 44:14
**18** 20:22
**18.94** 76:21
**199** 19:5

### 2

2 22:24 23:7,16
　24:1 25:19 26:17
　32:18,21,24 33:1
　40:7 44:6,18,20
　45:11,13,18,22
**2A** 6:12
**2.5** 71:12
**2.62** 71:13
**20** 11:11 40:11 43:2
　44:12,14 51:3
**2012** 26:6
**2013** 1:1
**205** 25:13 26:16
　27:24 30:15 63:11
　63:17
**21** 50:14 68:24
**23** 5:9,18 42:25
　58:8
**23rd** 5:10
**25** 37:9
**28** 5:8,12 33:2 43:2
　53:7 54:2 70:12
**28.3** 31:13

### 3

**3Q** 26:11

**30** 40:8 44:25 57:5
**31** 30:8

### 4

4 1:1 49:20 58:5,7
**4.2.1** 64:19 65:20
　66:5
**4.6** 11:14
**40** 34:22
**41.2** 32:21
**45** 57:7
**47** 33:2
**47.2** 33:1

### 5

5 4:12
**5%** 54:11,15 71:12
**5.1** 63:12,24
**50** 32:19 34:22
**500** 45:3
**58%** 65:1

### 6

**60** 9:15 12:10 13:1
　13:2,6 15:13 18:5
　18:6,8,12 20:18
　20:19 21:4 23:21
　47:16 53:17

### 7

**75** 37:10

### 8

**8.94** 76:21
**80** 34:15
**80ish** 56:6

### 9

9 54:21
**90** 23:21 37:10
**99** 6:25 7:7,13
　12:17 13:17 18:1
　18:7 19:5,10,12
　19:15,19 20:9,24
　23:10,19 24:17,20
　24:21 30:21 61:21