# Exhibit D



05 August 2013

Mr.Bob Levine
Deepwater Horizon Settlement Program
935 Gravier St
New Orleans, LA 70130

Dear Bob,

    We reviewed your July 17, 2013, email (a copy of which is attached) containing the Claims Administrator's proposed 3rd quarter 2013 budget summarily requesting over $130,300,000 to fund administration fees for that period. Given our recent meetings and discussions on claims activity and processes, and recent execution of vendor contracts, we would expect that you provide us with any supporting analysis, metrics or explanatory notes providing any transparency into the budgeting process or justification for the $130,300,000 request. Other than the total amount requested, the email contains only a simple, 13 line chart generally identifying dollar amounts by vendor. As your email recognizes, pursuant to the Settlement Agreement, the Claims Administrator's budget is subject to BP's reasonable approval. Given the absence of whatever supporting analysis, metrics or explanatory notes the Claims Administrator relied upon to create this budget, BP cannot determine if the budget request is reasonable under the circumstances. Furthermore, based upon our review of recent actual claims processing and administration results, which show even further declines in productivity and increases in costs, we continue to have significant concerns about CSSP's poor productivity and excessive costs. It would be unreasonable to approve a budget that validates and incentivizes the various claims administration vendors to perpetuate their track record of poor productivity and excessive costs. Accordingly, we request that the CSSP re-submit its 3rd quarter 2013 budget with appropriate documentation, analysis, metrics and explanatory notes to support each item in the budget request. Upon receipt and review of a re-submitted budget BP will respond with its position pursuant to the terms of the Settlement Agreement.

    The CSSP is a multi-billion dollar program with cumulative administrative spend to date in excess of $500 million. The proposed budget does not evidence a systematic, disciplined budgeting process. As examples, BrownGreer is simply budgeted for exactly $15,000,000 each month and Garden City is budgeted for exactly $7,500,000 each month. Moreover, vendor fees have increased in April and May by 7%; vendor expenses have increased in April by 41%; and the proposed budget seeks vendor costs that are an additional 7% over April and May and 14% over March. We have also calculated variances of 2nd quarter actual results in comparison to the 2nd quarter budget provided by the CSSP, which further demonstrates that the CSSP budgeting process is inadequate. As examples, BrownGreer and P&N were collectively in excess of $2 million over budget for the 2nd quarter. There does not appear to be effective management of the vendors, including the apparent absence of repercussions or corrective actions taken to address vendors that fail to meet their respective budgets.

    Consistent with what would be expected of a professionally run claims management process, the CSSP needs to implement a systematic and disciplined budgeting process so that the Claims Administrator is able to provide a budget proposal, including detailed buildups of how the

budget is developed in relationship to performance targets and past performance, that allows BP to meaningfully evaluate the proposed budget against actual past performance.[1]

In order to appropriately budget administrative costs and to drive improved productivities and efficiencies, the CSSP should develop and track the following metrics:

- Targeted claim determinations and payments by claim type and by person (e.g. BEL claims per week, per accountant)
- Call Center activity and targeted metrics
- Targeted throughput analysis for each stage in the claims process, i.e. how long is a claim in each status, how many claims complete each stage per month
- Estimated progress of incomplete claims analysis, broken down by type of incomplete, aging of claim, and action items undertaken to resolve
- Levels of quality assurance in relation to reasonableness thresholds
- Projected fraud detection activity and bases for levels of effort
- FTE count by month, location, function (as used by vendor), designation for employee vs. contractor, and claims type

The CSSP should also develop and track the following cost-related metrics:

- Fees and expenses broken down by month, vendor, level, location and expense type
- Projected staff turnover analyzes including
    - Count of additions, subtractions of employees and contractors
    - Training requirements and costs given projected turnover
    - Projected staffing level and hourly rate changes with justifications/explanatory notes for any changes

The CSSP should further develop and measure productivity in relation to costs using key performance indicators and tie the two sections above (productivity and costs) together to determine overall targeted performance and costs metrics.

These measures and an increased emphasis on budgeting are all necessary as there does not appear to be meaningful controls over what vendors are accomplishing and how much they are spending in order to accomplish those tasks. As referenced above, the CSSP April and May results show even further declines in productivity and increases in costs. Call center costs are now exceeding $1200 per hour per live calls. Excluding fraud detection, CSSP monthly costs now exceed GCCF monthly costs by approximately $1 million and the proposed budget pushes those CSSP costs even higher.

Productivity not only remains low, but is further decreasing and the turnover rate appears to be increasing. The number of claims resolved in May fell and was 6% lower than the average of the three prior months; the turnover rate increased 29% in May over the average of the prior three months. The CSSP is now only resolving approximately one claim per week per full-time equivalent (10,000 claims resolved per month by 2200 FTEs).

BP cannot approve a budget where the request does not transparently reflect the budgeting process, including performance targets that hold vendors accountable along with supporting analyses and metrics, particularly in light of the CSSP's historic performance in exceeding budgets and declining productivity as well as increasing costs that appear abnormally high. The CSSP needs to

---

[1] BP has on several occasions raised the need for the application of Key Performance Indicators ("KPIs") to the claims administration process. Such KPIs are essential to a well run claims operation, including the ability to appropriately budget claims administration costs and manage the claims administration. BP reiterates its request for KPIs.

immediately develop more effective budgeting and performance monitoring in order to run a well-managed operation and prepare credible budgets that hold vendors accountable.

To facilitate our review of future budgetary proposals, we further request a complete data dictionary for the CSSP claims system developed and managed by BrownGreer, including, but not limited to, the following information: (1) System / Database Name; (2) Table Name; (3) Field Name; (4) Field Description; (5) Data Type; (6) Data Length; and Nullable (Yes / No).

We look forward to receiving a new 3rd Quarter 2013 budget in line with our comments above.

Sincerely,

*Maria S. Travis*

Maria T Travis
Director of Claims - GCRO

Cc:    Mark Holstein
       Dan Cantor
       James Roy
       Patrick Juneau
       David Odom