# Exhibit E

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br>SECTION: J |
| This document relates to all actions. | * * * * * * | HONORABLE CARL J. BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## DECLARATION OF BRIAN L. GASPARDO

I, Brian L. Gaspardo, am over the age of 18 and the opinions, statements and conclusions expressed in this declaration are my own.

1. I am the Managing Member of O'Neill & Gaspardo, LLC, a Consulting and CPA firm located in Mokena, Illinois. I am a Certified Public Accountant and have over 20 years of professional experience performing audit, tax, accounting, business valuation, financial analysis and consulting services for clients throughout the United States. I received a B.A. in economics from Harvard University in 1991 and an M.B.A. from the University of Chicago in 2001. I serve on the Boards of Old Plank Trail Bank and La Rabida Children's Hospital in Chicago. I have testified and submitted reports as an expert witness on a variety of topics, including business performance, business valuation, accounting, and financial reporting.

### Background

2. BP America, Inc. ("BP") retained me in the above-referenced matter to review BEL claims submitted to the CSSP, including the "Total Calculated Loss" worksheet the CSSP produces and the underlying financial statements, claimant submissions,

correspondence and other information contained in the portal maintained at www2.deepwaterrhorizoneconomicsettlement.com. To date, our firm has reviewed and analyzed over 2,500 claims.

3.  The first step in our process is the clerical construction of a claim file by printing the core documents from the portal, including the "Total Calculated Loss" calculation provided by the CSSP, the financial statements utilized by the CSSP, the relevant schedules from the claimant's income tax returns, and any correspondence between the claimant and the CSSP. This clerical preparation also includes the input of relevant financial data into an Excel spreadsheet to assist in analyzing the claim. Once this initial file is built by a staff person, the file is presented to a manager -- a CPA -- for review and analysis. I describe that review process, and the length of time it takes to review BEL claims, below.

## BEL Claim Review Process

4.  BEL claims are submitted by claimants of many different types from a wide range of industries. The complexity of claims varies depending on the industry, financial sophistication and organizational structure of the claimant, and other factors. Real estate broker and law firm claims, for example, often are quite simple to review because they have little activity or complexity in their operations. Other claims, such as those submitted by manufacturing companies, multi-facility claimants or certain construction companies, may be more complex.

5.  The review process our managers undertake confirms the financial data provided by the claimant and analyzes the assumptions and calculations the CSSP uses in the claims. Our review process on each claim includes, at least, the following steps:

- Review of claimant-submitted financial statements and comparison with the statements' input used by CSSP.

- Review of the book/tax reconciliation as presented in the Total Calculated Loss document and any other book/tax reconciliations included in the portal.

- Review of all tax returns provided for consistency with monthly P&Ls as well as financial information presented.

- Review of all monthly revenue and expense line items for unusual or incorrect entries, unusual fluctuations or patterns, and proper account classification per the terms of the settlement agreement.

- Review of all documents included on the portal for other information that may provide specific details or information related to the claimant or the financial information submitted.

- Review of the CSSP's causation calculation and the Step 1 and Step 2 award calculation and optimization.

- Recalculation of Step 1 and Step 2 awards under the BEL Compensation Framework[1] to reflect any corrections, adjustments or other changes that are warranted based on the financial documentation and information provided.

- Any additional research, calculations or analysis that may be necessary to understand the claim, investigate evidence of irregularities, or provide additional background.

6. To determine the amount of time it takes to properly review BEL claims, I examined the number of claims that my managers and I reviewed in July and August 2013 and compared that to the number of hours spent on those claims. On average, each BEL claim we reviewed during the months of July and August, 2013 required 2.3 hours to complete the manager review described above. This included the analysis of 972 distinct claims (397 claims in July and 575 claims in August). As these are claims that were appealed, they disproportionately include larger awards and claims submitted by

---

[1] I understand that BP disagrees with the CSSP's current interpretation of the BEL Compensation Framework and that issue is currently pending before an appellate court. My estimates in this declaration are based on the work I have done to review BEL claims under current policies and are not an endorsement of the CSSP's policy decisions.

companies in industries with greater financial complexity in their operations and record-keeping, and thus greater risk of misstatement. As a result, the review that my managers and I conducted on these BEL claims likely took longer than a comparable review of more straightforward claims that were not appealed. Accordingly, our review time overall is likely inflated as compared to a random sampling of BEL claims.

7. I also analyzed the amount of time it took my managers and me to review more complex claims compared to less complex ones. The average time it took to review more complex claims was 2.75 hours, while less complex claims took 1.92 hours to review. The specific facts and circumstances of different claims, and the nature of the documentation supplied, results in varying amounts of additional analysis and inquiry required. The review of simple BEL claims may take less than an hour, with more complex claims taking longer. Review of even the most complex BEL claim files, however, did not take a reviewer more than eight hours in total.

8. Based on my experience, a comprehensive accountant review of BEL claims -- as opposed to the clerical tasks involved in entering relevant financial data into an Excel spreadsheet -- takes on average 2.3 hours per claim. While the amount of time necessary for each specific claim may vary, even the most complex claim required only eight hours of accountant time to review. I understand, however, that the CSSP has budgeted over 17 hours for accountant review of each BEL claim. Even if the CSSP accountants perform some additional tasks that are not included in the BEL claim review that my team conducts, the budget implies that CSSP review for each claim takes more than six times longer on average than the review my team conducts on BEL claims.

I declare under penalty of perjury that the foregoing is a true and correct statement of my opinions and analysis.

Executed this 11th day of September, 2013.

_____
Brian L. Gaspardo
O'Neill & Gaspardo, LLC