IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 |
| | * | SECTION J |
| | * | |
| This document relates to all actions. | * * | |
| | * | Honorable CARL J. BARBIER |
| | * * | |
| | * * | Magistrate Judge SHUSHAN |

**BP'S MOTION AND INCORPORATED MEMORANDUM IN SUPPORT TO FILE UNDER SEAL CERTAIN EXHIBITS IN SUPPORT OF BP'S OBJECTIONS TO THE CLAIMS ADMINISTRATOR'S PROPOSED 2013 FOURTH QUARTER BUDGET AND REQUEST FOR EVIDENTIARY HEARING**

Pursuant to Pre-Trial Order 13, Order Protecting Confidentiality (Rec. Doc. 641); Pre-Trial Order 38, Order Relating to Confidentiality of Settlement Communications (Rec. Doc. 3201), the Court's Order Regarding Settlement Implementation (Rec. Doc. 6573), and the Court's Order Regarding the Confidentiality of Claims Information of the Claims Administrator of the *Deepwater Horizon* Economic and Property Damages Settlement Agreement (Rec. Doc. 6822), BP, by their attorneys, hereby respectfully requests leave to file under seal certain exhibits in support of BP's Objections to the Claims Administrator's Proposed 2013 Fourth Quarter Budget and Request for Evidentiary Hearing.

Out of an abundance of caution and respect for the Court's orders and processes, BP requests that the following exhibits to the Declaration of Todd Brents (attached as Exhibit B to BP's Objections to the Claims Administrator's Proposed 2013 Fourth Quarter Budget and Request for Evidentiary Hearing) be filed under seal:

- Exhibit 2 to the Declaration of Todd Brents — August 11, 2013 CSSP Utilization Model
- Exhibit 4 to the Declaration of Todd Brents — August 16, 2013 CSSP Budget
- Exhibit 8 to the Declaration of Todd Brents — August 28, 2013 CSSP Budget

Additionally, BP redacted, out of an abundance of caution, information in Exhibit 11 to the Declaration of Todd Brents (June 7, 2013 K. Moskowitz Letter to P. Juneau). The exhibits that BP seeks to file under seal may contain information regarding rates charged by CSSP vendors. BP is not aware of any designation by any party or Court Order marking those rates as confidential or highly confidential. But, out of an abundance of caution, BP submits them to the Court under seal pending further order from the Court.

WHEREFORE, BP respectfully prays the Court for an Order that the Exhibits 2, 4, and 8 and portions of Exhibit 11 to the Declaration of Todd Brents (attached as Exhibit B to BP's Objections to the Claims Administrator's Proposed 2013 Fourth Quarter Budget and Request for Evidentiary Hearing) be filed under seal, pending further order of the Court. A proposed order is attached to this Motion.

Dated:  September 11, 2013                      Respectfully submitted,

| | |
|---|---|
| James J. Neath |    /s/ Richard C. Godfrey |
| Mark Holstein | Richard C. Godfrey, P.C. |
| BP AMERICA INC. | J. Andrew Langan, P.C. |
| 501 Westlake Park Boulevard | Wendy L. Bloom |
| Houston, TX  77079 | Andrew B. Bloomer, P.C. |
| Telephone:  (281) 366-2000 | R. Christopher Heck |
| Telefax:  (312) 862-2200 | KIRKLAND & ELLIS LLP |
| | 300 North LaSalle Street |
| | Chicago, IL 60654 |
| | Telephone:  (312) 862-2000 |
| | Telefax:  (312) 862-2200 |
| Daniel A. Cantor | |
| Andrew T. Karron | Jeffrey Bossert Clark |
| ARNOLD & PORTER LLP | Steven A. Myers |
| 555 Twelfth Street, NW | KIRKLAND & ELLIS LLP |
| Washington, DC 20004 | 655 Fifteenth Street, N.W. |
| Telephone:  (202) 942-5000 | Washington, D.C. 20005 |
| Telefax:  (202) 942-5999 | Telephone:  (202) 879-5000 |
| | Telefax:  (202) 879-5200 |
| Jeffrey Lennard | |
| Keith Moskowitz |    /s/   Don K. Haycraft |
| SNR DENTON US LLP | Don K. Haycraft (Bar #14361) |
| 233 South Wacker Drive | R. Keith Jarrett (Bar #16984) |
| Suite 7800 | LISKOW & LEWIS |
| Chicago, IL  60606 | 701 Poydras Street, Suite 5000 |
| Telephone:  (312) 876-8000 | New Orleans, Louisiana 70139 |
| Telefax:  (312) 876-7934 | Telephone:  (504) 581-7979 |
| | Telefax:  (504) 556-4108 |
| *OF COUNSEL* | |
| | Robert C. "Mike" Brock |
| | COVINGTON & BURLING LLP |
| | 1201 Pennsylvania Avenue, NW |
| | Washington, DC 20004 |
| | Telephone:  (202) 662-5985 |
| | Telefax:  (202) 662-6291 |

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
*AND BP AMERICA PRODUCTION COMPANY*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of September 2013.

Dated: September 11, 2013                             Respectfully submitted,

*/s/ Don K. Haycraft*
Don K. Haycraft