IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 |
| | * | SECTION J |
| This document relates to all actions. | * * * | |
| | * * | Honorable CARL J. BARBIER |
| | * * * | Magistrate Judge SHUSHAN |

### [PROPOSED] ORDER

### [Regarding BP's Objections to Claims Administrator's Proposed 4th Quarter 2013 Budget and Request for an Evidentiary Hearing]

Considering BP's Motion and Incorporated Memorandum in Support to File Under Seal Certain Exhibits in Support of BP's Objections to the Claims Administrator's Proposed 2013 Fourth Quarter Budget and Request for Evidentiary Hearing, and good cause therefor having been shown,

**IT IS HEREBY ORDERED** that the BP Defendants' Motion is GRANTED; and it is further

**ORDERED** that Exhibits 2, 4, and 8, and redacted portions of Exhibit 11, to the Declaration of Todd Brents (attached as Exhibit B to BP's Objections to the Claims Administrator's Proposed 2013 Fourth Quarter Budget and Request for Evidentiary Hearing) be filed under seal pending further order of the Court.

New Orleans, Louisiana, this \_\_\_ day of September, 2013

_____
**United States District Court**