UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION "J"** |
| | * | |
| **Applies to:** | * | **JUDGE BARBIER** |
| | * | |
| **10-4239,** *State of Veracruz, Republic of* | * | **MAGISTRATE SHUSHAN** |
| *Mexico v. BP, PLC, et al.***;** | * | |
| **10-4240,** *State of Tamaulipas, Republic* | * | |
| *of Mexico v. BP, PLC, et al.;* | * | |
| **10-4241,** State of Quintana Roo v. BP, | * | |
| PLC, et al.**;** | * | |
| **10-2771,** *In re: Triton Asset Leasing* | * | |
| *GmbH, et al.* | * | |

## FINAL JUDGMENT

For the reasons stated in the Court's Order and Reasons dated December 9, 2011 (Rec. Doc. 4845) and the Court's Order and Reasons dated September 6, 2013 (Rec. Doc. 11281), filed herein,

IT IS ORDERED, ADJUDGED, AND DECREED that,

(1) in Civil Action No.10-4239, *State of Veracruz, Republic of Mexico v. BP, PLC, et al.*, there be judgment in favor of defendants, BP, PLC, BP America, Inc., BP Corporation North America, Inc., BP Company North America, Inc., BP Products North America, Inc., BP Exploration and Production, Inc., Transocean, Ltd., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Anadarko Petroleum Corporation, Halliburton Energy Services, Inc., Cameron International Corporation f/k/a Cooper Cameron Corporation (collectively, "defendants"), and against plaintiff, State of Veracruz, dismissing the plaintiff's suit with prejudice, at plaintiff's cost;

(2) in Civil Action No. 10-4240, *State of Tamaulipas, Republic of Mexico v. BP, PLC, et al.*, there be judgment in favor of defendants, recited above, and against plaintiff, State of

Tamaulipas, dismissing the plaintiff's suit with prejudice, at plaintiff's cost; and

(3) in Civil Action No. 10-4241, *State of Quintana Roo, Republic of Mexico v. BP, PLC, et al.*, there be judgment in favor of defendants, recited above, and against plaintiff, State of Quintana Roo, dismissing the plaintiff's suit with prejudice, at plaintiff's cost.

**PARTIAL FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)**

For the reasons stated in the Court's Order and Reasons dated December 9, 2011 (Rec. Doc. 4845) and the Court's Order and Reasons dated September 6, 2013 (Rec. Doc. 11281), filed herein,

IT IS ORDERED, ADJUDGED, AND DECREED that, in Civil Action No. 10-2771, *In re the Complaint and Petition of Triton Asset Leasing GmbH, et al.*, there be judgment in favor of petitioners, Triton Asset Leasing GmbH, Transocean Holdings, L.L.C., Transocean Offshore Deepwater Drilling, Inc., and Transocean Deepwater, Inc., and against claimants, the States of Veracruz, Tamaulipas, and Quintana Roo, dismissing the claimants' consolidated claim in limitation (Rec. Doc. 302 in 10-2771), with prejudice, at claimants' cost.[1] The Court expressly determines that there is no just reason for delay and designates this as a partial final judgment under Federal Rule of Civil Procedure 54(b).

Signed in New Orleans, Louisiana, this 12th day of September, 2013

United States District Judge

---

[1] Although the Orders from December 9, 2011 and September 6, 2013 did not reference the consolidated claim in limitation, the consolidated claim in limitation is substantially similar to the claims brought by the Mexican States in their individual lawsuits. Therefore, the reasons for dismissing the Mexican States' individual lawsuits apply with equal force to the consolidated claim in limitation.