UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG  MDL NO. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010  Section "J"

Judge Barbier

Magistrate Judge Shushan

This document relates to:

*Diamondhead Casino Corporation, et al. v. BP Exploration &*
  *Production, Inc., et al.*  CA# 2:13cv5384

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), the Plaintiffs state as follows:

DIAMONDHEAD CASINO CORPORATION and MISSISSIPPI GAMING CORPORATION, through their undersigned counsel, certify that they are non-governmental corporate parties. DIAMONDHEAD CASINO CORPORATION is a publicly traded Delaware corporation; it is the sole owner of 100% of MISSISSIPPI GAMING CORPORATION's stock.

Respectfully submitted, this the 12th day of September, 2013.

/s/ *Robert W. Wilkinson*
ROBERT W. WILKINSON, MSB #7215
DOGAN & WILKINSON, PLLC
POST OFFICE BOX 1618
PASCAGOULA, MS 39568-1618
PHONE: 228-762-2272
FAX: 228-762-3223
E-MAILS: rwilkinson@dwwattorneys.com

FREDERICK T. KUYKENDALL, III
AL BAR NO. ASB4462A59F
FEDERAL BAR NO. KUYF446
GRANT D. AMEY
AL BAR NO. ASB4273T83A
FEDERAL BAR NO. AMEYG4273

        KUYKENDALL & ASSOCIATES, LLC
23937 U.S. HIGHWAY 98, SUITE 3
FAIRHOPE, AL 36532
PHONE: 251-928-4008
FAX: 205-453-0042

RONNIE G. PENTON, BAR #10462
THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LA 70427
PHONE: 985-732-5651
FAX: 985-735-5579

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Plaintiffs' Corporate Disclosure Statement has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of September 2013.

/s/ *Robert W. Wilkinson*
Robert W. Wilkinson