UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

### [Regarding BP Motion to Strike References to Un-Designated Depositions (Rec. doc. 11343)

The order regarding the presentation of evidence in Phase Two contains a provision for the submission of trial briefs. Rec. doc. 11087 at 4-5 ("Presentation Order"). The Aligned Parties' trial brief contains references to the depositions of Harland, Stringfellow and Morrison. Each of these references is found in the report of an expert for the Aligned Parties. These experts were designated in accord with the Presentation Order. Id. at 5. Redacted copies of their reports were submitted to Judge Barbier.

The Presentation Order sets limits on the depositions to be submitted in Phase Two. Id. at 5-6. The depositions of Harland, Stringfellow and Morrison were not designated by the Aligned Parties pursuant to the Presentation Order.

BP contends that the references to Harland, Stringfellow and Morrison in the trial brief for the Aligned Parties must be struck since they were not designated by the Aligned Parties. They respond that the references to Harland, Stringfellow and Morrison are proper because they are found in the redacted reports of the experts for the Aligned Parties.

For the reasons cited by the Aligned Parties (Rec. doc. 11344), the references are proper.

IT IS ORDERED that: (1) the motion of the U.S. to strike references to un-designated depositions (Rec. doc. 11343) is DENIED; and (2) the deadline for an appeal of this order is **Monday, September 16, 2013.**

New Orleans, Louisiana, this 12th day of September, 2013.

**SALLY SHUSHAN**
**United States Magistrate Judge**