# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL NO. 2179** |
| | **Section J** |
| | **Honorable Carl J. Barbier** |
| **Relates to NO. 12-CV-968** | **Magistrate Judge Shushan** |

## NOTICE OF APPEAL
### BY OBJECTORS MIKE STURDIVANT, PATRICIA STURDIVANT, SUSAN FORSYTH AND JAMES H. KIRBY IV

Objectors Mike and Patricia Sturdivant, Susan Forsyth, and James H. Kirby IV

appeal to the United States Fifth Circuit Court of Appeals from the order directing

objectors to post a $50,000 appeal bond (Doc. 11174) and the order denying objectors'

motion for reconsideration (Doc. 11335).

Date:  September 12, 2013                   Respectfully submitted,

By:    */s/ Joseph Darrell Palmer*
       Joseph Darrell Palmer
       Law Offices of Darrell Palmer PC
       603 N. Highway 101, Suite A
       Solana Beach, CA 92075
       Phone: (858) 792-5600
       Fax: (866) 583-8115
       darrell.palmer@palmerlegalteam.com
      *Attorney for Objectors Mike and Patricia*
      *Sturdivant, Susan Forsyth, and James H. Kirby IV*

## PROOF OF SERVICE

I certify that on the 12th day of September, 2013, I electronically filed the foregoing with the Clerk of the Court using the court's ECF filing system effectuating service of such filing all registered attorneys .  And I also gave notice through the LexisNexis system.

*/s/ Joseph Darrell Palmer*

2