IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: "J" |
| This document relates to No. 12-970 | * | Honorable Carl J. Barbier |
| | | Magistrate Judge Shushan |
| * | * | * |

MOTION FOR PRODUCTION OF DOCUMENTS
AND TO EXTEND TIME TO RESPOND TO ORDER TO SHOW CAUSE

**NOW INTO COURT**, through undersigned counsel, comes claimant The Andry Law Firm, LLC who files this *Motion for Production of Documents and to Extend Time to Respond* to the Court's *Order to Show Cause*.  In response to Special Master Freeh's report, this Court ordered Lionel Sutton, Christine Reitano, Jon Andry, Glen Lerner, and any associated law firms to show cause why the Court should not adopt the Special Master's findings and recommendations "[d]isallowing The Andry Law Firm's claim under the Unclean Hands Doctrine" and "[d]isqualifying Attorneys Lionel Sutton, Christine Reitano, Glen Lerner, and Jon Andry, as well as any associated law firms, from representing CSSP claimants (or collecting fees from such claimants) under the Unclean Hands Doctrine."  Rec. Doc. 11288.  The Court's Order gives these persons only fourteen days from September 6, 2013 to file any response, objection, or motion.  *Id.*

Special Master Freeh's report is ninety-six pages long and contains five hundred and fifty nine footnotes.  According to the Special Master, during the course of his investigation, his office conducted over 80 interviews (many of which were transcribed), performed computer forensics, reviewed extensive emails and phone records, searched laptops and mobile device hardware,

issued subpoenas, and examined numerous other documents. This evidence is referenced selectively throughout Special Master Freeh's report, but is not a part of the record, and has not been provided to The Andry Law Firm.

Due Process and fundamental fairness require that claimant The Andry Law Firm be allowed to examine and refute the Special Master's alleged factual support for his suggestion that the Court disallow The Andry Law Firm's valid claim for over seven million dollars, which is currently due and owing, as all appeal delays have run. For the reasons stated more fully in the accompanying memorandum, claimant The Andry Law Firm requests that the Court grant it access to the evidence referred to in Special Master Freeh's Report, and that the Court allow The Andry Law Firm to have 21 days from the date of production to make any objections.

**WHEREFORE**, The Andry Law Firm, L.L.C. respectfully requests that the Court grant the firm's *Motion for Production of Documents and to Extend Time to Respond* to the Court's *Order to Show Cause*, grant access to the documents underlying Special Master Freeh's Report, and allow The Andry Law Firm 21 days from the date of production to make any objections.

Respectfully submitted,

*/s/ William P. Gibbens*
Kyle D. Schonekas, 11817
William P. Gibbens, 27225
Ian Atkinson, 31605
Schonekas, Evans, McGoey & McEachin, L.L.C.
909 Poydras Street, Suite 1600
New Orleans, Louisiana  70112
Telephone:  (504) 680-6050
Fax:  (504) 680-6051
kyle@semmlaw.com
billy@semmlaw.com
ian@semmlaw.com
Attorneys for The Andry Law Firm, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 12th day of September, 2013.

*/s/ William P. Gibbens*
William P. Gibbens