IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: "J" |
| This document relates to No. 12-970. | * | Honorable Carl J. Barbier |
| | | Magistrate Judge Shushan |
| * * * | | |

THE ANDRY LAW FIRM, L.L.C.'S EX PARTE MOTION AND
INCORPORATED MEMORANDUM FOR EXPEDITED
HEARING ON MOTION FOR PRODUCTION OF DOCUMENTS AND
TO EXTEND TIME TO RESPOND TO ORDER TO SHOW CAUSE

**NOW INTO COURT**, through undersigned counsel, comes The Andry Law Firm, L.L.C., who moves for an expedited hearing on its *Motion for Production of Documents and to Extend Time to Respond* to the Court's *Order to Show Cause*.

I.

On September 6, 2013, Special Master Freeh issued his Independent External Investigation of the Deepwater Horizon Court Supervised Settlement Program.

II.

That same day, this Court ordered Lionel Sutton, Christine Reitano, Jon Andry, Glen Lerner, and any associated law firms to show cause within fourteen days why the Court should not adopt the Special Master's findings and recommendations "[d]isallowing The Andry Law Firm's claim under the Unclean Hands Doctrine" and "[d]isqualifying Attorneys Lionel Sutton, Christine Reitano, Glen

1

Lerner, and Jon Andry, as well as any associated law firms, from representing CSSP claimants (or collecting fees from such claimants) under the Unclean Hands Doctrine." Rec. Doc. 11288.

## III.

Contemporaneously with this Motion to Expedite, The Andry Law Firm has moved for production of the evidence underlying Special Master Freeh's report so that The Andry Law Firm can adequately respond to the allegations against it.

## IV.

The Andry Law Firm has also requested additional time to respond to the numerous allegations made against it in Special Master Freeh's ninety-six page, heavily footnoted Report.

## V.

Expedited consideration on these requests is needed so that The Andry Law Firm and its attorneys can adequately prepare any objections to Special Master Freeh's Report, which are currently due on September 20, 2013.

## VI.

The three attorneys retained by The Andry Law Firm will each be out of the country with limited access to computers and email during a majority of the fourteen day period set by the Court to respond.[1]

---

1  Kyle Schonekas has been out of the country since September 5 and will not return until September 17; William Gibbens will be out of the country from September 15 through September 24; and Ian Atkinson will be out of the country from September 14 to September 28.

### VII.

Accordingly, The Andry Law Firm respectfully requests that its Motion be heard as soon as possible, on Tuesday September 17, 2013, after lead counsel for The Andry Law Firm has returned.

Respectfully submitted,

*/s/ William P. Gibbens*
Kyle D. Schonekas, 11817
William P. Gibbens, 27225
Ian Atkinson, 31605
SCHONEKAS, EVANS, MCGOEY
& MCEACHIN, L.L.C.
909 Poydras Street, Suite 1600
New Orleans, Louisiana  70112
Telephone:  (504) 680-6050
Fax:  (504) 680-6051
kyle@semmlaw.com
billy@semmlaw.com
ian@semmlaw.com

Attorneys for The Andry Law Firm, L.L.C.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 12th day of September, 2013.

*/s/ William P. Gibbens*
William P. Gibbens