UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: All Cases | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding Exhibits Offered by the Claims Administrator's Office]**

On August 6, 2013, BP was directed to show cause on August 7, 2013, why it should not be directed to fund the Claims Administrator's proposed third quarter budget. Rec. doc. 10949. An evidentiary hearing was conducted on August 7, 2013. Rec. doc. 11178. The Claims Administrator submitted a binder with hard copies of the exhibits.

IT IS ORDERED that **within fourteen (14) days of the entry of this order**, the Claims Administrator shall provide the Clerk with digital copies of the exhibits offered by it and admitted into the record at the evidentiary hearing. Further, any future exhibits may be delivered to the Court in hard copy but will also be provided in digital format for purposes of filing in the record.

New Orleans, Louisiana, this 12th day of September, 2013.

                                                            SALLY SHUSHAN
                                                            **United States Magistrate Judge**