UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN GULF OF | * | |
| MEXICO, ON APRIL 20, 2010 | * | SECTION |
| | * | |
| RELATES TO CASE NO: 2:12-cv-02338 | * | MAGISTRATE |
| KOLIAN, et al vs. BP EXPLORATION & | * | |
| PRODUCTION INC., et al | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### EX PARTE MOTION TO RE-ENROLL AS COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes Falck Alford a/k/a Falck Alford Holding Company, Inc., who hereby respectfully requests that this Honorable Court allow Richard S. Vale, Pamela Noya Molnar, and the law firm of Blue Williams, L.L.P., to re-enroll as counsel of record on its behalf.

Respectfully submitted:

BLUE WILLIAMS, L.L.P.

_____
RICHARD S. VALE, T.A., #12995
PAMELA NOYA MOLNAR, #18208
3421 N. Causeway Blvd., Suite 900
Metairie, LA 70002
Telephone: (504) 831-4091
Facsimile: (504) 849-3046
Attorneys for Falck Alford a/k/a Falck
Alford Holding Company, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _13_ day of September, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

_____
RICHARD S. VALE