UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN GULF OF | * | |
| MEXICO, ON APRIL 20, 2010 | * | SECTION |
| | * | |
| RELATES TO CASE NO: 2:12-cv-02338 | * | MAGISTRATE |
| KOLIAN, et al vs. BP EXPLORATION & | * | |
| PRODUCTION INC., et al | * | |

* * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion:

**IT IS ORDERED** by the Court that Richard S. Vale, Pamela Noya Molnar, and the law firm of Blue Williams, L.L.P., be and they are hereby re-enrolled as counsel on behalf of Falck Alford a/k/a Falck Alford Holding Company, Inc., in the above entitled and numbered cause.

NEW ORLEANS, LOUISIANA, this _____ day of _____,
2013.

_____
JUDGE