UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) MDL NO. 2179 ) ) SECTION: J ) ) Judge Barbier ) Mag. Judge Shushan ) |

THIS DOCUMENT RELATES TO: 13-CV-01131 AND 13-CV-00143

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND MOTION TO SEVER

**MOTION TO WITHDRAW**

Now comes The Chau Law Firm, P.C and moves this Honorable Court for an order allowing The Chau Law Firm, P.C to withdraw their appearance as attorneys of record for the following Plaintiffs:

**13-CV-01131**

The Chau Law Firm, P.C. was retained to represent the Plaintiffs, Cuong Dinh Vu and Huong T. Tran in July 2012. The Chau Law Firm, P.C. filed suit on behalf of the Plaintiff's on April 20, 2013. Subsequent to the filing of the said lawsuit, Plaintiffs Cuong Dinh Vu and Huong T. Tran discharged The Chau Law Firm, P.C. and made the determination to proceed with the litigation *Pro Se.* Under the American Bar Association Model Rules of Professional Conduct Rule 1.16(7), the attorney of record shall withdraw from representation if good cause exists. Plaintiff Cuong Dinh Vu and Huong T. Tran's desire to discharge The Chau Law Firm, P.C. and proceed *Pro Se* constitutes good cause for withdrawal.

In accordance with Local Rule 83.2.11, Plaintiff Cuong Dinh Vu can be reached at

telephone number: 361-779-7313. Cuong Dinh Vu's present address is 803 S. Kossuth Street, Rockport, Texas 78382. Plaintiff Cuong Dinh Vu has been served a copy of this Motion as well as a statement containing a list of pending deadlines and court appearances. Plaintiff Cuong Dinh Vu was served via United States Certified Mail, Return Receipt Requested 7012 3460 0001 3382 8246.

In accordance with Local Rule 83.2.11, Plaintiff Huong T. Tran can be reached at telephone number: 361-249-6324. Huong T. Tran's present address is 509 North 4th Street, Fulton, TX 78358. Plaintiff Huong T. Tran has been served a copy of this Motion as well as a statement containing a list of pending deadlines and court appearances. Plaintiff Huong T. Tran was served via United States Certified Mail, Return Receipt Requested 7012 3460 0001 3382 8239.

**13-CV-00143**

The Chau Law Firm, P.C. was retained to represent the Plaintiffs, Thanh Van Tran, Duoc Van Nguyen, Hiep Van Vu, Jerry Hirt, Oswaldo Sanchez, Tu Thanh Dang, Tuan Van Truong, Rose Le and Thach Van Tran in July 2012. The Chau Law Firm, P.C. filed suit on behalf of the Plaintiff's on April 20, 2013. Subsequent to the filing of the said lawsuit, Plaintiffs Thanh Van Tran, Duoc Van Nguyen, Hiep Van Vu, Jerry Hirt, Oswaldo Sanchez, Tu Thanh Dang, Tuan Van Truong, Rose Le and Thach Van Tran discharged The Chau Law Firm, P.C. and made the determination to proceed with the litigation *Pro Se*. Under the American Bar Association Model Rules of Professional Conduct Rule 1.16(7), the attorney of record shall withdraw from representation if good cause exists. Plaintiffs Thanh Van Tran, Duoc Van Nguyen, Hiep Van Vu, Jerry Hurt, Oswaldo Sanchez, Tu Thanh Dang, Tuan Van Truong, Rose Le and Thach Van Tran desire to discharge The Chau Law

Firm, P.C. and proceed *Pro Se* constitutes good cause for withdrawal.

In accordance with Local Rule 83.2.11, Plaintiff Thanh Van Tran can be reached at telephone number: 361-972-9151. Thanh Van Tran's present address is 113 Vietnam Street, Palacios, Texas 77465. Plaintiff Thanh Van Tran has been served a copy of this Motion as well as a statement containing a list of pending deadlines and court appearances. Plaintiff Thanh Van Tran was served via United States Certified Mail, Return Receipt Requested 7012 3460 0001 3382 8222.

In accordance with Local Rule 83.2.11, Plaintiff Duoc Van Nguyen can be reached at telephone number: 409-354-5524. Duoc Van Nguyen's present address is 6306 Havendale Drive, Houston, Texas 77072. Plaintiff Duoc Van Nguyen has been served a copy of this Motion as well as a statement containing a list of pending deadlines and court appearances. Plaintiff Duoc Van Nguyen was served via United States Certified Mail, Return Receipt Requested 7012 3460 0001 3382 8215.

In accordance with Local Rule 83.2.11, Plaintiff Hiep Van Vu can be reached at his present address. Plaintiff Hiep Van Vu does not have an active telephone number on file. Hiep Van Vu's present address is 1615 1st Street, Palacios, Texas 77465. Plaintiff Hiep Van Vu has been served a copy of this Motion as well as a statement containing a list of pending deadlines and court appearances. Plaintiff Hiep Van Vu was served via United States Certified Mail, Return Receipt Requested 7012 3460 0001 3382 8208.

In accordance with Local Rule 83.2.11, Plaintiff Jerry Hurt can be reached at telephone number: 956-372-2067. Jerry Hurt's present address is 3442 Silverceder Place NE, Salem, Oregon 97305. Plaintiff Jerry Hurt has been served a copy of this Motion as well as a statement containing a list of pending deadlines and court appearances. Plaintiff

Jerry Hurt was served via United States Certified Mail, Return Receipt Requested 7012 3460 0001 3382 8178.

In accordance with Local Rule 83.2.11, Plaintiff Oswaldo Sanchez can be reached at telephone number: 361-972-9079. Oswaldo Sanchez's present address is P.O. Box 128, Palacios, Texas 77465. Plaintiff Oswaldo Sanchez has been served a copy of this Motion as well as a statement containing a list of pending deadlines and court appearances. Plaintiff Oswaldo Sanchez was served via United States Certified Mail, Return Receipt Requested 7012 3460 0001 3382.

In accordance with Local Rule 83.2.11, Plaintiff Tu Thanh Dang can be reached at telephone number: 504-235-8813. Tu Thanh Dang's present address is 2619 Langera Court, Pearland, Texas 77584. . Plaintiff Tu Thanh Dang has been served a copy of this Motion as well as a statement containing a list of pending deadlines and court appearances. Plaintiff Tu Thanh Dang was served via United States Certified Mail, Return Receipt Requested 7012 3460 0001 3382 8192.

In accordance with Local Rule 83.2.11, Plaintiff Tuan Van Truong can be reached at telephone number: 504-235-8813. Tuan Van Truong's present address is 1615 1st Street, Palacios, Texas 77465. Plaintiff Tuan Van Truong has been served a copy of this Motion as well as a statement containing a list of pending deadlines and court appearances. Plaintiff Tuan Van Truong was served via United States Certified Mail, Return Receipt Requested 7012 3460 0001 3382 8253.

In accordance with Local Rule 83.2.11, Plaintiff Rose Le can be reached at telephone number: 832-413-5926. Rose Le's present address is 12211 Corona Lane, Houston, Texas 77072. Plaintiff Rose Le has been served a copy of this Motion as well as


a statement containing a list of pending deadlines and court appearances. Plaintiff Rose Le was served via United States Certified Mail, Return Receipt Requested 7012 3460 0001 3382 8260.

In accordance with Local Rule 83.2.11, Plaintiff Thach Van Tran can be reached at telephone number: 713-557-9588. Thach Van Tran's present address is 12211 Corona Lane, Houston, Texas 77072. Plaintiff Thach Van Tran has been served a copy of this Motion as well as a statement containing a list of pending deadlines and court appearances. Plaintiff Thach Van Tran was served via United States Certified Mail, Return Receipt Requested 7012 3460 0001 3382 8260.

**MOTION TO SEVER**

Now comes The Chau Law Firm, P.C and moves this Honorable Court to sever the following plaintiffs from docket numbers 13-CV-01131 and 13-CV-00143 and to Order the Clerk of Court to issue new docket numbers for each severed plaintiff so that they may proceed with their claims separate from the original docket numbers:

**13-CV-01131**

The Chau Law Firm, P.C., hereby requests the Court sever Plaintiffs Cuong Dinh Vu and Huong Thi Tran from docket number 13-CV-01131. Plaintiffs Cuong Dinh Vu and Huong Thi Tran have discharged The Chau Law Firm, P.C. and wish to proceed with their claims *Pro Se*. The Chau Law Firm, P.C. represents the remaining plaintiffs associated with 13-CV-01131 and requests the Court sever Cuong Dinh Vu and Huong Thi Tran so that they may proceed with their claims under a separate docket number. As Cuong Dinh Vu and Huong Thi Tran are no longer associated with the remaining plaintiffs under docket number 13-CV-01131, it is in the best interest of all parties to sever Cuong Dinh Vu and

Huong Thi Tran from this docket number. Further, The Chau Law Firm, P.C. requests the Court to Order the Clerk of Court to issue new docket numbers for Cuong Dinh Vu and Huong Thi Tran so that they may proceed with their claims.

**13-CV-00143**

The Chau Law Firm, P.C., hereby requests the Court sever Plaintiffs Thanh Van Tran, Duoc Van Nguyen, Hiep Van Vu, Jerry Hurt, Oswaldo Sanchez, Tu Thanh Dang, Tuan Van Truong, Rose Le and Thach Van Tran from docket number 13-CV-00143. Plaintiffs Thanh Van Tran, Duoc Van Nguyen, Hiep Van Vu, Jerry Hurt, Oswaldo Sanchez, Tu Thanh Dang, Tuan Van Truong, Rose Le and Thach Van Tran have discharged The Chau Law Firm, P.C. and wish to proceed with their claims *Pro Se*. The Chau Law Firm, P.C. represents the remaining plaintiffs associated with 13-CV-00143 and requests the Court sever Thanh Van Tran, Duoc Van Nguyen, Hiep Van Vu, Jerry Hurt, Oswaldo Sanchez, Tu Thanh Dang, Tuan Van Truong, Rose Le and Thach Van Tran so that they may proceed with their claims under a separate docket number. As Thanh Van Tran, Duoc Van Nguyen, Hiep Van Vu, Jerry Hurt, Oswaldo Sanchez, Tu Thanh Dang, Tuan Van Truong, Rose Le and Thach Van Tran are no longer associated with the remaining plaintiffs under docket number 13-CV-00143, it is in the best interest of all parties to sever Thanh Van Tran, Duoc Van Nguyen, Hiep Van Vu, Jerry Hurt, Oswaldo Sanchez, Tu Thanh Dang, Tuan Van Truong, Rose Le and Thach Van Tran from this docket number. Further, The Chau Law Firm, P.C. requests the Court to Order the Clerk of Court to issue new docket numbers for Thanh Van Tran, Duoc Van Nguyen, Hiep Van Vu, Jerry Hurt, Oswaldo Sanchez, Tu Thanh Dang, Tuan Van Truong, Rose Le and Thach Van Tran, individually, so that they may proceed with their claims.

WHEREFORE, The Chau Law Firm, P.C. prays this Honorable Court to enter an order allowing that firm to Withdraw as Attorney of Record for the above Plaintiffs and Sever the above Plaintiffs from the respective docket numbers.

THE CHAU LAW FIRM, P.C.

Jennifer Chau
SBN: 24069094
723 Main Street, Suite 1015
Houston, Texas 77002
Telephone: (281) 888-7982
Facsimile: (281) 764-6799
**Attorney for Plaintiffs**

## CERTIFICATE OF SERVICE

On this \_\_th day of September, 2013, a true and correct copy of the foregoing document has been provided to all parties by the following method in accordance to the Texas Rules of Civil Procedure:

*VIA US CMRRR 7012 3460 0001 3382 8246*
*and US First Class Mail*
Cuong Dinh Vu
803 S. Kossuth St.
Rockport, Texas 78382

*VIA US CMRRR 7012 3460 0001 3382 8239*
*and US First Class Mail*
Huong T. Tran
509 N. 4th Street
Fulton, Texas 78358

*VIA US CMRRR 7012 3460 0001 3382 8222*
*and US First Class Mail*
Thanh Van Tran
113 Vietnam Street
Palacios, Texas 77465

*VIA US CMRRR 7012 3460 0001 3382 8215*

*and US First Class Mail*
Duoc Van Nguyen
6306 Havendale Drive
Houston, Texas 77072

*VIA US CMRRR 7012 3460 0001 3382 8208*
*and US First Class Mail*
Hiep Van Vu
1615 1st Street
Palacios, Texas 77465

*VIA US CMRRR 7012 3460 0001 3382 8178*
*and US First Class Mail*
Jerry Hurt
3442 Silverceder Place NE
Salem, Oregon 97305

*VIA US CMRRR 7012 3460 0001 3382 8185*
*and US First Class Mail*
Oswaldo Sanchez
P.O. Box 128
Palacios, Texas 77465

*VIA US CMRRR 7012 3460 0001 3382 8192*
*and US First Class Mail*
Tu Thanh Dang
2619 Langera Court
Pearland, Texas 77584

*VIA US CMRRR 7012 3460 0001 3382 8253*
*and US First Class Mail*
Tuan Van Truong
1615 1st Street
Palacios, Texas 77465

*VIA US CMRRR 7012 3460 0001 3382 8260*
*and US First Class Mail*
Rose Le
12211 Corona Lane
Houston, Texas 77072

*VIA US CMRRR 7012 3460 0001 3382 8260*
*and US First Class Mail*
Thach Van Tran
12211 Corona Lane
Houston, Texas 77072

_____
Jennifer Kim Chau