UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010** | **MDL NO. 2179**<br>**SECTION "J" (1)**<br>**JUDGE BARBIER** |
| **APPLIES TO:  13-282, 13-283** | **MAGISTRATE JUDGE SHUSHAN** |

### THIRD STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINTS IN INTERPLEADER

On February 14, 2013, certain underwriters at Lloyd's, London, and various insurance companies that issued or subscribed to certain excess liability policies (collectively, the "Third Excess Layer Insurers" and the "Fourth Excess Layer Insurers") filed two complaints in interpleader (Civil Action Nos. 13-282 and 13-283) in this MDL No. 2179 against BP Exploration & Production Inc., BP America Production Company, BP Corporation North America Inc., BP Products North America Inc., and BP America Inc. (collectively, "BP") and Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. (collectively, "Transocean").  BP and Transocean waived service of process.

On April 16, 2013, the Court extended the deadline for all defendants to answer or otherwise respond to the complaints in these two cases to and including May 6, 2013.

On May 20, 2013, in response to the parties' Second Stipulated Motion to Extend Time, the Court extended that deadline to and including 14 days after the date on which the United States Court of Appeals for the Fifth Circuit issues a ruling on the petitions for rehearing *en banc* in Fifth Circuit Case No. 12-30230.

On August 29, 2013, the Court of Appeals withdrew its March 1, 2013 opinion in Case

No. 12-30230 and certified questions to the Texas Supreme Court, which the Texas Supreme Court has accepted for consideration and which are now pending before that Court.

All parties to these cases hereby stipulate and agree, without prejudice to or waiver of any rights, claims, or defenses of any party, that the time for BP and Transocean to answer or otherwise respond to the complaints should be extended to and including 14 days after the date on which the United States Court of Appeals for the Fifth Circuit disposes of the appeal in Case No. 12-30230 following its receipt of the Texas Supreme Court's answers to the questions certified to it by the Fifth Circuit. A proposed form of order has been filed herewith.

Dated:  September 13, 2013                                   Respectfully submitted,

|  |  |
|---|---|
|  | /s/ David B. Goodwin |
| Allan B. Moore | David B. Goodwin |
| Seth A. Tucker | M. Alexia dePottere-Smith |
| Mark D. Herman | Christine G. England |
| Covington & Burling LLP | Covington & Burling, LLP |
| 1201 Pennsylvania Avenue, NW | One Front Street, 35th Floor |
| Washington, DC  20004-2401 | San Francisco, California  94111 |
| Tel:  (202) 662-6000 | Tel:  (415) 591-6000 |
| Fax:  (202) 778-5575 | Fax: (415) 591-6091 |
| Email: abmoore@cov.com | Email  dgoodwin@cov.com |
| Email: stucker@cov.com | Email: adepottere@cov.com |
| Email: mherman@cov.com | Email: cengland@cov.com |

COUNSEL FOR BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, BP CORPORATION NORTH AMERICA INC., BP PRODUCTS NORTH AMERICA INC., AND BP AMERICA INC.

|  |  |
|---|---|
|  | /s/ Kerry J. Miller |
| Steven L. Roberts (TX No. 17019300) | Kerry J. Miller (LA No. 24562) |
| Rachel Giesber Clingman (TX No. 00784125) | Frilot, L.L.C. |
| Kent C. Sullivan (TX No 19487300) | 1100 Poydras Street, Suite 3700 |
| Sutherland, Asbill & Brennan, LLP | New Orleans, Louisiana  70163 |
| 1001 Fannin Street, Suite 3700 | Tel:  (504) 599-8169 |
| Houston, Texas  77002 | Fax:  (504) 599-8154 |
| Tel:  (713) 470-6100 | Email: kmiller@frilot.com |
| Fax:  (713) 654-1301 |  |
| Email: steven.roberts@sutherland.com |  |
|         rachel.clingman@sutherland.com |  |

kent.sullivan@sutherland.com

John M. Elsley (TX, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas  77002
Tel:  (713) 224-8380
Fax:  (713) 225-9945
Email: john.elseley@roystonlaw.com

COUNSEL FOR TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., AND TRANSOCEAN DEEPWATER INC.


/s/ Richard N. Dicharry
Richard N. Dicharry (LA No. 4929)
Evans Martin McLeod (LA No. 24846)
Kyle S. Moran (LA No. 33611)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Tel:  (504) 566-1311
Fax:  (504) 568-9130
Email: Richard.Dicharry@phelps.com
        Marty.McLeod@phelps.com
        Kyle.Moran@phelps.com

COUNSEL FOR VARIOUS INSURANCE COMPANIES ISSUING OR SUBSCRIBING TO EXCESS LIABILITY POLICIES ARS4928, PE0902635, PE0902652, AND PE0902744

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2013, I electronically filed a PDF version of this document with the Court's CM/ECF system and service on all counsel of record by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

/s/ Kerry J. Miller
Kerry J. Miller