UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" (1)<br><br>JUDGE BARBIER |
| APPLIES TO:  13-282, 13-283 | MAGISTRATE JUDGE SHUSHAN |

### THIRD STIPULATED ORDER EXTENDING TIME TO RESPOND TO COMPLAINTS IN INTERPLEADER

Considering the Third Stipulated Motion to Extend Time to Respond to Complaints in Interpleader (Civil Action Nos. 13-282 and 13-283), it is hereby

ORDERED that the Stipulated Motion is GRANTED, and the deadline for all defendants to answer or otherwise respond to the complaints in these cases is hereby extended to and including 14 days after the date on which the United States Court of Appeals for the Fifth Circuit disposes of the appeal in Case No. 12-30230 following its receipt of the Texas Supreme Court's answers to the questions certified to it by the Fifth Circuit.

New Orleans, Louisiana, this ____ day of _____, 2013.

_____<br>
United States District Judge