Minute Entry
Barbier, J.
September 11, 2013
JS 10: 1hr. 30min.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL | C.A. 10-2771   J(1) |
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536   J (1) |

| CASE MANAGER: | COURT REPORTER: |
|---|---|
| STEPHANIE KALL | KAREN IBOS |


## PRETRIAL CONFERENCE

WEDNESDAY, SEPTEMBER 11, 2013   3:00 P.M.
JUDGE CARL J. BARBIER PRESIDING

The Court held a Final Pretrial Conference regarding the Phase Two trial scheduled to commence September 30, 2013. The following matters were discussed:

All decisions by the Court are tentative and subject to amendment.

Trial Schedule: Typically Monday through Thursday, 8 a.m. until 6 p.m. Monday, October 14, 2013, Columbus Day, will be a regular trial day.

The first week will be the Source Control Segment; each side (PSC/States/Halliburton/Transocean and BP/Anadarko) is allowed 15 hours (30 hours total).  The United States is also allocated 30 minutes as outlined in the

**Order regarding presentation of evidence in Phase Two [11087].**

**The next 3 weeks will be the Quantification Segment; each side (United States and BP/Anadarko) is allowed 45 hours (90 hours total).**

**The Court Reporter will keep track of time allocation for all parties.**

**Opening statements for the Source Control Segment shall be one hour for each side and 90 minutes for each side for the Quantification Segment.**

**Marshalling of Exhibits:  The Marshalling Conference is currently scheduled for Nov. 7, 2013, before Judge Shushan.  The Court will consider a request to hold more than one Marshalling Conference.**

**Advance notice of witnesses: The timeline established by Magistrate Judge Shushan [11180-1] is amended as follows: BP is not required to disclose its order of witnesses on September 30, 2013.  On October 7, 2013, BP will disclose its order of witnesses for the week of October 14, 2013.**

**Proffers of Evidence:  Proffers should be made directly with the Court Reporter, outside of the Judge's presence.  Alternatively, parties may electronically file proffers.**

**Halliburton and Transocean argued in support of their appeals from the Magistrate Judge's rulings excluding them from participating in Phase Two-Quantification proceedings. ORDERED that the objections are OVERRULED and the Appeals [11025] and [11053] are DENIED.  The Magistrate Judge is AFFIRMED.**

**Motions in Limine:**
**A.  Anadarko's MIL to Exclude All Evidence & Argument Re: Anadarko's Culpability or Fault [10826]; ORDERED GRANTED.  This ruling is limited to the Phase Two trial.**

**B. BP's MIL to Exclude "Other Phases" Evidence [11026]; ORDERED GRANTED.  The Court did not rule on any specific evidence, however.**

**C. BP's MIL to Exclude Instances of Prior Alleged Improper Conduct [11027]; ORDERED GRANTED.**

**D. BP's MIL to Exclude Non-Factual Testimony by Fact Witnesses [11038]; ORDERED that ruling is DEFERRED.**

**E. BP's MIL to Bar Fact or Opinion Testimony on Issues of Law [11039]; ORDERED GRANTED IN PART.  As stated on the record, certain statements by Robert Bea (e.g., "gross negligence") are excluded.  In all other respects, ruling is DEFERRED.**

**F. BP's MIL to Exclude Certain Evidence Related to Criminal Proceedings (Doc. [11043]; ORDERED GRANTED.**

**G. BP's MIL to Exclude Other Government Reports and Privileged Communications Related to the Scope of BP's Internal Investigation [11044]; ORDERED GRANTED IN PART. The Redacted Staff Paper No. 3 is admissible.**

**H. BP's MIL to Exclude Evidence Related to the SEC Settlement & EPA Suspension from Phase 2 [11046]; ORDERED GRANTED AS UNOPPOSED.**

**The Pretrial Conference ended at 4:37 p.m.**

**Attendees:**

| | |
|---|---|
| **Alabama:** | Corey Maze, Win Sinclair |
| **Anadarko:** | Ky Kerby, Deb Kuchler, Tony Fitch |
| **BP:** | Mike Brock, Matt Regan, Carrie Karis, Barry Fields, Andy Langan, Don Haycraft, Paul Collier, Joe Eisert, Rob Gassaway, Bridget O'Connor |
| **Florida:** | Drake Martin, Russell Kent |
| **Halliburton:** | Don Godwin, Alan York, Bruce Bowman, Jenny Martinez, Sean Fleming, Gwen Richard |
| **Louisiana:** | Allan Kanner, Doug Kraus |
| **Mississippi:** | Lee Martin, Billy Quin |
| **PSC:** | Steve Herman, Jim Roy, Brian Barr, Robin Greenwald, Matt Lundy, Frank Petosa |
| **Texas:** | Thomas Edwards, Craig Pritzlaff |
| **Transocean:** | Brad Brian, Mike Doyen, Luis Li, Grant Davis-Denny, Tamerlin Godley, Kerry Miller, Steve Roberts, Allen Katz |
| **U.S.:** | Scott Cernich, A. Nathaniel ("Nat") Chakeres, Stephen Flynn, Sarah Himmelhoch, Steve O'Rourke |