UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| *All Cases (including 12-970)* | * | MAGISTRATE SHUSHAN |
| | * | |

## ORDER

IT IS ORDERED that BrownGreer PLC's Motion to Restrict Use of Special Master Report Pending Final Review and Decision by the Court (Rec. Doc. 11298) is DENIED.

New Orleans, Louisiana, this 13th day of September, 2013.

United States District Judge