UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179<br><br>SECTION "J" (1) |
| THIS DOCUMENT APPLIES TO:<br>*ALL CASES & 2:10-CV-02771* | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**TRANSOCEAN'S SUBMISSION OF PHASE TWO<br>FINAL EXHIBIT LIST**

**NOW INTO COURT** come Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc. ("Transocean"), and, in accord with the Court's August 29, 2013 Order, Rec. Doc. 11080, respectfully submit the following Final Exhibit List for Phase Two of the Limitation and Liability Trial.

(1) Transocean incorporates by reference all exhibits identified in Transocean's First, Second, and Third "Good Faith" Exhibit List Installments.

(2) Transocean reserves the right to offer at trial any exhibit identified in its Exhibit List or any other party's Exhibit List.

(3) Transocean has not attempted to list separately each copy or version of an exhibit as it was produced or used during discovery. Transocean reserves the right to make use of or object to a different copy or version of the same document at trial if, for example, the document has been assigned a different Bates number or deposition exhibit number, or if the document is in a different electronic or native format than the version identified in the Exhibit List.

(4) By including a document on its Exhibit List, Transocean does not agree or admit that a document or category of documents is admissible for any and all purposes. For example, certain exhibits on Transocean's Exhibit List may be admissible as party admissions if offered by Transocean against another party, but inadmissible hearsay if another party introduces the same document. Transocean reserves its right to object to other parties' introduction of exhibits on Transocean's Exhibit List to the extent an objection is applicable.

(5) In addition to the exhibits identified on its Exhibit List, and in addition to any exhibits added to that list, Transocean reserves the right to use demonstrative exhibits, models, aids, charts, graphs and other presentations at trial.

Subject to the above statements and reservations, Transocean submits its Final Exhibit List for Phase Two of the Limitation and Liability Trial, attached as Exhibit A.

DATED:  September 13, 2013

By: /s/ Brad D. Brian
Brad D. Brian
Michael R. Doyen
Daniel B. Levin
Susan E. Nash
MUNGER TOLLES & OLSEN, LLP
355 So. Grand Avenue, 35th Floor
Los Angeles, CA  90071
Tel: (213) 683-9100
Fax: (213) 683-5180
Email:  brad.brian@mto.com
        michael.doyen@mto.com
        daniel.levin@mto.com
        susan.nash@mto.com

John M. Elsley
ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP
711 Louisiana Street, Suite 500

Respectfully submitted,

By: /s/ Steven L. Roberts
Steven L. Roberts
Rachel Giesber Clingman
Sean Jordan
SUTHERLAND ASBILL & BRENNAN LLP
1001 Fannin Street, Suite 3700
Houston, TX  77002
Tel: (713) 4710-6100
Fax: (713) 354-1301
Email:  steven.roberts@sutherland.com
        rachel.clingman@sutherland.com
        sean.jordan@sutherland.com

By: /s/ Kerry J. Miller
Kerry J. Miller
FRILOT, LLC
1100 Poydras Street, Suite 3800

| | |
|---|---|
| Houston, TX  77002 | New Orleans, LA  70163 |
| Tel: (713) 224-8380 | Tel: (504) 599-8194 |
| | Fax: (504) 599-8154 |
| | Email:  kmiller@frilot.com |

**Counsel for Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH.**

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2013, I electronically filed the foregoing with the Court's CM/ECF system and service on all counsel of record by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

_/s/ Kerry J. Miller_____
Kerry J. Miller