UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section :    J |
| | This Document Relates to:<br>13-CV-02090 | Judge Barbier<br>Mag. Judge Shushan |

ORDER ON MOTION FOR LEAVE TO RE-FILE
FIRST AMENDED COMPLAINT

Before the Court is Plaintiffs CHCA Mainland, LP and CHCA Clear Lake, LP d/b/a Mainland Medical Center's Motion for Leave to Re-File First Amended Complaint. Having considered the evidence contained therein, the Court finds that the Motion should be GRANTED.

It is therefore ORDERED that Plaintiffs CHCA Mainland, LP and CHCA Clear Lake, LP d/b/a Mainland Medical Center shall have leave to file their First Amended Complaint.

IT IS SO ORDERED.

SIGNED ON THIS  16th  day of   September  , 2013.

_____
United States District Judge