# Exhibit A

**1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL        )   MDL NO. 2179
BY THE OIL RIG           )
"DEEPWATER HORIZON" IN )  SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010        )  JUDGE BARBIER
                      )  MAG. JUDGE SHUSHAN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
VOLUME 1
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Deposition of Edward Ray Ziegler, taken
at the Pan-American Building, 601 Poydras Street,
11th Floor, New Orleans, Louisiana, 70130, on the
24th day of July, 2013.

**2**

A P P E A R A N C E S

APPEARING FOR THE PLAINTIFFS STEERING COMMITTEE:
  Ms. Robin L. Greenwald
  WEITZ & LUXENBERG
  700 Broadway
  New York, New York  10003
  Mr. Matthew E. Lundy
  LUNDY, LUNDY, SOLLEAU & SOUTH, LLP
  501 Broad Street
  Lake Charles, Louisiana  70601

APPEARING FOR BP, INC.:
  Ms. Maureen F. Browne
  COVINGTON & BURLING
  1201 Pennsylvania Avenue, Northwest
  Washington, D.C.  20004-2401

  Mr. Lee Rudofsky
  KIRKLAND & ELLIS
  655 Fifteenth Street, NW
  Washington, D.C.  20005-5793
  Ms. Karen K. Gase
  Managing Attorney
  BP AMERICA INC.
  501 Westlake Park Boulevard
  Houston, Texas  77079

APPEARING FOR TRANSOCEAN:
  Ms. Amelia L. B. Sargent
  Ms. Tamerlin J. Godley
  MUNGER TOLLES & OLSON
  355 South Grand Avenue, 35th Floor
  Los Angeles, California  90071-1560

**3**

APPEARING FOR ANADARKO PETROLEUM CORPORATION:
  Mr. David H. Hardwicke
  KUCHLER POLK SCHELL WEINER & RICHESON
  1715 Northpark Drive, Suite A
  Kingwood, Texas 77339

APPEARING FOR HALLIBURTON:
  Ms. Gwen E. Richard
  GODWIN LEWIS
  1331 Lamar, Suite 1665
  Houston, Texas  77010-3133
  Mr. Prescott W. Smith
  Ms. Joni J. Ogle
  GODWIN LEWIS
  Renaissance Tower
  1201 Elm Street, Suite 1700
  Dallas, Texas 75270-2041

ALSO PRESENT:
  Mr. Peter Jennings, Videographer
  Mr. Ray Aguirre, Case Manager

**4**

INDEX
VIDEOTAPED ORAL DEPOSITION OF
EDWARD RAY ZIEGLER
JULY 24, 2013
VOLUME 1

Appearances.................................. 2

Direct Examination-Ms. Browne................ 11
Examination-Ms. Sargent...................... 295

Changes and Signature........................ 299
Reporter's Certificate....................... 301

EXHIBIT INDEX

Ex. No.        Description              Marked

11578  Phase II Report - Source Control,
       Edward R. Ziegler, P.E., C.S.P.,
       dated May 1, 2013, marked as
       CONFIDENTIAL; 143 pages           14

11579  Phase II Report - Source Control,
       Rebuttal Report, Edward R.
       Ziegler, P.E., C.S.P., dated June
       10, 2013; 50 pages                14
11580  LexisNexis Report titled Dave
       Barrett; Clean Harbors
       Environmental Services, Inc.,
       Plaintiffs - Appellants, v.
       Rhodia, Inc., Defendant - Appellee
       dated April 12, 2010; nine pages  26

Worldwide Court Reporters, Inc.
PURSUANT TO CONFIDENTIALITY ORDER

133

1         Did I read that correctly?
2      A. Yes.
3      Q. All right. And then if you go down to
4  the fourth bullet point, it says: "Result of
5  this delay and ultimate aborting of the cap &
6  kill operations was additional damage to" the
7  "rig..." And then it goes on.
8         But do -- do you have an understanding,
9  based on that statement, that the cap and kill
10 operations were aborted?
11        MS. SARGENT: Objection, form.
12        MS. RICHARD: Objection, form.
13     A. Well, you have to look at it in the
14 context. The first bullet point you read, you
15 didn't -- you didn't read the last sentence up
16 there that says: "Logistical problems delayed
17 the arrival of all the required equipment...(17
18 days after" the "blowout)."
19        So there, they're talking about cutting
20 and capping the drill pipe. That's not the --
21 that's not what I'm refer -- what I referred to
22 when I described it as a BOP-on-BOP installation
23 that Mr. Turlak testified about.
24        This would mean to cut and put some kind
25 of a device on top of the five-inch drill pipe.

134

1      Q. (By Ms. Browne) Have -- have you seen
2  this document before?
3      A. No, I've not.
4      Q. Do you have any independent knowledge
5  about the JIM CUNNINGHAM event, other than what
6  you testified to regarding information you
7  learned from Mr. Turlak's deposition and some
8  other information you may have read at some time?
9      A. Well, I don't understand your question,
10 because you're reading things to me out of this
11 document, the first time I ever seen it. I'm
12 reading it with my knowledge as a drilling
13 person, and you ask me a question, and I'm
14 answering it. You asked me a question that said
15 the cap -- was -- was the cap and kill operation
16 abandoned, or did they stop doing it.
17     Q. Right.
18     A. And -- and I'm saying that has nothing to
19 do with what I'm talking about. The cap -- the
20 cap they're talking about here is to plug the
21 drill pipe at the surface, which is not what
22 Mr. Turlak described, and he said he worked for
23 Cameron Ironworks at the time, and he said they
24 put a BOP on a BOP. So --
25     Q. Okay.

135

1      A. -- on this page, they're not talking --
2      Q. Well, let's look at the third bullet
3  point, and that second sentence of the third
4  bullet point says: "Window of opportunity to cap
5  and kill the well ended at this point (unsafe to
6  continue well control operations on rig floor)."
7      A. Yeah. To cap --
8      Q. Did I read that correctly?
9      A. Yeah, but on the rig floor. That's going
10 back up to No. 1 here, where they're going to
11 plan to cut and cap the drill pipe above the rig
12 floor. So that's the procedure they didn't use
13 any more.
14        I mean, do you want me to -- do you want
15 me to look through all of this to see what they
16 actually did for you?
17     Q. No. I just -- as I said, I wanted to
18 know if you had seen this document before. I
19 think you've answered my questions.
20     A. Well, you asked me other things than
21 that.
22     Q. Well --
23     A. So I -- I haven't looked --
24     Q. So --
25     A. I haven't looked at it to see what

136

1  this -- what this procedure say. Here -- I see
2  they're releasing the LMRP. I see here --
3      Q. Right. There's no question pending, sir.
4  Thanks.
5         On Page 47 of your Report, back at Tab 1,
6  you note that: "The Macondo Source Control
7  failures were failures of BP."
8         Right?
9         THE COURT REPORTER: Mr. Ziegler,
10 can I have that?
11        THE WITNESS: Sure.
12     A. Yeah. See, they brought another rig in
13 and put a BOP on the one when they released this
14 rig.
15     Q. (By Ms. Browne) Sir, my question was --
16     A. Okay.
17     Q. -- at Page 47 of your Report --
18     A. Yes.
19     Q. You note: "The Macondo Source Control
20 failures were failures of BP."
21        Correct?
22        MS. RICHARD: 47 or 37?
23        MS. BROWNE: 40 -- 47.
24        MS. RICHARD: Okay.
25     A. Yes.

34 (Pages 133 to 136)

# Exhibit B

**DISCUSSION ITEMS FOR STAFF MEETING**
**October 11, 2005**

Not in attendance:  Ricardo Rosa (Larry McMahan)

**Arnaud Bobillier**                                                                          **Europe & Africa**

**1) Q-HSE:**
  - Team building session for S-706/Dunbar (Transocean and Total crews) took place onshore ahead of rig-based session: good feedback.
  - Energy suffered two FAC's (shipyard workers: one electrical shock on pier while positioning electrical panel, and one worker slipped from 3-feet step ladder while working on accommodation bridge deck). Mark Waltz, Ken Adcock and Thomas Hinterseer had good follow-up meetings with shipyard and obtained 6 more full time safety supervisors on the job.
  - YTD Trir for the Unit: 1.01 (tiny improvement from last month).

**2) Operations and Performance:**
  - Jim Cunningham on bop recovery location Sienna-Up1. Modified Bop landed on top of old lower package. Communications established with old Bop: work now progressing as per plans. ETD from Egypt (if everything goes well) estimated Nov-2nd.
  - Trident 4 should arrive on Petro-Canada location in Tunisia this afternoon, for a 2 months program at $120K/day before going to Nigeria/Chevron.
  - Express is on down-time at time of writing subsequently to yet another problem with the Active Heave Drawworks: starboard drives kept tripping (suspecting faulty capacitor bank, polluted by water ingress) since Saturday noon. Are having all help needed, and are hoping to be back in operations around 6pm this afternoon (ie: would have lost 54 hours cumulated). This problem came shortly after we experienced some 10.5 hours of troubleshooting time on Bop electronic controls problems earlier in the week.
  - Comet suffered 23.5 hrs downtime after a new DC motor (overhauled by ABB Cairo) installed during rig move on our mud pump behaved erratically while drilling. Decided to take it off and re-install old DC motor (removed from low insulation readings). Will investigate with ABB.

**3) Projects:**
  - Energy/Agbami: Mark Waltz in overall charge of project. Living Quarters modules 75% complete. Port Blisters: welding in progress. Turned rig on Oct-9th to place starboard blisters. Sea trials planned for Nov 26/28 (no change). Return to Nigeria ETD Nov-29th (as per project plans, no change).
  - Trident 8/Conoil: Mark Waltz in overall charge of project. Rig loaded on dry tow carrier (MV Tern) and en route to M-East Sept-30th. ETA Sharjah Oct-25th for a 90-days shipyard (as per plans).
  - DWD/Akpo: Mark Waltz took overall charge of project. Clarifying client variation orders and preparing for project to take place in Las Palmas.
  - S-709/Bonga: Bill Adamson in charge of project. Final work-scope now issued.
  - Searex 12 in Douala: waiting on sale. Decided to keep rig stacked in aftermath of Trident 8 security crisis.

**4) Human Resources:**
  - Working on budget deliveries.
  - Training compliance: have further checked and updated data entry. Now report Zero rig under 50% compliance mark. Training compliance now at 65% for the whole Unit.
  - Are making job offer to Neil Pickering (Asset Manager, Petrofac Aberdeen): feedback pushed us to re-issue slightly increased package: expect acceptance sometimes this week.
  - Finalizing Expat Residents increases (based on HQ recommendations).

[APG]

- Have to urgently finalize a few critical personnel moves with HQS.

**5) Marketing:**
- Jim Cunningham: Agip for 1 year of work (starting upon arrival of the rig on location) at $300K/day, with tow from MED fully paid at $155K/day: Contract ready for final signature.
- Richardson: Recieved LOI from Total for a joined 1 year Angola/Congo explo program: $355K/day in direct continuation with end of CNR. Have given Total until end of October to sign the contract. Are also discussing follow-up work with Total for Moho-Bilondo, 2 years at $420K/day (Note: Total apparently secured the Stena Tay for 4 years at $425/430K/day, for what we think is an explo program offshore the African coast... replacing the Leiv Erikson ?). Total not responding to our follow-up calls..... Are we loosing the work ?
- Comet: received LOI from Gupco for 2 years at $61.5K. EGPC confirmed ok. Waiting for contract signature.
- Mercury: Petrobel has an offer for 1 year at $60K/day (expiring Oct-5th): have received LOI for 2 years at $58K. Will issue acceptance letter.
- IO-3: received LOA from Zeitco (Devon) for a further 1-year extension at $65K/day (starting July-06). EGPC asked yesterday for 2 years instead of 1 year extension at $65K. Answered today that we need 1 year firmed up at $65K and will discuss during the week to extend by another year if need be. We expect written consent from EGPC today on previous LOA terms today.
- Winner: Tore Lea inviting for direct negotiations: MU and Geir had meeting with him in Stavanger last week: 4 years is a possible catch. Indicated $420K for 3 years firm.... Cold response. Have to submit formal offer for 4 years firm: will devise with HQ this week.
- Prospect: are actively proposing work for minimum 2 years at $200K/day: CNR so far have proposed 18-months only. Hope to close with 24 months work by this Friday.
- Trident 20/Petronas: new contract ($130K/day) under final discussion, but progress is slow.... Division Team (Mac, Mohamed) in KL to close contract negotiations by Oct-17th.
- S-714/Total: were requested to offer additional 2 work-over options. Declined options, but offered firm two well work (worth 140days) at $250K/day. Received email accepting offer. Will follow-up.
- S-700 upgrade for deepwater: presentation made on Oct-5th in Total/Paris office: positive feedback that we will have to follow-through with individual project managers (Total announced a third rig on Akpo to be tendered by the end of this month). Understand upgrade offer with Shell Nigeria is a go (Congratulations !).
- Galloway: engaging Eni for more firm work: 1, 2 and 3 years seem to be of interest to ENI... : proposal under discussion in Unit.
- Bp Angola asked for another Express in 2007 for block 31 dev work (2,400m wd). Will call for a follow-up meeting once interim clarifications are issued. Probable meeting end of October.
- Bp Angola asked for a rapid technical and commercial proposal for two rigs (2 years on explo; 4 years on development): Maybe a price check against the Leiv Erikson, but could also be a price check against new build solutions.... (Improbable in light of the precipitated turn-around). Are finalizing pricing with HQ for remittal by tonight.

**6) Legal and Tax:**
- Legal/Tr8 options for actions against illegal protestors under review: Conoil in full support for tough legal actions.
- Have discovered last week that 112 of our new S-709 pipes were stolen when in transit from PH/Nigeria base to rig: police investigation is under way (pipes apparently located in Warri). Continue to recover pipes (77 out of 112 for the moment). Police identified culprit (or one of them. Supervisor of the yard space we rent).

**7) Finance:**
- Nigeria E&Y external audit completed with excellent initial feedback.

[APG]

**David Mullen**                                                  **North & South America**

<u>QHSE:</u>
1. Brazil: No recordables,
2. Trinidad No recordables
3. GoM No recordables
4. Canada no recordables

<u>Operations:</u>

Total of 3 events through Sun. 25th resulting in 25 hours (%) Downtime
1. Brazil: No significant DT event,
2. Trinidad: No significant event
3. GoM No significant DT event
4. Canada One significant event, HGR was unable to obtain a successful pressure test on the upper pneumatic packer for their Vetco Slip Joint after latching up to the wellhead.  Plan forward involves a long horizontal well section with an ensuing 16" wipstock it was concluded that replacing the upper packer was advisable considering the forward scope of work.  The estimated Non Productive Time (NPT) with regards to day rate was 20 hours.  Petro-Canada agreed to waive half the NPT incurred by the HGR as the decision benefited both parties and the environment.

<u>Projects</u>

1. PE1 - Still on schedule for rig departure for Seatrials mid November. Subsea overhaul work proceeding well with connector and lower BOPs stacked up in frame. Shipyard and third party piping and fabrication work scopes are on schedule with aft catwalk repairs, structural work in shaker area, and LP pipe prefabrication completed this past week. Deck plate renewal around driller's house will finish this week. Well test piping and flare boom refurbishment well underway.  BOP work still on critical path. Pod frames are being blasted and painted now while individual pod components are being rebuilt. Stbd crane being overhauled by Sparrows. Expect new slew ring bearings to arrive by Oct. 30th. Some deliveries have slipped as a result of 4 day customs strike. Hurricane Rita delayed shipping the motion Compensator from Houston.

2. DWN – Rig currently still on bottom on South Timbiler Blk 90 in 50ft WD. Crews have been working on mooring machinery this past week in preparation to commence installation of mooring wires beginning today. Notified Shell intent to commence operating rate on Sat. Oct. 8th with boat's arrival to load anchor wires. Expect to be on operating rate until wires complete and rig is de-ballasted and towed to LMRP recovery location est. on Oct. 17th..

3. MAR – Rig currently undertow to Brownsville with expected arrival Oct. 11th after which will commence thruster retract operation before entering channel. Confirmed lost of thruster No. 4 strut and damage to No. 3. Still assessing flood damage in stbd aft pontoon/column. Very preliminary project costs of $27M and 90 day yard stay estimated.

4. SOVEX- Preliminary workscope and schedule prepared for the planned 31 day rig shutdown in March. Arranging/expediting delivery of long lead items.

5. S707 – Project team on board rig this past week to develop workscopes for shipyard/third party pricing. Planned visit to thruster overhaul facilities and Brasfels in Angra this week . Also Peoplesoft training provided by PE1 project team.

[APG]

CONFIDENTIAL                                                  TRN-MDL-05195645

**Marketing:**

1. Anadarko – negotiations should be finalized tomorrow.
2. Woodside - Steve White returning to Houston this week to further discuss the potential availability of the Marianas (pending repair outcome) with right to substitute the Sovex when it is available.
3. KMG/Devon Navigator issues of local content split agreed.  Shell would not approve farm out due to tax implications around importation.  Shell agreed to allow KMG and Devon to use Shell contract previously agreed.
5. Shell confirmed acceptance of Nautilus for 2 years @ $425K.  We will issue official LOI for program this week. Discussion on going for dayrate for fishing for LMRP.
6. Shell has requested additional information for a tree running upgrade on C Kirk Rhein.
7. Chevron Frade – Indicative offer for S706 upgrade with formal proposal being presented 13th October.  CVT unable to provide termination fee.
8. ConocoPhillips market inquiry submitted for 2 wells (180 days) offshore Newfoundland commencement summer of 2007 for the Goodrich at $450K.  COP enquired about potential upgrade for deeper water depths.
9 ExxonMobil requesting approval to direct negotiate for the Goodrich for 3 years for Hibernia South commencing Q1 2007.  Expect to hear further update this week.

**Finance**

1. Preliminary Sarbox internal control testing is wrapping up for NAM and SAM.  Still reviewing/clearing final items so final count of control failures may improve slightly.
   1.1. NAM – Failures on 5 of 47 controls tested or 89% passing rate.  Most failures were documentation related.  None of the failures appear to be significant or material items.
   1.2. SAM – Failures on 11 or 87 controls tested or 87% passing rate.  Most failures were documentation related.  None of the failures appear to be significant or material items.
2. Amirante will be ce meeting on Tuesday to review the documentation required and process to follow on the Rita damage required to complete a full physical count of all inventory items due to significant errors in test counts.  The error rate was not in compliance with company policy.
3. Hurricane impact for Sept., Q4 and 2006 will be prepared by Tuesday EOD.


**Ricardo Rosa**                                                    **Asia & Australia**


A. QHSE

A.1  No recordable incidents to report this week making it an incident-free month so far. This week was marred by 2 SNH's.

|     |                        | Week | Month | YTD |
|-----|------------------------|------|-------|-----|
| FAC | First Aid Case         | 1    | 2     | 77  |
| MTC | Medical Treatment Case | 0    | 0     | 16  |
| RWC | Restricted Work Case   | 0    | 0     | 3   |
| SIC | Serious Injury Case    | 0    | 0     | 15  |
| NH  | Near Hit               | 0    | 0     | 46  |
| SNH | Serious Near Hit       | 4    | 4     | 28  |
| PRD | Property Damage        | 0    | 0     | 44  |

[APG]

| | | | | |
|---|---|---|---|---|
| EVD | Environmental Damage | 0 | 0 | 7 |
| NWR | Non Work Related | 1 | 1 | 32 |

T15 - SNH : Driller accidently jogged the Elmagco Brake handle while adjusting PVT and flowline sensors. This resulted in the blocks descending rapidly and bending the string such that one joint parted approximately 10 feet above the RKB.

Legend - SNH : Rig listed 4 degs in stern and 1 deg to starboard despite efforts by BCO to correct. Investigation revealed that one of the fill valves was only 50% closed despite panel readings indicating fully closed. Error corrected and rig was brought back to even keel.

**FGM - SNH :**Fuel line supplying # 15 piston on # 4 engine ruptured causing dieselto spray onto the turbo charger lagging and ignite. Quickly identified and extinguished.Changed out defected fuel line, to # 15 piston, Checked remaining engines for conditionof fuel lines and correct stove type packing. Damage minor, Fuel line replaced engine running,.

CGR - SNH : The blocks were dropped to the rig floor. After raising the masts the Driller went to pick up the V-door (THINK plan had everyone out of the way). As the blocks were lowered, the Driller realized that there were only 4 or 5 wraps of drill line left on the drum when he stopped the blocks. They were about 20 feet above the rig floor with one wrap of drill line left and he "clutched" the drawworks and the line came off the drum and the blocks failed. There was damage to the drill line due to birds nest, seemingly no other signicant damage. Investigation ongoing.

A.2 Retroactive re-classifications of three previously non-recordable incidents (1 FAC and 2 SNH's occurring in February, August and September were reclassified as 1 MTC, 1 SIC ) has worsened TRIR statistics. YTD results at end of September were 1.28 and 1.52.

A.3 Avian Flu - Conference call held on Oct 10 with Division Managers and Dr Pelat to agree on proactive measures against the risk of avian flu virus mutating to point where it can spread from human to human. Measures will include stock-piling anti-viral drugs in Division offices and initiating anti-seasonal flu injections. A short memo will be sent to employees to reassure them that measures are being taken and to clients requesting their cooperation, particularly with regard to the immunization of other service company hands.

<u>**B. Performance and Asset Management**</u>

**B.1 Downtime**: Major unplanned downtime (> 6 hrs) last week :
-**CGR**: Damage to headache rack (mast support while the mast is rigged up in horizontal position before being raised) during rigging up operations. Decision made to reinforce the rack, after consultation with Engineering ,using certified welders who were working on previously designed subbase reinforcement. Total DT: 45 hrs. Ongoing inspections on the rig to review the derrick set condition in view of recent problems (subbase to be reinforced, mast scoping issues). More detailed report expected in next couple of days.
-**Trident 17:** 8 Oct : Downtime:10 hrs. Leak on closing operating system of the 13-5/8" annular BOP. Problem identified as a damaged seal. BOP body in satisfactory condition. Replaced seal and successfully.
**B.2 Projects:**
- **SXP:** Rig Under Tow to Singapore - ETA: 15 October. Project Team assigned. 70 days project.
- **D 534:** Project Manager,Ivo Dworschak, assigned. Selection of a project controller and buyer being discussed. Current shipyard scheduled to start 1 August. Activity prior to that date to be finalized. Currently possibility of an off-hire period before the shipyard starts but Shell Malaysia may provide gap-filler.

[APG]

**- DWE and DWF:** proposed APU 2006 budget submitted including  a 31 days shutdown for maintenance in July 2006 for the DWF and 45 days from 1 December 2006 for the DWE. Project Manager(s) to be assigned to ensure the continuity in preparation of these periods.
- Other projects proposed in 2006 include the JTA (Q1 06 for 100 days) and Trident 15 (Q4 06 for 120 days).

## C. Marketing
### C.1 Key Items for resolution this week
D534 offer to Shell Malaysia post-Pakistan as a gap-filler pre-shipyard in August 2006
Participation in ConocoPhillips Indonesia 5 year ITT
BP Sakhalin 2nd HE Semi ~ fix on candidate rig
ONGC incremental requirements
5,000ft wd semi for APU in 2006 to replace J Bates.

### C.2 The Drillships
**RIL DWE** ~   Contract finalization ongoing. RIL rig visit scheduled for last week in October
**RIL D534** ~  RIL LOA in hand and has been reviewed by APU Legal and Marketing as acceptable subject to our making reference to original offer which was based on DWF model.
**ONGC DSS** ~ 'Firm Order' issued by ONGC on 5 Oct for DSS 3 years extension under existing contract terms and conditions @ 357kUSD ODR inclusive of modified services. The recharge of boat, ROV and helicopter services at $79k also represents a significant increase from $41k currently.

### C.3 Pending Bids
**Qatargas**  RAY &  RTP. No further news.  Offer valid till 24-Feb-05
**BHP Pyrenees (S 703)** ~ getting very encouraging signals from BHP. Offer valid till 21-Oct
**Petronas Carigali Vietnam (T17)** ~ letter offer issued for one (1) year extension @ 130k ODR. Offer valid till 24-Oct
**CVX Unocal T15** ~ CVX appear to have accepted finalizing a 5 year term deal at commercials as originally bid
**Talisman HHW & RWM** ~ Letter offer issued for 2 rig combined package 2 years term at $97 each. Offer valid till 21-Oct.

### C.4 Expired Options
**Santos Indonesia  S601** ~  offer for 2 x 90 day contract extension options @ ODR 230k lapsed on 10-Oct.

### C.5 Bids in Progress
**ONGC T02** ~ pre-bid meeting today. Bid due 9-Nov-05.
**BP Tangguh** ~ two rigs required. ENSCO, GSF, PT Apexindo and Atwood have been invited to bid. We are bidding for
Type #A 330'IC Cantilever 24' x 45 1,100 Kips;  Derrick: 1,100,000 lbs; Setback 500,000 lbs. Zero Discharge
Term of approx 650 days including options. Q1-2007 commencement
Bid submission extended to 1st Nov 2005
**Premier Indonesia** ~ 300' JU  for Natuna Sea 2006  5 + 5 well campaign (180 firm + 170 day options) Commencement: Mar-Jun 2006. SeaDrill likely to bid new build on this one. Bid due 21-Oct
**ConocoPhillips Indonesia** ~ IIT issued 30-Sep. Believed to be issued to only Atwood and Transocean. Pre-bid meeting hinted at market linking. Bid Submission date 14-October
### C.6 Bids Declined
**Khafgi Oil & Gas (KJO)** ~ now in receipt of ITT for 3 jackups, 1 high spec + 2 x 150' standard spec Jups

### C.7 Unsuccessful Bids

[APG]

Kodeko SXP ~ informed that we were unsuccessful in 18 month program commencing Q1-06. Opening up of priced bids is pending "due to unexpected issues from the technical evaluations". Remaining contenders are COSL 935 and Ocean Sovereign.

C.8 Contract Pending

ONGC FGM

Shell Pakistan  D534

RIL DWE

RIL Actinia. Contract signature deadline by 31-Oct-05

CVX  Indonesia for SXP

EMP Indonesia  JTA ~  EMP 2 well gap-filler assignment escrow agreement and BP assignment agreement


C.9 EOIs and other Prospects

**Carigali Malaysia** ~ anticipate discussion extending HHW for 1-2 years beyond Jul-06.

**Santos Indonesia** issued market survey for rig availability and budgetary rates for 3,500ft wd semi (upgradeable for SBOP) for their Donggala 18 month development which is  to commence Q3-2006. High likelihood that this semi will be eligible for CVX (Unocal) Gendalo development having 25 wells at water depth 3000 - 4000' starting in 2008. Potential candidates include MG Hulme and JI Cunningham.

**Pearl Indonesia SXP** ~ Pearl pressed to spud their 3 + 1 well program before year-end. This SXP opportunity post-shipyard and pre-Unocal is now being in potential conflict with positioning of SXP in Vietnam pre-monsoon 2006. (no change from last week)

**Inpex Australia** ~ pressing us for a offer on the S703 for 6 months in direct continuation to Woodside


Competition

SeaDrill's recently acquired jack up , Sakha, arrived in Singapore after wet tow from Persian Gulf ahead of 7 months campaign with EMP @ 105k ODR


**D. Human Resources**

D.1 Submitted recommendations for onshore staff increases and awaiting approval of proposed roll out of India's VPE program as a retention tool.

D.2  Total exits for the week was 10 : APU - 1 Expat Resignation (SSS) , India 6 resignations including 1 EC RSTC and 1 Chief Electrician.

D.3 Training : Continued progress in processing documentation supporting completed OJT courses. Divisions encouraged to focus on ensuring completion by crews of basic and advanced HSE modules and position-specific OJT's in order to maximise percentage compliance.

E. Finance and Legal

E.1 India - Received 80% of amounts due under FGM contract. The balance will be paid when contract is finally signed. This contract was a renewal  of previous contract on same terms and conditions but payment was impeded by RIG's decision to change contracting subsidiary for tax optimization reasons. Approval expected before year end.

E.2 India - Awaiting opinion from external advisors on non-applicability of Services Tax to non-Designated areas. This would greatly reduce our exposure. Firm Order from ONGC for DSS confirms indemnification of penalties applied by authorities for non-payment of Services Tax so long as ONGC has stipulated it is not payable.

[APG]

**Greg Cauthen**                                                                    **Finance**

Main focus continues to be the board meeting and quarter end preparation.

<u>Sarbanes-Oxley Testing</u>

Preliminary results for the recently concluded audits are as follows:

Nigeria – 9 (1 AP, 2 Fin. Close, 2 IT, 1 Payroll, 1 Revenue and 2 Treasury) control failures giving a percentage effective of 88%
India – 9 (1 Fin. Close, 1 HR, 1 Inventory, 3 IT, 2 Procurement and 1 Revenue) control failures giving a percentage effective of 87%
Angola – 4 (1 AP, 2 IT and 1 Revenue) control failures giving a percentage effective of 93%
Singapore – 3 (2 AP and 1 Procurement) control failures giving a percentage effective of 79%
Barbados – 3 (2 IT and 1 Treasury) control failures giving a percentage effective of 86%
Brazil – 11 (4 AP, 1 Fin. Close, 1 HR, 1 IT, 1 Projects, 1 Procurement, 1 Revenue and 1 Treasury) control failures giving a percentage effective of 84%
Norway – 13 (1 HR, 2 Inventory, 6 IT, 2 Procurement, 1 Treasury and 1 Tax) control failures giving a percentage effective of 82%
Aberdeen – 6 (2 IT, 3 Procurement and 1 Revenue) control failures giving a percentage effective of 93%

The results of the above locations could change though as the final review by AAS Management is performed in the next week.

The audit Gulf of Mexico has just completed fieldwork last Friday, October 7th; results will be communicated next week.

For the Houston processes, audit work continues and will be finalized soon.  However, to date 18 control failures (2 AP, 2 Fin. Accounting, 12 IT, 1 Procurement and 1 Risk Management) have been observed.

The Internal Controls Group will be coordinating the remediation efforts of all control failures with the respective Corporate and Field process owners.

<u>Round 2 Testing Schedule</u>

The schedule for the second round of AAS testing has been set for all locations, excluding Singapore and Barbados.  The schedule is as follows (2 weeks per location, excluding Corporate):

Nigeria - commencing October 17th
Angola and India – commencing October 24th
Norway – commencing November 21st
Aberdeen, Brazil and Gulf of Mexico – commencing November 28th
Corporate – commencing October 17th

<u>Third Quarter CSA's</u>

Responses were due back to AAS by October 7th.  AAS is now in the process of reviewing the CSA's and will provide final results of the CSA process to Management by October 19th.

[APG]

**Mike Hall**                                                      **Engineering & Technical Services**

**Engineering –**

1. Support for Marianas and Nautilus recovery from failures during hurricane Rita.  Engineering for a 12-point mooring upgrade for both rigs underway.

2. On Friday, GOM mooring JIP group awarded the outside engineering scope to ABS Consulting.

3. Pulling together shipyard package for a newbuild Enterprise Class drillship.  Also working on possible dual-activity layout on a Pathfinder hull design.

4. Continue 700 class DP upgrade for various possible customers.  Focus at end of the week on Shell.  Confirming cancellation options for long-lead equipment.

5. Supporting Express with loss of drawworks drives over the weekend.  Cause of failure identified today and corrections being tested now.  Expect rig to be back on day rate by end of Monday..

6. Ongoing support for the Energy Agbami, 534 Life Enhancement, 709 upgrade, Discovery accommodations, Navigator and Trident 8 S/Y projects.

**Project Management –**

1. 706 Petrobras and 702 XOM: Focus last week on Shell Bonga possibility.  Shipyard specifications sent out for firm pricing in Holland, USA and Singapore.
2. T08: Rig enroute to UAE.
3. ENR - Agbami:  Accommodations modules installed, fit up and welded out.  Integration to existing rig systems underway.  Port side blisters installed and fit up; welding underway.  Began removals in way of the Tree handling frame and winch installation.
4. DWE – Comparing rig assessment results with scope of work prepared by each unit.  Will do limited shipyard upon leaving Brazil.  Have to stop in Las Palmas to pick up and install some Shell equipment..

**TDS/PHS Performance Team –**

1. TDS Lube Oil Upgrade Kits: Paul Deter traveled to the DWN for first offshore installation of lube kit.  Install time 31 hours.  Lessons learned list being completed to share with all rigs conducting the upgrade.  Expect all rigs to be able to complete the installation without affecting operations.

2. Air-Purge Bonnet Seals:  All parts now delivered to Inpro.  Shipment of new seal package to be done by end og October.

3. Next Gen Top Drive:  NOV and Canrig notified on Oct 3rd.  Second round of purchase agreement discussions with MH is underway.

4. Swivel Packing Development:  Two parts require re-machining, therefore shipped back to STS from Bal Seal.  Proof of concept rig tests will begin week of 10/10.  Mud tests to begin week of 10/24.

**Asset Management & Maintenance -**

<u>1. Rig Condition Assessments</u>

[APG]

- Richardson – completed – ModuSpec report received final report being assembled
- Cunningham – completed – Report prepared waiting on ModuSpec final report.
- Deepwater Expedition – completed - preparing reports.
- Deepwater Horizon – assessment being prepared. Due to depart to the rig late this week.
- Discoverer Enterprise –  Complete. Follow-up meeting with rig management still to be held.

2. P3 condition – Working on limited scope of work to clean the rig and make repairs to safely take prospective buyers onboard.  Arranging for local contractors to compete repair work. Getting MSA in place prior to starting any work.


**Robert Kemp**                                                                                                      **Tax**

- Primary focus is currently on the Q3 tax provision.  Significant items include: (i) potential IRS audit settlement in Q3; (ii) US return/accrual, including the final allocation of tax attributes between THI and TODCO as a result of the filing of the 2004 tax return; (iii) EG settlement (see below); and (iv) potential tax benefit from change in assessment of UK market and ability to utilize UK tax losses within the allowable 3 year forecast period.

- After further discussions with outside counsel, it now appears unlikely that the 1999-2000 audit settlement agreement will be executed prior to the filing of the Q3 10Q. Instead, it is likely to be a Q4 "event".

- EG - Received the final signature for the audit settlement.  The settlement will result in a corporate tax benefit of approximately $3.3 million for Q3 (v. the $2.1 reported in the prior meeting notes).

- TODCO – Escalation notice and response letter sent to TODCO.  Next step under the Master Separation Agreement will be an "in-person meeting of representatives at a senior level of management of TODCO and THI" (likely Bob and Yan).

- India – We continue to evaluate the service tax issue.  We are now being told by PWC that service tax, even if it applies to drilling services, applies only in designated areas.  If this is indeed correct, the Actinia is the only rig which has operated in any of these areas to date and the exposure is not material.

- Spirit / Millenium – Working with various groups to finalize Anadarko contracts.


**Todd Kulp**                                                                                                  **Treasury**

1. **Projects** – Treasury is gearing up the following projects for late 2005 and 2006 – **ACH payments** *(vs. checks or wires)*, **purchasing card** *(for travel, purchases, T&E)*, updating the **credit policy** *(for customers and vendors)*.  Treasury will coordinate with Accounting, Purchasing, HR, and Tax on all of these projects.

2. **Foreign Exchange Rates:**

[APG]

| Date | USD per Foreign Currency | | | | | ERC | |
|------|------|------|------|------|------|------|------|
| | AUD | BRL | GBP | CAD | EUR | Residents | Commuters |
| **TOTAL (to Date)** * | | | | | | $ 91,229 | $ 574,776 |
| 10/07/05 | 0.757 | 0.444 | 1.762 | 0.852 | 1.213 | | |
| 09/30/05 | 0.762 | 0.449 | 1.764 | 0.860 | 1.203 | $ 8,614 | $ 68,734 |
| 09/15/05 | 0.767 | 0.435 | 1.806 | 0.844 | 1.222 | $ 239 | $ 449 |
| 08/26/05 | 0.756 | 0.416 | 1.800 | 0.833 | 1.229 | $ 5,827 | $ 53,950 |
| 08/12/05 | 0.772 | 0.421 | 1.815 | 0.835 | 1.244 | $ 240 | $ 603 |
| 07/29/05 | 0.757 | 0.420 | 1.758 | 0.817 | 1.212 | $ 5,406 | $ 30,204 |
| 07/15/05 | 0.749 | 0.427 | 1.752 | 0.819 | 1.204 | $ 4,497 | |
| 06/30/05 | 0.762 | 0.429 | 1.792 | 0.816 | 1.211 | $ 3,091 | $ 19,068 |
| 05/31/05 | 0.759 | 0.415 | 1.817 | 0.797 | 1.230 | $ 1,108 | $ 1,817 |
| 04/29/05 | 0.779 | 0.395 | 1.907 | 0.799 | 1.290 | $ 22,593 | $ 49,138 |
| 03/31/05 | 0.770 | 0.374 | 1.879 | 0.822 | 1.292 | $ 39,615 ** | $ 205,901 |
| 02/28/05 | 0.787 | 0.379 | 1.919 | 0.807 | 1.324 | $ - | $ 91,108 |
| 01/31/05 | 0.774 | 0.378 | 1.888 | 0.807 | 1.304 | $ - | $ 53,805 |
| 01/03/05 | 0.779 | 0.375 | 1.906 | 0.826 | 1.348 | | |
| *2005 YTD Average* | *0.766* | *0.411* | *1.826* | *0.824* | *1.252* | | |
| *2005 Forecasted Q3* | *0.763* | *0.408* | *1.850* | *0.794* | *1.266* | | |
| *2005 Budgeted* | *0.699* | *0.333* | *1.783* | *0.758* | *1.220* | | |
| *1/1/2004* | *0.752* | *0.345* | *1.786* | *0.771* | *1.258* | | |
| *2004 Budgeted* | *0.654* | *0.329* | *1.640* | *0.725* | *1.176* | | |
| *2004 Average* | *0.737* | *0.343* | *1.833* | *0.770* | *1.244* | | |

\* Total paid to all employees participating in program *(all Non-U.S. Commuters and all Expat U.S. and Non-U.S. Residents)*
\*\* Retroactive January through March

**Steven Newman**                                        **Human Resources/IPS/Treasury**

1.  Comp & Ben
Continuing work with corporate departments and field on October salary adjustments.  Since the methodology and outcome has been presented individually to members of management, the focus now shifts to communication of the results and application of the principles and guidelines ("managing to midpoint").  Ian Clark has been invited to lead a discussion on these issues (immediately following staff meeting).

Following further revisions to CFROC calculations, the 2005 estimated bonus payouts have moved up (slightly):

|  |  |
|--|--|
| Field | 91.2% |
| HQS Non-Exec | 107.9% |
| Exec | 70.4% |

2.  Training
Current Self-Service Training compliance statistics:

|  |  |
|--|--|
| AMU | 80% |
| EAU | 61% |
| APU | 51% |
| Consolidated | 64% |

3.  Personnel
Evaluations for operations personnel (ops managers, division / sector managers, rig manager - performance) have been distributed in anticipation of a global review scheduled for early November.

4.  Facilities

[APG]

We have developed a proposal for (re)consolidating all Greenway personnel into Greenway 4, occupying floors 1-8, plus file and workout space on the Concourse level.  Will be presenting to Bob as part of 2006 budget plans.

5.  Miscellaneous
As with last year, there will be no company-wide holiday party this year.  Each department is encouraged to celebrate the holidays as appropriate.


**Adrian Rose**                                                                                                     **QHSE**

1. Very sad to report the loss of Steve Donohue -- Subsea Superintendent-NAD on Wednesday 5th October. Post mortem carried out on Friday 7th October - awaiting results of cause of death, initial feedback is heart attack following damage to main artery but this is at present unconfirmed. Funeral is scheduled for 11th October at 10 am at Forest Oak on the corner of Westheimer and Dairy Ashford.

2. 2 x OSA's in Brazil reviewing MAHRA on DWE prior to Shell contract and assisting with PMAA and SLT roll out.

3. Safety alert #71 sent out during week following the Global conference call of the high potential incident on the Sedco 707. Also following up with Units to ensure Banksmans duties are fully harmonized throughout the Company.

4. Continue work with IADC and Shell regarding harmonization of HSE cases (Operations Integrity Case). VP & Director QHSE met with IADC on the 3rd October, way forward agreed.

5. Continue to carry out final review and edit of PMAA training. ( to go out with PMAA manual)

6. Quality Manager continues work on the records retention project and QHSE Dept. budget submission.

7. Continue work on EMS, as per action plan from Environmental seminar.

8. Draft Avian Flu "pandemic" plan approved. Dr Pelat will work with Units on implementation of plan.

9. VP & Director QHSE continue working on draft 2006 Strategic QHSE objectives, ensuring they are aligned with Corporate Strategic Imperatives and Engineering & Technology strategy.

10. VP & Director QHSE attending IADC Environmental conference in Stavanger this week. SERPENT being presented.


**Rob Saltiel**                                                                                                     **Marketing**

LOI received (in the past week)

- Received commitment from Shell for the **S700 series upgrade** / 3 years in Nigeria / $14.4 M mob + $350k / Mutually agreeable contract is to be executed on or before Nov 6th 2005 / If both parties are unable to reach agreement, Shell will pay $9 millions cancellation fee (unless Transocean is able to find a substitute customer) / Appropriate Shell and Transocean entities would need to execute this agreement early this week.

[APG]

- ONGC / India / **Discoverer Seven Seas** / 3 years extension (commencing late Q1-07 after SPS) at $357k (rig + integrated services).

Contract signed (in the past week)

- None.

Bids/Proposal Submitted (include only 5th Gen, High Spec, Deepwater, and Jack Up longer than one year)

- **S700 series upgrade** / submitted pricing to Chevron for the S700 series upgrade at $14.4 MM lump sum mob plus $350k for 3 years firm in West Africa and Brazil.
- Submitted information (with indicative pricing) to BP Angola for Block 31. Rigs proposed (as-is, where-is) are **Cajun Express** and **Sedco Energy** ($470k), **Pathfinder** ($450k), and an **upgraded S700 series** ($14.4 M lump sum mob + $350k for 3 years) – all with cost escalation clause / BP to provide tug & fuel / mob/demob at move rate / 15 days validity.

Bids/Proposals Due (include only 5th Gen, High Spec, Deepwater, and Jack Up longer than one year)

- Chevron / Brazil / Frade development / 20 months + 2 six-month options / starting Q4-07 / planning to bid an upgraded **S700 series** for DP solution and possibly **Sovex** for moored solution / Bid Submission due Oct 13th.   Moored solution is viewed by CVX as a poor alternative.
- ConocoPhilips / Indonesia / invitation to tender issued to Atwood and Transocean on Sep 30th / 5 years campaign with a semi + platform rig / Considering **S702** or **S601** plus **Rig 1** / Bid Submission due Oct 14th.
- ExxonMobil / Angola / workscope includes 3 development areas and appraisal work in Block 15 / one to four rig requirement / water depth 800 – 1,500 m / commencement Q3-06 to Q2-07 / request pricing for (a) 1 year firm + 1 year option (b) 2 years firm + 1 year option (c) rates for appraisal work for 5 firm wells + 3 option wells (55 d each) / Bid Submission due Oct 17th.
- Premier / Indonesia / 300 ft Jackup in Natuna Sea starting in 2006 / 5 + 5 well campaign (180 firm + 170 day options) / Bid Submission due Oct 21st.
- ONGC / India / three Jackups (300 ft) and one Jackup (mat-supported) for 3 years term each / Bid due Oct 31st.
- BP / Indonesia ("Tanggu" project) / 2-rig requirement / 650 days term / Q1-07 commencement / Bid Submission extended to Nov 1st.
- Khafji Oil & Gas / received Invitation to Tender for 3 Jackups, 1 high-spec + 2 standard Jackups / Declined.

Direct Negotiations & Rig Deals Status (include short-term prospects)

- Chevron (Unocal) / **Tr15**:  CVX has offered to accept Tr15 with the original (April) commercial proposal for a 5-year contract.  We have accepted.
- Reliance / **Expedition**: contract finalization ongoing.
- BP (GoM) did not accept our initial proposal for the **Marianas** ($385k for 2 years firm). BP requested rates reduction in exchange for longer terms.  Negotiation ongoing.

Medium to Long Term Prospects / Opportunities (include bids that are coming out shortly)

- **Prospect** / HQS agreed with EAU marketing to focus on getting a term program by end of Oct at the latest.  This is a priority project.  CNR (UK) is evaluating our offer.  They are

[APG]

trying to meet our 2 year term and are offering 18 months at present.  Meantime Huskey (Canada) has shown interest in this unit.

- **Winner /** Received an interest from *Rig Management Norway* and ExxonMobil to enter into discussions for multi-year agreement.  Norse Hydro has also shown strong interest in this unit.
- **S706 Upgrade / Petrobas:**  Petrobas will issue a tender for this job in the near future.
- **S706 Upgrade / Total**:  met with Total in Paris last week to present the upgraded S700 series.
- CVX and EoM agreed in principle to take S700 upgrade for 1 year in West Africa followed by 2 years in Brazil (Frade).  They could not however commit to termnation fees in the first 30 days so S700 "Rig 1" will go to Shell.  Good prospects to put S700 "Rig 2" with CVX (Frade).
- ExxonMobil / Canada / "Hibernia" project with estimated 3 up to 8 years duration, starting mid 2007 / proposed the **Henry Goodrich** / ExxonMobil will try to get approval to direct negotiate with us.
- Devon has shown interests for the **Wildcat** for work in Equatorial Guinea in 1,500 ftWD.  Ongoing discussion.
- Woodside / Australia / requires a second mid-water semi for 18-24 months duration.

Contract Excellence Group
- Shell Frame Agreement – Will reconvene in mid-late October.
- BP / Global Master agreement – Will reconvene in late October.
- Total / Frame Agreement - Final TOI comments have been submitted.
- ConocoPhillips / Master Contract – negotiation started and is ongoing.


**Barb Wood**                                              **Information Process Solutions**

1. General: Budget & Sox Audit in process.
2. PeopleSoft FMS:
   a. Working with Accounting team on review and prioritization of requested adjustments/fixes, enhancements, etc. to various installed modules of FMS.
   b. Working with MPI team on inventory balance differences between GL & Empac.
   c. A number of AP fixes in the process of being tested by process owner.
3. MPI:
   a. Still open issues on interface between Projects & Empac.  Indus technician working on potential solution
   b. A number of Resonance fixes in test queue awaiting process owner validation.  Working with Procurement to accomplish testing & sign off.
4. Infrastructure: Working on testing BB failover through Aberdeen.
5. Security: Suffered from an e-mail spam / virus attack over the weekend, beginning Sunday morning U.S. time.  Configured filter to strip attachments / capture spam mails.

[APG]