# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois 60654

Mark J. Nomellini
To Call Writer Directly:
(312) 862-2410
mark.nomellini@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

September 15, 2013

The Honorable Sally Shushan
United States District Court
Eastern District of Louisiana
United States Courthouse
500 Poydras Street
New Orleans, LA 70130

Re: MDL 2179 – BP's Letter Reply Regarding the Admissibility of TREX-11583

Dear Magistrate Judge Shushan:

We write in reply to Transocean's September 13 letter brief regarding the admissibility of TREX-11583, a Transocean PowerPoint Presentation describing the response to a 2004 blowout of the *Jim Cunningham* drilling rig. Transocean's relevance objections to this document are meritless for the following reasons.

Transocean argues that TREX-11583 is not relevant because "it is about an unrelated event" and the Court has "repeatedly ruled that prior unrelated incidents are not relevant." *See* Ltr. from C. Williams to Hon. S. Shushan, Sept. 13, 2013 at 1, 3. This argument must fail because it is the Aligned Parties—not BP—that has put the specifics of the *Jim Cunningham* incident and emergency response at issue. The Aligned Parties rely on the *Jim Cunningham* incident and emergency response to support their allegations that BP was not properly prepared to respond to a blowout. Specifically, Mr. Ziegler (one of the Aligned Parties' experts) testified at his deposition that he based his opinion that capping stacks have "long been established in the industry as a successful and viable method of source control" on his belief that a capping device was used to stop the *Jim Cunningham* blowout. Ziegler Dep. Tr. 90:25-92:7 (citing page 25 of Ziegler Report).[1] BP is entitled to cross-examine Mr. Ziegler on all the available evidence concerning a blowout to which he may now testify on behalf of any of the Aligned Parties.

---
[1] *See also* Ltr from Mark Nomellini to Hon. S. Shushan, Sept. 9, 2013, at note 4.

Hong Kong    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai    Washington, D.C.

KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
September 15, 2013
Page 2

Transocean also argues that its summary of the response to the *Jim Cunningham* blowout contained in TREX-11583 is irrelevant because "it does not discuss the source control efforts undertaken after the rig was moved off location."  *See* Ltr. from C. Williams to Hon. S. Shushan, Sept. 13, 2013 at 2.  But Transocean does not dispute that its summary in TREX-11583 refers to source control efforts taken before the rig moved off location—which did not occur until September 9th, 2004, a full 20 days after the August 20, 2004 blowout.  And the summary provides evidence that the blowout was controlled by the time the rig moved off location—through a combination of natural bridging and ROV intervention, and ***not*** by a capping technique as Mr. Ziegler opined. Ltr from Mark Nomellini to Hon. S. Shushan, Sept. 9, 2013, at 4. Transocean admits in its September 13, 2013 letter that a BOP-on-BOP technique was not used to control the *Jim Cunningham* blowout.  Rather, a full year later (in October of 2005), a second BOP stack was landed on the original one as part of a completely different operation.  *See* Ltr. from C. Williams to Hon. S. Shushan, Sept. 13, 2013 at 2 & Appendix B, page 1.  The Aligned Parties' expert Mr. Ziegler has made no such admission, and indeed has opined the opposite.  BP must be allowed to confront him with evidence (including TREX-11583) that disproves his assertions.

Finally, Transocean does not even attempt to deny BP's other grounds to establish the relevance of TREX-11583.  To the extent the Aligned Parties are asserting that the response to the *Jim Cunningham* blowout is indicative of what preparations BP should have made for a subsequent deepwater blowout, TREX-11583 is relevant to BP's position that it prudently prepared for a deepwater blowout by, among other actions, pre-contracting for blowout services with the same company employed after the *Jim Cunningham* blowout.  In addition, the Transocean presentation shows that the Operator in the *Jim Cunningham* blowout did not have pre-built blowout response equipment, but rather relied on the well control and blowout response specialists to source and bring that equipment. Ltr from Mark Nomellini to Hon. S. Shushan, Sept. 9, 2013, Exhibit A at 5. This fact belies any assertion that Operators other than BP had pre-built equipment for deepwater blowout response such as capping stacks before April 20, 2010.

In short, TREX-11583 easily satisfies the standards of FRE 401 and should not be excluded from evidence.

# KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
September 15, 2013
Page 3

                                                  Respectfully submitted,

                                                  /s/ Mark Nomellini

                                                  Mark Nomellini

cc (via electronic mail):

    Andrew Langan
    Don K. Haycraft
    R. Michael Underhill
    Steven O'Rourke
    Sarah D. Himmelhoch
    Steve Herman
    Anthony Irpino
    Defense Liaison Counsel
    Corey Maze
    Luther Strange