## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION "J"** |
| | * | |
| **Applies to:** | * | **JUDGE BARBIER** |
| | * | |
| *13-1082, 13-976, 13-1057, 13-987, 13-* | * | **MAGISTRATE SHUSHAN** |
| *982, 13-2777, 13-1778, 13-2364, 13-* | * | |
| *1786, 13-1904, 13-2547* | | |

### ORDER

Before the Court are several motions requesting an extension of time to serve certain defendants.  (Rec. Docs. 11024, 11029, 11036, 11047, 11122, 11125, 11155).

IT IS ORDERED that the Motions are GRANTED as follows:  Movers are granted an extension up to and including December 18, 2013 to serve the defendants listed in their respective motions.

New Orleans, Louisiana, this 16th day of September, 2013.

_____

United States District Judge