UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| 13-2323, 13-2396, 13-5365, 13-5385 | MAGISTRATE SHUSHAN |

### ORDER

Considering the Motions for Leave to File Second Amended Complaints [11134, -35, -71, -76],

It is **ORDERED** that the Motions are hereby **GRANTED** and the Complaints and First Amended Complaints be amended as prayed for and the Second Amended Complaints be filed herein.

Signed this __16th__ day of __September__, 2013.

_____
United States District Judge

1