UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | ) | |
| OIL SPILL BY THE OIL RIG | ) | |
| "DEEPWATER HORIZON" IN THE | ) | MDL Docket No. 2179 |
| GULF OF MEXICO ON APRIL 20, 2010 | ) | |
| | ) | SECTION J |
| | ) | |
| | ) | |
| THIS DOCUMENT RELATES: | ) | JUDGE BARBIER |
| Case No. 2:10-cv-08888-CJB-SS | ) | MAG. JUDGE SHUSHAN |

**ORDER**

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that Adam M. Milam and the law firm of Milam & Milam, LLC be permitted to withdraw as Counsel of record for the following Plaintiffs:

| | |
|---|---|
| Stephen J. Baker | Michelle Baker |
| Omega Holdings, Inc. | Bobby Jackson |
| Timothy Van Alstine | Dan Murphy |
| Dark Thirty Charters, LLC | Wahoo Water Sports |
| Thomas Babington | LeRae Cody-Babington, Deceased |
| Mark Cox | |

(See Attachment A for further identifying information.)

New Orleans, Louisiana this 13th day of September, 2013.

_____
United States District Judge