UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| *10-8888* | * | MAGISTRATE SHUSHAN |
| | * | |

### ORDER

Before the Court is a Motion for Leave to File Amended Motion to Withdraw as Counsel. (Rec. Doc. 11346).

IT IS ORDERED that the Motion is GRANTED and the Amended Motion to Withdraw is hereby deemed filed.

FURTHER ORDERED that the Amended Motion to Withdraw as Counsel is GRANTED and Farrell & Patel LLC is hereby withdrawn as counsel of record for the Claimants listed in the attached Exhibit A, as Amended.

FURTHER ORDERED that the Motion to Withdraw as Counsel filed on August 26, 2013 (Rec. Doc. 11140) is MOOT.

New Orleans, Louisiana, this 16th day of September, 2013.

_____
United States District Judge