# EXHIBIT A- AMENDED MOTION TO WITHDRAW

**GROUP A-**

The following Plaintiffs do not have sufficient documentation to support their claim at this time:

| # | Claimaints | Address | | | | Case No. | SFJ No. |
|---|---|---|---|---|---|---|---|
| 1. | AJ Patel | 2811 Highway 73 | Port Arthur | TX | 77640 | 10-8888 | 108288 |
| 2. | Ajesh H. Patel | 5101 E Parkway | Groves | TX | 77619 | 10-8888 | 128027 |
| 3. | Ocean Plaza, LLC | 5101 E Parkway | Groves | TX | 77619 | 10-8888 | 107802 |
| 4. | Sun & Star Bus. Inc. | 426 E. Little York Rd. | Houston | TX | 77076 | 10-8888 | 124515 |
| 5. | Padre Shores II, LLC. | 8605 Padre Blvd. | South Padre Island | TX | 78597 | 10-8888 | 125370 |
| 6. | Shivganesh LLC | 1411 Hwy 100 | Laguna Vista | TX | 78578 | 10-8888 | 128284 |
| 7. | Shivam Inc | 2000 Sam Houston Parkway | Houston | TX | 77042 | 10-8888 | 126242 |
| 8. | Harshy Seabrook | 2943 Dominique DR | Galveston | TX | 77551 | 10-8888 | 126251 |
| 9. | Purvi Realty, Inc. | 2943 Dominique DR | Galveston | TX | 77590 | 10-8888 | 128056 |
| 10. | VP Hospitality LLP | 5213 Oakhurst Drive | Corpus Christi | TX | 78411 | 10-8888 | 126271 |
| 11. | Numberdar Hosp. | 609 East Expressway 83 | Mission | TX | 78572 | 10-8888 | 126317 |
| 12. | Dipak D. Patel | 310 US HWY 77 S | Hallettsville | TX | 77964 | 10-8888 | 126331 |
| 13. | Pasadena Hosp. | 4602 Katy Fwy | Houston | TX | 77007 | 10-8888 | 126328 |
| 14. | 1960 Hospitality, Inc. | 4602 Katy Fwy | Houston | TX | 77007 | 10-8888 | 126327 |
| 15. | Dev Hospitality, LLC | 1921 East Freeway | Baytown | TX | 77521 | 10-8888 | 126323 |
| 16. | HISPI, Ltd. | 5950 Berkshire STE 810 | Dallas | TX | 75225 | 10-8888 | 126292 |
| 17. | Om Krishna, LLC | 3608 W. Prien Lake Rd. | Lake Charles | LA | 70605 | 10-8888 | 126291 |
| 18. | Clearwater Hotel, Inc. | 3475 Thoreau Street | Beaumont | TX | 77707 | 10-8888 | 126289 |
| 19. | Sai Krupa Inv.Grp. | 1945 N. Expressway # 83 | Brownsville | TX | 78520 | 10-8888 | 126276 |
| 20. | Jai Ambe Maa, LLC | 2402 Fox Hollow Street | Lake Charles | LA | 70605 | 10-8888 | 126274 |
| 21. | APAAAR, LLC. | 520 W. Bay Area Blvd. | Webster | TX | 77598 | 10-8888 | 126270 |
| 22. | Rajammal Raju | 1500 Gulf Blvd. | South Padre Island | TX | 78597 | 10-8888 | 126260 |
| 23. | Prince Sameer Ltd. | 120 Canary Ave. | McAllen | TX | 78504 | 10-8888 | 126256 |
| 24. | TRI WANIS VENT. | 120 Canary Ave. | McAllen | TX | 78504 | 10-8888 | 126255 |
| 25. | Star Hospitality, Inc. | 12323 Katy Freeway | Houston | TX | 77079 | 10-8888 | 126253 |
| 26. | Offshore Marine Con. | 127 11th street E | Tierra Verde | FL | 33715 | 10-8888 | 125926 |
| 27. | Sharp Investment, Inc. | 7402 Fair Bank N. Houston | Houston | TX | 77040 | 10-8888 | 125011 |
| 28. | Sharp Investment, Inc. | 77402 Fair Bank N. Houston | Houston | TX | 77040 | 10-8888 | 125012 |
| 29. | Phillipine Ent, Inc. | 22 Amberstone Dr | Sugar land | TX | 77479 | 10-8888 | 125520 |

| | Claimants | Address | | | | Case No. | SFJ No. |
|---|---|---|---|---|---|---|---|
| 30. | Petroleum Trans. Lines | 2865 Executive Drive | Clearwater | FL | 33762 | 10-8888 | 126034 |
| 31. | Risser Oil Corp. | 2865 Executive Drive | Clearwater | FL | 33762 | 10-8888 | 126033 |
| 32. | Rally Stores, Inc. | 2865 Executive Drive | Clearwater | FL | 33762 | 10-8888 | 126032 |
| 33. | Tulsi Enterprise LLC | 92004 Central Blvd. | Brownsville | TX | 78520 | 10-8888 | 125494 |
| 34. | Vision Hotels, LLC | 1606 Main Street | Jewett | TX | 75846 | 10-8888 | 124531 |
| 35. | OM Shanti Hosp., LLC | 16033 Champion Drive | Spring | TX | 77379 | 10-8888 | 126240 |
| 36. | Arvind Patel | 12170 NorthWest FWY | Houston | TX | 77092 | 10-8888 | 126889 |
| 37. | City of Angel LLC | 2839 N. Velasco St. | Angleton | TX | 77515 | 10-8888 | 124568 |
| 38. | Shivalaye Corporation | 32820 NW 13th St. | Gainesville | FL | 32609 | 10-8888 | 89581 |
| 39. | Nila Investments, LLC | 509 North Federal Hwy | Hollywood | FL | 33020 | 10-8888 | 109000 |
| 40. | Alpine Store, Inc. | 7118 Texas 6 | Houston | TX | 77459 | 10-8888 | 124628 |
| 41. | Bharat Gordhan | 1786 W. Hwy 83 | Mission | TX | 78572 | 10-8888 | 126244 |
| 42. | Bharat Patel | 7720 Broadway St. | Galveston | TX | 77551 | 10-8888 | 125518 |
| 43. | Sweet Success, Inc. | 20714 Wind Springs | San Antonio | TX | 78258 | 10-8888 | 108439 |
| 44. | Smartstart, Inc | 21785 Hardy Oak | San Antonio | TX | 78258 | 10-8888 | 108428 |
| 45. | Shivshambu Inc | 2624 W. Commerce St. | Buffalo | TX | 75831 | 10-8888 | 124673 |
| 46. | Taylor Rd. Hosp., LLC | 609 E Expressway 83 | Mission | TX | 78572 | 10-8888 | 126321 |
| 47. | Sharmee Lodg. Grp,LLC | 13702 Stampford Drive | Houston | TX | 77007 | 10-8888 | 128068 |
| 48. | Tranquility Salon & Spa | 10317 Lightner Bridge Drive | Tampa | FL | 33626 | 10-8888 | 126065/126622 |
| 49. | Jigneshkumar M. Patel | 3101 Spruce Street | Dickinson | TX | 77539 | 10-8888 | 108628 |
| 50. | Jiten Patel | 3005 Houston Hwy | Victoria | TX | 77901 | 10-8888 | 124915 |
| 51. | Preston Business, Inc. | Dulles Ave | Stafford | TX | 77477 | 10-8888 | 126338 |
| 52. | Radha Realty, Inc | 6752 W. Indiantown Road | Jupiter | FL | 33458 | 10-8888 | 77030 |
| 53. | Mark Enterprise, LLC | 9821 W. FM 1960 Rd | Humble | TX | 77338 | 10-8888 | 132408 |
| 54. | Nick Changer L.L.C. | 6600 North Highway 146 | Baytown | TX | 77523 | 10-8888 | 108429 |
| 55. | Radhe Radhe 2 | 114 Richey St. | Pasadena | TX | 77506 | 10-8888 | 125835 |
| 57. | Beltway Express, Inc. | 11002 S. Sam Houston | Houston | TX | 77031 | 10-8888 | 125549 |
| 58. | SNP Express Food | 680 Hwy 35 N. | Alvin | TX | 77511 | 10-8888 | 125548 |
| 59. | Pearland Express, Inc. | 4203 Aldine Mail Rd. | Houston | TX | 77039 | 10-8888 | 125547 |
| 60. | Perdido Key Hosp., Inc | 7194 Pensacola Blvd. | Pensacola | FL | 32305 | 10-8888 | 128075 |
| 61. | Webster Hotel, L.L.C. | 302 W. Bay Area Blvd. | Webster | TX | 77598 | 10-8888 | 125464 |
| 62. | Ramachandran Raju | 1500 Gulf Blvd. | South Padre Island | TX | 78597 | 10-8888 | 126258 |
| 63. | South Main St. Prop. II, Ltd | 2006 S Main St. | Mcallen | TX | 78503 | 10-8888 | 125362 |
| 64. | Saarang Rama | 2120 El Paseo Street #2306 | Houston | TX | 77054 | 10-8888 | 125350 |
| 65. | Noreen Ent. LLC | 42 Dorothea Lane | Sugar Land | TX | 77479 | 10-8888 | 126366 |
| 66. | MLK Lodging Grp, LLC | 4821 South Loop E | Houston | TX | 77033 | 10-8888 | 125064 |
| 67. | Vikas Desai | 10247 Highway 59 North | Wharton | Tx | 77488 | 10-8888 | 125056/108626 |
| 68. | Jay Dalwadi | 2 Azalea Trail Lane | Bellaire | TX | 77401 | 10-8888 | 125845/125846 |
| 69. | RakhiRi LLC | 3727 Kingston St | Lake Charles | LA | 70605 | 10-8888 | 128077 |
| 70. | Shrimad, L.L.C. | 5390 HIGHWAY 90 E | Lakes Charles | LA | 70615 | 10-8888 | 128078 |

| | Claimaints | Address | | | Case No. | | SFJ No. |
|---|---|---|---|---|---|---|---|
| 71. | Anil Inv. Grp.L.L.C. | 2655 Interstate 10 E | Orange | TX | 77630 | 10-8888 | 128071 |
| 72. | Veenalaxmi LP. | 17011 East Fwy | Channelview | TX | 77530 | 10-8888 | 125806 |
| 73. | Veda Hospitality, LLC | 8323 Barton Farm Blv. | Sarasota | FL | 34240 | 10-8888 | 109350 |
| 74. | Jubilee Universal, Inc. | 20018 Glen Lake Dr | Spring | TX | 77388 | 10-8888 | 125021 |
| 75. | Sailila Hospitality, Inc. | 6630 Hoover St | Houston | TX | 77092 | 10-8888 | 126243 |
| 76. | Alpeshkumar Patel | 3625 Tidwell Rd. | Houston | TX | 77093 | 10-8888 | 126339 |
| 77. | Haresh Patel | 315 Bellvue Ave. | Ft. Myers | FL | 32114 | 10-8888 | 126340 |
| 78. | Jiteshkumar M Patel | 4505 W. New Haven Ave. | W. Melbourne | FL | 32904 | 10-8888 | 128128 |
| 79. | Naynaben Patel | 4505 W. New Haven Ave. | W. Melbourne | FL | 32904 | 10-8888 | 126342 |
| 80. | Lata Lalbhai | 3451 Tamiami Trl. | Naples | FL | 34112 | 10-8888 | 126343 |
| 81. | Mehul Hasmukh Patel | 13702 Stampford Dr. | Houston | TX | 77077 | 10-8888 | 126370 |
| 82. | Amar Patel | 18390 SW 232nd St. | Miami | FL | 33170 | 10-8888 | 126345 |
| 83. | Dakshaben Patel | 600 S. Krome Ave. | Homestead | FL | 33030 | 10-8888 | 126347 |
| 84. | Sudhirkumar Patel | 600 S. Krome Ave. | Homestead | FL | 33030 | 10-8888 | 126349 |
| 85. | Usha Upadhyay | 749 S. Ridgewood Ave. | Holly Hill | FL | 32117 | 10-8888 | 126354 |
| 86. | Rajesh Patel | 810 S. Ridgwood Ave. | Daytona Beach | FL | 32114 | 10-8888 | 126355 |
| 87. | Shakuntaluben Patel | 650 S. Yonge St. | Ormond Beach | FL | 32174 | 10-8888 | 126357 |
| 88. | Manjula Patel | 1234 S. Ridgewood Ave. | Daytona Beach | FL | 32114 | 10-8888 | 126358 |
| 89. | Sanat Patel | 1234 S. Ridgewood Ave. | Daytona Beach | FL | 32114 | 10-8888 | 126361 |
| 90. | Nelson Garcia | 929 NW 23 Ct | Miami | FL | 33125 | 10-8888 | 126363 |
| 91. | Dina Patel | 14720 State Highway 249 | Houston | TX | 77086 | 10-8888 | 126364 |
| 92. | Michael Guadiz | 15000 Philippine St Apt 1209 | Houston | TX | 77040 | 10-8888 | 126365 |
| 93. | Snehaben Tanna | 648 Grossmore Park | Nashville | TN | 37211 | 10-8888 | 126367 |
| 94. | Bhitti Patel | 2003 S Frontage Rd | Plant City | FL | 33563 | 10-8888 | 126371 |
| 95. | Piyush Patel 1 | 875 94th Ave. N | St. Petersburg | FL | 33702 | 10-8888 | 126368 |
| 96. | Vina M. Patel | 1547 North Tamiami Trail | Ft. Myers | FL | 33903 | 10-8888 | 128131 |
| 97. | Pinal Patel | 504 East Main Street | Immokalee | FL | 34142 | 10-8888 | 13445 |

**Group B**

The following Plaintiffs have discharged Farrell & Patel, Attorneys at Law, as their attorney:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1. | Vinay Patel | Aum Sathya Sai, Inc. | Howard Johnson Inn | 201 Loop 337 | New Braunfels | Comal | TX | 7813 |
| 2. | Hassanali Momin | Paragon Stores Inc. | Ahsan's Food Mart | 13020 Market St. | Houston | Harris | TX | 77015 |
| 3. | Hassanali Momin | Magic First Inc. | Magic Food Mart | 16141 Market St. | Channelview | Harris | TX | 77530 |
| 4. | Hassanali Momin | H. A. H. Enterprises Inc. | El Festival Supermercado | 1108 Freeport St. | Houston | Harris | TX | 77015 |
| 5. | Deepak Thakor | America's Best Value Inn & Suites | | 133 US Hwy 181 | Portland | San Patricio | TX | 78374 |