UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br>SECTION: "J"<br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

This Document Applies to:

No. 12-970, Bon Secour Fisheries, Inc., et al.
v. BP Exploration & Production Inc., et al.

## GLEN LERNER'S MOTION AND INCORPORATED MEMORANDUM FOR EXPEDITED HEARING ON MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel, comes Glen Lerner, who reserving all rights and defenses, appears solely for the purpose of moving for an expedited hearing on his Motion for Extension of Time.

I.

On September 6, 2013, Special Master Freeh issued his Independent External Investigation of the Deepwater Horizon Court Supervised Settlement Program.

II.

That same day, this Court ordered Lionel Sutton, Christine Reitano, Jon Andry, Glen Lerner, and any associated law firms to show cause within fourteen days why the Court should not adopt the Special Master's findings and recommendations "[d]isqualifying Attorneys Lionel Sutton, Christine Reitano, Jon Andry, and Glen Lerner, as well as any associated law firms, from representing CSSP claimants (or collecting fees from such claimants) under the Unclean Hands Doctrine." Rec. Doc. 11288.

{N2696228.1}

III.

Contemporaneously with this Motion for Expedited Hearing, Glen Lerner has filed a Motion for Extension of Time.

IV.

Expedited consideration on this Motion is needed because presently Glen Lerner's objections to Special Master Freeh's Report are due on September 20, 2013.

V.

Accordingly, Glen Lerner respectfully represents that his Motion be heard as soon as possible on Tuesday, September 17, 2013.

Respectfully submitted,
/s/ **Pauline F. Hardin**
Pauline F. Hardin (La. Bar #6542)
James E. Wright, III (La. Bar #13700)
Virginia W. Gundlach (La. Bar #18493)
**JONES WALKER LLP**
201 St. Charles Ave. – 49th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-8110
Fax: (504) 589-8110
*Attorneys for Glen J. Lerner*

{N2696228.1}

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 13th day of September, 2013.

/s/ Pauline F. Hardin
Pauline F. Hardin