UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179 SECTION: "J" JUDGE BARBIER MAG. JUDGE SHUSHAN |

This Document Applies to:

No. 12-970, Bon Secour Fisheries, Inc., et al.
v. BP Exploration & Production Inc., et al.

# ORDER

Considering the foregoing;

IT IS HEREBY ORDERED that Glen Lerner's Motion for Expedited Hearing on Motion for Extension of Time is **GRANTED**.

IT IS FURTHER ORDERED that Glen Lerner's Motion will be heard on the _____ day of September, 2013, at _____ o'clock __.m.

New Orleans, Louisiana, this _____ day of September, 2013.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

{N2696228.1}