UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig : | MDL NO.  2179 |
| "Deepwater Horizon" in the Gulf : | |
| of Mexico, on April 20, 2010 : | SECTION:  J |
| : | |
| This Document Relates to: : | JUDGE BARBIER |
| : | |
| *Civ. No.* 10-4536 : | MAG. JUDGE SHUSHAN |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, the United States of America, on behalf of the Environmental Protection Agency ("EPA") and the United States Coast Guard, hereby moves for partial summary judgment.

As set forth in the attached Statement of Undisputed Material Facts, Memorandum in Support, and exhibits, partial summary judgment is appropriate because there is no genuine dispute as to any material fact, and the plaintiffs are entitled to judgment as a matter of law on the issue of the minimum amount of oil discharged from the Macondo well.

WHEREFORE, the Plaintiffs' Motion for Partial Summary Judgment as to the minimum amount of oil discharged from the Macondo well should be granted.

Respectfully submitted,

/s/ Steven O'Rourke
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Date:  September 16, 2013                                             /s/ Steven O'Rourke
                                                                                            Steven O'Rourke