# EXHIBIT C

01-42997
PW/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

# *CONFIDENTIAL*

## WorldwideVIEW™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Srdjan Nesic, Ph.D.

JULY 23, 2013

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

|  |  |
|---|---|
| 1 | THE VIDEOGRAPHER:  This is the |
| 2 | deposition of Dr. Srdjan Nesic in regard to |
| 3 | the oil spill of the oil rig Deepwater |
| 4 | Horizon in the Gulf of Mexico on April 20th, |
| 08:29  5 | 2010.  Today's date is July 23rd, 2013.  The |
| 6 | time is 9:29 [sic] a.m.  We are now on the |
| 7 | record. |
| 8 | SRDJAN NESIC, Ph.D., |
| 9 | having been first duly sworn, testified as |
| 08:29 10 | follows: |
| 11 | E X A M I N A T I O N |
| 12 | BY MS. CROSS: |
| 13 | **Q.     Good morning, Dr. Nesic.** |
| 14 | A.     Good morning. |
| 08:29 15 | **Q.     I introduced myself off the** |
| 16 | **record, but I will do so again, here, on the** |
| 17 | **record.  My name is Anna Cross.  I work for** |
| 18 | **DOJ, and I represent the United States in** |
| 19 | **this matter.  With me is my colleague Erica** |
| 08:30 20 | **Pencak, also from DOJ, also representing the** |
| 21 | **United States.  Could you please state your** |
| 22 | **full name for the record?** |
| 23 | A.     My name is Srdjan Nesic. |
| 24 | **Q.     Do you have a middle name?** |
| 08:30 25 | A.     No. |

|  |  |
|---|---|
| 1 | Q. Correct. |
| 2 | A. Then the answer is yes. |
| 3 | Q. **As you sit here today, is there** |
| 4 | **anything you would like to change in your** |
| 08:42  5 | **report?** |
| 6 | A. There is one small omission that |
| 7 | was discovered that in my report there is an |
| 8 | inconsistency with respect to some of the |
| 9 | files that I have given to -- as support for |
| 08:43 10 | my opinions, and that refers to stating that |
| 11 | the particle size in those files was |
| 12 | 500 microns, where -- where it was smaller in |
| 13 | the actual -- the files I gave used a smaller |
| 14 | particle size, sand particle size, to be |
| 08:43 15 | precise; and that's an omission that happened |
| 16 | which does not in any way change the |
| 17 | substance of the opinions I offer in the |
| 18 | report, but it's, I think, worth mentioning |
| 19 | that that mistake has happened, that omission |
| 08:43 20 | and inconsistency has happened. |
| 21 | Q. **Okay. When did you discover** |
| 22 | **that omission?** |
| 23 | A. That was -- are you asking me |
| 24 | for the timing or -- |
| 08:44 25 | Q. **Yes.** |

```
 1        A.    That was after we -- or I got
 2   feedback about my report from some of the
 3   government experts.
 4        Q.    Okay.  Are you referring to any
 5   government expert in particular?
 6        A.    If I am remembering correctly, I
 7   think it was in the Bushnell's report,
 8   Dr. Bushnell, although I can't be hundred
 9   percent sure.  It's -- it's one of the three
10   or four that I got back.
11        Q.    Okay.  And that would be
12   Dr. Bushnell's June 10th report?
13        A.    I do not remember the exact date
14   of that report, but since I have -- that
15   sounds right, given that that's after I
16   submitted my report, so it is possible that's
17   the right date.  I'm not sure.
18        Q.    Okay.  Do you recall when you
19   got the copy of Dr. Bushnell's June 10th
20   report, assuming that's the date of that
21   rebuttal report?
22        A.    I -- I'm sorry, I do not
23   remember the exact date.
24        Q.    But you've been aware of the
25   omission with regard to the 500 micron
```

|  |  |
|---|---|
| 1 | **particle size since reviewing Dr. Bushnell's** |
| 2 | **report; is that fair?** |
| 3 | A.     That's correct. |
| 4 | **Q.     And when you refer to it as an** |
| 08:45   5 | **omission, what do you mean?** |
| 6 | A.     I should probably have used the |
| 7 | other word that I did mention in my previous |
| 8 | statement, and that is an inconsistency, that |
| 9 | I list in the report that I used 500 micron |
| 08:45  10 | sand particles, whereas in the files I gave |
| 11 | you, there is small -- there is a smaller |
| 12 | particle size, I believe it's 150.  Now, that |
| 13 | is an inconsistency rather than an omission. |
| 14 | An omission is, in a sense, I omitted to -- |
| 08:45  15 | to use the right number that is consistent |
| 16 | with the files I gave you.  However, as I |
| 17 | said, there is two important qualifications |
| 18 | to that statement, one is that I already |
| 19 | mentioned and that is that bears no |
| 08:46  20 | consequence on the substance of my main |
| 21 | conclusions; and the other one is that we |
| 22 | have done simulations with various particle |
| 23 | sizes, 500 and 150 microns included.  And |
| 24 | when we handed those files over as support |
| 08:46  25 | for my opinions, we didn't match up what was |

```
 1     work you did in this case other than
 2     attorneys?
 3          A.    No one that I can recall.
 4          Q.    You spoke with Dr. Sormaz and
 5     Dr. Wang, obviously?
 6          A.    Indeed.  Those were my
 7     assistants.
 8          Q.    Did you speak with Dr. Vaziri at
 9     all?
10          A.    No, I never spoke or met him
11     before.
12          Q.    Did you meet with Mr. Richardson
13     at all?
14          A.    No, I never met him or spoke to
15     him before.
16          Q.    Did you meet or talk to Tony
17     Liao?
18          A.    No, never met him or talked to
19     him.
20          Q.    Did you review any of the
21     deposition transcripts that have been
22     generated in this case?
23          A.    Yes, I have.
24          Q.    Whose deposition transcripts did
25     you review?
```

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
|       | 1  | you know whether you reviewed                            |
|       | 2  | Mr. Richardson's report in draft or final                |
|       | 3  | form prior to submitting your expert report?             |
|       | 4  | A.     The same applies, though.                         |
| 09:46 | 5  | Q.     You don't know?                                   |
|       | 6  | A.     No, I don't know whether that                     |
|       | 7  | was just exactly last version or almost the              |
|       | 8  | last version.  That, I don't know exactly.               |
|       | 9  | Q.     And you don't recall when you                     |
| 09:47 | 10 | first saw it?                                            |
|       | 11 | A.     No.  It was similar to                            |
|       | 12 | Dr. Vaziri's report.  I saw it before I                  |
|       | 13 | submitted my report.  Quite a bit more,                  |
|       | 14 | actually.                                                |
| 09:47 | 15 | Q.     You rely on certain conclusions                   |
|       | 16 | reached by Mr. Richardson, right?                        |
|       | 17 | A.     Yes.                                              |
|       | 18 | Q.     Okay.  When did you first                         |
|       | 19 | incorporate those conclusions into your                  |
| 09:47 | 20 | modeling?  And specifically I'm talking about            |
|       | 21 | the BSR gap of just under 2 inches, as you               |
|       | 22 | refer to it.                                             |
|       | 23 | A.     The BSR gap that was used in my                   |
|       | 24 | simulations, standoff distance, as it's                  |
| 09:47 | 25 | called, was -- was something I have obviously            |

|  |  |
|---|---|
| 1 | done in consistent -- that is consistent with |
| 2 | Dr. Richardson's report.  And your question |
| 3 | was when did I? |
| 4 | **Q.      When did you first incorporate** |
| 09:48  5 | **Mr. Richardson's conclusions about the BSR** |
| 6 | **gap into your modeling?** |
| 7 | MR. ROMAN:  Object to the form. |
| 8 | A.      We have used that standoff |
| 9 | distance from the very beginning of our |
| 09:48 10 | simulations. |
| 11 | Q.      (BY MS. CROSS)  Okay.  Is that |
| 12 | the only standoff distance for the BSR that |
| 13 | you used? |
| 14 | A.      We did move it around a little |
| 09:48 15 | bit in the original sort of sensitivity |
| 16 | testing and when we were adjusting the BSR |
| 17 | position at that time.  This was -- |
| 18 | **Q.      After you created your geometry,** |
| 19 | **though, you stuck with the 1.9 inches of a** |
| 09:48 20 | **BSR standoff; is that right?** |
| 21 | A.      That's right, we did not vary -- |
| 22 | once we determined that final distance, that |
| 23 | was -- that was not varied. |
| 24 | Q.      Do you -- |
| 09:48 25 | A.      At least that I recall.  There |

```
          1    was no need to do that.
          2         Q.    You testified about the work you
          3    had Dr. Sormaz and Dr. Wang do for you.  Did
          4    you rely on any conclusions that they reached
09:49     5    in their work?
          6         A.    No, no.  They were -- they were
          7    my assistants.  They did things at my request
          8    and -- and at my instruction.  So they were,
          9    if you want, going through the mechanics of
09:49    10    what I asked them to do and thereby speeding
         11    up the work that I was executing.
         12         Q.    Was Mr. Richardson the source of
         13    the original standoff distance that you used
         14    in your modeling?
09:49    15         A.    I believe a 2-inch stand of
         16    distance was reported in the DNV report much
         17    earlier than Richardson.
         18         Q.    Okay.  And -- and did you use
         19    the DNV figure when you started your
09:49    20    simulation?
         21         A.    Those are virtual identical
         22    figures, so therefore it's the same number,
         23    so I don't know how -- how can we answer that
         24    question that you asked me?  It is the
09:50    25    same -- if the number was different, then you
```

```
         1              MR. ROMAN:  He is Dr. Richardson.
         2              MS. CROSS:  Got it.
         3         Q.      (BY MS. CROSS)  So just so I'm
         4   clear, did you rely on the value that
09:52    5   Dr. Richardson has in his expert report, or
         6   did you rely on the value as reported by DNV?
         7              MR. ROMAN:  Object to the form; object,
         8   asked and answered.
         9         A.      I believe those are -- we're
09:52   10   talking 1.92 inches, plus my -- so the
        11   difference is .1 inch.  Those numbers are
        12   consistent with each other.  So therefore I'm
        13   not sure that there was any difference
        14   between -- between those -- our sensitivity
09:52   15   tests showed that there was no significant
        16   difference whether we used 1.9 or 2, but that
        17   was very early on before Dr. Richardson
        18   produced any numbers.
        19         Q.      (BY MS. CROSS)  Okay.  When you
09:53   20   refer to "sensitivity tests," is there
        21   sensitivity tests you ran before you created
        22   your geometry input files?
        23         A.      No.  No.  One can in a CAD
        24   environment move the blocks that are provided
09:53   25   as separate files closer from each other, and
```

|       |                                                              |
|-------|--------------------------------------------------------------|
| 1     | that's what I meant.  We have provide -- we                  |
| 2     | have done a couple different versions of that                |
| 3     | work, and that's what I call the sensitivity                 |
| 4     | test.                                                        |
| 09:53 5 | Q.    Okay.  What distances did you                        |
| 6     | **use in those sensitivity tests between the**               |
| 7     | **BSR blocks?**                                              |
| 8     | A.    I do not recall the exact                              |
| 9     | numbers, but it was in the vicinity of                       |
| 09:53 10 | 2 inches, as measured in the way that's shown             |
| 11    | in my report.  I think we did in steps of                    |
| 12    | .1 inch, but this was awhile ago, so I don't                 |
| 13    | remember that exact exercise.                                |
| 14    | Q.    **Did you produce the results of**                     |
| 09:54 15 | **that sensitivity testing with your**                     |
| 16    | **relied-upon modeling runs?**                               |
| 17    | A.    No.                                                    |
| 18    | Q.    **Did you retain those results?**                      |
| 19    | A.    No.                                                    |
| 09:54 20 | Q.    **Go ahead and turn to Tab 20 in**                  |
| 21    | **your binder, if you would.  And this has been**            |
| 22    | **previously marked as Exhibit 11530.  Do you**              |
| 23    | **recognize this as the DNV report we were**                 |
| 24    | **talking about?**                                           |
| 09:54 25 | A.    Yes, that's what it seems to be.                    |