# EXHIBIT F

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in
The Gulf of Mexico, on April 20, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MDL NO. 2179, SECTION J
JUDGE BARBIER; MAGISTRATE JUDGE SHUSHAN

# Modelling Macondo

## A calculation of the volume of oil released during the *Deepwater Horizon* incident

Prepared on Behalf of BP Exploration & Production Inc. and Anadarko

Prepared by:

Martin J. Blunt

Department of Earth Science and Engineering
Imperial College, London SW7 2AZ, UK
May 1st, 2013



**CONFIDENTIAL**

M J Blunt Expert Report

## 1.1 Scope of Work

I have calculated the amount of oil spilt during the *Deepwater Horizon* incident using the methods of my field, reservoir engineering. I have drawn on the work of other BP experts, including the pressure transient analysis of Professor Alain Gringarten; the rock-compressibility results of Professor Robert Zimmerman; the pressure data generated by Professor Martin Trusler; the fluids analysis of Professor Curtis Whitson; and ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

My analysis uses a well-established method from my field called material balance. My Imperial College London colleague Professor Gringarten is submitting a report estimating cumulative flow using different techniques from his field of expertise, pressure-transient analysis. I make use of some of the results of his study, while he uses the results of some of my analysis. Even though there are a few steps in our respective calculations that use the same principles and interim methodologies, our determinations of cumulative flow are independent and involve distinct approaches. For example, Professor Gringarten does not directly use the main principle in my approach, material balance. And I do not use the method that Professor Gringarten pioneered, called deconvolution.

M J Blunt Expert Report

## Appendix A.    Data analysis details

### A.1.    Introduction and data sources

Table A.1 shows the data that I have used with a brief justification of the choice.

| Quantity | Symbol | Data source | Value | Unit | Comments |
|---|---|---|---|---|---|
| **Connected Oil Volume, *N*: 107-116 MMstb** | | | | | |
| Gross rock volume | $V$ | BP seismic interpretation [9] | 1,530 | rb | Assess 87-90% connectivity |
| Porosity | $\phi$ | Log analysis [6] | 0.217 | | Thickness-weighted average over 93 ft |
| Oil saturation | $S_o$ | Log analysis [6] | 0.878 | | Thickness-weighted average |
| Initial oil formation volume factor | $B_{oi}$ | Service laboratory reports [18,20,32,34] | 2.2708-2.3595 | rb/stb | Use values from three laboratories |
| **Compressibility, *c*: 18.7-24.5 microsips** | | | | | |
| Oil compressibility | $c_o$ | Service company reports [18,20,32,34] | 13.70; 13.90; 14.82 | microsips | Track exact change in volume for calculated pressure drop for three sets of service company data |
| Pore volume compressibility | $c_f$ | Weatherford measurements [24,26] and Dr. Zimmerman [Z] | 4.34; 6.35; 8.57 | microsips | Range based on measured data to match change in pore volume |
| Water compressibility | $c_w$ | Literature value, Osif (1988) | 3 | microsips | Has negligible impact on the calculation |
| **Pressure Drop, *Δp*: 1,325; 1,354; 1,423 psi** | | | | | |
| Densities for conversion from capping stack to reservoir | $\rho$ | Whitson tables [W] and Core Labs measurements [20] | Varies | kgm$^{-3}$ | The Whitson tables provide a consistent extrapolation for temperatures lower than studied experimentally.  Retain direct data for Core Labs to provide an experimentally-based lower bound. |
| Temperatures for density values | $T$ | Solution of heat transport equations, Appendix B | 40-243 | °F | Take literature values of thermal properties.  At late time, behaviour insensitive to values used. |
| Pressure difference between capping stack and reservoir | $p_w$-$p_{cs}$ | Calculation of head, Appendix B | 3,210-3,435 | psi | Computed for three sets of fluid properties.  Conversion tabulated as a function of capping stack pressure and time since choke closure. |
| Pressure readings | $P_{cs}(t)$ | Trusler report [T] | Varies | psi | Capping stack pressures after choke closure |
| Final reservoir pressure | $p_f$ | Section 4.3, Appendices C and D | 10,433-10,531 | psi | From fit to analytical linear flow model |
| Times to reach reservoir boundaries | $\tau$ | Section 4.3, Appendices C and D | Varies | s | Using analytical linear and rectangular flow models |
| **Subsidiary variables used in the consistency check, Section 5** | | | | | |
| Permeability | $K$ | Gringarten report [ACG], core measurements [1,23] and pressure analysis, Section 4.3, Appendix E | 170-329 | mD | From Gringarten expert report including upper range |
| Viscosity | $\mu$ | Whitson table [W] for Core Labs sample 19 at 9,800 psi and 10,500 psi | 0.205, 0.2197 | mPa.s | Measured data inconsistent between labs. Use well-bore pressure in radial flow period, final pressure for reservoir boundaries. |

**Table A.1.  Summary of the data used in my calculations.**

psi on average – bearing in mind the gauge precision of only 5 psi, it is difficult to say more than the pressure increased slightly.[234]

In this test, we have much slower flows than during the spill – these injection rates are 1,440 to 10,080 stb/day – and the fluid is a single (oil) phase in the well-bore. We can assume that, unlike during choke closure, the principal pressure drop is due to skin and flow in the reservoir itself. In this case, the pressure increase can be calculated assuming that for the minutes to hour-long duration of the test, we are in the radial flow period. Then, from Eq. (C.16):

$$\Delta p = \eta \left( \ln \left( \frac{4t}{\alpha \gamma r_w^2} \right) + 2S \right)$$

(E.10)

Let us first estimate the magnitude of the logarithmic term. $\alpha \gamma r_w^2$ has a value of approximately 0.0038 s.[235] The duration of the injectivity test was around 1 hour, while the pressure reached 6,976 psi – its highest consistent reading – after only 10 minutes (600 s): this is a $\Delta p$ of 24 psi. Since we find a logarithm, the magnitude of the term is relatively insensitive to the precise time used, but to avoid over-estimating the reservoir pressure change, I will take the lower time $t$ = 600 s: the logarithmic term then has a value of 13.4.

To find the pressure drop, I need to correct $\eta$ for different flow rates – its value is 55 psi times the ratio of the mud injection rate to the estimated final flow rate during the spill, measured at *reservoir* conditions. This is an approximate calculation, so let's assume that the highest mud injection rate is around one tenth of the final flow rate.

Had the skin factor been around 35-50, pressure changes of over 250-350 psi would have been seen (Eq. (E.10)): this is an order of magnitude higher than what was observed. Even with no skin, the maximum pressure rise is predicted to be around 70 psi, so – if anything – there is a negative skin, implying enhanced flow near the well at the end of the spill. This suggests limited resistance to flow between the reservoir and the well-bore down-hole at the end of the incident

I have ignored any pressure drop in the capping stack and well-bore, I have not accounted for the changing gravitational head between the capping stack and the reservoir during injection, while the measured the capping stack pressures only have a precision of 5 psi and I have taken one – relatively high – pressure drop for my calculations. The skin at the end of the spill is lower than its likely value at the beginning. It is reasonable to assume – as did all the Government investigators – that the skin was zero at the end of the spill.

---

[234] Trusler report [T], from a study of the capping stack pressures (PT-3K-2) from 13:00 on August 3 2010 (line 120,951 on the spreadsheet provided). The pressure before base oil injection is between 6,952 psi, rising to at most 6,976 psi on injection, except for one reading that spikes just over 7,000 psi.

[235] $\alpha$ = 0.5633 s/m², using Core Labs properties and the mid-range compressibility, the Euler constant $\gamma$ is 0.57722, and the well diameter is 8.5 inches, giving $r_w$ = 0.108 m.