# EXHIBIT G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL | ) | MDL NO. 2179 |
| BY THE OIL RIG | ) | |
| "DEEPWATER HORIZON" IN | ) | SECTION "J" |
| THE GULF OF MEXICO, ON | ) | |
| APRIL 20, 2010 | ) | JUDGE BARBIER |
| | ) | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VOLUME 1

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

  Deposition of Martin Julian Blunt, Ph.D., taken at the Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 25th day of July, 2013.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

|  |  |
|---|---|
| 1 | MR. CERNICH:  I'm ready. |
| 2 | THE VIDEOGRAPHER:  All set? |
| 3 | Today is July 25th, 2013.  This is the |
| 4 | deposition of Dr. Martin Blunt, regarding the oil |
| 08:40  5 | spill of the Oil Rig DEEPWATER HORIZON in the |
| 6 | Gulf of Mexico on April 20th, 2010. |
| 7 | The time is 8:40 a.m.  We're on the |
| 8 | record. |
| 9 | MARTIN JULIAN BLUNT, PH.D., |
| 08:40  10 | was called as a witness by the United States and, |
| 11 | being first duly sworn, testified as follows: |
| 12 | DIRECT EXAMINATION |
| 13 | QUESTIONS BY MR. CERNICH: |
| 14 | **Q.  Good morning, Dr. Blunt.  My name is** |
| 08:40  15 | **Scott Cernich.  I represent the United States.  I** |
| 16 | **introduced myself briefly before we got started** |
| 17 | **today.  This is my colleague, Bethany Engel.** |
| 18 | **Have you ever had your deposition taken** |
| 19 | **before?** |
| 08:40  20 | A.  Never. |
| 21 | **Q.  Okay.  Just -- just so we understand some** |
| 22 | **of the -- the ground rules here, you'll need to** |
| 23 | **provide verbal answers for the record.  We'll --** |
| 24 | **you'll need to wait until I finish my question to** |
| 08:40  25 | **provide an answer, and I'll endeavor to do the** |

|   |    |   |
|---|----|---|
|   | 1  | did was input the pressure data.  And as I have |
|   | 2  | already referred to, there are a number of |
|   | 3  | options you have for smoothing the data. |
|   | 4  | And we found that using different options |
| 10:15 | 5  | made -- had an impact on particularly the early |
|   | 6  | time pressure data. |
|   | 7  | That's all we did.  And at that point, I |
|   | 8  | said:  "Let's stop.  What I would like to do is I |
|   | 9  | would like to look at that data myself, I'd like |
| 10:16 | 10 | to process that data myself, and I'd like to do |
|   | 11 | all the analysis in something that we fully |
|   | 12 | understand." |
|   | 13 | **Q.  Okay.  Well, was there some problem with** |
|   | 14 | **the early time pressure data?** |
| 10:16 | 15 | A.  We didn't think there was a problem, but |
|   | 16 | I will note that the pressure data we were using |
|   | 17 | at the time is not the Trusler pressure data |
|   | 18 | that's presented in my Report. |
|   | 19 | **Q.  Okay.  So you also rely on Professor** |
| 10:16 | 20 | **Trusler's pressure data for your analysis,** |
|   | 21 | **correct?** |
|   | 22 | A.  Yes, yes.  I use it in my analysis. |
|   | 23 | **Q.  Okay.  And so once you had Dr. Trusler's** |
|   | 24 | **pressure data, you didn't go back and try to run** |
| 10:17 | 25 | **that in Saphir?** |

|  |  |
|---|---|
| 1 | making other refinements to your analysis? |
| 2 | A.  Potentially, I could, in the light of new |
| 3 | data, or in -- in the light of the Reports that |
| 4 | I've read. |
| 04:52  5 | Q.  Okay.  Is there new data, aside from |
| 6 | Professor Zimmerman's deposition, or his |
| 7 | additional calculations, that you have used or -- |
| 8 | to refine your calculations? |
| 9 | A.  Yes, I can think of two pieces of data -- |
| 04:52 10 | Q.  Okay. |
| 11 | A.  -- that could be used to refine my |
| 12 | calculations, although I will have to say that |
| 13 | the impact on my calculation of oil released |
| 14 | is -- is small, less -- less than 1 percent. |
| 04:52 15 | Q.  Okay.  And what are those? |
| 16 | A.  Well, the first one we've already |
| 17 | mentioned, which is the final day flow rate. |
| 18 | Q.  Okay.  And what else? |
| 19 | A.  And the other is the PT-3K-1 pressure |
| 04:53 20 | data corrected by Professor Trusler. |
| 21 | Q.  Okay.  And is this new work that |
| 22 | Professor Trusler has done since his Report? |
| 23 | A.  No.  It's the data that's in his Report. |
| 24 | Q.  Okay.  And why would you -- why would |
| 04:53 25 | you -- how would you use the PT -- PT-3K-1 |

```
 1    pressure data to refine your analysis?
 2         A.  My analysis has been based solely on the
 3    PT-3K-2 pressure data.
 4         Q.  Okay.
 5         A.  And so PT-3K-1 is additional data, and
 6    with additional data, I could refine my analysis.
 7         Q.  And you weren't aware of PT-3K-1 pressure
 8    data, prior to your -- prior to you preparing
 9    your Expert Report?
10                MR. BOLES:  Object to the form.
11         A.  I had the data, but I hadn't read the
12    Expert Report, and as a consequence, I couldn't
13    vouch for its reliability until I had studied the
14    Expert Report.
15         Q.  (By Mr. Cernich) Okay.  And -- and why
16    would you use the PT-3K-1 data?
17         A.  Because, in the Expert Report of
18    Professor Trusler, he says that with his
19    corrections, he considers that both of those
20    pressure readings are reliable.
21         Q.  Okay.  If -- if they're both reliable,
22    then why would you need to use the other pressure
23    reading?
24         A.  It's good scientific practice to use all
25    the data that's available where -- where that's
```

```
         1   relevant.  And so the best scientific practice
         2   would be to look at that additional data and see
         3   if it does lead to a refinement of your
         4   calculations.
04:55    5      Q.  Okay.  Absent Professor Trusler's Expert
         6   Report, were you -- you able to vouch for the
         7   accuracy of the PT-3K-2 data?
         8               MR. BOLES:  Object to the form.
         9      A.  Yes, in the sense that I could look at
04:55   10   the data, and could see that it was
        11   interpretable, using standard well test analysis
        12   techniques.
        13      Q.  (By Mr. Cernich) Okay.  But the fact that
        14   it was interpretable didn't necessarily mean it
04:56   15   was accurate, correct?
        16      A.  That doesn't necessarily mean it's
        17   accurate, and that's why I defer to the Expert
        18   judgment of Professor Trusler for that matter.
        19      Q.  Okay.  If Professor Trusler -- if you
04:56   20   didn't have Professor Trusler's opinion, how
        21   would you determine the reliability of the PT --
        22   PT-3K-2 pressure gauge?
        23      A.  I would determine the reliability from
        24   looking at the pressure responses, seeing if it's
04:56   25   interpretable, and from reading related Reports
```