IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to: *All Cases*<br><br>(Including No. 12-970) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## UNOPPOSED MOTION PROVIDING FOR APPROVAL OF QUALIFYING CRITERIA FOR THE APPOINTMENT OF STRUCTURED SETTLEMENT BROKERS

**Now Into Court** come Class Counsel, who respectfully request the entry of the Proposed ORDER ON CONSENT MOTION PROVIDING FOR APPROVAL OF QUALIFYING CRITERIA FOR THE APPOINTMENT OF STRUCTURED SETTLEMENT BROKERS. Class Counsel have conferred with the Trustee and with Counsel for the BP Defendants. The Trustee and BP Defendants have stated that they do not oppose entry of an Order in the form attached hereto and containing the terms and conditions set forth therein.

For these reasons, and for the reasons stated in the accompanying Memorandum in Support, Class Counsel respectfully request that the Court grant

this UNOPPOSED MOTION PROVIDING FOR APPROVAL OF QUALIFYING CRITERIA FOR THE APPOINTMENT OF STRUCTURED SETTLEMENT BROKERS.

This 16th day of September, 2013

Respectfully submitted,

| | |
|---|---|
| _/s/ Stephen J. Herman_ | _/s/ James Parkerson Roy_ |
| Stephen J. Herman, La. Bar No. 23129 | James Parkerson Roy, Bar No. 11511 |
| HERMAN HERMAN & KATZ LLC | DOMENGEAUX WRIGHT ROY & EDWARDS LLC |
| 820 O'Keefe Avenue | |
| New Orleans, Louisiana 70113 | 556 Jefferson Street, Suite 500 |
| Telephone: (504) 581-4892 | Lafayette, Louisiana 70501 |
| Fax No. (504) 569-6024 | Telephone: (337) 233-3033 |
| E-Mail: sherman@hhkc.com | Fax No. (337) 233-2796 |
| | E-Mail: jimr@wrightroy.com |
| *Lead Class Counsel* | *Lead Class Counsel* |

### CERTIFICATE OF SERVICE

We hereby certify that the above and foregoing Motion (and Proposed Order) will be served on All Counsel *via* Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16th day of September, 2013.

/s/ Stephen J. Herman and James Parkerson Roy