# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to: *All Cases*<br><br>(Including No. 12-970) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION PROVIDING FOR APPROVAL OF QUALIFYING CRITERIA FOR THE APPOINTMENT OF STRUCTURED SETTLEMENT BROKERS

Pursuant to the terms of the Court's January 30, 2013 Order (Rec. Doc. 8425), as amended by the Court's August 15, 2013 Order (Rec. Doc. 11020) (the "Structured Settlement Order"), each Claimant in the Economic Class is offered the option to elect to receive all or a portion of such Claimant's allowed claim under the Economic and Property Damages Settlement Agreement (the "Settlement Agreement") in the form of a structured settlement, facilitated by a Court-approved structured settlement broker.  The Structured Settlement Order approved The James Street Group and Ringler Associates as Court-approved structured settlement brokers.  It has come to the attention of Class Counsel that structured

settlement brokers in addition to The James Street Group and Ringler Associates may seek Court approval to facilitate structured settlements for Claimants pursuant to the Structured Settlement Order.  For the protection of the Claimants, Class Counsel propose that the Court require that any structured settlement broker seeking Court approval to facilitate such structured settlements must satisfy the following criteria, in addition to complying with the requirements set forth in the Structured Settlement Order:

    To be eligible to receive Court approval to facilitate structured settlements for Claimants under the Structured Settlement Order, and to maintain such Court approval, a structured settlement broker must (a) be licensed to sell insurance and annuity products in the State of Louisiana or their state of residence; (b) be in good standing with the Louisiana Department of Insurance or the department of insurance in the structured settlement broker's state of residence, with no license suspensions or revocations within the past five years; (c) maintain adequate Errors and Omissions insurance coverage; and (d) maintain appointments with Liberty Life Assurance Company of Boston, the Midwest Trust Company and/or any other eligible Issuer under the Structured Settlement Order.

    The proposed Order has been reviewed by both Counsel for the BP Parties and the Settlement Program Claims Administrator and Trustee, and neither has any objection to its entry by the Court.

## Conclusion

For the above and foregoing reasons, Class Counsel respectfully request that the Court enter the proposed Order submitted herewith.

This <u>16th</u> day of <u>September</u>, <u>2013</u>

Respectfully submitted,

| | |
|---|---|
| <u>    /s/ Stephen J. Herman    </u> | <u>    /s/ James Parkerson Roy    </u> |
| Stephen J. Herman, La. Bar No. 23129 | James Parkerson Roy, Bar No. 11511 |
| HERMAN HERMAN & KATZ LLC | DOMENGEAUX WRIGHT ROY & EDWARDS LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhkc.com | E-Mail: jimr@wrightroy.com |
| | |
| *Lead Class Counsel* | *Lead Class Counsel* |

## CERTIFICATE OF SERVICE

We hereby certify that the above and foregoing Memorandum will be served on All Counsel *via* Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this <u>16th</u> day of <u>September</u>, <u>2013</u>.

/s/ Stephen J. Herman and James Parkerson Roy