IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to: *All Cases*<br><br>(Including No. 12-970) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### ORDER ON UNOPPOSED MOTION PROVIDING FOR APPROVAL OF QUALIFYING CRITERIA FOR THE APPOINTMENT OF STRUCTURED SETTLEMENT BROKERS

After considering Class Counsel's UNOPPOSED MOTION PROVIDING FOR APPROVAL OF QUALIFYING CRITERIA FOR THE APPOINTMENT OF STRUCTURED SETTLEMENT BROKERS, the Court hereby GRANTS the Motion, and requires that any structured settlement broker seeking Court approval to facilitate structured settlements for Claimants pursuant to the terms of the Court's January 30, 2013 Order (Rec. Doc. 8425), as amended by the Court's August 15, 2013 Order (Rec. Doc. 11020) (the "Structured Settlement Order") must satisfy the following criteria, in addition to complying with the requirements set forth in the Structured Settlement Order:

To be eligible to receive Court approval to facilitate structured settlements for Claimants under the Structured Settlement Order, and to maintain such Court approval, a structured settlement broker must (a) be licensed to sell insurance and annuity products in the State of Louisiana or their state of residence; (b) be in good standing with the Louisiana Department of Insurance or the department of insurance in the structured settlement broker's state of residence, with no license suspensions or revocations within the past five years; (c) maintain adequate Errors and Omissions insurance coverage; and (d) maintain appointments with Liberty Life Assurance Company of Boston, the Midwest Trust Company and/or any other eligible Issuer under the Structured Settlement Order..

SIGNED this ___ day of September, 2013.

_____
**Hon. Carl J. Barbier**