09:20:42

1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
2

3    ****************************************************************

4    IN RE:  OIL SPILL BY THE
     OIL RIG *DEEPWATER HORIZON*
5    IN THE GULF OF MEXICO ON
     APRIL 20, 2010
6
                                    CIVIL ACTION NO. 10-MD-2179 "J"
7                                   NEW ORLEANS, LOUISIANA
                                    FRIDAY, SEPTEMBER 13, 2013, 9:30 A.M.
8

9    THIS DOCUMENT RELATES TO
     ALL ACTIONS
10

11   ****************************************************************

12       TRANSCRIPT OF WORKING GROUP STATUS CONFERENCE PROCEEDINGS
             HEARD BEFORE THE HONORABLE SALLY SHUSHAN
13                UNITED STATES MAGISTRATE JUDGE

14

15   APPEARANCES:

16

17   FOR THE PLAINTIFFS:    LEVIN PAPANTONIO THOMAS MITCHELL
                            RAFFERTY & PROCTOR
18                          BY:  BRIAN H. BARR, ESQUIRE
                            316 SOUTH BAYLEN STREET, SUITE 600
19                          PENSACOLA, FL  32502

20

21                          IRPINO LAW FIRM
                            BY:  ANTHONY IRPINO, ESQUIRE
22                          2216 MAGAZINE STREET
                            NEW ORLEANS, LA  70130
23

24

25

                              **OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3    FOR THE FEDERAL
     GOVERNMENT INTERESTS:  SENIOR LITIGATION COUNSEL FOR E-DISCOVERY
4                           ENVIRONMENT & NATURAL RESOURCES DIVISION
                            U.S. DEPARTMENT OF JUSTICE
5                           BY:  SARAH D. HIMMELHOCH, ESQUIRE
                                 ERICA PENCAK, ESQUIRE
6                           P.O. BOX 7611
                            WASHINGTON, DC 20044
7

8

9    FOR BP AMERICA INC.,
     BP AMERICA PRODUCTION
10   COMPANY, BP COMPANY
     NORTH AMERICA INC.,
11   BP CORPORATION NORTH
     AMERICA INC.,
12   BP EXPLORATION &
     PRODUCTION INC.,
13   BP HOLDINGS NORTH
     AMERICA LIMITED,
14   BP PRODUCTS NORTH
     AMERICA INC.:           KIRKLAND & ELLIS
15                           BY:  J. ANDREW LANGAN, ESQUIRE
                                  MARK J. NOMELLINI, ESQUIRE
16                                PETER BARTOSZEK, ESQUIRE
                                  R. ALLAN PIXTON, ESQUIRE
17                           300 N. LASALLE
                             CHICAGO, IL  60654
18

19
                             KIRKLAND & ELLIS
20                           BY:  ROBERT R. GASAWAY, ESQUIRE
                             655 FIFTEENTH STREET, N.W.
21                           WASHINGTON, DC  20005

22

23

24

25

**OFFICIAL TRANSCRIPT**

```
 1    APPEARANCES CONTINUED:

 2

 3    FOR HALLIBURTON
      ENERGY SERVICES,
 4    INC.:                    GODWIN LEWIS
                               BY:  DONALD E. GODWIN, ESQUIRE
 5                             RENAISSANCE TOWER
                               1201 ELM STREET, SUITE 1700
 6                             DALLAS, TX  75270

 7

 8

 9    OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
10                               500 POYDRAS STREET, ROOM HB406
                                 NEW ORLEANS, LA  70130
11                               (504) 589-7779
                                 Cathy_Pepper@laed.uscourts.gov
12

13    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
      PRODUCED BY COMPUTER.
14

15

16

17

18

19

20

21

22

23

24

25
```

**OFFICIAL TRANSCRIPT**

1                          **I N D E X**

2

3      <u>AGENDA ITEMS</u>                                      <u>PAGE</u>

4

5      LEASE EXTENSION....................................    7

6      PROPOSED ALLOCATION FOR CAPTAIN ENGLEBERT...........    7

7      UPDATE ON THE REMOVAL OF THE BOP....................    8

8      EXHIBITS AND THE MARSHALLING CONFERENCE.............   10

9      NUMBER OF MARSHALLING CONFERENCES...................   10

10     SOURCE CONTROL SEGMENT..............................   10

11     FTP SITE AND MAKING THINGS PUBLIC...................   13

12     DEPOSITION BUNDLES..................................   14

13     SUBMITTING THE DEPOSITION BUNDLES TO JUDGE BARBIER...   20

14     DECISION ON MAKING THOSE PUBLIC.....................   21

15     COURT REPORTERS.....................................   22

16     TRANSCRIPT ORDER FORMS..............................   22

17     WITNESS LISTS AND THEIR EXPERT REPORTS..............   23

18     DEMONSTRATIVE NUMBER RANGES.........................   23

19     REDACTION PERIOD....................................   24

20     IDENTIFICATION PERIOD WOULD MOVE FROM 9/13 TO 9/20...   24

21     PROVIDING INDATA WITH ACTUAL COPIES MOVED FROM 9/18

22     TO 9/23.............................................   24

23     STILL FILING SOME PLEADINGS, SOME BRIEFS THAT ARE

24     REDACTED............................................   24

25     US REDACTIONS.......................................   25

                          **OFFICIAL TRANSCRIPT**

THIRD INSTALLMENT OF THE GOOD FAITH TRIAL EXHIBIT

LIST............................................... 26

CONTEXT OBJECTIONS TO CATEGORY TWO EXHIBITS.......... 27

ADDITIONAL STIPULATIONS FOR SOURCE CONTROL........... 28

CLOSE OF BUSINESS ON MONDAY, YOU'LL LET BRIAN KNOW

YOUR POSITION WITH REGARD TO THE REDACTED PORTIONS

OF THE ALIGNED PARTIES' PRETRIAL BRIEF............... 35

DEMONSTRATIVE NUMBER RANGE FOR EACH PARTY............ 35

SMALL LIST OF DOCUMENTS THAT US FELT NEEDED TO BE

FILED UNDER SEAL AND PRESENTED ONLY IN A CLOSED

COURTROOM........................................... 36

NEXT CONFERENCE SCHEDULED FOR FRIDAY, SEPTEMBER 20,

2013................................................ 36

1                    **P-R-O-C-E-E-D-I-N-G-S**

2              FRIDAY, SEPTEMBER 13, 2013

3              (IN CHAMBERS VIA TELEPHONE)

4

5

6          THE COURT:  Good morning, everyone.

09:33:55  7          VOICES:  Good morning, Your Honor.

09:33:57  8          THE COURT:  How is everyone?  If you hear construction

09:34:00  9   noise, that's because there is construction noise, so sorry

09:34:06 10   about that.  If you can't hear us, let me know.

09:34:08 11              Let me ask you a question before I get started.

09:34:12 12   Did you all have trouble with the sound system in court during

09:34:16 13   the pretrial conference?

09:34:20 14          MR. LANGAN:  Your Honor, it's Andy Lagan.  I thought it

09:34:21 15   was fine.

09:34:24 16          MR. GODWIN:  I thought it was fine, too, Judge.

09:34:28 17          MS. HIMMELHOCH:  So all the Parties are actually

09:34:31 18   agreeing on something, Your Honor.  We were fine.

09:34:34 19          THE COURT:  I could not hear Judge Barbier, and I was

09:34:39 20   sitting ten feet away from him.

09:34:42 21          MS. HIMMELHOCH:  Maybe you were in a dead zone.

09:34:44 22          MR. GODWIN:  Judge, this is Don Godwin.

09:34:46 23              It seemed like right at the very beginning, he

09:34:49 24   was a little softer spoken, maybe because of the sound, than he

09:34:54 25   was as he went into it.

                         **OFFICIAL TRANSCRIPT**

09:34:57 1                 I was able to hear him very well.  I didn't

09:34:57 2  always like what he was saying, but I heard him well.

09:35:01 3          THE COURT:  Well, I was not there for that earlier part

09:35:03 4  of the conference, Don, so I can't comment.  By the time I came

09:35:07 5  in, he had wheeled and dealed his way through most of the

09:35:10 6  issues, and I just could not understand what he was saying, but

09:35:14 7  okay, whatever.

09:35:16 8          All right.  Well, let's see if we can rock and

09:35:21 9  roll through things.

09:35:22 10         Rob, have you got anything on the lease extension

09:35:25 11  we need to cover?

09:35:26 12        MR. GASAWAY:  Your Honor, I understand it's still on

09:35:29 13  track.

09:35:30 14          I also wanted to point out that we did send in

09:35:30 15  the proposed allocation for Captain Englebert.

09:35:30 16        THE COURT:  Yes, I saw it.

09:35:36 17        MR. GASAWAY:  We definitely took a little bit more time

09:35:37 18  than usual on that, so I just wanted to direct your attention

09:35:42 19  and TO's attention, especially, that that is now in.

09:35:44 20        THE COURT:  Yes, I did see it.  Thank you, Rob.  I

09:35:47 21  explained to the Captain that you all were a little distracted

09:35:51 22  these days.

09:35:52 23        MR. GASAWAY:  Your Honor, speaking of the sound system,

09:36:00 24  I'm sorry, I just had a hard time hearing what you just said.

09:36:03 25  Could you repeat that?

**OFFICIAL TRANSCRIPT**

09:36:03 1         THE COURT:  We've got a bad echo.  Is that better?

09:36:10 2         MS. HIMMELHOCH:  Yes, Your Honor.

09:36:12 3         MR. GODWIN:  Yes, Your Honor.

09:36:13 4         THE COURT:  I explained to Captain Englebert that you

09:36:16 5    all were a little distracted by other matters these days, and

09:36:19 6    that processing of her things may go a little more slowly than

09:36:25 7    normal.

09:36:28 8         MR. GASAWAY:  Well, thank you very much.

09:36:28 9         THE COURT:  You're welcome very much.

09:36:28 10        MR. GASAWAY:  We did get that in.

09:36:30 11        THE COURT:  How many motions did you argue yesterday?

09:36:33 12   Or, I'm sorry, Wednesday?

09:36:36 13        MR. GASAWAY:  I think it was eight, Your Honor.

09:36:39 14        THE COURT:  She gave me an update on the removal of the

09:36:45 15   BOP.  Does TO have anything they want to add or discuss with

09:36:49 16   everybody?  I guess that's a no.

09:37:00 17        MR. GASAWAY:  Your Honor, let me mention one thing on

09:37:02 18   that.

09:37:02 19        THE COURT:  Yes.

09:37:03 20        MR. GASAWAY:  As I understand it, they are planning to

09:37:05 21   move it, and it will be positioned for a certain time on a

09:37:09 22   dock.  We do have an interest just in making sure that that

09:37:12 23   goes smoothly for a couple reasons.

09:37:18 24             Obviously, nobody wants to have a slip-up at the

09:37:19 25   very end of the process here.  But, secondly, as you know, our

**OFFICIAL TRANSCRIPT**

09:37:22  1    lease agreement with NASA provides certain indemnities, that if

09:37:25  2    there is any property damage, it could be that NASA would take

09:37:30  3    the position that BP would be responsible for it.

09:37:33  4         I think you'll also remember that when we first

09:37:36  5    brought the BOP in, we had our ace lifter, Mr. Ridenour

09:37:42  6    (spelled phonetically), look at the lifting plan.

09:37:43  7         That's just a long way of saying that when this

09:37:46  8    BOP, which is so large, gets ready to be taken off, we would

09:37:50  9    like an opportunity to make sure that we can make any

09:37:54 10    suggestions that Mr. Ridenour would have, and, obviously, we

09:37:59 11    would pay for his services in that regard.

09:38:00 12         I don't know if that's coming to a head now

09:38:03 13    between TO and Captain Englebert, but we would like to be part

09:38:08 14    of that conversation.

09:38:09 15         THE COURT:  As I understand it, Rob, they are waiting

09:38:12 16    for an answer to an engineering question from NASA.  Once they

09:38:22 17    get that question answered -- and Captain Englebert says NASA

09:38:26 18    is taking longer than she would like on answering the

09:38:30 19    question -- they will then have a draft lifting plan.

09:38:34 20         So let's go ahead and share the lifting plan.

09:38:39 21    You can have your guy look at it, make any suggestions that he

09:38:44 22    likes, both to TO and to Captain Englebert.

09:38:48 23         She does not sound terribly concerned.  She has

09:38:55 24    spoken to the lift company.  They are going to assemble the

09:38:59 25    crane on the premises.  She seems pretty confident in their

**OFFICIAL TRANSCRIPT**

09:39:06  1   ability to do this, but I have no problem with your guy looking

09:39:08  2   over the plan and making suggestions.

09:39:11  3           MR. GASAWAY:  Thank you, Your Honor.  That's much

09:39:13  4   appreciated.

09:39:14  5           THE COURT:  Good.  Let's see.

09:39:18  6               Okay.  You all had long discussions, as I

09:39:22  7   understand it, with Judge Barbier regarding exhibits and the

09:39:30  8   marshalling conference.  I was not there for that, so if I say

09:39:35  9   anything that is incorrect, please pipe in.

09:39:40 10               Mike also had trouble with the sound system, I

09:39:43 11   might add, so he didn't catch everything.

09:39:45 12               As I understood it, you all discussed, but there

09:39:51 13   was no decision on the number of marshalling conferences that

09:39:55 14   we're going to have, right?

09:39:57 15           MS. HIMMELHOCH:  Yes, Your Honor.

09:39:58 16           THE COURT:  So what I thought we would do is let's

09:40:03 17   discuss the source control segment.  I understood you all had a

09:40:11 18   discussion with Judge Barbier on when an exhibit becomes

09:40:18 19   public.

09:40:19 20           MR. LANGAN:  It's Andy Langan.

09:40:21 21               Yes, Your Honor.

09:40:21 22           THE COURT:  I was somewhat distressed by the discussion

09:40:27 23   because, as I understood it, Judge Barbier made some statement

09:40:30 24   about if it's admitted, it's public; but, if he defers ruling

09:40:36 25   on an objection, the exhibit is not public, even though it

**OFFICIAL TRANSCRIPT**

09:40:40 1   might have been used during the trial.  Is that a correct

09:40:43 2   statement?

09:40:46 3           MR. LANGAN:  Your Honor, it's Andy Langan.

09:40:49 4               I think it's partially correct.  I mean, I

09:40:51 5   haven't seen the transcript yet.  Clearly, we discussed the

09:40:54 6   fact, the easy one, which is if an exhibit is used with a

09:40:57 7   witness and is admitted as part of the process, either that day

09:41:00 8   or the next morning, like we did in Phase One, there is no

09:41:03 9   question that we can put aside the Coke formula stuff, but, you

09:41:08 10  know, the normal exhibit that's admitted is public.

09:41:11 11              I don't know that he went on to say what happens

09:41:13 12  to an exhibit that's in dispute even though it was used.  I

09:41:18 13  don't know that that was expressly covered, although I may have

09:41:21 14  missed it.

09:41:21 15          THE COURT:  All right.

09:41:23 16          MR. LANGAN:  Others may have a different recollection.

09:41:25 17          MS. HIMMELHOCH:  Andy, this is Sarah Himmelhoch.  Mine

09:41:29 18  is the same as yours.

09:41:31 19          THE COURT:  I spoke to him about this, this morning,

09:41:33 20  because this was reported to me by Mike O'Keefe.  I spoke to

09:41:37 21  Judge Barbier this morning, and what he was thinking about is,

09:41:40 22  look, I may defer ruling until I hear some further testimony on

09:41:45 23  whatever the objection is, but we don't want to get to the end

09:41:51 24  of the trial and have people saying there was no ruling, it was

09:41:55 25  deferred; and, therefore, it shouldn't be part of the

**OFFICIAL TRANSCRIPT**

09:42:00 1    marshalling conference, it shouldn't be part of the public

09:42:02 2    record.

09:42:02 3              So what I would like to do -- I guess this goes

09:42:06 4    to Anthony and our other exhibit-tracking friends -- is that if

09:42:14 5    Judge Barbier defers ruling on an exhibit, which I don't think

09:42:18 6    is going to happen often, but if he does, at the end of the

09:42:24 7    day, if you could remind him that he deferred ruling on

09:42:27 8    something, so that we get a definitive admitted or excluded,

09:42:34 9    and everybody will be able to have some certainty about where

09:42:40 10   we stand with any given exhibit, that would be very helpful.

09:42:46 11        MR. IRPINO:  Okay, Your Honor.

09:42:48 12             Anthony Irpino for the PSC.

09:42:51 13             I think we can track that.  I think there is a

09:42:54 14   certain inherent checks and balances system within the way we

09:42:58 15   were presenting exhibits and exhibit lists with individual

09:43:04 16   witnesses during Phase One.

09:43:09 17             Peter, Erica, our team could talk about that, but

09:43:15 18   I think -- I think I can speak for everybody when I say I don't

09:43:18 19   think that will be a problem.

09:43:18 20        THE COURT:  Yes.  I don't anticipate there is going to

09:43:21 21   be a lot of these at all, but Mike was certain that he had

09:43:24 22   spoken about deferring ruling.

09:43:26 23             He does not mind, at the end of any given day,

09:43:31 24   being reminded that he deferred ruling on a certain exhibit,

09:43:36 25   and he'll make a definitive ruling so that you all have that

**OFFICIAL TRANSCRIPT**

09:43:41  1    certainty.  Okay?

09:43:43  2        MR. IRPINO:  Yeah, I think that's great.  I mean, I

09:43:46  3    want to say I don't know that that even happened in Phase One

09:43:51  4    because I don't think any party -- I think there was maybe --

09:43:57  5    actually, maybe two exhibits that there was a deferred ruling,

09:43:59  6    maybe there was even some briefing on --

09:44:00  7        THE COURT:  Right.

09:44:01  8        MR. IRPINO:  -- but everything else was done by the

09:44:04  9    list, and the list wound up being, in large part, agreed upon.

09:44:09 10        THE COURT:  Yes.  So no problem at all.  I don't

09:44:12 11    anticipate it.  I caught that, and I just didn't want to have a

09:44:15 12    problem with it.

09:44:15 13            Now, let's talk about the FTP site and making

09:44:24 14    things public.  So if everybody agrees that once an exhibit is

09:44:30 15    admitted, it's public, how do you all feel about posting on the

09:44:34 16    FTP site?

09:44:38 17        MR. BARR:  Your Honor, it's Brian Barr for the PSC.

09:44:41 18            We think, as soon as something is admitted, it

09:44:44 19    should be able to be posted.  Now, obviously, we're not going

09:44:46 20    to be doing that realtime, I wouldn't think, but, by the end of

09:44:50 21    the day, if it's been admitted, I don't see any reason it

09:44:52 22    shouldn't be -- go ahead and upload it to the site.

09:44:56 23        MR. LANGAN:  It's Andy Langan, Your Honor.

09:44:58 24            We generally agree with that.  In other words, an

09:45:01 25    exhibit that's used with a witness in open court, offered into

**OFFICIAL TRANSCRIPT**

09:45:05 1    evidence, admitted the next day pursuant to the procedure,

09:45:10 2    that's just fine.

09:45:12 3            THE COURT:  Okay, great.

09:45:12 4                What about deposition bundles?  Where do we stand

09:45:17 5    on that?

09:45:20 6            MR. BARR:  Your Honor, it's Brian Barr, again.

09:45:22 7                I think Judge Barbier asked us to have a

09:45:24 8    discussion amongst ourselves.  I don't believe that

09:45:27 9    conversation has happened.

09:45:27 10               It's our intention, and what we would like to do,

09:45:33 11   is offer these deposition bundles on the first day, go ahead

09:45:37 12   and have them, you know, brought into the record, so that we

09:45:42 13   can go ahead and post them publicly, given that that is one of

09:45:47 14   the primary vehicles through which all of the Parties are

09:45:51 15   submitting evidence.

09:45:53 16           THE COURT:  You would -- I'm sorry, Andy, go ahead.

09:45:56 17           MR. LANGAN:  I don't mean to interrupt the Court, but,

09:45:58 18   you know, obviously our view on that is a little different

09:46:02 19   because the deposition bundles get admitted -- or not admitted,

09:46:03 20   they get proffered subject to objection.

09:46:07 21               You know, it could be that those objections are

09:46:10 22   eventually upheld and everything, so I think it's a little bit

09:46:12 23   different than a document that's used with a witness and

09:46:16 24   actually admitted by the Court.  So I think it's apples and

09:46:19 25   oranges.

OFFICIAL TRANSCRIPT

09:46:20  1          I think the last time around that was one of the

09:46:22  2    purposes of the marshalling conference.  Once they had been

09:46:25  3    dealt with in the marshalling conference, then deposition

09:46:27  4    bundles were sort of in the record of the Court; but, until

09:46:30  5    that time, we didn't think so.

09:46:33  6          THE COURT:  Okay.

09:46:41  7          MR. NOMELLINI:  Your Honor, it's Mark Nomellini.  Good

09:46:41  8    morning.

09:46:41  9          THE COURT:  Good morning.

09:46:44 10          MR. NOMELLINI:  I just want to go back for a moment on

09:46:46 11    the nondeposition bundles because I think that there is a

09:46:49 12    change being proposed from the Phase One process, which I

09:46:54 13    thought worked very well, and there's not really a need to

09:46:57 14    change it.

09:46:57 15          In Phase One, they did not go up the day that

09:47:03 16    they were used.  There was -- I think they went up -- Anthony

09:47:07 17    can correct me if I'm wrong, but I think they went up on a

09:47:11 18    weekly basis, which was very helpful to the Parties because it

09:47:15 19    gave everybody a couple of days to check to make sure that

09:47:19 20    there were no Social Security numbers, home phone numbers,

09:47:24 21    etcetera, on the list.

09:47:27 22          Obviously, everybody made, you know, a good faith

09:47:30 23    effort to try to scrub that stuff, but you can't be completely

09:47:35 24    sure.  That's the last thing we want to have is somebody

09:47:39 25    telling us that we put a Social Security number or something

                          **OFFICIAL TRANSCRIPT**

09:47:42 1  like that up on a public web site.

09:47:45 2           Actually, in Phase One, we never really had to --

09:47:49 3  from BP's perspective, we never had to invoke the right to

09:47:56 4  use -- during those couple of days to scrub something like a

09:48:01 5  Social Security number; but, it was very comforting to know

09:48:04 6  that there would be a few days to check that.

09:48:08 7           So we think it worked well in Phase One; and,

09:48:12 8  unless there is a really compelling reason, I don't think it

09:48:15 9  makes sense to take away that safety measure.  I think, you

09:48:20 10 know, a weekly basis like in Phase One worked fine.

09:48:27 11      MR. BARR:  Your Honor, this is Brian.

09:48:28 12           Just to follow up a little bit with what Mark

09:48:31 13 just said, I thought Judge Barbier was fairly clear with what

09:48:34 14 he either expected or wanted, which was a more realtime

09:48:39 15 uploading to the web site.

09:48:41 16           I don't believe that there is a concern in this

09:48:45 17 segment of the case about Social Security numbers and those

09:48:49 18 types of things going up on web sites.  I'm not familiar with

09:48:53 19 any evidence that's going to be used in the first week where

09:48:58 20 that would be of concern to anybody.

09:49:01 21           So, I mean, it's an interesting theoretical

09:49:03 22 discussion, but I think in reality it's not a real concern.

09:49:06 23           I think the biggest issue with what Mark is

09:49:10 24 suggesting is, you know, if we do it on a weekly basis, we

09:49:16 25 aren't having marshalling conferences.  So to do something like

**OFFICIAL TRANSCRIPT**

09:49:21  1    that, we need to have -- which is what we suggested on
09:49:24  2    Wednesday -- a marshalling conference for the source control
09:49:27  3    segment after that first week, so that we can resolve those
09:49:31  4    issues and have it done with.
09:49:33  5            If we aren't going to do that, then it makes
09:49:36  6    sense to load everything up on a daily basis.
09:49:39  7            MR. NOMELLINI:  Your Honor, my view on that is if it
09:49:43  8    ain't broke, don't fix it.
09:49:44  9            We had a Phase One process.  It worked well.
09:49:47 10    Everything got made public on a timely basis.  You know, I
09:49:51 11    don't see a reason to deviate from that.
09:49:54 12            We had a good reason for what we did in
09:49:57 13    Phase One, and it gave people comfort to know that they could
09:50:01 14    take a final look at things.  I don't see a compelling reason
09:50:04 15    to change.
09:50:05 16            MS. HIMMELHOCH:  Your Honor, may the US be heard?
09:50:08 17            THE COURT:  Sure.
09:50:08 18            MS. PENCAK:  Your Honor, it's Erica Pencak for the
09:50:12 19    United States.
09:50:12 20            I think things have changed because in Phase One
09:50:15 21    there was the weekly marshalling conference, and our
09:50:18 22    understanding is that at this point there isn't going to be a
09:50:22 23    weekly marshalling conference.
09:50:23 24            I think the United States, you know, has a real
09:50:25 25    concern.  We can't wait until the very end, the final

                        **OFFICIAL TRANSCRIPT**

09:50:28  1    marshalling conference, to make these documents available to

09:50:33  2    the public, you know, given DOJ's policy of making trials open

09:50:39  3    to the public.

09:50:39  4         THE COURT:  Yes.  I'm not sure that they are mutually

09:50:42  5    exclusive, so I'm going to think about it and try to come up

09:50:45  6    with something that will satisfy everyone.

09:50:51  7              What about the --

09:50:51  8         MR. IRPINO:  Judge, Anthony Irpino for the PSC.

09:50:51  9         THE COURT:  Yes, Anthony.

09:50:55 10         MR. IRPINO:  I just want to propose something that I

09:50:58 11    think might help.  The first deal is that -- and I think it's

09:51:03 12    important to point out -- that we have deadlines for

09:51:06 13    identification and redaction of personal information.  In fact,

09:51:12 14    the deadline was today.

09:51:12 15         THE COURT:  Yes.

09:51:14 16         MR. IRPINO:  I think, by agreement, we've agreed to

09:51:17 17    push it back one week.

09:51:18 18              There is a deadline to get Indata copies of all

09:51:24 19    redacted confidential either Coke formula or personal

09:51:27 20    identifying information.  So I don't think that's really a

09:51:31 21    legitimate concern, particularly since it's all supposed to be

09:51:35 22    done before we begin the trial.

09:51:36 23              However, this is what I propose.  The way it

09:51:42 24    worked in Phase One is, point in fact, there were exhibits that

09:51:46 25    did go up realtime, particularly expert reports, CVs, video

09:51:56  1    depos, things of that nature.

09:51:58  2              What we did was that -- I think it was touched on

09:52:02  3    by Andy -- what we did do in Phase One was there was a -- I

09:52:07  4    don't want to say a cooling off period, but there was a time

09:52:09  5    period between the time that the witness testified, the

09:52:13  6    exhibits were referenced, used, whatever you want to call it,

09:52:17  7    admitted, and then the time period to file an individual list

09:52:22  8    of exhibits that the various Parties claimed that they

09:52:27  9    used/introduced with that witness.

09:52:28  10             As a general principle, that would get sent

09:52:34  11   around that day, but everybody knew what those exhibits were

09:52:37  12   because everybody is taking notes.  It would get sent around

09:52:39  13   that day, and then it would get admitted, if you will, the day

09:52:43  14   after, the morning or during the afternoon -- just after the

09:52:51  15   afternoon break.

09:52:51  16             Those all wind up being agreed to.  I think I was

09:52:57  17   touching on that earlier, is that 99 percent of those, there

09:53:00  18   wasn't a problem.  So we would have a list, essentially, of all

09:53:04  19   exhibits that were admitted that were in.

09:53:06  20             I can just tell you from terms of determining

09:53:10  21   what to put up on a site, that would give a time period for a

09:53:17  22   second double check to see if there is any personal identifying

09:53:22  23   information, which is 12, 24 hours, whatever.  Then we would

09:53:29  24   know what to put up on the site based on what lists got

09:53:33  25   admitted.

09:53:33  1          THE COURT:  Right.

09:53:33  2          MR. IRPINO:  I think there is a lot of checks and

09:53:36  3   balances there, and it at least makes sense, as an option, to

09:53:39  4   use that's a little different than a marshalling conference

09:53:45  5   every week, if you want.

09:53:46  6          THE COURT:  There you go.  Look, it's not that I don't

09:53:49  7   want to have a marshalling conference every week.  It's just

09:53:52  8   that we've got 16 trial days, and it seems to me you all have

09:53:56  9   got this down pretty well.

09:53:58 10          Why take your time away from conducting the trial

09:54:04 11   or otherwise preparing for what comes next in order to marshal.

09:54:10 12   I just think you all have it down pretty well.

09:54:13 13          Let me think about that, and I'll get something

09:54:15 14   out to you, hopefully today.

09:54:18 15          Now, when are you all submitting the deposition

09:54:21 16   bundles to Judge Barbier?

09:54:29 17          MR. BARR:  I think the aligned Parties plan -- well,

09:54:30 18   no, I guess we haven't talked about when we will actually

09:54:30 19   submit the bundles.  I guess we should get together with the

09:54:35 20   Parties and talk about that because that's -- I believe, in

09:54:39 21   Phase One, they were submitted well in advance, correct?

09:54:42 22          THE COURT:  Yes.  It seems to me that we haven't

09:54:44 23   discussed, but we probably should go ahead and start thinking

09:54:48 24   about getting those over to Judge Barbier and let him start his

09:54:53 25   reading.

**OFFICIAL TRANSCRIPT**

09:54:54  1          I mean, obviously, he's working on other things,

09:54:57  2     but he can start his reading.  He likes to read on weekends.

09:55:02  3     So if you all want to agree to a date that they will be

09:55:06  4     submitted, both -- well, didn't we do it just electronically

09:55:15  5     last time?  That's my recollection is that we just submitted

09:55:18  6     them electronically and loaded them up for him on one of his

09:55:23  7     computer drives.

09:55:26  8          MR. BARR:  Your Honor, it's Brian.

09:55:27  9          We will coordinate with Jordan to find out how

09:55:32 10     that was done.  We will make sure everything is in order to be

09:55:34 11     able to do that, and we'll take the lead on conferring with the

09:55:37 12     Parties to get a date upon which we'll send all that over.

09:55:40 13          THE COURT:  Perfect.  It just seems to me that as soon

09:55:42 14     as Jordan says he's ready, unless a party has an issue, let's

09:55:49 15     go ahead and get those over to Judge Barbier, and we'll upload

09:55:56 16     them and let him start looking around.

09:56:00 17          So I have to make a decision on making those

09:56:07 18     public as well, right?

09:56:11 19          MR. BARR:  Yes, Your Honor.

09:56:12 20          Again, it's the aligned Parties' position that we

09:56:15 21     would like to offer those on that first day and, you know, have

09:56:19 22     them admitted -- or proffered into the record or admitted into

09:56:23 23     the record, you know, with the objection noted, as was done in

09:56:27 24     Phase One, because I believe -- what were there, 200 of them

09:56:31 25     that were loaded that first week and went up on the web site?

**OFFICIAL TRANSCRIPT**

09:56:35  1          MS. PENCAK:  Your Honor, this is Erica Pencak for

09:56:37  2  the United States.

09:56:38  3          That would be our position, as well, that they

09:56:41  4  come in at the beginning.

09:56:41  5      THE COURT:  Right.

09:56:49  6          So let's talk about court reporters.  Miss Pepper

09:56:56  7  reports that she still needs the transcript order forms from

09:57:03  8  the DOJ, Halliburton -- I'm sorry, from PSC, Transocean, BP and

09:57:09  9  Anadarko.

09:57:10 10      MR. LANGAN:  We'll have ours in today on behalf of BP,

09:57:15 11  Anadarko, Transocean and Halliburton, just like we did before.

09:57:22 12  Even though we have this unholy alliance against us,

09:57:27 13  Your Honor, we're still going to cooperate in that regard.

09:57:28 14      THE COURT:  There you go.  You see, you can overcome

09:57:29 15  things.  That made Miss Pepper very happy.

09:57:32 16      MR. LANGAN:  The transcript order form should go in

09:57:35 17  today.  We're aware of some of the other requests, too, like

09:57:39 18  for expert reports and the like, and we're trying to get

09:57:41 19  organized to comply with that for Cathy and her team.

09:57:45 20      MR. GODWIN:  Judge, this is Don.

09:57:45 21          But for my good friend Andy, it is very, very

09:57:49 22  tough to be aligned with BP on most anything.

09:57:52 23      THE COURT:  Please.  Please, please, please.

09:57:56 24      MR. GODWIN:  I had to say that.

09:57:57 25      THE COURT:  Well, you're getting beyond it when it

**OFFICIAL TRANSCRIPT**

09:57:59  1   comes to Miss Pepper.

09:58:01  2        All right.  Let's see.  So you all know about the

09:58:08  3   issue of the expert reports, that's good.  Anything else,

09:58:26  4   Cathy, that you wanted to add?

09:58:26  5      THE COURT REPORTER:  Just if they can get us their

09:58:26  6   witness lists and their expert reports, that would help us

09:58:28  7   prepare.

09:58:28  8      THE COURT:  We can help you with that, as well.  But

09:58:29  9   you all are working on that, Andy?  The answer is yes.

          10      THE COURT REPORTER:  The one thing that I'm worried

          11   about is since there's a time constraint, that everybody is

          12   going to be speaking very quickly.  I just want to remind

          13   everybody, we can only type 200 words a minute.  So try to be

          14   concise, not faster.

09:58:54 15      THE COURT:  So everybody get that to your trial

09:58:56 16   attorneys, because Cathy will charge you time if you go too

09:59:01 17   fast.

09:59:04 18      MS. PENCAK:  I love the irony of saying only 200 words

09:59:09 19   a minute.

09:59:09 20      THE COURT:  That's right.  Exactly.

09:59:10 21        Who was it in Phase One that Judge Barbier had to

09:59:16 22   keep saying, please slow down, you're going too fast?  Who was

09:59:18 23   that?

09:59:18 24        All right.  Everybody is okay on the

09:59:25 25   demonstrative number ranges.

**OFFICIAL TRANSCRIPT**

09:59:29  1          You all extended the redaction period by a week,

09:59:34  2   right, Anthony?

09:59:34  3          MR. IRPINO:  I believe so.  Certainly, I think some

09:59:39  4   Parties were interested in that, and the PSC said we were

09:59:44  5   willing.  The identification period would move from 9/13 to

09:59:52  6   9/20.  Then the providing Indata with actual copies moved from

09:59:59  7   9/18 to 9/23, not quite a week.

10:00:03  8          THE COURT:  So you're going to stay after Indata to

10:00:06  9   make sure that they are ready to roll, right?

10:00:08 10          MR. IRPINO:  Yes.  In connection with that, I already

10:00:12 11   e-mailed Jordan, and he advised that they would -- that moving

10:00:15 12   it to the 23rd, they could handle.

10:00:19 13          THE COURT:  Good.  All right.  Fair enough.

10:00:21 14          Now, let me ask you all, we're still filing some

10:00:25 15   pleadings, some briefs that are redacted.  Where do we stand on

10:00:30 16   that?

10:00:33 17          MR. BARR:  Your Honor, it's Brian for the PSC.

10:00:37 18          As you know, our pretrial brief contains some

10:00:40 19   redactions in it on testimony that had been claimed to be

10:00:45 20   confidential.  I think everybody on this call would agree that

10:00:49 21   none of that is Coke formula, subject to the normal

10:00:53 22   confidentiality rules.

10:00:54 23          What we would ask for is that the Parties look at

10:00:58 24   those redactions and let us know by Monday if they intend upon

10:01:03 25   preserving those, so that we can release and have an unredacted

10:01:07  1    pretrial brief, as it should be, in the record.

10:01:09  2         THE COURT:  I thought we had a couple of other briefs

10:01:12  3    that came in with some redacted information.  That was, Sarah,

10:01:16  4    your suggestion that -- no, that wasn't a brief.  Those were

10:01:24  5    exhibits, right?

10:01:24  6         MS. HIMMELHOCH:  Right.  The confidentiality on the

10:01:28  7    ones that was mentioned in my e-mail to you has been lifted.

10:01:36  8         THE COURT:  Good.

10:01:36  9         Then you all were discussing the US redactions

10:01:39 10    that sounded to me like they were pretty noncontroversial, in

10:01:42 11    that they contained personal information that you all should be

10:01:48 12    able to just say, okay, let's put the redacted copies into

10:01:52 13    evidence, and we don't need to worry about unredacted copies

10:01:55 14    going in under seal, right?

10:01:57 15         MS. HIMMELHOCH:  I received word from -- I believe it

10:02:01 16    was Halliburton who indicated that they did not object to our

10:02:03 17    redactions.  I have not heard from any other party.

10:02:06 18         But you are right, Your Honor, that what I

10:02:09 19    redacted were the direct dial numbers and internal e-mail

10:02:12 20    addresses of high level officials, home e-mail addresses, home

10:02:17 21    phone numbers and cell phone numbers -- well, access numbers.

10:02:21 22         THE COURT:  Right.  So everybody take a look at that.

10:02:22 23    It seems to me the easiest way to handle that is just to go

10:02:27 24    ahead and use the redacted copies of those exhibits as the

10:02:31 25    trial exhibits, and then you don't have to worry.

**OFFICIAL TRANSCRIPT**

10:02:37  1          MR. BARTOSZEK:  Your Honor, this is Peter Bartoszek for

10:02:39  2    BP.  Good morning.

10:02:41  3          THE COURT:  Good morning, Peter.

10:02:41  4          MR. BARTOSZEK:  I just wanted to let the Court and

10:02:44  5    Sarah know that we're reviewing those redactions.  We may have

10:02:47  6    a few comments on those, but we'll be getting those to the

10:02:50  7    United States shortly, so we can work those out.

10:02:54  8          THE COURT:  So let's talk about the third installment

10:02:58  9    of the good faith trial exhibit list.  Are we going to have any

10:03:09 10    motions concerning those?

10:03:09 11          MR. IRPINO:  The only one I saw, Your Honor, was I

10:03:11 12    thought BP had one exhibit that they filed a motion on, but PSC

10:03:14 13    did not file any --

10:03:14 14          THE COURT:  Right.

10:03:15 15          MR. IRPINO:  And I didn't see any others.

10:03:18 16          THE COURT:  I saw one exhibit that we need to look at,

10:03:20 17    but that's it, right?

10:03:22 18          MR. IRPINO:  I thought, yes.

10:03:24 19          THE COURT:  That's pretty good.

10:03:27 20          MS. PENCAK:  The United States didn't file any,

10:03:27 21    Your Honor.

10:03:27 22          THE COURT:  Pretty good, kids.  Pretty good.

10:03:29 23          MR. IRPINO:  I kept my word from what I said last week.

10:03:31 24    I thought it would be very narrow based on our meet and confer

10:03:36 25    in New Orleans.

                                    **OFFICIAL TRANSCRIPT**

10:03:37  1          THE COURT:  Good.

10:03:43  2          All right.  Now, let's talk about the context

10:03:45  3   objections to category two exhibits.  We had some.  How do you

10:03:48  4   all or have you discussed the procedure for resolution of those

10:03:54  5   objections?

10:03:54  6          MR. BARTOSZEK:  Your Honor, this is Peter Bartoszek,

10:03:59  7   again, for BP.

10:04:01  8          We are planning to discuss, along with our

10:04:04  9   colleagues from Anadarko -- I think Ky and Tony weren't able to

10:04:07 10   make the call today due to some flight issues; if they are on,

10:04:11 11   please correct me -- but we're going to reach out to the

10:04:13 12   United States with Anadarko and discuss those context

10:04:18 13   objections in the next couple of days.

10:04:20 14          THE COURT:  Great.  If you all want me to get involved

10:04:23 15   next week, I am certainly available to talk to you.

10:04:30 16          MR. BARR:  Your Honor, it's Brian for the PSC.

10:04:32 17          Not to throw a wrench in it, but we only have one

10:04:35 18   of ours, I believe, that BP offered a context objection to, and

10:04:39 19   we're happy to discuss it with them, but we believe it's a

10:04:44 20   misuse of the context objection process.

10:04:45 21          There is no context offered.  It seemed to be a

10:04:49 22   back door way to try to object to something they didn't like to

10:04:53 23   start with and that maybe they should have objected to awhile

10:04:58 24   ago, but there is no context offer so I'm not even sure what

10:05:04 25   the objection is.

                              **OFFICIAL TRANSCRIPT**

10:05:07  1          I didn't believe we were using this as a process

10:05:09  2    to renew objections that should have been made awhile ago, and

10:05:13  3    it appears on its face that that's what it is.

10:05:21  4          THE COURT:  Well, take that up, I guess, with Peter.

10:05:23  5    Right, Peter?

10:05:25  6          MR. BARTOSZEK:  Yes, Your Honor.  We'll reach out to

10:05:27  7    the PSC and discuss it with them and see if we can work

10:05:30  8    something out.

10:05:30  9          THE COURT:  See what he's up to, right?

10:05:33 10          All right.  How are we coming on additional

10:05:38 11    stipulations for source control?

10:05:46 12          MR. GASAWAY:  Your Honor, this is Rob.

10:05:47 13          I think that that's in the Captain Englebert cost

10:05:51 14    allocation bucket this week.

10:05:51 15          THE COURT:  Oh, okay.

10:05:53 16          MR. GASAWAY:  We are going to have to get back to

10:05:55 17    Brian, but I just think there was such a flurry of activity,

10:05:58 18    with all of the filings and the pretrial, I don't know if we

10:05:59 19    advanced the ball this week.  So I think we're going to have to

10:06:03 20    put that on the Agenda for next week --

10:06:05 21          THE COURT:  Good.  No problem.

10:06:09 22          MR. GASAWAY:  -- Robin Ryan.  Please just get back with

10:06:10 23    Robin.  I would like to stay out of it, so maybe we can get

10:06:13 24    something done.

10:06:14 25          THE COURT:  That is the best suggestion yet.

**OFFICIAL TRANSCRIPT**

10:06:25  1          You all have deadlines this week.  I know you're
10:06:31  2     still slammed with deadlines, but that's all I have on my
10:06:32  3     Agenda for today.  What else do you all want to cover?
10:06:38  4          MS. PENCAK:  Your Honor, this is Erica Pencak for the
10:06:42  5     United States.
10:06:42  6          THE COURT:  Yes, Erica.
10:06:43  7          MS. PENCAK:  One issue with regard to exhibits, today
10:06:46  8     is the deadline for the Parties to file final exhibit lists.
10:06:50  9     Our understanding is that that's sort of the final lists of the
10:06:54 10     Parties, meaning if the Parties have withdrawn any exhibits
10:06:58 11     since our third installments were submitted a few weeks ago,
10:07:03 12     those withdrawals would be noted.
10:07:06 13          But those exhibit lists are still going to be
10:07:09 14     individual party's lists.  The United States is going to
10:07:13 15     volunteer, by hopefully midweek next week, once we have
10:07:17 16     received all of those lists from the Parties, to try to create
10:07:20 17     a cumulative or -- I'm not sure if cumulative is the right
10:07:26 18     word, but a combined list of all of the Parties' listed
10:07:28 19     exhibits and, also, all of the objections that remain with
10:07:33 20     regard to those exhibits.
10:07:34 21          As Anthony mentioned, there were a lot of
10:07:36 22     withdrawals of objections during this last meet and confer.  We
10:07:40 23     thought it would make sense, both for our purposes, for the
10:07:43 24     Judge's purposes, for Indata's purposes, to have everything
10:07:46 25     together in one place.

**OFFICIAL TRANSCRIPT**

10:07:47  1          Our goal is, of course, to be as accurate as

10:07:50  2    possible, but everyone knows there are a lot of documents, a

10:07:52  3    lot of e-mails.  So our goal would be to circulate it to the

10:07:56  4    Parties, so that everyone has a chance to review and provide

10:08:00  5    comments if we've missed something, if we've gotten something

10:08:04  6    wrong, so that we could hopefully agree to this sort of

10:08:06  7    cumulative, here is everything list, so we have it all in one

10:08:10  8    place.

10:08:10  9          THE COURT:  Very helpful.  Thank you.

10:08:11 10          MR. BARTOSZEK:  Your Honor, this is Peter.

10:08:14 11          Anthony and I sort of talked about this coming

10:08:17 12    deadline.  One of the things we were tossing back and forth is

10:08:21 13    that I don't know that any of the Parties have actually

10:08:23 14    withdrawn any exhibits.

10:08:25 15          So we weren't necessarily sure -- Anthony, please

10:08:30 16    jump in if I'm saying something incorrect -- that there was a

10:08:34 17    need to file the same exhibit lists over again.

10:08:39 18          One thing that we think would be helpful -- that

10:08:43 19    BP thinks would be helpful is, as Erica mentioned, if the

10:08:47 20    Parties would circulate their lists of withdrawals, since those

10:08:53 21    happened in sort of fits and starts and in person at the meet

10:08:58 22    and confer.  That might be a good use of today's deadline, to

10:09:04 23    circulate lists of withdrawals, to the extent those haven't

10:09:07 24    been circulated already.

10:09:08 25          Then, as far as a combined list, that is

                              **OFFICIAL TRANSCRIPT**

10:09:10  1    something we would like to at least talk over with the

10:09:13  2    United States before they go ahead and prepare that.  So we're

10:09:18  3    happy to reach out to them very soon to talk about that.

10:09:21  4         THE COURT:  When you talk about withdrawals, you're

10:09:24  5    talking about withdrawals of exhibits as well as withdrawals of

10:09:27  6    objections, right?

10:09:28  7         MR. BARTOSZEK:  I'm actually only talking about

10:09:29  8    objections because I don't think there have been any exhibit

10:09:33  9    withdrawals.  At least there aren't any to my knowledge.  But

10:09:35 10    there definitely were --

10:09:35 11         MR. IRPINO:  Peter --

10:09:36 12         MR. BARTOSZEK:  Yes, go ahead.

10:09:36 13         MR. IRPINO:  Yes, it's Anthony.

10:09:37 14              After we spoke, I spoke with Halliburton, and

10:09:39 15    Halliburton did advise that they had some that they thought

10:09:43 16    that they were going to be withdrawing.  I think there might

10:09:47 17    have been some touch-up that the USA wanted to do.

10:09:49 18              I agree with you in large part that, for example,

10:09:54 19    for the PSC, there is nothing new to add to our final exhibit

10:09:58 20    list.  So it would seem like a fair rule that if -- or

10:10:03 21    guideline that if a party isn't going to make any changes,

10:10:06 22    there is no reason to resend it, but I guess that's easy enough

10:10:13 23    done.

10:10:13 24              But that was the discussion.  I just wanted to

10:10:15 25    let you know, after we spoke there was a little bit of change

**OFFICIAL TRANSCRIPT**

10:10:19  1   that might occur with a couple of the Parties.

10:10:24  2          MS. PENCAK:  This is Erika Pencak for the

10:10:27  3   United States.

10:10:28  4          We noticed with our list there are a few Bates

10:10:30  5   numbers that we needed to correct.  In one of the descriptions,

10:10:33  6   there was some personally identifying information, so we needed

10:10:35  7   to sort of replace one description with a person's name, rather

10:10:38  8   than their personal e-mail address.

10:10:40  9          So maybe then, if Parties are not actually

10:10:43 10   withdrawing exhibits, maybe we don't need to recirculate lists.

10:10:47 11   Maybe Parties can just say, here are the things we're

10:10:49 12   withdrawing and/or, you know, for the United States, here are

10:10:52 13   the few things that we need to sort of fix textually.

10:10:59 14          THE COURT:  That would work as well.

10:11:00 15          MR. IRPINO:  But I do want to say the discussions that

10:11:03 16   we've had throughout the week, and I've had them with each of

10:11:05 17   the Parties, that I think everybody is in agreement, Judge,

10:11:08 18   that we need to have identified and in a kind of formal

10:11:12 19   document what all exhibits remain and what all objections to

10:11:19 20   those exhibits remain, so that we can have that for the Court,

10:11:22 21   and that we can have it for all of the Parties formally.

10:11:25 22          Because, just to be clear, to give you some

10:11:28 23   background, we've had three different installments, three

10:11:31 24   different instances where withdrawals have been made on

10:11:36 25   objections.  They've been done via spreadsheets from various

**OFFICIAL TRANSCRIPT**

10:11:40 1   Parties, and they've been done via e-mail from various Parties

10:11:45 2   at various times.

10:11:46 3            So I think it's really critical for us to get

10:11:48 4   that all into one place and have it for both the Court and all

10:11:53 5   the Parties.

10:11:55 6            MR. BARTOSZEK:  Your Honor, this is Peter.

10:11:57 7            Anthony, I think I do have to disagree with you a

10:12:00 8   little bit.

10:12:02 9            MR. IRPINO:  Hey.  Hey.

10:12:04 10           MR. BARTOSZEK:  I think it's helpful for the Parties to

10:12:06 11  circulate objections they've removed, and I think it would also

10:12:13 12  be helpful if Parties were not doing cumulative lists of

10:12:16 13  objections, for them to circulate the complete list of what

10:12:21 14  their remaining objections are.  I think that's kind of where

10:12:23 15  we ended up in Phase One.

10:12:25 16           As far as a master combined list, I don't think

10:12:27 17  we did that in Phase One, and I'm not sure that's something

10:12:30 18  that we -- that we think is necessary, if only because that

10:12:34 19  would require everybody to be QC-ing this combined list, rather

10:12:39 20  than looking at the Parties' individual lists that we could

10:12:43 21  say, yes, these are our objections, and there are only a few of

10:12:47 22  these lists to reference.  The need for one master list, I'm

10:12:54 23  not sure that it's there.

10:12:55 24           MR. IRPINO:  I guess I don't want to put too much of a

10:12:58 25  fine point on it.  I don't -- the devil might be in the

**OFFICIAL TRANSCRIPT**

10:13:01 1    details.

10:13:02 2           I think, for example, for all of the PSC's

10:13:05 3    objections that still remain, that's the list that should get

10:13:09 4    sent around, so it's all in one place.

10:13:12 5           I don't care when we do it, I don't care if they

10:13:14 6    are all put together or not, but we should know what objections

10:13:17 7    remain for each party.  I think that's the helpful list.  I

10:13:21 8    agree.  I don't think it necessarily has to be cumulative, but

10:13:26 9    let's talk about that off the call.

10:13:29 10          MR. BARTOSZEK:  That sounds great.

10:13:31 11          THE COURT:  All right.  So what else is on everybody's

10:13:36 12   mind?

10:13:37 13          MR. BARR:  Your Honor, it's Brian for the PSC.

10:13:39 14          I made the comment on the pretrial brief about

10:13:42 15   people getting back to us on Monday.  I didn't hear whether or

10:13:46 16   not anybody was willing to do that.

10:13:48 17          I'm kind of hoping that we can get a commitment

10:13:51 18   that people will say, look, by Monday, we'll tell you on that,

10:13:55 19   given the pushback of the confidentiality withdrawals.

10:13:58 20          THE COURT:  But, Brian, the problem is they don't want

10:14:00 21   to read your pretrial brief.

10:14:07 22          MR. BARR:  Based upon the motions they've filed, I'm

10:14:10 23   pretty sure they've read it.

10:14:11 24          THE COURT:  I think they have, too.

10:14:11 25          Is Monday doable, guys?

**OFFICIAL TRANSCRIPT**

10:14:21 1          THE LAW CLERK:  I guess it is.

10:14:21 2          UNIDENTIFIED SPEAKER:  Yes.

10:14:23 3          THE COURT REPORTER:  Who said that?

10:14:23 4          THE COURT:  So let's say close of business on Monday,

10:14:25 5     you'll let Brian know your position with regard to the redacted

10:14:31 6     portions of the aligned Parties' pretrial brief.

10:14:39 7          MR. BARR:  Thank you, Your Honor.

10:14:40 8          THE COURT:  You're welcome, Brian.

10:14:42 9              What else?

10:14:42 10         MR. IRPINO:  Judge, this is Anthony.

10:14:45 11             We had sent around a list of a demonstrative

10:14:48 12    number range for each party, and I have not received any

10:14:54 13    objections.  I've only received we're okay with it, we're okay

10:14:58 14    with it.  But I think we ought to at least have on the record

10:15:01 15    that that's the range because the demonstratives are due

10:15:04 16    Monday, just so everybody knows what their numbers are.

10:15:12 17         THE COURT:  Anthony, lock it down.  There you go.

10:15:15 18    Thank you for doing that.

10:15:17 19         MR. IRPINO:  No problem.

10:15:18 20         THE COURT:  What else?  I guess I'm going to talk to

10:15:27 21    you a week from today, unless you all want to have a conference

10:15:29 22    in between.  Let me know, and we can do that.

10:15:35 23         MR. PIXTON:  Your Honor, this is Allen Pixton for BP.

10:15:36 24             I just want to briefly point out, the US had

10:15:42 25    asked for -- or identified a list of documents that, in

                        **OFFICIAL TRANSCRIPT**

10:15:48  1    addition to the personal identifying information that they

10:15:54  2    wanted to redact, a small list of documents that they felt

10:16:00  3    needed to be filed under seal and presented only in a closed

10:16:03  4    courtroom.

10:16:04  5              We've got a letter that we'll send to the US

10:16:07  6    later today.  We think that some of the Court's prior rulings

10:16:12  7    can be helpful on that, and hopefully we'll able to work out a

10:16:16  8    solution where we won't need to close the courtroom for any of

10:16:20  9    these documents the US has identified.

10:16:23 10        THE COURT:  Good.  If necessary, let's have a call next

10:16:30 11    week.  If you'll provide the documents to me for the call, we

10:16:33 12    can try to roll through that, as well, if you all cannot work

10:16:37 13    it out.

10:16:40 14              MR. PIXTON:  Okay.  Thank you, Your Honor.

10:16:40 15              THE COURT:  You're welcome.

10:16:46 16              Okay.  What else, kids?  All right, I guess I'll

10:16:50 17    talk to you next week.

10:16:52 18              MS. HIMMELHOCH:  Thank you, ma'am.

10:16:55 19              VOICES:  Thank you, Your Honor.

10:16:57 20              THE COURT:  Have a great afternoon.

         21              (Next conference scheduled for Friday,

         22    September 20, 2013.)

         23              (WHEREUPON, at 10:16 a.m.  the proceedings were

         24    concluded.)

         25                              *     *     *

                                **OFFICIAL TRANSCRIPT**

1                         REPORTER'S CERTIFICATE

2

3          I, Cathy Pepper, Certified Realtime Reporter, Registered

4     Merit Reporter, Certified Court Reporter of the State of

5     Louisiana, Official Court Reporter for the United States

6     District Court, Eastern District of Louisiana, do hereby

7     certify that the foregoing is a true and correct transcript to

8     the best of my ability and understanding from the record of the

9     proceedings in the above-entitled and numbered matter.

10

11

12                         *s/Cathy Pepper*_____

13                         Cathy Pepper, CRR, RMR, CCR
                           Certified Realtime Reporter
14                         Registered Merit Reporter
                           Official Court Reporter
15                         United States District Court
                           Cathy_Pepper@laed.uscourts.gov
16

17

18

19

20

21

22

23

24

25

                              **OFFICIAL TRANSCRIPT**

## 1

**10** [3] - 4:8, 4:9, 4:10
**10-MD-2179** [1] - 1:6
**10:16** [1] - 36:23
**12** [1] - 19:23
**1201** [1] - 3:5
**13** [3] - 1:7, 4:11, 6:2
**14** [1] - 4:12
**16** [1] - 20:8
**1700** [1] - 3:5

## 2

**20** [4] - 1:5, 4:13, 5:12, 36:22
**200** [3] - 21:24, 23:13, 23:18
**20005** [1] - 2:21
**20044** [1] - 2:6
**2010** [1] - 1:5
**2013** [2] - 6:2, 36:22
**2013,9:30** [1] - 1:7
**2013**............................
....................... [1] - 5:13
**21** [1] - 4:14
**22** [2] - 4:15, 4:16
**2216** [1] - 1:22
**23** [2] - 4:17, 4:18
**23rd** [1] - 24:12
**24** [5] - 4:19, 4:20, 4:22, 4:24, 19:23
**25** [1] - 4:25
**26** [1] - 5:2
**27** [1] - 5:3
**28** [1] - 5:4

## 3

**300** [1] - 2:17
**316** [1] - 1:18
**32502** [1] - 1:19
**35** [2] - 5:7, 5:8
**36** [2] - 5:11, 5:13

## 5

**500** [1] - 3:10
**504** [1] - 3:11
**589-7779** [1] - 3:11

## 6

**600** [1] - 1:18
**60654** [1] - 2:17

## 7

**655** [1] - 2:20

## 7

**7** [2] - 4:5, 4:6
**70130** [2] - 1:22, 3:10
**75270** [1] - 3:6
**7611** [1] - 2:6

## 8

**8** [1] - 4:7

## 9

**9/13** [2] - 4:20, 24:5
**9/18** [2] - 4:21, 24:7
**9/20** [1] - 24:6
**9/20..** [1] - 4:20
**9/23** [1] - 24:7
**9/23**............................
....................... [1] - 4:22
**99** [1] - 19:17

## A

**A.M** [1] - 1:7
**a.m** [1] - 36:23
**ability** [2] - 10:1, 37:8
**able** [7] - 7:1, 12:9, 13:19, 21:11, 25:12, 27:9, 36:7
**above-entitled** [1] - 37:9
**access** [1] - 25:21
**accurate** [1] - 30:1
**ace** [1] - 9:5
**ACTION** [1] - 1:6
**ACTIONS** [1] - 1:9
**activity** [1] - 28:17
**ACTUAL** [1] - 4:21
**actual** [1] - 24:6
**add** [4] - 8:15, 10:11, 23:4, 31:19
**addition** [1] - 36:1
**additional** [1] - 28:10
**ADDITIONAL** [1] - 5:4
**address** [1] - 32:8
**addresses** [1] - 25:20
**admitted** [17] - 10:24, 11:7, 11:10, 12:8, 13:15, 13:18, 13:21, 14:1, 14:19, 14:24, 19:7, 19:13, 19:19, 19:25, 21:22
**advance** [1] - 20:21
**advanced** [1] - 28:19

**advise** [1] - 31:15
**advised** [1] - 24:11
**afternoon** [3] - 19:14, 19:15, 36:20
**AGENDA** [1] - 4:3
**Agenda** [2] - 28:20, 29:3
**ago** [3] - 27:24, 28:2, 29:11
**agree** [6] - 13:24, 21:3, 24:20, 30:6, 31:18, 34:8
**agreed** [3] - 13:9, 18:16, 19:16
**agreeing** [1] - 6:18
**agreement** [3] - 9:1, 18:16, 32:17
**agrees** [1] - 13:14
**ahead** [10] - 9:20, 13:22, 14:11, 14:13, 14:16, 20:23, 24:5, 25:24, 31:2, 31:12
**ain't** [1] - 17:8
**ALIGNED** [1] - 5:7
**aligned** [4] - 20:17, 21:20, 22:22, 35:6
**ALL** [1] - 1:9
**ALLAN** [1] - 1:7
**Allen** [1] - 35:23
**alliance** [1] - 22:12
**allocation** [2] - 7:15, 28:14
**ALLOCATION** [1] - 4:6
**AMERICA** [6] - 2:9, 2:9, 2:10, 2:11, 2:13, 2:14
**Anadarko** [4] - 22:9, 22:11, 27:9, 27:12
**AND** [4] - 4:8, 4:11, 4:17, 5:10
**ANDREW** [1] - 2:15
**Andy** [9] - 6:14, 10:20, 11:3, 11:17, 13:23, 14:16, 19:3, 22:21, 23:9
**answer** [2] - 9:16, 23:9
**answered** [1] - 9:17
**answering** [1] - 9:18
**Anthony** [13] - 12:4, 12:12, 15:16, 18:8, 18:9, 24:2, 29:21, 30:11, 30:15, 31:13, 33:7, 35:10, 35:17
**ANTHONY** [1] - 1:21
**anticipate** [2] - 12:20, 13:11
**APPEARANCES** [3] - 1:15, 2:1, 3:1
**apples** [1] - 14:24
**appreciated** [1] - 10:4

**APRIL** [1] - 1:5
**ARE** [1] - 4:23
**argue** [1] - 8:11
**aside** [1] - 11:9
**assemble** [1] - 9:24
**attention** [2] - 7:18, 7:19
**attorneys** [1] - 23:16
**available** [2] - 18:1, 27:15
**aware** [1] - 22:17
**awhile** [2] - 27:23, 28:2

## B

**background** [1] - 32:23
**bad** [1] - 8:1
**balances** [2] - 12:14, 20:3
**ball** [1] - 28:19
**Barbier** [12] - 6:19, 10:7, 10:18, 10:23, 11:21, 12:5, 14:7, 16:13, 20:16, 20:24, 21:15, 23:21
**BARBIER..** [1] - 4:13
**Barr** [2] - 13:17, 14:6
**BARR** [12] - 1:18, 13:17, 14:6, 16:11, 20:17, 21:8, 21:19, 24:17, 27:16, 34:13, 34:22, 35:7
**Bartoszek** [2] - 26:1, 27:6
**BARTOSZEK** [15] - 2:16, 26:1, 26:4, 26:11, 26:15, 26:18, 26:23, 27:6, 28:6, 30:10, 31:7, 31:12, 33:6, 33:10, 34:10
**based** [3] - 19:24, 26:24, 34:22
**basis** [5] - 15:18, 16:10, 16:24, 17:6, 17:10
**Bates** [1] - 32:4
**BAYLEN** [1] - 1:18
**BE** [1] - 5:9
**becomes** [1] - 10:18
**BEFORE** [1] - 1:12
**begin** [1] - 18:22
**beginning** [2] - 6:23, 22:4
**behalf** [1] - 22:10
**best** [2] - 28:25, 37:8
**better** [1] - 8:1
**between** [3] - 9:13,

19:5, 35:22
**beyond** [1] - 22:25
**biggest** [1] - 16:23
**bit** [5] - 7:17, 14:22, 16:12, 31:25, 33:8
**BOP** [3] - 8:15, 9:5, 9:8
**BOP**........................ [1] - 4:7
**BOX** [1] - 2:6
**BP** [17] - 2:9, 2:9, 2:10, 2:11, 2:12, 2:13, 2:14, 9:3, 22:8, 22:10, 22:22, 26:2, 26:12, 27:7, 27:18, 30:19, 35:23
**BP's** [1] - 16:3
**break** [1] - 19:15
**Brian** [11] - 13:17, 14:6, 16:11, 21:8, 24:17, 27:16, 28:17, 34:13, 34:20, 35:5, 35:8
**BRIAN** [2] - 1:18, 5:5
**brief** [6] - 24:18, 25:1, 25:4, 34:14, 34:21, 35:6
**BRIEF**.............. [1] - 5:7
**briefing** [1] - 13:6
**briefly** [1] - 35:24
**BRIEFS** [1] - 4:23
**briefs** [2] - 24:15, 25:2
**broke** [1] - 17:8
**brought** [2] - 9:5, 14:12
**bucket** [1] - 28:14
**BUNDLES** [1] - 4:13
**bundles** [7] - 14:4, 14:11, 14:19, 15:4, 15:11, 20:16, 20:19
**BUNDLES**...................
................. [1] - 4:12
**business** [1] - 35:4
**BUSINESS** [1] - 5:5
**BY** [9] - 1:4, 1:18, 1:21, 2:5, 2:15, 2:20, 3:4, 3:13, 3:13

## C

**cannot** [1] - 36:12
**CAPTAIN** [1] - 4:6
**Captain** [7] - 7:15, 7:21, 8:4, 9:13, 9:17, 9:22, 28:13
**care** [2] - 34:5
**case** [1] - 16:17
**catch** [1] - 10:11

**category** [1] - 27:3
**CATEGORY** [1] - 5:3
**Cathy** [5] - 22:19, 23:4, 23:16, 37:3, 37:13
**CATHY** [1] - 3:9
**Cathy_Pepper@laed.uscourts.gov** [1] - 37:15
**cathy_Pepper@laed.uscourts.gov** [1] - 3:11
**caught** [1] - 13:11
**CCR** [2] - 3:9, 37:13
**cell** [1] - 25:21
**certain** [5] - 8:21, 9:1, 12:14, 12:21, 12:24
**certainly** [2] - 24:3, 27:15
**certainty** [2] - 12:9, 13:1
**CERTIFICATE** [1] - 37:1
**CERTIFIED** [1] - 3:9
**Certified** [3] - 37:3, 37:4, 37:13
**certify** [1] - 37:7
**CHAMBERS** [1] - 6:3
**chance** [1] - 30:4
**change** [4] - 15:12, 15:14, 17:15, 31:25
**changed** [1] - 17:20
**changes** [1] - 31:21
**charge** [1] - 23:16
**check** [3] - 15:19, 16:6, 19:22
**checks** [2] - 12:14, 20:2
**CHICAGO** [1] - 2:17
**circulate** [5] - 30:3, 30:20, 30:23, 33:11, 33:13
**circulated** [1] - 30:24
**CIVIL** [1] - 1:6
**claimed** [2] - 19:8, 24:19
**clear** [2] - 16:13, 32:22
**clearly** [1] - 11:5
**CLERK** [1] - 35:1
**CLOSE** [1] - 5:5
**close** [2] - 35:4, 36:8
**CLOSED** [1] - 5:10
**closed** [1] - 36:3
**Coke** [3] - 11:9, 18:19, 24:21
**colleagues** [1] - 27:9
**combined** [4] - 29:18, 30:25, 33:16, 33:19
**comfort** [1] - 17:13

**comforting** [1] - 16:5
**coming** [3] - 9:12, 28:10, 30:11
**comment** [2] - 7:4, 34:14
**comments** [2] - 26:6, 30:5
**commitment** [1] - 34:17
**COMPANY** [2] - 2:10
**company** [1] - 9:24
**compelling** [2] - 16:8, 17:14
**complete** [1] - 33:13
**completely** [1] - 15:23
**comply** [1] - 22:19
**COMPUTER** [1] - 3:13
**computer** [1] - 21:7
**concern** [5] - 16:16, 16:20, 16:22, 17:25, 18:21
**concerned** [1] - 9:23
**concerning** [1] - 26:10
**concise** [1] - 23:14
**concluded** [1] - 36:24
**conducting** [1] - 20:10
**confer** [3] - 26:25, 29:22, 30:22
**conference** [14] - 6:13, 7:4, 10:8, 12:1, 15:2, 15:3, 17:2, 17:21, 17:23, 18:1, 20:4, 20:7, 35:21, 36:21
**CONFERENCE** [2] - 1:12, 5:12
**CONFERENCE..........** ... [1] - 4:8
**conferences** [2] - 10:13, 16:25
**CONFERENCES.......** ............ [1] - 4:9
**conferring** [1] - 21:11
**confident** [1] - 9:25
**confidential** [2] - 18:19, 24:20
**confidentiality** [3] - 24:22, 25:6, 34:19
**connection** [1] - 24:10
**constraint** [1] - 23:11
**construction** [2] - 6:8, 6:9
**contained** [1] - 25:11
**contains** [1] - 24:18
**context** [6] - 27:2, 27:12, 27:18, 27:20, 27:21, 27:24
**CONTEXT** [1] - 5:3
**CONTINUED** [2] - 2:1, 3:1

**control** [3] - 10:17, 17:2, 28:11
**CONTROL** [1] - 4:10
**CONTROL..........** [1] - 5:4
**conversation** [2] - 9:14, 14:9
**cooling** [1] - 19:4
**cooperate** [1] - 22:13
**coordinate** [1] - 21:9
**COPIES** [1] - 4:21
**copies** [5] - 18:18, 24:6, 25:12, 25:13, 25:24
**CORPORATION** [1] - 2:11
**correct** [7] - 11:1, 11:4, 15:17, 20:21, 27:11, 32:5, 37:7
**cost** [1] - 28:13
**COUNSEL** [1] - 2:3
**couple** [6] - 8:23, 15:19, 16:4, 25:2, 27:13, 32:1
**course** [1] - 30:1
**Court** [11] - 14:17, 14:24, 15:4, 26:4, 32:20, 33:4, 37:4, 37:5, 37:6, 37:14, 37:15
**court** [3] - 6:12, 13:25, 22:6
**COURT** [78] - 1:1, 3:9, 4:15, 6:6, 6:8, 6:19, 7:3, 7:16, 7:20, 8:1, 8:4, 8:9, 8:11, 8:14, 8:19, 9:15, 10:5, 10:16, 10:22, 11:15, 11:19, 12:20, 13:7, 13:10, 14:3, 14:16, 15:6, 15:9, 17:17, 18:4, 18:9, 18:15, 20:1, 20:6, 20:22, 21:13, 22:5, 22:14, 22:23, 22:25, 23:5, 23:8, 23:10, 23:15, 23:20, 24:8, 24:13, 25:2, 25:8, 25:22, 26:3, 26:8, 26:14, 26:16, 26:19, 26:22, 27:1, 27:14, 28:4, 28:9, 28:15, 28:21, 28:25, 29:6, 30:9, 31:4, 32:14, 34:11, 34:20, 34:24, 35:3, 35:4, 35:8, 35:17, 35:20, 36:10, 36:15, 36:20
**Court's** [1] - 36:6
**courtroom** [2] - 36:4,

36:8
**COURTROOM..........** ............................ [1] - 5:11
**cover** [2] - 7:11, 29:3
**covered** [1] - 11:13
**crane** [1] - 9:25
**create** [1] - 29:16
**critical** [1] - 33:3
**CRR** [2] - 3:9, 37:13
**cumulative** [5] - 29:17, 30:7, 33:12, 34:8
**CVs** [1] - 18:25

**D**

**daily** [1] - 17:6
**DALLAS** [1] - 3:6
**damage** [1] - 9:2
**date** [2] - 21:3, 21:12
**days** [7] - 7:22, 8:5, 15:19, 16:4, 16:6, 20:8, 27:13
**DC** [2] - 2:6, 2:21
**dead** [1] - 6:21
**deadline** [5] - 18:14, 18:18, 29:8, 30:12, 30:22
**deadlines** [3] - 18:12, 29:1, 29:2
**deal** [1] - 18:11
**dealed** [1] - 7:5
**dealt** [1] - 15:3
**decision** [2] - 10:13, 21:17
**DECISION** [1] - 4:14
**DEEPWATER** [1] - 1:4
**defer** [1] - 11:22
**deferred** [4] - 11:25, 12:7, 12:24, 13:5
**deferring** [1] - 12:22
**defers** [2] - 10:24, 12:5
**definitely** [2] - 7:17, 31:10
**definitive** [2] - 12:8, 12:25
**demonstrative** [2] - 23:25, 35:11
**DEMONSTRATIVE** [2] - 4:18, 5:8
**demonstratives** [1] - 35:15
**DEPARTMENT** [1] - 2:4
**depos** [1] - 19:1
**deposition** [5] - 14:4, 14:11, 14:19, 15:3,

20:15
**DEPOSITION** [2] - 4:12, 4:13
**description** [1] - 32:7
**descriptions** [1] - 32:5
**details** [1] - 34:1
**determining** [1] - 19:20
**deviate** [1] - 17:11
**devil** [1] - 33:25
**dial** [1] - 25:21
**different** [6] - 11:16, 14:18, 14:23, 20:4, 32:23, 32:24
**direct** [2] - 7:18, 25:19
**disagree** [1] - 33:7
**DISCOVERY** [1] - 2:3
**discuss** [6] - 8:15, 10:17, 27:8, 27:12, 27:19, 28:7
**discussed** [4] - 10:12, 11:5, 20:23, 27:4
**discussing** [1] - 25:9
**discussion** [5] - 10:18, 10:22, 14:8, 16:22, 31:24
**discussions** [2] - 10:6, 32:15
**dispute** [1] - 11:12
**distracted** [2] - 7:21, 8:5
**distressed** [1] - 10:22
**District** [2] - 37:6, 37:15
**DISTRICT** [2] - 1:1, 1:1
**DIVISION** [1] - 2:4
**doable** [1] - 34:25
**dock** [1] - 8:22
**document** [2] - 14:23, 32:19
**DOCUMENT** [1] - 1:9
**documents** [6] - 18:1, 30:2, 35:25, 36:2, 36:9, 36:11
**DOCUMENTS** [1] - 5:9
**DOJ** [1] - 22:8
**DOJ's** [1] - 18:2
**Don** [3] - 6:22, 7:4, 22:20
**DONALD** [1] - 3:4
**done** [9] - 13:8, 17:4, 18:22, 21:10, 21:23, 28:24, 31:23, 32:25, 33:1
**door** [1] - 27:22
**double** [1] - 19:22
**down** [4] - 20:9, 20:12, 23:22, 35:17
**draft** [1] - 9:19

**OFFICIAL TRANSCRIPT**

**drives** [1] - 21:7
**due** [2] - 27:10, 35:15
**during** [6] - 6:12, 11:1,
12:16, 16:4, 19:14,
29:22

## E

**E-DISCOVERY** [1] -
2:3
**e-mail** [5] - 25:7,
25:19, 25:20, 32:8,
33:1
**e-mailed** [1] - 24:11
**e-mails** [1] - 30:3
**EACH** [1] - 5:8
**easiest** [1] - 25:23
**EASTERN** [1] - 1:1
**Eastern** [1] - 37:6
**easy** [2] - 11:6, 31:22
**echo** [1] - 8:1
**effort** [1] - 15:23
**eight** [1] - 8:13
**either** [3] - 11:7,
16:14, 18:19
**electronically** [2] -
21:4, 21:6
**ELLIS** [2] - 2:14, 2:19
**ELM** [1] - 3:5
**end** [6] - 8:25, 11:23,
12:6, 12:23, 13:20,
17:25
**ended** [1] - 33:15
**ENERGY** [1] - 3:3
**engineering** [1] - 9:16
**Englebert** [6] - 7:15,
8:4, 9:13, 9:17, 9:22,
28:13
**ENGLEBERT..........**
 [1] - 4:6
**entitled** [1] - 37:9
**ENVIRONMENT** [1] -
2:4
**Erica** [6] - 12:17,
17:18, 22:1, 29:4,
29:6, 30:19
**ERICA** [1] - 2:5
**Erika** [1] - 32:2
**especially** [1] - 7:19
**ESQUIRE** [10] - 1:18,
1:21, 2:5, 2:5, 2:15,
2:15, 2:16, 2:16,
2:20, 3:4
**essentially** [1] - 19:18
**etcetera** [1] - 15:21
**eventually** [1] - 14:22
**evidence** [4] - 14:1,
14:15, 16:19, 25:13
**exactly** [1] - 23:20

**example** [2] - 31:18,
34:2
**excluded** [1] - 12:8
**exclusive** [1] - 18:5
**EXHIBIT** [1] - 5:1
**exhibit** [20] - 10:18,
10:25, 11:6, 11:10,
11:12, 12:4, 12:5,
12:10, 12:15, 12:24,
13:14, 13:25, 26:9,
26:12, 26:16, 29:8,
29:13, 30:17, 31:8,
31:19
**exhibit-tracking** [1] -
12:4
**EXHIBITS** [1] - 4:8
**exhibits** [21] - 10:7,
12:15, 13:5, 18:24,
19:6, 19:8, 19:11,
19:19, 25:5, 25:24,
25:25, 27:3, 29:7,
29:10, 29:19, 29:20,
30:14, 31:5, 32:10,
32:19, 32:20
**EXHIBITS.........** [1] -
5:3
**expected** [1] - 16:14
**EXPERT** [1] - 4:17
**expert** [4] - 18:25,
22:18, 23:3, 23:6
**explained** [2] - 7:21,
8:4
**EXPLORATION** [1] -
2:12
**expressly** [1] - 11:13
**extended** [1] - 24:1
**extension** [1] - 7:10
**EXTENSION.............**
 ....................... [1] -
4:5
**extent** [1] - 30:23

## F

**face** [1] - 28:3
**fact** [3] - 11:6, 18:13,
18:24
**fair** [2] - 24:13, 31:20
**fairly** [1] - 16:13
**faith** [2] - 15:22, 26:9
**FAITH** [1] - 5:1
**familiar** [1] - 16:18
**far** [2] - 30:25, 33:16
**fast** [2] - 23:17, 23:22
**faster** [1] - 23:14
**FEDERAL** [1] - 2:3
**feet** [1] - 6:20
**FELT** [1] - 5:9
**felt** [1] - 36:2

**few** [6] - 16:6, 26:6,
29:11, 32:4, 32:13,
33:21
**FIFTEENTH** [1] - 2:20
**file** [5] - 19:7, 26:13,
26:20, 29:8, 30:17
**filed** [3] - 26:12, 34:22,
36:3
**FILED** [1] - 5:10
**filing** [1] - 24:14
**FILING** [1] - 4:23
**filings** [1] - 28:18
**final** [5] - 17:14, 17:25,
29:8, 29:9, 31:19
**fine** [6] - 6:15, 6:16,
6:18, 14:2, 16:10,
33:25
**FIRM** [1] - 1:21
**first** [7] - 9:4, 14:11,
16:19, 17:3, 18:11,
21:21, 21:25
**fits** [1] - 30:21
**fix** [2] - 17:8, 32:13
**FL** [1] - 1:19
**flight** [1] - 27:10
**flurry** [1] - 28:17
**follow** [1] - 16:12
**FOR** [9] - 1:17, 2:3,
2:3, 2:9, 3:3, 4:6,
5:4, 5:8, 5:12
**foregoing** [1] - 37:7
**form** [1] - 22:16
**formal** [1] - 32:18
**formally** [1] - 32:21
**forms** [1] - 22:7
**FORMS.....................**
 ........ [1] - 4:16
**formula** [3] - 11:9,
18:19, 24:21
**forth** [1] - 30:12
**FRIDAY** [3] - 1:7, 5:12,
6:2
**Friday** [1] - 36:21
**friend** [1] - 22:21
**friends** [1] - 12:4
**FROM** [2] - 4:20, 4:21
**FTP** [3] - 4:11, 13:13,
13:16

## G

**GASAWAY** [13] - 2:20,
7:12, 7:17, 7:23, 8:8,
8:10, 8:13, 8:17,
8:20, 10:3, 28:12,
28:16, 28:22
**general** [1] - 19:10
**generally** [1] - 13:24
**given** [5] - 12:10,

12:23, 14:13, 18:2,
34:19
**goal** [2] - 30:1, 30:3
**GODWIN** [7] - 3:4, 3:4,
6:16, 6:22, 8:3,
22:20, 22:24
**Godwin** [1] - 6:22
**GOOD** [1] - 5:1
**GOVERNMENT** [1] -
2:3
**great** [5] - 13:2, 14:3,
27:14, 34:10, 36:20
**GROUP** [1] - 1:12
**guess** [10] - 8:16,
12:3, 20:18, 20:19,
28:4, 31:22, 33:24,
35:1, 35:20, 36:16
**guideline** [1] - 31:21
**GULF** [1] - 1:5
**guy** [2] - 9:21, 10:1
**guys** [1] - 34:25

## H

**Halliburton** [5] - 22:8,
22:11, 25:16, 31:14,
31:15
**HALLIBURTON** [1] -
3:3
**handle** [2] - 24:12,
25:23
**happy** [2] - 22:15,
27:19, 31:3
**hard** [1] - 7:24
**HB406** [1] - 3:10
**head** [1] - 9:12
**hear** [6] - 6:8, 6:10,
6:19, 7:1, 11:22,
34:15
**HEARD** [1] - 1:12
**heard** [3] - 7:2, 17:16,
25:17
**hearing** [1] - 7:24
**help** [3] - 18:11, 23:6,
23:8
**helpful** [9] - 12:10,
15:18, 30:9, 30:18,
30:19, 33:10, 33:12,
34:7, 36:7
**hereby** [1] - 37:6
**high** [1] - 25:20
**Himmelhoch** [1] -
11:17
**HIMMELHOCH** [10] -
2:5, 6:17, 6:21, 8:2,
10:15, 11:17, 17:16,
25:6, 25:15, 36:18
**HOLDINGS** [1] - 2:13
**home** [3] - 15:20,

25:20
**Honor** [43] - 6:7, 6:14,
6:18, 7:12, 7:23, 8:2,
8:3, 8:13, 8:17, 10:3,
10:15, 10:21, 11:3,
12:11, 13:17, 13:23,
14:6, 15:7, 16:11,
17:7, 17:16, 17:18,
21:8, 21:19, 22:1,
22:13, 24:17, 25:18,
26:1, 26:11, 26:21,
27:6, 27:16, 28:6,
28:12, 29:4, 30:10,
33:6, 34:13, 35:7,
35:23, 36:14, 36:19
**HONORABLE** [1] -
1:12
**hopefully** [4] - 20:14,
29:15, 30:6, 36:7
**hoping** [1] - 34:17
**HORIZON** [1] - 1:4
**hours** [1] - 19:23

## I

**IDENTIFICATION** [1] -
4:20
**identification** [2] -
18:13, 24:5
**identified** [3] - 32:18,
35:25, 36:9
**identifying** [4] - 18:20,
19:22, 32:6, 36:1
**IL** [1] - 2:17
**important** [1] - 18:12
**IN** [4] - 1:4, 1:5, 5:10,
6:3
**INC** [6] - 2:9, 2:10,
2:11, 2:12, 2:14, 3:4
**incorrect** [2] - 10:9,
30:16
**INDATA** [1] - 4:21
**Indata** [3] - 18:18,
24:6, 24:8
**Indata's** [1] - 29:24
**indemnities** [1] - 9:1
**indicated** [1] - 25:16
**individual** [4] - 12:15,
19:7, 29:14, 33:20
**information** [7] -
18:13, 18:20, 19:23,
25:3, 25:11, 32:6,
36:1
**ing** [1] - 33:19
**inherent** [1] - 12:14
**INSTALLMENT** [1] -
5:1
**installment** [1] - 26:8
**installments** [2] -

29:11, 32:23
**instances** [1] - 32:24
**intend** [1] - 24:24
**intention** [1] - 14:10
**interest** [1] - 8:22
**interested** [1] - 24:4
**interesting** [1] - 16:21
**INTERESTS** [1] - 2:3
**internal** [1] - 25:19
**interrupt** [1] - 14:17
**invoke** [1] - 16:3
**involved** [1] - 27:14
**irony** [1] - 23:18
**IRPINO** [18] - 1:21,
1:21, 12:11, 13:2,
13:8, 18:8, 18:10,
18:16, 20:2, 24:3,
24:10, 31:11, 31:13,
32:15, 33:9, 33:24,
35:10, 35:19
**Irpino** [2] - 12:12, 18:8
**issue** [4] - 16:23,
21:14, 23:3, 29:7
**issues** [3] - 7:6, 17:4,
27:10
**ITEMS** [1] - 4:3

## J

**Jordan** [3] - 21:9,
21:14, 24:11
**JUDGE** [2] - 1:13, 4:13
**Judge** [17] - 6:16,
6:19, 6:22, 10:7,
10:18, 10:23, 11:21,
12:5, 14:7, 16:13,
20:16, 20:24, 21:15,
22:20, 23:21, 32:17,
35:10
**judge** [1] - 18:8
**Judge's** [1] - 29:24
**jump** [1] - 30:16
**JUSTICE** [1] - 2:4

## K

**keep** [1] - 23:22
**kept** [1] - 26:23
**kids** [2] - 26:22, 36:16
**kind** [3] - 32:18, 33:14,
34:17
**KIRKLAND** [2] - 2:14,
2:19
**KNOW** [1] - 5:5
**knowledge** [1] - 31:9
**knows** [2] - 30:2,
35:16
**Ky** [1] - 27:9

## L

**LA** [2] - 1:22, 3:10
**Lagan** [1] - 6:14
**Langan** [1] - 10:20,
11:3, 13:23
**LANGAN** [9] - 2:15,
6:14, 10:20, 11:3,
11:16, 13:23, 14:17,
22:10, 22:16
**large** [3] - 9:8, 13:9,
31:18
**LASALLE** [1] - 2:17
**last** [5] - 15:1, 15:24,
21:5, 26:23, 29:22
**LAW** [2] - 1:21, 35:1
**lead** [1] - 21:11
**LEASE** [1] - 4:5
**lease** [2] - 7:10, 9:1
**least** [4] - 20:3, 31:1,
31:9, 35:14
**legitimate** [1] - 18:21
**LET** [1] - 5:5
**letter** [1] - 36:5
**level** [1] - 25:20
**LEVIN** [1] - 1:17
**LEWIS** [1] - 3:4
**lift** [1] - 9:24
**lifted** [1] - 25:7
**lifter** [1] - 9:5
**lifting** [3] - 9:6, 9:19,
9:20
**LIMITED** [1] - 2:13
**list** [20] - 13:9, 15:21,
19:7, 19:18, 26:9,
29:18, 30:7, 30:25,
31:20, 32:4, 33:13,
33:16, 33:19, 33:22,
34:3, 34:7, 35:11,
35:25, 36:2
**LIST** [1] - 5:9
**LIST**...........................
...................... [1] - 5:2
**listed** [1] - 29:18
**lists** [15] - 12:15,
19:24, 23:6, 29:8,
29:9, 29:13, 29:14,
29:16, 30:17, 30:20,
30:23, 32:10, 33:12,
33:20, 33:22
**LISTS** [1] - 4:17
**LITIGATION** [1] - 2:3
**load** [1] - 17:6
**loaded** [2] - 21:6,
21:25
**lock** [1] - 35:17
**look** [9] - 9:6, 9:21,
11:22, 17:14, 20:6,
24:23, 25:22, 26:16,

34:18
**looking** [3] - 10:1,
21:16, 33:20
**Louisiana** [2] - 37:5,
37:6
**LOUISIANA** [2] - 1:1,
1:7
**love** [1] - 23:18

## M

**ma'am** [1] - 36:18
**MAGAZINE** [1] - 1:22
**MAGISTRATE** [1] -
1:13
**mail** [3] - 25:7, 25:19,
25:20, 32:8, 33:1
**mailed** [1] - 24:11
**mails** [1] - 30:3
**MAKING** [2] - 4:11,
4:14
**MARK** [1] - 2:15
**Mark** [3] - 15:7, 16:12,
16:23
**marshal** [1] - 20:11
**marshalling** [12] -
10:8, 10:13, 12:1,
15:2, 15:3, 16:25,
17:2, 17:21, 17:23,
18:1, 20:4, 20:7
**MARSHALLING** [2] -
4:8, 4:9
**master** [1] - 33:16,
33:22
**matter** [1] - 37:9
**matters** [1] - 8:5
**mean** [5] - 11:4, 13:2,
14:17, 16:21, 21:1
**meaning** [1] - 29:10
**measure** [1] - 16:9
**MECHANICAL** [1] -
3:13
**meet** [3] - 26:24,
29:22, 30:21
**mention** [1] - 8:17
**mentioned** [3] - 25:7,
29:21, 30:19
**Merit** [2] - 37:4, 37:14
**MEXICO** [1] - 1:5
**midweek** [1] - 29:15
**might** [7] - 10:11,
11:1, 18:11, 30:22,
31:16, 32:1, 33:25
**Mike** [3] - 10:10,
11:20, 12:21
**mind** [2] - 12:23,
34:12
**mine** [1] - 11:17
**minute** [2] - 23:13,

23:19
**Miss** [3] - 22:6, 22:15,
23:1
**missed** [2] - 11:14,
30:5
**misuse** [1] - 27:20
**MITCHELL** [1] - 1:17
**moment** [1] - 15:10
**MONDAY** [1] - 5:5
**Monday** [6] - 24:24,
34:15, 34:18, 34:25,
35:4, 35:16
**morning** [10] - 6:6,
6:7, 11:8, 11:19,
11:21, 15:8, 15:9,
19:14, 26:2, 26:3
**most** [2] - 7:5, 22:22
**motion** [1] - 26:12
**motions** [3] - 8:11,
26:10, 34:22
**MOVE** [1] - 4:20
**move** [2] - 8:21, 24:5
**moved** [1] - 24:6
**MOVED** [1] - 4:21
**moving** [1] - 24:11
**MR** [71] - 6:14, 6:16,
6:22, 7:12, 7:17,
7:23, 8:3, 8:8, 8:10,
8:13, 8:17, 8:20,
10:3, 10:20, 11:3,
11:16, 12:11, 13:2,
13:8, 13:17, 13:23,
14:6, 14:17, 15:7,
15:10, 16:11, 17:7,
18:8, 18:10, 18:16,
20:2, 20:17, 21:8,
21:19, 22:10, 22:16,
22:20, 22:24, 24:3,
24:10, 24:17, 26:1,
26:4, 26:11, 26:15,
26:18, 26:23, 27:6,
27:16, 28:6, 28:12,
28:16, 28:22, 30:10,
31:7, 31:11, 31:12,
31:13, 32:15, 33:6,
33:9, 33:10, 33:24,
34:10, 34:13, 34:22,
35:7, 35:10, 35:19,
35:23, 36:14
**MS** [16] - 6:17, 6:21,
8:2, 10:15, 11:17,
17:16, 17:18, 22:1,
23:18, 25:6, 25:15,
26:20, 29:4, 29:7,
32:2, 36:18
**mutually** [1] - 18:4

## N

**N.W** [1] - 2:20
**name** [1] - 32:7
**narrow** [1] - 26:24
**NASA** [4] - 9:1, 9:2,
9:16, 9:17
**NATURAL** [1] - 2:4
**nature** [1] - 19:1
**necessarily** [2] -
30:15, 34:8
**necessary** [2] - 33:18,
36:10
**need** [11] - 7:11,
15:13, 17:1, 25:13,
26:16, 30:17, 32:10,
32:13, 32:18, 33:22,
36:8
**NEEDED** [1] - 5:9
**needed** [3] - 32:5,
32:6, 36:3
**needs** [1] - 22:7
**never** [2] - 16:2, 16:3
**NEW** [3] - 1:7, 1:22,
3:10
**New** [1] - 26:25
**new** [1] - 31:19
**Next** [1] - 36:21
**next** [9] - 11:8, 14:1,
20:11, 27:13, 27:15,
28:20, 29:15, 36:10,
36:17
**NEXT** [1] - 5:12
**NO** [1] - 1:6
**nobody** [1] - 8:24
**noise** [2] - 6:9
**NOMELLINI** [4] - 2:15,
15:7, 15:10, 17:7
**Nomellini** [1] - 15:7
**noncontroversial** [1] -
25:10
**nondeposition** [1] -
15:11
**none** [1] - 24:21
**normal** [3] - 8:7,
11:10, 24:21
**NORTH** [4] - 2:10,
2:11, 2:13, 2:14
**noted** [2] - 21:23,
29:12
**notes** [1] - 19:12
**nothing** [1] - 31:19
**noticed** [1] - 32:4
**NUMBER** [3] - 4:9,
4:18, 5:8
**number** [5] - 10:13,
15:25, 16:5, 23:25,
35:12
**numbered** [1] - 37:9

**numbers** [9] - 15:20, 16:17, 25:19, 25:21, 32:5, 35:16

**O**

**O'Keefe** [1] - 11:20
**object** [2] - 25:16, 27:22
**objected** [1] - 27:23
**objection** [7] - 10:25, 11:23, 14:20, 21:23, 27:18, 27:20, 27:25
**OBJECTIONS** [1] - 5:3
**objections** [18] - 14:21, 27:3, 27:5, 27:13, 28:2, 29:19, 29:22, 31:6, 31:8, 32:19, 32:25, 33:11, 33:13, 33:14, 33:21, 34:3, 34:6, 35:13
**obviously** [6] - 8:24, 9:10, 13:19, 14:18, 15:22, 21:1
**occur** [1] - 32:1
**OF** [10] - 1:1, 1:5, 1:12, 2:4, 4:7, 4:9, 5:1, 5:5, 5:7, 5:9
**offer** [3] - 14:11, 21:21, 27:24
**offered** [3] - 13:25, 27:18, 27:21
**Official** [2] - 37:5, 37:14
**OFFICIAL** [1] - 3:9
**officials** [1] - 25:20
**often** [1] - 12:6
**OIL** [2] - 1:4, 1:4
**ON** [4] - 1:5, 4:7, 4:14, 5:5
**once** [4] - 9:16, 13:14, 15:2, 29:15
**one** [21] - 8:17, 11:6, 14:13, 15:1, 18:17, 21:6, 23:10, 26:11, 26:12, 26:16, 27:17, 29:7, 29:25, 30:7, 30:12, 30:18, 32:5, 32:7, 33:4, 33:22, 34:4
**One** [18] - 11:8, 12:16, 13:3, 15:12, 15:15, 16:2, 16:7, 16:10, 17:9, 17:13, 17:20, 18:24, 19:3, 20:21, 21:24, 23:21, 33:15, 33:17
**ones** [1] - 25:7
**ONLY** [1] - 5:10

**open** [2] - 13:25, 18:2
**opportunity** [1] - 9:9
**option** [1] - 20:3
**oranges** [1] - 14:25
**ORDER** [1] - 4:16
**order** [4] - 20:11, 21:10, 22:7, 22:16
**organized** [1] - 22:19
**ORLEANS** [3] - 1:7, 1:22, 3:10
**Orleans** [1] - 26:25
**otherwise** [2] - 20:11
**ought** [1] - 35:14
**ourselves** [1] - 14:8
**overcome** [1] - 22:14

**P**

**P.O** [1] - 2:6
**PAGE** [1] - 4:3
**PAPANTONIO** [1] - 1:17
**part** [7] - 7:3, 9:13, 11:7, 11:25, 12:1, 13:9, 31:18
**partially** [1] - 11:4
**particularly** [2] - 18:21, 18:25
**Parties** [26] - 6:17, 14:14, 15:18, 19:8, 20:17, 20:20, 21:12, 24:4, 24:23, 29:8, 29:10, 29:16, 30:4, 30:13, 30:20, 32:1, 32:9, 32:11, 32:17, 32:21, 33:1, 33:5, 33:10, 33:12
**Parties'** [4] - 21:20, 29:18, 33:20, 35:6
**PARTIES'** [1] - 5:7
**party** [6] - 13:4, 21:14, 25:17, 31:21, 34:7, 35:12
**party's** [1] - 29:14
**PARTY**..........[1] - 5:8
**pay** [1] - 9:11
**Pencak** [4] - 17:18, 22:1, 29:4, 32:2
**PENCAK** [8] - 2:5, 17:18, 22:1, 23:18, 26:20, 29:4, 29:7, 32:2
**PENSACOLA** [1] - 1:19
**people** [4] - 11:24, 17:13, 34:15, 34:18
**Pepper** [6] - 22:6, 22:15, 23:1, 37:3, 37:12, 37:13

**PEPPER** [1] - 3:9
**percent** [1] - 19:17
**perfect** [1] - 21:13
**period** [6] - 19:4, 19:5, 19:7, 19:21, 24:1, 24:5
**PERIOD** [1] - 4:20
**PERIOD**.....................
................. [1] - 4:19
**person** [1] - 30:21
**person's** [1] - 32:7
**personal** [6] - 18:13, 18:19, 19:22, 25:11, 32:8, 36:1
**personally** [1] - 32:6
**perspective** [1] - 16:3
**Peter** [9] - 12:17, 26:1, 26:3, 27:6, 28:4, 28:5, 30:10, 31:11, 33:6
**PETER** [1] - 2:16
**Phase** [18] - 11:8, 12:16, 13:3, 15:12, 15:15, 16:2, 16:7, 16:10, 17:9, 17:13, 17:20, 18:24, 19:3, 20:21, 21:24, 23:21, 33:15, 33:17
**phone** [1] - 15:20, 25:21
**phonetically** [1] - 9:6
**pipe** [1] - 10:9
**Pixton** [1] - 35:23
**PIXTON** [3] - 2:16, 35:23, 36:14
**place** [4] - 29:25, 30:8, 33:4, 34:4
**PLAINTIFFS** [1] - 1:17
**plan** [5] - 9:6, 9:19, 9:20, 10:2, 20:17
**planning** [2] - 8:20, 27:8
**PLEADINGS** [1] - 4:23
**pleadings** [1] - 24:15
**point** [6] - 7:14, 17:22, 18:12, 18:24, 33:25, 35:24
**policy** [1] - 18:2
**portions** [1] - 35:6
**PORTIONS** [1] - 5:6
**position** [4] - 9:3, 21:20, 22:3, 35:5
**POSITION** [1] - 5:6
**positioned** [1] - 8:21
**possible** [1] - 30:2
**post** [1] - 14:13
**posted** [1] - 13:19
**posting** [1] - 13:15
**POYDRAS** [1] - 3:10
**premises** [1] - 9:25

**prepare** [2] - 23:7, 31:2
**preparing** [1] - 20:11
**PRESENTED** [1] - 5:10
**presented** [1] - 36:3
**presenting** [1] - 12:15
**preserving** [1] - 24:25
**pretrial** [7] - 6:13, 24:18, 25:1, 28:18, 34:14, 34:21, 35:6
**PRETRIAL** [1] - 5:7
**pretty** [7] - 9:25, 20:9, 20:12, 25:10, 26:19, 26:22, 34:23
**Pretty** [1] - 26:22
**primary** [1] - 14:14
**principle** [1] - 19:10
**problem** [8] - 10:1, 12:19, 13:10, 13:12, 19:18, 28:21, 34:20, 35:19
**procedure** [2] - 14:1, 27:4
**proceedings** [2] - 36:23, 37:9
**PROCEEDINGS** [3] - 1:12, 3:13, 6:1
**process** [6] - 8:25, 11:7, 15:12, 17:9, 27:20, 28:1
**processing** [1] - 8:6
**PROCTOR** [1] - 1:17
**PRODUCED** [1] - 3:13
**PRODUCTION** [2] - 2:9, 2:12
**PRODUCTS** [1] - 2:14
**proffered** [2] - 14:20, 21:22
**property** [1] - 9:2
**propose** [2] - 18:10, 18:23
**PROPOSED** [1] - 4:6
**proposed** [2] - 7:15, 15:12
**provide** [2] - 30:4, 36:11
**provides** [1] - 9:1
**providing** [1] - 24:6
**PROVIDING** [1] - 4:21
**PSC** [11] - 12:12, 13:17, 18:8, 22:8, 24:4, 24:17, 26:12, 27:16, 28:7, 31:19, 34:13
**PSC's** [1] - 34:2
**public** [12] - 10:19, 10:24, 10:25, 11:10, 12:1, 13:14, 13:15, 16:1, 17:10, 18:2,

18:3, 21:18
**PUBLIC**...................
[1] - 4:11
**PUBLIC**...................
[1] - 4:14
**publicly** [1] - 14:13
**purposes** [4] - 15:2, 29:23, 29:24
**pursuant** [1] - 14:1
**push** [1] - 18:17
**pushback** [1] - 34:19
**put** [8] - 11:9, 15:25, 19:21, 19:24, 25:12, 28:20, 33:24, 34:6

**Q**

**QC** [1] - 33:19
**QC-ing** [1] - 33:19
**quickly** [1] - 23:12
**quite** [1] - 24:7

**R**

**RAFFERTY** [1] - 1:17
**RANGE** [1] - 5:8
**range** [2] - 35:12, 35:15
**ranges** [1] - 23:25
**RANGES**...................
..... [1] - 4:18
**rather** [2] - 32:7, 33:19
**RE** [1] - 1:4
**reach** [3] - 27:11, 28:6, 31:3
**read** [3] - 21:2, 34:21, 34:23
**reading** [2] - 20:25, 21:2
**ready** [3] - 9:8, 21:14, 24:9
**real** [2] - 16:22, 17:24
**reality** [1] - 16:22
**really** [5] - 15:13, 16:2, 16:8, 18:20, 33:3
**Realtime** [2] - 37:3, 37:13
**REALTIME** [1] - 3:9
**realtime** [3] - 13:20, 16:14, 18:25
**reason** [6] - 13:21, 16:8, 17:11, 17:12, 17:14, 31:22
**reasons** [1] - 8:23
**received** [4] - 25:15, 29:16, 35:12, 35:13
**recirculate** [1] - 32:10
**recollection** [2] -

11:16, 21:5
**record** [8] - 12:2,
14:12, 15:4, 21:22,
21:23, 25:1, 35:14,
37:8
**RECORDED** [1] - 3:13
**redact** [1] - 36:2
**redacted** [7] - 18:19,
24:15, 25:3, 25:12,
25:19, 25:24, 35:5
**REDACTED** [1] - 5:6
**REDACTED**...............
........................... [1]
- 4:24
**redaction** [2] - 18:13,
24:1
**REDACTION** [1] - 4:19
**redactions** [5] - 24:19,
24:24, 25:9, 25:17,
26:5
**REDACTIONS**...........
........................... [1]
- 4:25
**reference** [1] - 33:22
**referenced** [1] - 19:6
**regard** [6] - 9:11,
22:13, 29:7, 29:20,
35:5
**REGARD** [1] - 5:6
**regarding** [1] - 10:7
**registered** [1] - 37:14
**Registered** [1] - 37:3
**RELATES** [1] - 1:9
**release** [1] - 24:25
**remain** [5] - 29:19,
32:19, 32:20, 34:3,
34:7
**remaining** [1] - 33:14
**remember** [1] - 9:4
**remind** [2] - 12:7,
23:12
**reminded** [1] - 12:24
**REMOVAL** [1] - 4:7
**removal** [1] - 8:14
**removed** [1] - 33:11
**RENAISSANCE** [1] -
3:5
**renew** [1] - 28:2
**repeat** [1] - 7:25
**replace** [1] - 32:7
**reported** [1] - 15:24
**Reporter** [7] - 37:3,
37:4, 37:5, 37:13,
37:14, 37:14
**REPORTER** [5] - 3:9,
3:9, 23:5, 23:10,
35:3
**REPORTER'S** [1] -
37:1
**reporters** [1] - 22:6

**REPORTERS**.............
........................ [1] -
4:15
**reports** [5] - 18:25,
22:7, 22:18, 23:3,
23:6
**REPORTS**.............. [1]
- 4:17
**requests** [1] - 22:17
**require** [1] - 33:19
**resend** [1] - 31:22
**resolution** [1] - 27:4
**resolve** [1] - 17:3
**RESOURCES** [1] - 2:4
**responsible** [1] - 9:3
**review** [1] - 30:4
**reviewing** [1] - 26:5
**Ridenour** [2] - 9:5,
9:10
**RIG** [1] - 1:4
**RMR** [2] - 3:9, 37:13
**Rob** [4] - 7:10, 7:20,
9:15, 28:12
**ROBERT** [1] - 2:20
**Robin** [2] - 28:22,
28:23
**rock** [1] - 7:8
**roll** [3] - 7:9, 24:9,
36:12
**ROOM** [1] - 3:10
**rule** [1] - 31:20
**rules** [1] - 24:22
**ruling** [9] - 10:24,
11:22, 11:24, 12:5,
12:7, 12:22, 12:24,
12:25, 13:5
**rulings** [1] - 36:6
**Ryan** [1] - 28:22

**S**

**s/Cathy** [1] - 37:12
**safety** [1] - 16:9
**SALLY** [1] - 1:12
**Sarah** [3] - 11:17,
25:3, 26:5
**SARAH** [1] - 2:5
**satisfy** [1] - 18:6
**saw** [3] - 7:16, 26:11,
26:16
**SCHEDULED** [1] -
5:12
**scheduled** [1] - 36:21
**scrub** [2] - 15:23, 16:4
**seal** [2] - 25:10, 36:3
**SEAL** [1] - 5:10
**second** [1] - 19:22
**secondly** [1] - 8:25
**Security** [4] - 15:20,

15:25, 16:5, 16:17
**see** [12] - 7:8, 7:20,
10:5, 13:21, 17:11,
17:14, 19:22, 22:14,
23:2, 26:15, 28:7,
28:9
**seem** [1] - 31:20
**segment** [3] - 10:17,
16:17, 17:3
**SEGMENT**.................
.............. [1] - 4:10
**send** [3] - 7:14, 21:12,
36:5
**SENIOR** [1] - 2:3
**sense** [4] - 16:9, 17:6,
20:3, 29:23
**sent** [4] - 19:10, 19:12,
34:4, 35:11
**September** [1] - 36:22
**SEPTEMBER** [3] - 1:7,
5:12, 6:2
**SERVICES** [1] - 3:3
**services** [1] - 9:11
**share** [1] - 9:20
**shortly** [1] - 26:7
**SHUSHAN** [1] - 1:12
**site** [8] - 13:13, 13:16,
13:22, 16:1, 16:15,
19:21, 19:24, 21:25
**SITE** [1] - 4:11
**sites** [1] - 16:18
**sitting** [1] - 6:20
**slammed** [1] - 29:2
**slip** [1] - 8:24
**slip-up** [1] - 8:24
**slow** [1] - 23:22
**slowly** [1] - 8:6
**SMALL** [1] - 5:9
**small** [1] - 36:2
**smoothly** [1] - 8:23
**Social** [4] - 15:20,
15:25, 16:5, 16:17
**softer** [1] - 6:24
**solution** [1] - 36:8
**SOME** [2] - 4:23
**somewhat** [1] - 10:22
**soon** [3] - 13:18,
21:13, 31:3
**sorry** [5] - 6:9, 7:24,
8:12, 14:16, 22:8
**sort** [7] - 15:4, 29:9,
30:6, 30:11, 30:21,
32:7, 32:13
**sound** [5] - 6:12, 6:24,
7:23, 9:23, 10:10
**sounded** [1] - 25:14
**sounds** [1] - 34:10
**SOURCE** [2] - 4:10,
5:4

**source** [3] - 10:17,
17:2, 28:11
**SOUTH** [1] - 1:18
**SPEAKER** [1] - 35:2
**speaking** [2] - 7:23,
23:12
**spelled** [1] - 9:6
**SPILL** [1] - 1:4
**spoken** [3] - 6:24,
9:24, 12:22
**spreadsheets** [1] -
32:25
**stand** [3] - 12:10,
14:4, 24:15
**start** [5] - 20:23,
20:24, 21:2, 21:16,
27:23
**started** [1] - 6:11
**starts** [1] - 30:21
**State** [1] - 37:4
**statement** [2] - 10:23,
11:2
**States** [13] - 17:19,
17:24, 22:2, 26:7,
26:20, 27:12, 29:5,
29:14, 31:2, 32:3,
32:12, 37:5, 37:15
**STATES** [2] - 1:1, 1:13
**STATUS** [1] - 1:12
**stay** [2] - 24:8, 28:23
**STENOGRAPHY** [1] -
3:13
**still** [7] - 7:12, 22:7,
22:13, 24:14, 29:2,
29:13, 34:3
**STILL** [1] - 4:23
**stipulations** [1] -
28:11
**STIPULATIONS** [1] -
5:4
**STREET** [5] - 1:18,
1:22, 2:20, 3:5, 3:10
**stuff** [2] - 11:9, 15:23
**subject** [1] - 14:20,
24:21
**submit** [1] - 20:19
**submitted** [4] - 20:21,
21:4, 21:5, 29:11
**SUBMITTING** [1] -
4:13
**submitting** [2] - 14:15,
20:15
**suggested** [1] - 17:1
**suggesting** [1] - 16:24
**suggestion** [2] - 25:4,
28:25
**suggestions** [3] -
9:10, 9:21, 10:2
**SUITE** [2] - 1:18, 3:5
**supposed** [1] - 18:21

**system** [4] - 6:12,
7:23, 10:10, 12:14

**T**

**team** [2] - 12:17, 22:19
**TELEPHONE** [1] - 6:3
**ten** [1] - 6:20
**terms** [1] - 19:20
**terribly** [1] - 9:23
**testified** [1] - 19:5
**testimony** [2] - 11:22,
24:19
**textually** [1] - 32:13
**THAT** [2] - 4:23, 5:9
**THE** [88] - 1:4, 1:5,
1:12, 1:17, 2:3, 4:7,
4:8, 4:13, 5:1, 5:6,
5:7, 6:6, 6:8, 6:19,
7:3, 7:16, 7:20, 8:1,
8:4, 8:9, 8:11, 8:14,
8:19, 9:15, 10:5,
10:16, 10:22, 11:15,
11:19, 12:20, 13:7,
13:10, 14:3, 14:16,
15:6, 15:9, 17:17,
18:4, 18:9, 18:15,
20:1, 20:6, 20:22,
21:13, 22:5, 22:14,
22:23, 22:25, 23:5,
23:8, 23:10, 23:15,
23:20, 24:8, 24:13,
25:2, 25:8, 25:22,
26:3, 26:8, 26:14,
26:16, 26:19, 26:22,
27:1, 27:14, 28:4,
28:9, 28:15, 28:21,
28:25, 29:6, 30:9,
31:4, 32:14, 34:11,
34:20, 34:24, 35:1,
35:3, 35:4, 35:8,
35:17, 35:20, 36:10,
36:15, 36:20
**THEIR** [1] - 4:17
**theoretical** [1] - 16:21
**therefore** [1] - 11:25
**they've** [5] - 32:25,
33:1, 33:11, 34:22,
34:23
**THINGS** [1] - 4:11
**thinking** [2] - 11:21,
20:23
**thinks** [1] - 30:19
**THIRD** [1] - 5:1
**third** [2] - 26:8, 29:11
**THIS** [1] - 1:9
**THOMAS** [1] - 1:17
**THOSE** [1] - 4:14
**three** [2] - 32:23

**throughout** [1] - 32:16
**throw** [1] - 27:17
**timely** [1] - 17:10
**TO** [10] - 1:9, 4:13, 4:20, 4:22, 5:3, 5:6, 5:9, 8:15, 9:13, 9:22
**TO's** [1] - 7:19
**today** [9] - 18:14, 20:14, 22:10, 22:17, 27:10, 29:3, 29:7, 35:21, 36:6
**today's** [1] - 30:22
**together** [3] - 20:19, 29:25, 34:6
**Tony** [1] - 27:9
**took** [1] - 7:17
**tossing** [1] - 30:12
**touch** [1] - 31:17
**touch-up** [1] - 31:17
**touched** [1] - 19:2
**touching** [1] - 19:17
**tough** [1] - 22:22
**TOWER** [1] - 3:5
**track** [2] - 7:13, 12:13
**tracking** [1] - 12:4
**transcript** [4] - 11:5, 22:7, 22:16, 37:7
**TRANSCRIPT** [3] - 1:12, 3:13, 4:16
**Transocean** [2] - 22:8, 22:11
**TRIAL** [1] - 5:1
**trial** [8] - 11:1, 11:24, 18:22, 20:8, 20:10, 23:15, 25:25, 26:9
**trials** [1] - 18:2
**trouble** [2] - 6:12, 10:10
**true** [1] - 37:7
**try** [6] - 15:23, 18:5, 23:13, 27:22, 29:16, 36:12
**trying** [1] - 22:18
**two** [2] - 13:5, 27:3
**TWO** [1] - 5:3
**TX** [1] - 3:6
**type** [1] - 23:13
**types** [1] - 16:18

## U

**U.S** [1] - 2:4
**under** [2] - 25:14, 36:3
**UNDER** [1] - 5:10
**understood** [3] - 10:12, 10:17, 10:23
**unholy** [1] - 22:12
**UNIDENTIFIED** [1] - 35:2

**United** [13] - 17:19, 17:24, 22:2, 26:7, 26:20, 27:12, 29:5, 29:14, 31:2, 32:3, 32:12, 37:5, 37:15
**UNITED** [2] - 1:1, 1:13
**unless** [3] - 16:8, 21:14, 35:21
**unredacted** [2] - 24:25, 25:13
**up** [20] - 8:24, 13:9, 15:15, 15:16, 15:17, 16:1, 16:12, 16:18, 17:6, 18:5, 18:25, 19:16, 19:21, 19:24, 21:6, 21:25, 28:4, 28:9, 31:17, 33:15
**UPDATE** [1] - 4:7
**update** [1] - 8:14
**upheld** [1] - 14:22
**upload** [2] - 13:22, 21:15
**uploading** [1] - 16:15
**US** [7] - 4:25, 5:9, 17:16, 25:9, 35:24, 36:5, 36:9
**USA** [1] - 31:17
**used/introduced** [1] - 19:9
**usual** [1] - 7:18

## V

**various** [4] - 19:8, 32:25, 33:1, 33:2
**vehicles** [1] - 14:14
**VIA** [1] - 6:3
**via** [2] - 32:25, 33:1
**video** [1] - 18:25
**view** [2] - 14:18, 17:7
**VOICES** [2] - 6:7, 36:19
**volunteer** [1] - 29:15

## W

**wait** [1] - 17:25
**waiting** [1] - 9:15
**wants** [1] - 8:24
**WASHINGTON** [2] - 2:6, 2:21
**web** [4] - 16:1, 16:15, 16:18, 21:25
**Wednesday** [2] - 8:12, 17:2
**week** [19] - 16:19, 17:3, 18:17, 20:5, 20:7, 21:25, 24:1,

24:7, 26:24, 27:15, 28:14, 28:19, 28:20, 29:1, 29:15, 32:16, 35:21, 36:11, 36:17
**weekends** [1] - 21:2
**weekly** [5] - 15:18, 16:10, 16:24, 17:21, 17:23
**weeks** [1] - 29:11
**welcome** [3] - 8:9, 35:8, 36:15
**wheeled** [1] - 7:5
**WHEREUPON** [1] - 36:23
**willing** [2] - 24:5, 34:16
**wind** [1] - 19:16
**WITH** [2] - 4:21, 5:6
**withdrawals** [10] - 29:12, 29:22, 30:20, 30:23, 31:4, 31:5, 31:9, 32:24, 34:19
**withdrawing** [3] - 31:16, 32:10, 32:12
**withdrawn** [2] - 29:10, 30:14
**WITNESS** [1] - 4:17
**witness** [6] - 11:7, 13:25, 14:23, 19:5, 19:9, 23:6
**witnesses** [1] - 12:16
**word** [3] - 25:15, 26:23, 29:18
**words** [3] - 13:24, 23:13, 23:18
**WORKING** [1] - 1:12
**worried** [1] - 23:10
**worry** [2] - 25:13, 25:25
**WOULD** [1] - 4:20
**wound** [1] - 13:9
**wrench** [1] - 27:17

## Y

**yesterday** [1] - 8:11
**YOU'LL** [1] - 5:5
**YOUR** [1] - 5:6

## Z

**zone** [1] - 6:21

**OFFICIAL TRANSCRIPT**