UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Regarding the Admissibility of TREX-11583 (Rec. doc. 11374)]**

BP listed TREX 11583, a Transocean document, as an exhibit. Transocean objects on the ground of relevancy. On September 9, 2013, BP submitted a letter brief regarding the admissibility of TREX 11583 and advising that the document is relevant. Rec. doc. 11374. Transocean submitted a response. Rec. doc. 11376. BP submitted a reply. Rec. doc. 11378.

TREX 11583 is a 26 page power point presentation concerning the Jim Cunningham, a Transocean drilling rig. Rec. doc. 11374 (Exhibit A). On August 20, 2004, the rig was working in the Mediterranean when there was a blow out. Notwithstanding the exclusion of evidence relating to events occurring outside the GOM, BP argues that this document is relevant and admissible because there are brief references to the Jim Cunningham incident in the deposition of Robert Turlak of Transocean. Rec. doc. 11374 (Exhibit D). In addition, Edward Ziegler, an expert for the Aligned Parties, testified concerning the Jim Cunningham incident. Rec. doc. 11374 (Exhibit C). For example, he testified that the Jim Cunningham incident provided a basis for his disagreement with a statement by a representative of Wildwell Control. Id. at 65-66.

Transocean argues that, just as Judge Barbier has ruled that prior unrelated incidents are not relevant, the Jim Cunningham incident is not relevant. Rec. doc. 11376. But for Mr. Ziegler's

reliance on the Jim Cunningham incident, Transocean's position would be correct.  For the reasons presented by BP, however, the document is relevant.

IT IS ORDERED that: (1) BP's motion to overrule Transocean's objections to TREX 11583 (Rec. doc. 11374 is GRANTED; and (2) the deadline for an appeal of this order is **Thursday, September 26, 2013.**

New Orleans, Louisiana, this 17th day of September, 2013.

**SALLY SHUSHAN**
**United States Magistrate Judge**