UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | : | MDL NO.  2179 |
| "Deepwater Horizon" in the Gulf | : | |
| of Mexico, on April 20, 2010 | : | SECTION:   J |
| | : | |
| This Document Relates to: | : | JUDGE BARBIER |
| | : | |
| Civ. No. 10-4536 | : | MAG. JUDGE SHUSHAN |

. .  . .  . .    . .  . .  . .  . .  . .  . .  . .  . .    . .  . .  . .  . .  . .  . .    . .  . .  . .    . .  . .  . . . . . .

### UNITED STATES' MOTION TO REVIEW MAGISTRATE'S ORDER REGARDING MOTION TO STRIKE DR. NATHAN BUSHNELL DEPOSITION DESIGNATION OR, IN THE ALTERNATIVE, MOTION TO STRIKE BP "RELIED UPON" EXPERTS

The United States hereby moves for review and reversal of the September 12, 2013 Order of the Magistrate Regarding Motion to Strike Dr. Nathan Bushnell (Rec. Doc. 11352) ("Order to Strike") as a "relied upon" expert pursuant to Paragraph 4.i of the Order of this Court regarding Presentation of Evidence in Phase Two Trial (Rec. Doc. 11087).  Plaintiff United States' reasons for this appeal are set forth in the  attached Memorandum in Support.

Alternatively, if the Court affirms the ruling in the Order to Strike Dr. Bushnell, the United States moves to strike the three experts that BP designated pursuant to the same provision, on grounds BP also does not satisfy the standards set forth in the Order to Strike, as

1

set forth in the United States' Memorandum in Support, Part III.

      This Motion is substituted for the Motion erroneously filed yesterday.

September 17, 2013

                                        Respectfully submitted,

                                        <u>/s/ SARAH HIMMELHOCH</u>
                                        Senior Litigation Counsel for E-Discovery
                                        Environmental Enforcement Section
                                        U.S. Department of Justice
                                        P.O. Box 7611
                                        Washington, D.C. 20044
                                        Telephone: 202-514-0180
                                        Facsimile: 202-514-2583
                                        E-mail: sarah.himmelhoch@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Date:  September 17, 2013                                    /s/ Sarah Himmelhoch
                                                                           Sarah Himmelhoch