UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | : | MDL NO.  2179 |
| "Deepwater Horizon" in the Gulf | : | |
| of Mexico, on April 20, 2010 | : | SECTION:   J |
| | : | |
| This Document Relates to: | : | JUDGE BARBIER |
| | : | |
| Civ. No. 10-4536 | : | MAG. JUDGE SHUSHAN |

· ·  · ·  · ·   · ·  · ·  · ·  · ·  · ·  · ·  · ·  · ·  · ·   · ·  · ·  · ·  · ·  · ·  · ·   · ·  · ·  · ·   · ·  · ·  · · · · ·

## ORDER

Upon consideration of the United States' Motion to Review Magistrate's Order Regarding Motion to Strike Dr. Nathan Bushnell, Record Document 11352, and Defendants' Oppositions thereto,

**IT IS ORDERED** that the above-mentioned Order is reversed**,** and Plaintiff United States may designate the deposition of Dr. Bushnell pursuant to Paragraph 4.i of the Phase II Trial Order (Rec. Doc. 11087) and the US experts who relied upon Dr. Bushnell's opinion may refer to him during the Phase II trial.

Signed in New Orleans, Louisiana, this ___ day of _____, 2013.

_____
United States District Judge

1