# EXHIBIT B

# In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MDL No. 2179, SECTION J
JUDGE BARBIER; MAGISTRATE JUDGE SHUSHAN

## Expert Report of Srdjan Nesic, Ph.D

May 1, 2013

**CONFIDENTIAL**

# TABLE OF CONTENTS

1.   EXECUTIVE SUMMARY ................................................................................................ 4

2.   BACKGROUND AND CREDENTIALS ....................................................................... 5

3.   SCOPE OF WORK........................................................................................................... 7

4.   METHODOLOGY AND EXECUTION ...................................................................... 11

5.   OPERATIONAL AND PHYSICAL PARAMETERS ....................................................... 11

6.   SIMULATION RESULTS ............................................................................................. 12

    6.1.   CALIBRATION SIMULATIONS ................................................................................. 13
    6.2.   PRE- AND POST-EROSION SIMULATIONS ............................................................. 13
        6.2.1.   Simulations of the BSR.................................................................................. 14
            6.2.1.1.   Pre-erosion CFD Simulations of the BSR ............................... 15
            6.2.1.2.   Post-erosion simulations of the BSR ...................................... 18
        6.2.2.   Simulations of the CSR.................................................................................. 20
            6.2.2.1.   Pre-erosion CFD Simulations of the CSR ............................... 20
            6.2.2.2.   Post-erosion CFD Simulations of the CSR............................... 22
        6.2.3.   Simulations of the UAP ................................................................................. 23
        6.2.4.   Simulations of the Kinked Riser ................................................................... 24
            6.2.4.1.   Pre-erosion CFD Simulations of the Kinked Riser...................... 26
            6.2.4.2.   Post-erosion CFD Simulations of the Kinked Riser ...................... 29
    6.3.   TRANSIENT SIMULATIONS OF THE BOP ELEMENTS ........................................... 31

7.   ANALYSIS AND DISCUSSION.................................................................................. 32

8.   RESPONSE TO OTHER EXPERT OPINIONS ABOUT EFFECTS OF
EROSION ON FLOW RATE.................................................................................................. 37

APPENDIX A: CURRICULUM VITAE ............................................................................... 42

APPENDIX B: MATERIALS CONSULTED ........................................................................ 60

APPENDIX C: CALIBRATION SIMULATION ................................................................... 70

APPENDIX D: PROCESSING, IMPORTING AND MESHING CAD FILES IN
FLUENT ................................................................................................................................... 74

    PRE-EROSION BSR ............................................................................................................ 74
    POST-EROSION BSR .......................................................................................................... 81
    PRE-EROSION CSR ............................................................................................................ 83
    POST-EROSION CSR .......................................................................................................... 85
    UA AND KINKED RISER .................................................................................................... 86

APPENDIX E: ESTIMATION OF SAND PRODUCTION IN THE MACONDO
WELL ......................................................................................................................................... 1

    I.   EXECUTIVE SUMMARY..................................................................................... 2
    II.   BACKGROUND AND CREDENTIALS ................................................................. 2
    III.   SAND PRODUCTION............................................................................................ 3
    IV.   SAND PRODUCTION AT THE MACONDO WELL ............................................... 4

V.      Duration of Sand Production ............................................................... 12
VI.     Average Particle Size ........................................................................... 12

APPENDIX 1: Materials Considered ................................................................. 14
APPENDIX 2: Resume ..................................................................................... 16
APPENDIX 3: Prosper Modeling of Sandface Drawdown ............................... 30

APPENDIX F: DRILL PIPE BUCKLING AND BLIND SHEAR RAM
OPERATIONAL ANALYSIS .......................................................................... 1

I.      Introduction ........................................................................................ 2
II.     Scope of Work ..................................................................................... 2
III.    Finite Element Analysis & Study of BSR Operation ........................... 2
IV.     References ............................................................................................ 9

APPENDIX 1: BSR Operational Analysis ....................................................... 10

Top Kill)[1], the BSR was significantly eroded and no longer substantially restricted flow.

4. When the CSR was activated April 29, it also restricted flow. By the end of the metal erosion period, the CSR was the most significant BOP restriction to flow.

5. The Upper Annular Preventer ("UAP") and kinked riser restricted flow throughout the incident, but never at the levels of the BSR or CSR.

6. Assuming the BOP and the kinked riser were the main restrictions to flow in this period (April 22 - May 27), flow rate at the Macondo well would have almost doubled (increased by $88 \pm 2\%$) from April 22 - May 27 due to erosion. This increase was steady throughout the five-week period.

## 2.   BACKGROUND AND CREDENTIALS

I am a Russ Professor of chemical engineering at Ohio University and the Director of the Institute for Corrosion and Multiphase Flow Technology, one of the largest erosion/corrosion laboratories in the world. I have particular expertise in metallic erosion and corrosion, and I have published more than 70 peer-reviewed papers in leading international journals and monographs on this topic. My curriculum vitae, which includes a list of my publications over the last ten years, is attached as Appendix A.

I was previously qualified as an expert witness in August 2010 in *State of Alaska v. BP Exploration (Alaska)*. I was deposed in that case, but did not testify at trial. I have not testified in any other matter in the past four years.

---

[1] There is evidence that sanding continued beyond this date. In particular, I am aware of contemporaneous documents reporting that sand was in the hydrocarbon flow well into June 2010. See ADX003-0007575, June 5, 2010 Email from M. Burns to S. Black (warning that sand is in oil and may cause erosion); SDX005-0013242, June 23, 2010 Email from R. Merewether to T. Hunter et al. (estimating 30 bbls of sand production).

I am being compensated $400/hour for preparation of my report and any testimony in this matter, which is my standard hourly rate. Colleagues who provided assistance to me on this matter billed at standard hourly rates ranging from $100/hour to $250/hour. The compensation is not contingent upon the outcome of this litigation.

In forming my opinions, I considered the following materials:

1.  Flow geometries before and after erosional damage using:

    1.  Computer aided design ("CAD") files of nominal BOP geometries produced by Cameron;

    2.  Cloud point files of eroded BSR geometries from original laser scans;

    3.  Laser scans of other eroded BOP components;

    4.  Laser scans of the eroded kinked riser;

    5.  Images of eroded components;

    6.  ROV footage depicting flow through the kinked riser; and

    7.  Analysis by Nigel Richardson, modeling standoff between BSR blades;[2] and

    8.  Physical inspection of the eroded BOP components and riser at the Port Michoud, Louisiana facility (on May 21 and September 27, 2012).

2.  Operational parameters such as pressure, temperature, fluid composition, physical properties, and approximate flow rates from:

    1.  Intertek reports;

    2.  Pencor reports;

    3.  The Schlumberger report; and

    4.  Flow Rate Technical Group estimates of flow rate.

---

[2] Nigel Richardson's analysis is attached as Appendix F.

    3.  Data on solids content in the flowing hydrocarbons from:

        1.  Q4000 data;

        2.  Internal BP reports prepared by Julian Austin modeling erosion of the kink;

        3.  Analysis by Hans Vaziri, BP Distinguished Advisor for Sand Management, estimating upper and lower bounding of sand production at the Macondo well, average sand particle size, and timing and duration of sand production;[3] and

        4.  Top kill and junk shot data.

A complete list of materials I considered is included as Appendix B.

In addition, I have reviewed the expert reports submitted by Ronald Dykhuizen, Stewart Griffiths, and Mehran Pooladi-Darvish.  I focused on the discussion of erosion in those reports, and my response to their opinions on erosion is set forth in Section 8.

## 3.  SCOPE OF WORK

I analyzed flow through and erosion of metal elements along the hydrocarbon flow path in the Macondo well.  The analysis considers likely effects of flow rate on metal erosion and reverse effects of eroded geometries on flow rate.

The key elements I analyzed include:

    1.  **Elements of the BOP stack** (see Figure 1 below showing a cutaway view of the Deepwater Horizon BOP stack components).

---

[3] Dr. Vaziri's analysis is attached as Appendix E.

model assumes that hydrocarbon flow can be approximated as a two-phase flow, *i.e.*, consisting of a single homogenous fluid phase,[5] carrying a dilute second phase of solid particles, which ultimately caused erosion.  I made this assumption because accounting for an oil/gas/sand mixture flowing through a complex geometry would pose virtually insurmountable computational difficulties.[6]

I also made assumptions about sand production using information provided by Dr. Vaziri (see Appendix E).  Specifically, I assumed a dilute particulate phase comprised of sand particles with a uniform size distribution (grains of sand 500 μm in diameter) and a concentration of 0.01 vol% (equivalent to approximately 100 lb/bbl).  As set forth in Appendix E, Dr. Vaziri conservatively estimated a five-week duration of sand production and concluded that half the sand was likely produced in the first two weeks, by May 4, and the other half by the end of May.

In my simulations, I used bounding values to understand the sensitivity of the models to different flow rate conditions, with an upper bounding value of 0.01 $m^3$/s and a lower bounding value of 0.12 $m^3$/s, which are equivalent to production rates of approximately 5,000 and 65,000 bpd.  I did not attempt to determine the actual or even likely flow rate, and these bounding values do not attempt to reflect such flow rates.

6.   SIMULATION RESULTS

I completed three types of flow/erosion CFD simulations using Fluent:

- **Calibration simulations** of a model flow geometry to verify and calibrate the erosion model in Fluent;

---

[5] Specifically, I used a fluid mixture density range of $\rho$=645 - 688 kg/$m^3$ and viscosity range of $\nu$=0.2 - 0.3 cP.

[6] For this reason, many multiphase flow simulators used in the oil and gas industry, such as OLGA™, make this same approximation.

*6.2.1.   Simulations of the BSR*

As noted, the BSR was activated April 22, but did not seal the wellbore as intended. Different parties have reported that the BSR did not seal the wellbore because the deformed drill pipe was held off-center (see Figure 5), and I relied on information provided by Nigel Richardson (see Appendix F) about the BSR standoff.  Specifically, I used a gap of just under two inches between the blocks (see Figure 6), with the deformed drill pipe in between.

For approximately one week (April 22 - 29), hydrocarbons entered the BSR through the drill pipe and exited the partially sealed BSR by flowing through both the annulus and partially-severed drill pipe. Once the CSR was activated April 29, the flow path changed; hydrocarbons flowed up through and around the BSR in both the annulus and drill pipe.



*Figure 5. CAD models of BSR blades partially closed in on a deformed off-center drill pipe.*

**APPENDIX E: ESTIMATION OF SAND PRODUCTION IN THE MACONDO WELL**

Prepared by Hans Vaziri, Ph.D, April 30, 2013

**CONFIDENTIAL**

## I.   EXECUTIVE SUMMARY

I have been asked to provide an analysis of sand production in the Macondo well in connection with litigation arising out of the *Deepwater Horizon* incident of April 20, 2010. Specifically, I have been asked to estimate, among other things, the amount, timing, and size of sand produced from the reservoir by the Macondo well as a result of and following the incident.

Based on my review of materials from this litigation and materials relied on in the industry,[15] and my education and experience in sand prediction, I reach the following conclusions with a reasonable level of scientific certainty:

1. The Macondo well likely produced approximately 19,300 - 40,300 pounds of sand from April 20, 2010 until the end of May 2010.  This estimate is conservative and assumes that there was little sand production after May 2010 because by then the dynamic pressure conditions around the well had stabilized.[16]

2. About half the sand produced following the Macondo incident was likely produced in the first two weeks, with the remainder likely produced by the end of May 2010.

3. The sand particles produced at the Macondo well following the incident likely ranged from 100 to 10,000 microns, with an average size of approximately 500 microns.

I continue to review materials and reserve the right to amend or supplement these conclusions before trial.

## II.   BACKGROUND AND CREDENTIALS

I am the BP Distinguished Advisor for Sand Management, the highest technical level in the organization.[17]  In this capacity, I am responsible for predicting sand production of drilling wells across the world and recommending mitigating actions.  I am the official at BP most knowledgeable about sand management, and I am unaware of anyone in the field, including at other oil companies, who is more knowledgeable.

My educational background is described in Appendix 2.  Briefly, I received a bachelor's degree in Civil Engineering from Queen Mary College (The University of London) in 1977, a master's degree in soil mechanics from Imperial College (The University of London) in 1979, and a Ph.D. in geotechnical engineering from The University of British Columbia in 1986.

I have over 25 years' experience in sand management and sand prediction, and I have worked at BP for 12 years in sand production management in BP's global operations.  While at

---

[15]   The materials I have reviewed and on which I rely are set forth in Appendix 1 below.

[16]   My estimates do not attempt to take into account cement production.

[17]   There are only seven Distinguished Advisors in BP, and within Global Wells Organization, where I work, there are only two Distinguished Advisors.

| Scenario | Sanding (lb) | | | Sanding (bbl) | | |
|---|---|---|---|---|---|---|
| | Lower sand lobe | Upper sand lobe | Total | Lower sand lobe | Upper sand lobe | Total |
| Lower bound | 18200 | 1100 | 19300 | 26.0 | 1.6 | 28 |
| Base case | 28500 | 1500 | 30000 | 40.7 | 2.1 | 43 |
| Upper bound | 37100 | 3200 | 40300 | 52.9 | 4.6 | 57 |

Table 2. Summary of cumulative sanding estimates

## V.   DURATION OF SAND PRODUCTION

Based on industry experience, fundamental laws of physics and geo-material behavior, and the circumstances and evidence in this case, I conclude that sand production likely continued at least through May 2010. [30] After that time, the unsteady pressure and flow conditions through the reservoir and along the wellbore annulus may have stabilized. Although such a development would not eliminate sanding beyond May 2010, the quantities involved were likely relatively small compared to the earlier, primary sanding phase.

I further conclude that approximately half the sand production likely occurred within the first two weeks following blowout and that this sand for the most part passed through the system on a steady basis over the two weeks. When the incident occurred, high DD pressure was exerted on the reservoir sands following the explosion, but there was only limited space through which sand could pass due to cement and other flow path restrictions, including larger chunks of failed rock that likely became jammed within the annular space (it takes time for such material to clear the system).[31]

Finally, I conclude based on my experience and evidence that sand was in the system at least through the end of May and that the remaining sand likely passed through the system on a steady basis from the beginning of week three until sanding ended at the end of May.

## VI.   AVERAGE PARTICLE SIZE

Determining the average particle size of sand is not an issue that typically arises in the oil industry because screens prevent large sand particles (anything over 150 microns) from entering a production stream. Nevertheless, based on industry experience, I conclude that sand particles produced at the Macondo well likely ranged from 100 to 10,000 microns (about the size of a

---

[30]   Although I have reviewed emails suggesting that sand production lasted through June 2010, I conservatively assume that sand production ended in late May 2010. See ADX003-0007575, June 5, 2010 Email from M. Burns to S. Black (warning that sand is in oil and may cause erosion); SDX005-0013242, June 23, 2010 Email from R. Merewether to T. Hunter et al. (estimating 30 bbls of sand production).

[31]   The situation is similar to when a large number of concertgoers try to exit a single arena doorway. Although each person is smaller than the doorway opening, he or she can become tangled as all try to exit at the same time, particularly if all push themselves on top of each other.

coffee bean) and that the average size of solids produced at the Macondo well was approximately 500 microns — about the width of wire from which staples are made.

In most conventional producing wells (wells that have gone through the exploratory stage and are about to begin production), the average sand particle that passes through the system is expected to be 150 microns or less because the gravel packs and screens prevent larger solids grains from entering the system.

The average particle size at the Macondo well was likely larger than 150 microns for two reasons.  First, the reservoir was subjected to sudden and high DD, resulting in tensile failure of the sandface, which in the case of cemented sands (as were present here) leads to break-out in chunks rather than grains.  Second, the openhole geometry allowed larger particles to pass through the system than would be the case if gravel packs and screens were in place.

**APPENDIX F: DRILL PIPE BUCKLING AND BLIND SHEAR RAM OPERATIONAL ANALYSIS**

Prepared by Nigel Richardson, April 29, 2013

**CONFIDENTIAL**

I.      INTRODUCTION

A.      About CD-adapco

CD-adapco is the world's largest independent Computational Fluid Dynamics ("CFD") provider of engineering simulation software, support, and services.  CD-adapco employs over 700 people, working in 30 offices around the world.  We have over 30 years' experience delivering engineering simulation, and our services encompass a wide range of Computer Applied Engineering services in both CFD and Finite Element Analysis ("FEA").  More than 7,000 customers at 3,000 different companies use our software.

B.      Background of Global Structural/Thermal – Worldwide Engineering
        Services Group

I am director of CD-adapco's Global Structural/Thermal Group.  The group has 30+ years of experience in the aerospace, automotive, oil & gas, and nuclear industries. Over half the employees in the global structural/thermal group have PhDs.

II.     SCOPE OF WORK

I have been asked to analyze the effect, if any, of potentially buckled drill pipe on the ability of the blind shear rams (BSR) to cut the drill pipe and seal the Macondo well.  I simulated and compared the effects of both centered and off-centered pipe cutting in reaching my conclusions.

III.    FINITE ELEMENT ANALYSIS & STUDY OF BSR OPERATION

I performed a FEA to analyze the effects, if any, of potentially buckled drill pipe on the ability of the BSR to cut the drill pipe and seal the well.

To simulate the boundary conditions at the Macondo well, I created a 3D finite element model using BSR rigid blade surfaces and a drill pipe segment.[32]  The drill pipe was fixed at the Upper Annular Preventer ("UAP") and radially restrained at the upper Variable Bore Ram ("VBR"), again consistent with actual conditions.



**Figure 3.1.1 Finite Element Model – BSR Operational Analysis**

To begin the modeling, I moved the BSR blades to an almost-touching position and applied an initial velocity of the blades of 20 m/s, as shown in Figure 3.1.2.[33]  I then used a friction coefficient of 0.05 to simulate contact between the blade surfaces and drill pipe, and I

---

[32] Specifically, I used ABAQUS version 6.12 for this assessment, along with eight node hexahedral solid element (C3D8 element type) for drill pipe and rigid shell elements for BSR blades.  I extracted the geometry from client-provided Cameron BSR assembly CAD data.

[33] Temperature/pressure gradient effects were not included in this analysis.