# EXHIBIT C

01-42997
PW/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG ) MDL NO. 2179
"DEEPWATER HORIZON" in the )
GULF OF MEXICO, on ) SECTION: J
APRIL 20, 2010 )
) JUDGE BARBIER
)
) MAG. JUDGE SHUSHAN

# *CONFIDENTIAL*

## *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Srdjan Nesic, Ph.D.

JULY 23, 2013

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
08:29      1           THE VIDEOGRAPHER:  This is the
           2   deposition of Dr. Srdjan Nesic in regard to
           3   the oil spill of the oil rig Deepwater
           4   Horizon in the Gulf of Mexico on April 20th,
08:29      5   2010.  Today's date is July 23rd, 2013.  The
           6   time is 9:29 [sic] a.m.  We are now on the
           7   record.
           8           SRDJAN NESIC, Ph.D.,
           9   having been first duly sworn, testified as
08:29     10   follows:
          11                 E X A M I N A T I O N
          12   BY MS. CROSS:
          13        Q.   Good morning, Dr. Nesic.
          14        A.   Good morning.
08:29     15        Q.   I introduced myself off the
          16   record, but I will do so again, here, on the
          17   record.  My name is Anna Cross.  I work for
          18   DOJ, and I represent the United States in
          19   this matter.  With me is my colleague Erica
08:30     20   Pencak, also from DOJ, also representing the
          21   United States.  Could you please state your
          22   full name for the record?
          23        A.   My name is Srdjan Nesic.
          24        Q.   Do you have a middle name?
08:30     25        A.   No.
```

08:42

08:43

08:43

08:43

08:44

```
 1         Q.    Correct.
 2         A.    Then the answer is yes.
 3         Q.    As you sit here today, is there
 4   anything you would like to change in your
 5   report?
 6         A.    There is one small omission that
 7   was discovered that in my report there is an
 8   inconsistency with respect to some of the
 9   files that I have given to -- as support for
10   my opinions, and that refers to stating that
11   the particle size in those files was
12   500 microns, where -- where it was smaller in
13   the actual -- the files I gave used a smaller
14   particle size, sand particle size, to be
15   precise; and that's an omission that happened
16   which does not in any way change the
17   substance of the opinions I offer in the
18   report, but it's, I think, worth mentioning
19   that that mistake has happened, that omission
20   and inconsistency has happened.
21         Q.    Okay.  When did you discover
22   that omission?
23         A.    That was -- are you asking me
24   for the timing or --
25         Q.    Yes.
```

|   |   |
|---|---|
| 1 | A.   That was after we -- or I got |
| 2 | feedback about my report from some of the |
| 3 | government experts. |
| 4 | **Q.   Okay.  Are you referring to any** |
| 08:44  5 | **government expert in particular?** |
| 6 | A.   If I am remembering correctly, I |
| 7 | think it was in the Bushnell's report, |
| 8 | Dr. Bushnell, although I can't be hundred |
| 9 | percent sure.  It's -- it's one of the three |
| 08:44 10 | or four that I got back. |
| 11 | **Q.   Okay.  And that would be** |
| 12 | **Dr. Bushnell's June 10th report?** |
| 13 | A.   I do not remember the exact date |
| 14 | of that report, but since I have -- that |
| 08:44 15 | sounds right, given that that's after I |
| 16 | submitted my report, so it is possible that's |
| 17 | the right date.  I'm not sure. |
| 18 | **Q.   Okay.  Do you recall when you** |
| 19 | **got the copy of Dr. Bushnell's June 10th** |
| 08:45 20 | **report, assuming that's the date of that** |
| 21 | **rebuttal report?** |
| 22 | A.   I -- I'm sorry, I do not |
| 23 | remember the exact date. |
| 24 | **Q.   But you've been aware of the** |
| 08:45 25 | **omission with regard to the 500 micron** |

```
 1    particle size since reviewing Dr. Bushnell's
 2    report; is that fair?
 3            A.     That's correct.
 4            Q.     And when you refer to it as an
 5    omission, what do you mean?
 6            A.     I should probably have used the
 7    other word that I did mention in my previous
 8    statement, and that is an inconsistency, that
 9    I list in the report that I used 500 micron
10    sand particles, whereas in the files I gave
11    you, there is small -- there is a smaller
12    particle size, I believe it's 150.  Now, that
13    is an inconsistency rather than an omission.
14    An omission is, in a sense, I omitted to --
15    to use the right number that is consistent
16    with the files I gave you.  However, as I
17    said, there is two important qualifications
18    to that statement, one is that I already
19    mentioned and that is that bears no
20    consequence on the substance of my main
21    conclusions; and the other one is that we
22    have done simulations with various particle
23    sizes, 500 and 150 microns included.  And
24    when we handed those files over as support
25    for my opinions, we didn't match up what was
```

```
 1     work you did in this case other than
 2     attorneys?
 3            A.     No one that I can recall.
 4            Q.     You spoke with Dr. Sormaz and
 5     Dr. Wang, obviously?
 6            A.     Indeed.  Those were my
 7     assistants.
 8            Q.     Did you speak with Dr. Vaziri at
 9     all?
10            A.     No, I never spoke or met him
11     before.
12            Q.     Did you meet with Mr. Richardson
13     at all?
14            A.     No, I never met him or spoke to
15     him before.
16            Q.     Did you meet or talk to Tony
17     Liao?
18            A.     No, never met him or talked to
19     him.
20            Q.     Did you review any of the
21     deposition transcripts that have been
22     generated in this case?
23            A.     Yes, I have.
24            Q.     Whose deposition transcripts did
25     you review?
```

|   |   |
|---|---|
| 1 | you know whether you reviewed |
| 2 | Mr. Richardson's report in draft or final |
| 3 | form prior to submitting your expert report? |
| 4 | A.    The same applies, though. |
| 09:46  5 | Q.    You don't know? |
| 6 | A.    No, I don't know whether that |
| 7 | was just exactly last version or almost the |
| 8 | last version.  That, I don't know exactly. |
| 9 | Q.    And you don't recall when you |
| 09:47 10 | first saw it? |
| 11 | A.    No.  It was similar to |
| 12 | Dr. Vaziri's report.  I saw it before I |
| 13 | submitted my report.  Quite a bit more, |
| 14 | actually. |
| 09:47 15 | Q.    You rely on certain conclusions |
| 16 | reached by Mr. Richardson, right? |
| 17 | A.    Yes. |
| 18 | Q.    Okay.  When did you first |
| 19 | incorporate those conclusions into your |
| 09:47 20 | modeling?  And specifically I'm talking about |
| 21 | the BSR gap of just under 2 inches, as you |
| 22 | refer to it. |
| 23 | A.    The BSR gap that was used in my |
| 24 | simulations, standoff distance, as it's |
| 09:47 25 | called, was -- was something I have obviously |

```
 1      done in consistent -- that is consistent with
 2      Dr. Richardson's report.  And your question
 3      was when did I?
 4           Q.    When did you first incorporate
 5      Mr. Richardson's conclusions about the BSR
 6      gap into your modeling?
 7           MR. ROMAN:  Object to the form.
 8           A.    We have used that standoff
 9      distance from the very beginning of our
10      simulations.
11           Q.    (BY MS. CROSS)  Okay.  Is that
12      the only standoff distance for the BSR that
13      you used?
14           A.    We did move it around a little
15      bit in the original sort of sensitivity
16      testing and when we were adjusting the BSR
17      position at that time.  This was --
18           Q.    After you created your geometry,
19      though, you stuck with the 1.9 inches of a
20      BSR standoff; is that right?
21           A.    That's right, we did not vary --
22      once we determined that final distance, that
23      was -- that was not varied.
24           Q.    Do you --
25           A.    At least that I recall.  There
```

|   |   |
|---|---|
| 1 | was no need to do that. |
| 2 |     Q.    You testified about the work you |
| 3 | had Dr. Sormaz and Dr. Wang do for you.  Did |
| 4 | you rely on any conclusions that they reached |
| 09:49 5 | in their work? |
| 6 |     A.    No, no.  They were -- they were |
| 7 | my assistants.  They did things at my request |
| 8 | and -- and at my instruction.  So they were, |
| 9 | if you want, going through the mechanics of |
| 09:49 10 | what I asked them to do and thereby speeding |
| 11 | up the work that I was executing. |
| 12 |     Q.    Was Mr. Richardson the source of |
| 13 | the original standoff distance that you used |
| 14 | in your modeling? |
| 09:49 15 |     A.    I believe a 2-inch stand of |
| 16 | distance was reported in the DNV report much |
| 17 | earlier than Richardson. |
| 18 |     Q.    Okay. And -- and did you use |
| 19 | the DNV figure when you started your |
| 09:49 20 | simulation? |
| 21 |     A.    Those are virtual identical |
| 22 | figures, so therefore it's the same number, |
| 23 | so I don't know how -- how can we answer that |
| 24 | question that you asked me?  It is the |
| 09:50 25 | same -- if the number was different, then you |

| | |
|---|---|
| 1 | MR. ROMAN:  He is Dr. Richardson. |
| 2 | MS. CROSS:  Got it. |
| 3 | Q.      (BY MS. CROSS)  So just so I'm |
| 4 | clear, did you rely on the value that |
| 5 | Dr. Richardson has in his expert report, or |
| 6 | did you rely on the value as reported by DNV? |
| 7 | MR. ROMAN:  Object to the form; object, |
| 8 | asked and answered. |
| 9 | A.      I believe those are -- we're |
| 10 | talking 1.92 inches, plus my -- so the |
| 11 | difference is .1 inch.  Those numbers are |
| 12 | consistent with each other.  So therefore I'm |
| 13 | not sure that there was any difference |
| 14 | between -- between those -- our sensitivity |
| 15 | tests showed that there was no significant |
| 16 | difference whether we used 1.9 or 2, but that |
| 17 | was very early on before Dr. Richardson |
| 18 | produced any numbers. |
| 19 | Q.      (BY MS. CROSS)  Okay.  When you |
| 20 | refer to "sensitivity tests," is there |
| 21 | sensitivity tests you ran before you created |
| 22 | your geometry input files? |
| 23 | A.      No.  No.  One can in a CAD |
| 24 | environment move the blocks that are provided |
| 25 | as separate files closer from each other, and |

```
 1    that's what I meant.  We have provide -- we
 2    have done a couple different versions of that
 3    work, and that's what I call the sensitivity
 4    test.
 5         Q.   Okay.  What distances did you
 6    use in those sensitivity tests between the
 7    BSR blocks?
 8         A.   I do not recall the exact
 9    numbers, but it was in the vicinity of
10    2 inches, as measured in the way that's shown
11    in my report.  I think we did in steps of
12    .1 inch, but this was awhile ago, so I don't
13    remember that exact exercise.
14         Q.   Did you produce the results of
15    that sensitivity testing with your
16    relied-upon modeling runs?
17         A.   No.
18         Q.   Did you retain those results?
19         A.   No.
20         Q.   Go ahead and turn to Tab 20 in
21    your binder, if you would.  And this has been
22    previously marked as Exhibit 11530.  Do you
23    recognize this as the DNV report we were
24    talking about?
25         A.   Yes, that's what it seems to be.
```