# EXHIBIT D

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in
the Gulf of Mexico, on April 20, 2010
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MDL NO. 2179, SECTION J
JUDGE BARBIER: MAGISTRATE JUDGE SHUSHAN

**Well-Test Analysis**

Expert Report of Alain Gringarten

May 1, 2013

**CONFIDENTIAL**

# APPENDIX F

Figure 1: Schematic of MC252 BP01 Well                    Figure 2: Hydrocarbons entering the riser

The pressure gauges located in the BOP (PT-B), Choke line (PT-C) and Kill line (PT-K). The Mud line was at 4,992 ft below sea level (bsl) or 5067 ft below Horizon Rotary Table. The Horizon Rotary was 75 ft above sea level.

The depths of the pressure gauges used in the Macondo analysis are:

- PT-B: 4,972 ft TVDss
- PT-3K-2: 4,912 TVDss[i]

### 1.1.3    Pressure and Production Data

#### 1.1.3.1 Pressure Data

All the pressure data presented in this study were analysed in a systematic way. Pressure data was provided by Dr. Trusler.[ii] Pressure data were, where necessary, first converted to the consistent formats, units and datum levels for the entire available pressure history and merged into data sets.



Figure 3: Available Pressure Data for Analysis

The PT-B data after the well was completely closed (after the shut-in from 15 July 2010 14:19) was noisy and could not be used for analysis. As part of quality control on the PT-B data, it was compared to PT-3K-2 during the days (14th – 15th July, 2010) just prior to shut-in (Figure-2) and their pressure difference computed.