# EXHIBIT E

01-42988
RWM/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL*

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Alain C. Gringarten, Ph.D.

**JULY 22, 2013**

*COPY*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
08:24  1              (Exhibit No. 11696 marked for
08:32  2       identification.)
08:32  3              THE VIDEOGRAPHER:  This is the
08:32  4       deposition of Alain Gringarten regarding the oil
08:32  5       spill of the oil rig DEEPWATER HORIZON in the
08:32  6       Gulf of Mexico on April 20th, 2010.
08:32  7              Today's date is July 22nd, 2013, and
08:32  8       the time is 8:32 a.m.  We are now on the record.
08:32  9                ALAIN C. GRINGARTEN, PH.D.,
08:32 10       having been duly sworn, testified as follows:
08:32 11                        EXAMINATION
08:33 12       BY MS. HIMMELHOCH:
08:33 13          Q.   Okay.  Good morning, Dr. Gringarten.
08:33 14       My name is Sarah Himmelhoch.  I work for the US
08:33 15       Department of Justice, and I'm here representing
08:33 16       the United States in this matter.
08:33 17              Sitting next to me is a gentleman I
08:33 18       understand you already know, Dr. Leif Larsen, and
08:33 19       next to him is my colleague, Mr. O'Roark.
08:33 20              Please state your full name for the
08:33 21       record.
08:33 22          A.   Alain Gringarten.
08:33 23          Q.   No middle name?
08:33 24          A.   C.
08:33 25          Q.   And what's your date of birth?
```

|       |    |                                                           |
|-------|----|-----------------------------------------------------------|
| 01:18 | 1  | A.  Yes, most likely, yes.                                |
| 01:18 | 2  | **Q.  How do you know that?**                             |
| 01:18 | 3  | A.  Well, the difference in deconvolved                   |
| 01:18 | 4  | rate is really on the cumulative production.  So          |
| 01:18 | 5  | if you look at page 37 of the main text,                  |
| 01:18 | 6  | Figure 5.2, the rate history that result, you             |
| 01:18 | 7  | know, after deconvolution from the two options,           |
| 01:18 | 8  | you know, are the same, they are shifted.                 |
| 01:18 | 9  | **Q.  Uh-huh.**                                           |
| 01:18 | 10 | A.  So the other one would be shifted a                   |
| 01:18 | 11 | little higher, okay.  And so when you convert             |
| 01:18 | 12 | downhole, you can see that it will be higher than         |
| 01:18 | 13 | the green.                                                |
| 01:18 | 14 | **Q.  Yes, I understand that.**                           |
| 01:18 | 15 | A.  And, you know, if you look at the                     |
| 01:19 | 16 | difference in cumulative, then it would be                |
| 01:19 | 17 | someone around -- somewhere around the rate.              |
| 01:19 | 18 | **Q.  The difference in cumulative flow over**            |
| 01:19 | 19 | **the entire length of the spill?**                       |
| 01:19 | 20 | A.  No, from the starting point.                          |
| 01:19 | 21 | **Q.  Okay.  Okay.  Did you use any offset to**           |
| 01:19 | 22 | **the PTB data in co -- in calculating your flow**        |
| 01:19 | 23 | **rate trend?**                                           |
| 01:19 | 24 | MR. EISENBERG:  Object to form.                           |
| 01:19 | 25 | A.  Offset meaning?                                       |

```
01:19  1         Q.  (BY MS. HIMMELHOCH)  Did you adjust the
01:19  2    PTB data by any value?
01:19  3              MR. EISENBERG:  Object to form.
01:19  4         A.  That was done by Dr. Johnson.
01:19  5         Q.  (BY MS. HIMMELHOCH)  For the downhole
01:19  6    pressures.  I'm --
01:19  7         A.  Yes.
01:19  8         Q.  -- talking about in the first step when
01:19  9    you used the PTB pressures to develop your first
01:19 10    flow rate trend.
01:19 11         A.  That was done by Professor Trusler.
01:20 12         Q.  That was -- so you used
01:20 13    Professor Trusler's PTB pressure numbers --
01:20 14         A.  That's correct.
01:20 15         Q.  -- for the flow rate trend?
01:20 16         A.  Yes.
01:20 17         Q.  Did he actually do this flow rate trend
01:20 18    for you or did you simply use the pressures he
01:20 19    provided to you?
01:20 20         A.  I used the pressure.
01:20 21         Q.  On page 36 you state, in the final
01:20 22    paragraph on that page, "As we do not have
01:20 23    pressure data prior to May 8th, I have assumed
01:20 24    that the pressure decreases linearly between the
01:20 25    initial pressure and the first pressure
```