```
Court Name: Louisiana Eastern District
Division: 2
Receipt Number: LAE021640
Cashier ID: bnewell
Transaction Date: 09/13/2013
Payer Name: THEODORE FRANK

TREASURY REGISTRY
 For: STURDIVANT
 Case/Party: D-LAE-2-10-AB-002179-001
 Amount:         $50,000.00

CHECK
 Check/Money Order Num: 323
 Amt Tendered: $50,000.00

Total Due:       $50,000.00
Total Tendered:  $50,000.00
Change Amt:      $0.00


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for a returned check."
```