UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 Section: J |
| THIS DOCUMENT RELATES: *2:13-cv-0768* | * * * * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

### ORDER

Considering the Plaintiff's Motion to Substitute Counsel of Record;

IT IS HEREBY ORDERED that the Motion is GRANTED. Michelle C. Purchner is withdrawn as counsel of record for Plaintiff. Vionne M. Douglas is enrolled as counsel of record for Plaintiff.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
HONORABLE JUDGE BARBIER