## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 Section: J |
| THIS DOCUMENT RELATES: | * | |
| *2:12-cv-01713* | * | **JUDGE BARBIER** |
| | * | **MAGISTRATE JUDGE SHUSHAN** |
| _____ | * | |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs who move this Honorable Court for an Order enrolling and substituting Vionne M. Douglas for Michelle C. Purchner as counsel of record.  Mrs. Purchner is no longer employed by the firm of The Andry Law Group, L.L.C., thus Mrs. Purchner no longer represents Plaintiffs.

Jonathan B. Andry of the law firm The Andry Law Group, L.L.C. will remain counsel of record for Plaintiffs.

**WHEREFORE**, Plaintiffs pray that Ms. Douglas be substituted for Mrs. Purchner as counsel of record for Plaintiffs.  Plaintiffs further pray that Ms. Purchner be formally withdrawn as counsel of record for Plaintiffs.

Respectfully submitted,

By:    */s/ Jonathan B. Andry*

Jonathan B. Andry     (La Bar # 20081)
*jandry@andrylawgroup.com*
Vionne M. Douglas    (La Bar # 31447)
*vdouglas@andrylawgroup.com*
**The Andry Law Group, L.L.C.**
610 Baronne Street
New Orleans, Louisiana   70113
Telephone:     (504) 525-5535
Telefax:         (504) 586-8933

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion has been served on All Counsel by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this **17th day of September, 2013.**

*/s/ Jonathan B. Andry*
Jonathan B. Andry
