## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL No. 2179**  **Section: J** |
| **THIS DOCUMENT RELATES:** | * | |
| *2:12-cv-01713* | * * | **JUDGE BARBIER** **MAGISTRATE JUDGE SHUSHAN** |
| _____ | * | |

## ORDER

Considering the Plaintiffs Motion to Substitute Counsel of Record;

IT IS HEREBY ORDERED that the Motion is GRANTED.  Michelle C. Purchner is withdrawn as counsel of record for Plaintiffs.  Vionne M. Douglas is enrolled as counsel of record for Plaintiffs.

New Orleans, Louisiana, this \_\_\_\_\_ day of _____, 2013.

_____
HONORABLE JUDGE BARBIER