IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br>SECTION J |
| This document relates to all actions. | * * * | HONORABLE CARL J. BARBIER |
| | * * * * | MAGISTRATE JUDGE SHUSHAN |

## DECLARATION OF MARK D. STALEY

1.  I am a person of the full age of majority, and I am competent to make this Declaration. I am a Director of the Postlethwaite & Netterville accounting firm ("P&N"), located at 8550 United Plaza Blvd., Suite 1001, Baton Rouge, LA 70809. Along with other Directors and employees of P&N, I am personally involved on behalf of P&N in the review and processing of claims pursuant to the Business Economic Loss (BEL) Framework of the Economic and Property Damages Settlement Agreement entered into in connection with this matter.

### BEL Accountant Review Process

2.  The BEL Accountant Review process is established to perform an independent and objective review and evaluation of BEL claims presented to the Court Supervised Settlement Program (CSSP), in accordance with the terms of the Settlement Agreement and policies established by the Claims Administration Office (CAO). The BEL Accountant Review process consists of an Initial Accountant Review, a Quality Assurance Review, and a Notice Quality Control Review.

**EXHIBIT C**

3. The Initial Accountant Review process consists of evaluating information presented in the claimant file, preparation of a calculation workbook, financial analysis and reconciliation of financial data, claimant information requests, calculating claimant determination, file notation, and independent file review for completeness and accuracy. Each of the steps performed in the Initial Accountant Review process accounts for a portion of the time involved in executing the total Accountant Review process effort.

4. Evaluation of information presented in the claim file will typically include: (A) Evaluating the registration and claim form to understand the specific facts of the claim and the claimant's business; (B) Evaluating the results of review steps prior to accountant review to understand zone and industry designations, as well as causation results; and (C) Evaluating additional information presented to determine compliance with the minimum required documentation as stated in the Settlement Agreement. Although no two are the same, a CSSP Claimant file could contain over 185 documents represented by "Doc ID" in the DWH Portal.

5. Preparation of the claim calculation workbook will typically include: (A) Evaluating profit and loss statements and tax documentation to understand the inputs into the compensation calculation; (B) Capturing up to five years of revenue and expense line item details by month; (C) Capturing tax return information by filing year; and (D) Capturing professionally prepared calculation results, if applicable.

6. Financial analysis, reconciliation of financial data and execution of claimant information requests will typically include: (A) Review and classification of each and every revenue and expense line item, addressing both ambiguous and abnormal items; (B) Reconciliation of annual tax returns to profit and loss statements; (C) Comparison of claimant professionally prepared calculations to the final calculation prepared by the CSSP; and (D)

Contacting the authorized representative for the claim to clarify questions or anomalies and/or obtain additional supporting documentation to support the financial analyses, each of which may result in a documented Incomplete Notice.

7. Calculation of claimant determination, file notation and independent file review will typically include: (A) Conclusion of the claim calculation workbook with a compensation determination; (B) Documenting the results of the financial analysis and claimant interactions in the claimant's records; and (C) Performing an independent review to confirm the completeness and accuracy of the completed claim calculation.

8. The Accountant Quality Assurance and Notice Quality Control Review processes are established to perform an objective review to confirm the accuracy and consistency of eligible compensation calculations. Each of the steps performed in the Quality Assurance and Notice Quality Control processes account for some portion of the total time invested in the Accountant Review process.

9. The Quality Assurance Review process will typically include: (A) Reviewing final work product to ensure compliance with consistency guidelines; (B) Evaluating situations of professional judgment to confirm decisions are supported and documented; (C) Confirming compliance with Settlement Agreement requirements; and (D) Confirming consistency of policy interpretation and implementation across similar claim types.

10. The Notice Quality Control Review process will typically include: (A) Reviewing the consistency between the data in the BEL calculation workbook and the information presented in the Eligibility Notice; and (B) Reviewing that all prior payments are accounted for and offset appropriately.

11.     The level of effort required to complete the Initial Accountant Review, Quality Assurance Review and Notice Quality Control Review processes are sensitive to a myriad of variables, many of which are outside of the control of Accounting Vendors. Among some of the more notable drivers that influence the amount of time and skill necessary to complete this phase of the process are (without limitation) the following: (A) Complexity of the claim determined by framework, industry, zone, causation results, organizational structure, number of facilities, and accounting method, chart of accounts, systems, etc; (B) Condition of the claim determined by document completeness; (C) Results of financial analysis including profit & loss versus tax return reconciliations, revenue or expense line item break outs, anomalies in comparative analysis, etc; (D) Number of claimant interactions required to clarify questions; (E) The level of data capture revisions required to determine causation results following the transition of this responsibility to the Accounting Function in February 2013; (F) Complexity of policy environment; and (G) Claim iterations including incompleteness, re-review, and reconsideration.

12.     A review of available data suggests that claim iterations are a significant driver impacting the level of effort in the BEL Accountant Review process. An analysis of claims reviewed by P&N between June 1, 2013 and September 11, 2013 suggest that over 60% of claims reviewed for the first time resulted in a second review. The Analysis further suggests that the level of effort to process a claim to Final Determination by an Accountant increased by over 40% if the claim experienced one iteration and by over 65% if the claim experienced two iterations.

13      The majority of claims reviewed by P&N in the BEL Accountant Review process require interaction with the authorized representative of the claim in order to complete the evaluation of the claim. Of the claims reviewed by P&N between June 1, 2013 and September 11, 2013, the average number of P&N recorded interactions per claimant was

greater than 4.50 and nearly all claimants had at least one recorded interaction documented by P&N. In comparison, the average number of P&N recorded interactions per claimant for claims reviewed by P&N between October 1, 2012 and December 31, 2012 was less than 2.50.

14. Claim zone designation is one variable of claim complexity that can influence the amount of effort to process a claim. Available data suggests that of the claims receiving final Determination Notice as reviewed by P&N between June 1, 2013 and September 11, 2013, over 75% of claims were in a zone other than zone A and non-zone A claims required over 20% more review time on average than claims designated in zone A.

15 The total effort (translated into invested hours) that may be required in the course of the BEL Accountant Review process is impacted by the steps necessary to perform an independent and objective review and evaluation of a claim, and by many drivers, some of which are outside of the control of Accounting Vendors. Available data suggests that of the claims receiving final Determination Notice as reviewed by P&N between June 1, 2013 and September 11, 2013, certain claims required less than ten (10) invested hours while others required more than one hundred (100) invested hours by P&N to complete the BEL Accountant Review Process.

I declare under penalty of perjury that the foregoing is a true and correct statement of my opinions and analysis.

Executed this 17th day of September, 2013

_____
Mark D. Staley
Postlethwaite & Netterville