UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) | MDL. NO. 2179 |
| | ) | SECTION: J |
| This Document relates to: | ) ) | JUDGE BARBIER |
| 2:10-CA-10-8888 | ) | MAG. JUDGE SHUSHAN |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

COMES NOW the undersigned counsel and respectfully moves the Court for leave to withdraw as counsel for the Claimants listed below, as Daniell, Upton & Perry, P.C. no longer represents these Claimants any further regarding any oil spill related claims.

| Plaintiff/Claimant | Document No. | Cause No. |
|---|---|---|
| Gordon Hershaw Gill & Susan Randall Gill | 64328 | CA-10-8888 |

DANIELL, UPTON & PERRY, P.C.
P. O. Box 1800
Daphne, AL  36526
dab@dupm.com  (E-mail)
(251) 625-0046 (Voice)
(251) 625-0464 (Fax)

/s/David A. Busby
**DAVID A. BUSBY**
**(BUSBD-4991)**

1

## Certificate of Service

I, David A. Busby, Esq., hereby certify that I have this day served via E-Mail, a true and correct copy of the above and foregoing Motion to Withdraw as Counsel to All Counsel of Record.

This the 17th day of September, 2013.

By: /s/David A. Busby
**David A. Busby (BUSBD-4991)**