UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

[Regarding Working Group Conference on Friday, September 13, 2013]

**NOTE TO CELL PHONE PARTICIPANTS:** Please do not put your phone on hold during the conference as it causes an annoying beeping sound (or music) for everyone else. If you cannot participate for part of the conference, put your phone on mute. Likewise for those who type during the conference.

**MICHOUD MATTERS**

1. **Lease extension**.

    BP reported that the lease extension was on track.

2. **Removal of BOP by Transocean**.

    The undersigned reported that Transocean and Captain Englebert are waiting for the answer to an engineering question from NASA before proceeding with finalizing the lift plan for the removal of the BOP. Once the authorization is received, BP will have an opportunity to review the lift plan and make suggestions.

3. **Captain Englebert's August activity report**.

    The proposed allocation was sent to the parties.

**PHASE TWO PREPARATION**

1. **Expert Reports, Exhibits and Demonstratives.**

Expert reports and their curriculum vitae may go on to the FTP site once the expert is accepted.

The exhibit teams for the Aligned Parties, the U.S. and BP/Anadarko will keep track of the exhibits and demonstratives used with witnesses during each day. By the lunch break on the next day, an agreed upon list of the exhibits used during the previous day shall be submitted (in person or by email) to Stephanie Kall. If Judge Barbier has not ruled on the admissibility of any of the exhibits or demonstratives used during the previous day, the exhibit teams will ask that he rule on their admissibility. That evening the admitted exhibits may go on the FTP site.

When the trial for the week ends on a Thursday or Friday, posting to the FTP site shall occur on the following Monday. For the last day of the trial, October 24, posting shall occur on Friday, October 25.

2. **Deposition bundles**.

As soon as the deposition bundles are ready, they shall be sent to Judge Barbier so he can begin his trial preparation.

The Aligned Parties want to put the deposition bundles offered by them up on the FTP site on the first day. The U.S. does not want to delay the deposition bundles until after the final marshaling conference. BP argues that putting the deposition bundles on the FTP site should be delayed until the final marshaling conference.

The deposition bundles may go on the FTP site on the day they are offered. The site shall indicate that deposition bundles (testimony and exhibits) are subject to objections.

3. **<u>Court reporters</u>**.

The parties reported that the remaining transcript orders would be submitted on Friday, September 13. The parties are working on the other requests by the Court reporters regarding expert reports, witness lists and the like.

**All trial counsel are reminded to speak clearly and slowly and into a microphone.**

4. **<u>Demonstrative range numbers</u>**.

The demonstrative range numbers proposed by the PSC are accepted. They will be used for the September 16 deadline for the exchange of all demonstratives that the parties can reasonably anticipate using in the Source Control openings and the Source Control segment of the trial.

5. **<u>Redact and de-confidentialize</u>**.

The deadline to redact and de-confidentialize exhibits is extended from **September 13 to September 20.** The deadline to provide inData with copies of redactions/de-confidentializations is extended from **September 18 to September 23.**

6. **<u>Redactions to pretrial briefs</u>**.

The Aligned Parties reported that their brief contained redactions of testimony that had been claimed confidential. By close of business on **Monday, September 16, 2013,** the parties shall notify the Aligned Parties whether they want to preserve the confidential redactions or whether the Aligned Parties may file an unredacted copy of the pretrial brief.

7. **<u>Redactions to exhibits</u>**.

The U.S. redacted direct dial numbers, internal email addresses, home e-mail addresses, home phone numbers, cell numbers and other access numbers. Halliburton did not object to the U.S.

redactions. By **Monday, September 16, 2013,** the other parties shall notify the U.S. whether there is an objection to the redactions. If there are no objections, the U.S. will be able to offer the redacted copy into evidence and unredacted copies will not have to be filed under seal. BP reported that it was reviewing the redactions and will communicate with the U.S.

BP reported that the U.S. identified a small list of documents that it contended had to be filed under seal and presented in a closed courtroom. BP is responding to the list. It will confer with the U.S. on a solution that would avoid the need for closing the courtroom at any point.

**8.     Third installment of good faith trial exhibit list**.

BP filed a motion on one exhibit. No other motions were filed.

**9.     Context objections**.

BP and Anadarko will discuss their context objections with the U.S. BP raised a context objection to one document from the Aligned Parties. The Aligned Parties contend that the context objection is improper. The undersigned will resolve the issue concerning that objection.

**10.    Additional source control stipulations**.

This was deferred to September 20.

**11.    Final exhibit lists**.

September 13 was the deadline for the parties to final exhibit lists.

The U.S. proposes that it prepare a combined list of all of the parties' listed exhibits and the objections remaining with those exhibits. The Aligned Parties reported a need to identify in a formal document all of the exhibits for Phase Two with the remaining objections. BP does not agree with a master combined list because of the need to QC the combined list rather than review the parties'

individual lists and confirm that objections were made. The parties will discuss the issues raised by a combined list of exhibits.

The Court believes a combined list would be useful. If individual party's list is imported using excel there should be no QC issues.

BP proposed that by September 13, the parties circulate a list of the exhibits where the objections have been withdrawn. If there were no additions or deletions to the prior exhibit lists, BP did not see the need for filing a further exhibit list on September 13. There was general agreement on that issue.

## CONFERENCE SCHEDULE

09/20/13    **Telephone only WGC at 9:30 a.m.**

09/30/13    Commencement of Phase Two Trial - Source Control (Rec. doc. 10795)

10/07/13    Commencement of Phase Two Trial - Quantification

11/07/13    Final Marshaling Conference for Phase Two

**All Saturdays are email free days.**

New Orleans, Louisiana, this 17th day of September, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　**SALLY SHUSHAN**
　　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**