IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| This document relates to all actions. | * * * | |
| | * * | Honorable CARL J. BARBIER |
| | * * * | Magistrate Judge SHUSHAN |

| | | |
|---|---|---|
| Bon Secour Fisheries, Inc., et al., individually and on behalf of themselves and all others similarly situated, | * * * | Civil Action No. 12-970 |
| Plaintiffs, | * * * | SECTION J |
| v. | * * | |
| | * * | Honorable CARL J. BARBIER |
| BP Exploration & Production Inc.; BP America Production Company; BP p.l.c., | * * * | Magistrate Judge SHUSHAN |
| Defendants. | * * * | |

## ORDER

Considering BP's Motion and Incorporated Memorandum In Support to File Under Seal BP's Memorandum in Opposition to Class Counsel's Motion to Authorize Claims Administrator to Implement the Settlement Agreement With Respect to Oil & Gas Support Services Industry Claims and Supporting Exhibits, and for a further order directing that (1) BP's Memorandum in Opposition to Class Counsel's Motion to Authorize Claims Administrator to Implement the Settlement Agreement With Respect to Oil and Gas Support Services Industry Claims; (2) the

Declaration of Wendy L. Bloom and the exhibits attached thereto; and (3) the Declaration of Erica Benton and exhibits numbered 2A, 2B and 3 attached thereto, be filed under seal:

**IT IS HEREBY ORDERED**, that BP's Motion is GRANTED; and it is further

**ORDERED** that BP's Memorandum in Opposition to Class Counsel's Motion to Authorize Claims Administrator to Implement the Settlement Agreement With Respect to Oil & Gas Support Services Industry Claims, the Declaration of Wendy L. Bloom, and its supporting exhibits (Exhibits A to ZA); and (3) the Declaration of Erica Benton and Exhibits 2A, 2B, and 3 attached thereto, be filed under seal pending further order of the Court.

New Orleans, Louisiana this 17th day of September, 2013.

_____
United States District Judge