UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br>SECTION: "J"<br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

This Document Applies to:

No. 12-970, Bon Secour Fisheries, Inc., et al.
v. BP Exploration & Production Inc., et al.

### MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, comes Pauline F. Hardin, undersigned counsel for Glen J. Lerner, who requests that this Court enter an order enrolling William W. Taylor, III and Amit P. Mehta as counsel of record for Glen J. Lerner, pursuant to Rule 12 of Pre-Trial Order #1 Setting Initial Conference, Document 2 of the Civil Docket, dated August 10, 2012, which provides that the *pro hac vice* requirements of Local Rules 83.2.6E and 83.2.7 are waived if an attorney is admitted to practice and in good standing in any United States District Court.

William W. Taylor, III and Amit P. Mehta are admitted to practice and in good standing of the United States District Court for the District of Columbia.

**WHEREFORE**, Defendant, Glen J. Lerner respectfully moves and prays this Honorable Court to enroll William W. Taylor, III and Amit P. Mehta as additional counsel of record for Glen L. Lerner.

{N2697072.1}

Respectfully submitted,

/s/ Pauline F. Hardin
Pauline F. Hardin (La. Bar #6542)
James E. Wright, III (La. Bar #13700)
Virginia W. Gundlach (La. Bar #18493)
**JONES WALKER LLP**
201 St. Charles Ave. – 49th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-8110
Fax: (504) 589-8110
*Attorneys for Glen J. Lerner*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Rule 12 of Pre-Trial Order #1, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 17th day of September, 2013.

/s/ Pauline F. Hardin
Pauline F. Hardin

{N2697072.1}