UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG  "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL 2179  Section J |
| This Document Applies to: | : : | Judge Barbier |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | : : : | Mag. Judge Shushan |

RESPONSE OF THE SPECIAL MASTER
TO THE ANDRY LAW FIRM'S MOTION FOR PRODUCTION OF DOCUMENTS
AND TO EXTEND TIME TO RESPOND TO ORDER TO SHOW CAUSE

COMES NOW Special Master Louis J. Freeh, in response to the The Andry Law Firm's motion for production of documents and to extend time to respond to order to show cause, and states as follows:

1. The Special Master has no objection to a reasonable extension of time for The Andry Law Firm to file its position concerning the Court's September 6, 2013 order to show cause.

2. The Special Master does not object to providing The Andry Law Firm access to discovery of information relevant to portions of the Special Master's Report of September 6, 2013 ("Report") concerning The Andry Law Firm. The Special Master proposes that discovery material be provided by 5 p.m. on Friday, September 20, 2013.

3. As discussed in the Report, material from the Special Master's investigation is being provided to the U.S. Attorney's Office for the Eastern District of Louisiana as part of the criminal referral of this matter. The Special Master has communicated with the U.S. Attorney's Office on this issue.

4.  Consistent with the referral to the U.S. Attorney's Office and footnote 11 of the Report, the Special Master proposes that it redact portions of pertinent discovery provided to The Andry Law Firm that is not relevant to The Andry Law Firm.  The original versions of all documents will remain available to the Court for review and consideration.

    Respectfully submitted,

      /s/ Louis J. Freeh  
    Louis J. Freeh  
    Special Master

Dated:   September 18, 2013

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing response has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 18th day of September, 2013.

    /s/ Louis J. Freeh
Louis J. Freeh
Special Master

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |
| | : | |

O R D E R

AND NOW upon consideration of The Andry Law Firm's motion for production of documents and to extend time to respond to order to show cause and the response of the Special Master thereto, it is hereby:

ORDERED that The Andry Law Firm shall file its response to the Court's September 6, 2013 order to show cause on or before the _____ day of _____, 2013;

IT IS FURTHER ORDERED that the Special Master shall provide The Andry Law Firm access to discovery of information relevant to portions of the Special Master's Report of September 6, 2013 concerning The Andry Law Firm on or before 5 p.m. on Monday, September 23, 2013; and

IT IS FURTHER ORDERED that the Special Master shall redact portions of pertinent discovery provided to The Andry Law Firm that is not relevant to The Andry Law Firm,

and maintain original and unredacted versions of all documents for review and consideration by the Court.

      Signed in New Orleans, Louisiana, this _____ day of September, 2013.

                                    _____
                                    HONORABLE CARL J. BARBIER
                                    UNITED STATES DISTRICT JUDGE