UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.:  2179 |
| | Section "J" |
| | Judge Barbier |
| This Document Relates to: | Magistrate Judge Shushan |

2:12-cv-01483
2:12-cv-01484
2:12-cv-01485
2:12-cv-02194
2:12-cv-02048
2:12-cv-01295
2:12-cv-02338
2:13-cv-01758
2:13-cv-03747

**PLAINTIFFS' JOINT MOTION TO SUBSTITUTE ATTORNEY**

COME NOW certain Plaintiffs, by and through the undersigned attorneys, and hereby jointly move to substitute and enroll attorney Kelley B. Stewart of the Law Firm of Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. as its attorney of record in substitution for Robert J. McKee, Esquire, of the Law Firm of The McKee Law Group, LLC. and as grounds would state:

1. Kelley B. Stewart is a member in good standing of The Florida Bar and the North Carolina State Bar.  Pertinent contact information for Kelley B. Stewart is:

Kelley B. Stewart
Florida Bar Number:  492132
kstewart@krupnicklaw.com
Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A.

12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida 33301-3434
954-763-8181 telephone
954-736-8292 facsimile

2. In regard to case 2:12-cv-01483, Bayhaven Enterprises, LLC, et al. v. BP Exploration & Production Inc., et al., Kelley B. Stewart moves to be enrolled as substitute attorney for all Plaintiffs, **except the following Plaintiffs**:

> Robert Casteel
> Bruce Cravens
> Therapy Charters Fishing Yacht, Inc.
> Edward Caldwell
> Clarence Olin Marler
> Donna Marler
> Joseph A. Miller
> Lance Stratton
> SP&RL, Inc. d/b/a Shalimar Yacht Basin & Marina
> Bethany Mullin
> Philip Meeks
> Martin Weddle

3. In regard to case 2:12-cv-01484, 121 Duval Company v. BP Exploration & Production Inc., et al., Kelley B. Stewart moves to be enrolled as substitute attorney for all Plaintiffs, **except the following Plaintiffs**:

> Arnold's Auto & Marine Repair, Inc.
> Art Vandelay, Inc.
> Nissim Cohen
> Cheryl Collier
> Thomas E. Company
> Correct Custom Drywall, Inc.
> Hugh Cox
> Holland K. Hight, d/b/a Island Equity Real Estate
> Leroy Robert Hopkins, III
> M.O.T. Dead Sea, Inc.
> John Taylor
> Why Knot Sanibel, Inc.
> Happily Every After in Key West, LLC
> Frank Thornton
> AHF Royal Crest, LLC
> Bayshore Housing Corporation

        Cordova Community Facilities Corporation
        Emerald Coast Housing II, Inc.
        Perdido Housing Corporation
        Wellington Arms Properties, LLC
        Sharon Cook
        Michelle Sametz
        Floorida Floors, Inc.
        Decor Design Center, Inc.
        Popcorn Kingdom, LLC
        Sonshine Motors LLC
        Emerald Coast Associates, Inc.
        Groovy Dancing, Inc.
        Randall Stricker
        Louis Stricker
        Perfume Collection No. 3, Inc.
        Saf-T-Cart, Inc.
        Shlomo Cohen
        Randall Drabczuk
        North Bay Timber, LLC
        Davis-Nunnery Industries, LLC
        Doug White
        Alon Mor
        Banner Tire Key West, Inc.
        Rob Davidson
        Northwest Florida Surgery Center, Inc.
        Shoreline Installations, Inc.
        John Gollinger
        Entrust New Direction IRA
        Patrick M. Kelley, M.D., Plastic Surgery Center, P.A.
        Aroma Island's Perfume & Cosmetics, Inc.
        Glib Enterprises, LLC, d/b/a Gulf Beach Auto Sales

        4.      In regard to case 2:12-cv-01485, Joseph Yerkes, et al. v. BP Exploration & Production Inc., et al., Kelley B. Stewart moves to be enrolled as substitute attorney for all Plaintiffs.

        5.      In regard to case 2:12-cv-02194, Key Ambassador Company, et al., v. BP Exploration & Production, Inc., et al., Kelley B. Stewart moves to be enrolled as substitute attorney for all Plaintiffs.

6. In regard to case 2:12-cv-02048, Paul Matthew Doom, et al., v. BP Exploration & Production, Inc., et al., Kelley B. Stewart moves to be enrolled as substitute attorney for all Plaintiffs, **except the following Plaintiffs:**

Paul Matthew Doom.

7. In regard to case 2:12-cv-01295, Vincent Frelich, et al. v. BP Exploration & Production, et al., Kelley B. Stewart moves to be enrolled as substitute attorney **for the following Plaintiffs only:**

Gary Bonanno
Strikezone Charters, L.L.C.
Michael Boatright
Reefkeeper, LLC
Lawrence Palmisano
Allen Obiol
Gulf Coast Marine Recovery, LLC.

Kelley B. Stewart **will not be enrolling for**:

Vincent Frelich
Water Wave Airboats, Inc.
Kent Frelich
Frelich Boat Rental, Inc.
Nolan Allen
Andrew Maki
Darryl Gazzier.

8. In regard to case 2:12-cv-02338, Stephan Kolian, et al., v. BPExploration & Production, et al., Kelley B. Stewart moves to be enrolled as substitute attorney for all Plaintiffs.

9. In regard to case 2:13-cv-01758, Fire Protection Service, Inc., etc. v. BP, p.l.c., et al., Kelley B. Stewart moves to be enrolled as substitute attorney for all Plaintiffs.

10. In regard to case 2:13-cv-03747, Jorey Danos, et al. v. BP America Production Company, et al., Kelley B. Stewart moves to be enrolled as substitute attorney for all Plaintiffs.

11. Her appearance as additional counsel of record will not hinder or delay the litigation of these cases.

Respectfully submitted on this 18th day of September 2013.

THE MCKEE LAW GROUP, LLC.

By: /s/ Robert J. McKee

Robert J. McKee, Esquire
Florida Bar Number: 972614
rmckee@themckeelawgroup.com
17150 Royal Palm Beach Boulevard, Suite 1
Weston, Florida 33327
954-888-9877


KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK
LIBERMAN, P.A.


By: /s/   Kelley B. Stewart

Kelley B. Stewart, Esquire
Florida Bar Number: 492132
kstewart@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida 33301-3434
954-763-8181 telephone
954-763-8292 facsimile

and

Stuart H. Smith, Esquire
Louisiana Bar Number: 17805
ssmith@smithstag.com

              SMITH STAG, L.L.C.
              One Canal Place, Suite 2850
              365 Canal Street
              New Orleans, Louisiana 70130
              (504) 593-9600 telephone
              (504) 593-9601 facsimile

              *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Joint Motion to Substitute Attorney has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of September 2013.

THE MCKEE LAW GROUP, LLC.

By: _____

Robert J. McKee, Esquire
Florida Bar Number: 972614
rmckee@themckeelawgroup.com
17150 Royal Palm Beach Boulevard, Suite 1
Weston, Florida 33327
954-888-9877


KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK
LIBERMAN, P.A.


By: /s/ Kelley B. Stewart

Kelley B. Stewart, Esquire
Florida Bar Number: 492132
kstewart@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida 33301-3434
954-763-8181 telephone
954-763-8292 facsimile

and

                                             Stuart H. Smith, Esquire  
                                             Louisiana Bar Number:  17805  
                                             ssmith@smithstag.com  
                                             SMITH STAG, L.L.C.  
                                             One Canal Place, Suite 2850  
                                             365 Canal Street  
                                             New Orleans, Louisiana  70130  
                                             (504) 593-9600 telephone  
                                             (504) 593-9601 facsimile  

                                             *Attorneys for Plaintiffs*