UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.:  2179<br><br>Section "J"<br><br>Judge Barbier |
| This Document Relates to: | Magistrate Judge Shushan |

2:12-cv-01483
2:12-cv-01484
2:12-cv-01485
2:12-cv-02194
2:12-cv-02048
2:12-cv-01295
2:12-cv-02338
2:13-cv-01758
2:13-cv-03747

**OMNIBUS ORDER GRANTING JOINT MOTION TO SUBSTITUTE ATTORNEY**

THIS CAUSE having been considered on certain Plaintiffs' Joint Motion to Substitute Attorney, and the Court being fully apprised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. That certain Plaintiffs' Joint Motion to Substitute Attorney and enroll attorney Kelley B. Stewart of the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. as its attorney of record in substitution for Robert J. McKee, Esquire, of the law firm of The McKee Law Group, LLC. be and the same is hereby granted.

2. That the contact information for Kelley B. Stewart shall be reflected as:

> Kelley B. Stewart
> Florida Bar Number:  492132
> kstewart@krupnicklaw.com
> Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A.
> 12 Southeast Seventh Street, Suite 801
> Fort Lauderdale, Florida 33301-3434
> 954-763-8181 telephone
> 954-736-8292 facsimile

3. In regard to case 2:12-cv-01483, Bayhaven Enterprises, LLC, et al. v. BP Exploration & Production Inc., et al., Kelley B. Stewart is enrolled as substitute attorney for all Plaintiffs, **except the following Plaintiffs**:

> Robert Casteel
> Bruce Cravens
> Therapy Charters Fishing Yacht, Inc.
> Edward Caldwell
> Clarence Olin Marler
> Donna Marler
> Joseph A. Miller
> Lance Stratton
> SP&RL, Inc. d/b/a Shalimar Yacht Basin & Marina
> Bethany Mullin
> Philip Meeks
> Martin Weddle

4. In regard to case 2:12-cv-01484, 121 Duval Company v. BP Exploration & Production Inc., et al., Kelley B. Stewart is enrolled as substitute attorney for all Plaintiffs, **except the following Plaintiffs**:

> Arnold's Auto & Marine Repair, Inc.
> Art Vandelay, Inc.
> Nissim Cohen
> Cheryl Collier
> Thomas E. Company
> Correct Custom Drywall, Inc.
> Hugh Cox

Holland K. Hight, d/b/a Island Equity Real Estate
Leroy Robert Hopkins, III
M.O.T. Dead Sea, Inc.
John Taylor
Why Knot Sanibel, Inc.
Happily Every After in Key West, LLC
Frank Thornton
AHF Royal Crest, LLC
Bayshore Housing Corporation
Cordova Community Facilities Corporation
Emerald Coast Housing II, Inc.
Perdido Housing Corporation
Wellington Arms Properties, LLC
Sharon Cook
Michelle Sametz
Floorida Floors, Inc.
Decor Design Center, Inc.
Popcorn Kingdom, LLC
Sonshine Motors LLC
Emerald Coast Associates, Inc.
Groovy Dancing, Inc.
Randall Stricker
Louis Stricker
Perfume Collection No. 3, Inc.
Saf-T-Cart, Inc.
Shlomo Cohen
Randall Drabczuk
North Bay Timber, LLC
Davis-Nunnery Industries, LLC
Doug White
Alon Mor
Banner Tire Key West, Inc.
Rob Davidson
Northwest Florida Surgery Center, Inc.
Shoreline Installations, Inc.
John Gollinger
Entrust New Direction IRA
Patrick M. Kelley, M.D., Plastic Surgery Center, P.A.
Aroma Island's Perfume & Cosmetics, Inc.
Glib Enterprises, LLC, d/b/a Gulf Beach Auto Sales

     5.    In regard to case 2:12-cv-01485, Joseph Yerkes, et al. v. BP Exploration & Production Inc., et al., Kelley B. Stewart is enrolled as substitute attorney for all Plaintiffs.

3

6. In regard to case 2:12-cv-02194, Key Ambassador Company, et al., v. BP Exploration & Production, Inc., et al., Kelley B. Stewart is enrolled as substitute attorney for all Plaintiffs.

7. In regard to case 2:12-cv-02048, Paul Matthew Doom, et al., v. BP Exploration & Production, Inc., et al., Kelley B. Stewart is enrolled as substitute attorney for all Plaintiffs, **except the following Plaintiff:**

Paul Matthew Doom.

8. In regard to case 2:12-cv-01295, Vincent Frelich, et al. v. BP Exploration & Production, et al., Kelley B. Stewart is enrolled as substitute attorney **for the following Plaintiffs only:**

Gary Bonanno
Strikezone Charters, L.L.C.
Michael Boatright
Reefkeeper, LLC
Lawrence Palmisano
Allen Obiol
Gulf Coast Marine Recovery, LLC.

Kelley B. Stewart **is not enrolled for**:

Vincent Frelich
Water Wave Airboats, Inc.
Kent Frelich
Frelich Boat Rental, Inc.
Nolan Allen
Andrew Maki
Darryl Gazzier.

9. In regard to case 2:12-cv-02338, Stephan Kolian, et al., v. BPExploration & Production, et al., Kelley B. Stewart is enrolled as substitute attorney for all Plaintiffs.

10. In regard to case 2:13-cv-01758, Fire Protection Service, Inc., etc. v. BP, p.l.c., et al., Kelley B. Stewart is enrolled as substitute attorney for all Plaintiffs.

11. In regard to case 2:13-cv-03747, Jorey Danos, et al. v. BP America Production Company, et al., Kelley B. Stewart is enrolled as substitute attorney for all Plaintiffs.

DONE AND ORDERED in Chambers, at New Orleans, Louisiana on this      day of September 2013.

_____

Honorable Carl J. Barbier,
United States District Judge