UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br>SECTION: "J"<br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

This Document Applies to:

No. 12-970, Bon Secour Fisheries, Inc., et al.
v. BP Exploration & Production Inc., et al.

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel of Record filed by defendant Glen J. Lerner;

IT IS HEREBY ORDERED that Glen J. Lerner's Motion to Enroll William W. Taylor, III and Amit P. Mehta as Additional Counsel of Record is GRANTED.

New Orleans, Louisiana this 18th day of September, 2013.

_____
United States District Judge

{N2697072.1}