UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL 2179<br>Section J |
| This Document Applies to: | : : | Judge Barbier |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | : : : | Mag. Judge Shushan |

O R D E R

On September 6, 2013 Special Master Louis J. Freeh issued his Report. Rec. Doc. 11287. On the same date, the Court issued an order to show cause requiring any responses to the Special Master's Report to be filed by September 20, 2013. Rec. Doc. 11288. The Andry Law Firm has filed a motion for production of documents and to extend time to respond to the order to show cause (Rec. Doc. 11355). The Special Master has filed a response (Rec. Doc. 11408), and does not object to a reasonable extension of time or to providing relevant documents. Accordingly,

IT IS ORDERED:

The Andry Law Firm's motion is GRANTED. Its response to the Court's September 6, 2013 order to show cause shall be filed not later than October 18, 2013;

The Special Master shall provide The Andry Law Firm access to information relevant to portions of the Special Master's Report concerning The Andry Law Firm not later than Friday, September 20, 2013;

The Special Master shall redact portions of pertinent discovery provided to The Andry Law Firm that is not relevant to The Andry Law Firm, and shall maintain original and

un-redacted versions of all documents for review and consideration by the Court.

Further, Glen Lerner's motion for extension of time (Rec. Doc. 11389) is also GRANTED. Any response by Mr. Lerner shall be filed not later than October 18, 2013.

Signed in New Orleans, Louisiana, this 18th day of September, 2013.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE