UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.:  2179 |
| | Section "J" |
| | Judge Barbier |
| This Document Relates to: | Magistrate Judge Shushan |
| 2:13-cv-05369 2:13-cv-05370 2:13-cv-05371 2:13-cv-05372 | |

**PLAINTIFFS' JOINT MOTION TO SUBSTITUTE ATTORNEY**

COME NOW certain Plaintiffs, by and through the undersigned attorneys, and hereby jointly move to substitute and enroll attorney Joseph J. Slama of the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. as its attorney of record in substitution for Robert J. McKee, Esquire, of the law firm of The McKee Law Group, LLC. and as grounds would state:

1. Joseph J. Slama is a member in good standing of The Florida Bar. Pertinent contact information for Joseph J. Slama is:

Joseph J. Slama
Florida Bar Number:  476171
jslama@krupnicklaw.com
Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A.
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida 33301-3434
954-763-8181 telephone
954-736-8292 facsimile

2

2. In regard to case 2:13-cv-05369, Robert Taylor, et al., v. BP Exploration & Productions, Inc., et al., Joseph J. Slama moves to be enrolled as substitute attorney for all Plaintiffs.

3. In regard to case 2:13-cv-05370, Anderson Outdoor Advertising, Inc., et. al. v. BP Exploration & Production, Inc., et al., Joseph J. Slama moves to be enrolled as substitute attorney for all Plaintiffs.

4. In regard to case 2:13-cv-05371, Robert Kitrick., et al., v. BP Exploration & Production, Inc. et al., Joseph J. Slama moves to be enrolled as substitute attorney for all Plaintiffs, **except the following Plaintiffs**:

> Hotel 80, LC d/b/a Outback Steakhouse
> Marathon Veterinary Hospital Inc.
> Jack Ballsmith
> Joan Ballsmith
> B.O.'s Fish Wagon, Inc.
> Patsy Gatewood.

5. In regard to case 2:13-cv-05372, Robert Fuller v. BP Exploration & Productions, Inc., et al., Joseph J. Slama moves to be enrolled as substitute attorney for all Plaintiffs.

6. His appearance as additional counsel of record will not hinder or delay the litigation of these cases.

Respectfully submitted on the 18th day of September 2013.

THE MCKEE LAW GROUP, LLC.

By: /s/ Robert J. McKee

Robert J. McKee, Esquire
Florida Bar Number: 972614
rmckee@themckeelawgroup.com
17150 Royal Palm Beach Boulevard, Suite 1
Weston, Florida 33327
954-888-9877


KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK
LIBERMAN, P.A.


By: /s/   Joseph J. Slama

Joseph J. Slama, Esquire
Florida Bar Number: 476171
jslama@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3434
954-763-8181 telephone
954-763-8292 facsimile

and

Stuart H. Smith, Esquire
Louisiana Bar Number:  17805
ssmith@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Joint Motion to Substitute Attorney has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of September 2013.

THE MCKEE LAW GROUP, LLC.

By: _____

Robert J. McKee, Esquire
Florida Bar Number: 972614
rmckee@themckeelawgroup.com
17150 Royal Palm Beach Boulevard, Suite 1
Weston, Florida 33327
954-888-9877


KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK
LIBERMAN, P.A.


By: /s/ Joseph J. Slama

Joseph J. Slama, Esquire
Florida Bar Number: 476171
jslama@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida 33301-3434
954-763-8181 telephone
954-763-8292 facsimile

and

                Stuart H. Smith, Esquire
                Louisiana Bar Number:  17805
                ssmith@smithstag.com
                SMITH STAG, L.L.C.
                One Canal Place, Suite 2850
                365 Canal Street
                New Orleans, Louisiana  70130
                (504) 593-9600 telephone
                (504) 593-9601 facsimile

*Attorneys for Plaintiffs*