UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG         MDL 2179
"DEEPWATER HORIZON" IN THE            SECTION: "J"
GULF OF MEXICO, ON APRIL 20, 2010    JUDGE BARBIER
                                     MAG. JUDGE SHUSHAN

This Document Applies to:

No. 12-970, Bon Secour Fisheries, Inc., et al.
v. BP Exploration & Production Inc., et al.

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF ALL DOCUMENTS AND PLEADINGS

**NOW INTO COURT**, comes Pauline F. Hardin, James E. Wright, III and Virginia W.

Gundlach of the law firm of Jones Walker LLP and William W. Taylor, III and Amit P. Mehta of

Zuckerman Spaeder LLP, who hereby enroll as counsel of record on behalf of defendant, Glen J.

Lerner. It is respectfully requested that all future pleadings, orders, notices, motions, documents

and correspondence be served upon them in connection with this action.

Respectfully submitted,

_/s/ Pauline F. Hardin_
Pauline F. Hardin (La. Bar #6542)
James E. Wright, III (La. Bar #13700)
Virginia W. Gundlach (La. Bar #18493)
**JONES WALKER LLP**
201 St. Charles Ave. – 49th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-8110
Fax: (504) 589-8110
phardin@joneswalker.com
jwright@joneswalker.com
ggundlach@joneswalker.com

and

William W. Taylor, III (D.C. Bar #84194)
Amit P. Mehta (D.C. Bar #467231)
**ZUCKERMAN SPAEDER LLP**
1800 M Street, NW
Suite 1000
Washington, D.C.  20036-5807
Telephone: (202) 778-1800
Fax: (202) 822-8106
wtaylor@zuckerman.com
amehta@zuckerman.com

*Attorneys for Glen J. Lerner*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 18th day of September, 2013.

*/s/ Pauline F. Hardin*
Pauline F. Hardin