UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br>SECTION: "J"<br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

This Document Applies to:

No. 12-970, Bon Secour Fisheries, Inc., et al.
v. BP Exploration & Production Inc., et al.

## GLEN LERNER'S SUPPLEMENT TO MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel, comes Glen J. Lerner, who for the purpose of supplementing his Motion for Extension of Time, states the following:

I.

On September 17, 2013, undersigned counsel, on behalf of Glen J. Lerner, filed a Motion for Extension of Time. (Doc. No. 11389). As referenced in that Motion, William W. Taylor, III, recently retained counsel for Mr. Lerner, had tried to contact Special Master Freeh by e-mail and telephone to determine if he objected to the requested extension. At the time the Motion was filed, Special Master Freeh had not responded. Subsequent to the filing of that Motion, Special Master Freeh's office responded via e-mail dated September 18, 2013, which is attached as Exhibit "A". The response states, "You may represent to the Court that we do not have an objection to a reasonable extension of time for you to file your response to Judge Barbier's Order of September 6, 2013."

{N2697512.1}

**WHEREFORE**, Glen J. Lerner supplements his Motion for Extension of Time with the correspondence from Gregory Paw, Counsel to Special Master Louis J. Freeh and requests that his Motion for a thirty day extension of time be GRANTED.

Respectfully submitted,

/s/ *Pauline F. Hardin*
Pauline F. Hardin (La. Bar #6542)
James E. Wright, III (La. Bar #13700)
Virginia W. Gundlach (La. Bar #18493)
**JONES WALKER LLP**
201 St. Charles Ave. – 49th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-8110
Fax: (504) 589-8110
phardin@joneswalker.com
jwright@joneswalker.com
ggundlach@joneswalker.com

and

William W. Taylor, III (D.C. Bar #84194)
Amit P. Mehta (D.C. Bar #467231)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, D.C. 20036-5807
Telephone: (202) 778-1800
Fax: (202) 822-8106
wtaylor@zuckerman.com
amehta@zuckerman.com

*Attorneys for Glen J. Lerner*

{N2697512.1}

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 18th day of September, 2013.

/s/ *Pauline F. Hardin*
Pauline F. Hardin