## Hardin, Pauline

**From:** Greg Paw <paw@freehgroup.com>
**Sent:** Wednesday, September 18, 2013 8:48 AM
**To:** wtaylor@zuckerman.com; Hardin, Pauline; dgentile@gordonsilver.com
**Cc:** Louis Freeh; Jim Bucknam
**Subject:** Glen Lerner

Mr. Taylor --

I received a copy of your note from yesterday to Mr. Freeh.

You may represent to the Court that we do not have an objection to a reasonable extension of time for you to file your response to Judge Barbier's Order of September 6, 2013.

Please do not hesitate to contact me should you have any other questions.

Regards,

Greg

Gregory Paw
Counsel to Special Master Louis J. Freeh
paw@freehgroup.com

EXHIBIT "A"