UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br>SECTION: "J"<br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

This Document Applies to:

No. 12-970, Bon Secour Fisheries, Inc., et al.
v. BP Exploration & Production Inc., et al.

# ORDER

Considering the foregoing;

    IT IS HEREBY ORDERED that Glen Lerner's Motion for a thirty day Extension of Time is GRANTED.

    New Orleans, Louisiana, this _____ day of September, 2013.

 

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

{N2697512.1}