UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 |
| | | SECTION "J" |
| Applies to: | * * | JUDGE BARBIER |
| *All Cases* | * * | MAGISTRATE SHUSHAN |

### ORDER

Before the Court is Halliburton's objection and appeal from the Magistrate Judge's ruling of August 12, 2013 (Rec. Doc. 10991), which struck certain portions of the reports authored by Halliburton's expert, Dr. Stevick. (Rec. Doc. 11010). The Court has considered Halliburton's appeal, the briefing and documents submitted to the Magistrate Judge (Rec. Docs. 10978, 10977, 10979), and the Magistrate Judge's Order. The Court finds that the Magistrate Judge's decision was neither clearly erroneous nor contrary to law. *See* Fed. R. Civ. P. 72(a). Accordingly,

IT IS ORDERED that Halliburton's objection and appeal (Rec. Doc. 11010) is OVERRULED and the Magistrate Judge is AFFIRMED.

New Orleans, Louisiana, this 18th day of September, 2013.

_____
United States District Judge