UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
|    "Deepwater Horizon" in the Gulf | * | |
|    of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| *All Cases* | * | MAGISTRATE SHUSHAN |
| | * | |

## ORDER

     Before the Court is Halliburton's objection and appeal from the Magistrate Judge's ruling of August 19, 2013 (Rec. Doc. 11048), which denied Halliburton's motion to strike certain portions of the expert opinions of Andreas Momber, Glen Benge, Hans Vaziri, Ronald Dykhuizen, and Stewart Griffiths. (Rec. Doc. 11104). During the Pretrial Conference on September 11, 2013, the Court overruled another objection and appeal by Halliburton that raised issues similar to the ones asserted here. (Minute Entry, Rec. Doc. 11367). Accordingly,

     IT IS ORDERED that Halliburton's objection and appeal (Rec. Doc. 11104) is OVERRULED and the Magistrate Judge (Rec. Doc. 11048) is AFFIRMED.

     New Orleans, Louisiana, this 18th day of September, 2013.

                                                           _____
                                                            United States District Judge