IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to: *All Cases*<br><br>(Including Civil Action No. 12-970) | Civil Action No. 12-970<br><br>MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### UNOPPOSED MOTION FOR APPOINTMENT AS COURT-APPROVED STRUCTURED SETTLEMENT BROKER

NOW INTO COURT, through undersigned counsel, comes MARTIN C. BLOUNT of Galaher Settlements who hereby seeks to be approved and recognized as a Court-approved structured settlement broker pursuant to the terms and conditions of this Court's ORDER PROVIDING FOR STRUCTURED SETTLEMENT OPTION AND AMENDMENT TO RELEASE [Doc. 8425].

On January 31, 2013, this Court issued the ORDER PROVIDING FOR STRUCTURED SETTLEMENT OPTION AND AMENDMENT TO RELEASE [Doc. 8425], as amended on August 15, 2013 [Doc. 11020], which set forth the conditions under which Claimants to the Economic and Property Damages Settlement Agreement (hereinafter referred to as the "Settlement") may elect to receive settlement payments over more than one tax year. That Order further provided that Claimants must use Court-approved structured settlement brokers, and it allowed for settlement brokers to petition the Court for approval to act as structured settlement brokers for Claimants. On September 17, 2013, this Court issued an Order setting forth the criteria brokers must meet in order to serve as structured settlement brokers [Doc. 11404].

Mover, MARTIN C. BLOUNT, a resident of the District of Columbia, is an

accomplished structured settlement broker, insurance agent, investment advisor and stock broker with a combined 27 years of experience in the structure/insurance and securities industry[1]. He is a senior broker with Galaher Settlements, a full-service structured settlement agency specializing in settling personal physical injury, wrongful death, product liability, medical malpractice and other types of commercial claims using structured insurance solutions. Sedgwick CMS, the parent company of Galaher Settlement, offers additional support with the Maritime & Long Shore claims solutions to Galaher Settlements[2].

Mr. Blount fully meets all requirements of this Court's Order of September 17, 2013 [Doc. 11404]. He is fully licensed and is in good standing with the District of Columbia Department of Insurance, Securities and Banking[3]. His license has never been suspended or revoked. He maintains Errors and Omissions coverage through National Union Fire Insurance Company of Pittsburgh[4]. He maintains appointments with the Liberty Life Assurance Company of Boston and other issuers[5].

Mover has read and agrees to follow the terms of the ORDER PROVIDING FOR STRUCTURED SETTLEMENT OPTION AND AMENDMENT TO RELEASE [Doc. 8425], as amended on August 15, 2013 [Doc. 11020], in the performance of his responsibilities as a Court-approved structured settlement broker.

---

[1] See Curriculum Vitae of Martin C. Blount, attached hereto as Exhibit 1. Background information and credentials on Galaher Settlements can be view at www.galahersettlements.com.

[2] For purposes of disclosure, Sedgwick CMS has had an active direct service relationship with BP Products North America, Inc. since September 7, 2012. Sedgwick CMS was engaged to build out a voluntary claim handling facility covering the states of Illinois, Indiana, Wisconsin, and Ohio. Sedgwick CMS performed claim adjudication of property damage claims, including the handling of in-bound phone calls, web and mail claim filing, and giving activity and status reports to BP stakeholders.

[3] See License, District of Columbia, attached hereto as Exhibit 2.

[4] See Certificate of Liability Insurance, Exhibit 3.

[5] See Producer Overview Report, Exhibit 4.

Undersigned counsel for Mover has conferred with Plaintiffs' Steering Committee, Counsel for BP, and the Claims Administrator Patrick Juneau, and there is no objection to the approval of MARTIN BLOUNT as a Court-approved structured settlement broker.

WHEREFORE, MARTIN C. BLOUNT prays that he be approved and recognized as a Court-approved structured settlement broker, and the proposed Order stating same and attached hereto be entered accordingly.

    Respectfully submitted,

THE LAW OFFICES OF JOHN D. SILEO, LLC

s:/ Kevin P. Riché_____
John D. Sileo (La. Bar No. 17797)
Kevin P. Riché (La. Bar No. 31939)
320 N. Carrollton Ave., Suite 101
New Orleans, Louisiana 70119
TEL: 504-486-4343
FAX: 504-297-1249
jack@johnsileolaw.com
kevin@johnsileolaw.com

*Counsel for Martin C. Blount*

## CERTIFICATE OF SERVICE

We hereby certify that the above and foregoing Motion (and Proposed Order) will be served on All Counsel and Patrick Juneau, Claims Administrator for the Economic and Property Damage Claims Settlement via electronic filing with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing to all parties of record, on this 18th day of September, 2013.

    s:/ Kevin P. Riché_____