# *Curriculum Vitae*
## *of*
## *Martin C. Blount*

## *Galaher Settlements*
### *1629 K Street, N.W., Ste.300*
### *Washington, DC 20006*
### *(202) 349-1678 Office*
### *(202) 309-1965 Cell*

Mr. Blount is an accomplished structured settlement broker, insurance agent, investment advisor and stock broker with a combined 27 years of experience in the structure/ insurance and securities industry.

Mr. Blount is a senior structure settlement broker with Galaher Settlements, a full-service structure settlement agency specializing in settling personal physical injury, wrongful death, product liability, medical malpractice and other types of commercial claims using structured insurance solutions. Sedgwick CMS, the parent company of Galaher Settlement, offers additional support with the Maritime & Long Shore claims solutions to Galaher Settlements.

**Education:**
Bachelor of Arts: West Virginia Wesleyan College

**Professional Licensing:**
Licensed Life Agent of numerous states
Licensed General Securities Principal (24)
Licensed Options Principal (4)
Licensed series 7, 63
Licensed R.I.A.  (65)

**Professional/ Community Organizations:**

National Structured Settlements Trade Association
Claims & Litigation Management Alliance (CLM)
National Association of Securities Dealers (NASD)
Financial Industry Regulatory Authority (FINRA)
Financial Services Institute (F.I.S.)
Alpha-Phi-Alpha Fraternity
Project Harvest
Major League Baseball Player Association

Martin.Blount@galaherssettlements.com