**MARTIN BLOUNT**
1629 K STREET, NW
SUITE 300
WASHINGTON, DC 20006

District of Columbia
Department of Insurance, Securities and Banking
*MARTIN BLOUNT*
Is licensed to engage in the business of insurance, in the capacity stated below

| License Number: 1008805 | NPN: 769505 |
| Effective Date: 08/08/2011 | Expiration Date: 10/31/2013 |
| **LICENSE TYPE** | **LINE OF AUTHORITY CODE** |
| PRODUCER | L, H |

District of Columbia
Department of Insurance,
Securities and Banking
*MARTIN BLOUNT*

Is licensed to engage in the business of insurance in the District of Columbia, in the capacity stated below

| License Number: 1008805 | NPN: 769505 |
| Effective Date: 08/08/2011 | Expiration Date: 10/31/2013 |
| **LICENSE TYPE** | **LINE OF AUTHORITY** |
| PRODUCER | LIFE; ACCIDENT, HEALTH OR SICKNESS |

VOID IF ALTERED NON-TRANSFERABLE

William P. White, Commissioner

District of Columbia
Department of Insurance, Securities and Banking

Martin Blount

Lic # 1008805
Effective Date: 8/8/2011

NPN: 769505
Expiration Date 10/31/2013

Producer
L, H

# Due Diligence Investigation Service
# IPC - Liberty Life Level

| Subject: |
| :---: |
| **Martin Blount** |
| **SSN/ID#: xxx-xx-0313** |

| | | | |
| :--- | :--- | :--- | :--- |
| Client: | Liberty Life Assurance Company of Boston | Client Code: | 500-120 |
| Requester: | Allyson Herk / NONE | Report #: | 6817195 |
| Request Date: 03/01/2013 | | Delivery Date: 03/05/2013 | |

**Personal & Confidential:** This report is only to be used in strict adherence to the terms and conditions set forth in our Agreement. © Business Information Group, 2013. All rights reserved. Business Information Group is a registered trade name of Vertical Screen, Inc. Direct any questions to Business Information Group, P.O. Box 541, Southampton, PA 18966, (800) 803-0331, Fax: 215 396-9879.

| Subject Data | Verified |
|---|---|

**Name:**  **Martin Blount**

**Date of Birth:**  10/31/1962

**Social Security /ID#:**  xxx-xx-0313

| SSN/ID# Validation | |
|---|---|
| State Issued: | MD |
| Date Issued: | 01/01/1975-12/31/1977 |
| DOB Scan: | Clear |
| Death Index: | Clear |
| Valid SSN/ID#: | Yes |

**Current Address:**
1344 East Capital St NE
Washington, DC 20003
District of Columbia County
United States

**Other Addresses:**
1344 E CAPITOL NE ST
WASHINGTON, DC 20003
District of Columbia County
United States

186 CHESAPEAKE SE ST
WASHINGTON, DC 20032
District of Columbia County
United States

5601 JUSTINA DR
SEABROOK, MD 20706
Prince Georges County
United States

**Comments:**
Please note that the subject is/was also known as:
M BLOUNT, C BLOUNTMARTIN.

## Tax/Attachment Liens                    Clear

| | |
|---|---|
| **Source Searched:** | TransUnion Databases |
| **Date of Search:** | 03/01/2013 |
| **Subject Covered:** | Martin Blount |
| **Search Results:** | No records found |
| **Comments:** | None |

## County Criminal                         Clear

| | |
|---|---|
| **Source Searched:** | District of Columbia Superior Court |
| **Records Covered:** | Felony & Misdemeanor |
| **Date of Search:** | 03/05/2013 |
| **Subject Covered:** | Martin Blount |
| **Search Results:** | No records found |
| **Comments:** | None |

## Federal Criminal                        Clear

| | |
|---|---|
| **Source Searched:** | USDC - DC |
| **Records Covered:** | Felony & Misdemeanor |
| **Date of Search:** | 03/01/2013 |
| **Subject Covered:** | Martin Blount |
| **Search Results:** | No records found |
| **Comments:** | None |

## Producer ActionsBase + OFAC             Clear

| | |
|---|---|
| **Source Searched:** | BIG's Producer ActionsBase |
| **Date of Search:** | 03/01/2013 |
| **Subject Covered:** | Martin Blount |
| **Search Results:** | No records found |
| **Comments:** | None |

**Note:** The Producer ActionsBase is a proprietary database of disciplinary and regulatory actions taken against individuals and organizations. It also includes the Office of Foreign Asset Control (OFAC) list and other national terrorist watch lists. Regulatory sources include State Insurance, Banking & Securities Departments, FINRA, SEC, OTS, OCC, CFTC, AMEX, NYSE and more.