## Producer Overview
**MARTIN BLOUNT**
**DOB: 10/31/1962**
**NPN: 769505**

| Available Data |
|---|
| Demographics |
| License/Appointment Summary |
| Regulatory Actions |
| Comments |

| State Information Available for this Producer** | | |
|---|---|---|
| (* = supplying appointment data) | | |
| CO | * DC | * DE |

**PDB data refers to Licensing, Appointment/Termination and Certification/Clearance data only. All other available information is supplied by outside sources.

## Demographics

**Other Names**

### CO
**Type**
Alias                                .

### DE
**Type**
Alias                                .

**Address**

### CO
| Date Updated | Business Addresses |
|---|---|
| 01/19/2012 | 1629 K STREET, NW,SUITE 300,,WASHINGTON,DC,20006. |
| **Date Updated** | **Mailing Addresses** |
| 01/19/2012 | 1629 K STREET, NW,SUITE 300,,WASHINGTON,DC,20006. |
| **Date Updated** | **Residence Addresses** |
| 01/19/2012 | 1344 EAST CAPITOL ST NE,,,WASHINTON,DC,20003. |

### DC
| Date Updated | Business Addresses |
|---|---|
| 08/09/2011 | 1629 K STREET, NW,SUITE 300,,WASHINGTON,DC,20006. |
| **Date Updated** | **Mailing Addresses** |
| 08/09/2011 | 1629 K STREET, NW,SUITE 300,,WASHINGTON,DC,20006. |
| **Date Updated** | **Residence Addresses** |
| 07/08/2010 | 1344 EAST CAPITOL ST NE,,,WASHINTON,DC,20003. |

### DE
| Date Updated | Business Addresses |
|---|---|
| 01/19/2012 | 1629 K STREET, NW,SUITE 300,,WASHINGTON,DC,20006. |
| **Date Updated** | **Mailing Addresses** |
| 01/19/2012 | 1629 K STREET, NW,SUITE 300,,WASHINGTON,DC,20006. |
| **Date Updated** | **Residence Addresses** |
| 01/19/2012 | 1344 EAST CAPITOL ST NE,,,WASHINTON,DC,20003. |

## License/Appointment Summary

### STATE :CO

**License #:** 392651  **Issue Date:** 01/19/2012  **Expiration Date:** 10/31/2013  **Last Updated:** 01/19/2012
**Class:** Producer  **Residency:** NR  **Active:** Yes  -

| Line of Authority | Authority Issue Date | Status | Status Reason | Status/Reason Date | CE Compliance | CE Renewal Date | CE Credits Required |
|---|---|---|---|---|---|---|---|
| Accident and Health | 01/19/2012 | Active | | 01/19/2012 | N/S | | 0 |
| Life | 01/19/2012 | Active | | 01/19/2012 | N/S | | 0 |

### STATE :DC

**License #:** 1008805  **Issue Date:** 02/01/2000  **Expiration Date:** 10/31/2013  **Last Updated:** 08/09/2011
**Class:** Producer  **Residency:** R  **Active:** Yes  -

| Line of Authority | Authority Issue Date | Status | Status Reason | Status/Reason Date | CE Compliance | CE Renewal Date | CE Credits Required |
|---|---|---|---|---|---|---|---|
| Accident & Health or Sickness | 08/08/2011 | Active | | 08/08/2011 | N/S | | 0 |
| Life | 08/08/2011 | Active | | 08/08/2011 | N/S | | 0 |

### STATE :DC

*APPOINTMENT INFO*

| Company Name | FEIN/Cocode | Line of Authority | Status | Termination Reason | Current Appt/Term Effective Date | Appointment Renewal Date | County Code |
|---|---|---|---|---|---|---|---|
| American General Life Insurance Company | / 60488 | | Appointed | | 04/26/2013 | 04/30/2014 | |
| Berkshire Life Insurance Company Of America | 75-1277524/ 71714 | | Appointed | | 02/14/2012 | 04/30/2014 | |
| First Colony Life Insurance Co | / 63401 | | Terminated | | 01/01/2007 | 04/30/2007 | |
| Genworth Life And Annuity Insurance Company | / 65536 | | Terminated | | 12/22/2007 | 04/30/2007 | |
| Guardian Life Insurance Company | 13-5123390/ 64246 | | Appointed | | 02/14/2012 | 04/30/2014 | |
| Hartford Life & Annuity Insurance Company | 39-1052598/ 71153 | | Terminated | | 11/24/2009 | 04/30/2010 | |
| Hartford Life Insurance Company | 06-0974148/ 88072 | | Terminated | | 11/24/2009 | 04/30/2010 | |
| Liberty Life Assu Co Of Boston | 04-6076039/ 65315 | | Appointed | | 03/14/2013 | 04/30/2014 | |
| Metropolitan Life Insurance Co | / 65978 | | Appointed | | 03/20/2012 | 04/30/2014 | |
| New York Life Insurance Annuity Corporation | 13-3044743/ 91596 | | Appointed | | 08/28/2013 | 04/30/2014 | |
| New York Life Insurance Company | 13-5582869/ 66915 | | Appointed | | 09/04/2013 | 04/30/2014 | |
| Pacific Life Insurance Company | 95-1079000/ 67466 | | Appointed | | 05/07/2012 | 04/30/2014 | |

| United Of Omaha Life Ins Co | 47-0322111/ 69868 | Appointed | | 03/11/2013 | 04/30/2014 |

### STATE :DE

**License #:**1148115   **Issue Date**:01/18/2012   **Expiration Date**:02/28/2015   **Last Updated**:04/25/2013
**Class:**Producer   **Residency**:NR   **Active**:Yes   -

| Line of Authority | Authority Issue Date | Status | Status Reason | Status/Reason Date | CE Compliance | CE Renewal Date | CE Credits Required |
|---|---|---|---|---|---|---|---|
| Life | 01/18/2012 | Active | | 04/25/2013 | N/S | | 0 |
| Health | 01/18/2012 | Active | | 04/25/2013 | N/S | | 0 |

### STATE :DE

*APPOINTMENT INFO*

| Company Name | FEIN/Cocode | Line of Authority | Status | Termination Reason | Current Appt/Term Effective Date | Appointment Renewal Date | County Code |
|---|---|---|---|---|---|---|---|
| American General Life Insurance Company | 25-0598210/ 60488 | | Appointed | | 05/03/2013 | | |
| Liberty Life Assurance Company Of Boston | 04-6076039/ 65315 | | Appointed | | 05/03/2013 | | |
| Metropolitan Life Insurance Company | 13-5581829/ 65978 | | Appointed | | 03/20/2012 | | |
| New York Life Insurance Company | 13-5582869/ 66915 | | Appointed | | 05/15/2013 | | |
| Pacific Life Insurance Company | 95-1079000/ 67466 | | Appointed | | 05/07/2012 | | |

## Regulatory Actions

**State of Action:**
**Origin of Action:**
**Reason for Action:**
**Disposition:**
**Date of Action:**   **Enter Date:**   **Penalty/Fine/Forfeiture:**
**Effective Date:**   **File Ref:**   **Time/Length of Order(Days):**

## Comments
No information Available

The Producer Database (PDB) compiles information provided by participating state insurance departments including licensing information on insurance producers and/or registered securities brokers and regulatory actions on insurance producers, companies and other entities engaged in the business of insurance. Not every state participates actively or fully in the PDB. The Producer Database does not report adverse licensing or regulatory action information on individuals if the information is more than seven (7) years old. Users are cautioned that the absence of information on a particular individual or entity should not be taken as conclusive that no licensing or regulatory action information exists. The information is provided "AS IS" and there is no guarantee of the truth or accuracy of the information provided by the state insurance department. There is no guarantee the information in the PDB has not been modified, revised or updated and not reported by the state insurance department to the PDB.

� 2003 National Insurance Producer Registry. All rights reserved