UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | ) | |
| "Deepwater Horizon" in the | ) | MDL NO. 2179 |
| Gulf of Mexico, on April 20, 2010 | ) | |
| | ) | SECTION: J |
| THIS DOCUMENT RELATES TO: | ) | |
| 13-2969 AND 13-2963 | ) | JUDGE BARBIER |
| | ) | MAG. JUDGE SHUSHAN |

## ORDER

**BARBIER, Chief Judge**:

This matter comes before the Court on Movants' Motions to Withdraw as Counsel of Record and Motion to Sever Plaintiffs in the above referenced docket numbers. After considering Movants' motions the Court finds that the requirements of Local Rule 83.2.11 and of the applicable provisions of the Rules of Professional Conduct pertaining to withdrawal of counsel have been satisfied. The court therefore **ORDERS** as follows:

**Docket Number 13-2969:**

The Chau Law Firm, P.C., through Jennifer K. Chau, moves for leave to withdraw as counsel of record for Plaintiff Cuong Dinh Vu in *Cuong Dinh Vu, Huong T. Tran, Jennifer Vu Hoang, Thanh Van Nguyen, Xam Thi Nguyen and Hien Thi Le v. BP Exploration & Production, Inc.; BP America Production Company; BP plc; Halliburton Energy Services, Inc.; Sperry Drilling, a division of Halliburton Energy Services; Transocean Ltd; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; and Triton Asset Leasing GmbH*, No. 13-2969. The motion is **GRANTED**.

The Chau Law Firm, P.C., through Jennifer K. Chau, moves for leave to withdraw as counsel of record for Plaintiff Huong T. Tran in *Cuong Dinh Vu, Huong T. Tran, Jennifer Vu Hoang, Thanh Van Nguyen, Xam Thi Nguyen and Hien Thi Le v. BP Exploration & Production, Inc.; BP America Production Company; BP plc; Halliburton Energy Services, Inc.; Sperry Drilling, a division of Halliburton Energy Services; Transocean Ltd; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; and Triton Asset Leasing GmbH*, No. 13-2969. The motion is **GRANTED**.

The Chau Law Firm, P.C., through Jennifer K. Chau moves the Court to sever Plaintiff Cuong Dinh Vu from *Cuong Dinh Vu, Huong T. Tran, Jennifer Vu Hoang, Thanh Van Nguyen, Xam Thi Nguyen and Hien Thi Le v. BP Exploration & Production, Inc.; BP America Production Company; BP plc; Halliburton Energy Services, Inc.; Sperry Drilling, a division of Halliburton Energy Services; Transocean Ltd; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; and Triton Asset Leasing GmbH*, No. 13-2969. The motion is **GRANTED**.

The Chau Law Firm, P.C., through Jennifer K. Chau moves the Court to sever Plaintiff Huong T. Tran from *Cuong Dinh Vu, Huong T. Tran, Jennifer Vu Hoang, Thanh Van Nguyen, Xam Thi Nguyen and Hien Thi Le v. BP Exploration & Production, Inc.; BP America Production Company; BP plc; Halliburton Energy Services, Inc.; Sperry Drilling, a division of Halliburton Energy Services; Transocean Ltd; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; and Triton Asset Leasing GmbH*, No. 13-2969. The motion is **GRANTED**.

**Docket Number 13-2963:**

The Chau Law Firm, P.C., through Jennifer K. Chau, moves for leave to withdraw as counsel of record for Plaintiff Thanh Van Tran in *Bao Van Nguyen, Duoc Van Nguyen, Hiep Van Vu, Jerry Hurt, Oswaldo Sanchez, Thach Van Tran, Rose Le, Thanh Van Tran, Tu Thanh Dang, and Tuan Van Truong v. BP Exploration & Production, Inc.; BP America Production Company; BP plc; Halliburton Energy Services, Inc.; Sperry Drilling, a division of Halliburton Energy Services; Transocean Ltd; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; and Triton Asset Leasing GmbH*, No. 13-2963. The motion is **GRANTED**.

The Chau Law Firm, P.C., through Jennifer K. Chau, moves for leave to withdraw as counsel of record for Plaintiff Duoc Van Nguyen in *Bao Van Nguyen, Duoc Van Nguyen, Hiep Van Vu, Jerry Hurt, Oswaldo Sanchez, Thach Van Tran, Rose Le, Thanh Van Tran, Tu Thanh Dang, and Tuan Van Truong v. BP Exploration & Production, Inc.; BP America Production Company; BP plc; Halliburton Energy Services, Inc.; Sperry Drilling, a division of Halliburton Energy Services; Transocean Ltd; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; and Triton Asset Leasing GmbH*, No. 13-2963. The motion is **GRANTED**.

The Chau Law Firm, P.C., through Jennifer K. Chau, moves for leave to withdraw as counsel of record for Plaintiff Hiep Van Vu in *Bao Van Nguyen, Duoc Van Nguyen, Hiep Van Vu, Jerry Hurt, Oswaldo Sanchez, Thach Van Tran, Rose Le, Thanh Van Tran, Tu Thanh Dang, and Tuan Van Truong v. BP Exploration & Production, Inc.; BP America Production Company;*

BP plc; Halliburton Energy Services, Inc.; Sperry Drilling, a division of Halliburton Energy Services; Transocean Ltd; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; and Triton Asset Leasing GmbH, No. 13-2963. The motion is **GRANTED**.

The Chau Law Firm, P.C., through Jennifer K. Chau, moves for leave to withdraw as counsel of record for Plaintiff Jerry Hurt in *Bao Van Nguyen, Duoc Van Nguyen, Hiep Van Vu, Jerry Hurt, Oswaldo Sanchez, Thach Van Tran, Rose Le, Thanh Van Tran, Tu Thanh Dang, and Tuan Van Truong v. BP Exploration & Production, Inc.; BP America Production Company; BP plc; Halliburton Energy Services, Inc.; Sperry Drilling, a division of Halliburton Energy Services; Transocean Ltd; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; and Triton Asset Leasing GmbH*, No. 13-2963. The motion is **GRANTED**.

The Chau Law Firm, P.C., through Jennifer K. Chau, moves for leave to withdraw as counsel of record for Plaintiff Oswaldo Sanchez in *Bao Van Nguyen, Duoc Van Nguyen, Hiep Van Vu, Jerry Hurt, Oswaldo Sanchez, Thach Van Tran, Rose Le, Thanh Van Tran, Tu Thanh Dang, and Tuan Van Truong v. BP Exploration & Production, Inc.; BP America Production Company; BP plc; Halliburton Energy Services, Inc.; Sperry Drilling, a division of Halliburton Energy Services; Transocean Ltd; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; and Triton Asset Leasing GmbH*, No. 13-2963. The motion is **GRANTED**.

The Chau Law Firm, P.C., through Jennifer K. Chau, moves for leave to withdraw as counsel of record for Plaintiff Tu Thanh Dang in *Bao Van Nguyen, Duoc Van Nguyen, Hiep Van Vu, Jerry Hurt, Oswaldo Sanchez, Thach Van Tran, Rose Le, Thanh Van Tran, Tu Thanh Dang, and Tuan Van Truong v. BP Exploration & Production, Inc.; BP America Production Company; BP plc; Halliburton Energy Services, Inc.; Sperry Drilling, a division of Halliburton Energy Services; Transocean Ltd; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; and Triton Asset Leasing GmbH*, No. 13-2963. The motion is **GRANTED**.

The Chau Law Firm, P.C., through Jennifer K. Chau, moves for leave to withdraw as counsel of record for Plaintiff Tuan Van Truong in *Bao Van Nguyen, Duoc Van Nguyen, Hiep Van Vu, Jerry Hurt, Oswaldo Sanchez, Thach Van Tran, Rose Le, Thanh Van Tran, Tu Thanh Dang, and Tuan Van Truong v. BP Exploration & Production, Inc.; BP America Production Company; BP plc; Halliburton Energy Services, Inc.; Sperry Drilling, a division of Halliburton Energy Services; Transocean Ltd; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; and Triton Asset Leasing GmbH*, No. 13-2963. The motion is **GRANTED**.

The Chau Law Firm, P.C., through Jennifer K. Chau, moves for leave to withdraw as counsel of record for Plaintiff Rose Le in *Bao Van Nguyen, Duoc Van Nguyen, Hiep Van Vu, Jerry Hurt, Oswaldo Sanchez, Thach Van Tran, Rose Le, Thanh Van Tran, Tu Thanh Dang, and Tuan Van Truong v. BP Exploration & Production, Inc.; BP America Production Company; BP plc; Halliburton Energy Services, Inc.; Sperry Drilling, a division of Halliburton Energy*

*Services; Transocean Ltd; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; and Triton Asset Leasing GmbH*, No. 13-2963. The motion is **GRANTED**.

The Chau Law Firm, P.C., through Jennifer K. Chau, moves for leave to withdraw as counsel of record for Plaintiff Thach Van Tran in *Bao Van Nguyen, Duoc Van Nguyen, Hiep Van Vu, Jerry Hurt, Oswaldo Sanchez, Thach Van Tran, Rose Le, Thanh Van Tran, Tu Thanh Dang, and Tuan Van Truong v. BP Exploration & Production, Inc.; BP America Production Company; BP plc; Halliburton Energy Services, Inc.; Sperry Drilling, a division of Halliburton Energy Services; Transocean Ltd; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; and Triton Asset Leasing GmbH*, No. 13-2963. The motion is **GRANTED**.

The Chau Law Firm, P.C., through Jennifer K. Chau moves the Court to sever Plaintiff Thanh Van Tran from *Bao Van Nguyen, Duoc Van Nguyen, Hiep Van Vu, Jerry Hurt, Oswaldo Sanchez, Thach Van Tran, Rose Le, Thanh Van Tran, Tu Thanh Dang, and Tuan Van Truong v. BP Exploration & Production, Inc.; BP America Production Company; BP plc; Halliburton Energy Services, Inc.; Sperry Drilling, a division of Halliburton Energy Services; Transocean Ltd; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; and Triton Asset Leasing GmbH*, No. 13-2963. The motion is **GRANTED**.

The Chau Law Firm, P.C., through Jennifer K. Chau moves the Court to sever Plaintiff Duoc Van Nguyen from *Bao Van Nguyen, Duoc Van Nguyen, Hiep Van Vu, Jerry Hurt,*

*Oswaldo Sanchez, Thach Van Tran, Rose Le, Thanh Van Tran, Tu Thanh Dang, and Tuan Van Truong v. BP Exploration & Production, Inc.; BP America Production Company; BP plc; Halliburton Energy Services, Inc.; Sperry Drilling, a division of Halliburton Energy Services; Transocean Ltd; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; and Triton Asset Leasing GmbH*, No. 13-2963. The motion is **GRANTED**.

The Chau Law Firm, P.C., through Jennifer K. Chau moves the Court to sever Plaintiff Hiep Van Vu from *Bao Van Nguyen, Duoc Van Nguyen, Hiep Van Vu, Jerry Hurt, Oswaldo Sanchez, Thach Van Tran, Rose Le, Thanh Van Tran, Tu Thanh Dang, and Tuan Van Truong v. BP Exploration & Production, Inc.; BP America Production Company; BP plc; Halliburton Energy Services, Inc.; Sperry Drilling, a division of Halliburton Energy Services; Transocean Ltd; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; and Triton Asset Leasing GmbH*, No. 13-2963. The motion is **GRANTED**.

The Chau Law Firm, P.C., through Jennifer K. Chau moves the Court to sever Plaintiff Jerry Hurt from *Bao Van Nguyen, Duoc Van Nguyen, Hiep Van Vu, Jerry Hurt, Oswaldo Sanchez, Thach Van Tran, Rose Le, Thanh Van Tran, Tu Thanh Dang, and Tuan Van Truong v. BP Exploration & Production, Inc.; BP America Production Company; BP plc; Halliburton Energy Services, Inc.; Sperry Drilling, a division of Halliburton Energy Services; Transocean Ltd; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; and Triton Asset Leasing GmbH*, No. 13-2963. The motion is **GRANTED**.

The Chau Law Firm, P.C., through Jennifer K. Chau moves the Court to sever Plaintiff Oswaldo Sanchez from *Bao Van Nguyen, Duoc Van Nguyen, Hiep Van Vu, Jerry Hurt, Oswaldo Sanchez, Thach Van Tran, Rose Le, Thanh Van Tran, Tu Thanh Dang, and Tuan Van Truong v. BP Exploration & Production, Inc.; BP America Production Company; BP plc; Halliburton Energy Services, Inc.; Sperry Drilling, a division of Halliburton Energy Services; Transocean Ltd; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; and Triton Asset Leasing GmbH*, No. 13-2963. The motion is **GRANTED**.

The Chau Law Firm, P.C., through Jennifer K. Chau moves the Court to sever Plaintiff Tu Thanh Dang from *Bao Van Nguyen, Duoc Van Nguyen, Hiep Van Vu, Jerry Hurt, Oswaldo Sanchez, Thach Van Tran, Rose Le, Thanh Van Tran, Tu Thanh Dang, and Tuan Van Truong v. BP Exploration & Production, Inc.; BP America Production Company; BP plc; Halliburton Energy Services, Inc.; Sperry Drilling, a division of Halliburton Energy Services; Transocean Ltd; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; and Triton Asset Leasing GmbH*, No. 13-2963. The motion is **GRANTED**.

The Chau Law Firm, P.C., through Jennifer K. Chau moves the Court to sever Plaintiff Tuan Van Truong from *Bao Van Nguyen, Duoc Van Nguyen, Hiep Van Vu, Jerry Hurt, Oswaldo Sanchez, Thach Van Tran, Rose Le, Thanh Van Tran, Tu Thanh Dang, and Tuan Van Truong v. BP Exploration & Production, Inc.; BP America Production Company; BP plc; Halliburton Energy Services, Inc.; Sperry Drilling, a division of Halliburton Energy Services; Transocean Ltd; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; and Triton Asset Leasing GmbH*, No. 13-2963. The motion is **GRANTED**.

The Chau Law Firm, P.C., through Jennifer K. Chau moves the Court to sever Plaintiff Rose Le from *Bao Van Nguyen, Duoc Van Nguyen, Hiep Van Vu, Jerry Hurt, Oswaldo Sanchez, Thach Van Tran, Rose Le, Thanh Van Tran, Tu Thanh Dang, and Tuan Van Truong v. BP Exploration & Production, Inc.; BP America Production Company; BP plc; Halliburton Energy Services, Inc.; Sperry Drilling, a division of Halliburton Energy Services; Transocean Ltd; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; and Triton Asset Leasing GmbH*, No. 13-2963. The motion is **GRANTED**.

The Chau Law Firm, P.C., through Jennifer K. Chau moves the Court to sever Plaintiff Thach Van Tran from *Bao Van Nguyen, Duoc Van Nguyen, Hiep Van Vu, Jerry Hurt, Oswaldo Sanchez, Thach Van Tran, Rose Le, Thanh Van Tran, Tu Thanh Dang, and Tuan Van Truong v. BP Exploration & Production, Inc.; BP America Production Company; BP plc; Halliburton Energy Services, Inc.; Sperry Drilling, a division of Halliburton Energy Services; Transocean Ltd; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; and Triton Asset Leasing GmbH*, No. 13-2963. The motion is **GRANTED**.

**FURTHER**, with regard to each of the above captioned cases, the Court **ORDERS** as follows:

1. The Clerk of Court shall assign new docket numbers to each severed plaintiff.
2. Severed Plaintiffs will be responsible for payment of required filing fees to the Clerk of Court in the even they wish pursue their claims separately.

**SO ORDERED:**

_____          _____

**Judge Barbier, Chief Judge**                                  **Date**
**United States District Court**

APPROVED & ENTRY REQUESTED:

The Chau Law Firm, P.C.

_____

Jennifer Kim Chau
Texas Bar No. 24069094
723 Main Street, Suite 1015
Houston, Texas 77007
(281) 888-7982 Telephone
(281) 764-6799 Facsimile