UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Appointing Martin C. Blount as Court-Approved Structured Settlement Broker]**

Considering the unopposed motion for appointment of Martin C. Blount as a court-approved structured settlement broker (Rec. doc. 11424), and upon review of Mr. Blount's credentials and finding that he meets the criteria set forth in this Court's order of September 17, 2013 (Rec. doc. 11404);

IT IS ORDERED that Martin C. Blount is hereby approved as a structured settlement broker to facilitate structured settlements for Claimants pursuant to the terms of the Court's January 30, 2013 order (Rec. doc. 8425) as amended on August 15, 2013 (Rec. doc. 11020).

New Orleans, Louisiana, this 19th day of September, 2013.

SALLY SHUSHAN
**United States Magistrate Judge**