IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) MDL No. 2179 ) ) Section: J |
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | ) ) ) Judge: Barbier ) ) Magistrate: Shushan |
| This Document Relates To: 2:13-CV-02038 | ) ) ) ) |

**ORDER**

Considering the foregoing Ex Parte Motion For Leave To Amend Mass Joinder Complaint To Add Additional Plaintiffs, and finding that no party has filed responsive pleadings to the initial Complaint,

**IT IS ORDERED** that the Ex Parte Motion For Leave To Amend Mass Joinder Complaint To Add Additional Plaintiffs is GRANTED.

New Orleans, Louisiana, this the      day of                , 2013.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE