IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Lee Tran, and 579 Additional Plaintiffs Listed In Exhibit 1<br>　　　　　　Plaintiffs,<br>VERSUS<br><br>BP Exploration & Production, Inc., BP America Production Company, BP p.l.c., Transocean Ltd., Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater, Inc., Transocean Holdings, LLC, Triton Asset Leasing GmBH, Halliburton Energy Services Inc., and Sperry Drilling Services<br>　　　　　　Defendants. | CIVIL ACTION NO:  2:13-CV-02038<br><br>SECTION:　　　　　J<br><br>JUDGE:　　　　Carl Barbier<br><br>MAGISTRATE:　　Sally Shushan |

## FIRST SUPPLEMENTAL COMPLAINT

　　NOW INTO COURT, through undersigned counsel come Plaintiffs Lee Tran , et al., who supplement their initial Complaint as follows:

1.

　Added as plaintiffs herein are the 70 parties identified in Exhibit A attached hereto, all of which have "presented" their claims to BP for payment as contemplated by the Oil Pollution Act.

2.

　The allegations of the initial Complaint in the above-captioned suit are hereby incorporated in their entirety and asserted herein on behalf of the newly added plaintiffs identified in Exhibit A.

PRAYER

WHEREFORE, Plaintiffs demand judgment against Defendants, jointly, severally, and solidarily, as follows:

(a) economic and compensatory damages in amounts to be determined at trial;

(b) punitive damages;

(c) pre-judgment and post-judgment interest at the maximum rate allowable by law;

(d) attorneys' fees and costs of litigation; and

(e) such other and further relief available under all applicable state and federal laws and any relief the Court deems just and appropriate.

Respectfully submitted,

WALTZER WIYGUL & GARSIDE, LLC

| /s/ Joel Waltzer | /s/ Robert Wiygul | /s/ Clay Garside |
|---|---|---|
| Joel Waltzer (LA #19268) | Robert Wiygul (LA #17411) | Clay Garside (LA # 29873) |
| 3715 Westbank Expwy, Ste. 13 | 1011 Iberville Drive | 14399 Chef Menteur Hwy, D |
| Harvey, LA  70058 | Ocean Springs, MS 39564 | New Orleans, LA 70129 |
| Office:  (504) 340-6300 | Office: (228) 872-1125 | Office: (504) 254-4400 |
| Fax:     (504) 340-6330 | Fax:     (228) 872-1128 | Fax:     (504) 254-1112 |
| joel@waltzerlaw.com | robert@waltzerlaw.com | clay@waltzerlaw.com |