EXHIBIT A to FIRST SUPPLEMENTAL COMPLAINT in LEE TRAN, ET AL, V. BP EXPLORATION & PRODUCTION, INC., ET AL. 2:13-CV-2038

| WWG# | CLIENT NAME | OCCUPATION | LANG | Address | City | State | Zip Code | GCCF # | MDL SF# |
|---|---|---|---|---|---|---|---|---|---|
| 1705 | Aguilar-Lara, Maximo | Fisherman | Eng | 5885 Hwy 311 | Houma | LA | 70360 | 3575516 | 135952 |
| 1731 | Almaguer, Jorge Luis | Fisherman | Span | 2110 Airline Drive #6 | Houston | TX | 77009 | 1041770 | 130076 |
| 1814 | Almaguer, Jose | Fisherman | Span | 210 W. Canino #4E | Houston | TX | 77037 | 3313053 | 136236 |
| 1723 | Badillo-Gomez, Rigoberto | Fisherman | Eng | 2109 Bartolo Drive | Meraux | LA | 70075 | 1078913 | 126854 |
| 1681 | Barthelemy, Andria Sylve | Shrimp Vessel Owner, Cook | Eng | 24776 Diamond Rd. | Port Sulphur | LA | 70083 | N/A | 122935 |
| 1360 | Succession of Alexandre Billiot | Wetland Property Owner | Eng | 405 W. 2nd St./P.O. Box 508 | Thibodaux | LA | 70302 | N/A | 123274 |
| 468 | Billiot, Price Sr. | Owner - Pri's Seafood | Eng | 3898 Oak Point Road | Montegut | LA | 70377 | | 71848 |
| 1551 | Butler, Rita_Gilf Coast Land Management, LLC. | Equipment Rental | Eng | P.O. Box 887 | Belle Chasse | LA | 70037 | N/A | 135420 |
| 1808 | Cao, Bang | Fisherman | Viet | 3826 Peters Road, Lot #15 | Harvey | LA | 70058 | | 136249 |
| 1319 | Cao, Sonny, S&T Food Mart | Owner - Convenience Store | Eng | 108 Newsom Dr. | Houma | LA | 70363 | 3307069 | 119009 |
| 1672 | Champagne, Clarence J., Crescent Transportation Service, Inc. | Transportation Service | Eng | 8498 Hwy 23 | Belle Chasse | LA | 70037 | 3431868 | 123057 |
| 1692 | Couvillion, Timothy_Couvillion Group, LLC. | Marine Equipment Salvage | Eng | 371 Walker Road | Belle Chasse | LA | 70037 | N/A | 123136 |
| 275 | Dang, Anh Ngoc | Fisherman | Viet | 10038 Arcadian Springs Lane | Tom Ball | TX | 77375 | 1111991 | 54059 |
| 76 | Dardar, Dylan | Fisherman | Eng | 3981 Oak Point Road | Montegut | LA | 70377 | | 52675 |
| 1671 | Deeters, Ronnie | Property Owner, Hotel | Eng | 820 West Crystal Court | Westwego | LA | 70094 | 1139727 | 105650 |
| 1715 | Flores-Vega, Jose Fidel | Fisherman | Span | 224 Saint Malo Street | Houma | LA | 70363 | 1085482 | 124369 |
| 1709 | Gonzalez-Gonzalez, Luis Miguel | Fisherman | Span | P.O. Box 44 | Pointe Ala Hache | LA | 70082 | N/A | 124049 |
| 226 | Hoang, Kimberly, Ryan Enterprise, Inc. | Real Estate | Viet | 428 Sugarhighland Blvd. | Houma | LA | 70360 | 3182764 | 55894 |
| 818 | Hoang, Ky Phong, Nail Care, Inc. | Owner - Nail Salon | Viet | 1600 North Highway 1900, #3 | Convington | LA | 70043 | N/A | 77321 |
| 1078 | Hoang, Le | Fisherman | Viet | P.O. Box 6649 / 1107 W 5th Ave | Kennewuick | WA | 99336 | 1144874 | 106926 |
| 214 | Huynh, Hai Hoang, Hanson's Seafood, LLC | Seafood Dock | Viet | 125 Circle Street | Buras | LA | 70041 | 1118172 | 56180 |
| 198 | Huynh, Hung V., Blue Ocean Seafood, LLC | Seafood Dock | Viet | 105 Regina Drive | Belle Chasse | LA | 70037 | 1101078 | 54811 |
| 197 | Huynh, Hung V., Venice Seafood, LLC | Seafood Dock | Viet | 105 Regina Drive | Belle Chasse | LA | 70037 | 1082609 | 54804 |
| 1726 | Kenon, William Jr._B.K. Trawlers, Inc. | Fisherman | Eng | P.O. Box 416 | Port Isabel | TX | 78578 | 3299692 | 129967 |
| 1727 | Kenon, William Jr._KC Trawlers, Inc. | Fisherman | Eng | P.O. Box 416 | Port Isabel | TX | 78578 | N/A | 129969 |
| 1733 | Kenon, William Jr._Marine Salvage & Services, Inc. | Marine Salvage | Eng | P.O. Box 416 | Port Isabel | TX | 78578 | N/A | 130556 |
| 1728 | Kenon, William Jr._Sea Fever, Inc. | Fisherman | Eng | P.O. Box 416 | Port Isabel | TX | 78578 | 3422464 | 129973 |
| 1730 | Kenon, William Jr._Stormy Weather, Inc. | Fisherman | Eng | P.O. Box 416 | Port Isabel | TX | 78578 | N/A | 129975 |

| WWG# | CLIENT NAME | OCCUPATION | LANG | Address | City | State | Zip Code | GCCF # | MDL SF# |
|---|---|---|---|---|---|---|---|---|---|
| 1802 | Le, Bay Van | Fisherman | Viet | 343 West 107th Street | Cutoff | LA | 70345 | | 136240 |
| 1809 | Le, Tanh Ba | Fisherman | Viet | 3826 Peters Road, Lot #15 | Harvey | LA | 70058 | | 136241 |
| 1724 | Metairie Bank & Trust Company, Inc. | Bank | Eng | 3344 Metairie Road | Metairie | LA | 70001 | | 131509 |
| 27A | New Orleans Hamburger & Seafood Company, Inc. | Restaurant Owner | Eng | 3636 South I-10 Service Road | Metairie | LA | 70001 | 3439731 | 62902 |
| 1811 | Nguyen, Binh Van | Fisherman | Viet | 14332 Dwyer Blvd | New Orleans | LA | 70129 | | 58012 |
| 1510 | Nguyen, David | Marine Outfitter | Eng | 2440 Kingsley Drive | Grand Prairie | TX | 75050 | N/A | 111292 |
| 1143 | Nguyen, Khoa_Toni's Marine Supplies | Marine Supplies Sale | Viet | 960 Ruth Drive | Harvey | LA | 70058 | 1069178 | 111121 |
| 554 | Nguyen, Lanh Trong, Saraland Seafood | Seafood Retailer | Viet | 6759 Foxwood Dr. | Theodore | AL | 36582 | 1045445 | 68241 |
| 1276 | Nguyen, Luc Van | Fisherman | Viet | 11666 Gulf Pointe Drive #1205 | Houston | TX | 77089 | 3158815 | 118742 |
| 1800 | Nguyen, Men H | Fisherman | Viet | 2401 Lafayette Street | Gretna | LA | 70053 | | 136242 |
| 1631 | Nguyen, Peter_HNH INC. dba Algiers Seafood & Deli | Seafood Retailer | Viet | 104 Orchid Court | New Orleans | LA | 70131 | 1073380 | 51487 |
| 262 | Nguyen, Thu Ngoc | Offshore AC Tech | Eng | 3401 Debouchel Blvd | Meraux | LA | 70075 | 3339522 | 54207 |
| 1801 | Nguyen, Tien H | Fisherman | Viet | 2836 Cardinal Drive | Marrero | LA | 70072 | | 136243 |
| 563 | Nguyen, Trung Chi | Onshore Painter | Viet | 2756 Dove Ave. | Marrero | LA | 70072 | 3174807 | 118057 |
| 1536 | Peneguy, Mark | Wetland Property Owner | Eng | P.O. Box 13686 | New Orleans | LA | 70185 | N/A | 123262 |
| 1537 | Peneguy, Mark_The Marais Company, LLC | Wetland Property Owner | Eng | P.O. Box 4007 | New Orleans | LA | 70178 | N/A | 123280 |
| 44D | Phillips, Maurice | Fisherman | Eng | P.O. Box 613 | Port Sulphur | LA | 70083 | 1027034 | 62201 |
| 233 | Phillips, Myrtle | Fisherman | Eng | 211 1/2 Ernest St. | Belle Chasse | LA | 70037 | 3463324 | 68157 |
| 851 | Quang, Chuong | Fisherman | Viet | 3431 Vespasian Blvd | New Orleans | LA | 70114 | 3010788 | 104786 |
| 1623 | Quevedo-Badillo, Federico | Fisherman | Span | P.O. Box 44 | Pointe Ala Hache | LA | 70082 | N/A | 122628 |
| 1657 | Raoul Olivier Trust No. 1 | Wetland Property Owner | Eng | 125 Newbury Terrrace | San Antonio | TX | 78209 | N/A | 123352 |
| 1722 | Rivas, Jose Federico | Fisherman | Span | 7313 Northline #212 | Houston | TX | 77076 | N/A | 126857 |
| 1729 | Rivas, Luis Mariano | Fisherman | Span | 2525 Branding Iron Drive #50 | Dickinson | TX | 77539 | N/A | 130106 |
| 1737 | Solorzano, Marilyn_Miss Marilyn Louise, Inc. | Fisherman | Eng | 4061 Starratt Road | Jacksonville | FL | 32226 | 1062314 | 132745 |
| 1798 | Tran, Dinh Ngoc | Fisherman | Viet | 421 East Liberaux Street | Chalmette | LA | 70043 | | 136244 |
| 1797 | Tran, Lam Duy | Fisherman | Viet | 4871 Marseille Street | New Orleans | LA | 70129 | | 84877 |
| 1806 | Tran, Men | Fisherman | Viet | 220 Lakeland Drive Apt J5 | Hotsprings | AK | 71913 | | 84890 |
| 1796 | Tran, Phuong Tu | Fisherman | Viet | 1028 Orange Blossom Lane | Harvey | LA | 70058 | | 136246 |

| WWG# | CLIENT NAME | OCCUPATION | LANG | Address | City | State | Zip Code | GCCF # | MDL SF# |
|---|---|---|---|---|---|---|---|---|---|
| 1803 | Truong, Dung Van | Fisherman | Viet | 2401 Lafayette Street Suite B | Gretna | LA | 70053 | | 136247 |
| 1810 | Truong, Hong Thi | Fisherman | Viet | P.O. Box 525 | Venice | LA | 70091 | | 53245 |
| 1516 | Tu, Thuy Thi Kim, Avalon Spa & Nail, LLC | Own & Operate Nail Salon | Viet | 1212 Wyndham South | Gretna | LA | 70056 | 3366014 | 120845 |
| 1759 | Vega, Tereso Almaguer | Fisherman | Eng | 4033 Oak Point Rd. | Montegut | LA | 70377 | 3012580 | 135177 |
| 90 | Verdin, Anthony | Fisherman | Eng | 3738 Hwy. 665 | Montegut | LA | 70377 | | 60680 |
| 95 | Verdin, Randy | Fisherman | Eng | P. O. Box 385 | Golden Meadow | LA | 70357 | | 54798 |
| 96 | Verdin, Sidney | Fisherman | Eng | P. O. Box 103/248 Tangelo Rd. | Buras | LA | 70041 | | 60914 |
| 1799 | Vo, Tuan Anh | Fisherman | Viet | 3045 Cornell Drive | Marrero | LA | 70072 | | 136248 |
| 1741 | Vogelsong, Jason | Fisherman | Eng | 4061 Starratt Road | Jacksonville | FL | 32226 | 1062364 | 132798 |
| 1740 | Vogelsong, Jason_Captain J&V Seafood, Inc. | Fisherman | Eng | 4061 Starratt Road | Jacksonville | FL | 32226 | 1062389 | 132791 |
| 1739 | Vogelsong, Kenneth III | Fisherman | Eng | 4049 Starratt Road | Jacksonville | FL | 32226 | 1041935 | 132780 |
| 1738 | Vogelsong, Kenneth III_Miss Candace Nicole, Inc. | Fisherman | Eng | 4049 Starratt Road | Jacksonville | FL | 32226 | | 132755 |
| 1599 | Vu, Mao_Mutual Co., LLC | Rental property | Viet | 2139 Stumpf Blvd. Suite 1 | Gretna | LA | 70056 | 3053657 | 121657 |
| 1178 | Wolfer, Daniel | Fisherman | | 45 Adams Loop Hwy. 11 | Buras | LA | 70041 | | 107108 |