IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * | MDL No. 2179 SECTION "J" |
| THIS DOCUMENT RELATES TO 12-970 | * * | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR EXTENSION TO RESPOND TO SPECIAL MASTER'S REPORT OF SEPTEMBER 6, 2013

NOW COMES, John Andry, named in the above pleading and moves as follows:

1.

Andry has retained counsel, the undersigned, after being made aware through the news media of the Special Master's report.

2.

Andry has received no service of any type of this document, but through the published court system, is aware that the initial Order gives him 14 days to traverse the Special Master's report.

3.

The report is voluminous with numerous erroneous, and only partial factual findings, and Andry must have an adequate opportunity to rebut and respond.

4.

Undersigned counsel was counsel in the case of *State of Louisiana v. William Belniak*, in the 18th Judicial District Court for the Parish of West Baton Rouge, State of Louisiana, an attempted second degree murder case of a police officer scheduled for trial Monday, September 16th.

5.

That case resolved on Monday, but counsel for Andry has had no time to discharge his professional responsibilities to his client and the Court and prepare an adequate response.

6.

It is necessary that the Court extend the 14 day period until such time as the parties can digest the report and formalize a response.

7.

Andry also joins and adopts any pleadings filed by other named parties such as Andry Learner, The Andry Law Firm, Glenn Learner, Lionel Sutton, Brown Greer or any other individuals or entities who have responded more time.

8.

Andry further asks that the court leave the time limit open ended under the believe that the parties will be filing shortly additional requests to clarify certain procedural and due process matters prior to their formal responses.

WHEREFORE, Andry prays that this Honorable Court rescind the current 14 day response rule pending further order of the court.

By Attorneys:

*/s/Lewis O. Unglesby*
LEWIS O. UNGLESBY (#12498)
LANCE C. UNGLESBY (#29690)
UNGLESBY LAW FIRM
246 Napoleon Avenue
Baton Rouge, LA 70802
Telephone: (225) 387-0120
Facsimile: (225) 336-4355

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of September, 2013, a copy of the foregoing Motion was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

*/s/Lewis O. Unglesby*

LEWIS O. UNGLESBY