IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * | MDL NO. 2179 SECTION "J" |
| THIS DOCUMENT RELATES TO 12-970 | * | HONORABLE CARL J. BARBIER |
| | * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION TO RESPOND TO SPECIAL MASTER'S REPORT OF SEPTEMBER 6, 2013

Due process envisions adequate time and opportunity to respond, rebut and confront allegations. Andry hired counsel in a timely fashion. However, the nature of the report and numerous allegations made as well as counsel's schedule prohibits filing an adequate and useful response. More time is self evident.

By Attorneys:

/s/Lewis O. Unglesby
LEWIS O. UNGLESBY (#12498)
LANCE C. UNGLESBY (#29690)
UNGLESBY LAW FIRM
246 Napoleon Avenue
Baton Rouge, LA 70802
Telephone: (225) 387-0120
Facsimile: (225) 336-4355

### CERTIFICATE OF SERVICE

I hereby certify that on 18th day of September, 2013, a copy of the foregoing Motion was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/Lewis O. Unglesby

LEWIS O. UNGLESBY