IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * | MDL NO. 2179 SECTION "J" |
| | * | HONORABLE CARL J. BARBIER |
| THIS DOCUMENT RELATES TO 12-970 | * | MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO SET STATUS CONFERENCE

**NOW COMES** Lionel Sutton, Christine Reitano, Jon Andry, Glen Lerner, and associated law firms, Andry Lerner, LLC, and The Andry Law Firm, LLC (collectively the "Show Cause Parties"), who, reserving all rights and defenses, appear solely for the purpose of filing this Joint Motion to Set Status Conference to address procedural and other issues, and if necessary a briefing schedule for them, relating to the Court's Order [Regarding Special Master Louis J. Freeh's Report of September 6, 2013], entered on September 6, 2013 (Rec. Doc. 11288) (hereafter "Order").

1.

The Order directed the Show Cause Parties to "show cause why the Court should not adopt the following findings and recommendations of the Special Master: (a) Disallowing The Andry Law Firm's claim under the Unclean Hands Doctrine; [and] (b) Disqualifying Attorneys Lionel Sutton, Christine Reitano, Glen Lerner, and John Andry, as well as any associated law firms, from representing CSSP claimants (or collecting fees from such claimants) under the Unclean Hands Doctrine." Order at 3. The Order also invited the Show Cause Parties to file their "response, or any objection or motion" to the Special Master's Report. *Id.* at 3-4.

{N2698237.1}

2.

The Court's Order does not address important issues regarding the Show Cause Parties' substantive and procedural rights in these proceedings, as well as the process and procedures by which the Court intends to judge the alleged conduct of the Show Cause Parties. The Report of the Special Master was issued without affording due process to any of the Show Cause Parties. To date, the Show Cause Parties have not been furnished the materials upon which the report was based. The Court's proposed action of adopting the Special Master's recommendations would deprive the Show Cause Parties, or some of them, of property rights. Accordingly, the Court's proposed action demands constitutionally sufficient safeguards and procedures to protect the Show Cause Parties' rights.

Accordingly, the Show Cause Parties respectfully request a conference with the Court to address at least the following issues:

- The procedures to be followed hereafter in these proceedings and their compliance with constitutionally required due process;
- The timing and scope of discovery afforded the Show Cause parties;
- The Show Cause Parties' entitlement to an evidentiary hearing on the Order, and the nature of such a hearing;
- The role of the Special Master hereafter in these proceedings;
- A timetable for completing discovery, filings responses and objections, and holding an evidentiary hearing.

{N2698237.1}

3.

To address and obtain clarity on the foregoing open issues and others, the Show Cause Parties respectfully request that the Court schedule a status conference. The Show Cause Parties are available and suggest October 8, 9, 10 or 11 for such a conference.

**WHEREFORE**, the Show Cause Parties request a status conference on the Court's Order, dated September 6, 2013.

By Attorneys:

*/s/Lewis O. Unglesby*
LEWIS O. UNGLESBY (#12498)
LANCE C. UNGLESBY (#29690)
UNGLESBY LAW FIRM
246 Napoleon Avenue
Baton Rouge, LA 70802
Telephone: (225) 387-0120
Facsimile: (225) 336-4355

*Attorney for Jon Andry*

/s/ Mary Olive Pierson
Mary Olive Pierson (La. Bar #11004)
8702 Jefferson Highway – Suite B (70809)
Post Office Box 14647
Baton Rouge, Louisiana 70898
Telephone: (225) 927-6765
Fax: (225) 927-6775
mop@mopslaw.com

*Attorney for Christine Reitano*

{N2698237.1}

/s/ Michael S. Walsh
Michael S. Walsh, 8500
257 Maximilian Street
Baton Rouge, Louisiana 70808
Telephone: (225) 344-0474
Fax: (225) 344-9124
michael@leeandwalsh.com

*Attorney for Lionel H. Sutton, III*

/s/ Pauline F. Hardin
Pauline F. Hardin (La. Bar #6542)
James E. Wright, III (La. Bar #13700)
Virginia W. Gundlach (La. Bar #18493)
**JONES WALKER LLP**
201 St. Charles Ave. – 49th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-8110
Fax: (504) 589-8110
phardin@joneswalker.com
jwright@joneswalker.com
ggundlach@joneswalker.com

and

William W. Taylor, III (D.C. Bar #84194)
Amit P. Mehta (D.C. Bar #467231)
**ZUCKERMAN SPAEDER LLP**
1800 M. Street, NW – Suite 1000
Washington, D.C. 20036-5807
Telephone: (202) 778-1800
Fax: (202) 822-8106
wtaylor@zuckerman.com
amehta@zuckerman.com

*Attorneys for Glen J. Lerner*

/s/ James A. Cobb
James A. Cobb (La. Bar #4213)
Attorney & Counselor at Law
900 Emerald Street
New Orleans, Louisiana   70124
Telephone: (504) 289-7830
Fax: (504) 582-2310
jimcobb@jimcobblaw.com

*Attorney for Andry Lerner*


/s/ William P. Gibbens
Kyle D. Schonekas (La. Bar #11817)
William P. Gibbens (La. Bar #27225)
Ian Atkinson (La. Bar #31605)
**SCHONEKAS, EVANS, McGOEY & McEACHIN, L.L.C.**
909 Poydras Street – Suite 1600
New Orleans, La. 70112
Telephone: (504) 680-6050
Fax: (504) 680-6051
kyle@semmlaw.com
billy@semmlaw.com
ian@semmlaw.com

*Attorneys for The Andry Law Firm*


## CERTIFICATE OF SERVICE

I hereby certify that on 19th day of September, 2013, a copy of the foregoing Motion was filed electronically with the Clerk of Court using the CM/ECF system.   Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

*/s/Lewis O. Unglesby*
LEWIS O. UNGLESBY

{N2698237.1}