IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION "J" |
| | * | HONORABLE CARL J. BARBIER |
| THIS DOCUMENT RELATES TO 12-970 | | |
| | * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * *

## O R D E R

Considering the foregoing Joint Motion to Set Status Conference by Lionel Sutton, Christine Reitano, Jon Andry, Glen Lerner, and associated law firms, AndryLerner, LLC, and The Andry Law Firm, LLC (collectively the "Show Cause Parties"),

**IT IS ORDERED** that Defendants' Joint Motion to Set Status Conference is GRANTED and that a status conference is set for _____, 2013, at _____ o'clock __.m.

New Orleans, Louisiana, this _____ day of September 2013.

                                                          _____
                                                          **J U D G E**
                                                          **UNITED STATES DISTRICT COURT**
                                                          **EASTERN DISTRICT OF LOUISIANA**

{N2698237.1}