UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG             MDL NO. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010            Section "J"

                                            Judge Barbier

                                            Magistrate Judge Shushan

**This document relates to:**

*MRI, LLC, et al. v. BP Exploration & Production, Inc., et al.*     CA# 2:13cv5351

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), the Plaintiffs state as follows:

1. The undersigned counsel for MRI, LLC certifies that this party is a non-governmental corporate party that does not have any parent corporations and no publicly-held corporation owns 10% or more of its stock.

2. The undersigned counsel for HAWKINS-COBB, INC. certifies that this party is a non-governmental corporate party that does not have any parent corporations and no publicly-held corporation owns 10% or more of its stock.

3. The undersigned counsel for WOLF BAY, LLC certifies that this party is a non-governmental corporate party that does not have any parent corporations and no publicly-held corporation owns 10% or more of its stock.

September 19, 2013.                         *s/ Frederick T. Kuykendall, III*
                                            FREDERICK T. KUYKENDALL, III
                                            FEDERAL BAR NO. KUYKF4462
                                            AL BAR NO. ASB4462A59F
                                            KUYKENDALL & ASSOCIATES, LLC
                                            P.O. BOX 2129
                                            FAIRHOPE, AL 36533
                                            PHONE: 251-928-4008

      E-MAIL: ftkuykendall@yahoo.com
      Attorney for Plaintiff[s]

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Plaintiffs' Corporate Disclosure Statement has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of September, 2013.

      *s/ Frederick T. Kuykendall, III*
      FREDERICK T. KUYKENDALL, III