MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 19, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Case: Prejean v. O'Brien's Response Mgmt., Inc.; 12-1045 | SECTION "J" (2) |

This matter was previously reassigned and referred to me by Judge Barbier for pretrial case management. Record Doc. No. 6665. Status conferences by telephone were conducted by me in this matter on September 10 and 19, 2013 concerning the parties' pending Joint Motion to Amend Scheduling Order. Record Doc. No. 10983. Participating were: David Moulton and Rex Burch, representing plaintiffs; Keith Pyburn, Jr. and Jonathan Sokotch, representing defendant.

All parties have again declined to consent to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). Accordingly, considering the oral representations of counsel during the conferences, and having conferred with Judge Barbier, the parties' Joint Motion to Amend Scheduling Order, Record Doc. No. 10983, will be GRANTED by separate order.

MJSTAR:  0 : 35

  The Clerk is directed to file this minute entry in the records of <u>both</u> MDL 2179 <u>and</u> C.A. No. 12-1045.

                           JOSEPH C. WILKINSON, JR
                          UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**