UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>Section "J"<br><br>Judge Barbier<br><br>Magistrate Judge Shushan |
| This document relates to: | |
| *Beaufort Engineering Services, Inc. et al. v.*<br>*BP Exploration & Production, Inc., et al.* | CA# 2:13cv5346 |

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), the Plaintiffs state as follows:

The undersigned counsel for the following plaintiffs, Beaufort Engineering Services, Inc, CIMA, LLC, Cypress/Spanish Fort I, LP, Flowers Enterprises, LLC, Jackson Commons Commercial Properties, LLC, LA Consulting, Inc, Magnolia Hospitality Group, Inc, Outboard Recycle Parts and Marine, Inc., LKS, Inc., Shellbank Development, LLC, and ER&W Land Holding Company, LP, certifies that this party is a non-governmental corporate party that does not have any parent corporations and no publicly-held corporation owns 10% or more of its stock.

| | |
|---|---|
| September 19, 2013. | *s/ Frederick T. Kuykendall, III*<br>FREDERICK T. KUYKENDALL, III<br>FEDERAL BAR NO. KUYKF4462<br>AL BAR NO. ASB4462A59F<br>KUYKENDALL & ASSOCIATES, LLC<br>P.O. BOX 2129<br>FAIRHOPE, AL 36533<br>PHONE: 251-928-4008<br>E-MAIL: ftkuykendall@yahoo.com<br>Attorney for Plaintiff[s] |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Plaintiffs' Corporate Disclosure Statement has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of September, 2013.

*s/ Frederick T. Kuykendall, III*
FREDERICK T. KUYKENDALL, III