UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>Section "J"<br><br>Judge Barbier<br><br>Magistrate Judge Shushan |

**This document relates to:**

| | |
|---|---|
| *Kings Seafood, Inc. v. BP Exploration & Production, Inc., et al.* | CA# 2:13cv5344 |
| *The Cooperative District of the City of Spanish Fort, Alabama –* | |
| *Hwy 181 Public Facilities v. BP Exploration & Production, Inc., et al.* | CA# 2:13cv5348 |
| *Wolf Bay, LLC v. BP Exploration & Production, Inc., et al.* | CA# 2:13cv5352 |

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), the Plaintiffs state as follows:

1. The undersigned counsel for KING SEAFOOD, INC. certifies that this party is a non-governmental corporate party that does not have any parent corporations and no publicly-held corporation owns 10% or more of its stock.

2. The undersigned counsel for THE COOPERATIVE DISTRICT OF THE CITY OF SPANISH FORT, ALABAMA – HIGHWAY 181 PUBLIC FACILITIES certifies that this party is a non-governmental corporate party that does not have any parent corporations and no publicly-held corporation owns 10% or more of its stock.

3. The undersigned counsel for WOLF BAY, LLC certifies that this party is a non-governmental corporate party that does not have any parent corporations and no publicly-held corporation owns 10% or more of its stock.

September 19, 2013.
                  *s/ Frederick T. Kuykendall, III*
                  FREDERICK T. KUYKENDALL, III
                  FEDERAL BAR NO. KUYKF4462
                  AL BAR NO. ASB4462A59F

>KUYKENDALL & ASSOCIATES, LLC
>P.O. BOX 2129
>FAIRHOPE, AL 36533
>PHONE: 251-928-4008
>E-MAIL: ftkuykendall@yahoo.com
>Attorney for Plaintiff[s]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Plaintiffs' Corporate Disclosure Statement has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of September, 2013.

>*s/ Frederick T. Kuykendall, III*
>FREDERICK T. KUYKENDALL, III