IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * <br><br> * | MDL NO. 2179 <br><br> SECTION: "J" |
| This document relates to No. 12-970 Bon Secour Fisheries, Inc. et al. v. BP Exploration & Production Inc. et al. | <br><br> * | Honorable Carl J. Barbier <br><br> Magistrate Judge Shushan |

MOTION FOR PRODUCTION OF DOCUMENTS
AND TO EXTEND TIME TO RESPOND TO ORDER TO SHOW CAUSE

**NOW INTO COURT**, through undersigned counsel, comes claimant Lionel H. Sutton, III who files this *Motion for Production of Documents and to Extend Time to Respond* to the Court's *Order to Show Cause*.

I.

In response to Special Master Freeh's report of September 6, 2013, this Court ordered Lionel Sutton, Christine Reitano, Jon Andry, Glen Lerner, and any associated law firms to show cause why the Court should not adopt the Special Master's findings and recommendations "[d]isallowing Lionel H. Sutton, III's claim under the Unclean Hands Doctrine" and "[d]isqualifying Attorneys Lionel Sutton, Christine Reitano, Glen Lerner, and Jon Andry, as well as any associated law firms, from representing CSSP claimants (or collecting fees from such claimants) under the Unclean Hands Doctrine."  Rec. Doc. 11288.  The Court's Order gives these persons only fourteen days from September 6, 2013 to file any response, objection, or motion. *Id.*

II.

Special Master Freeh's report is ninety-six pages long and contains five hundred and fifty nine footnotes.  According to the Special Master, during the course of his investigation, his office conducted over 80 interviews (many of which were transcribed), performed computer forensics, reviewed extensive emails and phone records, searched laptops and mobile device hardware, issued subpoenas, and examined numerous other documents.  This evidence is referenced selectively throughout Special Master Freeh's report, but is not a part of the record, and has not been provided to Lionel H. Sutton, III.

WHEREFORE, Lionel H. Sutton, III, respectfully requests that the Court grant his *Motion for Production of Documents and to Extend Time to Respond* to the Court's *Order to Show Cause*, grant access to the documents underlying Special Master Freeh's Report, and allow Lionel H. Sutton, III twenty-one (21) days from the date of production to make any objections.

Respectfully submitted,

*/s/ Michael S. Walsh*
Michael S. Walsh, 8500
257 Maximilian Street
Baton Rouge, Louisiana  70808
Telephone:  (225) 344-0474
Fax:  (225) 344-9124
michael@leeandwalsh.com
Attorney for Lionel H. Sutton, III

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 19th day of September, 2013.

*/s/ Michael S. Walsh*
Michael S. Walsh

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL NO. 2179 SECTION: "J" |
| This document relates to No. 12-970 Bon Secour Fisheries, Inc. et al. v. BP Exploration & Production Inc. et al. | * | Honorable Carl J. Barbier Magistrate Judge Shushan |

\*     \*     \*

## ORDER

Considering the foregoing:

IT IS HEREBY ORDERED that Lionel H. Sutton's Motion for Production of Documents

and Order to Extend Time to Respond to Order to Show Cause is GRANTED, allowing Lionel

H. Sutton, III access to the documents underlying Special Master Freeh's Report, and allowing

twenty-one (21) days from the date of production to make any objections.

New Orleans, Louisiana, this _____day, September, 2013.

<br>

_____
HON. CARL J. BARBIER
UNITED STATES DISTRICT JUDGE