UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * MDL NO. 2179 |
| | * SECTION J |
| THIS DOCUMENT RELATES: | * |
| | * JUDGE BARBIER |
| Jesco Construction of Delaware v. BP America Production Company; et al. Case No. 2:11-cv-00911 | * MAGISTRATE JUDGE SHUSHAN |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Plaintiff Jesco Construction of Delaware, by and through undersigned counsel, moves the Court pursuant to Local Rule 83.2.11 for permission for:

Brent W. Coon and Brent Coon & Associates to withdraw as counsel of record and

Robert T. Cunningham, Steve Olen, Steven L. Nicholas and William E. Bonner of Cunningham Bounds, LLC to continue as counsel of record for Plaintiff Jesco Construction of Delaware.

-1-

WHEREFORE, the undersigned counsel request this Court to grant the above-requested withdrawal of counsel.

_____
BRENT W. COON
Brent Coon & Associates
300 Fannin, Suite 200
Houston, Texas 77002
713-225-1682
713-226-1785 (fax)


_____
ROBERT T. CUNNINGHAM
STEVE OLEN
STEVEN L. NICHOLAS
WILLIAM E. BONNER
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama 36604
251-471-6191
251-479-1031 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of September, 2013, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through Lexis Nexis to all counsel of record.

_____
STEVE OLEN

-2-