UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL 2179  Section J |
| This Document Applies to: | : : | Judge Barbier |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | : : : | Mag. Judge Shushan |

O R D E R

The Court has received several motions seeking to extend the time for response or objections to the Special Master's Report, and seeking production of documents.[1]  In light of the Court's recent order in connection with similar motions filed by The Andry Law Firm and Glen Lerner (Rec. Doc. 11412), the Court GRANTS these motions in part as follows:

IT IS ORDERED:

The Court's Order issued on September 6, 2013 (Rec. Doc. 11288), is amended as follows:  Any response or objection to the Special Master's Report or to the Court's September 6, 2013 order to show cause shall be filed not later than October 18, 2013;

The Special Master shall provide Lionel Sutton, Christine Reitano, Jon Andry and Glen Lerner access to information relevant to portions of the Special Master's Report concerning each of them, not later than Tuesday, September 24, 2013;

The Special Master shall redact portions of pertinent discovery provided that is not relevant to a particular party, and shall maintain original and un-redacted versions of all documents for review and consideration by the Court.

---

[1] Rec. Docs. 11414, 11420, 11432, 11439

The Special Master shall file a reply to any response or objection, not later than November 8, 2013.

Signed in New Orleans, Louisiana, this 19th day of September, 2013.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE