UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION "J"** |
| | * | |
| **Applies to:** | * | **JUDGE BARBIER** |
| | * | |
| *12-1045, Prejean v. O'Brien's Response* | * | |
| *Mgmt., Inc.* | * | |
| *12-1533, Himmerite, et al. v. O'Brien's* | * | |
| *Response Mgmt., Inc., et al.* | * | |
| *12-1716, Singleton v. O'Brien's* | * | |
| *Response Mgmt., Inc., et al.* | * | |

## ORDER

The referenced member cases concern claims under the Fair Labor Standards Act, 29 USC § 201, et seq., against O'Brien's Response Management, L.L.C. and certain other defendants. These cases were consolidated with Multidistrict Litigation ("MDL") 2179. The plaintiffs moved to sever these cases from the MDL (Rec. Doc. 7131) The Court, having considered this motion,

ORDERS that the Motion to Sever (Rec. Doc. 7131) is GRANTED. Civil actions 12-1045, 12-1533, and 12-1716 shall be deconsolidated from MDL 2179.

IT IS FURTHER ORDERED that civil actions 12-1533 and 12-1716 are REASSIGNED AND REFERRED to Magistrate Judge Joseph C. Wilkinson for pretrial case management, including issuing a scheduling order, overseeing discovery, and any other preliminary matters.[1]

IT IS FURTHER ORDERED that the Motion to Strike Certain Affirmative Defenses under Rule 12(f) (Rec. Doc. 6841) and the Motion for Conditional Certification and Court-Authorized

---

[1] Civil action 12-1045 was previously reassigned and referred to Magistrate Judge Wilkinson. (Rec. Doc. 6665)

Notice Pursuant to Section 216(b) of the FLSA (Rec. Doc. 6930)[2] are REFERRED to Magistrate Judge Wilkinson for issuance of a report and recommendation. Any objections to the report and recommendation shall be filed within 14 days of being served with the report and recommendation. In the event an objection is filed, the other party shall have 14 days to file any response.

    New Orleans, Louisiana, this 19th day of September, 2013.

                                            _____
                                               United States District Judge

---

[2] An opposition and reply to this motion appear at Rec. Docs. 11097 and 11164, respectively. The Court has not called for responses to the motion to strike affirmative defenses.