UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) | MDL NO. 2179 |
| | ) | SECTION J; MAG. 1 |
| | ) ) ) | |
| This Document Relates To: | ) ) | JUDGE BARBIER |
| In RE: 10-8888 Short-Form Joinders | ) ) ) | MAGISTRATE JUDGE SHUSHAN |

### *EX PARTE* MOTION FOR LEAVE TO FILE SHORT FORM JOINDER BEYOND SEPTEMBER 16, 2011 MONITION DATE

NOW INTO COURT, through undersigned counsel, comes Dos Lunas, LLC ("Dos Lunas"), The PFD Group, L.L.C. ("PFD Group"), and Conversion Group, L.L.C. ("Conversion Group"), who respectfully requests leave to file Short Form Joinder in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as Owner; Managing Owners, Owners Pro Hac Vice, and/or Operators of the *MODU Deepwater Horizon*, Civil Action No. 10-2771 (the "Transocean Limitation Proceeding").[1] The Short Form Joinders on behalf of Dos Lunas, PFD Group, and Conversion Group are attached to this motion for leave. *See* Rec. Docs. 136253, 136254 and 136255, respectively, under Docket No. 2:10-cv-8888.

In support of its motion, Dos Lunas, PFD Group, and Conversion Group state as follows:

1. The Honorable Court established a deadline for the filing of claims in the Transocean limitation proceeding, which was extended to September 16, 2011.

---

[1] To the extent that Dos Lunas, PFD Group, and Conversion Group settle their respective claims against BP and related entities, their respective Short Form Joinders shall be construed to relate only to those defendants and/or claims *not* released under the parties' respective settlement agreements.

2. Upon review of Deepwater Horizon Settlement documentation, Claimants have viable claims against defendants.

3. No prejudice will result from the acceptance of the Short Form Joinders filed after September 16, 2011.

4. The Transocean Limitation Proceeding is pending and undetermined as the Court has not rendered its decision regarding limitation or exoneration following the Phase I trial.

For these reasons, Dos Lunas, PFD Group, and Conversion Group respectfully move this Honorable Court for an Order granting their Motion for Leave to File Short Form Joinder and that this Court deem that said Short Form Joinders are timely filed in the Transocean Limitation Proceeding.

RESPECTFULLY SUBMITTED,

  /s/ James M. Garner
JAMES M. GARNER (# 19589)
MARTHA Y. CURTIS (# 20446)
KEVIN M. McGLONE (# 28145)
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2302

**ATTORNEYS FOR DOS LUNAS, LLC, CONVERSION GROUP, L.L.C., AND THE PFD GROUP, L.L.C.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2013, I filed and served the foregoing pleading via Lexis/Nexis File & Serve and through this Court's CM/ECF Filing System with the Clerk of Court of the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, thereby effecting service on all counsel of record.

                                                   /s/ James M. Garner
                                                  JAMES M. GARNER