UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) ) | MDL NO. 2179  SECTION J; MAG. 1 |
| This Document Relates To: | ) ) | JUDGE BARBIER |
| In RE: 10-8888 Short-Form Joinders | ) ) | MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the foregoing *ex parte* motion for leave to file short form joinder filed by Dos Lunas, LLC, The PFD Group, L.L.C., and Conversion Group, L.L.C.,

IT IS ORDERED that said motion is GRANTED.

IT IS FURTHER ORDERED that the Short Form Joinder prepared by Dos Lunas, LLC, The PFD Group, L.L.C., and Conversion Group, L.L.C. and attached to its motion for leave shall be deemed timely and filed in the Transocean Limitation (Civil Action No. 10-2771), as well as a joinder in the Bundle B1 Amended Master Complaint.

New Orleans, Louisiana this _____ day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE