UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG ) | | |
| "DEEPWATER HORIZON" IN THE ) | | |
| GULF OF MEXICO, ON APRIL 20, 2010 ) | MDL NO. 2179 | |
| ) | | |
| ) | JUDGE: BARBIER | |
| vs. ) | SECTION "J" 1 | |
| ) | MAGISTRATE JUDGE: | |
| APPLIES TO 13-cv-01589 ) | SHUSHAN | |
| ) | | |
| _____ ) | | |

## MOTION AND ORDER TO DISMISS

NOW COMES, through undersigned counsel, QUALITY DEMAG, LLC, plaintiff in the above entitled and numbered cause, and moves this Court to dismiss, with prejudice, all causes of action alleged in the above captioned matter against BP Exploration & Production, Inc., BP America Production Company, and BP p.l.c, with each party to bear its own costs; and specifically reserving unto mover herein all claims and causes of action against any and all other persons and/or entities not specifically dismissed herein.

Respectfully Submitted:

/s/ Anthony D. Irpino_____
ANTHONY D. IRPINO (#24727)
LOUISE C. HIGGINS (#31780)
PEARL A. ROBERTSON (#34060)
Irpino Law Firm

1

                    2216 Magazine Street
                    New Orleans, Louisiana 70130
                    Telephone: (504) 525-1500
                    Facsimile:  (504) 525-1501
                    airpino@irpinolaw.com
                    lhiggins@irpinolaw.com
                    probertson@irpinolaw.com
                    ATTORNEYS FOR THE PLAINTIFF

**<u>CERTIFICATE OF SERVICE</u>**

      I HEREBY CERTIFY that on September 10, 2013, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis File & Serve to all counsel of record.

                    /s/ Anthony D. Irpino
                    ANTHONY D. IRPINO