**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG** | ) | |
| **"DEEPWATER HORIZON" IN THE** | ) | |
| **GULF OF MEXICO, ON APRIL 20, 2010** | ) | **MDL NO. 2179** |
| | ) | |
| | ) | **JUDGE: BARBIER** |
| **vs.** | ) | **SECTION "J" 1** |
| | ) | **MAGISTRATE JUDGE:** |
| **APPLIES TO 13-cv-01589** | ) | **SHUSHAN** |
| | ) | |
| | ) | |

## ORDER

Considering the Motion to Dismiss filed by plaintiff, QUALITY DEMAG, LLC:

**IT IS ORDERED** that Plaintiff's claims against BP Exploration & Production, Inc., BP

America Production Company, and BP p.l.c, be and same are dismissed, without prejudice,

reserving Plaintiff's claims against the remaining defendants in these proceedings.

New Orleans, Louisiana this _____ day of September, 2013.

_____
United States District Judge

1