UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG ) <br> "DEEPWATER HORIZON" IN THE ) <br> GULF OF MEXICO, ON APRIL 20, 2010 ) <br> ) <br> ) <br> vs. ) <br> ) <br> APPLIES TO 13-cv-01776 ) <br> ) <br> ) | MDL NO. 2179 <br><br> JUDGE: BARBIER <br> SECTION "J" 1 <br> MAGISTRATE JUDGE: <br> SHUSHAN |

## MOTION AND ORDER TO DISMISS

NOW COMES, through undersigned counsel, CITY BLUE PRINT AND SUPPLY COMPANY, plaintiff in the above entitled and numbered cause, and moves this Court to dismiss, with prejudice, all causes of action alleged in the above captioned matter against BP Exploration & Production, Inc., BP America Production Company, and BP p.l.c, with each party to bear its own costs; and specifically reserving unto mover herein all claims and causes of action against any and all other persons and/or entities not specifically dismissed herein.

1

Respectfully Submitted:

/s/ Anthony D. Irpino
ANTHONY D. IRPINO (#24727)
LOUISE C. HIGGINS (#31780)
PEARL A. ROBERTSON (#34060)
Irpino Law Firm
2216 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 525-1500
Facsimile:  (504) 525-1501
airpino@irpinolaw.com
lhiggins@irpinolaw.com
probertson@irpinolaw.com
ATTORNEYS FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 20, 2013, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis File & Serve to all counsel of record.

/s/ Anthony D. Irpino
ANTHONY D. IRPINO