UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE BARBIER |
| 13-01390, 13-01496, 13-01504, 13-01379, 13-01369, 13-01508, 13-01481, 13-01488, 13-01477 | * * * | MAG. JUDGE SHUSHAN |

**************************************************

## MOTION TO ENROLL

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Michael Guidry, Stephen Meche, Mark Veillon, John McBride, Blaine Daigle, Joseph Carrier, Troy Alleman, Jimmie Adock, and Donald Breaux, who moves this Honorable Court to add the following as additional counsel of record for Michael Guidry, Stephen Meche, Mark Veillon, John McBride, Blaine Daigle, Joseph Carrier, Troy Alleman, Jimmie Adock, and Donald Breaux in the following cases: 13-01390, 13-01496, 13-01504, 13-01379, 13-01369, 13-01508, 13-01481, 13-01488, and 13-01477.

        Stephen J. Herman, La. Bar No. 23129 (Sherman@hhklawfirm.com)
        Soren E. Gisleson, La. Bar No. 26302 (sgisleson@hhklawfirm.com)
        James C. Klick, La. Bar No. 7451 (jklick@hhklawfirm.com)
        John S. Creevy, La. Bar No. 30879 (jcreevy@hhklawfirm.com)
        **Herman, Herman & Katz, L.L.P.**
        820 O'Keefe Avenue
        New Orleans, Louisiana 70113-1116
        Telephone: (504) 581-4892
        Fax No. (504) 569-6024

WHEREFORE, Plaintiff prays that Stephen J. Herman, Soren E. Gisleson, James C. Klick and John S. Creevy be enrolled as additional counsel of record in this matter.

Respectfully Submitted:

**ROBB REECH, LLC**

By: *S/Robert V. Reech*
     Robert V. Reech (23268)
     812 N. Range Avenue
     Denham Springs, Louisiana 70726
     Telephone: (225) 791-4900
     Fax: (225) 791-4919