UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deep Water Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * | MDL No. 2179<br>SECTION: J (1) |
| This Document Applies to: | * * | JUDGE CARL BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc. et al v. BP Exploration & Production, Inc., et al | * * * | MAG. JUDGE SALLY SUSHAN |

## MOTION TO TO LIFT HOLD AND EXPEDITE CLAIMS AND MOTION TO ACKNOWLEDGE REVOCATION OF REFERRAL AGREEMENT

**NOW INTO COURT** comes undersigned counsel, Ethan J. Cheramie, Esq., who moves the Court to lift the hold and expedite certain claims originally submitted to the DHECC by the AndryLerner, LLC law firm because undersigned counsel now represents claimants affected by this hold, and any and all referral agreements between undersigned counsel and John Andry have been revoked.

Respectfully Submitted,

By: _____
Ethan J. Cheramie (La. Bar No. 25618)
Attorney & Counsellor at Law
705 Weyer Street
Gretna, Louisiana 70053
Telephone:    (504) 400-4025
ejcheramie@yahoo.com