UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deep Water Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * | MDL No. 2179 SECTION: J (1) |
| This Document Applies to: | * * | JUDGE CARL BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc. et al v. BP Exploration & Production, Inc., et al | * * * | MAG. JUDGE SALLY SUSHAN |

## MEMORANDUM IN SUPPORT OF MOTION TO LIFT HOLD AND EXPEDITE CLAIMS AND MOTION TO ACKNOWLEDGE REVOCATION OF REFERRAL AGREEMENT

**NOW INTO COURT**, acting as undersigned counsel, comes Ethan J. Cheramie, Esq., ("Cheramie"), who files this *Memorandum in Support of Motion to Lift Hold and Expedite Claims and Motion to Acknowledge Revocation of Referral Agreement*. Numerous client claims referred by Cheramie to Jonathan Andry ("Andry"), via a written referral agreement have been delayed and held from processing and payment by the DHECC through no fault of the clients or Cheramie. It is Cheramie's understanding that many of these DHECC claims are have been submitted by AndryLerner, LLC. Cheramie seeks to have the hold on these claims lifted and have these claims expedited. Cheramie also seeks to have the Court recognize the revocation and disillusion of the referral agreement between Cheramie and Andry. As such, Cheramie seeks to fully segregate any and all of the client claims he referred to Andry from those claims and actions under scrutiny by the Special Master.

## BACKGROUND

Undersigned counsel, Cheramie, has known Andry on a professional basis for approximately eight years. Cheramie knows Andry to be a very competent attorney of good character and with an impeccable reputation who diligently prosecuted client claims, especially in the areas of complex and mass tort litigation.

Upon receiving inquiries regarding representation for losses incurred by the Deepwater Horizon oil spill, Cheramie executed an Attorney-Client contract with numerous claimants. Thereafter, Cheramie accepted Andry's offer to serve as primary counsel for certain claims via a written referral agreement dated April 30, 2012 and executed between Cheramie and Andry.

Since the referral of the first claim to Andry, Cheramie has maintained active representation of and contact with all of his clients, as Andry's staff handled the day to day work on claim formation and prosecution.

During this time and up to the present day, undersigned counsel, Cheramie, does not personally know, has never met, nor spoken with, Glen Lerner, Lionel Sutton, III, Christine Reitano or any of the other parties or associated firms mentioned in the Special Master's report. It is Cheramie's understanding that none of his clients have ever spoken with any of the named individuals above and all client interaction has been handled by Cheramie or Andry's staff.

## REVOCATION & SUBSTITUTION

Upon learning of the findings in the Special Master's report, Cheramie contacted Andry and immediately revoked and canceled the aforementioned referral agreement. Additionally, Cheramie began contacting his affected clients and informing them of the disengagement of Andry from the handling of their claims and began obtaining signed *Change of Representation*

*Status* forms (DHECC from AR-1) from those clients. Additionally, undersigned counsel, Cheramie, has registered with the DHECC as primary counsel, has obtained access to the DWH Portal, and has submitted 13 completed AR-1 forms officially requesting the change in primary counsel. Furthermore, undersigned counsel, Cheramie, plans to submit additional AR-1 forms as they are procured from clients. Cheramie also intends to substitute as primary counsel on approximately twenty three (23) claims that were presented to BP and filed as petitions with this court outside of the DHECC claims process.

## EXPEDIENCY

Cheramie and his clients were unaware of any charges leveled against Andry and associated parties until reading of the Special Master's report. Many of Cheramie's clients' claims have been in the "accounting review" stage at DHECC and have seen no movement or activity on their respective claims since April, 2013, over 150 days. Cheramie believes that these clients' claims have been inequitably detained pursuant to a hold placed on claims submitted by Andry or AndryLerner, LLC. As such, undersigned counsel, Cheramie, requests that this Court order DHECC to expedite the processing of these claims which now, or in the future have Cheramie listed as primary counsel.

## CONCLUSION

Undersigned counsel, Cheramie, is the referring attorney on numerous claims, referred to Jonathan Andry, which are currently being held from processing by this Court's Order. Undersigned counsel and his clients were totally unaware of any of the actions of or allegations and charges against Andry or any of the parties referenced in the Special Master's report. Undersigned counsel has taken the necessary steps to protect the interest of his clients by

terminating and revoking the referral agreement with Andry, by having Jonathan Andry and / or AndryLerner, LLC removed as the attorney of record / primary counsel and by executing the appropriate documents with the DHECC and with this Court.

Thus, undersigned counsel requests that this Court lift the hold placed on these claims, order the DHECC to expedite the processing of these claims and allow undersigned counsel to proceed with collection of his clients' settlement funds. Undersigned counsel agrees to withhold the payment of any potential fees and costs due to AndryLerner, LLC until further order of this Court.

Respectfully Submitted,

By: _____
Ethan J. Cheramie (La. Bar No. 25618)
Attorney & Counsellor at Law
705 Weyer Street
Gretna, Louisiana 70053
Telephone: (504) 400-4025
ejcheramie@yahoo.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF SYstem, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 12th day September, 2013.

/s/ Ethan J. Cheramie

Ethan J. Cheramie