UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deep Water Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * | MDL No. 2179 <br><br> SECTION: J (1) |
| This Document Applies to: | * * | JUDGE CARL BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc. et al v. BP Exploration & Production, Inc., et al | * * * | MAG. JUDGE SALLY SUSHAN |

ORDER

**IT IS HEREBY ORDERED** that this court acknowledges the revocation of the referral agreement between Ethan J Cheramie and Jonathan Andry.

**IT IS FURTHER ORDERED** that any hold on those claims where Cheramie is listed as primary counsel be lifted and said claims be processed with expediency by the DHECC.

New Orleans, Louisiana this _____ day of _____, 2013.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE