UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § | MDL No. 2179<br><br>SECTION: J |
| Relates to: No. 12-970 | § § § | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

# MOTION FOR LEAVE TO FILE
# REPLY BRIEF IN SUPPORT OF MOTION
# TO AUTHORIZE CLAIMS ADMINISTRATOR TO IMPLEMENT
# THE SETTLEMENT AGREEMENT WITH RESPECT TO OIL & GAS SUPPORT
# SERVICES INDUSTRY CLAIMS

**NOW INTO COURT,** through Lead Class Counsel, comes the Economic & Property Damages Settlement Class, and respectfully prays for leave to submit a Reply Brief in response to BP's Opposition to, and in further support of, Plaintiffs' Motion to Authorize the Claims Administrator to Implement the Settlement Agreement with Respect to Oil & Gas Support Industry Claims [Doc 11156]. The proposed Reply Brief is concise, and narrowly tailored to the arguments set forth by BP. Class Counsel believe that it will assist the Court in considering the issues presented.

This 20th day of September, 2013.

Respectfully submitted,

| | |
|---|---|
| */s/ Stephen J. Herman* | */s/ James Parkerson Roy* |
| Stephen J. Herman, LA Bar No. 23129 | James Parkerson Roy, LA Bar No. 1511 |
| Herman Herman & Katz LLC | Domengeaux Wright Roy & Edwards LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, LA 70113 | Lafayette, LA 70501 |

1

| | |
|---|---|
| Tel: (504) 581-4892 | Tel: (337) 233-3033 |
| Fax: (504) 569-6024 | Fax: (337) 233-2796 |
| E-Mail: sherman@hhkc.com | E-Mail: jimr@wrightroy.com |
| *Co-Lead Class Counsel* | *Co-Lead Class Counsel* |

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Motion will be filed into the record electronically *via* the Court's ECF system and served on All Counsel *via* the Lexis-Nexis File & Serve system in accordance with Pre-Trial Order No. 12, this 20th day of September, 2013.

/s/ Stephen J. Herman and James Parkerson Roy

2