UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL No. 2179 <br><br> SECTION J |
| This Document Relates to: 13-cv-2323 | JUDGE BARBIER <br> MAGISTRATE SHUSHAN |

### MOTION FOR LEAVE TO FILE COMPLAINT IN INTERVENTION

NOW INTO COURT, come Plaintiffs, who respectfully move this Honorable Court for leave to file a Complaint in Intervention in the captioned action pursuant to Federal Rule of Civil Procedure 24(b)(1)(B) as a matter of permission, and at the discretion of the court and to permit Intervenor Plaintiffs to have the attached Complaints entered.

The filing of this Complaint in Intervention will not in any way delay the progress of this matter and is to the benefit of all parties since each of the Intervenor Plaintiffs shares with the main action common questions of law and common and common issues of fact. .

WHEREFORE, considering the aforementioned, Intervenor Plaintiffs respectfully move this Honorable Court to grant it leave to file the attached pleading.

Respectfully submitted,

**FARRELL & PATEL,**
**ATTORNEYS AT LAW**

/s/ Wesley J. Farrell, Esq.

Wesley J. Farrell, Esq., FLBN 71785
Terry A. C. Gray, Esq, FLBN 100732
113 Almeria Ave
Coral Gables, FL 33134
Tel: 305-798-4177
Fax: 800-946-6711

Sarah E. Spigener, Esq., LSBN 31975
1515 Poydras St., Suite 1400
New Orleans, LA 70112
Tel: 504-233-8585
Fax: 504-264-5953

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of September, 2013.

/s/ Sarah E. Spigener, Esq.