UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: OIL SPILL** by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This Document Relates to: 13-cv-2323 | **MDL No. 2179**<br><br>**SECTION J**<br><br>**JUDGE BARBIER**<br>**MAGISTRATE SHUSHAN** |

## ORDER

**CONSIDERING** the above and foregoing Motion for Leave to File Complaint in Intervention,

**IT IS HEREBY ORDERED** that Plaintiffs be and are hereby granted leave to file their Complaint in Intervention.

**SIGNED** in New Orleans, Louisiana, this _____ day of _____, 2013.

_____
Honorable Carl J. Barbier
United States District Judge