UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL NO. 2179  SECTION J |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : : | JUDGE BARBIER |
| 2:10-CV-02771 | : | MAGISTRATE JUDGE SHUSHAN |

## UNITED STATES' OBJECTIONS TO GOOD FAITH PHASE TWO TRIAL EXHIBIT LISTS

Attached please find the United States' Objections to Good Faith Phase Two Trial Exhibit Lists. These Objections are cumulative, in that they include the objections the United States has made to the exhibits listed on the parties' First, Second, and Third Installment Exhibit Lists ("Exhibit Lists").

For each exhibit on the parties' Exhibit Lists, the United States makes these Objections as to the party(ies) that included that exhibit on their Exhibit Lists, and reserves the right to object at a later time to the admission or use of any exhibits by party(ies) that did not include these exhibits on their Exhibit List.[1] The United States makes these Objections based on the assumption that each exhibit will only be used against the party that produced that exhibit, and reserves the right to object at a later time to any exhibits introduced against the United States that were not produced by the United States.

---

[1] The United States made the same objection in its Objections to Good Faith Phase Two Trial Exhibit List – Second Installment (E-Service Doc. No. 51884150) and its Objections to Good Faith Phase Two Trial Exhibit List – First Installment (E-Service Doc. No. 48921422). Accordingly, the United States reserves the right to object at a later time to any party that seeks to admit or use an exhibit that was not included on that party's Exhibit List. The United States specifically objects to BP's reservation of the "right to offer into evidence or use for impeachment or other purposes documents included on other parties' exhibit lists or referenced by other parties' experts in their reports or at trial." BP's 8/23/2013 Good Faith Phase II Trial Exhibit List-Third Installment, Dkt. 1115 at 1-2.

The United States also reserves the right to object at a later time to the relevance of any exhibit to the extent that those objections that do not become apparent until a later date (i.e., due to pretrial motions practice). The United States further reserves the right to object to the admission or use of exhibits on its Good Faith Phase Two Trial Exhibit List by other parties depending on the party and the purpose for which that party seeks to admit or use the document.

The United States notes that pursuant to the Court's Order Regarding the Opinions of Experts Which Are Withdrawn, Dkt. 5560, no opinions or reports of experts who are not listed on the retaining party's final witness list may be introduced into evidence. Accordingly, the United States reserves its right to object to the use or admission of any materials created by withdrawn experts, including, but not limited to, their reports and any modeling runs created by them or at their direction.

Respectfully submitted,

| | |
|---|---|
| BRIAN HAUCK | ROBERT G. DREHER |
| Deputy Assistant Attorney General | Acting Assistant Attorney General |
| Civil Division | Environment & Natural Resources Division |
| PETER FROST | SARAH HIMMELHOCH |
| Directory, Torts Branch, Civil Division | Senior Litigation Counsel |
| Admiralty and Aviation | NANCY FLICKINGER |
| STEPHEN G. FLYNN | SCOTT CERNICH |
| Assistant Director | RICHARD GLADSTEIN |
| MICHELLE DELEMARRE | THOMAS BENSON |
| SHARON SHUTLER | Senior Attorneys |
| JESSICA SULLIVAN | A. NATHANIEL CHAKERES |
| JESSICA MCCLELLAN | ANNA CROSS |
| MALINDA LAWRENCE | BETHANY ENGEL |
| Trial Attorneys | JUDY HARVEY |
| | RACHEL KING |
| | ERICA PENCAK |
| | Trial Attorneys |
| | |
| | /s/ Sarah Himmelhoch |
| R. MICHAEL UNDERHILL, T.A. | STEVEN O'ROURKE |
| Attorney in Charge, West Coast Office | Senior Attorney |

<div style="columns:2">

Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463
Telephone:  415-436-6648
Facsimile:  415-436-6632
E-mail:  mike.underhill@usdoj.gov

Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone:  202-514-2779
Facsimile:  202-514-2583
E-mail:  steve.o'rourke@usdoj.gov
DANA J. BOENTE
United States Attorney
Eastern District of Louisiana
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, LA  70130
Telephone:  (504) 680-3000
Facsimile:  (504) 680-3184
E-mail:  sharon.d.smith@usdoj.gov

</div>

Attorneys for the UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing United States' Objections to Good Faith Phase Two Trial Exhibit List – Third Installment has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12.

Dated:  September 20, 2013

*/s/ Sarah Himmelhoch*