UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § | MDL No. 2179  SECTION: J |
| Relates to: No. 12-970 | § § § § | JUDGE BARBIER  MAG. JUDGE SHUSHAN |

# ORDER

**CONSIDERING** Class Counsel's Motion for Leave:

**IT IS ORDERED** that the Economic & Property Damages Settlement Class be and is hereby granted leave to file a Reply Brief in Support of Plaintiffs' Motion to Authorize the Claims Administrator to Implement the Settlement Agreement with Respect to Oil & Gas Support Industry Claims [Doc 11156].

New Orleans, Louisiana this 20th day of September, 2013.

_____
United States District Judge

1