UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STEVE KOLIAN, ET AL** | § | **CIVIL ACTION NO. 12-2338** |
| | § | |
| **VERSUS** | § | **JUDGE CARL J. BARBIER** |
| | § | |
| **BP AMERICA PRODUCTION COMPANY, ET AL** | § | **MAGISTRATE SALLY SHUSHAN** |

### EX PARTE MOTION TO ENROLL AS COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes defendant, Falck Alford Holding Company, Inc. ("Falck Alford"), who respectfully submits this Motion to Enroll as Counsel of Record. Falck Alford requests that the Court enter an Order, enrolling Patrick J. McShane, Danica C. Benbow and R. Patrick Ray of the law firm Frilot LLC as its counsel of record in this matter.

**WHEREFORE**, Falck Alford Holding Company, Inc. respectfully requests that Patrick J. McShane, Danica C. Benbow and R. Patrick Ray of the law firm Frilot LLC be enrolled as its counsel of record in this matter.

Respectfully submitted,

/s/ Jason D. Bone
PAUL J. POLITZ (#19741)
JASON D. BONE (#28315)
Taylor, Wellons, Politz & Duhe, APLC
1515 Poydras St.
Suite 1900
New Orleans, LA 70112
504-525-9888
**Attorneys for Falck Alford Holdings, Inc.**

AND

FRILOT L.L.C.

PATRICK J. MCSHANE T.A. (#19055)
DANICA C. BENBOW (#27376)
R. PATRICK RAY (#33325)
1100 Poydras Street, Suite 3700
New Orleans, LA 70163-3600
Telephone: (504) 599-8000
Facsimile: (504) 599-8100
E-mail: pray@frilot.com
**Attorneys for Falck Alford Holdings, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon on all counsel of record by electronic transmission through the United States District Court's CM/ECF system this 23rd day of September, 2013.

/s/ R. Patrick Ray