UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STEVE KOLIAN, ET AL** | § | **CIVIL ACTION NO. 12-2338** |
| | § | |
| **VERSUS** | § | **JUDGE CARL J. BARBIER** |
| | § | |
| **BP AMERICA PRODUCTION COMPANY, ET AL** | § | **MAGISTRATE SALLY SHUSHAN** |

**ORDER**

Having considered the Ex Parte Motion to Enroll as Counsel of Record filed by defendant, Falck Alford Holding Company, Inc.;

It is hereby **ORDERED** that the Motion is **GRANTED**. Patrick J. McShane, Danica C. Benbow and R. Patrick Ray of the law firm Frilot LLC shall be enrolled as counsel for Falck Alford Holding Company, Inc. in this matter.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
**UNITED STATES DISTRICT JUDGE**