UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**BP'S OBJECTIONS TO DEMONSTRATIVE AIDS**

Pursuant to the Court's *Amended Pre-Trial Order No. 54 Regarding Pre-Trial Procedures for February 25, 2013* (Rec. Doc. 8173) and the August 29, 2013 *Order and Revised Phase II Timeline* (Rec. Doc. 11180), Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively "BP") object to certain of the Aligned Parties' demonstratives exchanged on September 20, 2013 as described generally herein and specifically as attached in Exhibit A. BP reserves the right to add, remove, or modify its objections and to add or remove objections to (1) any demonstrative revised or newly disclosed after the date of these objections or (2) any demonstrative affected by future rulings of the Court.

**General Objections**

BP objects to any demonstrative:

(1) that does not accurately represent underlying evidence admissible in this case;

(2) regarding subject matters irrelevant to Phase II of the trial scheduled to begin on September 30, 2013 (including matters related only to Phase I or Penalty Phase issues);

(3) referencing, quoting, or derivative of an exhibit or testimony that is inadmissible;

(4) that lacks a citation to an admissible trial exhibit, expert report or testimony on the face of the demonstrative, per the Court's 1/28/13 *Order Regarding Working Group Conference on Friday, January 25, 2013*, which requires that all demonstratives "must contain references to the exhibits they are based on."

(4) that is based on or represents evidence that has been excluded by Court rulings or for which admission is barred by statute or regulation;

(5) referencing, quoting, or derivative of expert reports or deposition testimony of expert witnesses that are the subject of Daubert motions submitted by BP;

(6) that contain or consist of animations with narration, as such narration may contain inadmissible hearsay, is potentially misleading and/or inaccurate, and is not subject to cross-examination, and/or

(7) that lacks foundation because no witness or expert has testified in support of the matters presented in the demonstrative.

## **Specific Objections**

In addition to the foregoing general objections, BP objects to specific demonstratives as set forth in Exhibit A, attached hereto.

Dated: September 23, 2013                     Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Timothy A. Duffy, P.C.
(tim.duffy@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000

Robert C. "Mike" Brock
(mbrock@cov.com)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

*Attorneys for Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c.*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of September, 2013.

                                                                /s/ Don K. Haycraft

# EXHIBIT A

| BP Objections to Aligned Parties Trial Demonstratives - Source Control ||
|---|---|
| Demonstrative # | BP Objection |
| D20000 | **Misleading:** Mischaracterizes the cited evidence as "warnings." |
| D20001 | None |
| D20021 | **Subject to Pending Daubert Objection** |
| D20022 | **Subject to Pending Daubert Objection**<br><br>**Lacks Foundation:** Cited sources do not support graphic circle indicating a relief well. |
| D20023 | **Subject to Pending Daubert Objection**<br><br>**Lacks Foundation:** Cited sources do not support graphic circles ascribing risk level. |
| D25000 | **Misleading:** Mischaracterizes cited and record evidence. |
| D25001 | **Misleading:** Misrepresents and mischaracterizes cited evidence. |
| D25002 | None |
| D25003 | **Misleading/Lacks Foundation:** No source listed supports the May 15th entry. |
| D25004 | None |
| D25005 | None |
| D25006 | **Misleading/Lacks Foundation:** Misrepresents cited evidence and lacks source for depiction of BOP.<br><br>**Pending Objection to TREX 160084** (Hearsay (FRE 802)). |
| D25007 | **Misleading/Lacks Foundation:** Misrepresents cited evidence and lacks source for depiction of BOP.<br><br>**Pending Objection to TREX 160084** (Hearsay (FRE 802)). |
| D25008 | None |
| D25009 | None |
| D25010 | None |
| D25011 | None |
| D25012 | None |
| D25013 | **Misleading/Lacks Foundation:** Mischaracterizes record evidence and lacks support from cited evidence.<br><br>**Beyond the Scope of Expert Report:** Cited source lacks any support for demonstrative representation of organization chart. |
| D25014 | **Misleading/Mischaracterization:** Misrepresents cited evidence and lacks source or support for representation of "BP's Estimates" or demonstrative's 15,000 bopd "Top Kill Limit;" no support or source for "BP's Representation of 'Most Likely' Rate."<br><br>**Pending Objection to TREX 8942** (Hearsay (FRE 802); Hearsay within Hearsay (FRE 802)). |

| BP Objections to Aligned Parties Trial Demonstratives - Source Control ||
|---|---|
| Demonstrative # | BP Objection |
| D25015 | **Misleading/Mischaracterization:** Misrepresents cited evidence and lacks source or support for representation of "BP's Estimates" or demonstrative's 15,000 bopd "Top Kill Limit;" no support or source for "BP's Representation of 'Most Likely' Rate."<br><br>**Pending Objection to TREX 8942** (Hearsay (FRE 802); Hearsay within Hearsay (FRE 802)). |
| D26000 | **Misleading:** Misrepresents underlying evidence (TREX 11259 does not support or relate to the demonstrative).<br><br>**Pending Objection to TREX 11259** (Subsequent remedial measures (FRE 407); Relevance generally (FRE 401 & 402)). |
| D26001 | **Misleading:** (1) 30 C.F.R. 254 (c) does not exist; (2) Title misrepresents the language of 30 C.F.R. 254.5 (c); (3) Misrepresents underlying evidence.<br><br>**Excluded** by January 31, 2012 Order Regarding Motion *in Limine* to Bar Fact Or Opinion Testimony on Issues of Law.<br><br>**Relevance:** Improper Legal Interpretation of Regulation and Testimony on Issues of Law. |
| D26002 | **Lacks Foundation:** No source for choke and kill lines providing BOP with venting capability. |
| D26003 | **Misleading/Lacks Foundation:** Misrepresents cited evidence; demonstrative not supported by cited evidence.<br><br>**Subject to Pending Daubert Objection** |
| D26004 | **Misleading:** Misrepresents cited evidence. |
| D26005 | **Misleading:** Misrepresents cited evidence. |
| D26006 | **Misleading/Mischaracterization:** Misrepresents cited evidence (TREX 9139, 5385, 160097, and 160029). |
| D26007 | None |
| D26008 | None |
| D26009 | **Misleading:** Misrepresents cited sources (stipulations do not support demonstrative);<br><br>**Beyond the Scope of Expert Report** |
| D26010 | **Misleading/Lacks Foundation** |
| D26011 | **Misleading:** Misrepresents cited evidence. |
| D26012 | **Misleading:** Misrepresents cited evidence. |