# Top Kill: BP Disclosed to Government Potential Flow Rates in Excess of 15,000 Bopd

Engineering, Design, Manufacture, Review 

Execution 

**• APRIL 25**
**Top Kill Planning Begins**

**May 28 •**
**Top Kill Abandoned**

**May 26-28 •**
**Top Kill Attempted**

**May 25 •**
**Government Approved Top Kill Procedure**

**May 19 •**
**40,000 BOPD**

**May 17 •**
Momentum Kill Alone Cannot Be
Successful if Flow is 15,000 BOPD

**APR**

**MAY**

Exhibit A