

# Government Approved Top Kill with Knowledge That Flow Rate Could Be Over of 15,000 Bopd

Engineering, Design, Manufacture, Review

Execution

## BP Disclosed to Government Potential Flow Rates in Excess of 15,000 BOPD

**April 25**
Top Kill Planning Begins

**May 17**
Momentum Kill Alone Cannot Be Successful if Flow is 15,000 BOPD

**May 19**
40,000 BOPD

**May 25**
Government Approved Top Kill Procedure

**May 26-28**
Top Kill Attempted

**May 28**
Top Kill Abandoned

**April 25**
64,000 BOPD

**May 19**
FRTG formed to "independently assess" flow rate

**May 23**
80,000 BOPD

**May 25**
At least 14,000 – 20,000 BOPD

## Internal Government Flow Rate Estimates Exceeded 15,000 BOPD

**APR**       **MAY**

Exhibit B

Source: TREX 009675; Allen Dep. at 247-248; TREX 008894, 008868, 009652, 009675, 009132, 009619

D23234