# Exhibit D

(Manual Attachment)

Description: Animation