# Exhibit E

(Manual Attachment)

Description: Animation