From: O'Bryan, Patrick L
Sent: Fri May 28 12:57:58 2010
To: Chmura, Dianne O
Subject: FW: BOP on BOP capping procedure
Importance: Normal
Attachments: 4092 MC252-1 BOP on BOP Capping Procedures Rev 0.doc;
DD2-Riser-on-Horizon-Lower-Stack-rev-2.ppt; DDII Stack on Stack.pdf

Diane,

Can you print the attachments single sided for me?

Thanks,

Pat

_____
From: Heironimus, Mark B (LEWCO INTEGRATED TECH SYSTEMS)
Sent: Thursday, May 27, 2010 5:33 PM
To: O'Bryan, Patrick L
Cc: Wellings, James S, Roberts, Chris A (Frontline Group)
Subject: BOP on BOP capping procedure
The procedure attached is complete and ready for your review with the exception of a drawing for the DDII BOP
Modifications we're still waiting on from TOI.

<<...>>
<<...>> <<...>>

Exhibit F

CONFIDENTIAL

BP-HZN-2179MDL02405679
TREX-140700.0001

TREX 140700.0001



bp

MACONDO

~~Top Kill Procedure Manual~~BOP on BOP
Capping Procedures

for

MC-252 #1

~~Capping Procedures~~

Style Definition: TOC 3: Font: Italic

Field Code Changed

| Logged in Source | | | | Time |
|---|---|---|---|---|
| | | | | Mars Heironimus/Trent FleeceMark Heironimus/Trent FleeceMark Heironimus/Trent FleeceMark Heironimus/Trent FleeceMark Heironimus/Mark FleeceMark Heironimus/Mark Heironimus/Fleece |
| 0 | ~~6/2//2010s/2//2010~~6/2//20:0~~6/2//2010~~6/20/2010 | Final – Issued for Use~~Final – Issued for UseFinal – Issued for UseFinal – Issued for UseDraft~~ | | |

| REV | DATE | DOCUMENT STATUS | PREPARED BY |
|---|---|---|---|
| | PRINT DATE | ~~AutoDate~~5/28/2010~~6/27/2010~~6/20/2010 | Document Number | 2200-T2-DO-PR-4092 |

bp

Control

| | |
|---|---|
| | PRINT Name above | Sign Above |

*RPIC APPROVAL: _____ _____ Time: _____
                PRINT Name above    Sign Above

*MMS APPROVAL: _____ _____ Time: _____
                PRINT Name above    Sign Above

*CGIC (USCG)
APPROVAL: _____ _____ Time: _____
          PRINT Name above    Sign Above

* All signatures above are REQUIRED

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Field Code Changed |
| 0 | 5/2//2010s/2//2010b2//20-0b2//2010s/20/2010 | | Final – Issued for UseFinal – Issued for UseFinal – Issued for UseFinal – Issued for UseDraft | | Marc Heironimus/Trent FleeceMark Heironimus/Trent FleeceMark Heironimus/Trent FleeceMark Heironimus/Trent FleeceMark Heironimus/Mark Heironimus/Fleece |
| **REV** | **DATE** | | **DOCUMENT STATUS** | | **PREPARED BY** |
| PRINT DATE | {AutoDate}5/28/20105/27/20105/20/2010 | | Document Number | 2200-T2-DO-PR-4092 | |



| | MC-252-1#1 Top Kill Procedure ManualMC252-1 Top Kill Procedure ManualMC252-1 Top Kill Procedure ManualMC252-1 Top Kill Procedure Manual | |
|---|---|---|
| | **BOP on BOP Capping Procedures** |  |

### AMENDMENT RECORD

| Rev | Date | Author | Description | Sec | Page |
|---|---|---|---|---|---|
| 00 | 5/237/105/21/2010 | Wellings/DDII TeamMark HeironimousHeironimuse | Updatedissued for Useissued for Use | | |
| 1 | 6/22/10 | James Wellings | Amended for clarification | | |
| 2 | 6/23/10 | Trent Fleece | Updated | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

CONFIDENTIAL

BP-HZN-2179MDL02405682
TREX-140700.0004

TREX 140700.0004



| MC-252-1#1 Top Kill Procedure ManualMC252-1 Top Kill Procedure ManualMC252-1 Top Kill Procedure ManualMC252-1 Top Kill Procedure Manual |
| --- |
| **BOP on BOP** Capping Procedures |



## TABLE OF CONTENTS

1   Capping Procedure ............................................................ 544
  1-1.   Introduction ............................................................. 544
  1-2.   Pre-Deployment Activities ............................................. 544
  1-2.   Running BOP/Riser ..................................................... 766
  1-4.   Install DDII BOP and Well Shut-In ..................................... 767
2   Contingency Procedures ..................................................... 15149
  2-1.   Correction of Leak in the interface connection between DDII and DWH BOPs .. 15149
    2-1-1.   Introduction ...................................................... 15149
    2-1-2.   Objectives ........................................................ 15149
    2-1-3.   Mechanical Considerations ......................................... 15149
    2-1-4.   Procedure ......................................................... 151610
3   Plume Modeling Procedure .................................................. 171611
  3-1.   DDII BOP Jet Thrust Calculations ...................................... 171611
  3-2.   Case 7 – 1 ft Vertical and 1 ft Horizontal Offset ..................... 171611
4   Contact List .............................................................. 171611
5   Equipment List ............................................................ 181712
1   Capping Procedure ......................................................... 44
  1-1.   Introduction/Objective ................................................ 44
  1-2.   Running BOP/Riser ..................................................... 66
  1-3.   Install DDII BOP and Well Shut-In ..................................... 66
2   Contingency Procedures .................................................... 99
  2-1.   Correction of Leak in BOP/Subsea Wellhead ............................. 99
    2-1-1.   Introduction ...................................................... 99
    2-1-2.   Objectives ........................................................ 99
    2-1-3.   Mechanical Considerations ......................................... 99
    2-1-4.   Procedure ......................................................... 1010
  2-2.   Deepwater Horizon BOP Capping HAZID Contingency Plans ................. 1010
    2-2-1.   HAZID Reference No. 13: Lift Away LMRP .............................. 1010
    2-2-2.   HAZID Reference No. 18: Drillpipe Removal from Lower BOP Stack ...... 1111
    2-2-3.   HAZID Reference No. 21: Horizon LMRP Recovery ...................... 1111
    2-2-4.   HAZID Reference No. 24: Horizon LMRP Recovery ...................... 1111
3   Plume Modeling Procedure .................................................. 1213
  3-1.   Enterprise BOP Jet Thrust Calculations ................................ 1213
  3-2.   Case 7 – 1 ft Vertical and 1 ft Horizontal Offset ..................... 1213
4   Contact List .............................................................. 1313
5   Equipment List ............................................................ 1414
1   Capping Procedure ......................................................... 6444
  1-1.   Introduction .......................................................... 6444
  1-2.   Pre-Deployment Activities ............................................. 6444
  1-3.   Running BOP/Riser ..................................................... 9666
  1-4.   Install DDII BOP and Well Shut-In ..................................... 10777
2   Contingency Procedures .................................................... 13999

---

CONFIDENTIAL

BP-HZN-2179MDL02405683
TREX-140700.0005

TREX 140700.0005



MC-252-1#1 Top Kill Procedure Manual MC252-1 Top Kill Procedure Manual MC252-1 Top Kill Procedure Manual MC252-1 Top Kill Procedure Manual

**BOP on BOP Capping Procedures**



bp

2.1.    Correction of Leak in the Interface Connection between DDII and DWH BOPs .. 13999

   2.1.1.    *Introduction* .............................................................. 13999

   2.1.2.    *Objectives* ................................................................ 13999

   2.1.3.    *Mechanical Considerations* ....................................... 13999

   2.1.4.    *Procedure* ................................................................ 15101010

3    Plume Modeling Procedure .................................................. 181111111

  3.1.    DDII BOP Jet Thrust Calculations ...................................... 181111111

  3.2.    Case 7 – 1 ft Vertical and 1 ft Horizontal Offset .................... 181111111

4    DDII Capping Team Contact List ........................................... 191212112

5    Equipment List for BOP on BOP Well Capping ......................... 201313133

Formatted: Font: 11 pt, Not Italic

Formatted: Font: 11 pt

Formatted: Font: 11 pt, Not Italic

Formatted: Font: 11 pt

Formatted: Font: 11 pt, Not Italic

Formatted: Font: 11 pt, Not Italic

Formatted: Font: 11 pt, Not Italic

Formatted: Font: 11 pt

## ATTACHMENTS

Attachment 1: BOP on BOP Illustration

Attachment 2: SES Report Case 7 Jet Thrust Impact Calculation 5-3-2010

Attachment 3: SES Report on Jet Thrust Impact Calculation 5-2-2010

Attachment 4: SES Reports on Development Driller 2 Drilling Riser on Horizon Lower Stack – Week Point Analysis; and Response after DD2 LMRP Disconnection

Formatted: Attachment, Indent: Left: 0", Hanging: 1"

Attachment 5 Venting Manifold

Attachment 6: Seal-Tite MSDS Sheets

Seal-Tite MSDS Sheets

Formatted: Attachment, Indent: Left: 0", Hanging: 1"

CONFIDENTIAL

BP-HZN-2179MDL02405684

TREX-140700.0006

**TREX 140700.0006**

 | MC-252-1#1 Top Kill Procedure Manual~~MC252-1 Top-Kill Procedure Manual~~MC252-1 Top Kill Procedure Manual~~MC252-1 Top Kill Procedure Manual~~

**BOP on BOP Capping Procedures** | 

# 1 Capping Procedure

## 1.1. Introduction/~~Objective~~

The following procedure was prepared to respond to the Deepwater ~~Horizon~~ (DWH) incident. The procedure below details the steps to install the full Development Driller II (DDII) Blow Out Preventer/Lower Marine Riser Package (BOP/LMRP) to the HC mandrel above the DW Horizon BOP after the Horizon LMRP has been removed. After installation of the BOP, the well will be shut-in or vented as directed.

## 1.2. Pre-Deployment Activities

1. ~~Pre-Deployment Activities~~ Perform Dynamic Positioning (DP) calibration, and ~~box in the~~ calibrate DP system if not already done.

2. This is a confirmation that an engineering design analysis has been performed on the BOP on BOP load analysis. The analysis concluded the DDII could operate under tightened watch circles during this intervention. In the event the DDII must disconnect its LMRP, the remaining DDII BOP on the DWH BOP was also ~~analized~~ analyzed and found to be adequate to support the loads.

~~2.~~ 3. Perform check of DP system. Check that pre-deployed transponder array is adequate and available. If required, the rig's Hi-Pap beacons can be moved to the ~~MC~~ MC 252 #1 Well Center.

Note: Reference Simultaneous Operations (SIMOPS) document for acoustic frequencies management plan.

~~3.~~ 4. Prior to running, test BOP to following:

| Stump Test Prior to Running |
|---|
| Full Function and Pressure Test of all components including choke and kill lines and valves and choke manifold. |
| Using 5 7/8-in and 6 5/8-in drill pipe. |
| Pipe Rams tested to 250-psi (low) and 15,000-psi (high). |
| Annular's to 250-psi (low) and 7,000-psi (high). |
| Pressure test blind shear ram to 250-psi (low) and 15,000-psi (high). |
| ROV intervention Test with ROV pump. |
| Dead-man (Auto-shear) Test. |
| Emergency Disconnect Sequence Test. |

5. Re-locate Pressure / Temperature sensors to below the lowest set of pipe rams. Install dual block, WOM, ROV operated, 3 1/16", 15ksi WP Fail safe valves into vacated outlet below 2nd ram cavity up from the bottom of the BOP as per drawings included in Attachment 1. Install Cameron hub outboard of failsafe valves to allow

CONFIDENTIAL

BP-HZN-2179MDL02405685

TREX-140700.0007

TREX 140700.0007



| | |
|---|---|
| MC-252-1#1 Top Kill Procedure Manual MC252-1 Top Kill Procedure Manual MC252-1 Top Kill Procedure Manual MC252-1 Top Kill Procedure Manual |  |
| **BOP on BOP Capping Procedures** | |

installation of bleed-off hose to choke manifold. Change bottom ram from BOP test configuration to blind ram.

6. Pressure test all modified components to 250-psi (low) and 15,000-psi (high).

4.7. After testing the BOP, Install double double-resilient AX Gasket in the LC connector and use hydraulic retainer release pins to hold the gasket in the HC connector. (Double Double-resilient AX gaskets are rated for use in oil and 275-deg. temperature rating.). Paint ID bore of gasket with yellow and black stripes for easy identification of gasket using Remotely Operated Vehicle (ROV).

5.8. Install Cameron modified guide funnel at bottom of HC connector.

6.9. Prepare glycol for hydrate prevention in the choke, kill and boost lines. Need 1,000–bbls gycol available for hydrate prevention when landing BOP.

7.10. If the DDII is required to pull the Horizon LMRP, prepare refer to -LMRP pulling contingency plan (see Procedure No. 4140). operate procedure).

8.The starboard ROV is equipped with an ADCP current-profile measurement device.

9.11. Keep nominated ROV boat on standby for cutting Operations operations using two ROV's and two diamond wire saws if the DDII is required to pull the LMRP. Check LMRP Lifting Plan plan for ROV boat co-ordination.

Note: Reference SIMOPS document for ROV boats. <span>[Formatted: Tab stops: 1.25", Left]</span>

10.12. Have ROV methanol skid ready to deploy from rig or ROV vessel to treat HC connector after latch up.

11.13. Review Horizon BOP handover documentation for verification of BOP status and condition.

12.14. Rig to have all supplies onboard to minimize workboats along-side when the LMRP is pulled and the stack latched onto the Horizon stack.

Note: Seal-Tite material will be on location (transferred from the Enterprise) to pump down the choke line to attempt to seal an equipment leak if required. Service tech to be available on rig. Seal Tite will be mixed with available mud, seawater or brine using the cement unit if required per the procedure included in Section 2.1 of this document the appendix.

13.15. Reference DDII Ingress/Egress lanes from the safe area to the Horizon Blow Out Preventor Preventer (BOP) stack as per the approved SIMOPs plan.

14.16. Conduct Crew Engagement session before starting operations.

15.17. Prepare DDII BOP space-out plan taking into account water depth at BOP deployment site (off location) and water depth on the way to and at the Macondo well.

CONFIDENTIAL

BP-HZN-2179MDL02405686
TREX-140700.0008

TREX 140700.0008

|  | MC-252-1#1 Top Kill Procedure ManualMC252-1 Top Kill Procedure ManualMC252-1 Top Kill Procedure ManualMC252-1 Top Kill Procedure Manual |  |
|---|---|---|
| | **BOP on BOP Capping Procedures** | |

16.18.  ~~Ensure~~Confirm Horizon LMRP is pre-slung by ROV prior to moving on location and a nominated vessel is connected to pull the LMRP in preparation for removing same.~~.~~

17.19.  Rig and onshore personnel to ~~R~~review and understand stack up dimensional drawings and ~~s~~/weights. ~~, etc. on rig and onshore~~ Sequence drawing of DWH BOP functions to be reviewed and understood.

18.20.  Secure loose wires~~,~~ and hoses~~, etc.~~ on the DDII BOPs.

~~19.Install blank hose pin or fill up joint (third riser joint run).~~

20.21.  Have ROV plugs available onboard for 4-in. riser fill-up valves.  This is a contingency in the event the riser fill-up valves leak when closed at depth.

21.22.  ~~Test regulated pressure for 1½ in Glycol HC connector hotline at 3,000-psi~~ Confirm pressure integrity of hotline before running.  Pump glycol to fill hose.

~~22.Test BOP and install new AX couple resilient gasket. Paint ID bore of gasket with yellow and black stripes for easy identification of gasket using ROV.~~

23.  Grease underside of BOP stack (under supervision of Cameron ~~R~~representative) and outside of HC Connector with Biotac OG Grease to protect against formation of hydrates (ice) on the BOP. ~~Ensure HC connector finger gaps are greased.~~

24.  Attempt to install BOP Blind Stabbing Alignment Tool to DDII BOP in storage location if possible.  ~~I~~install ~~BOP Blind Stabbing Alignment Stabbing Frame~~Tool to DDII BOPafter skidding BOP to well center.

25.  Ensure coflex hose from subsea manifold is deployed ~~&~~and purged.      [Formatted: Bullets and Numbering]

24.  ~~Ensure~~install dual block failsafe valves and vent hub are installed below 5.5 x 7.25-in~~.~~ Variable Bore Rams (VBRs).~~.~~      [Formatted: Bullets and Numbering]

CONFIDENTIAL

BP-HZN-2179MDL02405687
TREX-140700.0009

TREX 140700.0009



| MC-252-1#1 Top Kill Procedure Manual~~MC252-1 Top Kill Procedure Manual~~~~MC252-1 Top Kill Procedure Manual~~~~MC252-1 Top Kill Procedure Manual~~ |  |
|---|---|
| **BOP on BOP Capping Procedures** | |

26.

## 26.1.3 Running BOP/Riser

Prior to commencing BOP running, ensure a sufficient weather window ~~is~~ forecast (need approximately 5 days) to allow completion of the capping operation without delays. Check current predictions for loop current threat.

~~26.~~1    Slick BOP with HC connector on bottom into the well center. Attach guidance funnel to HC connector and first joint (perforated) of riser to flex joint.

~~27.~~2    Install ~~methanol~~glycol injection line to HC ~~Connector~~connector using the 1-in ~~methanol~~hot line ~~reel~~.

~~28.~~3    Verify ~~Subsea~~ subsea vent: choke line fail-safe's are closed~~is in full open position~~ when run (depending on timing, subsea vent ~~can~~one line may not be used).

~~29.~~4    The BOP and riser will be run as per the DDII Task Specific Think Plans (TSTP's) with the following changes:

- First riser ~~Joint~~joint will be a perforated joint – ~~2~~012 x 8-in. hole with ~~90 deg~~spiral phasing.
- Second riser joint (~~2~~012 x 8-in. holes ~~with 90 deg phasing~~) will also be a perforated joint with a blank nose pin as the first barrier.
- Third riser joint will be the riser fill up joint with a blank nose pin. The riser joint will have two RCV ~~operated   4~~operated 4-in. ball valves in the open position. Ensure ball valves are equipped with 90-deg. ~~Angles~~angles and outlets facing up.
- Ensure 2 seals are fitted to each blank nose ring~~pin~~.
  - Note 1.    Ensure ROV operators are familiar with valve operation prior to splashing joint. Have diagram and ~~ROV~~ROV-friendly handles on the valves.
  - Note 2.    Need to prepare TSTP for installing ball valves in the moonpool.
- Install ROV fill-up valves in moon-pool. Manually open/close valve to verify operation. Leave valves in open position prior to running.
- Standard ~~Hot~~ hot lines as per normal operations to be deployed with DDII BOP.

~~30.~~5    Continue running riser to required depth. Install slip joint and choke, kill, boost, rigid conduits, and remaining surface connections per ~~Task Specific Think Plan~~ (TSTP), including diverter system. Pick-up, run, and engage BLAT tool as per TSTP.

- Before the final choke and kill line pressure test (after goosenecks are rigged up), flush undiluted glycol down choke/kill/boost lines to prevent hydrate in the choke and kill lines. Close ~~Failsafe~~ failsafe valves and booster valve on DDII BOP
- Verify AX gasket is in place in connector with ROV.

CONFIDENTIAL

BP-HZN-2179MDL02405688
TREX-140700.0010

TREX 140700.0010



| MC-252-1#1 Top Kill Procedure Manual~~MC252-1 Top Kill Procedure Manual~~MC252-1 Top Kill Procedure Manual~~MC252-1 Top Kill Procedure Manual~~ |
| --- |
| **BOP on BOP Capping Procedures** |



~~31.6~~   Close 2 x 4-in. fill up valves on riser. Fill riser and monitor. Head of seawater to the ~~rig floor~~flowline ~~above sea level~~ will be the primary test of riser blanking plugs. Line up riser on Trip Tank and monitor for gains/losses.

~~1.2~~1.4.   **Install DDII BOP and Well Shut-In** <span style="float:right;">*Formatted: Bullets and Numbering*</span>

1. Evaluate hydrocarbon flow to determine BOP separation/standoff for stabbing onto Horizon BOP stack. Confirm BOP orientation for alignment with Horizon BOP and alignment frame. Align so that the DDII semi-submersible drilling rig is at a heading of 210 degrees True.

2. Monitor riser on trip tank throughout the following operations to verify no leaks through riser plugs. Monitor ~~on riser on trip tank or line up and monitor riser~~drill pipe through top drive.

3. Bottom of DDII HC connector should be spaced out for 1-ft of separation to the Horizon BOP HC mandrel.

4. BOP functions arranged as follows for the "Stab" position:
   • Subsea vent ~~Chokeline~~ Open~~closed (may not be run depending on timing)~~.
   • Subsea vent ~~Chokeline~~ fail-safe valves closed~~(may not be run depending on timing)~~.
   • All Rams rams open.

5. Open DDII lower choke and kill failsafe valves, Booster valve and commence~~Start~~ pumping ~~seawater~~diluted glycol at 3-bpm down choke/kill/boost lines. As BOP transitions into oil plume, increase pump rate~~speed pumps~~ from 3 to 6-bpm until HC connector is latched onto Horizon BOP.

6. Note:   The Environmental Unit must be notified whenever glycol pumping is initiated. The start/stop times, pumping rate and total volume pumped must be supplied to the Environmental Team at completion of this procedure. <span style="float:right;">*Formatted: Note~~Note~~*</span>

6. Commence~~Begin~~ pumping glycol through 1-in line connected to the HC connector.

7. Move BOP over well center while monitoring with ROV's.

8. BOP alignment frame will provide guidance onto the Horizon BOP.

9. Stab BOP onto HC mandrel while monitoring with ROV's.

10. Slack off 50,000-lbs weight. Close and lock HC connector.

11. Check indicator rod with ROV to ensure full travel (3,0,01,600-psi lock pressure).

12. Stop pumping glycol through 1-in line to HC connector.

13. Move ROV to safe area.

~~14.~~Pull test connector to 50,000-lbs overpull. <span style="float:right;">*Formatted: Bullets and Numbering*</span>

14. <span style="float:right;">*Formatted: Outline numbered + Level: 4 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 0.5" + Tab after: 0.8" + Indent at: 0.8"*</span>

CONFIDENTIAL

BP-HZN-2179MDL02405689
TREX-140700.0011

TREX 140700.0011



MC-252-1#1 Top Kill Procedure ManualMC252-1 Top Kill Procedure ManualMC252-1 Top Kill Procedure ManualMC252-1 Top Kill Procedure Manual



**BOP on BOP Capping Procedures**

15. Verify connector indicator rods are in the lock position on DDII and DWH with ROV.

16. Set up riser tensioners per procedure for EDS. Reduce latching pressure of DDII HC Connector to 1,500-psi (standard Cameron operating procedure).

17. Fly stack and confirm position (if visibility allows).

18. Stop pumping glycol through choke and kill lines. Close choke and kill fail safe valves and continue pumping glycol through booster line.

19. Install jumper hose from Ssubsea choke manifold to BOP subsea vent line.

   a. Ensure subsea manifold choke lined up and in full open position

   b. Start methanol injection at subsea choke manifold

20. ROV to open subsea vent line valves (x2) and lock in opening pressure.

~~19.~~ Position ROV to observe flow from perforated riser joint.

21.

~~20.~~22. Shut ~~in the well~~BOP in the following sequence while continuing to flow through the venting choke:

   • ~~Open Fail Safe Valves on venting choke (may not be run depending on timing)~~

   • Close casing shear ram (confirm gallon count).

   • Close lower blind shear ram (confirm gallon count).

   • Close upper blind shear ram (confirm gallon count).

   Monitor shut in  pressure DDII BOP via BOP pressure gauges.  Monitor  on the Horizon and DDII BOP pressure via acoustic sensor.  Monitor pressure at Ssubsea manifold.

23.

24. Verify that subsea manifold is venting with ROV.

~~21.~~ After shut in of DDII BOP. Ddiscontinue pumping glycol into the boost line once clean gas free returns at riser perforated joint have been confirmed.

25.

~~22.~~Slowly reduce choke on venting manifold while monitoring pressure continuously.

26.

~~After shut-in of DDII BOP, discontinue pumping glycol into the boost line once clean~~

   ~~gas free returns at riser perforated joint have been confirmed~~

~~The following steps will only be done if a subsea choke is run with the BOP.~~

   ~~Commence pumping glycol at subsea choke using ROV.~~

   ~~Open Choke/Kill Lines to surface and monitor well pressure.~~

CONFIDENTIAL

BP-HZN-2179MDL02405690

TREX-140700.0012

TREX 140700.0012



| | MC-252-4#1 Top Kill Procedure ManualMC252-1 Top Kill Procedure ManualMC252-1 Top Kill Procedure ManualMC252-4 Top Kill Procedure Manual |  |
|---|---|---|
| | **BOP on BOP Capping Procedures** | |

23.27. Shut-inFlowing pressuresPressures must not be allowed to exceed above 89,0500 psi psi on the annulus. Excess pressure will require venting with subsea choke manifold choke, increase glycol methanol injection rate to subsea choke while venting. Actual injection rates will be based on the following estimated bleed rates (included for guidance, guidance dated 5/23/20? 0 is included, and will be updated just prior to shut-in):

28. Once flowing pressures are determined, flow well according to subsea vent manifold procedure.Refer to Long Term Pressure Management plan for Details on methanol injection rates and detailed choke operation.

29. If pressures allow, shut well in and continuously monitor pressures. Close Fail-Safe valves inboard of subsea venting system.

| $Q_{oil}$ (bopd) | $Q_{oil}$ (gpm) | Pressure Loss (psi) | FBHP (psi) | FWHP (psi) |
|---|---|---|---|---|
| 100 | 2.9 | 0 | 11835 | 8900 |
| 500 | 14.6 | 1 | 11834 | 8899 |
| 1,000 | 29.2 | 4 | 11831 | 8896 |
| 5,000 | 145.8 | 72 | 11763 | 8828 |
| 10,000 | 291.7 | 241 | 11594 | 8659 |
| 15,000 | 437.5 | 491 | 11344 | 8409 |
| 20,000 | 583.3 | 812 | 11023 | 8088 |
| 25,000 | 729.2 | 1200 | 10635 | 7700 |
| 30,000 | 875.0 | 1651 | 10184 | 7249 |
| 32,503 | 948.0 | 1900 | 9935 | 7000 |

1.

24. After shut-in, discontinue pumping glycol into the boost line.

Formatted: English (U.S.)
Formatted: English (U.S.)
Formatted: Bullets and Numbering
Formatted: English (U.S.)
Formatted: English (U.S.)
Formatted: English (U.S.)
Formatted: English (U.S.)
Formatted: English (U.S.)
Formatted: English (U.S.)
Formatted: English (U.S.)
Formatted: Bullets and Numbering
Formatted: Bullets and Numbering
Formatted: English (U.S.)

Formatted: English (U.S.)
Formatted: List Bullet, No bullets or numbering
Formatted: Indent: Left: 0", First line: 0"
Formatted: Indent: Left: 0.5", Hanging: 0.3"
Formatted: Bullets and Numbering

CONFIDENTIAL

BP-HZN-2179MDL02405691
TREX-140700.0013

TREX 140700.0013

| | | |
|---|---|---|
|  | MC-252-1#1 Top Kill Procedure ManualMC252-1 Top Kill Procedure ManualMC252-1 Top Kill Procedure ManualMC252-1 Top Kill Procedure Manual |  |
| | **BOP on BOP Capping Procedures** | |

## 2   Contingency Procedures

### 2.1.  Correction of Leak in the Interface Connection between DDII and DWH BOPs BOP/Subsea Wellhead

Note:   Contingency prepared by Seal-Tite International

**Formatted:** Tab stops: 0.88", Left − 1.5", Left

#### 2.1.1.   *Introduction*

The following procedure has been prepared as a contingency against possible leaks during any attempt to shut in the Macondo #1 well. A detailed procedure with exact depth, volumes, etc, will be prepared when the exact leak repair application develops.

#### 2.1.2.   *Objectives*

1. Inject and displace sealant down the kill or choke line to the subsea BOPs Wellhead.
2. Squeeze sealant against the leak to attempt to regain pressure integrity at the subsea BOPsubsea BOP Wellhead assembly.

#### 2.1.3.   *Mechanical Considerations*

The Discoverer Enterprise DDII will attempt to install a new LMRP-/BOP assembly on top of the existing Deepwater Horizon BOP stack. There is concern that various pressure containment equipment will leak due to various reasons (contamination, erosional cuts, etc.). Pressure-Aactivated sealant has sealant has been mobilized as a contingency to repair such a leak. The following conditions are assumed:

- Kill line total length: +/- 5000'
- Kill line I.D. 4.5"-in, approximate volume = 0.0197 bbls/ft, 5000' = 98.4 bbls

The leak rate is unknown. Various sealants have been sent to the rig and the appropriate sealant will be blended on location based on the leak rate.

- Total system fluid volume = 99.4 bbls (98.4 bbls kill line volume plus 1 bbl for rig lines)
- System is assumed filled with 8.6 ppg seawater. fluid compressibility $3.5 \times 10$-6 vol/vol/psi, = .344 bbl/1,000 psi
- Fluid system will be either 14.4 ppg or 16.4 ppg drilling mud.
- The sealant will need to be mixed to approximately the same weight as the fluid in the kill line. Therefore the appropriate brine will be made available for mixing
- Assuming 50 bbls of final sealant pill required, we should have available brine as follows:
  - 50 bbls of 15.1 ppg CaBr2
  - 50 bbls of 17.3 ppg ZrBr2
- The procedure below assumes that we will use the cementing units 10 bbl blending tanks for a mixed pill volume of 20 bbls. Therefore, enough sealant is on location for two 20 bbl pills plus a 10 bbl contingency.

CONFIDENTIAL

BP-HZN-2179MDL02405692
TREX-140700.0014

TREX 140700.0014



| MC-252-1#1 Top Kill Procedure ManualMC252-1 Top Kill Procedure ManualMC252-1 Top Kill Procedure ManualMC252-1 Top Kill Procedure Manual |  |
| --- | --- |
| **BOP on BOP Capping Procedures** | |

CONFIDENTIAL

BP-HZN-2179MDL02405693
TREX-140700.0015

TREX 140700.0015



| MC-252-1#1 Top Kill Procedure Manual~~MC252-1 Top Kill Procedure Manual~~MC252-1 Top Kill Procedure Manual~~MC252-1 Top Kill Procedure Manual~~ |  |
|---|---|
| **BOP on BOP Capping Procedures** | |

*2.1.4.   Procedure*

1. Review job logistics and hold pre-job safety meeting.

   Note:   Provide sealant "recipe" and applicable Material Safety Data Sheets (MSDS) to the Environmental Team as early as possible to determine reportable release quantities. **[Formatted: Note-Note, Indent: Left: 1.28", No bullets or numbering]**

2. Review suction and discharge piping arrangement from rig pump to riser. Determine optimum point of sealant blending and injection. (It is assumed we will use the cementing unit pumps/mixing tanks and associated discharge piping to riser.)- It is assumed that a 20-bbl pill will be blended and pumped followed by a 15-bbl gel pill.

3. Clean cementing tanks and remove any contamination found.

4. Blend 15 bbls of gel pill utilizing 15 bbls of 15.1 CaBr2 and 12.6 gallons of WA 50:1 viscosifying product.  Pump gel pill into holding tank.

   Note:     The below steps assume pumping a 14.4 ppg pill.  Volumes will be the same for a 16.4 ppg pill, but the 15.1 ppg CaBr2 will be substituted with 17.3 ppg ZnBr2.

5. Fill blending tanks with 17 bbls 15.1 CaBr2 (8.5 bbls in each 10 bbl pit).  Blend 120 gallons of Flo-Seal into the 17 bbls of fluid in the pits (60 gallons per pit). Blend additives per Seal-Tite Technician's specifications.

   Note:     The Environmental Unit Lead must be notified prior to pumping of sealant mixes. The start/stop times, pumping rate, total volume pumped, and estimate of volume released to the sea (if any) must be supplied to the Environmental Team at completion of this procedure. **[Formatted: Note-Note, Indent: Left: 1.28", No bullets or numbering]**

6. Pump 20 bbl sealant pill into 4 1/2-in- kill line.

7. Pump 15 bbl gel pill following sealant into 4 1/2-in- kill line.

8. Displace sealant and gel pill down kill line with approximately 66 bbls of mud to the ~~Blow Out Protectors~~ (BOPs).  Pump at a rate of 5 bbl/min.

9. Once front edge of sealant hits BOPs, slow rate to 2.5 bbl/min and displace sealant into leaking BOP assembly.  Allow well pressure to push sealant into leaking connection.  Use ROV to monitor connection leak and observe when a seal has been made.

10. Once a seal has been achieved, slow pump rate to ¼-bbl/min and continue to feed fresh sealant across leak as a contingency while the seal cures.

11. Once there is 1 bbl of sealant left in the riser, stop injection of sealant and monitor as the seal cures.

12. Allow 6 hours for sealant to cure, then continue with well operations.  If desired to continue injection with kill weight fluid sealant can be pushed ahead of fluid in the kill line.

CONFIDENTIAL

BP-HZN-2179MDL02405694
TREX-140700.0016

TREX 140700.0016



| GulfofMexicoSPU | MC-252-1#1 Top Kill Procedure ManualMC252-1 Top Kill Procedure ManualMC252-1 Top Kill Procedure ManualMC252-1 Top Kill Procedure Manual | bp |
|---|---|---|
| | **BOP on BOP Capping Procedures** | |

2.2 Deepwater Horizon BOP Capping HAZID Contingency Plans

> Note These contingencies were developed in response to a Hazard Identification (HAZID) review on May 3, 2010.

*2.2.1 HAZID Reference No. 15: Lift Away LMRP*

This action involves developing an appropriate contingency plan in the event the Lower Marine Riser Package (LMRP) cannot be disconnected.

1. Primary plan is disconnect using hot line hydraulic supply to Remotely Operated Vehicle Vehicle (ROV) panel (1,500 psi) for Primary and Secondary release of HC Connector with 50K lbs overpull. Following actions indicate the Deepwater Horizon (DWH) LMRP has not released from DWH lower Blow Out Preventer (BOP) stack.

2. ROV verify position of HC Connector indicator rod. Increase hydraulic pressure to ROV panel to 3,000 psi. If full travel observed LMRP should have released and CMC compensator has actuated.

3. HC Connector indicator did not travel to fully unlocked position/partial separation of LMRP and lower BOP stack. Work string weight up/down checking if separation increases. Stage increase overpull (25K lbs increments to maximum).

> Note: Need to establish 'weak link' in hoisting assembly (slings, shackles, padeyes etc.).

4. Release overpull/revert to neutral point, ROV verify position of HC Connector indicator rod. If full travel observed, reapply 50K lbs maximum overpull to release LMRP from lower BOP stack.

5. Verify central drill string, stage increase overpull (25K lbs increments to maximum.

> Note: Need to establish 'weak link' in hoisting assembly (slings, shackles, padeyes etc.).

6. Hydrates at LMRP Connector revert to neutral point, pump methanol into hydrate injection port using ROV. verify further of full travel of indicator rod on LMRP Connector. Stage increase overpull (25K lbs increments to maximum.

> Note: Need to establish 'weak link' in hoisting assembly (slings, shackles, padeyes etc.).

*2.2.2 HAZID Reference No. 18: Drillpipe Removal from Lower BOP Stack*

This action involves developing and cutting/removal of any exposed length of drillpipe after removal of the LMRP from the lower BOP stack.

> Note: To be developed in conjunction with ROV team.

*2.2.3 HAZID Reference No. 21: Horizon LMRP Recovery*

This action involves developing a plan for emergency disconnect while connected to the Horizon BOP.

*(Formatted: Bullets and Numbering)* [multiple callouts]

CONFIDENTIAL

BP-HZN-2179MDL02405695
TREX-140700.0017

TREX 140700.0017



| MC-252-1#1 Top Kill Procedure Manual MC252-1 Top Kill Procedure Manual MC252-1 Top Kill Procedure Manual MC252-1 Top Kill Procedure Manual |  |
| --- | --- |
| **BOP on BOP Capping Procedures** | |

7. Unable to release ~LMRP from lower BOP stack – ROV on standby and remove the retrieval assembly (ROV friendly shackles installed).

8. Contingency for rig black out/loss of power/drive off – ROV on standby with Chop Saw to cut the 5 5/8 in. Drillpipe (part of retrieval assembly).

*2.2.4.HAZID Reference No. 24: Horizon LMRP Recovery*

This action involves developing a contingency plan in the event that the Enterprise BOP does not latch or does not seal.

9. Damage to the Horizon BOP Mandrel – primary plan to use a "dual resilient" AX gasket gasket seal (275 deg F) to achieve sealing capability on minor damaged seal ring profile.

10. Small leak after latching to Horizon lower BOP stack – ability to inject "Seal-Tite" compound to effectively seal the connection.

11. Investigate requirement for "modified" AX gasket to incorporate "dual resilient" seals and "sealoc nose extension" providing additional sealing capability into inside bore of lower BOP mandrel.

12. Unable to latch Enterprise BOP to Horizon lower BOP due to damaged lower BOP mandrel – *further engineering solution required depending on damage sustained.*

**Formatted:** Bullets and Numbering

**Formatted:** Bullets and Numbering

CONFIDENTIAL

BP-HZN-2179MDL02405696
TREX-140700.0018

TREX 140700.0018



MC-252-4#1 Top Kill Procedure ManualMC252-1
Top Kill Procedure ManualMC252-1 Top Kill
Procedure ManualMC252-1 Top Kill Procedure
Manual

**BOP on BOP Capping Procedures**



## 3   Plume Modeling Procedure

3.1.   EnterpriseDDII BOP Jet Thrust Calculations

Refer to the Stress Engineering Services, Inc. (SES) report in Attachment 2.

3.2.   Case 7 – 1 ft Vertical and 1 ft Horizontal Offset

Refer to the Stress Engineering Services, Inc. (SES) report in Attachment 3.

CONFIDENTIAL

BP-HZN-2179MDL02405697
TREX-140700.0019

TREX 140700.0019



| MC-252-4#1 Top Kill Procedure ManualMC252-1 Top Kill Procedure ManualMC252-1 Top Kill Procedure ManualMC252-1 Top Kill Procedure Manual |
| --- |
| **BOP on BOP Capping Procedures** |



## 4   DDII Capping Team Contact List

EnterpriseDDII Capping Team

| Name | Co. | Cell | email |
| --- | --- | --- | --- |
| Harry Thierens | BP | 71786392b | Harry.thierens@bp.com |
| Mark Patteson | BP | 713-254-5180 | mark.patteson@bp.com |
| Charles Holt | BP | 713-254-5180 | charles.holt@bp.com |
| James Wellings | BP | 713-716-9334 | james.wellings@bp.com |
| Dan Stoltz | BP | 713-805-9972 | dan.stoltz@bp.com |
| Trent Fleece | BP | 281-384-9657 | trent.fleece@bp.com |
| Mark He ronimus | BP | 713-829-2304 | mark.heironimus@bp.com |
| Kirk Cantrell | BP | 985-519- 0977 | kirk.cantrell@bp.com |
| Jeff Lott | BP | 281-433-1245 | jeff.lott@bp.com |
| Richard Simpson | BP | 713-357-8973 | richard.simpson@bp.com |
| Nick Cassinis | BP | 970-402-4767 | nick.cassinis@bp.com |
| John Mackay | TOI | +44 (7708) 802736 | john.mackay@deepwater.com |
| Iain Sneddon | TOI | +44 (7801) 038042 | iain.sneddon@deepwater.com |
| Paul King | TOI | 713-540-6332 | paul.king@deepwater.com |
| Rob Turlak | TOI | 713-501-2371 | rob.turlak@deepwater.com |
| David Crockett | Castrol | 727-460-9638 | david.crockett@castrol.com |
| Kerry Girlinghouse | WWC | 713-737-5850 | kgirlinghouse@wildwell.com |
| Stephen Snaw | DNV | 713-504-1568 | stephen.snaw@dnv.com |
| Richard Brainard | BBP | 832-215-3740 | richard.brainard@gmail.com |
| John Kotrla | Cameron | 713-698-8196 | John.kotrla@c-a-m.com |
| Tony Butler | Oceaneering | | tbutler@oceaneering.com |
| Kyle Haskett | Hydril | 832-605-8810 | Kyle.haskett@ge.com |
| Charles CurtisCharles Curtis | CameronCameron | 281-507-4982281-507-4982 | charles.curtis@c-a-m.comcharles-curtis@c-a-m.com |
| Mike Blue | TOI | 713-409-8217 | Mike.blue@deepwater.com |
| Gavin Kidd | BP | 832-472-4367 | Kidcg1@bp.com |
| Andy Frazelle | BP | 713 213 3505 | frazae@bp.com |

CONFIDENTIAL

BP-HZN-2179MDL02405698
TREX-140700.0020

TREX 140700.0020



MC-252-1#1 Top Kill Procedure Manual~~MC252-1~~
~~Top Kill Procedure Manual~~MC252-1 Top Kill
~~Procedure Manual~~MC252-1 Top Kill Procedure
Manual

**BOP on BOP Capping Procedures**



| DDII WSL | BP | 713-422-5205 | |
|----------|----|----|----|
| Dave Cameron | Cameron | +44-788-9922519 | Dave.cameron@deepwater.com |

*Formatted: Font: 10 pt*
*Formatted: Normal*
*Formatted: Font: (Default) Arial, 10 pt, Font color: Red*

## 5   Equipment List for BOP on BOP Well Capping

~~Equipment for BOP on BOP Well Capping~~

*Formatted Table*

| ~~Needed~~ Equipment List (BOP on BOP Well Capping) | Staging Location | Status |
|---|---|---|
| 2 each 6- 5/8-in. ~~DP~~DRILL PIPE 500 ton Manual Elevators | Workstrings | ~~Enterprise~~DDII |
| Locking Equipment for elevators | Rig | DDII |
| LMRP Recovery Sling to attach to Horizon BOP | BP | Poseidon |
| LMRP Recovery Sling for DDII Drill pipe recovery string | BP | Poseidon |
| 18-3/4-in., 15k Dual Hycar, AX, Ring Gaskets; | DDII | DDII |
| Contingency ROV Cutting Equipment: | Violia | Poseidon |
| 2 each Diamond Wire Saws | Violia | Poseidon/Rov |
| 1" Hot Line Umbilical to function Horizon LMRP | DDII and VFL | DDII |
| Clamps for securing Hot Line to 6- 5/8"-in. ~~DP~~DRILL PIPE | DDII and VFL | DDII |
| 2 each Perforated Riser Joints | DDII | Fourchon |
| 2 each Riser Blanking Flanges | DDII | Fourchon |
| 2 each ROV Operated Valves for Riser Fill-up with 90 deg. elbows | DDII | Fourchon |
| One riser joint with two each threaded holes to accept 4-in. valves | DDII | Fourchon |
| ROV chop saws and spare blades | DDII Sonsub | |
| 15 each Cameron special build ring gasket hard retainer pins | Cameron | Cameron |
| Glycol 1,000 barrels | DDII | On order |
| Kill Mud | TBD | |
| BOP Blind Stabbing Alignment Tool (Frame) | Wild Well Fourchon | 5/26/10 |
| ROV deployed Ring Gasket running and retrieving tool | Oceaneering | 5/26/10 |
| Connections to pump down choke/kill/boost liner | DDII | DDII |
| IWOC's Reel, Umbilical, and Clamps to secure to choke/kill lines | DDII | DDII |
| Spare Wires for Diamond Cutter | Oceaneering | |
| Grinder to cut stuck wire | Oceaneering | |
| TIW Valves for 6- 5/8"-in. drill pipe | DDII | DDII |
| SPT 331 Transponders | At Thunderhorse | On Hold |

---

CONFIDENTIAL

BP-HZN-2179MDL02405699
TREX-140700.0021

TREX 140700.0021

MC-252-4#1 Top Kill Procedure ManualMC252-1
Top Kill Procedure ManualMC252-1 Top Kill
Procedure ManualMC252-1 Top Kill Procedure
Manual

**BOP on BOP Capping Procedures**



| Needed Equipment List (BOP on BOP Well Capping) | Staging Location | Status |
|---|---|---|
| Brackets for Transponders | DDII | DDII Build |
| Guide Funnel for HC Connector | DDII | Cameron |
| BP Subsea Accumulator | BP | As well site |

Formatted Table

CONFIDENTIAL

## Report Limitations

The scope of this report is limited to the matters expressly covered. This report is prepared for the sole benefit of BP.

In preparing this report, Stress Engineering Services, Inc. has relied on information provided by BP. Stress Engineering, Inc. has made no independent investigation as to the accuracy or completeness of such information and has assumed that such information was accurate and complete. Further Stress Engineering Services, Inc. is not able to direct or control the operation or maintenance of the client's equipment or processes.

All recommendations, findings, and conclusions stated in this report are based upon facts and circumstances as they existed at the time of this report and changes to these may adversely affect the recommendations, findings, and conclusions expressed in this report.

NO IMPLIED WARRANTY MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE SHALL APPLY. STRESS ENGINEERING SERVICES, INC. MAKES NO REPRESENTATION OR WARRANTY THAT THE IMPLEMENTATION OR THE USE OF RECOMMENDATIONS, FINDINGS, OR CONCLUSIONS OF THIS REPORT WILL RESULT IN COMPLIANCE WITH APPLICABLE LAW OR PERFECT RESULTS.



[AutoDa le]

CONFIDENTIAL

BP-HZN-2179MDL02405702
TREX-140700.0024

## Purpose

**Part 1:  Weak Point Analysis – Riser Connected**

Given that the DD2 riser and stack are installed on the Horizon BOP at Macondo, the aim of this work is to assess riser & well system component strength/integrity in the event of extreme vessel offsets with the riser still connected for the following event(s):
 - Drive-Off or a Drift-Off Event
 - Failure of the Emergency Disconnect System

▪Determine potential weak-points and approximate critical vessel offsets
 - Determine bending moments and loads on the wellhead and connector
 - Determine the maximum casing stresses

**Part 2: Response After DD2 LMRP Disconnection**

This part of the analyses was conducted to estimate the response of the casing after the riser has been disconnected at the DD2 LMRP - in light of the fact that some of the soil may have plasticized and can no longer provide lateral support to the casing and the BOP system may be leaning at some angle.



STRESS
ENGINEERING
SERVICES INC

[AutoDate]

an employee-owned company

CONFIDENTIAL

BP-HZN-2179MDL02405703
TREX-140700.0025

TREX 140700.0025

## Important Assumptions

(Weakpoint analysis with riser connected)

- It has been assumed that the soil properties are the same as those assumed for earlier project (PN 119681) at SES. This implicitly assumes that the Deepwater Horizon incident have NOT resulted in any localized changes in the soil properties in the vicinity of the well
- The wellhead/stack assembly has been assumed to be vertical at the start of the analysis when the vessel is on the well location (zero vessel offset). This precludes the possibility of any plastic (permanent) deformation and subsequent inclination of the casing system following the Deepwater Horizon incident
- Damage to the wellhead/wellhead connector has not been accounted for.

[AutoDate]

STRESS
ENGINEERING
SERVICES INC

CONFIDENTIAL

BP-HZN-2179MDL02405704
TREX-140700.0026

TREX 140700.0026

## Additional Assumptions

- Global ABAQUS model of: riser, tensioners, telescopic joint, flex joints, casing, wellhead, wellhead connector and soils
- Tensioners are assumed to operate at mid-stroke at 0% offset
    - It should be noted that if the tensioners have larger allowable stroke, the wellhead bending moment and the casing stresses may increase over the mid-stroke case.
- Planar offset
- Weakpoint analysis is quasi-static analysis rather than time domain
- Lateral P-Y Soil Response
- No dynamic vessel motion or seastate is imposed
- Linear elastic material models utilized





STRESS ENGINEERING SERVICES INC
an employee-owned company

CONFIDENTIAL

## General Information

- Development Driller 2 drilling riser configuration in 4992-ft (GOM)
- Casing program specified per BP
- Deepwater Horizon BOP Stack on Wellhead
- Development Driller 2 vessel, tensioners, drilling riser, LMRP and BOP on top of Deepwater Horizon BOP Stack
- 8.56 ppg mud weight
- Tolerance factors of $f_{wt}$ =1.02 and $f_{bt}$ = 0.96 assumed
- 2 of 12 tensioners subject to failure





Riser Configuration (Weight Factors 1.02/0.96 Included)

CONFIDENTIAL

BP-HZN-2179MDL02405707
TREX-140700.0029





CONFIDENTIAL

BP-HZN-2179MDL02405709
TREX-140700.0031

TREX 140700.0031



CONFIDENTIAL

BP-HZN-2179MDL02405710
TREX-140700.0032



Horizon Stack Used in the Analysis

CONFIDENTIAL

BP-HZN-2179MDL02405711
TREX-140700.0033

TREX 140700.0033

## Wellhead Details

|  | SS-15 HP Housing | SS-15 LP Housing |
|---|---|---|
|  | 18.75" HP | 36.00" LP |
| OD (in) | 27.00 | 36.00 |
| ID (in) | 18.51 | 33.00 |
| Length (ft) | 6.63 | 3.75 |
| Weight (lbf/ft) | 1189.6 | 553.2 |

STRESS
ENGINEERING
SERVICES INC
an employee-owned company

[AutoDate]

CONFIDENTIAL

BP-HZN-2179MDL02405712
TREX-140700.0034

TREX 140700.0034

## Casing Information

| Component Name | Length (ft) | Location of Top from Mudline (ft) | Location of Bottom from Mudline (ft) | Material Definition | Outer Diameter (in) | Inner Diameter (in) | Wall Thickness (in) | Dry Weight per unit length (lb/ft) | Wet Weight per unit length (lb/ft) |
|---|---|---|---|---|---|---|---|---|---|
| 36" x 2" (X-65) | 121 | 6.53 | -114 | X-65 | 36.00 | 32.00 | 2.000 | 726.93 | 631.99 |
| 36" x 1.5" (X-56) | 166 | -114 | -280 | X-56 | 36.00 | 33.00 | 1.500 | 553.22 | 480.97 |
| 28" x 0.75" (X-52) | 280 | 0.00 | -280 | X-52 | 28.00 | 26.50 | 0.750 | 218.27 | 189.76 |
| 22" x 1.0" (X-80) | 286 | 6.38 | -280 | X-80 | 22.00 | 20.00 | 1.000 | 224.26 | 194.99 |

STRESS
ENGINEERING
SERVICES INC
an employee-owned company

[AutoDate]

CONFIDENTIAL

BP-HZN-2179MDL02405713
TREX-140700.0035

TREX 140700.0035

## Soils

- API RP2A P-Y curves are developed from the soil shear strength, submerged unit weight and $\varepsilon_{50}$.
- Soil data is assumed per:

**From:** Jeanjean, Philippe [mailto:Philippe.Jeanjean@bp.com]
**Sent:** Friday, February 27, 2009 2:48 PM
**To:** Scharschel, Craig; Todd Veselis
**Cc:** Karlsen, Geir G (Clover)
**Subject:** RE: Macondo Soil Data

Todd,

I have confirmed with Craig that the seismic section he sent is representative of ALL the anchor locations. Based on BP's database of soil borings in the area (Na Kika, Horn Mountain, Pompano). I would propose the following soil properties for your analysis:

Undisturbed shear strength
Depth (ft)    Su (psf)
0             30
10            50
100           700
Use a sensitivity of 2.0 to calculate the remolded shear strength.

Depth (ft)    Submerged unit weight (pcf)
0             20
30            37
100           43



[AutoDa te]

STRESS
ENGINEERING
SERVICES INC
an employee-owned company



CONFIDENTIAL

BP-HZN-2179MDL02405715
TREX-140700.0037

TREX 140700.0037



CONFIDENTIAL

BP-HZN-2179MDL02405716
TREX-140700.0038

TREX 140700.0038

# Results Summary

| Case Number | Initial Slip Ring Tension at C B Vessel Offset (kips) | Vessel Offset at which the Tensioners Bottom Out (% of water depth) | Vessel Offset at which the von Mises Stress in the TJ Outer Barrel Below the Tension Ring exceeds Yield (% of water depth) | von Mises Stress in the 36" x 2" (X-65) Casing when the Stress in the TJ Outer Barrel Exceeds Yield (ksi) | Maximum Wellhead Bending Moment (GD2 BOP Connector) (10^6 ft-lbf) | Maximum Wellhead Bending Moment (Horizon BOP-to-Wellhead Connector) (10^6 ft-lbf) |
|---|---|---|---|---|---|---|
| CASE 1 | 1019 | 11 | 11 | 59.4 @ 11% vessel offset | 3.30 @ 10% vessel offset | 6.37 @ 10% vessel offset |
| CASE 2 | 1425 | 11 | 11 | 59.4 @ 11% vessel offset | 2.94 @ 10% vessel offset | 5.83 @ 10% vessel offset |
| CASE 3 | 2565 | 11 | 11 | 59.9 @ 11% vessel offset | 1.98 @ 10% vessel offset | 4.38 @ 10% vessel offset |

[AutoDate]

STRESS ENGINEERING SERVICES INC
an employee-owned company

CONFIDENTIAL



CONFIDENTIAL

BP-HZN-2179MDL02405718
TREX-140700.0040

TREX 140700.0040

## Wellhead Capacity

- High and Low Pressure Housing Wellhead is Dril-Quip SS-15 System
  - SS-15 is rated for 4 million ft-lb (15-ksi pressure and 1500-kips tension) at 2/3 yield : Working Capacity
  - SS-15 is rated for 6 million ft-lb (15-ksi pressure and 1500-kips tension) at yield : Survival Capacity



[AutoDate]

CONFIDENTIAL

BP-HZN-2179MDL02405719
TREX-140700.0041

TREX 140700.0041



# Detailed Results – Case 1

| RISER CONFIGURATION | Elevation Low Waterline (ft) | 4968 ft Water Depth; Developmental Driller II, GOM Top of High Pressure Housing 75 feet Above Mudline, Top of Low Pressure Housing 18 feet Above Mudline | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Well Water Depth, ft | | | 0.00 | | | | | | | | | | |
| Vertical Tension at Top of Ring (at pre-method), kips | 3619.96 | | 5514 | | | | | | | | | | |
| Horizontal Mean Inputs (Drive), ft | | Maximum Tensioner stroke = 56 ft / Available Tensioner stroke = 25 ft / Tensioner Stroke = 25 ft | | | | | | | | | | | |
| Bottom Boundary Condition | -180.00 | | | | | | | | | | | | |
| Top Elevation Condition | 5069.00 | | | | | | | | | | | | |
| Tensioner Stiffness, below a piece out | | | | | | | | | | | | | |
| Tensioner Stiffness, after stroke out | | | | | | | | | | | | | |
| Surface Current, kt | | | 0.00 | | | | | | | | | | |
| **OUTPUT:** | | | | | | | | | | | | | |
| Vessel Offset, % wave depth | | 0.0 | 1.0 | 2.0 | 3.0 | 4.0 | 5.0 | 6.0 | 7.0 | 8.0 | 9.0 | 10.0 | 11.0 | 12.0 |

| **Tensions and Deflections** | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Maximum Tensioner Stroke, ft | | 37.0 | 25.1 | 24.1 | 17.4 | 24.1 | 37.4 | 50.1 | 72.3 | 40.5 | 49.7 | 49.65 | 49.65 | 49.65 |
| Effective Tension at Top of Ring, kips | 3619.96 | 3320 | 3045 | 3020 | 1201 | 1091 | 1040 | 3990 | 3210 | 3280 | 3110 | 1114 | 2408 | 4311 |
| Effective Tension at Top of HPL/LMRP, kips | 93.57 | 780 | 740 | 301 | 330 | 300 | 730 | 340 | 300 | 360 | 300 | 410 | 477 | 1060 | 3386 |
| Effective Tension at Top of LMRP/Connector, kips | | | | | | | | | | | | | | |
| Effective Tension at Bottom of the Connector, kips | 58.56 | -760 | -345 | -344 | -356 | -315 | -315 | -365 | -377 | -366 | -266 | -566 | 1162 | 2767 |
| Effective Tension at Top of the 18HNGL, kips | 15.56 | -45 | -45 | -44 | -44 | -55 | -50 | -50 | -75 | -35 | -54 | -47 | 55 | 316 |
| Active Tension at Top of GOD LMRP, kips | 58.57 | 167 | 147 | 141 | 150 | 150 | 253 | 256 | 310 | 270 | 161 | 384 | 1033 | 3386 |
| Active Tension at Top of Connector, kips | 49.55 | 7254 | 7053 | 7208 | 7347 | 7387 | 7584 | 7876 | 7584 | 3407 | 7510 | 7340 | 8768 | +38 |
| Active Tension at Top of Connector, kips | 36.59 | -4730 | -4535 | -4500 | -4630 | -4530 | -4270 | -4004 | -3000 | -3904 | -3035 | -3025 | -3604 | -451 |
| Actual Tension at Bottom of 18HNGL, kips | 6.57 | -1330 | -1331 | -1318 | -1314 | -1330 | -1300 | -350 | -360 | -167 | -460 | -5015 | -1185 | 360 |
| Upper Flex Joint Angle, deg | 5069.00 | 0.00 | +2.26 | -0.16 | +1.36 | +1.41 | +1.2 | -2.14 | -2.58 | +3.60 | +2.17 | +350 | +3.67 | -2.72 |
| LMRP Angle relative to vertical, deg | 56.57 | 0.00 | 0.37 | 0.78 | 1.34 | 1.77 | 2.37 | 3.06 | 3.83 | 4.68 | 5.58 | 6.56 | 7.35 | 7.34 |
| Lower Flex Joint Angle, deg | 58.57 | 0.00 | 0.59 | 1.14 | 1.82 | 2.03 | 2.34 | 2.55 | 2.85 | 3.55 | 2.57 | 2.18 | 0.92 | +0.09 |
| Riser HPL Angle relative to vertical, deg | 0.00 | 0.00 | 0.30 | 0.63 | 1.02 | 1.47 | 1.98 | 2.80 | 3.30 | 4.06 | 4.88 | 5.79 | 6.73 | 7.45 |
| Angle of Riser at sea bed, deg | 0.00 | 0.00 | 0.16 | 0.37 | 0.64 | 0.84 | 1.16 | 1.60 | 2.13 | 2.78 | 3.47 | 4.32 | 6.02 | 3.10 |
| Displacement of Riser at sea bed, ft | | | | | | | | | | | | | | |

| **Bending Moments (kilft-lbs)** | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30" x 2" Casing (X-65) | 6.93 to 414 | 0.56 | 0.61 | 1.06 | 1.66 | 2.72 | 3.80 | 4.44 | 5.56 | 6.57 | 7.09 | 8.42 | 6.32 | 6.06 |
| 30" x 0" Casing (X-65) | 414 to 390 | 0.00 | 0.00 | 0.09 | 0.06 | 0.01 | 0.01 | 0.01 | 0.01 | 0.31 | 0.86 | 0.22 | 1.23 | 3.58 |
| Low Pressure Housing | 643 to 13.00 | 0.00 | 0.36 | 0.79 | 1.36 | 1.67 | 2.03 | 2.49 | 2.93 | 3.54 | 3.86 | 4.30 | 3.45 | 1.67 |
| **HIGH PRESSURE HOUSING / LOCKDOWN CARTRIDGE** | 6.93 to 13.00 | 0.00 | 0.90 | 1.21 | 1.62 | 2.46 | 3.12 | 3.60 | 4.47 | 5.14 | 5.70 | 6.31 | 3.16 | 3.37 |
| Seal element to b / Subsea connector interface | 11.00 | 0.00 | 0.97 | 2.31 | 2.06 | 2.73 | 3.56 | 4.61 | 5.36 | 5.60 | 6.54 | 5.24 | 3.69 | 2.92 |
| Top of BOP/LMRP | 58.57 | 0.00 | 0.04 | 0.08 | 0.11 | 0.14 | 0.16 | 0.17 | 0.16 | 0.13 | 0.17 | 0.00 | 0.00 | 0.30 |
| Outer Barrel at Bottom of Tension Ring | 5069.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.30 |

| **"VMEAN" (VONMISES Equivalent minimum stress, ksi)** | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30" x 2" Casing (85 ksi) | 6.93 to 414 | 2.6 | 7.2 | 1.4 | 10.0 | 25.0 | 20.4 | 20.2 | 30.4 | 44.6 | 24.5 | 58.2 | 28.4 | 34.4 |
| 30" x 0.9" Casing (80 ksi) | 414 to 390 | 1.6 | 6.6 | 5.9 | 5.7 | 7.8 | 5.1 | 3.3 | 5.5 | 3.0 | 3.0 | 9.1 | 11.6 | 34.2 |
| 30" x 0.75" Casing (37 ksi) | 6.97 to 414 | 4.6 | 6.5 | 6.6 | 13.5 | 17.4 | 21.2 | 28.4 | 31.4 | 36.6 | 41.0 | 47.2 | 47.9 | 68.0 |
| 30UPY at the RISER ADAPTER | 68.3 | 1.0 | 9.1 | 4.0 | 4.2 | 5.0 | 4.8 | 14.0 | 12.6 | 4.0 | 4.6 | 2.9 | 9.0 | 0.4 |
| Outer Barrel at Bottom of Tension ring | 5069.00 | 10.3 | 9.4 | 10.6 | 19.0 | 15.0 | 15.3 | 58.7 | 17.1 | 17.6 | 10.0 | 22.0 | 170.0 | 290.4 |

[AutoDa...]                                                            an employee-owned company

CONFIDENTIAL

BP-HZN-2179MDL02405721
TREX-140700.0043

TREX 140700.0043



CONFIDENTIAL

BP-HZN-2179MDL02405722
TREX-140700.0044

TREX 140700.0044



CONFIDENTIAL

# Detailed Results – Case 2

CONFIDENTIAL

BP-HZN-2179MDL02405724
TREX-140700.0046



CONFIDENTIAL



CONFIDENTIAL

## Detailed Results – Case 3

CONFIDENTIAL





CONFIDENTIAL

BP-HZN-2179MDL02405729
TREX-140700.0051

TREX 140700.0051



CONFIDENTIAL

BP-HZN-2179MDL02405730
TREX-140700.0052

TREX 140700.0052

## Cases Considered

- Two scenarios were considered for this analysis:
  - No initial wellhead/casing inclination
  - 1 deg initial wellhead/casing inclination
- For each scenario, four cases were considered:
  - 0 ft of soil removed
  - 44 ft of soil removed
  - 54 ft of soil removed
  - 70 ft of soil removed
- A 0.3 knot background current was assumed for all cases

[AutoDate]



STRESS ENGINEERING SERVICES INC
an employee-owned company

CONFIDENTIAL

BP-HZN-2179MDL02405731
TREX-140700.0053



CONFIDENTIAL

BP-HZN-2179MDL02405732

TREX-140700.0054

TREX 140700.0054



BP-HZN-2179MDL02405733
TREX-140700.0055

TREX 140700.0055

## Conclusions

- For the GOM site (4992-ft), with the Development Driller 2 Drilling Riser and Stack on top of Horizon BOP, the following can be concluded:
- PART 1 (Weakpoint Analysis – Riser Connected):
  - The working capacity of the SS15 wellhead system (4 million ft-lbf) is exceeded for all three cases analyzed. However, the survival capacity of the wellhead (6 million ft-lbf) is NOT exceeded for CASE 2 and CASE 3. The survival capacity is exceeded for CASE 1 (minimum tension for 8.56 ppg mud).
  - The conductor casing yields after the tensioners bottom out and after the riser potentially fails in the outer barrel below the tension ring. Thus, the integrity of the casing is NOT compromised.
- PART 2 (After DD2 LMRP Disconnection):
  - In the scenario where the wellhead/casing is initially assumed to be vertical, the inclination of the BOP system (Horizon BOP + DD2 BOP) is not significant.
  - In the case where the wellhead/casing is assumed to be inclined at an angle of 1-deg initially, the angle of inclination of the BOP system after disconnection could be as high as 4.3 deg, based on an assumption of 70 ft of soil being plasticized.
- All recommendations, findings, and conclusions stated in this report are based upon facts and circumstances as they existed at the time of this report and changes to these may adversely effect the recommendations, findings, and conclusions expressed in this report.

[AutoDate]

STRESS
ENGINEERING
SERVICES INC
an employee-owned company

CONFIDENTIAL

BP-HZN-2179MDL02405734
TREX-140700.0056



CONFIDENTIAL

BP-HZN-2179MDL02405735
TREX-140700.0057

TREX 140700.0057



## Results Summary – Updated Soil Data

| Case Number | Initial Slip Ring Tension at 0 ft Vessel Offset (kips) | Vessel Offset at which the Tensioners Bottom Out (% of water depth) | Vessel Offset at which the von Mises Stress in the TJ Outer Barrel Below the Tension Ring Exceeds Yield (% of water depth) | von Mises Stress in the 36" x 2" (X-65) Casing when the Stress in the TJ Outer Barrel Exceeds Yield (ksi) | Maximum Wellhead Bending Moment (DD2 BOP Connector) (10⁶ ft·lbf) | Maximum Wellhead Bending Moment (Horizon BOP-to-Wellhead Connector) (10⁶ ft·lbf) |
|---|---|---|---|---|---|---|
| CASE 1B | 1018 | 11 | 11 | 62.9 @ 11% vessel offset | 5.60 @ 11% vessel offset | 7.02 @ 11% vessel offset |
| CASE 2B | 1425 | 11 | 11 | 64.3 @ 11% vessel offset | 3.39 @ 11% vessel offset | 6.73 @ 11% vessel offset |
| CASE 3B | 2555 | 11 | 11 | 67.4 @ 11% vessel offset | 3.15 @ 10% vessel offset | 6.22 @ 10% vessel offset |

(Note: analysis assumes linear elastic material properties; stress values above yield are because of this assumption)

[AutoDate]

STRESS
ENGINEERING
SERVICES INC
an employee-owned company

CONFIDENTIAL

BP-HZN-2179MDL02405737
TREX-140700.0059

TREX 140700.0059



CONFIDENTIAL

# Detailed Results – Case 1B

4992 ft Water Depth, Deepwater Driller 2, GOM
Top of High Pressure Housing 12 feet Above Mudline / Top of Low Elevation Housing 10 feet Above Mudline

| Elevation from Mudline (ft) | 0.0 | 1.0 | 2.0 | 3.0 | 4.0 | 5.0 | 6.0 | 7.3 | 8.2 | 9.8 | 10.8 | 11.0 | 12.0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

BP-HZN-2179MDL02405739

TREX-140700.0061

TREX 140700.0061



CONFIDENTIAL

BP-HZN-2179MDL02405740
TREX-140700.0062

TREX 140700.0062



CONFIDENTIAL

BP-HZN-2179MDL02405741
TREX-140700.0063

TREX 140700.0063

## Detailed Results – Case 2B

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

BP-HZN-2179MDL02405744
TREX-140700.0066

TREX 140700.0066

# Detailed Results – Case 3B

| RISER CONFIGURATION | Elevation from Mudline (ft) | 4992-ft Water Depth; Development Driller 2, GOM<br>Top of High Pressure Housing 13-feet Above Mudline; Top of Low Pressure Housing 10-feet Above Mudline | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mud Weight, ppg | | 8.56 | | | | | | | | | | | | |
| Vertical Tension at Top of Ring (at zero offset), kps | 5018.68 | 2666 | | | | | | | | | | | | |
| Tensioner/Wire Rope Stroke, ft | | Maximum Tensioner stroke = 50-ft<br>Available Tensioner stroke = 25-ft<br>Tensioner Strokeout = 25-ft | | | | | | | | | | | | |
| Bottom Boundary Condition | -280.00 | Pinned | | | | | | | | | | | | |
| Top Boundary Condition | 5068.09 | Pinned | | | | | | | | | | | | |
| Tensioner Stiffness, before stroke out | | Nonlinear | | | | | | | | | | | | |
| Tensioner Stiffness, After stroke out | | Rigid | | | | | | | | | | | | |
| Surface Current, kt | | 0.00 | | | | | | | | | | | | |
| OUTPUT: | | | | | | | | | | | | | | |
| Vessel Offset, % water depth | | 0.0 | 1.0 | 2.0 | 3.0 | 4.0 | 5.0 | 6.0 | 7.0 | 8.0 | 9.0 | 10.0 | 11.0 | 12.0 |
| **Tensions and Deflections** | | | | | | | | | | | | | | |
| Maximum Tensioner Stroke, ft | | 25.0 | 25.3 | 26.1 | 27.2 | 28.6 | 30.9 | 33.5 | 36.4 | 39.9 | 43.8 | 48.17 | 49.33 | 49.39 |
| Effective Tension at Top of Ring, kips | 5018.68 | 2551 | 2555 | 2566 | 2584 | 2608 | 2640 | 2677 | 2720 | 2770 | 2826 | 2889 | 4017 | 5716 |
| Effective Tension at Top of DD2 LMRP, kips | 85.07 | 1840 | 1844 | 1855 | 1874 | 1899 | 1931 | 1969 | 2013 | 2063 | 2120 | 2183 | 3311 | 4673 |
| Effective Tension at Top of the Connector, kips | 43.73 | 1234 | 1238 | 1249 | 1267 | 1293 | 1325 | 1363 | 1408 | 1458 | 1515 | 1579 | 2709 | 4371 |
| Effective Tension at Bottom of the Connector, kips | 38.00 | 1196 | 1200 | 1211 | 1229 | 1255 | 1287 | 1326 | 1370 | 1420 | 1477 | 1541 | 2671 | 4334 |
| Effective Tension at Top of the HPHSG, kips | 13.00 | 64 | 64 | 65 | 67 | 69 | 73 | 76 | 81 | 85 | 91 | 97 | 206 | 366 |
| Actual Tension at Top of DD2 LMRP, kips | 85.07 | 1731 | 1735 | 1746 | 1764 | 1790 | 1832 | 1860 | 1904 | 1954 | 2010 | 2074 | 3202 | 4664 |
| Actual Tension at Top of Connector, kips | 43.73 | -5685 | -5682 | -5670 | -5652 | -5520 | -5594 | -5558 | -5512 | -5461 | -5404 | -5340 | -4211 | -2549 |
| Actual Tension at Bottom of Connector, kips | 38.00 | -2512 | -2508 | -2497 | -2479 | -2453 | -2420 | -2382 | -2338 | -2287 | -2230 | -2166 | -1037 | 626 |
| Actual Tension at Bottom of HPHSG, kips | 6.37 | -115 | -113 | -107 | -96 | -81 | -62 | -39 | -13 | 17 | 50 | 88 | 751 | 1727 |
| Upper Flex Joint Angle, deg | 5066.09 | 0.00 | -0.48 | -0.96 | -1.44 | -1.91 | -2.39 | -2.87 | -3.35 | -3.83 | -4.31 | -4.79 | -3.98 | -3.46 |
| LMRP Angle relative to vertical, deg | 85.07 | 0.00 | 0.49 | 1.00 | 1.53 | 2.09 | 2.66 | 3.25 | 3.85 | 4.46 | 5.08 | 5.72 | 6.54 | 7.24 |
| Lower Flex Joint Angle, deg | 85.07 | 0.00 | 0.16 | 0.30 | 0.41 | 0.50 | 0.58 | 0.63 | 0.67 | 0.69 | 0.69 | 0.67 | 0.26 | -0.03 |
| Angle of Riser at sea bed, deg | 0.00 | 0.00 | 0.39 | 0.81 | 1.26 | 1.74 | 2.24 | 2.75 | 3.28 | 3.83 | 4.40 | 4.98 | 5.84 | 6.37 |
| Displacement of Riser at sea bed, ft | 0.00 | 0.00 | 0.18 | 0.39 | 0.64 | 0.92 | 1.23 | 1.56 | 1.93 | 2.32 | 2.75 | 3.21 | 4.19 | 5.44 |
| **Bending Moments (MM ft-lb)** | | | | | | | | | | | | | | |
| 36" x 2" Casing (X-65) | 6.53 to -114 | 0.00 | 0.86 | 1.74 | 2.61 | 3.47 | 4.32 | 5.15 | 5.99 | 6.82 | 7.65 | 8.47 | 9.32 | 9.86 |
| 36" x 1.5" Casing (X-56) | -114 to -280 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.27 |
| Low Pressure Housing | 6.53 to 10.00 | 0.00 | 0.52 | 1.02 | 1.48 | 1.92 | 2.34 | 2.74 | 3.12 | 3.47 | 3.81 | [illegible] | 3.92 | 3.34 |
| High Pressure Housing Just Below Connector | 6.37 to 13.00 | 0.00 | 0.79 | 1.55 | 2.25 | 2.92 | 3.55 | 4.15 | 4.73 | 5.26 | 5.76 | 6.22 | 5.88 | 4.95 |
| Total Moment at HPHSG-Connector Interface | 11.59 | 0.00 | 0.76 | 1.52 | 2.21 | 2.86 | 3.48 | 4.07 | 4.63 | 5.16 | 5.64 | 6.09 | 5.75 | 4.53 |
| Top of BOP+LMRP | 85.07 | 0.00 | 0.01 | 0.02 | 0.03 | 0.03 | 0.04 | 0.04 | 0.04 | 0.05 | 0.05 | 0.04 | 0.02 | 0.30 |
| Outer Barrel at Bottom of Tension Ring | 5015.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.30 |
| **"WEAK" POINTS (Von Mises combined stress, ksi)** | | | | | | | | | | | | | | |
| 36" x 2" Casing (65 ksi) | 6.53 to -114 | 2.5 | 7.5 | 13.2 | 19.0 | 24.7 | 30.4 | 36.0 | 41.6 | 47.3 | 52.9 | 58.5 | 67.4 | 76.3 |
| 36" x 1.5" Casing (56 ksi) | -114 to -280 | 2.6 | 2.7 | 2.9 | 3.2 | 3.5 | 3.8 | 4.1 | 4.5 | 4.8 | 5.1 | 5.5 | 8.1 | 14.7 |
| 28" x 0.75" Casing (52 ksi) | 9.37 to -314 | 2.6 | 6.4 | 11.0 | 15.6 | 20.2 | 24.7 | 29.3 | 33.8 | 38.3 | 42.8 | 47.4 | 56.1 | 63.2 |
| Bottom of the Riser Adapter | 85.07 | 32.2 | 32.7 | 33.3 | 34.0 | 34.7 | 35.5 | 36.3 | 37.2 | 38.2 | 39.2 | 40.3 | 59.5 | 88.9 |
| Outer Barrel at Bottom of Tension ring | 5015.80 | 39.4 | 39.5 | 39.8 | 40.2 | 40.7 | 41.4 | 42.1 | 43.0 | 44.0 | 45.1 | 46.4 | 176.0 | 357.6 |

[AutoDate]

an employee-owned company



CONFIDENTIAL



CONFIDENTIAL

## Soil Plasticity Concerns



❑ Per API 2A WSD, soil will not be able to bear lateral loads that exceed the ultimate lateral bearing capacity of the soil ($P > P_u$) for the short-term static load case.

❑ With guidance from the API document, the actual lateral deflection corresponding to this point of "failure" is assumed to be given by $y = 8\ y_c = 8$ $(2.5)\ \varepsilon_c\ D$; where $\varepsilon_c$ is the strain corresponding to half the maximum stress on undrained compression test samples, and $D$ is the casing diameter.

❑ In our case, the value of $\varepsilon_c$ is assumed to be 0.02 (soft clay): for a 36 inch casing this implies that the soil will not be able to bear lateral loads at all points where the lateral deflection is more than about **14.4 inch (1.2 ft).**

❑ To conservatively estimate the penetration depth up to which the soil has "failed", 11% vessel offset was considered for the intermediate top tension case (CASE 2B) and the lateral deflection of soil is noted, with the riser still connected to the stack. If the deflection is more than 14.4 inch, the soil is considered as "failed", and the corresponding soil springs, over the appropriate penetration depths, are then removed for the riser disconnected analysis. For CASE 2B at 11% vessel offset, the deflection is more than 14.4 inch over a penetration depth of **28 ft.**

❑ Now, the DD2 LMRP disconnected case is analyzed with 28 ft of soil removed to estimate the response of the wellhead/casing system after disconnection.

STRESS ENGINEERING SERVICES INC
an esoplonos norkot company

[AutoDate]

CONFIDENTIAL



BP-HZN-2179MDL02405749
TREX-140700.0071

TREX 140700.0071



CONFIDENTIAL

BP-HZN-2179MDL02405750
TREX-140700.0072

TREX 140700.0072



CONFIDENTIAL



CONFIDENTIAL

BP-HZN-2179MDL02405752

TREX-140700.0074

TREX 140700.0074



CONFIDENTIAL

BP-HZN-2179MDL02405753

TREX-140700.0075

TREX 140700.0075