In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010
RICHARD D. LYNCH, JR.          May 20, 2011   JOSEPH R. KAISER, JR., CCR, RPR   Reported by:

Page 517

1   What we did not want to do is
2   install a device and end up with another
3   leak from the installation upon (pulling)
4   that device that we could not take control
5   if we needed to.  So those risks were
6   considered.
7       Q.   Were those risks similar with
8   regard to the consideration of the BOP on
9   the BOP?
10      A.   Different risks.  There's some
11  similar, some different.
12      Q.   All right.  Without belaboring
13  the point too much, what was similar?
14      A.   So what would've been similar?
15  The same thing.  With the BOP on BOP, we
16  would've have to now remove the lower
17  marine riser package.  As we pointed out
18  earlier in the -- in our conversation, we
19  were having issues with taking control of
20  the BOP stack.  There was big concern or
21  question of whether of not we could
22  actually relief that hub connector that
23  connected the LMRP from the lower stack.
24  That was one risk.
25           So potentially we had ourselves

Exhibit H

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                             Reported by:
RICHARD D. LYNCH, JR.                 May 20, 2011  JOSEPH R. KAISER, JR., CCR, RPR

Page 518

1   up in a shape where we weren't disconnect,
2   but we lost the pressure integrity, and now
3   we've got a leak in the mid stack that we
4   couldn't control.
5            Furthermore, we -- as we pulled
6   the LMRP up, there's now -- we know at this
7   point in time that once we cut the riser,
8   we knew that there was one joint of drill
9   pipe in the stack, possibly more than one
10  joint of drill pipe in the stack, as
11  evidenced from the way the kink was formed
12  and what was going on in the well.  We
13  further proved that once the riser was cut.
14           At this point in time, we didn't
15  know how many -- in our vernacular, how
16  many fish or how many joints of drill pipe
17  would be sticking up from that inter --
18  intersection when we pulled the lower
19  marine riser package off the lower BOP.
20       Q.    But you knew there were two fish
21  in there?
22       A.    Of course, we didn't know what
23  was in that position stack.  So what the
24  concern is, you have either short fish that
25  lays, bends, falls over -- well, I'm just

601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C.    Telephone: (504) 525-9100
New Orleans, LA 70130-6029 Board-Certified Court Reporters  Facsimile: (504) 525-9109

9bc84cbf-3b21-4d19-a06d-49363d40988d

Page 519

1    trying to answer the question.  I'm sorry
2    if I'm speaking quickly.  I will slow my
3    pace.
4              What we didn't know was once we
5    lifted the LMRP what the fish were -- the
6    short lengths of drill pipe that could've
7    been jaggedly torn, bent, mutilated, or
8    some form, causing either damage to the
9    sealing surface, come over and lay over the
10   top of the connector, the interface between
11   the LMRP and the lower BOP.
12             Furthermore, if there was a
13   continuous piece of pipe or two continuous
14   pieces of pipe in that intersection, they
15   would have to be cut and severed in order
16   to take -- the ability to stab a BOP on a
17   BOP.  Now, if you're actually successful in
18   getting those pipes cut as you lower a BOP
19   on a BOP, you have to do that in such a way
20   that you do not scar the sealing areas on
21   that BOP stack being lowered on the lower
22   BOP stack.
23             Assuming that you did that and
24   you did not pick up any debris because of
25   the oil being ex-pulsed from the well at

601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.     Telephone: (504) 525-9100
New Orleans, LA 70130-6029  Board-Certified Court Reporters  Facsimile: (504) 525-9109

9bc84cbf-3b21-4d19-a06d-49363d40988d

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010
RICHARD D. LYNCH, JR.          May 20, 2011  JOSEPH R. KAISER, JR., CCR, RPR

Page 520

1  that point in time, we then had to analyze
2  whether or not we could actually stab,
3  latch, and effectively get a good seal on
4  that stack.
5          After all of that stuff was into
6  place and with the pressure signatures from
7  the collapse of pressure valves, once that
8  stack was shut in, do we actually have well
9  integrity.
10         So those were the types of risks
11 that we considered.  Now, that's not all.
12 That's not it.  That's not fully -- a full
13 list, but it's certainly the ones that I
14 remember that were being discussed at the
15 time.
16      Q.   Once the -- once the riser -- I
17 think I understand that.
18         Once the riser was cut, there
19 was an intervention done before the capping
20 stack was employed, the top hat according
21 to the chronology that we went through very
22 early on in my question.  Correct?
23      A.   Yes, correct.
24      Q.   But once the riser had been cut,
25 the groundwork was laid, really, to put the