# **<u>Exhibit I</u>**

(Manual Attachment)

Description: Animation