# **Exhibit J**

(Manual Attachment)

Description: Animation