

Exhibit K

CONFIDENTIAL

BP-HZN-2179MDL03096553
TREX-140770.0001

TREX 140770.0001