UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding Working Group Conference on Friday, September 20, 2013]**

**NOTE TO CELL PHONE PARTICIPANTS:** Please do not put your phone on hold during the conference as it causes an annoying beeping sound (or music) for everyone else. If you cannot participate for part of the conference, put your phone on mute. Likewise for those who type during the conference.

### MICHOUD MATTERS

1. **Preservation of evidence at Michoud**.

   The Court requested that NASA do whatever it can to preserve the status quo of the evidence at Michoud for the benefit of the Court and all parties to the MDL. The U.S. reported that it will communicate the request to NASA. If anything further is required, Mr. Underhill will contact the Court.

2. **Removal of BOP by Transocean**.

   Captain Engelbert reports that Transocean will use a crane barge to remove the BOP and planning is underway.

3. **Captain Englebert's August activity report**.

The parties were asked to pay their allocated share of Captain Engelbert's billing as promptly as possible.

## PHASE TWO PREPARATION

1. **Expert Reports, Exhibits and Demonstratives.**

The parties did not report any remaining issues with the provisions of the WGC order of September 17 (Rec. doc. 11394) concerning expert reports, exhibits and demonstratives.

2. **Revised schedule for demonstratives**.

The schedule for demonstratives was further revised as follows.

09/20/13    **Noon**.  The mutual, first demonstrative exchange for Source Control segment.

09/23/13    **Noon**.  Objections to Source Control demonstratives.

09/27/13    **Noon**.  The mutual, first demonstrative exchange for Quantification segment.

09/30/13    **Noon**.  Objections to Quantification demonstratives.

3. **Deposition bundles**.

There was discussion concerning the submission of deposition bundles. After the WGC, there were further telephone conferences with the parties and inData concerning the deposition bundles and the summaries for each bundle. On the evening of Saturday, September 21, inData delivered binders of the summaries to the undersigned and on Sunday morning they were delivered to Judge Barbier.

2

4. **Confidentiality issue.**

BP reported that it was working with the U.S. on a issue of confidentiality relating to third parties. It anticipated resolving the issue without assistance from the Court. If necessary, it will contact the Court.

5. **Final exhibit lists.**

The Court requested that the parties prepare a combined exhibit list. The U.S. will prepare the list and submit it to the parties by the middle of the week of September 23.

6. **TREX 2919.**

BP and the U.S. will attempt to resolve the issue of Dr. Bea's reliance on TREX 2919. If they are unable to do so, they will contact the undersigned.

7. **Video Clips.**

There was discussion about BP's letter objecting to the number of video clips identified by the Aligned Parties. After the WGC, the issue was discussed with Judge Barbier. During the Source Control segment, each side may have up to 1 hour for video clips. The Aligned Parties shall identify their revised list of clips by the close of business on **Tuesday, September 24.** BP/Anadarko shall respond by the close of business on **Thursday, September 26.**

8. **Additional Source Control stipulations.**

BP asked that the Aligned Parties contact them regarding proposed additional stipulations.

9. **Context objections.**

BP reported that it is working with the U.S. on the resolution of an issue. If the Court's assistance is required, it will contact the undersigned.

**10.     Court reporters**.

The parties are asked to provide a list of who will be conducting the examination of each of the witnesses during Phase Two.

The Court encourages the parties supplying the court reporters with lists of key words to assist them with transcribing the testimony. The lists may be sent to the undersigned for distribution to the reporters. The parties are not prohibited from speaking to the reporters to assist them in maintaining the accuracy of the transcript.

## PENALTY PHASE

The BP and the U.S. reported that they have met to discuss the issues. They will do so again after the trial of Phase Two and report to the Court.

## CONFERENCE SCHEDULE

09/30/13     Commencement of Phase Two Trial - Source Control (Rec. doc. 10795)

10/07/13     Commencement of Phase Two Trial - Quantification

11/07/13     Final Marshaling Conference for Phase Two

**All Saturdays are email free days.**

New Orleans, Louisiana, this 23rd day of September, 2013.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**