UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.:  2179<br><br>Section "J"<br><br>Judge Barbier |
| This Document Relates to: | Magistrate Judge Shushan |

2:12-cv-01483
2:12-cv-01484
2:12-cv-01485
2:12-cv-02194
2:12-cv-02048
2:12-cv-01295
2:12-cv-02338
2:13-cv-01758
2:13-cv-03747

**OMNIBUS ORDER GRANTING JOINT MOTION TO SUBSTITUTE ATTORNEY**

THIS CAUSE having been considered on certain Plaintiffs' Joint Motion to Substitute Attorney, and the Court being fully apprised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. That certain Plaintiffs' Joint Motion to Substitute Attorney and enroll attorney Kelley B. Stewart of the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. as its attorney of record in substitution for Robert J. McKee, Esquire, of the law firm of The McKee Law Group, LLC. be and the same is hereby granted.

2. That the contact information for Kelley B. Stewart shall be reflected as:

Kelley B. Stewart
Florida Bar Number:  492132
kstewart@krupnicklaw.com
Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A.
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida 33301-3434
954-763-8181 telephone
954-736-8292 facsimile

3. In regard to case 2:12-cv-01483, Bayhaven Enterprises, LLC, et al. v. BP Exploration & Production Inc., et al., Kelley B. Stewart is enrolled as substitute attorney for all Plaintiffs, **except the following Plaintiffs**:

Robert Casteel
Bruce Cravens
Therapy Charters Fishing Yacht, Inc.
Edward Caldwell
Clarence Olin Marler
Donna Marler
Joseph A. Miller
Lance Stratton
SP&RL, Inc. d/b/a Shalimar Yacht Basin & Marina
Bethany Mullin
Philip Meeks
Martin Weddle

4. In regard to case 2:12-cv-01484, 121 Duval Company v. BP Exploration & Production Inc., et al., Kelley B. Stewart is enrolled as substitute attorney for all Plaintiffs, **except the following Plaintiffs**:

Arnold's Auto & Marine Repair, Inc.
Art Vandelay, Inc.
Nissim Cohen
Cheryl Collier
Thomas E. Company
Correct Custom Drywall, Inc.
Hugh Cox

      Holland K. Hight, d/b/a Island Equity Real Estate
      Leroy Robert Hopkins, III
      M.O.T. Dead Sea, Inc.
      John Taylor
      Why Knot Sanibel, Inc.
      Happily Every After in Key West, LLC
      Frank Thornton
      AHF Royal Crest, LLC
      Bayshore Housing Corporation
      Cordova Community Facilities Corporation
      Emerald Coast Housing II, Inc.
      Perdido Housing Corporation
      Wellington Arms Properties, LLC
      Sharon Cook
      Michelle Sametz
      Floorida Floors, Inc.
      Decor Design Center, Inc.
      Popcorn Kingdom, LLC
      Sonshine Motors LLC
      Emerald Coast Associates, Inc.
      Groovy Dancing, Inc.
      Randall Stricker
      Louis Stricker
      Perfume Collection No. 3, Inc.
      Saf-T-Cart, Inc.
      Shlomo Cohen
      Randall Drabczuk
      North Bay Timber, LLC
      Davis-Nunnery Industries, LLC
      Doug White
      Alon Mor
      Banner Tire Key West, Inc.
      Rob Davidson
      Northwest Florida Surgery Center, Inc.
      Shoreline Installations, Inc.
      John Gollinger
      Entrust New Direction IRA
      Patrick M. Kelley, M.D., Plastic Surgery Center, P.A.
      Aroma Island's Perfume & Cosmetics, Inc.
      Glib Enterprises, LLC, d/b/a Gulf Beach Auto Sales

      5.    In regard to case 2:12-cv-01485, Joseph Yerkes, et al. v. BP Exploration & Production Inc., et al., Kelley B. Stewart is enrolled as substitute attorney for all Plaintiffs.

6. In regard to case 2:12-cv-02194, Key Ambassador Company, et al., v. BP Exploration & Production, Inc., et al., Kelley B. Stewart is enrolled as substitute attorney for all Plaintiffs.

7. In regard to case 2:12-cv-02048, Paul Matthew Doom, et al., v. BP Exploration & Production, Inc., et al., Kelley B. Stewart is enrolled as substitute attorney for all Plaintiffs, **except the following Plaintiff:**

Paul Matthew Doom.

8. In regard to case 2:12-cv-01295, Vincent Frelich, et al. v. BP Exploration & Production, et al., Kelley B. Stewart is enrolled as substitute attorney **for the following Plaintiffs only:**

Gary Bonanno
Strikezone Charters, L.L.C.
Michael Boatright
Reefkeeper, LLC
Lawrence Palmisano
Allen Obiol
Gulf Coast Marine Recovery, LLC.

Kelley B. Stewart **is not enrolled for**:

Vincent Frelich
Water Wave Airboats, Inc.
Kent Frelich
Frelich Boat Rental, Inc.
Nolan Allen
Andrew Maki
Darryl Gazzier.

9. In regard to case 2:12-cv-02338, Stephan Kolian, et al., v. BPExploration & Production, et al., Kelley B. Stewart is enrolled as substitute attorney for all Plaintiffs.

4

10. In regard to case 2:13-cv-01758, Fire Protection Service, Inc., etc. v. BP, p.l.c., et al., Kelley B. Stewart is enrolled as substitute attorney for all Plaintiffs.

11. In regard to case 2:13-cv-03747, Jorey Danos, et al. v. BP America Production Company, et al., Kelley B. Stewart is enrolled as substitute attorney for all Plaintiffs.

DONE AND ORDERED in Chambers, at New Orleans, Louisiana on this 23 day of September 2013.

_____
United States District Judge