UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL BY THE OIL RIG       MDL No.:  2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010        Section "J"

Judge Barbier

This Document Relates to:              Magistrate Judge Shushan

2:13-cv-05369
2:13-cv-05370
2:13-cv-05371
2:13-cv-05372

**OMNIBUS ORDER GRANTING JOINT MOTION TO SUBSTITUTE ATTORNEY**

THIS CAUSE having been considered on certain Plaintiffs' Joint Motion to Substitute Attorney, and the Court being fully apprised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. That certain Plaintiffs' Joint Motion to Substitute Attorney and enroll attorney Joseph J. Slama of the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. as its attorney of record in substitution for Robert J. McKee, Esquire, of the law firm of The McKee Law Group, LLC. be and the same is hereby granted.

2. That the contact information for Joseph J. Slama shall be reflected as:

Joseph J. Slama
Florida Bar Number: 476171
jslama@krupnicklaw.com
Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A.
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida 33301-3434
954-763-8181 telephone
954-736-8292 facsimile

3. In regard to case 2:13-cv-05369, Robert Taylor, et al., v. BP Exploration & Productions, Inc., et al., Joseph J. Slama is enrolled as substitute attorney for all Plaintiffs.

4. In regard to case 2:13-cv-05370, Anderson Outdoor Advertising, Inc., et. al. v. BP Exploration & Production, Inc., et al., Joseph J. Slama is enrolled as substitute attorney for all Plaintiffs.

5. In regard to case 2:13-cv-05371, Robert Kitrick., et al., v. BP Exploration & Production, Inc. et al., Joseph J. Slama is enrolled as substitute attorney for all Plaintiffs, **except the following Plaintiffs**:

   Hotel 80, LC d/b/a Outback Steakhouse
   Marathon Veterinary Hospital Inc.
   Jack Ballsmith
   Joan Ballsmith
   B.O.'s Fish Wagon, Inc.
   Patsy Gatewood.

6. In regard to case 2:13-cv-05372, Robert Fuller v. BP Exploration & Productions, Inc., et al., Joseph J. Slama is enrolled as substitute attorney for all Plaintiffs.

DONE AND ORDERED in Chambers, at New Orleans, Louisiana on this 23 day of September 2013.

_____
United States District Judge

2