# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE BARBIER |
| 13-01390, 13-01496, 13-01504, 13-01379, 13-01369, 13-01508, 13-01481, 13-01488, 13-01477 | * * * | MAG. JUDGE SHUSHAN |

**********************************************

## ORDER

Considering the foregoing Motion to Enroll as Counsel of Record,

IT IS ORDERED that the Motion is GRANTED and that the following are to be enrolled as additional counsel of record for Plaintiffs, Michael Guidry, Stephen Meche, Mark Veillon, John McBride, Blaine Daigle, Joseph Carrier, Troy Alleman, Jimmie Adock, and Donald Breaux in the referenced member cases.

> Stephen J. Herman, La. Bar No. 23129 (Sherman@hhklawfirm.com)
> Soren E. Gisleson, La. Bar No. 26302 (sgisleson@hhklawfirm.com)
> James C. Klick, La. Bar No. 7451 (jklick@hhklawfirm.com)
> John S. Creevy, La. Bar No. 30879 (jcreevy@hhklawfirm.com)
> **Herman, Herman & Katz, L.L.P.**
> 820 O'Keefe Avenue
> New Orleans, Louisiana 70113-1116
> Telephone: (504) 581-4892
> Fax No. (504) 569-6024

New Orleans, Louisiana this 23rd day of September, 2013.

_____
United States District Judge