UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION "J"** |
| | * | |
| **Applies to:** | * | **JUDGE BARBIER** |
| | * | |
| *13-2969, Cuong Dinh Vu, et al. v. BP* | * | **MAGISTRATE SHUSHAN** |
| *Exploration & Production, Inc., et al.* | * | |
| | * | |
| *13-2963, Bao Van Nguyen, et al. v. BP* | * | |
| *Exploration & Production, Inc., et al.* | * | |

## ORDER

Before the Court is a Motion to Withdraw as Attorney of Record and Motion to Sever. (Rec. Doc. 11428)

IT IS ORDERED that the Motion to Withdraw as Attorney of Record is GRANTED. Accordingly,

1) In civil action 13-2969, the Chau Law Firm, P.C. is hereby WITHDRAWN as counsel of record for plaintiffs Cuong Dinh Vu and Huong T. Tran.

2) In civil action 13-2963, the Chau Law Firm, P.C. is hereby WITHDRAWN as counsel of record for plaintiffs Thanh Van Tran, Duoc Van Nguyen, Hiep Van Vu, Jerry Hurt, Oswaldo Sanchez, Tu Thanh Dang, Tuan Van Truong, Rose Le, and Thach Van Tran.

IT IS FURTHER ORDERED that the Motion to Sever the above plaintiffs from civil action 13-2969 or 13-2963 is DENIED.

New Orleans, Louisiana, this 24th day of September, 2013.

_____
United States District Judge