UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | | MDL No. 2179<br><br>Section: J<br><br>Judge Barbier<br>Magistrate Shushan |
| This Document Relates to:<br>  2:13-cv-05370<br>  2:13-cv-05371 | | |

## ATTACHMENT "A"

**Case Number: 2:13-cv-05370          Anderson Outdoor, etc. v. BP**

| **Plaintiff** | **Present Address** | **Telephone Number** |
|---|---|---|
| 1. Joseph Christensen | jbc1982@gmail.com<br><br>1127 Washington Street, Apt. 4<br>Key West, Florida 33040 | 757-469-3825 cell |

**Case Number: 2:13-cv-05371          Robert Kitrick, et al. v. BP**

| **Plaintiff** | **Present Address** | **Telephone Number** |
|---|---|---|
| 1. Jerry Wood | jerrwwood@aol.com<br><br>13234 Southeast 246 Court<br>Kent, Washington 98042 | 253-630-7102<br>206-819-4001 |