UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOREY DANOS, ET AL** | § | **CIVIL ACTION NO. 13-3747** |
| | § | |
| **VERSUS** | § | **JUDGE CARL J. BARBIER** |
| | § | |
| **BP AMERICA PRODUCTION COMPANY, ET AL** | § | **MAGISTRATE SALLY SHUSHAN** |

## O R D E R

Considering the foregoing motion:

**IT IS ORDERED** by the Court that Richard S. Vale, Pamela Noya Molnar, and the law firm of Blue Williams, L.L.P., be and they are hereby re-enrolled as co-counsel on behalf of Falck Alford Holding's, Inc., in the above entitled and numbered cause.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2013.

_____
**J U D G E**