IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater | * | MDL No. 2179 |
| Horizon" in the Gulf of Mexico, | * | |
| On April 20, 2010 | * | Section: J |
| | * | |
| | * | Judge Carl J. Barbier |
| | * | |
| | * | Magistrate Judge Sally Shushan |
| | * | |
| | * | |

---------------------------------------------------------------------------

## JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT

The authorized representative of Claimant, Dorothy C. Schmidt, an Incompetent

Claimant, and the Claims Administrator of the Deepwater Horizon Economic and Property

Damages Settlement respectfully move this Court to (1) approve the settlement of the claims

filed on behalf of Claimant as fair, reasonable and adequate, and (2) approve all future

settlements on behalf of Claimant in compliance with the Economic and Property Damages

Settlement Agreement as fair, reasonable and adequate.

A proposed Order accompanies this Motion.

Respectfully submitted,

By: _____

Jeremy Hebert
Attorney for Claimant's Representative
Becker & Hebert, LLC
910 Harding Street
Lafayette, Louisiana 70503
(337) 233-1987

Date: ___9/11/13___

By: _____

Orran L. Brown
VSB No.: 25832
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231
(804) 521-7200

Date: _____9/18/13_____

1