IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig "Deepwater * MDL No. 2179
Horizon" in the Gulf of Mexico, *
On April 20, 2010 * Section: J
*
* Judge Carl J. Barbier
*
* Magistrate Judge Sally Shushan
*
*

---

## JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT

The authorized representative of Claimant, George R. Mason, a Deceased Claimant, and the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement respectfully move this Court to (1) approve the settlement of the claim filed on behalf of Claimant as fair, reasonable and adequate, and (2) approve all future settlements on behalf of Claimant in compliance with the Economic and Property Damages Settlement Agreement as fair, reasonable and adequate.

A proposed Order accompanies this Motion.

Respectfully submitted,

By: _____ FL bar #99843    By: _____

Brian Barr                                  Orran L. Brown
Attorney for Claimant's Representative      VSB No.: 25832
Levin, Papantonio, Thomas, Mitchell, Rafferty,  BrownGreer PLC
& Proctor, P.A.                             250 Rocketts Way
316 S. Baylen Street, Suite 600             Richmond, Virginia 23231
Pensacola, Florida, 32502                   (804) 521-7200
(850) 435-7000

Date: 9/12/13                               Date: 9/18/13

1