UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | | MDL No. 2179<br><br>Section: J<br><br>Judge Barbier<br>Magistrate Shushan |
| This Document Relates to:<br>    2:12-cv-01484<br>    2:12-cv-02194 | | |

ATTACHMENT "A"

**Case Number: 2:12-cv-01484          121 Duval Co. v. BP**

| | **Plaintiff** | **Present Address** | **Telephone Number** |
|---|---|---|---|
| 1. | Blackmer Equipment, LLC | C/O Mr. Mark Blackmer<br>21206 Daugherty Road<br>Long Beach, MS 39560 | 228-697-1750 cell |

**Case Number: 2:12-cv-02194          Key Ambassador v. BP**

| | **Plaintiff** | **Present Address** | **Telephone Number** |
|---|---|---|---|
| 1. | Executive Adventures, LLC | C/O Mr. Christopher King<br>635 Court Street, Suite 202<br>Clearwater, FL 33765<br><br>cking@cmsgroup.net<br>hking@cmsintl.com | 727-639-4902<br>727-631-0072<br>727-450-1542<br>727-643-6388 |