UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010" | § § § § | MDL NO. 2179<br><br>This Document Relates to 13-cv-3747<br><br>JUDGE CARL J. BARBIER<br><br>MAGISTRATE SALLY SHUSHAN |

## EX PARTE MOTION TO ENROLL CO-COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes Falck Alford Holdings, Inc., incorrectly named in the Complaint as Falck Alford, who respectfully moves this Court to enroll Richard S. Vale, Pamela Noya Molnar, and the law firm of Blue Williams, L.L.P., as co-counsel of record on its behalf, along with current counsel, Patrick J. McShane, Danica C. Benbow, R. Patrick Ray and the law firm of Frilot, LLC.

**WHEREFORE**, Falck Alford Holdings, Inc. prays that Richard S. Vale, Pamela Noya Molnar, and the law firm of Blue Williams, L.L.P. be enrolled as co-counsel of record for Falck Alford Holdings, Inc. in these proceedings.

Respectfully submitted,

FRILOT, L.L.C.

Respectfully submitted,

**FRILOT L.L.C.**

/s/ R. Patrick Ray
**PATRICK J. MCSHANE T.A. (#19055)**
**DANICA C. BENBOW (#27376)**
**R. PATRICK RAY (#33325)**
1100 Poydras Street, Suite 3700
New Orleans, LA 70163-3600
Telephone: (504) 599-8000
Facsimile: (504) 599-8100
E-mail: pray@frilot.com
**Attorneys for Falck Alford Holdings, Inc.**


BLUE WILLIAMS, L.L.P.

*/s/ Richard S. Vale*

**RICHARD S. VALE, T.A., #12995**
**PAMELA NOYA MOLNAR, #18208**
3421 N. Causeway Blvd., Suite 900
Metairie, LA 70002
Telephone:  (504) 831-4091
Facsimile:  (504) 849-3046
**Attorneys for Falck Alford Holdings, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of September, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.

/s/ R. Patrick Ray