UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010"** | § § § § | **MDL NO. 2179** **This Document Relates to 13-cv-3747** **JUDGE CARL J. BARBIER** **MAGISTRATE SALLY SHUSHAN** |

## O R D E R

Considering the foregoing Ex Parte Motion to Enroll as Counsel of Record:

**IT IS ORDERED** by the Court that the motion is **GRANTED**.  Richard S. Vale, Pamela Noya Molnar, and the law firm of Blue Williams, L.L.P., be and they are hereby re-enrolled as co-counsel on behalf of Falck Alford Holding's, Inc., in the above entitled and numbered cause.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2013.

_____
**J U D G E**