UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig<br>         "DEEPWATER HORIZON" in the Gulf<br>         of Mexico, on April 20, 2010<br><br>These Pleadings apply to: *All Cases*<br><br>(Including Nos. 10-2771 and 10-4536) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SUSHAN |

### MOTION FOR LEAVE TO SUPPLEMENT THE PHASE ONE TRIAL RECORD WITH EVIDENCE OF HALLIBURTON'S CRIMINAL GUILTY PLEA CONVICTION FOR DESTROYING MACONDO-RELATED EVIDENCE

**NOW INTO COURT** come Plaintiffs and Claimants-in-Limitation, including the State of Alabama and the State of Louisiana, and respectfully pray for leave to supplement the Phase One Trial Record for the reasons that follow:

I.

Subsequent to the close of the Phase One Trial Record, and as recently as July 12, 2013, Halliburton represented to the Court in its Phase One Post-Trial Reply Brief that: "There is *no evidence* that HESI or its employees concealed or destroyed evidence…. Plaintiffs grasp at straws in an attempt to lengthen their list of HESI's post-incident 'bad acts.' But Plaintiffs cite nothing suggesting that HESI's post-incident conduct was inappropriate."[1]

---

[1] HALLIBURTON PHASE ONE POST-TRIAL REPLY BRIEF [MDL 2179 Doc. 10724] (July 12, 2013), at p.17 (emphasis in original).

II.

Just two weeks later (and after the close of Phase One Briefing), Halliburton filed a guilty plea agreement that admitted a corporate violation of 18 U.S.C. §1030(a)(5)(A), based on the intentional deletion of computer simulations relating to the Macondo incident at the direction of the company's Cementing Technology Director.[2]  Halliburton was adjudged guilty of this crime on September 19, 2013 by the Honorable Jane Trice Milazzo.[3]

III.

Federal Rule of Evidence 201 allows this Court to take judicial notice of court records within its jurisdiction, Fed. Rule Evid. 201(b)(1), "at any stage of the proceeding." Fed. Rule Evid. 201(d).  Because this evidence directly relates to material factual questions at issue in the Phase One Trial, and was previously unavailable to Plaintiffs, Plaintiffs respectfully desire to supplement the record with two exhibits:

- TREX-26152: Plea Agreement, Factual Allocation, Joint Memo, and Minute Entry
- TREX-120231: Transcript of Sept. 19, 2013 Rearraignment and Sentencing Hearing

IV.

Pursuant to the Court's instructions, Plaintiffs also file a five-page Supplemental Brief that outlines how HESI's Corporate Conviction affects the Proposed Findings and Conclusions under consideration in the Phase One Limitation and Liability Trial.

---

[2] *See United States v. Halliburton,* Case No. 2:13-cr-165, Docs 3, 4, 21, 25  (E.D.La. 2013).  Plaintiffs offer these documents jointly as TREX 26152.

[3] *See United   States v. Halliburton,* Case No. 2:13-cr-165, Transcript of Rearraignment and Sentencing (E.D. La Sept. 19, 2013).  Plaintiffs offer the hearing transcript as TREX 120231.

* * *

**WHEREFORE** Plaintiffs respectfully pray for an Order granting Plaintiffs leave to supplement the Phase One Trial Record with proposed TREX-26152 and TREX-120231.

This 26th day of September, 2013.

Respectfully submitted,

| | |
|---|---|
|   /s/   Stephen J. Herman |   /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No.11511 |
| **HERMAN HERMAN & KATZ LLC** | **DOMENGEAUX WRIGHT ROY** |
| 820 O'Keefe Avenue |   **& EDWARDS, LLC** |
| New Orleans, Louisiana 70113 | 556 Jefferson Street, Suite 500 |
| Telephone: (504) 581-4892 | Lafayette, Louisiana 70501 |
| Fax. No. (504) 569-6024 | Telephone: (337) 233-3033 |
| Email: sherman@hhklawfirm.com | Fax No. (337) 233-2796 |
| *Plaintiffs Liaison Counsel* | E-Mail: jimr@wrightroy.com |
| | *Plaintiffs Liaison Counsel* |

## THE STATE OF ALABAMA

**The Honorable Luther Strange**
*Attorney General*
   /s/   Corey L. Maze     .
**Corey L. Maze**
*Special Deputy Attorney General*
**Winfield J. Sinclair**
*Assistant Attorney General*
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL  36130
Phone: (334) 353-4336
E-Mail: cmaze@ago.state.al.us
*Counsel for the State of Alabama,*
*and Coordinating Counsel for the States*

## **PLAINTIFFS' STEERING COMMITTEE**

Brian H. Barr
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER & PROCTOR, PA
316 South Baylen St., Suite 600
Pensacola, FL 32502-5996
Office:  (850) 435-7045
Telefax: (850) 436-6187
E-Mail: bbarr@levinlaw.com

Jeffrey A. Breit
BREIT, DRESCHER & IMPREVENTO
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, Virginia 23451
Office:  (757) 670-3888
Telefax: (757) 670-3895
E-Mail: jbreit@bdbmail.com

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Office:  (415) 956-1000
Telefax: (415) 956-1008
E-Mail: ecabraser@lchb.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA &
TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
Office:  (504) 394-9000
Telefax: (504) 394-9110
E-Mail: pcossich@cossichlaw.com

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL  36660
Office:  (251) 471-6191
Telefax: (251) 479-1031
E-Mail: rtc@cunninghambounds.com

Robin L. Greenwald
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY  10003
Office:  (212) 558-5802
Telefax: (212) 344-5461
E-Mail: rgreenwald@weitzlux.com

Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
218 Commerce St., P.O. Box 4160
Montgomery, AL 36104
Office:  (334) 269-2343
Telefax: (334) 954-7555
E-Mail: rhon.jones@beasleyallen.com

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU LLP
501 Broad Street
Lake Charles, LA  70601
Office:  (337) 439-0707
Telefax: (337) 439-1029
E-Mail: mlundy@lundylawllp.com

Michael C. Palmintier
deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA  70801-1910
Office:  (225) 344-3735
Telefax: (225) 344-0522
E-Mail: mpalmintier@dphf-law.com

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW &
ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA  70130
Office:  (504) 588-1500
Telefax:  (504) 588-1514
E-Mail: sterbcow@lksalaw.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399
E-Mail: mike@mikespy.com

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA 70726
Office: (225) 664-4193
Telefax: (225) 664-6925
E-Mail: calvinfayard@fayardlaw.

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444
E-Mail: ervin@colson.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Office: (214) 521-3605
Telefax: (214) 599-1172
E-Mail: ssummy@baronbudd.com

Conrad S.P. "Duke" Williams
WILLIAMS LAW GROUP
435 Corporate Drive, Suite 101
Maison Grand Caillou
Houma, Louisiana 70360
Office: (985) 876-7595
Fax No. (985) 876-7594
E-Mail: duke@williamslawgroup.org

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Office: (843) 216-9159
Fax No. (843) 216-9290
E-Mail: jrice@motleyrice.com

## **ADDITIONAL PSC PHASE ONE TRIAL TEAM MEMBERS**

Johnny deGravelles
deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA 70801-1910
Office: (225) 344-3735
Telefax: (225) 344-0522
E-Mail: jdegravelles@dphf-law.com

Walter J. Leger, Jr.
LEGER & SHAW
600 Carondelet St., 9th Floor
New Orleans, LA 70130
Phone: (504) 588-9043
Fax: (504) 588-9980
E-Mail: wleger@legershaw.com

Jimmy Williamson
WILLIAMSON & RUSNAK
Texas State Bar No. 21624100
4310 Yoakum Blvd.
Houston, TX 77006
Phone: (713) 223-3330
Fax: (713) 223-0001
E-Mail: Jimmy@JimmyWilliamson.com

Tom W. Thornhill
THORNHILL LAW FIRM, APLC
1308 Ninth Street
Slidell, Louisiana 70458
Phone: (985) 641-5010
Fax: (985) 641-5011 fax
E-Mail: tom@thornhilllawfirm.com

Anthony Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Tel: (504) 525-1500
Fax: (504) 525-1501
E-Mail: airpino@irpinolaw.com

## THE STATE OF LOUISIANA

The Honorable James D. "Buddy" Caldwell
*Attorney General*
James Trey Phillips
*First Assistant Attorney General*
Megan K. Terrell
*Assistant Attorney General*
*Section Chief –Environmental*
P.O. Box 94005
Baton Rouge, LA 70804-9005
Telephone: (225) 326-6708

Allan Kanner
Elizabeth B. Petersen
Douglas R. Kraus
Allison M. Shipp
KANNER & WHITELEY, LLC
701 Camp Street

New Orleans, LA 70130
Telephone: (504) 524-5777

T. Allen Usry
USRY, WEEKS, & MATTHEWS, APLC
1615 Poydras St., Suite 12
New Orleans, LA 70112
Telephone: (504) 592-4641

Henry T. Dart
Grady J. Flattmann
HENRY DART, ATTORNEYS AT LAW P.C.
510 N. Jefferson St.
Covington, LA 70433
Telephone: (985) 809-8093

*Counsel for the State of Louisiana, and*
*Co-Coordinating Counsel for the States*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion have been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on September 26, 2013.

              s/ Corey L. Maze   .