UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig<br>          "DEEPWATER HORIZON" in the Gulf<br>          of Mexico, on April 20, 2010<br><br>These Pleadings apply to:  *All Cases*<br><br>(Including Nos. 10-2771 and 10-4536) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SUSHAN |

### BRIEF IN SUPPORT OF THE PLAINTIFFS AND STATES' MOTION FOR LEAVE TO SUPPLEMENT THE PHASE ONE TRIAL RECORD

Halliburton has informed the Plaintiffs and States that it will oppose our Motion for Leave to Supplement the Phase One Trial Record.  *See* Doc. 11511.  At the request of the Clerk, Plaintiffs therefore reiterate our reasons in support of the motion in a separate Brief in Support:

1. *Background—Disputed Material Facts*:  The Plaintiffs argued in Phase One that HESI had concealed and/or destroyed the "post-incident Displace 3D modeling" results as part of its "broken corporate culture."  Plaintiffs' PFF/CL 63, 71; *see also* PSC Br. 57-59.  Halliburton denied our argument as recently as July 12, 2013, when in its post-trial reply brief, Halliburton represented to the Court that

> There is *no evidence* that HESI or its employees concealed or destroyed evidence. . . . Plaintiffs grasp at straws in an attempt to lengthen their list of HESI's post-incident 'bad acts.'  But Plaintiffs cite nothing suggesting that HESI's post-incident conduct was inappropriate.

HESI Reply Br. at 17 (Doc. 10724).

1

Just two weeks later (and after the close of Phase One briefing), Halliburton filed a guilty plea agreement that admitted a corporate violation of 18 U.S.C. §1030(a)(5)(A), based on the intentional deletion of computer simulations relating to the Macondo incident at the direction of the company's Cementing Technology Director.[1]  Halliburton was adjudged guilty of this crime on September 19, 2013 by the Honorable Jane Trice Milazzo.[2]

Accordingly, evidence now exists to prove the Plaintiffs' destruction of evidence claim, evidence that Halliburton did not disclose to Plaintiffs prior to the close of the Phase One record.

2. *The Law*:  Federal Rule of Evidence 201(b)(1) allows this Court to take judicial notice of court records within its jurisdiction, and Rule 201(d) allows the Court to do so "at any stage of the proceeding." Federal Rule of Evidence 102 dictates that the rules "be construed so as to administer every proceeding fairly, eliminate unjustifiable expense and delay, and promote the development of evidence law, to the end of ascertaining the truth and securing a just determination."

The facts underlying Halliburton's guilty plea conviction—facts that Halliburton denied at trial and in post-trial briefing—are necessary to ensure that the Court "ascertain[s] the truth and secur[es] a just determination."  Fed. R. Evid. 102.  Thus, Rule 201 not only allows, but encourages, this Court to take judicial notice of Halliburton's conviction and the factual record that underlies it.

---

[1] *See United States v. Halliburton,* Case No. 2:13-cr-165, Docs 3, 4, 21, 25  (E.D.La. 2013).  Plaintiffs offer these documents jointly as TREX 26152.

[2] *See United States v. Halliburton,* Case No. 2:13-cr-165, Transcript of Rearraignment and Sentencing (E.D. La Sept. 19, 2013).  Plaintiffs offer the hearing transcript as TREX 120231.

#### CONCLUSION

For these reasons, the Plaintiffs and States respectfully request this Court issue an order granting Plaintiffs' Motion for Leave to Supplement the Phase One Trial Record.

Respectfully submitted,

|  |  |
|---|---|
| ___/s/   Stephen J. Herman_____ | ___/s/ James Parkerson Roy_____ |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No.11511 |
| **HERMAN HERMAN & KATZ LLC** | **DOMENGEAUX WRIGHT ROY** |
| 820 O'Keefe Avenue | **& EDWARDS, LLC** |
| New Orleans, Louisiana 70113 | 556 Jefferson Street, Suite 500 |
| Telephone: (504) 581-4892 | Lafayette, Louisiana 70501 |
| Fax. No. (504) 569-6024 | Telephone: (337) 233-3033 |
| Email: sherman@hhklawfirm.com | Fax No. (337) 233-2796 |
| *Plaintiffs Liaison Counsel* | E-Mail: jimr@wrightroy.com |
|  | *Plaintiffs Liaison Counsel* |

### THE STATE OF ALABAMA

**The Honorable Luther Strange**
*Attorney General*
    /s/   Corey L. Maze           .
**Corey L. Maze**
*Special Deputy Attorney General*
**Winfield J. Sinclair**
*Assistant Attorney General*
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL  36130
Phone: (334) 353-4336
E-Mail: cmaze@ago.state.al.us
*Counsel for the State of Alabama,*
*and Coordinating Counsel for the States*

**PLAINTIFFS' STEERING COMMITTEE**

Brian H. Barr
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER & PROCTOR, PA
316 South Baylen St., Suite 600
Pensacola, FL 32502-5996
Office:  (850) 435-7045
Telefax: (850) 436-6187
E-Mail: bbarr@levinlaw.com

Jeffrey A. Breit
BREIT, DRESCHER & IMPREVENTO
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, Virginia 23451
Office:  (757) 670-3888
Telefax: (757) 670-3895
E-Mail: jbreit@bdbmail.com

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Office:  (415) 956-1000
Telefax: (415) 956-1008
E-Mail: ecabraser@lchb.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA &
TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
Office:  (504) 394-9000
Telefax: (504) 394-9110
E-Mail: pcossich@cossichlaw.com

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL  36660
Office:  (251) 471-6191
Telefax: (251) 479-1031

Robin L. Greenwald
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY  10003
Office:  (212) 558-5802
Telefax: (212) 344-5461
E-Mail: rgreenwald@weitzlux.com

Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
218 Commerce St., P.O. Box 4160
Montgomery, AL 36104
Office:  (334) 269-2343
Telefax: (334) 954-7555
E-Mail: rhon.jones@beasleyallen.com

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU LLP
501 Broad Street
Lake Charles, LA  70601
Office:  (337) 439-0707
Telefax: (337) 439-1029
E-Mail: mlundy@lundylawllp.com

Michael C. Palmintier
deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA  70801-1910
Office:  (225) 344-3735
Telefax: (225) 344-0522
E-Mail: mpalmintier@dphf-law.com

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW &
ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA  70130
Office:  (504) 588-1500
Telefax:  (504) 588-1514

E-Mail: rtc@cunninghambounds.com
Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399
E-Mail: mike@mikespy.com

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA 70726
Office: (225) 664-4193
Telefax: (225) 664-6925
E-Mail: calvinfayard@fayardlaw.

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444
E-Mail: ervin@colson.com

E-Mail: sterbcow@lksalaw.com
Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Office: (214) 521-3605
Telefax: (214) 599-1172
E-Mail: ssummy@baronbudd.com

Conrad S.P. "Duke" Williams
WILLIAMS LAW GROUP
435 Corporate Drive, Suite 101
Maison Grand Caillou
Houma, Louisiana 70360
Office: (985) 876-7595
Fax No. (985) 876-7594
E-Mail: duke@williamslawgroup.org

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Office: (843) 216-9159
Fax No. (843) 216-9290
E-Mail: jrice@motleyrice.com

**ADDITIONAL PSC PHASE ONE TRIAL TEAM MEMBERS**

Johnny deGravelles
deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA 70801-1910
Office: (225) 344-3735
Telefax: (225) 344-0522
E-Mail: jdegravelles@dphf-law.com

Walter J. Leger, Jr.
LEGER & SHAW
600 Carondelet St., 9th Floor
New Orleans, LA 70130
Phone: (504) 588-9043
Fax: (504) 588-9980
E-Mail: wleger@legershaw.com

Jimmy Williamson
WILLIAMSON & RUSNAK
Texas State Bar No. 21624100
4310 Yoakum Blvd.
Houston, TX 77006
Phone: (713) 223-3330
Fax: (713) 223-0001
E-Mail: Jimmy@JimmyWilliamson.com

Tom W. Thornhill
THORNHILL LAW FIRM, APLC
1308 Ninth Street
Slidell, Louisiana 70458
Phone: (985) 641-5010
Fax: (985) 641-5011 fax
E-Mail: tom@thornhilllawfirm.com

Anthony Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Tel: (504) 525-1500
Fax: (504) 525-1501
E-Mail: airpino@irpinolaw.com

## THE STATE OF LOUISIANA

The Honorable James D. "Buddy" Caldwell
*Attorney General*
James Trey Phillips
*First Assistant Attorney General*
Megan K. Terrell
*Assistant Attorney General*
*Section Chief –Environmental*
P.O. Box 94005
Baton Rouge, LA 70804-9005
Telephone: (225) 326-6708

Allan Kanner
Elizabeth B. Petersen
Douglas R. Kraus
Allison M. Shipp
KANNER & WHITELEY, LLC

701 Camp Street
New Orleans, LA 70130
Telephone: (504) 524-5777

T. Allen Usry
USRY, WEEKS, & MATTHEWS, APLC
1615 Poydras St., Suite 12
New Orleans, LA 70112
Telephone: (504) 592-4641

Henry T. Dart
Grady J. Flattmann
HENRY DART, ATTORNEYS AT LAW P.C.
510 N. Jefferson St.
Covington, LA 70433
Telephone: (985) 809-8093

*Counsel for the State of Louisiana, and*
*Co-Coordinating Counsel for the States*