UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010" | § § | MDL NO. 2179 |
| | | Section J |
| This Document Relates to: 13-3747 | § § | JUDGE CARL J. BARBIER |
| | | MAGISTRATE SALLY SHUSHAN |

**O R D E R**

Considering the foregoing Ex Parte Motion to Enroll as Counsel of Record:

**IT IS ORDERED** by the Court that the motion is **GRANTED**.  Richard S. Vale, Pamela Noya Molnar, and the law firm of Blue Williams, L.L.P., be and they are hereby re-enrolled as co-counsel on behalf of Falck Alford Holding's, Inc., in the above entitled and numbered cause.

New Orleans, Louisiana this 26th day of September, 2013.

_____
United States District Judge