UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill By The Oil Rig "Deepwater Horizon" In the Gulf of Mexico on April 20, 2010 | * * * * | MDL NO. 2179 SECTION: J |
| Applies to: No. 10-2771, and All Cases | * * | JUDGE BARBIER MAG JUDGE SHUSHAN |

*************************************************************************

## HALLIBURTON AND TRANSOCEAN'S JOINT NOTICE REGARDING STATUS OF OBJECTIONS TO PHASE TWO TRIAL DEMONSTRATIVES

Halliburton Energy Services, Inc. ("HESI"), Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH ("Transocean") hereby file this Notice Regarding Status of Objections to Phase Two Trial Demonstratives ("Notice") to apprise the Court of the substantial progress they have made to date resolving their objections to BP's trial demonstratives and BP's objections to their trial demonstratives. Transocean has authorized HESI to file this Notice jointly and on Transocean's behalf.

A.   **Status of BP's Objections to HESI's Demonstratives**

**D-26000A – Objections resolved.**

HESI cured this demonstrative, and BP withdrew its objections.

**D-26001 – Objections resolved.**

HESI agreed to withdraw this demonstrative.

**D-26002A – Objections resolved.**

HESI cured this demonstrative, and BP withdrew its objections.

**D-26003A – Objections resolved.**

HESI cured this demonstrative, and BP withdrew its objections.

**D-26004A, D-26005A, D-26010A, D-26011A, and D-26012A – Objections resolved.**

HESI cured these demonstratives, and BP withdrew its objections.

**D-26006 – Objections resolved.**

HESI agreed to withdraw this demonstrative.

**D-26007 – No objection.**

BP did not object to this demonstrative.

**D-26008 – No objection.**

BP did not object to this demonstrative.

**D-26009A – Objections resolved.**

HESI cured this demonstrative, and BP withdrew its objections.

B.  **Status of HESI's Objections to BP's Demonstratives**

**D-23205 – Objection resolved.**

BP cured this demonstrative, and HESI withdrew its objection, subject to the resolution of the further objection addressed immediately below related to depiction of the hydrocarbon-bearing sands in the Macondo well.

**D-23205, D-23206, D-23207, D-23243, D-23244, D-23245, D-23246, D-23247, D-23255, D-23257, D-23258, D-23259, D-23260, D-23261, D-23262, D-23267, D-23268 and D-23269 – Objection resolved.**

HESI objected to the above-referenced BP trial demonstratives due to their failure to depict all known hydrocarbon-bearing sands in the Macondo production interval, including the M57B (gas) sand.  However, in response to HESI's objection, BP stated as follows:

> . . . . First, the location of hydrocarbon bearing zones and the issue of whether M57B was a hydrocarbon bearing zone is not relevant to this Phase Two trial, and these demonstratives do not attempt to raise or address such issue(s).  Second, on their face, *the demonstratives to which HESI objects clearly are not attempting to establish the location of any or all hydrocarbon bearing zones, nor is their location or composition relevant to the demonstrative's representation of evidence*, as can be readily seen by reviewing any of these demonstratives.  At the

same time, these demonstratives would be misleading if they did not depict *in some general fashion* that there were hydrocarbon bearing zones intersected by the well bore. (Email from BP Counsel, David M. Tressler, dated Sept. 24, 2013 at 10:51 pm (emphasis added)).

Based on BP's representations, as set forth above, HESI withdrew its objection to these demonstratives, but files this Notice so that BP's representations are part of the Court record. HESI does not require a ruling by the Court on its objection.

### D- 23827 and D-23828 – Objections resolved.

BP cured this demonstrative, and HESI withdrew its objection.

### C.     Status of BP's Objections to Transocean's Demonstratives

### D25000, D25001, D25003, D25014, and D25015

Transocean cured and served amended versions of D25000, D25001, D25003, D25014, and D25015. In light of the amended demonstratives, BP withdrew its objections.

### D25006, D25007, and D25013

In light of BP's objections, Transocean agreed to revise and serve amended versions of D25006, D25007, and D25013. Transocean agrees to meet-and-confer with BP to the extent any objections remain once the amended demonstratives are disclosed.

### D.     Status of Transocean's Objections to BP's Demonstratives

### D23233 and D23234

Transocean withdrew its objections.

### D23769 and D23773

Transocean maintains its objections to D23769 and D23773 on the basis that none of the exhibits or testimony cited by BP supports the suggestion in these animations that ROVs would have had difficulty cutting any drill pipe that may have been found between the *Deepwater Horizon's* LMRP and the *Horizon* lower BOP.

### D23771 and D23772

BP cured these demonstratives, and Transocean withdrew its objections.

Respectfully Submitted,

**GODWIN LEWIS PC**

**By:** /s/ Donald E. Godwin
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
Floyd.Hartley@GodwinLewis.com
Gavin E. Hill
State Bar No. 00796756
Gavin.Hill@GodwinLewis.com

1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

R. Alan York
State Bar No. 22167500
Alan.York@GodwinLewis.com
Jerry C. von Sternberg
State Bar No. 20618150
Jerry.VonSternberg@GodwinLewis.com
Misty Hataway-Coné
State Bar No. 24032277
Misty.Cone@GodwinLewis.com

1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this on this 26th day of September, 2013.

                                             */s/ Donald E. Godwin*
                                             Donald E. Godwin

**HALLIBURTON AND TRANSOCEAN'S JOINT NOTICE REGARDING STATUS OF
OBJECTIONS TO PHASE TWO TRIAL DEMONSTRATIVES**                                              **Page 5**

2293134 v2-24010/0002 PLEADINGS