# Claims Administrator's Office Exhibits for Hearing to Show Cause Why the Claims Administrator's Proposed Third Quarter 2013 Budget Should Not be Funded

United States District Court

Eastern District of Louisiana

Magistrate Judge Sally Shushan

August 7, 2013