UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL NO. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : : | JUDGE BARBIER |
| 2:10-CV-02771 | : | MAGISTRATE JUDGE SHUSHAN |

## PARTIES' PHASE TWO GOOD FAITH
## COMBINED TRIAL EXHIBIT AND OBJECTION LIST

In response to the Court's request for the Parties to prepare a combined exhibit list (Dkt. 11476 at 3), the United States submits the attached Parties' Phase Two Good Faith Combined Trial Exhibit and Objection List ("Combined List"). A draft of the Combined List was circulated to the Parties on September 24, 2013, and this Combined List incorporates feedback and corrections received by the United States from the Parties.

All Parties, however, reserve their rights to make additional corrections if errors with the Combined List are discovered in the future. Moreover, to the extent any discrepancies are discovered between the Combined List and the Parties' individual Good Faith Phase Two Final Exhibit lists ("Final Exhibit Lists"), filed September 13, 2013, or between the Combined List and the Parties' individual Final Objections to Good Faith Phase Two Trial Exhibit Lists ("Final Objection Lists"), filed September 20, 2013, the Parties' individual Final Exhibit Lists and Final Objection Lists should control.[1]

Moreover, the Parties reserve all of the rights that they reserved when they filed or circulated their Final Exhibit Lists and Final Objection Lists.

---

[1] BP circulated its Final Objections List by email to the Parties on September 19, 2013.

Respectfully submitted,

| | |
|---|---|
| BRIAN HAUCK | ROBERT G. DREHER |
| Deputy Assistant Attorney General | Acting Assistant Attorney General |
| Civil Division | Environment & Natural Resources Division |
| PETER FROST | SARAH HIMMELHOCH |
| Directory, Torts Branch, Civil Division | Senior Litigation Counsel |
| Admiralty and Aviation | NANCY FLICKINGER |
| STEPHEN G. FLYNN | SCOTT CERNICH |
| Assistant Director | RICHARD GLADSTEIN |
| MICHELLE DELEMARRE | THOMAS BENSON |
| SHARON SHUTLER | Senior Attorneys |
| JESSICA SULLIVAN | A. NATHANIEL CHAKERES |
| JESSICA MCCLELLAN | ANNA CROSS |
| MALINDA LAWRENCE | BETHANY ENGEL |
| Trial Attorneys | JUDY HARVEY |
| | RACHEL KING |
| | ERICA PENCAK |
| | Trial Attorneys |
| | |
| | /s/ Sarah Himmelhoch |
| R. MICHAEL UNDERHILL, T.A. | STEVEN O'ROURKE |
| Attorney in Charge, West Coast Office | Senior Attorney |
| Torts Branch, Civil Division | Environmental Enforcement Section |
| U.S. Department of Justice | U.S. Department of Justice |
| 7-5395 Federal Bldg., Box 36028 | P.O. Box 7611 |
| 450 Golden Gate Avenue | Washington, D.C. 20044 |
| San Francisco, CA 94102-3463 | Telephone: 202-514-2779 |
| Telephone: 415-436-6648 | Facsimile: 202-514-2583 |
| Facsimile: 415-436-6632 | E-mail: steve.o'rourke@usdoj.gov |
| E-mail: mike.underhill@usdoj.gov | DANA J. BOENTE |
| | United States Attorney |
| | Eastern District of Louisiana |
| | SHARON D. SMITH |
| | Assistant United States Attorney |
| | Eastern District of Louisiana |
| | 650 Poydras Street, Suite 1600 |
| | New Orleans, LA 70130 |
| | Telephone: (504) 680-3000 |
| | Facsimile: (504) 680-3184 |
| | E-mail: sharon.d.smith@usdoj.gov |

Attorneys for the UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing United States' Objections to Good Faith Phase Two Trial Exhibit List – Third Installment has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12.

    Dated:  September 26, 2013

    */s/ Sarah Himmelhoch*