# Exhibit 1

# Examples of Uncertainties Associated with Hydraulic Modeling Inputs at Macondo



- **Flow Path**

- **Restrictions to Flow ("R")**
  - Presence of Drill Pipe
  - Damage to Casing Hanger
  - Effect of BOP Rams
  - Effect of Kinked Riser

- **Pay Thickness**

- **Permeability**

- **Skin**

Source: TREX 011905

D23207A

# Exhibit 2

# Unknown Flow Path in Macondo System



Source: TREX 011905, 009156, 010603

D23205B

# Exhibit 3

# Industry Expertise Involved in DWH Response





- Admiral Thad Allen — National Incident Commander
- Unified Area Command — Robert/New Orleans, LA
- Adm. Mary Landry/Adm. James Watson/Adm. Paul Zukunft — Federal On-Scene Coordinator
- UAC Incident Command Post — BP's Houston Offices
- BP Source Control Teams



**Industry Companies Including:** ExxonMobil, Shell, Chevron, Conoco, Anadarko Petroleum Corporation, Marathon Oil Corporation, Hess, Eni, Petrobras



**100+ Service Providers Including:** Oceaneering, Transocean, Schlumberger, Cameron, Cudd Well Control, Wild Well Control, Boots & Coots, GE Oil & Gas

Source: TREX 009675, 008804, 140797

D23254

# Exhibit 4

# No Entity in the Oil and Gas Industry Had a Pre-built Deepwater Capping Stack






















Source: TREX 11624, 11639; Bea Dep. at 51:23-52:58 52:9-16; Barnett Dep. at 326:12-16, 332:25-333:4; Campbell Dep. at 68:3-11; Allen Dep. at 75:2-9

D23313

# Exhibit 5

# Government and BP Continued Top Kill Analysis After May 29

**U.S. Government — May 29**




"Our scientists have determined that the risks are to[o] great to shut the well in from the top. Eg with the addition of a new BOP."

*Secretary Steve Chu, Dept. of Energy*

**U.S. Government — May 30**

"I would like to get the tab analysis folks to independently analyze the top kill data and see if they come to the same conclusion as BP; namely the fact that at 70+ bpm the pressure in the BOP never exceeded 6300 psI is reasonable evidence that mud was likely flowing through the seal assembly and out the rupture disks."

*Secretary Steve Chu, Dept. of Energy*

"We have been getting the data at the same time as BP engineers, and conducting our own independent analysis of the data so that we can verify the conclusions that BP is making at every step. More than 150 personnel from our national laboratories have been contributing to this effort."

*Secretary Steve Chu, Dept. of Energy*

**Thomas Selbekk / U.S. Government — May 31**



"I [discussed] with Tom Hunter yesterday afternoon the importance of doing completely independent analysis of the top kill data. The BP scenarios are reasonable, but I see a number of other scenarios."

*Secretary Steve Chu, Dept. of Energy*

**Thomas Selbekk — June 1**



1 June Report

June 1 Report

"Several possible scenarios analyzed"

*Sheldon Tieszen, U.S. Scientist*

Mud Flow During Kill
Ron Dykhuizen & Charlie Morrow

5 scenarios analyzed in this report

**U.S. Government — June 4**



"There are alternate plausible explanations"

*Sheldon Tieszen, U.S. Scientist*

**Thomas Selbekk — June 12**




"None of the cases get killed."

*Sheldon Tieszen, U.S. Scientist*

Source: TREX 009146, 011305, 011541, 011542, 011620, 011621, 011622, 011623, 144925

D23919

# Exhibit 6

# Top Kill Risks and Mitigations

| Risks Identified by BP | Mitigations in Place |
|---|---|
| Damage to well integrity during pumping | Determined maximum safe pressures |
| | Did not exceed safe pressures |
| | First tried momentum kill with no bridging material |
| Bridging material completely blocks flow path through BOP | Injected bridging material in measured amounts |
| | Monitored pressure response |
| | Ability to vent pressure back through Top Kill subsea infrastructure |
| Compromising relief wells by pressurizing shallow sands | Waited until both relief wells had drilled through zones of concern, and cemented casing to isolate |

Source: TREX 011737

D23793