UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 <br><br> SECTION: J |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE BARBIER <br> MAG. JUDGE SHUSHAN |

**BP'S OBJECTIONS TO DEMONSTRATIVE AIDS**

Pursuant to the Court's *Amended Pre-Trial Order No. 54 Regarding Pre-Trial Procedures for February 25, 2013* (Rec. Doc. 8173) and the August 29, 2013 *Order and Revised Phase Two Timeline* (Rec. Doc. 11180), Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively "BP") object to certain of the Aligned Parties' demonstratives exchanged on September 26, 2013 as described herein. BP reserves the right to add, remove, or modify its objections and to add or remove objections to (1) any demonstrative revised or newly disclosed after the date of this letter or (2) any demonstrative affected by future rulings of the Court.

**General Objections**

BP objects to any demonstrative:

(1) that does not accurately represent underlying evidence admissible in this case;

(2) regarding subject matters irrelevant to Phase II of the trial scheduled to begin on September 30, 2013;

(3) referencing, quoting, or derivative of an exhibit or testimony that is inadmissible;

(4) that lacks a citation to testimony or an admissible trial exhibit if based on an exhibit, per the Court's August 29, 2013 *Order and Revised Phase Two Timeline* (Rec. Doc. 11180);

(5) that is based on or represents evidence that has been excluded by Court rulings or for which admission is barred by statute or regulation;

(6) referencing, quoting, or derivative of expert reports or deposition testimony of expert witnesses that are the subject of Daubert motions submitted by BP;

(7) that contain or consist of animations with narration, as such narration may contain inadmissible hearsay, is potentially misleading and/or inaccurate, and is not subject to cross-examination, and/or

(8) that lacks foundation because no witness or expert has testified in support of the matters presented in the demonstrative.

## Specific Objections

In addition to the foregoing general objections, BP submits the following specific objections to demonstratives produced to the parties by Transocean on September 26, 2013:

### D25016

BP objects to D25016 (attached as Exhibit A) as misleading. D25016 does not disclose that the handwritten excerpt at the bottom of the slide was written by Admiral Landry at her deposition—not by Mr. Suttles on April 28, 2010. The red arrow on the slide pointing from Mr. Suttles to Admiral Landry, combined with the handwritten excerpt, creates the misimpression that Mr. Suttles may have provided this handwritten document to Admiral Landry.

### D25017

BP objects to D25017 (attached as Exhibit B) for many of the same reasons described in its objections to D25018 in that D25017 mischaracterizes a 5,000 BOPD estimate as BP's "Most Likely Model." As described in more detail in the objection to D25018 herein, BP regularly and

repeatedly stated the uncertainty around any estimate, including 5,000 BOPD. The 5,000 BOPD was a Unified Command estimate, developed with the input of the National Oceanic and Atmospheric Administration (NOAA) and U.S. Coast Guard. Additionally, BP objects to D25017's characterization of the left-hand chart depicted as "BP's Internal Chart." D25017 relies on TREX 9330 for support, a 50-page document containing multiple charts and data points further reflecting the uncertainty of any estimate. BP shared multiple estimates with government officials during the response efforts. BP also objects to the heading to the right-hand side chart depicted as "Chart Suttles sent to Landry" in that it misleadingly suggests this was the *only* information Mr. Suttles provided to Admiral Landry. As Admiral Landry admitted in her deposition, she received other documents from BP containing multiple estimates of flow. *See* Landry. Dep. Tr. at 682:5-9 (discussing document dated May 19, "Q. So BP had provided you, at least as of this time, a document that said the expected range of possible flow is 5 to 40,000 barrels per day, correct? A. That's correct.").

### D25018

BP objects to D25018 (attached as Exhibit C) as misleading and misrepresentative of the cited evidence and as lacking foundation and proper support for the demonstrative's title. D25018 is a slide entitled, "BP Stood Behind 5,000 BOPD" which lists several dates, next to which are characterizations of BOPD estimates that Transocean attributes to BP. First, the title is misleading in that the trial exhibits cited do not support the characterization that 5,000 BOPD estimates were BP's estimates rather than Unified Command estimates, including estimates of the NOAA and U.S. Coast Guard. Indeed, in TREX 150074, an ABC News article cited by Transocean to support this demonstrative, the authors write, "[t]he new leak estimate is about 5,000 barrels a day, *according to the National Oceanic and Atmospheric Administration.*"

3

TREX 150074 (attached as Exhibit D) (emphasis added).  This same exhibit reported that the Coast Guard stated that the rate was approximately 1,000 barrels [42,000 gallons] per day.  *Id.*

Second, the title mischaracterizes plain language in the cited exhibits by suggesting that BP "Stood Behind" the 5,000 BOPD estimate when, in the trial exhibits cited by this demonstrative, BP repeatedly made statements that there was "a huge amount of uncertainty around that number" (TREX 150282), the estimate could have a wide range, (e.g. TREX 3218), the estimates communicated by BP were not just BP's estimates but were the estimates of the Unified Command, including NOAA and the Coast Guard (e.g. TREX 150315), and BP also disclosed other higher estimates, recognizing the uncertainty (e.g. TREX 9155, discussing a scenario with 55,000 BOPD).  In one of the exhibits cited by D25018, BP's Mr. Suttles stated, "I precisely don't know. We've been trying to estimate the flow…It's very difficult to measure that. There's no meter…5,000 barrels is the best estimate we could do but we've also stressed from the beginning that this number is very uncertain." *See* TREX 150316 (audio recording). D25018's title that BP "stood behind" a 5,000 BOPD estimate is misleading in suggesting certainty in any estimate, and is contradicted by the exhibits reflecting the opposite.

In a similar way, many of the listed entries on the demonstrative individually misrepresent the information contained in cited exhibits.  For example, D25018 includes an entry "May 14 - 5,000 'best estimate' and a 'reasonable number' (Good Morning America)."  In the trial exhibit cited for support, BP's Mr. Suttles actually states that "[i]t's almost impossible to get a precise number, but ourselves, people from NOAA and others believe that something around 5,000 barrels a day is the best estimate. . . .but we know it's highly uncertain." TREX 150312 (audio recording).  Another entry—"May 4 - 5,000 'current estimate []' (BP 6-K)"—suggests that 5,000 was BP's estimate, but is also not supported by the cited TREX.  Instead, the exhibit

4

states that, "[a]ccurate estimation of the rate of flow is difficult, but current estimates by the U.S. National Oceanic and Atmospheric Administration (NOAA) suggest some 5,000 barrels (210,000 gallons) of oil per day are escaping from the well." In short, D25018 mischaracterizes this plain language of these trial exhibits and should not be permitted in Court.

Dated: September 27, 2013 Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Timothy A. Duffy, P.C.
(tim.duffy@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000

Robert C. "Mike" Brock
(mbrock@cov.com)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

*Attorneys for Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c.*

6

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of September, 2013.

                                              /s/ Don K. Haycraft

# EXHIBIT A

# April 28: "Best Estimate" = 2,500 BOPD



Doug Suttles → Adm. Landry

1000 bbls — 2500 bbls — 5000 bbls

TREX.9628.1.1.TO; Landry Dep. at 24:9-26:6; 192:8-24; 566:21-568.4

4

D25016

# EXHIBIT B



# EXHIBIT C

# BP Stood Behind 5,000 BOPD

- April 28  -  2,500 BP's "best estimate" (to Landry)
- April 29  -  1,000 to 5,000 "best estimate" (on CBS Early Show)
- April 29  -  1,000 to 5,000 "reasonable estimate" (Good Morning America)
- April 30  -  5,000 "currently estimated rate" (BP 6-K)
- May 4     -  5,000 "current estimate[]" (BP 6-K)
- May 10    -  5,000 "most likely model" and "currently estimated rate" (BP Letter)
- May 14    -  5,000 "best estimate" and a "reasonable number" (Good Morning America)
- May 17    -  5,000 "best estimate" (UAC Press Briefing)
- May 19    -  5,000 to 6,000 "best guess"; "updated" range same. (BP Memo)
- May 21    -  5,000 "best estimate" (Good Morning America)
- May 21    -  5,000 "our best estimate" (UAC Press Briefing)
- May 22    -  5,000 "best estimate" (NPR)
- May 23    -  5,000 "best estimate" (to McNutt)
- May 24    -  5,000 "best guess" and "most scientifically informed judgment"; "subsequent estimates yield consistent results." (Markey Letter)

[Source: TREX-9628, 152011, 150075, 153010, 150074, 150149, 150150, 9155, 150312, 150282, 150315, 150283, 150316, 10358, 3218; Landry Dep. 192:8-24, McNutt Dep. 434:3-13.]

1

D25018

# EXHIBIT D

# Oil Leak in Gulf Worse Than Estimated, BP Takes Some Responsibility

*By RYAN OWENS, SARAH NETTER and NED POTTER*
*April 29, 2010 —*                                                                 abcnews.go.com

    **Leak Now Estimated at 5,000 Barrel Per Day; Total Cost Could Hit $8 Billion**

With five times more oil leaking into the Gulf of Mexico than originally estimated and the price tag for last week's explosion predicted at $8 billion, questions about BP's response and level of responsibility are mounting.

Doug Suttles, the energy company's chief operating officer, admitted some responsibility for the disaster "because we're the lease holder," but assigning blame, he said, should come after the cleanup.

"I can tell you we're not worried about that right now," he said. "Who's ultimately responsible for what will come out over time through an investigations process."

The new leak estimate is about 5,000 barrels a day, according to the National Oceanic and Atmospheric Administration. Suttles told "Good Morning America" he still believes it to be between 1,000 barrels -- the company's original estimate -- and 5,000.

The Deepwater Horizon rig was reportedly not equipped with a shutoff switch that could have been used to try to close the well. Such switches are not required in the United States, but are used in other countries such as Norway and Brazil.

But Suttles said the rig was equipped with some safety devices that should have prevented this kind of spill.

"They didn't do that, we don't know why they didn't do that and ultimately we will find out," he said.

Suttles was quick to point out that another company was operating the rig at the time of the explosion, not London-based BP.

"I can say that we had equipment required by the regulations," he said. "We don't know why, when the accident occurred, and I should probably clarify, the lease we are drilling on is owed by BP and a few other companies."

Parts of the massive spill were lit on fire Wednesday as part of a controlled yet risky burn as a last resort to try and stop the oil slick from reaching the coastline.

"It's not a perfect solution," said Jackie Savitz Sr., campaign director for the Oceana Pollution Program. "It does increase air pollution and it can cause inhalation problems for marine life."

Officials may try another burn but it appears the oil will reach the coastline, threatening as many as 400 species, including sea turtles and dolphins. The Gulf's abundant oyster and shrimping grounds could also be affected.

Suttles said BP is actively working with the Gulf states to minimize the impact.

Some floating oil has come within 20 miles of shore. Adm. Thad W. Allen, commandant of the U.S. Coast Guard, told reporters in Miami today that depending on winds and weather, crews might have two to three

**TREX-150074**

**TREX 150074.0001**

days before oil hits land.

**Gulf of Mexico Oil Spill: Burn Less Risky Than Alternatives**

The Deepwater Horizon drilling rig, operated by BP Oil and owned by Transocean Ltd., exploded and started burning April 20. Eleven rig workers were never found and are presumed to have died.

Engineers said Wednesday's burn was less risky than the alternatives.

"When you've got an oil leak like this, you use every tool in the toolbox to keep it offshore," said Edward Overton, a professor emeritus of environmental sciences at Louisiana State University in Baton Rouge. "If it gets to shore, it's going to coat everything with this sticky, gooey stuff and create a tremendous, awful mess."

The Coast Guard said oil continues to spew from the wellhead, 5,000 feet beneath the surface of the gulf, at a rate of about 42,000 gallons per day. Satellite images show the resulting slick drifting north and eastward toward the coasts of Louisiana, Mississippi, Alabama and Florida.

"It's premature to say it's catastrophic," said Coast Guard Rear Admiral Mary Landry, who is leading the operation. "I will say it's very serious."

BP and its contractors are fighting a high-stakes battle to keep the spill from getting worse. They have tried, unsuccessfully so far, to cover the leaking wellhead with a dome or close it with a submersible robot. The company has said it is spending $6 million per day in the effort -- and the problem continues to grow.

Oil from the area is called sweet crude, but LSU's Overton said the name is deceptive. It contains heavy compounds, called asphaltenes, that do not burn easily or evaporate, even in the warm climate off Louisiana.

"When you've got a spill like this," said Overton, "there are three things you can do. You can burn it, scoop it up out of the water, or use chemical dispersants to break it up. This oil is not particularly good with any of those three."

"With light crude," he said, "you could burn most of it -- 70 or 80 percent. With heavy crude, I don't know. I'm not optimistic."

ABC News Radio and The Associated Press contributed to this report.

Copyright © 2013 ABC News Internet Ventures