UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This Document Relates to: 13-cv-2396 | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

## ORDER

**CONSIDERING** the above and foregoing Motion for Leave to File Complaint in Intervention,

**IT IS HEREBY ORDERED** that Plaintiff be and is hereby granted leave to file their Complaint in Intervention.

**SIGNED** in New Orleans, Louisiana, this _____ day of _____, 2013.

_____
Honorable Carl J. Barbier
United States District Judge