

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 12-31155

MD 10-2179-J

IN RE: DEEPWATER HORIZON - APPEALS OF THE ECONOMIC AND
PROPERTY DAMAGE CLASS ACTION SETTLEMENT

----------------------------------------------------------------------

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; BON
SECOUR FISHERIES, INCORPORATED; FORT MORGAN REALTY,
INCORPORATED; LFBP 1, L.L.C., doing business as GW Fins; PANAMA
CITY BEACH DOLPHIN TOURS & MORE, L.L.C.; ZEKES CHARTER
FLEET, L.L.C.; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD
LUNDY; CORLISS GALLO; JOHN TESVICH; MICHAEL GUIDRY, on
behalf of themselves and all others similarly situated; HENRY HUTTO;
BRAD FRILOUX; JERRY J. KEE,

          Plaintiffs - Appellees

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA
PRODUCTION
COMPANY; BP PIPE LINE COMPANY,

          Defendants - Appellees

v.

GULF ORGANIZED FISHERIES IN SOLIDARITY & HOPE,
INCORPORATED,

          Movant - Appellant

No. 13-30095

IN RE: DEEPWATER HORIZON - APPEALS OF THE ECONOMIC AND
PROPERTY DAMAGE CLASS ACTION SETTLEMENT

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

O R D E R :

IT IS ORDERED that the unopposed motion of the BCA Appeal Group
to supplement the record is *granted*

IT IS FURTHER ORDERED that the motion of Gulf Organized
Fisheries in Solidarity & Hope, Inc., Donald Dardar and Thien Nguyen to
dismiss their appeal in case no. 13-30095 pursuant to Fed. R. App. P. 42 is
*granted*

/s/ Lyle W. Cayce
LYLE W. CAYCE
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest
Clerk, U. S. Court of Appeals, Fifth Circuit
By
New Orleans, Louisiana
9/25/13

### *United States Court of Appeals*
#### FIFTH CIRCUIT
#### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 25, 2013

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

     No. 12-31155 cons. w/ 13-30095, In Re: Deepwater Horizon
          USDC No. 2:10-MD-2179
          USDC No. 2:12-CV-970
          USDC No. 2:10-CV-7777
          USDC No. 2:10-CV-2771
          USDC No. 2:12-CV-2953
          USDC No. 2:12-CV-964

Enclosed is a copy of the judgment issued as the mandate as to
the notice of appeal by Gulf Organized Fisheries in Solidarity
and Hope, Inc., Donald Dardar and Thien Nguyen in appeal number
13-30095 ONLY.

The appeals remain open as to all other notices of appeal.

          Sincerely,

          LYLE W. CAYCE, Clerk

          By: _____
          Allison G. Lopez, Deputy Clerk
          504-310-7702

cc w/encl:
     Mr. N. Albert Bacharach Jr.
     Mr. Robert C. Mike Brock
     Mr. George Howard Brown
     Ms. Elizabeth Joan Cabraser
     Mr. Jeffrey Bossert Clark Sr.
     Mr. Brent Wayne Coon
     Mr. Timothy A. Duffy
     Mr. Miguel Angel Estrada
     Mr. Theodore Harold Frank
     Mr. George Frazier
     Mr. Soren E. Gisleson
     Mr. Richard Cartier Godfrey

Mr. Kevin Walter Grillo
Mr. Don Keller Haycraft
Mr. Stephen Jay Herman
Mr. Thomas George Hungar
Mr. Samuel Issacharoff
Mr. James Andrew Langan
Mr. Scott Payne Martin
Mr. Steven Andrew Myers
Mr. Theodore B. Olson
Mr. Joseph Darrell Palmer
Mr. John Jacob Pentz III
Mr. James Parkerson Roy
Mr. Stuart Cooper Yoes