IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by<br>     the Oil Rig "Deepwater Horizon"<br>     in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to all actions. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL NO. 2179<br><br>SECTION J<br><br><br>Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |
| Bon Secour Fisheries, Inc., *et al.*,<br>individually and on behalf of themselves<br>and all others similarly situated,<br>     Plaintiffs,<br>v.<br>BP Exploration & Production Inc.;<br>BP America Production Company;<br>BP p.l.c.,<br>     Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No. 12-970<br><br>SECTION J<br><br><br>Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

## ORDER

Considering BP's Motion for Leave and Incorporated Memorandum in Support to File a Sur-Reply in Opposition to Class Counsel's Motion to Authorize Claims Administrator to Implement the Settlement Agreement with Respect to Oil & Gas Support Services Industry Claims:

2

**IT IS HEREBY ORDERED** that BP's Motion is **GRANTED**; and it is further

**ORDERED** that BP is hereby permitted to file a sur-reply and associated declaration in opposition to Class Counsel's Motion to Authorize Claims Administrator to Implement the Settlement Agreement with Respect to Oil & Gas Support Services Industry Claims (Rec. Doc. 11156).

New Orleans, Louisiana, this ___ day of September, 2013.

                                            **Hon. Carl J. Barbier**
                                            **UNITED STATES DISTRICT JUDGE**