# Exhibit A

# To the Supplemental Declaration of Wendy L. Bloom

[Pending Motion to File Under Seal]