IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| This document relates to all actions. | * * * | |
| | * * | Honorable CARL J. BARBIER |
| | * * * | Magistrate Judge SHUSHAN |

| | | |
|---|---|---|
| Bon Secour Fisheries, Inc., et al., individually and on behalf of themselves and all others similarly situated, | * * * * | Civil Action No. 12-970 |
| | * * | SECTION J |
| Plaintiffs, | * * | |
| v. | * * * | Honorable CARL J. BARBIER |
| | * * | Magistrate Judge SHUSHAN |
| BP Exploration & Production Inc.; BP America Production Company; BP p.l.c., | * * * | |
| Defendants. | * | |

**BP'S MOTION AND INCORPORATED MEMORANDUM IN SUPPORT TO FILE UNDER SEAL BP'S SUR-REPLY IN OPPOSITION TO CLASS COUNSEL'S MOTION TO AUTHORIZE CLAIMS ADMINISTRATOR TO IMPLEMENT THE SETTLEMENT AGREEMENT WITH RESPECT TO OIL & GAS SUPPORT SERVICES INDUSTRY <u>CLAIMS AND SUPPORTING EXHIBITS</u>**

Pursuant to Pre-Trial Order 13, Order Protecting Confidentiality (Rec. Doc. 641); Pre-Trial Order 38, Order Relating to Confidentiality of Settlement Communications (Rec. Doc. 3201); the Court's Order Regarding Settlement Implementation (Rec. Doc. 6573), and the

Court's Order Regarding the Confidentiality of Claims Information of the Claims Administrator of the *Deepwater Horizon* Economic and Property Damages Settlement Agreement (Rec. Doc. 6822), Defendants BP Exploration & Production Inc. and BP America Production Company ("BP"), by their attorneys, hereby respectfully request leave to file under seal un-redacted copies of BP's Sur-Reply in Opposition to Class Counsel's Motion to Authorize Claims Administrator to Implement the Settlement Agreement With Respect to Oil & Gas Support Services Industry Claims ("Sur-Reply"); the Supplemental Declaration of Wendy L. Bloom ("Supplemental Bloom Declaration"), and the exhibit attached thereto (Exhibit A).

Out of an abundance of caution and respect for the Court's orders and processes, BP filed on the public docket - as exhibits to its Motion for Leave to file a Sur-Reply - redacted versions of these documents, redacting non-public communications between BP, Class Counsel, and the Claims Administrator and his staff.  BP now moves to file under seal un-redacted versions of these materials for the Court's consideration.  BP is continuing to study the Court's orders regarding confidentiality, and may subsequently file a motion to unseal, for the public record, BP's Sur-Reply and supporting exhibits in their entirety.

WHEREFORE, BP respectfully prays the Court for an Order that the Sur-Reply, the Supplemental Bloom Declaration and its exhibit, Exhibit A, be filed under seal, pending further order of the Court.  A proposed order is attached to this Motion.

Dated:  September 27, 2013            Respectfully submitted,

| | |
|---|---|
| James J. Neath |    /s/ Richard C. Godfrey |
| Mark Holstein | Richard C. Godfrey, P.C. |
| BP AMERICA INC. | J. Andrew Langan, P.C. |
| 501 Westlake Park Boulevard | Wendy L. Bloom |
| Houston, TX  77079 | Andrew B. Bloomer, P.C. |
| Telephone:  (281) 366-2000 | R. Christopher Heck |
| Telefax:  (312) 862-2200 | KIRKLAND & ELLIS LLP |
| | 300 North LaSalle Street |
| | Chicago, IL 60654 |
| | Telephone:  (312) 862-2000 |
| | Telefax:  (312) 862-2200 |
| Daniel A. Cantor | |
| Andrew T. Karron | Jeffrey Bossert Clark |
| ARNOLD & PORTER LLP | Steven A. Myers |
| 555 Twelfth Street, NW | KIRKLAND & ELLIS LLP |
| Washington, DC 20004 | 655 Fifteenth Street, N.W. |
| Telephone:  (202) 942-5000 | Washington, D.C. 20005 |
| Telefax:  (202) 942-5999 | Telephone:  (202) 879-5000 |
| | Telefax:  (202) 879-5200 |
| Jeffrey Lennard | |
| Keith Moskowitz |    /s/   Don K. Haycraft |
| SNR DENTON US LLP | Don K. Haycraft (Bar #14361) |
| 233 South Wacker Drive | R. Keith Jarrett (Bar #16984) |
| Suite 7800 | LISKOW & LEWIS |
| Chicago, IL  60606 | 701 Poydras Street, Suite 5000 |
| Telephone:  (312) 876-8000 | New Orleans, Louisiana 70139 |
| Telefax:  (312) 876-7934 | Telephone:  (504) 581-7979 |
| | Telefax:  (504) 556-4108 |
| *OF COUNSEL* | |
| | Robert C. "Mike" Brock |
| | COVINGTON & BURLING LLP |
| | 1201 Pennsylvania Avenue, NW |
| | Washington, DC 20004 |
| | Telephone:  (202) 662-5985 |
| | Telefax:  (202) 662-6291 |

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
*AND BP AMERICA PRODUCTION COMPANY*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of September 2013.

Dated:  September 27, 2013                    Respectfully submitted,

*/s/ Don K. Haycraft*
Don K. Haycraft