# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill By The Oil Rig "Deepwater Horizon" In the Gulf of Mexico on April 20, 2010 | * * * * | MDL NO. 2179 <br><br> SECTION:  J |
| Applies to: No. 10-2771, and All Cases | * * | JUDGE BARBIER <br> MAG JUDGE SHUSHAN |

*************************************************************************

### HALLIBURTON, TRANSOCEAN, ALABAMA, and LOUISIANA'S JOINT NOTICE REGARDING STATUS OF OBJECTIONS TO PHASE TWO TRIAL DEMONSTRATIVES

Halliburton Energy Services, Inc. ("HESI"), Transocean, and the States of Alabama and Louisiana (collectively the "States") hereby file this Notice Regarding Status of Objections to Phase Two Trial Demonstratives ("Notice") to apprise the Court of the progress they have made to date resolving their objections to BP's additional trial demonstratives and BP's objections to Transocean's additional trial demonstratives.  Transocean and the States have authorized HESI to file this Notice jointly and on their behalf.

**Status of Objections to BP's Additional Demonstratives**

**D-23207A and D-23205B – Objections resolved.**

BP partially cured this demonstrative, and reiterated its representation that *the demonstratives to which HESI objects clearly are not attempting to establish the location of any or all hydrocarbon bearing zones, nor is their location or composition relevant to the demonstrative's representation of evidence*.

Based on BP's representations, as set forth above, and BP's partial cure, HESI withdrew its objections to these demonstratives, but files this Notice so that BP's representations are part of the Court record.  HESI does not require a ruling by the Court on these objections.

**D-23254 – Objection resolved.**

HESI, Transocean, and the States withdrew their objection.

**D-23313 – Objection resolved.**

BP cured this demonstrative, and HESI and the States withdrew their objection.

**D-23919 – Objection resolved.**

BP cured this demonstrative, and HESI, Transocean, and the States withdrew their objection.

**D-23793 – Objection resolved.**

BP cured this demonstrative, and HESI, Transocean, and the States withdrew their objection.

**D-23769 and D-23773 – Objections Reserved**

Transocean maintains its objections to D23769 and D23773 on the basis that none of the exhibits or testimony cited by BP supports the suggestion in these animations that ROVs would have had difficulty cutting any drill pipe that may have been found between the *Deepwater Horizon's* LMRP and the *Horizon* lower BOP. Transocean has agreed with BP that it will not object if D23769 or D23773 are used during opening statements, but will reserve the right to raise its objections with the Court if BP seeks to admit either demonstrative into evidence.

**Status of Objections to Transocean's Additional Demonstratives**

**D25016 – Objection Resolved**

Transocean cured this demonstrative and served a revised demonstrative (D25016A). BP withdrew its objection based on the revised demonstrative.

**D25017 – Objection Resolved**

BP withdrew its objection.

**D25018 – Objection Reserved.**

Based on BP's objection, Transocean attempted to cure and served revised demonstrative D25018A. BP maintained its objection. BP and Transocean will submit their positions regarding D25018A in a joint letter brief to the Court on September 29, 2013.

Respectfully submitted,

**GODWIN LEWIS PC**

**By:**  /s/  *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
Floyd.Hartley@GodwinLewis.com
Gavin E. Hill
State Bar No.  00796756
Gavin.Hill@GodwinLewis.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone:  (214) 939-4400
Facsimile:   (214) 760-7332

and

R. Alan York
State Bar No. 22167500
Alan.York@GodwinLewis.com
Jerry C. von Sternberg
State Bar No.  20618150
Jerry.vonSternberg@GodwinLewis.com
Misty Hataway-Coné
State Bar No.  24032277
Misty.Cone@GodwinLewis.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  (713) 595-8300
Facsimile:   (713) 425-7594

**ATTORNEYS FOR DEFENDANT HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this on this 29th day of September, 2013.

                                      */s/ Donald E. Godwin*
                                      Donald E. Godwin

**HALLIBURTON, TRANSOCEAN, ALABAMA, AND LOUISIANA'S JOINT NOTICE REGARDING STATUS OF OBJECTIONS TO PHASE TWO TRIAL DEMONSTRATIVES**  **Page 5**

2296946 v1-24010/0002 PLEADINGS