UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| *All Cases* | * | MAGISTRATE SHUSHAN |

### ORDER

Before the Court is the United States' Motion *in Limine* to Preclude Surrebuttal Expert Opinion Testimony of Certain BP/Anadarko Witnesses (Rec. Doc. 11060), BP and Anadarko's Opposition (Rec. Doc. 11224), and the United States' Reply (Rec. Doc. 11303). Having considered the parties' arguments presented in their briefs, the Court will grant the motion for essentially the reasons provided by the United States. Accordingly,

IT IS ORDERED that the United States' Motion *in Limine* to Preclude Surrebuttal Expert Opinion Testimonyof Certain BP/Anadarko Witnesses (Rec. Doc. 11060) is GRANTED.

FURTHER ORDERED that the surrebuttal opinions proffered by Dr. Zimmerman at his deposition are excluded from evidence, and BP/Anadarko are precluded from seeking to offer such new opinions at trial.

FURTHER ORDERED that the surrebuttal opinions and analysis offered by Dr. Whitson at his deposition are excluded from evidence, and Dr. Whitson is precluded form seeking to offer such opinions or analysis on behalf of BP/Anadarko at trial.

New Orleans, Louisiana, this 30th day of September, 2013.

                                                                                                _____
                                                                                                United States District Judge