UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | : | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | : | |
| of Mexico, on April 20, 2010 | : | SECTION: J |
| | : | |
| This Document Relates to: | : | JUDGE BARBIER |
| | : | |
| *Civ. No.* 10-4536 | : | MAG. JUDGE SHUSHAN |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**UNITED STATES' OBJECTIONS TO BP DEMONSTRATIVES DISCLOSURES**

Pursuant to Pre-Trial Order Nos. 8173 and 11180, the United States hereby objects to certain of the demonstratives provided by BP on September 20 and 27, 2013.

**A.      Demonstratives Facially Lacking Any Citation to Evidence**

The United States objects to BP Demonstratives for which there are no admissible trial exhibits, expert reports or testimony on the face of the demonstrative, per the Court's Order Regarding Working Group Conference on Friday, January 25, 2013 (Rec. No. 8317), which requires that all demonstratives "shall clearly identify their source by reference to the exhibit number." The absence of a citation is particularly troublesome where arguments are advanced as if they are statements of fact, such as in D-24219. The United States reserves its right to further object once source material is properly identified. This objection applies to D-23369, D-23469.1, D-23470.1, D-23471.1, D-23472.1, D-23523.1, D-23552.1, D-23553.1, D-23559.1, D-23604.1, D-23620.1, D-23677.1, D-23678.1, D-23720.1, D-23722.1, D-23723.1, D-23840.1, D-23916.1, D-23958, D-23959, D-23960, D-23961, D-24207, D-24208, D-24209, D-24210, D-24211, D-24212, D-24213, D-24219, D-24221.1, D-24242, D-24243, D-24244.

1

### B. Demonstratives Citing to An Exhibit Not on Any Party's Exhibit List

The United States objects to demonstratives that rely on any exhibits that were not identified on any party's Good Faith Phase II Trial Exhibit List. Demonstratives that fail on this ground are plainly improper and must be cured or removed, and encompass the following: (1) for TREX 000900: D-23424; (2) for TREX-003343: D-24242, D-24243, D-24244; (3) for TREX-011863: D-24242, D24243, D-24244; (4) for TREX-161051: D-23894, D-23895; D-23896, D-23892, D-23893, D-23894, D-23895, D-23896, D-23897, D-23898, D-23899, D-23900, D-23901, D-24207, D-24208, D-24209, D-24210, D-24211, D-24212, D-24213.[1]

### C. Demonstratives Misrepresenting the Cited Evidence and Therefore Lacking Foundation

The United States objects to certain of BP's Demonstratives as lacking foundation through misrepresentation of the cited evidence. This objection applies to the following categories and demonstratives.

#### 1. Demonstratives Misrepresenting the Opinions of U.S. Experts

The following demonstratives are unsupported by the citation, and therefore lack foundation, as they rely on misrepresentation of Dr. Pooladi-Darvish's opinions: D-23514, D-23533, D-23540, D-23560, D-23566, D-23603, D-24215, D-24216, D-24217, D-24218, D-24226, D-24253, D-24254, D-24255, D-24256.

The following demonstratives are unsupported by the citation, and therefore lack foundation, as they rely on misrepresentation of Dr. Griffiths' opinions: D-23406, D-239971.1-.3, D-23998, D-2423.

---

[1] For TREX-147093, which applies to D23633, D23944, D23945, it appears this exhibit has been mis-identified through a typographical error, and the correct exhibit number is TREX-140793. If this is the case, the United States will withdraw its objection when BP rebrands these demonstratives with the correct TREX number.

The following demonstratives are unsupported by the citation, and therefore lack foundation, as they rely on misrepresentation of Ron Dykhuizen's opinions: D-23996, D-24222, D-24238.

### 2. Demonstrative Misrepresenting the Opinions of BP Experts

The following demonstratives are unsupported by the citation, and therefore lack foundation, as they rely on misrepresentation of the opinions expressed by BP's experts including, but not limited to, through relying on opinions beyond the four corners of the expert reports: D-23406, D-23413, D-23527, D-23547, D-23633, D-23722, D-23723, D-23728, D-23729, D-23730, D-23731, D-23735, D-23892, D-23893, D-23894, D-23895, D-23896, D-23897, D-23898, D-23899, D-23900, D-23901, D-23951, D-23953, D-23967.1, D-23967.2, D-23973, D-23978.1, D-23978.2, D-23984, D-23987, D-24227.

### 3. Demonstratives Unsupported by the Cited Evidence

The following demonstratives are unsupported by the cited evidence and therefore lack foundation: D-23541, D-23545, D-23567, D-23684, D-23978.1, D-23996.

### D. Demonstratives That Are Vague and Provide Insufficient Information

The United States objects to certain demonstratives on the ground that they are vague and provide insufficient information as to the nature of what is being depicted in the demonstrative: D-23545, D-23633, D-23728, D-23729, D-23730, D-23731, D-23987.

### E. Demonstratives That Remain Subject to Legal Challenge

The United States objects to any demonstrative to the extent it relies on any BP expert report that remains the subject of a pending legal challenge (experts Johnson, Nesic, Whitson, Zaldivar) including, but not limited to, the following specific demonstratives regarding BP

Expert Nesic: D-23892, D-23893, D-23894, D-23895, D-23896, D-23897, D-23898, D-23899, D-23900, D-23901.

### F. Demonstratives that Are Objectionable if Improperly Used on Direct Examination of BP Witnesses

The United States objects to the extent BP attempts to use demonstratives on direct examination of its own witnesses that rely on information beyond the four corners of the applicable BP expert report and would therefore contain or elicit improper surrebuttal opinions of its experts, as excluded by Court Order (Rec. Doc. 11544), including, without limitation, D-23603, D-23606, D-23892, D-23893, D-23894, D-23895, D-23896, D-23897, D-23898, D-23899, D-23900, D-23901.  This objection is specifically enforceable by Rec. Doc. 11544 as to the following demonstratives which rely on now stricken surrebuttal testimony of experts Whitson or Zimmerman: D-23722, D-23723, D-23728, D-23729, D-23730, D-23731, D-23735, D-23951, D-23953, D-23987.

### G. Demonstratives From Source Control Disclosures

The United States objects to certain exhibits disclosed as part of the Source Control trial. The United States objects to their use for any quantification trial purposes on the grounds that they lack foundation because the cited exhibits do not provide support for the demonstrative: D-23203, D-23250, D-23252, D-23224, D-23225, D-23216, D-23231.

Respectfully submitted,

| | |
|---|---|
| BRIAN HAUCK | ROBERT G. DREHER |
| Deputy Assistant Attorney General | Acting Assistant Attorney General |
| Civil Division | Environment & Natural Resources Division |
| | |
| PETER FROST | SARAH HIMMELHOCH |
| Directory, Torts Branch, Civil Division | Senior Litigation Counsel |
| Admiralty and Aviation | NANCY FLICKINGER |
| STEPHEN G. FLYNN | SCOTT CERNICH |
| Assistant Director | RICHARD GLADSTEIN |
| MICHELLE DELEMARRE | THOMAS BENSON |
| SHARON SHUTLER | Senior Attorneys |
| JESSICA SULLIVAN | A. NATHANIEL CHAKERES |
| JESSICA MCCLELLAN | ANNA CROSS |
| MALINDA LAWRENCE | BETHANY ENGEL |
| Trial Attorneys | JUDY HARVEY |
| | RACHEL KING |
| | ERICA PENCAK |
| | Trial Attorneys |

/s/ Sarah Himmelhoch

| | |
|---|---|
| R. MICHAEL UNDERHILL, T.A. | STEVEN O'ROURKE |
| Attorney in Charge, West Coast Office | Senior Attorney |
| Torts Branch, Civil Division | Environmental Enforcement Section |
| U.S. Department of Justice | U.S. Department of Justice |
| 7-5395 Federal Bldg., Box 36028 | P.O. Box 7611 |
| 450 Golden Gate Avenue | Washington, D.C. 20044 |
| San Francisco, CA 94102-3463 | Telephone: 202-514-2779 |
| Telephone: 415-436-6648 | Facsimile: 202-514-2583 |
| Facsimile: 415-436-6632 | E-mail: steve.o'rourke@usdoj.gov |
| E-mail: mike.underhill@usdoj.gov | |
| | DANA J. BOENTE |
| | United States Attorney |
| | Eastern District of Louisiana |
| | |
| | SHARON D. SMITH |
| | Assistant United States Attorney |
| | Eastern District of Louisiana |
| | 650 Poydras Street, Suite 1600 |
| | New Orleans, LA 70130 |
| | Telephone: (504) 680-3000 |
| | Facsimile: (504) 680-3184 |
| | E-mail: sharon.d.smith@usdoj.gov |

Attorneys for the UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12.

Dated: September 30, 2013

/s/ Sarah Himmelhoch