UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 <br><br> SECTION: J |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE BARBIER <br> MAG. JUDGE SHUSHAN |

**BP'S OBJECTIONS TO DEMONSTRATIVE AIDS**

Pursuant to the Court's *Amended Pre-Trial Order No. 54 Regarding Pre-Trial Procedures for February 25, 2013* (Rec. Doc. 8173) and the August 29, 2013 *Order and Revised Phase Two Timeline* (Rec. Doc. 11180), Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively "BP") object to certain of the demonstratives exchanged by the United States on September 27, 2013 as described generally herein and specifically as attached in Exhibit A. BP reserves the right to add, remove, or modify its objections and to add or remove objections to (1) any demonstrative revised or newly disclosed after the date of this letter or (2) any demonstrative affected by future rulings of the Court.

**General Objections**

BP objects to any demonstrative:

(1) that does not accurately represent underlying evidence admissible in this case;

(2) regarding subject matters irrelevant to the Phase Two Trial that began on September 30, 2013 (including matters related only to Phase I or Penalty Phase issues);

(3) referencing, quoting, or derivative of an exhibit or testimony that is inadmissible;

(4) that lacks a citation to testimony or an admissible trial exhibit if based on an exhibit, per the Court's August 29, 2013 *Order and Revised Phase Two Timeline* (Rec. Doc. 11180);

(5) that is based on or represents evidence that has been excluded by Court rulings or for which admission is barred by statute or regulation;

(6) referencing, quoting, or derivative of expert reports or deposition testimony of expert witnesses that are the subject of Daubert motions submitted by BP;

(7) that contain or consist of animations with narration, as such narration may contain inadmissible hearsay, is potentially misleading and/or inaccurate, and is not subject to cross-examination, and/or

(8) that lacks foundation because no witness or expert has testified or submitted a report in support of the matters presented in the demonstrative.

## **Specific Objections**

In addition to the foregoing general objections, BP objects to specific demonstratives, including but not limited to, those set forth in Exhibit A, attached hereto.

Dated: September 30, 2013                    Respectfully submitted,

<div style="margin-left: 40%;">

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Timothy A. Duffy, P.C.
(tim.duffy@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000

Robert C. "Mike" Brock
(mbrock@cov.com)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

*Attorneys for Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c.*

</div>

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 30th day of September, 2013.

                                                      /s/ Don K. Haycraft

# EXHIBIT A

| BP Objections to U.S. Trial Demonstratives - Quantification ||
|---|---|
| **Demonstrative #** | **BP Objection** |
| D-21000 | None |
| D-21001 | **Improper Source Citation:** Trial Exhibit number (TREX) should be cited.<br><br>**Misleading and Lacks Proper Support:** Misrepresents and mischaracterizes data in the cited evidence by presenting unsupported collection averages.<br><br>**Pending Objection to TREX 10360** (Hearsay (FRE 802)). |
| D-21002 | **Misleading and Lacks Proper Support:** Misrepresents that there was 30,0000 bbls collection being made in July, when there was only 16,000 bbls. Misleading to the extent that the collections are on the same chart with the total estimated amount released, contrary to agreed stipulations.<br><br>**Pending Objection to TREX 10360** (Hearsay (FRE 802)). |
| D-21003 | **Misleading:** Mischaracterizes and misrepresents cited evidence.  Misleadingly cites air permeability and effective permeability to oil values in the same chart and misrepresents the range of permeability presented in the Subsurface Technical Memorandum.  Misrepresents notes written by Dr. Hsieh as "Levitan Notes." Misrepresents fact witness testimony as expert testimony. Misrepresents the permeability represented in the pre-drill estimate and misrepresents PIE match permeability values.  Includes misrepresentative characterizations of Emilsen expert report.<br><br>**Pending Objection to TREX 100172** (Hearsay (FRE 802)). |
| D-21004 | **Misleading/Lacks Proper Support:** Misrepresents cited evidence.  TREX 2420 does not support the representation that BP estimated 53,000. TREX 9323 does not support the representation that BP estimated 50,000 rather than assuming 50,000 for purpose of "assuming flow."  TREX 9491 does not support the representation on the demonstrative due to flaws in the assumptions, input, and methodology of TREX 9491. TREX 11191 does not support the representation that BP estimated 51,000-54,000.  TREX 9453 does not support the representation of a 51,500 estimate.<br><br>**Pending Objection to TREX 9323** (Hearsay (FRE 802); Hearsay within Hearsay (FRE 802)).<br><br>**Pending Objection to TREX 9473** (Hearsay (FRE 802); Exhibit has unidentified highlighting or handwriting; Not Produced and Not Otherwise Authenticated). |
| D-21005 | None |
| D-21006 | None |

| | |
|---|---|
| D-21007 | None |
| D-21008 | **Misleading:** Mischaracterizes cited evidence in that:<br>--Cited evidence does not support the demonstrative's characterization about the importance of understanding flow;<br>--"essential" as included in the demonstrative is not support by any of the cited evidence;<br>--TREX 9312 does not support the suggestion that BP made statements about the importance of understanding flow;<br>--The demonstrative quotes "priority issue," which can be found in TREX 000769 in a general discussion of spill response but which does not support the demonstrative's characterization of it being about the importance of understanding flow;<br>--Misrepresents the meaning and context of "heart of understanding" in TREX 10637 for the purpose of evaluating collection methods and other options.<br>--Misrepresents the word "important" as used in quotations at the top of the demonstrative to the extent the quote is from TREX 002408. |
| D-21009 | None |
| D-21010 | **Misleading and Lacks Proper Support:** Inaccurate to attribute to R. Lynch the 56,000 bopd estimate.<br><br>**Misleading:** Misrepresents that BP does not contest the US's estimated final day flow rate. |
| D-21011 | None |
| D-21012 | None |
| D-21013 | **Irrelevant and Prejudicial (FRE 402, 403):** Exxon Valdez is irrelevant to the Phase Two Trial; comparisons between an oil tanker spill and the Phase Two Trial issues in MDL 2179 are inapposite and prejudicial. |
| D-21014 | **Lacks Proper Source:** Demonstrative contains no support for "BP Corrected Pressure Data" nor does it provide an adequate citation to support the demonstrative's depiction of such data. |
| D-21015 | None |

| | |
|---|---|
| D-21016 | **Misleading and Lacks Proper Support:** Mischaracterizes and misrepresents cited evidence by suggesting that BP ran models using 12 microsips on July 15 and 16 and mischaracterizing individual employee communications as representative of "BP." <br><br>**Pending Objection to TREX 9320** (Hearsay (FRE 802); Hearsay within Hearsay (FRE 802)). <br><br>**Pending Objection to TREX 9324** (Hearsay (FRE 802); Hearsay within Hearsay (FRE 802)). <br><br>**Pending Objection to TREX 10841** (Hearsay (FRE 802); Hearsay within Hearsay (FRE 802)). |
| D-21017 | **Misleading and Lacks Proper Support:** Mischaracterizes and misrepresents cited evidence by suggesting that BP ran models using 12 microsips on July 15 and 16 and mischaracterizing individual employee communications as representative of "BP." <br><br>**Pending Objection to TREX 9320** (Hearsay (FRE 802); Hearsay within Hearsay (FRE 802)). <br><br>**Pending Objection to TREX 9324** (Hearsay (FRE 802); Hearsay within Hearsay (FRE 802)). <br><br>**Pending Objection to TREX 10841** (Hearsay (FRE 802); Hearsay within Hearsay (FRE 802)). |
| D-21018 | **Misleading and Lacks Proper Support:** Mischaracterizes and misrepresents cited evidence by suggesting that BP ran models using 12 microsips on July 15 and 16 and mischaracterizing individual employee communications as representative of "BP." <br><br>**Pending Objection to TREX 9320** (Hearsay (FRE 802); Hearsay within Hearsay (FRE 802)). <br><br>**Pending Objection to TREX 9324** (Hearsay (FRE 802); Hearsay within Hearsay (FRE 802)). <br><br>**Pending Objection to TREX 10841** (Hearsay (FRE 802); Hearsay within Hearsay (FRE 802)). |
| D-21019 | None |
| D-21020 | **Pending Objection to TREX 5990** (Hearsay (FRE 802)). |
| D-21021 | None |
| D-21022 | None |

| D-21023 | **Misleading and Lacks Proper Support:** Fails to identify reservoir sample used for calculation of conversion of reservoir barrels to stock tank barrels. |
|---|---|
| D-21024 | **Lacks Proper Support/Beyond the Scope of Expert Report (FRE 702, 703):** The curve purporting to represent 125 md is not plotted in Dr. Larsen's report.<br><br>**Misleading:** Mischaracterizes the cited evidence in that it does not identify all parameters consistent with the cited expert report. |
| D-21025 | **Lacks Proper Support/Beyond the Scope of Expert Report (FRE 702, 703):** The curve purporting to represent 116 md is not plotted in the cited expert reports.<br><br>**Misleading:** Mischaracterizes the cited evidence in that it does not identify all parameters consistent with the cited expert reports. Title mischaracterizes Dr. Gringarten's derivative analysis. Misleadingly suggests that Dr. Gringarten relied on the same incorrect and incomplete data that Dr. Larsen admitted to using in his analysis. |
| D-21026 | **Lacks Proper Support/Beyond the Scope of Expert Report (FRE 702, 703):** The curve purporting to represent 116 md is not plotted in Dr. Larsen's report or Dr. Gringarten's report.<br><br>**Misleading:** Mischaracterizes the cited evidence in that it does not identify all parameters consistent with the cited expert reports. Misleadingly suggests that Dr. Gringarten relied on the same incorrect and incomplete data that Dr. Larsen admitted to using in his analysis. |
| D-21027 | **Lacks Proper Support/Beyond the Scope of Expert Report (FRE 702, 703):** The curve purporting to represent Dr. Gringarten's permeability is not plotted in the cited expert reports; the curve misrepresents the conclusions in Dr. Gringarten's report.<br><br>**Misleading:** Mischaracterizes the cited evidence in that it does not identify all parameters consistent with the cited expert reports. Misleadingly suggests that Dr. Gringarten relied on the same incorrect and incomplete data that Dr. Larsen admitted to using in his analysis. |
| D-21028 | None |
| D-21029 | None |
| D-21030 | None |
| D-21031 | None |

| | |
|---|---|
| D-21032 | **Misleading and Lacks proper support:** Misrepresents and mischaracterizes the relationship with regard to the size between rotary sidewall cores and conventional cores. Misleading representation in that it implies that the conventional cores are tested at the size shown.<br><br>**Lacks Foundation and Proper Support:** No source cited to support the dimensions of an RSWC. |