IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| JOHN BAILEY INDIVIDUALLY AND D/B/A JOHN BAILEY, INC., ET AL | § § § | |
| VS. | § § | C.A. NO. 2:13 CV 00982-CJB-SS |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC.; TRANSOCEAN LTD.; TRANSOCEAN HOLDINGS, INC.; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRITON ASSET LEASING GMBH; HALLIBURTON ENERGY SERVICES, INC. AND SPERRY DRILLING SERVICES | § § § § § § § § § § § § | **JURY TRIAL DEMANDED** |

**MOTION TO DISMISS AS TO PLAINTIFF, STANLEY (OR JOSH) COTTNER, INDIVIDUALLY AND D/B/A STAN'S RELIABLE CLEANING INC., ONLY**

**TO THE HONORABLE JUDGE OF SAID COURT:**

  **COMES NOW,** Plaintiff, Stanley (or Josh) Cottner, Individually and d/b/a Stan's Reliable Cleaning Inc., and would show unto the Court that they no longer desire to prosecute their claims and would request that the causes of action filed by Plaintiff, Stanley (or Josh) Cottner, Individually and d/b/a Stan's Reliable Cleaning Inc., **ONLY**, be dismissed without prejudice.

Respectfully submitted,

**WELLER, GREEN, TOUPS
& TERRELL, L.L.P.**
P.O. Box 350
Beaumont, Texas  77704-0350
(409) 838-0101/Telecopier:  (409) 832-8577


BY:   /s/ Mitchell A. Toups_____
      **MITCHELL A. TOUPS
      STATE BAR NO. 20151600**

      **ATTORNEYS FOR PLAINTIFFS**


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Dismiss  has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on September 30, 2013.


/s/ Mitchell A. Toups _____
**MITCHELL A. TOUPS**