IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| JOHN BAILEY INDIVIDUALLY AND D/B/A JOHN BAILEY, INC., ET AL | § § § | |
| VS. | § § | C.A. NO. 2:13 CV 00982-CJB-SS |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC.; TRANSOCEAN LTD.; TRANSOCEAN HOLDINGS, INC.; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRITON ASSET LEASING GMBH; HALLIBURTON ENERGY SERVICES, INC. AND SPERRY DRILLING SERVICES | § § § § § § § § § § § § § | **JURY TRIAL DEMANDED** |

**ORDER OF DISMISSAL OF PLAINTIFF, STANLEY (OR JOSH) COTTNER, INDIVIDUALLY AND D/B/A STAN'S RELIABLE CLEANING INC., ONLY**

**BE IT REMEMBERED** that in the above styled and numbered Cause came on this date to be heard Motion to Dismiss of Plaintiffs, Stanley (or Josh) Cottner, Individually and d/b/a Stan's Reliable Cleaning Inc., ONLY, and the Court, being of the opinion that same should be granted;

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** by the Court that the cause of action as to the Plaintiff, Stanley (or Josh) Cottner, Individually and d/b/a Stan's Reliable Cleaning Inc., **ONLY**, in the above styled cause, is hereby nonsuited without prejudice, with the costs of the Court being adjudged against the party incurring same.

**SIGNED** this the _____ day of _____, 2013.

_____
HONORABLE JUDGE PRESIDING