

THE FEDERAL DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

H&H Ranch Equine Rescue     HON. BARBIER     9/23/2013
Darryl Lee Haan
Plaintiff                       case no. MDL- 2179

                                            Re: 10-8888
Vs                                section J

BP OIL inc.               Deepwater Horizon Oil Spill in the Gulf of Mexico
Defendant              Settlement Program

# MOTION TO ISSUE ARREST WARRANTS

# FOR KENT COUNTY FRIEND OF THE COURT

# KENT COUNTY, MICHIGAN, FOR

# VIOLATING PENDING PERMANENT RESTRAINING

# ORDER & THIRD PARTY CLAIM ORDER

Certificate of Service
I hereby certify that I have served a copy of this
Document on all councel fo record either in person
Or by mailing it postage prepaid on this

23 day of Sept. , 20 13

Darryl Lee Haan
6421 Finance A.V.
Weeki Wachee, Florida 34607
352-596-2753

9 / 23 / 2013

Fee _____
Process _____
X Dktd _____
X CtRmDep _____
Doc No. _____

TENDERED FOR FILING

SEP 27 2013

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

THE FEDERAL DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| H&H Ranch Equine Rescue<br>Darryl Lee Haan<br>Plaintiff | HON. BARBIER | 9/23/2013 |
| | case no.  MDL- 2179 | Re: 10-8888 |
| Vs | section J | |
| BP OIL inc.<br>Defendant | Deepwater Horizon Oil Spill in the Gulf of Mexico<br>Settlement Program | |

MEMORANDUM

1. Claimant, filed on July 2. 2013 a Motion for Permanent Restraining Order

    PENDING in COURT,    = VIOLATED PENDING ORDER

2. Oct 2, 2012   filed a Third Party Claim Offer, =   REFUSED TO FILE

    VIOLATED THIRD PARTY CLAIM ORDER

3. VIOLATION OF the FIFTH AMEMDMENT /  DOUBLE JEOPARDY

    Criminal Offense, by Federal Laws. Filed On July . 2 ,2013

    With HON. Barbier, in the District Court, Eastern District Court Of Louisaina

4. Hon.Barbier, has proof of Violations & Orders   , FILED on

    OCT. 2 , 2013

    JULY. 2 , 2013

    SEPT. 23 , 2013

1. of 3

TENDERED FOR FILING

SEP 2 7 2013

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

The FEDERAL LAW , THE FIFTH AMEMDMENT / DOUBLE JEOPARDY

Is very CLEAR after a FELONLY CONVICTION or PLEA DEAL

FELONY BACK CHILD SUPPORT ,

No PENAL Child Support maybe FILED ever again in any COURT of LAW

Only Civil Suit , but a 3 YEAR LIMITATION is Federal Law,

## DOUBLE JEOPARDY

Being tried twice for the same offense; prohibited by the 5th Amendmentto the U.S. Constitution.

'[T]he Double Jeopardy Clause protects against three distinct abuses: [1] a second prosecution for the same offense after acquittal; [2] a second prosecution for the same offense after conviction; and [3] multiple punishments for the same offense.' U.S. v. Halper, 490 U.S. 435, 440 (1989).

The Double Jeopardy Clause protects against multiple punishments for the same offense. Justices of Boston Municipal Court v. Lydon, 466 U.S. 294, 306 (1984).

As in Motion on July 2, 2013 , shows

FELONY BACK CHILD SUPPORT case, from Jan. 14, 2008 to Jan . 09, 2013

5 YEAR PLEA DEAL , SERVED & RELEASED

DOUBLE JEOPARDY Applies

CIVIL SUIT 3 YEARS Jan. 14, 2008 to Jan. 14 , 2011

Civil Suit = NO MERIT

2. of 3

Thereof, The Claimant, DEMANDS Criminal Action be taken against

Kent County Friend of The Court, Kent County, Michigan

VIOLATING FEDERAL LAWS & COURT ORDERS

Respectfully Submitted to the Federal District Court, Eastern District Court of Louisiana

Every time Faithfully to Hon. Barbier.

With Court Records & Documents of VIOLATIONS

attachment A # B

9/23/2013                              H&H Ranch Equine Rescue

                                       ceo/ owner /   Darryl Lee Haan

| STATE OF MICHIGAN<br>17TH JUDICIAL CIRCUIT<br>KENT COUNTY | STATE TAX REFUND<br>PRE-OFFSET NOTICE | DOCKET NO.<br>1984-053323-DM<br>HON. DANIEL ZEMAITIS |
|---|---|---|
| Kent County Friend of the Court Address:<br>82 Ionia N W Second Floor Grand Rapids, MI 49503-0351 | *A* | Telephone No. (616) 632-6888<br>Fax No. (616) 632-6871 |

DARRYL L HAAN
6421 FINANCE AVE
BROOKSVILLE FL 34607

SSN: \*\*\*-\*\*-5573

Date of Notice: September 14, 2013

1. As of the above date, you owe the following past-due support debts:

**PAST-DUE SUPPORT (TANF\*):**

| **Docket Number** | **Debt Owed** | **Agency to Contact** | **Phone Number** |
|---|---|---|---|
| 1984053323 | $42,752.00 | KENT COUNTY FOC | (616) 632-6888 |
| TANF TOTAL: | $42,752.00 | | |

**PAST-DUE SUPPORT (Non-TANF):**

| **Docket Number** | **Debt Owed** | **Agency to Contact** | **Phone Number** |
|---|---|---|---|
| 1984053323 | $30,489.00 | KENT COUNTY FOC | (616) 632-6888 |
| Non-TANF TOTAL: | $30,489.00 | | |

**TOTAL PAST-DUE SUPPORT:** $73,241.00

2. Your name is being sent to the Michigan Department of Treasury for collection of past-due child support debt. Any state income tax refund, or non-grant payment to which you may be entitled, may be offset and retained for payment of this debt.

3. Joint Returns: Taxpayers who file joint returns will be notified by the Michigan Department of Treasury at the time of offset regarding the steps to take to protect the share of the refund that may be payable to the spouse who does not owe the debt.

4. You may contest the offset of your state income tax refund and request a review on the grounds that the offset is not proper because of a mistake of fact concerning the amount of past-due support or mistaken identity. You may request a review for each of the dockets and/or debts listed above in which there is a mistake of fact.

5. You must contest the offset and request the review in writing within 21 days after the date of this notice. You must send the written request to the Friend of the Court for the county listed next to the past-due support amount that you are contesting.

\* Temporary Assistance for Needy Families

# FLORIDA DEPARTMENT OF REVENUE

**Child Support Enforcement**

**Notice of Past-Due Account**

CS-EF150C
R. 11/05

*(B)*

*not Legal !!!*

DARRYL L HAAN
6421 FINANCE AVE
BROOKSVILLE FL 34607-1720

If address has changed, provide new address here:

Date: September 11, 2013

Court Case Number: 130001409DR
CSE Case Number: 2000024577

234

As of the date of this correspondence you have failed to pay the past-due amount of $600.00. The Florida Department of Revenue, Child Support Enforcement Program, is offering you an opportunity to clear the account or to establish a written agreement for repayment. If you fail to pay the past-due amount or enter into a written agreement for repayment within the next 14 days, the Department will pursue administrative and/or judicial enforcement actions to collect the past-due amount.

Make payments payable to and mail payments to:

**State of Florida Disbursement Unit**
PO Box 8500
Tallahassee, FL 32314-8500

Print your name, court depository number 130001409DR27 and Social Security number on all checks or money orders.

Additional information is available through the Customer Contact Center. For cases handled in all counties except Miami-Dade, call the Florida Department of Revenue at 1-800-622-KIDS (5437) or visit the Department's website at http://myflorida.com/dor/childsupport. If your case is handled in Miami-Dade County, please contact the Miami-Dade State Attorney's Office at 305-530-2600.



*Double Jeopardy*

T



0101300726140113254109412879

Darryl Haan
6421 Finance Ave
Weeki Wachee, FL
34607

MDL-2179
Deepwater Horizon Oil Spill

Clerk of The Court
US District Court
500 Poydras St.
Room C-151
New Orleans, LA 70130