## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig  *<br>"*Deepwater Horizon*" in the Gulf  *<br>of Mexico, on April 20, 2010  *<br>  *<br>**This Document Relates to All Cases**  *<br>  *<br>  *<br>  *<br>* * * * * * * * * * * * * * * * * * * * * * *  * | MDL No. 2179<br><br>SECTION: "J"<br>JUDGE BARBIER<br><br>MAGISTRATE NO.1<br>MAGISTRATE SHUSHAN |

### ANADARKO PETROLEUM CORPORATION'S AND ANADARKO E&P COMPANY, LP'S *EX PARTE* MOTION TO JOIN IN AND ADOPT BP'S OBJECTIONS TO DEMONSTRATIVE AIDS

**NOW INTO COURT**, come Defendants, Anadarko Petroleum Corporation and Anadarko E&P Company, LP (collectively "Anadarko"), and respectfully file this *Ex Parte* Motion to Join and Adopt, as if copied herein *in extenso*, BP's Objections to Demonstrative Aids (Rec. Doc. 11546), as well as the accompanying exhibit thereto, which are equally asserted by Anadarko.

**WHEREFORE**, Anadarko prays that this Honorable Court permit them to join in and adopt BP's Objections to Demonstrative Aids and seek similar relief requested therein.

DATED: September 30, 2013

        Respectfully Submitted,

        */s/ Robert Guidry*
        Deborah D. Kuchler, T.A. (La. Bar No. 17013)
        dkuchler@kuchlerpolk.com
        Janika D. Polk (La. Bar No. 27608)
        jpolk@kuchlerpolk.com
        Robert E. Guidry (La. Bar No. 28064)
        rguidry@kuchlerpolk.com
        KUCHLER POLK SCHELL
        WEINER & RICHESON, LLC
        1615 Poydras Street, Suite 1300
        New Orleans, LA  70112
        Tel:  (504) 592-0691
        Fax:  (504) 592-0696

Ky E. Kirby
Ky.Kirby@bingham.com
Warren Anthony Fitch
Tony.Fitch@bingham.com
BINGHAM MCCUTCHEN LLP
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
Jim.Dragna@bingham.com
BINGHAM MCCUTCHEN LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

**ATTORNEYS FOR ANADARKO PETROLEUM CORPORATION AND ANADARKO E&P COMPANY, LP**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on September 30, 2013.

/s/ _Robert Guidry_
Robert E. Guidry