## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig *"Deepwater Horizon"* in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: "J"<br>JUDGE BARBIER |
| This Document Relates to All Cases | * * * * | MAGISTRATE NO.1<br>MAGISTRATE SHUSHAN |

### ORDER

Having considered Anadarko Petroleum Corporation's and Anadarko E&P Company, LP's *Ex Parte* Motion to Join In and Adopt BP's Objections to Demonstrative Aids (Rec. Doc. 11546),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Anadarko Petroleum Corporation's and Anadarko E&P Company, LP's *Ex Parte* Motion to Join in and Adopt BP's Objections to Demonstrative Aids is GRANTED.

SO ORDERED, on this the ___ day of _____, 2013.

New Orleans, Louisiana.

_____
JUDGE