IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG ) <br> DEEPWATER HORIZON, IN THE ) <br> GULF OF MEXICO ) <br> ON APRIL 20, 2010 ) <br> ) <br> ) <br> This Document Relates to: ) <br> 2:10-cv-08888 ) <br> ) | MDL NO 2179; <br> Ref CA No. 10-2771 <br> SECTION: J <br><br> JUDGE BARBIER <br> MAG. JUDGE SHUSHAN |

## ORDER

Considering the Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the September 16, 2011, Deadline and Supporting Memorandum of Law;

It is ORDERED that the Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the September 16, 2011, Deadline for claimants Magdalene Potter, document No.: 136259 and James Harris, document No.: 136260, is hereby GRANTED and all Short Form Joinders filed by claimants listed on the attached Exhibit A into the record of Civil Action No.: 10-8888 shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771).

Signed this _____ day of _____, 2013.

_____
Honorable Carl J. Barbier, U.S. District Court Judge