UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | * * * * | MDL No. 2179 Section: J Judge Barbier |
| This Document Relates to: Roma Chain, Inc. #2:2013-cv-02940 | | * * * * | Magistrate Shushan |

## STIPULATION FOR SUBSTITUTION OF COUNSEL FOR PLAINTIFF

Kimberly Lambert Adams f/k/a Kimberly R. Lambert, of the law firm of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. stipulate and agree that Travis P. Lepicier of the same law firm, be substituted as counsel of record in the above matter for Plaintiff, ROMA CHAIN, INC., and that Kimberly Lambert Adams f/k/a Kimberly R. Lambert be relieved of all further responsibility in the case.

DATED this 1st day of October, 2013.

By: s/Kimberly Lambert Adams
KIMBERLY LAMBERT ADAMS (#14479)
Levin, Papantonio, Thomas, Mitchell,
 Rafferty & Proctor, P.A.
Post Office 12308
Pensacola, FL 32591
850-435-7000
Email: klambert@levinlaw.com

By: s/Travis P. Lepicier
TRAVIS P. LEPICIER (#99843)
Levin, Papantonio, Thomas, Mitchell,
 Rafferty & Proctor, P.A.
Post Office 12308
Pensacola, FL 32591
850-435-7000
Email: tlepicier@levinlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on all counsel by electronically uploading same to LexisNexis File & Serve in accordance with Pretrial Order Number 12, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures establish in MDL 2179, on this 1st day of October, 2013.

LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY & PROCTOR, P.A.

By: s/Kimberly Lambert Adams
Kimberly Lambert Adams
Florida Bar #0014479
316 South Baylen Street, Suite 600
Pensacola, FL 32502
(850) 435-7056
Email: klambert@levinlaw.com