UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | * * * * * * | MDL No. 2179<br><br>Section: J<br><br>Judge Barbier<br>Magistrate Shushan |
| This Document Relates to:<br>Roma Chain, Inc.<br>#2:2013-cv-02940 | | * * * * | |

## ORDER APPROVING SUBSTITUTION OF COUNSEL

THIS CAUSE, having come before the Court upon the Stipulation for Substitution of Counsel filed by Kimberly Lambert Adams and Travis P. Lepicier, counsel of record for Plaintiff, ROMA CHAIN, INC., and the Court, being filly advised in the premises, it is,

ORDERED AND ADJUDGED that Travis P. Lepicier is hereby substituted as counsel for Plaintiff, ROMA CHAIN, INC., together with the law firm of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. and counsel Kimberly Lambert Adams f/k/a Kimberly R. Lambert, is hereby relieved of further responsibility/representation of Plaintiff

DONE AND ORDERED in Chambers, at New Orleans, Louisiana, on this _____ day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record