UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding Motions for Leave to File Complaints in Intervention (Rec. docs. 11464, 11465 and 11523)]**

On April 22, 2013, Roberts Hotels Shreveport, LLC and others filed a motion to file a complaint in intervention against BP Exploration & Production, Inc. and others. CA 13-2323-Rec. doc. 1 ("Roberts Hotels"). On that same day, Oleander Beach Club, Inc. and others filed a similar motion to file a complaint in intervention against the same defendants. CA 13-2396-Rec. doc. 1 (the "Oleander"). Both complaints became part of MDL 2179. CA 13-2323 at Rec. doc. 9 and CA 13-2396 at Rec. doc. 7.

On September 20, 2013, Ganesh Creamery, Inc. and Nayosha Enterprise, LLC filed a motion for leave to intervene in the Roberts Hotels action. 10-mdl-2179 - Rec. doc. 11464. On that same day, Jaidev Foods, Inc. and others sought leave to intervene in the Oleander action. 10-mdl-2179-Rec. doc. 11465. On September 27, 2013, Amichi, Inc. sought leave to intervene in the Oleander action.[1]

All movers seek to intervene pursuant to Fed. R. Civ. P. 24(b)(1)(B) ("permissive intervention"). The movers certify that they contacted counsel for each of the defendants to

---

[1] The plaintiffs in the Roberts Hotels and Oleander actions and the parties seeking leave to intervene are represented by Farrell & Patel.

determine whether they opposed the motion, but as of the filing of the motion had not received a response.

IT IS ORDERED that **within fourteen (14) calendar days of the entry of this order**, the movers shall personally confer with counsel for defendants to determine whether the defendants oppose the requests for leave to intervene and file a certificate reporting on the outcome of the conferences. Copies of the reports shall be emailed to marie_firmin@laed.uscourts.gov.

New Orleans, Louisiana, this 1st day of October, 2013.

**SALLY SHUSHAN**
**United States Magistrate Judge**