UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) | MDL NO. 2179 |
| vs. | ) ) ) | JUDGE: BARBIER SECTION "J" 1 MAGISTRATE JUDGE: |
| APPLIES TO 13-cv-01589 | ) ) ) | SHUSHAN |

## ORDER

Considering the Motion to Dismiss filed by plaintiff, QUALITY DEMAG, LLC:

**IT IS ORDERED** that Plaintiff's claims against BP Exploration & Production, Inc., BP America Production Company, and BP p.l.c, be and same are dismissed, with prejudice, reserving Plaintiff's claims against the remaining defendants in these proceedings.

New Orleans, Louisiana this _____ day of September, 2013.

_____

United States District Judge

1