UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| These Pleadings apply to: *Claims in "B1" Bundle* | JUDGE BARBIER |
| These Pleadings apply to: No. 2:13-cv-1439 | MAGISTRATE SHUSHAN |

CIVIL ACTION 2:13-cv-1439

SECTION: J

JUDGE BARBIER

MAGISTRATE SHUSHAN

**JENSEN BEACH MARKETING, INC.,
A FLORIDA CORPORATION, ET AL.,**
     Plaintiffs,

v.

**BP EXPLORATION & PRODUCTION
INC.; BP AMERICA PRODUCTION
COMPANY; BP p.l.c.; TRANSOCEAN
OFFSHORE DEEPWATER DRILLING, INC.;
TRANSOCEAN HOLDINGS, LLC; and
HALLIBURTON ENERGY SERVICES, INC.,**
     Defendants.

### ORDER ON MOTION FOR EXTENSION OF TIME TO SERVE PLAINTIFF PROFILE FORMS

**THIS CAUSE** came before the court on Plaintiffs' Motion for Extension of Time to Serve Plaintiff Profile Forms, and it is, therefore,

**ORDERED and ADJUDGED** that Plaintiffs are granted an extension of time up to and

including October 31, 2013, to serve Plaintiff Profile Forms in accordance with Paragraph 16 of PTO No. 25.

**DONE and ORDERED** this \_\_\_\_ day of _____, 2013.

_____
**SALLY SHUSHAN**
**MAGISTRATE JUDGE**