**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179<br><br>SECTION: J |
| This Document Relates To: All Actions | : : | JUDGE BARBIER |
| …………………………………………... | : | MAGISTRATE JUDGE SHUSHAN |

**BP'S MOTION FOR JUDGMENT**
**ON PARTIAL FINDINGS PURSUANT TO RULE 52(C)**
**WITH RESPECT TO THE SOURCE CONTROL SEGMENT**

BP respectfully requests that the Court enter judgment on partial findings pursuant to Federal Rule of Civil Procedure 52(c) and rule as a matter of law:

**(1)** that BP's conduct with regard to Source Control events as defined by this Court's orders, *see* Rec. Doc. 6592 at 2-3; Rec. Doc. 11087 at 2, was not negligent, let alone grossly so;

**(2)** that BP's conduct in this regard was not a superseding cause of any portion of the discharge; and

**(3)** that no additional fault should be allocated to BP based on BP's Source Control conduct.

As described in the accompanying memorandum of law, BP's pre-spill planning met or exceeded industry and regulatory standards; BP executed its plan expeditiously, under the direction of the federal government; and the conduct for which BP has pleaded guilty did not have any actual impact on the response activities.  Accordingly, the Aligned Parties have failed to meet their evidentiary burden and there is no need for additional testimony during the source control segment.

October 1, 2013

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Matthew T. Regan, P.C.
Hariklia Karis, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL   60654
Telephone:  312-862-2000
Facsimile:  312-862-2200


Robert R. Gasaway
Steven A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC   20005
Telephone:  202-879-5000
Facsimile:  202-879-5200

Respectfully submitted,

*/s/ Don K. Haycraft*
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA   70139-5099
Telephone:  504-581-7979
Facsimile:  504-556-4108

Robert C. "Mike" Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC   20004-2401
Telephone:  202-662-5985
Facsimile:  202-662-6291


*Attorneys for BP Exploration & Production Inc. and BP America Production Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of October, 2013.

<u>/s/  Don K. Haycraft</u>