Minute Entry
Barbier, J.
September 30, 2013
JS 10: 7 hr. 19 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL | C.A. 10-2771   J(1) |
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536   J (1) |

| | |
|---|---|
| CASE MANAGER:<br>STEPHANIE KALL | COURT REPORTER:<br>CATHY PEPPER (AM)<br>TONI TUSA  (PM) |

PHASE TWO  NON-JURY TRIAL
(Day one)

MONDAY, SEPTEMBER 30, 2013   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING

Case called.
The Court addresses change of trial schedule:
(1) Trial will not be held on Monday, October 14, 2013, (2) Trial will be held on Friday, October 18, 2013,  and (3) the Court plans to recess trial at noon on Wednesday, October 16, 2013.
Trial counsel introduce themselves.
Opening statements by the Aligned Parties. (Aligned Parties:  United States, Plaintiffs' Steering Committee, State of Alabama, State of Louisiana, Transocean, Halliburton).
Opening statements by BP.
BP 's objections to certain portions of John Wilson's testimony: ORDERED that the Motion in Limine regarding testimony of John Wilson #[11063] is DENIED.

Witness: John Wilson, sworn and testified. (Expert)

Sequestration of fact witnesses is ORDERED.

Aligned Parties offer report and CV of Dr. Wilson, Trex 11900: ORDERED admitted.

Witnesses: Mary Landry, by video deposition.
Marsha McNutt, by video deposition
Timothy Lockett, by video deposition.
Mike Mason, by video deposition.

The Court overrules BP's objections to Steven Chu's video deposition.

The Court overrules any remaining objections to Gregg Perkin's testimony; ORDERED that Motion in Limine #[11062] is DENIED.

Witness: Gregg Perkin, sworn and testified. (Expert)

Aligned parties' offer Trex 11464R and Trex11465R, Gregg Perkin's expert and rebuttal reports: ORDERED admitted.

Witnesses: Dr. Steven Chu, by video deposition.
Mark Patteson, by video deposition.
Kevin Cook, by video deposition.

Court recesses at 5:28 p.m.
Court will resume on Tuesday, OCTOBER 1, 2013 at 8:00 a.m.

Appearances on various days throughout the trial:
Anadarko: Deb Kuchler, W. Anthony Fitch, Ky Kirby
BP:   Mike Brock, Hariklia (Carrie) Karis, Matt Regan, Barry Fields, Paul Collier, Martin Boles, Don Haycraft, J. Andrew Langan, Robert Gasaway, Joseph Eisert, Bridget O'Conner
USA:  Thomas Benson, Scott Cernich, A. Nathaniel Chakeres, Anna Cross, Bethany Engel, Stephen Flynn, Richard Gladstein, Judy Harvey, Sarah Himmelhoch, Steven O'Rourke
PSC:  Brian Barr, Robin Greenwald, Matt Lundy, Frank Petosa, Steve Herman, Jim Roy, Anthony Irpino
Louisiana:  James (Buddy) Caldwell, Allan Kanner, Douglas Kraus, Henry Dart
Alabama: Corey L. Maze, Winfield Sinclair
Halliburton:  Don Godwin, Prescott Smith, Sean Fleming, Gwen Richard, Alan York, Jenny Martinez, Bruce Bowman
Transocean: Brad Brian, Luis Li, Mike Doyen, Kerry Miller, Steven Roberts, Grant Davis-Denny, Allen Katz