UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL No. 2179<br><br>SECTION: J |
| Applies to:<br>Cases 13-02323, 13-02326 | *<br>* | Judge Carl J. Barbier<br>Magistrate Judge Sally Shushan |

******************************************************************************

### THE BP DEFENDANTS' NOTICE OF NON-OPPOSITION TO MOTIONS FOR LEAVE TO FILE COMPLAINTS IN INTERVENTION
### (REC. DOCS. 11464, 11465, 11523, AND 11562)

Defendants BP America Production Company, BP Exploration & Production Inc., and BP p.l.c. (collectively, the BP Defendants) hereby give notice that they do not oppose the Motions for Leave to File Complaints in Intervention ("Motions to Intervene") filed with respect to member cases 13-02323 and 13-02326. (Rec. Docs. 11464, 11465, 11523, and 11562). The BP Defendants state as follows:

1.  On the afternoon of September 20, 2013, counsel for movants emailed counsel for the BP Defendants, Halliburton, and Transocean to inquire whether those defendants were opposed to movants' proposed Motion for Leave to file a Complaint of Intervention in two MDL 2179 member cases: *Oleander Beach Club, Inc., et al. v. BP America Production Company, et al.*, Case No. 2:13-cv-02396 and *Roberts Hotels Shreveport, LLC v. BP America Production Company, et al.*, Case No. 2:13-cv-02323. Counsel for movants did not identify the number or names of the movants.

2.  Approximately two hours after first contacting defendants' counsel about the proposed Motions to Intervene, and before counsel for the BP Defendants had opportunity to

respond, counsel for movants filed a Motion to Intervene in the *Roberts Hotels* action (Rec. Doc. 11464), followed minutes later by a Motion to Intervene in the *Oleander* action (Rec. Doc. 11465).

3. In each of those motions, counsel for movants certified that "counsel's office inquired of each Defendant's counsel whether they opposed this motion but as of the time of filing, had not received a response." While it is technically true that defendants did not respond to movant's counsel's inquiry by the time the motions were filed, movants' certification omits material points. Specifically, movants (1) identified no reason why the filing of their motion needed to be done in such a rush; (2) did not state why they needed to file their motions little more than two hours after their email inquiry seeking consent; and (3) did not disclose to the Court that their filings were made only about two hours after their inquiry to defense counsel.

4    On September 27, 2013, a third set of movants represented by the same counsel filed a Motion to Intervene in the *Oleander* action. (Rec. Doc. 11523). In that motion, counsel for movants again certified that "counsel's office inquired of each Defendant's counsel whether they opposed this motion but as of the time of filing, had not received a response."

5. On October 1, 2013, the Court ordered the three sets of movants to "personally confer with counsel for defendants to determine whether the defendants oppose the requests for leave to intervene" and to report back to the Court. (Rec. Doc. 11554).

6. On October 2, 2013, a fourth set of movants represented by the same counsel filed a Motion to Intervene in the *Roberts Hotels* action (Rec. Doc. 11562). In that motion, counsel for movants again certified that "counsel's office inquired of each Defendant's counsel whether they opposed this motion but as of the time of filing, had not received a response."

7. The BP Defendants hereby give notice that they do not oppose the Motions to Intervene (Rec. Docs. 11464, 11465, 11523, and 11562), but reserve all their defenses, including all limitations and prescription defenses, to movants' claims.

October 3, 2013                                     Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar#14361)
R. Keith Jarrett (Bar#16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

J. Andrew Langan, P.C.
Matthew T. Regan, P.C.
Hariklia Karis, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
312-862-2000 (Tel)
312-862-2200 (Fax)

Robert C. "Mike" Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
202-662-5985

*Attorneys for Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c.*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 3rd day of October, 2013.

                                        /s/Don K. Haycraft
                                        Don K. Haycraft