Minute Entry
Barbier, J.
OCTOBER 1, 2013
JS 10: 8hr.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL | C.A. 10-2771  J(1) |
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536  J (1) |

| | |
|---|---|
| CASE MANAGER:<br>STEPHANIE KALL | COURT REPORTER:<br>CATHY PEPPER (AM)<br>TONI TUSA  (PM) |

PHASE TWO  NON-JURY TRIAL
(Day two)

TUESDAY, OCTOBER 1, 2013   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING

Case resumes.

BP offers lists of exhibits/demonstratives regarding exams of John Wilson, Gregg Perkin: ORDERED admitted. (see attached)

Aligned Parties offer lists of exhibits/demonstratives regarding exam of Gregg Perkin: ORDERED admitted. (see attached)

Witnesses: Robert Turlak, sworn & testified.
           David McWhorter, by video deposition

      Richard Vargo, Jr., by video deposition
      Robert Bea, sworn & testified. (Expert)

BP's Motion [11054] to exclude re Dr. Robert Bea's testimony: ORDERED DENIED.

Aligned Parties offer Trex 11750R and Trex 11751R, Dr. Bea's expert and rebuttal reports: ORDERED admitted.

Aligned Parties offer lists of exhibits/demonstratives regarding exam of John Wilson: ORDERED admitted. (see attached)

Aligned Parties offer corrected/amended list of exhibits/demonstratives regarding exam of Gregg Perkin: ORDERED admitted. (see attached)

Aligned Parties offer 20 deposition bundles on flash drive. ORDERED admitted. Aligned parties offer with list of deposition bundles, and list of bundle exhibits: ORDERED admitted. (see attached)

Aligned Parties offer flash drive and transcripts of video deposition excerpts shown in open court for Admiral Mary Landry, Dr. Marcia K. McNutt, Timothy J. Lockett, Clifton M. Mason, Dr. Steven Chu, Admiral Kevin S. Cook, David McWhorter, Richard F. Vargo, Lars Herbst, Charles Holt and Robert M. Patteson: ORDER admitted; Transcripts of deposition excerpts accepted and filed into the record.

Witness: Edward Ziegler, sworn and testified. (Expert)

Aligned Parties conditionally rests subject to reasons orally stated on the record.

BP moves for Rule 52c judgment on partial findings - will file motion into the record.

Witness: James Dupree, sworn and testified.

Court recesses at 6:03 p.m.

Court will resume on Wednesday, OCTOBER 2, 2013 at 8:00 a.m.

Appearances on various days throughout the trial:
Anadarko: Deb Kuchler, W. Anthony Fitch, Ky Kirby
BP:   Mike Brock, Hariklia (Carrie) Karis, Matt Regan, Barry Fields, Paul Collier, Martin Boles, Don Haycraft, J. Andrew Langan, Robert Gasaway, Joseph Eisert, Bridget O'Conner
USA:  Thomas Benson, Scott Cernich, A. Nathaniel Chakeres, Anna Cross, Bethany Engel, Stephen Flynn, Richard Gladstein, Judy Harvey, Sarah Himmelhoch, Steven O'Rourke
PSC:  Brian Barr, Robin Greenwald, Matt Lundy, Frank Petosa, Steve Herman, Jim

Roy, Anthony Irpino

Louisiana:  James (Buddy) Caldwell, Allan Kanner, Douglas Kraus, Henry Dart

Alabama: Corey L. Maze, Winfield Sinclair

Halliburton:  Don Godwin, Prescott Smith, Sean Fleming, Gwen Richard, Alan York, Jenny Martinez, Bruce Bowman

Transocean: Brad Brian, Luis Li, Mike Doyen, Kerry Miller, Steven Roberts, Grant Davis-Denny, Allen Katz