# BP - Exhibits for WILSON

BP offers the following documents it used during its examination of Mr. John Wilson into evidence:

admitted 10/1/2013 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-24273 | Excerpts from Rygg, Hunter and Ratzel deposition testimony |
| TREX-009131 | Email from K. Baker - M. Mason et al. re FW: Questions for National Labs |
| TREX-009131.1.1 | Callout of TREX-009131 |
| TREX-009131.3.1 | Callout of TREX-009131 |
| TREX-009156 | Email from M. Mason - C. Yeilding et al. re FW: Meeting Presentation May 11 2010 (3).ppt |
| TREX-009156.2.2 | Callout of TREX-009156 |
| TREX-009156.6.1 | Callout of TREX-009156 |
| TREX-009709 | Email from S. Aoki - R. O'Connor re FW: Follow-up press question on Gulf |
| TREX-009709.1.2 | Callout of TREX-009709 |
| TREX-009710 | Email from D. Decroix - wxg@lanl.gov re Re: Fwd: Further on the NIC Flow Rate Working Group and their request for lab support |
| TREX-009710.1.2 | Callout of TREX-009710 |
| TREX-009710.1.3 | Callout of TREX-009710 |
| TREX-011305 | Email from SCHU to D. Leistikow, et al. re Conf call tps and q & a |
| TREX-011305.1.1 | Callout of TREX-011305 |
| TREX-011305.2.1 | Callout of TREX-011305 |
| TREX-011900.8.2 | Callout of TREX-011900 |
| TREX-11900.50.1 | Callout of TREX-011900 |
| TREX-144811 | Email from D. Payton to chris.barker@noaa.gov et al. re Re: Leak rate guestimate |
| TREX-144811.2.1 | Callout of TREX-144811 |

## BP - Exhibits for PERKIN

BP offers the following documents it used during its examination of Mr. Gregg Perkin into evidence:

*Admitted 10/1/13*

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-23274A | Flex Joint Flange - Riser Cut on June 3rd |
| TREX-009146 | Email from C. Browner - J. Messina et al. re Important News |
| TREX-009146.1.2 | Callout of TREX-009146 |
| TREX-009146.1.3 | Callout of TREX-009146 |
| TREX-009245 | Email from K. Baker - B. Kirton et al. re Draft for your comment; summary points from the KWOP discussion |
| TREX-009245.1.2 | Callout of TREX-009245 |
| TREX-009245.2.2 | Callout of TREX-009245 |
| TREX-009245.2.3 | Callout of TREX-009245 |
| TREX-009245.2.8 | Callout of TREX-009245 |
| TREX-009696 | Email from C. Verchere - S. Chu et al. re RE: Deepwater Horizon slide pack - May 31st 2010 |
| TREX-009696.1.1 | Callout of TREX-009696 |
| TREX-009696.1.2 | Callout of TREX-009696 |
| TREX-009696.1.3 | Callout of TREX-009696 |
| TREX-010522 | Email from J. Turnbull - J. Wellings et al. re Top Preventer Peer Assist Recommendations |
| TREX-010522.1.1 | Callout of TREX-010522 |
| TREX-010522.1.4 | Callout of TREX-010522 |
| TREX-010522.33.1 | Callout of TREX-010522 |
| TREX-010522.33.2 | Callout of TREX-010522 |
| TREX-010522.39.2 | Callout of TREX-010522 |
| TREX-010522.40.1 | Callout of TREX-010522 |
| TREX-010522.50.1 | Callout of TREX-010522 |
| TREX-010647 | Email from T. Lockett to T. Hill et al. re RE: CFD Heat Transfer Model Case 30a - 10,000 bdp flow to assess Hydrates via CFD of BOP stack placement |
| TREX-010647.1.2 | Callout of TREX-010647 |
| TREX-010647.2.2 | Callout of TREX-010647 |
| TREX-011296 | Mud Flow During Kill, Ron Dykhuizen & Charlie Morrow, July 1, 2010 |
| TREX-011296.1.1 | Callout of TREX-011296 |
| TREX-011296.2.1 | Callout of TREX-011296 |
| TREX-011305 | Email from SCHU to D. Leistikow, et al. re Conf call tps and q & a |
| TREX-011305.1.2 | Callout of TREX-011305 |
| TREX-011305.2.2 | Callout of TREX-011305 |
| TREX-011305.2.3 | Callout of TREX-011305 |
| TREX-011477 | Email from SCHU to T. Hunter, et al. re Conf call tps and q&a |
| TREX-011477.1.2 | Callout of TREX-011477 |
| TREX-011477.1.3 | Callout of TREX-011477 |
| TREX-011478 | Email from M. McNutt to K. Salazar, et al. re Way forward |

BP - Exhibits for Perkin

| TREX-011480 | Email from K. Fleckman to T. Hunter, et al. re Slides for May 16 Science Meeting |
|---|---|
| TREX-011480.1.1 | Callout of TREX-011480 |
| TREX-011480.22.1 | Callout of TREX-011480 |
| TREX-011677 | Letter from D. Moore to D. Stoltz re Discover Enterprise: Acceptance of Well Control Equipment |
| TREX-011677.1.4 | Callout of TREX-011677 |
| TREX-011677.129.2 | Callout of TREX-011677 |
| TREX-011677.130.4 | Callout of TREX-011677 |
| TREX-011677.145.5 | Callout of TREX-011677 |
| TREX-011677.146.3 | Callout of TREX-011677 |
| TREX-011677.3.5 | Callout of TREX-011677 |
| TREX-144757 | Email from M. McNutt to M. Lee-Ashley et al. re Re: RE: |
| TREX-144757.1.1 | Callout of TREX-144757 |
| TREX-144757.1.4 | Callout of TREX-144757 |
| TREX-144847 | Email from T. Hunter to S. Tieszen re Re: Flow |
| TREX-144847.1.2 | Callout of TREX-144887 |
| TREX-144847.2.1 | Callout of TREX-144847 |
| TREX-144989 | Email from I. Sneddon to E. Redd et al. re FW: Revised LMRP Removal Procedure DWH |
| TREX-144989.1.3 | Callout of TREX-144889 |
| TREX-144989.1.9 | Callout of TREX-144889 |
| TREX-145079 | Email from A. Olsen to E. Redd re Status BOP's etc. |
| TREX-145079.1.3 | Callout of TREX-145079 |
| TREX-145079.1.4 | Callout of TREX-145079 |

(2)

Aligned Parties' List of Exhibits / Demonstratives Used and Offered in
Connection with the Examination of Gregg Perkin on 09/30/2013

| NUMBER | DESCRIPTION |
|---|---|
| 011464R | Phase II Expert Report of Gregg Perkin |
| 011465 | Phase II Expert Rebuttal Report of Gregg Perkin |
| D-20008 | BP's Knowledge About Junk Shots Before Top Kill |
| D-20018 | Deposition Excerpts of Pat Campbell |
| D-20019 | Deposition Excerpts of Pat Campbell |
| D-20004 | Hayward Press Release |
| D-20005 | Deposition Excerpts of Secretary Steven Chu |
| D-20006 | Deposition Excerpts of Secretary Steven Chu |
| D-20007 | Deposition Excerpts of Mark Patterson |
| D-20014 | Reasons Known by BP for Top Kill Failure |
| D-20070 | Reasons Known by BP for Top Kill Failure - Mark Mazella Testimony |
| D-20071 | Reasons Known by BP for Top Kill Failure - David Barnett Testimony |
| D-20012 | BP's Analysis of Top Kill's Failure |
| D-20075 | BP's Analysis of Top Kill's Failure |
| D-20013 | Only Three Scenarios Presented by BP |
| D-20072 | No Mud Enters the Wellbore |
| D-20073 | Hydrocarbons Up The Casing |
| D-20074 | Deposition Excerpts of Lars Herbst |
| D-20016 | BOP on BOP Option Taken Off the Table as a Result of the Rupture Disk Misrepresentation |
| D-20017 | Capping Delayed as a Result of the Rupture Disk Misrepresentation |
| D-20015 | Deposition Excerpts of Admiral Kevin Cook |
| 11477 | Email from SCHU to T. Hunter, et al. re Conf call tps and q&a |

admitted 10/1/13 SK

(Corrected/amended list subsequently provided to the Court) 10/1/13 SK

## ALIGNED PARTIES' LIST OF EXHIBITS / DEMONSTRATIVES USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF JOHN WILSON (9/30/2013)

The Aligned Parties offer the following exhibits used during their September 30, 2013 examination of John Wilson into evidence:

*admitted 10/1/13 SK*

| NUMBER | DESCRIPTION |
|---|---|
| 11900 | Expert Report and CV of John Wilson (admitted 9-30) |
| 011900.1.1.TO | Callout of TREX-011900 |
| D-25019.1 | Summary of Wilson's Opinions - Page 1 |
| D-25019.2 | Summary of Wilson's Opinions - Page 2 |
| D-25013B | Organizational Chart (Board) |
| 05063 | E-mail from Trevor Hill to Gordon Birrell with Attachments, dated April 28, 2010 |
| 05063.1.1.TO | Callout of TREX-005063 |
| 05063.4.1.TO | Callout of TREX-005063 |
| 05063.4.2.TO | Callout of TREX-005063 |
| 05063.4.5.TO | Callout of TREX-005063 |
| 09266 | May 9, 2010 E-mail from Ole Rygg to Kurt Mix, Subject: Blowout Rates, with Attachments |
| 09266.1.1.TO | Callout of TREX-009266 |
| 09266.2.1.TO | Callout of TREX-009266 |
| D-25019.3 | Summary of Wilson's Opinions - Page 3 |
| D-25015C | Chart on Easel |
| 09628 | Hand-drawn chart, initialed MEL, dated Oct. 23, 2012; two pages from Admiral Landry's deposition |
| 009628.1.1.TO | Callout of TREX-009628 |
| 09155 | May 10, 2010 E-mail from Doug Suttles to Mary Landry, Subject: 01090800.PDF |
| 009155.1.1.TO | Callout of TREX-009155 |
| 009155.2.1.TO | Callout of TREX-009155 |
| 009155.3.1.TO | Callout of TREX-009155 |
| 009155.4.1.TO | Callout of TREX-009155 |
| 09157 | May 5 and 6, 2010 E-mail string among Kelly McAughan, Jasper Peijs, et al., Subject: WCD Plots Request, with Attachment, WCD Plots - Macondo 1 - 050510.ppt |
| 009157.1.1.TO | Callout of TREX-009157 |
| 009157.1.2.TO | Callout of TREX-009157 |
| 009157.2.1.TO | Callout of TREX-009157 |
| 09330 | E-mail chain, top e-mail from Ms. McAughan to Mr. Preijs, et al., dated May 06, 2010 |
| 009330.1.1.TO | Callout of TREX-009330 |

*Aligned Parties' Exhibits re John Wilson admitted 10/1/13 SK*

| D-25011A | Internal v. External Flow Rate Estimates |
|---|---|
| 011906 | BP Source Control and Flow Rate PowerPoint slides with embedded excel file |
| 03218 | Doug Suttles e-mail dated May 19, 2010 - re FW: Flow rate note? |
| 003218.1.1.TO | Callout of TREX-003218 |
| 003218.15.1.TO | Callout of TREX-003218 |
| 09156 | May 11, 2010 E-mail from Mike Mason to Cindy Yeilding, Debbie Kercho and others, Subject: Meeting Presentation May 11 2010 (3).ppt, with Attachments |
| 009156.1.1.TO | Callout of TREX-009156 |
| 009156.5.1.TO | Callout of TREX-009156 |
| 009156.12.1.TO | Callout of TREX-009156 |
| 009156.8.1.TO | Callout of TREX-009156 |
| 03220 | May 16, 2010 E-mail - From: Lynch, John E Jr. |
| 003220.1.1.TO | Callout of TREX-003220 |
| 09475 | May 17-18, 2010 E-mail string between Mike Brown and Philip Maule and Adam Ballard, Subject: MC252 Fluid composition |
| 009475.3.1.TO | Callout of TREX-009475 |
| 09474 | May 16, 2010 E-mail string between Trevor Hill and Farah Saidi, Subject: Update |
| 009474.1.2.TO | Callout of TREX-009474 |
| 09164 | May 27 and 28, 2010 E-mail string among Mark Mazzella, Paul Tooms, et al., Subject: BJ and Halli Data and May 27, 2010 E-mail from Rupen Doshi to Hank Porter, Tokes Adoun, Subject: Data Files from BP's Top Kill |
| 009164.1.1.TO | Callout of TREX-009164 |
| 01651 | Letter from R. Kevin Bailey, BP, to The Honorable Edward Markey, Subcommittee on Energy and Environment, re Response to Chairman Markey's Correspondence, Dated May 14, 2010, to Mr. Lamar McKay, President and CEO of BP America, Inc., attaching various tables, drawing, and memos |
| 001651.1.1.TO | Callout of TREX-001651 |
| 052673.17.3.TO | Callout of GUILTY PLEA AGREEMENT, United States of America v. BP Exploration & Production, Inc., Filed 11/15/12 |
| D-25019.4 | Summary of Wilson's Opinions - Page 4 |
| 09132 | May 18, 2010 E-mail from Kate Baker to Bill Kirton, Jonathan Sprague and others, Subject: Draft for our comment summary points from the KWOP discussion, with Attachments |
| 009132.2.1.TO | Callout of TREX-009132 |

## Aligned Parties' Exhibits - re John Wilson

| | |
|---|---|
| 09250 | May 14 and 16 - 18, 2010 E-mail string among Trevor Hill, Kurt Mix and others, Subject: Pressure build-up, with Attachments |
| 009250.2.2.TO | Callout of TREX-009250 |
| 009250.1.2.TO | Callout of TREX-009250 |
| D-25019.5 | Summary of Wilson's Opinions - Page 5 |
| 09160 | May 27, 2010 text message from Kurt Mix to Jon Sprague |
| 009160.1.1.TO | Callout of TREX-009160 |
| D-25018A | Chart by John Wilson titled BP: 5,000 BOPD "Best Estimate" |
| D-25019 | Summary of Opinions |

(3)

admitted 10/1/13 SK

*Corrected/Amended*

Aligned Parties' List of Exhibits / Demonstratives Used and Offered in Connection with the Examination of Gregg Perkin on 09/30/2013

| NUMBER | DESCRIPTION |
|---|---|
| 011464R | Phase II Expert Report of Gregg Perkin |
| 011465R | Phase II Expert Rebuttal Report of Gregg Perkin |
| D-20008 | BP's Knowledge About Junk Shots Before Top Kill |
| D-20018 | Deposition Excerpts of Pat Campbell |
| D-20019 | Deposition Excerpts of Pat Campbell |
| D-20004 | Hayward Press Release |
| D-20005 | Deposition Excerpts of Secretary Steven Chu |
| D-20006 | Deposition Excerpts of Secretary Steven Chu |
| D-20007 | Deposition Excerpts of Mark Patterson |
| D-20014 | Reasons Known by BP for Top Kill Failure |
| D-20070 | Reasons Known by BP for Top Kill Failure - Mark Mazella Testimony |
| D-20071 | Reasons Known by BP for Top Kill Failure - David Barnett Testimony |
| D-20012 | BP's Analysis of Top Kill's Failure |
| D-20075 | BP's Analysis of Top Kill's Failure |
| D-20013 | Only Three Scenarios Presented by BP |
| D-20072 | No Mud Enters the Wellbore |
| D-20073 | Hydrocarbons Up The Casing |
| D-20074 | Deposition Excerpts of Lars Herbst |
| D-20016 | BOP on BOP Option Taken Off the Table as a Result of the Rupture Disk Misrepresentation |
| D-20017 | Capping Delayed as a Result of the Rupture Disk Misrepresentation |
| D-20015 | Deposition Excerpts of Admiral Kevin Cook |
| 11477 | Email from SCHU to T. Hunter, et al. re Conf call tps and q&a |

*admitted 10/1/13*