UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | : | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | : | |
| of Mexico, on April 20, 2010 | : | SECTION: J |
| | : | |
| This Document Relates to: | : | JUDGE BARBIER |
| | : | |
| Civ. No. 10-4536 | : | MAG. JUDGE SHUSHAN |

. . .. .. ..  .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. . . . .

UNITED STATES' OBJECTIONS TO BP SECOND DEMONSTRATIVES
DISCLOSURES FOR THE QUANTIFICATION SEGMENT OF THE PHASE TWO
TRIAL

Pursuant to Pre-Trial Order Nos. 8173 and 11180, the United States hereby objects to certain of the demonstratives provided by BP on October 2, 2013.

### A.   Amended Versions Of Previously Objected To Demonstratives Remain Objectionable.

The United States objects to Demonstratives that BP has amended, but which still contain the defect in the original demonstratives. Specifically, for demonstratives D-24218A, D-24253A, D-24254A, D-24255A, D-24256A, the assumptions and opinions of Drs. Pooladi-Darvish and Kelkar are misrepresented. There is no support in any of the reports or deposition testimony for the demonstratives as amended and they therefore lack foundation

### B.   Newly Disclosed Demonstratives Are Misleading and Lack Foundation

The United States objects to demonstratives D-24363 and D-24364 as misleading and lacking foundation. The "government" did not generate compressibility data and "present" it to BP, as implied in D-24363, nor did it share or hide compressibility data from BP, as implied in D-24364. With respect to Demonstratives D-24356-3 and D-24356-4, the United States objects

1

on the grounds that the red and green lines, respectively, depicted in the charts are not supported by any of the citations and therefore lack foundation.

Respectfully submitted,

| | |
|---|---|
| BRIAN HAUCK | ROBERT G. DREHER |
| Deputy Assistant Attorney General | Acting Assistant Attorney General |
| Civil Division | Environment & Natural Resources Division |
| | |
| PETER FROST | SARAH HIMMELHOCH |
| Directory, Torts Branch, Civil Division | NANCY FLICKINGER |
| Admiralty and Aviation | SCOTT CERNICH |
| STEPHEN G. FLYNN | RICHARD GLADSTEIN |
| Assistant Director | THOMAS BENSON |
| MICHELLE DELEMARRE | Senior Attorneys |
| SHARON SHUTLER | A. NATHANIEL CHAKERES |
| JESSICA SULLIVAN | ANNA CROSS |
| JESSICA MCCLELLAN | BETHANY ENGEL |
| MALINDA LAWRENCE | JUDY HARVEY |
| Trial Attorneys | RACHEL KING |
| | ERICA PENCAK |
| | Trial Attorneys |
| | |
| | /s/ Sarah Himmelhoch |
| | STEVEN O'ROURKE |
| R. MICHAEL UNDERHILL, T.A. | Senior Attorney |
| Attorney in Charge, West Coast Office | Environmental Enforcement Section |
| Torts Branch, Civil Division | U.S. Department of Justice |
| U.S. Department of Justice | P.O. Box 7611 |
| 7-5395 Federal Bldg., Box 36028 | Washington, D.C. 20044 |
| 450 Golden Gate Avenue | Telephone: 202-514-2779 |
| San Francisco, CA 94102-3463 | Facsimile: 202-514-2583 |
| Telephone: 415-436-6648 | E-mail: steve.o'rourke@usdoj.gov |
| Facsimile: 415-436-6632 | |
| E-mail: mike.underhill@usdoj.gov | DANA J. BOENTE |
| | United States Attorney |
| | Eastern District of Louisiana |
| | |
| | SHARON D. SMITH |
| | Assistant United States Attorney |
| | Eastern District of Louisiana |
| | 650 Poydras Street, Suite 1600 |
| | New Orleans, LA 70130 |
| | Telephone: (504) 680-3000 |

2

              Facsimile:  (504) 680-3184
              E-mail:  sharon.d.smith@usdoj.gov

Attorneys for the UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12.

Dated: September 30, 2013

/s/ Sarah Himmelhoch