UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER |
| Applies to:  No. 10-2771, and All Cases | § § § | MAG. JUDGE SHUSHAN |

**HALLIBURTON'S MOTION FOR LEAVE TO FILE AN EXHIBIT CITED IN ITS RESPONSE TO BP'S MOTION FOR LEAVE TO SUPPLEMENT RECORD AND FILE MEMORANDUM REGARDING HALLIBURTON'S POST-TRIAL GUILTY PLEA AGREEMENT UNDER SEAL**

**PLEASE TAKE NOTICE** that Defendant Halliburton respectfully requests leave to file under seal an exhibit designated as confidential and referenced in its Response to BP's Motion for Leave to Supplement Record and File Memorandum Regarding Halliburton's Post-Trial Guilty Plea Agreement.  Specifically, Halliburton seeks to file the July 18, 2012 Elysium Digital Report and Exhibits A, L and U attached thereto (Exhibit 2) designated as confidential under seal.

For the Court's convenience, the referenced exhibit that Halliburton seeks to file under seal will be emailed to the Court.

Respectfully Submitted,

**GODWIN LEWIS PC**

**By:** /s/ Donald E. Godwin
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
Floyd.Hartley@GodwinLewis.com
Gavin E. Hill
State Bar No. 00796756
Gavin.Hill@GodwinLewis.com

1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

R. Alan York
State Bar No. 22167500
Alan.York@GodwinLewis.com
Jerry C. von Sternberg
State Bar No. 20618150
Jerry.vonSternberg@GodwinLewis.com
Misty Hataway-Coné
State Bar No. 24032277
Misty.Cone@GodwinLewis.com

1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT HALLIBURTON**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Halliburton's Motion for Leave to File an Exhibit Cited in its Response to BP's Motion for Leave to Supplement Record and File Memorandum Regarding Halliburton's Post-Trial Guilty Plea Agreement Under Seal has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 3rd day of October, 2013.

/s/  Donald E. Godwin
Donald E. Godwin

**HALLIBURTON'S MOTION FOR LEAVE TO FILE AN EXHIBIT CITED IN ITS RESPONSE TO BP'S MOTION FOR LEAVE TO SUPPLEMENT RECORD AND FILE MEMORANDUM REGARDING HALLIBURTON'S POST-TRIAL GUILTY PLEA AGREEMENT UNDER SEAL**      **Page 3 of 3**

2301624 v1-24010/0002 PLEADINGS