UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| Applies to:  No. 10-2771, and All Cases | § § § | MAG. JUDGE SHUSHAN |

**ORDER GRANTING HALLIBURTON'S MOTION FOR LEAVE TO FILE AN EXHIBIT CITED IN ITS RESPONSE TO BP'S MOTION FOR LEAVE TO SUPPLEMENT RECORD AND FILE MEMORANDUM REGARDING HALLIBURTON'S POST-TRIAL GUILTY PLEA AGREEMENT UNDER SEAL**

On this day the Court heard and considered Defendant Halliburton's Motion for Leave to File an Exhibit Cited in its Response to BP's Motion for Leave to Supplement Record and File Memorandum Regarding Halliburton's Post-Trial Guilty Plea Agreement Under Seal (the "Motion").

The Court, after reviewing the Motion, finds that good cause has been shown, and that Halliburton's Motion should be and is in all things GRANTED.

IT IS HEREBY ORDERED that Halliburton is permitted to file under seal Exhibit 2, attached to its Response to BP's Motion for Leave to Supplement Record and File Memorandum Regarding Halliburton's Post-Trial Guilty Plea Agreement, to be included in the record.

Signed on the _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE