UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : : : | MDL NO. 2179 |
| | | SECTION: J |
| THIS DOCUMENT RELATES TO: ALL CASES | : : : : | JUDGE BARBIER MAG. JUDGE SHUSHAN |

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

## BP'S AND ANADARKO'S OBJECTIONS TO DEMONSTRATIVE AIDS

Pursuant to the Court's *Amended Pre-Trial Order No. 54 Regarding Pre-Trial Procedures for February 25, 2013* (Rec. Doc. 8173) and the August 29, 2013 *Order and Revised Phase Two Timeline* (Rec. Doc. 11180), Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively "BP") and Anadarko Petroleum Corporation ("Anadarko") object to certain of the demonstratives exchanged by the United States on October 3, 2013 as described generally and specifically herein.  BP and Anadarko reserve the right to add, remove, or modify their objections and to add or remove objections to (1) any demonstrative revised or newly disclosed after the date of this letter or (2) any demonstrative affected by future rulings of the Court.

### General Objections

BP and Anadarko object to any demonstrative:

(1)  that does not accurately represent underlying evidence admissible in this case;

(2) regarding subject matters irrelevant to the Phase Two Trial that began on September 30, 2013 (including matters related only to Phase I or Penalty Phase issues);

(3) referencing, quoting, or derivative of an exhibit or testimony that is inadmissible;

(4) that lacks a citation to testimony or an admissible trial exhibit if based on an exhibit, per the Court's August 29, 2013 *Order and Revised Phase Two Timeline* (Rec. Doc. 11180);

(5) that is based on or represents evidence that has been excluded by Court rulings or for which admission is barred by statute or regulation;

(6) referencing, quoting, or derivative of expert reports or deposition testimony of expert witnesses that are the subject of Daubert motions submitted by BP and Anadarko;

(7) that contain or consist of animations with narration, as such narration may contain inadmissible hearsay, is potentially misleading and/or inaccurate, and is not subject to cross-examination, and/or

(8) that lacks foundation because no witness or expert has testified or submitted a report in support of the matters presented in the demonstrative.

## <u>Specific Objections</u>

In addition to the foregoing general objections, BP and Anadarko object to the United States demonstrative **D21033** as misleading and lacking foundation and proper support in the cited sources.  The demonstrative, entitled "BP's Inputs and Estimates" is vague as to the timeframe discussed, with no definition of the column header "Then."  This is especially misleading where, the demonstrative includes only "12 microsips" with regard to rock compressibility, when 6 microsips was used for a substantial period.  D21033 further mischaracterizes and misstates cited evidence and lacks support for representations made about "BP's inputs and estimates."  For example, with regard to erosion, the demonstrative references one of the drill pipes eroding, which is not supported by the cited sources, without including mention of other components that eroded as contained in the cited evidence.  "Erosion of Metal in BOP" on the demonstrative is misleading as it lacks foundation and support in the cited

evidence.   The demonstrative also contains misstatements of permeability ranges and a misleading claim of no final day flow rate.

There are also pending objections to trial exhibits that the United States cites as support for the demonstrative.   BP and Anadarko object to D21003 to the extent that it relies on the following exhibits: TREX-005990 (Hearsay (FRE 802)); Pending Objection to TREX-009324 (Hearsay (FRE 802); Hearsay within Hearsay (FRE 802)); Pending Objection to TREX-010841 (Hearsay (FRE 802); Hearsay within Hearsay (FRE 802)).

Dated: October 4, 2013

Warren Anthony Fitch
Ky E. Kirby
BINGHAM MCCUTCHEN LLP
2020 K Street NW Washington,
DC 20006
Telephone: (202) 373-6000

James J. Dragna
BINGHAM MCCUTCHEN LLP
355 S. Grand Avenue, Suite 4400
Los Angeles, California 90071
Telephone: (213) 680-6400

Deborah D. Kuchler, T.A. (Bar No. 17013)
KUCHLER POLK SCHELL
WEINER & RICHESON, LLC
1615 Poydras Street, Suite 1300
New Orleans, Louisiana 70112
Telephone: (504) 592-0691

*Attorneys for Anadarko Petroleum
Corporation*

Respectfully submitted,

By: /s/ Don K. Haycraft

Don K. Haycraft (Bar No. 14361)
LISKOW & LEWIS One
Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Barry E. Fields, P.C.
Hariklia ("Carrie") Karis, P.C.
Matthew T. Regan, P.C. KIRKLAND &
ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000

Robert C. "Mike" Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

*Attorneys for BP Exploration & Production
Inc. and BP America Production Company*

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of October, 2013.


_____/s/ Don K. Haycraft_____