# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010. | MDL No. 2179<br>SECTION "J"<br><br>JUDGE BARBIER |
| Applies to:<br>10-4239, *State of Veracruz, Republic of Mexico v. BP, PLC, et al;*<br>10-4240, *State of Tamaulipas, Republic of Mexico v. BP, PLC et al;*<br>10-4241, *State of Quintana Roo, Republic of Mexico v. BP, PLC, et.al.* | MAGISTRATE SHUSHAN<br><br>NOTICE OF APPEAL |

## NOTICE OF APPEAL

Notice is hereby given that The State of Veracruz, Republic of Mexico; State of Tamaulipas, Republic of Mexico; and State of Quintana Roo, Republic of Mexico, Plaintiffs in the above named cases hereby appeal to the United States Court of Appeals for the Fifth Circuit from the following:

1. Order & Reasons As to the Cross Motions for Summary Judgment regarding the claims by the Mexican States signed and entered in this action on September 6, 2013 [Document No. 11281];

2. The Final Judgment signed and entered on September 12, 2013 [Document 11350];

3. Order and Reasons [as to the Local Government Entity Master Complaint and Certain Other Cases Within Pleading Bundle "C"] dated December 9, 2011 [Rec.Doc. 4845].

Dated: October 4th, 2013

Respectfully submitted,

        **SERNA & ASSOCIATES PLLC**

        /s/ Enrique G. Serna
        Enrique G. Serna
        enrique@serna-associates.com
        20985 IH 10 W
        San Antonio, Texas
        Telephone: 210.472.2222
        Facsimile: 210.228.0839

## CERTIFICATE OF SERVICE

I hereby Certify that the above and foregoing pleading, **NOTICE OF APPEAL**, has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No.12, and that the foregoing was electronically filed by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this the 4th of October 2013.

        /s/ Enrique G. Serna
        Enrique G. Serna