**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
FILED  10-1-13

WILLIAM W. BLEVINS
CLERK

 **Chu, Steven (Vol. 01) - 01/24/2013**　　　　　　　　　　　　　6 CLIPS  (RUNNING 00:07:27.276)

### CHU

| CHU | 3 SEGMENTS  (RUNNING 00:00:35.762) |



**1. PAGE 9:13 TO 9:15  (RUNNING 00:00:03.800)**

```
13      Q.      Would you state your full name
14 for the record, please.
15      A.      Steven Chu.
```

**2. PAGE 64:09 TO 64:12  (RUNNING 00:00:08.718)**

```
09      Q.      (BY MR. BROCK)  Is it correct
10 that Secretary Chu played a direct role in
11 figuring out how to stop or contain the flow
12 of oil?
```

**3. PAGE 64:14 TO 64:19  (RUNNING 00:00:23.244)**

```
14      A.      A direct role in how to set --
15 well, we certainly -- I was certainly playing
16 a role in helping diagnose what was
17 happening, helping vet and discuss plans
18 going forward that led eventually to the
19 stopping of the leak.
```

 ### CHU

| CHU | 7 SEGMENTS  (RUNNING 00:01:34.182) |



**1. PAGE 188:09 TO 188:16  (RUNNING 00:00:16.573)**

```
09      Q.      And in order to assess or to
10 provide this assistance, you needed data,
11 correct?
12      A.      Correct.
13      Q.      And some of that data was
14 provided to you by BP, correct?
15      A.      I would say most of the data was
16 provided to us by BP.
```

**2. PAGE 198:08 TO 198:11  (RUNNING 00:00:14.616)**

```
08      Q.      (BY MR. LI)  Okay.  If I could
09 ask you to turn to Tab 94, which has been
10 previously marked as Exhibit 9673.  This is
11 an e-mail from Marcia McNutt.
```

**3. PAGE 198:15 TO 198:19  (RUNNING 00:00:13.804)**

```
15 She writes, and
16 this is in relation to BP's report, "What
17 appears to be missing is a mention of how an
18 earlier, accurate estimate of flow rate might
19 have accelerated full containment."
```

**4. PAGE 198:22 TO 198:23  (RUNNING 00:00:05.703)**

```
22      Q.      And would you agree with Ms. --
23 Dr. McNutt?
```

**5. PAGE 198:25 TO 199:02  (RUNNING 00:00:13.811)**

```
       25        A.     I think, yes, that is true.  If
00199:01  one knew earlier the amount of flow, things
       02  would have been different, yes.
```

**6. PAGE 199:24 TO 200:02  (RUNNING 00:00:10.604)**

```
       24        Q.     (BY MR. LI)  Okay.  So you would
       25  have a better chance of estimating the
00200:01  probabilities of success of the dynamic kill
       02  had you had accurate flow rate information?
```

**7. PAGE 200:04 TO 200:09  (RUNNING 00:00:19.071)**

```
       04        A.     Yes.  Again, as I said before,
       05  if the flow is 10 to 15,000 barrels per day
       06  rate versus 50 or 60 or 70,000 barrels, it
       07  changes the probability that a dynamic kill
       08  will work, even just based on all the
       09  previous experiences of dynamic kills.
```

 CHU

CHU                     **4 SEGMENTS  (RUNNING 00:00:42.561)**           

**1. PAGE 206:14 TO 206:19  (RUNNING 00:00:13.347)**

```
       14        Q.     (BY MR. LI)  But if they -- if
       15  they didn't tell you that they had internal
       16  estimates that were significantly higher, in
       17  the 40, 50, 60,000 barrel range, you would
       18  consider that material information that you
       19  did not receive, correct?
```

**2. PAGE 206:21 TO 206:23  (RUNNING 00:00:05.717)**

```
       21        A.     Yes, that would have -- we would
       22  have had more discussions about the
       23  feasibility.
```

**3. PAGE 212:22 TO 213:01  (RUNNING 00:00:12.560)**

```
       22   if BP had flow rate
       23  estimates that varied these very --
       24  parameters to bound the answers on the flow
       25  rate, would you have liked to see that in the
00213:01  mid May time frame?
```

**4. PAGE 213:03 TO 213:06  (RUNNING 00:00:10.937)**

```
       03        A.     Yes, I would have certainly have
       04  liked to seen how they were estimating flows
       05  as it was relevant to well control such as
       06  top kill.
```

 CHU

CHU                     **5 SEGMENTS  (RUNNING 00:01:05.314)**           

**1. PAGE 213:07 TO 213:09  (RUNNING 00:00:07.210)**

```
       07        Q.     (BY MR. LI)  Okay.  I'd ask you
       08  to look at Tab 1, which has previously been
       09  marked Exhibit 5063.
```

**2. PAGE 214:24 TO 215:06 (RUNNING 00:00:15.147)**

```
  24         Q.     Did you ever get this Modeling
  25  of system flow behaviour (reservoir to sea)
00215:01  from BP?
  02         MR. BROCK:  Object to form.
  03         A.    No.
  04         Q.     (BY MR. LI)  Would this type of
  05  data have been helpful to you in doing your
  06  analysis?
```

**3. PAGE 215:08 TO 215:10 (RUNNING 00:00:07.005)**

```
  08         A.     It would have been relevant,
  09  again, in evaluating things like dynamic top
  10  kills.
```

**4. PAGE 222:05 TO 222:11 (RUNNING 00:00:23.852)**

```
  05                Did BP share with you what they
  06  knew about the flow of oil and gas from the
  07  well?
  08         A.     They did not share with us the
  09  specific estimates you just showed me.  Or --
  10  or quantitative ranges as -- as -- as the
  11  internal document showed.
```

**5. PAGE 222:13 TO 222:14 (RUNNING 00:00:12.100)**

```
  13  look at Tab 29.  This is a document that's
  14  previously been marked as Exhibit 9475.
```

 **CHU**

| CHU | 5 SEGMENTS (RUNNING 00:01:11.953) |  |
|---|---|---|

**1. PAGE 223:08 TO 223:10 (RUNNING 00:00:05.906)**

```
  08         Q.     And he writes -- if you could
  09  read the last sentence of his -- of his
  10  e-mail.
```

**2. PAGE 223:14 TO 223:21 (RUNNING 00:00:19.656)**

```
  14   We remain in a position where no flow
  15  related information can be released
  16  internally or externally."
  17         Q.     Did you know that as of
  18  May 17th, 2010, BP or Mr. Lynch remained in a
  19  position where no flow rate related
  20  information can be released internally or
  21  externally?
```

**3. PAGE 223:23 TO 224:02 (RUNNING 00:00:09.476)**

```
  23         A.    No.
  24         Q.     (BY MR. LI)  Did you know that
  25  BP was -- or Mr. Lynch was under instructions
00224:01  that he could not release internally or
  02  externally flow rate information?
```

**4. PAGE 224:04 TO 224:12 (RUNNING 00:00:18.865)**

```
  04         A.    No.
  05         Q.     (BY MR. LI)  Would that have
  06  been relevant or material to you in
  07  determining or in providing advice to
  08  decision makers about source control
```

```
             09   strategy, the fact that BP had a policy --
             10        A.   Yes.
             11        Q.       -- restricting the flow of
             12   information internally or externally?
```

**5. PAGE 224:15 TO 224:19 (RUNNING 00:00:18.050)**

```
             15        A.       It would have -- it certainly
             16   would have started a conversation somewhat
             17   along the lines of, you know, we're here to
             18   help you.  We need all the information that's
             19   relevant.
```


CHU

| CHU | 6 SEGMENTS  (RUNNING 00:02:17.504) |



**1. PAGE 306:20 TO 306:24 (RUNNING 00:00:10.940)**

```
             20        Q.       (BY MR. BROCK)  Okay.  Did
             21   anyone ever share this information with you
             22   that the modeling indicates that a dynamic
             23   kill cannot be successfully executed if the
             24   oil flow rate is 15,000 stock tank barrels?
```

**2. PAGE 307:02 TO 307:03 (RUNNING 00:00:06.754)**

```
             02        A.       (Continuing)  I don't recall a
             03   detailed discussion of this at all, in fact.
```

**3. PAGE 307:04 TO 307:07 (RUNNING 00:00:12.676)**

```
             04        Q.       (BY MR. BROCK)  All right.  Now,
             05   did you understand that unlike momentum or
             06   dynamic kill, that the technique of junk shot
             07   was not dependent on the initial flow rate?
```

**4. PAGE 307:09 TO 307:22 (RUNNING 00:00:33.225)**

```
             09        A.       I -- no.  All of -- all of these
             10   things are dependent on flow rate.  The idea
             11   of junk shot was it would -- if there were
             12   large holes, if you will, or orifices where a
             13   lot of the oil would be coming out, that the
             14   junk shot would partially clog those
             15   orifices, slow down at least temporarily the
             16   amount of oil coming out that would help in
             17   the dynamic kill.
             18        Q.       (BY MR. BROCK)  Right.
             19        A.       But it would certainly depend on
             20   the flow, because --
             21        Q.   Right.
             22        A.   Right.
```

**5. PAGE 308:09 TO 308:18 (RUNNING 00:00:39.268)**

```
             09        Q.       Do you have a judgment or a view
             10   as to what flow rate the junk shot part of
             11   top kill would effectively shut-in?
             12        MR. CERNICH:  Object to form.
             13        A.       No, I don't.  When BP came to us
             14   later, they were arguing that they felt
             15   confident it would work.  I believe the words
             16   Kent Wells used, that this is a slam dunk.
             17        Q.       (BY MR. BROCK)  Did you think it
             18   was a slam dunk?
```

6. PAGE 308:20 TO 309:02  (RUNNING 00:00:34.641)

```
      20          A.      In the early part of May there
      21   was a -- we were listening and trying to
      22   evaluate based on that, but certainly after
      23   the event and after the postmortem, that's
      24   where we began to be much more critical about
      25   what BP planned to do, because I think there
00309:01   was a feeling that perhaps their evaluation
      02   was -- should be more deeply looked at.
```

TOTAL: 6 CLIPS FROM 1 DEPOSITIONS (RUNNING 00:07:27.276)



**From:** McNutt, Marcia K
**Sent:** Tuesday, September 07, 2010 12:06 PM
**To:** Bakalov, Raya
**CC:** Strickland, Thomas; Lewis, Wilma; Bromwich, Michael; SLV; Hayes, David
**Subject:** Re: Comments on BP's Report

What appears to be missing is a mention of how an earlier, accurate estimate of flow rate might have accelerated full containment. For example, the coffer dam failed because the flow rate was off by an order of magnitude. At the time the Enterprise and Q were brought online, BP was planning for a flow rate that was more than a factor of 2 too low.



TREX.9673.1.1.TO



From: Hill, Trevor
Sent: Wed Apr 28 12:49:52 2010
To: Birrell, Gordon Y
Cc: Austin, Julian; Tooms, Paul J; Nichols, Mark
Subject: RE: Action Items from 3:00 PM Sunday telecon - flow modeling
Importance: Normal
Attachments: Modeling of system flow behaviour rev 1.doc

Gordon

As requested via Julian please see the attached short note on modeling of flow through the system. Please let me know if this does not cover the full intent of your question. We have modeled the whole system from reservoir to sea in order to bound the answers on flowrate.

Regards
Trevor

TREX.5063.1.1.TO

**From:** Lynch, Richard
**Sent:** 17 May 2010 18:06
**To:** Ballard, Adam; 'Norm.McMullen@comcast.net'; Brown, Mike T
**Cc:** O'Donnell, William R; Bond, Stan L; MC252_Email_Retention; Saidi, Farah; Clarkson, David



Could you have one of your engineering team provide the basic information to Adam Ballard as requested below. We remain in a position where no flow related information can be released internally or externally.

TREX.9475.3.1.TO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

THIS DOCUMENT RELATES TO ALL CASES

Phase II Deposition Summary for Steven Chu

I. **Overview of Deponent**

Employer During Response: United States Department of Energy

Job During Response: Secretary of Energy (9:16-18)

Education: Bachelor's degrees in Mathematics and Physics in 1970 from University of Rochester (14:5-11)

Ph.D. in Physics in 1976 from University of California Berkeley (16:7-10)

Work Experience: Between obtaining his undergraduate degrees and beginning his Ph.D program, Dr. Chu worked as a trainee in astrophysics at the National Radio Astronomy Observatory. (14:20-16:2). Following his Ph.D. program, Dr. Chu was a postdoctoral fellow at the University of California (Berkeley) and the Lawrence Berkeley National Laboratory. (16:16-17:11). In 1978, Dr. Chu began working at Bell Labs. (17:17-20). His areas of concentration were primarily atomic physics, condensed matter physics, and biological physics. (17:21-18:4). Between 2004 and 2009, Dr. Chu served as the director of Lawrence Berkeley National Laboratory. (18:18-21). Dr. Chu became the United States Secretary of Energy in 2009. (9:13-21). In February 2013, Dr. Chu announced his resignation. He will remain the Secretary of Energy until the end of April 2013, pending his successor's confirmation.

Role/Responsibility During
Response: Secretary Chu arrived in Houston to work on the response on May 12, 2010. (53:9-54:4). Secretary Chu directly communicated with

1

BP regarding efforts to contain the leak, at times giving suggestions to BP. (64:9-65:11). While Secretary Chu initially arrived in Houston to assist in diagnosing the BOP, that role evolved as Secretary Chu and his team were brought into more conversations about the control of the well itself, including the top kill effort. (183:4-16). As Secretary Chu advised BP with respect to controlling the well, he came into contact with information that he believed would assist him to develop a flow rate estimate; in June 2010, this became another focus of his work. (84:17-85:2, 91:13-23). Secretary Chu participated in the meetings on July 30 and 31 when the United States arrived at what became its official flow rate estimate. (165:1-8).

Rule 30(b)(6) Designee:   No

2