**U.S. DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA
FILED  10-1-13
~~WILLIAM W. BLEVINS~~
CLERK

## Cook, Kevin S. (Vol. 01) - 10/10/2012

2 CLIPS  (RUNNING 00:01:53.918)


COOK

| COOK | 2 SEGMENTS  (RUNNING 00:00:06.815) |



**1. PAGE 9:21 TO 9:23  (RUNNING 00:00:03.618)**

```
21     Q.  Can you state your name for the record,
22  please?
23     A.  Kevin Cook.
```

**2. PAGE 152:23 TO 152:23  (RUNNING 00:00:03.197)**

```
23             (Exhibit No. 9412 marked.)
```


COOK

| COOK | 5 SEGMENTS  (RUNNING 00:01:47.103) |



**1. PAGE 156:25 TO 157:06  (RUNNING 00:00:20.560)**

```
        25     Q.  If you'd turn down to the "Learning's
00157:01  from" the "'Top Kill Operation,'" there's an
        02  indication that the "...rupture disks...may have
        03  failed during the initial well control event."
        04  And that "may" is in parentheses -- I mean in
        05  italics, right?
        06     A.  Correct.
```

**2. PAGE 157:14 TO 157:17  (RUNNING 00:00:08.240)**

```
14     Q.  (By Ms. Davis) I'm asking you whether you
15  agree that BP seems to be conveying here that it
16  is a possibility, but not a certainty, that the
17  rupture disks have failed?
```

**3. PAGE 157:20 TO 158:08  (RUNNING 00:00:32.418)**

```
        20     A.  It was the most plausible scenario that
        21  BP presented at the meeting that took place the
        22  twenty -- it was the 29th, I think it was, in the
        23  afternoon.
        24     Q.  (By Ms. Davis) Okay.  You're looking at
        25  the next bullet point.  They say "If they have
00158:01  failed..."  Do you see that?
        02     A.  I do.
        03     Q.  Okay.  So in combination, those two
        04  paragraphs, you would agree with me that BP is
        05  not telling Admiral Allen here, that for sure the
        06  rupture disks have failed, but, rather, that
        07  there is a concern that they have failed, and if
        08  they have failed, there are consequences, right?
```

**4. PAGE 158:11 TO 158:15  (RUNNING 00:00:13.106)**

```
11     A.  I'm agreeing that's what it says.  I'm
12  telling you, from being there, that the context
13  was that there was no other plausible scenario
14  being presented, only that one for the failure of
15  top kill.
```

5. PAGE 159:02 TO 159:12 (RUNNING 00:00:32.779)

```
02       Q.  (By Ms. Davis) And you agreed with that
03  view at the time?
04       A.  Yeah, I -- I didn't have the expertise to
05  not agree.  So as a user of the information, you
06  know, my ma -- my real job was then to help the
07  Team focus on the coordination that would enable
08  the next containment option to be used.  So I
09  really wasn't concerning myself with the details
10  of the final analysis.  If that's what the
11  Experts were saying, then we're going to move on
12  to something else.
```

TOTAL: 2 CLIPS FROM 1 DEPOSITIONS (RUNNING 00:01:53.918)

## Rationale for Containment vs "BOP on BOP"

### Our Strategy to Date

1. Do not take action which could cause the situation to deteriorate;
2. Work all possible options - and in parallel;
3. Leverage the resources of industry and government to fullest extent – "no stone left unturned".

### Learning's from "Top Kill" Operation

1. Diagnostics and data acquired suggest that rupture disks in the 16" casing may have failed during the initial well control event;
2. If they have failed, any attempt to "shut in" the well from the surface (eg using the BOP on BOP option) could cause hydrocarbons to flow to shallow formations and onwards to the seafloor.

### Decision

- As this possibility cannot be ruled out – the lowest risk option is to contain the well flow and not shut the well in;
- As a result, the "BOP on BOP" option has been discontinued. The DDII is consequently returning to drilling operations;
- We move forward with Containment in three phases:
  (i) LMRP Cap;
  (ii) Flowback to Q4000 along with LMRP Cap;
  (iii) Permanent Riser flowing to FPSO / Shuttle Tanker.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

THIS DOCUMENT RELATES TO ALL CASES

Phase II Deposition Summary for Admiral Kevin Cook

## I. Overview of Deponent

Current Employer:    U.S. Coast Guard (9:24-25)

Current Job:    Deputy Commander, Atlantic Region (12:10-13)

Education:    Post-graduate training in Chemical Engineering (29:10-16)

Work Experience:    Joined U.S. Coast Guard in 1979 (12:3-5) Was serving as the Director of Prevention Policy in 2010. (12:17-21)

Role/Responsibility During Response:    Admiral Cook served as the National Incident Commander's representative to the Houston Incident Command Post beginning May 23rd. (30:12-20) In this role Admiral Cook provided technical assistance to the NIC as well as providing an executive view of activities at the Houston Incident Command Post. (35:20- 36:8)

Rule 30(b)(6) Designee:    Yes, Admiral Cook was the 30(b)(6) designee of the United States on Topics 9, 10, 11, 12, 13, 14, 18, 19, 24, and 26 except as they related Federal Science Team/Department of Energy. (18:20-25)

The areas of inquiry are:

9. Your knowledge of BP's efforts to engage or include United States personnel or United States contractors in Source Control Efforts.

10. Your knowledge of any omissions by BP to engage or include United States personnel or United States contractors in Source Control Efforts.

1

11. Your knowledge of BP's efforts to provide information to United States contractors in connection with Source Control Efforts.

12. Your knowledge of any failure by BP to provide information to United States personnel or United States contractors in connection with the Source Control Efforts.

13. To the extent not otherwise addressed by these topics, your knowledge of and involvement in the decision regarding whether or not to undertake a specific Source Control Effort for which a proposal, evaluation or analysis had been developed.

14. Your knowledge of and involvement in the sequencing of Source Control Efforts, including the considerations or factors that accounted for the sequence of Source Control Efforts.

18. Your knowledge of and involvement in the identification, design, planning, fabrication, testing, selection, and/or approval of the use of a second blowout preventer as a means to control or cease the flow of oil and gas from the MC252 Well.

19. Your knowledge of and involvement in the identification, design, planning, fabrication, testing, selection, and/or approval of the use of a capping stack as a means to control or cease the flow of oil and gas from the MC252 Well.

24. Your knowledge of and involvement in the identification, design, planning, fabrication, testing, selection, and/or approval of the use of the choke or kill line of the Deepwater Horizon blow-out preventer as a means to capture oil and gas from the MC252 Well.

26. Your knowledge of and involvement in the identification, design, planning, fabrication, testing, selection, and/or approval of the use of a Static Kill as a means to kill the MC252 Well.