U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  10-1-13
WILLIAM W. BLEVINS
CLERK

Holt, Charles (Vol. 01) - 11/28/2012                    (RUNNING 00:06:54.178)

**7 SEGMENTS  (RUNNING 00:01:00.195)**   

**1. PAGE 11:13 TO 11:15  (RUNNING 00:00:03.121)**

```
13        Q.    All right.  Good morning.  Can
14   you state your name for the record?
15        A.    Yeah, Charlie Holt.
```

**2. PAGE 15:15 TO 15:25  (RUNNING 00:00:26.181)**

```
15        Q.        Now, you
16   understand you're sitting here today on
17   behalf of BP to talk about issues pertaining
18   to the top kill and the junk shot, correct?
19        A.    Top kill, which includes a
20   momentum and -- and junk shot, yes, sir.
21        Q.    Okay.  And -- and so you
22   understand what that means is you're sitting
23   here as BP?  You're answering these questions
24   on behalf of BP?
25        A.    Yes.
```

**3. PAGE 42:12 TO 42:16  (RUNNING 00:00:10.637)**

```
12        Q.    (BY MR. BARR)  All of the
13   shallow water technology and surface
14   technology that was applied to the Macondo
15   spill, BP had never conducted any of that or
16   tested any of that in deepwater?
```

**4. PAGE 42:19 TO 42:19  (RUNNING 00:00:00.540)**

```
19        Q.    (BY MR. BARR)  Correct?
```

**5. PAGE 42:21 TO 42:24  (RUNNING 00:00:06.409)**

```
21        A.    Correct.
22        Q.    (BY MR. BARR)  It never funded
23   any research to figure out how to do that in
24   deepwater, correct?
```

**6. PAGE 43:02 TO 43:02  (RUNNING 00:00:02.170)**

```
02        A.    I'm not aware of any.
```

**7. PAGE 43:14 TO 43:18  (RUNNING 00:00:11.137)**

```
14        Q.    (BY MR. BARR)  Did anybody ever
15   come to BP with an actual written plan that
16   says here's what we do in the event of a
17   deepwater blowout, here's the exact
18   techniques we can apply?
```

**9 SEGMENTS  (RUNNING 00:01:04.691)**   

**1. PAGE 43:20 TO 43:21  (RUNNING 00:00:02.442)**

```
20        A.    I don't recall seeing such a
```

```
        21   plan.
```

**2. PAGE 44:18 TO 44:20 (RUNNING 00:00:06.207)**

```
        18        Q.     (BY MR. BARR)  At the end of the
        19   day, BP was essentially creating plans on how
        20   to kill this well, true?
```

**3. PAGE 44:23 TO 44:23 (RUNNING 00:00:00.924)**

```
        23        A.     Correct.
```

**4. PAGE 45:11 TO 45:14 (RUNNING 00:00:08.054)**

```
        11        Q.     (BY MR. BARR)  You would agree
        12   with me that the time -- the best time to
        13   create a plan is not in the middle of a
        14   crisis, correct?
```

**5. PAGE 45:18 TO 45:21 (RUNNING 00:00:06.174)**

```
        18        A.     Correct.
        19        Q.     (BY MR. BARR)  It's much better
        20   to have a plan in place prior to a crisis,
        21   correct?
```

**6. PAGE 45:24 TO 45:24 (RUNNING 00:00:00.815)**

```
        24        A.     Correct.
```

**7. PAGE 66:04 TO 66:07 (RUNNING 00:00:08.982)**

```
        04        You're also designated to talk
        05   on the BOP on BOP effort on behalf of BP
        06   today, correct?
        07        A.     That's correct.
```

**8. PAGE 79:16 TO 79:21 (RUNNING 00:00:20.835)**

```
        16        Q.     And so what's going on
        17   here is BP has assembled a group of experts
        18   and people within BP to look at the BOP on
        19   BOP option and then make some recommendations
        20   as to whether it's feasible, whether it's
        21   safe, those types of things, correct?
```

**9. PAGE 79:23 TO 80:03 (RUNNING 00:00:10.258)**

```
        23        A.     That was the intent of this Peer
        24   Assist.
        25        Q.     (BY MR. BARR)  Okay.  And this
   00080:01   took place prior to the top kill, correct?
        02        A.     Yes, sir, this did take place
        03   prior to the top kill in the middle of May.
```



**11 SEGMENTS (RUNNING 00:01:24.431)**

**1. PAGE 87:18 TO 87:21 (RUNNING 00:00:10.887)**

```
        18        Q.     So the -- the result of
        19   this review team, this Peer Assist review was
        20   that we can do a BOP on BOP operation and we
        21   can do it safely, correct?
```

**2. PAGE 87:24 TO 87:25 (RUNNING 00:00:03.050)**

```
        24        A.     They believe that it's feasible
```

```
              25   and can be managed safely.
```

**3. PAGE 161:22 TO 161:23 (RUNNING 00:00:05.383)**

```
              22                  And we will mark this as
              23   Exhibit 10511.
```

**4. PAGE 162:25 TO 163:03 (RUNNING 00:00:07.119)**

```
              25        Q.    So Mr. -- Dr. Rygg was telling
         00163:01   BP, if this thing is flowing at more than
              02   15,000, you can't kill it with the top kill,
              03   correct?
```

**5. PAGE 163:06 TO 163:15 (RUNNING 00:00:20.897)**

```
              06        A.    He's run some modeling and made
              07   some assumptions that says that flow rates
              08   above 15,000, 50 barrels per minute would not
              09   be successful.
              10        Q.    (BY MR. BARR)  Well, you
              11   understand the approved top kill plan called
              12   for mud at 50 barrels per minute, don't you?
              13        A.    That's correct.
              14        Q.    Okay.  So according to the
              15   approved plan, it couldn't work, right?
```

**6. PAGE 163:17 TO 163:23 (RUNNING 00:00:10.353)**

```
              17        A.    It -- it all depended upon -- I
              18   mean, this is not predicting that the flow
              19   rate is 15,000 barrels a day.  It just says
              20   that if it is that.
              21        Q.    (BY MR. BARR)  Well, we know
              22   today it was substantially more than that,
              23   don't we?
```

**7. PAGE 164:01 TO 164:05 (RUNNING 00:00:08.876)**

```
         00164:01        A.    At the time that this was going
              02   on, we didn't know that, no, sir.
              03        Q.    (BY MR. BARR)  So BP had no idea
              04   that the well was flowing at more than 15,000
              05   barrels per day as of May 16?
```

**8. PAGE 164:07 TO 164:08 (RUNNING 00:00:03.966)**

```
              07        A.    I wasn't in those conversations,
              08   if there was any conversation to that degree.
```

**9. PAGE 174:14 TO 174:16 (RUNNING 00:00:06.423)**

```
              14        Q.    Okay.  So who -- BP had a
              15   responsibility to inform Admiral Allen of a
              16   flow limit on the top kill, right?
```

**10. PAGE 174:19 TO 174:23 (RUNNING 00:00:06.620)**

```
              19        A.    BP had a responsibility to
              20   inform Admiral Allen, yes.
              21        Q.    (BY MR. BARR)  BP also had a
              22   responsibility to inform Admiral Landry; did
              23   they not?
```

**11. PAGE 174:25 TO 174:25 (RUNNING 00:00:00.857)**

```
              25        A.    They did.
```

**6 SEGMENTS  (RUNNING 00:00:50.335)**

**1. PAGE 183:19 TO 183:22  (RUNNING 00:00:13.434)**

```
19      Q.      I want to show you, if
20  you look at Tab 65 of your notebook, what has
21  previously been marked as Exhibit 9084.
22      A.      Yes, sir.
```

**2. PAGE 183:25 TO 184:03  (RUNNING 00:00:08.510)**

```
        25      Q.      Do you see that this is a "Top
00184:01  Kill Analysis" dated May 29, 2010; is that
       02  correct?
       03      A.      That's correct.
```

**3. PAGE 185:21 TO 185:24  (RUNNING 00:00:11.094)**

```
21      Q.      (BY MR. BARR)  Now, is this
22  PowerPoint that I have in front of you, is
23  this the presentation that was given by BP to
24  explain the failure of the top kill?
```

**4. PAGE 186:01 TO 186:04  (RUNNING 00:00:12.518)**

```
00186:01       A.      Yes, this document was created
      02  to identify the various scenarios -- there
      03  was an engineering team that worked on
      04  this -- as to why the top kill did not work.
```

**5. PAGE 195:21 TO 195:23  (RUNNING 00:00:03.636)**

```
21      Q.      (BY MR. BARR)  Okay.  Well,
22  there weren't any other scenarios other than
23  these three offered, right?
```

**6. PAGE 195:25 TO 195:25  (RUNNING 00:00:01.143)**

```
25      A.      That's correct.
```

**6 SEGMENTS  (RUNNING 00:01:19.538)**

**1. PAGE 196:01 TO 196:04  (RUNNING 00:00:06.857)**

```
00196:01       Q.      (BY MR. BARR)  So of the only
      02  scenarios offered, the one that was most
      03  likely was a rupture of the burst disks,
      04  correct?
```

**2. PAGE 196:06 TO 196:06  (RUNNING 00:00:01.703)**

```
06      A.      That's correct.
```

**3. PAGE 197:23 TO 198:01  (RUNNING 00:00:08.344)**

```
        23      Q.      (BY MR. BARR)  Sitting here
        24  today as BP, do you know if BP believes that
        25  is the most likely reason why the top kill
00198:01  failed?
```

**4. PAGE 198:04 TO 198:14  (RUNNING 00:00:40.438)**

```
04      A.      The flow rate,
05  although not known at the time that all this
```

```
06  was occurring, as we have described
07  previously, anything above 15,000 barrels a
08  day in the modeling that had been done, said
09  that -- that it was going to be very
10  difficult, if not impossible, to use the
11  dynamic kill to kill this well.  And so the
12  answer to your question is is that flow rate
13  contributed to the success or the lack of
14  success for the top kill.
```

**5. PAGE 198:23 TO 198:25 (RUNNING 00:00:05.345)**

```
23       Q.     (BY MR. BARR)  I'm going to hand
24  you what's been previously marked as
25  Exhibit 9160.
```

**6. PAGE 200:02 TO 200:07 (RUNNING 00:00:16.851)**

```
02       Q.     Okay.  And it says, Too much
03  flowrate - over 15000 and too large an
04  orifice.  Pump getting -- pumped over 12800
05  barrels of mud today plus 5 separate bridging
06  pills.  Tired ... Going home and getting
07  ready for round three tomorrow.
```

**9 SEGMENTS (RUNNING 00:01:14.988)**

**1. PAGE 201:25 TO 202:01 (RUNNING 00:00:02.898)**

```
     25       Q.     (BY MR. BARR)  It's certainly
00202:01  not listed in any of the scenarios, is it?
```

**2. PAGE 202:03 TO 202:08 (RUNNING 00:00:11.217)**

```
03       A.     It was not listed in the
04  scenarios.
05       Q.     (BY MR. BARR)  And you'd agree
06  that today the flow of oil is one of the more
07  likely reasons why the top kill failed,
08  correct?
```

**3. PAGE 202:13 TO 202:15 (RUNNING 00:00:04.813)**

```
13       A.     A possible reason why the top
14  kill didn't work is -- is because of the flow
15  coming out of the well.
```

**4. PAGE 204:05 TO 204:08 (RUNNING 00:00:07.790)**

```
05       Q.     (BY MR. BARR)  Today flow rate
06  is much more likely to be the reason top kill
07  failed than any of the three scenarios
08  offered, correct?
```

**5. PAGE 204:12 TO 204:15 (RUNNING 00:00:13.185)**

```
12       A.     The information that we have
13  today, flow rate would have been a -- or is a
14  most likely reason why top kill didn't --
15  wasn't successful.
```

**6. PAGE 208:14 TO 208:17 (RUNNING 00:00:09.237)**

```
14       Q.     (BY MR. BARR)  But they were
15  told prior to the top kill that it won't --
16  the dynamic kill won't work at more than
```

```
            17   15,000.  That's not new information, is it?
```

**7. PAGE 208:20 TO 208:23 (RUNNING 00:00:07.462)**

```
            20       A.     No, that's not new information.
            21   But you didn't know what the flow rate was.
            22       Q.     (BY MR. BARR)  So BP just didn't
            23   account for that in the scenarios?
```

**8. PAGE 208:25 TO 209:05 (RUNNING 00:00:15.064)**

```
            25       A.     Yeah, the -- that was not
       00209:01   included in the scenarios.
            02       Q.     (BY MR. BARR)  And as a result
            03   of what BP offered at the time as the most
            04   likely reason, the BOP on BOP option was
            05   removed as an option, correct?
```

**9. PAGE 209:07 TO 209:07 (RUNNING 00:00:03.322)**

```
            07       A.     Yes, that was -- that's correct.
```

---

### Holt, Charles (Vol. 02) - 11/29/2012                         1 CLIP  (RUNNING 00:01:01.441)

 

**6 SEGMENTS  (RUNNING 00:01:01.441)**

**1. PAGE 455:19 TO 455:21 (RUNNING 00:00:05.214)**

```
            19       Q.     (BY MR. BAAY)  I'm going to ask
            20   you to turn to Tab 8, and we'll mark that as
            21   Exhibit 10532.
```

**2. PAGE 457:01 TO 457:11 (RUNNING 00:00:20.654)**

```
       00457:01   If you go three points down or four points
            02   down, there is a header that says, "You said
            03   there was a 60 to 70 percent chance of the
            04   top kill working."  Do you see where I'm
            05   reading?
            06       A.     I see where you're reading,
            07   yeah.
            08       Q.     Did you ever in your -- in
            09   preparing for this deposition see any
            10   analysis that labeled or predicted the
            11   success for the top kill at 70 percent?
```

**3. PAGE 457:13 TO 457:14 (RUNNING 00:00:06.117)**

```
            13       A.     I don't recall probabilities
            14   being assigned to this.
```

**4. PAGE 481:04 TO 481:07 (RUNNING 00:00:09.836)**

```
            04       Q.     (BY MR. BAAY)  Mr. Holt, didn't
            05   you just tell me that flow rate was
            06   considered by BP when engaging in the first
            07   dynamic kill?
```

**5. PAGE 481:10 TO 481:16 (RUNNING 00:00:14.331)**

```
            10       Q.     (BY MR. BAAY)  Did you say that
            11   or not?
            12       A.     Some estimations of flow rate
```

```
13  based upon various scenarios were generated
14  by Add Energy.
15       Q.    And what estimates was BP
16  relying on?  What was the number?
```

**6. PAGE 481:18 TO 481:18 (RUNNING 00:00:05.289)**

```
18       A.    5,000 barrels a day.
```

> TOTAL: 7 CLIPS FROM 2 DEPOSITIONS (RUNNING 00:07:55.619)



From: Ole B. Rygg
Sent: Sun May 16 20:49:36 2010
To: Mix, Kurt
Subject: Top kill - 5000 and 15000 bopd

Kurt,
look at the presentation. interesting results.
Looks like with 15 000 bopd, you can not kill it with 50 bpm.

Let's discuss and QC these before distributing.

TREX.8537.1.1.TO   also referred to in video as   TREX.10511.1.1.TO

CONFIDENTIAL
IMU010-000454

bp

# Top Kill Analysis

29th May 2010

TREX.9084.1.1.TO

IMU010-000454

Case 2:10-md-02179-CJB-DPC   Document 11579-3   Filed 10/01/13   Page 10 of 16



CONFIDENTIAL
MAU010-800483
TREX.9084.10.1.TO

## Conclusion: Possible and Plausible

- Supporting evidence consistent with all Defining Observations 1 to 5.
- Max flow rate up drill pipe < 26 bpm.
- Max flow rate through 7/8" rupture disc openings ca. 60 bpm (six discs failed).
- HC flow continues up drill pipe throughout killing operations.
- Inconsistencies:
  - Pressure during remedial activities have been insufficient to fail discs. Disc(s) would need to have failed during the initial event.

**Conclusion: Possible and Plausible**



- Shutting the well in (via BOP on BOP) is likely to lead to broaching.

TREX.9084.12.1.TO

```xml
<id>2039</id>
<number>-129138775C9</number>
<name>Sprague Jon</name>
<internal_name>1</internal_name>
<timestamp>2010-05-27T03:25:32Z</timestamp>
<status>Sent</status>
<folder>Sent</folder>
<storage>Phone</storage>
<type>Outgoing</type>
<text>Too much flowrate - over 15000 and too large an orfice. Pumped over 12800 bbl of mud today plus 5 seperate bridging pills. Tired ... Going home and getting ready for round three tommorrow.</text>
<deleted>1</deleted>
<smsc>
</smsc>
```

TREX.9160.1.1.TO



You said there was a 60-70% chance of the top kill working. What are the odds on the LMRP?

I don't want to speculate. As stated, we are confident that it's the next best step for containing the well, but nothing like this has ever been tried at 5,000 feet and there are no sure things. We will be using the same ship and riser set-up that worked with the RIT Tool.

TREX.10532.2.1.TO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

THIS DOCUMENT RELATES TO ALL CASES

### Phase II Deposition Summary for Charles Holt

#### I. Overview of Deponent

| | |
|---|---|
| Current Employer: | BP |
| Current Job: | Discipline Capability Manager for the Gulf of Mexico (11:16-23). |
| Education: | B.S. Petroleum Engineering, Texas A&M University |
| Work Experience: | Worked for BP for 32 years. (13:2). Started working onshore involved in operations in wells construction, drilling and completions. Eventually assigned internationally and has worked in offshore environments. Last seven (7) years have been in the Gulf of Mexico with Deepwater Group. (13:3-14). Started as Thunder Horse wells manager in 2005. In 2008, expanded to include Atlantis. In 2010, transitioned to Discipline Capability Manager. (14:3 – 15:7). |
| Role/Responsibility During Response: | Yes. Mr. Holt was part of BP's Incident Management Team and was involved in the response from day one. (238:21-24). He helped setup Unified Command in Robert, LA. (239:2-5). He was then moved to the BOP-on-BOP / Capping Stack Team. (239:5 – 11). Mr. Holt was then transferred to the Top Kill team (239:16-21) and Mr. Holt was the Top Kill ops manager (69:16-18). |
| Rule 30(b)(6) Designee: | Yes. Mr. Holt was designated by BP for the following two (2) topics: |

1. For any and all attempts after April 20, 2010, to cap, control, contain, shut in, limit flow from, and/or kill the Macondo Well by each of the following methods (unless otherwise specified): Top Kill, Junk Shot or BOP on BOP strategies, (hereinafter, collectively

referred to as "Methods"):

   a. The process of approval to fund and/or implement Top Kill, Capping Stack, and BOP-on-BOP strategy, including the responsibility and identity of each person involved;

   b. A description of the manner and methodology, including computer models, used to assess each attempt and/or Method;

   c. A description of the rationale and factors considered by BP for each attempt and/or Method made by BP to the UAC;

   d. Dates when planning began for each attempt and/or Method, including the length of time used to plan and budget;

   e. An explanation of and timeline for the steps involved in planning and/or implementing each attempt and/or Method, including both the design of any equipment and the steps involved in the Method;

   f. The identity of BP employees and contractors who planned, managed, and/or supervised the implementation of each attempt and/or Method.

12. The use of any analysis, calculations, assumptions or modeling of the flow rate of hydrocarbons from the Macondo MC252 well undertaken by or on behalf of BP or the Unified Command in connection with the analysis, consideration or execution of any Method (as that term is defined in Topic 1).