**U.S. DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA
FILED    10-1-13

WILLIAM W. BLEVINS  SK

CLERK

 **Landry, Mary (Vol. 01) - 10/22/2012**                                      2 CLIPS  (RUNNING 00:02:47.371)

## LANDRY

| LANDRY | 3 SEGMENTS  (RUNNING 00:01:05.901) |
|---|---|



**1. PAGE 12:21 TO 12:23 (RUNNING 00:00:06.141)**

```
21          First, I'm going to start by asking you
22   to state your name, please, for the record.
23       A.  Mary Ellen Landry.
```

**2. PAGE 23:13 TO 23:19 (RUNNING 00:00:16.914)**

```
13       Q.  And tell me what you discussed about the
14   way you arrived at the 5,000 barrel estimate with
15   Mr. Henry.
16       A.  I had a vivid recollection of what
17   happened leading up to that number, and I talked
18   to him about that, and he described whether or
19   not he remembered it that way.
```

**3. PAGE 24:09 TO 24:24 (RUNNING 00:00:42.846)**

```
09       Q.  What did you tell Mr. Henry was your
10   recollection of how you arrived at that estimate?
11       A.  Basically, Charlie had come to me
12   concerned that NOAA was describing from
13   overflights, and from other work they do normally
14   in the course of their work as a Scientific
15   Support Coordinator, he was estimating there was
16   more than a thousand barrels of oil being
17   released.
18          I went to Doug Suttles and asked for what
19   he thought about that, my NOAA Scientific Support
20   Coordinator was telling me it was more than a
21   thousand, and we asked Doug Suttles to give us an
22   explanation for what we were seeing that was an
23   inconsistency from the number he had provided
24   earlier.
```

## LANDRY

| LANDRY | 4 SEGMENTS  (RUNNING 00:01:41.470) |
|---|---|



**1. PAGE 192:08 TO 192:24 (RUNNING 00:00:50.329)**

```
08       Q.  Okay.  And you testified that Mr. Suttles
09   said he would get back to you?
10       A.  I knew that it took a little bit of time,
11   because I knew he was working with someone in
12   Houston.  And I remember, when he presented to me
13   what he estimated the new range was, he spoke of
14   a woman in Houston who provided him with
15   analysis.
16          And then he used an easel to describe her
17   process, and he had a marker of a -- of a line
18   that said a thousand, 2,500 in the middle, and
19   in -- he'd written a perpendicular, and then
20   5,000 at the end.
21          So he had proffered a range of 1,000 to
22   5,000, and I remember him taking his -- his pen,
```

```
           23   his -- his marker, and pointing, "We estimate it
           24   to be 2,500.  That's our best estimate."
```

**2. PAGE 230:07 TO 230:15 (RUNNING 00:00:22.730)**

```
           07       Q.  And were you looking to BP as of
           08   the morning of April 28th to provide you with
           09   every estimate or model that they had performed
           10   regarding how much oil is being emitted from the
           11   Macondo Well?
           12       A.  I would look to them to be -- yes.  I
           13   would look to them for providing me -- as the
           14   Responsible Party, they should be providing me
           15   with all information they have.
```

**3. PAGE 232:01 TO 232:03 (RUNNING 00:00:06.050)**

```
   00232:01       Q.   And who was it -- to whom was it
         02   that BP was to be providing that information?
         03       A.  Me.
```

**4. PAGE 321:10 TO 321:15 (RUNNING 00:00:22.361)**

```
           10       Q.  And do you know whether Unified Area
           11   Command relied on some of the work that BP had
           12   conducted in connection with making its
           13   announcement of 5,000 on April 28th?
           14       A.  I relied -- I relied on the work of BP
           15   through Doug Suttles as the Lead Person for BP.
```

 **Landry, Mary (Vol. 02) - 10/23/2012**       6 CLIPS (RUNNING 00:06:02.968)

Landry

**LANDRY**              2 SEGMENTS  (RUNNING 00:00:12.180)       

**1. PAGE 511:14 TO 511:17 (RUNNING 00:00:09.419)**

```
           14       Q.  Did BP have an obligation to provide the
           15   Coast Guard with any and all estimates it had
           16   regarding flow rate throughout the entire
           17   response effort?
```

**2. PAGE 511:19 TO 511:19 (RUNNING 00:00:02.761)**

```
           19       A.  Yes.
```

 LANDRY

**LANDRY USE TRIAL 2B2**        2 SEGMENTS  (RUNNING 00:00:33.517)     

**1. PAGE 560:11 TO 560:19 (RUNNING 00:00:19.254)**

```
           11       Q.  And did you expect that BP would do
           12   everything in its power to calculate an accurate
           13   flow rate, so it could make good Source Control
           14   decisions?
           15       A.  Yes.
           16       Q.  And as the Federal On-Scene Coordinator,
           17   did you expect that BP would keep you appraised
           18   of its best estimates of flow rate?
```

```
            19       A.   Yes.
```

**2. PAGE 573:07 TO 573:12 (RUNNING 00:00:14.263)**

```
            07       Q.   (By Mr. Li) Now, if BP had calculated
            08   ranges that were significantly different from the
            09   ranges that Mr. Suttles had shown you on that
            10   easel, you'd want to know those numbers, wouldn't
            11   you?
            12       A.   Yes.
```

 LANDRY

| LANDRY | 7 SEGMENTS  (RUNNING 00:02:29.803) |  |

**1. PAGE 575:05 TO 575:07 (RUNNING 00:00:14.442)**

```
            05       Q.   (By Mr. Li) On May 10, Mr. Suttles sent
            06   you an E-mail attaching certain documents.  This
            07   is Tab 21, previously marked as Exhibit 9155.
```

**2. PAGE 579:12 TO 580:13 (RUNNING 00:00:52.577)**

```
            12       Q.   Now, you, at the UAC, you did not have
            13   any information on your own regarding reservoir
            14   permeability, correct?
            15       A.   Correct.
            16       Q.   BP had that information, correct?
            17       A.   Yes.
            18       Q.   You did not have any information about
            19   the gas/oil ratio?
            20       A.   No.
            21       Q.   And you did not have any -- and BP had
            22   that information, correct?
            23       A.   Yes.
            24       Q.   You did not know anything about the oil
            25   viscosity of the well; is that right?
      00580:01       A.   Yes.
            02       Q.   And BP had that information, correct?
            03       A.   Yes.
            04       Q.   And you did not, at the UAC, know the
            05   measured flowing pressure at the BOP base,
            06   correct?
            07       A.   Yes.
            08       Q.   BP had that information, correct?
            09       A.   Yes.
            10       Q.   Did you have or did you know the skin of
            11   the reservoir?
            12       A.   No.
            13       Q.   BP had that information, correct?
```

**3. PAGE 580:15 TO 580:21 (RUNNING 00:00:12.309)**

```
            15       A.   Yes.
            16       Q.   (By Mr. Li) Did you know of any other
            17   restrictions at the well?  Did you have any of
            18   that data?
            19       A.   No.
            20       Q.   BP had that data, correct?
            21       A.   Yes.
```

**4. PAGE 582:01 TO 582:11 (RUNNING 00:00:40.486)**

```
      00582:01       Q.   When you received this letter from
            02   Mr. Suttles, did you believe that he was
            03   providing you a complete answer and not omitting
```

```
            04   any material information?
            05        A.   Yes.
            06        Q.   Now, because you did not have all those
            07   datapoints that I described, reservoir
            08   permeability, et cetera, you, at least at this
            09   point, and this is on May 10th, 2010, were not in
            10   a position to verify all of the -- the data that
            11   he was providing to you; is that correct?
```

**5. PAGE 582:14 TO 582:14  (RUNNING 00:00:01.948)**

```
            14        A.   Yes.
```

**6. PAGE 583:24 TO 584:03  (RUNNING 00:00:14.589)**

```
            24        Q.   And did you understand this to be a
            25   representation by Mr. Suttles and BP as what --
      00584:01   as to what they believed the most likely model
            02   was on May 10th, 2010?
            03        A.   Yes.
```

**7. PAGE 584:15 TO 584:19  (RUNNING 00:00:13.452)**

```
            15        Q.   Now if you look at the blue line,
            16   above -- below the box that says "Most Likely
            17   Model," that blue line is located at
            18   approximately 5,000 barrels a day, correct?
            19        A.   Yes.
```


# LANDRY

| LANDRY | 2 SEGMENTS  (RUNNING 00:00:23.557) |



**1. PAGE 591:04 TO 591:05  (RUNNING 00:00:08.250)**

```
            04        Q.   Now, I'm going to show you another E-mail
            05   this is Tab 23, Exhibit 8865.
```

**2. PAGE 591:21 TO 591:25  (RUNNING 00:00:15.307)**

```
            21        Q.   (By Mr. Li) -- Mr. Rygg writes to
            22   Mr. Hill:  "Be aware that we are working on" a
            23   "5000" barrels of oil per day "case.  That could
            24   be too optimistic.  I am currently working on" a
            25   "bullheading" model "for the top kill option."
```


# LANDRY

| LANDRY | 4 SEGMENTS  (RUNNING 00:01:28.845) |



**1. PAGE 592:18 TO 593:05  (RUNNING 00:00:48.082)**

```
            18        Q.   (By Mr. Li) Now, if you'll turn to the
            19   front page, which is an E-mail from Mr. Lockett
            20   to Mr. Hill, and I'd ask you to -- and recall
            21   that Mr. Hill is a BP employee, the first number
            22   says:  "My thoughts (based on the covering
            23   email):
            24             "The apparent reliance in Ole's email on"
            25   a 5,000 barrels per day "number, which has little
      00593:01   if no origin, is concerning."
            02             (Discussion off the record.)
            03        Q.   (By Mr. Li) "From all the different ways
            04   we have looked at flowrate," 5,000 barrels a day
```

```
          05   "would appear to err on the low side."
```
**2. PAGE 593:10 TO 593:12  (RUNNING 00:00:14.446)**
```
          10        Q.  (By Mr. Li) Now, did Mr. Suttles, on May
          11   10th, 2010, tell you that the 5,000 barrel a day
          12   number had little if no origin?
```
**3. PAGE 593:14 TO 593:17  (RUNNING 00:00:09.270)**
```
          14        A.  No.
          15        Q.  (By Mr. Li) Did he tell you that reliance
          16   on the 5,000 barrel a day number, "which has
          17   little if no origin, is concerning"?
```
**4. PAGE 593:20 TO 594:04  (RUNNING 00:00:17.047)**
```
          20        A.  No.
          21             MS. KARIS:  -- foundation.
          22        Q.  (By Mr. Li) Did he tell you that from all
          23   the different ways we have looked at flowrate,"
          24   5,000 barrels a day "would appear to err on the
          25   low side"?
    00594:01        A.  No.
          02        Q.  In fact, he told you it was the most
          03   likely model, correct?
          04        A.  In the letter on May 10th, yes.
```

 LANDRY

| **LANDRY** | **6 SEGMENTS  (RUNNING 00:00:55.066)** |  |

**1. PAGE 619:17 TO 619:18  (RUNNING 00:00:06.014)**
```
          17        Q.  (By Mr. Li) Okay.  Now, let's take a look
          18   at Exhibit 9132.
```
**2. PAGE 619:19 TO 619:20  (RUNNING 00:00:08.262)**
```
          19   Admiral Landry, this is an E-mail from Kate Baker
          20   to a number of folks.
```
**3. PAGE 619:23 TO 619:25  (RUNNING 00:00:07.525)**
```
          23             So the title is "Summary points..." for
          24   "Kill the Well on Paper Discussion, 18 May,
          25   2010."
```
**4. PAGE 620:03 TO 620:07  (RUNNING 00:00:15.754)**
```
          03        Q.  Okay.  If you could read the third bullet
          04   point down, which is a Summary Point.
          05        A.  "Modeling indicates that a dynamic kill
          06   cannot be successfully executed if the oil flow
          07   rate is 15000 STBpd."
```
**5. PAGE 620:12 TO 620:15  (RUNNING 00:00:11.250)**
```
          12             Were you ever told by anybody at BP that
          13   modeling indicated that a dynamic kill could not
          14   successfully be executed if the oil rate is
          15   15,000 stock tank barrels per day?
```
**6. PAGE 620:17 TO 620:18  (RUNNING 00:00:06.261)**
```
          17        A.  I don't recall anyone from BP telling me
          18   that -- me that.
```

Case 2:10-md-02179-CJB-DPC Document 11579-4 Filed 10/01/13 Page 6 of 13



**From:** Doug.Suttles@bp.com [Doug.Suttles@bp.com] on behalf of Suttles, Doug J [Doug.Suttles@bp.com]
**Sent:** Monday, May 10, 2010 11:39 AM
**To:** Landry, Mary RADM
**CC:** Nelfrenger, Peter RDML; Allen, Thad ADM; lars.herbst@mms.gov
**Subject:** FW: 01090880.PDF - Adobe Reader
**Attachments:** 01090880.PDF

Admiral Landry,

Attached is a short note covering our view of the "worst case scenario". Please let me know if you have any questions.

Doug

Doug Suttles
Chief Operating Officer
Exploration & Production
BP

CONFIDENTIAL

HCG266-012218
TREX 009155.0001

HCG266-012220
TREX 009155.0002

### Worst case model
- Actual Reservoir Conditions
- No BOP, annular flow
- 145 days of flow
- Cum Prod 7mmbo

### Most Likely Model
- Actual Reservoir Conditions
- No BOP, restricted flow
- 145 days of flow
- Cum Prod 0.7mmbo

120    145

TREX.9155.1.1.TO



TREX.9155.4.1.TO



**From:** Ole B. Rygg [mailto:Ole.Rygg@addenergy.no]
**Sent:** 16 May 2010 17:26
**To:** Hill, Trevor
**Cc:** Mix, Kurt; Thomas Selbekk
**Subject:** RE: Pressure build-up

Be aware that we are working on the 5000 bopd case. That could be too optimistic.

I am currently working on bullheading modelling for the top kill option.

TREX.8865.2.1.TO



My thoughts (based on the covering email):

1) The apparent reliance in Ole's email on the 5 mbd number, which has little if no origin, is concerning. From all the different ways we have looked at flowrate, 5 mbd would appear to err on the low side. I will therefore be looking to see that the dynamic well kill modelling has been tested at higher well rates. If this hasn't been done, yet, then could you initiate this with Ole.

CONFIDENTIAL

BP-HZN-2179MDL09439112

TREX.8865.1.1.TO




From: Baker, Kate H (UNKNOWN BUSINESS PARTNER)
Sent: Tue May 18 04:44:50 2010

TREX.9132.1.1.TO



# Summary points from the Kill the Well on Paper Discussion
## 18 May, 2010

**Summary Points**

- The need for accurate, low latency gauges and a system that permits rapid reaction of pumping operations to measured pressures was appraised several times in discussion.
- Modeling indicates that a that a dynamic kill can be achieved for a well flowing oil at a rate of 5000 STBpd if the pressure in most of the flowing wellbore is above the bubble point
- Modeling indicates that a dynamic kill cannot be successfully executed if the oil flow rate is 15000 STBpd
- Knowledge of the flow rate is needed to form a view of the probability of success, as is knowledge of the position of flow restrictions.
- The dynamic kill operation is likely to put solid-laden fluid at a substantial rate through the BOP stack and riser, which may erode restrictions

CONFIDENTIAL

TREX.9132.2.1.TO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

THIS DOCUMENT RELATES TO ALL CASES

Phase II Deposition Summary for Adm. Mary Ellen Landry

## I. Overview of Deponent

Current Employer: Coast Guard

Current Job: Director of Incident Management and Preparedness Policy (58:23-59:6)

Education: B.A. in English from State University of New York at Buffalo in 1978 (48:20-49:3); Master of Fine Arts in Management from Webster in 1982 and Master in Marine Affairs from University of Rhode Island in 1995 (49:7-17); Graduate of Coast Guard Officer Candidate School in 1980 (49:18-23).

Work Experience: Adm. Landry began her service with the Coast Guard in 1980, working through the ranks predominantly in the Marine Safety field. She has served in the West Coast, East Coast, Gulf, and Hawaii. Her positions included being a Marine Inspector, a Casualty Investigator, and a Commanding Officer of the Marine Safety Office in Providence. Adm. Landry became the Eighth District Commander in June of 2009. (50:4-21). She retired from that position in June 2011. In April 2012 she took her current position. (58:11-59:12).

Role in Response: Federal On-Scene Coordinator (FOSC) of response from April 23, 2010 until June 1, 2010. (57:2-5; 57:20-24). The FOSC has the ultimate statutory authority and obligation to execute the federal response to an oil spill under the National Contingency Plan. (64:3-8).

Rule 30(b)(6) Designee:   Adm. Landry was designated by the United States for the following topics:

- Topic No. 4, "Training of US personnel, including but not limited to personnel of the USCG prior to 4/20/10, to respond to, or to participate in a response to, an offshore oil well blow-out relating to Source Control Efforts."

    o Topic Subpart: Training for Coast Guard.

- Topic No. 34, "Your efforts (including all communications, modeling, calculations and analysis of any kind) leading to the flow rate estimate of 1,000 bopd announced by Admiral Landry on April 24, 2010."

    o Topic Subpart: Announcement itself.

- Topic No. 35, "Your efforts (including all communications, modeling, calculations and analysis of any kind) leading to the flow rate estimate of 5,000 bopd announced by Admiral Landry on April 28, 2010."

    o Topic Subpart: Announcement itself.

[ORDER OF SUBSEQUENT SECTIONS DETERMINED BY WHO PLACED THE WITNESS ON THE PRIORITY LIST]

**II.   Summary of Testimony Proffered by Transocean and Halliburton**

**III.  Summary of Testimony Proffered by the Plaintiffs' Steering Committee, the United States, and the States of Alabama and Louisiana**

**IV.   Summary of Testimony Proffered by BP and Anadarko**