U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   10-1-13
WILLIAM W. BLEVINS
CLERK   SK

## Lockett, Timothy J. (Vol. 01) - 12/18/2012

2 CLIPS (RUNNING 00:00:59.481)



**2 SEGMENTS (RUNNING 00:00:27.775)**

**1. PAGE 9:20 TO 9:24 (RUNNING 00:00:12.085)**

```
20           Can you state your full name and business
21   address for the record?
22       A.  My full name is Timothy James Lockett.  I
23   work at BP's offices at Sunbury in Middlesex in
24   the U.K.
```

**2. PAGE 70:14 TO 70:19 (RUNNING 00:00:15.690)**

```
14       Q.  Okay.  As you say here, a part of that
15   work was doing flow rate estimation?
16       A.  Part of that work, yes.
17       Q.  Okay.  And the flow rate estimation was
18   done in support of key decisions?
19       A.  Yes, it was.
```

**4 SEGMENTS (RUNNING 00:00:31.706)**

**1. PAGE 72:18 TO 72:20 (RUNNING 00:00:06.089)**

```
18               MR. BENSON:  And if we could mark
19   this as our next exhibit, which I believe is
20   10637.
```

**2. PAGE 75:11 TO 75:16 (RUNNING 00:00:14.566)**

```
11       Q.  Okay.  Let -- let me turn you to the
12   bottom of that first page, and it says there:
13   "'Flow' has been at the heart of understanding
14   what is possible in terms of collection, and what
15   the impact of options to contain the well might
16   be."
```

**3. PAGE 75:19 TO 75:20 (RUNNING 00:00:02.203)**

```
19       Q.   And that was your assessment at
20   the time?
```

**4. PAGE 75:22 TO 75:24 (RUNNING 00:00:08.848)**

```
22       A.  It's my words of and opinions and views
23   of what I thought I would say in connection with
24   introducing this slide.
```

## Lockett, Timothy J. (Vol. 02) - 12/19/2012

1 CLIP (RUNNING 00:01:28.403)

6 SEGMENTS (RUNNING 00:01:28.403)

**1. PAGE 395:07 TO 395:10 (RUNNING 00:00:16.823)**

```
07      Q.  Based on what you had seen and heard by
08   May 10th of 2010, you were not of the view that
09   5,000 barrels of oil per day was the most likely
10   model of the Macondo flow rate?  Is that correct?
```

**2. PAGE 395:13 TO 395:15 (RUNNING 00:00:08.935)**

```
13      A.  Based on the information that I'd seen
14   and the modeling I had done, my opinion was that
15   5,000 barrels per day erred to the low side.
```

**3. PAGE 397:09 TO 397:12 (RUNNING 00:00:18.111)**

```
09      Q.  Did you communicate your concern about
10   reliance on a 5,000 barrel per day model to
11   anyone employed by the United States Government?
12      A.  No, I did not.
```

**4. PAGE 404:15 TO 404:16 (RUNNING 00:00:06.988)**

```
15      Q.  Did you form the view in May of 2010 that
16   the Top Kill was sensitive to flow rate?
```

**5. PAGE 404:18 TO 405:01 (RUNNING 00:00:33.471)**

```
18      A.  I formed the view in May 2010 that Top
19   Kill could be deployed and be either successful
20   in killing the well or not successful in killing
21   the well, depending on the flow rate from the
22   well.
23      Q.  (By Mr. Davis-Denny) So it was important
24   for decision-makers evaluating whether to go
25   forward with the Top Kill, to have the best
00405:01 information available about the flow rate, right?
```

**6. PAGE 405:03 TO 405:04 (RUNNING 00:00:04.075)**

```
03      A.  Sitting here today, I would not disagree
04   with that statement.
```

TOTAL: 3 CLIPS FROM 2 DEPOSITIONS (RUNNING 00:02:27.884)



- 'Flow' has been at heart of understanding what is possible in terms of collection, and what the impact of options to contain the well might be.

TREX.10637.2.1.TO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO ALL CASES**

Phase II Deposition Summary for Timothy James Lockett

### I.   Overview of Deponent

Current Employer:   BP (9:20-24)

Current Job:   Subject Matter Expert in Multiphase Modeling and Discipline Lead for Flow Assurance (28:9-17; 29:22-30:1)

Education:   Degree in Chemical Engineering from Imperial College in 1989; Ph.D. from Imperial College in 2003 (16:15-17:23)

Work Experience:   From 1989 to 2003, Dr. Lockett worked at AEA Technologies as a consultant on sand and erosion issues and later on modeling and dynamic modeling. He worked with oil companies such as Shell and BP. He next worked for the SPT group as a Principal Engineer specializing in assessment and design using the OLGA program. In 2009, BP hired him as a Flow Assurance Engineer. (15:21-23:16; 27:7-16).

Role/Responsibility During Response:   Yes, Dr. Lockett modeled plans for using hydrates to kill the well. (59:8-22).

Rule 30(b)(6) Designee:   N/A

[ORDER OF SUBSEQUENT SECTIONS DETERMINED BY WHO PLACED THE WITNESS ON THE PRIORITY LIST]

II. Summary of Testimony Proffered by the Plaintiffs' Steering Committee, the United States, and the States of Alabama and Louisiana

III. Summary of Testimony Proffered by BP and Anadarko

IV. Summary of Testimony Proffered by Transocean and Halliburton