U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  10-1-13
~~WILLIAM W. BLEVINS~~
CLERK

## Mason, Clifton M. (Vol. 01) - 01/24/2013

2 CLIPS (RUNNING 00:02:54.571)

### MASON

| MASON | 2 SEGMENTS (RUNNING 00:00:14.222) |

**1. PAGE 217:15 TO 217:17 (RUNNING 00:00:10.550)**

```
15      Q.  Let me show you the next document, which
16   is at Tab No. 3, and it's an E-mail from you,
17   Mr. Mason, to Andy Inglis, dated May 15th, 2010,
```

**2. PAGE 217:18 TO 217:19 (RUNNING 00:00:03.672)**

```
18   BP-HZN-2179MDL04853510.  And it will be Exhibit
19   No. 10779.
```

### MASON

| MASON | 3 SEGMENTS (RUNNING 00:02:40.349) |

**1. PAGE 219:17 TO 219:24 (RUNNING 00:00:21.317)**

```
17      Q.  You also wrote:  "We should be very
18   cautious standing behind a 5,000" barrels of oil
19   per day "figure as our modelling shows that this
20   well could be making anything up to ~ 100,000"
21   barrels of oil per day "depending on a number of
22   unknown variables..."  You wrote that, correct,
23   sir?
24      A.  I did.
```

**2. PAGE 320:01 TO 321:12 (RUNNING 00:01:35.829)**

```
00320:01              So you sent your E-mail that is in
     02   Exhibit 3220, early in the morning hours of
     03   Saturday, May 15th, 2010, correct?
     04      A.  I -- and I'm pretty sure that was a
     05   Saturday, yes.
     06      Q.  Okay.  And you received the phone call
     07   from Jasper Peijs on the morning of Saturday, May
     08   15th?
     09      A.  Yes, later that -- later, after this --
     10   well, much later after this time.
     11      Q.  Okay.  And then after you received
     12   Mr. Peijs's phone call, you went into BP's
     13   offices again on the morning of Saturday May
     14   15th?
     15      A.  Correct.
     16      Q.  Okay.  And then you had a meeting with
     17   Mr. Peijs on the morning of Saturday, May 15th --
     18      A.  Yes.
     19      Q.  -- is that correct?
     20      A.  Yes, it is.
     21      Q.  What do you recall being discussed during
     22   that meeting with Mr. Peijs on the morning of
     23   Saturday, May 15th?
     24      A.  Two things:  One, he said:  "We've got
     25   some new pressure data that we would like for you
00321:01   to review, the 3100 psi."  And he also said:
     02   "Next time you have an idea or a thought like
     03   this E-mail note, we would appreciate it if you
```

```
04    would walk over and discuss it with us."
05        Q.  Did he describe to you what he meant by
06    an "idea or a thought like this"?
07        A.  Well, I asked him what the problem
08    with -- was with this note a number of times, and
09    he said:  "It's the big number."
10        Q.  And by the "big number," you're referring
11    to the 100,000 barrel per day number?
12        A.  Yes.
```

### 3. PAGE 336:15 TO 337:04 (RUNNING 00:00:43.203)

```
15            Q.  And the meeting was with groups from
16        Lawrence Livermore, Los Alamos, and Sandia; is
17        that correct?
18            A.  I believe that's correct.
19            Q.  Okay.  And May 15th at 12:00
20        o'clock p.m., that's within a matter of hours, if
21        not minutes, of your conversation with Jasper
22        Peijs about your May 15th E-mail that was in
23        Exhibit 3220, right?
24            A.  Yes.
25            Q.  When you went to this meeting, did you
00337:01    inform the National Labs employees about the
    02      E-mail that you had sent that morning to Andy
    03      Inglis and Jasper Peijs?
    04          A.  No, I didn't.
```




## Mason, Mike (Vol. 02) - 01/25/2013         2 CLIPS (RUNNING 00:00:59.946)

🎬 MASON



**MASON**                    4 SEGMENTS (RUNNING 00:00:31.462)

### 1. PAGE 405:07 TO 405:11 (RUNNING 00:00:11.911)

```
07        Q.  (By Mr. Davis-Denny) During your meetings
08    with the National Labs between May 13th and
09    May 16th, 2010, did you share with the National
10    Labs Ole Rygg's visual estimates of the flow
11    rates?
```

### 2. PAGE 405:14 TO 405:14 (RUNNING 00:00:04.996)

```
14        A.  I don't believe so.
```

### 3. PAGE 406:03 TO 406:07 (RUNNING 00:00:11.676)

```
03        Q.  (By Mr. Davis-Denny) During your meetings
04    with the National Labs between May 13th and 16th,
05    2010, did you share with the National Labs Ole
06    Rygg's flow rate calculations that were modeled
07    using OLGA?
```

### 4. PAGE 406:10 TO 406:10 (RUNNING 00:00:02.879)

```
10        A.  I don't believe so.
```

 MASON

**MASON**   3 SEGMENTS  (RUNNING 00:00:28.484)   

**1. PAGE 408:25 TO 409:05  (RUNNING 00:00:11.769)**

```
        25      Q.  (By Mr. Davis-Denny) Did you share with
  00409:01   the National Labs during those meetings that
        02   occurred from May 13 through 16th, 2010 any of
        03   the flow rate modeling that had been performed by
        04   Ole Rygg, Kurt Mix, or Jon Sprague?
        05      A.  I don't believe so.
```

**2. PAGE 412:11 TO 412:14  (RUNNING 00:00:08.518)**

```
        11      Q.  (By Mr. Davis-Denny) Did you, yourself,
        12   share any concerns with the National Labs about
        13   the 5,000 barrel per day estimate between May
        14   13th and 16th, 2010?
```

**3. PAGE 412:17 TO 412:17  (RUNNING 00:00:08.197)**

```
        17      A.  I don't recall doing that.
```

| TOTAL: 4 CLIPS FROM 2 DEPOSITIONS (RUNNING 00:03:54.517) |
| --- |

From: Mason, Mike C
Sent: Sat May 15 06:38:11 2010
To: Inglis, Andy G (UPSTREAM)
Cc: Peijs, Jasper
Subject: Macondo Oil Rate
Importance: Normal

I just read an article in CNN (May 14, 2010 1:00pm) stating that a researcher at Purdue believes that the Macondo well is leaking up to 70,000bopd and that BP stands by a 5,000bopd figure. With the data and knowledge we currently have available we can not definitively state the oil rate from this well. We should be very cautious standing behind a 5,000 bopd figure as our modelling shows that this well could be making anything up to ~100,000 bopd depending on a number of unknown variables, such as flow path either through the annulus behind the production casing or through the production casing float shoe, the height of reservoir exposed, if drill pipe is suspended in the BOP and sealed by VBR rams, reservoir skin damage, choking effects and etcetera. We can make the case for 5,000bopd only based on certain assumptions and in the absence of other information, such as a well test.

TREX.10779.1.1.TO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

THIS DOCUMENT RELATES TO ALL CASES

Phase II Deposition Summary for Clifton Michael Mason

## I. Overview of Deponent

Current Employer:    Apache Corporation (13:7-10)

Current Job:    Production and Completions Technology Group Leader (13:11-14)

Work Experience:    Mason began in 1984 as a Drilling Engineer, then a Completions Engineer, in Oklahoma City for Sohio, a BP predecessor company. In 1986 he was moved to Alaska, first in the Drilling Group, then he moved to the North Slope as a Petroleum Engineer. Until 1989, he worked as a Senior Petroleum Engineer and was a Technical Engineer on a project. He then moved to the North Sea in Aberdeen, Scotland, where he was an Offshore Petroleum Engineer. In 1991 he moved to Colombia, where he worked as a Completions Engineer and did flow rate modeling. In 2000 he moved to Bogota as a Well Engineering Operations Manager for completion and intervention. Later that year he became an Operations Manager in Houston. In 2002 he moved to Russia, where he was part of Sidanco, a TNK/BP predecessor company. In 2003 he became a BP Technology Team Leader in London. Next he was BP's Director of Petroleum Engineering for approximately four years, first in London, then in Houston. His final position with BP, which he held at the time of the response, was Vice President of Base Management. (20:4-27:21). He quit his job at BP and moved to Apache in May 2012. (13:9-24).

| | |
|---|---|
| Role in Response: | Mason's duties during the response efforts included overseeing certain flow rate modeling; estimating the potential range of flow rates; determining shut-in wellhead pressure; analyzing the potential flow rate increase from riser removal; monitoring top kill data; and preparing data, presentations, and Technical Notes. (14:3-11; 45:11-50:2; 101:6-13; 110:12-111:23). |
| Rule 30(b)(6) Designee: | No |