U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   10-1-13
WILLIAM W. BLEVINS   SK
CLERK

## Mcnutt, Marcia K. (Vol. 01) - 10/24/2012

1 CLIP  (RUNNING 00:00:05.073)

**1 SEGMENT  (RUNNING 00:00:05.073)**

1. PAGE 12:01 TO 12:02  (RUNNING 00:00:05.073)

```
00012:01      Q.  Dr. McNutt, for whom do you work?
     02      A.  The U.S. Geological Survey.
```

## Mcnutt, Marcia K. (Vol. 02) - 10/25/2012

4 CLIPS  (RUNNING 00:04:07.909)

**6 SEGMENTS  (RUNNING 00:00:52.185)**

1. PAGE 434:03 TO 434:11  (RUNNING 00:00:15.194)

```
     03      Q.  You testified yesterday about a meeting
     04   that you had with David Rainey on May 23rd.
     05         Do you recall that?
     06      A.  Yes, yes.
     07      Q.  And at that meeting, if I understand
     08   correctly, Mr. Rainey presented 5,000 barrels of
     09   oil per day as his best estimate of the flow
     10   rate?
     11      A.  Yes.
```

2. PAGE 440:06 TO 440:07  (RUNNING 00:00:02.809)

```
     06      Q.  (By Mr. Davis-Denny)  This is
     07   Exhibit 9672.
```

3. PAGE 440:10 TO 440:16  (RUNNING 00:00:16.691)

```
     10      Q.  And this is an -- I'll just represent to
     11   you this is an E-mail chain between BP
     12   contractors Wild Well Control and Stress
     13   Engineering, and a BP employee named Richard
     14   Simpson is -- is copied on -- on the E-mails.
     15         In this --
     16      A.  April 30th, wow.
```

4. PAGE 442:21 TO 442:24  (RUNNING 00:00:11.906)

```
     21           My question for you is:  Did Mr. Rainey,
     22   or anyone else at BP, ever tell you that BP
     23   believed its best estimate of the flow rate was
     24   70,000 barrels of oil per day?
```

5. PAGE 443:01 TO 443:01  (RUNNING 00:00:02.144)

```
00443:01      A.  No.
```

6. PAGE 450:17 TO 450:18  (RUNNING 00:00:03.441)

```
     17      Q.  (By Mr. Davis-Denny)  This will be Exhibit
     18   9673.
```

**1 SEGMENT  (RUNNING 00:00:10.426)**

**1. PAGE 450:23 TO 451:01  (RUNNING 00:00:10.426)**

```
     23         Q.  Did you send the E-mail that's at the top
     24    of the page to Raya Bakalov on September 7th of
     25    2010?
00451:01         A.  Yes, I did.
```

**7 SEGMENTS  (RUNNING 00:01:36.292)**

**1. PAGE 453:25 TO 454:12  (RUNNING 00:00:23.687)**

```
     25         Q.  (By Mr. Davis-Denny)  You then
00454:01    write:  "BP never prevented any efforts of the
     02    FRTG to determine flow rate, but" they "were not
     03    a willing partner either.  I believe progress
     04    would have been faster if BP had believed it
     05    essential to their path forward to know the flow
     06    rate."
     07         Is that correct?
     08         A.  Yes, and I believe I -- that's what I
     09    mentioned before.
     10         Q.  Okay.  You -- you stand by that
     11    statement?
     12         A.  Yes.
```

**2. PAGE 460:21 TO 460:22  (RUNNING 00:00:04.707)**

```
     21         Q.  (By Mr. Davis-Denny) I'd like to hand you
     22    what's previously been marked as Exhibit 9160.
```

**3. PAGE 460:23 TO 461:02  (RUNNING 00:00:11.766)**

```
     23         Q.  And I'll represent to you,
     24    Dr. McNutt, that this is a text message that was
     25    sent by BP's Kurt Mix to BP's Jon Sprague on May
00461:01    27th of 2010.
     02         A.  M-h'm.
```

**4. PAGE 461:08 TO 461:16  (RUNNING 00:00:21.456)**

```
     08         Q.  (By Mr. Davis-Denny)  And in the
     09    first sentence it reads:  "Too much flowrate -
     10    over 15000 and too large an orifice."
     11         Do you see that?
     12         A.  Yes, I do.
     13         Q.  Did anyone from BP share with you that
     14    the top kill was failing because the flow rate
     15    was too high, it was over 15,000 barrels of oil
     16    per day, or words to that effect?
```

**5. PAGE 461:19 TO 462:05  (RUNNING 00:00:26.213)**

```
     19         A.  Not in those words.
     20         Q.  (By Mr. Davis-Denny) Did they say that to
     21    you in -- in words that were at all close to
     22    that?
     23         A.  Oh, no.
     24         Q.  Okay.
     25         A.  Oh, no.
00462:01         Q.  And they didn't -- they certainly did not
```

```
              02   raise this with you at the meeting where they
              03   presented the failed rupture disk as being the
              04   only plausible scenario for the top kill's
              05   failure; is that right?
```

**6. PAGE 462:08 TO 462:08 (RUNNING 00:00:02.123)**

```
              08        A.   No.
```

**7. PAGE 462:13 TO 462:14 (RUNNING 00:00:06.340)**

```
              13        Q.   (By Mr. Davis-Denny) I'd like to show you
              14   what's been previously marked as Exhibit 9164.
```

**7 SEGMENTS  (RUNNING 00:01:29.006)**

**1. PAGE 462:22 TO 463:01 (RUNNING 00:00:11.727)**

```
              22        Q.   (By Mr. Davis-Denny) If you start at the
              23   beginning of the second page, this is E-mail
              24   correspondence from a BP employee named Rupen
              25   Doshi.
         00463:01        A.   M-h'm.
```

**2. PAGE 463:08 TO 463:20 (RUNNING 00:00:34.439)**

```
              08        Q.   And it -- the "Subject" line is "Data
              09   Files From BP's Top Kill."
              10             And it says:  "Gentleman, Just want to
              11   make it clear that NO ONE" -- in all caps -- "is
              12   to get the data files from the Top Kill method
              13   that is being pumped from yesterday or today
              14   except for Paul Toom's group."
              15             Do you see that?
              16        A.   Oh, yes, I see that.
              17        Q.   And if you -- and it lists a number of
              18   people there, who -- who this data was provided
              19   to.  None of those people down there are
              20   Government employees; is that right?
```

**3. PAGE 463:23 TO 463:24 (RUNNING 00:00:04.711)**

```
              23        A.   I don't recognize any names from the
              24   Government.
```

**4. PAGE 464:12 TO 464:15 (RUNNING 00:00:13.097)**

```
              12        Q.   (By Mr. Davis-Denny) And then if you move
              13   to the first page, I'm going to move up to the
              14   E-mail from Paul Tooms sent on May 27th at 7:47?
              15        A.   Yes.
```

**5. PAGE 464:18 TO 464:23 (RUNNING 00:00:12.616)**

```
              18        Q.   And do you see the second line of his
              19   E-mail where he says:  "The purpose of the note
              20   was meant to put a limit on the people outside
              21   the circle of trust getting the data."
              22             Do you see that, Dr. McNutt?
              23        A.   I guess I'm not in the circle of trust.
```

**6. PAGE 465:01 TO 465:03 (RUNNING 00:00:03.910)**

```
         00465:01        Q.   (By Mr. Davis-Denny) And does it appear
              02   to you to that the Government also was not within
              03   the circle of trust?
```

3

7. PAGE 465:06 TO 465:07 (RUNNING 00:00:08.506)

```
06        A.   It doesn't appear there was anyone from
07    the Government in the circle of trust.
```

TOTAL: 5 CLIPS FROM 2 DEPOSITIONS (RUNNING 00:04:12.982)

From: Simpson, Richard
Sent: Fri Apr 30 21:29:07 2010
To: Chris Matice; William Burch; Wellings, James S; Holt, Charles A
Cc: Harbinder Pordal; Anup Paul
Subject: Flow Rate for first modeling run : BP Macondo Plume Modeling Parameters
Importance: High

Chris,
NOTE: Confidential information

For the first run, use 70,000 bpd

For the second run, 35,000 bpd

Third run, 17,500 bpd

Bill:

These runs will likely take 10 - 12 hours each.  We should start with our best estimate.

Thanks,

Chris

CONFIDENTIAL
BP-HZN-2179MDL/as07482



From: McNutt, Marcia K
Sent: Tuesday, September 07, 2010 12:06 PM

BP never prevented any efforts of the FRTG to determine flow rate, but theta were not a willing partner either. I believe progress would have been faster if BP had believed it essential to their path forward to know the flow rate. One might ask whether they did and just didn't admit it, but I think the evidence is clearly to the contrary. E.g. No one would have purposely messed up the coffer dam and top kill that badly.

TREX.9673.1.1.TO

```xml
<id>2039</id>
<number>-129138//509</number>
<name>Sprague Jon</name>
<internal_name>1</internal_name>
<timestamp>2010-05-27T03:25:32Z</timestamp>
<status>Sent</status>
<folder>Sent</folder>
<storage>Phone</storage>
<type>Outgoing</type>
<text>Too much flowrate - over 15000 and too large an orfice. Pumped over 12800 bbl of mud today plus 5 seperate bridging pills. Tired ... Going home and getting ready for round three tommorrow.</text>
<deleted>1</deleted>
<smsc>
</smsc>
```

TREX.9160.1.1.TO

**From:** Doshi, Rupen S
**Sent:** Thursday, May 27, 2010 3:40 PM
**To:** Hank Porter; Tokes Adoun; Amit Singh (amitsinghx@bjservices.com); Rick G Pearcy (rick_pearcy@bjservices.com); doug_uhlig@bjservices.com; Jason_Steckler@bjservices.com; Alejandro Mendiola; Pedro Flores (pflores@slb.com); Mitch Rice
**Cc:** Kirton, Bill; Holt, Charles A; Tooms, Paul J; Wood, Douglas G; Mix, Kurt; Strickland, David (UNKNOWN BUSINESS PARTNER); Sauermann, Roland P (GV&A)
**Subject:** Data Files from BP's Top Kill
**Importance:** High

Gentleman,

Just want to make it clear that NO ONE is to get the data files from the Top Kill method that is being pumped from yesterday or today except for Paul Toom's group. This order comes directly from Bill Kirton and Charles Holt. Any requests for this data has to go Paul Tooms.

I understand that the data from yesterday was provided to:

Doug Wood (BJ and HAL data provided for input into BP's ProcessNet PI software portal)
Kurt Mix (HAL data for analysis)
David Strickland (BJ data for analysis)
Roland Sauermann (HAL data provided for input into BP's ProcessNet PI software portal, this was assisting Doug Wood's request).

Schlumberger:

[duplicate of above text visible in second scan]

HIGHLY CONFIDENTIAL    BP-HZN-2179MDL01926969



From: Tooms, Paul J
Sent: Thursday, May 27, 2010 7:47 PM
To: Doshi, Rupen S; Larrison, Jace
Cc: Mazzella, Mark
Subject: RE: BJ and Halli Data

Of course you guys doing the job can get the data, so list is approved. The purpose of the note was meant to put a limit on the people outside the circle of trust getting the data.

TREX.9164.1.1.TO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

THIS DOCUMENT RELATES TO ALL CASES

Phase II Deposition Summary for Marcia Kemper McNutt

## I. Overview of Deponent

Current Employer: The. U.S. Geological Survey ("USGS") (12:1-2)

Current Job: Director of the USGS (55:21-23)

Education: Bachelor of Arts degree in Physics in 1973 from Colorado College (63:25-64:7); National Science Foundation Graduate Fellow 1973-76 (64:17-23); and Ph.D in Earth Sciences from UCSD Scripps in 1978 (64:24-65:14)

Work Experience: Ms. McNutt worked for USGS 1979-1981. (65:15-22) She then worked as a Professor of Geophysics at the Massachusetts Institute of Technology ("MIT"). (66:20-25) Ms. McNutt next served as the CEO of the Monterey Bay Aquarium Research Institute ("MBARI") before becoming the Director of USGS in 2009. (72:17-73:2)

Role/Responsibility
During Response: As Director of the USGS, Ms. McNutt was a Science Advisor to Secretary of the Interior Stephen Salazar. (62:22-63:3) Ms. McNutt became the leader of the Flow Rate Technical Group as of May 23, 2010 (135:13-16) and understood that she was to oversee the FRTG until the delivery of a final flow rate number, given on June 15, 2010. (140:5-9; 141:3-7)

Rule 30(b)(6) Designee: Ms. McNutt was designated by the United States for Phase II topics 36, 42, 45-46, 48-49, and 89. (14:10-19:17) Ms. McNutt also testified in her individual capacity.

1

Phase II 30(b)(6) Topics:

36) Your efforts (including all communications, modeling, calculations and analysis of any kind) relating to all attempts to quantify the release of hydrocarbons from the Macondo MC252 well after April 20, 2010, whether or not those efforts resulted in a finalized or public estimate.

42) All communications, data, modeling, calculations and analysis identifying or relating to factors affecting the ability to estimate the flow of hydrocarbons from the MC252 well or the accuracy of any such estimate.

45) The methods, calculations, analyses, estimates, factors, data and assumptions considered or employed by the FRTG, any of its members, any of its sub-teams, or any of their members, during the course of any work performed by the FRTG or any sub-team to quantify or estimate the flow of hydrocarbons from the MC252 well, including velocimetry, nodal analysis, reservoir analysis, hydraulics, acoustics, surface expression, mass balance, multiphase flow, and gas/oil ratio ("GOR").

46) All communications within or among the FRTG and its sub-teams regarding the difficulty, quality, accuracy or uncertainties associated with its work to quantify or estimate the flow of hydrocarbons from the MC252 well.

48) Your efforts (including all communications, modeling, calculations and analysis of any kind) leading to the May 27, 2010 flow rate estimate of 12,000 to 19,000 bopd.

49) Your efforts (including all communications, modeling, calculations and analysis of any kind) relating to all attempts to quantify the release of hydrocarbons from the MC252 well after April 20, 2010, whether or not those efforts resulted in a finalized or public estimate.

89) Preparation of the reports "McNutt, M, R. Camilli, G. Guthrie, P. Hsieh, V. Labson, B. Lehr, D. Maclay, A. Ratzel, and M. Sogge. 2011; Assessment of Flow Rate Estimates for the Deepwater Horizon / Macondo Well Oil spill, Flow Rate Technical Group report to the National Incident Command, Interagency Solutions Group, March 10, 2011" and "Oil

2

Budget Calculator, Deepwater Horizon, Technical Documentation, November 2010, A Report by the Federal Interagency Solutions Group, Oil Budget Calculator Science and Engineering Team."