**U.S. DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA
FILED  10-1-13  SK
WILLIAM W. BLEVINS
CLERK

## Mcwhorter, David (Vol. 01) - 11/15/2012          3 CLIPS  (RUNNING 00:02:16.513)

 DMW

**DMW**          2 SEGMENTS  (RUNNING 00:00:16.140)          

**1. PAGE 21:08 TO 21:12 (RUNNING 00:00:11.860)**

```
08      Q.   And Cameron had representatives at
09   BP's offices in the crisis center essentially
10   around the clock daily during the -- during
11   the blowout; is that right?
12      A.   For the whole time, yes.
```

**2. PAGE 143:05 TO 143:08 (RUNNING 00:00:04.280)**

```
05      Q.   The
06   LMRP is actually designed to be taken off the
07   BOP, right?
08      A.   It is.
```

 DMW

**DMW**          2 SEGMENTS  (RUNNING 00:00:52.297)          

**1. PAGE 147:24 TO 148:08 (RUNNING 00:00:26.043)**

```
24         Q.   If you cut the riser, then
25   the LMRP could have been removed from the BOP.
00148:01        Do I have that right?
02      A.   Could have, yes.
03      Q.   Okay.  And if you remove the LMRP
04   from the BOP, then you have a connection at
05   the top of the DEEPWATER HORIZON BOP stack
06   that was standard in the industry, and you
07   could connect another BOP to it, correct?
08      A.   Yes.
```

**2. PAGE 157:13 TO 158:02 (RUNNING 00:00:26.254)**

```
13      Q.   Did anyone from Transocean ever
14   come to you and say, that's what we want to do
15   'cause we think it'll work?
16      A.   Yes, there were some individuals
17   from Transocean that -- that I had
18   conversations with like that.
19      Q.   Who?
20      A.   Rob Turlak.
21      Q.   Turlak?
22      A.   Uh-huh.
23      Q.   Okay.  Who else?
24      A.   Geoff Boughton.
25      Q.   Both of whom are subsea --
00158:01   experienced subsea Transocean personnel?
02      A.   They are.
```


### DMW

| DMW | 3 SEGMENTS  (RUNNING 00:01:08.076) |
|---|---|



**1. PAGE 158:10 TO 158:14  (RUNNING 00:00:09.944)**

```
10      Q.   And did Mr. Turlak -- was
11   he in favor of the BOP-on-BOP solution?
12      A.   Yes.  Rob and -- and Transocean in
13   general, that -- that solution appealed to
14   them greatly.
```

**2. PAGE 159:18 TO 159:24  (RUNNING 00:00:15.957)**

```
18      Q.     All right.  Is there anyone in
19   Transocean who you think's more knowledgeable
20   in terms of BOP engineering design issues than
21   Mr. Turlak?
22      A.     Well, they -- they have a handful
23   of -- of very smart guys that know about BOPs,
24   but Rob is -- Rob is up there.
```

**3. PAGE 178:05 TO 178:22  (RUNNING 00:00:42.175)**

```
05      Q.     All right.  So that system was
06   used extensively in Kuwait during the Kuwaiti
07   war?  You know that?
08      A.     Our equipment was used in that
09   application extensively, yes.
10      Q.     Okay.  And -- and you're calling
11   it a Cameron BOP, but these are Cameron BOPs
12   that are really set up or assembled with a
13   view towards having a capping application for
14   an out-of-control well?
15      A.     These would be standard plain
16   vanilla Cameron BOPs that would be configured
17   in a way -- in the case of Kuwait, by the Wild
18   Well fighters -- in a way that put them into a
19   configuration to cap the well.
20      Q.     Right.  That's --
21      A.     There's nothing special about the
22   BOPs, typically.
```

---


## Mcwhorter, David (Vol. 02) - 11/16/2012         2 CLIPS  (RUNNING 00:02:00.590)

### DMW

| DMW | 2 SEGMENTS  (RUNNING 00:00:30.358) |
|---|---|



**1. PAGE 451:24 TO 452:01  (RUNNING 00:00:09.288)**

```
      24        Q.   Does Cameron agree that as of the
      25    middle of May 2010, the BOP-on-BOP operation
00452:01    was feasible and could be managed safely?
```

**2. PAGE 452:03 TO 452:13  (RUNNING 00:00:21.070)**

```
03      A.   We -- we -- we definitely believe
04   it was feasible because for the -- the reasons
05   I mentioned earlier.  It's a -- it's a matter
06   of a simple connection, simple physics, as far
07   as connecting the BOP on top of the -- the
```

```
08   HORIZON BOP.
09        Q.   Sure.
10        A.   And assuming that the BOP that you
11   latch up is a fully-functioning BOP, you
12   should be -- you should be in good shape to
13   control the well, all other things considered.
```

 DMW

**DMW**                    **4 SEGMENTS  (RUNNING 00:01:30.232)**                  

**1. PAGE 519:21 TO 519:23  (RUNNING 00:00:06.532)**

```
21        Q.   Is there any reason a choke
22   assembly could not have been attached to and
23   used in connection with a BOP?
```

**2. PAGE 520:01 TO 521:03  (RUNNING 00:01:01.906)**

```
00520:01       A.   No.  It -- it -- it could have
     02   been.
     03       Q.   That's exactly my point.  BOPs are
     04   actually designed with choke capability,
     05   correct?
     06       A.   The -- any BOP that would have
     07   been deployed on top -- any fully functioning
     08   BOP stack that would have been deployed on top
     09   of the Macondo stack, as was visualized in the
     10   BOP-on-BOP option, would have actually already
     11   had a choke attached to it.  Not subsea, like
     12   we had to do on the capping stack, but it
     13   would be connected to the BOP stack through
     14   the riser string, and, presumably, it would
     15   have -- the BOP stack, as is typical, would
     16   have been deployed on the riser string.
     17            The choke and kill lines run
     18   up the riser string into a
     19   permanently-installed choke manifold on the
     20   rig.  So there was already a choke in place on
     21   the rig.  That's typical on drilling rigs.
     22       Q.   Okay.  So if -- if the desire was
     23   to have a choke and the chokability to vent
     24   hydrocarbons or vent flow --
     25       A.   Right.
00521:01       Q.   -- a BOP-on-BOP option would have
     02   been perfectly capable of executing that
     03   function?
```

**3. PAGE 521:05 TO 521:13  (RUNNING 00:00:19.112)**

```
05        A.   I think that all the elements
06   would be there, yes.
07        Q.   And if your desire was to have the
08   choke assembly subsea so that you don't bring
09   those hydrocarbons to the surface, a
10   BOP-on-BOP option would have been perfectly
11   capable of executing that function, albeit you
12   would have had to attach a subsea choke
13   assembly?
```

**4. PAGE 521:15 TO 521:16  (RUNNING 00:00:02.682)**

```
15        A.   Exactly, with slight modification,
16   yes.
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO ALL CASES**

Phase II Objective Memorandum for David McWhorter (Phase I deposition, July 7-8, 2011)

### I. Overview of Deponent

| | |
|---|---|
| Current Employer: | Cameron |
| Current Job: | Vice President of Engineering and Quality for the Drilling Systems Division. (Phase I deposition: 13:12-18). |
| Education: | Mr. McWhorter received a Mechanical Engineering degree from the University of Texas and an MBA from Texas A&M. (Phase I deposition: 11:10-16; 12:25-13:4). |
| Work Experience: | After college graduation, McWhorter went to work for Cameron Ironworks. He then left Cameron and spent time working for SOFEC designing mooring systems. After four years with SOFEC, he moved to Texas Oil Tools. When he left that company in 2005, he was the Director of Engineering. He then returned to Cameron as Director of Engineering for the Drilling Systems Division. He was later promoted to Vice President of Engineering and Quality for the Drilling Systems Division (Phase I deposition: 11:10-13:9). |
| Role in Response: | Cameron assisted BP with source control efforts during the response. McWhorter was one of approximately 30 Cameron representatives who were on hand to provide assistance in reference to capping the well. (Phase I deposition: 75:14-76:13; 410:8-414:4). |
| Rule 30(b)(6) Designee: | Yes. Cameron—as to Phase I, all 30(b)(6) topics (McWhorter was also Cameron's 30(b)(6) designee for Phase II and gave a separate deposition on November 15-16, 2012). |