U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED 10-1-13
WILLIAM W. BLEVINS
CLERK

**Patteson, Robert M. (Vol. 01) - 01/23/2013** CLIPS (RUNNING 00:00:30.698)



**1 SEGMENT (RUNNING 00:00:06.953)**

**1. PAGE 10:13 TO 10:16 (RUNNING 00:00:06.953)**

Could you state your name for the record?
A. My full name is Robert Markham Patteson. I go by the name Mark.



**1 SEGMENT (RUNNING 00:00:23.745)**

**1. PAGE 136:11 TO 136:17 (RUNNING 00:00:23.745)**

Q. Well, you worked on the concept of pumping fluids into the wellbore, correct?
A. I was part of the team that was designing that capability, that is correct.
Q. You led that team, correct?
A. I would characterize it as a team lead type of a role, yes.



## Patteson(2), Robert M. (Vol. 02) - 01/24/2013

**1 CLIP (RUNNING 00:00:46.702)**

**2 SEGMENTS (RUNNING 00:00:46.702)**

**1. PAGE 263:12 TO 263:19 (RUNNING 00:00:17.837)**

Q. Okay. Now, you recall earlier -- I can't remember which examination it was. You saw the document that -- that discussed a 60 to 70 percent success rate on the top kill. Do you remember that?
A. I saw the document.
Q. You would agree with me that that 60 to 70 percent is completely fabricated, correct?

**2. PAGE 263:24 TO 264:13 (RUNNING 00:00:28.865)**

A. As I previously stated, I don't have any comments on those types of probabilities in operational work that -- that I work in.
EXAMINATION BY MR. BARR:
Q. As the top kill team lead, you certainly never asked for a probability analysis to be conducted, did you?
A. I did not.
Q. Nobody ever came to you with a probability analysis, did they?
A. They did not.
Q. Okay. And so as far as -- you -- you have no idea what that 60 to 70 percent is based on, do you?
A. I have no idea.

**TOTAL: 2 CLIPS FROM 1 DEPOSITION (RUNNING 00:01:17.4)**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | §<br>§<br>§<br>§<br>§<br>§ | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO ALL CASES**

Phase II Deposition Summary for Robert Markham Patteson

## I. Overview of Deponent

| | |
|---|---|
| Current Employer: | Noble Energy (Vol. I: 10:17-19) |
| Current Job: | Director of Operations Service Supply Chain Management (Vol. II: 13:12-16) |
| Education: | Bachelor's degree in Petroleum Engineering from University of Texas in Austin in 1981 (Vol II: 12:17-21) |
| Work Experience: | Patteson began his career as a rotational well site leader with ARCO Oil & Gas and was with that company for roughly ten years. (Vol. II: 15:1-12). His job was wells team leader for the Gulf of Mexico shelf operation at Vastar Resources, where he worked for roughly four years. (Vol II: 15:1-25). Patteson was next employed by BP for twelve years, through November 2011, at which time he started working for Noble Energy. (Vol I: 10:20-11:8). His first job at BP was wells manager for the Gulf of Mexico Shelf Business Unit, where his duties included delivering engineering plans and conducting operations for drilling and completions and intervention operations for BP in the Gulf of Mexico. (Vol I: 11:15-12:4). Mr. Patteson remained in that position for three or four years. (Vol. I: 19:16-25). He held his next position at BP, as technology unit leader for the drilling and completions technology organization, for roughly three years; his duties included technical service work, assisting the business with operational support, and research and development projects for drilling and completions operations. (Vol I: 26:5-28:10). Patteson |

moved into the position of wells manager for BP's North America gas and business, which he maintained for roughly three years. (Vol I: 29:5-13). After the Macondo incident, his title was changed to VP of the onshore area, and his responsibilities were broadened to include land operations in Alaska, Canada, Jordan, and Oman. Patteson remained in that position until November 2012, then he took the position at Noble Energy. (Vol I: 29:17-32:13).

Role in Response: Patteson assisted with source control operations on BP's incident command team in Houston. (Vol I: 33:18-34:19). He was designated as the lead in the Top Kill effort, defined as the three attempts on May 26, May 27, and May 28. (Vol I 144:8-11; Vol II: 20:4-13). His team's role was to provide a technical alternative pumping capacity operation procedure. (Vol I: 158:3-6).

[ORDER OF SUBSEQUENT SECTIONS DETERMINED BY WHO PLACED THE WITNESS ON THE PRIORITY LIST]

## II. Summary of Testimony Proffered by Transocean and Halliburton

## III. Summary of Testimony Proffered by the Plaintiffs' Steering Committee, the United States, and the States of Alabama and Louisiana

## IV. Summary of Testimony Proffered by BP and Anadarko