

# United States Court of Appeals
## for the Fifth Circuit

No. 13-30221

MD 10-2179 -J

IN RE: DEEPWATER HORIZON - APPEALS OF THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT

---

MIKE STURDIVANT; PATRICIA STURDIVANT; SUSAN FORSYTH; JAMES H. KIRBY, IV,

      Claimants - Appellants

MEDICAL BENEFITS SETTLEMENT CLASS,

      Plaintiff - Appellee

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

      Defendants - Appellees

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

Before KING, DAVIS, and ELROD, Circuit Judges.

PER CURIAM:



13-30221

In this appeal appellants challenge the district court's order finding the settlement fair and reasonable. Appellees contend the appellants are not members of the class and have no standing to make this challenge. The district court did not make a determination of whether appellants are class members (and may not have had occasion to do so). We conclude that it is appropriate for the district court to make this finding in the first instance.

Accordingly, we REMAND this case to the district court for the limited purpose of allowing the district court to determine whether appellants are members of the class in this case after which the record, along with the district court's ruling, should be returned to the Clerk of this court so that the appeal may proceed. If either party wants to appeal the district court's order on remand, the clerk will establish an appropriate expedited briefing schedule. Thereafter the clerk will route that appeal to this motion panel.

All other pending motions are DENIED without prejudice.

A true copy
Attest
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
New Orleans, Louisiana  9/30/13

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

September 30, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No.13-30221    In Re: Deepwater Horizon  
                          USDC No.2:10-MD-2179  
                          USDC No.2:12-CV-968  
                          USDC No.2:12-CV-970

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Allison G. Lopez, Deputy Clerk  
504-310-770

Mr. Andrew Baker Bloomer  
Mr. John S. Bradford  
Mr. Robert C. Mike Brock  
Mr. George Howard Brown  
Ms. Elizabeth Joan Cabraser  
Mr. Jeffrey Bossert Clark Sr.  
Mr. Timothy A. Duffy  
Mr. Miguel Angel Estrada  
Mr. Theodore Harold Frank  
Mr. Soren E. Gisleson  
Mr. Richard Cartier Godfrey  
Mr. Ethan Peter Keith Greene  
Ms. Robin Lynn Greenwald  
Mr. Don Keller Haycraft  
Mr. Stephen Jay Herman  
Mr. Thomas George Hungar  
Mr. Samuel Issacharoff  
Mr. James Peter Joseph I  
Mr. James Andrew Langan  
Ms. Elizabeth A. Larsen

Mr. Matthew Edward Lundy
Mr. Scott Payne Martin
Mr. Steven Andrew Myers
Mr. Theodore B. Olson
Mr. Joseph Darrell Palmer
Ms. Ellen K. Reisman
Mr. James Parkerson Roy
Mr. William W. Blevins
Hon. Carl J. Barbier