UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This Document Relates to: 2:13-cv-5373, 2:13-cv-05385, 2:13-cv-05386, 2:13-cv-05364, 2:13-cv-05365, 2:13-cv-2323, 2:13-cv-2396 | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

## MOTION TO WITHDRAW

NOW INTO COURT, comes Terry A.C. Gray, Esq., formerly of Farrell & Patel, Attorneys At Law, who respectfully moves this Honorable Court pursuant to Local Rule 83.2.11 for an order allowing his withdrawal as counsel of record for the Plaintiffs in all cases listed above.

Farrell & Patel, Attorneys At Law shall continue to be counsel of record representing the above-named Plaintiffs as noted by the signatures below.

Respectfully submitted,

/s/ Wesley J. Farrell, Esq.

Wesley J. Farrell, Esq.
FLBN 71785
Farrell & Patel, Attorneys at Law
113 Almeria Ave
Coral Gables, FL 33134
Tel: 305-798-4177
Fax: 800-946-6711

/s/ Sarah E. Spigener, Esq.

LSBN 31975
Farrell & Patel, Attorneys at Law
1515 Poydras St., Suite 1400
New Orleans, LA 70112

1

2

Tel: 504-233-8585
Fax: 504-264-5953

/s/ Terry A. C. Gray, Esq.

Terry A. C. Gray, Esq.
FLBN 100732
*Prior Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 4, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day upon all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Sarah E. Spigener, Esq.