UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br>SECTION J |
| Applies to:<br>All Cases;<br>12-970 (Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, et al.)<br>12-968 (Kip Plaisance, et al. v. BP Exploration & Production, et al.) | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

### [Regarding Proceedings on Remand]

Pursuant to the per curiam order entered by the Panel of the United States Court of Appeals for the Fifth Circuit, Action No. 13-30221, the parties should confer regarding what will be necessary for further proceedings to determine the issue of standing. **By November 1, 2013,** counsel for the PSC is to file a report of the conference detailing the parties' views. Thereafter, a telephone status conference will be scheduled to discuss these matters further.

New Orleans, Louisiana, this 4th day of October, 2013.

                                                                                     SALLY SHUSHAN
                                                                                    **United States Magistrate Judge**