Minute Entry
Barbier, J.
OCTOBER 2, 2013
JS 10: 8 hr 15 min

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL | C.A. 10-2771   J(1) |
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536   J (1) |

| CASE MANAGER: | COURT REPORTER: |
|---|---|
| STEPHANIE KALL | CATHY PEPPER (AM)<br>TONI TUSA  (PM) |

PHASE TWO  NON-JURY TRIAL
(Day three)

WEDNESDAY, OCTOBER 2, 2013   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING

Case resumes.

Aligned Parties offer lists of exhibits/demonstratives regarding exam of Robert Turlak: ORDERED admitted. (see attached)

BP's Motion for Judgment on Partial Findings pursuant to Rule 52(c) #[11559]: ORDERED ruling deferred; Aligned Parties' response due by Monday, October 7, 2013 at 5:00 p.m.

BP offers lists of exhibits/demonstratives regarding exams of Robert Bea, Robert Turlak, and Edward Ziegler: ORDERED admitted. (see attached)

Witnesses: James Dupree, previously sworn and testified.
          Mark Mazzella, sworn and testified.

Aligned Parties offer lists of exhibits/demonstratives regarding exam of Robert Bea: ORDERED admitted. (see attached.)

Witnesses: Lars Herbst, by video deposition.
          Ole Rygg, by video deposition.
          Richard Vargo, by video deposition.
          David McWhorter, by video deposition.
          Kevin Cook, by video deposition.
          Trevor Smith, sworn and testified.
          Adam Ballard, sworn and testified. (Expert)

Court recesses at 6:10 p.m.

Court will resume on Thursday, OCTOBER 3, 2013 at 8:00 a.m.

Appearances on various days throughout the trial:
Anadarko: Deb Kuchler, W. Anthony Fitch, Ky Kirby
BP:   Mike Brock, Hariklia (Carrie) Karis, Matt Regan, Barry Fields, Paul Collier, Martin Boles, Don Haycraft, J. Andrew Langan, Robert Gasaway, Joseph Eisert, Bridget O'Conner
USA:  Thomas Benson, Scott Cernich, A. Nathaniel Chakeres, Anna Cross, Bethany Engel, Stephen Flynn, Richard Gladstein, Judy Harvey, Sarah Himmelhoch, Steven O'Rourke
PSC:  Brian Barr, Robin Greenwald, Matt Lundy, Frank Petosa, Steve Herman, Jim Roy, Anthony Irpino
Louisiana:  James (Buddy) Caldwell, Allan Kanner, Douglas Kraus, Henry Dart
Alabama: Corey L. Maze, Winfield Sinclair
Halliburton:  Don Godwin, Prescott Smith, Sean Fleming, Gwen Richard, Alan York, Jenny Martinez, Bruce Bowman
Transocean: Brad Brian, Luis Li, Mike Doyen, Kerry Miller, Steven Roberts, Grant Davis-Denny, Allen Katz