ALIGNED PARTIES' LIST OF EXHIBITS / DEMONSTRATIVES
USED AND OFFERED IN CONNECTION WITH THE
EXAMINATION OF ROB TURLAK (10/1/2013)

The Aligned Parties offer the following exhibits used during their October 1, 2013 examination of Rob Turlak into evidence:

admitted 10/2/13 SK

| NUMBER | DESCRIPTION |
|---|---|
| 145113 | Rob Turlak Notebook - 2010 |
| 145113.57.1.TO | Callout of TREX-145113 |
| D25027 | Physical Demonstrative of DDII BOP |
| 4310 | May 6, 2010 Email from James Wellings to Kirk Cantrell, et al.; Subject: FW: We; Cap Animation Fixes |
| 4310.1.1.TO | Callout of TREX-4310 |
| D25010 | Animation of BOP/BOP Procedure |
| 145113.61.1.TO | Callout of TREX-145113 |
| 145008 | May 15, 2010 Email from R. Turlak to A. Olsen re RE: Re: IMPORTANT - Priority for Completion of BOP Work on the DDII |
| 145008.1.1.TO | Callout of TREX-145008 |
| 144963 | May 15, 2010 Email from A. Olsen to I. Sneddon et al. re Project plan for Stack on Stack with DD II |
| 144963.1.1.TO | Callout of TREX-144963 |
| 144963.2.1.TO | Callout of TREX-144963 |
| 144961.1.1.TO | Callout of TREX-144961 |
| 145021 | Email from A. Olsen to I. Sneddon et al. re Conference call this AM to discuss DD2 BOP venting |
| 145021.1.1.TO | Callout of TREX-145021 |
| D25023 | Physical Demonstrative of 2-Cavity BOP body |
| D25024 | Physical Demonstrative of Basic Ram Block |
| D25025 | Physical Demonstrative of 45 Degree Ram Block |
| 144954 | May 17, 2010 Email from A. Olsen to R. Turlak et al. re FW: BOP on BOP Plan |
| 144954.1.1.TO | Callout of TREX-144954 |
| 144951 | May 18, 2010 Email from A. Olsen to E. Redd re Stack on Stack DD II plans |
| 144951.1.1.TO | Callout of TREX-144951 |
| 145038 | May 24, 2010 Email from A. Olsen to E. Redd et al. re FW: 3:30 Mtg on BOP Venting moved to 5:30 |

| | |
|---|---|
| 145038.1.1.TO | Callout of TREX-145038 |
| 145038.1.2.TO | Callout of TREX-145038 |
| 145038.3 | Page of TREX-145038 |
| 144986 | May 27, 2010 Email from A. Olsen to D. Cameron et al. re Planning for Triple Cap Stack and BOP outlet |
| 144986.1.1.TO | Callout of TREX-144986 |
| 144986.2.1.TO | Callout of TREX-144986 |
| 144985 | May 27, 2010Email from C. Roberts to R. Simpson et al. re RE: Well Capping Team Schedule |
| 144985.1.1.TO | Callout of TREX-144985 |
| 144985.2.1.TO | Callout of TREX-144985 |
| 7104 | May 31, 2010 email from Charles Curtis w/attachments |
| 7104.3.1.TO | Callout of TREX-7104 |
| 7104.2.1.TO | Callout of TREX-7104 |
| D25026 | Physical Demonstrative of Capping Stack. |
| 142399 | May 14, 2010 Email from J. Wellings to A. Frazelle, K. Cantrell, et al. re: BOP on BP Peer Review - Update on Closeout Of Issues |
| 142399.3.1.TO | Callout of TREX-142399 |

# BP - Exhibits for BEA

BP offers the following documents it used during its examination of Mr. Robert Bea into evidence:

admitted 10/2/13 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| TREX-002386 | Manual: BP GoM Deepwater SPU - Well Control Response Guide |
| TREX-002386.1 | Page of TREX-002386 |
| TREX-002386.9.1 | Callout of TREX-002386 |
| TREX-006299.1 | Page of TREX-006299 |
| TREX-006299.6.1 | Callout of TREX-006299 |
| TREX-007353.1.1 | Callout of TREX-007353 |
| TREX-007353.354.1 | Callout of TREX-007353 |
| TREX-007353.357.5 | Callout of TREX-007353 |
| TREX-007353.414.1 | Callout of TREX-007353 |
| TREX-008975 | Evaulation of oil spill drill |
| TREX-008975.1.1 | Callout of TREX-008975 |
| TREX-008975.1.3 | Callout of TREX-008975 |
| TREX-008975.1.4 | Callout of TREX-008975 |
| TREX-008975.1.5 | Callout of TREX-008975 |
| TREX-008975.2.1 | Callout of TREX-008975 |
| TREX-008975.2.3 | Callout of TREX-008975 |
| TREX-008975.2.4 | Callout of TREX-008975 |
| TREX-008975.2.5 | Callout of TREX-008975 |
| TREX-008975.3.2 | Callout of TREX-008975 |
| TREX-011467 | BP - Master Services Agreement Emergency Well Services - Contract Number: BPM-04-00806 |
| TREX-011467.11.1 | Callout of TREX-011467 |
| TREX-011467.4.1 | Callout of TREX-011467 |
| TREX-011467.69.1 | Callout of TREX-011467 |
| TREX-011752 | Absence of fatalities in blowouts encouraging in MMS study of OCS incidents 1992-2006 |
| TREX-011752.1.1 | Callout of TREX-011752 |
| TREX-011752.2.2 | Callout of TREX-011752 |
| TREX-011753 | United States Department of the Interior Minerals Management Service, Gulf of Mexico OCS Region, Effective Date: October 26, 2006 |
| TREX-011753.1.1 | Callout of TREX-011753 |
| TREX-011753.12.1 | Callout of TREX-011753 |
| TREX-011753.12.2 | Callout of TREX-011753 |
| TREX-011754 | Excerpt of BP Gulf of Mexico Regional Oil Spill Response Plan |
| TREX-011754.29.7 | Callout of TREX-011754 |
| TREX-011754.29.8 | Callout of TREX-011754 |
| TREX-011754.29.9 | Callout of TREX-011754 |
| TREX-011755.1.1 | Callout of TREX-011755 |
| TREX-011755.20.1 | Callout of TREX-011755 |

BP re Robert Bea exam

| | |
|---|---|
| TREX-011755.20.3 | Callout of TREX-011755 |
| TREX-011755.23.1 | Callout of TREX-011755 |
| TREX-011755.42.1 | Callout of TREX-011755 |
| TREX-011755.49.2 | Callout of TREX-011755 |
| TREX-011755.49.3 | Callout of TREX-011755 |
| TREX-142242.241.3 | Callout of TREX-142242 |
| TREX-142243.268.2 | Callout of TREX-142243 |
| TREX-142244.1.1 | Callout of TREX-142244 |
| TREX-142244.65.1 | Callout of TREX-142244 |

# BP - Exhibits for TURLAK

BP offers the following documents it used during its examination of Mr. Robert Turlak into evidence:

*admitted 10/2/13 SK*

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-23767-1 | BOP-on-BOP Option |
| TREX-011261N.2 | Page of TREX-011261 |
| TREX-011261N.2.2 | Callout of TREX-011261 |
| TREX-011261N.2.3 | Callout of TREX-011261 |
| TREX-011261N.2.4 | Callout of TREX-011261 |
| TREX-141081 | West Engineering Report DDII BOP |
| TREX-141081.150.2 | Callout of TREX-141081 |
| TREX-141081.150.4 | Callout of TREX-141081 |
| TREX-141081.2 | Page of TREX-141081 |
| TREX-141081.5.1 | Callout of TREX-141081 |
| TREX-142399 | Email from J. Wellings to A. Frazelle, K. Cantrell, et al. re: BOP on BP Peer Review - Update on Closeout Of Issues |
| TREX-142399.1.1 | Callout of TREX-142399 |
| TREX-142399N.10 | Page of TREX-142399 |
| TREX-142399N.10.1 | Callout of TREX-142399 |
| TREX-142399N.5 | Page of TREX-142399 |
| TREX-142399N.5.1 | Callout of TREX-142399 |
| TREX-142399N.9 | Page of TREX-142399 |
| TREX-142399N.9.1 | Callout of TREX-142399 |
| TREX-144952 | Email from I. Sneddon to R. Turlak et al. re RE: Request for Information - Wild Well Control |
| TREX-144952.2.1 | Callout of TREX-144952 |
| TREX-144952.2.2 | Callout of TREX-144952 |

# BP - Exhibits for ZIEGLER

BP offers the following documents it used during its examination of Mr. Edward Ziegler into evidence:

admitted 10-2-13 SL

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-23917 | Ziegler Holds Himself Out as an Expert in Many Fields |
| TREX-011581 | Email from L. Birnbaum to K. Good re Fw: Deepwater Horizon Incident - Reply from Apache Corporation to Secretary Salazar's request |
| TREX-011581.1 | Page of TREX-011581 |
| TREX-011581.2 | Page of TREX-011581 |
| TREX-142364.1 | Page of TREX-142364 |
| TREX-142994 | Correspondence from J. Dupree to Attendees of June 15 Industry Meeting |
| TREX-142994.1 | Page of TREX-142994 |

Aligned Parties' List of Exhibits / Demonstratives Used and Offered in Connection with the Examination of Robert Bea on 10/1/2013

admitted 10/2/13 SK

| NUMBER | DESCRIPTION |
|---|---|
| 11750R | Phase II Expert Report of Robert Bea |
| 11751R | Phase II Expert Rebuttal Report of Robert Bea |
| D-20020 | Phase II Expert Report of Dr. Robert Bea - Summary of Opinions |
| D-20021 | Consequences of BlowOut - Phase II |
| D-20022 | BP ALARP Requirements |
| D-20023 | Integrity Management Standard Risk Matrix |
| D-20024 | Risk Level / Time Graph |
| D-20025 | BP E&P DWOP 'requirements' for a Specific Well Control Response Guide |
| D-20026 | Joint Industry Blow Out Control Report: DEA-63 (1991) |
| D-20027 | Joint Industry Blow Out Control Report: DEA-63 (1991) |
| D-20028 | Joint Industry Blow Out Control Report: DEA-63 (1991) |
| D-20029 | Joint Industry Blow Out Control Report: DEA-63 (1991) |
| D-20030 | Joint Industry Blow Out Control Report: DEA-63 (1991) |
| D-20031 | Joint Industry Blow Out Control Report: DEA-63 (1991) |
| D-20032 | Joint Industry Blow Out Control Report: DEA-63 (1991) |
| D-20033 | IADC Deepwater Well Control Guidelines (1998) |
| D-20034 | IADC Deepwater Well Control Guidelines (1998) |
| D-20035 | IADC Deepwater Well Control Guidelines (1998) |
| D-20036 | PCCI Final Report:Oil Spill Containment, Remote Sensing and Tracking for Deepwater Blowouts: Status of Existing and Emerging Technologies (1999) |
| D-20037 | BP Exploration (Endicott) Oil Discharge Prevention and Contingency Plan: Best Available Technology (2001) |
| D-20038 | SPE/IADC Drilling Conference (2003) |
| D-20039 | SPE/IADC 92626: Modeling Ultra-Deepwater Blowouts and Dynamic Kills and the Resulting Blowout Control Best Practices Recommendations (2005) |
| D-20040 | Drilling Contractor (2005) |
| D-20041 | 2008 International Oil Spill Conference: Assessment of Oil Spill Response Capabilities: A Proposed International Guide for Oil Spill Response Planning |
| D-20042 | Oil Spill Response Plan |
| D-20043 | BP Oil Spill Response Plan, Section 6© |
| D-20044 | Deposition Transcript of Earnest Bush: OSRP ≠ Source Control Plan |
| D-20045 | BP's Top Management Knew it Had No Source Control Plan |
| D-20046 | Deposition Transcript of Lars Herbst: BP Required to Abate Source Immediately |
| D-20047 | Macondo Initial Exploration Plan (2009) |
| D-20048 | Deposition Transcript of Lars Herbst: BP Not Prepared to Respond to Macondo |
| D-20049 | BOPs are Blowout Preventers, Not Blowout Stoppers |
| D-20050 | ROV Intervention Will Not Stop a Flowing Well |
| D-20051 | West Engineering Services, Inc: Evaluation of Secondary Intervention Methods in Well Control (2003) |

(1)

Aligned Parties' List of Exhibits / Demonstratives Used and Offered in Connection with the Examination of Robert Bea on 10/1/2013 *admitted 10/2/13 SK*

| | |
|---|---|
| D-20052 | Deposition Transcript of Richard Morrison: No Deepwater Blowout Source Control Drills |
| D-20053 | Deposition Transcript of James Wellings: No Deepwater Blowout Source Control Training |
| D-20054 | Deposition Transcript of Andrew Frazelle: No Deepwater Blowout Source Control Training |
| D-20055 | Deposition Transcript of Richard Harland: No Deepwater Blowout Source Control Training |
| D-20056 | Deposition Transcript of Earnest Bush: No Deepwater Blowout Source Control Training |
| D-20057 | Zero Dollars Spent on Source Control Research, Development, and Technology |
| D-20058 | Deposition Transcript of Andy Inglis: Zero Dollars Spent on Source Control |
| D-20059 | Deposition Transcript of James Rohloff: Zero Dollars Spent on Source Control |
| 11467.66.1.PSC | Callout from BP Master Services Agreement Emergency Well Services, Contract Number: BPM-04-00806 |
| 11467.89.1.PSC | Callout from BP Master Services Agreement Emergency Well Services, Contract Number: BPM-04-00806 |

(2)