UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig            MDL No. 2179
       "Deepwater Horizon" in the Gulf
       of Mexico, on April 20, 2010        SECTION:  J

These Pleadings apply to:
       Claims in "B1" Bundle             JUDGE BARBIER

These Pleadings apply to:           MAGISTRATE SHUSHAN
       No. 2:13-cv-1439

---

                         CIVIL ACTION 2:13-cv-1439
                         SECTION: J
                         JUDGE BARBIER
                         MAGISTRATE SHUSHAN

JENSEN BEACH MARKETING, INC.,
A FLORIDA CORPORATION, ET AL.,
          Plaintiffs,

v.

BP EXPLORATION & PRODUCTION
INC.; BP AMERICA PRODUCTION
COMPANY; BP p.l.c.; TRANSOCEAN
OFFSHORE DEEPWATER DRILLING, INC.;
TRANSOCEAN HOLDINGS, LLC; and
HALLIBURTON ENERGY SERVICES, INC.,
          Defendants.

---

## <u>AMENDED MOTION FOR EXTENSION OF<br>TIME TO SERVE PLAINTIFF PROFILE FORMS</u>

**COME NOW** the Plaintiffs in the above-styled cause and respectfully request an

extension of time until October 30, 2013, to serve Plaintiff Profile Forms (PPFs), and as grounds

therefore state:

     1. This action was filed April 19, 2013, in the Eastern District of Louisiana in behalf of

1,030 named individuals and business entities asserting non-governmental economic loss and property damage claims as a result of the Macondo oil spill that either opted-out or were excluded from the Amended Settlement Agreement in MDL No. 2179. The case was assigned to Judge Barbier and transferred to MDL No. 2179 on April 24, 2013.

2.  Plaintiffs joined in a motion before the JPML in MDL No. 2457 to form a separate MDL for claims that are opted-out of or excluded from the Amended Settlement Agreement in MDL No. 2179. Had this motion been granted by the JPML, it would have been unnecessary for the undersigned attorneys to serve PPFs in MDL No. 2179 in accordance with PTO No. 25 (Rec. Doc. 983). The subject motion was denied by the  Order Denying Transfer  (Rec. Doc. 74 in MDL No. 2457) entered by the JPML on August 9, 2013. If the sixty-day period for serving PPFs in MDL No. 2179 is calculated from August 9, 3013, the sixty-day deadline for filing PPFs in accordance with PTO No. 25 would expire October 8, 2013.

3. The undersigned attorneys have filed over 1,000 claims in the DHECC, and administration of these claims, compounded by BP s frequent appeal of DHECC s claim awards, has strained the resources of the undersigned.

4. Proceedings are not active in this case and no prejudice to any Defendant would result from an extension of time. The undersigned has consulted with the Plaintiffs  Steering Committee and counsel for each of the Defendants about this motion.  Liaison counsel for the PSC and counsel for the BP entities and Halliburton have advised Plaintiffs  attorneys that they do not oppose Plaintiffs  motion.  The non-opposition of the BP entities and HESI is conditioned on the reservation by these Defendants of all limitations and prescription defenses to any claims. The only parties objecting to Plaintiffs  motion are the Transocean entities.  Transocean s

counsel has expressed opposition on the basis that Plaintiffs  motion   ...effectively seeks an extension of the deadline to file claims in the limitation action.    Plaintiffs  motion seeks no such relief.

5.  The undersigned will make diligent efforts to serve all PPFs by October 8, 2013; however, Plaintiffs respectfully request an extension up to and including October 31, 2013, to file PPFs for all named Plaintiffs.

**WHEREFORE**, Plaintiffs respectfully request an extension of time to serve PPFs in this cause up to and including October 31, 2013.

**RESPECTFULLY SUBMITTED**,

/s/Professor P. Tim Howard
Professor P. Tim Howard
Howard & Associates, Attorneys at Law, P.A.
8511 Bull Headley Road, Suite 405
Tallahassee, Florida 32312
(850) 298-4455 - telephone
(850) 216-2537 - facsimile
Florida Bar No. 655325
tim@howardjustice.com

/s/ Douglas S. Lyons
Douglas S. Lyons
Lyons and Farrar, P.A.
325 North Calhoun Street
Tallahassee, Florida 32301
(850) 222-8811 - telephone
(850) 222-5583 - facsimile
Florida Bar No. 128277
doug.lyons@lyonsandfarrar.com

3

/s/Samuel T. Adams

Samuel T. Adams
460 Grace Avenue
Post Office Box 191
Panama City, Florida 32402-0191
(850) 785-3469 - telephone
(850) 640-1562 - facsimile
Florida Bar No. 160184
tom@samueltadams.com

**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum in Support of Plaintiffs  Motion for Extension of Time to Serve Plaintiff Profile Forms has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 4th day of October, 2013.

/S/Samuel T. Adams

Samuel T. Adams