# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION J |
| **This Document applies to:**<br>*ALL CASES* | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

Considering the Aligned Parties' Ex Parte Motion to File Under Seal its Unredacted Phase Two Pre-Trial Statement,

IT IS ORDERED that the Aligned Parties' Motion is ~~GRANTED, and the Aligned Parties Unredacted Phase Two Pre-Trial Statement is hereby filed under seal.~~ DENIED

NEW ORLEANS, LOUISIANA, this __7th__ day of ~~September~~ October, 2013.

_____
United States District Judge