# EXHIBIT A

**Tressler, David M.**

| | |
|---|---|
| **From:** | Himmelhoch, Sarah (ENRD) [Sarah.Himmelhoch@usdoj.gov] |
| **Sent:** | Sunday, October 06, 2013 7:46 PM |
| **To:** | Gasaway, Robert R.; O'Rourke, Steve (ENRD) |
| **Cc:** | Tressler, David M.; Langan, Andrew; *mbrock@cov.com; Eisert, Joseph A.; O'Connor, Bridget K. |
| **Subject:** | RE: USA Demonstratives |

These demonstratives are intended to be used with our direct witnesses and they were served within the time frame allowed by the Court.  As you know, the timeline allows service of demonstratives up to 48 hours before they are used with a witness.

While you of course can make your objection, I am not available to talk at this late hour, particularly since you have had these disclosures since yesterday evening.


-----Original Message-----
From: Gasaway, Robert R. [mailto:rgasaway@kirkland.com]
Sent: Sunday, October 06, 2013 7:37 PM
To: O'Rourke, Steve (ENRD); Himmelhoch, Sarah (ENRD)
Cc: Tressler, David M.; Langan, Andrew; *mbrock@cov.com; Eisert, Joseph A.; O'Connor, Bridget K.
Subject: USA Demonstratives

Dear Steve and Sarah,

We're concerned about the high volume of demonstratives that the U.S. disclosed for the first time this weekend.

As you know, the United States initially disclosed only 34 demonstratives in accordance with the Court's September 27 demonstrative exchange deadline.  Then, on Friday, October 4 after 8:00 p.m., the United States disclosed 20 new demonstratives.  Next, last night after 8:00 p.m. the United States disclosed an additional 100 new demonstratives.

As you also know, the Court's August 29, 2013 Order and Timeline, as amended, required that by September 27th "the parties shall exchange all demonstratives that they can reasonably anticipate using in the Quantification openings and during the Quantification segment of the trial."  Rec. Doc. 11180.

And as you will recall, the United States requested and received from Judge Shushan an extension of the deadline to September 27th.  Nonetheless, most, if not all, of the 120 late-disclosed demonstratives appear to be intended for use during direct examinations of United States witnesses whose testimony you clearly should have anticipated as of September 27.

We are in the process of framing a possible objection for the Court's consideration.  Before making such an objection, we wanted to offer to meet and confer tonight.

As an initial step, we would like an explanation for why, at the time of the deadline for disclosure just 10 days ago, the United States could not reasonably anticipate using any of these 120 demonstratives at trial and is only now disclosing them, with more than 100 being exchanged less than 48 hours before opening statements.

David Tressler and I are available this evening.

(Please feel free to forward this to other members of your team.)

1

# EXHIBIT B



# Capping Stack
## *Oil Flow*



**Kill Line**

# Scenario 1 or 2?

Scenario 2

Scenario 1

**Capping stack**

$P_{CS}$

$q_{collect}$

**Collection**

$k_{BOP}$

$P_{BOP}$




# EXHIBIT C

-----Original Message-----
From: Sally_Shushan@laed.uscourts.gov [mailto:Sally_Shushan@laed.uscourts.gov]
Sent: Thursday, September 19, 2013 8:54 AM
To: O'Rourke, Steve (ENRD)
Cc: Andre, Abigail (ENRD); *airpino@irpinolaw.com; Langan, Andrew; Cross, Anna (ENRD); 'aroberts@beckredden.com'; 'Brian Barr'; XT Williams, Carter; *CMaze@ago.state.al.us; XT Baay, David; Taylor, David; *dkhaycraft@liskow.com; 'd.kraus@kanner-law.com'; Pencak, Erica (ENRD); 'ggannaway@beckredden.com'; Davis-Denny, Grant; 'gwen.richard@godwinlewis.com'; 'jenny.martinez@godwinlewis.com'; XT Miller, Kerry; 'Ky.Kirby@bingham.com'; Rudofsky, Lee; *lstrange@ago.state.al.us; *Mike.Underhill@usdoj.gov; 'Mike_OKeefe@laed.uscourts.gov'; Nomellini, Mark J.; 'Michael Robinson'; Bartoszek, Peter; 'prescott.smith@godwinlewis.com'; XT Thibodeaux, Paul; Gasaway, Robert R.; *Sarah.Himmelhoch@usdoj.gov; Drake, Stuart; Steve Herman (SHERMAN@hhklawfirm.com); XT Roberts, Steven; Godley, Tamerlin; XT Appleman, Thomas; 'tony.fitch@bingham.com'; French, Yates
Subject: RE: First Demonstrative Exchange Date For Source Control Segment

Sorry for the delay in responding.  The request got lost in my in box.  I'm not sure envy is a good reason to grant an extension, but OK.


_____
Sally Shushan
504 589 7620 work
504 881 9861 cell



From:   "O'Rourke, Steve (ENRD)" <Steve.O'Rourke@usdoj.gov>
To:     "Sally_Shushan@laed.uscourts.gov"
        <Sally_Shushan@laed.uscourts.gov>,
        "'Mike_OKeefe@laed.uscourts.gov'"
        <Mike_OKeefe@laed.uscourts.gov>
Cc:     "Andre, Abigail (ENRD)" <Abigail.Andre@usdoj.gov>,
        "*airpino@irpinolaw.com" <airpino@irpinolaw.com>, "Langan,
        Andrew" <alangan@kirkland.com>, "Cross, Anna (ENRD)"
        <Anna.Cross@usdoj.gov>, "'aroberts@beckredden.com'"
        <aroberts@beckredden.com>, "'Brian Barr'" <bbarr@levinlaw.com>,
        "XT Williams, Carter" <carter.williams@sutherland.com>,
        "*CMaze@ago.state.al.us" <CMaze@ago.state.al.us>, "Godley,
        Tamerlin" <Tamerlin.Godley@mto.com>, "XT Baay, David"
        <david.baay@sutherland.com>, "Taylor, David"
        <david.taylor@mto.com>, "*dkhaycraft@liskow.com"
        <dkhaycraft@liskow.com>, "'d.kraus@kanner-law.com'"
        <d.kraus@kanner-law.com>, "Pencak, Erica (ENRD)"
        <Erica.Pencak@usdoj.gov>, "'ggannaway@beckredden.com'"
        <ggannaway@beckredden.com>, "Davis-Denny, Grant"

Document2

        <Grant.Davis-Denny@mto.com>, "'gwen.richard@godwinlewis.com'"
        <gwen.richard@godwinlewis.com>,
        "'jenny.martinez@godwinlewis.com'"
        <jenny.martinez@godwinlewis.com>, "XT Miller, Kerry"
        <kmiller@frilot.com>, "'Ky.Kirby@bingham.com'"
        <Ky.Kirby@bingham.com>, "Rudofsky, Lee"
        <lee.rudofsky@kirkland.com>, "*lstrange@ago.state.al.us"
        <lstrange@ago.state.al.us>, "Underhill, Mike (CIV)"
        <Mike.Underhill@usdoj.gov>, "'Mike O'Keefe'"
        <Mike_OKeefe@laed.uscourts.gov>, "Nomellini, Mark J."
        <mnomellini@kirkland.com>, "'Michael Robinson'"
        <mrobinson@irpinolaw.com>, "Bartoszek, Peter
        (peter.bartoszek@kirkland.com)" <peter.bartoszek@kirkland.com>,
        "'prescott.smith@godwinlewis.com'"
        <prescott.smith@godwinlewis.com>, "XT Thibodeaux, Paul"
        <pthibodeaux@frilot.com>, "Gasaway, Robert R."
        <rgasaway@kirkland.com>, "Himmelhoch, Sarah (ENRD)"
        <Sarah.Himmelhoch@usdoj.gov>, "Drake, Stuart"
        <sdrake@kirkland.com>, "Steve Herman (SHERMAN@hhklawfirm.com)"
        <SHERMAN@hhklawfirm.com>, "XT Roberts, Steven"
        <Steven.Roberts@sutherland.com>, "XT Appleman, Thomas"
        <thomas.appleman@sutherland.com>, "'tony.fitch@bingham.com'"
        <tony.fitch@bingham.com>, "French, Yates"
        <yfrench@kirkland.com>
Date: 09/18/2013 09:34 AM
Subject:    RE: First Demonstrative Exchange Date For Source Control
        Segment


Dear Judge Shushan:

The parties to the Quantification Segment -- envious of the extension
granted to the Source Control Parties -- request an identical extension of
the date for demonstratives, as follows:

Initial deadline for Quantification demonstratives [Doc. 11180-1 at 4]
extended from 9/23 to 9/27;
Objections to the same extended from 9/26 to 9/30.

BP and Anadarko agree with this proposal. Please authorize this
modification of the schedule.

Thank you,
Steve

Steven O'Rourke
Environmental Enforcement Section
U.S. Department of Justice
Mail: P.O. Box 7611 Washington, D.C. 20044-7611
Overnight: ENRD Mail Room, 601 D Street, N.W. Washington D.C. 20004
Telephone: (202) 514-2779

```
Facsimile: (202) 514-2583
E-mail:  steve.o'rourke@usdoj.gov
```

-----Original Message-----
From: Sally_Shushan@laed.uscourts.gov [mailto:Sally_Shushan@laed.uscourts.gov]
Sent: Monday, September 16, 2013 9:18 AM
To: Godley, Tamerlin
Cc: Andre, Abigail (ENRD); *airpino@irpinolaw.com; Langan, Andrew; Cross, Anna (ENRD); 'aroberts@beckredden.com'; 'Brian Barr'; XT Williams, Carter; *CMaze@ago.state.al.us; XT Baay, David; Taylor, David; *dkhaycraft@liskow.com; 'd.kraus@kanner-law.com'; Pencak, Erica (ENRD); 'ggannaway@beckredden.com'; Davis-Denny, Grant; 'gwen.richard@godwinlewis.com'; 'jenny.martinez@godwinlewis.com'; XT Miller, Kerry; 'Ky.Kirby@bingham.com'; Rudofsky, Lee; *lstrange@ago.state.al.us; Underhill, Mike (CIV); 'Mike O'Keefe'; Nomellini, Mark J.; 'Michael Robinson'; Bartoszek, Peter (peter.bartoszek@kirkland.com); 'prescott.smith@godwinlewis.com'; XT Thibodeaux, Paul; Gasaway, Robert R.; Himmelhoch, Sarah (ENRD); Drake, Stuart; Steve Herman (SHERMAN@hhklawfirm.com); XT Roberts, Steven; O'Rourke, Steve (ENRD); XT Appleman, Thomas; 'tony.fitch@bingham.com'; French, Yates
Subject: Re: First Demonstrative Exchange Date For Source Control Segment

Tammy:

I hate to say no, but that's cutting it really close.  How about you go for this Friday the 20th at noon?  Thanks,

_____
Sally Shushan
504 589 7620 work
504 881 9861 cell

From:     "Godley, Tamerlin" <Tamerlin.Godley@mto.com>
To:       'Sally Shushan' <Sally_Shushan@laed.uscourts.gov>, 'Mike O'Keefe' <Mike_OKeefe@laed.uscourts.gov>
Cc:       "*airpino@irpinolaw.com" <airpino@irpinolaw.com>, "'tony.fitch@bingham.com'" <tony.fitch@bingham.com>, "'Ky.Kirby@bingham.com'" <Ky.Kirby@bingham.com>, "Nomellini, Mark J." <mnomellini@kirkland.com>, "'aroberts@beckredden.com'" <aroberts@beckredden.com>, "'ggannaway@beckredden.com'" <ggannaway@beckredden.com>, "'jenny.martinez@godwinlewis.com'" <jenny.martinez@godwinlewis.com>, "'prescott.smith@godwinlewis.com'"

3

Document2

&lt;prescott.smith@godwinlewis.com&gt;,
"'gwen.richard@godwinlewis.com'"
&lt;gwen.richard@godwinlewis.com&gt;, "XT Thibodeaux, Paul"
&lt;pthibodeaux@frilot.com&gt;, "Taylor, David"
&lt;david.taylor@mto.com&gt;, "Davis-Denny, Grant"
&lt;Grant.Davis-Denny@mto.com&gt;, "'O'Rourke, Steve (ENRD)'"
&lt;Steve.O'Rourke@usdoj.gov&gt;, "*Sarah.Himmelhoch@usdoj.gov"
&lt;Sarah.Himmelhoch@usdoj.gov&gt;, "'Andre, Abigail (ENRD)'"
&lt;Abigail.Andre@usdoj.gov&gt;, "'Pencak, Erica (ENRD)'"
&lt;Erica.Pencak@usdoj.gov&gt;, "'d.kraus@kanner-law.com'"
&lt;d.kraus@kanner-law.com&gt;, 'Michael Robinson'
&lt;mrobinson@irpinolaw.com&gt;, 'Brian Barr' &lt;bbarr@levinlaw.com&gt;,
"'Cross, Anna (ENRD)'" &lt;Anna.Cross@usdoj.gov&gt;, "Rudofsky, Lee"
&lt;lee.rudofsky@kirkland.com&gt;, "Drake, Stuart"
&lt;sdrake@kirkland.com&gt;, "XT Appleman, Thomas"
&lt;thomas.appleman@sutherland.com&gt;, "XT Miller, Kerry"
&lt;kmiller@frilot.com&gt;, "XT Williams, Carter"
&lt;carter.williams@sutherland.com&gt;, "XT Roberts, Steven"
&lt;Steven.Roberts@sutherland.com&gt;, "XT Baay, David"
&lt;david.baay@sutherland.com&gt;, "French, Yates"
&lt;yfrench@kirkland.com&gt;, "Langan, Andrew"
&lt;alangan@kirkland.com&gt;, "Gasaway, Robert R."
&lt;rgasaway@kirkland.com&gt;, "*lstrange@ago.state.al.us"
&lt;lstrange@ago.state.al.us&gt;, "*CMaze@ago.state.al.us"
&lt;CMaze@ago.state.al.us&gt;, "Steve Herman
(SHERMAN@hhklawfirm.com)" &lt;SHERMAN@hhklawfirm.com&gt;,
"*Mike.Underhill@usdoj.gov" &lt;Mike.Underhill@usdoj.gov&gt;,
"*dkhaycraft@liskow.com" &lt;dkhaycraft@liskow.com&gt;, "Bartoszek,
Peter (peter.bartoszek@kirkland.com)"
&lt;peter.bartoszek@kirkland.com&gt;

Date:          09/16/2013 01:17 AM
Subject:       First Demonstrative Exchange Date For Source Control
Segment


Dear Judge Shushan,

The Aligned Parties raised with BP and it has agreed, subject to your approval, to extend the mutual, first demonstrative exchange date for the Source Control segment of the trial (which applies just to BP and the Aligned Parties) from this Monday, September 16 until next Monday, September 23 (and related objection dates accordingly) in order to allow the parties additional time to prepare demonstratives.  The change in the first exchange and objection dates should not have any impact on other dates for the trial.  Please let us know if there is any reason that this is not ok with the Court.

Thank you,

Tammy Godley

4

Document2