# EXHIBIT "A"

| Claimant Name | Date of Filing | Short Form Document Number |
|---|---|---|
| Jones, Tiffany | 09/16/13 | 136234 |
| Zagers, Robert Lewis Jr. | 09/16/13 | 136245 |
| Jasper, Francine | 09/19/13 | 136252 |
| Rainey, Dennett Isaiah | 09/27/13 | 136270 |