# EXHIBIT "A"

| Claimant Name | Date of Filing | Short Form Document Number |
|---|---|---|
| Patel, Avavdhi | 09/27/13 | 136268 |
| Patel, Rimaben | 09/27/13 | 136269 |