UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) | MDL NO. 2179 |
| vs. | ) ) ) | JUDGE: BARBIER SECTION "J" 1 MAGISTRATE JUDGE: |
| APPLIES TO 13-cv-01776 | ) ) ) | SHUSHAN |

## ORDER

Considering the Motion to Dismiss filed by plaintiff, City Blue Print and Supply Company,

**IT IS ORDERED** that Plaintiff's claims against BP Exploration & Production, Inc., BP America Production Company, and BP p.l.c, be and same are dismissed, with prejudice, reserving Plaintiff's claims against the remaining defendants in these proceedings.

New Orleans, Louisiana this 7th day of October, 2013.

_____
United States District Judge