UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG § | MDL NO. 2179 |
|     "DEEPWATER HORIZON" IN THE § | |
|     GULF OF MEXICO, on April 20, 2010 § | |
| § | |
| Related to: § | JUDGE BARBIER |
| 4:10-1607 § | |
| § | |
| VAN TANG d/b/a CHO SAIGON § | |
| DWH CLAIM NO: BEL 100031483 § | Mag. Judge SHUSHAN |
| DWH CLAIM NO: IEL 100234166 § | |

ORDER MEMORANDUM IN SUPPORT FOR EMERGENCY
MOTION FOR RELIEF AND REQUEST FOR JUDICIAL REVIEW
FROM THE APPEALS DENIAL OF THE BUSINESS ECONOMIC LOSS CLAIM

    After considering Claimant's Emergency Motion for Relief and Request for Judicial Review from the Appeals Denial of the Business Economic Loss Claim, the evidence presented, conduct of the parties and the arguments of counsel, this court,

    **GRANTS** the Emergency Motion for Relief and Request for Judicial Review and hereby **REVERSE AND REMAND** the denial and **AWARD** Cho Saigon Business and Individual Economic claim causation and status for the total loss of earned income**,** plus 10% interest for the pre/post judgment damages suffered as a result of the Deep Water Horizon Oil Spill on April 20, 2010;

    **AND**

    **REFERS** this claim to the DWHCC for an accounting compensation and evaluation award;

    **AND**

    **FINDS** there is *"good cause"* to **GRANT $3,800,000.00** as an immediate interim *"Hardship"* payment to be deducted from the Claimant's total award.

SIGNED on _____, 2013.

_____
**U.S. DISTRICT JUDGE BARBIER**