UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2013 | ) MDL 2179 ) ) Section J ) |
| This document relates to: | ) Judge Barbier ) |
| 12-2338 | Magistrate Judge Shushan |

### ORDER

Having considered the Ex Parte Motion to Enroll as Counsel of Record filed by defendant, Falck Alford Holding Company, Inc.;

It is hereby **ORDERED** that the Motion is **GRANTED**. Patrick J. McShane, Danica C. Benbow and R. Patrick Ray of the law firm Frilot LLC shall be enrolled as counsel for Falck Alford Holding Company, Inc. in this matter.

New Orleans, Louisiana, this 7th day of October, 2013.

_____
United States District Judge