UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: "J"<br>JUDGE BARBIER |
| This Document Relates to All Cases | * * * * | MAGISTRATE NO.1<br>MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

## ORDER

Having considered Anadarko Petroleum Corporation's and Anadarko E&P Company, LP's *Ex Parte* Motion to Join In and Adopt BP's Objections to Demonstrative Aids (Rec. Doc. 11546),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Anadarko Petroleum Corporation's and Anadarko E&P Company, LP's *Ex Parte* Motion to Join in and Adopt BP's Objections to Demonstrative Aids is GRANTED.

New Orleans, Louisiana this 4th day of October, 2013.

_____
United States District Judge