Minute Entry
Barbier, J.
OCTOBER 3, 2013
JS 10: 5hr. 5min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL | C.A. 10-2771   J(1) |
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536   J (1) |

| CASE MANAGER: | COURT REPORTER: |
|---|---|
| STEPHANIE KALL | CATHY PEPPER (AM)<br>TONI TUSA (PM) |

PHASE TWO  NON-JURY TRIAL
(Day four)

THURSDAY, OCTOBER 3, 2013   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING

Case resumes.

BP offers lists of exhibits/demonstratives regarding exams of Trevor Smith, Mark Mazzella and James Dupree: ORDERED admitted. (see attached)

BP offers flash drive and transcripts of video depositions shown in court on 10/2/13, of Lars Herbst, Ole Rygg, Richard Vargo, David McWhorter and Kevin Cook: ORDERED admitted.

Witnesses:  Adam Ballard, previously sworn and testified. (Expert)
            David Barnett, by video deposition.
            Thad Allen, by video deposition.
            Mary Landry, by video deposition.
            Patrick Campbell, by video deposition.
            Richard Brannon, by video deposition.
            Steven Chu, by video deposition.
            Iain Adams, sworn and testified. (Expert)

Aligned Parties offer list of exhibits/demonstratives regarding exam of Trevor Smith: ORDERED admitted. (see attached)

Aligned Parties offer deposition bundle of James Wellings on flash drive. ORDERED admitted.  Aligned parties offer list of bundle exhibits regarding James Wellings: ORDERED admitted. (see attached)

Aligned Parties offer list of exhibits/demonstratives regarding exam of Mark Mazzella: ORDERED admitted. (see attached)

Aligned Parties offer list of exhibits/demonstratives regarding exam of James Dupree: Objection by BP re exhibit 150307N, video clip of Tony Hayward - Objection withdrawn later the same day. ORDERED admitted. (see attached)

Witnesses:  Marsha McNutt, by video deposition.
            Tom Hunter, by video deposition.

Aligned Parties offer two charts used as demonstratives regarding exam of Iain Adams: D-25029 and D-25030; ORDERED admitted.

BP conditionally rests subject to reasons orally stated on the record.

BP offers flash drive and transcripts of video depositions shown in court on 10/3/13, of David Barnett, Thad Allen, Mary Landry, Patrick Campbell, Richard Brannon, Steven Chu, Marsha McNutt and Tom Hunter: ORDERED admitted.

BP offer 13 deposition bundles on flash drive. ORDERED admitted. BP offer list of deposition bundles and bundle exhibits: ORDERED admitted. (see attached)

Court recesses at 2:53 p.m.

Court will resume on Monday, OCTOBER 7, 2013 at 8:00 a.m.

Appearances on various days throughout the trial:
Anadarko: Deb Kuchler, W. Anthony Fitch, Ky Kirby
BP:    Mike Brock, Hariklia (Carrie) Karis, Matt Regan, Barry Fields, Paul Collier, Martin Boles, Don Haycraft, J. Andrew Langan, Robert Gasaway, Joseph Eisert, Bridget O'Conner
USA:  Thomas Benson, Scott Cernich, A. Nathaniel Chakeres, Anna Cross, Bethany Engel, Stephen Flynn, Richard Gladstein, Judy Harvey, Sarah Himmelhoch, Steven O'Rourke
PSC:  Brian Barr, Robin Greenwald, Matt Lundy, Frank Petosa, Steve Herman, Jim Roy, Anthony Irpino
Louisiana:  James (Buddy) Caldwell, Allan Kanner, Douglas Kraus, Henry Dart
Alabama: Corey L. Maze, Winfield Sinclair
Halliburton:  Don Godwin, Prescott Smith, Sean Fleming, Gwen Richard, Alan York, Jenny Martinez, Bruce Bowman
Transocean: Brad Brian, Luis Li, Mike Doyen, Kerry Miller, Steven Roberts, Grant Davis-Denny, Allen Katz