# BP - Exhibits for SMITH

BP offers the following documents it used during its examination of Mr. Trevor Smith into evidence:

admitted 10-3-13 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-23272A | Deepwater Horizon Stack |
| D-23274A | Flex Joint Flange - Riser Cut on June 3rd |
| D-23275 | Capping Stack Connection Challenges at Flex Joint |
| D-23276 | Capping Stack - General Challenges |
| D-23277 | Capping Stack Connection Options (Flex Joint) |
| D-23766 | Transition Spool Installation Tools |
| D-23934 | Capping Stack Activities Timeline |
| D-24355 | Transition Spool |
| TREX-009575 | GoM Drilling, Completions and Interventions - Technical Assurance Report Well Cap with Triple-Ram Stack |
| TREX-009575.1 | Page of TREX-009575 |
| TREX-009575.1.2 | Callout of TREX-009575 |
| TREX-009575.160.1 | Callout of TREX-009575 |
| TREX-009575.175.1 | Callout of TREX-009575 |
| TREX-009575.175.2 | Callout of TREX-009575 |
| TREX-009800 | Email from T. Smith - P. Anderson et al. re 2010-06-10 Flex Joint Overshot Review Rev0.ppt |
| TREX-009800.1.1 | Callout of TREX-009800 |
| TREX-009800.4.1 | Callout of TREX-009800 |
| TREX-009800.8.1 | Callout of TREX-009800 |

# BP - Exhibits for MAZZELLA

BP offers the following documents it used during its examination of Mr. Mark Mazzella into evidence:

admitted 10-3-13 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-23320 | Mark Mazella - BP Segment Engineering Technical Authority - Well Control (2008-2011) |
| D-23321 | Mark Mazzella (Global Well Control Experience) |
| D-23322 | Goals of BP's Well Control Response Guide |
| D-23323 | BP Well Control Response Guide Included Rig-Specific Appendices |
| D-23325 | BP-Wild Well Control Master Services Agreement (Contract No. BPM-04-00806) |
| D-23326A | Master Services Agreement Listed Well Control Personnel and Equipment |
| D-23328 | Planning and Implementing Source Control |
| D-23334 | Top Kill - The Fleet for the Top Kill |
| D-23829A | Demonstrative animation |
| D-23829A.1.1 | Section from D-23829A |
| D-23829A.1.2 | Section from D-23829A |
| D-23829A.1.3 | Section from D-23829A |
| D-23829A.1.4 | Section from D-23829A |
| D-23881 | May 6, 2010 Top Kill Peer Review (Project Description) |
| D-23882 | May 6, 2010 Top Kill Peer Review (Key Participants & High Level Risks) |
| D-23884 | Peer Review: Continue Progressing Top Kill |
| D-23936 | Appendix 4 of the BP GoM Deepwater SPU Well Control Response Guide |
| D-24342 | Top Kill Was Well Executed |
| TREX-002386 | Manual: BP GoM Deepwater SPU - Well Control Response Guide |
| TREX-010506 | MC 252 Junk Shot Peer Assist - 6 May 2010 -Report of Findings |
| TREX-011467 | BP - Master Services Agreement Emergency Well Services - Contract Number: BPM-04-00806 |
| TREX-142592 | Email from J. Shaughnessy to T. Burns re: Rig Info |
| TREX-142710 | Email from J. Caldwell to N. Maguire re: Slide Pack |
| TREX-142916 | Email from M. Mazzella to J. Dupree and M. Patteson re: Junk-shot Peer Review |

# BP - Exhibits for DUPREE

BP offers the following documents it used during its examination of Mr. James Dupree into evidence:

admitted 10-3-13 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-23215 | James Dupree - COO of Resource Development & Technology |
| D-23231A | Source Control Operations Progressed on Parallel Tracks |
| D-23247A | Unknown Wellbore Variables Created Uncertainty (Bottom Kill Broach Risk) |
| D-23249 | Potential Instability of the DWH's Listing BOP |
| D-23250 | Deepwater Horizon Source Control Response Teams |
| D-23769 | Demonstrative animation |
| D-23769.1.1 | Section from D-23769 |
| D-23827A | Unknown Wellbore Variables Created Uncertainty (Bottom Kill Broach Risk) |
| D-23828A | Unknown Wellbore Variables Created Uncertainty (Bottom Kill Broach Risk) |
| D-23829A | Demonstrative animation |
| D-23829A.1.5 | Section from D-23829 |
| TREX-008538 | BP Macondo Top Kill Procedure for MC252-1 Momentum Kill Pumping Operations |
| TREX-008538.1.1 | Callout of TREX-008538 |
| TREX-009148 | Macoondo Top Kill Procedure - Contingency: Aleternative LCM Pills |
| TREX-009148.1.1 | Callout of TREX-009148 |
| TREX-009412 | Email from B. Looney - R. Dudley et al. re FW: "BOP on BOP" / Containment |
| TREX-009412.1.2 | Callout of TREX-009412 |
| TREX-009412.2.3 | Callout of TREX-009412 |
| TREX-009412.2.7 | Callout of TREX-009412 |
| TREX-140331N | Macondo MC252-1 Well Integrity Test |
| TREX-140331N.1.1 | Callout of TREX-140331 |
| TREX-140797N | Email from J. Caldwell to J. Dupree, et al., re Secretary Salazar and Secretary Chu Meeting Slide Pack |
| TREX-140797N.1 | Page of TREX-140797 |
| TREX-140797N.11 | Page of TREX-140797 |
| TREX-140797N.4 | Page of TREX-140797 |
| TREX-140914 | Interface Meeting Notes (a.m.) |
| TREX-140914.2.1 | Callout of TREX-140914 |
| TREX-142347N | Email from D. Clarkson to R. Lynch, P. OBryan, et al. re: Plans and Schedule: BOP on BOP |
| TREX-142347N.2.8 | Callout of TREX-142347 |
| TREX-142679 | Email from P. Tooms to R. Lynch, T. Hill, et al. re: RE: possible test of rupture disk integrity |
| TREX-142679.1.1 | Callout of TREX-142679 |
| TREX-142679.2.1 | Callout of TREX-142679 |
| TREX-142710N | Email from J. Caldwell to N. Maguire re: Slide Pack |
| TREX-142710N.1 | Page of TREX-142710 |

*BP re James Dupree exam*

| TREX-142710N.13 | Page of TREX-142710 |
| --- | --- |
| TREX-142710N.4 | Page of TREX-142710 |
| TREX-142710N.6 | Page of TREX-142710 |
| TREX-142819N | Email from J. Caldwell to troy.trosclair@mms.gov re: 16 May Science Meeting Slide Pack |
| TREX-142819N.1 | Page of TREX-142819 |
| TREX-142819N.11 | Page of TREX-142819 |
| TREX-142819N.2 | Page of TREX-142819 |
| TREX-142819N.8 | Page of TREX-142819 |
| TREX-142819N.9 | Page of TREX-142819 |
| TREX-144470N | http://energy.gov/articles/photo-release-us-energy-secretary-chu-bp-command-center-houston |
| TREX-144470N.1.1 | Callout of TREX-144470 |
| TREX-150306N | BP presentation titled "Deepwater Horizon Review" (with handwritten annotations) |
| TREX-150306N.1 | Page of TREX-150306 |
| TREX-150306N.4 | Page of TREX-150306 |
| TREX-150306N.6 | Page of TREX-150306 |

(2)    *admitted 10-3-13 SK*

## ALIGNED PARTIES' LIST OF EXHIBITS / DEMONSTRATIVES USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF TREVOR SMITH (10/2/2013)

The Aligned Parties offer the following exhibits used during their October 2, 2013 examination of Trevor Smith into evidence:

*admitted 10-3-13 SK*

| NUMBER | DESCRIPTION |
|---|---|
| 120129 | Technical Assurance Report for the Triple Ram Stack, July 7, 2010 |
| 120129.1.1.TO | Callout of TREX-120129 |
| 120129.7.1.TO | Callout of TREX-120129 |
| 144745 | Technical Assurance Report for the Triple Ram Stack, July 7, 2010 |
| 144745.28.1.TO | Callout of TREX-144745 |
| 9575 | Technical Assurance Report for the Triple Ram Stack, July 16, 2010 |
| 9575.1.1.TO | Callout of TREX-09575 |
| 9575.11.1.TO | Callout of TREX-09575 |
| 9575.36.2.TO | Callout of TREX-09575 |
| 9575.36.4.TO – 140563.4.2N.TO | Split Screen Callout of TREX-09575 and TREX-140563 |
| 9575.457.1.TO | Callout of TREX-09575 |
| 9575.520.1.TO | Callout of TREX-09575 |
| 9575.512.1.TO | Callout of TREX-09575 |
| 9575.519.1.TO | Callout of TREX-09575 |
| 9575.518.1.TO | Callout of TREX-09575 |
| 140563 | May 23, 2010 email from Smith to Wellings |
| 140563.4.1.TO – 140563.5.1.TO | Split Screen Callout of TREX-140563 |
| 140563.4.2N.TO – 140563.5.2N.TO | Split Screen Callout of TREX-140563 |
| 140563.4.2N.TO – D26007 | Split Screen Callout of TREX-140563 and D26007 |
| 144408 | Isolation Valve Installation Readiness |
| 144408N.1.1.TO | Callout of TREX-144408 |
| 144408N.2.1.TO | Callout of TREX-144408 |
| 144408N.8.1.TO | Callout of TREX-144408 |
| 143045 | May 30, 2010 email from Curtis to Smith |
| 143045.1.1.TO | Callout of TREX-143045 |
| 143045.5N.1.TO | Callout of TREX-143045 |

Aligned Parties' List of Exhibits / Demonstratives Used and Offered in Connection with the Examination of Mark Mazella on 10/2/2013 admitted 10/3/13 SK

| NUMBER | DESCRIPTION |
|---|---|
| 2386 | Manual: BP GoM Deepwater SPU - Well Control Response Guide |
| 2386.9.1.PSC | Callout from Manual: BP GoM Deepwater SPU - Well Control Response Guide |
| 100231.163.1.PSC | Callout From Deposition Transcript of Mazzella, Mark (In Re: Oil Spill by the Oil Rig "Deepwater Horizon"), Vol. I |
| 142916 | Email from M. Mazzella to J. Dupree and M. Patteson re: Junk-shot Peer Review - Terms of Reference |
| 142916.1.1.PSC | Callout From Email from M. Mazzella to J. Dupree and M. Patteson re: Junk-shot Peer Review - Terms of Reference |
| 142916.2.1.PSC | Callout from Email from M. Mazzella to J. Dupree and M. Patteson re: Junk-shot Peer Review - Terms of Reference |
| 3917 | BP - MC 252 Junk Shot Peer Assist |
| 3917.1.1.PSC | Callout from BP - MC 252 Junk Shot Peer Assist - Participants |
| 3917.1.2.PSC | Callout from BP - MC 252 Junk Shot Peer Assist - Purpose & Approach |
| 3917.2.1.PSC | Callout from BP - MC 252 Junk Shot Peer Assist - Agenda |
| 3917.2.2.PSC | Callout from BP - MC 252 Junk Shot Peer Assist - BP List |
| 142916.2.2.PSC | Callout from Email from M. Mazzella to J. Dupree and M. Patteson re: Junk-shot Peer Review - Terms of Reference - Project Description |
| 140342 | Email from G. Wulf - B. Kirton re Junk Shot Peer Assist (w/ attachment) |
| 140342.1.1.PSC | Callout From Email from G. Wulf - B. Kirton re Junk Shot Peer Assist (w/ attachment) |
| 140342.2.1.PSC | Callout from Email from G. Wulf - B. Kirton re Junk Shot Peer Assist (w/ attachment) |
| 10506 | MC 252 Junk Shot Peer Assist - 6 May 2010 Report of Findings |
| 10506.1.1.PSC | Callout from MC 252 Junk Shot Peer Assist - 6 May 2010 Report of Findings |
| 10506.3.1.PSC | Callout from MC 252 Junk Shot Peer Assist - 6 May 2010 Report of Findings |
| 10506.4.1.PSC | Callout from MC 252 Junk Shot Peer Assist - 6 May 2010 Report of Findings |
| 5363 | E-mail from Sprague to Frazelle with Attachments - Top Kill Analysis - May 14, 2010 |
| 5363.1.1.PSC | Callout from E-mail from Sprague to Frazelle with Attachments - Top Kill Analysis - May 14, 2010 |
| 5363.2.1.PSC | Callout from E-mail from Sprague to Frazelle with Attachments - Top Kill Analysis - May 14, 2010 |
| 5363.3.1.PSC | Callout from E-mail from Sprague to Frazelle with Attachments - Top Kill Analysis - May 14, 2010 |
| 5363.10.1.PSC | Callout from E-mail from Sprague to Frazelle with Attachments - Top Kill Analysis - May 14, 2010 |
| 8537 | E-mail from Ole Rygg to Kurt Mix, dated May 16, 2010. Subject: Top Kill - 5000 AND 15000 bopd |
| 8537.1.1.PSC | Callout from E-mail from Ole Rygg to Kurt Mix, dated May 16, 2010. Subject: Top Kill - 5000 AND 15000 bopd |

Aligned Parties' List of Exhibits / Demonstratives Used and Offered in
Connection with the Examination of Mark Mazella on 10/2/2013

| | |
|---|---|
| 9148 | BP Macondo Top Kill Procedure for MC252-1 Contingency: Alternative LCM Pills |
| 9148.1.1.PSC | Callout from BP Macondo Top Kill Procedure for MC252-1 Contingency: Alternative LCM Pills |
| 9148.4.1.PSC | Callout from BP Macondo Top Kill Procedure for MC252-1 Contingency: Alternative LCM Pills |
| 9148.6.1.PSC | Callout from BP Macondo Top Kill Procedure for MC252-1 Contingency: Alternative LCM Pills |
| 100231.114-.115 | Deposition Transcript of Mazzella, Mark (In Re: Oil Spill by the Oil Rig "Deepwater Horizon"), Vol. I - PDF Pages 114-115 |

admitted 10/3/13 SK

(2)

Aligned Parties' List of Exhibits / Demonstratives Used and Offered in Connection with the Examination of James Dupree on 10/2/2013 *admitted 10-3-13 SK*

| NUMBER | DESCRIPTION |
|---|---|
| 142819.3.PSC | Cover Slide of May 16 Science Meeting Slide Pack attached to Email from J. Caldwell to troy.trosclair@mms.gov  (Same as #142819N.2) |
| 9313 | E-mail chain, top e-mail from Mike Mason to Gordon Birrell and James Dupree dated May 16, 2010.  Subject: FW: Macondo SIWHP Build-up Rate Final Report.doc |
| 100208.284.1.PSC | Callout from Deposition Transcript of Dupree, James (In Re: Oil Spill by the Oil Rig "Deepwater Horizon"), Vol. II |
| 9573 | BSEE MWCC Shell Capping Drill 24-31 July 2012 - Presentation |
| 10347.17.1.PSC | Callout from GUILTY PLEA AGREEMENT, United States of America v. BP Exploration & Production, Inc., Filed 11/15/12 |
| 6124 | BP Deepwater Horizon Review dated May 23, 2010 |
| 6124.2.1.PSC | Callout from BP Deepwater Horizon Review dated May 23, 2010 |
| 150307N | Video Clip Of Tony Hayward ~~[REQUIRES RULING BY COURT]~~ |
| 9353 | Letter from Douglas Suttles to Rear Admiral Landry, dated May 26, 2010 |
| 120227 | Email from James Dupree to Jason Caldwell; Subject: Letter; Attachment: Dear Admiral Landry.doc |
| 120227.2.1.PSC | Callout from Email from James Dupree to Jason Caldwell; Subject: Letter; Attachment: Dear Admiral Landry.doc |
| 142700 | Email from D. Suttles to A. Inglis and J. Dupree re: Ltr to Admiral Landry re: Top Kill Operation |
| 142700.1.1.PSC | Callout from Email from D. Suttles to A. Inglis and J. Dupree re: Ltr to Admiral Landry re: Top Kill Operation - Page 1 |
| 142700.2.1.PSC | Callout from Email from D. Suttles to A. Inglis and J. Dupree re: Ltr to Admiral Landry re: Top Kill Operation Page 2 |

*Objection withdrawn regarding Exhibit 150307N - Video clip of Tony Hayward - admitted 10/3/13 SK*