# Bundle Exhibits:

October 3, 2013

admitted 10-3-13 SK

**EXHIBITS DESIGNATED BY ALL PARTIES WITHIN THE JAMES WELLINGS DEPOSITION BUNDLE OFFERED/ADMITTED BY THE ALIGNED PARTIES (PSC, STATE OF ALABAMA, STATE OF LOUISIANA, HALLIBURTON AND TRANSOCEAN)**

| Deponent Name | Exhibit # |
|---|---|
| Wellings, James 2013-01-16 & 17 | 2386 |
| Wellings, James 2013-01-16 & 17 | 3919 |
| Wellings, James 2013-01-16 & 17 | 4405 |
| Wellings, James 2013-01-16 & 17 | 5053 |
| Wellings, James 2013-01-16 & 17 | 5361 |
| Wellings, James 2013-01-16 & 17 | 5370 |
| Wellings, James 2013-01-16 & 17 | 6124 |
| Wellings, James 2013-01-16 & 17 | 6198 |
| Wellings, James 2013-01-16 & 17 | 7104 |
| Wellings, James 2013-01-16 & 17 | 7353 |
| Wellings, James 2013-01-16 & 17 | 8537 |
| Wellings, James 2013-01-16 & 17 | 8538 |
| Wellings, James 2013-01-16 & 17 | 8541 |
| Wellings, James 2013-01-16 & 17 | 8542 |
| Wellings, James 2013-01-16 & 17 | 8652 |
| Wellings, James 2013-01-16 & 17 | 9099 |
| Wellings, James 2013-01-16 & 17 | 9105 |
| Wellings, James 2013-01-16 & 17 | 9125 |
| Wellings, James 2013-01-16 & 17 | 9345 |
| Wellings, James 2013-01-16 & 17 | 9564 |
| Wellings, James 2013-01-16 & 17 | 9828 |
| Wellings, James 2013-01-16 & 17 | 9833 |
| Wellings, James 2013-01-16 & 17 | 10122 |
| Wellings, James 2013-01-16 & 17 | 10505 |
| Wellings, James 2013-01-16 & 17 | 10514 |
| Wellings, James 2013-01-16 & 17 | 10523 |
| Wellings, James 2013-01-16 & 17 | 10527 |
| Wellings, James 2013-01-16 & 17 | 10542 |
| Wellings, James 2013-01-16 & 17 | 11225 |
| Wellings, James 2013-01-16 & 17 | 11226 |
| Wellings, James 2013-01-16 & 17 | 11227 |
| Wellings, James 2013-01-16 & 17 | 11228 |
| Wellings, James 2013-01-16 & 17 | 11229 |
| Wellings, James 2013-01-16 & 17 | 11230 |
| Wellings, James 2013-01-16 & 17 | 11231 |

Aligned Parties re James Wellings - admitted 10/3/13 SK

| | |
|---|---|
| Wellings, James 2013-01-16 & 17 | 11232 |
| Wellings, James 2013-01-16 & 17 | 11233 |
| Wellings, James 2013-01-16 & 17 | 11234 |
| Wellings, James 2013-01-16 & 17 | 11235 |
| Wellings, James 2013-01-16 & 17 | 11236 |
| Wellings, James 2013-01-16 & 17 | 11237 |
| Wellings, James 2013-01-16 & 17 | 11238 |
| Wellings, James 2013-01-16 & 17 | 11239 |
| Wellings, James 2013-01-16 & 17 | 11240 |
| Wellings, James 2013-01-16 & 17 | 11241 |
| Wellings, James 2013-01-16 & 17 | 11242 |
| Wellings, James 2013-01-16 & 17 | 11243 |
| Wellings, James 2013-01-16 & 17 | 11244 |
| Wellings, James 2013-01-16 & 17 | 11245 |
| Wellings, James 2013-01-16 & 17 | 11246 |
| Wellings, James 2013-01-16 & 17 | 11247 |
| Wellings, James 2013-01-16 & 17 | 11248 |
| Wellings, James 2013-01-16 & 17 | 11249 |
| Wellings, James 2013-01-16 & 17 | 11250 |
| Wellings, James 2013-01-16 & 17 | 11251 |
| Wellings, James 2013-01-16 & 17 | 11252 |
| Wellings, James 2013-01-16 & 17 | 11253 |
| Wellings, James 2013-01-16 & 17 | 11254 |
| Wellings, James 2013-01-16 & 17 | 11256 |
| Wellings, James 2013-01-16 & 17 | 11257 |
| Wellings, James 2013-01-16 & 17 | 11258 |
| Wellings, James 2013-01-16 & 17 | 11259 |
| Wellings, James 2013-01-16 & 17 | 11260 |
| Wellings, James 2013-01-16 & 17 | 11261 |
| Wellings, James 2013-01-16 & 17 | 11263 |
| Wellings, James 2013-01-16 & 17 | 11264 |
| Wellings, James 2013-01-16 & 17 | 11266 |
| Wellings, James 2013-01-16 & 17 | 11267 |
| Wellings, James 2013-01-16 & 17 | 11268 |
| Wellings, James 2013-01-16 & 17 | 11269 |
| Wellings, James 2013-01-16 & 17 | 11270 |