## BP'S LIST OF DEPOSITION BUNDLES FOR THE PHASE 2 TRIAL
## (OCTOBER 3, 2013)

admitted 10/3/13 SK

BP offers into evidence the following Phase 2 deposition designation bundles not previously offered by the Aligned Parties:

Admiral Thad Allen

David Barnett

Kenneth Bhalla

Richard Brannon

Admiral Kevin Cook

Bryan Domangue

Steve Hand

Charles Henry

Dennis Johnson

William Lehr

Michael Saucier

Henry Thierens

Paul Tooms

In offering each of these deposition bundles into evidence, BP does not waive but maintains all of its general and specific objections to the designated testimony and the exhibits contained within these bundles.

BP also offers into evidence its designations within the deposition bundles previously offered by the Aligned Parties. BP does not waive but maintains all of its general and specific objections to the designated testimony and the exhibits contained within the deposition bundles previously offered by the Aligned Parties.

BP reserves the right to offer additional Phase 2 deposition designation bundles in the "Quantification" segment of the Phase 2 trial.