# Bundle Exhibits:

October 3, 2013

## EXHIBITS DESIGNATED BY ALL PARTIES WITHIN DEPOSITION BUNDLES OFFERED/ADMITTED BY BP (Case 2:10-md-02179-CJB-SS)

*admitted 10-3-13 SK*

| Deponent Name | Exhibit # |
|---|---|
| Allen, Thad 2012-09-24 & 25 | 3218 |
| Allen, Thad 2012-09-24 & 25 | 3220 |
| Allen, Thad 2012-09-24 & 25 | 4423 |
| Allen, Thad 2012-09-24 & 25 | 5051 |
| Allen, Thad 2012-09-24 & 25 | 5634 |
| Allen, Thad 2012-09-24 & 25 | 6212 |
| Allen, Thad 2012-09-24 & 25 | 7361 |
| Allen, Thad 2012-09-24 & 25 | 8537 |
| Allen, Thad 2012-09-24 & 25 | 8865 |
| Allen, Thad 2012-09-24 & 25 | 8867 |
| Allen, Thad 2012-09-24 & 25 | 9100 |
| Allen, Thad 2012-09-24 & 25 | 9101 |
| Allen, Thad 2012-09-24 & 25 | 9102 |
| Allen, Thad 2012-09-24 & 25 | 9103 |
| Allen, Thad 2012-09-24 & 25 | 9104 |
| Allen, Thad 2012-09-24 & 25 | 9105 |
| Allen, Thad 2012-09-24 & 25 | 9106 |
| Allen, Thad 2012-09-24 & 25 | 9107 |
| Allen, Thad 2012-09-24 & 25 | 9109 |
| Allen, Thad 2012-09-24 & 25 | 9110 |
| Allen, Thad 2012-09-24 & 25 | 9111 |
| Allen, Thad 2012-09-24 & 25 | 9112 |
| Allen, Thad 2012-09-24 & 25 | 9113 |
| Allen, Thad 2012-09-24 & 25 | 9114 |
| Allen, Thad 2012-09-24 & 25 | 9115 |
| Allen, Thad 2012-09-24 & 25 | 9116 |
| Allen, Thad 2012-09-24 & 25 | 9117 |
| Allen, Thad 2012-09-24 & 25 | 9118 |
| Allen, Thad 2012-09-24 & 25 | 9119 |
| Allen, Thad 2012-09-24 & 25 | 9120 |
| Allen, Thad 2012-09-24 & 25 | 9121 |
| Allen, Thad 2012-09-24 & 25 | 9122 |
| Allen, Thad 2012-09-24 & 25 | 9123 |
| Allen, Thad 2012-09-24 & 25 | 9124 |
| Allen, Thad 2012-09-24 & 25 | 9125 |
| Allen, Thad 2012-09-24 & 25 | 9126 |
| Allen, Thad 2012-09-24 & 25 | 9127 |
| Allen, Thad 2012-09-24 & 25 | 9128 |
| Allen, Thad 2012-09-24 & 25 | 9129 |

| | |
|---|---|
| Allen, Thad 2012 09-24 & 25 | 9130 |
| Allen, Thad 2012-09-24 & 25 | 9131 |
| Allen, Thad 2012-09-24 & 25 | 9132 |
| Allen, Thad 2012-09-24 & 25 | 9133 |
| Allen, Thad 2012-09-24 & 25 | 9134 |
| Allen, Thad 2012-09-24 & 25 | 9135 |
| Allen, Thad 2012-09-24 & 25 | 9136 |
| Allen, Thad 2012-09-24 & 25 | 9137 |
| Allen, Thad 2012-09-24 & 25 | 9138 |
| Allen, Thad 2012-09-24 & 25 | 9139 |
| Allen, Thad 2012-09-24 & 25 | 9140 |
| Allen, Thad 2012-09-24 & 25 | 9141 |
| Allen, Thad 2012-09-24 & 25 | 9142 |
| Allen, Thad 2012-09-24 & 25 | 9143 |
| Allen, Thad 2012-09-24 & 25 | 9144 |
| Allen, Thad 2012-09-24 & 25 | 9145 |
| Allen, Thad 2012-09-24 & 25 | 9146 |
| Allen, Thad 2012-09-24 & 25 | 9147 |
| Allen, Thad 2012-09-24 & 25 | 9148 |
| Allen, Thad 2012-09-24 & 25 | 9149 |
| Allen, Thad 2012-09-24 & 25 | 9150 |
| Allen, Thad 2012-09-24 & 25 | 9151 |
| Allen, Thad 2012-09-24 & 25 | 9152 |
| Allen, Thad 2012-09-24 & 25 | 9153 |
| Allen, Thad 2012-09-24 & 25 | 9154 |
| Allen, Thad 2012 09-24 & 25 | 9155 |
| Allen, Thad 2012 09-24 & 25 | 9156 |
| Allen, Thad 2012-09-24 & 25 | 9157 |
| Allen, Thad 2012-09-24 & 25 | 9158 |
| Allen, Thad 2012-09-24 & 25 | 9159 |
| Allen, Thad 2012-09-24 & 25 | 9160 |
| Allen, Thad 2012-09-24 & 25 | 9161 |
| Allen, Thad 2012-09-24 & 25 | 9162 |
| Allen, Thad 2012-09-24 & 25 | 9163 |
| Allen, Thad 2012-09-24 & 25 | 9164 |
| Allen, Thad 2012-09-24 & 25 | 9165 |
| Allen, Thad 2012-09-24 & 25 | 9166 |
| Allen, Thad 2012-09-24 & 25 | 9167 |
| Allen, Thad 2012-09-24 & 25 | 9168 |
| Allen, Thad 2012-09-24 & 25 | 9169 |
| Allen, Thad 2012-09-24 & 25 | 9171 |
| Allen, Thad 2012-09-24 & 25 | 9172 |
| Allen, Thad 2012-09-24 & 25 | 9173 |
| Allen, Thad 2012-09-24 & 25 | 9174 |
| Allen, Thad 2012-09-24 & 25 | 9175 |
| Allen, Thad 2012-09-24 & 25 | 9176 |
| Allen, Thad 2012-09-24 & 25 | 9177 |
| Allen, Thad 2012-09-24 & 25 | 9178 |
| Barnett, David 2012-12-14 | 3918 |
| Barnett, David 2012-12-14 | 9132 |

| | |
|---|---|
| Barnett, David 2012-12-14 | 9159 |
| Barnett, David 2012-12-14 | 9240 |
| Barnett, David 2012-12-14 | 9250 |
| Barnett, David 2012-12-14 | 9478 |
| Barnett, David 2012-12-14 | 9935 |
| Barnett, David 2012-12-14 | 10123 |
| Barnett, David 2012-12-14 | 10482 |
| Barnett, David 2012-12-14 | 10483 |
| Barnett, David 2012-12-14 | 10484 |
| Barnett, David 2012-12-14 | 10485 |
| Barnett, David 2012-12-14 | 10486 |
| Barnett, David 2012-12-14 | 10487 |
| Barnett, David 2012-12-14 | 10488 |
| Barnett, David 2012-12-14 | 10489 |
| Barnett, David 2012-12-14 | 10490 |
| Barnett, David 2012-12-14 | 10491 |
| Barnett, David 2012-12-14 | 10492 |
| Barnett, David 2012-12-14 | 10493 |
| Barnett, David 2012-12-14 | 10494 |
| Barnett, David 2012-12-14 | 10495 |
| Barnett, David 2012-12-14 | 10496 |
| Barnett, David 2012-12-14 | 10497 |
| Barnett, David 2012-12-14 | 10498 |
| Barnett, David 2012-12-14 | 10499 |
| Barnett, David 2012-12-14 | 10600 |
| Barnett, David 2012-12-14 | 10601 |
| Barnett, David 2012-12-14 | 10602 |
| Barnett, David 2012-12-14 | 10603 |
| Barnett, David 2012-12-14 | 10604 |
| Barnett, David 2012-12-14 | 10605 |
| Barnett, David 2012-12-14 | 10606 |
| Barnett, David 2012-12-14 | 10607 |
| Barnett, David 2012-12-14 | 10608 |
| Barnett, David 2012-12-14 | 10609 |
| Barnett, David 2012-12-14 | 10610 |
| Barnett, David 2012-12-14 | 10611 |
| Barnett, David 2012-12-14 | 10612 |
| Barnett, David 2012-12-14 | 10613 |
| Barnett, David 2012-12-14 | 10614 |
| Barnett, David 2012-12-14 | 10615 |
| Barnett, David 2012-12-14 | 10616 |
| Barnett, David 2012-12-14 | 10617 |
| Barnett, David 2012-12-14 | 10618 |
| Barnett, David 2012-12-14 | 10619 |
| Barnett, David 2012-12-14 | 10620 |
| Barnett, David 2012-12-14 | 10621 |
| Barnett, David 2012-12-14 | 10622 |
| Barnett, David 2012-12-14 | 10623 |
| Barnett, David 2012-12-14 | 10624 |
| Barnett, David 2012-12-14 | 10625 |

| | |
|---|---|
| Barnett, David 2012-12-14 | 10626 |
| Barnett, David 2012-12-14 | 10627 |
| Barnett, David 2012-12-14 | 10628 |
| Barnett, David 2012-12-14 | 10629 |
| Barnett, David 2012-12-14 | 10630 |
| Barnett, David 2012-12-14 | 10631 |
| Barnett, David 2012-12-14 | 10632 |
| Barnett, David 2012-12-14 | 10633 |
| Barnett, David 2012-12-14 | 10634 |
| Barnett, David 2012-12-14 | 10610-10614 |
| Bhalla, Kenneth 2011-06-02 | 3302 |
| Brannon, Richard 2013-01-07 & 08 | 3220 |
| Brannon, Richard 2013-01-07 & 08 | 6124 |
| Brannon, Richard 2013-01-07 & 08 | 8537 |
| Brannon, Richard 2013-01-07 & 08 | 8553 |
| Brannon, Richard 2013-01-07 & 08 | 8866 |
| Brannon, Richard 2013-01-07 & 08 | 9146 |
| Brannon, Richard 2013-01-07 & 08 | 9159 |
| Brannon, Richard 2013-01-07 & 08 | 9164 |
| Brannon, Richard 2013-01-07 & 08 | 9245 |
| Brannon, Richard 2013-01-07 & 08 | 9259 |
| Brannon, Richard 2013-01-07 & 08 | 9267 |
| Brannon, Richard 2013-01-07 & 08 | 9406 |
| Brannon, Richard 2013-01-07 & 08 | 9427 |
| Brannon, Richard 2013-01-07 & 08 | 9431 |
| Brannon, Richard 2013-01-07 & 08 | 9432 |
| Brannon, Richard 2013-01-07 & 08 | 9433 |
| Brannon, Richard 2013-01-07 & 08 | 9434 |
| Brannon, Richard 2013-01-07 & 08 | 10507 |
| Brannon, Richard 2013-01-07 & 08 | 10531 |
| Brannon, Richard 2013-01-07 & 08 | 10672 |
| Brannon, Richard 2013-01-07 & 08 | 10673 |
| Brannon, Richard 2013-01-07 & 08 | 10674 |
| Brannon, Richard 2013-01-07 & 08 | 10675 |
| Brannon, Richard 2013-01-07 & 08 | 10676 |
| Brannon, Richard 2013-01-07 & 08 | 10677 |
| Brannon, Richard 2013-01-07 & 08 | 10678 |
| Brannon, Richard 2013-01-07 & 08 | 10679 |
| Brannon, Richard 2013-01-07 & 08 | 10680 |
| Brannon, Richard 2013-01-07 & 08 | 10681 |
| Brannon, Richard 2013-01-07 & 08 | 10682 |
| Brannon, Richard 2013-01-07 & 08 | 10683 |
| Brannon, Richard 2013-01-07 & 08 | 10684 |
| Brannon, Richard 2013-01-07 & 08 | 10685 |
| Brannon, Richard 2013-01-07 & 08 | 10686 |
| Brannon, Richard 2013-01-07 & 08 | 10687 |
| Brannon, Richard 2013-01-07 & 08 | 10688 |
| Brannon, Richard 2013-01-07 & 08 | 10689 |
| Brannon, Richard 2013-01-07 & 08 | 10690 |
| Brannon, Richard 2013-01-07 & 08 | 10691 |

| | |
|---|---|
| Brannon, Richard 2013-01-07 & 08 | 10692 |
| Brannon, Richard 2013-01-07 & 08 | 10693 |
| Brannon, Richard 2013-01-07 & 08 | 10696 |
| Brannon, Richard 2013-01-07 & 08 | 10697 |
| Brannon, Richard 2013-01-07 & 08 | 10698 |
| Brannon, Richard 2013-01-07 & 08 | 10699 |
| Brannon, Richard 2013-01-07 & 08 | 10700 |
| Brannon, Richard 2013-01-07 & 08 | 10701 |
| Brannon, Richard 2013-01-07 & 08 | 10702 |
| Brannon, Richard 2013-01-07 & 08 | 10703 |
| Brannon, Richard 2013-01-07 & 08 | 10704 |
| Brannon, Richard 2013-01-07 & 08 | 10705 |
| Brannon, Richard 2013-01-07 & 08 | 10706 |
| Brannon, Richard 2013-01-07 & 08 | 10707 |
| Brannon, Richard 2013-01-07 & 08 | 10708 |
| Brannon, Richard 2013-01-07 & 08 | 10710 |
| Cook, Kevin 2012-10-10 & 11 | 3218 |
| Cook, Kevin 2012-10-10 & 11 | 3220 |
| Cook, Kevin 2012-10-10 & 11 | 3910 |
| Cook, Kevin 2012-10-10 & 11 | 6212 |
| Cook, Kevin 2012-10-10 & 11 | 6299 |
| Cook, Kevin 2012-10-10 & 11 | 8524 |
| Cook, Kevin 2012-10-10 & 11 | 8865 |
| Cook, Kevin 2012-10-10 & 11 | 9105 |
| Cook, Kevin 2012-10-10 & 11 | 9123 |
| Cook, Kevin 2012-10-10 & 11 | 9132 |
| Cook, Kevin 2012-10-10 & 11 | 9138 |
| Cook, Kevin 2012-10-10 & 11 | 9155 |
| Cook, Kevin 2012-10-10 & 11 | 9162 |
| Cook, Kevin 2012-10-10 & 11 | 9406 |
| Cook, Kevin 2012-10-10 & 11 | 9407 |
| Cook, Kevin 2012-10-10 & 11 | 9408 |
| Cook, Kevin 2012-10-10 & 11 | 9409 |
| Cook, Kevin 2012-10-10 & 11 | 9410 |
| Cook, Kevin 2012-10-10 & 11 | 9411 |
| Cook, Kevin 2012-10-10 & 11 | 9412 |
| Cook, Kevin 2012-10-10 & 11 | 9413 |
| Cook, Kevin 2012-10-10 & 11 | 9415 |
| Cook, Kevin 2012-10-10 & 11 | 9416 |
| Cook, Kevin 2012-10-10 & 11 | 9418 |
| Cook, Kevin 2012-10-10 & 11 | 9423 |
| Cook, Kevin 2012-10-10 & 11 | 9424 |
| Cook, Kevin 2012-10-10 & 11 | 9425 |
| Cook, Kevin 2012-10-10 & 11 | 9426 |
| Cook, Kevin 2012-10-10 & 11 | 9427 |
| Cook, Kevin 2012-10-10 & 11 | 9428 |
| Cook, Kevin 2012-10-10 & 11 | 9430 |
| Cook, Kevin 2012-10-10 & 11 | 9431 |
| Cook, Kevin 2012-10-10 & 11 | 9432 |
| Cook, Kevin 2012-10-10 & 11 | 9433 |

| | |
|---|---|
| Cook, Kevin 2012-10-10 & 11 | 9434 |
| Cook, Kevin 2012-10-10 & 11 | 9435 |
| Cook, Kevin 2012-10-10 & 11 | 9436 |
| Cook, Kevin 2012-10-10 & 11 | 9437 |
| Domangue, Bryan 2011-09-11 | 1164 |
| Domangue, Bryan 2011-09-11 | 5326 |
| Domangue, Bryan 2011-09-11 | 5327 |
| Domangue, Bryan 2011-09-11 | 5328 |
| Domangue, Bryan 2011-09-11 | 5330 |
| Domangue, Bryan 2011-09-11 | 5334 |
| Domangue, Bryan 2011-09-11 | 5335 |
| Hand, Steven 2013-01-28 & 29 | 674 |
| Hand, Steven 2013-01-28 & 29 | 1895 |
| Hand, Steven 2013-01-28 & 29 | 2390 |
| Hand, Steven 2013-01-28 & 29 | 3624 |
| Hand, Steven 2013-01-28 & 29 | 5361 |
| Hand, Steven 2013-01-28 & 29 | 6094 |
| Hand, Steven 2013-01-28 & 29 | 6212 |
| Hand, Steven 2013-01-28 & 29 | 7353 |
| Hand, Steven 2013-01-28 & 29 | 9550 |
| Hand, Steven 2013-01-28 & 29 | 10081 |
| Hand, Steven 2013-01-28 & 29 | 10216 |
| Hand, Steven 2013-01-28 & 29 | 10234 |
| Hand, Steven 2013-01-28 & 29 | 10235 |
| Hand, Steven 2013-01-28 & 29 | 10238 |
| Hand, Steven 2013-01-28 & 29 | 10530 |
| Hand, Steven 2013-01-28 & 29 | 10611 |
| Hand, Steven 2013-01-28 & 29 | 10873 |
| Hand, Steven 2013-01-28 & 29 | 10874 |
| Hand, Steven 2013-01-28 & 29 | 10875 |
| Hand, Steven 2013-01-28 & 29 | 10876 |
| Hand, Steven 2013-01-28 & 29 | 10877 |
| Hand, Steven 2013-01-28 & 29 | 10878 |
| Hand, Steven 2013-01-28 & 29 | 10879 |
| Hand, Steven 2013-01-28 & 29 | 10880 |
| Hand, Steven 2013-01-28 & 29 | 10882 |
| Hand, Steven 2013-01-28 & 29 | 10883 |
| Hand, Steven 2013-01-28 & 29 | 10884 |
| Hand, Steven 2013-01-28 & 29 | 10885 |
| Hand, Steven 2013-01-28 & 29 | 10886 |
| Hand, Steven 2013-01-28 & 29 | 10887 |
| Hand, Steven 2013-01-28 & 29 | 10888 |
| Hand, Steven 2013-01-28 & 29 | 10892 |
| Hand, Steven 2013-01-28 & 29 | 10893 |
| Hand, Steven 2013-01-28 & 29 | 10894 |
| Hand, Steven 2013-01-28 & 29 | 10895 |
| Hand, Steven 2013-01-28 & 29 | 10896 |
| Hand, Steven 2013-01-28 & 29 | 10898 |
| Hand, Steven 2013-01-28 & 29 | 10899 |
| Hand, Steven 2013-01-28 & 29 | 10900 |

| | |
|---|---|
| Hand, Steven 2013-01-28 & 29 | 10901 |
| Hand, Steven 2013-01-28 & 29 | 10902 |
| Hand, Steven 2013-01-28 & 29 | 10905 |
| Hand, Steven 2013-01-28 & 29 | 10906 |
| Hand, Steven 2013-01-28 & 29 | 10907 |
| Hand, Steven 2013-01-28 & 29 | 10909 |
| Hand, Steven 2013-01-28 & 29 | 10910 |
| Hand, Steven 2013-01-28 & 29 | 10911 |
| Hand, Steven 2013-01-28 & 29 | 10912 |
| Hand, Steven 2013-01-28 & 29 | 10913 |
| Hand, Steven 2013-01-28 & 29 | 10914 |
| Hand, Steven 2013-01-28 & 29 | 10915 |
| Henry, Charles 2012-10-03 & 04 | 3220 |
| Henry, Charles 2012-10-03 & 04 | 5063 |
| Henry, Charles 2012-10-03 & 04 | 8866 |
| Henry, Charles 2012-10-03 & 04 | 8880 |
| Henry, Charles 2012-10-03 & 04 | 8882 |
| Henry, Charles 2012-10-03 & 04 | 8883 |
| Henry, Charles 2012-10-03 & 04 | 8884 |
| Henry, Charles 2012-10-03 & 04 | 8886 |
| Henry, Charles 2012-10-03 & 04 | 8887 |
| Henry, Charles 2012-10-03 & 04 | 8888 |
| Henry, Charles 2012-10-03 & 04 | 8895 |
| Henry, Charles 2012-10-03 & 04 | 8896 |
| Henry, Charles 2012-10-03 & 04 | 8898 |
| Henry, Charles 2012-10-03 & 04 | 8935 |
| Henry, Charles 2012-10-03 & 04 | 8936 |
| Henry, Charles 2012-10-03 & 04 | 8937 |
| Henry, Charles 2012-10-03 & 04 | 8938 |
| Henry, Charles 2012-10-03 & 04 | 8941 |
| Henry, Charles 2012-10-03 & 04 | 8942 |
| Henry, Charles 2012-10-03 & 04 | 8943 |
| Henry, Charles 2012-10-03 & 04 | 9157 |
| Henry, Charles 2012-10-03 & 04 | 8897A |
| Henry, Charles 2012-10-03 & 04 | 8897B |
| Henry, Charles 2012-10-03 & 04 | 8897C |
| Johnson, Dennis 2011-06-24 | 771 |
| Johnson, Dennis 2011-06-24 | 772 |
| Johnson, Dennis 2011-06-24 | 2346 |
| Johnson, Dennis 2011-06-24 | 3250 |
| Johnson, Dennis 2011-06-24 | 3251 |
| Johnson, Dennis 2011-06-24 | 3252 |
| Johnson, Dennis 2011-06-24 | 3253 |
| Johnson, Dennis 2011-06-24 | 3254 |
| Johnson, Dennis 2011-06-24 | 3256 |
| Johnson, Dennis 2011-06-24 | 3257 |
| Lehr, William 2013-01-17 & 18 | 3220 |
| Lehr, William 2013-01-17 & 18 | 5063 |
| Lehr, William 2013-01-17 & 18 | 8662 |
| Lehr, William 2013-01-17 & 18 | 8815 |

| | |
|---|---|
| Lehr, William 2013-01-17 & 18 | 8823 |
| Lehr, William 2013-01-17 & 18 | 8866 |
| Lehr, William 2013-01-17 & 18 | 8873 |
| Lehr, William 2013-01-17 & 18 | 8874 |
| Lehr, William 2013-01-17 & 18 | 8886 |
| Lehr, William 2013-01-17 & 18 | 8887 |
| Lehr, William 2013-01-17 & 18 | 8889 |
| Lehr, William 2013-01-17 & 18 | 8891 |
| Lehr, William 2013-01-17 & 18 | 8893 |
| Lehr, William 2013-01-17 & 18 | 8898 |
| Lehr, William 2013-01-17 & 18 | 8941 |
| Lehr, William 2013-01-17 & 18 | 9005 |
| Lehr, William 2013-01-17 & 18 | 9013 |
| Lehr, William 2013-01-17 & 18 | 9081 |
| Lehr, William 2013-01-17 & 18 | 9157 |
| Lehr, William 2013 01 17 & 18 | 9158 |
| Lehr, William 2013-01-17 & 18 | 9182 |
| Lehr, William 2013-01-17 & 18 | 9183 |
| Lehr, William 2013-01-17 & 18 | 9188 |
| Lehr, William 2013 01 17 & 18 | 9189 |
| Lehr, William 2013-01-17 & 18 | 9610 |
| Lehr, William 2013-01-17 & 18 | 9611 |
| Lehr, William 2013-01-17 & 18 | 9612 |
| Lehr, William 2013-01-17 & 18 | 9613 |
| Lehr, William 2013-01-17 & 18 | 9674 |
| Lehr, William 2013-01-17 & 18 | 10727 |
| Lehr, William 2013-01-17 & 18 | 10728 |
| Lehr, William 2013-01-17 & 18 | 10729 |
| Lehr, William 2013 01 17 & 18 | 10730 |
| Lehr, William 2013-01-17 & 18 | 10731 |
| Lehr, William 2013-01-17 & 18 | 10733 |
| Lehr, William 2013-01-17 & 18 | 10736 |
| Lehr, William 2013-01-17 & 18 | 10738 |
| Lehr, William 2013-01-17 & 18 | 10739 |
| Lehr, William 2013-01-17 & 18 | 10740 |
| Lehr, William 2013-01 17 & 18 | 10742 |
| Lehr, William 2013-01-17 & 18 | 10743 |
| Lehr, William 2013-01-17 & 18 | 10744 |
| Lehr, William 2013-01-17 & 18 | 10745 |
| Lehr, William 2013-01-17 & 18 | 10746 |
| Lehr, William 2013 01 17 & 18 | 10747 |
| Lehr, William 2013 01 17 & 18 | 10748 |
| Lehr, William 2013-01-17 & 18 | 10749 |
| Lehr, William 2013-01 17 & 18 | 10750 |
| Lehr, William 2013-01-17 & 18 | 10752 |
| Lehr, William 2013-01-17 & 18 | 10754 |
| Lehr, William 2013-01-17 & 18 | 10755 |
| Lehr, William 2013-01-17 & 18 | 10756 |
| Lehr, William 2013-01-17 & 18 | 10758 |
| Lehr, William 2013-01-17 & 18 | 10760 |

| | |
|---|---|
| Lehr, William 2013-01-17 & 18 | 10761 |
| Lehr, William 2013-01-17 & 18 | 10762 |
| Lehr, William 2013-01-17 & 18 | 10763 |
| Lehr, William 2013-01-17 & 18 | 10765 |
| Lehr, William 2013-01-17 & 18 | 10766 |
| Lehr, William 2013-01-17 & 18 | 10767 |
| Lehr, William 2013-01-17 & 18 | 10768 |
| Lehr, William 2013-01-17 & 18 | 11193 |
| Lehr, William 2013-01-17 & 18 | 11215 |
| Lehr, William 2013-01-17 & 18 | 8897B |
| Lehr, William 2013-01-17 & 18 | 8897C |
| Saucier, Michael 2011-07-27 & 28 | 1483 |
| Saucier, Michael 2011-07-27 & 28 | 2427 |
| Saucier, Michael 2011-07-27 & 28 | 4000 |
| Saucier, Michael 2011-07-27 & 28 | 4008 |
| Saucier, Michael 2011-07-27 & 28 | 4723 |
| Saucier, Michael 2011-07-27 & 28 | 4724 |
| Saucier, Michael 2011-07-27 & 28 | 4727 |
| Saucier, Michael 2011-07-27 & 28 | 4728 |
| Saucier, Michael 2011-07-27 & 28 | 4739 |
| Saucier, Michael 2011-07-27 & 28 | 4740 |
| Saucier, Michael 2011-07-27 & 28 | 4747 |
| Saucier, Michael 2011-07-27 & 28 | 4748 |
| Saucier, Michael 2011-07-27 & 28 | 4751 |
| Saucier, Michael 2011-07-27 & 28 | 4768 |
| Saucier, Michael 2011-07-27 & 28 | 4769 |
| Thierens, Henry 2011-06-09 & 10 | 215 |
| Thierens, Henry 2011-06-09 & 10 | 1166 |
| Thierens, Henry 2011-06-09 & 10 | 6081 |
| Thierens, Henry 2011-06-09 & 10 | 6094 |
| Thierens, Henry 2011-06-09 & 10 | 6095 |
| Thierens, Henry 2011-06-09 & 10 | 6096 |
| Thierens, Henry 2011-06-09 & 10 | 6097 |
| Thierens, Henry 2011-06-09 & 10 | 6100 |
| Thierens, Henry 2011-06-09 & 10 | 6110 |
| Thierens, Henry 2011-06-09 & 10 | 6111 |
| Thierens, Henry 2011-06-09 & 10 | 6112 |
| Thierens, Henry 2011-06-09 & 10 | 6113 |
| Thierens, Henry 2011-06-09 & 10 | 6120 |
| Thierens, Henry 2011-06-09 & 10 | 6124 |
| Thierens, Henry 2011-06-09 & 10 | 6135 |
| Thierens, Henry 2011-06-09 & 10 | 6138 |
| Tooms, Paul 2011-06-16 & 17 | 6172 |
| Tooms, Paul 2011-06-16 & 17 | 6173 |
| Tooms, Paul 2011-06-16 & 17 | 6174 |
| Tooms, Paul 2011-06-16 & 17 | 6175 |
| Tooms, Paul 2011-06-16 & 17 | 6179 |
| Tooms, Paul 2011-06-16 & 17 | 6180 |
| Tooms, Paul 2011-06-16 & 17 | 6184 |
| Tooms, Paul 2011-06-16 & 17 | 6185 |

| | |
|---|---|
| Tooms, Paul 2011-06-16 & 17 | 6187 |
| Tooms, Paul 2011-06-16 & 17 | 6188 |
| Tooms, Paul 2011-06-16 & 17 | 6189 |
| Tooms, Paul 2011-06-16 & 17 | 6190 |
| Tooms, Paul 2011-06-16 & 17 | 6191 |
| Tooms, Paul 2011-06-16 & 17 | 6192 |
| Tooms, Paul 2011-06-16 & 17 | 6193 |
| Tooms, Paul 2011-06-16 & 17 | 6194 |
| Tooms, Paul 2011-06-16 & 17 | 6195 |
| Tooms, Paul 2011-06-16 & 17 | 6196 |
| Tooms, Paul 2011-06-16 & 17 | 6197 |
| Tooms, Paul 2011-06-16 & 17 | 6198 |
| Tooms, Paul 2011-06-16 & 17 | 6199 |
| Tooms, Paul 2011-06-16 & 17 | 6200 |
| Tooms, Paul 2011-06-16 & 17 | 6201 |
| Tooms, Paul 2011-06-16 & 17 | 6202 |
| Tooms, Paul 2011-06-16 & 17 | 6203 |
| Tooms, Paul 2011-06-16 & 17 | 6204 |
| Tooms, Paul 2011-06-16 & 17 | 6211 |
| Tooms, Paul 2011-06-16 & 17 | 6212 |