**Designation Run Report**

# Allen BP SC FINAL 10-2

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  10-3-13 SC
WILLIAM W. BLEVINS
CLERK

Allen, Thad 09-24-2012
Allen, Thad 09-25-2012

Our Designations  00:03:59

Total Time  00:03:59



ID:V51ALL                                    10-02-2013

| Page/Line | Source | ID |
|---|---|---|
| | **V51ALL-Allen BP SC FINAL 10-2** | |
| 74:13 - 74:17 | **Allen, Thad 09-24-2012 (00:00:19)**<br>74:13  Q. (By Mr. Barr) Okay.  I want to ask you,<br>74:14 not in your role as the NIC, but just as Admiral<br>74:15 Thad Allen who was involved in the response:  Do<br>74:16 you believe BP was prepared to respond to the<br>74:17 Macondo incident? | V51ALL.1 |
| 74:20 - 75:4 | **Allen, Thad 09-24-2012 (00:00:21)**<br>74:20  A. I believe industry-wide, there was an<br>74:21 overreliance on the blowout preventer as a<br>74:22 fail-safe method for well control, but I don't<br>74:23 think it was restricted to BP.  I think it was an<br>74:24 industry-wide issue --<br>74:25  Q. (By Mr. Barr) Would you --<br>75:1  A. -- as an individual citizen.<br>75:2  Q. Would you agree that BP did not have the<br>75:3 equipment needed to intervene and stop the flow<br>75:4 of oil, other than the use of the relief well? | V51ALL.2 |
| 75:7 - 75:9 | **Allen, Thad 09-24-2012 (00:00:05)**<br>75:7  A. As a private citizen and understanding<br>75:8 what I know now, that did not exist anywhere in<br>75:9 the Gulf, not only for BP, but any oil company. | V51ALL.3 |
| 75:21 - 75:23 | **Allen, Thad 09-24-2012 (00:00:07)**<br>75:21  Q. (By Mr. Barr) Do you believe a capping<br>75:22 stack should have been built prior to the Macondo<br>75:23 incident? | V51ALL.4 |
| 76:1 - 76:3 | **Allen, Thad 09-24-2012 (00:00:05)**<br>76:1  A. I can't comment on that, because it met<br>76:2 the Regulatory Requirements put forth by DOI as a<br>76:3 condition of their permit. | V51ALL.5 |
| 687:22 - 689:12 | **Allen, Thad 09-25-2012 (00:01:50)**<br>687:22 "Admiral, could you tell us how the low<br>687:23 flow estimates impacted the response?" For --<br>687:24 "for an example, if instead of being told that<br>687:25 there were 1,000 barrels a day or 5,000 barrels a<br>688:1 day, early on you had been told that, no, there<br>688:2 are 20,000 or 26,000 or 30,000 barrels a day,<br>688:3 would you have done anything different?"<br>688:4 ADMIRAL ALLEN: "The answer is no.  And<br>688:5 the reason is, we assumed at the outset this<br>688:6 could be a catastrophic event.  I was the | V51ALL.6 |

| Page/Line | Source | ID |
|---|---|---|
| | V51ALL-Allen BP SC FINAL 10-2 | |
| | 688:7 Commandant of the" -- "Commandant of the Coast | |
| | 688:8 Guard at the time. I was called in the middle of | |
| | 688:9 the night when the explosion occurred. | |
| | 688:10 "We started moving very quickly to put | |
| | 688:11 folks that have knowledge of marine salvage | |
| | 688:12 operations, as far as stability of the rig. We | |
| | 688:13 knew we had 700,000 gallons of diesel fuel, which | |
| | 688:14 in and of itself was a large amount, given the | |
| | 688:15 fact that it's been dwarfed by the spill to date. | |
| | 688:16 "We started moving every piece of | |
| | 688:17 equipment that was identified in the response | |
| | 688:18 plan for the rig itself. As those estimates came | |
| | 688:19 out, I noted them. But they weren't | |
| | 688:20 consequential in any decision-making I did or I | |
| | 688:21 think the interagency and the response, because | |
| | 688:22 we knew this thing had the potential to be much | |
| | 688:23 larger than it was. | |
| | 688:24 "We never relied on the 1,000 to 5,000 | |
| | 688:25 barrels a day. And in fact, when that became an | |
| | 689:1 issue of what the flow rate was, as you know, I | |
| | 689:2 established a separate" -- " separate | |
| | 689:3 government -- a flow rate technical group to look | |
| | 689:4 at this from an independent standpoint." | |
| | 689:5 Were you asked that question, and did you | |
| | 689:6 give that answer on September 27th, 2010 to the | |
| | 689:7 National Oil Spill Commission? | |
| | 689:8  A. Yes. | |
| | 689:9  Q. And was that statement accurate then? | |
| | 689:10  A. Yes. | |
| | 689:11  Q. And is it accurate today? | |
| | 689:12  A. Yes. | |
| 301:20 - 301:21 | **Allen, Thad 09-24-2012 (00:00:01)** | V51ALL.7 |
| | 301:20 (Playback of Video Clip No. 2 as | |
| | 301:21 follows:) | |
| 302:24 - 303:3 | **Allen, Thad 09-24-2012 (00:00:13)** | V51ALL.8 |
| | 302:24 (End of Clip No. 2.) | |
| | 302:25  Q. (By Mr. Brock) Did those words, Admiral | |
| | 303:1 Allen, appropriately describe the manner and | |
| | 303:2 method in which the Government provided oversight | |
| | 303:3 to the source control efforts of BP? | |

**V51ALL-Allen BP SC FINAL 10-2**

| Page/Line | Source | ID |
|---|---|---|
| 303:5 - 303:6 | **Allen, Thad 09-24-2012 (00:00:03)**<br>303:5  A. Yes, I think they're representative of --<br>303:6 of oversight. | V51ALL.9 |
| 439:9 - 439:10 | **Allen, Thad 09-25-2012 (00:00:04)**<br>439:9  Q. (By Mr. Brock)  And<br>439:10 it's correct, that | V51ALL.10 |
| 439:10 - 439:13 | **Allen, Thad 09-25-2012 (00:00:11)**<br>439:10 despite the uncertainties that<br>439:11 were present, everybody working on top kill,<br>439:12 including the Unified Command and BP, thought it<br>439:13 was worth pursuing? | V51ALL.11 |
| 439:19 - 439:19 | **Allen, Thad 09-25-2012 (00:00:01)**<br>439:19   A. The consensus was to proceed. | V51ALL.12 |
| 317:17 - 317:18 | **Allen, Thad 09-24-2012 (00:00:01)**<br>317:17 (Playback of Video Clip No. 7 as<br>317:18 follows:) | V51ALL.13 |
| 318:15 - 319:1 | **Allen, Thad 09-24-2012 (00:00:29)**<br>318:15 (End of Clip No. 7.)<br>318:16   Q. (By Mr. Brock) I think I've had<br>318:17 you attribute today, but I want to -- I want to<br>318:18 go back to this question and answer.  Does this<br>318:19 answer where you say that you have talked to the<br>318:20 CEO of a large petroleum company, does that<br>318:21 reference the discussion that you've told me<br>318:22 about earlier today with -- with Rex Tillerson of<br>318:23 Exxon?<br>318:24   A. I had a number of discussions.  The ones<br>318:25 I remembered with Rex Tillerson and Halliburton.<br>319:1 There might have been others. | V51ALL.14 |

Our Designations = 00:03:59
**Total Time = 00:03:59**