Designation Run Report

# Barnett BP SC Final 10-2

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED SK 10-3-13
WILLIAM W. BLEVINS
CLERK

Barnett, David 12-14-2012

Our Designations 00:02:54

Total Time 00:02:54



ID:V52  10-02-2013

| Page/Line | Source | ID |
|---|---|---|
| 326:17 - 328:5 | **Barnett, David 12-14-2012 (00:01:32)** | V52.1 |

V52-Barnett BP SC Final 10-2

326:17  Q. (By Mr. Bentsen) Okay. As I understand
326:18 it, the general role of companies like Wild Well
326:19 in the -- in the oil and gas industry is to
326:20 provide resources and expertise in responding to
326:21 the loss of well control, correct?
326:22  A. Yes. Correct.
326:23  Q. And that applies for other companies
326:24 similar to Wild Well, Boots & Coots, or Cudd or
326:25 any of the other smaller providers?
327:1  A. Yes.
327:2  Q. And, essentially, if there's a problem,
327:3 Operators will call a well control company, such
327:4 as Wild Well, and will then bring them in to
327:5 provide the equipment necessary to respond, as
327:6 well as additional expertise?
327:7  A. Correct.
327:8  Q. And that expertise and equipment is
327:9 generally not held within the comp -- the
327:10 operator itself as of April 20, 2010?
327:11  A. Well, that's correct. And Wild Well
327:12 Control and the other companies in the well
327:13 control business have a certain stock of
327:14 specialized equipment that they make available.
327:15  Q. Essentially, much like many other
327:16 services that are provided in the oil and gas
327:17 industry, well control companies come in and have
327:18 the equipment and knowledge to assist in the
327:19 appropriate situations?
327:20  A. Yes, but we bring only that equipment
327:21 that's not available for rental through
327:22 conventional rental companies.
327:23  Q. And capping stacks are not available for
327:24 rental, are they?
327:25  A. Well, not one configured for use in 5,000
328:1 feet of water, no.
328:2  Q. Okay. Even if Wild Well Control had been
328:3 called in for a blowout on the surface, they
328:4 would source a capping stack, correct?
328:5  A. Correct.

| Page/Line | Source | ID |
|---|---|---|
| | **V52-Barnett BP SC Final 10-2** | |
| 332:19 - 333:4 | **Barnett, David 12-14-2012 (00:00:19)**<br>332:19 Q. Post-Macondo, Wild Well<br>332:20 Control has developed a capping stack device --<br>332:21 A. Correct.<br>332:22 Q. -- that's suitable for deepwater usage,<br>332:23 correct?<br>332:24 A. Yes.<br>332:25 Q. Okay. And as far as Wild Well Control<br>333:1 knows, no one in the world had developed such a<br>333:2 device prior to its development during Macondo;<br>333:3 is that correct?<br>333:4 A. That is correct. | V52.2 |
| 333:17 - 334:17 | **Barnett, David 12-14-2012 (00:01:00)**<br>333:17 Q. Is this a view of Wild Well<br>333:18 Control that each individual blowout is likely to<br>333:19 present different circumstances that would<br>333:20 require a different response?<br>333:21 A. That's a general sense at Wild Well<br>333:22 Control, yes.<br>333:23 Q. Okay.<br>333:24 A. They all have their unique challenges.<br>333:25 Q. So the development of any particular<br>334:1 device may or may not be useful in a future<br>334:2 blowout?<br>334:3 A. Oh, absolutely.<br>334:4 Q. Okay. So each scenario that Wild Well<br>334:5 Control, or another entity like it, will respond<br>334:6 to requires custom-made equipment. Is that fair?<br>334:7 A. That's fair. And I think a large part of<br>334:8 the reason why nothing ever developed out of the<br>334:9 discussions for deepwater intervention is because<br>334:10 the scenarios are so varied, and the small<br>334:11 changes from one scenario to the other makes<br>334:12 certain things that are applicable here<br>334:13 completely unapplicable over here, so --<br>334:14 Q. Uh-huh.<br>334:15 A. -- you would wind up with a -- an<br>334:16 enormous amount of equipment to cover a<br>334:17 reasonable amount of scenarios. | V52.3 |

| Page/Line | Source | ID |
|---|---|---|

V52-Barnett BP SC Final 10-2

Our Designations = 00:02:54
**Total Time = 00:02:54**