**Designation Run Report**

# Brannon BP SC Final 10-2

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  10-3-13 SC
WILLIAM W. BLEVINS
CLERK

Brannon, Richard 01-07-2013
Brannon, Richard 01-08-2013

Our Designations  00:01:56

Total Time  00:01:56



ID:V53                                                10-02-2013

| Page/Line | Source | ID |
|---|---|---|
| | **V53-Brannon BP SC Final 10-2** | |
| 39:20 - 39:24 | **Brannon, Richard 01-07-2013 (00:00:15)**<br>39:20  Q. Is it fair to say that the Secretaries or<br>39:21 their designees were interested and involved in<br>39:22 the process of selecting procedures going<br>39:23 forward?<br>39:24  A. Yes. | V53.1 |
| 288:17 - 288:20 | **Brannon, Richard 01-08-2013 (00:00:05)**<br>288:17  Q. (By Mr. Bentsen) I believe you also<br>288:18 testified that Secretary Salazar, during one of<br>288:19 the daily calls, asked for some additional<br>288:20 followup information? | V53.2 |
| 288:22 - 288:24 | **Brannon, Richard 01-08-2013 (00:00:04)**<br>288:22  A. Yes.<br>288:23  Q. (By Mr. Bentsen) And you indicated that<br>288:24 he received the information he desired? | V53.3 |
| 289:1 - 289:9 | **Brannon, Richard 01-08-2013 (00:00:10)**<br>289:1  A. Whenever Secretary Salazar requested<br>289:2 information, he -- he got it.<br>289:3  Q. (By Mr. Bentsen) All right.  Was<br>289:4 Secretary Salazar shy about requesting<br>289:5 information?<br>289:6 (Laughter.)<br>289:7  A. No, he was not.<br>289:8  Q. (By Mr. Bentsen) How about Secretary Chu?<br>289:9  A. No, they -- | V53.4 |
| 289:11 - 289:13 | **Brannon, Richard 01-08-2013 (00:00:02)**<br>289:11  A. No, he was not.<br>289:12  Q. (By Mr. Bentsen) How about the Federal<br>289:13 Science Team? | V53.5 |
| 289:15 - 289:15 | **Brannon, Richard 01-08-2013 (00:00:01)**<br>289:15  A. No, they were not. | V53.6 |
| 307:10 - 307:24 | **Brannon, Richard 01-08-2013 (00:00:33)**<br>307:10  Q. (By Mr. Bentsen) Certainly.  So from this<br>307:11 document, we -- we see that modeling, as shared<br>307:12 with the Federal Government, indicated that, at<br>307:13 5,000 barrels a day, a pure dynamic kill was<br>307:14 modeled to be successful, correct?<br>307:15  A. Yes.<br>307:16  Q. And based again on this modeling, at<br>307:17 15,000 barrels a day, a pure dynamic kill was not | V53.7 |

| Page/Line | V53-Brannon BP SC Final 10-2 Source | ID |
|---|---|---|
| | 307:18 going to be successful? | |
| | 307:19  A. Correct. | |
| | 307:20  Q. This does not address how a junk shot | |
| | 307:21 would allow for the creation of additional | |
| | 307:22 backpressure that could allow a -- the Top Kill | |
| | 307:23 as implemented be successful at different flow | |
| | 307:24 rates, correct, sir? | |
| 308:1 - 308:1 | **Brannon, Richard 01-08-2013 (00:00:00)** | V53.8 |
| | 308:1  A. Yes. | |
| 78:25 - 79:19 | **Brannon, Richard 01-07-2013 (00:00:42)** | V53.9 |
| | 78:25  Q. (By Mr. Bentsen) All right. And this is | |
| | 79:1 an E-mail chain starting with Commander Shepard | |
| | 79:2 to you inquiring if top -- how they would know | |
| | 79:3 when -- if Top Kill was successful or how close | |
| | 79:4 to knowing if Top Kill was successful; is that | |
| | 79:5 correct? | |
| | 79:6  A. Yes. | |
| | 79:7  Q. And you indicated that: "They thought | |
| | 79:8 they had it killed" at "around 1600 but the | |
| | 79:9 pressures started to rise." | |
| | 79:10 Did I read that correctly? | |
| | 79:11  A. Yes. | |
| | 79:12  Q. Was it your understanding that | |
| | 79:13 individuals thought that the -- one of the kill | |
| | 79:14 attempts had, in fact, been successful for a | |
| | 79:15 time? | |
| | 79:16  A. Yes. | |
| | 79:17  Q. Do you know who thought that the kill | |
| | 79:18 attempt had been successful? | |
| | 79:19  A. Well, I thought it was successful. | |

Our Designations = 00:01:56
**Total Time = 00:01:56**