**Designation Run Report**

# Campbell BP SC Final 10-2

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  10-3-13 SK
WILLIAM W. BLEVINS
CLERK

Campbell, Patrick 07-13-2011

Our Designations  00:00:10

Total Time  00:00:10



ID:V54

10-03-2013

| Page/Line | Source | ID |
|---|---|---|
| | **V54-Campbell BP SC Final 10-2** | |
| 12:18 - 12:22 | **Campbell, Patrick 07-13-2011 (00:00:10)**<br>12:18  Q. Okay.  In going forward with<br>12:19 that operation, the top kill operation, do<br>12:20 you believe that that any way delayed the<br>12:21 ability to cap the well?<br>12:22   A. No. | V54.1 |

Our Designations = 00:00:10
**Total Time = 00:00:10**