**Designation Run Report**

# Chu BP SC Final 10-2

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED 10-3-13 SL
WILLIAM W. BLEVINS
CLERK

Chu, Steven 01-24-2013

Our Designations  00:02:56

Total Time  00:02:56



ID:V55                                                              10-02-2013

| Page/Line | Source | ID |
|---|---|---|
| | **V55-Chu BP SC Final 10-2** | |
| 302:16 - 302:19 | **Chu, Steven 01-24-2013 (00:00:09)**<br>302:16  Q.  After you got this<br>302:17 e-mail saying 99 percent chance that momentum<br>302:18 kill won't work, you did approve the momentum<br>302:19 kill; did you not? | V55.1 |
| 302:21 - 302:24 | **Chu, Steven 01-24-2013 (00:00:05)**<br>302:21  A. The momentum kill, you mean the<br>302:22 dynamic top kill?<br>302:23  Q. (BY MR. BROCK)  Yes.<br>302:24  A. Yes, we allowed BP to proceed. | V55.2 |
| 74:10 - 75:12 | **Chu, Steven 01-24-2013 (00:01:03)**<br>74:10  Q.  If you look at the cover<br>74:11 note, it's dated May the 30th and it says,<br>74:12 "To all, I have made additions and changes<br>74:13 for future communications."  And the document<br>74:14 is attached, correct?<br>74:15  A. Yes.<br>74:16  Q. All right.  And in the first<br>74:17 bullet point when it says, "On Friday night,<br>74:18 I returned from four days in Houston, where<br>74:19 my team of scientists and I have been<br>74:20 monitoring the progress of the 'top kill'<br>74:21 effort and helping to design the strategies<br>74:22 for moving forward," the I in that first<br>74:23 bullet point refers to Secretary Chu,<br>74:24 correct?<br>74:25  A. Yes, it refers to me.<br>75:1  Q. All right.  Now, I want to focus<br>75:2 on the second bullet point here, do you see<br>75:3 where you write, we have been getting the<br>75:4 data at the same time as the BP engineers,<br>75:5 and conducting our own independent analysis<br>75:6 of the data so that we can verify the<br>75:7 conclusions that BP is making at every step;<br>75:8 do you see that?<br>75:9  A. I do.<br>75:10  Q. And is that a statement that you<br>75:11 approved?<br>75:12  A. Yes. | V55.6<br><br>11305.1.4<br><br><br><br><br><br>11305.2.7<br><br><br><br><br><br><br><br><br><br>11305.2.8 |
| 67:9 - 67:16 | **Chu, Steven 01-24-2013 (00:00:17)** | V55.3 |

| Page/Line | V55-Chu BP SC Final 10-2 Source | ID |
|---|---|---|
| | 67:9 "After months of extensive<br>67:10 operations planning and execution under the<br>67:11 direction and authority of the U.S.<br>67:12 government science and engineering teams, BP<br>67:13 has successfully completed the relief well by<br>67:14 intersecting and cementing the well nearly<br>67:15 18,000 feet below the surface."<br>67:16 Is that a correct statement? | 11303.1.1 |
| 67:20 - 67:25 | **Chu, Steven 01-24-2013 (00:00:13)**<br>67:20  A. Yes, I already explained that<br>67:21 any steps going forward were vetted by the<br>67:22 science and engineering teams and discussed<br>67:23 with BP.<br>67:24  Q. (BY MR. BROCK)  Not only vetted,<br>67:25 but had to be approved, correct, sir? | V55.4<br><br>clear |
| 68:2 - 68:4 | **Chu, Steven 01-24-2013 (00:00:07)**<br>68:2  A. In many instances that's true.<br>68:3 Not perhaps in every detailed step, but in<br>68:4 major steps, that's correct, you're correct. | V55.5 |
| 318:2 - 318:6 | **Chu, Steven 01-24-2013 (00:00:16)**<br>318:2  Q. Would you describe for us what<br>318:3 you believe BP did well during the response?<br>318:4 And I'll just open it to -- to a narrative.<br>318:5 The strong points that you noted from the<br>318:6 company in the response. | V55.7 |
| 318:9 - 318:20 | **Chu, Steven 01-24-2013 (00:00:44)**<br>318:9  A. I was certainly convinced that<br>318:10 they wanted very much to stop the leak, to<br>318:11 contain the well I think when one -- one can<br>318:12 certainly argue about the various steps, but<br>318:13 they did want to contain and stop the well.<br>318:14 There is no question in my mind about that.<br>318:15 In terms of raw data, things of<br>318:16 that nature, their subcontractors,<br>318:17 Schlumberger, pumping rates, things of that<br>318:18 nature, they made that available, essentially<br>318:19 very quickly.  So that was -- we appreciate<br>318:20 that. | V55.8 |

| Page/Line | Source | ID |
|---|---|---|
| | V55-Chu BP SC Final 10-2 | |

Our Designations = 00:02:56
**Total Time = 00:02:56**

**Documents Shown**
11303
11305