**Designation Run Report**

# Cook BP SC Final 10-1 5

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED 10-3-13
WILLIAM W. BLEVINS
CLERK

Cook, Kevin 10-11-2012

Our Designations 00:03:07

Total Time 00:03:07



ID:V56  10-01-2013

| Page/Line | Source | ID |
|---|---|---|
| | **V56-Cook BP SC Final 10-1 5** | |
| 525:1 - 525:17 | **Cook, Kevin 10-11-2012 (00:01:01)**<br>525:1 But my question is a little more specific. Do<br>525:2 you have knowledge that BP made the BOP-on-BOP<br>525:3 one of the top priorities to cap MC252?<br>525:4  A. I believe they considered that as a top<br>525:5 priority.<br>525:6  Q. When does the Government believe, the<br>525:7 U.S. Government believe was the first possible<br>525:8 date that the BOP-on-BOP could have been<br>525:9 implemented?<br>525:10  A. By the -- by the time that the<br>525:11 engineering issues associated with consideration<br>525:12 of putting another BOP on top of a BOP, weight,<br>525:13 the -- the angle of the flex joint, and the<br>525:14 ability to make the coupling, were -- were<br>525:15 thought to be, you know, within practicalities,<br>525:16 it was after top kill. And at that point, the<br>525:17 well integrity had been drawn into question. | V56.1 |
| 527:12 - 527:17 | **Cook, Kevin 10-11-2012 (00:00:11)**<br>527:12  Q. Okay. Going back to my question as to<br>527:13 when the BOP-on-BOP might have first been<br>527:14 available in the Government's opinion, I believe<br>527:15 your answer was, "Sometime after top kill."<br>527:16 Is that true?<br>527:17  A. Yes. | V56.2 |
| 576:10 - 576:12 | **Cook, Kevin 10-11-2012 (00:00:10)**<br>576:10  Q. What did the United States Government do<br>576:11 to analyze whether the rupture disk had, in fact,<br>576:12 burst as a result of the top kill operation? | V56.3 |
| 576:14 - 576:17 | **Cook, Kevin 10-11-2012 (00:00:15)**<br>576:14  A. The Science Team embarked on an -- an<br>576:15 analysis of the data from top kill, and various<br>576:16 parts of things related to well integrity would<br>576:17 continue to be analyzed over the Summer. | V56.4 |
| 578:16 - 578:21 | **Cook, Kevin 10-11-2012 (00:00:12)**<br>578:16  Q. (By Mr. Baay) I don't know that I<br>578:17 understand your answer. Were you given<br>578:18 information telling you that the risks were<br>578:19 somehow less with the capping stacks than they<br>578:20 were the BOP-on-BOP as it relates to breaching | V56.5 |

| Page/Line | Source | ID |
|---|---|---|
| | **V56-Cook BP SC Final 10-1 5** | |
| 578:23 - 579:24 | 578:21 the formation?<br>**Cook, Kevin 10-11-2012 (00:01:13)**<br>578:23  A. Oh. Well, I'm talking in terms of<br>578:24 development over the Summer, so I'm saying a<br>578:25 further understanding was developed through the<br>579:1 Science Team's analysis. And at the point at<br>579:2 which the -- the capping stack was then being put<br>579:3 forward as a viable option under, you know, where<br>579:4 their engineering concerns had been worked out,<br>579:5 was mid July, or a little beat -- little bit<br>579:6 before that, executed in mid July, so that there<br>579:7 was thought to be a better understanding at that<br>579:8 time of -- of what -- whether the well had<br>579:9 integrity or not.<br>579:10 But let me just say, you know, just --<br>579:11 just putting on the capping stack, the three-ram<br>579:12 capping stack, it was also potentially of<br>579:13 significant benefit in the containment system<br>579:14 strategy since the oil could have flowed through<br>579:15 the choke and the kill and up through the -- the<br>579:16 middle ram, if necessary, you know, to enhance<br>579:17 cont -- a containment strategy.<br>579:18 So I mean, I -- I -- in a sense, I have<br>579:19 been talking about it as though installation of<br>579:20 the capping stack automatically meant Well<br>579:21 Integrity Test, but, in fact, there was that<br>579:22 additional benefit to the -- the containment<br>579:23 strategy to -- to have the three-ram capping<br>579:24 stack on there. | V56.6 |

Our Designations = 00:03:07
**Total Time = 00:03:07**