**Designation Run Report**

# Herbst BP SC Final 10-1 1

Herbst, Lars 10-11-2012
Herbst, Lars 10-10-2012

Our Designations 00:03:39

Total Time 00:03:39



ID:V58   10-01-2013

| Page/Line | Source | ID |
|---|---|---|
| | **V58-Herbst BP SC Final 10-1 1** | |
| 303:9 - 303:13 | **Herbst, Lars 10-11-2012 (00:00:11)**<br>303:9  Q. And you would agree with me that<br>303:10 as the events played out during the Macondo<br>303:11 incident it became apparent that BP was not<br>303:12 prepared to respond to such an incident,<br>303:13 correct? | V58.1 |
| 303:16 - 304:10 | **Herbst, Lars 10-11-2012 (00:00:57)**<br>303:16  A. I believe they were -- were<br>303:17 prepared to initially respond to -- to the<br>303:18 event. I believe that was demonstrated. As<br>303:19 it got beyond a certain stage in the<br>303:20 incident, then technology and procedures<br>303:21 were -- were developed to address that<br>303:22 situation.<br>303:23  Q. (BY MR. BARR)  When you say they<br>303:24 were initially prepared to respond, what do<br>303:25 you mean by that?<br>304:1  A. Well, per -- per our regulations<br>304:2 and per the oil spill plan it -- it calls for<br>304:3 them to respond to a blowout. Initially<br>304:4 that's -- that's with the blowout preventer<br>304:5 itself, then with remote activation of the<br>304:6 blowout preventer. And beyond that, then we<br>304:7 get into source control under an Incident<br>304:8 Command System. That includes the starting<br>304:9 of planning for drilling relief wells. So<br>304:10 that's the part I was referring to. | V58.2 |
| 301:13 - 301:16 | **Herbst, Lars 10-11-2012 (00:00:11)**<br>301:13  Q. (BY MR. BARR)  What about in<br>301:14 regards to preparing for a low probability,<br>301:15 high consequence event like the Macondo<br>301:16 incident? | V58.3 |
| 301:18 - 302:6 | **Herbst, Lars 10-11-2012 (00:00:41)**<br>301:18  A. There is no real historical<br>301:19 context as -- as far as what would be needed.<br>301:20 I don't believe the expectation would be<br>301:21 that -- that they -- they would develop<br>301:22 something or have something available for a<br>301:23 very low probability event.<br>301:24  Q. (BY MR. BARR)  And when you say | V58.4 |

| Page/Line | Source | ID |
|---|---|---|
| | V58-Herbst BP SC Final 10-1 1 | |
| | 301:25 "a low probability event" are you including<br>302:1 high consequence event in that statement?<br>302:2  A. I'm mainly speaking to con- --<br>302:3 the context of historically that there has<br>302:4 been no events related to that.  So planning<br>302:5 for the events that have never occurred would<br>302:6 be difficult. | |
| 78:9 - 78:13 | **Herbst, Lars 10-10-2012 (00:00:12)**<br>78:9 Would you agree with me that<br>78:10 prior to the Macondo blowout, the drilling of<br>78:11 a relief well was considered the primary<br>78:12 option in the event of a blowout to contain<br>78:13 it? | V58.5 |
| 78:16 - 79:8 | **Herbst, Lars 10-10-2012 (00:00:54)**<br>78:16  A. I think what -- going back to<br>78:17 the oil spill response plan, I think within<br>78:18 there contains the -- the expectations.  I<br>78:19 think the initial response obviously<br>78:20 should -- would -- would be or should be with<br>78:21 the blowout preventer stack actuation.<br>78:22 Beyond that, secondary or remote<br>78:23 means of still actuating the BOP stack would<br>78:24 be the -- the next logical step.  Beyond<br>78:25 that, relief wells would be expected to be<br>79:1 drilled, especially if any of those previous<br>79:2 methods failed.  It wouldn't necessarily be<br>79:3 the only -- only option.<br>79:4 Again, the expectation is that a<br>79:5 company would stand up a source control group<br>79:6 within the incident command structure to<br>79:7 identify the specific ways to attack the<br>79:8 source control. | V58.6 |
| 82:3 - 82:7 | **Herbst, Lars 10-10-2012 (00:00:22)**<br>82:3  Q. (BY MR. FENDLER) Is it fair to<br>82:4 say that even within the MMS prior to the<br>82:5 Macondo blowout, nobody was thinking about<br>82:6 building and pre-siting capping stacks for<br>82:7 deepwater blowouts? | V58.7 |
| 82:10 - 82:12 | **Herbst, Lars 10-10-2012 (00:00:08)**<br>82:10  A. As far as the capping stack, as | V58.8 |

| Page/Line | Source | ID |
|---|---|---|
| | V58-Herbst BP SC Final 10-1 1 | |
| | 82:11 far as what we're familiar with, what BP | |
| | 82:12 eventually used, I would say no. | |

Our Designations = 00:03:39
**Total Time = 00:03:39**