# Hunter BP SC Final 10-2

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  10-3-13 SC
WILLIAM W. BLEVINS
CLERK

Hunter, Thomas 10-30-2012
Hunter, Thomas 10-31-2012

Our Designations  00:04:31

Total Time  00:04:31



| | V59-Hunter BP SC Final 10-2 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |
| 51:9 - 51:13 | **Hunter, Thomas 10-30-2012 (00:00:13)**<br>51:9   Q. Okay.  Is it correct and consistent with<br>51:10 your experience, Dr. Hunter, that, in the Summer<br>51:11 of 2010, there were no solutions waiting, ready,<br>51:12 and immediately available to -- to stem the flow<br>51:13 of oil from the DEEPWATER HORIZON blowout? | V59.14 |
| 51:16 - 51:20 | **Hunter, Thomas 10-30-2012 (00:00:07)**<br>51:16   A. Yes.<br>51:17   Q. (By Mr. Regan) And that includes<br>51:18 solutions from -- from industry, correct?<br>51:19   A. That's correct.<br>51:20   Q. Not -- and -- | V59.15 |
| 51:22 - 51:25 | **Hunter, Thomas 10-30-2012 (00:00:06)**<br>51:22   Q. (By Mr. Regan) -- and -- and by<br>51:23 "industry," you would include the entire E&P or<br>51:24 oil -- oil industry, correct?<br>51:25   A. That was my perspective. | V59.16 |
| 52:3 - 52:7 | **Hunter, Thomas 10-30-2012 (00:00:06)**<br>52:3   A. Yes.<br>52:4   Q. (By Mr. Regan) Okay.  There were no<br>52:5 solutions waiting and ready and immediately<br>52:6 available from Government, correct?<br>52:7   A. That -- | V59.17 |
| 52:10 - 52:10 | **Hunter, Thomas 10-30-2012 (00:00:01)**<br>52:10   A. That -- that -- that's correct. | V59.18 |
| 54:22 - 55:3 | **Hunter, Thomas 10-30-2012 (00:00:13)**<br>54:22   Q. Understood.  Fair to say, then, that no<br>54:23 company came to you --<br>54:24   A. No company.<br>54:25   Q. -- in -- in the May of 2010 and said, "We<br>55:1 have a capping stack that is ready, available,<br>55:2 and -- and -- and ready to go to solve the<br>55:3 problem"? | V59.19 |
| 55:6 - 55:10 | **Hunter, Thomas 10-30-2012 (00:00:05)**<br>55:6   A. The specific question you have was about<br>55:7 a capping stack --<br>55:8   Q. (By Mr. Regan) Yes, sir.<br>55:9   A. -- and -- and no one came forward with<br>55:10 the idea of a capping stack. | V59.20 |
| 751:3 - 751:8 | **Hunter, Thomas 10-31-2012 (00:00:17)** | V59.1 |

| Page/Line | Source | ID |
|---|---|---|
| | **V59-Hunter BP SC Final 10-2** | |
| | 751:3  Q. Based on the data that existed in May of<br>751:4 2010, excluding data that came to exist after the<br>751:5 fact, do you think that you could calculate a<br>751:6 credible flow rate for any particular day of May<br>751:7 of 2010, just using the data that existed in May<br>751:8 of 2010? | |
| 751:12 - 751:19 | **Hunter, Thomas 10-31-2012 (00:00:17)**<br>751:12  A. The only hope that -- in terms of data<br>751:13 from the well, there was not sufficient data from<br>751:14 the well to make a Flow Rate Estimate. You can<br>751:15 make changes in the flow rate, which we did for<br>751:16 the kink, but you could make no point estimate<br>751:17 based on the data that we had, except for the PIV<br>751:18 work, which was done -- which was done by other<br>751:19 people. | V59.2 |
| 683:16 - 683:20 | **Hunter, Thomas 10-31-2012 (00:00:12)**<br>683:16  Q. You were also aware, Dr. Hunter,<br>683:17 that there was an official Unified Area Command<br>683:18 estimate of -- of -- actual flow of 5,000 barrels<br>683:19 per day from late April through most of the month<br>683:20 of May, correct? | V59.3 |
| 683:22 - 684:2 | **Hunter, Thomas 10-31-2012 (00:00:09)**<br>683:22  A. Yes.<br>683:23  Q. (By Mr. Regan) Similarly, was that -- did<br>683:24 that estimate have any bearing on any of the work<br>683:25 that you did or your laboratories -- or the<br>684:1 laboratories on your Science Team did in May of<br>684:2 2010? | V59.4 |
| 684:4 - 684:14 | **Hunter, Thomas 10-31-2012 (00:00:33)**<br>684:4  A. It -- it -- I think I testified that it<br>684:5 was kind of a commonly discussed number.<br>684:6  Q. (By Mr. Regan) All right.<br>684:7  A. And it became what everybody referred to<br>684:8 as the kind of base case. I think our -- if you<br>684:9 look at the top kill, for example, it was a<br>684:10 number that was just what it was. It was an<br>684:11 estimate, and it -- it would have -- it did not<br>684:12 make a significant difference in our engagement<br>684:13 of the top kill, because we -- we -- our -- our<br>684:14 conclusion was we didn't know what the flow was. | V59.5 |

| Page/Line | Source | ID |
|---|---|---|
| | **V59-Hunter BP SC Final 10-2** | |
| 111:7 - 111:15 | **Hunter, Thomas 10-30-2012 (00:00:26)**<br>111:7 Q. But if you don't know the flow, if<br>111:8 it's an unknown variable, and you're using junk<br>111:9 or bridging material to try and create an<br>111:10 occlusion, the theory of that operation is that<br>111:11 regardless of the flow rate, if the junk is<br>111:12 effective in creating occlusions and<br>111:13 backpressure, then it could conceivably allow you<br>111:14 to kill the well at greater flow rates than had<br>111:15 you used no bridging material? | V59.10 |
| 111:20 - 111:22 | **Hunter, Thomas 10-30-2012 (00:00:08)**<br>111:20 A. The bridging material has the potential<br>111:21 to alter the amount of flow, increasing the<br>111:22 likelihood that a top kill will work. | V59.11 |
| 200:2 - 200:10 | **Hunter, Thomas 10-30-2012 (00:00:21)**<br>200:2 Q. And -- and after top kill, you had<br>200:3 become aware of concerns about wellbore<br>200:4 integrity, correct?<br>200:5 A. Correct.<br>200:6 Q. And -- and is it fair to say that those<br>200:7 concerns about wellbore integrity led the BP<br>200:8 Group to believe that containment was the safer<br>200:9 option, as compared to putting a BOP -- a new BOP<br>200:10 on top of the DEEPWATER HORIZON BOP? | V59.12 |
| 200:14 - 200:18 | **Hunter, Thomas 10-30-2012 (00:00:07)**<br>200:14 A. I can't state about safety.<br>200:15 Q. (By Mr. Regan) Okay.<br>200:16 A. I can state it was clear it was the most<br>200:17 conservative and reasonable assumption to be<br>200:18 made. | V59.13 |
| 203:10 - 204:5 | **Hunter, Thomas 10-30-2012 (00:00:47)**<br>203:10 Q. If you'd turn to Tab 36, it's been<br>203:11 previously marked as Exhibit 9146, which is a<br>203:12 May 29th, 2010, E-mail from Carol Browner to a<br>203:13 variety of people in and around the White House<br>203:14 and Thad Allen.<br>203:15 Ms. Browner writes: "Our scientists have<br>203:16 determined that the risks are to great to shut"<br>203:17 in "the well...from the top. Eg with the<br>203:18 addition of the new BOP. That means...until the | V59.21<br><br>9146.1<br><br><br><br>9146.1.4 |

| Page/Line | Source | ID |
|---|---|---|
| | **V59-Hunter BP SC Final 10-2** | |
| | 203:19 relief well is completed (mid August at best) we<br>203:20 will be in the position of capturing the leaking<br>203:21 oil with a cap and new riser to a vessel on the<br>203:22 surface."<br>203:23 Do you see that?<br>203:24   A. Yes.<br>203:25   Q. And -- and is her statement that: "Our<br>204:1 scientists have determined the risks are to great<br>204:2 to shut" in "the well...from the top" consistent<br>204:3 with your recollection of your views on or about<br>204:4 May 29th, 2010?<br>204:5   A. Except -- | 9146.1.5 |
| 204:8 - 204:13 | **Hunter, Thomas 10-30-2012 (00:00:12)**<br>204:8   A. Except for the wording.<br>204:9   Q. (By Mr. Regan) Okay.  How would you word<br>204:10 it differently?<br>204:11   A. The word "to great," that -- that implies<br>204:12 a quantification of the risks, that it -- it was<br>204:13 viewed that that was a risk not worth taking. | V59.22 |

Our Designations = 00:04:31
Total Time = 00:04:31

**Documents Shown**
9146