Designation Run Report

# Landry BP SC Final 10-2

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED 10-3-13 SK
WILLIAM W. BLEVINS
CLERK

**Landry, Mary 10-22-2012**

**Our Designations 00:02:21**

**Total Time 00:02:21**




ID:V60 10-02-2013

**V60-Landry BP SC Final 10-2**

| Page/Line | Source | ID |
|---|---|---|
| 335:5 - 335:19 | **Landry, Mary 10-22-2012 (00:00:28)**<br>335:5 Q. (By Ms. Karis) Was it the case that<br>335:6 throughout your tenure as the FOSC, you were<br>335:7 always planning for a much larger spill than the<br>335:8 5,000 estimate you announced on April 28th?<br>335:9 A. Yes.<br>335:10 Q. Okay. At any time did you change your<br>335:11 Directive to plan for a worst-case discharge<br>335:12 spill?<br>335:13 A. The Directive from Day One is to plan for<br>335:14 a worst-case discharge.<br>335:15 Q. And that remain -- did that remain the<br>335:16 case --<br>335:17 A. Yes.<br>335:18 Q. -- throughout your tenure as FOSC?<br>335:19 A. Yes. | V60.1 |
| 355:19 - 356:8 | **Landry, Mary 10-22-2012 (00:00:41)**<br>355:19 If Mr. Henry had communicated to you that<br>355:20 he had these spreadsheets that showed rates as<br>355:21 high as 70,201 barrels, would you have changed<br>355:22 your response efforts in any way?<br>355:23 A. No. My worst case scenario discharge<br>355:24 doctrine, and my estimates, were in 60 to the<br>355:25 110,000 that was in the plan originally.<br>356:1 Q. Okay.<br>356:2 A. So these documents would have -- you<br>356:3 know, if he told me about these documents, it<br>356:4 would have supported our already -- our already<br>356:5 high estimate of worst case scenario discharge.<br>356:6 Q. Okay. Is the same true if he showed you<br>356:7 other spreadsheets that had, for example, a<br>356:8 number of 90,000 barrels? | V60.2 |
| 356:10 - 356:15 | **Landry, Mary 10-22-2012 (00:00:11)**<br>356:10 A. 90,000 is in the range of what was<br>356:11 projected in the beginning to be the worst case<br>356:12 scenario discharge.<br>356:13 Q. (By Ms. Karis) And so a spreadsheet, for<br>356:14 example, that showed 90,000 barrels would not<br>356:15 have changed your response efforts -- | V60.3 |
| 356:19 - 356:20 | **Landry, Mary 10-22-2012 (00:00:02)** | V60.4 |

**V60-Landry BP SC Final 10-2**

| Page/Line | Source | ID |
|---|---|---|
| | 356:19 Q. -- in any way, correct?<br>356:20 A. That's correct. | |
| 345:13 - 346:11 | **Landry, Mary 10-22-2012 (00:00:57)**<br>345:13 Q. At the time you received this E-mail,<br>345:14 from Mr. Suttles, with the MC252 note, plus the<br>345:15 attachments, did you review both the document and<br>345:16 the attachments, given you had asked Mr. Suttles<br>345:17 for information?<br>345:18 A. I would have in the order of my business<br>345:19 looked at these.<br>345:20 Q. Okay. And did you personally rely on<br>345:21 these for any purpose?<br>345:22 A. Personally?<br>345:23 Q. Yes.<br>345:24 A. No, because they were getting ready to<br>345:25 stand up the Flow Rate Technical Group, and I was<br>346:1 deferring to that Group to be the expertise for<br>346:2 estimating what the flow rate is.<br>346:3 Q. In fact, the Flow Rate Technical Group<br>346:4 had already been stood up by May 19th, correct?<br>346:5 A. I'm pretty sure it was --<br>346:6 Q. Okay.<br>346:7 A. -- if I recall correctly when -- it was<br>346:8 mid-May when they stood up.<br>346:9 Q. And did you personally, as the FOSC, rely<br>346:10 on these documents, then, for any purpose?<br>346:11 A. In my response, no. | V60.5 |

Our Designations = 00:02:21

**Total Time = 00:02:21**