**Designation Run Report**

# McNutt BP SC Final 10-2

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   10-3-13  SJC
WILLIAM W. BLEVINS
CLERK

McNutt, Marcia 10-24-2012
McNutt, Marcia 10-25-2012

Our Designations 00:01:20

Total Time 00:01:20



ID:V63                                                    10-02-2013

| Page/Line | V63-McNutt BP SC Final 10-2 Source | ID |
|---|---|---|
| 171:7 - 171:10 | **McNutt, Marcia 10-24-2012 (00:00:10)**<br>171:7  Q. (By Mr. Fields) Did you have any<br>171:8 discussions with anyone in the Federal Government<br>171:9 on your views about whether flow rate could<br>171:10 impact the likelihood of success for top kill? | V63.1 |
| 171:13 - 171:17 | **McNutt, Marcia 10-24-2012 (00:00:25)**<br>171:13  A. Yes.  I think many people in the Federal<br>171:14 Government were -- I guess the word would be<br>171:15 "cautious" about what the chances were for top<br>171:16 kill, given the new numbers that the Flow Rate<br>171:17 Technical Group was just announcing that day. | V63.2 |
| 456:1 - 456:4 | **McNutt, Marcia 10-25-2012 (00:00:07)**<br>456:1  Q. (By Mr. Davis-Denny)  Is there<br>456:2 any area where it's specific -- where your view<br>456:3 specifically differs from what is written here in<br>456:4 these interview notes? | V63.3 |
| 456:6 - 456:16 | **McNutt, Marcia 10-25-2012 (00:00:38)**<br>456:6  A. Yes.<br>456:7  Q. (By Mr. Davis-Denny) What is that?<br>456:8  A. I believe BP was being responsible in<br>456:9 terms of raising the issue of well integrity.  I<br>456:10 think that the Government was pushing BP to<br>456:11 consider worst-case scenarios, and that's exactly<br>456:12 what BP did.  They considered a worst-case<br>456:13 scenario by raising the possibility of a loss of<br>456:14 well integrity, and that's exactly the sort of<br>456:15 issue we wanted them to do, and that's what they<br>456:16 did. | V63.4 |

Our Designations = 00:01:20
**Total Time = 00:01:20**