**Designation Run Report**

# McWhorter BP SC Final 10-1 4

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED 10-3-13 SK
WILLIAM W. BLEVINS
CLERK

McWhorter, David 11-16-2012

Our Designations 00:02:00

Total Time 00:02:00



ID:V64  10-01-2013

| Page/Line | Source | ID |
|---|---|---|
| 401:7 - 402:20 | **McWhorter, David 11-16-2012 (00:01:41)**<br>401:7  Q. Are you aware of any risks that --<br>401:8 or concerns that were associated with being<br>401:9 able to remove the LMRP from the lower BOP<br>401:10 stack?<br>401:11  A. Indirectly, from my time in the<br>401:12 crisis center, yes.<br>401:13  Q. And can you explain what those<br>401:14 concerns or risks were?<br>401:15  A. Absolutely. The -- the rigging up<br>401:16 of the -- the cutting away of the -- of the<br>401:17 riser without causing damage to the BOP stack<br>401:18 or shifting the BOP stack and the subsequent<br>401:19 disconnection and then lifting of the very<br>401:20 heavy LMRP section posed a series of technical<br>401:21 risks, logistical risks, in moving them.<br>401:22 And these risks could have<br>401:23 been as severe as dropping one of these<br>401:24 components, either the cut riser or the LMRP,<br>401:25 resulting in damage to the -- to the lower BOP<br>402:1 stack or wellhead or further obstructing<br>402:2 access to the -- to the connector on top, the<br>402:3 connector hub profile on the top of the lower<br>402:4 stack.<br>402:5  Q. Were there any concerns with the<br>402:6 ability to re- -- remove the LMRP from the<br>402:7 lower BOP stack in that it would be something<br>402:8 wedged in there that would block it from being<br>402:9 able to be removed?<br>402:10  A. There was -- there was concern of<br>402:11 the -- the unknown of what was inside of the<br>402:12 BOP stack, including the LMRP, and concern<br>402:13 that it could, in effect, tether the LMRP to<br>402:14 the -- to the lower stack or possibly to<br>402:15 the -- to the earth itself, to -- to the<br>402:16 downhole obstruction.<br>402:17 There were -- it was a long<br>402:18 period of uncertainty where what was in the<br>402:19 BOP stack was -- was unknown, and so that was<br>402:20 definitely a concern. | V64.1 |

V64-McWhorter BP SC Final 10-1 4

| Page/Line | V64-McWhorter BP SC Final 10-14 Source | ID |
|---|---|---|
| 404:3 - 404:10 | **McWhorter, David 11-16-2012 (00:00:19)**<br>404:3   Q. And did Cameron share in the<br>404:4 concerns relating to risks associated with<br>404:5 removing the LMRP?<br>404:6   A. We did -- we did provide some<br>404:7 information on weights and the best lifting<br>404:8 points to lift the -- the LMRP. And so part<br>404:9 of those conversations would have been<br>404:10 concerns about -- about that, yes. | V64.2 |

Our Designations = 00:02:00
**Total Time = 00:02:00**