**Designation Run Report**

# Rygg BP SC Final 10-1 2

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED 10-3-13 SC
WILLIAM W. BLEVINS
CLERK

Rygg, Ole 10-03-2012

Our Designations 00:02:07

Total Time 00:02:07



| Page/Line | Source | ID |
|---|---|---|
| | **V65-Rygg BP SC Final 10-1 2** | |
| 207:9 - 207:25 | **Rygg, Ole 10-03-2012 (00:00:55)**<br>207:9 Q. (By Mr. Lundy) If you can't stop the<br>207:10 flow, assuming it's 15,000 barrels a day, and<br>207:11 your maximum pump rate is 50 barrels per minute,<br>207:12 the junk shot would be ineffective, as well,<br>207:13 correct?<br>207:14 A. No.<br>207:15 Q. Why not?<br>207:16 A. The junk shot hasn't anything to do with<br>207:17 this -- this modeling. The junk shot, the -- and<br>207:18 the whole purpose of the junk shot is to reduce<br>207:19 the -- the opening of the flow, meaning that<br>207:20 the -- the flow rate, then, is reduced from what<br>207:21 it was before they started operation.<br>207:22 So this -- this modeling here doesn't<br>207:23 have anything to do with the junk shot. So don't<br>207:24 deduce anything on the junk shot based on this<br>207:25 modeling. | V65.1 |
| 190:20 - 191:3 | **Rygg, Ole 10-03-2012 (00:00:35)**<br>190:20 Q. Let me ask you this question: Assuming<br>190:21 hypothetically during that meeting on May 18th,<br>190:22 2010, during the discussion of the kill the well<br>190:23 operate -- on paper, if Secretary Steven Chu had<br>190:24 been a part of that meeting and asked you,<br>190:25 "Mr. Rygg, based upon your modeling of the flow<br>191:1 rate using the specially designed OLGA program,<br>191:2 what do you believe the flow rate is," what would<br>191:3 you have told him? | V65.2 |
| 191:5 - 191:19 | **Rygg, Ole 10-03-2012 (00:00:37)**<br>191:5 A. I don't think I can answer -- answer<br>191:6 that.<br>191:7 Q. (By Mr. Lundy) Excuse me?<br>191:8 A. I don't think I can answer that.<br>191:9 Q. You couldn't have answered a question<br>191:10 posed to you by the Secretary of Defense [sic] --<br>191:11 A. No --<br>191:12 Q. -- that was: "What was the flow rate on<br>191:13 May 18th, 2010 from the Macondo well?"<br>191:14 A. No.<br>191:15 Q. Why not? | V65.3 |

| Page/Line | Source | ID |
|---|---|---|
| | **V65-Rygg BP SC Final 10-1 2** | |
| | 191:16  A. I -- in -- in all my calculations and | |
| | 191:17 modeling, I found there was too many unknowns | |
| | 191:18 to -- to precisely estimate from the simulations | |
| | 191:19 any flow rates. | |

Our Designations = 00:02:07
**Total Time = 00:02:07**