**Designation Run Report**

# Vargo BP SC Final 10-1 3

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   10-3-13 SK
WILLIAM W. BLEVINS
CLERK

---

Vargo, Richard 08-22-2012

---

Our Designations  00:00:42

Total Time  00:00:42



ID:V66                                                          10-01-2013

| Page/Line | Source | ID |
|---|---|---|
| | **V66-Vargo BP SC Final 10-1 3** | |
| 235:5 - 235:19 | **Vargo, Richard 08-22-2012 (00:00:42)**<br>235:5   Q. Okay. What was it during the<br>235:6 top kill operation that led those involved to<br>235:7 be concerned that those disks may have<br>235:8 ruptured prior to the top kill?<br>235:9   A. Due to the fact that we were<br>235:10 maintaining constant rate for a long time, we<br>235:11 saw pressure declines as we progressed<br>235:12 through the top kill, the momentum kill, and<br>235:13 at one point, the pressures leveled out, and<br>235:14 we weren't able to gain any more pressure<br>235:15 reduction as a result of our pumping efforts,<br>235:16 and that was leading us to believe that the<br>235:17 fluids might be going out at a certain depth.<br>235:18 That would be indicative of the response that<br>235:19 we were seeing. | V66.1 |

Our Designations = 00:00:42
**Total Time = 00:00:42**