UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL No. 2179<br><br>SECTION J |
| This Document Relates to: 2:13-cv-05385, 2:13-cv-05386, 2:13-cv-2323. | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

## NOTICE OF APPEARANCE

Notice is hereby given of the entry of Sarah E. Spigener, Esq., of Farrell & Patel, Attorneys At Law, as counsel for the Plaintiffs in all cases listed above.

Pursuant to Fed. R. Civ P. 5, all further notices and copies of pleadings, papers and other material relevant to this action should be served upon the undersigned counsel in addition to Lead Counsel, Wesley J. Farrell, Esq.

Respectfully submitted,

/s/ Sarah E. Spigener, Esq.

LSBN 31975
Farrell & Patel, Attorneys at Law
1515 Poydras St., Suite 1400
New Orleans, LA 70112
Tel: 504-233-8585
Fax: 504-264-5953

Wesley J. Farrell, Esq.
Farrell & Patel, Attorneys at Law
FL Bar No. 71783
113 Almeria Avenue
Coral Gables, FL 33134
Tel: 424-645-7745
Fax: 800-946-6711

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 8, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day upon all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Sarah E. Spigener, Esq.