UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OE MEXICO, ON ON APRIL 20, 2010 | * * * * * | MDL No. 2179<br><br>Section: J<br>Judge Barbier |
| Applies to:<br>   *Roma Chain, Inc. (2:13-cv-02940)* | * * * | Magistrate Shushan |

## *EX PARTE* MOTION FOR LEAVE TO WITHDRAW AND CONTINUE COUNSEL FOR PLAINTIFF, ROMA CHAIN, INC.

COMES NOW the undersigned, Kimberly Lambert Adams f/k/a Kimberly R. Lambert, of the law firm of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A., and pursuant to Federal Rule of Civil Procedure 7.1(b) and Local Rule 5.1, respectfully moves this Court for an order allowing her to withdraw as counsel of record for Plaintiff, ROMA CHAIN, INC., and as grounds therefore would show:

1) On April 19, 2013, the undersigned filed a Complaint in the United States District Court for the Southern District of Florida on behalf of Plaintiff, ROMA CHAIN, INC.

2) On May 16, 2013, the case filed on behalf of Plaintiff, ROMA CHAIN, INC., in the USDC, Southern District of Florida, was transferred to the MDL 2179 case filed in this Court.

3) On July 19, 2013, attorney Travis P. Lepicier, of the law firm of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. filed a Notice of Appearance also as counsel for Plaintiff, ROMA CHAIN, INC.

4) The undersigned wishes to withdraw as counsel of record for Plaintiff, ROMA CHAIN, INC., in that she has no interest in the pending matter of MDL 2179 and that Travis P. Lepicier will continue to represent Plaintiff, ROMA CHAIN, INC.

5) The granting of this Motion will not prejudice any party to this action.

WHEREFORE, the undersigned, Kimberly Lambert Adams f/k/a Kimberly R. Lambert, seeks permission from this Court to withdraw as attorney of record for Plaintiff, ROMA CHAIN, INC.

By: s/Kimberly Lambert Adams
KIMBERLY LAMBERT ADAMS (FBN 14479)
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
Post Office 12308
Pensacola, FL 32591
850-435-7000
Email: klambert@levinlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been served on all counsel by electronically uploading same to LexisNexis File & Serve in accordance with Pretrial Order #12, and the foregoing was electronically filed with the Clerk of Court, United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, this 8th day of October, 2013.

By: s/Kimberly Lambert Adams
KIMBERLY LAMBERT ADAMS (FBN 14479)