UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * * | MDL No. 2179<br><br>Section: J<br>Judge Barbier |
| Applies to:<br>   *Roma Chain, Inc. (2:13-cv-02940)* | * * * | Magistrate Shushan |

## ORDER APPROVING MOTION TO WITHDRAW AND CONTINUATION OF COUNSEL

THIS CAUSE, having come before the Court upon the Motion to Withdraw as and Continuation of Counsel filed by Kimberly Lambert Adams f/k/a Kimberly R. Lambert, counsel of record for Plaintiff, ROMA CHAIN, INC., and the Court, being fully advised in the premises,

IT IS HEREBY ORDERED that Kimberly Lambert Adams f/k/a Kimberly R. Lambert be and is hereby withdrawn as counsel for Plaintiff, ROMA CHAIN, INC.

IT IS FURTHER ORDERED that Travis P. Lepicier and the law firm of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. be and are hereby allowed to continue as counsel of record for Plaintiff, ROMA CHAIN, INC.

DONE AND ORDERED in Chambers, at New Orleans, Louisiana, on this _____ day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record