UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG § | | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE § | | |
| GULF OF MEXICO, on April 20, 2010 § | | |
| § | | |
| Related to: § | | JUDGE BARBIER |
| 2:10-08888 § | | |
| § | | |
| Document No. 87503 § | | |
| § | | Mag. Judge SHUSHAN |
| § | | |

NOTICE OF MANUAL ATTACHMENT

    NOW COMES, VAN TANG d/b/a CHO SAIGON, Claimant, files this Notice of Manual Attachment for the Motion for Leave and Emergency Motion For Relief and Request for Judicial Review from the Appeals denial of the Business and Economic loss claim in accordance with the approved settlement agreement and requests the following exhibits accompany the motion as a manual attachment.

                            Respectfully Submitted,

                            /s/ Michael D. Antalan
                            MICHAEL D. ANTALAN
                            LAED Number: TX24039615
                            5425 Doolittle
                            Houston, Texas 77033
                            Office: (713) 738.3842
                            Direct: (713) 577.2864
                            Fax:    (713) 588.8948
                            Attorney for VAN TANG d/b/a CHO SAIGON

CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing MEMORANDUM IN SUPPORT EMERGENCY MOTION FOR RELIEF AND REQUEST FOR JUDICIAL REVIEW FROM THE APPEALS DENIAL OF THE BUSINESS ECONOMIC LOSS CLAIM has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this on this 7th day of October, 2013.

                            /s/Michael D. Antalan
                            **MICHAEL D. ANTALAN**

## PLAINTIFF'S EXHIBIT LIST

| EXH. NO. | Description | MARKED | OFFERED | OBJECTED | ADMITTED | DATE | Disposition after Trial |
|---|---|---|---|---|---|---|---|
| 1 | Business License 1993 | | | | | | |
| 2 | Business License Transfer 2001 | | | | | | |
| 3 | Business License Transfer 2001 | | | | | | |
| 4 | Business License Renewal 2006 | | | | | | |
| 5 | IRS 2008 Tax Return | | | | | | |
| 6 | IRS 2009 Tax Return | | | | | | |
| 7 | 2010 Profit & Loss Statement | | | | | | |
| 8 | Commercial Property Foreclosure | | | | | | |
| 10 | St. Landry's Parish District Attorney | | | | | | |
| 11 | St. Landry's Parish District Attorney | | | | | | |
| 12 | Commercial Property Foreclosure | | | | | | |
| 13 | Civil Judgment Creditor | | | | | | |
| 14 | Civil Judgment Creditor | | | | | | |
| 15 | Civil Judgment Creditor | | | | | | |
| 16 | Contract Vendor List | | | | | | |
| 17 | Business Operating Miscellaneous | | | | | | |
| 18 | Business Operating Miscellaneous | | | | | | |
| 19 | Civil Judgment Creditor | | | | | | |
| 20 | Presentment Of Claims 11092010 | | | | | | |
| 21 | Civil Judgment Creditor | | | | | | |
| 22 | Notice Of Appeal 01132013 | | | | | | |

| EXH. NO. | Description | MARKED | OFFERED | OBJECTED | ADMITTED | DATE | Disposition after Trial |
|---|---|---|---|---|---|---|---|
| 23 | DWHCC Denial Notice 12282012 | | | | | | |
| 24 | DWHCC Denial Notice 06022013 | | | | | | |
| 25 | DWHCC Appeal Denial 06022013 | | | | | | |
| 26 | NOA Reconsideration 05152013 | | | | | | |
| 27 | DWHCC P Recon Denial 04152013 | | | | | | |
| 28 | BP Appeal Opposition | | | | | | |
| 29 | BEL DWHCC Claim Form | | | | | | |
| 30 | Failed BEL DWHCC Claim Form | | | | | | |
| 31 | DWHCC Consolidates Claim | | | | | | |
| 32 | SWS 18 | | | | | | |
| 33 | SWS 19 | | | | | | |
| 34 | SWS 23 | | | | | | |
| 35 | SWS 24 | | | | | | |
| 36 | SWS 26 | | | | | | |
| 37 | SWS 34 | | | | | | |
| 38 | NOA P Memorandum 05142013 | | | | | | |
| 39 | NOA D Opposition | | | | | | |
| 40 | NOA P Memo Reply 06182013 | | | | | | |
| 41 | Judicial Review Request w Exhibits | | | | | | |
| 42 | Ltr Judicial Review Jul 23 2013 | | | | | | |
| 43 | SWS 14 Vincent Mai | | | | | | |
| 44 | DBA GEN-5 Authorization | | | | | | |
| 45 | Hardship Request | | | | | | |

| EXH. NO. | Description | MARKED | OFFERED | OBJECTED | ADMITTED | DATE | Disposition after Trial |
|---|---|---|---|---|---|---|---|
| 46 | IEL Denial Response 09082013 | | | | | | |
| 47 | IRS 4506-T | | | | | | |
| 48 | SWS-8 | | | | | | |
| 49 | SWS-9 | | | | | | |
| 50 | SWS-27 | | | | | | |
| 51 | Vincent Mai Affidavit | | | | | | |
| 53 | BP Presentment 12092010 | | | | | | |
| 54 | DWHCC Email Final Denial | | | | | | |
| 55 | DWHCC Hardship Request Sep 2012 | | | | | | |
| 56 | DWHCC Consolidated Nov 2012 | | | | | | |
| 57 | DWHCC Email Correspondence | | | | | | |
| 58 | DWHCC Email Correspondence | | | | | | |
| 59 | DWHCC Email Correspondence | | | | | | |
| 60 | Start UP BEL Claim Form | | | | | | |
| 61.5 | MDL 2179 Filing | | | | | | |
| 62 | Map Texas Navigable Waters | | | | | | |
| 63 | IEL email denial | | | | | | |
| 64 | DWHCC Pol 7 | | | | | | |
| 65 | DWHCC Pol 55 | | | | | | |
| 66 | DWHCC Pol 56 | | | | | | |
| 67 | DWHCC Pol 57 | | | | | | |
| 67.5 | DWHCC Pol 67 | | | | | | |
| 68 | DWHCC Pol 58 | | | | | | |

| EXH. NO. | Description | MARKED | OFFERED | OBJECTED | ADMITTED | DATE | Disposition after Trial |
|---|---|---|---|---|---|---|---|
| 69 | DWHCC Pol 66 | | | | | | |
| 70 | DWHCC Pol 82 | | | | | | |
| 71 | DWHCC Pol 83 | | | | | | |
| 72 | DWHCC Pol 84 | | | | | | |
| 73 | DWHCC Pol 85 | | | | | | |
| 74 | DWHCC Pol 86 | | | | | | |
| 75 | DWHCC Pol 105 | | | | | | |
| 76 | DWHCC Pol 120 | | | | | | |
| 77 | DWHCC Pol 179 | | | | | | |
| 78 | DWHCC Pol 216 | | | | | | |
| 79 | DWHCC Pol 250 | | | | | | |
| 80 | DWHCC Pol 264 | | | | | | |
| | | | | | | | |