**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL NO. 2179 |
| | | SECTION: "J" |
| This document relates to No. 12-970 | * | Honorable Carl J. Barbier |
| | | Magistrate Judge Shushan |

                                    *     *     *

**SECOND MOTION FOR PRODUCTION OF DOCUMENTS AND
TO EXTEND TIME TO RESPOND TO ORDER TO SHOW CAUSE**

**NOW INTO COURT**, through undersigned counsel, comes claimant The Andry Law Firm, L.L.C. ("ALF"), who files this *Second Motion for Production of Documents and to Extend Time to Respond* to the Court's *Order to Show Cause*.[1] This is the second time that ALF has requested access to the documents underlying the *Report of Special Master Louis J. Freeh* (*"Freeh Report"*) and additional time to respond to the Special Master's recommendation that ALF's legitimate claim for more than seven million dollars should be denied.  In response to ALF's *First Motion to Compel*, this Court ordered the Special Master to provide ALF "access to information relevant to portions of the Special Master's Report concerning ALF."  The Special Master's resulting production falls far short of what the Court ordered and what due process demands.

What ALF received is selective, one-sided, and incomplete.  The Special Master did not produce the complete deposition transcripts or witness statements for ALF's members, Jon

---

[1]     In making this demand for additional discovery, ALF specifically objects to the appointment and authority of the Special Master, the Special Master's Report, and the Court's Order under Federal Rule of Civil Procedure 12(b), Federal Rule of Civil Procedure 53, and 28 U.S.C. § 455.  In addition, ALF specifically reserves its rights to make any and all further objections in its response to this Court's Order to Show Cause.

Andry and Gibby Andry.  Nor did he produce the complete deposition transcripts of key witnesses, such as Lionel Sutton, Patrick Juneau, and Michael Juneau.  The Special Master also heavily redacted memoranda memorializing the interviews of other key witnesses, such as Casey Thonn, David Duval, and Christina Mancuso.  In some instances, upon information and belief, the Special Master excluded from the production favorable information, including the statements of several Andry Lerner, LLC employees who testified that that they did nothing to influence CSSP staff or ALF's claim.  Without disclosure of such plainly relevant documentation ALF cannot reasonably defend itself in response to the Court's *Order to Show Cause*.

For the reasons stated in the accompanying memorandum, due process, the Federal Rules of Civil Procedure, and this Court's order require the Special Master to produce all documentation collected by the Special Master relevant to ALF, including the portions previously excluded and redacted by Special Master Freeh, or omitted by the Special Master entirely.  ALF further requests an additional twenty-one days from the date of any supplemental production to make any objections to the *Freeh Report*'s findings and recommendations.

**WHEREFORE**, The Andry Law Firm, L.L.C., respectfully requests that the Court grant the firm's *Second Motion for Production of Documents and to Extend Time to Respond* to the Court's *Order to Show Cause*, and grant ALF:  (a) complete access to all of the documents

underlying Special Master Freeh's Report; and (b) an additional twenty-one days from any supplemental production to make objections to the Special Master's report.

Respectfully submitted,

/s/ Kyle D. Schonekas
Kyle D. Schonekas, 11817
William P. Gibbens, 27225
Ian Atkinson, 31605
Schonekas, Evans, McGoey & McEachin, L.L.C.
909 Poydras Street, Suite 1600
New Orleans, Louisiana  70112
Telephone:  (504) 680-6050
Fax:  (504) 680-6051
kyle@semmlaw.com
billy@semmlaw.com
ian@semmlaw.com

Attorneys for The Andry Law Firm, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 8th day of October, 2013.

/s/ Kyle D. Schonekas
Kyle D. Schonekas

3