IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: "J" |
| This document relates to No. 12-970. | * | Honorable Carl J. Barbier |
| | | Magistrate Judge Shushan |
| * * * | | |

EX PARTE MOTION AND
INCORPORATED MEMORANDUM FOR EXPEDITED
HEARING ON SECONDMOTION FOR PRODUCTION OF DOCUMENTS AND
TO EXTEND TIME TO RESPOND TO ORDER TO SHOW CAUSE

**NOW INTO COURT**, through undersigned counsel, comes The Andry Law Firm, L.L.C. ("ALF"), who moves for an expedited hearing on its *Second Motion for Production of Documents and to Extend Time to Respond* to the Court's *Order to Show Cause*.

I.

On September 6, 2013, Special Master Freeh issued his Independent External Investigation of the Deepwater Horizon Court Supervised Settlement Program.

II.

That same day, this Court ordered Lionel Sutton, Christine Reitano, Jon Andry, Glen Lerner, and any associated law firms to show cause within fourteen days why the Court should not adopt the Special Master's findings and recommendations "[d]isallowing The Andry Law Firm's claim under the Unclean Hands Doctrine" and "[d]isqualifying Attorneys Lionel Sutton, Christine Reitano, Glen

Lerner, and Jon Andry, as well as any associated law firms, from representing CSSP claimants (or collecting fees from such claimants) under the Unclean Hands Doctrine."  Rec. Doc. 11288.

### III.

On September 19, 2013, the Court granted ALF's *First Motion to Compel* and ordered the Special Master to "provide The Andry Law Firm access to information relevant to portions of the Special Master's Report concerning The Andry Law Firm" and gave ALF until October 18, 2013 to file its response to the Court's *Order to Show Cause*.  Rec. Doc. 11412.

### IV.

The Special Master's resulting production is selective, one-sided, and incomplete and falls far short of what the Court ordered and what due process demands.

### V.

Accordingly, contemporaneously with this Motion to Expedite, ALF has filed a *Second Motion for Production of Documents and to Extend Time to Respond* to the Court's *Order to Show Cause*, requesting access to the documents underlying Special Master Freeh's Report and additional time to respond to the Special Master's recommendation

### VI.

Expedited consideration on these requests is needed so that ALF and its attorneys can adequately prepare any objections to Special Master Freeh's Report, which are currently due on October 19, 2013.

2

**VII.**

Accordingly, The Andry Law Firm, L.L.C. respectfully requests that its Motion be heard as soon as possible, before its objections are due on October 19, 2013.

Respectfully submitted,

*/s/ Kyle D. Schonekas*
Kyle D. Schonekas, 11817
William P. Gibbens, 27225
Ian Atkinson, 31605
SCHONEKAS, EVANS, MCGOEY
& MCEACHIN, L.L.C.
909 Poydras Street, Suite 1600
New Orleans, Louisiana  70112
Telephone:  (504) 680-6050
Fax:  (504) 680-6051
kyle@semmlaw.com
billy@semmlaw.com
ian@semmlaw.com

Attorneys for The Andry Law Firm, L.L.C.

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 8th day of October, 2013.

                */s/ Kyle D. Schonekas*
                Kyle D. Schonekas