## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: "J" |
| This document relates to No. 12-970 | * | Honorable Carl J. Barbier |
| | | Magistrate Judge Shushan |
| * | * * | |

## ORDER

Considering the foregoing;

**IT IS HEREBY ORDERED** that The Andry Law Firm, L.L.C.'s *Ex Parte Motion for an Expedited Hearing on its Second Motion for Production of Documents and to Extend Time to Respond* to the Court's *Order to Show Cause* is **GRANTED**.

**IT IS FURTHER ORDERED** that The Andry Law Firm, L.L.C.'s Motion will be heard on the _____ day of October, 2013 at _____ __.m.

New Orleans, Louisiana this _____ day of October, 2013.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE