IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: "J" |
| This document relates to No. 12-970. | * | Honorable Carl J. Barbier |
| | | Magistrate Judge Shushan |
| * * * | | |

**EX PARTE MOTION AND MEMORANDUM IN SUPPORT TO FILE UNDER SEAL EXHIBIT 1 IN SUPPORT OF SECONDMOTION FOR PRODUCTION OF DOCUMENTS AND TO EXTEND TIME TO RESPOND TO ORDER TO SHOW CAUSE**

**NOW INTO COURT**, through undersigned counsel, comes The Andry Law Firm, LLC ("ALF"), who, pursuant to this Court's Standing Order regarding filing documents under seal, respectfully requests that it be permitted to file under seal Exhibit 1 to its *Second Motion for Production of Documents and to Extend Time to Respond* to the Court's *Order to Show Cause*. Exhibit 1 to ALF's Motion contains the production received by ALF from the Special Master in response to the Court's Order granting ALF's *First Motion to Compel* and requiring the Special Master to "provide The Andry Law Firm access to information relevant to portions of the Special Master's Report concerning The Andry Law Firm." Rec. Doc. 11412. These documents have been provided to ALF but have not been published with the Special Master's report in the Court record. ALF has no objection to these documents being filed in the Court record. Indeed, ALF objects to the Special Master's failure to disclose all of the documents discovered in his investigation. Out of an abundance of caution, however, and deference to the Court, ALF submits these documents to the Court under seal.

**WHEREFORE**, The Andry Law Firm, LLC, respectfully requests that its motion to file under seal be granted.

Respectfully submitted,

*/s/ Kyle D. Schonekas*
Kyle D. Schonekas, 11817
William P. Gibbens, 27225
Ian Atkinson, 31605
SCHONEKAS, EVANS, MCGOEY
& MCEACHIN, L.L.C.
909 Poydras Street, Suite 1600
New Orleans, Louisiana  70112
Telephone:  (504) 680-6050
Fax:  (504) 680-6051
kyle@semmlaw.com
billy@semmlaw.com
ian@semmlaw.com

Attorneys for The Andry Law Firm, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 8th day of October, 2013.

*/s/ Kyle D. Schonekas*
Kyle D. Schonekas
