IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: "J" |
| This document relates to No. 12-970. | * | Honorable Carl J. Barbier |
| | | Magistrate Judge Shushan |
| * | * * | |

**ORDER**

Considering the foregoing,

**IT IS ORDERED** that The Andry Law Firm, LLC's Motion to File Under Seal Exhibit 1 in Support of its Second Motion for Production of Documents and to Extend Time to Respond to the Court's Order to Show Cause is **GRANTED**.

New Orleans, Louisiana this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE