**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * | **MDL NO. 2179** **SECTION: "J"** |
| **This document relates to No. 12-970** | * | **Honorable Carl J. Barbier** |
| | | **Magistrate Judge Shushan** |

*     *     *

<u>**NOTICE OF FILING UNDER SEAL**</u>

        **NOW INTO COURT**, through undersigned counsel, comes The Andry Law Firm, LLC, who, pursuant to this Court's Standing Order regarding filing documents under seal, respectfully represents that it has filed under seal Exhibit 1 to its *Second Motion for Production of Documents and to Extend Time to Respond* to the Court's *Order to Show Cause.*

                                        Respectfully submitted,

                                        */s/ Kyle D. Schonekas*
                                        Kyle D. Schonekas, 11817
                                        William P. Gibbens, 27225
                                        Ian Atkinson, 31605
                                        SCHONEKAS, EVANS, MCGOEY
                                        & MCEACHIN, L.L.C.
                                        909 Poydras Street, Suite 1600
                                        New Orleans, Louisiana  70112
                                        Telephone:  (504) 680-6050
                                        Fax:  (504) 680-6051
                                        kyle@semmlaw.com
                                        billy@semmlaw.com
                                        ian@semmlaw.com

                                        Attorneys for The Andry Law Firm, L.L.C.

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 8th day of October, 2013.

*/s/ Kyle D. Schonekas*
Kyle D. Schonekas