**CORRECTED October 3, 2013**

*United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 02, 2013

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 13-30315    In Re: Deepwater Horizon
                                 USDC No. 2:10-MD-2179
                                 USDC No. 2:12-CV-970
                                 USDC No. 2:12-CV-970
                                 USDC No. 2:10-MD-2179
                                 USDC No. 2:13-CV-492

Dear Mr. Blevins,

We are enclosing a copy of an opinion-order entered by the court today. We will hold this case in abeyance for 60 days from the above date pending disposition of the remand proceedings.

We are not forwarding the record on appeal as it is an electronic copy.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Debbie T. Graham, Deputy Clerk

Enclosure(s)
cc:  Honorable Carl J. Barbier
     Mr. Andrew Baker Bloomer
     Mr. Robert C. Mike Brock
     Mr. James Augustus Burton

Mr. David B. Byrne Jr.
Mr. Jeffrey Bossert Clark Sr.
Mr. Paul D. Clement
Mr. Timothy A. Duffy
Mr. Miguel Angel Estrada
Mr. S. Gene Fendler
Mr. Patrick Henry Fourroux
Mr. Soren E. Gisleson
Mr. Richard Cartier Godfrey
Mr. Christopher Martin Guidroz
Mr. Don Keller Haycraft
Mr. Stephen Jay Herman
Mr. Mark Holstein
Mr. James M. Hood III
Mr. Thomas George Hungar
Mr. Samuel Issacharoff
Mr. Andrew Tanner Karron
Mr. James Andrew Langan
Mr. Jeffrey Lennard
Mr. Scott Payne Martin
Mr. Corey L. Maze
Mr. Michael Cameron Moore
Mr. Steven Andrew Myers
Mr. Theodore B. Olson
Ms. Gina Marie Palermo
Mr. Robert L Redfearn
Mr. James Parkerson Roy
Mr. Richard C. Stanley
Mrs. Megan Kathleen Terrell
Ms. Jennifer L. Thornton
Ms. Terese Troxclair Wyly