

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED OCT -9 2013
WILLIAM W. BLEVINS
CLERK

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
13-30973

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:10-MD-2179

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

Lyle W. Cayce
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
New Orleans, Louisiana  10/7/13

Fee _____
Process _____
X Dkid _____
CtRmDep _____
Doc. No. _____

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

October 07, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 13-30973    In Re: Deepwater Horizon  
                USDC No. 2:10-MD-2179  
                USDC No. 2:12-CV-968

U.S. DISTRICT COURT  
EASTERN DISTRICT OF LOUISIANA  
FILED OCT -9 2013  
WILLIAM W. BLEVINS  
CLERK

Enclosed is an order entered in this case.

In addition to filing the designation of record with the clerk of the district court, the parties should separately file a letter to this court notifying us when the designation has been filed.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Allison G. Lopez, Deputy Clerk  
504-310-7702

Mr. William W. Blevins  
Ms. Elizabeth Joan Cabraser  
Mr. Soren E. Gisleson  
Ms. Robin Lynn Greenwald  
Mr. Stephen Jay Herman  
Mr. Samuel Issacharoff  
Mr. Matthew Edward Lundy  
Mr. Joseph Darrell Palmer  
Mr. James Parkerson Roy

___ Fee_____  
___ Process_____  
X Dkd_____  
___ CtRmDep____  
___ Doc. No.____