UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG § | | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE § | | |
| GULF OF MEXICO, on April 20, 2010 § | | |
| § | | |
| Related to: § | | JUDGE BARBIER |
| 2:10-08888 § | | |
| § | | |
| Document No. 87503 § | | |
| § | | Mag. Judge SHUSHAN |
| § | | |

**MOTION AND NOTICE FOR EMERGENCY
MOTION FOR RELIEF AND REQUEST FOR JUDICIAL REVIEW
FROM THE APPEALS DENIAL OF THE BUSINESS ECONOMIC LOSS CLAIM**

NOW COMES, VAN TANG d/b/a CHO SAIGON, Claimant BEL 1000031483 and IEL 100234166, files this Motion for Leave and Emergency Motion For Relief and Request for Judicial Review from the Appeals denial of the Business and Economic loss claim in accordance with the approved settlement agreement and requests the following relief:

1. Claimant moves this Court to **REVERSE AND REMAND** the DWHCC denial and **GRANT** Cho Saigon Business and Individual Economic claim status for the total loss of earned income**,** plus 10% interest for the pre/post judgment Business and Individual economic loss claim suffered as a result of the Deep Water Horizon Oil Spill on April 20, 2010;

2. Claimant requests that this claim be referred to the DWHCC for an appropriate accounting for compensation and evaluation award;

3. Claimant moves this Court to **GRANT $3,800,000.00** as an immediate interim *"Hardship"* payment pending the final accounting compensation award, *to wit,* may be deducted from the Claimant's total award, if granted;

4. Attorney fees and expenses for prosecuting this claim and preparing this motion;

1

5.  Any such additional relief at law and/or equity as the Court deems just and proper;

6.  The grounds for this motion are for failing to comply with the terms of the approved settlement agreement and failing to investigate, verify and consider relevant evidence that creates a reasonable and rebuttable presumption that causation exists to support a Business and Individual Economic compensation claim award in accordance with the approved settlement agreement and subsequent amendments.

7.  This motion is based on the pleadings and papers on file with the court, made at the time of presentment and/or uploaded into the DWHCC communication's portal up to the present date, along with, the attached memorandum in support and points of authorities, exhibits, affidavits, evidence and argument presented in this motion and the provisions of the approved settlement agreement.

6.  Please take special notice that Claimant's memorandum in support *at paragraph 27* argues a specific question of fact and general maritime law as it relates to the *"navigable waters"* of the affected geographical Zones A – D and the *"residual"* portions of the Specified Gulf Waters of the United States of America, and [A]ll provisions of the settlement agreement, which may require a three (3) Judge court for disposition.

7.  Claimant requests to bring this motion for submission before this court on the first available setting.

                                     Respectfully Submitted,

                                     <u>/s/ Michael D. Antalan</u>
                                     MICHAEL D. ANTALAN
                                     LAED Number: TX24039615
                                     5425 Doolittle
                                     Houston, Texas 77033

>Office: (713) 738.3842
>Direct: (713) 577.2864
>Fax:    (713) 588.8948
>Attorney for VAN TANG d/b/a CHO SAIGON

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MEMORANDUM IN SUPPORT EMERGENCY MOTION FOR RELIEF AND REQUEST FOR JUDICIAL REVIEW FROM THE APPEALS DENIAL OF THE BUSINESS ECONOMIC LOSS CLAIM has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this on this 7th day of October, 2013.

>/s/Michael D. Antalan
>**MICHAEL D. ANTALAN**

3