UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on April 20, 2010 | § § § § | MDL NO. 2179 |
| Related to: 2:10-08888 | § § § | JUDGE BARBIER |
| Document No. 87503 | § § § | Mag. Judge SHUSHAN |

ORDER MEMORANDUM IN SUPPORT FOR EMERGENCY
MOTION FOR RELIEF AND REQUEST FOR JUDICIAL REVIEW
FROM THE APPEALS DENIAL OF THE BUSINESS ECONOMIC LOSS CLAIM

After considering Claimant's Emergency Motion for Relief and Request for Judicial Review from the Appeals Denial of the Business Economic Loss Claim, the evidence presented, conduct of the parties and the arguments of counsel, this court,

**GRANTS** the Emergency Motion for Relief and Request for Judicial Review and hereby **REVERSE AND REMAND** the denial and **AWARD** Cho Saigon Business and Individual Economic claim causation and status for the total loss of earned income, plus 10% interest for the pre/post judgment damages suffered as a result of the Deep Water Horizon Oil Spill on April 20, 2010;

**AND**

**REFERS** this claim to the DWHCC for an accounting compensation and evaluation award;

**AND**

**FINDS** there is *"good cause"* to **GRANT $3,800,000.00** as an immediate interim *"Hardship"* payment to be deducted from the Claimant's total award.

SIGNED on _____, 2013.

_____
**U.S. DISTRICT JUDGE BARBIER**