UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br>SECTION: "J"<br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

This Document Applies to:

No. 12-970, Bon Secour Fisheries, Inc., et al.
v. BP Exploration & Production Inc., et al.

## GLEN LERNER'S MOTION FOR COMPLETE DISCOVERY FROM SPECIAL MASTER AND TO CONTINUE RESPONSE DATE TO THE ORDER TO SHOW CAUSE UNTIL AFTER COMPLETE PRODUCTION OF RELEVANT EVIDENCE

NOW COMES Glen Lerner, through counsel, to move for production of complete discovery from the Special Master so as to enable Mr. Lerner to respond to the Court's Order [Regarding Special Master Louis J. Freeh's Report of September 6, 2013], entered on September 6, 2013 (Rec. Doc. 11288) (hereafter "Show Cause Order"), and object to Report of Special Master Louis J. Freeh ("Special Master's Report"), Rec. Doc. 11287.[1]

Mr. Lerner also moves to continue the presently set response date to the Show Cause Order of October 18, 2013, until 21 days after the production of all relevant evidence is

---

[1] Mr. Lerner appears solely to move to complete the discovery the Court afforded in its discovery Order. Rec. Doc. 11442. Mr. Lerner specifically reserves his right to make any and all objections to the Special Master's Report and the Court's Order, including those grounds for dismissal set forth in Federal Rule of Civil Procedure 12(b) and grounds relating to the scope of the Special Master's authority under Rule 53.

{N2707947.1}   1

complete.

Mr. Lerner seeks complete discovery and a continuance of the response for the reasons stated in the memorandum of law filed herewith.

Respectfully submitted,

/s/ Pauline F. Hardin
Pauline F. Hardin (La. Bar #6542)
Jones Walker LLP
201 St. Charles Avenue
49th Floor
New Orleans, LA 70170
Telephone: (504) 582-8110
Fax: (504) 589-8110
phardin@joneswalker.com

AND

William W. Taylor, III (D.C. Bar #84194)
Amit P. Mehta (D.C. Bar #467231)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036-5802
Telephone: (202) 778-1865
Facsimile: (202) 822-8106
amehta@zuckerman.com

*Attorneys for Glen J. Lerner*

{N2707947.1}  2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 9th day of October, 2013.

                                                 /s/ Pauline F. Hardin
                                                 Pauline F. Hardin