UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br>SECTION: "J"<br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

This Document Applies to:

No. 12-970, Bon Secour Fisheries, Inc., et al.
v. BP Exploration & Production Inc., et al.

**PROPOSED ORDER**

Considering Glen Lerner's Motion Complete Discovery and Memorandum of Law in Support thereof,

**IT IS ORDERED** that the Special Master complete its production of all relevant evidence as set forth in Mr. Lerner's Motion to Complete Discovery so as to enable Mr. Lerner to respond to the Court's Order entered on September 6, 2013 (Rec. Doc. 11288), and to object to Report of Special Master Louis J. Freeh (Rec. Doc. 11287);

**IT IS FURTHER ORDERED** that the presently set response date to the Show Cause Order of October 18, 2013 is continued until 21 days after the production of all relevant evidence is complete.

New Orleans, Louisiana, this ____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE

{N2707947.1}