UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | MAG. JUDGE SHUSHAN |

**EX PARTE MOTION AND MEMORANDUM IN SUPPORT TO FILE UNDER SEAL EXHIBIT A IN SUPPORT OF GLEN LERNER'S MOTION FOR COMPLETE DISCOVERY FROM SPECIAL MASTER AND TO CONTINUE RESPONSE DATE TO THE ORDER TO SHOW CAUSE UNTIL AFTER COMPLETE PRODUCTION OF RELEVANT EVIDENCE**

**NOW INTO COURT**, through undersigned counsel, comes Glen Lerner, who pursuant to this Court's Standing Order regarding filing documents under seal, respectfully requests that he be permitted to file under seal Exhibit A to his *Motion for Complete Discovery from Special Master and to Continue Response Date to the Order to Show Cause Until After Complete Production of Relevant Evidence.*[1]  Exhibit 1 to Glen Lerner's Motion contains the production received by Glen Lerner from the Special Master in response to the Court's Order requiring the Special master to "provide … Glen Lerner access to information relevant to portions of the Special Master's Report concerning [Glen Lerner] …."  Rec. Doc. 11442.

---

[1] Mr. Lerner appears solely to move to complete the discovery the Court afforded in its discovery Order.   Rec. Doc. 11442.   Mr. Lerner specifically reserves his right to make any and all objections to the Special Master's Report and the Court's Order, including those grounds for dismissal set forth in Federal Rule of Civil Procedure 12(b) and grounds relating to the scope of the Special Master's authority under Rule 53.

These documents have been provided to Glen Lerner but have not been published with the Special Master's report in the Court record.  Glen Lerner therefore submits  these documents to the Court under seal.

WHEREFORE, Glen Lerner, respectfully requests that this motion to file under seal be granted.

Respectfully submitted,

*/s/ Pauline F. Hardin*
Pauline F. Hardin (La. Bar #6542)
Jones Walker LLP
201 St. Charles Avenue
49th Floor
New Orleans, LA 70170
Telephone: (504) 582-8110
Fax: (504) 589-8110
phardin@joneswalker.com

AND

William W. Taylor, III (D.C. Bar #84194)
Amit P. Mehta (D.C. Bar #467231)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036-5802
Telephone: (202) 778-1865
Facsimile: (202) 822-8106
amehta@zuckerman.com

*Attorneys for Glen J. Lerner*

{N2707817.1}

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 9th day of October, 2013.

_/s/ Pauline F. Hardin_
Pauline F. Hardin

{N2707817.1}