UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | MAG. JUDGE SHUSHAN |

## NOTICE OF FILING UNDER SEAL

**NOW INTO COURT**, through undersigned counsel, comes Glen Lerner, who, pursuant to this Court's Standing Order regarding filing documents under seal, respectfully represents that it has filed under seal Exhibit A to his *Motion for Complete Discovery from Special Master and to Continue Response Date to the Order to Show Cause Until After Complete Production of Relevant Evidence.*

                Respectfully submitted,

                */s/ Pauline F. Hardin*
                Pauline F. Hardin (La. Bar #6542)
                Jones Walker LLP
                201 St. Charles Avenue
                49th Floor
                New Orleans, LA 70170
                Telephone: (504) 582-8110
                Fax: (504) 589-8110
                phardin@joneswalker.com

                AND

{N2707817.1}                1

William W. Taylor, III (D.C. Bar #84194)
Amit P. Mehta (D.C. Bar #467231)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036-5802
Telephone: (202) 778-1865
Facsimile: (202) 822-8106
amehta@zuckerman.com

*Attorneys for Glen J. Lerner*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 9th day of October, 2013.

      */s/ Pauline F. Hardin*
      Pauline F. Hardin