UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br>SECTION: "J"<br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

This Document Applies to:

No. 12-970, Bon Secour Fisheries, Inc., et al.
v. BP Exploration & Production Inc., et al.

## ORDER

Considering Glen Lerner's *Ex Parte Motion and Incorporated Memorandum of Law for Expedited Hearing;*

**IT IS HEREBY ORDERED** that Glen Lerner's *Motion for Complete Discovery From Special Master and to Continue Response Date to the Order to Show Cause Until After Complete Production of Relevant Evidence* is **GRANTED.**

**IT IS FURTHER ORDERED** that Glen Lerner's Motion will be heard on the _____ day of October, 2013 at _____ __.m.

New Orleans, Louisiana this ___ day of October 2013.

 
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

{N2708744.1}