## DECLARATION OF DARRELL PALMER

I, DARRELL PALMER declare:

1. I am admitted to practice in the Fifth Circuit; I represent appellants, Michael B. Sturdivant, Patricia C. Sturdivant, Susan Forsyth and James H. Kirby, IV. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

2. When I appeared at the final approval hearing, my representations to the District court that the objector medical claim forms had been filed were based on incorrect assumptions and inadvertently in error. I made a mistake. I should have said I wasn't sure whether my clients had filed claim forms yet, but that they would do so before the claims deadline.

3. On August 22, 2013, I filed an opposition to the motion to dismiss, including declarations I prepared for each appellant. These declarations incorrectly stated the claim forms for each appellant had been filed. In fact, the claim forms had not yet been filed because of logistical problems.

4. The Notice did not state that filing a claim in advance of the claim deadline was a prerequisite for objecting. See para 28 of the Medical Settlement Notice; a true and correct copy is attached as Exhibit A. There currently is no deadline for filing a medical claim. That deadline is one year after the Effective Date which essentially is the conclusion of all appeals. *See* Doc. 6427-1 at 18 and

1

37. Filing a claim was not a prerequisite to objecting or appealing. However appellants prepared claims form for submission to the claims administrator in conjunction with their opposition to motion to dismiss and to further demonstrate standing. It was my intention to submit their claim forms to the claims administrator simultaneously with filing the opposition to the motion to dismiss.

5. After the response was filed further review of the forms revealed that each of the claim forms was incomplete and needed corrections. The corrections are detailed in each appellant's declaration submitted with the sur-reply.

6. Corrections to Mike Sturdivant's medical claim form included correcting section IV by checking the A2 level and his choice of verification methods, consolidating his medical conditions on one copy of section VIII on p.8, adding language on p.9 referring to the addendum, and adding a more legible copy of his driver's license.

7. Corrections to Patricia Sturdivant's medical claim form included correcting section IV by checking the A2 level and her choice of verification methods, and adding a more legible copy of her driver's license.

8. Corrections to Susan Forsyth's medical claim form included checking A2 in section IV, correcting IX.D.1. and E.1., and adding identification information, insurance coverage information and contact information for several medical providers.

2

9. Corrections to James Kirby's medical claim form included inserting Tricare coverage information and contact information for the University of Southern Alabama Medical Center.

10. Each appellant has executed their corrected claim forms and true and correct copies of their medical claim forms are attached as Exhibits B, C, D and E.

11. On September 9, 2013, I personally sent the claim forms to Magnolia Legal Support, 650 Poydras Street, Suite 1521, New Orleans, LA 70130, (504) 525-5144 and instructed them to deliver the forms to the medical claims administrator office on Gravier St in New Orleans. Michael Faucheaux has provided a declaration under oath that he hand-delivered the forms on or about the afternoon of September 9, 2013.

12. When appellants filed their response to the motion to dismiss, I also accidently omitted Petty Officer James H. Kirby, IV's claim form and only the Exhibit 8 cover page was attached to the response.

13. Appellants were relying on me to submit the forms and the delay in finalizing and submitting the forms is my fault. When I prepared and filed the opposition to the motion to dismiss, I was on vacation with my family, including my parents, who had traveled from Texas to California so my father could celebrate his 77th birthday on September 2nd with us. On September 3rd, my son started 9th grade and my parents departed. The problem has been exacerbated

because my paralegal Maria Carapia has been absent for 13 weeks suffering from shingles. Dealing with details in her absence has been very difficult and challenging. Nevertheless, given the importance of this case, I should have taken more care and hired additional help to ensure that I was making accurate representations to the Court, and I apologize for the errors in my submissions.

I declare under penalty of perjury I have personal knowledge of the facts stated above and that it is true and correct to the best of my knowledge, information, and belief.

September 10, 2013

DARRELL PALMER