```
 1                  UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
 2

 3     ****************************************************

 4     IN RE:  OIL SPILL BY THE
       OIL RIG DEEPWATER HORIZON
 5     IN THE GULF OF MEXICO ON
       APRIL 20, 2010
 6
                              CIVIL ACTION NO. 10-MD-2179 "J"
 7                            NEW ORLEANS, LOUISIANA
                              THURSDAY, NOVEMBER 8, 2012, 8:30 A.M.
 8
       THIS DOCUMENT RELATES TO:
 9
       CIVIL ACTION #12-968,
10     PLAISANCE, ET AL V. BP
       EXPLORATION & PRODUCTION,
11     INC., ET AL

12     CIVIL ACTION #12-970,
       BON SECOUR FISHERIES,
13     INC., ET AL V. BP
       EXPLORATION & PRODUCTION,
14     INC., ET AL

15
       ****************************************************
16
             TRANSCRIPT OF FINAL FAIRNESS HEARING PROCEEDINGS
17            HEARD BEFORE THE HONORABLE CARL J. BARBIER
                      UNITED STATES DISTRICT JUDGE
18

19     APPEARANCES:

20
       FOR THE PLAINTIFFS'
21     LIAISON COUNSEL:         DOMENGEAUX WRIGHT ROY & EDWARDS
                                BY:  JAMES P. ROY, ESQUIRE
22                              556 JEFFERSON STREET
                                LAFAYETTE, LA  70502
23

24                              HERMAN HERMAN & KATZ
                                BY:  STEPHEN J. HERMAN, ESQUIRE
25                              820 O'KEEFE AVENUE
                                NEW ORLEANS, LA  70113
```

| | | |
|---|---|---|
| 03:26PM | 1 | THE COURT: Well, it wouldn't exist, it wouldn't go to |
| 03:26PM | 2 | your client or any of the class members, because they are going |
| 03:26PM | 3 | to be fully compensated for whatever their claim is. |
| 03:26PM | 4 | Do you have authority from your clients to be |
| 03:26PM | 5 | standing here? Did they make claims in this class? |
| 03:26PM | 6 | MR. PALMER: Yes, they did. |
| 03:26PM | 7 | THE COURT: So you represent persons who have made |
| 03:26PM | 8 | claims for medical benefits under this class settlement, while, |
| 03:26PM | 9 | at the same time, you're here saying that they sent you here to |
| 03:26PM | 10 | try to blow up this settlement? |
| 03:26PM | 11 | MR. PALMER: It is not blowing up the settlement. |
| 03:26PM | 12 | THE COURT: Well, if you object, that's what you would |
| 03:26PM | 13 | be doing. |
| 03:26PM | 14 | MR. PALMER: Absolutely not. That's the whole purpose |
| 03:26PM | 15 | of -- |
| 03:26PM | 16 | THE COURT: How are they affected by this if this is |
| 03:27PM | 17 | approved? |
| 03:27PM | 18 | MR. PALMER: Your Honor, Rule 23 provides for |
| 03:27PM | 19 | objections. It doesn't mean that we are evil people or trying |
| 03:27PM | 20 | to -- |
| 03:27PM | 21 | THE COURT: No one said you're an evil person. I just |
| 03:27PM | 22 | said you have what's called *a conflict*, it seems to me, here. |
| 03:27PM | 23 | On one hand, you represent -- I have serious |
| 03:27PM | 24 | doubts that your clients even know you're here making this |
| 03:27PM | 25 | objection, frankly, Mr. Palmer. Did your clients expressly |