# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * | MDL NO. 2179 <br> SECTION: J <br> HONORABLE CARL J. BARBIER <br> MAGISTRATE JUDGE SHUSHAN |
| Plaisance, *et al.*, individually and on behalf of the Medical Benefits Settlement Class, <br><br> Plaintiffs, <br><br> v. <br><br> BP Exploration & Production Inc., *et al.*, <br><br> Defendants. | * * * * * * * * * * * | NO. 12-CV-968 <br> SECTION: J <br> HONORABLE CARL J. BARBIER <br> MAGISTRATE JUDGE SHUSHAN |

## DECLARATION OF MATT GARRETSON

I, Matt Garretson, declare under penalty of perjury as follows:

1. I am the Court-appointed Claims Administrator for the Medical Benefits Settlement Class.

2. On August 18, 2013, I reviewed the medical settlement claims database to determine whether any of the following four remaining appellant-objectors have filed claim or any other documentation or requests: (1) Mike Sturdivant, (2) Patricia Sturdivant, (3) Susan Forsyth, and (4) James H. Kirby, IV.

3. That review verifies that none of the four appellant-objectors individuals

identified in paragraph 2 has filed proof of claim forms, requests for information or any other documents, information or requests in the medical benefits settlement class.

I declare the foregoing is based on information known to me and that it is accurate to the best of my knowledge, subject to the laws against perjury pursuant to 28 U.S.C. § 1746.

Dated this 18th day of August, 2013.

_____
Matt Garretson, Esq.