PLAINTIFFS' LIAISON COUNSEL
IN RE: DEEPWATER HORIZON
MDL No. 2179

**JAMES PARKERSON ROY**
Domengeaux Wright Roy & Edwards LLC
556 Jefferson St. Suite 500
Lafayette, LA. 70501
E-Mail: jimr@wrightroy.com
Telephone: (337) 233-3033
Fax No. (337) 233-2796

**STEPHEN J. HERMAN**
Herman, Herman & Katz LLC
820 O'Keefe Avenue
New Orleans, LA 70113
E-Mail: sherman@hhklawfirm.com
Telephone: (504) 581-4892
Fax No. (504) 561-6024

*Via* E-Mail and By U.S. Mail

September 17, 2013

Joseph Darrel Palmer
Law Offices of Darrell Palmer
603 N. Highway 101, Suite A
Solana Beach, CA 92075
E-Mail: darrell.palmer@palmerlegalteam.com

      Re:    Notice of Rule 11 Violation Relating to Medical Benefits Class Action Settlement, MDL 10-2179, No.12-968

Dear Mr. Palmer:

      Based upon our review of your filings in the Fifth Circuit Court of Appeals, coupled with your statements in the District Court during the Fairness Hearing on November 8, 2012, we are providing this "safe harbor" letter to you pursuant to Federal Rule of Civil Procedure 11. Rule 11 provides in pertinent part:

> b) Representations to Court. By presenting to the court . . . a pleading . . . an attorney is certifying to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, --
>
> (1) it is not being presented for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation;
>
> (2) the claims. . . are warranted by existing law or by a nonfrivolous argument for the extension, modification, or reversal of existing law or the establishment of new law;

> (3) the allegations and other factual contentions have evidentiary support or, if specifically so identified, are likely to have evidentiary support after a reasonable opportunity for further investigation or discovery . . .

We are hereby requesting that you withdraw your Notice of Appeal, which, as the district court recently held, was filed in "bad faith." [Rec. Doc. 11174.] In addition, we draw your attention to the following, each of which further demonstrates the improper purpose underlying your notice of appeal:

1. At the Fairness Hearing on November 8, 2012, you falsely stated in open court that your clients had filed claims for medical benefits with the Claims Administrator. At that time, you knew your clients had not so filed. Not only was your statement false, but it was proffered in order to satisfy the District Court's concern that your clients lacked standing to object. Indeed, the District Court ordered all objectors to prove standing by means of an evidentiary submission. Your clients failed to do so. Had you not misled the district court, your objection may have been stricken as violative of the Court's order.

2. When you filed your opposition to Plaintiffs-Appellees' Motion to Dismiss Appeal for Lack of Standing, you proffered "claims forms" on behalf of each of your clients. These forms made it appear that as of August 22, 2013, your clients had filed claims for medical benefits with the Claims Administrator. Indeed, you stated in your opposition brief that your clients had "submitted a claim" with the Claims Administrator. As of the date of your filing, however, none of your clients had submitted a claim.

3. On September 17, 2013, Plaintiffs-Appellees filed a brief in opposition to your motion for leave to respond to new arguments in reply brief of class counsel's motion to dismiss. In this opposition brief, appellees identify yet more instances of your false statements and inconsistent submissions. Further, appellees were forced to file this opposition brief to prevent you from supplementing the record on appeal with documents that are inconsistent with those previously submitted.

Accordingly, we believe your notice of appeal has been filed for an improper purpose and is in bad faith. We request that you voluntarily withdraw your Notice of Appeal.

Respectfully submitted,

/s/ Stephen J. Herman
Stephen J. Herman
La. Bar. No. 23129
Herman Herman & Katz LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: (504) 581-4892
Fax: (504) 569-6024

/s/ James Parkerson Roy
James Parkerson Roy
La. Bar No. 11511
Domengeaux Wright Roy & Edwards LLC
556 Jefferson Street, Suite 500
Lafayette, LA 70501
Telephone: (337) 233-3033
Fax: (337) 233-2796