# United States' Phase Two Offer of Proof Exhibit 1

## Designations from Volumes 1-2 of Deposition of Gordon Birrell

Page 10:01 to 10:10

00010:01   VIDEOGRAPHER:  This is the -- this is
      02   the deposition of Gordon Birrell in regards
      03   to the oil spill of the oil rig DEEPWATER
      04   HORIZON in the Gulf of Mexico on April 20th,
      05   2010.  Today's date is September 14th, 2011.
      06   The time is 8:31 a.m.  We are now on the
      07   record.
      08                  GORDON BIRRELL,
      09   having been first duly sworn, testified as
      10   follows:


Page 10:13 to 10:14

00010:13       Q.     Good morning, Mr. Birrell.
      14       A.     Good morning.


Page 10:22 to 13:04

00010:22       Q.     It's my understanding that as of
      23   April 20th, 2010, you were the technology
      24   vice president for operations, HSE and
      25   engineering, for exploration and production
00011:01   at BP; is that correct?
      02       A.     That's correct.
      03       Q.     How long had you had that title?
      04       A.     I've had that title for
      05   approximately 18 months, approximately
      06   18 months.
      07       Q.     And can you just in 30 seconds
      08   give me a -- a brief history of your history
      09   with BP?
      10       A.     Yes.  I've -- I've been -- been
      11   with BP 25 years.  I joined as a -- not quite
      12   out of college.  I graduated with an -- an
      13   electrical and electronic engineering degree.
      14   I joined a service company, and then quite
      15   soon after, joined BP, and then stayed with
      16   them for 25 years, initially in the North Sea
      17   doing a number of different roles, both
      18   onshore and offshore in the North Sea, mostly
      19   engineering and technical kind of roles, but
      20   leadership roles, as well.  I did various
      21   operational jobs, always in production
      22   operations in the early phase of my career or
      23   primarily production operations.
      24              I then moved to BP's oil trading
      25   organization for a short period of time as a
00012:01   career development posting.  I then spent
      02   time in BP's corporate headquarters in London
      03   as an executive assistant.  I then spent time
      04   living in the former Soviet Union in a -- in
      05   a role appraising reservoirs.  I then spent

```
      06  time in Alaska in a production operations
      07  leadership role.
      08              I spent time in Canada running
      09  our exploration and production operations in
      10  Canada.  I then went back to the North Sea to
      11  run production operations as a business unit
      12  leader in the North Sea.  I then went back to
      13  corporate headquarters to be the -- the head
      14  of office for Andy Inglis.  I then -- I then
      15  went from there to the technology vice
      16  president role.
      17      Q.    Okay.
      18      A.    There was a few roles.
      19      Q.    Okay.  And the technology vice
      20  president role, is that based in Houston?
      21      A.    Initially based in London, and
      22  then I transferred to -- to Houston.  So at
      23  the time of the incident, I was actually
      24  based in Houston.
      25      Q.    All right.  And it's my
00013:01  understanding you're now the project manager
      02  for field development in the former Soviet
      03  Union?
      04      A.    That's correct.
```

Page 13:09 to 13:19

```
00013:09      Q.    Okay.  Is that viewed as a
      10  promotion or demotion from your vice
      11  president role?
      12      A.    Neither.  It's just part of my
      13  career development, and I have the skills to
      14  do the job, so it's -- it's neither promotion
      15  or demotion.
      16      Q.    Where in the former Soviet Union
      17  are you currently based?
      18      A.    I'm based in London, but the
      19  field is in Azerbaijan.
```

Page 14:01 to 14:05

```
00014:01  (Exhibit Number 5049 marked.)
      02      Q.    You see that this is a
      03  PowerPoint titled, west integrated design
      04  workshop, HSSE and engineering, correct?
      05      A.    That is correct.
```

Page 14:14 to 17:21

```
00014:14      Q.    Go to the third page of the
      15  document.  And you see the title -- actually,
      16  it'll be the -- the third -- the copies there
      17  are double-sided.  So it'll be the -- one,
```

18  two, three.  Right there?
19       MR. OCCHIUZZO:  Counsel, is that ending
20  in Bates 751?
21       MR. BARR:  That is ending in Bates 750.
22       MR. OCCHIUZZO:  750.  Okay.
23       Q.     You see that this is a slide
24  titled, HSSE and engineering and SPU
25  objectives function, correct?
00015:01      A.     Yes.
02       Q.     And it says in the second bullet
03  point, we provide.
04            Do you see that?
05       A.     Yes.
06       Q.     And the third thing it says
07  that -- that that unit provides is crisis and
08  emergency response capabilities and plans.
09            Do you see that?
10       A.     Yes.
11       Q.     Is that consistent with what you
12  were doing as technology for vice president
13  of operations, HSE and engineering?
14       A.     It was not.
15       Q.     It was not.  Okay.  What exactly
16  were you doing?  What was your
17  responsibilities, the technology for vice
18  president of operations, HSE and engineering?
19       A.     Right.  So it was a global role.
20  It spanned the globe.  I had -- I was
21  responsible for running, organizing, and
22  moving forward, a number of technology
23  programs in the areas of corrosion
24  management, for example, and environmental
25  management.  I was also accountable for
00016:01  the -- making sure I had the right number of
02  people globally within operations, HSE and
03  engineering, for making sure that the
04  training offers were -- were adequate for --
05  for the roles that they -- that we had for
06  these people globally and that they were
07  deployed in the appropriate places around the
08  world.
09            So I wasn't responsible for any
10  specific region.  This was a global role
11  providing support, information, processes,
12  and technology, to the regions around the
13  world.
14       Q.     Did that -- but that included
15  the Gulf of Mexico?
16       A.     That included the Gulf of
17  Mexico.
18       Q.     And did you have any
19  responsibility in making sure that BP was
20  prepared for an environmental crisis?
21       A.     I did not.  I don't believe I
22  did.

```
23        Q.     So when you said that you have
24   responsibility for environmental management
25   in a global context, what -- what did you
00017:01   mean by that?
02        A.     Making sure that whatever
03   standards that had come out of the group
04   sensor in the matter of environmental
05   management were available, understood.  I had
06   a very small environmental team embedded in
07   my team that could go into a region and
08   provide support, interpret the -- interpret
09   the requirements of the company, support the
10   local business, including the Gulf of Mexico,
11   support the local business and understanding
12   requirements.
13        Q.     When you talk about making sure
14   that a unit was meeting the requirements of
15   the company, were some of those requirements
16   safety requirements?
17        A.     Yes, absolutely.
18        Q.     And -- and would you agree that
19   it would be a good idea to be prepared for a
20   blowout such as what happened at the Macondo
21   well?
```

Page 17:23 to 17:24

```
00017:23        A.     I agree it's -- it's good to be
24   ready for incidents.
```

Page 18:05 to 18:05

```
00018:05   (Exhibit Number 5050 marked.)
```

Page 20:23 to 21:16

```
00020:23        Q.     Okay.  But there came a point in
24   time where you came back?
25        A.     I did.
00021:01        Q.     Into the crisis center?
02        A.     There was.
03        Q.     And when was that?
04        A.     A couple of days later.  I don't
05   exactly remember, but one or two days later,
06   I guess.  The -- the DEEPWATER HORIZON had
07   already gone down, so however many days that
08   was.  So it was roughly one or two days.
09        Q.     So it was after April 22nd when
10   it sank?
11        A.     Yes.
12        Q.     Okay?  And -- and were you given
13   any specific responsibilities?  I assume this
14   was at incident command, is what we call it
```

```
15  now?
16          A.      I was --
```

Page 21:18 to 24:04

```
00021:18        A.      The -- the request specifically
      19  came from James Dupri and that my specific
      20  responsibilities were to lead a small -- or
      21  to set up and then lead a small engineering
      22  team to evaluate the integrity of the riser
      23  that had fallen over.
      24              So it was now laying
      25  horizontal -- horizontally along the seabed,
00022:01  and we were concerned that the -- we had a
      02  kink.  The so-called kink was in the riser
      03  bent over at 90 degrees.  We were worried
      04  about the integrity of that kink.
      05          Q.      Were you -- you were worried
      06  about erosion and that kind of stuff from
      07  flow coming out of the well, correct?
      08          A.      Correct.
      09          Q.      Just looking at the -- the
      10  documents that were in your custodial file,
      11  you're copied on a lot of documents dealing
      12  with flow rate, dealing with source control
      13  options.
      14              You're not saying, as we sit
      15  here today, that your only responsibility was
      16  to look at the riser kink, are you?
      17          A.      In the first few days, the
      18  answer is, yes, I was only responsible for
      19  the riser kink evaluation.
      20          Q.      Okay.  But after those first few
      21  days, you moved on to looking at other
      22  things?
      23          A.      My role changed three times
      24  during the incident response.  So initially,
      25  it was the riser kink, and then after that, I
00023:01  was -- that did evolve into looking at other
      02  options.
      03          Q.      By other options, you mean,
      04  other options to either kill the well or
      05  contain the spill?
      06          A.      Not -- not kill the well.  I was
      07  not involved in options to kill the well, and
      08  early on, not to -- so the options were to
      09  cap the well using different methods.
      10          Q.      Okay.  But -- maybe I should
      11  state that better.
      12              You -- you were involved, at
      13  least to some degree, in the work of the --
      14  of the capping stack, correct?
      15          A.      Only -- so later on, I had an
      16  operational role, and I was -- I was -- I had
      17  a responsibility when we're running the
```

```
18   capping stack.  I was not involved in the
19   design of the capping stack or the -- or
20   indeed, the construction of the capping
21   stack.
22         Q.    But you were involved in
23   discussions of whether or not to use it or to
24   implement it, correct?
25         A.    I was, yes.
00024:01       Q.    Now, would you agree with me
02   that as of April 20th, 2010, BP was not
03   prepared for a blowout the size of the
04   Macondo well?
```

Page 24:06 to 24:17

```
00024:06       A.    I don't have an opinion on that,
07   on whether we were prepared or not.
08         Q.    So you -- you don't know whether
09   or not taking 87 days to kill the blowout was
10   a good response?
11         A.    My own personal view is, it was
12   a good response.  We did it absolutely as
13   fast as we could, pulling people from around
14   the world, resources from around the world.
15   No limitations on what we would use in terms
16   of people, resources, dollars, to cap this
17   well.
```

Page 25:07 to 25:07

```
00025:07   (Exhibit Number 5051 marked.)
```

Page 25:17 to 27:08

```
00025:17       Q.    All right.  You see that this is
18   an e-mail from Roberta Wilson on June 11,
19   2010, correct?
20         A.    That is correct.
21         Q.    And -- and you are sent this
22   e-mail, correct?
23         A.    It was sent from Roberta Wilson.
24         Q.    To you, correct?
25         A.    Yes.  I'm -- I'm -- it's sent to
00026:01   me, yes.
02         Q.    And this was a slide pack to
03   roll out during BP lunches, correct?
04         A.    Yes.
05         Q.    And it was a Gulf of Mexico town
06   hall, correct?
07         A.    I don't recall a Gulf of Mexico
08   town hall.
09         Q.    Well, that's what the attachment
10   says, correct?  You see the word attachments
```

```
    11  on the top?
    12         A.     Yes.
    13         Q.     It says, Gulf of Mexico town
    14  hall, correct?
    15         A.     That is what it says at the top,
    16  yeah.
    17         Q.     Okay.  So you received this
    18  e-mail, correct?
    19         A.     I don't recall receiving it, but
    20  it was sent to me.
    21         Q.     Well, do you -- do you typically
    22  open your e-mails when you get them?
    23         A.     I do.
    24         Q.     Do you typically review the
    25  attachments that are provided to them?
00027:01         A.     I typically do.
    02         Q.     Okay.  Now, if you turn to the
    03  next page, you see that it's titled, Gulf of
    04  Mexico response update, correct?
    05         A.     That's what it says, yes.
    06         Q.     And it's -- then says, town hall
    07  pack, correct?
    08         A.     Yep.
```

Page 27:12 to 27:20

```
00027:12         Q.     Okay.  And then it says on the
    13  first bullet point, this pack is intended for
    14  internal use only with internal use only
    15  being in all caps, correct?
    16         A.     Correct.  That's what it says,
    17  yes.
    18         Q.     So you were told not to share
    19  this with anybody outside the company,
    20  correct?
```

Page 27:22 to 29:02

```
00027:22         A.     It says internal use only.
    23         Q.     And you would have followed that
    24  instruction?
    25         A.     Typically.  I don't recall this
00028:01  specific page, but if I had seen that, I
    02  would have followed the instruction.
    03         Q.     Okay.  Turn with me to page 11
    04  of the document.  If you look on the bottom,
    05  there's numbers.  And you see it says on the
    06  top, implications, initial reflections,
    07  correct?
    08         A.     Uh-huh.
    09         Q.     And the second bullet point is,
    10  better safety technology EG, fail-safe BOP,
    11  correct?
    12         A.     That's what it says, yes.
```

```
13        Q.      And then the third bullet point
14  is, significantly enhance subsea intervention
15  capability in the deepwater, correct?
16        A.      That's what it says, correct.
17        Q.      And then if you go down to the
18  notes, third bullet point says, we need
19  better safety technology, correct?
20        A.      That is what it says, yes.
21        Q.      So whoever draft -- do you know
22  who drafted this PowerPoint?
23        A.      I do not.
24        Q.      Whoever drafted this PowerPoint
25  wrote that BP recognized, as of June 8th,
00029:01  that it needed better safety technology,
02  correct?
```

Page 29:04 to 29:08

```
00029:04        A.      This says we need better safety
05  technology.
06        Q.      That's what the document says,
07  correct?
08        A.      That's correct.
```

Page 30:13 to 31:03

```
00030:13        Q.      Okay.  And then the fourth
14  bullet point says, we need to significantly
15  enhance subsea intervention capability in the
16  deepwater, correct?
17        A.      That is what it says, correct.
18        Q.      BP intends to play a key role in
19  this, correct?
20        A.      That's what it says.
21        Q.      You agree with that, right?
22        A.      I agree that that's what it
23  says, yes.
24        Q.      You agree with that statement,
25  don't you?
00031:01        A.      I -- again, I don't have a view
02  on that statement.  It's not my area of
03  expertise.
```

Page 32:07 to 32:10

```
00032:07        Q.      Would you at least agree with me
08  that it became very clear after April 20th,
09  that BP, as of that date, did not have the
10  technology to kill the Macondo well?
```

Page 32:12 to 32:15

```
00032:12        A.      I have no view on that.
```

```
        13      Q.      Well, if BP had had the
        14  technology to kill the well as of April 20th,
        15  they would have used it, correct?
```

Page 32:17 to 32:22

```
00032:17      A.      I expect we would have used it,
        18  yes.
        19      Q.      And you didn't, did you?
        20      A.      The well was killed.
        21      Q.      87 days later, right?
        22      A.      I believe that is correct.
```

Page 33:08 to 34:07

```
00033:08      Q.      Okay.  So let's -- let's run
        09  through it real quick.
        10              The first thing you tried was
        11  ROV intervention, correct?
        12      A.      I believe so.
        13      Q.      That didn't work, right?
        14      A.      I believe so.
        15      Q.      Okay.  The next thing you tried
        16  was the cofferdam, correct?
        17      A.      I believe so.
        18      Q.      And that didn't work, right?
        19      A.      That's correct.
        20      Q.      But you -- you're saying you at
        21  least had one of those built, right?
        22      A.      I believe that is -- that is the
        23  case.
        24      Q.      But it had never been tested in
        25  deepwater, correct?
00034:01      A.      I have no knowledge of that.
        02      Q.      The next thing you tried was the
        03  riser insertion tube, correct?
        04      A.      That is correct.
        05      Q.      That worked for a limited period
        06  of time before you put on the top hat,
        07  correct?
```

Page 34:09 to 35:03

```
00034:09      A.      Correct.
        10      Q.      I mean -- I'm sorry.  The top
        11  kill, before you tried the top kill, correct?
        12      A.      It -- it did work before the top
        13  kill, yeah.
        14      Q.      But you only used it for nine
        15  days, right?
        16      A.      I believe that's correct.
        17      Q.      Okay.  You had to build that,
        18  didn't you, after April 20th?
```

```
     19        A.     I have no knowledge of how or
     20   when that was built.
     21        Q.     Okay.  The next thing you tried
     22   was the top kill, correct?
     23        A.     That was the -- the dynamic kill
     24   and the junk shot.
     25        Q.     Yes.
00035:01        A.     I believe that's correct.
     02        Q.     Nothing to build there.  You
     03   just shot mud down the hole, right?
```

Page 35:05 to 36:05

```
00035:05        A.     There was, I believe, lots of
     06   pipe work to be built on the surface.
     07        Q.     Okay.
     08        A.     To allow that mud to be pumped,
     09   and there were risers to be built to allow
     10   that mud to be pumped.
     11        Q.     Okay.  But you had --
     12        A.     So there was a significant
     13   amount of construction required to allow the
     14   mud to be pumped.
     15        Q.     You had risers available.
     16               That wasn't new technology, was
     17   it?
     18        A.     I don't know.  It's not my area
     19   of expertise.  I don't know if it's new or
     20   not.
     21        Q.     Okay.  The next thing you -- you
     22   did after that was the top hat, correct?
     23        A.     Correct.
     24        Q.     You didn't have one of those on
     25   standby, did you?
00036:01        A.     I don't know.  I'm -- I don't
     02   believe we did, but I'm not 100 percent sure.
     03        Q.     So you had to build that,
     04   correct?
     05        A.     I don't know.
```

Page 36:07 to 36:15

```
00036:07        Q.     And that got put on, roughly,
     08   beginning of June, correct?
     09        A.     I don't recall when that was put
     10   on, exactly.
     11        Q.     Okay.  Well, you know it was at
     12   least a month before it was put on, correct?
     13        A.     Yeah, I believe that's correct.
     14        Q.     Okay.  So it took some time to
     15   build that, right?
```

Page 36:17 to 36:23

```
00036:17        A.    I don't know.
     18        Q.    Meanwhile, oil is flowing into
     19 the Gulf of Mexico, correct?
     20        A.    Oil was flowing at this point,
     21 yeah.
     22        Q.    And then after the top hat, you
     23 eventually built the capping stack, correct?
```

Page 36:25 to 37:12

```
00036:25        A.    I believe so.
00037:01        Q.    You didn't have one of those on
     02 standby, did you?
     03        A.    I do not know.  I don't believe
     04 so, but I -- not my area of expertise.
     05        Q.    Well, you think you could have
     06 one of those built, you'd have put it on on
     07 April 21st?
     08        A.    Again, not my area of expertise.
     09 I just don't know.
     10        Q.    So you're not sure if you had
     11 one of those built?  You know you didn't,
     12 right?
```

Page 37:14 to 37:20

```
00037:14        A.    I don't know if we had one
     15 built.  I know we did build one eventually.
     16 But whether we had one built that wasn't
     17 suitable or somewhere else, I just don't
     18 know.  Not my -- not my area.  I can't say
     19 one way or another whether BP had a stack
     20 somewhere.  I just don't know.
```

Page 37:24 to 37:24

```
00037:24 (Exhibit Number 5052 marked.)
```

Page 41:12 to 41:15

```
00041:12        Q.    You agree with me that if BP had
     13 put the capping stack on the well in the
     14 first week of the blowout, it would have
     15 killed the well, right?
```

Page 41:17 to 42:04

```
00041:17        A.    If -- if there had been a
     18 capping stack, that -- that could have
     19 worked.
     20        Q.    So the answer to my question is
```

```
21  yes?
22          A.      No, I -- the answer is -- if
23  a -- if a capping stack had been available,
24  it may have -- it may have been the preferred
25  option at the time.
00042:01        Q.      And there's -- there's no
02  reason, if one had been available in that
03  first week, that it couldn't have been put on
04  the well, correct?
```

Page 42:06 to 43:05

```
00042:06        A.      That's not correct.
07          Q.      Okay.  What reason could it have
08  not been put on the well other than the fact
09  that you didn't have one?
10          A.      We had a riser and debris all
11  over the top of the well that would have
12  prevented a capping stack from being placed
13  on the well.  We also had the wellhead at,
14  roughly, a 5-degree angle that had been bent
15  over during the period when the -- the rig
16  went down.
17              So it was -- there was a riser,
18  a heavyweight riser, lying from the wellhead
19  along the seabed and various other bits of
20  debris, pipes, et cetera, around about that
21  riser that would have prevented the -- a
22  capping stack being fitted in the first --
23  the earlier period.
24          Q.      You would have had to have cut
25  the riser, correct?
00043:01        A.      We would have had to cut the
02  riser and -- and other things.
03          Q.      And -- and you did ultimately
04  cut the riser, correct?
05          A.      Correct, we did.
```

Page 44:05 to 44:07

```
00044:05        Q.      So you think there's something
06  going on in that first week that would have
07  made it impossible to cut the riser?
```

Page 44:09 to 44:18

```
00044:09        A.      The -- in the first week, our
10  concern, if the riser had been cut -- and I
11  don't know if we could have cut it -- was if
12  cutting the riser could have allowed more
13  flow from the well and made the problem
14  worse.  That was our concern that was
15  discussed.
```

```
16        Q.     Because in that first week, BP
17  thought the well was only flowing at a
18  thousand barrels a day, correct?
```

Page 44:20 to 44:25

```
00044:20        A.     I know there was a number of
     21  1,000 per day.  I do not know where that came
     22  from.
     23        Q.     You know that that 1,000 barrels
     24  a day was wrong by multiple orders of
     25  magnitude, correct?
```

Page 45:02 to 45:20

```
00045:02        A.     I do not.  I do not know what
     03  the -- the flow rate ultimately was or even
     04  during that earlier period.
     05        Q.     So you don't have -- you don't
     06  even know what the flow rate was?
     07        A.     I do not.
     08        Q.     You don't know if it was a
     09  thousand or 200,000?
     10        A.     I do not.  All we know is that
     11  we, at one point, had flow up to the drill
     12  ship, ENTERPRISE and the Q4000, and there was
     13  still oil coming out from underneath the --
     14  the cap.
     15        Q.     And it was producing at one
     16  point, 15,000 barrels a day, correct?
     17        A.     That's the number I recall, yes.
     18        Q.     So common sense would tell you
     19  that the flow rate was higher than 15,000,
     20  wouldn't it?
```

Page 45:22 to 46:08

```
00045:22        A.     Eventually later on in the
     23  incident, once we got the top hat on and were
     24  able to pull that 15,000 barrels to the
     25  surface, it was clear at that point, the flow
00046:01  was more than 15,000.
     02        Q.     'Cause you weren't capturing
     03  everything with the top hat?
     04        A.     That is correct.
     05        Q.     There was still significant oil
     06  flowing out of the well even though you had
     07  the top hat capturing 15,000 barrels a day,
     08  correct?
```

Page 46:10 to 46:10

```
00046:10        A.     There was still oil flowing.
```

Page 47:17 to 47:17

00047:17   (Exhibit Number 5053 marked.)

Page 53:09 to 53:11

00053:09        Q.    Well, with the Macondo blowout,
     10  there was no advanced design or planning for
     11  the systems that were put in place, correct?

Page 53:13 to 53:18

00053:13        A.    Other than the cofferdam.
     14        Q.    So other than the cofferdam,
     15  there was no advanced design or planning for
     16  a blowout on the Macondo well, correct?
     17        A.    I do not know.  It's outside the
     18  area of my accountability.  I do not know.

Page 55:06 to 55:08

00055:06        Q.    A blowout is a much higher risk,
     07  right?
     08        A.    It has higher consequences.

Page 55:13 to 55:13

00055:13        Q.    Take this scale out of your

Page 55:15 to 55:19

00055:15  You, Gordon Birrell, would you
     16  call an uncontrolled blowout a severe
     17  consequence?
     18        A.    I would call an uncontrolled
     19  blowout a significant event, a serious event.

Page 57:07 to 57:10

00057:07        Q.    Would you agree with me that if
     08  the BOP fails, prior to April 20th, BP had
     09  two options, ROV intervention and relief
     10  wells, correct --

Page 57:12 to 57:12

00057:12        Q.    -- to control a well?

```
Page 57:15 to 57:16

00057:15        A.    I -- I -- again, way beyond my
      16  area of expertise.  I do not know.


Page 57:21 to 57:21

00057:21  (Exhibit Number 5054 marked.)


Page 58:06 to 58:14

00058:06        Q.    You were working with BP
      07  December of 2002, correct?
      08        A.    I was, yes.
      09        Q.    Where were you based in
      10  December 2002?
      11        A.    2002.  I was in -- I was either
      12  in Azerbaijan or Alaska, I think.
      13  December of 2002, I was probably in Alaska by
      14  then.


Page 59:22 to 60:01

00059:22        Q.    As a safety person at BP, you
      23  would like to know, wouldn't you, whether or
      24  not the BOP BP is putting down at the bottom
      25  of the sea, on the seafloor, could shear the
00060:01  pipe?


Page 60:03 to 60:04

00060:03        A.    I think -- I think it's a good
      04  question to ask.


Page 66:09 to 66:09

00066:09  (Exhibit Number 5055 marked.)


Page 75:07 to 75:09

00075:07        Q.    Do you know what BP's redundancy
      08  plan for the failure of a BOP was?
      09        A.    I do not.


Page 78:21 to 78:24

00078:21        Q.    Is an uncontrolled blowout a low
      22  criticality?
      23        A.    I -- it's a serious -- serious
      24  incident.
```

Page 82:17 to 82:17

00082:17        Q.      Yeah, 56.  I'm sorry.  Okay.


Page 82:20 to 85:05

00082:20  what's previously been marked as
      21  exhibit 4423.  You see that this is an e-mail
      22  from Michael Byrd to Curtis Jackson and Don
      23  Weisinger, correct?
      24        A.      I do, yeah.
      25        Q.      Do you know those gentlemen?
00083:01        A.      I know Michael Byrd.  I met him
      02  during the response for the first time.  And
      03  I've known Curtis Jackson for maybe two
      04  years.
      05        Q.      And who do they work for?
      06        A.      Well, Curtis did, until fairly
      07  recently, work in the Gulf of Mexico for
      08  the -- the regional team in the Gulf of
      09  Mexico.
      10        Q.      For BP?
      11        A.      For -- Curtis Jackson did work
      12  for BP, and Mike -- Michael Byrd, the last
      13  time I saw him, still worked for BP.
      14        Q.      Okay.  And this e-mail is sent
      15  November 14th, 2001, correct?
      16        A.      That's correct.  That's what it
      17  says.
      18        Q.      Okay.  And it says, Don Curtis,
      19  I wanted to follow up and see if there are
      20  any lessons my team can take away from today.
      21  For Crazy Horse, I'm probably the one who --
      22  who get -- who would get the call on a BOP
      23  situation like this one.  This morning I
      24  worked this with Vern Buzarde, who is a
      25  member of my team.
00084:01                Did I read that right?
      02        A.      That's what it says, yes.
      03        Q.      Do you know Vern Buzarde?
      04        A.      I do not.
      05        Q.      You know what the Crazy Horse
      06  is, correct?
      07        A.      I believe that's now the Thunder
      08  Horse platform.
      09        Q.      Okay.  And it says, situation:
      10  HORIZON has driven off.
      11                Correct?
      12        A.      That's what it says.
      13        Q.      And you've got no reason to not
      14  believe that that's the DEEPWATER HORIZON
      15  they're referring to, correct?
      16        A.      I've no reason to -- to believe
      17  that.

```
18        Q.     Okay.  So it says, well is
19  flowing at a hundred thousand to
20  300,000 barrels a day.
21               Correct?
22        A.     That is what it says, yeah.
23        Q.     And you don't know whether or
24  not the Macondo well was flowing at those
25  types of rates, do you?
00085:01  A.     I do not.
02        Q.     And it says, BOP is open, no
03  rams closed.
04               Correct?
05        A.     That is what it says, correct.
```

Page 85:22 to 87:06

```
00085:22  Q.     Okay.  I'm sorry.  You -- you
23  have lost me.  It says, the HORIZON's driven
24  off.
25               It's no longer on top of the
00086:01  well, right?
02        A.     Yep, that's correct.
03        Q.     Next part of the situation, well
04  is flowing at a hundred to 300,000 barrels a
05  day, right?
06        A.     That's correct.  That's what it
07  says.
08        Q.     Next part of the situation, the
09  BOP is open, no rams are closed, right?
10        A.     That's correct.
11        Q.     And the HORIZON is no longer
12  there, so it's got no way to actuate it,
13  right?
14        A.     Well, it says the HORIZON has
15  driven off.  I agree with that.
16        Q.     It's not on top of the well,
17  right?
18        A.     It's driven off, yeah.
19        Q.     So you've got an uncontrolled
20  well flowing, according to this scenario, at
21  a hundred to 300,000 barrels a day, right?
22        A.     That's -- that's what this is
23  saying.
24        Q.     And the BOP is wide open,
25  according to this scenario, correct?
00087:01  A.     That's what it says, BOP is
02  open.
03        Q.     That's a bad situation, isn't
04  it?
05        A.     For a -- for a -- I mean, in
06  reality, yes.  If it was real, yes.
```

Page 87:11 to 87:15

```
00087:11        Q.      And you know what the deadman
       12  switch is, right?
       13        A.      I do not.  I've heard of the
       14  deadman switch through the response, but I do
       15  not its -- how it works and what its duty is.
```

Page 91:20 to 91:23

```
00091:20        Q.      Well, you -- you understand that
       21  oil and gas is flowing up from the well with
       22  dirt, sand, and all other types of stuff
       23  coming up with it, right?
```

Page 91:25 to 92:04

```
00091:25        A.      That seems to be a scenario
00092:01  that's being presented here.
       02        Q.      Okay.  And that would create
       03  erosion on the shearing rams as they tried to
       04  close, wouldn't it?
```

Page 92:06 to 92:16

```
00092:06        A.      It could do.
       07        Q.      And if they close slowly -- you
       08  know that there's rubber elastomers on the
       09  rams, right?
       10        A.      I know there's rubber on some
       11  rams.  I'm not familiar with shear rams.
       12        Q.      And if you're trying to close
       13  them and you've got this sand and oil flying
       14  up through the BOP, it's going to cause
       15  erosion on the -- on the elastomers, isn't
       16  it?
```

Page 92:19 to 92:22

```
00092:19        A.      It could do.
       20        Q.      And it would cause the BOP to
       21  be -- the closure of the ram to be a failure,
       22  right?
```

Page 92:24 to 92:25

```
00092:24        A.      I -- I don't have a view on
       25  that, sir.
```

Page 104:15 to 105:06

```
00104:15        Q.      What other technology did BP
       16  have that could stop the flow of oil into the
       17  Gulf of Mexico as of April 20th?
```

```
18        A.    I recall us discussing at
19  various meetings during response, a notion of
20  BOP on BOP.  So that would be one, for
21  example.
22        Q.    Okay.  So you would take another
23  BOP -- and I believe at the time, you were
24  considering using the ENTERPRISE BOP,
25  correct?
00105:01        A.    From memory, I believe that is
02  correct, yeah.
03        Q.    Okay.  And one of the concerns
04  that BP had was that the casing design wasn't
05  sufficient so that if you closed the second
06  BOP, the casing may rupture, right?
```

Page 105:08 to 106:13

```
00105:08        A.    I know there were conversations
09  about casing that are way beyond my
10  expertise, again, not my area at all.
11        Q.    But one of the reasons the BOP
12  was not put on immediately was because BP was
13  concerned that the rupture disks may have
14  burst, correct?
15        A.    I do not think that is the case.
16        Q.    Okay.  Why -- why wasn't it put
17  on immediately, then?
18        A.    Well, I know one of the -- one
19  of the considerations -- and, again, way
20  beyond my area of expertise -- is that
21  something called the LMRP had to be
22  removed --
23        Q.    Uh-huh.
24        A.    -- to put the BOP on.  And if
25  that was removed and if there was debris,
00106:01  drill pipe or casing, whatever it may be, in
02  that LMRP when it was pulled off, it would be
03  sticking up looking at you as you look down.
04  And that would prevent the BOP being
05  attached, and you may have removed debris
06  that may have been holding back flow rates --
07  holding back fluid at that point, and you
08  made the situation worse.  And it could
09  continue to be worse 'cause I'm not sure
10  there would be a strong backup plan if that
11  was -- if that happened.
12              So it could continue to be worse
13  until the relief wells were there.
```

Page 113:03 to 113:07

```
00113:03        Q.    And -- and understanding that
04  you don't definitively know this, it's your
05  belief that those people, if they wanted to,
```

```
06  could request money to research how to
07  control a blowout, correct?
```

Page 113:10 to 114:04

```
00113:10      A.    I don't know that for sure.  I
11  do not.
12      Q.    But it's your belief that they
13  could?  Whether you know it for sure, that's
14  what you think?
15      A.    I think anyone can request money
16  for research for -- for anything.
17      Q.    Would it surprise you to find
18  out that prior to April 20th, BP never spent
19  a single penny researching containment
20  technology?
21      A.    It wouldn't surprise me or -- or
22  not surprise me.  It's not the area I focused
23  on.  So I'm not sure where the drilling
24  organization was focusing its -- its money.
25      Q.    Well, don't you think it's a
00114:01  good idea for a company the size of BP who's
02  conducting drilling operations throughout the
03  world, to research the abilities to control a
04  known -- a known risk?
```

Page 114:06 to 114:14

```
00114:06      A.    I don't have a strong view
07  because the -- the industry also does various
08  pieces of research that -- that we quite
09  often contribute to -- not just in drilling,
10  in a whole range of field.  So the industry
11  sometimes does work, companies do work.  So
12  it's not -- I don't have a strong view.
13      Q.    But if the industry's not doing
14  it, don't you think BP should do it?
```

Page 114:16 to 114:17

```
00114:16      A.    Again, I don't have a strong
17  view on that.
```

Page 114:24 to 115:03

```
00114:24      Q.    So you don't have any view, as a
25  safety person at BP, as to whether or not one
00115:01  of the largest drilling operators in the
02  world should be looking at ways to contain or
03  kill a flowing well?
```

Page 115:06 to 115:08

```
00115:06        A.     It's, again, not my area of
      07  expertise, not where I was focused, not --
      08  not my role.
```

Page 117:11 to 117:13

```
00117:11        Q.     You would agree with me that a
      12  blowout is a known risk of an exploration --
      13  of exploration drilling, correct?
```

Page 117:15 to 118:03

```
00117:15        A.     The risk of a blowout, yes, I
      16  would agree with that.
      17        Q.     I mean, it's known throughout
      18  the industry, not just by BP, correct?
      19        A.     Correct.
      20        Q.     And you would agree with me that
      21  the consequences of an uncontrolled blowout
      22  can be severe, correct?
      23        A.     They -- they can be severe, I
      24  would agree.
      25        Q.     And despite that, it -- it
00118:01  wouldn't surprise you to find out that BP
      02  spent no money researching source control and
      03  containment technology?
```

Page 118:05 to 118:09

```
00118:05        A.     It would not surprise me or --
      06  or surprise me.  It -- it would depend on
      07  what the industry's doing, what other
      08  companies are doing, what's being shared
      09  amongst the industry.
```

Page 119:13 to 120:04

```
00119:13        Q.     Now, since April 20th, you've
      14  actually been part of some work with industry
      15  in working on containment technology and
      16  responses to uncontrolled blowouts like the
      17  Macondo well, right?
      18        A.     I've -- I've done some work on
      19  behalf of industry, yes.
      20        Q.     You've worked with, I believe
      21  it's called, OGP?
      22        A.     That's correct.
      23        Q.     Okay.  What's OGP stands for?
      24        A.     OGP stands for the Oil and Gas
      25  Producers Association.
00120:01        Q.     Okay.  And -- and they formed a
      02  group called the Global Industry Response
```

```
03  Group, correct?
04        A.     That's correct.
```

Page 121:16 to 121:20

```
00121:16        Q.     Right.  Now, with the Marine
   17  Well Containment Group, that was originally
   18  started by Chevron, Exxon, a couple of other
   19  companies, then they asked, ultimately, BP to
   20  become a part of that, correct?
```

Page 121:22 to 122:07

```
00121:22        A.     I believe that's the case.
   23        Q.     Okay.  BP was not originally
   24  brought into that group, right?
   25        A.     I believe that's the case.
00122:01  Again, not totally familiar with how it was
   02  set up.
   03        Q.     Okay.  And what they asked for
   04  from BP was all the work you did from
   05  April 20th to whenever you killed the well,
   06  right?
   07        A.     That's my understanding.
```

Page 122:15 to 125:24

```
00122:15  We will mark this as
   16  exhibit 5056.
   17        Q.     Okay.  Do you have exhibit 5056
   18  in front of you?  It's also tab 36.
   19        A.     I do, yeah.
   20        Q.     Okay.  You see that this is an
   21  e-mail string between primarily yourself and
   22  Doug Suttles, correct?
   23        A.     Yes.
   24        Q.     And -- and for the record, could
   25  you identify who Doug Suttles is?
00123:01        A.     Doug Suttles was the chief
   02  operating officer for exploration and
   03  production prior to Macondo.
   04        Q.     Was he your boss?
   05        A.     Yeah.  I reported to two people.
   06        Q.     Who was the -- other than
   07  Mr. Suttles, who did you report to?
   08        A.     The other guy was Mr. Inglis.
   09        Q.     Okay.  And Mr. Inglis, what was
   10  his role again?
   11        A.     He was the E&P chief executive.
   12        Q.     Okay.  And this e-mail is dated
   13  August -- August 30, 2010, right, at least
   14  the top one?
   15        A.     The top one is August 30, 2010,
```

16  yeah.
17         Q.     Okay.  And then the bottom one,
18  which is actually the first e-mail in the
19  string, is from you to Mr. Suttles on
20  August 29, 2010?
21         A.     That's correct, yeah.
22         Q.     And the subject is OGP
23  containment project update, right?
24         A.     That's correct.
25         Q.     And you write that, as
00124:01  discussed, I attended the Oil and Gas
02  Producers Management Committee last week.
03  The main agenda item was Macondo-related
04  actions and next steps globally, ex-GOM,
05  right?
06         A.     Right.
07         Q.     And that should be excluding
08  Gulf of Mexico?
09         A.     That's correct.
10         Q.     Okay.  When did the OGP
11  management committee form?
12         A.     It's been in place for many,
13  many years.  I don't know exactly when, but
14  for many years.
15         Q.     Okay.  And has BP always been a
16  member of that management committee?
17         A.     I'm only aware that we've been a
18  member for approximately -- approximately
19  maybe five years, six years.  We may have
20  been before that, I just don't know.
21         Q.     Have -- are you the
22  representative?
23         A.     I am.
24         Q.     Of BP for that committee?
25         A.     I am, yeah.
00125:01         Q.     Okay.  And you've had that
02  position for five years?
03         A.     No, no, no.  So for three years
04  now.
05         Q.     Do you still retain that
06  position today?
07         A.     I do.
08         Q.     Okay.  And then it goes on to
09  say, the OGP management committee under
10  pressure from its members and the EU -- that
11  should be European Union, right? --
12         A.     That's correct.
13         Q.     -- has agreed to lead the
14  industry response for all regions outside the
15  Gulf of Mexico, correct?
16         A.     That's correct.
17         Q.     And that's the part that you
18  were involved in, right?
19         A.     Well, while I was deployed in
20  the -- the response, the Macondo response,

```
        21  management committee met and they had
        22  actually already made -- made decisions by
        23  then.  This was the first meeting that I'd
        24  reengaged with OGP.
```

Page 134:24 to 135:01

```
00134:24  I mean, is there any reason you
        25  can think -- I mean, BP had plenty of money,
00135:01  correct?
```

Page 135:03 to 135:13

```
00135:03        A.    BP has funds available for
        04  research and development and joint industry
        05  projects.
        06        Q.    And BP spends money researching
        07  technology and R&D, all types of things,
        08  right?
        09        A.    It spends money on research and
        10  technology, R&D, yes.
        11        Q.    And there's no reason why BP
        12  couldn't have put money into a containment
        13  project prior to April 20th, right?
```

Page 135:15 to 135:20

```
00135:15        A.    I don't have a view on that.
        16  I -- I don't have a view.
        17        Q.    You, as a vice president in
        18  safety, you wouldn't have a voice into
        19  whether or not BP should put money into that
        20  type of a project?
```

Page 135:22 to 135:22

```
00135:22        A.    I would not.  I would not.
```

Page 136:06 to 136:09

```
00136:06        Q.    Let's go to tab 37 in your book.
        07        MR. BARR:  And we'll mark this as
        08  exhibit 5057.
        09        (Exhibit Number 5057 marked.)
```

Page 136:13 to 140:09

```
00136:13        Q.    You see that this is a
        14  PowerPoint from the Global Industry Response
        15  Group?
        16        A.    I do.
        17        Q.    This is the subgroup,
```

```
18        Cap & Containment, right?
19               A.     Correct.
20               Q.     Status report, OGP Management
21        Committee, November 3rd, 2010, in Madrid.
22                      Right?
23               A.     That's correct.
24               Q.     Do you know if you were at this
25        meeting?
00137:01         A.     I believe I was.
02               Q.     Okay.  Did you have anything to
03        do with the drafting of this PowerPoint?
04               A.     I do not think I did.  I don't
05        recall having anything to do with this.
06               Q.     Okay.  But you -- if they showed
07        this at the meeting, you saw it?
08               A.     Can I look at it?  I don't
09        recall the cover page.
10               Q.     We're going to look at various
11        parts of it.
12                      So you don't remember, as you
13        sit here, without going through this a little
14        further, whether or not you've seen this
15        before?
16               A.     I do not.
17               Q.     Well, let's go to page 6 of the
18        PowerPoint.
19                      And you see that there's a slide
20        called, overview, components being
21        considered, right?
22               A.     I do.
23               Q.     Do you recognize this slide?
24               A.     I do.
25               Q.     Okay.  So you think you've seen
00138:01        this before?
02               A.     I've certainly seen this slide,
03        yes.
04               Q.     Okay.  Did you have anything to
05        do with the preparation of this slide?
06               A.     I did not.
07               Q.     Okay.  And if you look, one of
08        the components being considered is what they
09        call a sealing cap, right?
10               A.     I don't see sealing cap on this
11        slide from my copy.  I'm sure it's there.
12        I'm just not seeing it.
13               Q.     It's up closer to the top in the
14        middle.
15                      Here, I will do this for you.
16               A.     All right.
17                      Yes, I can see that.  Thank you.
18               Q.     Do you know if that's the same
19        thing as a capping stack?
20               A.     I believe it is.  I don't know
21        for sure.  This came out of the subgroup, but
22        I believe it is.
```

```
23        Q.    Okay.  And it also has -- if you
24  look down on the bottom, you see the figure
25  that says -- it's hard to read, but it says,
00139:01  wellhead, and it looks like a little wellhead
02  on the bottom.
03        A.    Can you circle that again?  I'm
04  sorry.  I'm not seeing it.
05        Q.    Yeah, I'll circle it for you.
06        A.    Thank you.
07              I can certainly see the little
08  figure.  I can't actually read the writing.
09        Q.    Can you read it on my copy?
10        A.    I can't read the writing.
11        Q.    Okay.
12        A.    I'm sorry.
13        Q.    And then it also lists what's
14  called a -- right on the top of that, it
15  says, collection cap.  Same place I just
16  circled.
17              Do you see where it says
18  collection cap on top of the figure?
19        A.    Sorry.
20        Q.    You want to look at mine again?
21        A.    Yeah.
22              So the collection cap is --
23        Q.    I have it circled.
24  MR. OCCHUIZZO:  You have two circles at
25  the bottom.
00140:01  MR. BARR:  The top circle.
02        MR. ROSENBERG:  Okay.
03        A.    Yeah, I can see the word cap.
04        Q.    Okay.
05        A.    Sorry.
06        Q.    But it's your understanding,
07  based upon what you heard at this meeting and
08  your memory, that the capping stack is the
09  sealing cap and not the collection cap?
```

Page 140:11 to 141:14

```
00140:11        A.    I don't remember that
12  distinction.  I just don't.  This -- I didn't
13  create this slide.  It was created by the --
14  this subteam that I had no part of.
15        Q.    Okay.  I want to go a few more
16  pages in, and it's page 10 of the PowerPoint.
17              And you see that there's a slide
18  that says, capping case XX, right?
19        A.    I do, yes.
20        Q.    And it says, capping systems.
21  Worldwide caps.  Six caps deployed around the
22  world, excluding Gulf of Mexico.
23              Right?
24        A.    That's what it says, yes.
25        Q.    Do you know from your memory of
```

```
00141:01  this meeting and your knowledge of the OGP
      02  group, whether or not those worldwide caps
      03  are capping stacks?
      04        A.      From my memory of the meeting, I
      05  believe that was the intent.
      06        Q.      Okay.  And it says, cost, 100 to
      07  150 million.  Development/procurement cost,
      08  100 to 150 million.  Operating maintenance
      09  cost, 2 to 6 million per annum.
      10                Correct?
      11        A.      That's what the document says.
      12        Q.      So according to this document,
      13  it would take 100 to $150 million to build
      14  six caps, correct?
```

Page 141:16 to 142:19

```
00141:16        A.      It's not clear that that number
      17  refers to six caps, from this document.
      18        Q.      Well, the top document, the top
      19  bullet point says worldwide caps, six caps
      20  deployed around the world.
      21                Correct?
      22        A.      That's what it says, correct.
      23        Q.      So we're talking about six caps,
      24  right?
      25        A.      Yeah.  I'm just not clear to my
00142:01  own mind whether the cost is for six or some
      02  other number.  I just don't recall from the
      03  conversation in the meeting what that number
      04  referred to explicitly.
      05        Q.      Okay.  Then if you look over on
      06  the right side of the page, you see the box
      07  that says, containment deployment time?
      08        A.      I do, yes.
      09        Q.      And what deployment time does it
      10  list for the North Sea, Mediterranean,
      11  Brazil/West Africa, Asia and Australia?
      12        A.      One to two weeks.  I assume
      13  that's what it means when it's got a one and
      14  a two.
      15        Q.      So according to this document,
      16  if you have a capping stack available, you
      17  should be able to deploy it within one to two
      18  weeks anywhere in the world other than the
      19  Gulf of Mexico, right?
```

Page 142:21 to 144:09

```
00142:21        A.      I believe, from my memory, the
      22  deployment time was from whenever it was
      23  stored to -- to the site, not necessarily
      24  fixed onto the wellhead.
      25        Q.      Okay.  So you -- I'm sorry.  I
```

```
00143:01   didn't mean to cut you off.  Go ahead.
      02         A.    So I'm just going to repeat, I
      03   believe the deployment time was deployed to
      04   the site.  Because it could be stored, you
      05   know, anywhere and have to get on an airplane
      06   to get to wherever the incident is and then
      07   on a boat to the site.
      08         Q.    And I'm just curious because of
      09   what you just said.
      10               You could actually put one of
      11   these on an airplane?
      12         A.    The OGP ones are -- we haven't
      13   built them yet, just to be clear, but the
      14   design that we're creating would be
      15   deployable by airplane.
      16         Q.    Do you know how many rams are in
      17   the stack --
      18         A.    I do not.
      19         Q.    -- you're talking about, you're
      20   thinking about?
      21               You don't know?
      22         A.    I don't recall.  I've seen
      23   pictures, but I do not recall.
      24         Q.    So you don't know if it's one
      25   ram, two ram, three rams?
00144:01         A.    I do not.
      02         Q.    And it's your memory of this
      03   meeting, that the idea of this containment
      04   deployment time was one to two weeks to get
      05   it to the site?
      06         A.    That was my recollection.
      07         Q.    And then once it got to the
      08   site, they could either use it or not use it,
      09   depending upon their particular needs, right?


Page 144:11 to 144:14

00144:11         A.    That -- that is the intent.
      12         Q.    That's certainly a system that
      13   was not in place prior to April 20th,
      14   correct?


Page 144:16 to 145:02

00144:16         A.    I'm not aware of what was in
      17   place before April 20th.  It wasn't an area
      18   that I focused on, and it's not something
      19   that OGP had worked on before April 20th.
      20         Q.    You're not aware of BP having in
      21   place any type of system like this prior to
      22   April 20th, right?
      23         A.    I'm not.
      24         Q.    Do you believe BP's efforts to
      25   kill a well would have been advanced if it
```

```
00145:01   had had such a system in place prior to
      02   April 20th?
```

Page 145:04 to 145:09

```
00145:04        A.    I don't have a -- I don't have a
      05   view on that.
      06        Q.    Well, if you don't think BP's
      07   efforts to kill the well would be advanced,
      08   why would you go to the trouble of putting it
      09   together after April 20th?
```

Page 145:11 to 145:25

```
00145:11        A.    Because it was one of the
      12   options we developed to kill the well.
      13        Q.    So it helps things, right?
      14        A.    It certainly did in the Macondo
      15   case.
      16        Q.    It's a good tool to have in your
      17   toolbox, correct?
      18        A.    As -- yes.
      19        Q.    And it wasn't a tool that was in
      20   your toolbox prior to April 20th, correct?
      21        A.    I'm not aware of what we had
      22   available before April 20th.
      23        Q.    At the very least, OGP has shown
      24   that this type of system is feasible,
      25   correct?
```

Page 146:02 to 146:10

```
00146:02        A.    I wouldn't say that.  The
      03   preliminary design is just finishing up right
      04   now, and I haven't seen the -- the outcome of
      05   that, so I don't know.  We haven't committed
      06   funds to the build phase yet.
      07        Q.    You certainly don't think that
      08   this is a waste of time on the industry?  The
      09   plan is to come up with a feasible system,
      10   correct?
```

Page 146:12 to 146:13

```
00146:12        A.    I do not think it's a waste of
      13   time for the industry to do this.
```

Page 146:17 to 146:17

```
00146:17  (Exhibit Number 5058 marked.)
```

Page 146:23 to 150:12

```
00146:23  MR. BARR:  Okay.  I'm marking as
      24  exhibit 5058, a document that starts
      25  BP-HZN-2179-MDL00971033 and ends 1050.
00147:01        Q.      Now, you see that this a
      02  document with multiple attachments that you
      03  sent out, correct?
      04        A.      I do, yes.
      05        Q.      Okay.  And you sent this to Kent
      06  Wells, correct?
      07        A.      Correct.
      08        Q.      And this is November 16th, 2010,
      09  correct?
      10        A.      Correct.
      11        Q.      Okay.  Why would you have been
      12  sending this to Mr. Wells?
      13        A.      Because post-Macondo, as I
      14  recall, Mr. Wells had a role in sharing
      15  lessons learned.
      16        Q.      Okay.  Was he based in the Gulf
      17  of Mexico, or was he based somewhere else?
      18        A.      Based in Houston.
      19        Q.      Based in Houston.
      20                So did he have Gulf of Mexico
      21  responsibility?
      22        A.      He did not.
      23        Q.      Okay.  Where was his
      24  responsibility?
      25        A.      Do you mean before Macondo,
00148:01  before the incident?
      02        Q.      I mean, at the time you sent him
      03  this.
      04        A.      At the time I sent him, he had a
      05  global responsibility for sharing lessons
      06  learned, as I recall.
      07        Q.      Okay.  And so you wanted to send
      08  him what OGP was working on as part of his
      09  efforts in figuring out lessons learned from
      10  the Macondo incident, correct?
      11        A.      Yes, that was correct.
      12        Q.      And did he request this
      13  information from you, or did you just think
      14  this would be a good idea for him to see?
      15        A.      I felt it was a good idea for
      16  him to see.
      17        Q.      Okay.  Did he send you any
      18  response saying, this is good work, or
      19  anything like that?  Do you know?
      20        A.      I don't remember a response.
      21        Q.      And what you sent him, you said,
      22  FYI, no action.  Status of the OGP
      23  international capping/containment solution.
      24  Material to be used this week at a workshop.
      25  BP, well-represented.
```

```
00149:01              Correct?
      02      A.      Correct.
      03      Q.      And when you say
      04 well-represented, who all was representing BP
      05 at this workshop?
      06      A.      Bill Gremes, from memory, was
      07 there full time.  And I may have gone for
      08 part of it.  I just don't recall.
      09      Q.      Okay.  If you would go to the
      10 Bates page 1039.
      11              Okay.  You see the heading,
      12 capping and containment?
      13      A.      I do.
      14      Q.      And let me ask, did you play any
      15 part in the drafting of this document?
      16      A.      Can I just look at the start of
      17 it?
      18      Q.      Sure.
      19      A.      I did not have any -- that I
      20 recall, I do not recall having any input to
      21 the design of this document.
      22      Q.      So it says capping and
      23 containment, going back to where we were.
      24 The opportunity statement for the capping and
      25 containment capability review group is to
00150:01 determine whether a single worldwide
      02 standardized blowout containment system
      03 outside the Gulf of Mexico could and should
      04 be designed and deployed with the support of
      05 the international and national associations
      06 and in consultation with governments and
      07 regulators.
      08              Correct?
      09      A.      That's what the document says,
      10 yeah.
      11      Q.      So the goal of this group was to
      12 build a standardized platform, correct?
```

Page 150:14 to 150:24

```
00150:14      A.      As it says here, it's to
      15 determine whether a single system could be
      16 designed and deployed.
      17      Q.      Has that determination been made
      18 as of today?
      19      A.      No.  We're very close to that
      20 decision, but that determination has not been
      21 made.  The way the project was structured, is
      22 to do the feasibility work and the early
      23 design work, and then decide whether it was
      24 practical and feasible.
```

Page 154:18 to 154:21

```
00154:18       Q.    Okay.  So OGP's primary focus is
      19  to make -- is to kill the well and stop the
      20  flow of oil into whatever environment the oil
      21  was flowing into, correct?
```

Page 154:23 to 155:18

```
00154:23       A.    The objective is to get
      24  equipment that can cap the well and
      25  contain -- contain flow if required.
00155:01       Q.    And that's a good thing, right?
      02       A.    In a blowout, being able to cap
      03  the well is a good thing.
      04       Q.    I mean, that should be the
      05  primary goal in any blowout, is to stop the
      06  flow of oil into the environment, correct?
      07       A.    I would agree, providing you're
      08  not making the situation worse by doing that.
      09       Q.    So as long as you don't cause
      10  something like a subsea blowout, right?
      11       A.    Again, we're getting pretty far
      12  from my area of expertise in that statement,
      13  so I -- I don't have a strong view.  But,
      14  yes, I think that would be a fair statement.
      15       Q.    I mean, you don't want to
      16  fracture the reservoir and cause oil to come
      17  up through the seafloor, right?
      18       A.    That is correct.
```

Page 159:09 to 159:17

```
00159:09       Q.    And in the Macondo efforts, BP
      10  wasn't sure that it had downhole integrity,
      11  right?
      12       A.    I remember that being discussed
      13  at one point during the response.
      14       Q.    Okay.  It didn't know for a fact
      15  that it did not have downhole integrity,
      16  correct?
      17       A.    It was unknown.
```

Page 161:01 to 161:05

```
00161:01       Q.    I'm -- I'm -- no.  With this
      02  decision tree, the only time you wouldn't put
      03  the capping stack on is if you absolutely
      04  knew you didn't have downhole integrity,
      05  correct?
```

Page 161:07 to 161:17

```
00161:07       A.    So if you did -- if you did not
      08  know, you -- if you could not confirm --
```

```
09        Q.      Well, you don't confirm until
10  after you put the capping stack on, according
11  to this decision tree, correct?
12        A.      According to this decision tree,
13  yes.
14        Q.      Okay.  So you would -- so if you
15  didn't know, you would put the capping stack
16  on and then confirm whether you did not have
17  or did have integrity?
```

Page 161:20 to 161:22

```
00161:20        A.      I -- I do not if that's -- know
21  that's what you would do.  It's way, way, way
22  beyond my level of expertise.
```

Page 163:14 to 163:21

```
00163:14  (Exhibit Number 5059 marked.)
15        Q.      I see that this is another
16  PowerPoint slide from OGP, correct?
17        A.      It's from OGP and it's a
18  PowerPoint slide, yes.
19        Q.      And it says, operations
20  timeline, capping schedule example, correct?
21        A.      It does, yes.
```

Page 165:09 to 165:13

```
00165:09        Q.      So according to the OGP capping
10  schedule example, you should be able to get
11  one of these caps that OGP has built
12  installed on the well and have the well
13  shut-in within 14 days --
```

Page 165:15 to 166:02

```
00165:15        Q.      -- correct?
16        A.      Can I make two points?
17        Q.      You can answer my question
18  first.
19        A.      Well, the first part of the
20  answer is, we are not yet building.  OGP is
21  not yet building anything.  A decision has
22  not been made.  And this is an -- in ideal
23  world, that -- this is a scenario in an ideal
24  world where everything is known.
25        Q.      Okay.  But according to this
00166:01  document, the well is shut-in within
02  14 days --
```

Page 166:04 to 166:09

```
00166:04          Q.     -- correct?
      05          A.     Simply using this idealized
      06   scenario on day 14, it says, shut-in well.
      07          Q.     So there's no more oil flowing
      08   into the environment after 14 days once the
      09   capping stack is put on, correct?
```

Page 166:11 to 166:19

```
00166:11          A.     In -- in this theoretical
      12   idealized scenario where everything is known,
      13   according to this chart, there's no -- the
      14   well shut-in starts on day 14th.
      15          Q.     The well shut-in doesn't start.
      16   It's over.
      17                 It's shut-in within 14 days,
      18   right?
      19          A.     It says --
```

Page 166:21 to 166:23

```
00166:21          A.     -- shut-in, and it looks like to
      22   me, the it starts beginning of day 14, and it
      23   is finished by the end of day 14.
```

Page 167:01 to 168:22

```
00167:01   MR. BARR:  Well, we'll mark this as
      02   exhibit 5060.
      03          (Exhibit Number 5060 marked.)
      04          Q.     It's multiple documents.  I'll
      05   read the Bates page.
      06   MR. BARR:  It starts
      07   BP-HZN-2179-MDL01430074 and it ends on 0138.
      08          Q.     All right.  You see this is an
      09   e-mail from Tony Hunt to you and several
      10   other people on March 13, 2011, correct?
      11          A.     Correct.
      12          Q.     Okay.  Who's Tony Hunt?
      13          A.     Tony Hunt is an engineer who
      14   works in Angola in Luanda.
      15          Q.     Okay.  And what's his position
      16   with BP, do you know?
      17          A.     I don't recall what Tony is.
      18   He's had various roles.  I don't recall what
      19   it is exactly right now.
      20          Q.     Okay.  And he attaches --
      21   attaches to this e-mail several documents,
      22   one of which is included -- it's called the
      23   well capping plan, current version, correct?
      24          A.     Yeah.  It's a -- I read, well
      25   capping plan, current version, PDF, yeah.
00168:01          Q.     Right.  And what he says is,
```

```
02   here is our draft plan for well capping and
03   subsea dispersant along with the decision
04   support back for end of the define phase of
05   the capital value process.
06            Did I read that right?
07      A.    Correct.
08      Q.    Do you know what he's talking
09   about here?  Were you involved in this
10   process?
11      A.    Only from being copied on --
12   because my involvement in Macondo and
13   dispersants was -- and -- and how we were
14   going to get dispersant into Angela was an
15   area that I was working on.
16      Q.    Okay.  So other than the
17   dispersant and your involvement in Macondo,
18   you didn't have input into the development of
19   this Angola well capping plan?
20      A.    The capping plan, I did not.
21   I -- I were copied on a number of e-mails.  I
22   remember that.
```

Page 169:06 to 170:25

```
00169:06      Q.    All right.  Mr. Birrell, we're
07   continuing to look at exhibit 5060.  Do you
08   still have that in front of you?
09      A.    Is that the number 0074?
10      Q.    Yes, sir.
11      A.    Okay.  I do.
12      Q.    If you go to the next page of
13   this document, it lists a meeting date of
14   March 11, 2011.
15            Do you see that?
16      A.    I do, yeah.
17      Q.    And you actually attended that
18   meeting, correct?
19      A.    I did, yes.
20      Q.    And it's the OSR and CM
21   aligning -- alignment meeting number 1.
22   Minutes is the subject line of the e-mail,
23   correct?
24      A.    Correct.
25      Q.    And that was sent by Kay Woods
00170:01   on your behalf, correct?
02      A.    That is correct.
03      Q.    Who is Kay Woods?
04      A.    She's my personal assistant in
05   Houston.
06      Q.    Okay.  What was the OSR and CM
07   alignment meeting?
08      A.    The oil spill response and
09   crisis management.  CM is crisis management.
10      Q.    Why would you have been in that
11   meeting?
```

```
12        A.        'Cause after Macondo, I was
13  given certain responsibilities for making
14  sure that oil spill response and crisis
15  management capability was in place through my
16  team, and we wrote some new standards for oil
17  spill response and crisis management at BP.
18  I didn't personally write them.  They were
19  written in the group safety team.
20        Q.        Okay.  I want to break that down
21  a little bit.  You said you were given
22  certain responsibilities on oil spill
23  response and containment.
24                  What were those
25  responsibilities?
```

Page 171:02 to 172:24

```
00171:02        A.        The responsibilities were to
03  ensure that the new standard for oil spill
04  response was met in a region, so Angola, for
05  example.
06        Q.        And -- and did you -- was that a
07  global responsibility on your part or just
08  specific areas?
09        A.        Only the -- the standard only
10  applied to deepwater, so it was only the
11  deepwater areas.
12        Q.        So it would be -- deepwater Gulf
13  of Mexico would be included?
14        A.        Yes.  It would, yes.
15        Q.        And you drafted the new
16  standard?
17        A.        I did not.
18        Q.        Okay.  It was just your job to
19  make sure the standard was met?
20        A.        Correct, before drilling into
21  reservoir.
22        Q.        Okay.  As part of that new
23  standard, was a capping stack required?
24        A.        It's not a specific part of the
25  oil spill response plan.  It is not.
00172:01        Q.        Do you know.  As you sit here
02  today, if BP now has capping stacks available
03  for deployment on the wells it's drilling?
04        A.        I do know that, and there is --
05  at least there are -- at least two BP -- or
06  one BP capping stack and one industry capping
07  stack, that I'm aware of, that are available.
08        Q.        And where are those kept?  Do
09  you know?
10        A.        There's one, I believe, in
11  Houston.  And there's one in the North Sea
12  that is part of industry.  It's not -- it's
13  not BP exclusively.  It's part of industry,
14  but -- the one in North Sea.
```

```
15        Q.      The one in Houston is BP
16  exclusively?
17        A.      I believe so.
18        Q.      And is that for deployment
19  anywhere in the Gulf or anywhere in the
20  world?
21        A.      It can certainly be deployed
22  outside the Gulf.  I don't know anywhere in
23  the world.  I -- I wasn't close to the
24  project who -- who put it together, built it.
```

Page 173:15 to 173:23

```
00173:15        Q.      Okay.  Let's go on.  So if you
16  go to the fourth page of this document, you
17  see that this is titled -- I think you're on
18  it right there -- Angola region PSVM well
19  capping plan, right?
20        A.      Correct.  That's what it says.
21        Q.      So as part of the oil spill
22  response plan in Angola, there was a well
23  capping plan, correct?
```

Page 173:25 to 175:12

```
00173:25        A.      I believe that's correct.  I
00174:01  believe that's correct.
02        Q.      And prior to April 20th, did BP
03  have well capping plans as part of its oil
04  response plan?
05        A.      I do not know.
06        Q.      Had you ever seen a well capping
07  plan prior to April 20th?
08        A.      I had not.
09        Q.      Have you been involved in the
10  development of other well capping plans other
11  than the Angola plan?
12        A.      I have -- I was not involved in
13  the well capping plan.  I was copied on
14  notes.  My primary responsibility was around
15  oil spill response, which does not include
16  the capping plan.  The capping plan is
17  separate from the oil spill response plan.
18        Q.      But according -- go back to the
19  second page of the document.  There's a
20  bullet point labeled actions.
21        Do you see that?
22        A.      Yes.
23        Q.      It was your job to arrange
24  weekly alignment meetings, correct?
25        A.      Correct.  Yeah.
00175:01        Q.      Were you in some ways, the head
02  of this group?
03        A.      I was not.  I was concerned that
```

```
04  things weren't moving along fast enough, so I
05  took -- I -- I took it upon myself to arrange
06  these meetings.
07        Q.     So you wanted to get these plans
08  in place sooner rather than later, correct?
09        A.     Correct.
10        Q.     Because another blowout could
11  happen, and you need to be able to respond to
12  it, right?
```

Page 175:14 to 176:13

```
00175:14       A.     To be specific, I was concerned
     15  that the oil spill response plan wasn't
     16  moving forward fast enough.  And we -- we
     17  pulled a simple update on the capping plan
     18  into this meeting to make sure that everyone
     19  was informed.  I was not responsible for the
     20  capping plan.
     21        Q.     Okay.  But why were you
     22  concerned that the oil spill response plan
     23  wasn't moving forward quickly enough?
     24        A.     Just from the -- the -- talking
     25  to various people within -- I just was
00176:01  concerned it wasn't moving forward fast
     02  enough.  I just felt it could move forward
     03  faster.
     04        Q.     And you wanted to move forward
     05  faster for safety reasons, correct?
     06        A.     Well, because we were planning
     07  to drill, but we weren't drilling in
     08  reservoir at that point in this region.  And
     09  I knew that we had plans to drill into
     10  reservoir.  I wanted the oil spill response
     11  plan in place before we drilled.
     12        Q.     You wanted BP to be ready in
     13  case there was a blowout, correct?
```

Page 176:15 to 181:05

```
00176:15       A.     I want -- I wanted us to meet
     16  our new standard for oil spill response.
     17        Q.     And what was your new standard?
     18        A.     Well, it's a -- it's a
     19  standard -- it just sets out the requirements
     20  for oil spill response readiness.
     21        Q.     And -- and I may have asked you
     22  this already, and I'm sorry if I'm asking it
     23  again, but was a capping stack part of that
     24  response plan?
     25        A.     Part of the -- it was not part
00177:01  of the oil spill response plan.  Capping plan
     02  is a separate plan.
     03        Q.     Okay.  Let me ask it
```

04  differently.
05          Was it part of the standard that
06  was developed?
07      A.    It was not.
08      Q.    Okay.  Let's go back into the
09  Angola well capping plan.  And I want to go
10  to page -- we're going to be looking at
11  page 6 and 7.  You see that at the bottom?
12  You see the 6 and the 7?  On 6, there's a
13  chart?
14      A.    Yeah.  I see that, yeah.
15      Q.    Okay.  And for the record,
16  that's Bates number 0082 of exhibit 5060.
17          And what you have here is,
18  you've got, well capping plan overview,
19  correct?
20      A.    That's what the document says,
21  correct.
22      Q.    Okay.  And I want -- what I want
23  to talk about here is the time frames under
24  this well capping plan for installing the
25  capping stack.  Okay?
00178:01    A.    I understand.
02      Q.    And I understand this chart is
03  hard to read, so you're going to have to bear
04  with me on this.  Go to page 7.  You see
05  section 4.6?
06      A.    I do, yep.
07      Q.    And that's capping tree
08  installation, right?
09      A.    That's what it says, yes.
10      Q.    And it says, the SEVEN SEAS.
11          That's a ship, right?
12      A.    Yes, that's correct.
13      Q.    It says, the SEVEN SEAS will
14  have mobilized the capping tree during the
15  port call mentioned above, debris clearance
16  paragraph, and will be on site during debris
17  clearance and LMRP removal operations.  Once
18  the top of the BOP has been cleared of any
19  protrusions using debris removal cutting
20  tools where necessary, it is ready to accept
21  the capping tree.
22          Did I read that right?
23      A.    You did.  That's correct.
24      Q.    And if you go down to the last
25  sentence, it says, the capping tree will be
00179:01  laterally moved into position, landed on the
02  BOP, locked down and the valves closed using
03  the TMIST system.
04  Did I read that right?
05      A.    You did.  That's correct.
06      Q.    Before we get into this a little
07  further, what is the TMSI -- TMIST system?
08  Do you know?

```
        09        A.     I do not know.
        10        Q.     Okay.  Can you tell us from your
        11   reading of this paragraph and your
        12   involvement with these plans generally, this
        13   plan called for the SEVEN SEAS vessel to
        14   install the capping stack, correct?
        15        A.     I don't recall that explicitly.
        16   I do not, sir.
        17        Q.     Well -- well, let's look at it
        18   again.
        19               Capping tree installation, you
        20   see that?
        21        A.     Yes.
        22        Q.     The SEVEN SEAS will have
        23   mobilized the capping tree during the port
        24   call mentioned above, right?
        25        A.     Yep.
00180:01        Q.     So according to this plan, the
        02   SEVEN SEAS is taking the capping tree out to
        03   the well, right?
        04        A.     Correct, according to this
        05   paragraph.
        06        Q.     It says, the tree will be
        07   deployed on wire by the SEVEN SEAS active,
        08   heave compensating crane, right?
        09        A.     Correct.
        10        Q.     Okay.  So the plan here is for
        11   the SEVEN SEAS to lower the capping stack
        12   down to the well and have it attached,
        13   correct?
        14        A.     That is what it says here, yes.
        15        Q.     Okay.  So looking at that, now
        16   let's go back to page 6.  You see that there
        17   is a -- there's a chart.  And I know it's
        18   hard to read, but it says, down at the bottom
        19   in bold, SEVEN SEAS scope.
        20               Do you say that?
        21        A.     Which paragraph?  Sorry.
        22        Q.     It's just in the chart.
        23        A.     Oh, yeah, I see it.  Yep.
        24        Q.     You see where it says, SEVEN
        25   SEAS scope?
00181:01        A.     I do.
        02        Q.     And it lists 18 days, right?
        03        A.     Yep.
        04        Q.     Okay.  So the entire scope of
        05   work for the SEVEN SEAS is 18 days, right?
```

Page 181:07 to 181:17

```
00181:07        A.     According to this chart, this --
        08   this bar indicates the scope would be
        09   complete within 18 days.
        10        Q.     Okay.  And the last part of the
        11   scope is deploying capping tree, correct?
```

```
12       A.     That's what the document says,
13  yes.
14       Q.     Okay.  So according to the well
15  capping plan in Angola, the capping stack is
16  employed -- is deployed and installed within
17  18 days, correct?
```

Page 181:19 to 181:24

```
00181:19       A.     That's what this plan would --
20  would indicate.
21       Q.     So after April 20th, BP has at
22  least one well capping plan that calls for a
23  capping stack to be deployed within 18 days,
24  correct?
```

Page 182:01 to 182:12

```
00182:01       A.     This plan says the -- the cap
02  will be deployed in 18 days.
03       Q.     Okay.  And the only way you can
04  do it is if the capping stack's already been
05  built, correct?
06       A.     Our -- our capping stack is
07  being built.
08       Q.     Okay.
09       A.     Correct.
10       Q.     And BP now has capping stacks
11  built?
12       A.     It does.
```

Page 183:05 to 183:12

```
00183:05       Q.     Okay.  And if I remember right,
06  your testimony is, is you don't know whether
07  a capping stack is just a miniature version
08  of a BOP or not?
09       A.     I don't.  I know it's got RAMs
10  on it like a BOP.  But is it a miniature
11  version, I just -- I don't have enough
12  knowledge to say that.
```

Page 183:16 to 184:20

```
00183:16       Q.     This has been previously marked
17  as exhibit 2386.
18              You see that this is the BP Gulf
19  of Mexico Deepwater SPU well control response
20  guide dated January 2010, correct?
21       A.     Correct.
22       Q.     Now, prior to today, have you
23  ever seen this before?
24       A.     I have not.
```

```
        25        Q.      Well, let's look at it a little
00184:01  bit.  Let's go to page -- look at the Bates
        02  numbers 8652.
        03              All right.  You see that page?
        04        A.      8652, I do.
        05        Q.      Okay.  It -- it starts with a --
        06  at the top, it says, 5.4, how to use this
        07  manual, personnel with response duties,
        08  correct?
        09        A.      It does, yes.
        10        Q.      Okay.  And then the first thing
        11  is, step one, make sure you're familiar with
        12  the three different levels of well-control
        13  events as follows, correct?
        14        A.      Correct.
        15        Q.      And if you go down, there's
        16  level 3, loss of well control, correct?
        17        A.      Level 3, loss of well control,
        18  correct.
        19        Q.      Okay.  The Macondo spill was a
        20  level 3 event, correct?
```

Page 184:22 to 185:01

```
00184:22        A.      I don't know.  I haven't heard
        23  it referred to as a level 3 event, so I just
        24  simply don't know.
        25        Q.      Okay.  Well, did BP have well
00185:01  control?
```

Page 185:03 to 186:03

```
00185:03        Q.      After the DEEPWATER HORIZON
        04  exploded and sank, was there well control at
        05  the -- at the Macondo site?
        06        A.      Again, not my area of expertise.
        07  The well was flowing an uncontrolled way.
        08        Q.      Otherwise, known as loss of well
        09  control?
        10        A.      I'm not familiar with that term
        11  as -- as applied to Macondo.
        12        Q.      So you can't even sit here and
        13  tell us whether or not the Macondo event was
        14  a level 3 event for loss of well control?
        15        A.      It's -- I don't deal with wells,
        16  especially exploration wells and well
        17  control.  It's not my area.  So level 3, I
        18  don't know what the definition of that is.  I
        19  haven't seen this before.
        20        Q.      Okay.  Well, let's look at the
        21  definition of level 3, loss of secondary well
        22  control.
        23              Do you know what that means?
        24        A.      I do not.
```

```
     25         Q.      Okay.  Requires immediate
00186:01  response to safeguard life and environment.
     02                 You needed that at Macondo,
     03  didn't you?
```

Page 186:05 to 186:22

```
00186:05        A.      Yes.
     06         Q.      Outside -- outside resources
     07  will be necessary for mitigation and control.
     08                 You needed that at Macondo,
     09  didn't you?
     10         A.      We used outside resources, yes.
     11         Q.      Site evacuations usually
     12  necessary.
     13                 You needed that, didn't you?
     14         A.      We did.
     15         Q.      Deteriorating level 2 event.
     16                 You don't know what the levels
     17  are?
     18         A.      I don't.
     19         Q.      But it's fair to say -- I mean,
     20  this isn't a trick question -- that the
     21  Macondo event was a level 3 event?  It meets
     22  all the definitions, doesn't it?
```

Page 186:24 to 187:22

```
00186:24        A.      It would seem to meet most of
     25  the definitions of the loss of secondary well
00187:01  control.  I just don't know what that means,
     02  but --
     03         Q.      Okay.  Let's look at this, then,
     04  since you don't know what this means.  Go to
     05  page 8658.
     06                 You see the part in the middle
     07  of the page that says, level 3 well-control
     08  incident release or impending loss of
     09  control?
     10         A.      I do.
     11         Q.      And then it provides a
     12  definition, doesn't it?
     13         A.      It does.
     14         Q.      It says, a level 3 well-control
     15  incident is a release or impeding loss of
     16  control.  The well is flowing uncontrolled to
     17  the surface seabed or confirmed flow
     18  underground, correct?
     19         A.      Correct.
     20         Q.      After reading that definition,
     21  can you now say whether or not the Macondo
     22  spill was a level 3 event?
```

Page 187:24 to 188:10

```
00187:24        A.     Outside my expertise, but based
      25  on this level -- this definition, I would say
00188:01  that's a reasonable assertion.
      02        Q.     Okay.  Now, let's go to
      03  page 8734 in the document.  Okay.  You see
      04  there's a bullet that says, 8.12.3, level 3,
      05  phase 2, surface intervention capping,
      06  correct?
      07        A.     Correct.
      08        Q.     So the well-control response
      09  guide in January 2010 includes a section on
      10  capping, correct?
```

Page 188:12 to 189:06

```
00188:12        A.     I can see the -- the type of
      13  this paragraph has capping at the end of it.
      14        Q.     Okay.  And it says, if you go
      15  down to the seventh square --
      16        A.     Yeah.
      17        Q.     -- see, it says, assist in
      18  source capping and related equipment.
      19               Do you see that?
      20        A.     I do.
      21        Q.     And it lists jet cutter, right?
      22        A.     Yep.
      23        Q.     And the second thing listed is a
      24  capping stack.
      25               Do you see that?
00189:01        A.     I do see that, yes.
      02        Q.     So just -- it's clear on the
      03  face of this document that prior to the
      04  DEEPWATER HORIZON explosion, BP was aware
      05  that -- of a thing called a capping stack,
      06  correct?
```

Page 189:08 to 189:13

```
00189:08        A.     I can see it's referred to in
      09  this document.
      10        Q.     Don't you think it would be a
      11  good idea to actually have something in your
      12  well-control response guide built prior to
      13  the implementation of that guide?
```

Page 189:16 to 190:02

```
00189:16        A.     Again, way outside my knowledge
      17  and area of responsibility.  I don't have a
      18  view.
      19        Q.     You -- okay.  Assume with me
```

```
     20   that there was no capping stack built as of
     21   April 20th, 2010.
     22            Can you make that assumption?
     23      A.    I can make that assumption.
     24      Q.    Okay.  If that assumption is
     25   true, how can you implement a well-control
00190:01   response guide that calls for a capping stack
     02   if you don't have one?
```

Page 190:04 to 190:14

```
00190:04      A.    Well, I read here, assist in
     05   sourcing capping and related equipment, so
     06   assist in sourcing capping and related
     07   equipment.
     08      Q.    Okay.  And it lists a capping
     09   stack, right?
     10      A.    They do.
     11      Q.    And if my assumption is correct,
     12   one of the things listed for capping, BP
     13   didn't have, right?
     14      A.    I just --
```

Page 190:17 to 190:24

```
00190:17      A.    As I said before, I don't know
     18   if we had a capping stack.  I'm just not
     19   aware.
     20      Q.    Okay.  But take my assumption.
     21   Assume my assumption is true.
     22            If BP doesn't have that capping
     23   stack, it can't meet its own guideline, can
     24   it?
```

Page 191:01 to 191:04

```
00191:01      A.    It can source a capping stack,
     02   as we did, during the response.
     03      Q.    Don't you think it would be a
     04   good idea to have it built ahead of time?
```

Page 191:06 to 191:14

```
00191:06      A.    I don't -- I don't have a view
     07   on that, sir.  I don't have a view.
     08      Q.    So you don't think it would --
     09   you don't -- you just don't have a view as to
     10   whether or not having A piece of equipment
     11   that's designed for safety, that's listed in
     12   the well-control response guide, built prior
     13   to an incident is a good thing or a bad
     14   thing?
```

Page 191:16 to 191:22

```
00191:16      A.    I don't have a view because a
      17 capping stack on its own may not fit all the
      18 different types of wells that exist in the
      19 Gulf of Mexico.
      20      Q.    But BP didn't even have one
      21 built, did it?
      22      A.    I don't know.
```

Page 192:17 to 193:17

```
00192:17      Q.    Okay.  It says, the term source
      18 control is a term generated by oil spill
      19 responders, which basically means stopping
      20 the oil at the source.  For example,
      21 isolating a pipeline or repairing a ship
      22 leak.  The current plans where developed by
      23 spill responders with experience in these
      24 types of incidents, and the source control
      25 functional duties reflect that experience.
00193:01 Major oil spills in conjunction
      02 with a well blowout are rare, so that -- so
      03 there has not been the same effort in
      04 adapting the current oil spill plan to
      05 effectively managing a well blowout, which
      06 may or may not have a spill involved.
      07 Because of this, several things should be
      08 considered when using the IMS checklist as a
      09 guide during a major blowout incident.
      10           Did I read all that right?
      11      A.    You did.  You read it correct.
      12      Q.    So according to this document,
      13 there has not been the same effort in
      14 adapting the current oil spill plan to
      15 effectively managing a well blowout,
      16 specifically talking about deepwater,
      17 correct?
```

Page 193:19 to 194:07

```
00193:19      A.    I don't know if this is specific
      20 to deepwater.  I didn't --
      21      Q.    Well, look at the cover of the
      22 document again.
      23           What's the title of it?
      24      A.    BP GoM Deepwater SPU.
      25      Q.    We're talking about deepwater
00194:01 operations, correct?
      02      A.    I assume we're talking about
      03 deepwater Gulf of Mexico operations.
      04      Q.    Okay.  And one of the things --
      05 well, do you know if BP, in its response
```

```
    06  efforts, had an effort to just try things and
    07  see if they worked?
```

Page 194:09 to 194:18

```
00194:09        A.      No, I don't believe that was our
    10  approach.  We -- we developed options.  We
    11  developed them to appoint a definition and
    12  then try to make a determination, would they
    13  work.  If we thought it wouldn't work, we
    14  didn't do them.
    15        Q.      Okay.  And if you thought they
    16  would make the situation worse, you wouldn't
    17  do it, correct?
    18        A.      That's correct, yeah.
```

Page 194:22 to 194:24

```
00194:22        Q.      Do you know what BP's conclusion
    23  was as to why the top kill didn't work?
    24        A.      I do not.
```

Page 195:11 to 196:11

```
00195:11        Q.      How did your role differ from
    12  the technical response to the operations
    13  response?
    14        A.      So what happened initially, as I
    15  said at the beginning, I was brought in to
    16  evaluate the riser from an engineer
    17  perspective, the kink in the riser.
    18        Q.      Yeah.
    19        A.      On the -- roughly, the 7th of
    20  May, I then went on to night shift to be the
    21  executive support for activities on night
    22  shift.  Primarily, the marine activities
    23  offshore, making sure the simultaneous
    24  operations were being conducted around the
    25  source on the surface in a safe manner and
00196:01  that the subsea construction activities were
    02  being conducted in a safe manner according to
    03  plan.
    04            So from the 7th of May through
    05  to roughly the -- the 9th of June, I worked
    06  constant nights simply supervising and -- and
    07  being support for operational activities.  So
    08  I was not involved in the technical
    09  conversations that were going on day shift.
    10  I was sleeping.  Of course, you can see I was
    11  copied on a whole bunch of e-mails.
```

Page 196:22 to 196:25

```
00196:22      Q.     Did you -- do you know now that
      23 the thinking is that the reason the top kill
      24 failed is 'cause the well was flowing at more
      25 than 15,000 barrels a day?
```

Page 197:02 to 197:04

```
00197:02      A.     I've heard a number of theories
      03 why it failed -- why it failed, potentially,
      04 including that one.
```

Page 197:08 to 197:17

```
00197:08      Q.     Did you know that the plan
      09 before the top kill was to proceed with the
      10 BOP on top of BOP option, if the top kill
      11 failed?
      12      A.     I do recall a plan or plans with
      13 that option in it, along with many other
      14 options.
      15      Q.     And then if the BOP on BOP
      16 option wouldn't work, the plan was to proceed
      17 with the capping stack, correct?
```

Page 197:19 to 198:01

```
00197:19      A.     I don't recall that explicitly,
      20 that it was, you know, sequenced in that way.
      21 But I do remember both being options as we
      22 planned the response.
      23      Q.     Okay.  And you remember after
      24 the top kill, the BOP on BOP option was put
      25 on the shelf because of the concerns about
00198:01 well integrity, right?
```

Page 198:03 to 198:23

```
00198:03      A.     I remember it being put on the
      04 shelf, not because of well integrity.  I
      05 don't recall -- the only -- the only
      06 recollection I have of it why -- there are
      07 two reasons why we were concerned about it,
      08 and it -- and it wasn't well integrity,
      09 although that could have been one.  Two
      10 reasons were to put BOP on BOP, we had to
      11 remove the LMRP, and there was a possibility
      12 that debris would be looking up once that
      13 LMRP was moved.  And that would make it very
      14 difficult to put the BOP on the BOP 'cause
      15 that debris would have to be cut away from
      16 the middle of a flowing oil stream, which
      17 would be a particularly difficult task.
      18                 And, also, the second concern
```

```
19  was that if there was debris in the LMRP or
20  above the LMRP, it was holding back flow.
21  And if we removed that LMRP, the flow would
22  increase.  That was the second concern I
23  recall from that time.
```

Page 199:01 to 199:01

```
00199:01  and we'll mark this as exhibit 6124.  Well,
```

Page 199:05 to 199:11

```
00199:05       Q.    All right.  Exhibit 60 -- 6124
06  is a PowerPoint called DEEPWATER HORIZON
07  review, Sunday, May 23rd, 2010, correct?
08       A.    That's what it says, yes.
09       Q.    Had you seen this before today?
10       A.    I don't recall the cover.  I
11  need to look at the document.
```

Page 202:25 to 203:11

```
00202:25       Q.    Okay.  I want to talk to you a
00203:01  little bit about your work on the riser kink.
02       A.    Yeah.
03       Q.    Once the DEEPWATER HORIZON sank,
04  BP found that the riser was bent at a
05  90-degree angle essentially off of the BOP,
06  right?
07       A.    Yes, slightly more than
08  90 degrees.
09       Q.    And there were -- was there a
10  leak coming from the riser at that point in
11  time?
```

Page 203:13 to 204:08

```
00203:13       A.    As I recall, only from the end
14  of the -- the far end of the riser.
15       Q.    Okay.  So at that point in time,
16  as far as what you recall, there was not a
17  leak coming from the kink?
18       A.    That is correct.
19       Q.    Okay.  Just the end of the
20  riser?
21       A.    There were two.
22       Q.    Two holes?
23       A.    At the end of the riser, the
24  main riser, there was hydrocarbon coming from
25  an end of the piece of drill pipe sticking
00204:01  out of the mud.  There was a small amount of
02  hydrocarbons coming from, as well.  Both were
03  at the far ends of the riser.
```

```
04        Q.      Okay.  And -- and BP was
05   concerned that if the kink, depending upon
06   the flow rate, erosion could take place and
07   create additional holes in the riser,
08   additional flow?
```

Page 204:10 to 207:24

```
00204:10       A.      Yeah, the -- the concern
11   explicitly was that if that kink was holding
12   back flow, if the kink failed, integrity's
13   lost, then the flow -- more flow would be
14   allowed to -- to come out the well.
15        Q.      Okay.  And the conclusion that
16   BP drew at the end of April was that the well
17   was not flowing at a high enough rate to
18   cause such erosion, correct?
19        A.      Based on the range of flow rates
20   that we used, the calculation suggested that
21   erosion wasn't going to be a concern.  But
22   that made a number of big assumptions about
23   what was happening inside the kink, because
24   we simply didn't know what was inside that
25   kink.  Was it drill pipe?  Was there casing?
00205:01   Was there cement?  We didn't know what was in
02   there.
03        Q.      If you would, flip in your
04   notebook to tab 12.  And we're going to mark
05   this -- it's already been previously marked
06   as exhibit 3216.
07             Now, you see that this is an
08   e-mail from Jason Caldwell, Monday,
09   April 26th, 2010, correct?
10        A.      Correct.
11        Q.      And the attachment is, interface
12   meeting, April 26th, right?
13        A.      Yes, correct.
14        Q.      And you received this e-mail,
15   correct?
16        A.      Yes, I did.  I'm on the
17   distribution.
18        Q.      You were involved in these
19   interface meetings?
20        A.      Off and on.  Mostly, I was
21   through -- through the response.  It changed
22   a little bit when I went on the night shift.
23   I was at various interface meetings.
24        Q.      Just in a quick description,
25   could you describe what your understanding of
00206:01   the interface meetings was for?
02        A.      To talk about the -- the plan
03   ahead.  It was mostly planning.  How were the
04   options maturing, how do we -- what do we do
05   next, how do we -- what's the next phase and
06   the one beyond that and the one beyond that.
```

```
07        Q.      Okay.
08        A.      So mostly, planning
09   conversations with the Coast Guard and
10   government officials there to advise.
11        Q.      And -- and your specific
12   responsibilities were to examine the kink in
13   the riser?
14        A.      They were initially expanded a
15   little bit to look at other options,
16   particularly an option we called the swing
17   valve, which is one of the things that we --
18   we looked at.
19        Q.      Okay.  What is a swing valve?
20        A.      It was an idea of putting
21   above-standard surface valve, not a BOP, not
22   a capping stack, but just a valve that you
23   would typically use in an oil plant, on top
24   of the well, as one of the options.
25        Q.      Did you conclude that that was a
00207:01  feasible thing to do?
02        A.      We worked it for quite a long
03   time and sourced a valve, and then we
04   concluded it wasn't the best option.  A
05   capping stack was a much better option.
06        Q.      And why was a swing valve not as
07   good an option as a capping stack?
08        A.      Because the valve was not
09   designed to work subsea, these valves.  The
10   valves, we intended to use as a surface
11   valve, not intended to work subsea and not
12   intended to work with a flow rate through it.
13   It was a big ball valve, so it wasn't ideal
14   for that particular duty.
15        Q.      So it wasn't as functional in a
16   dynamic situation; is that fair?
17        A.      That would be a fair way to say
18   it.
19        Q.      And a capping stack is
20   potentially more useful in a dynamic
21   situation?
22        A.      Yes.
23        Q.      And a capping stack is designed
24   to be used in the ocean, correct?


Page 208:01 to 208:08

00208:01  A.      Again, my experience of capping
02   stacks is -- other than Macondo, is
03   nonexistent, but I believe capping stacks are
04   designed to be used subsea.
05        Q.      Well, how could you decide, in a
06   comparison between a swing valve and a
07   capping stack, if you're not aware of capping
08   stacks?
```

Page 208:10 to 208:22

```
00208:10        A.    I was not aware of capping
     11  stacks before the incident.  Clearly during
     12  the incident, I became aware of capping
     13  stacks.  And it was one of the options that
     14  was worked along with a swing valve option.
     15        Q.    Okay.  Going into exhibit 3216,
     16  I want to look at the actual interface notes.
     17              And you see that this is a
     18  meeting on April 26th at 6:30?
     19        A.    Yeah.
     20        Q.    And that's 6:30 in the morning,
     21  correct?
     22        A.    I believe so.
```

Page 209:05 to 210:10

```
00209:05        Q.    And if you go under crimped
     06  pipe, you see that?
     07        A.    I do.
     08        Q.    That was where your
     09  responsibility was, right?
     10        A.    Yes.
     11        Q.    Okay.  And it says, action,
     12  Gordon.
     13              Correct?
     14        A.    There are a number of action,
     15  Gordons, yeah.
     16        Q.    Well, the first one.
     17        A.    Yep.
     18        Q.    It says, create work stream to
     19  understand what it would take to create
     20  hydrate plug in riser.
     21              Did I read that right?
     22        A.    You did, yes.
     23        Q.    So you -- and then it says,
     24  update experts have been identified and work
     25  will commence today.
00210:01              Did I read that right?
     02        A.    That's correct.
     03        Q.    Okay.  So you were attempting to
     04  go out and find experts who could come up
     05  with a way to create hydrates in the riser to
     06  somehow stem the flow?
     07        A.    That is correct.
     08        Q.    Okay.  So BP was aware, as of
     09  April 26th at least, that hydrates were an
     10  issue down at the actual wellhead, correct?
```

Page 210:13 to 211:13

```
00210:13        A.    BP was aware that under certain
```

```
14  conditions, hydrates could be formed, certain
15  pressure and temperature and conditions,
16  hydrates could be formed.
17       Q.     You were hoping to actually come
18  up with a way to use that to stem the flow,
19  correct?
20       A.     That was the option, yes.
21       Q.     Did that option end up --
22  anything come of it?
23       A.     We talked to experts.  BP has
24  hydrate experts in-house.  I think it was
25  mostly in-house experts, and it was concluded
00211:01  as not being feasible.
02       Q.     Okay.  The next bullet point is,
03  varying the flow rate in the leak simulation
04  between 1,000 barrels a day and
05  10,000 barrels a day did not significantly
06  change the conclusion that erosion of the
07  crimp is not significant.
08              Did I read that right?
09       A.     You did.
10       Q.     Okay.  So BP's conclusion, as of
11  April 26th, was that if you looked at flow
12  from 1,000 to 10,000, erosion would not be a
13  concern, right?
```

Page 211:15 to 212:04

```
00211:15      A.     That's -- that's what it says,
16  yes.
17       Q.     Well, you were directly
18  responsible for it, so is that -- was that --
19       A.     That was the conclusion at the
20  time, using the information available at the
21  time, making some assumptions at the time,
22  'cause we didn't have all the information.
23       Q.     Okay.  And the highest flow rate
24  you used in that simulation was 10,000?
25       A.     It was, yeah.
00212:01      Q.     Now, you're aware BP -- I mean,
02  you know now the well was certainly flowing
03  higher than 10,000 barrels a day, correct?
04       A.     Yes.
```

Page 212:06 to 212:11

```
00212:06      Q.     What you don't know is the exact
07  answer of what it was flowing, right?
08       A.     Correct.
09       Q.     You've seen documents internally
10  where BP has flows as high as a hundred
11  thousand barrels a day, right?
```

Page 212:13 to 212:22

```
00212:13        A.      I've seen documents with wide
      14  ranges of numbers on them.  None of them, to
      15  my recollection, conclusive about what it
      16  was.  Many models and assumptions made.
      17        Q.      Okay.  But those numbers and
      18  assumptions go as high as a hundred thousand
      19  barrels a day, right?
      20        A.      I don't actually recall seeing a
      21  number of a hundred thousand, but I know
      22  there are wide ranges of numbers being used.
```

Page 212:24 to 216:22

```
00212:24  MR. BARR:  We'll mark this as exhibit
      25  number 5061.
00213:01        (Exhibit Number 5061 marked.)
      02        Q.      You see that this an e-mail --
      03  well, at least it starts with an e-mail from
      04  David Horsley to you, correct?
      05        A.      Correct.
      06        Q.      And this is May 5, 2010,
      07  correct?
      08        A.      Correct.
      09        Q.      Okay.  And it's, kink knowledge
      10  and plan, right?
      11        A.      Correct.
      12        Q.      And you reviewed this document
      13  when you got it, right?
      14        A.      I do recognize the document,
      15  yes.
      16        Q.      Did you draft this, or did he
      17  draft it and just send it to you?
      18        A.      I don't know who drafted it.  I
      19  did not.  It was just sent to me.
      20        Q.      And then you reviewed it for
      21  purposes of reporting, in the interface
      22  meeting?
      23        A.      I reviewed it, as I do with all
      24  documents.  I don't recall what I did with
      25  this, but I do recall seeing this document.
00214:01        Q.      Okay.  I want to look at the
      02  appendices -- I mean, there's the knowledge
      03  and plan document, and that goes for, looks
      04  like, two pages, right?
      05        A.      Yeah.
      06        Q.      And then there's some appendices
      07  attached, right?
      08        A.      Yes.
      09        Q.      And I want to look at
      10  appendix 1.  It says, the base of the
      11  DEEPWATER HORIZON developed a kink
      12  approximately 90 degrees extent when the
      13  drilling rig sunk on April 22nd, 2010.  This
```

```
14  kink may restrict the bulk flow from the
15  wellhead, and there's potential for the flow
16  velocity through this restriction to be
17  sufficient to cause erosion local to the
18  kink.
19            Did I read that right?
20       A.    You read that correctly.
21       Q.    And that was the concern you
22  expressed earlier, right?
23       A.    It was.
24       Q.    And it goes on to say, an
25  initial assessment of the potential for
00215:01  erosion at the kink was made by using a
02  finite element model of the kinked riser,
03  with and without a drill pipe inside, to
04  predict the remaining flow apertures at the
05  minimum cross-section of the kink.  These
06  were used together with standard erosion
07  calculations and some conservative
08  assumptions about flow rate and sand loading
09  to conclude that none of the predicted flow
10  apertures were small enough to present an
11  erosion threat over a period of several
12  months.
13            Did I read that right?
14       A.    You read that correctly, yes.
15       Q.    And those conservative
16  assumptions that were applied were the 1,000
17  and 10,000 barrels-a-day flow, correct?
18       A.    That was one.
19       Q.    Okay.  Then you go to the next
20  paragraph, and it says, however, two leaks
21  exhibiting the characteristics of erosion
22  damage appeared on the kink on April 28th,
23  2010.
24            Did I read that right?
25       A.    You did.
00216:01       Q.    So despite the fact that the
02  conclusion was made on April 26th of 2010
03  that erosion would not be a concern, erosion
04  happened, right?
05       A.    It did.
06       Q.    Was that a big indicator to you
07  that the well was flowing at higher than
08  10,000 barrels a day?
09       A.     It was an indicator that the
10  assumptions in the model clearly weren't
11  right.  And that could be sand content and
12  jetting, as well.  We hadn't considered
13  jetting inside the kink.
14            So if there was pipe inside the
15  kink and it breached in small holes and then
16  jetted against the riser, which I believe
17  ultimately is what happened, then -- then we
18  hadn't made that assumption in a model.
```

```
19        Q.      Do you believe that the higher
20   flow rate, the flow rate higher than
21   10,000 barrels a day, played a part in the
22   erosion?
```

Page 216:24 to 217:04

```
00216:24       A.      I don't -- I didn't -- I don't
      25   know, is the answer.
00217:01       Q.      You don't know?
      02       A.      I do not know.
      03       Q.      So as the person responsible for
      04   looking at this topic, you can't answer that?
```

Page 217:07 to 218:23

```
00217:07       A.      Because we ran our models and
      08   then the erosion happened, and then we moved
      09   on to other options to cap the well because
      10   we knew this was failing.  So the work front
      11   simply moved to other areas at that time.
      12       Q.      You ultimately ended up cutting
      13   the riser, right?
      14       A.      We did.
      15       Q.      And that was beginning of June,
      16   right?
      17       A.      I don't recall the exact date,
      18   but, yes.  Yes, we did.
      19       Q.      You cut it.  Was it prior to the
      20   top kill or the top hat, that you cut it?
      21       A.      Prior to top hat.
      22       Q.      Okay.  So after the top kill
      23   failed, then you went through, you cut the
      24   riser and put on the top hat, right?
      25       A.      That is correct.
00218:01       Q.      Do you recall any concerns,
      02   prior to the cutting of the riser, that the
      03   crimp had become very weak?
      04       A.      Prior to cutting the riser --
      05   and by the crimp, do you mean what's referred
      06   to here as the kink?
      07       Q.      Yes.
      08       A.      I do.
      09       Q.      And, again, that was because of
      10   erosion in the kink?
      11       A.      Well, it's because these leaks
      12   that you see in these pictures clearly
      13   weakened the structural integrity of the
      14   pipe, so therefore it was weaker, so we knew
      15   that.
      16       Q.      But the leaks in the pipe are
      17   caused by erosion?
      18       A.      Yes.
      19       Q.      And from what you understand,
```

```
20  that's multifactorial?
21       A.     Yes.  In other words, flow,
22  sand, metallurgy, jetting, a wide range of
23  things could cause that.
```

Page 219:18 to 220:08

```
00219:18      Q.     Now, did you -- as part of your
     19  responsibilities, did you work on flow rate
     20  issues?
     21       A.     Only from -- my team did.  Only
     22  from the perspective of ranges as input to
     23  models.  So we're trying -- model -- this in
     24  particular, what ranges of flow should be
     25  used to predict erosion, was the primary --
00220:01  the primary reason the team worked on flow.
     02       Q.     And how did you go about coming
     03  up with your ranges of flow?
     04       A.     We simply used government
     05  numbers.
     06       Q.     So you're -- what you're telling
     07  me is, BP made no effort itself to calculate
     08  a flow rate?
```

Page 220:10 to 220:21

```
00220:10      A.     Not that I'm aware of.  We
     11  assumed ranges, again, as input to models,
     12  'cause we didn't know what was -- what was
     13  happening below the -- in the BOP or below
     14  the BOP.  So we made some big assumptions,
     15  but usually based on government numbers.
     16       Q.     So you took government numbers
     17  and you used those numbers in devising your
     18  model, correct?
     19       A.     As an input to the models.
     20       Q.     And the government, though, it
     21  got its data from BP, didn't it?
```

Page 220:23 to 221:01

```
00220:23      A.     I did not know where the
     24  government got their numbers.
     25       Q.     Well, BP was the only party that
00221:01  had access to the wellhead, right?
```

Page 221:03 to 221:06

```
00221:03      A.     That's not the case.  The Coast
     04  Guard had access to the -- the video shots of
     05  the -- the plume.  The government officials
     06  had access to the plume, as well.
```

Page 221:18 to 221:20

```
00221:18  MR. BARR:  I'd like to mark this as
      19  exhibit 5062.
      20        (Exhibit Number 5062 marked.)
```

Page 227:18 to 228:11

```
00227:18        Q.    Okay.  So you didn't have any
      19  responsibility, for instance, for deciding
      20  the resources to be allocated to building the
      21  capping stack?
      22        A.    I did not.
      23        Q.    Okay.  And it wasn't your
      24  responsibility to decide to build it quicker
      25  or slower or anything like that?
00228:01        A.    It was not.
      02        Q.    Okay.  And -- and you wouldn't
      03  know anything about how those -- the people
      04  that were working on the build of that piece
      05  of equipment, what they were told as far as
      06  how hard they should be working on it and --
      07  and the resources they had available?
      08        A.    Only that we were all told to
      09  work as fast and hard as we can, and you have
      10  unlimited resources.  That was our general
      11  mantra through the whole response.
```

Page 228:25 to 229:03

```
00228:25  I wanted to -- I think you said you were
00229:01  aware that BP had internal documents that
      02  showed a flow rate possibly as high as
      03  100,000 barrels a day?
```

Page 229:06 to 230:08

```
00229:06        A.    No, i -- I haven't seen that I
      07  can recall, a number of a hundred.  I do know
      08  that there are internal documents that show
      09  ranges of flows up to some big -- bigger
      10  numbers -- I don't recall exactly what they
      11  are -- that were used as inputs for -- as
      12  assumptions for various models that were
      13  used.
      14        Q.    Okay.  Did you work on, at all,
      15  the question of reservoir depletion?
      16        A.    I did not.
      17        Q.    Okay.  Are you familiar with the
      18  idea of reservoir depletion?
      19        A.    I am in very general terms.
      20  Reservoir engineering is an -- an engineering
      21  science in itself, which I am not.  But I'm
```

```
       22  aware of the general -- the general issue.
       23       Q.    Okay.  And are you aware that
       24  you can calculate a flow rate on reservoir
       25  depletion?
00230:01       A.    I'm aware it's one of the inputs
       02  that can be used to flow rate calculation,
       03  but not on it's own.  I was not aware you
       04  could calculate flow rate from reservoir
       05  depletion on it's own.
       06       Q.    Okay.  Let me show you what I'm
       07  going to mark as tab -- well, it will be
       08  tab 28 in your book.
```

Page 230:11 to 230:13

```
00230:11       Q.    And I think this has previously
       12  been marked as exhibit 6194.  And it's 6194
       13  is what it's previously been marked as.
```

Page 230:16 to 230:17

```
00230:16  MR. BARR:  Yes.  It's
       17  BP-HZN-2179-MDL03487265 through 7273.
```

Page 230:21 to 234:04

```
00230:21       Q.    Okay.  And -- and this is an
       22  e-mail you received from Mr. Mason, correct?
       23       A.    That is correct.
       24       Q.    And the attachment -- well, the
       25  subject is, Macondo shut-in wellhead pressure
00231:01  and buildup rate, final report.
       02            Right?
       03       A.    That is correct.
       04       Q.    And this is May 16, 2010, is
       05  when he sent this to you, correct?
       06       A.    That is correct.
       07       Q.    Do you know why he sent this to
       08  you?
       09       A.    I do not, other than earlier on,
       10  Mike -- Mike is a reservoir engineering
       11  specialist.  Early on, he'd been at the edge
       12  of the -- the engineering team working on
       13  flow paths for the well, and he, like -- he,
       14  like -- I can only assume he wanted to keep
       15  me in the -- in the picture, because by then,
       16  I was working night shift.
       17       Q.    Uh-huh.
       18       A.    And I -- I certainly wasn't
       19  supervising him at that point on the -- I had
       20  very little interaction with him.
       21       Q.    Okay.  But for whatever reason,
       22  he sent you this document, correct?
```

```
23        A.     Yes.  He did, yes.
24        Q.     Did you review it?  Do you
25   remember?
00232:01        A.     I don't actually recall
02   reviewing this document.  I do not.
03        Q.     Okay.  Well, if we go into the
04   document itself, it's titled -- it's a
05   technical note titled, Macondo shut-in
06   wellhead pressure and buildup times, prepared
07   by a group of people on May 14th, 2010,
08   correct?
09        A.     Correct.
10        Q.     And it has -- it asks a
11   question, what is the estimated shut in
12   pressure character for the well addressing?
13   Time for pressure buildup at normal shut-in
14   wellhead pressure, and ultimate shut-in
15   pressure, taking into account both the
16   oil-bearing and gas-bearing sands.
17               Correct?
18        A.     That's correct.  That's what it
19   says.
20        Q.     And then the next page has some
21   key completions, correct?
22        A.     That's the title, yes, correct.
23        Q.     Okay.  And the first conclusion
24   is, the shut-in wellhead pressure is expected
25   to be 8400 psia and 8900 psia for the oil
00233:01   sands between depths 18,060 feet and
02   18,200 feet.
03               This assumes no reservoir
04   depletion, correct?
05        A.     That is correct.  That's what it
06   says.
07        Q.     And we know that if the well is
08   flowing, there's going to be some level of
09   reservoir depletion, correct?
10        A.     That's a reasonable -- a
11   reasonable assumption.
12        Q.     Okay.  So let's go down to key
13   conclusion number 6.  It says, the expected
14   reservoir pressure depletion ranges from --
15   from 40 psia (assuming a production rate of
16   5,000 barrels a day) to 400 psia (assuming a
17   production rate of 60,000 barrels per day)
18   from April 20th to May 14th, 2010.  This
19   depletion would reduce the shut-in wellhead
20   pressure by an equivalent amount, correct?
21        A.     That's what it says.
22        Q.     Okay.  And -- and help me
23   understand this document, 'cause I want to
24   understand what's -- what's going on here.
25               What Mr. Mason is saying is that
00234:01   if the -- if the pressure in the reservoir
02   depleted to 40 psia, you would assume the
```

```
03  well was flowing at 5,000 barrels a day,
04  correct?
```

Page 234:06 to 236:17

```
00234:06      A.      Yeah, I don't know, so I can
07  only read what Mr. Mason -- he's a reservoir
08  engineering expert -- has -- has written
09  here, which is 40 psia, assuming a production
10  rate of 5,000 barrels per day.
11      Q.      Right.  He -- he ran a model,
12  and he ran the model from April 20th to
13  May 14th, according to this conclusion,
14  correct?
15      A.      It would seem so, yeah.
16      Q.      And he ran the model at
17  5,000 barrels per day, correct?
18      A.      That's an assumption he used,
19  yes.
20      Q.      And -- and that came up with a
21  reservoir depletion of 40 psi, right?
22      A.      I can't infer it from what's
23  written here.  I can speculate that that's
24  the case, but the expected ranges from
25  40 psi -- no.  So that's what it says.
00235:01      Q.      Okay.  And then if you put in an
02  assumption of 60,000 barrels a day, reservoir
03  depletion went -- fell to -- went -- it was
04  400 psia over that same time period, correct?
05      A.      That's what it says.
06      Q.      Okay.  So what I want to show
07  you is -- flip in your book to tab 27.
08      A.      27.  Is that in this -- oh,
09  okay.
10      Q.      And this is a document that's
11  previously been marked as exhibit 2409.
12          I don't believe you're listed as
13  receiving this e-mail, but you see that if
14  you go to the third e-mail on the first page,
15  there's an e-mail from Kelly McAughan.
16          Do you see her?
17      A.      I see the name on the e-mail,
18  yes.
19      Q.      Do you know her?
20      A.      I do not.
21      Q.      Okay.  If you look at
22  exhibit 6194, which is the one we were just
23  looking at, if you look at the technical
24  note, look at the cover of it.
25          You see that she is listed as a
00236:01  person that prepared this report?
02      A.      I do.
03      Q.      Okay.  And what Ms. -- what
04  Ms. McAughan writes in exhibit 2409 on
05  April 22nd, 2010, you see that the subject
```

```
06   line of the e-mail is, flow rate and
07   production profile?
08        A.    I do.
09        Q.    Okay.  And she says, attached
10   are the forecasts plus cumulative production
11   and raw numbers for the base case.  As we
12   told you, please be cautious.  There's great
13   uncertainty in these forecasts.  We
14   identified what we thought were the greatest
15   uncertainties that can affect production.
16             Do you see that?
17        A.    I do, yes.
```

Page 237:14 to 238:09

```
00237:14        Q.    You see that she has done a
15   model here that -- that calculates reservoir
16   pressure from April 21 through -- she takes
17   it all the way through December 31, 2010.
18             Do you see that?
19        A.    I do.
20        Q.    Okay.  And if you look at
21   pressure on April 21, it's 11,850, correct?
22        A.    That's what the -- that's what
23   the document implies, the date next to that
24   pressure, yes.
25        Q.    Okay.  And then if you go down
00238:01   to May 14, the pressure is 11,402.7, correct?
02        A.    May 14.  That's what the
03   document says, yes.
04        Q.    That's a greater than 400 psi
05   drop, correct?
06        A.    From this modeling run, yes.
07        Q.    So this modeling run would --
08   would include a flow rate greater than
09   60,000 barrels per day, correct?
```

Page 238:11 to 239:06

```
00238:11        A.    I don't know.  I need to look at
12   the detail of the model and the assumptions.
13   I don't know.
14        Q.    Well, look at Mr. -- refer back
15   to exhibit number 6194.
16        A.    That's a technical report?
17        Q.    Yes, sir.
18        A.    Yep.
19        Q.    And go back to that conclusion
20   number 6.  You see that Mr. Mason's
21   assumption was, it would fall 400 psi if it
22   were flowing at -- at 60,000, correct?
23        A.    It does, yes.
24        Q.    And according to Mr. --
25   Ms. McAughan's model, the fall would be
```

```
00239:01  greater than 400 psi, right?
      02       A.    That's what the numbers say,
      03  yes.
      04       Q.    Okay.  So that would be
      05  consistent with a flow rate of higher than
      06  60,000 barrels a day, would it not?
```

Page 239:08 to 240:07

```
00239:08       A.    Based on a very theoretical
      09  model, I don't -- I actually don't know how
      10  they would measure reservoir pressure because
      11  we had new pressure measurements.  So these
      12  must just be assumptions of reservoir
      13  pressure.  We had no pressure measurement in
      14  the reservoir.
      15       Q.    Well, you knew reservoir
      16  pressure at the time of the blowout, didn't
      17  you?
      18       A.    There was -- I seem to recall
      19  there was one pressure at the time of the
      20  blowout.
      21       Q.    Okay.  So what -- from what
      22  you're telling me is that you, Gordon
      23  Birrell, cannot make any statements about
      24  flow rate based upon these models of
      25  reservoir depletion?
00240:01       A.    I cannot because I believe they
      02  are all based on assumptions rather than
      03  measurements.
      04       Q.    But the -- the assumptions
      05  running these models would conclude a flow
      06  rate higher than 60,000 barrels a day,
      07  correct?
```

Page 240:09 to 240:14

```
00240:09       A.    If -- if hypothetically the
      10  assumptions were correct, that is, I believe,
      11  the case.
      12       Q.    Okay.  Do you have any reason to
      13  believe that the assumptions are not correct?
      14       A.    I do.
```

Page 240:16 to 240:19

```
00240:16       A.    Because we didn't have
      17  measurements.  There was no -- during this
      18  period, there was no physical measurement
      19  available.
```

Page 241:11 to 242:24

```
00241:11        Q.     I want you to look at tab 26 in
      12   your notebook.
      13        MR. BARR:  And this will be marked as
      14   exhibit 5063.
      15   (Exhibit Number 5063 marked.)
      16        Q.     You see that this is a series of
      17   e-mails between yourself, Trevor Hill, Julian
      18   Austin, primarily, correct?
      19        A.     I do, amongst other -- these
      20   individuals that are named, yes.
      21        Q.     Okay.  And it was -- the
      22   attachment that is sent to you on April 28th
      23   is a modeling of system flow behavior,
      24   correct?
      25        A.     The -- the attachment?
00242:01        Q.     Just look at -- I mean, it -- it
      02   labels the attachment right there on the top
      03   on that first e-mail.
      04        A.     Okay.  Modeling of system flow
      05   behavior, yes.
      06        Q.     Okay.  Can you explain to me
      07   what is going on here, why you're involved in
      08   this?
      09        A.     Yeah.  This is still relatively
      10   early on when we were trying to understand
      11   the kink and its behavior.  And we're trying
      12   to understand what was happening inside using
      13   ranges of flow to work out erosion, what
      14   could be inside, et cetera.
      15              So we created a very, very
      16   simple model, but based on theoretical
      17   assumptions, again, to try to understand what
      18   could be happening from an erosion
      19   perspective in the kink.
      20        Q.     Okay.  Let's go to -- I mean,
      21   one of the things you were asked to do was
      22   work on calculating a flow rate based upon
      23   wellhead pressure and orifice size; is that
      24   true?


Page 243:01 to 245:06

00243:01        A.     No.  We created a very simple
      02   model to support the erosion work, which
      03   created a theoretical orifice.  There was --
      04   there is no orifice.  It was assuming lots of
      05   restrictions of the well, accumulating that
      06   all in one theoretical orifice, assuming
      07   pressures, what could the flow rate through
      08   that orifice be?
      09        Q.     Okay.
      10        A.     That was the model we created.
      11   It was based on broad assumptions.
      12        Q.     All right.  Let's go to the
      13   first e-mail in this string, which is on
```

```
 14   page 3 of the document.
 15           You see that there's an e-mail
 16   from Mr. Petruska?
 17      A.    I do.
 18      Q.    And that's dated April 26th,
 19   correct?
 20      A.    Correct.
 21      Q.    And it says, action items from
 22   meeting, correct?
 23      A.    Correct.
 24      Q.    And -- and you received this
 25   e-mail, correct?
00244:01      A.    I did, yes.
 02      Q.    Okay.  And it says, Andy had
 03   concern if flow rates are wrong and really
 04   much higher.
 05           Did I read that right?
 06      A.    You did.
 07      Q.    Andy, that's Andy Inglis, right?
 08      A.    I don't know for sure if that's
 09   Andy Inglis.
 10      Q.    Do you know any other Andy that
 11   would be concerned if the flow rates were
 12   wrong and really much higher?
 13      A.    I don't.  I just don't know for
 14   sure if it's Andy.  We need to ask David,
 15   which Andy.
 16      Q.    Do you -- do you recall
 17   Mr. Inglis ever expressing a concern to you,
 18   around April 26th, that he was -- he was
 19   worried the flow rate may actually be much
 20   higher than what was being said?
 21      A.    I do not.
 22      Q.    You're aware that at that point
 23   in time, April 26th, I think the current flow
 24   rate from NOAA was 5 to 10,000 barrels a day?
 25      A.    I don't exactly remember when
00245:01   the flow rates changed from NOAA, but that --
 02   that would seem about right.
 03      Q.    Okay.  And at least according to
 04   Mr. Petruska, somebody named Andy is
 05   concerned that the flow rates are wrong and
 06   really much higher?
```

Page 245:08 to 248:13

```
00245:08      A.    That -- that's what it says.
 09      Q.    Okay.  And then from that,
 10   you -- I assume reading through these
 11   e-mails, you tasked Julian Austin with
 12   creating the model to predict flow rate based
 13   on orifice size, correct?
 14      A.    It was -- yes.  It was simply to
 15   create a model that related flow to orifice
 16   size based upon hypothetical data, 'cause we
```

```
17   simply didn't know what was down the well.
18        Q.     Okay.  And if you look at
19   Mr. Austin's e-mail on the second page on
20   April 27th, 2010, he says, Gordon, here's the
21   orifice versus leakage rate calculation you
22   requested based on both the local kink model
23   and the entire -- entire riser downhole
24   systems.  The models agree well.
25             Did I read that right?
00246:01        A.     You did.
02        Q.     So he's just not doing a model
03   on the kink, he's doing a model on the entire
04   system, as well, correct?
05        A.     Including the kink.  He extended
06   his model to include the entire -- entire
07   system.
08        Q.     Okay.  And then you responded
09   back to him.  You said, Julian, thanks, on
10   April 28th.  Can you please add curves for a
11   range of wellhead pressures, say, 500, 100,
12   2,000, 3,000, 4,000, 5,000, 6,000, 7,000,
13   8,000 psi?
14             Do you see that?
15        A.     I do.
16        Q.     Okay.  What were you asking him
17   to do there?
18        A.     It's simply to expand his
19   model -- his theoretical model to cover a
20   wide range of pressures at the wellhead.
21   He -- from memory, he had assumed one
22   pressure at the wellhead, but we didn't know
23   what it really was.  There was no measurement
24   we had access to until very much later.  And
25   therefore, I asked him to expand his model so
00247:01   we could see, you know, how -- how this
02   system behaved under different wellhead
03   pressures.
04        Q.     Okay.  Then he writes back to
05   you and he says, well -- not to you.  He
06   writes back to his team, I guess, Mr. Hill,
07   Mr. Lockett, and Mr. Stilwell, correct?
08        A.     Correct.
09        Q.     And he asked them if they're
10   able to respond to Gordon's request below.  I
11   guess if using the whole well model, you
12   would need to adjust the downhole conditions
13   to get the desired wellhead pressures.  Are
14   you able to simply add the wellhead pressures
15   as a boundary condition?  I've attached the
16   chart I created from Adam Ballard, Sims, and
17   yours, which I quadratically extrapolated to
18   a leakage rate of 70,000 barrels a day, which
19   is what Gordon was after.
20             Did I read that right?
21        A.     You did.
```

```
   22        Q.      So according to Mr. Austin's
   23  model, the well was flowing at 70,000 barrels
   24  a day?
   25        A.      That's not correct.
00248:01        Q.      Okay.  Explain that to me.
   02        A.      I recall when -- when we asked
   03  him to create the model, it was to an upper
   04  end simply for modeling.  We could have
   05  chosen 50, 40, 100.  We could have chosen any
   06  number.  We chose 70 to see -- create the
   07  model that -- that works up to 70.
   08        Q.      But he extrapolated a leakage
   09  rate, correct?
   10        A.      That's what it says here.
   11        Q.      He didn't use it as an
   12  assumption?  He came up with a conclusion,
   13  correct?
```

Page 248:15 to 248:18

```
00248:15        A.      Not correct.
   16        Q.      Well, how -- why would you be
   17  extrapolating a leakage rate if that was an
   18  assumption you used in the model?
```

Page 248:20 to 248:25

```
00248:20        A.      To -- to reach the end of the
   21  range that we had suggested he go to.
   22        Q.      Well, what range did you
   23  suggest?
   24        A.      I don't recall, but it was
   25  something around zero to 70.
```

Page 249:22 to 256:22

```
00249:22  I believe you testified that you
   23  got a degree in electrical engineering?
   24        A.      Electrical and electronic.
   25        Q.      Okay.  And was that the
00250:01  equivalent of a bachelor's degree?
   02        A.      That's a bachelors, yes.
   03        Q.      Okay.  Do you have any degrees
   04  beyond that?
   05        A.      I have an MBA.
   06        Q.      An MBA.
   07                What -- before you entered
   08  management, you -- you stated a lot of the
   09  different places where you were working.
   10        A.      Yes.
   11        Q.      And I'd like to -- to slow down
   12  a little bit and sort of talk about what
   13  roles you were filling in -- in those places.
```

```
14        A.      Sure.
15        Q.      So if you could -- if you could
16 start again, just tell me what your job
17 titles were.
18        A.      Right at the beginning?
19        Q.      From the beginning, yes.
20        A.      Okay.  So I graduated from
21 college and -- and joined a service company
22 where I trained for about six or nine months
23 with them in an oil field service company.  I
24 then joined BP at that point.
25                So it wasn't long after college
00251:01 that I joined BP, and I joined their two-year
02 graduate training program where I held three
03 or four different roles during that two years
04 as part of the training program.
05        Q.      What were those roles?
06        A.      So those roles were -- let me go
07 back.  So one was a facility engineer at
08 Sullom Voe Terminal in the Shetland Islands
09 in the UK.  One was an offshore maintenance
10 engineer in the Magnus Field in the North
11 Sea.  One was an onshore engineering --
12 facilities engineering role in onshore in
13 Aberdeen, in the BP office in Aberdeen.  I
14 think these -- these were the three roles --
15 I think, during training.
16                I then graduated from the BP
17 graduate training program, and I went back to
18 Sullom Voe Terminal in the Shetland Islands.
19 That was an oil terminal receiving oil from
20 the North Sea, and I spent two years there as
21 a facilities engineer in the power station as
22 its own independent power station in -- in
23 the -- on the island.  And I was part of the
24 leadership in the power station, and I was a
25 facilities engineer in the power station.  I
00252:01 was called a plant engineer at that time.
02                After two years there, I then
03 moved back to Aberdeen, and I joined the
04 Miller Field development.  So that was an oil
05 field that had been discovered in the North
06 Sea that we were developing.  So we were
07 building -- we were designing and building
08 the facilities for that field.  So my initial
09 role was to join the design team.  So I was a
10 design -- facilities design engineer.
11                I then went to the construction
12 yard and helped build the modules for that
13 platform in the -- in the yard in England.  I
14 then went offshore and helped -- I had a
15 role, the offshore construction engineer,
16 taking it right through to first production.
17 So I was on the platform when we started it
18 up.
```

```
19              After that, in the same field
20  group -- the same organization was in BP
21  Aberdeen -- I then moved to a support role, a
22  facilities engineering support role doing
23  control systems, engineering for the surface
24  facilities.  So I did that for probably a
25  year and a half.
00253:01              I then went back offshore on
02  rotation.  So I went two on, two off, into
03  the North Sea working offshore as an offshore
04  operations engineer, so basically, the deputy
05  manager on the platform running day-to-day
06  production operations.
07              I did that for about, you know,
08  a year and a half, two years, and then I
09  spent a short time -- I was promoted and --
10  and spent a short time -- relatively short
11  time as the offshore installation manager on
12  the same field, so a relatively long period
13  in that one field in a number of different
14  roles.
15              I then -- I then moved to
16  London, and my first role in London as a
17  career -- as a development role, I joined
18  BP's oil trading organization in a commercial
19  role.  And I was there for a relatively short
20  period of time when the BP/AMOCO merger
21  happened.  So that would be 1990ish.
22              And I was then asked to go into
23  the headquarters, in the corporate
24  headquarters to become an executive
25  assistant.  So I did that for about a year
00254:01  and a half in corporate headquarters during
02  the time of the BP and AMOCO merger.
03              I then -- during that phase, I
04  also had a short time working in human
05  resources, now I recall.  But that was about
06  six or eight months as -- again, as career
07  development.  I then went to Azerbaijan to do
08  some -- to live in Azerbaijan to do -- to
09  lead some appraisal work on -- that was going
10  on on a discovery in Azerbaijan.  I was there
11  for about 19, 20 months, and I then went to
12  Alaska.  I was transferred to Alaska.
13              My title in Alaska was
14  performance unit leader for the Alaska
15  consolidated team.  And basically, I was
16  responsible for production -- basically, all
17  operations within the non-Prudhoe Bay fields
18  in Alaska.  So the fields were Milne Point,
19  Badami, Endicott and North Star.  And there
20  were non-operated interests in Kuparick, so
21  the non-Prudhoe Bay fields up in Alaska.
22              From Alaska, I was there two
23  years, and then I was transferred to Canada
```

```
        24   to be the business unit leader for our
        25   exploration and production business in the
00255:01   West Coast of Canada, only for the upstream
        02   part of the business.  We have a mid-stream
        03   and a downstream part of the business, which
        04   I was not responsible for.
        05              After the Canada, I was -- so
        06   that would take us to January '05.  I was
        07   then transferred back to the North Sea to be
        08   business unit leader for some of the mature
        09   production fields in the North Sea.  I've
        10   been there until about '07, I guess.  I don't
        11   recall exactly when, but then I moved back to
        12   the corporate headquarters to be the head of
        13   office and running the office for Tony
        14   Hayward when he was the head of upstream.
        15   Before he became group chief executive, he
        16   was head of the upstream.
        17              When Tony became head of the
        18   upstream -- I'm sorry -- head of the group,
        19   group chief executive and Andy Inglis took
        20   over for him, I stayed in role and I became
        21   head of office for Andy Inglis, so basically,
        22   running his office for him.
        23              After that, that takes us to --
        24   a ways, I guess.  I became the technology
        25   vice president for operations, HSE and
00256:01   engineering, initially, based in London.
        02   Then I transferred to Houston doing the same
        03   role in Houston.  That's a global role,
        04   leading technology programs and making sure
        05   we have the right people within these
        06   disciplines to -- to do whatever needs to be
        07   done in the company.
        08              Then I was deployed into Macondo
        09   in April.  I worked right through till the
        10   end of the first week in August, as I recall,
        11   in Macondo.  I went back to my previous role
        12   for a short period of time.  We then
        13   restructured sometime in 4Q -- late 4Q.  I
        14   don't remember exactly when in 2010, and I
        15   joined the safety and operational risk team
        16   as the -- the head of safety and operational
        17   risk for one of the -- the divisions.
        18              I did that through until late
        19   June of this year when I was asked to do --
        20   lead a project in the former Soviet Union
        21   looking at field development, and that's
        22   my -- my current role based in London.


Page 257:01 to 261:02


00257:01   You were an offshore operations
        02   engineer?
        03         A.      Correct.
```

04        Q.      What does an operations engineer
05   do?
06        A.      Day-to-day, ensure on the
07   platform -- a producing platform, ensure
08   safety has been adhered to so that the place
09   is being run safe, maintenance activities are
10   being done efficiently, safely, make sure
11   that production is being optimized so that
12   the wells are optimized, and generally making
13   sure the place runs smoothly without any --
14   any hiccups.
15        Q.      I've seen references to flow
16   assurance engineers who, my understanding --
17   please correct me -- is -- is -- ensure that
18   pipelines and -- and other mechanisms for
19   delivery of -- of hydrocarbons are -- are
20   running smoothly.
21              That's -- that's different than
22   an operations engineer?
23        A.      It is.  Engineers tends to be
24   the higher end of the technical range, and
25   particularly for deepwater subsea systems
00258:01   where the crude can get cold just transferred
02   from the wellhead to the platform.
03   Calculating how you keep that flowing is a
04   big deal.  It was less of an issue in the
05   North Sea because it's much shallower water
06   and much less of an issue, so it's different.
07        Q.      Thank you.
08        A.      There was one -- just for
09   completeness, there was one role that I did
10   that I didn't mention.  Within the Miller
11   Field, sometime in that period, I did about
12   one year as a metering engineer.  So that was
13   related to measurement of oil and gas, but on
14   the surface.
15        Q.      And the other role that I had a
16   follow-up question about was, you said you
17   did appraisal work in Azerbaijan?
18        A.      Yeah.
19        Q.      Do you have any geology
20   background or -- you said earlier you were
21   not a reservoir engineer --
22        A.      I'm not.
23        Q.      -- or specialist.
24        A.      No, I'm not.
25        Q.      Were you overseeing, sort of,
00259:01   geologists and reservoir engineers?
02        A.      I did.  I had a number of
03   geologists and reservoir engineers underneath
04   me, very experienced people.  I was not
05   necessarily -- I am not a reservoir engineer
06   or a geologist, but I had a strong technical
07   reservoir and geological team underneath me.
08        Q.      Okay.  Thank you.

```
09                  And then certainly, you spent a
10      lot of time today talking about your role
11      during the response to the Macondo blowout,
12      and I'd like to sort of summarize what I --
13      what I heard this morning, make sure we have
14      that correct and -- and make sure we have a
15      complete -- complete understanding of what
16      you did.
17                  I believe you stated that
18      shortly after the blowout, you were tasked
19      with analyzing the kink in the riser and
20      whether that was an impediment -- that would
21      be an impediment to flow.
22          A.      I was -- that's almost correct.
23      Let me just correct it.
24                  I was tasked with examining the
25      kink in the riser with a view to determining
00260:01    its integrity.
02          Q.      Okay.
03          A.      Not whether it was holding back
04      flow, but was it going to last any
05      significant period of time.
06          Q.      Why was its integrity important?
07          A.      Because if the integrity had
08      failed, then -- and if -- and it's an
09      assumption -- if it had been holding back
10      flow because it was, you know, bent over,
11      then if we -- if it failed, more flow could
12      flow into the ocean.
13          Q.      Okay.  But you would not
14      characterize your job as evaluating whether
15      more flow would go into the ocean?  It was --
16      even though that was the reason why you were
17      studying -- what you were studying?
18          A.      That is correct.  I was studying
19      the integrity of the kink, such that if, only
20      if, it was holding back flow, we would know
21      how long the kink was going to last, and if
22      it failed, then maybe more oil would go into
23      the ocean.
24          Q.      And the reason why this was
25      important was because you wanted to minimize
00261:01    how much oil was going into the ocean?
02          A.      That's absolutely correct.
```

Page 261:23 to 262:04

```
00261:23    Q.      You stated that minimizing the
24      amount of flow into the ocean was important
25      for BP.
00262:01    A.      Correct.
02          Q.      And part of that, it seems to
03      me, would be knowing how much flow is going
04      into the ocean.
```

Page 262:06 to 262:06

00262:06        Q.      Isn't that reasonable?


Page 262:08 to 264:25

00262:08        A.      We were focused on making sure
     09 we didn't make it worse, in any action we
     10 took, we did not make it worse.  That's what
     11 we were focused on, rather than what is the
     12 absolute number.  Because we didn't know
     13 anything that was happening below the end of
     14 the riser, so calculating flow at that point,
     15 we just didn't know anything.  We didn't know
     16 how much of the reservoir was uncovered by
     17 the cement.  We didn't know how much debris
     18 was in the -- in the well.  We didn't know
     19 the flow path up the well.  We didn't know
     20 the wellhead pressure.  We didn't know how
     21 much the kink was holding back.  None of that
     22 was known.
     23        So trying to -- even if we tried
     24 to calculate flow rates, it would have been
     25 using massive assumptions.  Because at that
00263:01 point, we just didn't know any of the data
     02 required to calculate flow.  So our job was
     03 to try to minimize making it worse.
     04        Q.      If you could turn to tab 1 in
     05 your -- in the binder in front of you.
     06        MR. CHAKERES:  And we're going to go
     07 ahead and mark this as exhibit 5064.
     08        (Exhibit Number 5064 marked.)
     09        MR. CHAKERES:  And another version of
     10 this e-mail may have been in an exhibit this
     11 morning, but I'm marking this because I think
     12 there was an attachment that was -- that was
     13 not present in the other.
     14        Q.      First, let's go ahead and
     15 identify the document.
     16        A.      Yeah.
     17        Q.      This is an e-mail from Jason
     18 Caldwell to a number of individuals,
     19 including yourself, some time on Monday,
     20 April 26th, 2010?
     21        A.      That is correct.
     22        Q.      And the time stamp on this is
     23 1:19:25?
     24        A.      Correct.
     25        Q.      Okay.  I'd like you to turn to
00264:01 the next page, which is a native document, so
     02 it doesn't have a Bates number, but it was
     03 the first attachment to this e-mail as
     04 produced.
     05        And under Houston, Texas, do you

06   see your name down there?
07        A.    I do.
08        Q.    And so it says next to you,
09   riser integrity and flow analysis.
10        A.    It does, yeah.
11        Q.    Okay.  What component of your
12   job was flow analysis?
13        A.    Well, again, simply using
14   reasonable ranges of flow to calculate the
15   riser integrity.  It was as simple as that.
16   Making sure that we were using reasonable
17   estimates of flow assumptions, 'cause we
18   didn't know, to try to determine how long the
19   kink would retain integrity before it failed.
20        Q.    Were you at any time directed to
21   communicate with the reservoir engineers in
22   the Gulf of Mexico exploration group about
23   their estimates of flow out of the well?
24        A.    I was -- I was not, that I can
25   recall.  I was not, that I can recall.


Page 265:19 to 267:10

00265:19  MR. CHAKERES:  Okay.  We're going to
20   mark this as exhibit 5065.
21        (Exhibit Number 5065 marked.)
22        Q.    And this is an e-mail from Mike
23   Mason to yourself and James Dupree sent on
24   Sunday, May 16th, 2010?
25        A.    Yep.
00266:01       Q.    And earlier today you testified
02   about a different e-mail that you had receive
03   from Mike Mason.
04             And you explained that he's a
05   reservoir engineer?
06        A.    Yeah, he's a specialist.  He's a
07   reservoir engineer.
08        Q.    Okay.  And that earlier e-mail
09   appeared to have estimates of flow versus
10   depletion of the reservoir pressure?
11        A.    Based on a model.
12        Q.    Based on a model.
13             And if you could flip to the
14   attachment to this -- to this e-mail, there's
15   a couple of tables.  There's no Bates number,
16   again, because it's a native format document,
17   but you see a color graph entitled Macondo 1
18   Expected Reservoir Depletion (Mbal Model)?
19        A.    I do, yes.
20        Q.    And it has various -- they look
21   like straight lines, but we'll call them
22   curves, with what appear to be flow rates,
23   5 mbopd, 20 mbopd, 60 mbopd, 86.6 mbopd, for
24   each of those curves.  And they show, on the
25   Y-axis, reservoir pressure depletion.

```
00267:01        A.      Yes.
     02        Q.      Okay.  Setting aside -- I think
     03   you already testified that you were not
     04   familiar with the reservoir engineering
     05   models at the time.
     06        A.      I was not.
     07        Q.      But you were never told by
     08   anybody reservoir engineers are using numbers
     09   as high as 86.6 thousand barrels of oil per
     10   day in some of their modeling?
```

Page 267:13 to 268:12

```
00267:13        A.      So I can see 86 mbd in the upper
     14   end of the model here, yes.
     15        Q.      Yes.
     16        A.      As an -- I mean, clearly there's
     17   a range here from 5 up to 86.
     18        Q.      Right.
     19        A.      So, again, it's a range as an
     20   input to a model.
     21        Q.      Sure.  And all I'm trying to ask
     22   is, you had ranges from 1 to 10,000 barrels
     23   of oil per day that you were using to
     24   calculate potential erosion through the kink,
     25   and the reservoir engineers are using much
00268:01   higher top ends of their estimates, and I'm
     02   wondering why there's a difference.
     03        A.      Just different assumptions in
     04   different models.  We didn't have one source
     05   of ranges.  There was different engineering
     06   teams working on different models at
     07   different times.  So I don't know why Mike
     08   chose to use 5 to 86.6.  I just don't know.
     09              All I do know at this point, we
     10   didn't know what the flow rate was because we
     11   simply couldn't -- we didn't know what was
     12   down the well.
```

Page 269:04 to 273:22

```
00269:04   want to make sure I get this right.  And
     05   let's go back to that tab 13 really quickly.
     06        A.      Tab 13?
     07        Q.      Tab 13 -- I'm sorry -- in the
     08   Plaintiffs' Steering Committee binder.
     09        MR. OCCHUIZZO:  Counsel, this was
     10   exhibit 5061?
     11        MR. CHAKERES:  That's what I have, yes.
     12        Q.      And this is an e-mail from David
     13   Horsley to you on Wednesday, May 5th, 2010?
     14        A.      Yes.
     15        Q.      And then there's an attachment
     16   to that.  And I want to just read.  Under the
```

17  first header on the first page of the
18  attachment, the first header is, estimate of
19  geometry.
20      A.      Uh-huh.
21      Q.      And I'm just going to read it
22  and ask you if you -- if I've read it
23  correctly.  It says, an estimate of the
24  existing geometry of the riser pipe has been
25  developed in the form of a 3-D surface mesh.
00270:01  This mesh has been compared to photographs
02  from several angles to ensure best fit.
03              Did I read that correctly.
04      A.      You did, yes.
05      Q.      Okay.  And then the second
06  bullet to that says, cross-sections to
07  each -- and subbullet -- to size junk shot,
08  and second bullet, to estimate flow.
09              And then -- did I read that
10  correctly?
11      A.      You did, yes.
12      Q.      Okay.  And then the next header
13  is, estimates of flow.
14              Did I read that correctly?
15      A.      You did, yep.
16      Q.      Okay.  And you mentioned several
17  times that it was not the job of your team to
18  estimate flow, given the size of the -- of
19  the riser kink?
20      A.      That is correct.
21      Q.      What is -- it appears from here
22  as though the geometry is being used to
23  estimate flow.
24      A.      As one of the inputs to the flow
25  model, yes.
00271:01      Q.      Okay.
02      A.      'Cause it -- I mentioned earlier
03  that this theoretical orifice, if you take
04  all the restrictions and add them up into one
05  orifice, we were doing work to try and
06  determine the size of the orifice.  But
07  again, we didn't know the flow rates, so
08  we're using estimates of -- using ranges,
09  again, on various geometries to see what the
10  erosion rates were.
11      Q.      Okay.  And then once you get the
12  geometry, was somebody using that geometry to
13  try to estimate flow out of the well?
14      A.      There was a model using geometry
15  that -- that came up with a range of flow
16  rates.  But, again, the inputs to that model
17  were simply assumptions.  We didn't know what
18  the wellhead pressure was.  We didn't know
19  what the downhole pressure was.  And we
20  didn't know the restriction, how much debris
21  was in the well.

```
22        Q.     Sure, granted that there were
23   unknowns at the time.
24               Who was estimating flow using --
25   using the model you just mentioned?
00272:01         A.     Primarily Trevor Hill.
02        Q.     Okay.  Thank you.
03               Do you know of anybody else who
04   was helping Trevor Hill in that endeavor?
05        A.     Trevor had a small team.  One
06   gentleman based in the UK -- I don't think he
07   was in Houston -- called Tim Lockett, worked
08   for Trevor, Tim Lockett.  And there was
09   another gentleman, but I don't remember the
10   name.
11        Q.     Okay.  Thank you.
12               If we could stay with this
13   binder in front of you and go back to tab 26,
14   which I believe was marked as exhibit 5063.
15               Okay.  And this is, in fact, an
16   e-mail from Trevor Hill to you.  It's the
17   last e-mail in the chain -- I'm sorry -- the
18   last in time e-mail in the chain.
19        A.     Let me just check.  Are we
20   looking at the same document?  Document 5260?
21        Q.     Yes.
22        A.     Okay.
23        Q.     And the previous e-mail from
24   Julian Austin is sent to Trevor Hill and Tim
25   Lockett.  Those are the individuals you were
00273:01   just referencing?
02        A.     They were, yes.
03        Q.     Okay.  Do you know if Paul Tooms
04   was involved in trying to calculate flow out
05   of the well?
06        A.     Paul was part of this team, and
07   he did indeed lead this team after I left to
08   go onto night shift.  This was a day shift
09   team.
10        Q.     I'm sorry, which team did Paul
11   Tooms lead?
12        A.     So initially straight after the
13   incident, I led this team in the very early
14   days.  And then on the -- and that included
15   Paul, Paul Tooms, and Trevor Hill.  And then
16   on the 7th of May, I stopped doing that job,
17   moved into a different job, and then handed
18   the role over to Paul Tooms.  So he led the
19   team from that point onwards.
20        Q.     The team that you handed over to
21   Paul Tooms, was that team attempting to
22   calculate flow rate?
```

Page 273:24 to 275:09

```
00273:24         A.     It was not.  It was using flow
```

```
        25  rate estimates to work on erosion.  And then
00274:01  the team actually evolved over time to work
        02  on other options for capping the well.
        03      Q.    Okay.  What team was working on
        04  calculating flow rate?  I thought you just
        05  mentioned that Trevor Hill and Tim Lockett
        06  were involved in using a number of
        07  assumptions, including the orifice size at
        08  the -- at the riser kink to calculate flow
        09  rate.
        10      A.    No, they were primarily focused
        11  on using assumed flow rates to calculate
        12  erosion.  That was their primary role.
        13      Q.    So --
        14      A.    So we're using geometry.  We're
        15  using -- so the measured geometry from the
        16  diagram, assumed flow rates, assumed
        17  pressures and assumed sand content, assumed
        18  restriction in the kink, to try to calculate
        19  erosion rates.  That was the task that we
        20  were given.
        21      Q.    Okay.  Was there ever any
        22  attempt, that you're aware of, by any teams,
        23  to calculate flow rate given -- given other
        24  information?
        25      A.    Right.  The only one I recall is
00275:01  Mike Mason at one point, and he copied me on
        02  some data.  He had a temperature from the
        03  surface of the riser.  He got a temperature
        04  measurement from the surface of the riser
        05  subsea, and he used coefficient data from
        06  other wells in the Gulf of Mexico and the
        07  temperature from Macondo to try and determine
        08  a flow rate.  So that's the only one I'm
        09  aware of.
```

Page 275:14 to 278:04

```
00275:14      Q.    How was the temperature
        15  measured?
        16      A.    By taking a simple temperature
        17  probe on the end of an ROV arm and going one
        18  mile down to the surface of the riser under
        19  the sea, placing it on the steel, on the
        20  surface of the riser.
        21      Q.    It wasn't inserted into one of
        22  the holes in the riser?
        23      A.    Absolutely not, no.
        24      Q.    Are you aware of a temperature
        25  probe being inserted into one of the holes in
00276:01  the riser?
        02      A.    I am not.
        03      Q.    Okay.  So May 7th, you handed
        04  over leadership of this team to Paul Tooms?
        05      A.    That's correct.
```

06          Q.      And you assumed night shift, but
07  I don't think I -- I clearly got, what were
08  your responsibilities during your -- your
09  night shift?
10          A.      I was in the crisis center
11  working from 6:00 p.m. till 6:00 a.m.
12  providing executive support to the team that
13  was working in -- in the room, in the crisis
14  center.  So the team was largely under the
15  control of Unified Command, and I was the
16  outside.  I was not part of Unified Command.
17              So, for example, marine safety
18  was a large part of what I did on a
19  day-to-day basis.  Every evening, we'd meet
20  in a room, and all the captains from all the
21  vessels -- or most of the vessels, maybe not
22  all, but most of the big vessels and the rigs
23  around the source would call in.  We'd talk
24  about the plan for that evening, what ships
25  were doing what, what ROVs were going to be
00277:01  running the water, et cetera, what the tasks
02  were for that evening.
03              So it was just being present on
04  the night shift, trying to support the team
05  to make sure things were being done safely.
06          Q.      Is that similar to the role --
07  or were you working closely with Neil
08  Crammond?
09          A.      I was, yes.  Neil, for most of
10  the time, was part of Unified Command.  He
11  was part of the structure, as I recall.  I
12  think that's right.  I was not part of the
13  Unified Command structure.
14          Q.      How long did you work in that
15  role?
16          A.      Roughly -- I don't remember
17  exactly, but roughly through to -- around
18  about -- around about April, May, June, so
19  around about the 9th of June, roughly.
20          Q.      Okay.  So were you on
21  decision-making calls or in decision-making
22  meetings regarding the top kill?
23          A.      I was in the meetings where
24  decisions -- where top kill was discussed,
25  but I did not make any of the decisions or
00278:01  was party to any of the decisions about top
02  kill.  It was just not my expertise.  It's a
03  very specialized area of oil field
04  management.


Page 278:09 to 280:19

00278:09          Q.      Okay.  When the riser was cut,
10  that was one of the first few days in June?
11          A.      I don't recall exactly when it

```
12   was, but that sounds about right.
13        Q.       Okay.  Do you recall any
14   discussions about whether that affected the
15   flow rate?
16        A.       I remember discussions before we
17   cut the riser as to whether the flow would
18   increase.  And, in fact, there was a piece of
19   work that Mike Mason did to try to predict
20   the percentage.  Not the absolute flow,
21   because we didn't know the absolute flow, but
22   making, again, a whole bunch of assumptions;
23   if we removed the riser, what would be the
24   percentage increase in flow rate at that
25   point.  And there is a -- I do recall a
00279:01   document with that analysis on it.
02        Q.       Okay.  Were you aware that some
03   time in the middle of May, there began to be
04   collected pressure readings from the BOP?
05        A.       I recall, first of all, we had a
06   pressure reading from above the BOP.  To get
07   to that, we had to install the pressure
08   meter, the pressure gauge.  We found a
09   topping -- a plug -- or a piece of pipe with
10   a valve on it that went into -- above the
11   BOP, but before the kink, so that -- that
12   vertical piece of pipe.
13             We found a small bore piece of
14   pipe with a valve on it.  So we were able to
15   go down in the ROV, cut the pipe and install
16   a pressure transmitter into that.  So we got
17   a pressure reading above the BOP.
18        Q.       I'm sorry, if I could just ask
19   one -- do you recall when that was?
20        A.       I'm sorry, do I recall?
21        Q.       When that was done.
22        A.       I do not.  But it was a well --
23   it was a well-documented event, when we got
24   that first pressure measurement, because it's
25   the first piece of real data that we had.  I
00280:01   actually don't recall.
02             And then there was another
03   pressure transmitter, which is below the BOP,
04   and some time in the later part of the
05   response -- and, again, I don't recall
06   exactly when -- we were able to get a reading
07   below the BOP.  But as I recall,
08   subsequently, we found out it was out of
09   calibration.  It was reading erroneously by
10   about 900 psi.
11        Q.       And how did you come to the
12   determination that it was out of calibration?
13        A.       I didn't, but I remember it
14   being talked about, that it was suspected of
15   being out of calibration.
16        Q.       Do you remember any discussion
```

```
17  of calibrating this -- this pressure gauge?
18      A.    I -- I only recall conversations
19  about the error, not about calibrating it.
```

Page 281:01 to 281:23

```
00281:01  (Exhibit Number 5066 marked.)
02      Q.    And first of all, identify the
03  document.  It should be an e-mail from Paul
04  Tooms to a number of individuals, including
05  yourself, sent Friday, June 11th, 2010.
06      A.    Yes.
07      Q.    Okay.  And the subject line
08  says, historical BOP pressure?
09      A.    I see that, yes.  That's what it
10  says, yes.
11      Q.    And then the text says, attached
12  is a chart showing BOP pressure over time
13  from when the acoustic transmitter has been
14  operating.  The pressure from the transmitter
15  below the BOP test rams have been calibrated
16  against the gauges we installed for the top
17  kill and have a correction factor of 966 psi
18  already applied.
19          Did I read that correctly?
20      A.    You did, yes.
21      Q.    Is that the error of around
22  900 psi that you mentioned earlier?
23      A.    It is.
```

Page 283:01 to 283:17

```
00283:01      Q.    -- about BOP pressure readings.
02          Are you familiar with any
03  further attempts, besides what you just
04  mentioned, to get pressure or temperature
05  readings at the wellhead?
06      A.    Other than the three I've
07  described.  So the one above the BOP, which
08  is referred to in here as the mud boost line,
09  that's the first one, which we got through
10  installing a transmitter.
11          The one below the BOP, which is
12  a pressure transmitter, which a lot of this
13  is based on with the 900 psi error.
14          And then the temperature
15  measurement I discussed, surface temperature
16  on the riser.  They're the only three pieces
17  of information I recall measuring.
```

Page 283:22 to 284:11

```
00283:22  the response.  So you were -- when did you
```

```
23   stop doing the -- the night shift, what day
24   in June did you say?
25        A.    Approximately -- so this is very
00284:01   approximately -- around about the 9th of
02   June, I believe.
03        Q.    What did you do after that?
04        A.    I went back on to day shift.
05   And the role that James Dupree had, which had
06   been -- had been multifaceted, I took over
07   part of that role, which was supervising
08   operations and planning for operations on day
09   shift.  James was freed up then to interface
10   with the government and the Unified Command,
11   et cetera.
```

Page 284:20 to 285:25

```
00284:20        Q.    Okay.  Did you have interactions
21   with the United States government?
22        A.    My main interaction during this
23   period was the morning planning meeting and
24   the evening planning meeting where we talked
25   about what work would be done through the
00285:01   Unified Command with the ROVs and the
02   vessels, et cetera, et cetera.
03             So we talked about the
04   short-term plan and the longer-term plan.
05   And various government officials were always
06   at these meetings.  So the Coast Guard was
07   always there, government scientists were
08   there most of the time.  There were others I
09   didn't recognize were there.  The Navy were
10   there at one point, as I recall.  So there
11   were numerous government people.
12             So my interaction was -- I was
13   present at that planning meeting and quite
14   often chaired the planning meeting, and
15   government officials would be there.  That
16   was my main interaction with them.
17        Q.    In your experience, were those
18   government officials doing everything they.
19             Could to try to get well capped?
20        A.    Yes, I believe they were.
21        Q.    Okay.  Just so I'm -- I'm clear
22   on -- on the scope of your role, these were
23   source control operations that you were
24   helping to coordinate?
25        A.    They were.
```

Page 286:07 to 287:17

```
00286:07        Q.    Okay.  You did have
08   responsibility for -- to some degree, for the
09   source control efforts that -- that we've
```

```
10  mentioned already, the top hat, the capping
11  stack, and subsea dispersant application?
12          A.    Well, taking them one at a time.
13          Q.    Yes.
14          A.    So -- so the top hat, I had a
15  responsibility for running it down.  I didn't
16  design it and didn't build it, but I was -- I
17  had a responsibility to -- to oversee the
18  running of it.  And then once we started to
19  produce up the top hat, making sure the --
20  the measurements, the production measurements
21  were taken timely and accurately.  So that
22  was the top hat.
23          And the same with the capping
24  stack.  I had no responsibility for design.
25  And, in fact, when it was being run, I was in
00287:01  the UK.  I had to leave to go to my son's
02  graduation in the UK, so I didn't see it
03  being run.  And the third one, you mentioned
04  was?
05          Q.    Subsea application of
06  dispersant?
07          A.    Yeah.  So my only responsibility
08  there was receiving permission from Unified
09  Command to apply subsea dispersants.  There
10  were written instructions given us to the
11  amount we could apply to the -- the flowing,
12  the -- the oil, so the amount and when we
13  could start and when we had to stop.
14          So once I received the written
15  instructions from Unified Command, that went
16  into the planning process that I was running
17  at that time, and then it got executed.
```

Page 289:22 to 291:19

```
00289:22  At some point, you went back to
23  the UK for your son's graduation?
24          A.    That's correct.
25          Q.    Did you then return to Houston
00290:01  and resume response duties?
02          A.    I did.
03          Q.    Okay.
04          A.    And by then, the cap was on.
05          Q.    Okay.  What did you do --
06  what -- what were your responsibilities after
07  the cap was placed?
08          A.    So I -- I return, the cap was
09  on.  So I resume that planning process with
10  day and night.  We met twice per day to plan
11  because there was a pressure test, we called
12  a buildup test required, which meant the well
13  was to be left shut in but monitored.  The
14  pressure buildup monitored and reported to
15  the government.
```

```
16              And -- and so I was -- made sure
17  that nothing interfered with that task, none
18  of the ROVs were going to interfere with the
19  task, that everything on the surface was
20  safe, all the vessels were safe on the
21  surface.
22              I do recall one of my duties was
23  the -- one or two of the valves on the
24  capping stack, the hydraulic pressure dropped
25  and they started to open.  So my -- one of my
00291:01  roles was to help figure out how we clamp
02  them closed.  The hydraulic pressure had
03  dropped on the -- on the valves, so I -- I
04  had a -- a role in overseeing the clamping
05  down of these valves so they couldn't open.
06        Q.    Are these rams, or are these
07  valves --
08        A.    No, the choke -- on the choke
09  and kill lines.
10        Q.    On the choke and kill lines?
11        A.    Yeah.  They were hydraulic
12  fail-open.  So in other words, if the
13  pressure dropped, they could open up, which
14  we clearly didn't want at that time while we
15  were doing a pressure test on the well.
16        Q.    So your job was to ensure that
17  nothing interfered with this well integrity
18  test?
19        A.    That's correct.
```

Page 292:02 to 293:13

```
00292:02        Q.    Do you know anything about the
03  calibration of the pressure gauges on the
04  capping stack?
05        A.    Other than I know it was quite
06  difficult.  I remember talking to people just
07  in the corridor, that it was a difficult
08  calibration.
09        Q.    Could you tell me a little bit
10  more about that?
11        A.    Just that, you know, there were
12  lots of people in the corridor and -- over
13  40.  You know, a hundred days, we got to know
14  them.  And there was -- I don't remember
15  explicitly who, but the -- the calibration
16  was very narrow, as I recall.  That was
17  the -- the issue, how do you calibrate a -- a
18  transmitter with a very small range on it.
19        Q.    Okay.  And I think -- I just
20  want to make sure it's clear for the record.
21  There might have been a word that you'd
22  forgotten.
23              You don't recall who you
24  heard --
```

```
        25        A.     I do not.
00293:01        Q.     Okay.  Earlier today you
       02  mentioned that the estimate that you used way
       03  back at the beginning of the response when
       04  you were involved in -- in the riser kink
       05  team was from the United States government.
       06              You were using United States
       07  government numbers?
       08        A.     We were using that to base the
       09  range on.  I mean, at one point, I think the
       10  government range -- the government number was
       11  5, so we would use 0 to 10.  So we didn't use
       12  the government number upper end of the range.
       13  We used -- that was a gauge.
```

Page 294:01 to 294:10

```
00294:01        Q.     Okay.  Because all I want to
       02  make sure -- I mean, pressure measurements
       03  down at the -- at the bottom hole would have
       04  been taken before the blowout by BP, correct?
       05        A.     Yes, it was our reading from
       06  before the blowout, as I recall.
       07        Q.     And that would be the only
       08  source of downhole pressure numbers?
       09        A.     I believe that's correct.  I
       10  can't think of any others.
```

Page 294:24 to 295:07

```
00294:24  not -- it would have been impossible -- it
       25  would have been impossible to take wireline
00295:01  logs after the blowout?
       02        A.     That is correct.
       03        Q.     And it would have been
       04  impossible to collect reservoir fluid from --
       05  from downhole after the blowout?
       06        A.     During -- while the well was
       07  flowing, that is correct.
```

Page 295:10 to 295:19

```
00295:10        Q.     Rotary sidewall cores from the
       11  reservoir sands would have had to have been
       12  taken by BP before the blowout, right?
       13        A.     They certainly couldn't have
       14  been taken during the blowout.  So I think by
       15  extension, the answer is yes.
       16        Q.     Yes.
       17        A.     Also, I don't -- just for
       18  clarity, I do not know if that particular
       19  technique was used.
```

Page 299:15 to 302:21

```
00299:15  You said that you were head of
      16  office for Tony Hayward and then later Andy
      17  Inglis; is that correct?
      18        A.    That is correct.
      19        Q.    When did you first take over
      20  that job?
      21        A.    I -- I think very late '06, from
      22  memory, I started working with Tony, and then
      23  when he got promoted to the group chief
      24  executive, Andy came in.  I continued with
      25  him.
00300:01        Q.    Okay.
      02        A.    I think it started in very late
      03  '06.
      04        Q.    All right.  And then you moved
      05  in '08, was it, to technology at BP?
      06        A.    That's correct.
      07        Q.    Okay.  During that head of
      08  office period, did your job change at all
      09  when you were working with Mr. Hayward as
      10  opposed to working with Mr. Inglis?
      11        A.    Not really.  The -- the basic
      12  role stayed the same.
      13        Q.    Okay.  Describe that role for
      14  us, please.
      15        A.    It was primarily about making
      16  sure he had the right information at the
      17  right time for the decisions that needed to
      18  be made.  That -- that was a large part of
      19  it.  Part of it was communicating with his
      20  direct reports.  We had a large number of
      21  reports around the world.  Make sure that
      22  they had the information they needed and
      23  generally making the meeting schedule was
      24  handled properly.  The meeting was set up,
      25  the agendas, it was timely, and minutes were
00301:01  taken, so the functioning of an executive
      02  office.
      03        Q.    Okay.  Did you ever represent
      04  Mr. Hayward or Mr. Inglis in any of their
      05  functions?
      06        A.    Only once, that I recall.  Only
      07  one -- one meeting I was sent to for
      08  Mr. Inglis, which was one time going to the
      09  group operations risk committee.  I do recall
      10  that.
      11        Q.    That's the GORC?
      12        A.    That is correct.
      13        Q.    Okay.  What about the SEEAC,
      14  which was a board of the -- or a committee of
      15  the board of directors?
      16        A.    During that period, I don't
      17  recall attending that meeting.  I do not
```

```
18    recall.  I don't think I did.  That was a
19    very high-level meeting that I typically
20    wouldn't expect to go, even as a -- as a
21    delegate.
22         Q.    Okay.  We'll get into your job
23    with Mr. Inglis and Hayward in a little
24    while.  I wanted to go on now to your
25    position as technology vice president for
00302:01  operations, HSSE and engineering, correct?
02         A.    Correct.
03         Q.    What is operations, first of
04    all?
05         A.    Production operations, so from
06    the surface up, so anything to do with the
07    processing facilities, plants, pipelines,
08    so -- so what we would call production
09    operations.
10         Q.    All right.  The -- the HSSE and
11    engineering part of that title, did that
12    apply only to operations or to all of E&P?
13         A.    Only to operations.
14         Q.    All right.  So your role as VP
15    of technology for operations HSSE and
16    engineering only dealt with the production
17    side of business?
18         A.    It did.  Although when it came
19    to reporting performance, safety performance,
20    and I took a lead in reporting safety
21    performance.  That included the whole of E&P.
```

Page 312:24 to 313:12

```
00312:24       Q.    Did BP have any requirement for
25    the implementation of process safety with
00313:01  contracted rigs?
02         A.    The only requirement was that
03    for contracted mobile drilling rigs, that the
04    contractor must have a safety management
05    system of their own, and there needed to be a
06    bridging document from BP's OMS to the
07    contractor's document -- to the contractor's
08    safety management system, such that we could
09    get confidence.  There was no gap in the
10    contractor's system relative to BP's system.
11    So the requirement written in OMS is for a
12    bridging document.
```

Page 353:08 to 353:08

```
00353:08       Q.    Okay.  All right.  I'm going to
```

Page 353:11 to 353:19

00353:11   an exhibit.  This is exhibit 866.
      12               It's a document entitled, Gulf
      13   of Mexico SPU operating plan, OMS handbook,
      14   dated December 3rd, 2008.  Document owner is
      15   T. Joslin and C. Skelton.
      16               Have you seen this document
      17   before today?
      18       A.     Only in preparation for this
      19   meeting.


Page 355:05 to 355:14

00355:05       Q.     It lists a number of bullet
      06   points.  The -- the first bullet point says,
      07   simplification and standardization through
      08   consistent operating requirements across the
      09   SPU (one GoM OMS manual).
      10               Does that indicate that the Gulf
      11   of Mexico was trying to do what you just said
      12   that in 2011 is now standard across all E&P,
      13   and that is to have a single standard OMS
      14   manual for the entire SPU?


Page 355:16 to 355:18

00355:16       A.     That -- that is -- that is the
      17   intent of -- for each SPU in the company, a
      18   single local OMS document.


Page 361:21 to 362:14

00361:21       Q.     All right.  And if you look at
      22   page 3189, you will see appendix 7.
      23       A.     3189?
      24       Q.     89, yes, sir.  And this
      25   discusses the results of the gap assessment
00362:01   with conformance scores.  And if you flip the
      02   page, there's a chart, Bates number 38190.
      03   You'll have to turn it sideways.
      04               It says, SPU OMS gap assessment
      05   conformance results, sorted by sub-element
      06   average conformance score.  And you will see
      07   the scores ranging from best to worst from
      08   left to right.  And -- and you can tell by
      09   looking it at, the average scores at the very
      10   bottom of the chart, it ranges from 4.7 on
      11   the very far left down to 1.7 on the far
      12   right.
      13               Do you see that?
      14       A.     I do, yes.


Page 362:23 to 362:23

```
00362:23        Q.      Okay.  All right.  That's fair
```

Page 363:03 to 363:25

```
00363:03 The third from the end is
      04 continuous improvement; is that right?
      05        A.      That's what it says, yes.
      06        Q.      And then three down from that,
      07 process safety?
      08        A.      That's what it says, yes.
      09        Q.      Just below that, working with
      10 contractors, yes?
      11        A.      That's what it says, yes.
      12        Q.      And below that, regulatory
      13 compliance?
      14        A.      That's what it says, yes.
      15        Q.      All right.  So those -- those
      16 four gaps are in -- in the bottom seven, or
      17 eight -- let's see.  Wait.  One, two,
      18 three -- yeah, the bottom seven.  Four of the
      19 bottom seven are the ones we just looked at,
      20 continuous improvement, process safety,
      21 working with contractors, and regulatory
      22 compliance.  Those are the ones -- or some of
      23 the ones with the biggest gaps, correct?
      24        A.      That's what the -- the table
      25 indicates, yep.
```

Page 364:11 to 364:23

```
00364:11        Q.      All right.  Now, if you'll
      12 look -- turn the page to Bates number 3192.
      13 There's a chart that says, priority SPU level
      14 gaps for 2009.
      15                So it appears that the Gulf of
      16 Mexico SPU has prioritized the gaps and has
      17 come up with this short list of gaps that
      18 presumably are the most important, or the
      19 highest risk and need the most attention.
      20                Would you agree with that?
      21        A.      I would agree that it's being
      22 called the priority SPU level gaps for 2009.
      23 I agree with that.
```

Page 365:13 to 366:10

```
00365:13        Q.      All right.  Then two down from
      14 there, risk assessment and management process
      15 safety is the sub-element.  The gap says,
      16 risk assessment processes/results are not
      17 integrated and need for stronger major hazard
      18 awareness.
      19                And the problem statement says,
```

```
      20   a significant number of risk assessments are
      21   carried out by multiple groups in the SPU
      22   which are not integrated or planned, and the
      23   outcomes in mitigation plans are not linked
      24   up or visible.  As we have started to more
      25   deeply investigate process safety incidents,
00366:01   it's become apparent that process safety
      02   major hazards and risks are not fully
      03   understood by engineering or line operating
      04   personnel.  Insufficient awareness is leading
      05   to missed signals that precede incidents and
      06   responses after incidents, both of which
      07   increases the potential for, and severity of,
      08   process safety-related incidents.
      09            Did I read that correctly?
      10      A.   You read that correctly.
```

Page 367:23 to 368:03

```
00367:23      Q.   Okay.  But we -- we -- we do
      24   know that as of the end of 2008, the Gulf of
      25   Mexico SPU has listed risk assessment
00368:01   processes results not being properly
      02   integrated and a need for stronger major
      03   hazard awareness as a priority gap, correct?
```

Page 368:05 to 368:05

```
00368:05      A.   That's what's written, yes.
```

Page 402:22 to 403:07

```
00402:22      Q.   Well, but you said that the
      23   purpose -- or one of the purposes of OMS was
      24   to have a systematic overarching system that
      25   would allow Azerbaijan to be able to learn
00403:01   from Gulf of Mexico or the North Sea if there
      02   were defects.
      03            Isn't that one of the goals?
      04      A.   That is correct.  And it is
      05   happening, but it is not perfect.
      06      Q.   And it wasn't perfect on April
      07   the 20th of 2010, was it?
```

Page 403:09 to 404:06

```
00403:09      A.   That is a conclusion you can
      10   draw.
      11      Q.   Well, you said it wasn't
      12   perfect.  It wasn't perfect then either, was
      13   it?
      14      A.   Well, OMS, as I mentioned
      15   earlier, applies to BP-operated facilities.
```

```
       16   The DEEPWATER HORIZON wasn't a BP-operated
       17   facility.
       18        Q.     You said -- wait a minute.
       19   You're saying OMS only applies to BP-operated
       20   facilities?
       21        A.     As we talked about earlier, it
       22   does not apply to mobile drilling units or
       23   mobile units.  We expect the contractor to
       24   have their safety management system and then
       25   a bridging document.
00404:01        Q.     Yeah, but working with
       02   contractors, section 2.5 of the OMS framework
       03   specifically says that BP must ensure that
       04   its contractors who operate mobile drilling
       05   rigs follow all of the elements of OMS.
       06               Doesn't it say that?
```

Page 404:08 to 404:19

```
00404:08        Q.     You can look at --
       09        A.     Via their own --
       10        Q.     -- the framework, if you'd like.
       11        A.     Via their own safety management
       12   system.  We would not expect a contractor who
       13   operates a mobile drilling unit to -- to have
       14   the BP operating system.
       15        Q.     Of course not.  But your job is
       16   to ensure that they do and that their safety
       17   management system complies with each and
       18   every element of the OMS framework; isn't
       19   that true?
```

Page 404:21 to 405:02

```
00404:21        A.     That's -- that's what the
       22   bridging document is for.
       23        Q.     All right.  So it is a -- an
       24   obligation of BP to ensure, under the OMS
       25   framework, that all of its contractors comply
00405:01   with the OMS framework through the bridging
       02   document, correct?
```

Page 405:04 to 405:11

```
00405:04        A.     The requirement for a bridging
       05   document, it bridges from BP OMS to the
       06   contractor's safety management system is a
       07   requirement of OMS.
       08        Q.     Sure.  And the reason is that
       09   the contractor must comply with the OMS
       10   framework through its safety management
       11   system, correct?
```

```
Page 405:13 to 405:18

00405:13        A.      OMS requires the contractors to
      14  have a bridging document in place that maps
      15  from their safety management system to the BP
      16  OMS system.
      17        Q.      Right.  To ensure conformity,
      18  right?


Page 405:20 to 405:20

00405:20        A.      To ensure there are no gaps.


Page 406:01 to 406:16

00406:01        Q.      Let's look at section 2.5 -- I
      02  lost it -- of the OMS framework, part 2.
      03  It's Bates page 3244 of exhibit 2396.
      04              That's section 2.5 working with
      05  contractors, correct?
      06        A.      Correct.
      07        Q.      And the principle says, BP
      08  entities systematically assure that goods,
      09  equipment and services provided by suppliers,
      10  contractors and other parties meet
      11  contractual and BP requirements, correct?
      12        A.      That's what it says in the
      13  document.
      14        Q.      Yes.  And one of the BP
      15  requirements is compliance with the OMS
      16  framework, correct?


Page 406:18 to 407:02

00406:18        A.      Well, the -- the requirements
      19  are stated here in -- under section 2.51
      20  through 2.56.
      21        Q.      Uh-huh.  Look at 2.5.4,
      22  contractually required contractors to
      23  communicate the entity -- that's BP -- HSSE
      24  requirements to their employees and
      25  subcontractors and demonstrate that they
00407:01  follow them, correct?
      02        A.      That's what it says.


Page 411:16 to 411:25

00411:16        Q.      Okay.  Let's see.  I may not
      17  have it.  Well, never mind.
      18              All right.  Go to page 13 of the
      19  PowerPoints that are attached to your
      20  November 10th meeting documents.  And there's
      21  a heading that says, contractor safety
```

```
22  management program.
23              Do you know who put on that
24  particular presentation?
25       A.    I don't recall.
```

Page 412:05 to 413:11

```
00412:05       Q.    Okay.  All right.  But this --
06  this presentation deals with a new program.
07              If you look on page 15, it says,
08  introducing the contractor safety management
09  program, correct?
10       A.    That's what it says, yes.
11       Q.    All right.  And the bullet point
12  say that the E&P contractor safety management
13  program will define and standardize
14  contractor safety management activities
15  across the entire E&P segment.  The CSMP will
16  deliver a consistent approach to contract
17  safety management and the verification audit
18  and assurance of contract the processes and
19  performance.  The CSMP will integrate global
20  and SPU activities into one seamless
21  end-to-end process from contractor
22  identification and selection through to audit
23  and assurance of contractor safety management
24  processes.  The CSMP will be developed using
25  both internal and external best practices
00413:01  where it may exist.  And finally, the CSMP
02  will ensure alignment, consistency, and fully
03  integrate with existing segment processes,
04  systems, and standards.
05              Is it -- was this a new program
06  that BP had developed?
07       A.    This was a new program that was
08  in the design phase, as I recall, at this
09  point in time.  So it was being introduced to
10  the community as an idea that would be worked
11  on further.
```

Page 428:13 to 428:23

```
00428:13  You said earlier today that
14  prior to your current position, you were the
15  technology VP for operations HSSE and
16  engineering for BP.
17              Did I understand that correctly?
18       A.    No.  Before Macondo and
19  afterwards, I was the -- the technology vice
20  president for operations HSE and VP -- and
21  operations HSE and engineering.
22       Q.    Before Macondo?
23       A.    Before and after.
```

Page 431:11 to 433:03

```
00431:11        Q.      Okay, sir.  Now, when you were
      12  the technology vice president prior to the
      13  blowout --
      14        A.      Yeah.
      15        Q.      -- what were your job duties and
      16  responsibilities at BP during that period,
      17  say, within about six months prior to the
      18  blowout?
      19        A.      My responsibilities were to lead
      20  technology programs for -- there were
      21  environmental technology programs.  I led
      22  technology programs for chemicals for
      23  corrosion and inhibition on topsides on
      24  platforms, technology programs on materials.
      25  So that's a -- leading the technology part of
00432:01  surface operations plant.  Not -- not
      02  drilling and not subsurface, but the
      03  production platforms.  So that was one part.
      04              And then for the disciplines of
      05  operations, surface operations, production
      06  operations, HSE and engineering ensuring we
      07  had sufficient staff around the world who
      08  were being developed with training, et
      09  cetera, sufficiently and being deployed
      10  sufficiently.  So making sure we were moving
      11  people around the world to meet the needs of
      12  the regional businesses around the world.  So
      13  these were my primary responsibilities.
      14              I also provided support, support
      15  for OMS implementation, as we discussed
      16  earlier.  And -- and really, that was, that
      17  was -- from memory, that was -- these were my
      18  main responsibilities.
      19        Q.      And -- and prior to the blowout
      20  on the evening of April 20, the letters --
      21  acronym HSSE, what does that stand for?
      22        A.      Health, safety, security, and
      23  environment.
      24        Q.      And in that role as a technology
      25  VP for that area within BP, did you have any
00433:01  responsibility for the drilling operations in
      02  any respect in the Gulf of Mexico?
      03        A.      I did not.
```

Page 444:04 to 444:18

```
00444:04        Q.      At the time of the blowout on
      05  the evening of April 20, to whom did you
      06  report to within BP's organization?
      07        A.      We'd reorganized just before so
      08  I had two people I reported to.  One was Doug
      09  Suttles.
```

```
10        Q.      Okay.
11        A.      And the other was Andy Inglis.
12        Q.      Okay.  And you were based in
13   Houston?
14        A.      At the time of the blowout, yes.
15        Q.      Yes.  That's what -- and at the
16   time of the blowout, you reported to
17   Mr. Inglis and also Mr. Doug Suttles?
18        A.      That's correct.
```

Page 462:20 to 465:08

```
00462:20        Q.      I want to focus for a little
      21    while this morning on that period of time
      22    when you first were directed to work on the
      23    DEEPWATER HORIZON incident.  We heard your
      24    testimony that you're already at the crisis
      25    center.  And that occurred at -- sometime
00463:01    subsequent to April 22nd.  If I recall your
      02    testimony yesterday, you said the DEEPWATER
      03    HORIZON had fallen off of location, sunk, and
      04    in so doing, a kink in the riser was created.
      05              Do you recall all of that?
      06        A.      I do, yes.
      07        Q.      All right.  And you were
      08    directed after that to -- to evaluate the
      09    kink insofar as its integrity.
      10              Was my understanding correct
      11    about all of that?
      12        A.      That is correct.
      13        Q.      Okay.  So -- so about what time
      14    is it that you get that direction?  Is it on
      15    April 22nd?  The 23rd?  When exactly was
      16    that?
      17        A.      I don't recall exactly when it
      18    was.  But the -- the -- the riser was
      19    horizontal at that point, so the -- the rig
      20    had gone down, and that's all I recall.  When
      21    I arrived in the crisis center, the -- the --
      22    it was horizontal.  That's all I recall.
      23        Q.      All right.  And -- and the fact
      24    that the riser was horizontal, that had been
      25    developed through ROV-type intervention so
00464:01    that they could see what was going in the
      02    position of the riser?
      03        A.      Yes, that's correct.
      04        Q.      And I guess through pure
      05    physics, you know, if it -- if the rig moved
      06    off location, ultimately sunk, something had
      07    to happen to the riser, right?
      08        A.      I would imagine so, yeah.
      09        Q.      Okay.  So -- and -- and I think
      10    your testimony was that the riser was bent
      11    over more than 90 degrees?
      12        A.      Correct.
      13        Q.      Okay.  With that backdrop, you
      14    were called in, and you were to evaluate the
      15    integrity of the riser kink?
      16        A.      Correct.
      17        Q.      Why?
      18        A.      Because in my normal job at that
      19    time, I had a small engineering team who
      20    reported to me, so I had access to the
      21    expertise to do this.  I -- I didn't
      22    personally have the expertise, but I had full
```

```
        23  access to the -- to the expertise because I
        24  had a -- small engineering team who
        25  primarily worked on surface engineering, not
00465:01  drilling engineering or wells, but plant,
        02  production plant, et cetera.
        03       Q.    Well, I recall you saying
        04  earlier yesterday that you also had some
        05  involvement in your vice president role
        06  dealing with corrosion and maybe that was
        07  also a reason, perhaps, why you were
        08  selected?
```

Page 465:10 to 468:08

```
00465:10       A.    No.  Corrosion was not a
        11  concern.  It was primarily erosion.
        12       Q.    All right.
        13       A.    But I did -- I did have people
        14  who have expertise in that area.
        15       Q.    Okay.  In erosion?
        16       A.    In erosion.
        17       Q.    Okay.  So you -- you and your
        18  team are charged with evaluating the
        19  potential effects of erosion on the kink.
        20             Why?
        21       A.    We were concerned, or there was
        22  a concern coming of Unified Command, that the
        23  kink being bent over could be holding back
        24  flow.  It could be creating a pressure drop
        25  and holding back flow.  And if it failed,
00466:01  then more flow could -- could leak to the
        02  ocean.  It was as simple as that.
        03       Q.    Meaning that if erosion occurred
        04  at the kink site, more release would occur?
        05       A.    It did -- could occur, yes.
        06       Q.    Could occur?
        07       A.    Although, we knew nothing about
        08  what was happening inside the well at that
        09  point.  So it was just a theory, that if the
        10  kink eroded, more flow could flow into the
        11  ocean.
        12       Q.    I understand.  And you made some
        13  assumptions.  You talked about yesterday in
        14  terms of flow rate and so on and so forth.
        15  But I want to make sure the -- the record is
        16  clear.
        17             What factors could affect
        18  erosion?
        19       A.    Sand in the flow.
        20       Q.    You mentioned that.
        21       A.    Metallurgy, the type of metal
        22  the -- the riser was made from.
        23       Q.    You had that available to you?
        24       A.    I don't think we did straight
        25  away.  We did obtain, as I recall, some
```

```
00467:01  metallurgy, but not -- not in the first
      02  couple of days.  So I believe we made some
      03  assumptions about metallurgy.
      04        Q.     All right.
      05        A.     So sand, metallurgy, flow rate,
      06  and geometry of the bent, the kink, and what
      07  was inside the kink.
      08        Q.     Right.  And you mentioned
      09  yesterday about the pipes.  There were pipes
      10  actually in the riser at that point, were
      11  there not, in the kink?
      12        A.     We did not know for sure.
      13        Q.     But I think you concluded -- I
      14  gathered from your testimony yesterday, that
      15  jetting was occurring as a result of the
      16  location or proximity of the pipes in the
      17  vicinity of the kink, and that enhanced the
      18  erosion?
      19        A.     We did not know that for sure.
      20  And indeed to this day, I haven't gone back
      21  and checked that jetting occurred.  Just
      22  something -- something was happening inside
      23  that kink.  It could be jetting.  Again, I
      24  didn't check.
      25        Q.     Okay.
00468:01        A.     We just didn't know.  Something
      02  was happening inside the pipe that we hadn't
      03  allowed for in our model.
      04        Q.     All right.  And your team
      05  initially concluded that the kink had
      06  sufficient integrity -- I read your testimony
      07  this morning -- to last several months; is
      08  that right?


Page 468:10 to 469:09

00468:10        A.     That is one of the conclusions.
      11  Initially when we did the very preliminary
      12  evaluation, very preliminary in the first day
      13  or so, we said at least seven days 'cause we
      14  were working on virtually no data.  And then
      15  we said after we'd done a little bit more
      16  modeling and analysis, we did say that we --
      17  we didn't think it was going to erode
      18  quickly.  It was going to last for a
      19  prolonged period of time.
      20        Q.     Okay.  So by a prolonged period
      21  of time, I -- I thought I read that earlier
      22  this morning.
      23               It was several months is what
      24  was recorded?
      25        A.     I think that's correct.  I just
00469:01  don't recall exactly, but I think that's
      02  correct.
      03        Q.     Well, the -- the record will
```

```
04  speak for itself.
05       A.     Yeah.
06       Q.     But as a result of that
07  conclusion, that it had sufficient integrity
08  to last for some period of time, were some
09  decisions made based upon that?
```

Page 469:11 to 472:03

```
00469:11       A.     Not that I'm aware of based on
     12  that, that particular fact.  I -- I don't
     13  believe so, because it actually did fail very
     14  shortly after we made that conclusion.
     15       Q.     Yeah.  I read that testimony
     16  too.
     17              And you said on April 28th, it
     18  developed some leaks, some erosion?
     19       A.     I didn't say that -- I don't
     20  remember exactly, but I think that's in the
     21  document.
     22       Q.     That was in the document.
     23              Do you agree with that, that
     24  about by April 28th, leaks appeared,
     25  according to your best recollection?
00470:01       A.     I do recall leaks appearing
     02  roughly in that time.  Again, I don't know
     03  the 28th, but roughly about that time.
     04       Q.     All right.  Well, that's what I
     05  want to talk about more specifically, these
     06  leaks.
     07              Do you know how many leaks
     08  initially occurred?
     09       A.     I -- I don't recall exactly.
     10       Q.     Do you know anything or have any
     11  recollection about the geometry of the leaks,
     12  how big, precisely where they were, anything
     13  such as that?
     14       A.     I remember just from the ROV
     15  camera, that the -- the -- so on the outside
     16  surface of the kink, I recall at least one
     17  there.  Maybe two, but I don't recall for
     18  sure.
     19       Q.     Okay.  And flow was coming out
     20  of those?
     21       A.     It was, yes.
     22       Q.     And the erosion was -- was --
     23  what effect did it have?  Was it expanding
     24  the leaks, the holes?
     25       A.     It didn't seem to, no.  Through
00471:01  the period, these -- so the holes formed and
     02  they didn't -- it was to difficult to tell on
     03  the ROV camera, but they did not seem to
     04  expand over time.
     05       Q.     Over a period of time, new holes
     06  appeared, didn't they?
```

```
07        A.    Yeah.  I think there was a --
08   there was -- at least one other appeared over
09   time.  Again, I don't fully recall.
10        Q.    I have seen -- as a matter of
11   fact, I was out there when the riser came
12   ashore, and I saw more than three holes --
13        A.    Yeah.
14        Q.    -- in it.  You wouldn't -- you
15   wouldn't be able to testify precisely as to
16   the number, I understand, but more than --
17   more than two or three appeared, correct?
18        A.    Yeah.  I don't recall more than
19   three, but the video -- the ROV video will be
20   able to tell that precisely.
21        Q.    And you don't, once again,
22   remember anything about the size or the shape
23   or the precise location with respect to --
24        A.    I remember holes on the outside
25   of the kink.  I remember -- I remember holes
00472:01   there in terms of location.
02        Q.    And -- and what was the effect
03   of these leaks?
```

Page 472:05 to 472:18

```
00472:05        A.    Yeah.  The effect in terms of
06   the -- restate the -- the question, please.
07        Q.    Yeah.  I mean, well, for
08   example, when you had a leak, hydrocarbons --
09   spill was coming out of the leaks?
10        A.    Correct.
11        Q.    That's -- that's one?
12        A.    That's one, yep.
13        Q.    All right.  What I really want
14   to know when I asked the effect question was,
15   what effect would that have on the integrity
16   of the riser?  Because that's what you were
17   originally charged to do?
18        A.    It was, yes.
```

Page 472:25 to 473:08

```
00472:25        Q.    All right.  Well, what effect
00473:01   did it have insofar as integrity?
02        A.    It reduced integrity of the
03   riser.
04        Q.    All right.  And what does that
05   mean in -- in layman's terms?  Does -- does
06   it -- by that, I would surmise if the
07   integrity is compromised, it's not going to
08   hold up?
```

Page 473:10 to 474:08

```
00473:10        A.      No, I don't believe you can
      11   conclude that.  All you know is, the
      12   mechanical strength is less than it would be
      13   if there was no leaks of the kink.
      14        Q.      Okay.  Well, does that -- given
      15   that the mechanical strength has been
      16   compromised, does that give rise to an
      17   inference that the situation may get worse?
      18        A.      Initially, we thought it may do,
      19   but the holes -- again, as I recall, the
      20   holes over time didn't get any bigger.  So
      21   I'm not sure we could draw that conclusion.
      22   Because if the holes had got bigger, I think
      23   you could draw that conclusion, but it did
      24   not seem to get bigger over time.
      25        Q.      Well, the effect of erosion on
00474:01   those holes, hydrocarbon, as you've already
      02   testified, was coming out?
      03        A.      Yep.
      04        Q.      All right.  So -- so the kink is
      05   not serving the purpose that you had hoped
      06   when you developed the holes, at least it's
      07   not stemming all of the flow of the
      08   hydrocarbons, right?
```

Page 474:10 to 474:17

```
00474:10        A.      There's a number of questions,
      11   so I'll answer the last one.
      12        Q.      All right.
      13        A.      It was certainly not stemming
      14   all of the flow of the hydrocarbons because
      15   some of them was coming at the end of the
      16   riser, the far end, and some was coming out
      17   of the holes.
```

Page 479:09 to 479:21

```
00479:09        Q.      Was any attention directed to
      10   cutting the riser on April 28th or any time
      11   immediately around that period of time?
      12        A.      I don't recall there was,
      13   because we did not have a capping stack
      14   immediately available to put on.  So if we'd
      15   cut the riser but not had a capping stack, we
      16   could have made the flow much worse.
      17        Q.      But we know from earlier
      18   testimony in this case, that some attention
      19   was being given to the idea of putting the
      20   ENTERPRISE's BOP on the BOP?
      21        A.      Yes.
```

Page 480:01 to 480:01

00480:01  (Exhibit Number 5073 marked.)

Page 482:08 to 483:09

00482:08        Q.      Either way, the riser gets
       09  removed?  Under your envisionment [sic] or
       10  under cutting the riser, you've got to get it
       11  out of the way?
       12        A.      To put a capping stack on or a
       13  BOP or --
       14        Q.      BOP?
       15        A.      -- yes -- the riser has to be
       16  removed, I agree.
       17        Q.      All right.  How do you remove
       18  it?  Do you cut it?
       19        A.      That's one way.
       20        Q.      All right.  What -- what are
       21  some of the other ways?
       22        A.      Well, the one I just described,
       23  you could unlatch the LMRP and just pull the
       24  whole thing up and across so it's out of the
       25  way.
00483:01        Q.      Okay.  So -- but if you did
       02  that, would that have the tendency of
       03  increasing the flow?
       04        A.      It -- it could, just like
       05  cutting the riser could.
       06        Q.      Either one --
       07        A.      Either one.
       08        Q.      -- might increase the flow?
       09        A.      Correct.

Page 488:19 to 488:23

00488:19        Q.      Okay.  All right.  You wouldn't
       20  be in a position to dispute that Transocean
       21  had offered, as an early solution to the
       22  situation, the installation of a BOP on a
       23  BOP, would you?

Page 488:25 to 489:06

00488:25        A.      There were many conversations
00489:01  about BOP on BOP.  I can't comment whether
       02  they were from Transocean or anyone else.  I
       03  recall BP people talking about BOP on BOP,
       04  and it was one of the options that was
       05  considered by the integrated team from the
       06  very early stage, as I recall.

Page 493:23 to 494:11

```
00493:23        Q.      Who was involved in the
       24 fabrication of the capping stack from the BP
       25 perspective, if you can tell us?
00494:01        A.      Wissam al Montherly and Harry
       02 Thierens were the two that I recall being --
       03 having some involvement in the capping stack.
       04        Q.      And what -- what was the
       05 involvement?
       06        A.      I don't recall.
       07        Q.      All right.  I still don't have a
       08 clear idea about what your involvement was.
       09        A.      With the capping stack
       10 specifically?
       11        Q.      Yes.
```

## Page 494:13 to 498:11

```
00494:13        A.      Only -- okay.  So be specific.
       14 When I returned from the UK to Houston, the
       15 capping stack was in place, the choke and
       16 kill lines were closed.  So the valve -- the
       17 well was shut in.  There was zero flow at
       18 that point.
       19        Q.      Yes, sir.
       20        A.      So I was the executive
       21 responsible for operations, operational
       22 activities, so making sure that the -- the
       23 planning system was operational and any
       24 operational activities got into the planning
       25 system into Unified Command and then
00495:01 executed.
       02        Q.      Yes.
       03        A.      So that -- I was there as a
       04 senior member of the BP team in the crisis
       05 center.  So specifically -- asked specific
       06 role I had was monitoring.  One -- one of the
       07 jobs on the capping stack was, some of the
       08 valves started to open once the -- once the
       09 stack was landed due to falling hydraulic
       10 pressure.  So witnessing and being present
       11 for the -- the clamp and close of these
       12 valves is really the only physical job that
       13 I -- I was supporting.
       14        Q.      I heard some of that testimony
       15 yesterday.  What I was referring to is before
       16 you left for London --
       17        A.      Right.
       18        Q.      -- for your son's graduation.
       19        A.      Yeah.
       20        Q.      What -- what did you do from the
       21 period of time subsequent to rendering the
       22 opinion that the integrity of the riser was
       23 thought to be sound?
       24        A.      Right.  I then went --
```

```
    25        Q.      Take me from there until you
00496:01  left.
    02        A.      Yeah.  Very good.  I will do.
    03             So from -- from the 7th of May,
    04  my role changed.  I went on to night shift,
    05  and I was a senior BP person in the crisis
    06  center on nights, working normally from
    07  6:00 p.m. in the afternoon -- evening through
    08  to 6:00 a.m. in the morning.
    09        Q.      Did you report directly to
    10  London --
    11        A.      No, I --
    12        Q.      -- about events?
    13        A.      I did not.
    14        Q.      You took -- and the reason why I
    15  ask that is that at the time, you were
    16  working at nights and maybe that facilitates
    17  communication with London with the time
    18  differential.
    19        A.      The answer is no.  I reported to
    20  James Dupree at that point.
    21        Q.      And where was he?
    22        A.      He was Houston-based.
    23        Q.      All right.  So -- so you --
    24  you're working the night shifts.
    25             What are you doing on the night
00497:01  shift?
    02        A.      The first part is the evening
    03  planning meeting, so I ran the evening
    04  planning meeting.  So all the activities that
    05  were going to be done on night shift were
    06  passed through the planning process.
    07             So I was the senior BP person
    08  with Unified Command.  I was outside Unified
    09  Command, but there was a planning process
    10  that we ran to make sure everybody was clear
    11  what was going to happen on nights.  And then
    12  there was a large part of the evening spent
    13  on the marine activities.
    14             So there was a simultaneous
    15  operations meeting where all the captains of
    16  the various offshore vessels and drilling
    17  rigs would call in and would go through the
    18  plan with them to make sure everybody knew
    19  what the activities for that evening were.
    20             And then I'd witness the
    21  activities through the evening in the ROV
    22  room.  And any ad hoc -- any ad hoc requests
    23  that -- that cropped up, that had to be put
    24  into the plan, I was accountable for making
    25  sure Unified Command were informed.
00498:01        Q.      All right.  And that's -- that's
    02  pretty general.  I want to get to the
    03  specifics --
    04        A.      Right.
```

```
05        Q.        -- in terms of what was
06   happening.  So take me from April 28th when
07   that hole or holes in the kink were observed
08   in the riser up through the time that you
09   left.
10                 What was going on insofar as
11   containment efforts?
```

Page 498:14 to 498:19

```
00498:14       A.        Containment efforts.  So -- by
15   that, do you mean production to the surface?
16        Q.        Yeah.  Thank you for correcting
17   that.  I meant not only containment, but
18   control, control and containment.
19        A.        So that would --
```

Page 498:21 to 500:11

```
00498:21       Q.        -- include efforts to stem the
22   flow?
23        A.        Right.  Thank you for
24   clarifying.
25                 So, again, from the early phase,
00499:01   evaluating the kink and then the leaks
02   happened, we did further evaluation, and then
03   on the 7th of May, I handed that role off to
04   someone else.  So I no longer led that
05   technical team.  I transferred on to night
06   shift.
07                 So at that point --
08        Q.        What happened to that technical
09   team?
10        A.        They continued on through
11   their -- their role continued to change as
12   they looked at other options.  But that team
13   continued in -- in various forms through the
14   whole response.
15        Q.        Before you handed off to that
16   team -- handed off that team responsibility,
17   had cutting the riser been considered?
18        A.        Yes.  Absolutely, yes.
19        Q.        All right.  And we know it
20   wasn't cut, at least at that -- during that
21   period of time.
22                 Do you know why it was ruled out
23   or why it was not done?
24        A.        Well, again, as mentioned
25   earlier, if we cut the riser without a
00500:01   capping stack being available or a BOP on BOP
02   being available, then we could have increased
03   the flow.  That was the reason it wasn't
04   immediately cut, as well as the -- as I
05   recall now, the -- obtaining the cutting
```

```
06  devices, getting them suitable for operations
07  at 5,000 feet.  That -- that was initiated
08  relatively early, as I recall.  And that took
09  time to -- to get that in place.  So the
10  cutting equipment for the riser took -- took
11  a bit of time to get ready.
```

Page 500:18 to 501:20

```
00500:18  You hand off that team?
      19      A.    Yep.
      20      Q.    And then what do you do
      21  specifically --
      22      A.    So I then --
      23      Q.    -- in terms of the interventions
      24  that were being done?
      25      A.    All right.  So specifically, I
00501:01  then moved to -- hand the team over, move to
      02  night shift.  So specifically, I run the
      03  planning process, morning and night, to make
      04  sure all activities, physical activities that
      05  were being taken, both on the surface of --
      06  around the source and subsea
      07  construction-type activities, were
      08  coordinated.  So that was the -- one of the
      09  very specific roles.
      10            The other specific role was
      11  attending, although Unified Command led it,
      12  but attending the marine -- the marine
      13  simultaneous operations meeting, which took
      14  place about 8:00 p.m. every night.  It was a
      15  relatively long meeting where all the ships
      16  and rigs called in so we could coordinate the
      17  vast number of ships on the surface.
      18      Q.    All right.
      19      A.    So those were the two very
      20  specific ongoing responsibilities I had.
```

Page 514:10 to 514:10

```
00514:10  (Exhibit Number 5074 marked.)
```

Page 518:18 to 518:18

```
00518:18  (Exhibit Number 5075 marked.)
```

Page 522:18 to 522:18

```
00522:18  (Exhibit Number 5076 marked.)
```

Page 523:06 to 524:02

```
00523:06         Q.      Okay.  This document has your
       07   name at the top.  I would assume you
       08   recognize it?
       09         A.      I do.
       10         Q.      This document deals with what?
       11         A.      This deals with reporting
       12   operations of activities that had taken place
       13   during the night shift on the 28th of May.
       14         Q.      Okay.  And what activity was
       15   going on at the wellsite during that period
       16   of time?
       17         A.      I believe, just reading the
       18   notes, it was the junk shot and the dynamic
       19   kill.
       20         Q.      Yes, sir.
       21               And what I'm driving at with
       22   respect to that is that I've heard some
       23   testimony that part of the problem with
       24   attempting to achieve the successful nature
       25   of the junk shot and the top kill involved
00524:01   the unavailability of mud.
       02               Do you know anything about that?
```

## Page 524:05 to 525:18

```
00524:05         A.      I witnessed the junk shot and
       06   the dynamic kill in the Houston crisis
       07   center, so I was in the control room when it
       08   took place, although not directing
       09   activities.
       10               My understanding is, from what I
       11   recall, all the activities that we planned to
       12   do, that the Unified Command and the various
       13   parties had planned to do, had been done, and
       14   we then -- we used all the mud that we
       15   planned to use and the mud that we had
       16   offshore.
       17               There was then a pause while the
       18   data was analyzed, and during that pause, or
       19   during that -- that time after we'd done
       20   everything we planned to do, we called for
       21   more mud in the contingency that we may want
       22   to do something else.  So we wanted to have
       23   the mud offshore if we wanted to do something
       24   else.
       25               So there was mud mobilized
00525:01   during that period after the -- the junk shot
       02   and the dynamic kill attempts had been
       03   completed.
       04         Q.      Well, go down to your notes
       05   there.
       06         A.      Yep.
       07         Q.      Down at the -- it looks like it
       08   would be the last paragraph before you sign
       09   it Gordon.
```

```
10        A.    Yeah.
11        Q.    17-pound mud will be pumped if
12   it's available in the pumping window.
13              That's part of what I think I
14   was inquiring about, the -- some of the --
15   not all of the mud that was contemplated that
16   would be pumped, or could be pumped, was
17   available, was it?
18        A.    I -- I believe it was.
```

Page 525:20 to 526:25

```
00525:20        A.    This was -- this 17-pound mud --
21   I mean, mud is way beyond my level of
22   expertise, but this was very heavy mud that
23   was -- it was called for as a contingency, as
24   I recall.
25        Q.    Well, your comment is, it will
00526:01   be pumped if it is available in the pumping
02   window.
03              Did you not state that?
04        A.    That's what's written, yes.
05        Q.    And then it has, in parentheses,
06   earliest available, 3:00 p.m. on 28 May,
07   correct?
08        A.    That's what it says in the
09   document, yes.
10        Q.    Was there a problem with the
11   availability of mud in terms of the actions
12   that were taken with respect to the junk
13   shot?
14        A.    I do not believe there was.  I
15   believe that the objectives, the planned
16   objectives, were achieved in terms of the
17   amount of mud that was pumped and the junk
18   shot.  And then when -- when it was shut
19   down, that the equipment left on station, we
20   called up for more mud in case there was
21   additional activities that were going to
22   be -- that was decided needed to take place.
23              And then, of course, with
24   hindsight, we now know the decision was made
25   not to use that mud.
```

Page 532:01 to 532:03

```
00532:01   MR. HERBERT:  I'm going to mark this
02   5078.
03        (Exhibit Number 5078 marked.)
```

Page 533:18 to 535:09

```
00533:18        Q.    Yeah, you're copied.  The e-mail
```

```
19   is dated June 17, 2010.  That's before the
20   capping stack is employed, right?
21        A.    I -- I don't recall when it was
22   deployed.  I can see Thursday, June the 17th.
23   Okay.
24        Q.    All right.  What I -- what I
25   wanted to ask you about was -- and I was
00534:01 trying to get some dates when the capping
02   stack actually went into a design phase and
03   then when it was completed.  And I -- I
04   haven't really been able to get a timetable
05   with respect to that.  But this e-mail, with
06   that backdrop, is dated June 17, 2010, and
07   it's from David Brooks.
08             Who is David Brooks?
09        A.    He is a subsea engineer, a
10   senior subsea engineer.
11        Q.    All right.  And it's to Paul
12   Tooms and yourself?
13        A.    Correct.
14        Q.    And -- and the subject matter
15   is, plans for controlled well shut-in,
16   correct?
17        A.    That's what the title says.
18        Q.    And you go down to the sentence
19   beginning with, the team are working.
20             Do you see where it says that?
21        A.    I do, yes.
22        Q.    Read -- read that for me.
23        A.    The team are working a number of
24   parallel options for the stack, incorporating
25   either a lighter weight single inline
00535:01 isolation -- isolating valve or the small
02   three-ram BOP stack.
03        Q.    All right.  Thank you.  That
04   suggests to me that as -- as of the date,
05   June 17, 2010, the capping stack had not
06   yet -- it's ultimate design had not yet, as
07   of that date, been fabricated -- had -- had
08   been completed, much less fabricated,
09   correct?
```

Page 535:11 to 536:03

```
00535:11     A.    I -- I don't know.  I didn't
12   write this.  We -- we -- I'd need to talk to
13   Mr. Brooks to find out exactly what he meant
14   by this.  I -- I don't know what he meant.
15        Q.    Well, can you tell me when the
16   capping stack was initially designed?
17        A.    I can't.  I don't recall.
18        Q.    Can you tell me when fabrication
19   began?
20        A.    I don't.  It wasn't my area of
21   responsibility, so I -- I don't recall.
```

```
    22        Q.      Can you tell me when fabrication
    23   was completed?
    24        A.      I cannot.
    25        Q.      You would agree with me, though,
00536:01   that this e-mail suggests that at least in
    02   the planning stage for its design, it's still
    03   under submission as of June 17th?
```

## Page 536:05 to 536:08

```
00536:05        A.      Again, I'd need to talk to
    06   Mr. Brooks.  I didn't write the e-mail.  I'd
    07   need to talk to Mr. Brooks about what he --
    08   what he meant by this.
```

## Page 536:15 to 536:20

```
00536:15   MR. HEBERT:  Just for purposes of
    16   completion of the record, that last document
    17   which we examined Mr. Birrell on, the
    18   June 17, 2010, e-mail, I'm going to mark as
    19   exhibit 5079 and have it attached to the
    20   deposition.
```

## Page 566:13 to 566:18

```
00566:13   (Exhibit Number 5087 marked.)
    14        Q.      And tab 5087 is -- I'm sorry --
    15   exhibit 5087 is the group operations risk
    16   committee pre-read for November 10th, 2010.
    17                Do you see that?
    18        A.      I do, yes.
```

## Page 568:17 to 568:24

```
00568:17        Q.      It also says that going forward,
    18   BP's going to require drilling contractors to
    19   implement an auditable integrity monitoring
    20   system to continually assess and improve the
    21   integrity performance of well-control
    22   equipment against the set of established
    23   leading and lagging indicators.
    24                Do you see that?
```

## Page 569:01 to 569:10

```
00569:01        A.      I can.  That's what it says on
    02   the document, yes.
    03        Q.      It also says that BP's going
    04   forward -- going to recommend assessing and
    05   confirming that essential well control and
    06   well-monitoring practices, such as well
```

```
07   monitoring and shut-in procedures, are
08   clearly defined and rigorously applied on all
09   BP-owned and BP-contracted offshore rigs.
10                   Do you see that?
```

Page 569:12 to 569:22

```
00569:12      A.    I do.  I can read that, yes.
    13      Q.    It also indicates that these
    14   practices should be formally bridged and the
    15   contractor rig site well-control policies and
    16   procedures with a self-verification and
    17   reporting process, which is reenforced by
    18   regular audit by BP wellsite leaders.
    19                   Do you see those
    20   recommendations?
    21      A.    I can see what's on the
    22   document, yes.
```

Page 606:18 to 607:14

```
00606:18      Q.    If someone involved in the
    19   response wanted to move an ROV to take video
    20   or to perform a task, what is your
    21   understanding of -- of the process that had
    22   to occur?
    23      A.    The request would be made.  It
    24   would be -- that request would find its way
    25   into the planning system, the planning
00607:01   meeting that was held in the crisis center
    02   whereby representatives from BP, many of the
    03   contractors, the Coast Guard, Unified
    04   Command, the government were there, and we
    05   would prioritize that -- that planning
    06   meeting, and the planning process would
    07   prioritize the ROV activities or any other
    08   activities that was requested, and then it
    09   would be executed based on that plan.
    10      Q.    Were you aware of any instances
    11   during the response where BP simply took the
    12   ROV and flew it around the wellsite without
    13   permission from the Unified Command?
    14      A.    I am not.
```

Page 609:01 to 611:19

```
00609:01      Q.    Do you know how long it might --
    02   it took to resolve the -- the issues of
    03   getting cutting shears that were sufficient
    04   to work at that depth?
    05      A.    From -- as I recall, from
    06   conversations, it would be -- it was a number
    07   of weeks.
```

```
08          Q.     All right.  If you could, look
09    at -- we're going to go to the plaintiffs'
10    binder from yesterday, exhibit 4423, which
11    was tab 56.  When you have that in front of
12    you, let me know.
13          A.     I have it in front of me.
14          Q.     Okay.  And that is a
15    November 14th, 2001, e-mail from Michael Byrd
16    to several other people?
17          A.     I have that, yes.
18          Q.     And you weren't involved in this
19    process at all, correct?
20          A.     I was not.
21          Q.     Okay.  And you were asked about
22    the conclusions reached by Mr. Byrd with
23    regards to the situation that he had
24    described in his e-mail, correct?
25          A.     Correct.
00610:01          Q.     Okay.  Now, one of the factors
02    he has discussed here under the situation is
03    that the well was flowing at 100,000 to
04    300,000 barrels per day correct?
05          A.     Correct.
06          Q.     Okay.  During the course of the
07    response, were you aware that the flow rate
08    technical group put out estimates as to the
09    flow rate?
10          A.     I was.
11          Q.     Okay.  Do you recall any of the
12    estimates from the government ever being at a
13    hundred thousand barrels of oil per day or
14    higher?
15          A.     I do not.
16          Q.     Okay.  Do you recall estimates
17    from anyone else within the response
18    organization putting the actual estimates of
19    the flow rate between a hundred thousand and
20    300,000 barrels of oil?
21          A.     I do not.
22          Q.     Okay.  One of the considerations
23    in this e-mail that -- that Mr. Byrd
24    identifies is the assumption at the flow rate
25    that a lot of sand is being transport --
00611:01    transported, which would accelerate the
02    erosion process.
03               Do you see that in his answer?
04          A.     I do.
05          Q.     Do you know how much sand
06    Mr. Byrd considered as contributing to the
07    erosion --
08          A.     I do not.
09          Q.     -- under his model?
10          A.     I do not.
11          Q.     Okay.  Do you know how much sand
12    was flowing from the well -- from the Macondo
```

```
13  well during the response?
14       A.    I do not.
15       Q.    Do you know how the amount of
16  sand in -- flowing from the Macondo well
17  compared to the amount of sand that might
18  have existed in Mr. Byrd's model?
19       A.    I do not.
```

## Page 612:03 to 612:12

```
00612:03      Q.    Okay.  And this is exhibit 2409.
     04            Do you recall being questioned
     05  by counsel for the plaintiffs regarding the
     06  April 22nd e-mail from Kelly McAughan
     07  regarding reservoir modeling?
     08       A.    I do.
     09       Q.    Okay.  Do you know what
     10  assumptions she used in reaching her
     11  modeling?
     12       A.    I do not.
```

## Page 612:14 to 612:15

```
00612:14  This is an e-mail on May 16th from Mike Mason
     15  to you, and it was marked as exhibit 6194.
```

## Page 612:17 to 612:20

```
00612:17      A.    Yep.  I'm there, yep.
     18       Q.    Okay.  Do you know what inputs
     19  Mr. Mason used in his modeling?
     20       A.    I do not.
```

## Page 612:24 to 613:03

```
00612:24      Q.    Exhibits 2409 and 6194 are
     25  roughly a month apart, correct?
00613:01      A.    Correct.
     02       Q.    Do you know what inputs were
     03  used for either of the models?
```

## Page 613:05 to 613:13

```
00613:05      A.    I do not.
     06       Q.    Okay.  Do you know if they even
     07  used the same models for their estimates?
     08       A.    I do not.
     09       Q.    Do you know if conditions may
     10  have changed with the reservoir, or the
     11  understanding of the reservoir, between
     12  April 22nd and May 16th?
     13       A.    I do not.
```

Page 613:16 to 615:25

```
00613:16  We talked a bit, and you saw
      17  some documents, regarding your work for the
      18  kink evaluation, erosional effects in the
      19  kink.
      20              Do you recall seeing documents
      21  in those discussions?
      22        A.    I do.
      23        Q.    Okay.  Do you recall sharing
      24  that information with the government?
      25        A.    Yeah.  The -- the results,
00614:01  the -- the findings, the conclusions, were
      02  shared openly.  The -- the government folks,
      03  the Coast Guard, were in and out of our
      04  workroom where we had information, and we
      05  shared the results at our interface meetings.
      06        Q.    Okay.  You also mentioned
      07  receiving approvals for the use of
      08  dispersants around the wellsite during the
      09  night shift when you were working.
      10              Do you recall that?
      11        A.    I do.
      12        Q.    Okay.  Are you familiar with the
      13  term VOC?
      14        A.    I am.
      15        Q.    What -- what is a VOC?
      16        A.    Volatile -- volatile organic
      17  components, so gas, in other words.
      18        Q.    And how did VOCs impact the
      19  source control efforts around the wellhead
      20  site?
      21        A.    They made it very difficult.
      22  When hydrocarbons were coming to the surface
      23  where vessels were working, then we had
      24  detectible VOCs emerging from the surface of
      25  the sea, surface of the ocean onto the
00615:01  vessels, making it hazardous for operations
      02  on the surface.
      03        Q.    And -- and how were -- or in
      04  what way did BP and the Unified Command
      05  combat the VOCs during the responses?
      06        A.    We did a number of things.
      07  We -- we fitted -- under the direction of
      08  Unified Command, fitted carbon filters to the
      09  air intakes of a number of vessels to prevent
      10  the VOCs getting inside the vessels.
      11              On some occasions, we provided
      12  employees on the vessels with masks so they
      13  wouldn't have to breathe in the VOCs, and we
      14  used dispersants to knock down the VOCs.
      15              It's very effective to spray the
      16  oil and the hydrocarbons on the surface with
      17  dispersants to prevent the volatile
```

```
18   hydrocarbons emanating to the vessel.  So we
19   used hydrocarbons -- we used dispersants to
20   knock down the VOCs to make the worksite
21   safer.
22        Q.    Okay.  And what was the effect
23   or the impact of -- of the use of subsea
24   dispersants and surface dispersants around
25   the wellsite on the containment efforts?
```

Page 616:02 to 618:16

```
00616:02        A.    Both made it safer.
03        Q.    Okay.  Now, counsel for the
04   plaintiff walked you through several source
05   control options that were attempted on the
06   Macondo well.
07              Do you recall walking through
08   that sequence?
09        A.    I do.
10        Q.    Okay.  Were those the only
11   options that were being considered?
12        A.    No, there were many, many
13   options being considered.
14        Q.    Okay.  Do you know if BP or the
15   Unified Command waited for one option to fail
16   to start the next project?
17        A.    They certainly did not wait on
18   one failing.  We had many work fronts
19   operating in parallel to generate options to
20   control the -- and -- and stop the flow.
21        Q.    Okay.  Can you just walk me
22   through your typical day during the response?
23        A.    Well, the -- the first period
24   when I was on day shift working on the kink,
25   I'd arrive maybe 5:30 a.m. in the morning and
00617:01   just work through till 8:00, 9:00 at night.
02   And that was a typical day with technical
03   work, planning work, meetings, conversations
04   with BP, with the contractors, with the
05   government, with the Coast Guard.
06              And then when I flipped over to
07   the nightshift on the 7th of May, it was sort
08   of the same but reversed.  I'd -- I'd show up
09   about 3:30 p.m. in the afternoon for our
10   first meeting, which was at 4:30 p.m. in the
11   afternoon, and then I'd stay working right
12   through the night.  I usually attended the --
13   the 6:00 a.m. meeting in the morning, worked
14   for probably another hour after that, and
15   then I'd leave.  So it was -- it was pretty
16   long days we were working.
17        Q.    Okay.  And were -- you weren't
18   alone.
19              How many others would you
20   estimate were working with you while you were
```

```
     21  on, say, the night shift?
     22       A.    Well, through -- through the --
     23  through the whole response, there were
     24  hundreds and hundreds of people working in
     25  the crisis center as the incident evolved.
00618:01  Some came and went, others stayed right
     02  through the whole thing.  But there were --
     03  there were huge numbers of people from all
     04  different companies.  The government, Coast
     05  Guard, scientists, major contractors,
     06  engineering contractors, BP, and, indeed,
     07  other oil companies were in the crisis
     08  center.
     09       Q.    Are you aware of any other
     10  operations in the oil and gas industry of
     11  this size and complexity?
     12       A.    I am not.
     13       Q.    During the course of -- of your
     14  involvement in the response, did financial
     15  concerns ever limit any of the options that
     16  were being pursued?
```

Page 618:18 to 618:21

```
00618:18      A.    They did not.
     19       Q.    During the course of the
     20  response, did personnel limitations ever
     21  limit the options that were being pursued?
```

Page 618:23 to 619:03

```
00618:23      A.    They did not.
     24       Q.    Okay.  In your role as a
     25  supervisor, who was it that you understood
00619:01  was making the final decision on whether or
     02  not to use in particular, source control
     03  operation?
```

Page 619:06 to 621:06

```
00619:06      A.    There were many conversations
     07  leading up to maturing options, but
     08  ultimately, Unified Command gave approval and
     09  authorization for any option to be used.
     10       Q.    Okay.  Yesterday you were asked
     11  or shown by counsel for the plaintiffs,
     12  documents related to OGP?
     13       A.    Yeah.
     14       Q.    Okay.  And one of the things
     15  that OGP's doing now is, I believe you
     16  discussed, developing a going-forward
     17  response initiative for capping and
     18  containment; is that right?
```

```
        19        A.      That is correct.
        20        Q.      And in those documents, there
        21  were certain days by which activities were
        22  expected to occur.
        23             Do you recall seeing those --
        24  those days?
        25        A.      I do.
00620:01        Q.      Okay.  What was your
        02  understanding of the dates or the timelines
        03  that were included in the OGP projects?
        04        A.         Hypothetical scenarios whereby
        05  there's no debris, there's no drill pipe in
        06  the BOP, data on the flow rate and pressures
        07  and -- and temperatures and sand content are
        08  known, so lots of data.  The -- the BOP
        09  positions and status are known, and very best
        10  most optimistic assumptions about deployment
        11  of people and equipment, so no weather
        12  delays, no equipment delays, so very
        13  hypothetical scenarios being portrayed.
        14        Q.      During the course of the
        15  response of the Macondo incident, are you
        16  aware of weather delays?
        17        A.      Yes.  We were moved offsite by a
        18  tropical storm at least once.  Once I can
        19  recall we had to down-man the worksite, move
        20  the rigs and the vessel off the worksite to
        21  let a tropical storm to come through.
        22        Q.      Okay.  And you listed several
        23  other considerations in the ideal world that
        24  weren't being considered by the OGP timeline.
        25             With respect to the Macondo
00621:01  timeline, were there unknowns with regards to
        02  capping or using a BOP on a BOP?
        03        A.      There were huge unknowns,
        04  including pressures in the well, including
        05  sand content, status of the rams on BOPs,
        06  et cetera.  There were huge unknowns.


Page 623:09 to 625:05

00623:09        Q.      You were being questioned about
        10  the e-mail from Mr. Byrd where he was talking
        11  about a well flowing at a hundred to
        12  300,000 barrels a day, and you said you don't
        13  remember estimates that high, correct?
        14        A.      Correct.
        15        Q.      Okay.  Let me show you what I'm
        16  going to mark -- well, what's previously been
        17  marked as exhibit 3063.  This is in your
        18  tab -- in your notebook at tab 35.
        19             You see that this is an e-mail
        20  from Walt Bozeman?
        21        A.      I do.
        22        Q.      Do you know Mr. Bozeman?
```

```
23        A.     I do not.
24        Q.     Do you actually know he's being
25   deposed today?
00624:01        A.     No, I didn't know that.
02        Q.     Okay.  This e-mail was written
03   on April 21, correct?
04        A.     That's what it says, April 21,
05   yes.
06        Q.     So this is after the well blew
07   out, correct?
08        A.     Correct.
09        Q.     Okay.  And this is written to
10   David Rainey.
11               Do you know Mr. Rainey?
12        A.     I do.
13        Q.     He's with BP, correct?
14        A.     He was with BP.  I don't think
15   he is any longer.
16        Q.     Okay.  And he says, Dave, we
17   have updated the earlier WCD calculation with
18   new subsurface parameters from the Macondo
19   team and modeled a flow rate at the seafloor
20   (assuming riser falls) in Prosper with the
21   latest wellbore configuration.  All the REs
22   in GoMX participated in this evaluation along
23   with numerous members of the Macondo team.
24   We calculate 100,000 barrels a day based on
25   these parameters.
00625:01               Did I read that right?
02        A.     You read that correctly.
03        Q.     So that's a BP employee
04   calculating a hundred thousand barrels per
05   day, correct?
```

Page 625:08 to 625:11

```
00625:08        A.     Modeling a flow rate at the
09   seafloor is what the note says.
10        Q.     At a rate of a hundred thousand
11   barrels a day, correct?
```

Page 625:13 to 628:14

```
00625:13        A.     The number a hundred thousand
14   barrels per day is -- is -- we calculate
15   100,000 barrels per day.
16        Q.     Do you know a Mr. Bill Burch?
17        A.     Burch, no, I do not.
18        Q.     Have you ever heard of the
19   company Wild Well Control?
20        A.     I have, yes.
21        Q.     Okay.  They worked on the
22   Macondo efforts, correct?
23        A.     Yes.  I'm aware they were in the
```

```
      24   crisis center in Houston.
      25        Q.     Okay.  Would you turn in your
00626:01   notebook to tab 34?  And I want to show you
      02   what's previously been marked as
      03   exhibit 3907.
      04        A.     34?
      05        Q.     Yes, sir.  And you see that this
      06   is an e-mail from William Burch on
      07   April 22nd, 2010, correct?
      08        A.     Correct.
      09        Q.     Okay.  Again, this is after
      10   the -- the blowout of the Macondo well,
      11   correct?
      12        A.     That is correct.
      13        Q.     Okay.  I want you to go down to
      14   the bottom of the e-mail, the first page.
      15             And you see where it starts,
      16   modeling results?
      17        A.     I do.
      18        Q.     It says, modeling results are
      19   to -- to date are the following:  Reservoir
      20   engineering slapped together a quick number
      21   this morning to give to management of 162,000
      22   barrels per day, and then this afternoon
      23   revised those numbers to 92,500 barrels per
      24   day.  These revised numbers are based upon
      25   the modeling aspects of a similar sand
00627:01   package as Nakika and assumes a 10,000 psi
      02   frictional pressure loss.  Did I -- from
      03   surface to TD.
      04             Did I read that right?
      05        A.     You read that correctly.
      06        Q.     Okay.  Continuing in the e-mail,
      07   you see where it says, they pulled this
      08   frictional pressure loss number out of their
      09   collective butts?
      10        A.     Sorry.  I don't -- where does
      11   that --
      12        Q.     It's at the end of that
      13   paragraph I'm reading to you.
      14             Do you see it?
      15        A.     They pulled -- I -- I see that
      16   written, yes.
      17        Q.     Okay.  And then he goes on and
      18   he lists four bullet points, correct?
      19        A.     Four bullet points.  Yes, I see
      20   four bullets points.
      21        Q.     Okay.  He says, if the well is
      22   flowing from inside the casing and exiting
      23   the riser, OLGA-ABC shows 138,000 barrels per
      24   day to the surface.
      25             Did I read that right?
00628:01        A.     You did.
      02        Q.     If the well is flowing from
      03   inside the casing and around the drill pipe,
```

```
04   still hung inside the drill pipe and exiting
05   the riser, OLGA-ABC shows 110,000 barrels per
06   day to the surface.
07             Did I read that right?
08        A.    That is correct.
09        Q.    Those number are all above a
10   hundred thousand barrels per day, aren't
11   they?
12        A.    Yes, they are.
13        Q.    Does that describe the flow, as
14   you understand it, from the Macondo well?
```

Page 628:16 to 628:24

```
00628:16        A.    No, it does not.  These are
17   modeling numbers and making assumptions.
18        Q.    Okay.  But -- maybe my question
19   wasn't clear, then.  I'm talking about the
20   path of flow, the path of flow in that model.
21             Inside the casing and exiting
22   the riser and inside the casing around the
23   drill pipe, that's -- that is a description
24   of the flow pathway at Macondo, correct?
```

Page 629:01 to 629:23

```
00629:01        A.    That is a description of two
02   pathways, two potential pathways.
03        Q.    Okay.  And -- and do you have
04   any knowledge, as you sit here today, what
05   the -- of any conclusion as to what the flow
06   path was?
07        A.    Only from the Bly report.
08        Q.    Okay.  And -- and what did that
09   report conclude?
10        A.    That it was inside the casing.
11        Q.    As those two models' assumptions
12   show, correct?
13        A.    No.  They -- these are just
14   numbers from models.
15        Q.    Okay.
16        A.    One of them, assuming inside the
17   casing.
18        Q.    But the flow path in those
19   models is inside the casing, correct?
20        A.    Correct.
21        Q.    Okay.  And the numbers concluded
22   were all above a hundred thousand barrels per
23   day, correct?
```

Page 629:25 to 632:07

```
00629:25        A.    The numbers written here are
```

```
00630:01  above a hundred thousand barrels per day.
      02       Q.     Okay.  Let me show you what
      03  we'll mark as exhibit 5091.
      04       (Exhibit Number 5091 marked.)
      05       Q.     This is tab 23 in your notebook.
      06  Now, you see that this is a -- an e-mail
      07  attaching a PowerPoint presentation from
      08  Michael Leary to Patrick O'Bryan, correct?
      09       A.     That's what the e-mail says,
      10  yes.
      11       Q.     Do you -- do you know those two
      12  gentlemen?
      13       A.     I'm aware of both of them.  I've
      14  met both of them.
      15       Q.     Who do they work for?
      16       A.     Well, Mr. O'Bryan has left the
      17  company, I believe, and I'm not sure who
      18  Mr. Leary works for now.
      19       Q.     Who did Mr. O'Bryan work for?
      20       A.     At this time, in April?
      21       Q.     Yes, sir.
      22       A.     I -- I don't recall.  He's had a
      23  number of roles.  I just don't recall.
      24       Q.     Did he work for BP?
      25       A.     Oh, sorry.  He worked for BP,
00631:01  yes.
      02       Q.     Okay.
      03       A.     Yes.
      04       Q.     And so this PowerPoint is from
      05  Michael Leary on April 30th, 2010, correct?
      06       A.     Correct.
      07       Q.     And if you go to the next page
      08  of the document, it gives the first slide of
      09  the PowerPoint.  And it says, MC 252 #1,
      10  Macondo prospect.  Well control simulation
      11  results, April 29, 2010, correct?
      12       A.     That's what it says.
      13       Q.     And then it goes through -- the
      14  next page.  And if you just glance quickly,
      15  multiple different flow scenarios throughout
      16  the document, correct?
      17       A.     I -- I can't tell what these
      18  diagrams are showing.  All I can see is what
      19  looks like a well, but nothing -- nothing
      20  much beyond that.
      21       Q.     Okay.  Well, let's -- let's look
      22  at it, then.
      23       A.     Okay.
      24       Q.     Go back to the first -- first
      25  slide presentation there.  Next page.  You
00632:01  see that this first one is case 1, surface
      02  exit up the riser, 7-inch by 9-7/8 --
      03  7/8-inch casing flow path, no drill string,
      04  correct?
      05       A.     I see that writing, yes.
```

```
06        Q.     And there's an oil rate of
07   138,300 barrels per day, correct?
```

Page 632:09 to 633:04

```
00632:09       A.     I see that written on the slide,
10   yes.
11        Q.     Okay.  Go to the next page.
12   Case 2, surface exit up the riser, seven
13   and -- 7-inch by 9-7/8-inch casing flow path,
14   drill string in rotary table.  Oil rate
15   110,000 barrels per day, correct?
16        A.     I see that written on the slide.
17        Q.     Next page.  Case number 3,
18   surface exit up the riser.  Seven-inch by
19   9-7/8-inch casing flow path, drill string
20   dropped into 7-inch casing, oil rate
21   93,000 barrels per day, correct?
22        A.     I see that written on this
23   slide.
24        Q.     Okay.  We could keep going
25   through these, but the point is, would it be
00633:01   fair to say that after April 20th, BP had
02   multiple documents in its possession that
03   showed flow rates greater than a hundred
04   thousand barrels per day?
```

Page 633:06 to 633:15

```
00633:06       A.     These are just models like the
07   models that we looked at previously.  So
08   these are making assumptions.
09        Q.     Okay.  That -- that doesn't
10   answer my question.  Listen to my question.
11             My question is, isn't it fair to
12   say that after April 20th, BP had multiple
13   documents in its possession that showed a
14   flow rate greater than a hundred thousand
15   barrels per day?
```

Page 633:17 to 633:21

```
00633:17       A.     Outputs of models that show
18   numbers on the slide greater than a hundred
19   thousand dollars barrels per day.
20        Q.     The answer to my question is,
21   yes, sir, correct?
```

Page 633:23 to 634:01

```
00633:23       A.     Outputs of models greater than a
24   hundred thousand barrels per day.
25        Q.     And those outputs of models were
```

00634:01   in BP's possession, correct?

Page 634:03 to 635:03

00634:03        A.     The e-mail was written by
      04   Mr. Leary and Mr. O'Bryan, so I don't know
      05   who had the models.  But they've sent the
      06   e-mail -- or Mr. Leary sent the e-mail when
      07   he was a BP employee.
      08        Q.     Let me show you this one.  I
      09   want to show you what's been previously
      10   marked as exhibit 3220.  This is tab 44 in
      11   your notebook.  You see -- and I'm focusing
      12   on the first e-mail in time on this string,
      13   which is the bottom e-mail.
      14             You see that there's an e-mail
      15   from Mike Mason to Andy Inglis, right?
      16        A.     Mike Mason.  I see that written,
      17   yes.
      18        Q.     And that's May 15th, 2010,
      19   correct?
      20        A.     That's correct.
      21        Q.     Okay.  And the subject is,
      22   Macondo oil rate, correct?
      23        A.     Correct.
      24        Q.     And Mr. Mason and Mr. Inglis
      25   both work for BP, correct?
00635:01        A.     Correct.
      02        Q.     Okay.  Mr. Inglis was actually a
      03   very high-ranking executive, correct?

Page 635:05 to 635:24

00635:05        A.     He was the segment chief
      06   executive.
      07        Q.     Remind us all again exactly what
      08   his title was.
      09        A.     Segment chief executive.
      10        Q.     Okay.  Mr. Mason writes to
      11   Mr. Inglis, I just read an article in CNN
      12   stating that a researcher at Purdue believes
      13   that the Macondo well is leaking up to 70,000
      14   barrels per day and that BP stands by a
      15   5,000 barrels-per-day figure.  With the data
      16   and knowledge we currently have available, we
      17   cannot definitively state the oil rate from
      18   this well.  We should be very cautious
      19   standing behind a 5,000 barrels-per-day
      20   figure, as our modeling shows that this well
      21   could be making anything up to a hundred
      22   thousand barrels per day, depending upon a
      23   number of unknown variables.
      24             Did I read that correctly?

Page 636:01 to 636:06

```
00636:01        A.      You've read that correctly.
      02        Q.      So it's very clear, at least
      03  Mr. Mason is aware, of models in BP's
      04  possession as of May 15th showing a flow rate
      05  of a hundred thousand barrels per day,
      06  correct?
```

Page 636:08 to 637:05

```
00636:08        A.      Well, I can read what the e-mail
      09  says, which is Mr. Mason's e-mail based on
      10  modeling.  So he has modeling numbers.
      11        Q.      And those modeling numbers show
      12  flow rates up to a hundred thousand barrels
      13  per day, correct?
      14        A.      He states the well could be
      15  making anything up to a hundred thousand
      16  barrels per day from the modeling.
      17        Q.      Okay.  Did -- he didn't say
      18  anywhere that a hundred thousand barrels per
      19  day isn't possible, did he?
      20        A.      He says, we cannot definitively
      21  state the oil rate from this well.
      22        Q.      Okay.  But he didn't say a
      23  hundred thousand barrels per day wasn't
      24  possible, did he?
      25        A.      I don't read that anywhere on
00637:01  this -- this paragraph.
      02        Q.      Okay.  So at the time BP was
      03  using ROV intervention, it had documents in
      04  its possession that showed modeling up to a
      05  hundred thousand barrels per day, correct?
```

Page 637:07 to 638:04

```
00637:07        A.      I don't know.  I didn't write
      08  this document, and I didn't see it, so --
      09  previously, so I -- I don't know the answer
      10  to that.  I can just see what's written here
      11  in the document.
      12        Q.      Okay.  Do you recall getting any
      13  PowerPoints yourself showing flow rates?
      14        A.      I remember being copied on lots
      15  of PowerPoints through the -- through the
      16  response with modeling ranges on them.  So I
      17  was copied on lots of models, particularly
      18  when I was on nights.
      19        Q.      Okay.  Let me hand you what I'm
      20  going to mark as exhibit 5092.
      21        (Exhibit Number 5092 marked.)
      22        Q.      And this is tab 24 in your
```

```
23  notebook.
24         MR. OCCHUIZZO:  Just to be clear,
25  Counsel, you're marking part 1 and part 2 as
00638:01  one --
02         MR. BARR:  Yes.  It's -- it starts at
03  Bates number 3676638, and it ends at Bates
04  number 6652.
```

Page 638:06 to 639:25

```
00638:06         Q.     You see that this is an e-mail
07  from Pierre -- is that Beynet, do you
08  know? --
09         A.     Beynet.
10         Q.     -- May 3, 2010, and he sent this
11  to you and several other people, correct?
12         A.     He did.
13         Q.     And then if you go to the next
14  page of this, it's CFD analysis ENTERPRISE
15  BOP, jet thrust calculations.
16         And this appears to have been
17  done by a company called Stress Engineering
18  Services, correct?
19         A.     Yes.  I see -- I can read that
20  on this slide here, yes.
21         Q.     And it specifically says it was
22  done for BP exploration, correct?
23         A.     Yes, it does.
24         Q.     And it's dated May 2nd, 2010,
25  correct?
00639:01         A.     Correct.
02         Q.     Okay.  Are you familiar with
03  this document?
04         A.     Let me just have a look.
05         I have seen this document
06  before.  I believe it's in preparation for --
07  for this deposition.
08         Q.     You don't have any specific
09  memory of this document back in the May time
10  frame?
11         A.     I do not.
12         Q.     Well, I want you to go with me
13  to page 4 of this document.
14         You see that this a slide
15  labeled analysis -- I can't even speak --
16  analysis method?
17         A.     Analysis method, yeah.
18         Q.     Okay.  And -- and what's it list
19  for the oil flow rate?
20         A.     It says, oil flow rate,
21  69,500 barrels per day.
22         Q.     So at the very least, you had in
23  your possession as of May 2nd, modeling
24  showing a flow rate of nearly 70,000 barrels
25  per day --
```

Page 640:02 to 640:08

```
00640:02      Q.      -- correct?
      03      A.      That is not the case.  That is
      04 an input, an assumed input, to a model, from
      05 what I can see here.  I don't recall this
      06 model, but simply reading this slide, this is
      07 an assumed number that was input to a model
      08 to calculate some other parameter.
```

Page 640:17 to 641:21

```
00640:17      Q.      Now, one thing you talked about
      18 a little earlier that I wanted to follow-up
      19 with you on, going back to the kink in the
      20 riser because you said something that
      21 confused me a little bit.
      22              Is it your understanding that
      23 there were, in the late April, early May,
      24 time frame, three different links -- three
      25 different leaks in the riser?
00641:01      A.      So when I first -- so I want to
      02 say that by a sequence of events.  When I
      03 first arrived, there were no leaks at the
      04 kink.  And then sometime, roughly -- I
      05 actually don't recall, but it's on the
      06 record -- a leak appeared at the kink and
      07 then another leak.  I don't recall how many
      08 holes appeared at the kink, but there were
      09 more than one, I recall that.
      10      Q.      Okay.  So I'm calling the kink
      11 one leak, okay?  Just -- the kink is a hole,
      12 one -- one leak.
      13              Then you've got a leak at the
      14 end of the riser pipe?
      15      A.      Correct.
      16      Q.      There was another leak, wasn't
      17 there?
      18      A.      Yes, there was.
      19      Q.      So there was a total of three
      20 different leaks coming from the riser,
      21 correct?
```

Page 641:23 to 646:20

```
00641:23      A.      So sometime in early May, there
      24 were three points where there was hydrocarbon
      25 coming from.  There was kink with its holes.
00642:01 There was the end of the riser, and there was
      02 a piece of drill pipe, what looked like
      03 drilling pipe, sticking out of the mud.  We
      04 couldn't see where the other end was, but
```

```
05  there was a small amount -- or there was --
06  there was some hydrocarbon coming from the
07  end of that drill pipe.
08          Q.      Okay.  And you testified earlier
09  that you put -- well, not you specifically,
10  but BP put a soft cap on one of these leaks,
11  correct?
12          A.      Correct.
13          Q.      Which leak was the soft cap put
14  on?
15          A.      At that point -- 'cause there
16  was a soft cap put over the -- over the BOP
17  eventually, but at that point, it was at the
18  end of the riser.
19          Q.      Okay.  What about the second --
20  did the second spot where it was leaking, did
21  BP do anything with that leak?
22          A.      I think we put -- there was a
23  cap put on the drill pipe eventually, as I
24  recall.  I'm a bit vague on that, but I think
25  there was a -- a screwed cap put on the end
00643:01  of the piece of drill pipe that was sticking
02  out of the mud.
03          Q.      Okay.  So you've got a soft cap
04  at the end of the riser, correct?
05          A.      I think that's right, yeah.
06          Q.      And a -- for what you called a
07  screw cap at the end of the drill pipe?
08          A.      I believe that's correct.
09          Q.      And did the screw cap at the end
10  of the drill pipe, did that cut off flow from
11  the end of the drill pipe?
12          A.      I believe it did.  My memory's a
13  bit vague on this, but I believe it did.
14          Q.      Okay.  Would that cutting off of
15  flow, could that potentially affect the
16  erosion going on at the kink?
17          A.      I don't believe so because the
18  riser was open to the ocean.  So any change
19  in pressure would come out of the end of the
20  riser immediately.
21          Q.      Okay.  So it -- it's your belief
22  that because the drill pipe was coming out of
23  the riser, if you put a cap on it, the flow's
24  just going to redirect and come out of the
25  riser and there's not going to be a -- a
00644:01  pressure change at the kink?
02          A.      That's my belief.
03          Q.      Would you agree with me that
04  through time, the -- the riser kink continued
05  to weaken?
06          A.      No.  There was no evidence of
07  that.  The -- the -- so it weakened once.
08  When the holes appeared, clearly from no
09  holes to some holes, it weakened once.  There
```

10   was no evidence it continued to leak once --
11   once these holes appeared.
12        Q.    Turn in your notebook to tab 15.
13   And I want to show you what's previously been
14   marked as exhibit 2657.
15             And what I'd like you to do is
16   turn to the second page of the document.  And
17   I want to look at the e-mail written by
18   Robert Quitzau.
19             Do you see that?
20        A.    Is that the one --
21        Q.    It's on May 20th, 2010, at
22   7:33 a.m.
23        A.    I have that one, yes.
24        Q.    Okay.  Do you know who that
25   gentleman is?
00645:01        A.    I do not.
02        Q.    Okay.  So you wouldn't know if
03   he works for Anadarko?
04        A.    I don't know who he works for.
05   I've never heard of his name before.
06        Q.    Okay.  Well, what I want to
07   focus on is the last sentence on that e-mail
08   on this page.
09             You see it starts, another
10   issue?
11        A.    Yep.
12        Q.    Okay.  What Mr. Quitzau writes
13   is, another issue is that the riser crimp is
14   very weak and may fail.  My guess from
15   listening to all the discussion is that they
16   are nearly ready to start a process of
17   removing the LMRP and stabbing a new BOP.  So
18   if the riser fails during our kill, we may be
19   ready to proceed with the next plan, anyway.
20   This is speculation on my part.
21             The burst discs are still a
22   worry, but they have done some more testing
23   and determined a higher rating than first
24   thought.  The RIT will be disengaged when we
25   begin diagnostic pumping into the BOP and
00646:01   riser.
02             Did I read that correctly?
03        A.    You did.
04        Q.    If I understand your testimony,
05   you do not believe what he has written here,
06   that the riser crimp was very weak?
07        A.    Oh, no.  It -- it was weak.  I
08   don't believe it -- with no evidence to say
09   it was continuing to weaken after the holes
10   appeared.  So when I first arrived, it -- it
11   was horizontal.  So it was already weak
12   'cause the metal had bent over.
13        Q.    Okay.
14        A.    After a period of times, a

```
15  number of holes appeared, so it clearly had
16  weakened then.  What I said was, I have no
17  evidence and no reason to believe it
18  continued to weaken beyond that.  And that's
19  simply based on the fact that the holes did
20  not seem to get bigger.
```

Page 646:23 to 647:01

```
00646:23       Q.    So I guess my question is, is if
      24  you know the riser crimp is weak, why don't
      25  you go ahead and cut it and install a capping
00647:01  stack?
```

Page 647:03 to 647:07

```
00647:03       A.    Because I -- I don't believe the
      04  capping stack was -- was there at that point
      05  in time, and --
      06       Q.    So --
      07       A.    That's my understanding.
```

Page 647:24 to 648:01

```
00647:24       Q.    Let me hand you what's been
      25  previously marked as exhibit 3918.  And it's
00648:01  tab 63 in your notebook.
```

Page 648:07 to 650:18

```
00648:07       Q.    All right.  You see that this is
      08  an e-mail from Kerry Girlinghouse.
      09             Do you know Mr. Girlinghouse?
      10       A.    I do not.
      11       Q.    Can you tell by his signature
      12  line that he is an employee of Wild Well
      13  Control?
      14       A.    It says Kerry Girlinghouse, Wild
      15  Well Control, Inc.  I can see that.
      16       Q.    Okay.  And this is an e-mail he
      17  sent to bobfranklin@bp.com, correct?
      18       A.    To Bob -- I can read that, yes.
      19       Q.    Do you know Mr. Franklin?
      20       A.    I do not.
      21       Q.    Okay.  And this e-mail was sent
      22  Tuesday, April 27, 2010, at 2:42 p.m.,
      23  correct?
      24       A.    Correct.
      25       Q.    Okay.  And if you go to the next
00649:01  page, it's -- there's a project memo number
      02  13, revision number 2, correct?
      03       A.    That's what it says, yes,
      04  correct.
```

```
05        Q.      And it's dated April 27th, 2010,
06  correct?
07        A.      Correct.
08        Q.      And it's to Mark Mazzella and
09  John Shaughnessy, correct?
10        A.      Correct.
11        Q.      Do you know those two gentlemen?
12        A.      I know Mr. Mazzella.  I don't
13  know Mr. Shaughnessy.
14        Q.      Who does Mr. Mazzella work for?
15        A.      BP.
16        Q.      So this is a memo written to BP
17  by Wild Well Control, correct?
18        A.      That -- that's what it seems
19  like.
20        Q.      Okay.  And it says, in the event
21  that current ROV intervention attempts to
22  secure the well by functioning the existing
23  BOP and the well continues to flow --
24  correct? --
25        A.      Correct.
00650:01        Q.      -- the following options should
02  be considered for review and deployment.  It
03  is anticipated that the flow from the well
04  will be restricted to facilitate this
05  operation.
06              Did I read that right?
07        A.      You did.
08        Q.      And what he sets out is well
09  capping, installation of capping stack on
10  existing BOP, correct?
11        A.      That's what the title says, well
12  capping, installation of capping on existing
13  BOP.
14        Q.      He provides -- if you look at
15  page 3 of the memo, he provides even a
16  diagram of the capping stack, correct?
17  Page 3.
18        A.      Sorry?
```

Page 650:20 to 651:12

```
00650:20        A.      Sorry.  Page 3 shows a capping
21  BOP.
22        Q.      Right.  Okay.  So we'll call it
23  a capping BOP.  He provides a schematic of a
24  capping BOP as early as April 27, correct?
25        A.      Correct.
00651:01        Q.      And he sets out a procedure for
02  installing the BOP, correct?
03        A.      Where should I look for a
04  procedure?
05        Q.      Page 2.
06        A.      Page 2?
07        Q.      Yes, sir.
```

```
08        A.      Yes.
09        Q.      So there's no question that as
10 of April 27th, BP was told how to build it
11 and how to -- how to build and install a
12 capping stack, correct?
```

Page 651:14 to 652:17

```
00651:14        A.      If you read the procedure, it
15 requires the removal of the LMRP.  This
16 procedure says, remove the LMRP.  And you may
17 recall from earlier statements I made, there
18 was a major concern that if we removed the
19 LMRP, the flow rate could be significantly
20 worse because the -- one of the assumptions
21 or one of the possibilities, that there was
22 debris, drill pipe or casing or tubing, in
23 the LMRP.  And if that LMRP was removed, that
24 the flow would get significantly worse.
25                The same concern that I
00652:01 mentioned previously, as well, is, we remove
02 the LMRP and there was a piece of drill pipe
03 sticking up from the BOP, cutting that piece
04 of drill pipe or casing, whatever it would
05 be, would be required before this BOP could
06 be landed.  And if we couldn't cut it because
07 of the oil flow coming around it, then really
08 there was no backup plan.  It was -- you were
09 then stuck with no plan B.
10                Therefore, this procedure, as I
11 said, requires removal of the LMRP, which
12 there were -- I do recall major concerns
13 about removing the LMRP at this point.
14        Q.      Okay.  And -- and would plan B
15 be things like the top kill, the cofferdam,
16 the junk shot, and a bunch of other things
17 that didn't work?
```

Page 652:19 to 652:23

```
00652:19        A.      No, 'cause they wouldn't be
20 possible once the LMRP was removed.
21        Q.      Okay.  But ultimately, what BP
22 used to kill the will -- kill the well was to
23 remove the LMRP, correct?
```

Page 652:25 to 653:02

```
00652:25        A.      That is not correct.
00653:01        Q.      So BP did not remove the LMRP?
02        A.      Not from my recollection.
```

Page 653:17 to 653:19

```
00653:17       Q.      Yeah.  And if you go to the next
      18  page, it lists pros of putting on the capping
      19  stack, correct?
```

Page 653:23 to 654:02

```
00653:23       A.      I do, yeah.
      24       Q.      And the very first pro is,
      25  secures well, providing well control and
00654:01  stopping hydrocarbon release, correct?
      02       A.      It does.
```

Page 654:12 to 654:18

```
00654:12  (Exhibit Number 5093 marked.)
      13       Q.      And this is tab 78 in your
      14  notebook.  You see that that is an e-mail
      15  attaching a PowerPoint presentation from
      16  Chris Roberts?
      17       A.      I can see that on the e-mail,
      18  yes.
```

Page 655:01 to 655:15

```
00655:01       Q.      Okay.  And it says, attachment
      02  capping stack, high level.
      03               Correct?
      04       A.      Attachment capping stack, high
      05  level, yes, I can see that.
      06       Q.      And this is dated May 13, 2010,
      07  correct?
      08       A.      That is correct.
      09       Q.      And I want you to go to the
      10  third page of this document.
      11               You see that picture of a
      12  capping stack?
      13       A.      I see a picture of what looks
      14  like a capping stack, yes.  Pretty blurred,
      15  but I can see that.
```

Page 655:25 to 656:01

```
00655:25       Q.      Do you know if that capping
00656:01  stack was available for use?
```

Page 656:03 to 657:23

```
00656:03       A.      I do not.
      04       Q.      Turn with me to tab 68 of your
      05  notebook.  And I want to show you what's been
      06  previously marked as exhibit 7104.
```

```
07            You see that this is an e-mail
08   from Charles Curtis to John Schwebel and Dave
09   Cameron, correct?
10        A.    I can see that written on the
11   e-mail, yes.
12        Q.    Do you see any BP employees in
13   this e-mail?
14        A.    I believe Trevor Smith on the CC
15   is a BP employee.
16        Q.    Okay.  Now, what I want to focus
17   on -- go to the second page.  And you see the
18   e-mail from Mr. Curtis on May 30, 2010, at
19   4:44 p.m.?
20        A.    I do.
21        Q.    And the subject line is, thanks
22   for the good work, BOP on BOP, and capping
23   stack team, correct?
24        A.    I see that in the title, yes.
25        Q.    And Mr. Smith of BP is copied on
00657:01   this e-mail, correct?
02        A.    He's on the CC.  I can see that,
03   yes.
04        Q.    And what Mr. Curtis writes is,
05   he says, John, attached is a photo of the
06   capping stack this morning, May 30th, around
07   11:00 a.m.  The capping stack has gone as far
08   as we can.  All of the equipment is stacked
09   up and only waiting on the control panel for
10   Oceaneering to test the stack.  These panels
11   should be completed by Tuesday, June 1,
12   shipped to Cameron Berwick, hooked up and
13   tested with the three-RAM capping stack.
14   Completion date, ready to ship offshore,
15   Friday, June 4th.  We will have -- we'll have
16   a better update tomorrow on the control
17   panels.
18            Did I read that right?
19        A.    You did read that correctly,
20   yes.
21        Q.    Why did the capping stack not
22   ship out on June 4 and get installed on the
23   well?
```

Page 657:25 to 658:02

```
00657:25      A.    I do not know.
00658:01      Q.    Is it clear from this e-mail
02   that it was ready?
```

Page 658:04 to 658:05

```
00658:04      A.    It's clear that it was not
05   ready.
```

Page 658:10 to 660:07

```
00658:10        Q.      Let me show you what's been
     11  previously marked as exhibit 4320.  If you
     12  would turn in your notebook to tab 65.
     13              You see that this is an e-mail
     14  on June 2nd, 2010, at 11:32 a.m., correct?
     15        A.      Correct.
     16        Q.      And this is from a gentleman, at
     17  least the top e-mail, by the name of Asbjorn
     18  Olsen, correct?
     19        A.      Correct.
     20        Q.      Okay.  And it's written to many
     21  different people, including johnvicic@bp.com,
     22  correct?
     23        A.      I can read that there, yes.
     24        Q.      Okay.  What I want you to look
     25  at is the e-mail from Mr. Geoff Boughton.
00659:01  It's the second e-mail on the page.
     02        A.      Okay.
     03        Q.      You see Mr. Vicic is there,
     04  listed again?
     05        A.      Mr. Vicic, John Vicic, I can see
     06  that, yes.
     07        Q.      Okay.  So at the very least,
     08  somebody from BP received this e-mail,
     09  correct?
     10        A.      I can see John Vicic, and he has
     11  a BP.com e-mail.
     12        Q.      Okay.  And this is -- second
     13  e-mail is June 2nd, 2010, correct?
     14        A.      Correct.
     15        Q.      And the subject line is, meeting
     16  notes, right?
     17        A.      Correct.
     18        Q.      And what Mr. Boughton writes is,
     19  he says, who at BP is making the decision on
     20  the critical path for the different projects?
     21  We were informed yesterday that another BP
     22  project at Oceaneering had taken the ROV
     23  panel valves and parts from the cap stack
     24  panels.  This has further delayed the cap
     25  stack critical path.  If someone could help
00660:01  prioritize the schedule, we will do our best
     02  to make it happen.
     03              Did I read that right?
     04        A.      You did.
     05        Q.      Why -- why was BP taking parts
     06  away from the capping stack effort, if you
     07  know?
```

Page 660:09 to 660:17

```
00660:09        A.      I do not know anything about
```

```
10  this e-mail.  I haven't seen it before, and
11  this issue, I wasn't aware of.  So I do not
12  know.
13       Q.    Okay.  Does it appear to you
14  that somebody with Transocean is complaining
15  that they're not able to effectively build
16  the capping stack because BP is taking parts
17  away from them?
```

Page 660:19 to 660:20

```
00660:19       A.    I can't conclude that from --
      20  from this e-mail.
```