Page 10:08 to 10:10

00010:08   WALTER BOZEMAN,
     09   having been first duly sworn, testified as
     10   follows:


Page 13:22 to 14:14

00013:22        Q.      How long have you worked for BP?
     23          A.      I worked for BP and its
     24   predecessor company ARCO for 33 years.
     25          Q.      So you were at ARCO until
00014:01   ARCO -- until BP took over ARCO?
     02          A.      I was with ARCO and then a
     03   subsidiary of ARCO called Vastar until 2000
     04   and then moved over when those companies were
     05   bought by BP to work for BP.
     06          Q.      Okay.  And when were you -- when
     07   you started at BP in 2000, what position did
     08   you start at?
     09          A.      I was a reservoir engineer
     10   working for the Gulf of Mexico exploration.
     11          Q.      And are you currently the head
     12   of reservoir engineering for the Gulf of
     13   Mexico?
     14          A.      I am not.


Page 14:21 to 17:02

00014:21        Q.      (BY MS. GREENWALD)  This appears
     22   to be an organizational chart that you are
     23   on, so maybe by using Exhibit 5231 you can
     24   explain to me how you fit in the corporate
     25   structure of -- let me -- strike that.
00015:01             Is this the current corporate
     02   structure of the unit you're in?  Does this
     03   look as though it's the same as it is today?
     04          A.      This is not the same as it is
     05   today.
     06          Q.      It's not.  Does this -- when you
     07   look at document 5231, can you put this in a
     08   time frame when this was the structure?
     09          A.      I can.  There is labeled updated
     10   4/13/10 at the bottom.
     11          Q.      So then on April 13th, 2010 this
     12   was the structure.  And so, then, on
     13   April 20th of 2010 this would have been the
     14   structure of your unit and the people above
     15   and below you?
     16          A.      Would have been the structure of
     17   the April 20th, yes.
     18          Q.      Okay.  So can -- so focusing on
     19   April 20th for now, currently, can you -- did
     20   you report directly to Jay Thorseth?

```
21        A.     I did.
22        Q.     And were there other reservoir
23 engineers who were -- strike that.
24               Is Mr. Thorseth a reservoir
25 engineer?
00016:01  A.     Mr. Thorseth is an exploration
02 manager.  He is by background a geo- -- a
03 geoscientist.
04        Q.     So in -- on April 20th, 2010
05 were you at that point sort of the head
06 reservoir engineer for the Gulf of Mexico?
07        A.     I was not.
08        Q.     You were not.  So tell me where
09 you fell in the corporate structure on
10 April 20th, 2010, please.
11        A.     I was a reservoir engineer that
12 reported to Jay Thorseth.  I had one high
13 school intern not shown on this
14 organizational chart that reported to me.
15        Q.     Oh, I see.  So you -- I realize
16 that.  There is no line below your box.
17 Okay.  Did you have a particular
18 responsibility within reservoir engineering?
19 Did you -- you were in charge of the Macondo
20 well; is that correct?
21        A.     I was not the reservoir engineer
22 assigned to Macondo.  I did work on Macondo
23 issues, but I was not the principal reservoir
24 engineer for that project.
25        Q.     On -- who was?
00017:01  A.     At that time it was Kelly
02 McAughan.
```

Page 17:08 to 18:16

```
00017:08  Q.     (BY MS. GREENWALD)  I'm sorry.
09 Okay.  What were your duties and
10 responsibilities as reservoir engineer on
11 April 20th, 2010?
12        A.     I reported to Jay Thorseth and
13 worked on a variety of projects for the
14 exploration managers that are reporting to
15 Jay on the -- on the second row.  So a number
16 of prospects across the Gulf of Mexico.
17 Individual projects that I don't recall the
18 names on right now, but that is what my job
19 responsibilities were at that time.
20        Q.     And as a reservoir engineer
21 working on prospects, what were your
22 day-to-day duties back on April 20th, 2010,
23 in that time period?
24        A.     We worked on -- with the
25 exploration on a variety of projects, and it
00018:01 could -- it would range from working up
02 initial valuations of the projects, doing
```

```
03  well planning, and then -- and then working
04  on assessment of -- of resources after a
05  discovery.
06       Q.    And you're not in this position
07  today?  Did I understand you correctly before
08  that this is not your current position?
09       A.    It's my current position, but I
10  don't report to Jay Thorseth.
11       Q.    Okay.
12       A.    I report to another individual.
13       Q.    Who do you report to now?
14       A.    I report to Graham Pinky Vinson.
15       Q.    Is he also in London?
16       A.    Graham works in Houston.
```

Page 19:03 to 19:06

```
00019:03     Q.    Other than different prospects,
04  is your day to day job the same as it was on
05  April 20th?
06       A.    Yes, it is.
```

Page 19:21 to 20:09

```
00019:21     Q.    And does Pinky report to
22  Mr. Thorseth?
23       A.    He does not.  He reports to
24  Cindy Yeilding.
25       Q.    And what does Pinky do?  That's
00020:01  a great name.  What is Pinky's position?
02       A.    He's the leader of new wells
03  delivery, and he reports to -- to Cindy
04  Yeilding.
05       Q.    "New wells delivery," what does
06  that mean?
07       A.    He's in -- he's the leader for
08  the -- the Tiger team and supports our
09  preparation for drilling new wells.
```

Page 20:14 to 20:21

```
00020:14     Q.    Are you still all alone in a box
15  and only have an intern working with you, or
16  has that changed?
17       A.    I have an intern and there is
18  one consultant, former reservoir engineer
19  with BP that is working contract and so I
20  have both of those individuals that I have
21  responsibilities for.
```

Page 21:03 to 21:19

```
00021:03     Q.    Sure.  Let's talk about the
```

```
04  period, say, mid March to the day the of the
05  explosion.  What work, if any, were you doing
06  with respect to the Macondo well?
07       A.     In mid March I was the reservoir
08  engineering team leader for the -- the
09  reservoir engineering team, and so the
10  reservoir engineer, Kelly McAughan, that was
11  handling the well reported to me.  And
12  they -- we went and did the formation
13  evaluations, and so I was aware and -- of
14  those taking place and was informed of -- of
15  their results.
16       Q.     Results of what?
17       A.     The results of the open hole
18  logging and the collection of downhole fluid
19  samples.
```

Page 24:05 to 24:11

```
00024:05      Q.     (BY MS. GREENWALD)  So your
06  responsibilities were really, if I'm correct,
07  and correct me if I'm wrong, to -- to keep up
08  to date on when they hit the pay zone and
09  when it was ready to be closed up and ready
10  for at some later time production of the
11  well?
```

Page 24:13 to 24:19

```
00024:13      A.     My responsibilities were for the
14  formation evaluation and collecting of that
15  data so we can make reservoir engineering
16  evaluations of the -- the -- the resources
17  for -- for bookings and for then passing that
18  over to other groups to ultimately develop
19  the prospect.
```

Page 25:15 to 25:22

```
00025:15      Q.     Okay.  So what I'm trying to
16  understand, as a reservoir engineer what
17  information is relevant to the daily drilling
18  operations to what your job is at BP?
19       A.     The key aspects from daily
20  drilling operations for us is when you get to
21  the target horizons and gather the data from
22  the pay sands that you're hoping to develop.
```

Page 26:21 to 28:25

```
00026:21      Q.     Let me show you -- give me one
22  second.  Tab 18.  I have to find it in my
23  group.  Sorry.  For some reason, it's not
```

```
24  where it's supposed to be.  Okay.  Give me a
25  second to find it in my pile here.
00027:01          Okay.  Sorry about that.  This
02  is Bates No. 61592, and then the document
03  after that was one of those natively produced
04  documents, so it doesn't actually come up
05  with Bates numbers.  So the -- the bait --
06  the first Bates number is an e-mail, and then
07  attached to that is the Technical Assurance
08  Memorandum, Sections 2 and 3 and that is --
09  for the record -- ten pages and then there is
10  another document which is Bates-stamped
11  180471 and that again is followed by another
12  natively produced document, therefore doesn't
13  have Bates stamps, but this document is page
14  numbered and it's page numbered 1 through 17,
15  which appears to be Technical Assurance
16  Memorandum Section 1, paren, subsurface; and
17  I'd like to mark that exhibit as 5232.
18          Have you seen this document
19  before?
20      A.    I have.
21      Q.    Can you explain it to me?  Tell
22  me the purpose for preparing it and what your
23  role was in preparing it.
24      A.    The purpose of preparing it was
25  to provide a evaluation from the geologic
00028:01  assessment through the ultimate development
02  of the project of Macondo.  There are four
03  chapters that you have in this exhibit, and I
04  had -- or my team had responsibilities for
05  producing Chapter 2 and Chapter 3.  Chapter 2
06  is about the appraisal operations, and
07  Chapter 3 is about the development of the
08  prospect, if it was a discovery.
09      Q.    You said you and your team.
10  Who's your team?
11      A.    My team was the reservoir
12  engineering team, which was the organization
13  in 2009 when this was developed.
14      Q.    And who was that?  Do you recall
15  who was on in a team?
16      A.    Yes, I do.
17      Q.    Who was that?
18      A.    I had approximately four
19  reservoir engineers reporting to me and a
20  technician and a high school student.
21      Q.    And who were the engineers?
22      A.    Engineers were Tanner Gansert,
23  Debbie Kercho, David Epps, Denise Adams was
24  the technician.  I believe at this time --
25  and that -- that's all I recall at this time.
```

Page 30:06 to 30:19

```
00030:06        Q.      I see.  And what do you -- what
      07  is the purpose in preparing this?  Do you
      08  prepare it for upper management or what --
      09  who -- who gets this document?
      10        A.      Upper management gets it.  The
      11  other people that get it would be the -- the
      12  team that would take over discovery and take
      13  it to development.  So it was a -- a document
      14  of our thoughts on how to develop Macondo
      15  back at the time before we drilled it.
      16        Q.      Do you do this for all wells
      17  that you drill in the Gulf of Mexico?  Do you
      18  prepare one of these technical assistance
      19  memorandum?
```

Page 30:21 to 30:24

```
00030:21        A.      We prepare them for all the
      22  exploration wells.
      23        Q.      (BY MS. GREENWALD)  In the
      24  world, everywhere -- every well?
```

Page 31:01 to 31:07

```
00031:01        A.      My responsibilities are the Gulf
      02  of Mexico.
      03        Q.      (BY MS. GREENWALD)  Okay.
      04        A.      And I can state that we prepare
      05  them for all Gulf of Mexico wells.  It's
      06  outside my realm to comment on what the rest
      07  of the world actually does.
```

Page 32:21 to 32:25

```
00032:21        Q.      Approximately?  Three years
      22  later, five years later?  Do you have any
      23  just range of when the TAM process started?
      24        A.      Sometime in the middle there,
      25  2005ish.
```

Page 39:06 to 39:19

```
00039:06        Q.      Okay.  I'm sorry, I
      07  misunderstood.  Thank you.
      08              If you go to 3.5, just several
      09  pages later -- section, 3 point --
      10  engineering and technology.  It says,
      11  "Technology issues and opportunities with
      12  timing impacts."  It says, "There are no
      13  enabling technologies required for Macondo."
      14              What does that mean?
      15        A.      Macondo's pressures and
      16  temperatures that we had projected before we
```

```
        17  drilled the well wouldn't require any new
        18  technology to be able to do the tieback I
        19  just referred to.
```

**Page 42:20 to 44:16**

```
00042:20  Can I ask you a couple of
        21  questions about -- I'm going to jump around a
        22  little bit here for a minute.  Did you -- I
        23  want to talk to you a little bit about the
        24  relief efforts following the -- the
        25  explosion, and I want to go through the
00043:01  different relief efforts that I understand
        02  occurred and ask you if you had any
        03  involvement in any of them at all and then if
        04  you had -- had any involvement at all, let me
        05  know what -- yes, and then I'll ask you what
        06  it was.
        07              Did you have any involvement at
        08  all in trying to get the BOP to work?
        09        A.    No.
        10        Q.    Okay.  Relief wells, I
        11  understand you were involved with the DD3,
        12  correct?
        13        A.    Correct.
        14        Q.    And how about DD2?
        15        A.    No.
        16        Q.    Coffer dam?  The coffer dam?
        17        A.    No.
        18        Q.    RIT, the riser insertion tube
        19  tool?
        20        A.    No.
        21        Q.    Top kill junk shot?
        22        A.    No.
        23        Q.    The various collection
        24  solutions, the top hat?
        25        A.    No.
00044:01        Q.    The Q-4000?
        02        A.    No.
        03        Q.    The Helix producer?
        04        A.    No.
        05        Q.    BOP on BOP?
        06        A.    No.
        07        Q.    Capping stack?
        08        A.    No.
        09        Q.    Did I miss anything?  Were there
        10  any other relief efforts that I don't have on
        11  my list?
        12        A.    Not that I am aware of, counsel.
        13        Q.    Okay.  Okay.  So your only
        14  involvement in the relief effort, as I
        15  understand it, was the DD3, then?
        16        A.    Correct.
```

Page 44:22 to 44:23

00044:22   No. 3764770.  It's a one-page document, and
       23   we will mark it as 5233.


Page 53:07 to 56:17

00053:07        Q.    Okay.  If you could look at
       08   No. 30 -- tab No. 33, please.  This is
       09   Bates-stamped 3764742, 743, and 744.  It's
       10   three pages of drawings that we marked 5234.
       11   Is this your handwriting, Mr. Bozeman, and
       12   your drawing?
       13        A.    I believe this is my handwriting
       14   and drawing.  I see no dates on these to
       15   assist me in my recollection of these.
       16        Q.    Do you recall drawing these
       17   three drawings that are Exhibit 5234?
       18        A.    I do recall drawing them.
       19        Q.    Do you remember why you drew
       20   them?
       21        A.    I was involved in some
       22   evaluations of Macondo after the incident,
       23   and they would have been drawings for that.
       24   As far as specifically what I gleaned from
       25   these is beyond my recollection at this time.
00054:01        Q.    Okay.  Let me ask you about your
       02   answer just now.  You said you were involved
       03   in evaluating Macondo after incident.  Can
       04   you -- will you please tell me what you were
       05   involved in evaluating after the incident?
       06   From the date of the incident all the way
       07   through today, if you could tell me what you
       08   were involved in.
       09        A.    I was involved in the -- an
       10   updated worst-case discharge number the day
       11   after the incident, involved in some eval- --
       12   follow-up evaluations to that.  Those are
       13   only -- those are the two main items I recall
       14   at this point.
       15        Q.    Okay.  All right.  So the first
       16   page of 5234, what is that a drawing of and
       17   what are you trying to portray in that
       18   document?
       19        A.    It's a drawing of a wellbore,
       20   but without a date, I previously stated I
       21   don't know what I would have gleaned from
       22   this.
       23        Q.    Can you tell from your notes on
       24   the right?  Does that refresh your
       25   recollection at all?
00055:01        A.    No, ma'am.
       02        Q.    Can you tell from your notes or
       03   the drawing whether you drew this before or
       04   after the explosion?

05          A.       It was -- it was after the
06    explosion.
07          Q.       It was after, okay.  You don't
08    remember -- did you ever give these notes to
09    anybody?
10          A.       I -- I produced them for -- on
11    request.  But as far as other BP employees,
12    no.  These would have been my internal notes?
13          Q.       And you don't know why you did
14    them?
15          A.       I often sketch to -- to help me
16    understand things, and so it doesn't surprise
17    me that I had pictures like this.
18          Q.       Well, let me ask you, would this
19    sketch in any way help you to evaluate the
20    worst-case discharge number?
21          A.       Probably not.
22          Q.       So were you asked to do anything
23    else following the incident, to use your
24    word, the explosion, other than the
25    worst-case discharge numbers?  I'm just
00056:01    trying to understand what -- I'm trying to
02    help refresh your recollection on why you may
03    have drawn the first page of 5234.
04          A.       I said there were some other
05    follow-up evaluations to the worst-case
06    discharge.
07          Q.       Okay.
08          A.       The -- certainly in that we
09    were -- contemplated there could have been
10    different flow paths, and so this was looking
11    at -- looking at that particular situation.
12    But the calculations that I did for the
13    worst-case discharge were not based on this
14    drawing.
15          Q.       And isn't it correct that
16    whether there is a drill pipe or not impacts
17    flow rate?


Page 56:19 to 57:04

00056:19          A.       Drill path --
20          Q.       (BY MS. GREENWALD)  Whether the
21    drill -- whether the drill pipe and the
22    position of the drill pipe following the
23    explosion would -- would impact flow rate;
24    isn't that right?
25          A.       Drill pipe would impact flow
00057:01    rate, but I didn't make any calculations
02    regarding flow rate for the well.  I made
03    calculations on the theoretical worst-case
04    discharge.


Page 59:18 to 61:14

```
00059:18          Q.      (BY MS. GREENWALD)  Mr. Bozeman,
       19  will you turn to tab 36, please.  It's Bates
       20  stamped 3764756.  It will be number --
       21  Exhibit No. 5235.  Is that document in your
       22  handwriting; do you know by looking at it?
       23          A.      It is my handwriting.
       24          Q.      Okay.  And the date on top
       25  appears to be 4/21/10?
00060:01          A.      That's correct.
       02          Q.      So this would have been the day
       03  after the explosion?
       04          A.      The -- the morning after.
       05          Q.      Okay.  Do you know that it was
       06  morning?  Do you remember that it was the
       07  morning?
       08          A.      Yes, ma'am.
       09          Q.      Okay.  Why did you write these
       10  notes?
       11          A.      I was called in at 2:15 in the
       12  morning to come into the office to update the
       13  theoretical worst-case discharge calculation
       14  and went up to the third floor and took these
       15  notes at the IMT building -- or IMT room.
       16          Q.      So you took these notes after
       17  that meeting or on your way to the meeting?
       18          A.      It -- it would have been
       19  after -- or it would have been during or
       20  after.  I don't recall that specific,
       21  counsel.
       22          Q.      You used the term just now, I
       23  believe, "theoretical worst-case discharge";
       24  is that right?
       25          A.      Yes, ma'am.
00061:01          Q.      What does that mean to you?
       02          A.      The theoretical worst-case
       03  discharge would be a calculation with
       04  assumptions of no drill pipe in the hole,
       05  just a total blowout of -- of the particular
       06  well.
       07          Q.      Okay.  Your top entry says, "Out
       08  of control blowout."  What did you mean by
       09  that?
       10          A.      I was repeating what I heard at
       11  the meeting.
       12          Q.      So someone said that the
       13  explosion resulted in an out-of-control
       14  blowout?
```

Page 61:16 to 65:20

```
00061:16          A.      I -- I just wrote down notes of
       17  what I heard at the meeting.
       18          Q.      (BY MS. GREENWALD)  Okay.  And
       19  who was at the meeting besides you?
```

```
20        A.      It was in the IMT room, which is
21   a room bigger than this, and it was
22   completely filled with people.  I know my
23   boss or second level boss, Dave Raney, was
24   there, and he was the one that called me.  I
25   don't recall the other people that were
00062:01   there, but it was a jam -- totally jam-packed
02   room.
03        Q.      Do you recall who did most of
04   the talking at this meeting?
05        A.      The -- the IMT setting is such
06   that a number of people talk, and so it -- it
07   was spread around.  There was a number of
08   people that were talking.
09        Q.      Did you speak at this meeting?
10        A.      I did not.
11        Q.      So what is -- "access to log,"
12   what does that mean?
13        A.      I needed to -- to do my
14   calculation, I needed to have access to
15   the -- the log from the well.
16        Q.      Did you get those -- did you get
17   that access to the log?
18        A.      I -- I don't recall if I got
19   access to the log or the results from the
20   petrophysical analysis, but I got the data
21   that I needed from the log by the -- to do my
22   calculation.
23        Q.      And the next line down says,
24   "3000," I assume that's "GOR," gas-to-oil
25   ratio?
00063:01        A.      Correct.
02        Q.      What does that mean?
03        A.      That's the ratio of oil
04   production to gas production and would be
05   used in the calculation that I would perform.
06        Q.      And who gave you the number
07   3,000 gas-to-oil ratio?
08        A.      That was a number that I wrote
09   down.  I don't remember the -- who provided
10   that.  That would have been a number I would
11   have double-checked before I completed the
12   calculation.
13        Q.      And how would you have
14   double-checked that number?  What would you
15   have done?
16        A.      We had reports from the open
17   hole logging program where we collected
18   samples that provided that number, and so
19   there would have been -- there was an
20   e-mail -- there were e-mails that I would
21   have been able to go and see that
22   information.
23        Q.      Who at BP would have calculated
24   the gas-to-oil ratio of the oil coming out of
```

```
         25   the wellhead after the explosion?  Who would
00064:01   have been in charge of that at BP?
         02         A.     Okay.  The -- just a
         03   clarification here.  We're -- we're taking
         04   the form -- the fluid samples we collected a
         05   few weeks before --
         06         Q.     Okay.
         07         A.     -- to determine a gas/oil ratio
         08   from that sample --
         09         Q.     Okay.
         10         A.     -- and then applying that to our
         11   calculation.  We weren't measuring the
         12   gas/oil ratio, what was happening at that
         13   time.
         14         Q.     And who would have done the
         15   calculations on the gas-to-oil ratio --
         16         A.     We -- we had --
         17         Q.     -- that you were using?
         18         A.     -- a contractor, Pencor, who did
         19   an on-site analysis on the -- a couple weeks
         20   before and did some reports.  We would use
         21   their num- -- their numbers.
         22         Q.     So when you do worst-case
         23   discharge calculations, you don't do your own
         24   independent calculation of gas-to-oil ratio,
         25   correct; you use a number provided to you?
00065:01         A.     I use the number provided by the
         02   evaluation of -- of a fluid sample done by
         03   contractors --
         04         Q.     Okay.
         05         A.     -- whose expertise is doing that
         06   type work.
         07         Q.     And then you say "volume," what
         08   does that mean on this document?
         09         A.     I don't recall what I was
         10   referencing on volume.
         11         Q.     And then under that, is that
         12   u-n?
         13         A.     U-n.
         14         Q.     What does that mean?
         15         A.     I have no idea what u-n stands
         16   for.  Obviously, an unfinished thought.
         17         Q.     Under that, "daily rate"?
         18         A.     Correct.
         19         Q.     Is that -- is that referring to
         20   the daily flow rate?
```

Page 65:22 to 67:04

```
00065:22         A.     I -- I really don't recall
         23   exactly a daily rate.  You know, these --
         24   these were notes for me to then go do
         25   subsequent evaluations.  So they -- they were
00066:01   just memory joggers.
         02         Q.     (BY MS. GREENWALD)  As you sit
```

```
03  here today, what else could daily rate mean
04  other than daily flow rate, given the context
05  of this meeting on April 21st, 2010?
06        A.    Well, the worst-case discharge
07  that I've talked about is in the same units
08  as daily rate.  But daily rate in here
09  probably referred to the theoretical
10  worst-case discharge that we had calculated
11  predrill, which is down a little further at
12  162,000.
13        Q.    Okay.  And then I don't have
14  this in your notebook.  This is Exhibit
15  3764771.  I have a few extra copies here,
16  since this didn't get in the notebook.
17              This is, again, 3764771, Bates
18  number, and we'll mark it -- I'm sorry, I
19  should give you this one.  This is marked
20  5236.  Are these your notes?
21        A.    Yes, counsel, these are my
22  notes.
23        Q.    Do you recall when you wrote
24  these?
25        A.    This would have been basically
00067:01  October 2010, at the same time that we looked
02  at some notes just a few minutes ago in
03  regards to making a presentation to the --
04  the challenger group in -- in Utah.
```

Page 68:05 to 68:06

```
00068:05  2874296 through 2874303, and we will mark
06  that 5237.
```

Page 73:12 to 73:12

```
00073:12  And that will be Exhibit 5238.
```

Page 79:12 to 80:01

```
00079:12        Q.    Can you turn to tab 10, please,
13  which is Bates-stamped 2314243.  It's a
14  three-page document, and it will be marked
15  5239.
16        A.    I'm on 10, but it's not 5239.
17        MR. MORRISS:  5239 is the exhibit
18  number that she's putting on the --
19        MS. GREENWALD:  Oh, I'm sorry.  I'm
20  sorry, the Bates number on the bottom should
21  be 2314243.  Okay.  Sorry about that.  I -- I
22  have to put a different number on it for the
23  record.
24        Q.    (BY MS. GREENWALD)  This is a
25  series of e-mails about flow from the Macondo
```

00080:01  well; is that correct?

Page 80:03 to 81:08

00080:03        A.    This is a calculation of the
      04  theoretical worst-case discharge for the
      05  Macondo well.
      06        Q.    (BY MS. GREENWALD)  Okay.
      07  Let -- let me go to the first sentence.
      08  Written -- this is written by you to Dave
      09  Raney; is that right?
      10        A.    Right.
      11        Q.    It says, We have updated the
      12  earlier WCD calculation with new subsurface
      13  parameters from the Macondo team and modeled
      14  a flow rate at the seafloor, paren, assuming
      15  riser falls, close paren, in Prosper with the
      16  latest wellbore configuration.
      17              Did I read that correctly?
      18        A.    As it was -- you read it
      19  correctly.
      20        Q.    There is an "and modeled a flow
      21  rate at the seafloor."  What is -- what did
      22  you mean by "and modeled a flow rate at the
      23  seafloor"?
      24        A.    The worst-case discharge as
      25  referenced in the -- in the subject and --
00081:01  and earlier in the sentence, worst-case
      02  discharge.
      03        Q.    You have -- your sentence has a
      04  conjunction in it, so it appears that from
      05  the way you wrote this that you are
      06  presenting a worst-case discharge calculation
      07  and a model of a flow rate at the seafloor.
      08  Is that not right?

Page 81:10 to 83:23

00081:10        A.    I can tell you that we modeled
      11  the worst-case discharge when -- in the
      12  number that we provided.
      13        Q.    (BY MS. GREENWALD)  Okay.  That
      14  number is a hundred thousand barrels of oil
      15  per day, right?
      16        A.    That's correct.
      17        Q.    What's the difference between a
      18  worst-case discharge and what happened here?
      19        A.    Could you help me on that?
      20        Q.    Sure.  If the worst-case
      21  discharge -- if you're saying that this
      22  hundred thousand barrels per day is the
      23  modeled worst-case discharge and not a flow
      24  rate, what is the difference between your
      25  modeled worst-case discharge calculation of

```
00082:01  April 21st and a calculation of the flow
      02  rate?
      03       A.    Thank you.  The difference would
      04  be in the assumptions of -- of the worst-case
      05  discharge and the reality of the wellbore.
      06  So when we made assumptions for the
      07  worst-case discharge, we assumed that there
      08  was nothing in the hole, there was no drill
      09  pipe, the BOPs were wide open, it was an
      10  entire flow straight out of the BOP.  That's
      11  what we modeled in the worst-case discharge.
      12       A flow rate would have had --
      13  had to have considered that the BOPs were
      14  somewhat -- had been somewhat closed.  There
      15  was drill pipe that was later seen to be
      16  coming out of the -- the top of the BOP, and
      17  so it would have taken all the obstructions
      18  into account in modeling the flow rate.  So
      19  that would be the difference in those two
      20  numbers.
      21       Q.    Now, is -- would those two
      22  different -- were those two assumptions -- or
      23  I should say the lack of those two
      24  assumptions, so that you have the drill pipe
      25  and the BOP, I think you said, may be
00083:01  somewhat op- --
      02       A.    Plus any other obstructions that
      03  we're not aware of, that would be the --
      04       Q.    Well, what other obstructions do
      05  you know of that were there on April 21st?
      06       A.    I don't have any way of knowing
      07  what was there.  I didn't have the
      08  information to do that.  I'm just saying we
      09  didn't know, and so we could see drill pipe.
      10  We knew about the BOP, but there could have
      11  been other things that were there that we
      12  were not aware of.  I don't know.  That
      13  wasn't an area that I assessed.
      14       Q.    As you sit here today, do you
      15  know of any other obstructions that were
      16  there?
      17       A.    I -- I don't -- I wouldn't know.
      18  That's not part of my job responsibility.
      19       Q.    Even though you've been
      20  calculating these worst-case discharges,
      21  you've never gone back to see whether there
      22  were any other obstructions that might have
      23  changed those assumptions?


Page 83:25 to 84:12

00083:25       A.    My worst-case discharge is based
00084:01  on assumptions that I clearly state in my
      02  memos, and the worst-case discharge that I
      03  calculated for this was a riser disconnect
```

```
04   and the flow was coming straight up -- up the
05   wellbore.
06        Q.     (BY MS. GREENWALD)  Okay.
07   Change the assumption and have the BOP I
08   think you said maybe somewhat functioning in
09   the drill pipe.  How, as you understand it
10   sitting here and having used the model for
11   worst-case discharge, would that change your
12   worst-case discharge calculation?
```

Page 84:14 to 85:02

```
00084:14        Q.     (BY MS. GREENWALD)  How
15   significantly?
16        A.     Any obstruction would change
17   the -- the number coming out of the flow
18   rate -- the calculation.  How much is
19   impossible to answer.  It -- it depends on
20   what the obstruction is.
21        Q.     But do you -- would you agree
22   that there was nothing obstruct -- that --
23   strike that.
24              You earlier in a document
25   referred to this as an out-of-control
00085:01   blowout.  Do you recall that document from
02   the meeting of April 21st?
```

Page 85:04 to 86:05

```
00085:04        A.     I wrote that down from a meeting
05   that I attended, and I heard those words from
06   a person I don't remember who said it.
07        Q.     (BY MS. GREENWALD)  Right.  But
08   it's -- clearly someone at that BP meeting on
09   the night of April 21st, 2010, referred to
10   this as an out-of-control blowout, based on
11   your notes, fair enough?
12        A.     Someone referred to it as
13   that --
14        Q.     Okay.
15        A.     -- that description.
16        Q.     Okay.  So how would that --
17   so -- so I understand what you're describing
18   as the worst-case scenario -- I'm sorry,
19   worst-case discharge calculation model and
20   how it differs from perhaps the actual model
21   of a flow rate, but I guess my question is
22   really when you calculated a hundred thousand
23   barrels of oil per day for a worst-case
24   discharge and you have an out-of-control
25   blowout, do you think that a -- a public
00086:01   statement at the time by anyone, whether it
02   be the government or BP or someone, that
03   there were a thousand barrels of oil per day
```

```
        04   flowing out of the well would be an
        05   unrealistically low number at that time?
```

Page 86:07 to 88:01

```
00086:07        A.     I had no idea what was actually
        08   flowing out of the well to -- to know, and it
        09   was not my job to have -- to communicate that
        10   outside of BP.  I was asked to do a
        11   theoretical worst-case discharge by my boss,
        12   Dave Raney, and I gave them -- him that
        13   number.
        14        Q.     (BY MS. GREENWALD)  Did you ever
        15   look at those videos of the flow coming out
        16   of the wellhead in the aftermath of the
        17   explosion?
        18        A.     I saw the -- the videos one time
        19   on approximately May 5th in the BP IMT, and
        20   then the next time I saw them was the same
        21   time that the general public got to see them,
        22   approximately May, it was 19th or 20th when
        23   they were released.  So I basically saw them
        24   the same time that the general public saw
        25   them.  I didn't have any opportunity other
00087:01   than that one short instance to -- to see
        02   them.
        03        Q.     Do you know why Mr. Raney asked
        04   you to do a worst-case discharge calculation
        05   on the 21st of April instead of April -- end
        06   the question there.
        07        A.     He needed it for his work.  He
        08   asked me to do it.  I didn't discuss with him
        09   exactly why I can't -- what -- that's not my
        10   area to be able to answer why he needed it.
        11   It seemed like I just went and did it.
        12        Q.     You never asked anyone why you
        13   were doing a worst-case discharge calculation
        14   when there was actually an -- had been an
        15   explosion and there was a blowout?
        16        A.     It seemed like a reasonable
        17   request to know what the theoretical maximum
        18   worst-case discharge was, and I went and, to
        19   the best of my ability, did the number.
        20        Q.     And why did that seem reasonable
        21   to you to figure out a worst-case discharge
        22   calculation at that time?
        23        A.     Because we had a -- a well that
        24   was needing -- well, you could -- there were
        25   videos of the Horizon fire.  So seeing that,
00088:01   it seemed like a reasonable request.
```

Page 88:04 to 93:16

```
00088:04   Have you ever done a flow rate
```

```
05  calculation from a well?
06      A.      I have.
07      Q.      And when -- under what context
08  have you done that?
09      A.      I've done flow rate calculations
10  for -- for wells back when I -- I worked
11  at -- at Vastar on the -- and then earlier in
12  my career, actual production wells.
13      Q.      Did you use a model for that
14  calculation, same model --
15      A.      Did --
16      Q.      I'm sorry.
17      A.      I used a model.  I don't recall
18  exactly what model.
19      Q.      A different model than you used
20  to calculate the worst-case discharge on
21  April 21st?
22      A.      I -- I don't recall what model I
23  used back in the -- the mid '90s to -- to
24  calculate those flow rates for those wells.
25  I've used the models here to calculate
00089:01  worst-case discharge --
02      Q.      Uh-huh.
03      A.      -- on Macondo and other wells.
04      Q.      Did -- did you ever -- did you
05  continue to reevaluate worst-case discharge
06  after your calculation of April 21st, 2010?
07  For the Macondo well?  Sorry, I should
08  complete that sentence.
09      A.      We were asked to do additional
10  evaluations related to that worst-case
11  discharge calculation.
12      Q.      Who -- based on what difference?
13  What changed that they needed you to do a new
14  calculation?
15      A.      It wasn't necessarily a new
16  calculation, or the first one wasn't, but we
17  were requested to make a volume calculation
18  of what the -- of the worst-case discharge
19  and how -- what sort of volume over how
20  many -- the number of days did it take to do
21  a relief well, and that was in an e-mail that
22  we sent out a couple days after this.
23              Later we were asked to do some
24  calculations where given -- we were given a
25  specific flow rate and asked to determine
00090:01  what sort of obstruction you would have that
02  would be consistent with that sort of flow
03  rate.
04      Q.      Who gave you a flow rate, and do
05  you recall what that flow rate was?
06      A.      The flow rates were given to us
07  in an e-mail.  The -- Jasper Peijs was
08  involved in -- in those num- -- in those, but
09  it was a series of numbers, and I don't
```

```
10   recall the numbers off the top of my head
11   other than it started at 5,000 barrels a day
12   and it was several numbers that we were asked
13   to determine what size obstruction you would
14   have.
15          Q.      When you got those flow rate
16   estimations to make your calculations from,
17   did you ask anyone what the bases were for
18   those calculations?
19          A.      No.  And, actually, I was
20   someone that just assisted on that.  I don't
21   believe I authored that -- that response.
22   But I did not ask why those rates were
23   chosen.
24          Q.      How does permeability influence
25   the worst-case discharge calculation?
00091:01       A.      Permeability is a major -- major
02   part of the -- the calculation.  You can
03   basically look at the flow rate as a -- kind
04   of a function of the thickness of the
05   reservoir times the permeability, divided by
06   the viscosity.  There is more that goes into
07   it than that, but if your permeability would
08   double, your rate could approximately double.
09   So it -- it's a major driver in the
10   calculation.
11          Q.      And how do you go about
12   determining permeability for oil of a well?
13          A.      We're going to use a number
14   of -- of ways -- there is a number of ways to
15   do it.  I believe for Macondo we looked at
16   the side wall core analysis.
17          Q.      At the what?
18          A.      Side wall core analysis, pieces
19   of rock that were obtained in the formation
20   drilling program.  So we got those side wall
21   cores and did an analysis of them to come up
22   with the permeability.
23          Q.      And how do you determine if that
24   permeability factor is correct?
25          A.      Well, you don't know if it's
00092:01   correct because there's nothing really to
02   judge it from, but there is statistical
03   evaluations of the permeabilities from side
04   wall cores that are tested versus hole cores
05   which are tested versus using some of these
06   flow rate tools that you can kind of get an
07   understanding of what the uncertainty would
08   be on the permeability, but you don't know it
09   for sure.  There is an uncertainty around
10   that permeability.  You're coming up with
11   your best estimate.
12          Q.      Do you ever -- do you calculate
13   a certainty factor for permeability, or do
14   you just use that number and as -- as a given
```

```
15  number?
16        A.     It really depends on what the
17  analysis is.  A lot of times we're asked to
18  come up with a most likely number.  There are
19  times that we're asked to put uncertainties
20  around the parameters.
21        Q.     Uh-huh.
22        A.     I think on this one they -- they
23  were looking for a most likely number.  But
24  it wouldn't have -- there would have been a
25  range of uncertainty around that.
00093:01       Q.     Do you know whether the hundred
02  thousand barrels of oil per day worst-case
03  discharge calculation that you gave to
04  Mr. Raney on April 21st, 2010, was ever given
05  to the government?
06        A.     I don't know who would have
07  given it to the government, but I -- I
08  believe it was given to the government
09  because a couple weeks later when we were
10  coming up with the worst-case discharge for
11  the Macondo relief wells, which the director
12  of the MMS that I talked with ref- -- I
13  believe referenced that hundred thousand
14  number.  So it got to the government.  It
15  wasn't via me.  How it got there, I don't
16  know.
```

Page 94:03 to 94:03

```
00094:03  didn't.  Thank you.  5240.
```

Page 94:09 to 95:19

```
00094:09  If you can go to tab 11, please,
10  which is another series of e-mails, 3752963
11  through 968, and it will be No. 5241.  Now,
12  this appears to be a response to your
13  worst-case discharge calculation of a hundred
14  thousand barrels per day; is that right?
15        A.     That's correct.
16        Q.     Okay.  And on the -- the bottom
17  e-mail, it says, We have -- we need to have a
18  flow rate, which you all have calculated, but
19  also production and pressure profiles, in
20  case this goes on for a while.
21              What flow rate do you think Jay
22  is referring to in this e-mail?
23        A.     Jay is referring to the
24  worst-case discharge calculation that we had
25  just previously made the day before.
00095:01       Q.     Do you think he saw it as a flow
02  rate?
03        A.     I don't know how Jay saw it, but
```

```
04    I talked to Jay about his request.  He -- he
05    was my boss, and the calculation was you've
06    done the worst-case discharge, now you got to
07    calculate out what the volume would be.  So
08    he said flow rate, but he -- he meant
09    worst-case discharge, and I recall talking to
10    him about it.
11         Q.    You do recall that?
12         A.    I do recall talking to him about
13    it.
14         Q.    Now, he talks about production
15    profile.
16         A.    Right.
17         Q.    What's he referring to there?
18    What the well is going to produce, if it's
19    produced down the road?
```

Page 95:21 to 96:10

```
00095:21       A.    No, he's -- he's not referring
22    to that.  What he's referring to is if you
23    get the worst-case discharge, how would that
24    worst-case discharge change in time?  You can
25    see that on the attachments that are provided
00096:01  later here --
02         Q.    (BY MS. GREENWALD)  Uh-huh.
03         A.    -- of how the production would
04    change with time, and so that's what those --
05    that's the production profile of the
06    worst-case discharge over time.
07         Q.    But does production mean how
08    much oil would be left in the reservoir to
09    later produce, if you -- if you chose to
10    produce it?
```

Page 96:12 to 97:14

```
00096:12       Q.    (BY MS. GREENWALD)  Is that not
13    what production means?
14         A.    No.  Production --
15         Q.    I'm not sure I understand what
16    it means, then, I'm sorry.  Can you try one
17    more time?
18         A.    Would you like for me to
19    describe -- define "production"?
20         Q.    That would be helpful for how
21    it's meant in this sentence.
22         A.    So the production rate would be
23    the oil, barrels of oil per day; gas, MCF per
24    day --
25         Q.    Right, uh-huh.
00097:01       A.    -- and how -- for each day, so
02    from April 21st to whenever, I think this
03    goes out for about 90 days or so, that
```

```
04  production rate would be the plot of each of
05  those daily rates over that period of time.
06         Q.    The daily flow rate?
07         A.    The daily worst-case
08  discharge --
09         Q.    Okay.
10         A.    Calculated off the worst-case
11  discharge --
12         Q.    All right.
13         A.    -- over time.  So that would be
14  the production rate.
```

Page 97:17 to 100:03

```
00097:17  Now, if you look at the top
    18  e-mail, it says, "As we told you, please be
    19  cautious that there is a great uncertainty in
    20  these forecasts."
    21            What did you understand that
    22  message to be?
    23         A.    That this was a -- a projection
    24  of the well, but there was -- there was
    25  uncertainty on what was happening.  So
00098:01  initial rate, you may -- that worst-case
    02  discharge first day, we're -- we're making
    03  these assumptions on what that is.
    04            As you go through time, then,
    05  there's -- there's factors that will change
    06  as far as the change in the -- the reservoir
    07  pressure, the change in -- that's the key
    08  thing, the change in the reservoir pressure
    09  that we didn't know.
    10            And so we had to make an
    11  assertion of how much aquifer influx we had
    12  and how that would impact the flow rate, what
    13  the gas/oil ratio -- there was gas/oil ratio,
    14  but there is a bubble point that was of
    15  issue, which is another property of the oil,
    16  and it's the pressure at which the oil in the
    17  reservoir would flash to a gas.  And so we
    18  needed -- we had to make an assumption about
    19  what that bubble point was.
    20            And so at that point in time, as
    21  the reservoir pressure declined and you
    22  reached the bubble point, then all of a
    23  sudden, the oil in the reservoir would turn
    24  to gas.
    25  And so I think you -- if you --
00099:01  we could see these graphs, you could see that
    02  that uncertainty in reservoir pressure and
    03  bubble point was something that we were just
    04  identifying as something that there was
    05  uncertainty about those values and projecting
    06  out production, the production rate over
    07  time.
```

```
08        Q.      I'll just look at this again
09   because now that you have -- now that I
10   understand production, I may not even want to
11   do this.  Just one second.
12            Actually, if you can look at --
13   it's 15A, because somehow 15 ends up being
14   two different documents.  So you'll see a 15A
15   and a 15B tab.  So if you can go to the A.
16            This is an e-mail that you're
17   cc'd on --
18        A.      Uh-huh.
19        Q.      -- and there is an assumption in
20   this e-mail, "If the current flow rate is
21   indeed 1,000 barrels per day," that's
22   April 26th, so it's five days after your
23   worst-case discharge calculation of a hundred
24   thousand barrels of oil per day.
25            When you received this document,
00100:01   did you think that that assumption of a
02   thousand barrels per day was extraordinarily
03   low?
```

Page 100:05 to 101:16

```
00100:05       A.      The -- I had no way of knowing
06   what was going on on April 26th, as far as
07   flow rate.  There was -- I didn't know what
08   was going on as far as on the seafloor.  I
09   had nothing to -- no data, no cameras.  I
10   didn't know what was going on.  So as far as
11   that statement, I can't comment to it.  I
12   don't know what was reasonable or not.
13            I do recall this e-mail, and
14   what I got out of it was the very first
15   sentence, David:  5 microsips seems to be a
16   good number.
17            We mentioned in the previous
18   question that I didn't know what the aquifer
19   was doing as far as regards to pressure.  It
20   was a question about what the bubble point
21   was.
22            The rock also changes with
23   changes in pressure.  And what the
24   5 microsips is, is how much compaction of
25   that rock occurs with pressure, and so that
00101:01   is -- which goes into that equation we talked
02   about.  And so I focused on the 5 microsips
03   in here.
04            As far as this, I didn't -- I
05   didn't have any idea what to expect what the
06   rate was.  I couldn't see what was going on.
07       Q.      Did -- did you ask anybody what
08   they were basing their belief that it was a
09   thousand barrels per day, given your
10   worst-case discharge calculation of just five
```

```
11  days ago?
12          A.      I didn't ask anybody --
13          Q.      Okay.
14          A.      -- that question.
15          Q.      I forgot to mark this, so it'll
16  be 5242.
```

Page 102:01 to 102:06

```
00102:01        Q.      (BY MS. GREENWALD)  I'm sorry.
     02  The second page of the e-mail is 3701085.  Do
     03  you have a different version of this?
     04          A.      I'm sorry, what -- what tab?
     05          Q.      We're still on the same tab,
     06  15A.
```

Page 102:10 to 103:24

```
00102:10        Q.      (BY MS. GREENWALD)  Oh, 2,
     11  sorry.  Okay.  Go -- all right.  So the
     12  second page of 15A, sorry.
     13          A.      Okay.
     14          Q.      And then the third or fourth
     15  line down, it says, "In other words, is there
     16  an expectation that the formation might fail
     17  and the associated bridge reduce the
     18  production rate?"  Second page.
     19          A.      What's the date on the e-mail
     20  trail?
     21          Q.      It doesn't have a date.  It just
     22  says "Steve" on top.  Are you in 15A?
     23          MR. MORRISS:  I think you're in B.
     24          Q.      (BY MS. GREENWALD)  All right,
     25  second page of that, top.
00103:01        A.      Yes.
     02          Q.      All right.  I'm sorry.  "In
     03  other words, is there an expectation that the
     04  formation might fail and the associated
     05  bridge reduce the production rate?"
     06              Is the production rate there
     07  referring to what you -- you described
     08  earlier as the production rate, or is this
     09  the production rate of the production -- the
     10  ability to produce the well down the road?
     11          A.      Well, I recall this e-mail.
     12  Exactly what David was referencing to as far
     13  as whether it was the worst-case discharge or
     14  the actual rate, I don't know it.  I know
     15  that we were interested in Steve Willson, who
     16  was a geomechanic -- geomechanics expert
     17  about whether you could have formation
     18  failure, and this is also where he was asking
     19  about the formation compressibility, is that
     20  reasonable for other work we were doing.
```

```
21        Q.      But as you look at that
22   sentence, do you think that the concern there
23   is that you might lose the ability to produce
24   the well?
```

Page 104:01 to 105:14

```
00104:01        A.      If the formation collapsed, then
    02   the production could be shut off.  As far as
    03   being worried about it, I -- no.  That would
    04   be wonderful if it had collapsed.
    05        Q.      (BY MS. GREENWALD)  You wouldn't
    06   have been able to produce the well ever down
    07   the road, though, right, if it had collapsed?
    08        A.      Producing this well down the
    09   road at this point in time was the furthest
    10   thing from my mind.
    11        Q.      Can you go to tab 7.  It's Bates
    12   numbered 2032630.  We'll mark it 5243.  This
    13   said "Worst Case Discharge Discussion."  Do
    14   you see that?
    15        A.      Uh-huh.
    16        Q.      And the last sentence of the
    17   first e-mail, it says, "I think there is
    18   consensus that this is an area where BP needs
    19   to be consistent.  Once we get to a position
    20   we need to try to get" a "consensus on it"
    21   and with "the GoM.  We may want to see what
    22   Shell assumes."
    23                What -- why would you be asking
    24   Shell about worst-case discharge volume
    25   calculator in March of 2010?
00105:01        A.      This e-mail was written by Mike
    02   Croft, so --
    03        Q.      I should say by BP, I'm sorry.
    04        A.      So exactly why Mike Croft
    05   worried about that, I don't know.  There was
    06   a general question about assumptions of -- on
    07   the worst-case discharge calculation.  And so
    08   wanting to know what Shell's assumptions were
    09   seemed reasonable.  But I don't know what
    10   Mike was thinking when he wrote that.
    11        Q.      What were the concerns or the
    12   confusion or the misunderstanding about
    13   worst-case discharge calculations in and
    14   around March 2010?
```

Page 105:16 to 106:05

```
00105:16        A.      I can only speak to -- to what I
    17   know at BP, but the question was -- one of
    18   the questions was, did you do the worst-case
    19   discharge calculation with the drill pipe in
    20   the hole or -- or drill pipe in the hole.
```

```
21   Makes a big -- makes a difference in the
22   calculation.  That was one of the
23   assumptions.
24        Q.    (BY MS. GREENWALD)  Why don't
25   you do two?  Why doesn't BP have a practice
00106:01  of doing a worst-case discharge calculation
02   both with the drill pipe in the hole and
03   without so you would have knowledge of the
04   different scenarios, depending on what
05   actually happens?
```

## Page 106:07 to 106:08

```
00106:07        A.    We oftentimes do both
08   calculations.
```

## Page 106:21 to 107:02

```
00106:21        Q.    I thought I -- I thought I
22   understood you to answer, perhaps I
23   misunderstood, that you sometimes do both
24   calculations for a well, both the worst-case
25   discharge with the -- with the drill pipe and
00107:01  without the drill pipe.  Did I hear that
02   right?
```

## Page 107:04 to 107:08

```
00107:04        A.    We're certainly capable of -- of
05   doing that cal- -- both calculations, yes,
06   ma'am.
07        Q.    (BY MS. GREENWALD)  And do you
08   ever do that for wells?
```

## Page 107:10 to 107:25

```
00107:10        A.    I have done it before on a well.
11        Q.    (BY MS. GREENWALD)  And -- but
12   you didn't -- no -- you nor anyone else at
13   BP, to your knowledge, did that for Macondo;
14   is that right?
15        A.    For Macondo, the worst-case
16   discharge predrill was done with both the MMS
17   calculator and the BP Prosper model, which
18   assumed the -- and in that we assumed the
19   drill pipe in the hole.
20        Q.    Okay.  How do you -- do you have
21   anything -- any involvement with developing
22   response plans in the event of a blowout in
23   your job at BP?
24        A.    I -- I do not have any
25   responsibilities for that.
```

Page 108:22 to 109:10

```
00108:22        Q.     Okay.  I guess what I'm asking
      23  is if you're calculating the worst-case
      24  discharge, which would be the worst -- the
      25  most amount of oil, presumably, that would
00109:01  escape in the event of a blowout; is that a
      02  fair, pedestrian way of saying it?
      03        A.     That is fair, counsel.
      04        Q.     Okay.  So given the fact that
      05  you have that responsibility, I guess my
      06  question is, is do you also participate in
      07  any way at BP in discussions or planning, if
      08  there is any planning at all, on how BP would
      09  respond in the event of a worst-case
      10  discharge blowout?
```

Page 109:12 to 109:22

```
00109:12        A.     I have not been involved in
      13  those determinations.
      14        Q.     (BY MS. GREENWALD)  Do you know
      15  if prior to April 20th, 2010, BP ever had
      16  such planning sessions relating to any well
      17  at all, including Macondo?
      18        A.     I know BP had an approved oil
      19  spill response plan with the MMS, and my
      20  understanding of that document was it would
      21  contain any of the elements that you just
      22  asked -- described in your question.
```

Page 111:24 to 113:20

```
00111:24        Q.     If you could look at tab 28,
      25  please.  And this is marked 5244, and this is
00112:01  the Bates number begins with 3695435, and,
      02  actually, I'm only going to ask you about the
      03  first page of this right now, so I'm going to
      04  leave you on that page.  This is -- in the
      05  middle it is an e-mail from Sean to you,
      06  dated June 7th, 2010.
      07        MR. MORRISS:  What's the exhibit
      08  number, again?
      09        MS. GREENWALD:  It's 5244.  And it
      10  appears to be --
      11        MR. MORRISS:  Would you give him one
      12  second just to read -- not to read the whole
      13  thing, but to take a quick look at it before
      14  you ask him a question about it.
      15        MS. GREENWALD:  Sure.
      16        Q.     (BY MS. GREENWALD)  I just want
      17  you to look at the e-mail in the middle, the
      18  one from Sean to you --
```

```
       19        A.      Okay.
       20        Q.      -- June 7th, 2010.
       21        A.      All right.
       22        Q.      It says here GoM -- it says Sean
       23   is GoM resource discipline lead.  What does
       24   that mean; do you know?
       25        A.      He is the -- the lead for
00113:01   reservoir engineering in GoM resources.  I'm
       02   in GoM exploration.  So I don't report to
       03   him, but, anyway, it's a position of
       04   responsibility in that organization as far as
       05   being the discipline lead.
       06        Q.      I really wanted to draw your
       07   attention to the last two sentences, and it
       08   says, "If the costs involved with this level
       09   of preparedness are large, though, we may get
       10   more challenge from what a 'best practice'
       11   calculation looks like.  In essence, what's a
       12   likely high side WCD rather than an absolute
       13   maximum high side?"
       14                This e-mail is written to you.
       15        A.      Yeah.
       16        Q.      What is the significance of a
       17   250,000 barrel per day versus a
       18   350,000 barrel per day in the context of best
       19   practice calculation, in the context of this
       20   e-mail?
```

Page 113:22 to 114:08

```
00113:22        A.      I -- I don't recall exactly -- I
       23   don't recall exactly what Sean was
       24   referencing here.  And this was done in June
       25   of 2010, and we've -- we've done a lot of
00114:01   things since then as far as establishing
       02   guidelines as far as how to calculate
       03   worst-case discharge.  And so it's not
       04   something that -- the importance of this, I
       05   think, is limited because subsequent work
       06   defined how we calculated the worst-case
       07   discharge, and so it's -- it's not a relevant
       08   statement to today.
```

Page 115:08 to 115:18

```
00115:08        Q.      (BY MS. GREENWALD)  Okay, I
       09   understand that.  But your getting this.
       10   When you receive this e-mail, what do you
       11   understand the message being given to you is?
       12        A.      The -- we were having
       13   discussions around how to calculate
       14   worst-case discharge and followed up with
       15   this with -- I've had numerous conversations
       16   with -- with Sean and numerous e-mails with
```

```
17  him after this.  And so these are ideas.
18  We're batting around ideas all the time.
```

Page 117:02 to 117:12

```
00117:02  MR. HILDER:  Is it going to be marked
    03  5245?
    04      MS. GREENWALD:  It's 5245.  Thank you.
    05  Sorry.  In my haste, I'm --
    06      Q.   (BY MS. GREENWALD)  If you go to
    07  the third page of that, it's handwritten
    08  notes.  That I assume --
    09  MR. MORRISS:  Give him a second to look
    10  at it before you ask him a question.
    11      MS. GREENWALD:  Okay.  It's just a
    12  chart of worst-case discharge.
```

Page 117:14 to 118:21

```
00117:14      Q.   (BY MS. GREENWALD)  Okay.  If
    15  you go to the third page, which appears to be
    16  your handwritten notes?
    17      A.   Yes, ma'am.
    18      Q.   Is that your handwriting again?
    19      A.   I believe so.
    20      Q.   Were these notes from a meeting
    21  that you had on April 21st, 2010 with some
    22  other people?
    23      A.   Yes, they are.
    24      Q.   And were -- was Cindy -- is
    25  Cindy one of the people at the meeting?
00118:01      A.   Cindy Yeilding, yes.
    02      Q.   Okay.  And did Cindy tell you
    03  guys that your notes are discoverable and
    04  tell you that you should not take notes that
    05  you don't want to have given over in
    06  litigation down the road?
    07      A.   She did not make mention of
    08  that.
    09      Q.   What in your fourth bullet point
    10  down says "notes are discoverable."  What do
    11  you mean by that?
    12      A.   Oh, that -- my memory is poor.
    13  That I would have to give them to you or give
    14  them -- give them up.  But I didn't recall
    15  her making that until you referenced note
    16  No. 4.
    17      Q.   Okay.  How many people were at
    18  that meeting?
    19      A.   This was the meeting for the
    20  relief wells, and I don't recall how many
    21  people were there.
```

Page 119:12 to 120:04

```
00119:12        Q.     Good morning, Mr. Bozeman.  My
       13 name is Matt Chakeres.  I represent the
       14 United States.  I'd like to return to
       15 something you talked about a little bit this
       16 morning, which was your role within the Gulf
       17 of Mexico exploration organization.  You
       18 mentioned that you at the time of the blowout
       19 were a direct report to Jay Thorseth; is that
       20 correct?
       21        A.     That is correct.
       22        Q.     It looked like you were somewhat
       23 apart from the rest of the reservoir
       24 engineers in the Gulf of Mexico; is that
       25 accurate?
00120:01        A.     I was reporting directly to Jay,
       02 and the other reservoir engineers in the Gulf
       03 of Mexico reported to -- to other people in
       04 the organization.
```

Page 123:15 to 125:03

```
00123:15        Q.     I'd like to revisit the TAM, if
       16 we could.  I have some questions about that.
       17 I think you mentioned earlier, if you
       18 could -- strike that.  Let me ask you -- I
       19 don't want to ask a run-on question.  If you
       20 could turn to tab 1 in the binder.  This is
       21 an e-mail from, I believe, Jasper Peijs to
       22 Jay Thorseth, with you cc'd, forwarding
       23 Chapter 1 of the TAM.  And you testified
       24 earlier you were not involved in putting
       25 together Chapter 1 of the TAM?
00124:01        A.     That's correct.
       02        Q.     I'd still like to ask you some
       03 questions about it because, as I understand
       04 it, you did say that you were involved in
       05 evaluating the reservoir properties of the
       06 Macondo well; is that accurate?
       07        A.     I was and my team was involved
       08 in the formation volume factor and the
       09 recovery factor that would have been part of
       10 Chapter -- that would have been part of
       11 Chapter 1.
       12        Q.     Excellent.  Those are the sorts
       13 of things I want to ask you about.  If we
       14 could, first -- and I have some -- some
       15 markings on mine that I wish I hadn't made,
       16 but if we could go ahead and mark tab 1 in
       17 your binder as Exhibit 5246.
       18               So the recovery factor, is that
       19 one of the things you said you were involved
       20 in?
       21        A.     Yes, sir.
```

```
     22        Q.      I'd like you to explain if that
     23  is part of what is shown in -- in -- on -- in
     24  the first page under "Executive Summary" when
     25  there is the number "unrisked in place" and
00125:01  then below that "total unrisked resource" and
     02  then below that there is -- it says "resource
     03  range."
```

Page 125:08 to 125:12

```
00125:08        Q.      (BY MR. CHAKERES)  Excuse me --
     09  excuse me, under the one "Executive Summary."
     10  It's an Excel file that doesn't have page
     11  numbers.  It's three pages behind the e-mail,
     12  I would say.
```

Page 125:19 to 126:01

```
00125:19        Q.      (BY MR. CHAKERES)  Yes.  About
     20  three pages after the e-mail there is an
     21  executive summary and there is a table and
     22  there is some figures for unrisked in place,
     23  total unrisked resource, and resource range,
     24  as well as total risked resource.  Is the
     25  recovery factor something that goes into
00126:01  determining the total risked resource?
```

Page 126:03 to 127:02

```
00126:03        A.      Okay.  On this page you see an
     04  unrisked in place.  That is before recovery
     05  factor.  Multiplying the unrisked in place
     06  times the recovery factor will give you what
     07  your -- your resource is.
     08        Q.      (BY MR. CHAKERES)  Thank you.
     09  What does total risked resource mean, if you
     10  know?
     11        A.      Multiplying the total unrisked
     12  to resources times the probability of
     13  success, shown here POS, percentage would
     14  give you your total risked resource.
     15        Q.      Thank you.  Were you involved in
     16  calculating the total unrisked in place
     17  volume of the reservoir?
     18        A.      The calculation was done by
     19  Jasper Peijs' team, but as mentioned, the
     20  reservoir engineer was part of the integrated
     21  team.  So Tanner Gansert would have been
     22  involved in the formation volume factor that
     23  would have gone into that calculation.
     24        Q.      Thank you.  And do the numbers
     25  in the TAM represent BP's best guess at the
00127:01  time of the drafting of the TAM for those
```

```
      02  numbers?
```

Page 127:04 to 128:23

```
00127:04        A.     The numbers in the -- in the TAM
      05  are our best estimates at that point in time
      06  of what the Macondo prospect had as far as in
      07  place and recoverable hydrocarbons.
      08        Q.     (BY MR. CHAKERES)  Thank you.
      09  If you could flip one page, there is now a
      10  couple of beautiful colorful pictures, and
      11  then at the bottom of the page there is a --
      12  a row that says "Risk Matrix."  And you were
      13  asked some questions earlier today about
      14  risks referenced elsewhere in the -- in the
      15  TAM, and I just want to confirm, the risks
      16  outlined in this risk matrix relate to
      17  whether or not this will be a dry or a -- or
      18  a produceable hole?
      19        A.     These are subsurface risks,
      20  geologic reservoir engineering that have to
      21  do with the -- the risks of whether this will
      22  be find hydrocarbons or not find
      23  hydrocarbons.
      24        Q.     Thank you.  Are you involved at
      25  all in the seismic evaluation of reservoirs?
00128:01        A.     I am not involved.
      02        Q.     Okay.  And this is -- I'm going
      03  to ask you to flip along a number of pages,
      04  but it's -- it's a -- the fourth page from
      05  the back of this spreadsheet, and it's under
      06  a header 6.10, titled "Reservoir Parameters."
      07        A.     Okay.
      08        Q.     Thank you.  There are some --
      09  some rows there stating, "Gross Thickness,"
      10  "Net Thickness," "Net to Gross," "Porosity,"
      11  and "Permeability."  Do you see that?
      12        A.     I do.
      13        Q.     Do the numbers to the side of
      14  that -- well, strike that.
      15               There is three columns of
      16  numbers next to each of those entries; do you
      17  see that?
      18        A.     Uh-huh.
      19        Q.     And then it says P90, P50, and
      20  P10.  And would I be correct in assuming that
      21  P90 is another way of saying there is a
      22  90 percent probability that those factors are
      23  at least that much?
```

Page 128:25 to 129:25

```
00128:25        A.     Yes.  P90 would say that
00129:01  90 percent of the time it would be 25 or --
```

```
02   or greater --
03          Q.      (BY MR. CHAKERES)  Okay.
04          A.      -- gross thickness.
05          Q.      And P50 would be 50 percent of
06   the time those numbers would be what it says
07   in that column or greater?
08          A.      Right.
09          Q.      Okay.  And P10 would be
10   10 percent of the time those numbers would be
11   what's reflected or greater?
12          A.      That's -- how --
13          Q.      Okay.
14          A.      My understanding is.
15          Q.      Thank you.  And the numbers in
16   there for gross thickness, net thickness, net
17   to gross, porosity, and permeability, do
18   those represent -- or let me strike that and
19   ask again.
20              The numbers in there for gross
21   thickness, net thickness, net to gross,
22   porosity, and permeability, would those
23   typically in TAMs represent BP's best guess
24   as to the values for those -- for those
25   factors?
```

Page 130:02 to 130:09

```
00130:02     A.      That -- that is our assessment
03   of the -- the percentiles of those parameters
04   applied to the entire reservoir.  So not
05   where you're drilling the well, but the
06   average for the entire reservoir.
07          Q.      (BY MR. CHAKERES)  And it's the
08   best guess as to those parameters for the
09   entire reservoir?
```

Page 130:11 to 130:13

```
00130:11     A.      It's our best valuation of, you
12   know, everything that we do to -- at that
13   point in time.
```

Page 131:01 to 131:11

```
00131:01     Q.      (BY MR. CHAKERES)  Well, if you
02   are trying to assess how big a reservoir is
03   and whether the reservoir is going to be
04   productive, I am asking if at this point in
05   time the assessment is skewed either towards
06   the conservative end of probability ranges or
07   if the assessment is trying to be as -- as
08   accurate as possible?
09          A.      These estimates are as -- what
```

```
10  we're trying to do here is be as accurate as
11  possible.
```

Page 131:15 to 131:24

```
00131:15  If we could flip one page to
      16  6.12, there is a header "Reservoir
      17  Deliverability."  Under there it says --
      18  there is a line for "Reservoir Temp."  I
      19  assume that means reservoir temperature.
      20  Isn't that your understanding?
      21        A.    Correct.
      22        Q.    And the -- again, the 236 F,
      23  that would be 236 degrees Fahrenheit?
      24        A.    Correct.
```

Page 132:07 to 132:14

```
00132:07        Q.    Okay.  And then the next, I'm
      08  sorry, two lines down it says "Recovery
      09  Factor Percentage."  And the recovery factor
      10  percentage, am I correct in -- in
      11  understanding that that represents the number
      12  that -- I'm sorry, the proportion of the
      13  reservoir that is economically viable to
      14  deliver?
```

Page 132:16 to 135:16

```
00132:16        A.    I don't think that's right.
      17  What recovery factor is is we have original
      18  oil in place and what percentage of that
      19  original oil in place could be produced from
      20  the type of development that we're planning
      21  for this prospect.
      22        Q.    (BY MR. CHAKERES)  Thank you.
      23  If we could flip the page down to the -- the
      24  table that says -- it's 6.17 and says
      25  "Segment Parameter Summary."
00133:01        A.    Yes.
      02        Q.    It says, "Thickness," and the
      03  range seems to be from 25 feet to 44 feet; do
      04  you see that?
      05        A.    Yes, I do.
      06        Q.    And I just have a question about
      07  that because I'm not going to -- I don't
      08  think you were cc'd on these e-mails, so I'm
      09  not going to use them, but my understanding
      10  was the Macondo reservoir was approximately
      11  90 feet when it was discovered.  Is that your
      12  understanding?
      13        A.    It is.  In the previous summary
      14  that we saw the feet of pay at the projected
```

```
15   Macondo target location was -- was written
16   into this TAM Chapter 1.
17        Q.      And, I'm sorry, what -- what was
18   the previous summary that you mentioned?
19        A.      The previous summary you asked
20   me questions on --
21        Q.      Okay.
22        A.      -- was feet of pay after the
23   wellbore was put into that.   6.10.
24        Q.      So that says -- that has gross
25   thickness and net thickness at 42 feet; is
00134:01   that right?
02        A.      Look at the comment there just
03   above that.
04        Q.      Okay.   Prediction at well 60,
05   95, 120 feet?
06        A.      Correct.
07        Q.      So the gross thickness and net
08   thickness are average across the entire
09   reservoir, but at the point at which the well
10   is going to intersect the reservoir the
11   estimated thickness is 60 to 120 feet?
12        A.      With a most likely of 95.
13        Q.      Thank you for clarifying that.
14        Okay.   I have -- if you can flip
15   to tab 2.   And this was previously marked as
16   an exhibit, so I'm not going to mark it
17   again.   This is Chapters 2 through 4 of the
18   TAM.   It was -- it was tab 8 in the PSC's
19   binder, and so that means it's Exhibit 5232.
20        And I just have a couple
21   questions in there, again, to ask you to
22   interpret some of the information in there.
23   If you could go -- it's going to be about the
24   second page after the -- the e-mail
25   transmittal.   There is a table -- and the
00135:01   pages might not correspond to the exhibit,
02   but we're going to refer to tables in the --
03   in the document for that.   There is a table
04   2.3 "Appraisal Strategies."   And I'd like to
05   go through the -- the first paragraph under
06   the paragraph "Appraisal "Context" with you,
07   and I'd like to start with the sentence
08   beginning "Additionally."   It says,
09   "Additionally, the presence or absence of a
10   hydrocarbon water contact in the wellbore,
11   (expected 200 feet below penetration) along
12   with the observed amplitude conformance to
13   structural closure would establish to a large
14   degree the lateral extent of the reservoir."
15        Did I read that correctly?
16        A.      You did.
```

Page 137:03 to 137:16

00137:03  I'd like you to flip to tab 3.
     04  This is Chapter 5 of the TAM.  It was not
     05  attached to an e-mail.  And I'm going to go
     06  ahead and mark it as Exhibit 5247.  Did you
     07  at any point review Chapter 5 of the TAM?
     08        A.    I didn't have responsibilities
     09  for the -- the final piece, but I did look at
     10  this document because it was the previous
     11  TAM's estimates that were being used to
     12  create the economics that were generated from
     13  TAM Chapter -- for TAM Chapter 5.
     14        Q.    Okay.  And looking at this, does
     15  this look like this is an accurate version of
     16  Chapter 5 of the TAM?

Page 137:22 to 137:22

00137:22        A.    This looks accurate.

Page 137:25 to 143:17

00137:25  I'd like to ask you some more
00138:01  questions about the worst-case discharge
     02  calculation that you've talked about already.
     03  Before the blowout there was a worst-case
     04  discharge calculation of 162,000 barrels of
     05  oil per day; does that sound accurate?
     06        A.    We made a calculation of
     07  162,000 barrels a day predrill for the
     08  Macondo worst-case discharge calculation.
     09        Q.    And then the calculation that
     10  you were asked by Dave -- Dave Raney to
     11  conduct hours after the blowout, you updated
     12  the worst-case discharge calculation based on
     13  information that had been gathered during the
     14  final wireline evaluation of the well and
     15  the -- and the fluid samples that had been
     16  taken?
     17        A.    We did update the calculation
     18  based on data that we had acquired during the
     19  formation evaluation.
     20        Q.    And the data that you used in
     21  making that 100,000-barrel calculation was
     22  based on the best data you had at that time,
     23  understanding that some of the oil data and
     24  the core data was -- was still not in yet?
     25        A.    It was the -- the best estimate
00139:01  we had at the time.  There was additional
     02  evaluations that were done with the oil in --
     03  in the rocks as far as the -- the
     04  permeability and the viscosity that were
     05  performed, but it was the best estimates we
     06  had at that point in time.
     07        Q.    And did you run that estimate in

```
08  Prosper?
09         A.     Me specifically, I did not run
10  Prosper, but our group ran a hundred
11  thousand-barrel-a-day worst-case discharge
12  using the Prosper model.
13         Q.     Okay.  I think earlier today
14  there were some e-mails of discussions of
15  whether worst-case discharge calculations
16  should be conducted with the drill pipe in
17  the wellbore or without the drill pipe in the
18  wellbore; is that fair?
19         A.     We had earlier discussions on
20  that, yes.
21         Q.     So am I correct in inferring
22  that Prosper is capable of running
23  calculations of discharge with the drill pipe
24  in the wellbore?
25         A.     I -- you could model a drill
00140:01  pipe in the -- the wellbore with the Prosper
02  model.
03         Q.     Can you model other restrictions
04  in the wellbore besides the drill pipe in
05  Prosper?
06         A.     You can model restrictions with
07  Prosper.
08         Q.     Okay.  And does Prosper have
09  correlation factors for multiphase flow as
10  part of the simulation?
11         A.     Best to my understanding, it
12  does.
13         Q.     Okay.  And does Prosper generate
14  files based on the inputs you enter into?
15  You say we have a Prosper file for this
16  simulation?
17         A.     Computer files are generated
18  for -- for the Prosper runs, yes.
19         Q.     Okay.  Do you know if the
20  Prosper runs for the worst-case discharge
21  were retained once you ran the April 21st
22  simulation?
23         A.     We tried to retain every single
24  item related to Macondo.  There were some
25  times that files got overwritten, but it
00141:01  was -- but our intent was to -- to save every
02  single file that -- and every single run that
03  we did.  I can't speak specifically for that
04  run, but that was certainly our intent.
05         Q.     Thank you.  Do you use the
06  ECLIPSE model?
07         A.     I don't personally use ECLIPSE.
08  I believe that's a reservoir simulator.
09         Q.     Okay.  Do you use the OLGA
10  model?
11         A.     I do not use the OLGA model.
12         Q.     Okay.  Do you use the NDOW
```

```
13   model?
14        A.     I've used NDOW.  It is part of
15   the package that petroleum experts provides
16   with Prosper.
17        Q.     Okay.  I'd like you to bear with
18   me for one moment.  I want to make sure I've
19   got the correct tab numbers here.
20               If you could go to tab 13.
21   We're going to mark this as Exhibit 5248.  Is
22   the document in front of you an e-mail from
23   Cindy Yielding to a number of individuals,
24   not including yourself, dated April 27th,
25   2010?
00142:01       A.     Could you repeat your question?
02        Q.     Okay.  I just want to make sure
03   we're looking at the same document.  Is -- is
04   this document an e-mail from Cindy Yielding
05   to a number of individuals, dated April 27th,
06   2010?
07        A.     Yes, sir.
08        Q.     Okay.  And you don't -- you're
09   not on to or the cc list, are you?
10        A.     I am not.
11        Q.     Okay.  So I'm not going to ask
12   you if you received this, but if you could go
13   down to the bottom of the page, there is an
14   underlined header stating Geochemical data,
15   and then next to that it says Dave Epps,
16   Debbie Kercho, Walt Bozeman.  And there is a
17   number of bullets below that header.  And my
18   first question to you is, were you working on
19   a -- what were you working on at this time
20   related to the blowout?
21        A.     I can only speak on Tuesday,
22   April 27th I can't remember specifically what
23   I was working on in regards to Macondo.
24        Q.     Could you review the bullets
25   under the Geochemical data header and over to
00143:01   the next page, see if that refreshes your
02   recollection regarding what you were working
03   on at that time?
04        A.     I remember on the second page
05   providing Kurt Mix with data, and I remember
06   providing Tony Liao who was doing some
07   Prosper modeling of data, but I never was
08   involved with the MDT dead oil for geochem or
09   the ROV derived samples and was not involved
10   with George Gray.  There was three of us
11   mentioned here and I was involved in what I
12   mentioned before, but specifically I -- I
13   can't say what I was doing on April 27th.
14        Q.     Okay.  Let's go to what you do
15   recall, giving data to Kurt Mix and giving
16   Prosper model runs to Tony Liao.  We'll start
17   with Kurt Mix.
```

Page 143:19 to 143:20

```
00143:19      Q.     (BY MR. CHAKERES)  What -- what
      20  did Kurt Mix ask you for?
```

Page 143:22 to 145:24

```
00143:22      A.     Kurt was looking for information
      23  on the -- on the well or, you know, what we
      24  had done from the earlier formation
      25  evaluation, so reservoir properties,
00144:01  reservoir fluids.
      02      Q.     (BY MR. CHAKERES)  Okay.  Do you
      03  know why he was asking for that information?
      04      A.     Kurt was a drilling engineer on
      05  the -- working the incident, and he needed
      06  reservoir data to -- to do calculations.  I
      07  was happy to help him out.  Specifically what
      08  he was calculating, I can't recall.
      09      Q.     And specifically the purpose for
      10  his calculations, you can't recall?
      11      A.     They were -- the purposes were
      12  to respond to the MC 252 well, the detail of
      13  which of those multiple responses that BP
      14  looked at Kurt was working on, I don't
      15  recall.
      16      Q.     So you don't recall what Kurt
      17  was working on specifically?
      18      A.     I do not.
      19      Q.     Okay.  And Tony Liao, do you
      20  remember what Tony Liao was working on?
      21      A.     Yeah, and to correct something
      22  or just make sure we clarify, I -- I was
      23  providing Tony Liao data so that he could do
      24  Prosper modelling.  I did not provide Prosper
      25  modelling to Tony.  But Tony was the expert
00145:01  in -- for BP with MDT on Prosper.  He was
      02  trying to look at how the oil was going
      03  through the riser that was still connected to
      04  the wellhead, and so I provided him a map
      05  that was taken with an ROV of how -- how the
      06  riser -- when it fell to the bottom of the
      07  sea, how it was -- the configuration of that.
      08  And he went and did his own modelling, but I
      09  was just helping him to get data for his
      10  modelling.
      11      Q.     When you say the map of the
      12  riser do you mean from the wellhead all the
      13  way to riser end 5,000 feet away, or do you
      14  mean in the immediate vicinity of the
      15  wellhead?
      16      A.     I don't recall where the -- the
      17  riser -- how long the riser was when the
      18  Horizon drilling rig sank, but it would have
```

```
19   been from the wellhead to the end of the
20   connected riser.  It was -- that we had --
21   there was a couple ROV maps of that, and I
22   passed that on to him.
23        Q.     Let's move on to tab 14, and
24   we're going to mark that as Exhibit 5249.
```

Page 146:03 to 147:25

```
00146:03       Q.     (BY MR. CHAKERES)  14.  And this
04   is another e-mail from Cindy Yeilding.
05   Again, you're not a recipient, but this is an
06   e-mail from Cindy Yielding April 29th, 2010;
07   is that what you have there?
08        A.     Yes, sir yes.
09        Q.     Okay.  And then down below there
10   is chemical data and has Dave Epps, Debbie
11   Kercho, and Walt Bozeman listed?
12        A.     Uh-huh.
13        Q.     And then that first bullet, is
14   that what you were just talking about to
15   riser configuration, et cetera, to Tony Liao?
16        A.     Correct.
17        Q.     Is that an accurate summary of
18   what was provided to him?
19        A.     I recall counsel providing him
20   the riser configuration.  All of us would
21   have contributed to this.  As far as the
22   additional items mentioned in here, I don't
23   recall if I delivered those or -- or one of
24   the others.  I just remember that riser
25   configuration.
00147:01       Q.     Okay.  And then the second
02   bullet, if you could review that really
03   quickly and see if that draws your -- if you
04   were involved in -- in that activity?
05        A.     Yun Wang is our -- kind of our
06   PVT expert, and so we were interested in him
07   looking at the fluids.  I remember the
08   conversations.  I don't re- -- I don't
09   remember specifically talking to him on this.
10   I think -- I think David did.
11        Q.     And that'll be David Epps?
12        A.     Correct.
13        Q.     Okay.  Flip to tab 16.  And this
14   is another e-mail from Cindy Yeilding, dated
15   May 8th, 2010.  Is that what you have in
16   front of you?
17        A.     Yes, sir.
18        Q.     So we're clear, you're not a
19   recipient listed for this e-mail, either?
20        A.     That's correct.
21        Q.     Okay.  Now, we have a header
22   called MC 252 fluids in reservoir
23   engineering, McAughan, slash, Epps, slash,
```

```
24  Kercho, slash, Bozeman.  Did I read that
25  correctly?
```

Page 148:05 to 149:23

```
00148:05  I'd like to focus on the first
      06  bullet there, and I'm just going to read it
      07  and -- and we can see if you remember
      08  anything about this.  It says, "Info to
      09  J. Peijs on behalf to AGI, two additional
      10  simulations of 3 month flow rates starting at
      11  60k bopd and 40k bopd."
      12           Did I read that correctly?
      13       A.    You did.
      14       Q.    Were you involved in providing
      15  info to Jasper Peijs around May 8th, 2010?
      16       A.    I was involved.
      17       Q.    Okay.  What were you provided?
      18       A.    This is a -- this was the upper
      19  range of something that I mentioned in the
      20  previous -- the previous counsel of providing
      21  different flow rates -- four different flow
      22  rates identifying the -- the -- what sort of
      23  obstructions you had and then, of course,
      24  taking that flow rate and then coming up with
      25  a production forecast to come up with a
00149:01  volume.
      02       Q.    So I want to break that in --
      03  down into smaller parts and make sure I
      04  understand.  You are given a potential
      05  slurry, and then you model how big the
      06  obstruction is or are you given a potential
      07  obstruction and you model how big the flow
      08  rate is?
      09       A.    The former.  You are given a
      10  flow rate determine the obstruction.
      11       Q.    Okay.  Is there any reason that
      12  it would have been impossible to do the
      13  latter, given obstruction size and the model
      14  of flow rate.
      15       A.    We could have done that, but we
      16  weren't requested to do that.
      17       Q.    Okay.  And then once you have a
      18  flow rate and you come up with a plausible
      19  obstruction that would be triggering that
      20  flow rate, you then have a production profile
      21  going out throw months to determine the
      22  cumulative decrease in -- in flow rate and
      23  the cumulative volume of oil discharge?
```

Page 149:25 to 150:05

```
00149:25       A.    Yes.  So given that initial rate
00150:01  and the reservoir parameters and certainties
```

```
02  we talked about earlier, we would project
03  those rates out for the specified number of
04  days that we were requested, for three
05  months.
```

Page 150:08 to 150:23

```
00150:08  It seems like these might be two
      09  independent requests, because I don't see why
      10  the size of the obstruction changes the
      11  production profile.  If you have a given flow
      12  rate, you're going to have the same
      13  production profile regardless of how big the
      14  obstruction is, right?
      15        A.    The -- it is independent -- I
      16  mean, it's calculated the obstruction, but
      17  the flow rate -- once you've given that flow
      18  rate, the -- the reservoir parameters that
      19  were applying on that flow rate through time
      20  would be independent of that.  So, yeah, it's
      21  kind of two -- two answers with one -- for
      22  one question, but that was -- we -- that was
      23  what we were asked for.
```

Page 151:04 to 152:16

```
00151:04  If you could go back, actually,
      05  to tab 14.  I have something here.  This was
      06  previously marked as Exhibit 5249, and there
      07  is something in here that I wanted to ask you
      08  about, but it's not in there, so we'll --
      09  we'll skip it.
      10            Let's go to tab 21.  And we'll
      11  mark this as Exhibit 5251.  And this should
      12  be an e-mail from Kelly McAughan to Kurt Mix
      13  and Debbie Kercho with a number of
      14  individuals cc'd, including yourself, sent on
      15  Monday, May 3rd, 2010; is that accurate?
      16        A.    Yes, this is the document.
      17        Q.    Okay.  And this is really
      18  just -- I want to get your help in -- in
      19  understanding something I didn't understand
      20  in this e-mail.  And you can flip back and --
      21  first, why don't you flip back and -- and
      22  look at the e-mail chain quickly, see if you
      23  remember this e-mail chain.
      24        A.    I remember part of this e-mail
      25  chain.  I was on a couple of these.  I was on
00152:01  the last one, but I went on and off the chain
      02  as it went through time.
      03        Q.    Okay.  Is it your understanding
      04  that Kurt Mix and others asked the reservoir
      05  engineers to run some calculations assuming
      06  50,000 barrels of oil per day discharge for
```

```
07  the first two days and then 5,000 barrels per
08  day thereafter?
09       A.    In the second sentence of the
10  e-mail that's what it says.
11       Q.    And do you have any idea where
12  the 50,000 came from?
13       A.    I don't have any idea where that
14  came from.  It was provided to these guys
15  to -- to run, but I don't recall where it
16  came from.
```

Page 153:02 to 154:19

```
00153:02      Q.    (BY MR. CHAKERES)  Mr. Bozeman,
03  I'd like if you could flip to tab 25 in the
04  binder in front of you.  We're going to mark
05  this as Exhibit 5252.  And this should be an
06  e-mail from Jonathan Sprague, dated May 13th,
07  2010, to a number of individuals, including
08  yourself.  Is that what you have in front of
09  you?
10       A.    That's correct.
11       Q.    And the subject is "Updated:
12  Meeting to Land Kill Pump Schedule"; is that
13  correct?
14       A.    That is correct.  I -- can you
15  give me a second to look at the whole
16  document?
17       Q.    Sure.
18       A.    Okay, thank you.
19       Q.    Okay.  And the first line of the
20  e-mail states, "To be clear, the first
21  portion of this meeting will be to agree
22  inputs to be used for flow modeling."
23            Did I read that correctly?
24       A.    You did.
25       Q.    Okay.  Do you recall receiving
00154:01  this e-mail?
02       A.    I do recall receiving this
03  e-mail, and I was in -- in Utah teaching a
04  class which I had gone to a couple days
05  before.  So I was off as an instructor, and
06  so I saw that the e-mail came.  I did not
07  attend this meeting.  I don't recall even
08  opening the attachment since I was out in the
09  field at that time and wasn't going to be
10  returning for a number of days.
11       Q.    And so that first line that we
12  read regarding flow modeling, you are not in
13  a position to testify as to what that refers
14  to?
15       A.    Yes.  I did not -- I didn't
16  participate in that, and so to give you any
17  description of what -- what that was about
18  is -- I don't have the capability of doing
```

```
        19   that.
```

Page 155:18 to 155:19

```
00155:18   to tab 12 now.  This has previously been
        19   marked in a prior deposition as Exhibit 3533,
```

Page 160:12 to 160:25

```
00160:12        Q.    And that's fair.  That's not
        13   what I -- that's not what I'm asking.  Were
        14   you involved at any point after the blowout
        15   in actually trying to calculate the amount of
        16   oil that flowed out of the well?
        17        A.    My involvement was to calculate
        18   the -- the worst-case discharge of the well,
        19   and there was a couple subsequent evaluations
        20   that were done around that modelling of
        21   worst-case discharge for some rates and
        22   some -- that specific rates that were
        23   requested.  That is my involvement in the
        24   worst-case -- in rates related to Macondo,
        25   was the theoretical worst-case discharge.
```

Page 162:19 to 163:14

```
00162:19   What's your educational
        20   background?
        21        A.    I have a mechanical engineering
        22   degree from the University of Oklahoma, and I
        23   have an M.B.A. from the University of
        24   Houston.
        25        Q.    What year did you graduate from
00163:01   the University of Oklahoma?
        02        A.    1977.
        03        Q.    And then you said University of
        04   Houston.  In what year did you obtain that
        05   degree?
        06        A.    1989.
        07        Q.    Is both of those when you were
        08   with ARCO?
        09        A.    The --
        10        Q.    Well --
        11        A.    -- University of Oklahoma was
        12   immediately before I started work with ARCO.
        13   The University of Houston was while I was
        14   working for ARCO.
```

Page 168:08 to 169:08

```
00168:08        Q.    Okay.  As it relates to the
        09   Macondo well, did any of the information or
        10   data that you collected get passed on to
```

```
11    anybody outside of BP by -- by yourself?
12         A.    I was involved in providing
13    information to specific people, namely
14    attorneys, about some of the information that
15    they --
16         Q.    I don't want to get into any
17    con- --
18         A.    But I have no idea -- I don't
19    have any recall of who they were providing
20    the information to.  I specifically didn't
21    give information out to a third party, but I
22    provided it to BP people or BP attorn- --
23    attorney representing BP.
24         Q.    Okay.  And I guess my question
25    more relates to prior to April 20, 2010, did
00169:01    any of the data that you collected or your
02    department collected get passed on to for --
03    for instance, any of the partners that you
04    had in the Macondo well?
05         A.    The -- the transfer of data from
06    BP to partners is not something that's within
07    my realm of responsibility.  So I can't say
08    if it was or wasn't.
```

Page 170:20 to 171:01

```
00170:20         Q.    Okay.  Do you know why it was
21    that you were never ask -- you personally
22    were never asked to calculate any flow rates?
23         A.    No, I don't know why.
24         Q.    I mean, that's something that
25    your training and education gives you the
00171:01    ability to do, correct?
```

Page 171:03 to 172:11

```
00171:03         A.    In reference to my training, I
04    have done those calculations.  As far as why
05    I wasn't asked, you'd have to ask the
06    people -- realize that I left to go teach a
07    course in the -- the middle of May and then
08    came back and -- and basically went on IMT
09    duty, and so the -- the timing of that and my
10    availability really didn't coincide.
11         Q.    (BY MR. KRAUS)  I mean, you were
12    asked to do worst-case discharge on
13    April 21st, correct?
14         A.    That is correct.
15         Q.    Do you know why it is that they
16    asked you to do worst-case discharge as
17    opposed to flow rate?
18         A.    I don't know why.  The request
19    came from David Raney.  But on April 21st
20    there was no -- there was nothing to monitor
```

```
     21   the -- what was going on at the wellbore.
     22        Q.      Okay.  When did you --
     23        A.      So that would have been
     24   something -- the worst -- maximum worst-case
     25   discharge is all you could have calculated on
00172:01   April 21st, 2010.
     02        Q.      When did you leave to go to
     03   teach your class?
     04        A.      I believe it was May 11th.
     05        Q.      Well, I -- I mean, even in this
     06   e-mail of April 26th, Mr. Epps is referencing
     07   flow rates, specifically he uses the words
     08   "flow rates."  So you were -- you were still
     09   available on April 26th, right?  You were
     10   available all the way up to May 11th when you
     11   left for Utah, right?
```

Page 172:13 to 172:19

```
00172:13        A.      I was in the office and -- and
     14   was working on various projects, many of them
     15   with Macondo in that time frame.
     16        Q.      (BY MR. KRAUS)  Okay.  But never
     17   once were you asked to calculate flow rates?
     18        A.      I was not asked to calculate
     19   the -- the actual flow rate from the well.
```

Page 175:15 to 176:10

```
00175:15        Q.      Okay.  I believe you mentioned
     16   earlier that you -- that you did do some work
     17   on the DD3, and what --
     18        A.      I did do some work on the DD3.
     19        Q.      Okay.  What was the nature of
     20   that work?
     21        A.      I was the reservoir engineer
     22   that was assigned to the -- to the well, and
     23   I was absent from the Houston office for most
     24   of the drilling of that well.  The one item
     25   that I recall providing input for for the
00176:01   well was calculate -- gathering data on the
     02   Rigel well, which was an offset in
     03   shallower -- to a shallower zone, couple
     04   miles away, and gathering data for us to --
     05   to assist the people working up the pore
     06   pressure frac gradient type analysis to help
     07   them understand what sort of pressure we
     08   would anticipate when we went through those
     09   equivalent -- that equivalent section in the
     10   relief well.
```

Page 177:21 to 178:12

```
00177:21        Q.      (BY MR. THIBODEAUX)  All right.
     22  I think that's previously been marked as
     23  Exhibit 5239, and this is your April 21st
     24  e-mail with the 100,000 barrel per -- barrel
     25  per day estimation, correct?
00178:01        A.      This is the document with the
     02  theoretical worst-case discharge of a hundred
     03  thousand barrels of oil per day.
     04        Q.      Okay.  This morning I believe
     05  you -- you were making a distinction between
     06  what you refer to as a theoretical worst-case
     07  discharge and a flow rate; is that right?
     08        A.      I was.
     09        Q.      Well, you'll agree with me,
     10  though, that a -- your theoretical worst-case
     11  discharge is an estimate of a flow rate,
     12  right?
```

Page 178:14 to 180:05

```
00178:14        A.      It is a flow rate based on those
     15  theoretical conditions that we assume for the
     16  worst-case discharge calculation.
     17        Q.      (BY MR. THIBODEAUX)  Right.  And
     18  let -- let's -- let's talk specifically about
     19  what those assumptions are.  Can you go
     20  through for me what the assumptions were that
     21  were made for the theoretical worst-case
     22  discharge?
     23        A.      Okay.  A couple of key -- key
     24  assumptions for doing the worst-case
     25  discharge calculation is, first, what is the
00179:01  configuration of the well; and then the other
     02  is what is -- what are the reservoir
     03  parameters that would provide the -- the
     04  input.  And so the reservoir inputs we talked
     05  about earlier, permeability, thickness of
     06  pay, viscosity of the fluid.  There is a
     07  number of other ones that are in the -- that
     08  are specified in the assumptions page that
     09  would be in this -- that there was an
     10  attach -- or in the assumptions page that are
     11  shown there on the -- on Page 1 there, the
     12  input assumptions:  pressure, GOR, viscosity,
     13  88 feet production interval, zero skin.
     14           The other thing would be the
     15  assumption of the -- the flow path, and the
     16  flow path was up the -- the production casing
     17  string and through the BOP with no
     18  obstructions.
     19        Q.      Okay.  So let's work backward
     20  from there.  The assumption that you made --
     21  and I'll just refer to the worst-case
     22  discharge as WCD.  The assumption you made or
     23  one assumption you made for the WCD was the
```

```
          24  flow path and the flow path being up through
          25  the production casing and then through the
00180:01  BOP; is that right?
          02       A.      That was the assumption we made.
          03       Q.      And so that would be in contrast
          04  to some -- in some way through the annulus
          05  and then back up into the BOP; is that right?
```

## Page 180:07 to 183:11

```
00180:07       A.      We eval- -- looked at different
          08  options, and one of them was the case up --
          09  up the annulus, and the calculated flow rate
          10  for that was less than the flow rate up the
          11  production casing.  So going with the
          12  definition of max, we took the max to be up
          13  the casing, because that was a greater
          14  number.
          15       Q.      (BY MR. THIBODEAUX)  Okay.  The
          16  second thing you mentioned as being an
          17  assumption that was made for the WCD is the
          18  reservoir parameters, and you talked about
          19  permeability, pay thickness, and the
          20  viscosity of fluid, right?
          21       A.      That's correct.
          22       Q.      Okay.  Permeability, pay
          23  thickness, and viscosity of fluid were all
          24  parameters that -- that BP learned about
          25  through the logging that was done in April
00181:01  before the blowout, right?
          02       A.      We -- we had estimates of that
          03  back, you know, when we planned the well.  We
          04  got additional data to assist on -- on their
          05  values during the logging of the well.  There
          06  was additional work that was done on the
          07  parameters, I know for the fluid samples by
          08  actual tests in the lab that were done after
          09  this calculation.
          10       Q.      Okay.  Now, are you aware of the
          11  results of these tests that you just referred
          12  to?
          13       A.      I -- I'm not aware.  My
          14  under- -- I'm aware that things didn't change
          15  much, but I -- I was off doing other
          16  activities when the -- the analysis came back
          17  from the lab in regards to the fluid samples,
          18  so I don't recall the exact numbers.
          19       Q.      Okay.  When you say "things
          20  didn't change much," what do you mean by
          21  that?
          22       A.      The input assumptions that we --
          23  we specified in this document, those input
          24  assumptions were still essentially the same
          25  after we got the additional evaluation back.
00182:01       Q.      Okay.  And you say "this
```

02    document."  Are you referring to the -- the
03    Bates document that ends in 2314244 that's a
04    part of Exhibit 5239, right?  The Bates
05    number is in the bottom right-hand corner of
06    the --
07         A.    4244.
08         Q.    That's right.
09         A.    Yes, the...
10         Q.    Okay.  So the first WCD
11    assumption you -- you mentioned is well
12    configuration.  What is the well
13    configuration that you utilized in coming up
14    with this W -- WCD estimate?
15         A.    It was up the -- the flow was up
16    the production casing through the BOP with no
17    obstructions.
18         Q.    So let's talk about the -- the
19    casing below -- or the portion of the well
20    configurations below the mud line and below
21    the BOP.  That configuration we know -- well,
22    you knew from what the well design documents
23    provided, correct?
24         A.    I knew that from the well design
25    documents, that's correct.
00183:01       Q.    And that's something that
02    wouldn't have changed post incident, correct?
03         A.    Have no reason for those to have
04    changed post incident.
05         Q.    Okay.  And so am I right in
06    understanding, then, that the assumption or
07    the only assumptions of your key assumptions
08    that were unknown at the time was the
09    configuration with respect to the BOP and
10    blockage that might be associated with the
11    BOP?


Page 183:13 to 184:01

00183:13       Q.    (BY MR. THIBODEAUX)  Is that
14    right?
15         A.    It's not entirely correct.  I
16    certainly didn't know what sort of
17    obstructions were in the BOP.  I didn't know
18    what sort of obstructions were below the BOP
19    all the way to the -- to the reservoir.  So
20    there could have been additional items that
21    would have caused obstructions beyond just
22    what was in the BOP.
23         Q.    Okay.  At any point did you
24    learn that there were, in fact, obstructions
25    below the BOP that you had not accounted for
00184:01    in this April 21st estimate?


Page 184:03 to 186:15

00184:03        A.    Well, first, I didn't learn of
     04  any additional obstruction.  That was not
     05  something that I worked on or with as far as
     06  that.  But, second, is going back to the
     07  assumption of the -- the worst-case
     08  discharge.  It was an assumption free and
     09  clear of obstructions.  So obstructions
     10  didn't enter into the calculation of
     11  worst-case discharge.
     12        Q.    (BY MR. THIBODEAUX)  Okay.  And
     13  let -- let me try to understand how you're
     14  defining to the lack of obstructions.  Is it
     15  a discharge if the BOP was removed from the
     16  well and you simply had an open well casing
     17  flowing into the ocean?
     18        A.    If you removed the BOP and --
     19  and did a calculation of the flow coming out
     20  below where the BOP had been, then you would
     21  have a change in your design and you would
     22  have a different hydrostatic pressure because
     23  the flow would be coming out a little deeper.
     24  We didn't model that type of assumption or
     25  that -- that situation.  I don't believe that
00185:01  the -- the rate would have varied because of
     02  that.
     03        Q.    I'm still a little confused,
     04  though.  So tell me, does the WCD estimate
     05  assume that the BOP is simply o- -- fully
     06  open so it does take into account the
     07  additional height you have of the BOP, it
     08  does take into account the open wellbore area
     09  of the BOP?
     10        A.    It should take into account the
     11  open wellbore of the BOP.
     12        Q.    And that's what your April 21st
     13  estimate includes?
     14        A.    That's correct.
     15        Q.    Okay.  If we look back at the
     16  first page of Exhibit 5239, in -- I think we
     17  talked a little bit earlier this morning
     18  about the modeled flow rate.  Do you see
     19  where --
     20        A.    Do you want to -- could you
     21  reference me exactly where that --
     22        Q.    Sure.  Your first sentence you
     23  talk first about the WC -- WCD calculation,
     24  and that --
     25        A.    Yes, sir.
00186:01        Q.    -- and that sentence ends with
     02  "modeled the flow rate at the sea floor."
     03        A.    Uh-huh.
     04        Q.    Was that modeled flow rate
     05  consistent with the hundred thousand barrels
     06  per day estimate that's set forth in the
     07  e-mail?

```
08        A.      Yeah, that modeled flow rate is
09   the worst-case discharge, and it was modeled
10   at the sea floor.
11        Q.      Okay.  And that modeling was
12   done to take into account the well
13   configuration input that we were talking
14   about earlier?
15        A.      That is correct.
```

Page 186:23 to 187:01

```
00186:23        Q.      (BY MR. THIBODEAUX)  I just want
24   to know -- basically, I want to know when
25   were you first contacted to do a WCD and who
00187:01   contacted you to do that?
```

Page 187:03 to 187:25

```
00187:03        A.      Could you tell me whether we're
04   talking predrill or post incident?
05        Q.      (BY MR. THIBODEAUX)  I'm sorry,
06   post incident, right.
07        A.      Post incident I was contacted
08   about 3:15 in the morning by Dave Raney to
09   update the worst-case discharge calculation
10   for Macondo.
11        Q.      Okay.  And -- and from -- from
12   that point how long did you work on flow rate
13   worst-case discharge analysis of the Macondo
14   well?
15        A.      Well, I worked on it until that
16   morning where I published one e-mail, and
17   then about two hours later we published an
18   updated e-mail.  And then that analysis, as
19   we've gone over in other testimony, we used
20   that analysis to do subsequent evaluations
21   that were requested for Macondo for the next
22   couple weeks.
23        Q.      Okay.  All right.  When you were
24   calculating the WCD, what mud/gas ratio did
25   you use for the well at that point?
```

Page 188:02 to 189:03

```
00188:02        A.      I'm not sure mud/gas ratio is an
03   input to my calculation.
04        Q.      (BY MR. THIBODEAUX)  Okay.  Did
05   you assume that there was a hundred percent
06   evacuation of the -- of mud from the well?
07        A.      My flow rate would have been
08   calculated with a full column of
09   hydrocarbons.  So it would have been after
10   any sort of mud that was in the hole would
```

```
11  have been evacuated.  So it was assumed to be
12  oil -- or assumed to be hydrocarbon.  You
13  know, it probably was a combination of oil
14  and gas, but that would be the assumption of
15  what was in the wellbore, consistent with the
16  hundred thousand barrels a day worst-case
17  discharge calculation.
18          Q.      Did you have an understanding as
19  to what the worst-case discharge estimate
20  would be used for by BP?
21          A.      I -- my boss requested me to get
22  him an updated worst-case discharge and --
23  and that's what I provided.  Exactly how that
24  was used was beyond the -- the scope of my
25  responsibilities.
00189:01        Q.      Did anybody ever tell you why it
02  would be used?
03          A.      No, sir.
```

Page 190:13 to 190:22

```
00190:13        Q.      You never talked to Cindy
14  Yeilding about your WCD work?
15          A.      I would have talked to Cindy
16  Yeilding at -- at the time that this was put
17  out, this document was put out, but I believe
18  that the -- the flow team that you referenced
19  was something that was developed a bit after
20  this, and I didn't have any discussions with
21  her in regards to this calculation at later
22  points in time.
```

Page 191:20 to 192:25

```
00191:20        Q.      Okay.  If you'll look back at
21  Exhibit 5241, that prior e-mail we were just
22  looking at, when you look on the first page
23  and the attachments, there is Macondo
24  forecast summary and Macondo forecast ppt.
25  Do you see that?
00192:01        A.      Yes, sir yes.
02          Q.      Is Exhibit 5253 the
03  Macondoforecastsummary.xls spreadsheet?
04          A.      I don't recall opening up the
05  Macondoforecastsummary.xls to be able to say
06  that that is this 5253 exhibit.
07          Q.      Okay.  In your evaluation of the
08  WCD did you prepare a spreadsheet like this
09  that accounts for reservoir pressure, base
10  oil, base gas, cumulative oil production,
11  cumulative gas production?
12          A.      So if we go to the first e-mail
13  in this trail, we see an e-mail from Kelly
14  McAughan to Jay Thorseth.
```

```
15         Q.     Uh-huh.
16         A.     And at that -- we did calculate
17  those, and it would have shown production and
18  reservoir pressure.  And we've seen in other
19  exhibits those graphs.
20         Q.     Uh-huh.
21         A.     And that's what I recall seeing
22  related to this request.  I -- I never looked
23  at the Excel spreadsheet to be able to
24  definitively say that 5253 is that Excel
25  forecast summary that you mentioned.
```

Page 202:01 to 202:06

```
00202:01        Q.     Thank you.  Have you ever spoken
02  to anybody directly from Halliburton or from
03  its service provider, Sperry, with regard to
04  any of the services that they provided on the
05  Macondo well?
06         A.     I have not.
```

Page 205:05 to 206:07

```
00205:05        Q.     I have a question about that MMS
06  calculator.  When you use the MMS calculator,
07  isn't it true that you have to calculate WCD
08  for every interval?
09         A.     You would -- that -- that's true
10  in Prosper, you would calculate it for -- for
11  each interval, each productive interval, and
12  then you would provide which one was the
13  highest rate.
14         Q.     All right.  And when you say
15  "each productive interval," tell us what that
16  means, please.
17         A.     So each casing string that would
18  have potential hydrocarbons, you would
19  calculate a worst-case discharge for that
20  des- -- for that interval, that casing
21  interval.
22         Q.     And you just looked at these
23  documents in the last week or so; is that
24  right?
25         A.     Specifically, we looked at the
00206:01  case that formulated the 2009 rate that was
02  supplied to -- for the -- BP's oil spill
03  response plan.
04         Q.     And when you did that
05  predrilling WCD in 2009, what intervals did
06  you do that calculation for to come to that
07  total WCD?
```

Page 206:09 to 207:17

```
00206:09        A.    We made an assumption of --
      10  of -- for that well, and there were, I
      11  believe, two different intervals, and we
      12  calculated the worst-case discharge for both
      13  of the intervals and presented to BP
      14  regulatory the one that was the greatest.
      15        Q.    (BY MS. RICHARD)  So you pre- --
      16  you -- which one was the greatest or the
      17  greater of the two?
      18        A.    The -- I believe it was the
      19  deeper interval.
      20        Q.    Okay.  All right.  Do you
      21  keep -- do you keep a record of that anywhere
      22  of -- of the other interval and what that
      23  came to?
      24        A.    We certainly do now, okay, in
      25  the -- the calculations that we're making.
00207:01  Back then I think there would be an intent to
      02  do that, but whether we were rigorous on
      03  saving it or not -- I haven't gone back and
      04  checked records to see if those were
      05  preserved or not.
      06        Q.    And that higher interval was a
      07  pre- -- what's the word you used?  That was a
      08  produceable --
      09        A.    Productive.
      10        Q.    I'm sorry, a productive -- can
      11  you repeat the phrase you did -- used?  I
      12  didn't -- I didn't write it down.  Was it
      13  productive --
      14        A.    Productive interval.
      15        Q.    A productive interval; is that
      16  correct?
      17        A.    Correct.
```

Page 209:07 to 209:08

```
00209:07  I'm going to mark this as
      08  Exhibit 5254.
```

Page 209:23 to 210:01

```
00209:23        Q.    (BY MS. RICHARD)  If you would
      24  look at Exhibit 5254, and I am referring to
      25  in 2009, you did a worst-case discharge that
00210:01  you presented to the MMS, correct?
```

Page 210:03 to 210:12

```
00210:03        A.    We did a worst-case discharge in
      04  2009 predrill Macondo that we provided to our
      05  regulatory group, who then provided those
      06  numbers as part of the exploration plan to
```

```
07   the MMS.
08        Q.    (BY MS. RICHARD)  Okay.  And
09   with regard to that, you had to do a
10   worst-case discharge for the interval above
11   the lowest -- the low -- the lower interval,
12   correct?
```

Page 210:14 to 211:08

```
00210:14       A.    Can you be more specific on
15   that?
16        Q.    (BY MS. RICHARD)  We -- you've
17   told me that -- that you did two --
18   calculations on -- on two intervals, right?
19        MR. MORRISS:  Object to form.
20        A.    The question you had on two
21   zones was for work with the oil spill
22   response plan in 2009.  This document here is
23   about Macondo.  This is a different
24   evaluation.  So I'm confused on which
25   evaluation you are referring to.
00211:01       Q.    (BY MS. RICHARD)  Okay.  That's
02   a -- that's a fair point.  Thank you for
03   clarifying that for me.  That's -- I'll move
04   on to this, then, after -- I'm going to go
05   back, then, to the -- to the 2009.  This is
06   just a totally different document and had
07   nothing to do with the worst-case discharge
08   is what you're telling me, correct?
```

Page 211:10 to 213:02

```
00211:10       A.    This is a different document on
11   Macondo.
12        Q.    (BY MS. RICHARD)  Uh-huh.
13        A.    The other question that you
14   previously asked was in regard to the
15   calculation for the oil spill response plan
16   in 2009, which was not Macondo.
17        Q.    All right.  So you did not do a
18   specific oil spill response plan specific to
19   Macondo in 2009; is that accurate?
20        A.    It is a little accurate.  Let me
21   assist.
22        Q.    Okay.
23        A.    BP and other operators file an
24   oil spill response plan based on analysis of
25   different situations.  One of those
00212:01   situations is an exploration well.  So we
02   have an oil spill response plan based on what
03   we -- what we think is the -- the biggest
04   worst-case discharge for an exploration well.
05             Subsequent worst-case discharges
06   for Macondo, for example, if its worst-case
```

```
07  discharge is less than the oil spill response
08  plan, then that's fine.  As long as your
09  worst-case discharge is less than your oil
10  spill response plan, you go about your
11  business.  If you were to calculate an -- a
12  worst-case discharge that exceeded your oil
13  spill response plan, then you would need to
14  go back and revise your oil spill response
15  plan.
16          Q.      All right.  And in this case,
17  you did not need to do that; is that your
18  testimony?
19          A.      Macondo calculated at 162,000.
20  We had an oil spill response plan back then
21  of somewhere, you know, 300,000.  So it was
22  substantially less than our oil spill
23  response plan.  So we were covered by the BP
24  oil spill response plan.
25          Q.      So it wasn't necessary to do
00213:01  that?
02          A.      That's correct.
```

Page 214:23 to 216:14

```
00214:23  What factors did you go after to assess to
24  determine whether it was economically viable?
25          A.      In reference to Macondo?
00215:01  Q.      Yes, in reference to Macondo,
02  specific to Macondo.
03          A.      Okay.  So we had the volume that
04  was calculated and -- and shown in the TAM,
05  and we came up with a set of development
06  parameters based on that volume and the other
07  descriptions, and then we had others generate
08  costs for those various components.  We
09  projected a rate forecast, a rate forecast of
10  the actual well, not worst-case discharges.
11  We would then put that into a -- a model and
12  run our -- you know, another group actually
13  ran the model, but we provided those inputs,
14  and we could assess its economic viability
15  based on the results of that cash flow model
16  with those inputs that I just described.
17          Q.      And then if you'll break it down
18  for me even further, how did you calculate
19  that volume in the TAM?
20          A.      The volume in the TAM was
21  calculated by the exploration group.  I've
22  mentioned in previous testimony that the
23  reservoir engineers supplied the recovery
24  factor and the formation volume factor, but
25  that was a volume that they were responsible
00216:01  for generating.
02          Q.      Okay.  And how were the
03  development parameters come up with or
```

```
04  arrived at?
05        A.      So we -- we had a volume.  We
06  also had a mapped area.  We had analog fields
07  in -- in the Gulf of Mexico, and we could
08  look at various parameters, reserves per
09  well, acre spacing for wells, and come up
10  with a likely number of wells to develop that
11  resource volume in that area.
12        Q.      And specific to Macondo, at what
13  point did you determine as a group that it
14  was economically viable?
```

Page 216:16 to 217:19

```
00216:16        A.      We've previously shown TAM
      17  Chapter 5 --
      18        Q.      (BY MS. RICHARD)  Uh-huh.
      19        A.      -- and that was generated in
      20  close proximity to the other TAM chapters,
      21  and so that would have been our assessment of
      22  viability and it was economic in there.
      23        Q.      Okay.  So it would be tied to
      24  the TAM?
      25        A.      Yeah, it was a chapter in the
00217:01  TAM.
      02        Q.      And when you looked at the
      03  analog wells, did that -- did you -- what
      04  factors were you looking at in the analog
      05  wells to help you come up with these
      06  development parameters?
      07        A.      And specifically, it was analog
      08  fields --
      09        Q.      Thank you.
      10        A.      -- fields being com- -- composed
      11  of various wells.  We would look at wells in
      12  that general geographic area that would be
      13  producing from relatively the same geologic
      14  age and -- and look at how they had performed
      15  as far as their amount of recovery, their
      16  production rate, the area that they would
      17  have drained, and so would have used those to
      18  help inform an opinion of what Macondo could
      19  do.
```

Page 222:11 to 222:14

```
00222:11        Q.      (BY MS. RICHARD)  Yes.  When you
      12  calculated WCD, did you have to use as one of
      13  the factors what sands the well was flowing
      14  from?
```

Page 222:16 to 223:01

```
00222:16        A.      When -- when we calculated the
      17 worst-case discharge for Macondo --
      18        Q.      (BY MS. RICHARD)  Yes.
      19        A.      -- we calculated it for the M56
      20 horizon.
      21        Q.      And did I understand earlier
      22 that you talked directly to the MMS director
      23 about WCD?
      24        A.      We talked -- I talked with the
      25 MMS director in regards to the worst-case
00223:01 discharge for the relief wells.
```

Page 223:04 to 223:06

```
00223:04 You were on the team that
      05 decided whether or not to do coring, bypass
      06 coring, weren't you?
```

Page 223:08 to 224:23

```
00223:08        A.      I was involved in doing analysis
      09 of whether to -- to do a bypass core or not.
      10        Q.      (BY MS. RICHARD)  Could you
      11 describe what your involvement was, please?
      12        A.      Tanner Gansert, who was the RE
      13 responsible for Macondo did the majority of
      14 the work, and I was his supervisor, but we
      15 basically came up with a decision tree of
      16 whether -- on what situations you would have
      17 that you would want to do a bypass core or
      18 not.
      19        Q.      And was there dissension within
      20 the team about whether to do bypass coring or
      21 not?
      22        A.      I wouldn't describe it as
      23 dissension.  The -- the real -- the
      24 discussion of whether to do it or not was
      25 between the exploration team and the -- the
00224:01 Pompano development team, which was the --
      02 the -- the likely group that would receive
      03 Macondo, if it was a discovery.  But it -- it
      04 really -- I wouldn't say dissension.  I would
      05 say a discussion.  They wanted to make sure
      06 they had all the -- all the data for them to
      07 make the proper development decision if we
      08 were to make a discovery and pass the
      09 prospect on to them to develop the field.
      10        Q.      Was financial consideration one
      11 of the factors that went into deciding
      12 whether to do a bypass core on this well?
      13        A.      It was not.
      14        Q.      I'm going to ask you to turn to
      15 tab 28, mark it as Exhibit 5255, and, also,
      16 to tab 27.  Tab 27, which I'll mark as 5256.
```

```
17            And, actually, I think you can
18  just look at 5255.  In 5255, Brian Ritchie is
19  sending you an e-mail about a response after
20  discussion.  It looks like he's referring to
21  the -- to the healthy discussion about the
22  coring decision and whether to core or not;
23  is that -- is that accurate?
```

Page 225:01 to 225:16

```
00225:01        A.      Okay.  Could you repeat your
     02  question?
     03        Q.      In Exhibit 5255, this is an
     04  e-mail from Brian Ritchie to you only
     05  regarding a response to the healthy
     06  discussion referred to in Mr. Sims' e-mail,
     07  correct?
     08        A.      That's correct.
     09        Q.      And you're kind of smiling about
     10  it.  Do you recall, sitting here today,
     11  this -- this exchange?
     12        A.      I recall the e-mail that
     13  precedes this, but I don't recall talking
     14  with Bryan and he -- and what sort of inputs
     15  I would have given to him before he passed it
     16  on to Jay.
```

Page 225:24 to 226:15

```
00225:24        Q.      (BY MS. RICHARD)  What was the
     25  nature of the healthy discussion that's
00226:01  referred to in Mr. Sims' e-mail?
     02        A.      Well, the -- the plan for
     03  Macondo, the base case was that we would not
     04  do a bypass core.  There were concerns by the
     05  Pompano team of given the uncertainty and the
     06  range of outcomes that you could find in the
     07  well, that there could be a situation where
     08  additional data was needed and -- and I think
     09  that's mentioned in one of these bullets
     10  that -- and it -- it kind of laid -- it -- we
     11  got to an agreement that -- of what sort of
     12  situation would cause you to want to pursue a
     13  bypass core proposal.
     14        Q.      I'm going to hand you what I've
     15  marked as 5257, and it is tab 24, I believe,
```

Page 235:04 to 235:08

```
00235:04        Q.      (BY MS. RICHARD)  Mr. Bozeman,
     05  how did you access data which you wanted to
     06  look at on the well?  Was it through
     07  WellSpace, INSITE Anywhere, intranet?  How
```

```
08  did you get it?
```

Page 235:10 to 235:14

```
00235:10        A.      Could use all of those.  In this
      11  case I relied on requests to -- to Brian
      12  Ritchie or Kelly McAughan, who had the data
      13  from those sources, and provided me either
      14  paper copy or e-mailed documents.
```

Page 238:17 to 238:18

```
00238:17        Q.      And if you turn to tab 33, which
      18  we'll mark as Exhibit 5259?
```

Page 239:08 to 239:09

```
00239:08        Q.      (BY MS. RICHARD)  Which I'm
      09  marking as Exhibit 5260.  You were still at
```

Page 242:06 to 242:07

```
00242:06        Q.      (BY MS. RICHARD)  Well, let me
      07  show you what I've marked as Exhibit 5261,
```

Page 244:13 to 246:06

```
00244:13        Q.      Good afternoon, Mr. Bozeman.  My
      14  name is Dave Magee, and I represent Anadarko
      15  Petroleum Corporation.  I've got a long way
      16  to go and a short time to get there.  So I'm
      17  going to jump around a little bit.  We heard
      18  a lot of testimony today about worst case
      19  discharges.  Can you tell me what your
      20  definition of a worst-case discharge is?
      21        A.      My definition of a -- a
      22  worst-case discharge is a theoretical rate of
      23  what the well would -- would come out of a
      24  well.  In the case of our definition the
      25  formation is fully exposed.  It's producing
00245:01  up whatever the -- the casing configuration
      02  is and discharging without any obstructions
      03  at the mud line.
      04        Q.      And you calculated a worst-case
      05  discharge for the Macondo well on April 21st;
      06  did you not?
      07        A.      I did.
      08        Q.      And were you careful in
      09  calculating that worst-case discharge?
      10        A.      I tried to use all my
      11  engineering best judgments to -- as far as
      12  the input parameters, like I do for all my
```

```
13  work.
14        Q.    And -- and you wanted to be
15  accurate in your estimates that you provided
16  to BP, right?
17        A.    I wanted to be accurate.
18  Recognize there is uncertainty in -- in all
19  the parameters, but I tried to do my -- my
20  best job and with the collaboration of others
21  in coming up with the most likely parameters
22  to put into the calculation.
23        Q.    And you were never instructed to
24  alter your parameters to minimize the volumes
25  resulting from your worst-case discharge
00246:01  calculations?
02        A.    Absolutely was not given any --
03  had any request to -- to minimize our
04  calculation.  The charge was to put down the
05  most accurate, most likely number that we
06  could.
```

**Page 248:14 to 249:11**

```
00248:14        Q.    (BY MR. MAGEE)  Does the
15  calculation of WCD take into account any
16  losses from directional changes in the
17  wellbore resulting from directional drilling?
18        A.    It would in -- take into account
19  the wellbore configuration, which would
20  include its directional components.  So it
21  would take the increased friction from an
22  increased length that could be associated
23  with a -- a directional well.
24        Q.    And I believe you testified
25  earlier that in the WCD calculations for the
00249:01  Macondo well that you used the -- a flow up
02  to production casing as the worst-case
03  scenario; is that correct?
04        A.    That is correct.
05        Q.    And can you tell me what --
06  well, let me back up a little bit.
07              You also mentioned earlier the
08  bubble point of the hydrocarbons in the
09  Macondo well?
10        A.    I mentioned that there was an
11  uncertainty about that, yes, I did.
```

**Page 250:22 to 250:25**

```
00250:22        Q.    Okay.  So just so the record's
23  clear, you're not sure whether you assumed
24  that any gas came out of solution prior to
25  exiting the BOP; is that right?
```

Page 251:02 to 252:01

```
00251:02         A.      That was not an input assumption
      03  that I needed for the -- to do the worst-case
      04  discharge.  I inputted the parameters at the
      05  reservoir, and then the Prosper model modeled
      06  the -- the fluids coming up.  So I didn't
      07  have to provide that input to come up with
      08  the hundred thousand barrels a day worst-case
      09  discharge number.
      10         Q.      (BY MR. MAGEE)  Okay.  So the
      11  Prosper- --
      12         A.      The program did that.
      13         Q.      So the Prosper model has
      14  calculations in it to determine the bubble
      15  point and whether it comes out -- the
      16  hydrocarbons can come out of solution on
      17  their way up the production casing?
      18         A.      Well, we -- we would input in
      19  the reservoir parameter -- the fluid
      20  parameters, and then Prosper would make a
      21  calculation of the pressures.  And when that
      22  bubble point pressure was reached, then
      23  Prosper would model the gas coming out of the
      24  solution in -- in that flow stream.  I just
      25  don't recall exactly at what point -- what
00252:01  elevation that was at.
```

Page 253:07 to 253:09

```
00253:07         Q.      Does WCD cal- -- calculation
      08  take into account friction losses from the
      09  length of production casing in the well?
```

Page 253:11 to 256:07

```
00253:11         A.      The worst-case discharge
      12  calculation takes into account friction in
      13  the -- in the flow path that is specified.
      14         Q.      (BY MR. MAGEE)  Does a WCD
      15  calculation take into account fittings that
      16  would have existed in the Macondo well?
      17         A.      We did not put -- we did not
      18  model the fittings in the worst-case
      19  discharge calculation.
      20         Q.      And does --
      21         A.      In that and the one that I
      22  provided on that one.
      23         Q.      And a WCD calculation doesn't
      24  include any restrictions from partial closing
      25  of the BOP, does it?
00254:01         A.      The definition assumption that
      02  we used was everything was fully open for the
      03  worst-case discharge calculation.
```

```
04        Q.      Is that a no?
05        A.      Could you repeat the question?
06        Q.      A WCD calculation doesn't
07 include any restrictions from a partial
08 closing of the BOP, does it?
09        A.      It does not include.
10        Q.      And a "WCD" calculation doesn't
11 include any restrictions from fittings
12 connecting the riser to the BOP, does it?
13        A.      It would not.
14        Q.      And a WCD calculation doesn't
15 include any kinks in the BOP -- kinks in the
16 riser at the BOP, does it?
17        A.      It would not.
18        Q.      And a WCD calculation doesn't
19 include friction losses due to curving of the
20 riser on the sea floor, does it?
21        A.      Our worst-case discharge
22 calculation was to the sea floor.  So
23 anything beyond that would not have been
24 something that would have been part of our
25 calculation.
00255:01        Q.      And a WD -- WCD calculation
02 doesn't include debris caught in any kinks
03 and restrictions along the production casing,
04 does it?
05        A.      Does not.
06        Q.      And a WCD calculation doesn't
07 include any reductions from reservoir
08 depletion, does it?
09        A.      The worst-case discharge we
10 calculated was a again one-day volume.  We
11 did additional evaluations that previous
12 attorneys have talked about where we made a
13 production projection in time, and that would
14 have included pressure depletion of the
15 reservoir.
16        Q.      Okay.  And the -- many of the
17 things that we've just talked about,
18 including kinks in fittings, kinks in pipe
19 fittings, restrictions from closing the BOP
20 would all go into the actual flow rate that
21 was determined in the Macondo well; is that
22 right?
23        A.      To do an actual flow rate of
24 Macondo, you want to -- would want to take
25 into account any and all obstructions to
00256:01 flow.
02        Q.      And each of those instruct --
03 obstructions would have an impact in a
04 reduction of the actual flow rate from the
05 well, wouldn't it?
06        A.      All of those obstructions should
07 decrease flow.
```

Page 260:04 to 260:14

```
00260:04        Q.      Just a couple more cleanup
     05  points.  There was testimony earlier today
     06  regarding a WCD calculation that you did for
     07  a spill response plan.
     08        A.      Correct.
     09        Q.      Do you recall that?  And is it
     10  accurate that -- in doing that calculation
     11  you surveyed the wells that existed in the
     12  Gulf of Mexico and you determined which well
     13  would have the worst-case discharge of the
     14  existing wells?
```

Page 260:16 to 262:24

```
00260:16        A.      Not -- it's not quite that way.
     17  For the 2009 worst-case discharge to support
     18  the oil spill response plan we didn't look as
     19  much -- as much at what we had drilled, but
     20  tried to project what we would drill in the
     21  future and so -- because we had to do an
     22  exploration well calculation, and so we
     23  needed to look at what a new well that we
     24  would drill could produce.  Now, certainly,
     25  we used the knowledge from old wells to -- to
00261:01  base that projection, but we weren't looking
     02  at projecting something that had already been
     03  drilled.  We were trying to look at something
     04  in the future.
     05        Q.      (BY MR. MAGEE)  Okay.  If I
     06  could ask you to turn quickly to tab 12 in
     07  your binder, please.  And that document ends
     08  in Bates No. MDL 01830894.  Could I ask you
     09  to put that sticker on there?
     10        MR. MORRISS:  What's the -- oh, the
     11  first page.
     12        Q.      (BY MR. MAGEE)  Could you
     13  quickly take a look at that e-mail?  And tell
     14  me, does this e-mail reflect discussions
     15  surrounding the WCD calculation that you made
     16  for submission to the MMS for the spill
     17  response plan?
     18        A.      This is a series of about six or
     19  seven e-mails, and the first e-mail was our
     20  assumptions for the oil spill response plan
     21  for the exploration component.  And then
     22  there's subsequent follow-up discussions
     23  which talk about what the other components of
     24  BP's oil spill response worst-case discharge
     25  calculations were.  So they contained both
00262:01  the exploration and discussion about the
     02  other components.
     03        Q.      And for the exploration wells
     04  you used the Freedom well as your worst-case
```

05  discharge well?
06       A.      We used Freedom -- kind -- kind
07  of the Freedom results as far as thickness of
08  pay and some of the parameters, but moved the
09  Freedom well to -- or the Freedom reservoirs
10  to another location in the Gulf of Mexico
11  where we projected to drill an exploration
12  well and kind of -- and calculated a
13  worst-case discharge combining those input
14  assumptions.
15       Q.      And just a couple more
16  questions.  What's -- what's a Flower Mounds
17  case?
18       A.      And I didn't calculate the
19  Flower Mounds case, but it's -- it's
20  underwater reefs out in the western part of
21  the Gulf of Mexico.  It's a environmentally
22  sensitive area and if you have operations
23  around there, you have to make a calculation,
24  but it wasn't pertinent to mine.