# United States' Phase Two Offer of Proof Exhibit 4
# Designations from Volumes 1-2 of Deposition of Richard Camilli

Page 9:01 to 9:21

```
00009:01    THE VIDEOGRAPHER:  Today is September
      02    12, 2012.  This is the 30(b)(6) deposition of
      03    Dr. Richard Camilli regarding the oil spill by the
      04    oil rig, DEEPWATER HORIZON, on April 20th, 2010.
      05    The time is 9:15 a.m.  We're now on the record,
      06    beginning Tape 1.
      07              RICHARD CAMILLI,
      08    having been first duly sworn, testified as
      09    follows:
      10                E X A M I N A T I O N
      11    BY MS. BROWNE:
      12        Q.  Good morning, Dr. Camilli.
      13        A.  Good morning.
      14        Q.  My name is Maureen Browne.  We met before
      15    the deposition began, and I'm here representing
      16    BP.
      17              Could you please state your full name
      18    and work address, please.
      19        A.  My name is Dr. Richard Camilli.  I work at
      20    the Woods Hole Oceanographic Institution, Mail
      21    Stop No. 7, Woods Hole, Massachusetts 02543.
```

Page 11:16 to 12:01

```
00011:16        Q.  What I'd like to do as a matter of
      17    housekeeping is at least initially show you the
      18    subpoena that brought you to us here today.
      19              We'll mark this Exhibit 9000.
      20        (Marked Exhibit No. 9000.)
      21        Q.  (BY MS. BROWNE)  And I'll represent to you
      22    that this is the subpoena for testimony to you or
      23    to Woods Hole in this matter.  If you could take a
      24    look at that and confirm for me, number one, have
      25    you ever seen that document before?
00012:01        A.  No, I have not seen this.
```

Page 12:18 to 19:02

```
00012:18        Q.  (BY MS. BROWNE)  Dr. Camilli, we just took
      19    a break, but during the break you had an
      20    opportunity, it appears, to take a look at Exhibit
      21    9000, which is the subpoena for testimony in this
      22    investigation.  Did you -- did you take a look at
      23    the topics there on the last couple of pages?
      24        A.  Yes, I did.
      25        Q.  Have you ever seen that document before?
00013:01        A.  The last two pages, which is Exhibit A, my
      02    counsel showed to me yesterday.  So I did see it
      03    yesterday, but only the last two pages.
      04        Q.  And are you prepared today to testify
      05    about those topics?
      06        A.  To the best of my ability.
```

```
07      Q.  And you are here today to testify about
08  those topics to the best of your ability on behalf
09  of the Woods Hole Oceanographic Institute; is that
10  correct?
11      A.  Institution.
12      Q.  Institution.
13          And -- is that correct?
14      A.  Yes.
15      Q.  And does the Woods Hole Oceanographic
16  Institution go by an acronym at any time?
17      A.  Yes.
18      Q.  And what's that acronym?
19      A.  WHOI, W-H-O-I.
20      Q.  Okay.  If I refer today to "WHOI," would
21  you understand what I'm talking about, that I'm
22  referring to the Woods Hole Oceanographic
23  Institution?
24      A.  Yes.
25      Q.  And, also, as you're here in a 30(b)(6)
00014:01  capacity, what that means is you're here on behalf
02  of WHOI.  So when I ask questions and say "you" or
03  "WHOI," I'm referring collectively to the Woods
04  Hole Oceanographic Institution.
05          Do you understand that?
06      A.  Yes.
07      Q.  If anytime you're giving me a response
08  that is on your personal behalf as opposed to that
09  on behalf of the institution, Woods Hole, I would
10  appreciate that you clarify for me that your
11  answer is restricted to your own personal opinion.
12          Do we understand each other?
13      A.  Yes.
14      Q.  Thank you.  Okay.  The next exhibit I'd
15  like to show you, we'll mark as Exhibit 9001.
16          (Marked Exhibit No. 9001.)
17      Q.  (BY MS. BROWNE)  This is the subpoena for
18  documents in the matter, and it includes the
19  return service indicating that Woods Hole
20  Oceanographic Institution was indeed served with a
21  subpoena for documents in this investigation.
22  Could you take a look at that document for me,
23  please, and let me know if you've ever seen it
24  before.
25      A.  Everything except for the last two pages
00015:01  looks familiar.
02      Q.  Okay.  The last two pages of Exhibit 9001
03  are the return of service.  And did you collect
04  documents in this matter in response to that
05  subpoena?
06      A.  Gathering documents from our files, yes, I
07  helped with that, or Woods Hole did.
08      Q.  And the documents that you did collect,
09  were they documents that are regularly maintained
10  by Woods Hole?
11      A.  Define "regularly maintained."
```

3

```
12        Q.  Are they maintained in the course of
13 business?
14        A.  Some of the documents that were collected
15 were ones that were sent to the U.S. Coast Guard
16 for archival.
17        Q.  And -- and that production included, for
18 example, E-mails, correct?
19        A.  No.  The -- the E-mails were not archived
20 by the Coast Guard.
21        Q.  The production that Woods Hole made in
22 response to Exhibit 9001, which is the subpoena
23 for documents in this matter, included E-mails,
24 did it not?
25        A.  Yes.
00016:01        Q.  And it also included some calculations,
02 correct?
03        A.  Yes.
04        Q.  Included some spreadsheets, correct?
05        A.  Yes.
06        Q.  And those types of documents, are those
07 documents that were maintained in the ordinary
08 course of business at Woods Hole?
09        A.  I'm not sure I understand "the ordinary
10 course of business" that...
11        Q.  They were documents that -- that you
12 had -- you collectively, Woods Hole, maintains or
13 did maintain during this incident or as a result
14 of this incident, correct?
15        A.  These documents were at the -- Woods Hole
16 Oceanographic.  I don't know that there's any
17 active attempt to maintain them or requirement to
18 maintain them by the institution.
19        Q.  They weren't created for the purpose of
20 this litigation, were they?
21        A.  No.
22        Q.  And at the time they were created, they
23 were created at least -- let's talk about the
24 E-mails -- at or near the time of transmission; is
25 that correct?
00017:01        A.  Yes.
02        Q.  Okay.  And you're -- I want to make sure
03 we're clear in an understanding.  There was an
04 exchange of -- of correspondence between counsel;
05 but although Woods Hole at this time was not
06 ordered to produce documents for the period March
07 20th, 2011, to the present, we are entitled to
08 inquire about any conversations or activities that
09 took place at Woods Hole during that time period.
10            Do you have that understanding?
11            MR. LAND:  Objection; representation,
12 I think the -- you know, it's as stated in the --
13 the June 28th letter between counsel and what our
14 agreement is.  So I think it's not specific
15 conversations, but it is general conclusions and
16 assumptions made, yeah.
```

```
17            MS. BROWNE:  Okay.  Is Dr. Camilli
18 aware of that?
19            MR. LAND:  Yes.
20      Q.  (BY MS. BROWNE)  Okay.  Just -- okay.
21 We'll put that aside.
22            Okay.  Dr. Camilli, when did Woods
23 Hole first become involved in the DEEPWATER
24 HORIZON incident?
25      A.  In late April 2010.
00018:01      Q.  Okay.  And how did it come to be involved?
02      A.  My colleague, Andrew Bowen, was contacted
03 by representatives from BP seeking assistance in
04 the assessment of -- of the -- the blowout.
05      Q.  And there came a time that Woods Hole had
06 a -- a separate conversation with the U.S. Coast
07 Guard about getting involved in the incident; is
08 that correct?
09      A.  Yes.
10      Q.  And do you know when that was?
11      A.  That would have been in mid- to late May
12 2010.
13            (Marked Exhibit No. 9002.)
14      Q.  (BY MS. BROWNE)  All right.  We're going
15 to show you what's been marked Exhibit 9002.
16 That's Tab 1 in your binder.  And I'll represent
17 for folks that this is the statement of work.
18 It's a two-page document entitled "Statement of
19 Work, DEEPWATER HORIZON Oil Spill, Flow Rate and
20 Characteristics Analysis."  If you could take a
21 look at Exhibit 9002 and let me know if you've
22 seen that before.
23      A.  Yes.
24      Q.  Dr. Camilli, who participated in creating
25 that statement of work?
00019:01      A.  The U.S. Coast Guard and Woods Hole
02 Oceanographic.
```

Page 21:24 to 25:12

```
00021:24      Q.  (BY MS. BROWNE)  Let me ask you this:  So
25 the -- the Statement -- do you know who issued the
00022:01 Statement of Work?
02      A.  U.S. Coast Guard issued the Statement of
03 Work.
04      Q.  All right.  And you've seen that document
05 before?
06      A.  I believe so.
07      Q.  Okay.  And -- and in reviewing Exhibit
08 9002, do -- do you have an understanding as to
09 what the expected work product was coming out of
10 the Statement of Work?
11      A.  It states here the requirements are to
12 conduct an on-site data collection of the
13 available oil spill flow characteristics with
14 specific attention to rate estimation; No. 2,
```

```
15  analyze the data gathered; and 3, provide a
16  comprehensive analysis report.
17      Q.  And in response to the Statement of Work,
18  did Woods Hole issue a proposal?
19      A.  I do not know that it was in response to
20  the Statement of Work.
21      Q.  Okay.  Following a review of the Statement
22  of Work, did Woods Hole issue a proposal?
23      A.  I do not know on that, in terms of the
24  timing.
25      Q.  Do you have reason to believe that Woods
00023:01  Hole issued a proposal prior to the issuance of
02  the Statement of Work?
03      A.  I can explain to you as a person, not as
04  Woods Hole, my recollection of -- of the process.
05  Originally, what happened was we -- Woods Hole had
06  submitted a short white paper-type proposal to BP,
07  a technical proposal, in -- let's see, that would
08  have been early May.  I believe May 4th.  And then
09  BP had accepted that -- maybe we can call it a
10  proposal -- and told us to get ready to mobilize.
11  We did that and then we were told to stand down.
12          That proposal, then -- we still had
13  the document, and then later in the month, the
14  executive director of the U.S. Coast Guard
15  R&D Center, Donald Cundy, called me.  At the time,
16  I was actually on my way to Australia.  I was
17  scheduled to give a lecture series out there.  And
18  I literally was within an hour of going to the
19  airport.  I -- I had my bags packed, they were in
20  my office and I got a call from him asking if we
21  still had the technical resources or capabilities
22  to execute that operation.  I told him that I
23  thought we did but that I was on my way out of the
24  country.  He -- and I said, "I literally have to
25  leave within an hour."  And he asked me to hold on
00024:01  for something like 45 minutes and he called back
02  and asked me if we could still do it.  I said,
03  "Yes, I believe so."  And then he asked me to
04  please stay in the country.
05          So at that point I -- I called my
06  wife, told her that my plans have changed and --
07  well, she was a little bit disappointed because we
08  were supposed to go on vacation after that.
09      Q.  She didn't go without you?
10      A.  She did.  I told her to.
11          MR. FITCH:  Can you blame her?
12          THE WITNESS:  Yeah.
13      Q.  (BY MS. BROWNE)  And what was the date of
14  that, Dr. Camilli?
15      A.  That would have been sometime maybe in the
16  third week of May.  I don't recall specifically.
17      Q.  Okay.  Dr. Camilli, did -- did you meet
18  with the -- any lawyers for the United States
19  prior to your deposition?
```

```
        20      A.  Yes.  About a year ago, maybe two years
        21 ago when I did the -- testified for the -- the
        22 national commission.  It's my understanding that
        23 that is -- was formed under the auspices of the
        24 executive branch.  I personally met some of the --
        25 the people involved with that when I traveled down
00025:01 to DC.
        02      Q.  In preparation for our deposition here
        03 today, did you meet with any lawyers from the
        04 United States?
        05      A.  No.
        06      Q.  Did you have any phone conversations with
        07 any lawyers for the United States prior to our
        08 meeting today?
        09      A.  No.  With regard to the deposition and not
        10 the national commission?
        11      Q.  Yes, sir.  Yes, sir.
        12      A.  No phone conversations with the lawyers.
```

Page 25:20 to 26:05

```
00025:20 And there came a time that you gave
        21 some testimony to the House Committee on Energy
        22 and Commerce about acoustic technology for
        23 determining the oil spill size.  Do you remember
        24 that?
        25      A.  Yes.  It's been two years, but...
00026:01      Q.  And at the time that you put together the
        02 proposal for the use of acoustic technology in
        03 this incident, the -- the purpose was to -- or it
        04 was intended to determine obstructions in the
        05 blowout preventer, wasn't it?
```

Page 26:16 to 28:07

```
00026:16      A.  Which proposal -- to which proposal are we
        17 referring?
        18              (Marked Exhibit No. 9003.)
        19      Q.  (BY MS. BROWNE)  Sure.  Why don't we turn
        20 to what we're going to mark as 9003.  It's
        21 Exhibit -- pardon me, Tab 2 in your binder.  It's
        22 a printout from the WHOI website.
        23      A.  Yes.
        24      Q.  It's a multi-page document and it's
        25 entitled "Testimony on Acoustic Technology For
00027:01 Determining Oil Spill Size."
        02              Do you see that, Dr. Camilli?
        03      A.  Yes, I do.
        04      Q.  Okay.  And what I would ask you to do is
        05 to turn to Page 3.
        06      A.  Okay.  These pages aren't numbered.
        07      Q.  No, they're not.
        08              Actually, I beg your pardon.  It's
        09 the last page, which would be Page 4.
```

```
10      A.  Okay.  The last page.
11      Q.  And there's a highlighted --
12          MR. LAND:  It says "Originally
13  Published May 19, 2010," at the bottom of this
14  page?
15              MS. BROWNE:  Correct.
16              THE WITNESS:  I have five pages here.
17      Q.  (BY MS. BROWNE):  Okay.  The last page.
18      A.  Okay.  The last page is blank.
19      Q.  Page 4, there we go.
20      A.  Okay.
21      Q.  Under "Other Assessment Applications," it
22  reads:  "Although this acoustic flow measurement
23  technique was intended for determining if
24  obstructions were restricting flow within the
25  blowout preventer, in principal, this technique
00028:01  may be useful for estimating total spill volume."
02              Did I read that correctly, Doctor?
03      A.  Yes.
04      Q.  And is it true that -- that this flow
05  measurement technique that was being proposed was
06  intended for determining if obstructions were
07  restricting flow within the blowout preventer?
```

Page 28:09 to 28:15

```
00028:09  THE WITNESS:  Can you repeat the
10  question?
11      Q.  (BY MS. BROWNE)  You bet.
12          Is it true that the acoustic -- that
13  flow measurement technique was intended for
14  determining if obstructions were restricting flow
15  within the blowout preventer?
```

Page 29:02 to 29:10

```
00029:02      A.  When we were originally contacted by BP,
03  they requested help in understanding the blowout
04  that had occurred, and what they asked for were
05  ideas on technologies that could be used to
06  identify if the shear rams had actuated within the
07  blowout preventer.  And we came up with a list of
08  several different techniques, some of which were
09  actively pursued and used, and one of them was
10  the -- the acoustic technique.
```

Page 29:13 to 29:20

```
00029:13      A.  I'm saying that we proposed multiple
14  techniques to be used.  These techniques can be
15  used for any number of -- of different types of
16  analyses.
17      Q.  (BY MS. BROWNE)  Okay.  And the acoustic
```

```
18  flow measurement technique was intended for
19  determining if obstructions were restricting flow
20  within the blowout preventer, correct?
```

Page 29:23 to 30:06

```
00029:23      A.  I thought I answered the question.
      24      Q.  (BY MS. BROWNE)  It's a "yes" or "no"
      25  question, Doctor.
00030:01              MR. LAND:  Objection; form.
      02      A.  In my testimony here, I put:  "This
      03  technique may be used for estimating total spill
      04  volume."
      05              And I think it says right here what I
      06  wrote.  That's part of the Congressional record.
```

Page 30:24 to 31:02

```
00030:24      Q.  (BY MS. BROWNE)  Is it true that the
      25  acoustic flow measurement technique was intended
00031:01  for determining if obstructions were restricting
      02  flow within the blowout preventer?  Yes or no?
```

Page 31:04 to 31:06

```
00031:04      A.  This is my testimony.  It was accurate at
      05  that time.  That was a discussion with BP early
      06  on.
```

Page 32:01 to 32:24

```
00032:01      Q.  Okay.  The page before that, Dr. Camilli,
      02  there's a highlighted section.  It reads:  "I
      03  would like to stress that this analysis was -- was
      04  intended to establish an upper bound on the
      05  leakage rate."
      06              Did I read that properly?
      07      A.  Yes.
      08      Q.  Okay.  And was that true at the time?
      09      A.  Yes.
      10      Q.  Is it still true?
      11      A.  Is it -- is what still true?
      12      Q.  That the analysis was intended to
      13  establish an upper bound on the leakage rate?
      14      A.  The analysis that I describe there was
      15  basically -- you could think of it as what we
      16  might call in science a quick and dirty method to
      17  get a quick estimate.  The analysis that was
      18  described in my congressional testimony was never
      19  done.  We modified our analysis.  BP declined to
      20  have us do that work.
      21      Q.  The -- the acoustic technology that you
      22  were -- that you eventually undertook in this
```

```
23  matter, that had never been used to measure flow
24  rate before, right?
```

Page 33:01 to 33:07

```
00033:01      Q.  (BY MS. BROWNE)  Let me -- I'll restate
     02  it.  Prior to the DEEPWATER HORIZON incident, the
     03  acoustic technology that you undertook had never
     04  been used by anyone to measure the flow rate of an
     05  oil spill, correct?
     06      A.  To measure the flow rate of an oil spill,
     07  I think you would have to be more specific there.
```

Page 34:01 to 34:16

```
00034:01      Q.  Okay.  Did you -- did you use some
     02  acoustic technology in the oil spill?
     03      A.  Yes.
     04      Q.  And to your knowledge, had -- had that
     05  type of acoustic technology that you used in the
     06  oil spill ever been used in an oil spill like this
     07  before?
     08      A.  I had used some of these acoustic
     09  technologies in previous oil spill work.
     10      Q.  What previous oil spill work had you used
     11  these acoustic technologies?
     12      A.  I had used the imaging sonars for toppled
     13  platforms.
     14      Q.  Which ones, which toppled platforms?
     15      A.  The -- with the Didson Sonars, used those
     16  on toppled platforms in the Gulf of Mexico.
```

Page 34:23 to 35:07

```
00034:23      A.  I said that I had used the Didson Sonars
     24  previously with oil spill work in the Gulf of
     25  Mexico.  That's how I was familiar with that
00035:01  technology.
     02      Q.  (BY MS. BROWNE)  Was it used to measure
     03  flow rate?
     04      A.  I had not used it -- the Didsons to
     05  measure flow rate; but if you go online, you can
     06  see the technology actually used to image flow
     07  rates from what you would call subsurface flow.
```

Page 37:03 to 38:25

```
00037:03      Q.  You -- do you recall -- let me ask you
     04  something else:  The -- the -- the acoustic
     05  technique that you employed here, you would agree
     06  with me that that's beyond experimental, was at
     07  the time?
     08                MR. PRIETO:  Objection.
```

```
09                 MR. LAND:  Objection; form.
10        A.  I'm not sure what I -- what "beyond
11  experimental" means.
12        Q.  (BY MS. BROWNE)  All right.  Let's take a
13  look at -- let me ask you this:  Do you recall
14  giving a soapbox at MIT on November 17th, 2010?
15        A.  A soapbox lecture?
16        Q.  Yes.
17        A.  Yes.
18        Q.  Okay.  And do you recall in the course of
19  that lecture stating that the acoustic technology
20  had never been tried before for oil flow rate
21  measurement?
22        A.  I -- I do not recall.
23        Q.  Okay.  Do -- do you recall stating that
24  the acoustic technique that you used here was,
25  quote, "beyond experimental," end quote?
00038:01     A.  I do not recall, but I may have said that.
02        Q.  If -- if you did, would it have been true
03  at the time you said it?
04        A.  If you don't take it out of context, sure.
05        Q.  And your -- your research focus is -- is
06  on developing advanced observation systems,
07  including NC-2 sensors for detecting subsurface
08  pollution and studying greenhouse gas dynamics in
09  marine environments; is that right?
10        A.  Among other things, yes.
11        Q.  All right.  So what I'd like to do is talk
12  a little bit about your publications in -- that
13  we're here about today, and there are a bunch of
14  them.  So let's start with what we're going to
15  call Camilli 1.  That's at Tab 3.
16                 MS. BROWNE:  I'm going to mark this
17  9004.
18                 (Marked Exhibit No. 9004.)
19        Q.  (BY MS. BROWNE)  And that's the
20  "Preliminary Report From the WHOI Flow Rate
21  Measurement Group Prepared By Team Leader Richard
22  Camilli, Woods Hole Oceanographic Institution,
23  June 10, 2010."
24                 Do you have that, Dr. Camilli?
25        A.  Yes, I do.


Page 40:05 to 40:24

00040:05     Q.  (BY MS. BROWNE)  Okay.  Dr. Camilli, when
06  we went off the record, we were looking at
07  Exhibit 9004, entitled "Preliminary Report From
08  the WHOI Flow Rate Measurement Group Prepared By
09  Team Leader Richard Camilli, Woods Hole
10  Oceanographic Institution, June 10, 2010."
11                 Do you see that?
12        A.  Yes.
13        Q.  Okay.  This -- and is June 10, 2010, the
14  publication date of this document?
```

```
15        A.  Yes.
16   MS. BROWNE:  All right.  The next
17   document we're going to look at we'll mark as
18   Exhibit 9006 -- no, 9005, I'm sorry.
19              (Marked Exhibit No. 9005.)
20        Q.  (BY MS. BROWNE)  This is the "National
21   Incident Command, Interagency Solutions Group,
22   Flow Rate Technical Group, Assessment of Flow Rate
23   Estimates for the DEEPWATER HORIZON/Macondo Well
24   Oil Spill."  It appears at Tab 4 of the binders.
```

Page 41:09 to 41:16

```
00041:09      Q.  (BY MS. BROWNE)  Okay.  Dr. Camilli, could
10   you turn back to Exhibit 9005.  That's the -- what
11   we'll be calling Camilli 2.  It's the FRTG report.
12   And have you seen that document before?
13        A.  I'll say that I haven't seen this document
14   like this.  I've seen bound copies.  They look
15   slightly different, but I have seen bound copies
16   of the -- the report.
```

Page 44:10 to 45:21

```
00044:10      Q.  (BY MS. BROWNE)  You bet.  How would you
11   define what it is that Woods Hole did on behalf of
12   the Coast Guard related to the DWH incident?  And
13   when I say "DWH," I'm referring to the DEEPWATER
14   HORIZON incident.
15        A.  I'd say that our involvement began when BP
16   called us back in May of 2010.  I had been --
17   personally, I had been working on a project in
18   Panama, off the coast of Panama, and I flew in.
19   There was a -- let's see.  That was right at the
20   time that there was that volcanic eruption in
21   Iceland, and it delayed flights getting out.
22   Anyway, when I flew back to the country that
23   night, I -- I received a call from my colleague,
24   Andrew Bowen -- he's the director of the national
25   deep submergence facility -- saying that BP had
00045:01   contacted him and they had requested that he
02   assemble a team of individuals to begin discussing
03   and brainstorming for ideas for assessing the --
04   the blowout.
05        Q.  How -- how would you characterize or --
06   the efforts that you undertook that resulted in
07   the -- the report that you made on August 10th,
08   2010, to the U.S. Coast Guard?
09        A.  This would -- that's the Exhibit No. 9004?
10        Q.  No, I'm just talking generally.  The
11   project that you undertook, how -- how would you
12   characterize that?  For example, would you call it
13   an acoustics project?  What would you -- what
14   would you call it?
```

```
15      A.  The work that we undertook for the Coast
16  Guard?
17      Q.  Yes.
18      A.  A flow rate assessment.
19      Q.  Okay.  And who was in charge of the flow
20  rate assessment?
21      A.  I was the --
```

Page 45:23 to 45:23

```
00045:23      Q.  (BY MS. BROWNE)  You can answer.
```

Page 45:25 to 47:05

```
00045:25      A.  Okay.  I was the principal investigator on
00046:01  that.  But I would say that -- that this was
02  unlike other work that we -- we typically do,
03  because the -- the Coast Guard also was not only
04  involved, they were in charge.  I -- I reported to
05  a -- a contracting officer.
06      Q.  (BY MS. BROWNE)  Do you remember the name
07  of the contracting officer?
08      A.  I believe it was Dina Mulligan, and there
09  was a Lieutenant Kusek.  And this was -- we were
10  reporting directly through to the Unified Command,
11  and it's my understanding that the Unified Command
12  was overall in charge of this project.
13      Q.  Okay.  You used an imaging sonar in your
14  flow rate assessment, correct?
15      A.  That is correct.
16      Q.  Okay.  That's a 1.8 megahertz multi-beam
17  sonar, correct?
18      A.  It's actually a dual frequency system.
19  1.8 megahertz is one of the available frequencies
20  to use.
21      Q.  What's the other one?
22      A.  I'd have to look that up.  It may be
23  contained in the documents that you have.  It's
24  publicly available.  If I were to speculate, I'd
25  say it's probably 1.1 megahertz.
00047:01      Q.  That was a Didson?
02      A.  That's correct.
03      Q.  And that was a 3,000-meter imaging sonar;
04  is that correct?
05      A.  I would have to go back and look.
```

Page 47:11 to 48:10

```
00047:11      Q.  (BY MS. BROWNE)  Did you have any role in
12  selecting the Didson sonar for use in your flow
13  rate assessment?
14      A.  Yes.
15      Q.  Okay.  And how did you go about selecting
```

```
16   the Didson?
17       A.  I discussed this with my colleagues, and
18   we looked at the -- the various technologies that
19   were available.  And based on the performance
20   metrics decided that the -- the Didson sonar was
21   the best one for use in this case.
22       Q.  Do you recall the other technologies that
23   you looked at?
24       A.  Me as an individual or me as WHOI?
25       Q.  Either one.  You just need to clarify on
00048:01  whose behalf you're speaking when you answer the
02   question.
03       A.  Me as an individual, I -- I could not say.
04   I can't remember.  That's two years ago.
05       Q.  And WHOI -- do you recall if WHOI -- what
06   other technologies WHOI might have considered?
07       A.  I would have to speculate at this point.
08       Q.  Do -- do you know if the Didson sonar that
09   was chosen for this project had ever been used for
10   the purpose you were proposing to use it for?
```

Page 48:12 to 49:10

```
00048:12      A.  I'd have to ask that you be more specific
13   for the purpose.  For oil and gas -- offshore oil
14   and gas work, yes, it had been.
15       Q.  (BY MS. BROWNE)  For your flow rate
16   assessment, had it ever been used for flow rate
17   assessment before?
18       A.  I know that it -- these systems had been
19   used by various oil field service companies for
20   leak detection, which is, in fact, a way of
21   determining if there's flow or not.  So, yeah, if
22   there's flow, you have a rate of flow.
23       Q.  Which oil field services companies do you
24   know of that use this technology, the leak
25   detection?
00049:01      A.  I know that Cumbundy Oil Field Services
02   Company used that technology.  I know that
03   Weatherford did, as well.
04       Q.  How do you know that?
05       A.  They advertised it; I knew that from being
06   on projects where they did use those technologies.
07       Q.  And is it fair to say that you didn't have
08   a lot of experience in flow rate assessment --
09   pardon me -- in using a Didson for flow rate
10   assessment prior to this incident?
```

Page 49:12 to 50:16

```
00049:12      A.  I would say that that would be an unfair
13   statement.
14       Q.  (BY MS. BROWNE)  Okay.  What's unfair
15   about it?
```

```
16        A.   It's subjective.
17        Q.   What about it is subjective?
18        A.   Compared to whom or what?
19        Q.   Had you used the Didson sonar prior to
20   this incident for flow rate assessment?
21        A.   I had been involved on projects that used
22   Didson sonars for leak detection, which is a form
23   of flow rate assessment.
24        Q.   And how many times had you been involved
25   in projects that used a Didson for flow rate
00050:01   assessment or leak detection?
02        A.   I would have to speculate.
03        Q.   More than five?
04        A.   I would have to speculate.
05        Q.   You don't even know if you've done it more
06   than five times?
07        A.   This line of questioning, I -- over the
08   years, I've been on multiple occasions that they
09   were used.
10        Q.   You personally, have you personally used
11   the Didson sonar for leak detection of an -- of an
12   oil leak?
13             MR. LAND:   Objection.
14        Q.   (BY MS. BROWNE)   Prior to this incident?
15        A.   By that standard, me personally, no, I
16   don't physically use them.
```

## Page 50:21 to 53:03

```
00050:21        Q.   (BY MS. BROWNE)   You bet.   The Didson
22   comes with -- with hardware, correct?
23        A.   Yes.
24        Q.   Did you modify the hardware at all?
25        A.   Yes.
00051:01        Q.   How?
02        A.   One of the things was that we painted the
03   housing black so that it wouldn't interfere with
04   the -- the high definition cameras.   Typically
05   when you have shiny objects mounted on the fronts
06   of ROV's with the lighting, it creates lens flare.
07   It interferes with the cameras.
08        Q.   Okay.   Other than painting the housing
09   black, did you make any other modifications to the
10   sonar hardware?
11        A.   We mounted parallel laser sights to the
12   side of it.   That's visible in the photographs
13   that you have copies of.
14        Q.   Other than mounting the parallel laser
15   sights and painting the housing black, did you
16   make any modifications to the Didson sonar
17   hardware?
18        A.   Not to my knowledge.
19        Q.   If other modifications had been made,
20   would you expect to know that?
21        A.   I would.
```

```
22        Q.  Is there firmware contained as part of
23   the -- within the -- the sonar?
24        A.  Logically, I believe so.
25        Q.  Do you know one way or the other?
00052:01    A.  I've never opened up one of the electronic
02   housings.
03        Q.  Do you know whether any of the firmware
04   was modified -- any of the Didson sonar firmware
05   was modified for this project?
06        A.  I do not know.
07        Q.  Who would?
08        A.  I would have to speculate.
09        Q.  Well, you don't know one way or the other;
10   is that -- is that your answer, you don't know one
11   way or the other whether the firmware was
12   modified?
13        A.  I'm saying I would have to speculate.
14        Q.  As to whether or not you know the answer?
15        A.  Yeah.  Basically, Woods Hole does not own
16   the Didson sonars.
17        Q.  Did you request that any modifications be
18   made to the firmware of the Didson sonar?
19        A.  No.
20        Q.  Was there a software package that came
21   with the Didson sonar?
22        A.  There was a software that was used with
23   the Didson sonar.
24        Q.  Okay.  What software was that?
25        A.  The software that's sold with the
00053:01   hardware.
02        Q.  And were any modifications made to that
03   software for purposes of this project?
```

Page 53:07 to 53:07

```
00053:07     A.  Not to my knowledge.
```

Page 53:19 to 55:13

```
00053:19     Q.  Thank you.  So we were talking about
20   modifications to the software, and you said not to
21   your knowledge, were any modifications made to the
22   software; is that correct?
23        A.  To the recording software, not to my
24   knowledge.
25        Q.  Is there software other than recording
00054:01   software that's included with that device?
02        A.  Included with the device?  We don't --
03   we -- Woods Hole does not own that hardware, nor
04   the -- the firmware, nor the software.
05        Q.  Okay.  You obtained -- you obtained
06   software at the time or near in time to your -- to
07   your obtaining the actual sonar device in order to
08   operate the sonar, correct?
```

```
09        A.  We subcontracted the operation.
10        Q.  To whom did you subcontract?
11        A.  Weatherford.
12        Q.  Did you have any discussions with
13   Weatherford about modifications to the -- to the
14   Didson sonar software?
15        A.  Not to my knowledge.
16        Q.  If there had been discussions with
17   Weatherford about modifications to the Didson
18   sonar software, would you be aware of them?
19        A.  Probably.
20        Q.  Okay.  What was the -- or what is the
21   Mesotech instrument?
22        A.  Mesotech?
23        Q.  Yes, sir.
24        A.  That sounds like you're pulling that from
25   some document.  Can you provide me with the
00055:01  document to background?
02        Q.  Was a Mesotech sonar instrument also used
03   on this project?
04        A.  You're asking if Woods Hole used a
05   Mesotech sonar?
06        Q.  Yes, sir.
07        A.  For the purposes of the subpoena here
08   and as described in this work, they -- we used
09   a -- what do you call it? -- a sound metrics
10   Didson imaging sonar and an RDI Doppler.  I'm not
11   sure where you're coming up with a -- with a
12   Mesotech -- the -- I have to think about that.
13   It's -- it's been two years.
```

Page 55:17 to 60:01

```
00055:17        A.  The only -- Mesotech is a company.
18   Mesotech makes different pieces of -- of marine
19   hardware.  I seem to recall that there -- there
20   may have been a Mesotech on the ROV, but that
21   would probably have been something like an
22   obstacle avoidance sonar.  I don't know what type.
23   I would have to speculate on that.
24        Q.  (BY MS. BROWNE)  So as far as you know,
25   any data that would have been obtained or any data
00056:01  that was obtained from -- from the Mesotech was
02   not used for the purpose of your flow rate
03   assessment project?
04        A.  I'm trying to recall back.  Oceaneering
05   did provide additional sonar imagery with a
06   different kind of sonar, but it -- it wasn't
07   really usable.
08        Q.  All right.  In addition to the Didson, you
09   also used an acoustic Doppler current profiler,
10   correct?
11        A.  Yes.
12        Q.  If I refer to that as "ADCP," will you
13   understand that I'm referring to the acoustic
```

14   Doppler sonar -- I -- I beg your pardon -- the
15   acoustic Doppler current profiler?
16        A.   Absolutely.
17        Q.   Okay.  Do you recall the specific model of
18   ADCP that you used?
19        A.   I recall we actually described in the PNAS
20   paper that you kindly provided.  It's described in
21   the method section, I believe.  And it's -- this
22   is --
23        Q.   And, yeah, Doctor, just for ease of
24   reference, you're -- you're referring to
25   WHOI 000635?
00057:01        A.   I have 639.
02        Q.   If you turn to the first page of the
03   document, the range at the bottom right corner --
04        A.   Okay.
05        Q.   -- is that 635?
06        A.   Yes, it is.
07        Q.   Okay.  And then you -- you've directed us
08   to, then, Page 639; is that what you said?
09        A.   Yes.  That's correct.
10        Q.   Okay.  Thank you.
11             I think you were going to tell me
12   where the -- the specific model of ADCP, correct?
13        A.   Yes.
14        Q.   Okay.
15        A.   And it -- it says it's at the -- I think
16   it begins at the fourth line, first column, first
17   paragraph.  And it says:  "And a 1.2 megahertz
18   acoustic Doppler sonar, acoustic Doppler current
19   profiler (1,200 kilohertz)" -- that's 1.2
20   megahertz -- "Workhorse from Teledyne RD?"
21        Q.   Okay.  And for the record we're going to
22   mark that document you've just referred to that
23   bears production numbers WHOI 00635 through 00643
24   as Exhibit 9006.
25             (Marked Exhibit No. 9006.)
00058:01        A.   Okay.
02        Q.   (BY MS. BROWNE)  Okay.  Does this
03   indicate -- or let me ask you this:  Have you used
04   the 1.2 megahertz acoustic Doppler current
05   profiler Workhorse Teledyne RD prior to this
06   incident?
07        A.   We use these technologies quite
08   frequently.
09        Q.   Is it the Workhorse technology?
10        A.   Yes.  We use Workhorses.
11        Q.   Are there other types of ADCPs that you've
12   used?
13        A.   Yes.
14        Q.   Have you ever used the Mariner?
15        A.   Many people in Woods Hole use those.
16        Q.   Did you use Mariner at all in this
17   incident for the purpose of your flow rate
18   assessment project?

```
19        A.  Not to my knowledge.
20        Q.  What about the -- the Navigator, did you
21   use the Navigator in your flow rate assessment
22   project?
23        A.  I would have to look at the -- there was
24   another ADCP that was used on the ROV and it
25   actually is a Navigator.  This was the one that
00059:01   was used on -- onboard the same ROV for two
02   different purposes.
03        Q.  Okay.  Let's talk about that for a second.
04   So there were two ADCPs; is that correct?
05        A.  There's a Doppler velocity log and an
06   ADCP.  They use the same theoretical principles
07   for operation.  They're used in different ways.
08   Hence, they have different names.
09        Q.  Okay.  What was the DVL used for?
10        A.  As it says in the paper, the vehicle's
11   relative motion was obtained from a Doppler
12   velocity log, 300 kilohertz Navigator Teledyne RD
13   instruments.
14        Q.  And what was the ADCP used for?
15        A.  The ADCP was used for -- I'll just quote
16   this here -- "for direct measurement of the well
17   fluid, explosion cross-sections and velocity
18   distributions respectively."
19             So given it says "respectively," it's
20   talking about velocity distributions.
21        Q.  Okay.  How did you select -- let's first
22   talk about the DVL.  How did you select the --
23   that was the Navigator, Doctor?  The Navigator is
24   the DVL?
25        A.  That's correct.
00060:01   Q.  How did you select the Navigator DVL?
```

Page 60:03 to 60:10

```
00060:03   Q.  (BY MS. BROWNE)  For use in your
04   acoustics -- I beg your pardon -- for your flow
05   rate estimate project?
06        A.  We didn't.
07        Q.  Who did?
08        A.  BP.  They chose to hire Oceaneering to do
09   this work with their ROV.  That's what the ROV
10   came equipped with.
```

Page 61:05 to 62:25

```
00061:05   Q.  And you told me earlier that it was
06   National Incident Command, I think, that was -- is
07   that what you told me who was in charge of this
08   effort?  You -- you had a contracting officer you
09   reported to at -- I'm sorry, Unified Command.  You
10   had a contracting officer to whom you reported,
11   Ms. Mulligan and perhaps Lieutenant Cusack?
```

```
12      A.  Mulligan.
13      Q.  Mulligan?  I beg your pardon.  Thank you.
14          Is that right?
15      A.  Yes.
16      Q.  And then it was your understanding they
17  reported directly to Unified Command; is that
18  right?
19      A.  It's my understanding that this was all
20  conducted under the auspices of Unified Command.
21      Q.  Okay.  And that includes your flow rate
22  assessment project, right?
23      A.  That's correct.
24      Q.  And the flow rate assessment project is
25  the one that used the DVL we're talking about
00062:01  right now, right?
02      A.  That's correct.
03      Q.  That wasn't done at BP's direction, right?
04      A.  BP wasn't part of Unified Command.
05      Q.  Did you report to BP?
06      A.  We had to get clearance to use all of
07  these technologies with -- with BP.  When we
08  operated on-site, BP had a representative onboard
09  the ship that sat in on our discussions prior to
10  operation and approved the procedures for the
11  operation and also was present at all times when
12  we were doing the operations.
13          Now, we -- in order for us to get
14  this work done, we -- we had to have that approved
15  by BP, and BP had -- it's my understanding --
16  contracted Oceaneering to have the ship out there
17  and the ROVs available.
18          We were made to do this on a
19  not-to-interfere basis.  So we did our work
20  without interfering with the ongoing well
21  operations.
22      Q.  And is it your understanding that -- that
23  BP was the entity making decisions about the
24  activities -- or your activities related to your
25  flow rate assessment project?
```

Page 63:02 to 63:09

```
00063:02      A.  I can say from what I witnessed inside the
03  ROV control room where -- because we were made to
04  operate on a not-to-interfere basis, occasionally
05  when we were doing our operations, the BP observer
06  called the ROV off-site.  We had to break off
07  operations.  So it would seem logical that --
08  that -- that our BP representative was calling the
09  shots there.
```

Page 63:18 to 63:20

```
00063:18      Q.  You didn't send your reports and your
```

```
19  archival information to BP, did you?
20       A.  When --
```

Page 63:22 to 64:17

```
00063:22      A.  We sent them to the Coast Guard.  That was
     23  the terms of the contract.
     24       Q.  (BY MS. BROWNE)  Okay.  The --
     25       A.  And we eventually did send them to BP is
00064:01  my understanding.  That's how you have copies of
     02  them.
     03       Q.  Right.  Pursuant to a subpoena that we
     04  issued in the matter, correct?
     05       A.  Yeah.
     06       Q.  Yeah.
     07  Okay, the ADCP, did you choose the
     08  ADCP?
     09       A.  Woods Hole did, yes.
     10       Q.  Okay.  And how did you come to choose the
     11  ADCP?
     12       A.  In consultation with my colleagues and the
     13  manufacturer.
     14       Q.  Do you know -- do you know whether this
     15  type of ADCP had ever been used for a flow rate
     16  assessment project of the type that you were
     17  undertaking?
```

Page 64:19 to 67:20

```
00064:19      A.  I would say that ADCPs are developed --
     20  were developed specifically to measure flow rate.
     21  It -- even in the -- the name "current profiler,"
     22  they're used to measure fluid flow.  That's what
     23  they're designed for.
     24       Q.  (BY MS. BROWNE)  They're generally --
     25  they're designed generally for -- for water
00065:01  currents, right?  Ocean currents?
     02       A.  And other types of currents, that's
     03  correct.
     04       Q.  Hydrocarbon flow rate, are they designed
     05  to -- to measure hydrocarbon flow rate?
     06       A.  That would require speculation.  I'd
     07  suggest asking that from the -- the manufacturers
     08  themselves.
     09       Q.  Okay.  So you don't know one -- one way or
     10  the other whether the -- the ADCP used here was
     11  designed for measuring hydrocarbons?
     12       A.  I would say ask the manufacturer.  That
     13  would be the -- the best authority on that.
     14       Q.  Because you don't know the answer to that
     15  question, correct?
     16       A.  Because it requires speculation.
     17       Q.  All right.  So the -- and had you used the
     18  ADCP -- the Workhorse ADCP to measure the
```

```
19    hydrocarbon flow rate prior to this incident?
20         A.  No.
21         Q.  Did you prepare or -- well, let me ask you
22    this:  How, if at all, did you prepare the ADCP
23    for acquisition of -- of velocity data?
24         A.  For this project?
25         Q.  Yes, sir.
00066:01   A.  We subcontracted to the manufacturer; the
02    manufacturer sent one of their engineers out and
03    he prepared the instrument; they actually brought
04    instruments out.
05         Q.  Who manufactures the ADCP that you used
06    for your flow rate assessment project?
07         A.  Teledyne RD.  It's specified in the PNAS
08    paper.
09         Q.  Were any modifications made to the ADCP
10    for the purposes of this project?
11         A.  The ADCP was mounted in a somewhat
12    horizontal fashion, and that's described in the
13    paper.  If you look at the supplementary paper
14    document, it's WHOI-0000641.
15         Q.  And that's part of Exhibit 9006, I
16    believe.
17         A.  9006, that's correct.
18             You can see the -- the instruments.
19    Right here, it's the green circle with the red
20    disks similar to the instrument that's sitting
21    here on the table.  You can see, this is the front
22    of the ROV.  These are the manipulator arms and
23    you see it's mounted in a somewhat horizontal
24    configuration.  The actual angles are described
25    inside the paper.
00067:01   Q.  Which angles?
02         A.  The angles of where the -- the beams were
03    operating.
04         Q.  Okay.  When you say "somewhat horizontal,"
05    what do you mean by that?
06         A.  Meaning that -- as opposed to mounting it
07    vertical, where the -- those red disk -- disks
08    would be pointing down, this was mounted somewhat
09    horizontal to allow the -- the beams to have a --
10    a particular angle above horizontal.  So when I
11    say "somewhat horizontal," I'm talking about the
12    entire instrument.
13         Q.  And I'm sorry, it was mounted horizontal
14    to what?
15         A.  To a frame that we manufactured that was
16    then attached to the ROV.
17         Q.  When you say "somewhat horizontal," so it
18    was not 90 degrees?  It was not at 90 degrees?
19         A.  90 degrees from --
20         Q.  Well, from your object of interest?
```

Page 67:25 to 68:08

```
00067:25    You -- I'm sorry.  You mounted it to
00068:01    the ROV.  So now -- so was it direct -- so was it
     02    90 degrees to the -- to the item that it was
     03    mounted on?
     04         A.  No.  No.  It was a fairly complex frame
     05    that was built, I'd say, somewhat horizontal
     06    compared with a vertical axis.  So not exactly 90
     07    degrees from vertical.
     08         Q.  Okay.  Thank you.
```

Page 68:22 to 70:18

```
00068:22         Q.  (BY MS. BROWNE)  Okay.  Let's take a look
     23    at Tab 79.  This is a document bearing production
     24    range WHOI 109870 through 109874.  We'll mark that
     25    as Exhibit 9007.
00069:01                  (Marked Exhibit No. 9007.)
     02         Q.  (BY MS. BROWNE)  This is an E-mail from
     03    Doug Lockhart --
     04         A.  Okay.
     05         Q.  -- to Andy Bowen, dated May 14, 2010, and
     06    there are copies to Matt Burdyny --
     07         A.  Burdyny --
     08         Q.  Burdyny.  Thank you.
     09              -- from Teledyne; Dr. Richard
     10    Camilli, I believe that's you?
     11         A.  Yes.
     12         Q.  And then John Braman at Teledyne.
     13              Do you see that, Doctor?
     14         A.  Okay.
     15         Q.  And if you skip down to the middle of the
     16    page, there's an E-mail from Andy Bowen on this
     17    Exhibit 9006.  And in it -- it's an E-mail from
     18    Andy Bowen to John Braman, and you're again copied
     19    on this E-mail.
     20              Do you see that?
     21         A.  Yes.
     22         Q.  And the last sentence says:  "The main
     23    point being that this is uncharted territory, but
     24    we can say with some certainty that we will gather
     25    data that can be useful in determining with
00070:01    statistical certainty what the upper and lower
     02    bounds of the flow may be."
     03              Did I read that correctly, Doctor?
     04         A.  I believe so.
     05         Q.  And John Braman, I think you -- is with
     06    Teledyne; his E-mail is jbraman@teledyne.com.
     07              Do you see that?
     08         A.  Yes.
     09         Q.  And -- and do you know that John Braman is
     10    with Teledyne?
     11         A.  I seem to recall that he is.
     12         Q.  And you told me Teledyne is the
     13    manufacturer of the ADCP used here, correct?
     14         A.  That's correct.
```

```
15      Q.  And Andy Bowen, you said earlier he's your
16  colleague at WHOI, correct?
17      A.  That is correct.
18      Q.  Okay.
```

Page 70:24 to 73:14

```
00070:24      Q.  (BY MS. BROWNE)  And what is meant by
25  "uncharted territory," Doctor?
00071:01      A.  I would have to speculate there.  It's
02  pretty vague.
03      Q.  But you believe there was a -- there was a
04  high degree of confidence that the multi-beam
05  sonar and the ADCP could measure the plume
06  boundary and the velocity of the plume boundary,
07  respectively; is that right?
08      A.  Where does it say that?
09      Q.  Did you?
10      A.  I -- you asked a -- a lot of questions
11  there.
12      Q.  Okay.  Do --
13      A.  It sounds like you're referring to a
14  document.
15      Q.  -- do you -- did you have a high degree of
16  confidence that the multi-beam sonar could provide
17  an image of the plume boundary?
18      A.  Yes.
19      Q.  Okay.  And did you have high confidence
20  that the ADCP could measure the velocity at the
21  plume boundary?
22      A.  I'm not sure I -- I fully comprehend what
23  you're asking there, in terms of the technical
24  details there.  Is there something to which we can
25  refer that's written?
00072:01      Q.  Yeah.  I just -- I just want to know if,
02  at the time that you were putting this together,
03  you had a high degree of confidence that the ADCP
04  could measure the velocity at the plume boundary?
05      A.  I -- I don't fully understand your
06  question.  If -- if you can point me to something,
07  that would be helpful.
08      Q.  What part of the question don't you
09  understand?
10      A.  Entirely.  It's -- it's kind of a jumble
11  there.
12      Q.  Help me out.  What -- what don't you
13  understand, high degree of confidence?  We know
14  what the ADCP is, right?  Yes?
15      A.  Yes.
16      Q.  Okay.  And were you going to measure the
17  plume with the ADCP?
18      A.  Yes.
19      Q.  Okay.  And you believe that that ADCP
20  could measure the velocity at the plume boundary,
21  correct?
```

```
22      A.  When you say "plume boundary," this is
23 what I don't understand.
24      Q.  Do -- do you know what the word "boundary"
25 means?
00073:01      A.  Not in this context.
02      Q.  Have you ever used the word "boundary"
03 before?
04      A.  In many different contexts.
05      Q.  Okay.  Do you believe the plume in this
06 case had a boundary?
07      A.  A boundary?  Please be more specific.
08      Q.  Did the plume in this case have a
09 boundary?
10      A.  We can say that plumes have boundaries,
11 yes.
12      Q.  The plume in this case, did it have a
13 boundary?
14      A.  Yes.
```

## Page 73:16 to 77:03

```
00073:16 Okay.  We're going to take a look at
17 WHOI 108828 through 8834.  That's at Tab 12, and
18 we'll mark that Exhibit 9008.
19          (Marked Exhibit No. 9008.)
20      Q.  (BY MS. BROWNE)  This is a -- Dr. Camilli,
21 that is -- it's a document entitled "Phase 1 Flow
22 Measurement Outline and Procedure (Draft)."
23          Do you see that?
24      A.  Yes.  Could I be allowed some time to read
25 the Exhibit 9007, please?
00074:01      Q.  At a break, you absolutely can.
02      A.  I'd like to be able to read this now,
03 please.
04      Q.  Okay.  Well, we -- we've moved on, Doctor,
05 to 9008.  Thank you.
06          This is a draft proposal of the -- of
07 WHOI's flow measurement procedure, correct?
08      A.  This is a draft document of a
09 measurement -- Phase 1 measurement -- "Flow
10 Measurement Outline and Procedure."
11      Q.  Okay.  And if you turn to Page 108829,
12 which is the second page of this document, you
13 note that "Upon reaching the seafloor establish
14 suitable safe location to perform initial tests of
15 the sensor suite and familiarize the ROV and WHOI
16 team with general communications and operating
17 principals."
18          Did I read that correctly, Doctor?
19      A.  Yes.
20      Q.  And just -- just above that paragraph,
21 which is Paragraph No. 1, under "Sequence of
22 Steps," it reads:  "Realizing that each
23 measurement of this type is different and we are
24 adapting techniques used in similar but different
```

```
        25    applications, it is likely that underway
00075:01    deviations from this procedure may be required
        02    once the data has been examined in as near to
        03    real-time as possible."
        04              Did I read that correctly, Doctor?
        05         A.  Yes, you did.
        06         Q.  What do you mean by "similar but different
        07    applications"?
        08         A.  On Line 2?
        09         Q.  Yes, sir.
        10         A.  Different applications, for example,
        11    measuring hydrothermal vents, things like that.
        12         Q.  Okay.  And the measuring of hydrothermal
        13    vents, you consider to be a "similar but
        14    different" application to this one?
        15         A.  Yes.  We are not tasked by the Coast Guard
        16    to do that kind of work.
        17         Q.  Okay.  That -- that's the difference, that
        18    the Coast Guard doesn't task you to do hydro- --
        19    hydrothermal vent work?
        20         A.  Yes.  They don't have a mandate to do
        21    that.  I mean, they -- there are lots of other
        22    reasons, but it's a different kind of work.  It's
        23    all oceanography, but different types of
        24    oceanographic research.
        25         Q.  And that --
00076:01         A.  So similar but different.
        02         Q.  Yep.  And then you note, "it is likely
        03    that underway deviations from this procedure may
        04    be required."  What do you mean by "underway
        05    deviations"?
        06         A.  We were tasked with this operation, again,
        07    to be done on a not-to-interfere basis such that
        08    if there was something else that took priority, we
        09    might have to adapt our operation in order to
        10    allow that other type of operation to proceed.
        11         Q.  And then you note the near -- "as near to
        12    real-time as possible."  Was the data examined as
        13    near to realtime as possible?
        14         A.  Yes.
        15         Q.  When was that?
        16         A.  One thing was that we had -- inside the
        17    control room, we were allowed to see the
        18    high-definition video.  We were allowed to sit in
        19    the control room; and also with, for example,
        20    Weatherford, they could see the imaging sonar data
        21    in realtime.  We could see the -- the navigation
        22    in realtime from the ROVs that Oceaneering had.
        23    So, yeah, that's essentially realtime.
        24         Q.  And does Exhibit 9008 fairly and
        25    accurately represent the -- the planned sequence
00077:01    of steps as of May 31st?
        02         A.  I would have to read through it.
        03         Q.  Okay.
```

Page 77:05 to 77:09

00077:05      Q.  (BY MS. BROWNE)  Let me ask you this:  Do
    06  you know if the plan was ever -- if -- if another
    07  plan was submitted -- or let me ask you a
    08  different way:  Do you know if a plan was ever
    09  updated?


Page 77:11 to 78:20

00077:11      Q.  (BY MS. BROWNE)  This flow rate
    12  measurement outline and procedure?
    13      A.  Well, I know that this is a draft.  So
    14  presumably it was preliminary; and I know that
    15  when we did the operations on the Ocean
    16  Intervention 3, we sat down with the ROV pilots,
    17  the chief of operations for Oceaneering that was
    18  on the ship, and the BP representative and went
    19  over our plans.  I know that there were some
    20  issues that were raised.  I don't recall the
    21  specifics.
    22          Unfortunately, we wrote all that on a
    23  white board and sketched it out and iterated on
    24  the plan until there was consensus that it -- that
    25  the plan would proceed and had a high degree, a
00078:01  likelihood of success.
    02      Q.  Was the plan on the white board produced
    03  to writing, a written document?
    04      A.  I don't believe so.
    05      Q.  Okay.  And when did that white-boarding
    06  session take place?
    07      A.  That was probably the day that we arrived
    08  on the ship.
    09      Q.  What day was that?
    10      A.  I would have to look that up to make sure
    11  it's in the record somewhere.  It's -- it was the
    12  operational plan before -- we had this discussion
    13  typically with any of these kinds of operations,
    14  you meet with the various people involved in the
    15  procedure to make sure that they're comfortable
    16  with the operation, to also make sure that
    17  everybody feels that it will be safe.  And so
    18  there are all these issues that we went through.
    19  And, yeah, we -- it was a meeting that lasted at
    20  least an hour, I'd say.


Page 81:02 to 85:03

00081:02      Q.  (BY MS. BROWNE)  I'm going to direct your
    03  attention now to Exhibit 9009.
    04          MR. LAND:  Tab 13?
    05          MS. BROWNE:  Yes, Tab 13.
    06      Q.  (BY MS. BROWNE)  This document bears the
    07  title "U.S. Coast Guard Research and Development

```
08   Center, HSCG32-10-C-R00020, Deliverable No. 3,
09   Data Collection Trip Report, DEEPWATER HORIZON Oil
10   Spill Flow Rate and Characteristics Analysis,
11   Contractor:  Woods Hole Oceanographic Institution,
12   Applied Ocean Physics and Engineering Department,
13   Prepared by Richard Camilli and Andrew Bowen,
14   15 July 2010."
15             Did I read that correctly, Doctor?
16        A.  Yes.
17        Q.  Okay.  And this is your data collection
18   trip report; is that correct?
19        A.  Yes.
20        Q.  That was Deliverable No. 3 under your
21   contract with the Coast Guard; is that right?
22        A.  That's correct.
23        Q.  Would you turn to Page 2 of the document,
24   please?  There's an entry for 30-May-10.  The
25   reference to '10 is the year 2010; is that
00082:01   correct?
02        A.  Yes.
03        Q.  Okay.  And if you read at 23:30, which is
04   the last entry for 30 May 2010, it says:  "ROV
05   transiting to riser area for first series of
06   survey measurements."
07             Did I read that correctly?
08        A.  Yes.
09        Q.  And then underneath that is the entry for
10   31 May and for 0:16 to 3:32, it reads:  "ROV
11   arrives at riser and conducts flow measurements."
12             Did I read that correctly?
13        A.  I haven't found that yet.
14        Q.  Okay.
15        A.  Where is this?
16        Q.  Under -- we're still on Page 2.
17        A.  Okay.
18        Q.  31 May '10.
19        A.  Okay.
20        Q.  Did I read that correctly?  I can read it
21   again for you.
22        A.  Yes.  31 May '10.
23        Q.  Okay.  And then below that, 6:04 to 7:15:
24   "ROV makes measurements at BOP kink."
25             Did I read that correctly?
00083:01        A.  That's correct.
02        Q.  And below that from 10:00 to 20:00:
03   "Process and archive data," correct?
04        A.  Yes.
05        Q.  And that -- the "process and archive
06   data," that's the -- is that the acoustic data
07   that you acquired?
08        A.  Certainly with the archival, I would say
09   in addition, there was other processing and
10   archiving going on.  Oceaneering had to process
11   its now and give us the -- the navigation
12   estimates in -- in a useful form.  BP had to sign
```

```
13   off on that for them to hand that over.  In
14   addition, there was the collection archival --
15   yeah.  It's pretty much all of the data that was
16   going on simultaneously there.
17        Q.  Okay.  When you say BP had to sign off for
18   them to hand that over, what do you mean by that?
19        A.  Oceaneering required that BP allow any
20   data to be handed over to us from the ROV; and I
21   should point out that when we received that data
22   from this operation, we only received a subset of
23   the data.  We didn't receive all of it.
24            We put in a request to the BP
25   representative onboard the ship that they provide
00084:01   us with duplicate copies of the -- all the data on
02   the hard drives for the ROV and topside.  That
03   gentleman said that he would before we left.  We
04   never received that, and we put in repeated
05   requests for that data but have yet to receive
06   that data.
07        Q.  And who's that gentleman you just referred
08   to?
09        A.  I don't recall the gentleman's name.
10   There were two.  They were operating different
11   shifts.  One kind of a large man, big in stature;
12   but, yeah, I don't recall their names.
13        Q.  And these were -- the -- and the man --
14   the man that you're talking about that you made
15   the request to, was that an Oceaneering man?
16        A.  No.  That was the BP representative.
17        Q.  And that data that was collected, that
18   was -- was that preliminary data?
19        A.  I would call that the raw data.
20        Q.  You'd call it the raw data, and that was a
21   result of preliminary surveys?
22        A.  As a result -- you're saying the data that
23   was collected on this operation?
24        Q.  Yes, sir.
25        A.  Okay.  The data that was collected on that
00085:01   operation, that was the operation, that was the
02   data.  I'm not sure that I understand your use of
03   the word "preliminary."
```

Page 85:15 to 88:09

```
00085:15   THE WITNESS:  I was going to say in
16   reference to that other question that you had
17   about the procedures, I found the -- the record
18   from this data collection trip report.  If you'll
19   notice on Page 2 -- it's the WHOI 109282 -- on
20   May 30, 2010 -- I couldn't recall which day there
21   was the meeting on board the ship where we
22   discussed it.  It actually describes it right
23   here.  You'll see there, "General ship
24   orientation.  Integrating control/data
25   connectivity on ROV topside" -- "ROV and topside,
```

```
00086:01  all comms established."  That's what allowed us to
      02  establish that realtime control and viewing.
      03                Then, "General toolbox meeting" and
      04  "Safety drill."  That's a general meeting on the
      05  ship, for those of you who are unfamiliar with
      06  this.  And then:  "Meeting with...crew to discuss
      07  operations procedures and logistics.  ROV pilots
      08  warn of vehicle getting sucked into the plume if
      09  venturing too close, also the problem with hydrate
      10  accumulation on the ROV if it enters the flow.
      11  Overall, the ROV crew is very positive about their
      12  ability to complete the Phase I measurement
      13  procedure."
      14                MS. BROWNE:  Okay.  Great.
      15                THE WITNESS:  And then it goes into
      16  details of it.
      17      Q.  (BY MS. BROWNE)  Okay.  Thank you, Doctor.
      18           Could you turn to Page 15 of your
      19  binder.  This is a document bearing WHOI 100448.
      20      A.  Yes.
      21      Q.  This is an E-mail from you dated Monday,
      22  May 31st, at 9:56 a.m. to Donald Cundy at
      23  USCG.mill and copied to Lieutenant Kusek, Matthew
      24  Sisson, and Andy Bowen, correct?
      25      A.  Yes.  And just for clarification, Donald
00087:01  Cundy is the executive -- he's now retired -- was
      02  the executive director of the U.S. Coast Guard R&D
      03  Center, Joseph Kusek was our point of contact for
      04  the operations, and Captain Matthew Sisson was
      05  Coast Guard captain who was also involved.
      06      Q.  Okay.  And the E-mail reads:  "We have
      07  preliminary data from the plumes at the riser end
      08  and BOP prior to cutting.  These measurements were
      09  taken just to tune and calibrate, and it looks
      10  like we have the procedure refined.  The cutting
      11  should be completed within about 6-12 hours, then
      12  we plan to make flow measurements at the cut
      13  flange.  Those measurements should only require
      14  about 2-3 hours."
      15           Did I read that correctly?
      16      A.  That's correct.
      17      Q.  And for the record, I -- I marked that
      18  Document 1000448 Exhibit 9010?
      19           (Marked Exhibit No. 9010.)
      20      Q.  (BY MS. BROWNE)  The -- the preliminary
      21  data that's referenced here, Doctor, is that the
      22  data that we just reviewed that appears on 9009,
      23  which is Deliverable 3, the data collection trip
      24  report?
      25      A.  Which page was that?
00088:01      Q.  Page 2.
      02      A.  Page 2.  And --
      03      Q.  31 May '10.
      04      A.  Yep.
      05      Q.  Yes, that's the preliminary data?
```

```
     06        A.  Yes.
     07        Q.  Okay.  And -- and those measurements were
     08   taken to tune and calibrate.  Do you see that
     09   there in that E-mail?
```

Page 88:11 to 92:19

```
00088:11        Q.  (BY MR. BROWNE) I'm sorry.  I'll direct
     12   you back to the E-mail on Document 9010, which is
     13   WHOI 100448.  The second line:  "These
     14   measurements were taken just to tune and
     15   calibrate."
     16             Do you see that?
     17        A.  Uh-huh.
     18        Q.  And was that -- the purpose of that to
     19   familiarize yourself with the types of readings
     20   that you were getting from the equipment?
     21        A.  Maybe I can -- bear with me.  If you bear
     22   with me, I can give you an answer on this.
     23             The reason that we took that -- that
     24   data initially was because we were told that we
     25   would have an opportunity to -- to collect more
00089:01   data.  We were operating again on a
     02   not-to-interfere basis, so we took every
     03   opportunity that we could get in order to collect
     04   data.  And what you'll see here is -- is that --
     05   it mentions here -- it says:  "The cutting should
     06   be completed within about 6-12 hours...we plan to
     07   meet flow measurements at the cut flange."
     08             The -- the problem was -- is that
     09   the -- the cutting at the riser took much longer
     10   than was anticipated by BP and Oceaneering.  If
     11   you look at the -- the trip report, we continued
     12   with the survey operations on June 1st and made
     13   more measurements of the blowout preventer kink.
     14        Q.  Okay.  Did the measurements -- the
     15   cross-section measurements, that -- that -- that
     16   WHOI acquired, were those in the jet or the plume
     17   region?
     18        A.  You'll have to be more specific here.
     19        Q.  Okay.  The kink, the BOP kink, the
     20   measurement -- the cross-section measurements in
     21   the jet region or the plume region?
     22        A.  Cross-section measurements.  We can refer
     23   back to the paper on that.
     24        Q.  Do you recall as you sit here?
     25        A.  I'd like to be able to reference the paper
00090:01   that I wrote.  Is that okay?
     02        Q.  Yeah.  I just -- but do you -- do you
     03   recall as you sit here whether the measurements
     04   were taken in the jet region or the plume region?
     05        A.  I'd like to refer to my paper, please.
     06   And this is WHOI 000635.
     07        Q.  What page is that, Doctor?
     08        A.  It's Tab 5.  I'm reading through the paper
```

```
09   right now.
10        Q.  Why don't we do this, Doctor:  You can
11   take a look at that in a minute.  We'll go back.
12   Let me ask you something else, okay?
13             We were talking about the data
14   acquisition a minute ago.  And after you acquired
15   that data on May 31st and you said that there
16   might have been additional data you took on
17   June 1st, your --
18        A.  Not might have.  We did.
19        Q.  You did.  Your plan was to take additional
20   measurements after that -- that riser was cut,
21   correct?
22        A.  Yes.  Well, it was an opportunity that we
23   thought might present itself.  There was no formal
24   plan like that.
25        Q.  Okay.  All right.  If you can turn to --
00091:01   to Tab 16 that bears WHOI 108799.  It's an E-mail
02   from Andy Bowen dated June 1st, 5:34 a.m. to Dana
03   Yoerger.
04             MS. BROWNE:  We're going to mark that
05   Exhibit 9011.
06             (Marked Exhibit No. 9011.)
07        Q.  (BY MS. BROWNE)  And you're copied on this
08   E-mail, right, Richard Camilli at -- what's your
09   E-mail address?
10        A.  Actually, I'm up there,
11   "rcamilli@whoi.edu."
12        Q.  Terrific.  "Update 5:30 CST."
13             Did I read that correctly?  Do you
14   see that there?
15        A.  Yes.
16        Q.  If -- and the last line of the first
17   paragraph:  "If this goes according to plan
18   (realizing that plans are written in invisible ink
19   here), we should be able to image whatever emerges
20   from the BOP-post cut."
21             Do you see that?
22        A.  Yes.  The last line on the first -- or
23   second paragraph, I guess it would be.
24        Q.  Did I read that correctly?
25        A.  "...we should be able to image whatever
00092:01   emerges from the BOP-post cut"?
02        Q.  Yeah.
03        A.  Yes.
04        Q.  Things did not go according to plan,
05   though, did they?
06        A.  In terms of right -- cutting the riser?
07        Q.  Imaging whatever emerges from the BOP-post
08   cut.
09        A.  I -- I don't know what these plans were.
10        Q.  You're -- you're on this E-mail, right?
11        A.  Yes, I am.
12        Q.  And you were the PI on the --
13        A.  Chief scientist, also.
```

```
14        Q.  -- and chief scientist on the -- the flow
15   assessment project, correct?
16        A.  Yes.
17        Q.  And you don't know what the plans are here
18   that were -- to image whatever emerges from the
19   BOP-post cut?
```

Page 92:21 to 97:04

```
00092:21       A.  I would say this:  First of all, I did not
     22   write this E-mail.  Secondly, I would -- would not
     23   have seen this E-mail while I was working on the
     24   ship.  Andy Bowen is very, very competent.  He's a
     25   director of the NDSF.  This guy can think on his
00093:01   feet.  He has decades of experience with ROVs.
     02   When he arrived on the ship, many of the ROV crew
     03   shook his hand and they were excited to see him.
     04        Q.  Okay.  So now you have gotten a chance to
     05   read this E-mail --
     06        A.  I've only written --
     07        Q.  Read that --
     08        A.  I've read this first paragraph.
     09        Q.  Okay.  And -- "If this goes according to
     10   plan, we should be able to image whatever emerges
     11   from the BOP post cut."
     12             What does that mean to you?
     13        A.  Well, you've left out the part where he
     14   put in parentheses:  "Realizing that the plans are
     15   written in visible ink here."
     16        Q.  Right.
     17        A.  In other words, if I were to speculate on
     18   that, it's suggesting that he's thinking on his
     19   feet, he's making calls, and he thought that if
     20   things went according to plan -- and that might
     21   have been the plan on cutting the riser within the
     22   short period of time it was originally assessed --
     23   that they could image that.
     24             As it was, they didn't -- they didn't
     25   end up cutting it with a regular saw at first.
00094:01   They used a shear and mashed and chopped this
     02   thing.  So the -- what they tried to use to cut
     03   the riser, they tried and failed.  They tried
     04   multiple times with the shear and failed.  So the
     05   plans that were not our plans, but the plans with
     06   the people that were trying to regain well
     07   control, those plans clearly -- the work didn't go
     08   according to plan.
     09        Q.  Did you get additional ADCP -- ADCP data
     10   following the -- the BOP, the BOP post cut?
     11        A.  Additional ADCP data following the post
     12   cut, I -- I don't recall.
     13        Q.  Did you take any -- was there additional
     14   sonar imaging post cut that you acquired?
     15        A.  I know Oceaneering handed over their --
     16   their sonar stuff to help us and we -- we had some
```

17  regular video that was handed over on a DVD.
18      Q.  You didn't have any acoustic data that you
19  acquired BOP post cut, correct?
20      A.  I -- say that again, please.  Repeat the
21  question.
22      Q.  Okay.  You didn't acquire any BOP post cut
23  acoustics data, correct?
24      A.  I don't know.  That's beyond the scope of
25  the -- what I was told was in question here.  I
00095:01  was told that this subpoena revolved around the
02  papers that we published, and that's what I looked
03  at.
04      Q.  Okay.  So the papers that you published
05  didn't include data from any BOP post cut data
06  acquisition projects?
07      A.  No.  I don't believe so.
08      Q.  Okay.  So aside from --
09      A.  I'm sorry.  Did you say any data or any
10  acoustic data?  Because one of the papers is on
11  the -- the fluid samples, and we did acquire data
12  post cut.
13      Q.  Okay.  But you didn't acquire -- the
14  papers that you wrote don't address any BOP post
15  cut-acquired acoustics data; is that correct?
16      A.  I believe that's correct, yes.
17      Q.  So -- so aside from the imaging sonar data
18  at the BOP kink and the acoustic data that we
19  already talked about, those -- that --
20      A.  The imaging sonar and acoustic data are
21  one and the same.  One is a more general
22  description of the other.
23      Q.  Thank you.
24          The ADCP data and the imaging sonar
25  data, other than those from June -- pardon me,
00096:01  May 31st, there were no other acoustics data that
02  formed the basis of your flow rate measurements;
03  is that correct?
04      A.  I think you've mischaracterized that.
05  I -- I -- I think that -- I'd have to go back and
06  look.  I believe it's specified in the paper
07  and -- where we took collected data on the 29th.
08  And then in the log, it says we did collect data
09  on -- on -- was it June 1st?
10          Yeah.  You -- you can see on June 1st
11  the -- at 5:42 a.m. -- I'll have to also say that
12  I don't know if this time is in Central time or if
13  it's UTC.
14      Q.  Okay.
15      A.  If so, there -- it's kind of time limit
16  for this to occur.
17          But you'll notice here that it says:
18  "5:42 to 6:57, survey of BOP kink."  And that's on
19  June 1st.
20          And then:  "Moving away from BOP to
21  get view of shear."  That's that shear that they

```
       22  were bringing down in order to chop this thing
       23  off.
       24          Now -- and then you see it says:
       25  "7:07, resuming BOP kink survey."  And then again:
00097:01  "Sonar off plume at 8:17 because moving ship."
       02          In these -- this is an example of how
       03  that was -- work was being done on a
       04  not-to-interfere basis.
```

Page 97:21 to 98:04

```
00097:21      Q.  Did you prepare for the deposition,
       22  Doctor?
       23      A.  Yes, I did.
       24      Q.  Did you review any records?
       25      A.  Yes, I did.
00098:01      Q.  Did you review any of the information that
       02  formed the basis of the -- the opinions that you
       03  lay out in your paper?
       04      A.  I reviewed the two papers.
```

Page 98:24 to 102:16

```
00098:24      Q.  All right.  So there came a time when you
       25  followed up -- or actually you had a conversation
00099:01  with the Teledyne folks about the velocity
       02  measurement and obtaining -- the equipment and --
       03  and obtaining an -- an accurate velocity
       04  measurement of the plume.
       05          Do you -- do you recall that?
       06      A.  Can you point me to the documents?
       07      Q.  You bet I can.  Tab 79, WHOI 109870
       08  through -874.  That's going to be marked --
       09          MR. LAND:  Previously marked?
       10          MS. BROWNE:  I beg your pardon?
       11          MR. LAND:  Previously marked?
       12          MS. BROWNE:  I don't believe so.
       13          MS. CHANG:  I have it at 9007.
       14          MS. BROWNE:  Oh, thank you.  Okay.
       15      Q.  (BY MS. BROWNE)  So the top of the page is
       16  the E-mail -- that's right, we did talk about this
       17  from Doug Lockhart to Andy Bowen, and it reads:
       18  "Andy, I know this is not what you want to hear,
       19  but regardless of the accuracy of the velocity
       20  measurement, an accurate or even bounded volume of
       21  crude oil calculation will not be possible."
       22          Did I read that properly?
       23      A.  Yes.
       24      Q.  And then further down the page from --
       25  where it says May 14th, 2010, at 4:05 p.m., John
00100:01  Braman wrote:  "Andy, we are interested in the
       02  opportunity to help with characterizing this
       03  terrible disaster.  That being stated, we have to
       04  put a number of caveats on any data the results
```

```
05    from using the ADCP DVL approach to measure the --
06    the flow rate of the plume."
07              Do you see that?
08         A.  This is going from 109870 onto the next
09    page?
10         Q.  Yes, sir.
11         A.  Yep.
12         Q.  Did I read that correctly?
13         A.  Yes.
14         Q.  Okay.  The next paragraph reads:  "The
15    ADCP DVL will certainly get a signal returned from
16    the plume water boundary.  Additionally, if the
17    sound enters the plume, signal will be returned
18    off of various products in the plume.  However, we
19    don't know the depth of penetration into the plume
20    nor the variance in rate of travel of the various
21    products."
22              Do you see that?
23         A.  Yes.
24         Q.  Did I read that correctly?
25         A.  Yes.
00101:01        Q.  Okay.  Did -- did anyone from Teledyne
02    ever contradict what Mr. Braman said here?
03         A.  Contradict.  You'll notice that this is on
04    May 14th.
05         Q.  Yes.
06         A.  And this was in the early stages of
07    discussions.  This was before the Coast Guard even
08    contacted us.  This was after BP had accepted the
09    plan that we described to them on May 4th.
10              And what it's concerned with is the
11    ADCP, and notice that he says, "the ADCP/DVL" --
12    and that goes back to that issue of it's the same
13    working principles -- "will certainly get a signal
14    returned from the plume water boundary."
15              And it mentions additionally, "if the
16    sound enters the plume signal will be returned off
17    the various products in the plume.  However, we
18    don't know the depth of penetration to the plume
19    for variants in the rate of travel."
20              So that brought up two important
21    questions.  One, could this ADCP actually see
22    through the plume.  And we discussed that with the
23    engineers and came up with a plan to determine if
24    it could not see through the plume just based on
25    the fluids themselves, how to make it -- how to --
00102:01   how to enhance the acoustic contrast so you could
02    see it.
03              This would be similar to the way
04    that -- for CAT scans, you use it in some kind of
05    substance that's injected into the body to enhance
06    contrast.
07              Originally the -- and I believe it --
08    it was actually John Braman that suggested
09    using the -- the ROVs manipulator arm to put
```

```
10   tennis balls into the flow to see if you could see
11   a tennis ball return off a tennis ball.
12        Q.  Does that -- but did -- the answer to my
13   question, did anybody ever say that the
14   representations John Braman made, the ones I just
15   read to you, were wrong?
16        A.  These are open questions.
```

Page 102:18 to 103:25

```
00102:18        A.  These are open questions.  He's bringing
18   questions.  This is the debate.  This is trying to
19
20   understand if this was possible and these were
21   valid concerns and so we addressed these concerns.
22              And later on, Teledyne actually sent
23   one of their people out to do the work and they --
24   that engineer told me that when we were doing the
25   measurements, that the -- the coherence in the
00103:01   signal was good.
02              And then if you look in the -- this
03   question about the depth of penetration into the
04   plume, we refined another technique to kind of
05   improve that contrast.  Instead of using tennis
06   balls, we had a plan to use glass microbeads --
07        Q.  (BY MS. BROWNE)  Okay.
08        A.  -- to be injected in, and that was
09   actually endorsed by BP's representative.  And
10   that was before we even started the work.
11        Q.  Right.
12        A.  It turns out --
13        Q.  And so, with nobody -- I'm sorry to
14   interrupt you, Doctor.
15        A.  Please let me finish.
16        Q.  Right, but you're not --
17        A.  Please let me finish.
18        Q.  -- answering my question.
19        A.  I'm -- I'm answering your question.
20        Q.  It was a "yes" or "no" question, Doctor.
21        A.  No.
22        Q.  Did anybody come back to you -- no.  My
23   question was a "yes" or "no" question.
24              Did anyone ever come back to you and
25   say Mr. Braman was wrong?
```

Page 104:02 to 104:11

```
00104:02        Q.  (BY MS. BROWNE)  Yes or no.
03        A.  I don't know, but --
04        Q.  You don't know if anybody ever came back
05   to you and said, John Braman is wrong when he says
06   that we don't know the depth of penetration into
07   the plume nor the variance in the rate of travel
08   of the various products?
09        A.  These were questions.  I don't -- when --
```

```
          10       Q.  Is there a question mark, Doctor?  Do you
          11   see a question mark there?


Page 106:18 to 110:24

00106:18       Q.  (BY MS. BROWNE)  Okay.  Welcome back,
          19   Dr. Camilli.
          20       A.  Thank you.
          21       Q.  I'd like to take a look at -- you
          22   referenced earlier that you looked at the papers
          23   that you've done in relation to the flow
          24   assessment work that you did, and so I'd like to
          25   take a look at those.  We've marked a couple of
00107:01   them but your preliminary report, we marked as
          02   9004.  That's your June 10th, 2010, preliminary
          03   report.  Camilli 2, we'll call that; and that's
          04   marked 9005.  That's the FRTG report and it
          05   contains your Appendix C.  Do you see that?
          06   Appendix C is -- is the August 10th -- yeah, the
          07   August 10th submission from Woods Hole?
          08       A.  Yes.
          09       Q.  And then the next paper is -- we've
          10   already marked that.  That's the Camilli September
          11   2011 PNAS publication.  We marked that 9006.  Do
          12   you have that in front of you?
          13       A.  No.  I don't have those.
          14       Q.  Okay.
          15            MR. PRUITT:  Tab 5.
          16       Q.  (BY MS. BROWNE)  There's 9005.
          17       A.  This one is back to being extra
          18   supersized.
          19       Q.  That's correct.  Now everybody has the
          20   correct version.  Thank you.  That's 9006.
          21            MS. BROWNE:  We're going to mark as
          22   9012, the PNAS Reddy article.  That one bears
          23   Production Number --
          24            MR. PRUITT:  Tab 7.
          25            MS. BROWNE:  Tab 7, Production --
00108:01   Production WHOI 000752.
          02            (Marked Exhibit No. 9012.)
          03            MR. LAND:  Tab 7?
          04            MS. BROWNE:  That's Tab 7.
          05       Q.  (BY MS. BROWNE)  And then at Tab 8 is
          06   Camilli 5.  That's the PNS article with Dr. McNutt
          07   as the lead author, bears -- or I beg your pardon.
          08   It's Tab 8.
          09       A.  Yes.
          10       Q.  Okay.  So -- and that's 9013.
          11            (Marked Exhibit No. 9013.)
          12       Q.  (BY MS. BROWNE)  Exhibit 9006, which is
          13   that Camilli 3, the PNAS article, that was --
          14   yeah.  That one was submitted on January 25th,
          15   2011, right?
          16       A.  Yes.
          17       Q.  So that was about six months after the
```

```
18   shut-in of the well?
19        A.  Sounds about right.
20        Q.  Okay.  The well was shut in on July 15th,
21   2010?
22        A.  Okay.
23        Q.  And then it was proofed for publication on
24   August 11th, 2011; is that right?
25        A.  That's correct.
00109:01     Q.  Okay.  And then at -- Exhibit 9013 is the
02   fifth Camilli report.  That's the PNAS article
03   that you submitted with Dr. McNutt, correct?
04        A.  I was coauthor on it, that's correct.
05        Q.  And that paper was submitted on July 27th,
06   2011, right?
07        A.  Yes.
08        Q.  Okay.  That was -- so that's over a year
09   after the well was shut in, correct?
10        A.  That's correct.
11        Q.  It was approved for publication on
12   October 28th, 2011; is that right?
13        A.  That's correct.
14        Q.  And it was published on December 20th of
15   2011; is that right?
16        A.  I don't see where that's shown.  I don't
17   recall when it was published exactly.
18        Q.  Okay.  Let's take a look first at Exhibit
19   9005, which is your Appendix C to the FRTG report.
20   All right.  You got it?
21        A.  Yes.
22        Q.  Great.  We talked a little bit earlier
23   about the acoustics measurements that you took.
24   That was the Didson cross-sectional area
25   measurements.  And then the ADCP velocity
00110:01   measurements, correct?
02        A.  That's correct.
03        Q.  And those acoustic measurements will give
04   you a total volumetric flow rate, correct?
05        A.  You can use them to calculate a total
06   volumetric flow rate.
07        Q.  And how would you do that?  Just high
08   level, what --
09        A.  Okay.  So basically, if you're looking at
10   the total volumetric flow rate, use the
11   cross-section from the imaging sonar in one plate
12   to establish the cross section, and then you use
13   the Doppler velocity in -- orthogonal access to
14   measure the -- the velocity component.  And using
15   that information and additional information, you
16   can calculate the flow rate.
17        Q.  Would you multiply it?  Is that what you
18   did; you multiplied the cross-sectional area by
19   the velocity?
20        A.  Yes.
21        Q.  And that gave you a total volumetric flow
22   rate?
```

```
23      A.  Yes.  They are intervening steps there,
24 but that's correct.
```

Page 111:06 to 111:14

```
00111:06      A.  Can you repeat the question, please?
07      Q.  (BY MS. BROWNE)  Sure.  Your total
08 volumetric flow rate included -- one of the things
09 included in that -- one of the components of your
10 volumetric flow rate is the hydrocarbons, correct?
11      A.  Yes.
12      Q.  And any water that's entrained or
13 produced, that's included in the volumetric flow
14 rate?
```

Page 111:16 to 112:05

```
00111:16      A.  Which flow rate?  Can you point to which
17 flow rate you're describing?
18      Q.  (BY MS. BROWNE)  Are they different?
19      A.  No.  I mean, the flow rate, are you
20 talking about like what we published in the paper,
21 the PNAS paper here?
22      Q.  Well, let's -- let's start with the method
23 you used, then, for Appendix C.
24      A.  Okay.
25      Q.  Okay.  You -- you were able to determine a
00112:01 total volumetric flow rate; is that correct?
02      A.  Yes.
03      Q.  And you got that by multiplying the
04 cross-sectional area by the velocity measurements,
05 correct?
```

Page 112:07 to 112:13

```
00112:07      A.  The -- the -- we used the velocity
08 measurements and the cross-sectional measurements,
09 multiplying them, that's right.
10      Q.  (BY MS. BROWNE)  And when you made that
11 multiplication, at least, that includes -- that's
12 going to include both hydrocarbons and water, ergo
13 total, correct?
```

Page 112:15 to 114:16

```
00112:15      A.  You're saying that on this one described
16 here in this paper?
17      Q.  (BY MS. BROWNE)  Yes.  We're talking right
18 now about your Appendix C, which was marked as
19 9005?
20      A.  I'd say, no, that's incorrect.
21      Q.  Okay.  How did you reach a total
22 volumetric flow rate as reported in Appendix C,
```

```
    23   which is Exhibit 9005?
    24        A.  With regard to the water flow or the water
    25   entrainment.
00113:01        Q.  Well, okay.  The -- total volumetric flow
    02   rate reported in Appendix C --
    03        A.  Yes.
    04        Q.  -- does that include the entrained water?
    05        A.  No.  It does not.
    06        Q.  Why not?
    07        A.  What we did was this -- this was an early
    08   analysis.  And this was -- our Coast Guard report,
    09   this was meant to be done quickly, to get them a
    10   quick estimate.  So we used I guess what you could
    11   call logical simplifying assumptions.  And one of
    12   the things that we did in order to simplify the
    13   model that we're using was we took the
    14   cross-sectional sonar, the Didson sonar, and we
    15   increased the -- the Doppler threshold to 6 DV to
    16   try to exclude water from the flow rate
    17   measurement from that cross-section.  This was
    18   kind of a rule of thumb based on the expertise
    19   that we had available.  And so that's how we were
    20   able to exclude the water in that calculation.
    21        Q.  Okay.  So let me back up.  Other -- the
    22   last paper we talked about was Exhibit 9013.  And
    23   that's the -- the PNAS paper you coauthored with
    24   Dr. McNutt.
    25            Do you have that in front of you?
00114:01        A.  Yes.  I don't think we've spoken about it
    02   yet, but...
    03        Q.  Right.  Has anything -- or have you
    04   published anything since that paper about the
    05   analysis that's included or the analysis that you
    06   performed on the DWH incident?
    07        A.  Yes, I have.
    08        Q.  And is anything that you've published
    09   since that date made any modification to the
    10   analysis in that paper?
    11        A.  They were different topics that I
    12   published on with DEEPWATER HORIZON.
    13        Q.  Did you make modifications to your
    14   analysis over time, from the time you published
    15   Appendix C to the time that Exhibit 9013 was
    16   published?
```

Page 114:19 to 115:16

```
00114:19        A.  I'm trying to keep track of this.
    20   Exhibit C here, this -- you mean Appendix C?
    21        Q.  (BY MS. BROWNE)  Appendix C --
    22        A.  Okay.
    23        Q.  -- is part of Exhibit 9005.
    24        A.  Okay.
    25        Q.  And then the -- the front of Appendix -- I
00115:01   beg -- the front of 9005 also has the actual FRTG
```

```
02   report, has some changes, right, from what's
03   reported in Appendix C?
04        A.  Some changes?
05        Q.  For example, the flow rate is different,
06   right?
07        A.  Can you point to that?
08        Q.  Yeah, you bet.  Page 10.
09        A.  Page 10.
10        Q.  I beg your pardon.  It's the top of
11   Page 11, the flow rate has been revised upward to
12   60,000 barrels for May 31st?
13        A.  Yeah.  That's correct.
14        Q.  Okay.  So -- so we know there's that
15   modification, correct?
16        A.  This was --
```

Page 115:18 to 118:12

```
00115:18        A.  -- an ongoing analysis.  They were -- we
     19   continued to refine our model up through the
     20   publication of this Exhibit 9006.
     21        Q.  (BY MS. BROWNE)  And as -- as you refined
     22   your model, did you make modifications to your
     23   analysis based on that refinement?
     24        A.  Yes.
     25        Q.  Okay.  And can you give us an overview of
00116:01   the modifications that were made?
     02        A.  Sure.  The -- the modifications here
     03   and -- were based on our attempt -- my team's
     04   attempt to remove simplifying assumptions from the
     05   models they were using.  When we were originally
     06   tasked with the analysis, we had to provide a
     07   report to the -- report within days of completing
     08   on-site operations that required that we -- and so
     09   if you -- if you go back to our original
     10   preliminary report --
     11        Q.  And that's --
     12        A.  June 10th.
     13        Q.  Right.  And that's Exhibit 9004?
     14        A.  Yeah.
     15        Q.  Yep.
     16        A.  You'll see there that in the explanation,
     17   it makes several points.  One of which, it says:
     18   "A comprehensive understanding of the source
     19   composition is needed to accurately estimate
     20   petroleum leak rate and mass balance.  Source
     21   composition can be determined through the
     22   collection and analysis of end-member samples at
     23   the leak origin using gas-tight samplers."
     24             When we originally went out and did
     25   the work in late May and early June of 2010, we
00117:01   were denied the opportunity to collect physical
     02   samples from the leak sources.  So when we wrote
     03   this report, we didn't have access to that
     04   information.  We also didn't have access to
```

```
05    information contained on those hard drives that we
06    requested.  And what's more, we only had a small
07    subset of the data that -- that we could work
08    with.
09              So under a tight time constraint, we
10    provided this initial report.  We continued
11    working on it through to the Coast Guard report
12    that's Appendix C, where we include the initial
13    analysis of the hydrocarbons and folded that into
14    the -- the analysis model that was later refined
15    in the -- the Chris Reddy paper, Exhibit 9012.  We
16    continued working -- this was well after the --
17    the Coast Guard contract had expired.  My -- my
18    team is very diligent, and we wanted to advance
19    the field of understanding by making a rigorous
20    scientific model.  And so we figured that the best
21    way to do that was to publish a paper that was
22    peer reviewed, accepted within the scientific
23    community.
24              And so we continued working on that
25    up until this -- our paper was accepted in 2011.
```
```
00118:01  August 2011 is when it was approved.  And so, yes,
02    there -- there are these modifications that you
03    see in the Exhibit 9005.  That's because we were
04    continuing to work on that basically on our nights
05    and weekends.
06        Q.  Sitting here today, is there anything
07    that's in that final paper?  I think you referred
08    to it as "our paper."  That's the 9006 you're
09    talking about?
10        A.  Yes.
11        Q.  Okay.  Is there anything in that paper
12    that you would modify?
```

Page 118:14 to 122:23

```
00118:14      A.  No.  I don't think we would.
15        Q.  (BY MS. BROWNE)  Okay.  Directing your
16    attention to Exhibit 9005, which is the FRTG
17    Appendix C, the August 10th, 2010, report --
18        A.  Okay.
19        Q.  -- you said that your -- your volumetric
20    flow rate did not account for water, correct,
21    entrained water?
22        A.  No.  I said that it did.
23        Q.  The one that's reported in Appendix C
24    accounts for entrained water?
25        A.  Yes.
00119:01      Q.  How is that?
02        A.  We shifted the -- the Doppler -- I'm
03    sorry, the -- the imaging multi-beam sonar up to a
04    higher threshold.  That would -- like I said, that
05    was a rule of thumb, a logical way to exclude
06    water.
07        Q.  Who told you that?
```

```
08        A.  This was based on discussion with my
09   colleagues and also discussions with Sound
10   Metrics.
11        Q.  What -- what had been the threshold prior
12   to your shifting it to 6 dB?
13        A.  3.5 DD, that's the standard.
14        Q.  The standard according to whom?
15        A.  According to Sound Metrics.  That's what
16   it's normally set at, and so that -- that's where
17   the analysis -- you record the data and then it's
18   a question of -- of where you set your threshold
19   when you want to do your post analysis.
20        Q.  I want to agree on a couple of terms
21   before we go forward.  We're going to spend some
22   time talking about the GOR, the gas/oil ratio,
23   today, okay?
24        A.  Okay.
25        Q.  And I'd like to get an agreement on the
00120:01   definition and the use of that.  So when I'm
02   referring to the gas/oil ratio, I'm going to be
03   referring to the ratio of the volume of gas to the
04   volume of oil and reservoir fluid at standard
05   conditions.  And that's measured in standard cubic
06   feet per stock tank barrel?
07        A.  And is that -- this is just -- hopefully
08   this won't seem like -- there are -- when you say
09   "standard conditions," we use, for example, what
10   the Texas Railroad Commission defines.
11        Q.  60 degrees F1 atmosphere?
12        A.  Yeah.
13        Q.  We're -- we're together on that.
14        A.  Okay.
15        Q.  We are simpatico.  So we're using the same
16   definition, right?
17        A.  Okay.  Excellent.
18        Q.  Great.  And then when we talk about oil
19   fraction, we are talking about the fraction of
20   that fluid that -- the total reservoir fluid that
21   compromises hydrocarbons of C5 and higher?
22        A.  C5 and higher?
23        Q.  Let's do this:  Let's say that it's the
24   percentage of oil at a given pressure or
25   temperature.
00121:01        A.  Okay.  What I'd say is in these papers
02   here, it actually spells that out.  For example
03   it -- in the acoustic paper, the Exhibit 9006, we
04   define oil specifically -- I'll see if I can pull
05   this up.  That will save confusion later.
06             Yeah.  So we define oil as hexanes
07   and higher hydrocarbons.  So C5 is not the --
08   the -- those are pentenes.  So it's a little bit
09   different definition, which means that our
10   definition of oil, if you took your definition of
11   oil in a group of hydrocarbons, we would have a
12   smaller subset that -- that counts as oil.
```

```
13      Q.  Okay.  And that's -- that's the
14 reservoir -- for the total reservoir fluids that
15 compromise oil at a given pressure temperature
16 or -- or the exit point, correct?
17      A.  This -- this has no bearing on pressure
18 and temperature.  This is hexanes and higher
19 hydrocarbons that -- pressure/temperature
20 relationships have nothing to do with chemistry.
21      Q.  So for your purposes --
22      A.  I think you're -- you may be confusing
23 phase changes with chemistry.  I mean, the
24 molecules are the molecules.
25      Q.  Are you familiar with the use of the term
00122:01 "oil fraction" in the petroleum industry?
02      A.  Not very familiar.  We -- we tend to use
03 these strict definitions in the academic world.
04      Q.  Okay.  So the definition -- is it -- is
05 it -- the definition that you've used in your
06 paper is the definition of oil fraction that you
07 understand from the academic world and not from
08 the petroleum industry?
09      A.  This is the chemistry.  I mean, this is
10 based on the periodic table.  I think it's
11 probably a little bit more specific than what's
12 used in the oil and gas industry.
13      Q.  Would you agree that the oil fraction is a
14 function of GOR?
15      A.  Roughly.  I mean, we can debate the finer
16 points on that; but, sure.
17      Q.  To -- to get an oil fraction, you need to
18 know the GOR, don't you?
19      A.  You can use one to find the other
20 interchangeably, yeah.  I think it's -- oil
21 fraction describes a ratio.
22      Q.  You need the -- you need to know the GOR,
23 though, to determine your flow rate, don't you?
```

Page 122:25 to 123:20

```
00122:25      A.  You need to know the GOR in order to
00123:01 determine the flow rate?
02      Q.  (BY MS. BROWNE)  In -- in a situation like
03 this.
04      A.  Yeah or -- yeah.  You need to know what
05 fraction of it are your liquid petroleum
06 hydrocarbons, what fraction of it are your gases
07 and condensate.  And then there's other classes
08 of -- other compounds, for example, nonhydrocarbon
09 gases, produced water, these kind of things.
10      Q.  Sure.  But the gas/oil ratio is the ratio
11 of gas to oil in the reservoir, the reservoir
12 fluids, right?
13      A.  Yes, yes.  So it's a subset of the --
14      Q.  So water doesn't make a difference, right?
15      A.  If you want to talk about your oil
```

```
16  fraction, it can.  If you talk about specifically
17  gas/oil ratio, then, yeah, that's just gas and
18  oil.
19      Q.  Do you agree that the GOR can be somewhat
20  path dependent?
```

Page 123:22 to 124:06

```
00123:22      A.  Let me see if I understand this correctly.
      23  When you say "path dependency," if you mean can
      24  you take a sample or a reservoir here and move it
      25  through some physical path and have the gas/oil
00124:01  ratio on a volumetric basis vary, yes.
      02      Q.  (BY MS. BROWNE)  But you would agree that
      03  whether it's in a single -- whether you -- it's
      04  single-stage flash or it's a multistage situation,
      05  the GOR is not going to change considerably in a
      06  single path, correct?
```

Page 124:08 to 124:24

```
00124:08      A.  I disagree.  That's very ambiguous, and I
      09  can come up with hypothetical situations in which
      10  the GOR would change.
      11      Q.  (BY MS. BROWNE)  Well, only if the -- if
      12  the pressure drops below the saturation point,
      13  right?
      14      A.  No, no.  It -- this is why -- the
      15  gas-to-oil ratio, we -- in the papers that we
      16  wrote about, we -- we tried to describe in the --
      17  in the industry terms of gas-to-oil ratio, but we
      18  look at the hydrocarbon components of the well
      19  fluids on -- on a mole basis and a mass basis,
      20  because those are conservative quantities.  GOR,
      21  you can -- yeah, by changing the temperature or
      22  pressure and various other things, you -- you can
      23  change that volumetric ratio.  It's highly
      24  dependent on these external factors.
```

Page 125:07 to 128:10

```
00125:07      Q.  (BY MS. BROWNE)  Okay.  Dr. Camilli, when
      08  I -- when we're talking about "oil fraction,"
      09  we're talking about the -- the fraction of oil in
      10  the substance at the measurement plant.  Can we
      11  agree to that?
      12      A.  Fraction of oil -- yeah.  So -- yeah.  And
      13  the way that we described that in the paper here
      14  is that it's hexanes and higher hydrocarbons.
      15  Methanes though pentanes are considered natural
      16  gas in our analysis.  So what you call "oil" -- a
      17  component that you include in the oil, we include
      18  in the natural gas.
```

```
19        Q.  Okay.  And on -- on GOR, did you -- did
20   you talk to anybody in the petroleum industry
21   about the definition of "GOR"?
22        A.  I'm sure that -- that I did.  I'm sure
23   that my colleagues did.
24        Q.  On oil fraction, and you said in our paper
25   here, were you talking about Exhibit 9006?
00126:01        A.  Yes.
02        Q.  Is your definition of "oil fraction"
03   different for any of the other papers?
04        A.  We'd have to go back and look.  It's easy
05   enough to do that.  In the -- the June 10th
06   report, we didn't have a definition because we
07   didn't have any sample.  In the Exhibit C, it may
08   be described in there.  It should be described in
09   there.  Let's see.  Composition --
10        Q.  I can direct your attention to Page 10,
11   which is the page on oil composition.
12        A.  Okay.
13        Q.  Page 10 of 9005, Appendix C, and at the
14   bottom of the last paragraph:  "At this
15   temperature and pressure, propane and higher
16   chained hydrocarbons were estimated to be in the
17   form of a liquefied condensate, and only methane
18   and ethane were estimated to be in gas form at
19   each of the leak sites.  Gas analysis of the
20   sample indicated that methane and ethane represent
21   approximately 85.4 percent of the gas.  Thus, the
22   oil fraction at ambient seafloor pressure (150
23   atmospheres) and temperature (4.4 C) is 43.7
24   percent of the bulk flow."
25             Did I read that correctly?
00127:01        A.  Yes.
02        Q.  And does that help you understand whether
03   or not you're using a different definition "oil
04   fraction" in Appendix C than you are in the
05   Camilli 3 report, which is Exhibit 9006?
06        A.  I'd say that the -- the Appendix C, it's
07   more ambiguous.  The 9006, the published PNAS
08   paper is a very specific definition.  And so what
09   we're talking about here -- if you look, it says
10   the methane and ethane where it's going to be in
11   gas form and -- represented 85.4 percent of -- of
12   the gas.  That means of the -- what would be
13   considered "natural gas."
14             Now -- but it doesn't actually
15   specify where the -- the cut is there, if it's
16   pentanes or hexanes.  Furthermore, it shows a
17   gas/oil ratio of 309, and I believe that's a
18   direct volume to volume comparison at room
19   temperature and atmospheric pressure.
20             Now, that's -- with the regular oil
21   and gas industry, they use standard cubic feet of
22   natural gas and barrels -- stock tank barrels of
23   oil.  In this case, this is using two volumetric
```

```
       24   measures that have equivalency.  There is no
       25   equivalency in standard cubic feet of natural gas
00128:01   or barrels of oil, because they're -- they're
       02   measured differently.  This -- this is looking at
       03   it -- the oil and gas at those temperatures and
       04   pressures.  So this is kind of apples and oranges
       05   here.
       06        Q.  So -- so that's -- they're -- okay.  So
       07   there's apples in the oil composition that's
       08   described in Appendix C, and there are oranges in
       09   the oil composition -- oil fraction that's
       10   described in Exhibit 9006?
```

Page 128:12 to 129:23

```
00128:12        A.  There -- there -- these -- what this is,
       13   this is a much tighter definition than this.
       14        Q.  (BY MS. BROWNE)  And this is 9006?
       15        A.  Yes.
       16        Q.  And that's a tighter definition than
       17   Appendix C?
       18        A.  Yes.  And if you want the -- the absolute
       19   best detail on that, I'd refer you to the Exhibit
       20   No. 9012.  This gives chapter and verse on the
       21   different hydrocarbons.  My colleague Chris Reddy,
       22   he is probably the world's foremost authority on
       23   this.  Same area, Jeff Seewald, these guys are
       24   luminaries in the field.
       25        Q.  Which field is that?
00129:01        A.  Chris Reddy is a petroleum geochemist.
       02   He's been studying oil spills for decades.  He can
       03   fingerprint oil spills.  He has one of the most
       04   advanced laboratories in the world, and he's
       05   published over a 100 peer-reviewed papers in the
       06   scientific literature.  So, I mean, he is an -- an
       07   credible authority on this.
       08             And if you look in that paper,
       09   it's -- in the supporting information, it gives
       10   each of the compounds that were detected and not
       11   only their -- their -- what oil fraction they
       12   represent but also gives the isotopic composition
       13   and all kinds of detail.
       14        Q.  Do you have an understanding that the
       15   bubble point for the MC252 reservoir was between
       16   65- and 6600?
       17        A.  65- and 6600 what?
       18        Q.  Psi.
       19        A.  No.  I -- I didn't have access to that
       20   information.  I -- I'd have to accept it on faith.
       21        Q.  And you understand that the reservoir
       22   pressure of the well prior to the incident was
       23   roughly 11,850 psi?
```

Page 130:01 to 130:25

```
00130:01      A.  This -- this is outside of the work that
      02 we were studying.
      03      Q.  (BY MS. BROWNE)  So you don't have an
      04 understanding one way or the other?
      05      A.  It -- if you tell me that something is and
      06 I don't have any documents here, I have to accept
      07 it on faith.  I have to say, Okay, if that's what
      08 we're going to accept, fine.
      09      Q.  I'm not asking you to accept anything,
      10 Doctor.  I just want to know if you have an
      11 understanding about whether or not the reservoir
      12 pressure was 11,850 psi?
      13      A.  You're telling me as a person.  If you say
      14 so, okay, we'll go with it.
      15      Q.  I'm asking you a question, Doctor:  Did
      16 you have an understanding as to whether or not the
      17 reservoir pressure was 11,850 psi prior to the
      18 incident?
      19      A.  I -- that's not something that I -- I was
      20 studying, so, no, I didn't have access to that
      21 information.
      22      Q.  Thank you.
      23          And do you understand or have an
      24 understanding that the final measured reservoir
      25 pressure was 10,000 psi?
```

Page 131:03 to 136:12

```
00131:03      A.  I didn't study that.  So, no.  You're
      04 telling me this right now?
      05      Q.  (BY MS. BROWNE)  Did you ever try to
      06 calculate or -- the bubble point for the MC252
      07 reservoir?
      08      A.  Me, personally?  No.
      09      Q.  Did Woods Hole, on whose behalf you're
      10 here, ever calculate or attempt to calculate the
      11 reservoir -- the bubble point of the reservoir for
      12 MC252?
      13      A.  As WHOI, I can't -- if I had to speculate,
      14 I'd say perhaps they did.  If there's a -- a
      15 document that you can point me to saying that they
      16 did, let's take a look at it.
      17      Q.  If -- if you had calculated that, you
      18 would have provided us those calculations, right?
      19      A.  "You" being WHOI or myself?
      20      Q.  Woods Hole.
      21      A.  Assuming that they had been archived.
      22      Q.  Are there documents related to this
      23 incident that weren't archived?
      24      A.  That would require speculation.  I mean,
      25 I -- I could see how, if people wrote something on
00132:01 a scrap of paper when they're doing a calculation
      02 two years ago and -- and didn't think much about
      03 it, that wouldn't be archived.
```

```
04        Q.  Let's take a look at Tab 28.  This is a
05   document bearing WHOI 108039.  It's an E-mail
06   from -- top of the document -- it's an E-mail from
07   Chris Reddy to you, dated Friday, December 10th,
08   2010.
09             That's -- Chris Reddy, that's -- and
10   it's marked Exhibit 9014.
11             (Marked Exhibit No. 9014.)
12        Q.  (BY MS. BROWNE)  That's the Chris Reddy
13   you just said was your luminary in the field,
14   right?
15        A.  Yes.
16        Q.  At the bottom is an E-mail from Jed
17   Borghei, B-O-R-G-H-E-I, to Richard Camilli,
18   December 10, 2010.
19             "Hi, Rich.  I have a quick question
20   about Woods Hole's analysis of the source sample.
21   Did you ever use it to calculate the bubble point
22   of the oil/gas mixture."
23             Did I read that right?
24        A.  Yes.
25        Q.  And in the one above it, you respond, same
00133:01   day.
02             "Hi, Jed.  If you mean the bubble
03   point at the source from the BOP at the seafloor,
04   the answer is yes."
05             Did I read that right?
06        A.  Yes.
07        Q.  Okay.  So did you calculate the bubble
08   point of the oil/gas mixture?
09        A.  Yes.
10        Q.  Okay.  Do you know where that calculation
11   is?
12        A.  I believe Chris Reddy may have done that.
13        Q.  Okay.  What did you mean when you said
14   "the bubble point at the sea" -- pardon me -- "at
15   the source"?  What do you mean by that?
16        A.  At the source, what we're talking about
17   there, that would be probably at the leak source,
18   the orifice where the hydrocarbons would be coming
19   out.  So at the seafloor, not at the reservoir
20   itself.
21        Q.  Okay.  And what was the bubble point you
22   calculated?
23        A.  I don't have that information at my
24   fingertips, nor do I recollect.  Maybe it's in
25   here (indicating).  If you can point me to a
00134:01   calculation as an example.
02        Q.  Let's talk about that sample methodology.
03             Back to Appendix -- or pardon me, the
04   FRTG report, which is 9005, under "Limitations,"
05   Page 11.
06        A.  Page 11, so not the appendices.
07        Q.  Not the appendix, the actual report.
08        A.  Okay.
```

```
09        Q.   Page 11, you list -- you report the
10   limitations of your acoustics analysis, and the
11   third limitation is:  "Depends on knowing the
12   oil/gas ratio, which must be measured or
13   estimated."
14             Do you see that?
15        A.   Yes.
16        Q.   Did I read that correctly?
17        A.   Yes.
18        Q.   Okay.  Then -- if you turn to that Reddy
19   paper you just talked about, which bears WHOI -752
20   and is marked 9012, on that first page, Page 1 of
21   6, the second column, the first full paragraph, it
22   says:  "To acquire a representative endmember of
23   gas and oil, two samples of fluids exiting the
24   Macondo Well were collected on June 21, 2010,
25   using isobaric gas-tight (IGT) samplers deployed
00135:01   from a remotely operated vehicle (ROV) (Figure 1
02   and Figure S1)."
03             Do you see that?
04        A.   Yes.
05        Q.   Did I read that correctly?
06        A.   Yes.
07        Q.   What's a representative endmember?
08        A.   A representative endmember means
09   chemically that it is the -- the unadulterated
10   composition, that it's not a mixture.  Sometimes
11   we call it an "add mixture" of two different
12   substances.  That it's the original composition.
13        Q.   What's an endmember?
14        A.   That it is the chemical composition, the
15   original composition.  Unadulterated.
16   Uncontaminated.
17        Q.   Why did you obtain these samples?
18        A.   So that we could understand the
19   composition of the fluids.
20        Q.   Did you want to understand the GOR?
21        A.   Something -- the -- similar to what the
22   GOR is, yeah.
23        Q.   What is that?
24        A.   We wanted to understand the -- the -- the
25   composition not only in terms of gas versus oil.
00136:01   We wanted to understand which kinds of liquid
02   petroleum hydrocarbons were present, what the
03   relative fractions of the natural gases were.  We
04   also wanted to be able to look at their isotopic
05   composition, basically to do a full workup on the
06   hydrocarbons to be able to understand their --
07   their composition, transport, and eventual fate.
08        Q.   Not to understand flow rate?
09        A.   To use that in understanding flow rate,
10   sure.
11        Q.   Do you know how the isotopic composition
12   would help you determine flow rate?
```

Page 136:14 to 137:25

```
00136:14       A.  Well, I could come up with some scenarios
      15  how it would be useful.
      16       Q.  (BY MS. BROWNE)  Was it useful here?
      17       A.  Yes.
      18       Q.  The isotopic composition was useful here
      19  to you in determining the flow rate?
      20       A.  In the sense that you could use that to
      21  get a positive ID and know that you are dealing
      22  with the same hydrocarbons, that the hydrocarbons
      23  were not contaminated by some residue inside the
      24  samplers or something like that.  Yeah, so you
      25  know that it is, in fact, the hydrocarbons that
00137:01  you wanted to study.
      02       Q.  Okay.  And was Dr. Reddy leading the
      03  sampling project?
      04       A.  Yes.  And certainly in terms of the
      05  analysis, and that's why he's the lead author on
      06  the paper.
      07       Q.  Was somebody else leading the sampling
      08  project?
      09       A.  I was leading the -- the sampling
      10  operations.  I think he led the analysis of those
      11  samples.
      12       Q.  Samples were taken on June 20th, 2010; is
      13  that right?
      14       A.  I believe so.  It's spelled out in the
      15  paper.
      16            I'm sorry, June 21st it says in the
      17  paper.
      18       Q.  Where were the samples taken?
      19       A.  They were taken from the Macondo Well, the
      20  DEEPWATER HORIZON's blowout preventer, and at the
      21  interface between the -- the riser stub and the
      22  Top Hat No. 4, and then from one of the vents at
      23  the Top Hat.
      24       Q.  At that point, the -- the fluids were
      25  multiphase; is that correct?
```

Page 138:02 to 139:10

```
00138:02       A.  At the sample points?
      03       Q.  (BY MS. BROWNE)  Yes, sir.
      04       A.  The -- should be multiphase; that's
      05  correct.
      06       Q.  And how large were your samples?
      07       A.  I want to say that the sample chamber was
      08  on the order of 100 milliliters.  It's spelled out
      09  in the paper.
      10       Q.  100 milliliters, is that equivalent to --
      11  to 3 ounces, about?
      12       A.  I don't know.  That's something we could
      13  look up.
      14       Q.  Can I ask you to take a look at Tab 29,
```

```
15   please, in your binder.
16              (Marked Exhibit No. 9015.)
17       Q.  (BY MS. BROWNE)  This is a photo that we
18   downloaded from the WHOI website entitled "A Very
19   Valuable Sample."  This -- we're going to mark
20   this Exhibit 9015.
21              Is that a photograph of the -- of the
22   sample in this case?
23       A.  I don't know.
24       Q.  You don't know.
25              Did you ever see it?
00139:01     A.  This photograph?
02       Q.  No.  Did you ever see the sample?
03       A.  Yes.  I was there when the sample was
04   taken.  I was on the ship.
05       Q.  Does this look like it?
06       A.  This looks like a beaker or a graduated
07   cylinder.
08       Q.  So if it's represented to be the -- the --
09   a sample of oil from the DEEPWATER HORIZON, that
10   wouldn't be correct?
```

## Page 139:12 to 140:25

```
00139:12     A.  No.  I -- I'm saying I don't know the
13   providence of this photo.
14       Q.  (BY MS. BROWNE)  When the -- when the --
15   was the sample ever transferred from the IGT to
16   a -- to a beaker?
17       A.  We would have to go back and -- and look.
18   The description of the sample transfer is
19   described in the -- the paper.
20       Q.  Right.  You just said you were there.
21   That's why I'm asking.
22              If you were there, did you happen to
23   see that?
24       A.  The beaker has a very specific meaning in
25   laboratory chemistry.  It suggests that it was put
00140:01 into a separation reservoir, and you can see it's
02   shaped sort of like that (indicating).
03       Q.  What -- what -- what page are you
04   referring to?
05       A.  I'm sorry.  This is Page 2 of 9.
06       Q.  WHOI -759?
07       A.  That's right.
08       Q.  Okay.  The -- and two -- two samples were
09   taken, correct?
10       A.  Two samples -- two IGT samples?
11       Q.  Yes, sir.
12       A.  Yes, that's correct.
13       Q.  And one of the reasons you took the
14   sample -- it was to obtain the GOR, right?
15       A.  Yes.  To understand the -- the -- the gas
16   and oil fractions.  If some people want to use
17   GOR, that's fine.  We -- we use a more detailed
```

```
18   analysis.
19        Q.  Okay, well, they are two different --
20   they're two different things, right?  A GOR and an
21   oil fraction are two different things, right?
22        A.  These -- yeah.  You -- other people could
23   use it for a GOR.  We can use it for a GOR.  We
24   can also use it to look in more detail at the
25   hydrocarbons, not just the gas/oil ratio.
```

## Page 142:20 to 146:01

```
00142:20   Your 43.7 percent oil fraction that
21   appears on Page 10, did you convert that to
22   surface conditions?
23        A.  No.  This would be -- if you took the oil
24   and gas and used the ideal compressibility model,
25   neglecting hydrate formation, if you took that
00143:01   volume of gas and oil and were to run it through
02   that theoretical calculation, that's what you
03   would arrive at.
04        Q.  Yet, why didn't you convert the 43.7 to
05   surface conditions?
06        A.  I'm not understanding -- understanding why
07   you would.  You can.  This -- this spells out
08   what's going on there.  You know, this is --
09        Q.  It spells out what's going on where?
10        A.  In terms of -- this -- it says right here,
11   the oil fraction at ambient seafloor pressure and
12   temperature is 43.7 percent of flow, assuming
13   ideal compressibility.  And it says up -- further
14   up there, "For in-situ calculations, the measured
15   laboratory gas volumes was translated to a
16   theoretical volume at 150 atmospheres in 4.4 C."
17   It's spelled out right there.
18        Q.  Yeah, except that you report a -- you
19   report a leak in barrels per day, right?  Page 16?
20        A.  (No audible response.)
21        Q.  See that, Page 16?
22        A.  Okay.  First or second paragraph?
23        Q.  Start with the first one.
24        A.  Okay.  So we have it in cubic meters per
25   second, and then we convert to barrels of oil per
00144:01   day.
02        Q.  Yeah.  How -- how did you do that?
03        A.  Well, in that case, you're using the oil
04   fraction, the 43.7 --
05        Q.  Right.
06        A.  -- and multiplying by the cubic meters per
07   second of oil.
08        Q.  And -- and -- and barrels per day, I mean,
09   that's -- that's reported at surface conditions,
10   right?
11        A.  Yes.
12        Q.  So -- but you multiplied by the seabed oil
13   fraction, right?
```

14      A.   Yes.  And that means that this actually
15 underestimates the volume of oil flow.
16      Q.   How -- how's that?
17      A.   Because if you take that -- that oil --
18 you've already accounted for the natural gas
19 fraction that would normally be dissolved in the
20 oil, and now what you're doing is you -- you're
21 saying that, when you take that oil -- if you were
22 to take regular motor oil or crude oil at the
23 surface, let's say -- let's say you -- you take
24 this cup, fill it full of crude oil at the
25 surface, and then you subject it to 150
00145:01 atmospheres of pressure and chill it down to 4.4
02 degrees C, is that oil going to expand or
03 contract?  It's going to contract.
04           So that means, if you look at it from
05 the other way, if you take that same amount of oil
06 that you're calculating for the seafloor flow and
07 take it up to the surface where you measured it at
08 150 atmospheres and 4.4 degrees C and bring it to
09 the surface, you'll actually end up put -- your
10 cup overflowing if you filled it at the seafloor.
11      Q.   Well, no, because the gas is going to
12 exsolve, right?
13      A.   We've already taken care of the gas.
14 We've already calculated the gas fraction.
15      Q.   So your -- your 43.7 that appears on
16 Page 10 is an oil fraction of what?
17      A.   Oil.  It's not the gas.  It's the oil.
18      Q.   Okay.  What's -- what's the other
19 57 percent?
20      A.   That's gas, assuming nonideal
21 compressibility and assuming there's no hydrate
22 formation -- or assuming compressibility and no
23 hydrate formation.
24      Q.   And did anybody in -- in the petroleum
25 industry ever tell you that that's the way you do
00146:01 it?


Page 146:03 to 148:09

00146:03      Q.   (BY MS. BROWNE)  To convert to surface
04 conditions, take out all the gas, you make that
05 oil fraction and you -- you multiply that to get
06 barrels per day?
07      A.   Did anybody tell us how to do that?  This
08 is a scientifically rigorous method that we used
09 here.  What the oil and gas industry uses, that's
10 up to them.  We're not -- we didn't claim that we
11 would have to do -- do what -- what the industry
12 did.  This was an independent analysis.  We used
13 our scientific methods.  My team is -- was -- is a
14 team of the foremost experts in the world in
15 chemistry.  So I don't see how that even applies.
16           You can -- you can do the math.

```
17  There are -- are a lot of terms in the oil and gas
18  industry that are somewhat vague.  We chose to use
19  the -- a rigorous principle scientific approach.
20      Q.  What are the terms that you found vague?
21      A.  For example, the gas/oil ratio in terms of
22  how people were defining it early on.  We had to
23  develop our own approach there, and you can
24  actually see that reflected in the -- that
25  analysis, this Appendix C, if you look on Page 10.
00147:01  This is how this is -- evolved, you know.  Where
02  it said:  "By measuring total volumes of oil and
03  gas recovered at gas/oil ratio of 309 at room
04  temperature and atmosphere pressure was
05  determined."
06              And that's that -- again, that volume
07  per volume ratio.
08      Q.  Okay.  Who's Oliver Mullins?
09      A.  Oliver Mullins.  I think he's a person
10  that my colleague Chris Reddy interacts with in
11  the oil and gas industry.
12      Q.  Did you have any interactions with Oliver
13  Mullins?
14      A.  Did I personally?
15      Q.  Yeah.
16      A.  I don't recall.  I may have.
17      Q.  He's at Schlumberger.  Does that sound
18  right to you?
19      A.  That sounds right.
20      Q.  Have you heard of Schlumberger before?
21      A.  Yes, I have.
22      Q.  What is Schlumberger in the business of?
23      A.  They're an oil field service company.
24      Q.  What about Julian Zuo, Z-U-O.  Have you
25  heard that name before?
00148:01      A.  I think he's with Schlumberger.
02      Q.  Okay.  Did you have any contact with --
03  with him?
04      A.  I'm sure that WHOI did.
05      Q.  And you're here on behalf of WHOI, right?
06      A.  Yes.
07      Q.  Okay.  There came a time when you realized
08  you needed the -- the assistance of a GOR expert
09  in this matter, correct?
```

Page 148:11 to 149:18

```
00148:11      A.  Needed assistance?  Sure.
12      Q.  (BY MS. BROWNE)  Well, why did you -- why
13  did you reach out to Schlumberger?
14      A.  One of the issues that we experienced very
15  early on is that in our June 10th report, you'll
16  see that it's described in cubic meters per second
17  to flow; and a lot of people complained that they
18  didn't know what that meant.
19      Q.  What people?
```

```
20      A.  I remember listening in on a conference
21 call and there were some reporters or something
22 like that that -- they couldn't do the math, and
23 so there's this issue of reconciling so that --
24 when you do these analysis, you don't want to just
25 write it up and then set it on a shelf or in a
00149:01 vault.  You want people to be able to understand
02 it.
03              And so those -- one of the things was
04 to figure out how to get people in the research
05 community, the academic research community to
06 interface correctly and make sure that there
07 wasn't miscommunications, misunderstandings on --
08 on these terms.
09              That's why this paper that Chris
10 Reddy wrote goes into so much detail and tries to
11 describe not only in the standard terms but
12 also -- standard metric units but also into terms
13 that are used by the oil and gas industry.
14      Q.  So -- so you did make some effort to use
15 the terms as they're utilized in the oil and gas
16 industry; is that right?
17      A.  To translate them into the terms used by
18 the oil and gas industry.
```

Page 149:20 to 150:09

```
00149:20      Q.  (BY MS. BROWNE)  To translate terminology
21 into oil and gas terminology?
22      A.  Yeah.  The standard approach when
23 publishing in peer-reviewed scientific journals is
24 that you use metric units, for instance, and use
25 things like mole fraction, mass fraction, not just
00150:01 GOR.
02      Q.  Okay.  So you contacted Schlumberger
03 because they're one of the leading oil service
04 providers in the industry, right?
05      A.  I think Chris Reddy probably contacted
06 them because he works routinely with Schlumberger.
07      Q.  But you -- you would agree that -- that
08 Schlumberger -- Schlumberger has a little more
09 experience in GOR than you do, right?
```

Page 150:12 to 154:02

```
00150:12      A.  Experience in GOR, in using --
13      Q.  (BY MS. BROWNE) Calculating -- in
14 calculating GOR?
15      A.  Yeah, in the oil field term, sure.
16      Q.  Okay.  All right.  Let's take a look at --
17      A.  And I would say that -- that you had a
18 question about Schlumberger; and I'd say that
19 they're a very good firm, very capable.
20      Q.  Yeah.  I want to ask you a couple things
```

```
        21  about that; but before we do, just so I'm clear on
        22  your 43.7 that appears in your --
        23       A.  Appendix C.
        24       Q.  -- Appendix C, Exhibit 9005 --
        25       A.  Yes.
00151:01       Q.  Okay.  The -- the 43.7, that represents
        02  the amount of hydrocarbons that are liquid at the
        03  seabed?
        04       A.  That represents not the amount but the
        05  percentage based on the assumption that your gas
        06  fraction is under ideal compression and not
        07  subject to hydrate formation.
        08       Q.  Okay.  So this liquid percentage, this
        09  43.7 has no gas in it.  Is that your position?
        10       A.  No gas in it.  There would always be some
        11  minor component dissolved of -- of gas in the oil.
        12       Q.  Do you get that from an equation of state?
        13       A.  You -- you could do that.  Now, what
        14  you're talking about there is -- is moving off
        15  into an area of -- of kinetics.  So it depends
        16  on -- this goes back to your question earlier
        17  about what happens when you physically move a
        18  sample.
        19           If you allow time, the oil and
        20  gas can be gas -- what this 43.7 percent is
        21  describing is based on the compositional analysis,
        22  taking each one of the molecules and saying, what
        23  does that represent?
        24           And so taking all of the methane and
        25  accounting for that in one column for gas,
00152:01  followed the ethane, propane, butane, I believe
        02  pentane.  I don't know if -- if pentane and
        03  hexanes, where that cut was; but taking all of
        04  them on a theoretical basis -- this is not to say
        05  that you are looking at the kinetics of what's
        06  going on.  This is a static equation.
        07       Q.  Did you get your 43.7 from an equation of
        08  state?
        09       A.  This right here (indicating)?
        10       Q.  Uh-huh, yes.
        11       A.  I don't believe so.
        12       Q.  Okay.  And the 43.7, that's -- is that --
        13  is your understanding that's dead oil?
        14       A.  I don't -- "dead oil," can you define?
        15       Q.  That's not a term with which you're
        16  familiar?
        17       A.  I've heard it used but it -- I think what
        18  you're talking about there may be the kinetics
        19  issue.
        20       Q.  So you're removing all the gas?
        21       A.  Yeah.
        22       Q.  And all you have left is the dead oil.
        23       A.  Yeah.  Does that make sense?
        24       Q.  Does it make sense to you?
        25       A.  Yeah, it -- I could see that being a
```

00153:01   definition of dead oil, removing all the
      02   volatiles.  There are also other hydrocarbons
      03   like, for example, benzine that volatilizes.
      04   Normally it's just counted as part of the oil
      05   fraction.
      06       Q.  Okay.  So take a look at Tab 33, please.
      07   This is WHOI 108081.
      08           MS. BROWNE:  That's going to be
      09   marked Exhibit 9016.
      10           (Marked Exhibit No. 9016.)
      11       A.  Okay.
      12       Q.  (BY MS. BROWNE)  It's an E-mail from Chris
      13   Reddy to Julian Zuo from November 23rd, 2010.
      14           And Chris says:  "Thanks, Julian.
      15   This is great.  If you could calculate GOR with
      16   our data, that would be great.  I tried with your
      17   paper but got lost.  Thanks, Chris."
      18           Do you see that?
      19       A.  Let's see.
      20       Q.  It's the first line at the top of the
      21   page.
      22       A.  Yeah.  Okay.
      23       Q.  Did I read that right?
      24       A.  Yes.
      25       Q.  So do you know whether or not Julian or
00154:01   his colleagues at Schlumberger calculated the GOR
      02   for your colleague, Mr. Reddy?


Page 154:04 to 154:20

00154:04       A.  Do I know if Julian calculated that, doing
      05   what Chris suggested he do -- or asked him to do
      06   in this E-mail?  "If you could calculate GOR with
      07   our data, that would be great."  I don't know if
      08   Julian did or not.
      09           If you have an E-mail, I could -- or
      10   some other document that suggests that they did,
      11   that --
      12       Q.  (BY MS. BROWNE)  Well, you were charged
      13   with that project.  Didn't you tell me that?
      14       A.  I was charged with collection of the
      15   samples.  Chris was in charge of the analysis.
      16   Okay?  Chris is a chemist by training.  So he was
      17   leading that effort of the analysis of the
      18   hydrocarbons.
      19       Q.  Okay.  And he asked Schlumberger for help
      20   to calculate the GOR, right?


Page 154:22 to 155:03

00154:22       A.  Chris, in his colorful language here -- he
      23   tends to be very self-deprecating, but I doubt
      24   that he got lost.  I would say it's more that he
      25   just wanted clarification but --

```
00155:01        Q.  (BY MS. BROWNE)  And you're not
      02  speculating now, right?  You're not speculating
      03  about that?
```

Page 155:05 to 156:21

```
00155:05        A.  That would be speculating, too --
      06        Q.  (BY MS. BROWNE)  Okay.
      07        A.  -- in the sense that he says that he got
      08  lost --
      09        Q.  Okay.
      10        A.  -- but --
      11        Q.  Well, let's look at Tab 34.  That's WHOI
      12  108063.
      13              MS. BROWNE:  We'll mark that 9017.
      14              (Marked Exhibit No. 9017.)
      15        Q.  (BY MS. BROWNE)  This is an E-mail from
      16  Chris Reddy, December 2nd, to a gentleman named
      17  Frank Mango; and if you go about halfway down the
      18  page; it's an E-mail from Chris that says:
      19              "Hi, Frank.  I've enjoyed reading all
      20  of your papers as I am a bit new to the field.  I
      21  recently had a whole oil analyzed and part of the
      22  result was a GOR listed with the 'Mango ratios?'
      23              "Forgive me as I have gone through
      24  many of your papers but cannot find out -- cannot
      25  find out how to calculate the GOR from light
00156:01  hydrocarbons content."
      02              Did I read that correctly?
      03        A.  Yes.
      04        Q.  Okay.  In exhibit -- pardon me, Tab 35 --
      05              MS. BROWNE:  We'll mark that
      06  Exhibit 9018.
      07              (Marked Exhibit No. 9018.)
      08        Q.  (BY MS. BROWNE) -- that's WHOI 111132.
      09  That's an E-mail from Jeff Seewald, June 22, 2010,
      10  to Sean Sylva, Re:  Seewald Sampler; and it reads,
      11  second sentence:
      12              "What is unique about our sample is
      13  our method of collection.  My guess in the oil
      14  industry is they simply have flow meters
      15  monitoring the amount of gas and oil coming out of
      16  the separator."
      17              Did I read that correctly?
      18        A.  Yes, you read that correctly.
      19        Q.  Do you have an understanding as to how oil
      20  is sampled or the GOR is measured, I beg your
      21  pardon, in the oil industry?
```

Page 156:23 to 157:19

```
00156:23        A.  In this case, we can actually go to
      24  publicly available data that's on the Department
      25  of Energy website that explains how their
```

```
00157:01  gas-to-oil ratios were calculated, BP's gas-to-oil
      02  ratios were calculated on the collection of the
      03  ships.  That's what Jeff Seewald is actually
      04  referring to here.
      05       Q.  (BY MS. BROWNE)  And that DOA -- DOE
      06  website you're talking about that provided the GOR
      07  as it was collected on the ships, did it have any
      08  other information about the GOR on it?
      09       A.  As far as I know, it didn't actually
      10  explicitly calculate GOR; but it gave totals of --
      11  of the natural gas being recovered to the -- and
      12  the oil being recovered to the DISCOVERER
      13  ENTERPRISE, the HELIX PRODUCER 1, the Q4000; but
      14  with the HELIX PRODUCER 1, they didn't actually
      15  measure the natural gas.  They just assumed the
      16  value based on the -- the Q4000 data.
      17       Q.  Okay.  Other than the DOE website, did
      18  you -- did you actually check with anyone in the
      19  oil industry about how GOR is calculated?
```

Page 157:21 to 159:14

```
00157:21       A.  I'm sure that Chris talked at length with
      22  other people within the industry.  I'm sure Jeff
      23  Seewald did as well.
      24       Q.  (BY MS. BROWNE)  Why are you sure of that?
      25       A.  Because they were studying this, and I
00158:01  seem to recall that -- having conversations with
      02  them.
      03       Q.  Let's turn to Tab 36, WHOI 110847.  This
      04  is an E-mail from Chris Reddy to Jeff Seewald,
      05  June 22, 2010.  Down to the bottom from Sean
      06  Sylva:  "Dear all, sounds good.  Chris -- Chris,
      07  Cam and I are wondering if this is a standard
      08  analysis in the oil literature.  It may be worth a
      09  literature review to determine this or whether we
      10  could get a commercial SOP."
      11            Is SOP "standard operating
      12  procedure"?
      13       A.  I would guess so, yes.
      14       Q.  Okay.  "For example, Isotech does sample
      15  analysis where mud gas is one of their services.
      16  Perhaps they may have an SOP.  Sean and Chris."
      17            Did I read that right?
      18       A.  Yes.
      19            MS. BROWNE:  That's marked
      20  Exhibit 9019 for the record.
      21            (Marked Exhibit No. 9019.)
      22       A.  I would say that, you know, this is a
      23  great example of -- of the meticulous approach
      24  that these guys took with this.  If you look up at
      25  the top, it says:  Let's keep talking.  This is
00159:01  good dialogue.
      02            This is discussing this, trying to
      03  make sure that they maximize clarity on these
```

```
04   issues.
05        Q.  (BY MS. BROWNE)  All right.  Let's turn to
06   Tab 38.  This is an WHOI 108255.  This is an
07   E-mail from Chris Reddy to Oliver Mullins at
08   Schlumberger and Sam Arey and also Julian Zuo and
09   you --
10        A.  Sam Arey.
11        Q.  I beg your pardon, Sam Arey, Julian Zuo,
12   you, and Jeff Seewald.
13             MS. BROWNE:  This is Exhibit 9020.
14             (Marked Exhibit No. 9020.)
```

Page 159:19 to 159:22

```
00159:19       Q.  (BY MS. BROWNE)  So the people at
    20   Schlumberger told you that they were going to be
    21   sampling complexities that were inherent in your
    22   method of the wellhead sampling, right?
```

Page 159:24 to 161:04

```
00159:24       A.  Did what to them?  Can you point to them?
    25        Q.  (BY MS. BROWNE)  Do you recall the people
00160:01   at Schlumberger told you there would be
    02   complexities in your sampling method?
    03        A.  I don't recall.  If you can point it out,
    04   please do.
    05        Q.  Okay.  There's a -- middle of the page --
    06   E-mail from Oliver to Sam, and the paragraph
    07   begins:  "These are all routine complications in
    08   the oil business for valid sample acquisition and
    09   analysis -- so we have had time to ponder these
    10   issues!  For our sample acquisition, we emphasize
    11   to sample above Psat so we have single phase
    12   flow."
    13             Did I read that right?
    14        A.  Okay.
    15        Q.  "Obviously at the wellhead this is not an
    16   option (pressure too low to maintain single
    17   phase).  Then one must deal with sampling
    18   complexities."
    19             Do you see that?
    20        A.  Yes.
    21        Q.  Did I read that right?
    22        A.  Yes.
    23        Q.  Okay.  So they told you that they were
    24   going to be sampling complexities if you tried to
    25   measure at the wellhead, right?
00161:01       A.  Yes.
    02        Q.  Okay.  And did they -- they told you the
    03   sample may not be representative.  Do you recall
    04   that?
```

Page 161:06 to 162:20

```
00161:06        A.  Say that --
      07        Q.  (BY MS. BROWNE)  Did they tell you your
      08   sample may not be representative?
      09        A.  I see here where he said:  "Then one must
      10   deal with sampling complexities."  I'm looking for
      11   a place where it says "not representative."
      12        Q.  Okay.  Let's turn to Tab 40.  That's
      13   WHOI 107014.
      14              MS. BROWNE:  We'll mark that as 9021.
      15              (Marked Exhibit No. 9021.)
      16        A.  Could you say which tab again?
      17        Q.  (BY MS. BROWNE)  Sure, Tab 40.
      18        A.  Tab 40, okay.
      19        Q.  Middle of the page:  "This brings me to
      20   my" -- this is an E-mail from -- it's responding.
      21   It's Oliver Mullins responding to Chris Reddy,
      22   Oliver Mullins from Schlumberger:
      23              "This brings me to the second point.
      24   What is the primary objective?  If the idea is to
      25   understand the oil and gas volumes and movie
00162:01   images, for example (which were used to get
      02   volumetric flow rates), then the lower
      03   temperatures might be more appropriate because
      04   fluids are outside the borehole.  If the gas and
      05   liquid volumes are of interest where the snorkel
      06   sample -- snorkel collected sample, a different
      07   temperature -- T is operative.
      08              Also, if the snorkel is sampling two
      09   phase fluids, then it is highly likely the sample
      10   is not so representative.  It is not likely the
      11   snorkel captures oil and gas fractions that are
      12   not representative of their correct fractions,
      13   just the nature of the multiphase flow."
      14              Do you see that?
      15        A.  Yes.
      16        Q.  Did I read that right?
      17        A.  That's Paragraph 3?
      18        Q.  Yeah, of that E-mail.  So -- so he told
      19   you it's highly likely the sample is not going to
      20   be representative, right?
```

Page 162:22 to 163:23

```
00162:22        A.  It says if the snorkel is sampling two
      23   phase fluids, then it's highly likely the sample
      24   is not so representative.
      25              Now, it -- the question is how
00163:01   representative is it, not that it's a binary
      02   decision there.
      03        Q.  (BY MS. BROWNE)  All right.  Let's turn to
      04   Tab 38, WHOI 108255.  And we're going to --
      05              MR. LAND:  Exhibit 9020?
      06              MS. BROWNE:  Yeah.
```

```
07        Q.  (BY MS. BROWNE)  It's Page -- Page 108256.
08   It's the second page of the exhibit.  Last
09   paragraph -- the third paragraph at the top of the
10   page:  "Here I would say the biggest uncertainty
11   by far is the attempt to acquire a representative
12   sample where one expects two phase flow.  It is
13   almost impossible to acquire a gas volume and a
14   liquid volume in unknown but representative
15   proportions.  Consequently, I think a higher order
16   analysis based on this sample is not warranted,
17   but for sure the sample can be used as a guide."
18             Do you see that, Doctor?
19        A.  Yes.
20        Q.  Did I read that correctly?
21        A.  Yes.
22        Q.  Okay.  So -- so you were told the sample
23   could be used as a guide only, right?
```

Page 163:25 to 164:07

```
00163:25        A.  Not as a guide only.  It said it can be
00164:01   used as a guide not excluded from anything else.
02        Q.  (BY MS. BROWNE)  He says the higher order
03   analysis is not warranted, right?
04        A.  Sure.
05        Q.  He says that, right?
06        A.  Yeah.
07        Q.  Okay.
```

Page 165:02 to 165:06

```
00165:02        Q.  (BY MS. BROWNE)  Doctor, in your
03   conversations with Schlumberger, didn't they tell
04   you that the single most -- most accurate way
05   to -- to measure the GOR is by getting a
06   bottomhole sample of reservoir fluid?
```

Page 165:09 to 166:07

```
00165:09        A.  Can you point to that in the document?
10        Q.  (BY MS. BROWNE)  Did they ever tell you
11   that in any conversations?
12        A.  Me, personally, I -- I have no
13   recollection of them telling that to me in a
14   conversation.  I will say that during the time
15   when these E-mails were being exchanged, I was
16   spending a lot of time at sea.  I wasn't actually
17   ashore.  I had limited communications.  And, you
18   know, given the thousands of E-mails that were
19   provided, there's no way for me to physically go
20   through all of these E-mails.
21        Q.  Do you -- do you believe that Chris Reddy
22   is the better one to have -- to be having this
```

```
23    conversation about GOR with me?
24         A.  No, I wouldn't say that.
25         Q.  Okay.  Well, you're here on behalf of
00166:01    Woods Hole, right?
02         A.  Yes.
03         Q.  Okay.  So in Woods Hole conversation with
04    Schlumberger, didn't they tell you that the best
05    and most accurate way to measure the GOR of the
06    reservoir fluid was the bottomhole sample?
07         A.  They may have.
```

Page 166:09 to 166:11

```
00166:09        Q.  (BY MS. BROWNE)  That's because the
10    reservoir fluid in the reservoir is a single
11    phase, right?
```

Page 166:13 to 166:15

```
00166:13        A.  They mentioned that in an E-mail that you
14    just read about the single phase, that's correct.
15         Q.  (BY MS. BROWNE)  Okay.  All right.
```

Page 166:20 to 167:07

```
00166:20        Q.  Do you know if there was a single phase
21    sample collected pre-blowout?
22         A.  I don't know for certain, but my intuition
23    suggests that there was.
24         Q.  Did you ever inquire as to whether there
25    was a pre-blowout sample?
00167:01        A.  One of my colleagues may have.
02         Q.  Do you know whether they did or they
03    didn't?
04         A.  I -- I would think that they did.
05         Q.  Okay.  And -- and when they inquired about
06    the existence of a pre-blowout sample, what were
07    they told?
```

Page 167:09 to 169:10

```
00167:09        A.  I don't know.
10         Q.  (BY MS. BROWNE)  Who did they ask?
11         A.  I don't know.
12         Q.  Who would know?
13         A.  The record would show who -- whomever had
14    access to that information.
15         Q.  What -- what record would show who had
16    access to that information?
17         A.  If -- if there is a record that's publicly
18    available, please provide it and let's take a
19    look.
20         Q.  No.  Doctor, you're here on behalf of
```

```
21    WHOI, so you're going to provide the information
22    to me.  And that's what I'm asking you:  If
23    somebody at WHOI made the inquiry, I'd like to
24    know who that was, please.
25        A.  I personally do -- do not know.
00168:01        Q.  And now GOR was one of the inputs into
02    your many papers that we're here talking about
03    today, right?
04        A.  That's correct.
05        Q.  And that's one of the topics we're here to
06    talk about today, right --
07        A.  That's true.
08        Q.  -- the analysis that forms the basis of
09    those papers, correct?
10        A.  That's correct.
11        Q.  But you can't tell me about the part of
12    the analysis that pertains to an inquiry as to
13    whether or not there was pre-blowout fluid samples
14    or bottomhole samples in existence, correct?
15            MR. LAND:  Objection; form.
16        A.  Let's take a look at these papers.
17        Q.  (BY MS. BROWNE)  Is it your understanding
18    that if -- if an inquiry had been made about the
19    existence of pre-blowout bottomhole samples, that
20    would be reflected in one of your papers?
21        A.  I don't know.  I mean, we would have to
22    look through the papers and see if that is the
23    case.
24        Q.  You -- you reviewed the papers to prepare
25    for today, didn't you?
00169:01        A.  I read through them.
02        Q.  Do you recall reading anything about
03    inquiries into the existence of pre-blowout
04    samples?
05        A.  I would like time to review the paper
06    again.
07        Q.  I'm just asking whether you recall reading
08    anything in your review about the existence of
09    pre-blowout samples.
10        A.  Not at the moment.
```

Page 169:18 to 172:06

```
00169:18        Q.  Sure.  If I was -- if I was to tell you
19    that there's nothing in any of those papers that
20    discusses inquires made by WHOI into the existence
21    of pre-blowout reservoir samples, would you have
22    any reason to doubt that?
23        A.  That there's no mention of it in these
24    papers?
25        Q.  Correct.
00170:01        A.  If you tell me that, I'll take you at your
02    word.
03        Q.  You know, let's take a look at Tab 44.
04    It's a document from Schlumberger.  Schlumberger
```

```
05  is the company that you reached out to for
06  information about GOR.  Do you recall that
07  conversation about that a minute ago?
08        A.  Our conversation about it, yes.
09        Q.  Okay.  We're going to mark this as Exhibit
10  9022.
11                   (Marked Exhibit No. 9022.)
12        Q.  (BY MS. BROWNE)  On Page 11 of that
13  document --
14        A.  Page 11, yes.
15        Q.  -- under "Current Sampling Methods,
16  Bottomhole Samples," it reads:  "Bottomhole
17  sampling should always be the first choice when
18  reservoir and well conditions permit.  It provides
19  fresh, uncontaminated reservoir fluid with the
20  highest degree of vertical resolution."
21                   Did I read that properly?
22        A.  Sounds good.
23        Q.  Okay.  And you mentioned to me in response
24  to an earlier question that your chosen method of
25  sampling was to -- to get a representative end
00171:01  member.  Do you remember telling me that?
02        A.  Yes.
03        Q.  And part of that definition of
04  "representative end member," you told me it was
05  uncontaminated, correct?
06        A.  Yes.
07        Q.  Okay.  Okay.  And then further on Page 11,
08  same column:  "This technique provides small
09  samples (volumes typically range from 0.25 to 4
10  liters and is essential when the team needs very
11  accurate results."
12                   Did I read that correctly, sir?
13        A.  Where are you reading?
14        Q.  Same column, Page 11, "Bottomhole
15  Samples"?
16        A.  Okay.
17        Q.  You say:  "When bottomhole sampling is
18  conducted correctly, the fluid is still single
19  phase.  This technique provides small samples
20  (volumes typically range from 0.25 to 4 liters)
21  and is essential when the team needs very accurate
22  results."
23                   Did I read that right?
24        A.  Yes.  And I'd say that that's why we
25  wanted to collect our samples as well, so that we
00172:01  could have very accurate samples.
02        Q.  Your samples weren't bottomhole, were
03  they?
04        A.  No, they weren't bottomhole.
05        Q.  And they weren't single phase, right?
06        A.  No, they weren't single phase.
```

Page 192:02 to 192:21

```
00192:02      Q.  (BY MS. BROWNE)  Okay.  So you use 4.4
      03 C as -- in Camilli 2, which is FRTG Appendix C --
      04 as your ambient temperature, right?
      05      A.  That's correct.
      06      Q.  And why didn't you use the 105 C?
      07      A.  Because that's not ambient seafloor
      08 temperature.
      09      Q.  But that's the temperature of the fluids,
      10 right?
      11      A.  That's the temperature inside the blowout
      12 preventer.
      13      Q.  The fluids are coming out through that
      14 blowout preventer, right?
      15      A.  That's correct.
      16      Q.  I mean, you -- you didn't measure the
      17 blowout preventer; you measured the fluid in the
      18 blowout preventer, right?
      19      A.  That's correct.
      20      Q.  Okay.  So the fluid temperature was 105 C,
      21 right?
```

Page 192:23 to 193:13

```
00192:23      A.  Yeah.  The -- the fluid sample from the --
      24 I believe it's the MW 1 sample -- was, yeah,
      25 10- -- you said 105, 104.  I forget exactly, but
00193:01 yeah.
      02      Q.  (BY MS. BROWNE)  Okay.  Is MW 1 the same
      03 as the 1600 GOR?
      04      A.  I believe that's correct.  I have to flip
      05 back to that.
      06           Which -- which tab was that?  Let me
      07 just double-check here.
      08           Yes, MW 1 is 1600.  So on Page 206,
      09 WHOI 00753.
      10      Q.  Okay.  So Jeff Seewald suggested that you
      11 use the 105 C temperature.  Do you remember that?
      12      A.  Not off the top of my head.  Can you point
      13 me to a discussion?
```

Page 193:19 to 195:11

```
00193:19      Q.  (BY MS. BROWNE)  That's WHOI -1248.
      20           So in the middle of the page, Jeff
      21 writes -- and this is an E-mail from July 26,
      22 2010.
      23           "Rich, Chris and I have been
      24 discussing the GOR calculation.  Here are some of
      25 our thoughts and concerns."
00194:01           And for the record, this is marked
      02 Exhibit 9024.
      03           (Marked Exhibit No. 9024.)
      04      Q.  (BY MS. BROWNE)  "No. 1.  My excitement
      05 about your suggestion to use 4.4 C was premature.
```

06  Seems more appropriate to use 100 C, which was
07  measured at the wellhead.  Spreadsheet with
08  revised calculation is attach.  I think it would
09  be appropriate to use 4.4" --
10              And you reply.  You see that you
11  wrote:  "Hi, Jeff.  My comments are in line with
12  yours."
13              So you've interlineated his E-mail.
14  Do you see that?
15        A.  That's correct.
16        Q.  Okay.  So your reply to him is:  "I think
17  it would be appropriate to use 4.4 C because this
18  is likely to be the temperature at a height
19  approximately 3 to 4 meters above the leak where
20  the multi-beam cross-sectional estimates were
21  made."
22              Do you see that?
23        A.  That's correct.
24        Q.  So if you're using the 4.4 C, you're --
25  you're assuming that the fluid is an equilibrium
00195:01  at the measurement plane; is that right?
02        A.  Temperature-wise?  Equilibrium how?
03        Q.  Sure.
04              Equilibrium temperature-wise?
05        A.  Yes.
06        Q.  And equilibrium composition-wise?  That --
07  is it -- any fluids in equilibrium?
08        A.  The composition doesn't change.  It's
09  conserved.
10        Q.  So is your position that that -- the fluid
11  instantaneously equilibrates?


Page 195:13 to 195:13

00195:13      A.  Instantaneously, no.


Page 197:17 to 198:10

00197:17      Q.  Which one do you want to look at?
18        A.  The one that I was lead author on.
19              MR. PRUITT:  9006.
20        Q.  (BY MS. BROWNE)  That's Exhibit 9016,
21  Camilli 3.
22        A.  Okay.  So if you go to Page 3 of 5 --
23  that's 000637 -- it talks about the -- this
24  equilibrating process that was going on.  It
25  says -- and this is where it's -- this is a
00198:01  refinement of the model from -- what is this? --
02  Exhibit 9005, Appendix C, where we made these
03  assumptions of -- of ideal gas compressibility.
04              We made an approximating assumption
05  that they were at equilibrium at 4.4 degrees
06  centigrade.  These are simplifying assumptions
07  that allow you to make a -- an estimate without

```
08  having to spend a lot of time and when you don't
09  have all of the information about the source
10  geometry, for example.
```

Page 201:15 to 201:18

```
00201:15      Q.  (BY MS. BROWNE)  Let's take a look at --
      16  back to what was marked -- all right.  Let's
      17  actually go take a look at, okay, Tab 67; and
      18  that's WHOI 107798.
```

Page 201:22 to 202:08

```
00201:22  MS. BROWNE:  We're going to mark that
      23  9025.
      24             (Marked Exhibit No. 9025.)
      25      Q.  (BY MS. BROWNE)  Here you go.  Do you
00202:01  recognize what's been marked as 9025 bearing
      02  Production No. WHOI 107798?
      03      A.  Yes.
      04      Q.  What is it?
      05      A.  It's a draft paper.
      06      Q.  It's a draft of your acoustics paper you
      07  were talking about, the one that eventually became
      08  Camilli 3, that PNAS article, right?
```

Page 202:10 to 202:15

```
00202:10      A.  That's correct.
      11      Q.  (BY MS. BROWNE)  Okay.  The article that
      12  you submitted for publication does not have --
      13  doesn't -- there are very few substantive
      14  differences between that paper, Exhibit 9025, and
      15  Appendix C, Exhibit 9005, correct?
```

Page 202:17 to 204:14

```
00202:17      A.  I disagree.
      18      Q.  (BY MS. BROWNE)  Okay.  Can you tell me
      19  what -- can you tell me what the substantive
      20  differences are between Appendix C, which is 9005,
      21  and the FRTG report -- no.  I beg your pardon --
      22  between -- 9025, sorry, between 9005 and 9025.
      23      A.  I don't have a copy of 9005 in front of
      24  me.
      25             MR. PRUITT:  Tab 4.
00203:01             MR. LAND:  This one.
      02             THE WITNESS:  Okay.
      03      A.  No. 1, this draft paper goes into greater
      04  detail about the analysis, the samples of the
      05  acoustic measurements.  It also cites the
      06  literature; and this way, what we're trying to do
      07  is remove assumptions by going with first
```

```
08  principles calculations.
09       Q.  (BY MS. BROWNE)  What about the
10  conclusions?  Are there -- are there -- are there
11  substantive differences in the conclusion?
12            And specifically, I'll direct your
13  attention to Page 5 of this report, which is --
14  bears WHOI 107802.
15       A.  Okay.  Yes.  So, for example, you'll
16  notice that this goes into much greater detail
17  about the assumptions on the ambient seafloor
18  conditions.
19       Q.  Right.  I'm sorry to interrupt you; but I
20  asked about the conclusions, Doctor, so
21  specifically --
22       A.  Those would impact the conclusions.
23       Q.  I beg your pardon?
24       A.  Those would impact the conclusions, the
25  assumptions.
00204:01  Q.  Right.  I just want to know of the
02  conclusions themselves.  We're going to -- we're
03  going to talk in a minute about how you got there,
04  but the conclusions themselves, so the total
05  volumetric flow rate is then multiplied by the oil
06  fraction coefficient to yield an overall oil
07  flow --
08       A.  Uh-huh.
09       Q.  -- of 50 --
10       A.  58,000 barrels.
11       Q.  -- 58,000 barrels of oil per day, right?
12       A.  Uh-huh.
13       Q.  Is that a substantive change from what you
14  reported in the FRTG, Appendix C?
```

Page 204:16 to 204:22

```
00204:16  A.  Yes.  So if you look, the number is -- is
17  different.  It's lower.  It's the original Coast
18  Guard report was 59,000 barrels per day.  This is
19  a -- this draft is at 58,000 barrels per day.
20       Q.  (BY MS. BROWNE)  Do you consider a
21  thousand-barrel difference to be a substantive
22  difference?
```

Page 204:24 to 205:13

```
00204:24  A.  In light of what we -- what was accepted
25  and published, it wouldn't be a substantive -- I'm
00205:01  not sure I understand the word "substantive," but
02  it -- if we look at it in terms of if it's
03  statistically significant, no.
04       Q.  (BY MS. BROWNE)  Okay.  If you take a look
05  at Camilli 3 -- which is your PNAS acoustics
06  paper, I think you called it -- that's 9006.
07       A.  Yes.
```

```
08      Q.  There are a few changes in there from the
09  time of submission, which is the 9025 paper, from
10  what was eventually published as 9006, correct?
11      A.  That's correct.
12      Q.  Okay.  There are changes to entrainment,
13  correct?
```

Page 205:15 to 206:20

```
00205:15    A.  In our analysis, yes.
16      Q.  (BY MS. BROWNE)  Okay.  There's -- there
17  are changes in your velocity extrapolation
18  analysis, correct?
19      A.  Velocity extrapolation analysis, that's a
20  little bit vague of a term, but okay, yeah.
21      Q.  Okay.  There's changes in your imaging
22  threshold, right?
23      A.  Yes.
24      Q.  There's changes in the oil volume
25  fraction, right?
00206:01    A.  That's correct.
02      Q.  And there are changes in your expansion
03  factor, right?
04      A.  The expansion factor, we didn't use an
05  expansion factor in these earlier reports.  That
06  was another detail that was included.
07      Q.  Okay.  Camilli 2, which is the FRTG
08  Appendix C, that was published in August 2010,
09  right?
10      A.  I believe so, yeah.  Well, it wasn't
11  published.  That was handed over to the Coast
12  Guard.
13      Q.  Okay.
14      A.  It didn't count as a publication.
15      Q.  So the August 10, 2010, date is the date
16  you gave it to the Coast Guard?
17      A.  When we completed it and delivered it as
18  Task 3.3, Deliverable No. 4.
19      Q.  So you at least published it to the Coast
20  Guard, right?
```

Page 206:22 to 207:05

```
00206:22    A.  We gave it to the Coast Guard.  It wasn't
23  whether -- I do not believe that this was
24  published until it was included in this document
25  here, the -- this report to the national Incident
00207:01  Command.
02      Q.  (BY MS. BROWNE)  Okay.  And there's no
03  specific accounting for entrainment in the
04  August 10, 2010, report that we've marked as
05  Exhibit 9005, correct?
```

Page 207:07 to 208:01

```
00207:07        A.  The August 2010, it's not described in
      08   there, to my knowledge, in the same way that the
      09   fact that we were using an ideal comprehension is
      10   not described in detail.  That's where these are
      11   getting into increased detail, these papers.
      12        Q.  (BY MS. BROWNE)  But you were -- you were
      13   aware of the possibility of entrainment prior to
      14   publish -- or handing in your August 10 report,
      15   correct?
      16        A.  Yes.  That's why we used the higher gain
      17   threshold with the sonar.  It was a rule-of-thumb
      18   way of doing that.
      19        Q.  Right.  So you -- you accounted for
      20   entrainment in Camilli 2, which is Appendix C,
      21   Exhibit 9005, by increasing the imaging threshold
      22   to 6 dB, right?
      23        A.  That's correct.
      24        Q.  And you told that to Dr. McNutt, that your
      25   velocity profile specifically accounted for water
00208:01   entrainment, right?
```

Page 208:03 to 208:08

```
00208:03        A.  If you can show me the document, I'd like
      04   to see it, please.
      05        Q.  (BY MS. BROWNE)  So you don't remember one
      06   way or the other whether you told Dr. McNutt that
      07   your acoustic velocity profile specifically
      08   accounted for entrainment?
```

Page 208:10 to 210:19

```
00208:10        A.  You're asking me to recall a conversation
      11   that --
      12        Q.  (BY MS. BROWNE)  I'm just asking you if
      13   you recall one way or the other.
      14        A.  I'm saying that -- not off the top of my
      15   head.
      16        Q.  Okay.  Let's turn to Tab 56, WHOI 100176.
      17   It's an E-mail from you -- to you and others
      18   Saturday, November 27th.
      19             The top of the page:  "A couple of
      20   questions that I failed to address in my previous
      21   E-mail:
      22             "Our acoustic velocity profile
      23   explicitly accounts for water entrainment and we
      24   have no evidence that hydrate formation or
      25   potentially different signal strength of the gas
00209:01   to the oil droplets were a challenge to the
      02   measurement process."
      03             Do you see that?
      04        A.  Yes.
```

```
05      Q.  Did I read that correctly?
06      A.  Yes.
07              MS. BROWNE:  For the record, this
08  document is Exhibit 9026.
09              (Marked Exhibit No. 9026.)
10      Q.  (BY MS. BROWNE)  What do you mean that
11  your "acoustic velocity profile explicitly
12  accounts for water..."?
13      A.  In the sense that what we're doing there
14  is -- is using our -- our -- we established
15  this -- this computer model, and we're accounting
16  for the water through the increased signal
17  threshold.
18      Q.  But the signal threshold was for the cross
19  sectional measurement, right, the sonar -- you
20  said you measured -- you said your -- you
21  increased your imaging plane to 6 dB; but the
22  imaging plane's for the Didson, right?
23      A.  Yes.
24      Q.  Okay.  So it's not for velocity, because
25  velocity was the ADCP, right?
00210:01   A.  Yes, but you have to use the two together.
02      Q.  Okay.  But this -- this doesn't say that,
03  right?  It says your -- it says your velocity
04  profile accounts for the water entrainment, right?
05      A.  Yes, it says that; and, you know, we could
06  go on and look at how this -- where I go on to say
07  "have no evidence for hydrate formation or
08  potentially different signal strength of the gas
09  to the oil droplets were a challenge to the
10  measurement process."
11              What we're talking about is signal
12  transduction there.
13      Q.  Yeah, but what I'm talking about is water
14  entrainment.  Okay?
15      A.  Okay.
16      Q.  And you're talking -- and you told me that
17  you accounted for water entrainment by changing
18  the imaging profile, but here you're talking about
19  a velocity.
```

Page 211:05 to 211:08

```
00211:05   Q.  (BY MS. BROWNE)  Okay.  Dr. Camilli, one
06  of the reviewers of your submission that's 9065
07  and that eventually became the PNAS article, 9006,
08  mentioned a concern about entrainment, right?
```

Page 211:10 to 212:17

```
00211:10   Q.  (BY MS. BROWNE)  In fact, I'll -- I'll
11  direct your attention to Tab 57, WHOI 108984.
12  It's an E-mail from you dated February 28, 2011.
13  We've marked it with production -- pardon me,
```

```
14   Exhibit No. 9027.
15            (Marked Exhibit No. 9027.)
16       A.  Which page is this?
17       Q.  (BY MS. BROWNE)  So we're looking at Page
18   108986.
19       A.  Yes.
20       Q.  And the reviewer notes:  "Two primary
21   concerns ae:  1, Lack of any error estimate; 2,
22   Confusion (at least to this reviewer] as to
23   whether the velocity profiles were" downward
24   continued "to the source.  Expanding on this last
25   point, the "results" section states the w_avg is
00212:01   used in the flow rate calculation, and w_avg was
02   earlier defined at the profile of the sonar
03   imaging plane, not at the (effective) source.  If
04   this extrapolation (to the source) is not done,
05   the flux estimate will be too high owing to
06   entrainment of seawater."
07            Do you see that?
08       A.  Yes.
09       Q.  And you see further up on the page, top
10   third of the page, where under "Conclusions
11   Justified," the reviewer writes "No"?
12       A.  Okay.
13       Q.  You see that?  Did I read that right?
14       A.  Yes, you did.
15       Q.  Okay.  And so in the final published
16   version, the PNAS which is Exhibit 9006, you
17   specifically account for entrainment, right?
```

Page 212:19 to 215:14

```
00212:19      A.  We account for entrainment in a different
20   way than we had previously in order to satisfy the
21   reviewer.
22       Q.  (BY MS. BROWNE)  Okay.  Who -- who was
23   involved in making that change?
24       A.  The coauthors.
25       Q.  And how much water entrainment -- well,
00213:01   actually, let me just tell you. So you -- you
02   calculated .057 meters cubed per second at the
03   riser and .016 meters cubed at the BO kink -- BOP
04   kink for a total of .073 meters cubed per second
05   total entrainment isn't that right?
06       A.  Which page is this?
07       Q.  That's Page 205.
08       A.  Page 205 on PNAS's published paper; is
09   that correct?
10       Q.  Yeah.  Exhibit 9006.
11       A.  So I have here on the last paragraph on
12   00036736:  "Volumetric fluid rate is computed at
13   the cross-section plane height as the product of
14   the cross-sectional area multiplied by its
15   respective w_average yielding .154 cubic meters
16   per second for the broken riser an .05 plus or
```

```
17   minus .008 cubic meters per second for the BOP
18   kink."
19            And then later on it describes the
20   entrained seawater estimated for the cross-
21   section plane as a function of the flow lateral
22   surface area extended between the source of the
23   cross-section plane.  So this is continuing it all
24   the way down, and that's doing it using an
25   analytical solution instead of previously using --
00214:01   just setting the threshold higher to try and
02   exclude the water.
03       Q.  Yeah.  So you came up with about 35.8
04   percent of -- of total volumetric flow rate that
05   was water, correct?
06       A.  Could you repeat that?
07       Q.  Sure.  So you -- you came up with about an
08   estimate of 35.8 percent water?
09       A.  I don't see where that's listed.
10       Q.  If you do the math, right, it's .073 --
11   yeah, .073 over .204 cubic meters per second.
12            THE WITNESS:  Can I --
13       A.  So we have .204 as the -- the total flow;
14   is that correct?
15       Q.  (BY MS. BROWNE)  Uh-huh.
16       A.  Okay.  And the water -- entrained water is
17   .057 plus .016, .073.  I get roughly 36 percent.
18       Q.  Yep.  And --
19       A.  Okay.
20       Q.  Okay.  So -- so you'll agree that the
21   water comprised 30 -- roughly 36 percent of the
22   total volume of the -- of the imaging plane,
23   right?
24       A.  Yes, that's correct.
25       Q.  And did you subtract that water out --
00215:01   A.  Yes.
02       Q.  -- when you -- you did.
03            Did you subtract out any water --
04   okay.  This is the first time that you subtracted
05   water out for entrainment, right, in this PNAS
06   paper?
07       A.  This is the first time we used an
08   analytical solution based on peer-reviewed
09   literature to calculate the water entrainment
10   using the -- the methods described in the papers
11   that are referenced.
12       Q.  All right.  So between the source and the
13   imaging plane, this is the first time you -- you
14   made that calculation, right?
```

Page 215:16 to 215:21

```
00215:16   A.  In the published paper, we make that
17   estimation using that technique.  In the earlier
18   approaches, we increased the -- the imaging sonar
19   threshold to try and exclude water.
```

```
        20      Q.  (BY MS. BROWNE)  Okay.  What happened to
        21 that 35.8 percent water?  Where did it go?
```

Page 215:23 to 216:02

```
00215:23      A.  Where does it go?  It goes into the plume.
        24 It's entrained water.
        25      Q.  (BY MS. BROWNE)  Okay.  When you -- in
00216:01 coming up with your flow rate, where did the water
        02 go?
```

Page 216:04 to 216:07

```
00216:04      A.  It -- it goes into the plume.
        05      Q.  (BY MS. BROWNE)  And it stays there?  Is
        06 it free water?  Let me ask you that:  Is it free
        07 water, the entrained water?
```

Page 216:09 to 216:17

```
00216:09      A.  Free in what sense?
        10      Q.  (BY MS. BROWNE)  Does it combine with
        11 anything?
        12      A.  It appears it would create hydrates.
        13      Q.  Okay.
        14      A.  It would have to.
        15      Q.  It would have to.  So the 30 -- the
        16 roughly 36 percent entrained water converted to
        17 hydrates?
```

Page 216:19 to 216:24

```
00216:19      A.  The water entrained into the -- the jet
        20 would cause hydrate formation.
        21      Q.  (BY MS. BROWNE)  Did it in this case?
        22      A.  We have evidence supporting that, yes.
        23      Q.  How much?
        24      A.  We can clearly --
```

Page 217:01 to 217:11

```
00217:01      A.  We can clearly see on the video that
        02 hydrates were forming in the -- the jets.  I mean,
        03 that -- and you can see that when the -- when BP
        04 first tried to put that coffer dam down, hydrates
        05 were forming, and that's what caused that system
        06 to fail.  In addition, when we were operating
        07 the -- with the ROV, we were having problems with
        08 hydrate formation right at the source as it was
        09 working.
        10      Q.  (BY MS. BROWNE) Yeah, but how much -- how
        11 far of that water became hydrates?
```

Page 217:13 to 217:19

```
00217:13      A.  That's not calculated explicitly in here.
     14      Q.  (BY MS. BROWNE)  Okay.  Can you tell me?
     15      A.  Not at this moment.  We could work with
     16  that.
     17      Q.  You -- you can do that calculation?  You
     18  can tell me how much of that water became
     19  hydrates?
```

Page 217:21 to 218:02

```
00217:21      A.  There's -- with hydrate formation, it's
     22  considered a nonstoichiometric structure.  You
     23  could estimate it probably.  I haven't attempted
     24  to do that, neither have any of my colleagues.
     25      Q.  (BY MS. BROWNE)  You've never -- you've
00218:01  attempted to calculate the percentage of hydrates
     02  that formed?
```

Page 218:04 to 219:01

```
00218:04      Q.  (BY MS. BROWNE)  Pardon me, the percentage
     05  of water --
     06      A.  That formed?
     07      Q.  -- that became hydrates?
     08      A.  No.  Because when this -- once you account
     09  for the water coming in, you've accounted for it.
     10  If you try to account for water here and hydrates
     11  there, effectively you double count.  The water
     12  coming in is the water.  It wasn't -- it was --
     13  essentially we're calculating the seawater
     14  that's -- that's coming in from the -- the -- you
     15  can think of the external surface of the -- the
     16  jet plume.  That's what's described in the paper.
     17            And, you know, with regard to the
     18  velocity profile, the velocity profile is
     19  described by that horizontal extent.  If you don't
     20  describe it that way, then it's -- then it's
     21  like -- you know, it's like the joke about the one
     22  armed fisherman saying, "I got a fish this big."
     23  You haven't bounded it.  And so what we're doing
     24  is describing that -- that surface.
     25      Q.  Did you consider whether water entrainment
00219:01  varies with height?
```

Page 219:03 to 219:22

```
00219:03      A.  We calculated it as a function of height.
     04      Q.  (BY MS. BROWNE)  Okay.  So you acknowledge
     05  that water entrainment varies as a function of
     06  height, right?
```

```
07      A.  "Height" meaning distance from the source?
08      Q.  Yes.
09      A.  We're counting it based on the
10  scientifically accepted method and --
11      Q.  So -- so then, you agree that -- so the
12  rate of entrainment varied with the height, yes?
13      A.  Yes.
14      Q.  Okay.
15      A.  And -- and that's dependent in the -- when
16  the -- the fluids that are emitted transitioned
17  from a jet flow to a buoyant plume flow.
18      Q.  Okay.  If you assume that all the other
19  values stayed the same in your paper, but you just
20  accounted for the entrainment between the source
21  and the imaging plane, that results in a net
22  decrease in flow rate, doesn't it?
```

Page 219:24 to 220:03

```
00219:24      A.  I'm not sure that I follow.
25      Q.  (BY MS. BROWNE)  If you left all your
00220:01  parameters the same and you simply correct the
02  accounted for entrainment, that would result in a
03  net decrease in the flow rate, right?
```

Page 220:05 to 220:08

```
00220:05      A.  That would be cherry-picking data.  That's
06  not a good idea scientifically.
07      Q.  (BY MS. BROWNE)  Can you answer my
08  question?
```

Page 220:10 to 220:18

```
00220:10      A.  I can answer it and tell you that,
11  scientifically, that would not be a valid
12  approach.
13      Q.  (BY MS. BROWNE)  Can you do the
14  calculation?
15      A.  Can I do the calculation?  You would have
16  to explain the -- the terms.
17      Q.  Which terms don't you understand?
18      A.  Just let's go through them.
```

Page 220:20 to 221:01

```
00220:20      A.  I -- I mean, if you -- I can do
21  mathematics if you would like.
22      Q.  (BY MS. BROWNE)  Right.  So if you -- if
23  you account for entrainment but you otherwise keep
24  everything else the same, that's going to end up
25  giving you a net decrease in your flow rate,
00221:01  right?
```

Page 221:03 to 221:09

```
00221:03        Q.  (BY MS. BROWNE)  Because your volume is
      04  decreasing?
      05        A.  I accounted for entrainment previously.
      06  We didn't account for -- and we used a rule --
      07  rule of thumb and so that we changed the way that
      08  we accounted for entrainment.
      09        Q.  Right.
```

Page 221:19 to 221:21

```
00221:19        Q.  Did you have discussions with anyone about
      20  whether the accounting for entrainment in this
      21  method would affect your flow rate?
```

Page 221:24 to 222:14

```
00221:24        A.  With the -- this was an ongoing analysis.
      25  So, yes, we discussed it all the time in terms of
00222:01  how the -- best to construct this model.  This is
      02  a new analytical model that we constructed.  It's
      03  described in -- in great detail in the
      04  supplemental and we published it with that.  And
      05  to provide a little bit of explanation here.
      06  When -- when we publish these papers in PNAS,
      07  we're limited in the amount of length that we have
      08  in order to describe our -- our research.
      09        Q.  (BY MS. BROWNE)  Right.  And I -- and
      10  understand that.  And that's why --
      11        A.  So in the supplemental, I describe -- my
      12  coauthors and I describe in details how this --
      13  this model is derived.
      14        Q.  And we'll get to that.
```

Page 222:19 to 223:25

```
00222:19        Q.  (BY MS. BROWNE)  So that's why I want to
      20  know if there are any E-mails that are going to
      21  reflect for -- E-Mails, for example, that will
      22  reflect discussions about how your accounting for
      23  entrainment affected your bottom line flow rate
      24  number.
      25        A.  How accounting for entrainment --
00223:01        Q.  As you did here?
      02        A.  I'm sure that we had discussions as if
      03  there were E-mails or not.  I -- I have not been
      04  able to review all of the E-mails.
      05        Q.  Okay.  You also made changes in your --
      06  how you calculated average velocity at the imaging
      07  plane between the submitted 9025 and what ended up
      08  as 9006, the PNAS paper, right?
```

```
09       A.  That's correct.
10       Q.  Okay.  In -- in what we've called Camilli
11  2, which is the FRTG Appendix C, Exhibit 9005, you
12  reported velocities of .20 at the riser and .13 --
13  and this is meters per second -- at the BOP kink,
14  right?  Let me find a page for you.
15             Let me ask you something else,
16  because I think I did ask calculations.  It --
17  in -- in Camilli 2, though, you -- you applied a
18  jet model, right?  Is Camilli 2 not Exhibit 9005,
19  the Appendix C?
20       A.  Yeah.
21       Q.  Page 13, "Based on empirical data for a
22  wide range for free round jets"?
23       A.  Uh-huh.
24       Q.  And under a jet model, the flow is
25  momentum-driven, right?
```

Page 224:02 to 224:04

```
00224:02       A.  Under a jet model, it would begin as
03  momentum-driven flow and then transition to
04  buoyancy.
```

Page 227:19 to 227:22

```
00227:19  -- the velocity was then reduced by
20  25 percent when you applied your plume model,
21  right, between Camilli 2 and Camilli 3?  Camilli 2
22  being 9005; Camilli 3 being 9006.
```

Page 227:24 to 228:20

```
00227:24       A.  I'm not following this.  You're going a
25  little too fast for me to keep up to what you're
00228:01  pointing to -- you're referring to.
02             Can you say that again, please?
03       Q.  (BY MS. BROWNE)  Your -- you changed your
04  velocities between the two papers, correct?
05       A.  I didn't change them.  The calculations
06  were updated and --
07       Q.  Okay.  But --
08       A.  They were what they are.
09       Q.  All right.  I appreciate that.
10             The velocities went down, right?
11       A.  Maybe so.  Let me see.  I -- I -- we're
12  having trouble getting to the point where I can
13  reference one to the other.  If you can point me
14  to the reference where the velocities are
15  described in the one paper and then versus the
16  other paper.
17       Q.  So you don't -- as you sit here, you don't
18  is a recollection as to whether changing from a
```

```
        19   jet model to a plume model gave you lower
        20   velocities?
```

Page 228:22 to 229:24

```
00228:22        A.  You're asking for something that's out of
        23   context here.
        24              One thing, just to give you a sense
        25   of the differences in these models, if you look at
00229:01   this -- the 9005 exhibit, Page 16, if you look at
        02   the figure up here (indicating), notice the --
        03   that the bounds described in the -- the flow, it's
        04   a cylindrical model.  If you look at the PNAS
        05   paper that's published, it's no longer
        06   cylindrical; it's conical.  This is the way -- so
        07   these numbers, when you're comparing one number to
        08   the other, you can't attribute it directly to one
        09   thing.  There -- there are differences in these
        10   models.
        11        Q.  (BY MS. BROWNE)  Okay.  When did you make
        12   the change in the velocity calculation analysis?
        13        A.  When did I make the change in the model?
        14        Q.  Yeah.
        15        A.  With this -- this model change, there are
        16   multiple steps, but with this analytical approach
        17   that we take with these derivations, these were
        18   based on the PNAS reviewers' comments.
        19        Q.  Didn't -- whose -- well, you worked with
        20   Daniela Di Iorio; am I saying her name right?
        21        A.  Daniela Di Iorio.
        22        Q.  Okay.  Did she ever suggest to you that
        23   you needed to change models from a jet phase --
        24   jet model to a plume model?
```

Page 230:01 to 230:14

```
00230:01        A.  All of this was -- was actively discussed
        02   within our group in terms of how we defined these
        03   models.  Daniela Di Iorio is -- is one of the
        04   world's most experts.  Another person is Alexander
        05   Touche.  They're both professors.  Alexander was
        06   at MIT.  We were classmates together.  I know
        07   Daniela Di Iorio through Andrew Bowen, who worked
        08   with her previously looking at hydrothermal vent
        09   flow.  Daniela actually builds a lot of her own
        10   equipment to measure hydrothermal vent flow.
        11        Q.  Okay.  And she suggested to you in
        12   December of 2010 that she suspects the velocity
        13   measurements are made in the buoyant plume; do you
        14   remember that?
```

Page 230:16 to 231:21

```
00230:16      A.  Can you point me to --
      17      Q.  (BY MS. BROWNE)  Tab 61, WHOI 100123.
      18      A.  Okay.
      19      Q.  Okay.  And this is an E-mail exchange
      20 between you and Daniela, and at the bottom of the
      21 page of 100123, last sentence, she -- she -- she
      22 notes to you -- and this is -- the date of this is
      23 December 16th, 2010.  "I suspect the velocity
      24 measurements are made in a buoyant plume part."
      25           Do you see that?
00231:01      A.  Yes.
      02      Q.  And, in fact, the entire paragraph reads:
      03 "Also, the distinction between a buoyant jet and a
      04 buoyant plume needs to be made.  My understanding
      05 is that a jet is momentum-driven and a plume is
      06 buoyancy-driven."
      07      A.  Uh-huh.
      08      Q.  "At what distance from the orifice is the
      09 discharge no longer a jet but behaves more like a
      10 plume (buoyancy dominating over its momentum).  I
      11 suspect the velocity measurements are made in the
      12 buoyant plume part."
      13           Did I read that correctly?
      14      A.  Yes, you did.  And this is what we
      15 describe as plume.  There's this transition area.
      16      Q.  Right.  We're going to mark this
      17 Exhibit 9028.
      18           (Marked Exhibit No. 9028.)
      19      Q.  (BY MS. BROWNE)  And you said she's --
      20 she's an expert in her field, right?  Which is
      21 this jet-versus-plume modelling; is that right?


Page 231:23 to 232:07

00231:23      A.  She's actually an expert in acoustics.
      24      Q.  (BY MS. BROWNE)  Okay.  So this is not her
      25 field?
00232:01      A.  She -- she does this kind of work so she's
      02 a real -- excellent at it.  So, yeah, I consider
      03 that she has expertise in that.  Definitely.
      04      Q.  All right.  All right.  So after you spoke
      05 with Daniela or you had this exchange with
      06 Daniela, you changed the analysis or the model
      07 that you used, right?


Page 232:09 to 232:20

00232:09      A.  This was an ongoing discussion.  We were
      10 continuously refining our model, and in the paper
      11 here, you'll see that it actually talks about
      12 both, the -- the -- the regions of the jet, the
      13 transition, and the buoyant plume.  We -- we go
      14 into excruciating detail here.  This took a long
      15 time to work through.
```

```
16      Q.  (BY MS. BROWNE)  Okay.  If you -- if you
17  assume that all the other values stay the same and
18  you account for the buoyant plume dynamics instead
19  of the jet dynamics, doesn't that result in the
20  net decrease of the flow rate?
```

Page 232:23 to 233:16

```
00232:23     A.  I never looked at it in that way.
24      Q.  (BY MS. BROWNE)  You didn't -- I'm sorry,
25  you say you didn't look at it in that way?
00233:01     A.  You're -- you're asking these hypothetical
02  questions that, if we could work through the
03  calculations, then I'd be able to answer them.
04  You're -- you're asking me things out of context.
05  I -- I have to speculate when you, you know, go in
06  rapid succession asking questions and -- you know,
07  we have to have time to think about this.  This --
08  these papers take a year to publish.
09      Q.  Yeah.
10      A.  There's a lot of work.
11      Q.  Yeah.  I agree.
12          And so are there any E-mails that
13  would reflect -- or did you have any discussions
14  about what the effect of using a plume model
15  versus a jet model might have on your flow rate
16  number?
```

Page 233:18 to 234:17

```
00233:18     A.  I can't point to anything specifically.
19  There were many things that were -- were part of
20  open discussion.  If you have one, it would be
21  nice to see it and I can discuss it.
22      Q.  (BY MS. BROWNE)  The -- the total
23  volumetric flow rate that you reported in your
24  Appendix C was .249 meters cubed per second,
25  right?
00234:01          That's Exhibit 9005, Page -- Page 16.
02          Yeah, together, .0781 meters cubed
03  per second at the kink and .171 meters cubed from
04  the end of the broken riser and you get .249
05  meters cubic per second, right?
06      A.  That sound right.
07      Q.  Okay.  And in Camilli 3, which is your
08  acoustics PNAS paper that bears Exhibit 9006, you
09  report a total volumetric flow rate of .131,
10  right?
11      A.  I believe so.
12      Q.  That's on Page 3 of 5, left-hand column?
13      A.  Yes.
14      Q.  Okay --
15      A.  .131.
16      Q.  That's a revision downward by nearly a
```

```
         17  factor of 2, right?
```

Page 234:19 to 234:23

```
00234:19      A.  That is a revision downward, yeah.
      20      Q.  (BY MS. BROWNE)  And that downward
      21  revision is almost entirely the result of
      22  accounting for entrained water and for the
      23  velocity extrapolations, right?
```

Page 234:25 to 235:17

```
00234:25      Q.  (BY MS. BROWNE)  Calculations -- velocity
00235:01  calculations?
      02      A.  That sounds right.
      03      Q.  We talked a little bit before about the
      04  imaging threshold, and I wanted to go back to
      05  that.
      06      A.  Okay.
      07      Q.  You had mentioned that, to account for
      08  water entrainment, you would change the imaging
      09  threshold to 6dB; do you remember that?
      10      A.  Yes.
      11      Q.  Do you remember what it was before you
      12  changes it to 6dB?
      13      A.  Three and half.
      14      Q.  When did you change it to 3.5 to 6dB --
      15      A.  This was --
      16      Q.  -- for the -- for purpose of -- of
      17  Appendix C, which is Exhibit 9005?
```

Page 235:19 to 236:03

```
00235:19      A.  Appendix C, we were still relying on the
      20  6dB threshold because that was the way that we
      21  accounted for water.  I'm pretty sure that,
      22  somewhere in there, it actually says that.  It --
      23  actually, on Page 9, it says:  "Upper image shows
      24  an example of acoustic cross-section of plume;
      25  lower image shows plume area calculation using
00236:01  motion tracking with a 6dB threshold."
      02      Q.  Right.  But you said you changed it to
      03  6dB.  When was it 3.5?
```

Page 236:05 to 237:09

```
00236:05      A.  3.5 -- how can I explain this?
      06          This is in the processing in making
      07  the cross-section measurements.  You set that
      08  threshold and go through frame by frame and
      09  measure the cross-sectional area.  The -- that's
      10  all done in post processing.  We did that from the
      11  various -- at the very start of the operation.  We
```

```
12    used 6dB from the very beginning and then we
13    changed it to 3 and a half dB based on this --
14    this other analytical approach for accounting for
15    water.
16             If you left it at 6dB and then used
17    the analytical methods described in the PNAS
18    paper, you would be double-counting water.
19        Q.  (BY MS. BROWNE)  Did you consult Sound
20    Metrics about the appropriate imaging threshold?
21        A.  Yes, I did.
22        Q.  Okay.  The -- the boundary of the
23    cross-sectional area depends on the
24    signal-to-noise ratio; is that right?
25        A.  Yes.  And that's synonymous with the dB
00237:01    threshold.
02        Q.  So if you go from a higher SNR,
03    signal-to-noise ratio, to a lower one, that means
04    you increase the noise?
05        A.  No.  We -- the noise stays the same.  It's
06    what you count as signal.
07        Q.  Right.  The noise in the cross-section,
08    right, the signal-to-noise ratio?
09        A.  That's --
```

Page 237:11 to 239:09

```
00237:11       A.  That's an expression.  It's -- it's what
12    you're counting as signal.  You might want to call
13    it signal and other and -- yeah.  So you're
14    changing what you're counting as signal.  It's not
15    necessarily noise.
16        Q.  (BY MS. BROWNE)  Okay.  The effect of
17    changing that imaging threshold back to 3.5 dB was
18    to increase the cross-sectional areas, right?
19        A.  On average, yes.
20        Q.  Okay.  So for the -- the riser, it was
21    1.1 and then for the BOP kink, it was 0.996 meter
22    squared in PNAS, which is Exhibit 9006.
23        A.  Yes.  That's correct.
24        Q.  Okay.  And then in -- when you used the
25    6 dB threshold in Camilli 2, which is Exhibit
00238:01    9005, the exhibit or Appendix C to the FRTG
02    report, that had a 0.87 area -- see what it says.
03              Yeah.  Page 8, 0.87 was the
04    cross-section for the plume at the riser and 0.61
05    meter squared was the BOP kink leak, right?
06        A.  That's correct.
07        Q.  Was there anything that changed between
08    Camilli 2, which is Appendix C, and Camilli 3,
09    which is the PNAS paper, Exhibit 9006, that would
10    have caused you or caused the change or frankly
11    was responsible -- let me restate that.
12              Is there anything that changed
13    between the time of the Appendix C report in
14    August 2010 and the reporting in PNAS in 2011
```

```
15   that's responsible for the increase in the
16   cross-sectional area other than this imaging
17   threshold we've just discussed?
18       A.  I don't believe so.  I think that the --
19   the contiguous area threshold as being equal to or
20   greater than 100 centimeters was the same one that
21   was used and -- let's see.  It's described in the
22   methods.  Let's see.  So frequency was the same.
23   It was the same data set that was used.
24       Q.  And it was the same plumes, right, we're
25   talking --
00239:01     A.  Yeah, same data.
02       Q.  Yeah.
03       A.  It's not a different data set.  It's the
04   same data, just processed with a different
05   threshold and -- yeah.  It's the same -- it was
06   recorded with the same exaltation frequency at
07   1.0 megahertz.
08       Q.  Is there -- is there -- or can there be a
09   wrong threshold?
```

Page 239:11 to 242:07

```
00239:11     A.  You could set it to zero, and that would
12   be wrong.  So it could be wrong.
13       Q.  (BY MS. BROWNE)  It won't let you do that,
14   though, right, if you try to set it?  Have you
15   ever tried to set one to zero?
16       A.  I don't think I have.
17       Q.  I don't think you can?
18       A.  So that would be wrong.
19       Q.  Okay.  Do you -- do you know when the
20   imaging -- the change -- the decision to change
21   the imaging threshold was made in the course of
22   these modifications to your analysis?
23       A.  I can describe it to you.
24       Q.  You can describe when it was made?
25       A.  In terms of I can't describe a particular
00240:01   date, but I can describe to you why.
02       Q.  Okay.
03       A.  So, first of all, we -- the PNAS reviewers
04   required an analytical solution for the -- the
05   water entrainment; and part of that was through
06   their requirement to have an uncertainty estimate
07   and in using a 6 dB threshold -- that was our rule
08   of thumb for initial operations; and there's
09   really no way to give an uncertainty estimate when
10   you say, I think 6 dB is adequate to get us in the
11   ballpark in -- what the realistic flow is.
12           In my testimony before Congress, they
13   asked me what I thought it would be capable of.  I
14   said certainly to within an order of magnitude and
15   probably within a factor of 2.
16           And so, that's what we initially were
17   trying to do, simplifying assumptions, moving
```

18  forward, trying to get this estimate to the Coast
19  Guard as fast as possible in difficult situations.
20          So now when we move to the submitting
21  the paper to PNAS for review, our analysis to PNAS
22  for review, they required a higher standard, not
23  the -- we had to come up with an estimate for
24  decisions that were being made, but for -- we had
25  to come up with a model that was defensible from
00241:01  first principles in the scientific literature.
02          And so when we did that, we had
03  discussions with all of us and we went back to the
04  literature and the Paplin list paper that's
05  described here was instrumental in transitioning
06  the model.  And so --
07      Q.  And this was after -- I'm sorry.  Just for
08  my perspective, this was -- this was all after.
09  Then you submitted your -- your paper for
10  submission and then you got back the peer review
11  comments and then we have this scientific
12  discussion and sort of looked at the Paplin list
13  paper; is that right?
14      A.  Well, we had used the -- for estimations
15  earlier on, I believe, in -- but we really kind
16  of -- we worked hard on this and this -- and these
17  are some of the greatest minds around.  I mean, I
18  feel honored to work with them.
19      Q.  Right, but the imaging threshold change,
20  just to bring it back up, that came about after --
21  so it was in light of a peer review comment,
22  basically, and then --
23      A.  Yes.
24      Q.  -- you undertook additional research?
25      A.  Basically you have to be able to justify
00242:01  that higher 6 dB threshold:  What is the
02  uncertainty estimate?  Frankly, there is none.  So
03  you have to go with a different model.
04      Q.  I gotcha.  So if you assume, again, that
05  all the other values stayed the same and you only
06  made the change for the imaging threshold, that
07  would increase your flow rate, wouldn't it?

Page 242:09 to 242:16

00242:09      A.  Potentially you would have to look and see
10  what the -- keep in mind that when you increase
11  the cross-sectional area, that's defining which
12  velocity points are included within that conical
13  structure.  So it depends on -- on those regions,
14  how fluids are moving.
15      Q.  (BY MS. BROWNE)  Well, but a larger area
16  would mean more flow, right?  It's a bigger plume?

Page 242:18 to 243:23

```
00242:18        A.  Not necessarily.
      19        Q.  (BY MS. BROWNE)  Really?
      20        A.  Well, the reason is, if you -- if you're
      21  capturing areas that are -- are where there's no
      22  flow and you've overestimated your area, you're
      23  measuring zero velocity there.  So you're
      24  averaging in zero, so that could potentially drop
      25  it lower.  It -- who knows.  I mean, you would
00243:01  have to run the models to see all these things
      02  and --
      03        Q.  But it's the area -- it's the
      04  cross-sectional area of the plume, right?  I mean,
      05  that's what you increased, cross-sectional area of
      06  what you're measuring, right?
      07        A.  When you increase the cross-sectional
      08  area, it increases the total volume where you're
      09  measuring at your velocity points.
      10        Q.  Right.
      11        A.  So that velocity profile that you were
      12  asking about, it is dependent on the cross-section
      13  that you're counting, that -- it's like the
      14  one-armed fisherman saying how big a fish he
      15  caught.  You have to define that bound; and if
      16  you're measuring stagnant water, it's going to
      17  cause the velocity to decrease.  So that could
      18  potentially cause the flow to decrease.
      19        Q.  But in your -- your area has changed,
      20  correct, cross-sectional area changed, from what
      21  you reported.  We talked about that, you reported
      22  a bigger area, right?
      23        A.  Yeah.
```

Page 243:25 to 244:14

```
00243:25        Q.  (BY MS. BROWNE)  Okay.
00244:01        A.  But -- but we were -- then that
      02  cross-sectional area was including water; and then
      03  we account for the water, entrained water using a
      04  different mechanism.
      05        Q.  Right.  And one brings it up; one brings
      06  it down, right?
      07        A.  You -- you -- you can't simplify it like
      08  that.  These are coupled now.  You can't do that.
      09  That's -- you're asking hypotheticals that you
      10  would have to run the models to see.
      11        Q.  Did you have discussions with anybody
      12  about the effect of your measurement -- pardon
      13  me -- your cross-sectional area change on the flow
      14  rate number?
```

Page 244:16 to 244:22

```
00244:16        A.  I -- I may have, and I would say that
      17  in -- in that context, you're looking at it as
```

```
18   this coupled model.  You know, it's -- getting
19   back to looking at the volume flow.
20        Q.  (BY MS. BROWNE)  But you -- I mean, you
21   did a multiplication, right?  You multiplied your
22   cross-sectional area by your velocity.  That's --
```

Page 244:24 to 245:10

```
00244:24      Q.  (BY MS. BROWNE)  Right?
25            A.  But your velocity profile is entirely
00245:01  dependent on the number of points that you include
02   and which points you include in that control
03   volume.
04            Q.  In an area that you've increased --
05            A.  Not an area.
06            Q.  -- twofold, right?
07            A.  Not an area, a volume.
08            Q.  All right.
09            A.  To call it an area is to oversimplify
10   this.
```

Page 246:11 to 248:09

```
00246:11      Q.  (BY MS. BROWNE)  Okay.  Dr. Camilli, I
12   want to talk a little bit about the -- the oil
13   fraction again.  In your Appendix C, which is
14   Exhibit 9005, you talked about your reporting of a
15   43.7 oil fraction, correct, that appears on
16   Page 10?
17            A.  Yes.
18            Q.  All right.  And then what we'll call
19   Camilli 2.5, I guess, which is Pages 10 to 11 of
20   the FRTG report, still Exhibit 9005 but it's the
21   front part, summary part of the FRTG report?
22            A.  Okay.
23            Q.  Pages 10 to 11?
24            A.  Okay.
25            Q.  Second-to-last-paragraph on Page 10, you
00247:01  report a volumetric oil fraction of 42.8 percent.
02   Do you see that?
03            A.  Yes.
04            Q.  And that's also at 150 atmosphere 4.4 C,
05   correct?
06            A.  That's correct.
07            Q.  And that's the same atmospheric and
08   temperature conditions that you used in the FRTG
09   Appendix C, correct?
10            A.  That's correct.
11            Q.  All right.  And then your -- the final
12   submission with Dr. McNutt, which is, I guess,
13   Camilli 5 -- that's 9013 --
14            A.  Okay.
15            Q.  -- the ratio is still I think 42.8
16   percent, right -- .4.  You're right, .4.
```

```
        17        A.  This is on Page 3 of 8 in --
        18        Q.  Page 5 of 8?  On the last -- that far
        19   right column?
        20        A.  5 of 8?
        21        Q.  Middle of the page:  "This sample became
        22   the basis for the oil ratio which equals oil over
        23   gas plus oil equals .41 used by the various
        24   experts, consistent with previous indications that
        25   a value of approximately .4 was appropriate."
00248:01        A.  Uh-huh.
        02        Q.  Do you see that?
        03        A.  Yes.
        04        Q.  But in Camilli -- in Camilli 3, which is
        05   the PNAS acoustics Exhibit 9006 --
        06        A.  Okay.
        07        Q.  So 13 months you've been saying it's in
        08   the 40s, and then it's suddenly 76 percent.  Do
        09   you see that?
```

Page 248:11 to 250:24

```
00248:11        Q.  (BY MS. BROWNE)  It's on Page --
        12        A.  Yes, it's on Page 4 of 5.
        13        Q.  Yep.  Yeah.
        14        A.  Okay.
        15        Q.  Calculated oil fraction, .76 plus or minus
        16   .02, right?
        17        A.  Yes.
        18        Q.  You see that?
        19        A.  Yes.
        20        Q.  Okay.  So on Page 3 -- I'd like to direct
        21   your attention to Page 3 of this Exhibit 9006,
        22   which is the PNAS acoustics submission.
        23        A.  Page 3.
        24        Q.  Yeah.  It bears Production No. 637.
        25        A.  Okay.
00249:01        Q.  You say:  "The volumetric well
        02   fluid-to-seawater mixing ratios at the broken
        03   riser and BOP-kink cross-section planes indicate
        04   that the ambient seawater entrained with the well
        05   fluids caused rapid cooling of these jets."
        06                Did I read that properly?
        07        A.  Yes, you did.
        08        Q.  What do you mean by this?
        09        A.  So when you have cold seawater and you
        10   have this jet of hydrocarbons that's hot, when the
        11   cold seawater gets entrained into the jet, it
        12   cools the jet.  That's essentially what that
        13   means.
        14        Q.  Okay.  How did you calculate the mixing
        15   ratios that you reference there?
        16        A.  Okay.  So if you can account for the
        17   entrainment of the water, as we did as it's
        18   described, using end-member fluids described in
        19   Reddy, et al, and we described that on a mass
```

```
         20   basis in order to avoid the questions or confusion
         21   on -- on the volumetric ratios, we say given this
         22   composition -- it's saying based -- this is where
         23   it changes.  Based on nonideal gas
         24   compressibilities -- we're now using nonideal
         25   compressibility -- and a methane hydrate stability
00250:01   point, approximately 15.5 degrees centigrade, at
         02   ambient hydrostatic pressure, 150 atmospheres
         03   basically at -- where these weak sources are, the
         04   water that became turbulently entrained with the
         05   jet subjected free gas to dissolution while
         06   simultaneously causing carbon dioxide to condense
         07   into liquid phase, transitioning -- and that's
         08   because of the cooling -- transitioning methane
         09   into a hydrate phase.  Under these conditions, the
         10   well fluids at the cross-section plane heights
         11   were by volume 76 percent oil.
         12          So basically what it's describing
         13   there is that as -- the cooling is causing the
         14   gases to contract, the nonideal compression --
         15   compressibility is causing the gas to contract
         16   further than what you would expect, and the
         17   hydrate formation is causing the gas to collapse
         18   and going from a gas phase directly to a solid
         19   phase.
         20          This stuff doesn't -- wouldn't occur
         21   if you had a -- a situation like this in shallower
         22   depths.  So this is based on the environmental
         23   conditions.
         24      Q.  Okay.  Did you produce these calculations?
```

Page 251:01 to 251:22

```
00251:01      A.  We -- we did.  We calculated and wrote it
         02   up and described it right here.
         03      Q.  (BY MS. BROWNE)  Well, no.  Because you
         04   told me that you -- you referenced calculations by
         05   mass from the Reddy paper?
         06      A.  Uh-huh.
         07      Q.  These are by volume, right?  This is
         08   volumetric?
         09      A.  Yeah.
         10      Q.  Okay.  And -- and there's mixing ratios,
         11   and you said you did calculations, right?
         12      A.  Yes.
         13      Q.  Where are they?
         14      A.  Right here (indicating).
         15      Q.  The math is all spelled out here?
         16      A.  The math is spelled out here.
         17          If -- if you assume, for example,
         18   that you're dealing with non ideal
         19   compressibility, you can go to a textbook and get
         20   that non ideal compressibility function.  With --
         21      Q.  Okay.  Where is it here?  Where is the non
         22   ideal compressibility function?  Where is it?
```

Page 251:24 to 252:02

00251:24        A.  It's described that we're using that.
     25        Q.  (BY MS. BROWNE)  But you told me the
00252:01  calculations are here, so I just want to know
     02  where it is so I can do it.


Page 252:04 to 253:25

00252:04        A.  This borders on ridiculous.  I mean, you
     05  can look up the equation.  That's like asking me
     06  the put in the Boltzmann constant.  It's accepted
     07  within the scientific literature.
     08        Q.  (BY MS. BROWNE)  Okay.  Well, can you tell
     09  me how you got these numbers then, please?
     10  Because I don't see a calculation here.  So I'm
     11  asking you if you can please tell me where it is
     12  and what it is?
     13        A.  Like I said, non ideal compressibility, we
     14  assumed that.  We assumed that there's a hydrate
     15  formation occurring.  We -- we actually look at
     16  the -- and it's earlier on in the text, on
     17  Page 3.5 -- or 3 of 5 where it says "based on the
     18  ambient seawater temperature of 4.4 degrees
     19  Centigrade" -- that's referenced -- "and a maximum
     20  measured temperature of 37 degrees at the well
     21  exit bent" -- that's referenced, the specific heat
     22  of crude oil being approximately half of that
     23  seawater.  Again, you can -- you can look up the
     24  specific heat of seawater.  You can look up the
     25  specific heat of crude oil.  These things are
00253:01  obvious to people that are skilled in the art.
     02        Q.  Okay.  And you use those to get to
     03  76 percent?
     04        A.  Yes.
     05        Q.  Okay.  So what's the calculation of all
     06  those inputs you just told me that gets you to 70
     07  percent -- 76 percent oil fraction?
     08        A.  If you want to do the calculations right
     09  now, we'll be here all night going through this.
     10  The -- we -- you know, we would have to go to the
     11  reference books and pull out the -- those
     12  coefficients and things like that.  So to ask me
     13  to do that right now, that's like -- put it to you
     14  this way:  These kinds of descriptions, these are
     15  reviewed by the PNAS editors.  They thought that
     16  it satisfied the description of -- of how we
     17  calculated this.  This allows it to be reproduced.
     18  You have all of the raw data.  You should be able
     19  to do this.
     20        Q.  And you know for a fact that -- that I've
     21  got all the raw data?
     22        A.  We gave you all the raw data.

```
23        Q.  And -- and how did you get from
24   42.8 percent to 76 percent?
25        A.  Based on --
```

Page 254:02 to 254:09

```
00254:02        A.  -- non ideal compressibility, based on
      03   water entrainment, based on the hydrate formation.
      04   These --
      05        Q.  (BY MS. BROWNE)  Okay.  When you -- when
      06   you -- you accounted for water entrainment in
      07   Camilli 2, Appendix C.  You told me you accounted
      08   for that by the imaging plane, right, the imaging
      09   threshold?
```

Page 254:11 to 256:01

```
00254:11        A.  Yes, we did.
      12        Q.  (BY MS. BROWNE)  And you reported 43.7 oil
      13   fraction there, right?
      14        A.  That -- that has nothing to do with the --
      15   look at it this way:  The water entrainment
      16   doesn't account for that 43.7.  The -- where the
      17   water entrainment is really important is how it
      18   cools that jet.  Once you drop below that 15.6
      19   degree centigrade threshold, the gas is flashed
      20   over to hydrates.
      21        Q.  And it didn't cool for this to get the
      22   42.7 percent?
      23        A.  We didn't account for hydrate formation in
      24   the other analysis.  And this is -- it's -- it's
      25   spelled out here and this is what made this so
00255:01   unique.
      02             And once it flashes over to the
      03   hydrates, you lose the buoyancy term from the
      04   gases.  They become almost identical to water.  I
      05   mean, gas hydrate, it -- it has a density that's a
      06   little bit higher than ice, and ice has much --
      07   much lower density than gas.
      08        Q.  Doesn't --
      09        A.  Actually, maybe this will help you
      10   understand this a little bit better.  The -- in
      11   the paper -- this is on Page 3 of 5, first column
      12   where it says:  "And the specific heat of crude
      13   oil being approximately half that of that
      14   seawater, the BOP fluid temperature of the BOP
      15   kink jet was less than 14 degrees centigrade and
      16   the BOP fluid temperature of the jet at the broken
      17   riser cross-section plane is calculated to have
      18   been less than 13 degrees C, although the actual
      19   temperature of the broken riser source was
      20   presumably lower due to conductive cooling during
      21   well fluid transport within the several hundred
      22   meters of coiled riser pipe linking the BOP to the
```

```
    23  broken riser end location."
    24      Q.  Okay.  If you have a barrel of methane
    25  gas, how many barrels of methane hydrates do you
00256:01  have?
```

Page 256:03 to 256:25

```
00256:03      A.  You would have to know what the
    04  temperature and pressure of your barrel of -- of
    05  methane is.  This is where -- you really want to
    06  describe that in moles.
    07      Q.  (BY MS. BROWNE)  And isn't methane roughly
    08  the same volume in the gas phase as in the hydrate
    09  phase?
    10      A.  No.  No.  The -- this is where, if you --
    11  if you look at the methane hydrate phase and the
    12  amount of space that the methane molecules take
    13  up, it's extremely small.  I mean, if you take
    14  methane hydrate, I've read that -- well, there's
    15  great interest within the energy industry in using
    16  methane hydrate because its energy content is so
    17  high it's -- it's almost like that of L and G.
    18      Q.  Okay.  What is 24 percent, then?  If
    19  76 percent of this is oil, what's the 24 percent?
    20      A.  That would be your other petroleum
    21  fraction or other -- sorry, other hydrocarbon
    22  fraction in these other gases.
    23      Q.  Where is the water?
    24      A.  The water has already been accounted for.
    25      Q.  Accounted for where?
```

Page 257:02 to 258:21

```
00257:02      A.  In the entrainment.
    03      Q.  (BY MS. BROWNE)  All right.  Well, you
    04  note that the remaining fluid balances -- methane
    05  hydrate, liquefied ethane through pentanes, and
    06  non-hydrocarbon gases, right?  That's what you say
    07  at the top of Page 4 of five?
    08      A.  Yeah.  Actually, I'm getting confused in
    09  the question here.
    10      Q.  Top of Page 4 of 5, column on the left,
    11  under the last sentence of that paragraph:  "Under
    12  these conditions, the well fluids at the
    13  cross-section plane heights were by volume 76
    14  percent oil -- i.e., hexanes and higher
    15  hydrocarbons -- with the remaining fluid balance
    16  composed of methane hydrate, liquefied ethane
    17  through pentanes, and non-hydrocarbon gases,"
    18  right?
    19      A.  Uh-huh.
    20      Q.  How much was methane hydrate?  The
    21  24 percent.  How much of the 24 percent was
    22  methane hydrate?
```

```
      23        A.  I don't have those numbers at my
      24  fingertips.
      25        Q.  Where are they?
00258:01             MR. LAND:  Counsel, we've almost been
      02  here for nine hours.  If we can try and wrap this
      03  up for the day, that would be great.
      04        A.  You -- you're asking me questions that are
      05  way outside of the scope of this subpoena.
      06        Q.  (BY MS. BROWNE)  Well, no, Doctor.  I'm
      07  asking you about the analysis that went into this
      08  paper.  In this paper, you report 76 percent oil,
      09  which leaves another 24 percent; and you've told
      10  me --
      11        A.  And that -- that -- that other 24 percent,
      12  it's described right there (indicating).
      13        Q.  Right, and I would like to know --
      14        A.  It says:  The remaining fluid balance
      15  composed of methane hydrate, liquefied ethanes
      16  through pentanes, and non-hydrocarbon gases.
      17        Q.  Right, and I would like to know the
      18  percentage of each of those.
      19        A.  I don't have that at my fingertips.
      20        Q.  Did -- was the calculation done?
      21        A.  The calculation --
```

Page 258:23 to 259:03

```
00258:23       A.  The calculation is done right there.  It's
      24  saying "the remainder."
      25        Q.  (BY MS. BROWNE)  Yeah.  And I want to know
00259:01  of each of these things that you say make up the
      02  remainder, what percentage are they?
      03        A.  You're --
```

Page 259:05 to 259:07

```
00259:05       A.  You're asking questions that -- that --
      06        Q.  (BY MS. BROWNE)  That you don't know the
      07  answer to?
```

Page 259:09 to 259:20

```
00259:09       A.  That I could get the answer to in a
      10  very -- it would take awhile.  I don't have the
      11  materials in front of me.
      12        Q.  (BY MS. BROWNE)  But they exist somewhere?
      13  The answer to this question does exist somewhere?
      14        A.  The answers can be directly calculated
      15  from what's described in this paper and from the
      16  raw data that BP has that we gave to BP.  If -- if
      17  you can't -- if BP can't make those calculations,
      18  I'm sorry.  I really can't help.
      19        Q.  Because you can't do the calculation?
```

```
20      A.  No.
```

Page 272:01 to 272:07

```
00272:01  THE VIDEOGRAPHER:  Today is
      02  September 13, 2012.  This is the continuation of
      03  the 30(b)(6) deposition of Richard -- Dr. Richard
      04  Camilli regarding the oil spill of the oil rig
      05  DEEPWATER HORIZON on April 20th, 2010.  The time
      06  is 9:16 a.m.  We're now on the record, beginning
      07  Tape 8.
```

Page 272:24 to 272:24

```
00272:24  DR. RICHARD CAMILLI,
```

Page 274:13 to 274:15

```
00274:13       Q.  Okay.  You suggested yesterday in our
      14  conversation that you thought a post-blowout
      15  sample was the appropriate sample to use, correct?
```

Page 274:18 to 275:05

```
00274:18       A.  You'll have to clarify your question.
      19       Q.  (BY MS. BROWNE)  You sampled the wellhead
      20  fluids, right?
      21       A.  Yes.
      22       Q.  And we had the discussion about using a
      23  pre-spill versus a post-spill sample.  Do you
      24  happen to remember that?
      25       A.  Post-spill sample of the hydrocarbon
00275:01  fluids?
      02       Q.  Yes, sir.
      03       A.  Yes.
      04       Q.  And you told me that you thought using the
      05  post-blowout sample was appropriate, right?
```

Page 275:07 to 275:23

```
00275:07       A.  Well, let me explain it to you this way:
      08  We had attempted to get a sample.  BP denied us
      09  access initially.  I would think that if BP had a
      10  sample, they would have provided that to us and
      11  allowed us to use that one if they thought it was
      12  a better sample.  We ended up eventually, through
      13  Unified Command, going back out there and getting
      14  a sample.  And we used that sample, and I would
      15  say that if you want fluids that are
      16  representative of the fluids that are currently
      17  being leaked by a well, you should get those
      18  fluids then.
      19       Q.  (BY MS. BROWNE)  Okay.  Thank you.  And so
      20  I'd like you to answer my question; and that is,
      21  that you believe that a post-blowout sample was
```

```
        22  appropriate to use in these circumstances,
        23  correct?
```

Page 275:25 to 276:01

```
00275:25      A.  I believe that I answered your question.
00276:01      Q.  (BY MS. BROWNE)  "Yes" or "no," Doctor?
```

Page 276:03 to 276:15

```
00276:03      A.  Like I said before, if you -- if you're
        04  taking a fluid sample for a leak, it's best to get
        05  the sample from the leak because you know, in
        06  fact, by definition that's the fluid that is
        07  leaking.
        08      Q.  Right.  So you believe the post-blowout
        09  sample was appropriate to use in this case,
        10  correct?
        11      A.  I believe that the sample that we
        12  collected was the appropriate sample to use.  That
        13  is correct.
        14      Q.  All right.  Okay.  When did you decide
        15  that a pre-spill sample wouldn't be useful?
```

Page 276:17 to 276:20

```
00276:17      A.  Disagreed with that -- I disagree with
        18  that, your --
        19      Q.  (BY MS. BROWNE)  So you do recognize that
        20  a pre-spill sample would be ideal, correct?
```

Page 276:22 to 276:25

```
00276:22      A.  In what sense have you inserted "ideal"?
        23      Q.  (BY MS. BROWNE)  The appropriate sample to
        24  use in this -- to make your calculations would
        25  have been a pre-blowout sample, correct?
```

Page 277:02 to 277:06

```
00277:02      A.  You're contradicting what I just said.
        03  You're misconstruing it.
        04      Q.  (BY MS. BROWNE)  Well, Doctor, do you
        05  agree that a pre-spill sample would have been the
        06  ideal sample to use to make your calculations?
```

Page 277:08 to 277:09

```
00277:08      A.  I think that the sample that we had that
        09  we collected was the best sample available.
```

Page 283:21 to 283:23

```
00283:21        Q.  But you -- but this indicates you didn't
       22  use a pre-spill sample because it was not
       23  available, right?
```

Page 284:01 to 284:06

```
00284:01        A.  If you look at the -- the final paper, it
       02  discounts the Q4000 Discover Enterprise values.
       03  There's no reason to believe that we wouldn't be
       04  able to analyze that other sample.  And as to
       05  whether it is representative, that's an open
       06  question still.  We've never seen that sample.
```

Page 285:02 to 285:14

```
00285:02        Q.  Okay.  So for the first time yesterday, we
       03  learned that your reason for using the 6dB
       04  threshold in Appendix C, which was Exhibit 9005,
       05  was to insure that entrained water was not being
       06  included in the calculation -- and I'm saying we
       07  learned it for the first time, because we reviewed
       08  all of your documents and all of the production
       09  from Woods Hole and the E-mails, and we don't see
       10  anything that says that the 6dB threshold was used
       11  or why it was used.  And so I'm wondering, is
       12  there any explanation about why that decision was
       13  made that's not reflected in the materials that
       14  you provided in response to the subpoena?
```

Page 285:16 to 285:25

```
00285:16        A.  In terms of documents, no.
       17        Q.  (BY MS. BROWNE)   There's no documents?
       18        A.  No.
       19        Q.  Was there any discussion?
       20        A.  Yes.
       21        Q.  And -- and if we had access to your
       22  E-mails and Dr. Reddy's E- -- all the WHOI
       23  E-mails, would -- would we find any information
       24  about the discussion as to the use of the 6dB
       25  threshold?
```

Page 286:02 to 286:22

```
00286:02        A.  I doubt that.  Because the way that it
       03  worked out after Unified Command gave us the green
       04  light to start that operation, we immediately
       05  started mobilizing.  We had a period of hours to
       06  mobilize, and we were on the airplane.  And then,
       07  unfortunately, the way that things worked out was
       08  that when we arrived in Houma, we asked for BP to
```

```
09  provide a staging facility for us.  BP declined
10  our request, and we ended up -- the Coast Guard
11  found a doublewide trailer out in Lockport,
12  Louisiana.
13      Q.  (BY MS. BROWNE)  And that has something to
14  do with the 6dB threshold?
15      A.  Well, no.  I'm saying we didn't have --
16      Q.  Okay.
17      A.  -- access to our E-mails, and we were --
18  we were stuck out in the middle of nowhere.
19      Q.  All right.  So -- so any discussion about
20  the use of the 6dB threshold would -- would not be
21  in E-mails because you didn't have access to
22  E-mails at the operative time?
```

Page 286:24 to 287:01

```
00286:24      A.  As I recall, when -- when we were at --
     25  out there doing the work, we were not doing
00287:01  E-mails on this.
```

Page 287:10 to 287:12

```
00287:10  MS. BROWNE:  We're going -- let's
     11  mark this 9030.
     12              (Marked Exhibit No. 9030.)
```

Page 287:21 to 289:17

```
00287:21      Q.  (BY MS. BROWNE)  So, Doctor, if you could
     22  do me a favor, please.  This is an E-mail from you
     23  to Dana Yoerger, Louis Whitcomb, and Daniel --
     24  Daniela Di Iorio, right?
     25      A.  That's correct.
00288:01      Q.  Okay.  Middle paragraph:  "Using the
     02  19.375-inch ID as the source diameter and the .11
     03  expansion coefficient predicts a jet cross-section
     04  at the imaging sonar plane that is within
     05  18 percent of the actual imaging sonar measurement
     06  using 6dB threshold.  In comparison, the measured
     07  source diameter of the deformed BOP kink (29
     08  inches) with the .11 jet expansion coefficient
     09  predicts a jet cross-section that is within
     10  14 percent of the imaging multibeam measurement."
     11              Did I read that right?
     12      A.  Yes, you did.
     13      Q.  Okay.  So what -- what are you doing here
     14  when you use the source diameter and the expansion
     15  coefficient to -- to predict the jet -- the jet
     16  expansion at the imaging plane?
     17      A.  I'm glad you brought this up.  This here
     18  shows the deliberative process that we were using
     19  in order to provide ground truth to see if that
```

```
    20   imaging sonar cross-section does represent -- is
    21   representative of the source.  Okay?
    22        Q.  Uh-huh.
    23        A.  Now, this is saying that it's off by
    24   18 percent with the one and 14 percent with the
    25   other.  Okay?
00289:01             Now, then when we looked at the --
    02   using the quantitative approach, that analytical
    03   approach to describing the entrained water, we
    04   said, Okay, if -- if we don't use 6dB -- or
    05   let's -- let's say that we recognize that there
    06   is -- is an error of 18 percent and an error of
    07   14 percent with the two sources using this 6dB
    08   threshold.  I called the sonar manufacturer and I
    09   asked him, "If you weren't trying to account for
    10   water, what would you -- what would you suggest?"
    11             He said, "Set it back down to three
    12   and a half dB."
    13             He also -- and these were his words,
    14   I remember, on the phone -- when I asked him about
    15   6dB, he said, "Yeah, that's excessive."  Those
    16   were his words -- his words, "excessive."
    17             Now --
```

## Page 290:08 to 292:13

```
00290:08        A.  Now, if we go back to the -- the final
    09   paper -- so keep in mind, by the way, this is
    10   March 3rd, 2011.  We are still trying to get to
    11   the bottom of this discrepancy in why the --
    12   the -- the predicted source diameters were
    13   different than the actual, okay?
    14        Q.  (BY MS. BROWNE)  Uh-huh.
    15        A.  And we had requested this information and
    16   had never received information on that.
    17             Eventually, the -- the Coast Guard
    18   went out an made measurements of the kinked
    19   blowout preventer leak source, and we -- we
    20   describe those in here.
    21             Now, if you look at the -- the final
    22   published paper, we describe the same issue with
    23   the differences in the -- the theoretically
    24   predicted versus the actually measured and -- find
    25   it here.
00291:01             Okay.  If you look at the
    02   "Discussion," this is WHOI 000638, we -- we are
    03   trying to be very transparent and -- and say
    04   exactly what our uncertainty is.
    05             Now, it's good to read -- let me just
    06   read for the record the --
    07        Q.  Of course.
    08        A.  -- the first paragraph in the discussion:
    09   "Although the overall statistical measurement
    10   error is inclusive of recorded natural variability
    11   in the turbulent flow, the methods described here
```

```
12  may be subject to additional nonstatistical
13  uncertainty caused by systematic observational or
14  model biases.  The extremely limited opportunity
15  for data collection at the sites did not permit
16  additional investigation.  Nonetheless, comparison
17  of measured data with theoretical bounds and
18  independent measurements provide some indication
19  of modelled performance and potential biases.
20          "The sonar-derived source diameter
21  calculations derived from average measured flow
22  cross-section and distance-dependent jet flow
23  expansion are in close agreement with other
24  independent measurements.  The broker riser source
25  diameter calculated at .53 meters plus or minus .2
00292:01  meters -- .02 meters is nearly identical to the
02  nominal .492 meters internal diameter of the
03  DEEPWATER HORIZON riser pipe."
04          And I cite the sources.
05          I go on to say:  "Similarly, the
06  sonar-estimated BOP kink source diameter at .84
07  plus or minus .02 meters matches the maximum
08  measured distance between individual leak orifices
09  at the flattened riser section of the BOP kink."
10          So this is saying that, by going with
11  the 3.5dB threshold, it actually matches the
12  sources.  You no longer have this 18 percent error
13  and 14 percent error.
```

Page 295:08 to 295:12

```
00295:08      Q.  Okay.  If you -- if you used a source
09  diameter that was determined to be smaller than
10  what you indicate here, that would suggest that
11  the use of the 6dB was capturing the whole plume,
12  including the entrained water, wouldn't it?
```

Page 295:14 to 297:02

```
00295:14      A.  That would suggest that the -- the plume
15  would be capturing -- or what you describe as your
16  plume would include water that may not be
17  entrained.  So -- or I'm sorry, that you're
18  overly -- at 6dB -- I have to think this through.
19          That you're not capturing all of the
20  plume, if you were to use that and use -- yeah.
21      Q.  (BY MS. BROWNE)  So if you had a smaller
22  source diameter --
23      A.  No.  No.  If -- if you are -- okay.  I
24  misunderstood your question.
25          If you have a smaller source
00296:01  diameter, you would -- can you repeat the
02  question?
03      Q.  You bet.
04          MS. BROWNE:  Do you mind reading
```

```
     05  exactly what I asked?  Thank you.
     06              (Requested portion was read.)
     07      A.  I'm not quite grasping this question.
     08      Q.  (BY MS. BROWNE)  What -- what part don't
     09  you get -- grasp?
     10      A.  It -- it's a little bit convoluted to me.
     11  Can you repeat it again?
     12      Q.  What part is convoluted?
     13      A.  Please, can you write down the question so
     14  I can read it?
     15      Q.  No.
     16      A.  I don't understand the question.
     17      Q.  If we learned that the source diameter --
     18  you know what a source diameter is, right?  You
     19  talk about it in the E-mail?
     20      A.  Yes.
     21      Q.  Okay.  If the source diameter that you
     22  used was too big, okay?  The source diameter --
     23      A.  Okay.
     24      Q.  -- that's represented in your E-mail is
     25  too big, then -- then doesn't -- does that
00297:01  indicate to you that your 6dB captured the entire
     02  plume?
```

Page 297:04 to 298:04

```
00297:04      A.  You're saying that the -- are you saying
     05  that the source diameter is smaller?
     06      Q.  (BY MS. BROWNE)  If the source diameter --
     07  that's what -- yeah.  If the source -- I'm not
     08  suggesting anything.  I'm asking you:  If the
     09  source diameter was smaller in this case -- I'm
     10  trying to make it less convoluted, so I asked you:
     11  If your source diameter in your E-mail is too
     12  big --
     13      A.  If my source diameter is too big?
     14      Q.  Right.
     15      A.  Now, is that the -- the actual or the
     16  theoretical calculated source diameter?
     17      Q.  What -- what did you mean?  I want -- I
     18  want you to use it in the same terms you used it
     19  in your E-mail there, Doctor.  So how did you mean
     20  it there?
     21      A.  I -- I'm asking for clarification on your
     22  question.
     23      Q.  And I want to make sure we're using the
     24  same terms.  So I -- I'm asking you to assume the
     25  same -- the same terminology that you used.  So
00298:01  whatever you meant by "source diameter" in that
     02  E-mail, which is Exhibit 9030, if the one you used
     03  was too big, then doesn't that suggest that your 6
     04  decibels captured it all, the entire plume?
```

Page 298:06 to 300:03

```
00298:06        A.  It -- are you asking for the theoretical
      07  source diameter or the measured actual source
      08  diameter?
      09        Q.  (BY MS. BROWNE)  What do you mean in your
      10  E-mail, Doctor?
      11        A.  I -- I'm asking you for clarification
      12  which one --
      13        Q.  And I'm telling you:  I want you to -- I'm
      14  sorry to interrupt you.
      15            I'm telling you I want you to use the
      16  "source diameter" however you defined that term
      17  when you wrote that E-mail.  I'm using your term.
      18        A.  I don't understand your question.
      19        Q.  So you don't understand what source
      20  diameter is?
      21        A.  I don't understand whether you're asking
      22  me to use the -- the theoretically predicted
      23  source diameter or the actual source diameter.
      24        Q.  And what did you mean in your E-mail?
      25  When you said "source diameter" in Exhibit 9030,
00299:01  what did you mean?
      02        A.  This way of -- of calculating this is
      03  using a 19.375 ID and I believe --
      04        Q.  Okay.  So let's use a 19.37- -- however
      05  you used it in your E-mail.
      06        A.  Okay.
      07        Q.  I want to mix apples with apples.
      08        A.  Okay.  So the 19.375 ID, that would go
      09  back to this paper here.  That is the internal
      10  diameter of the riser pipe, okay?  So what that
      11  is -- we'll take that as actual.
      12        Q.  Okay.
      13        A.  Okay.  And then what we're saying is that
      14  this here in this -- it's using a .11 expansion
      15  coefficient.  This is an earlier approximation of
      16  the expansion coefficients.  So these are
      17  different expansion coefficients.  This is a --
      18  it's called a simplifying assumption.  We, in this
      19  paper, updated the expansion coefficients going
      20  back to the literature.  But what this suggests is
      21  that it's -- it's off by 18 percent from the 6dB
      22  cross-section measurement.
      23        Q.  Okay.  So, now, can you answer my
      24  question?
      25        A.  Yeah, there's an 18 percent error.
00300:01        Q.  No.  That's not what my question was,
      02  right?
      03            We learned --
```

Page 300:05 to 300:08

```
00300:05        Q.  (BY MS. BROWNE)  I asked:  If we learned
      06  that the source diameter you used was too big,
      07  then your 6dB would have captured the entire
```

```
08  plume, right?
```

Page 300:10 to 300:15

```
00300:10       A.  I disagree with that statement.
      11       Q.  (BY MS. BROWNE)  Why?
      12       A.  You're making an assumption about the 6dB
      13  without saying exactly how big you're talking.
      14  You're -- you're -- it's an unconstrained problem
      15  that you've suggested.
```

Page 302:02 to 302:19

```
00302:02       Q.  (BY MS. BROWNE)  Take a -- take a look
      03  at -- we're again at Tab 5, Exhibit 9006, your
      04  PNAS article, the published one.
      05       A.  PNAS.
      06       Q.  Page 3 of 5.
      07       A.  Okay.
      08       Q.  Second -- second paragraph on the -- in
      09  that left column that:  "Ambient seawater
      10  entrained with well fluids caused rapid cooling of
      11  these jets."
      12       A.  Uh-huh.
      13       Q.  Right?
      14       A.  Yes.
      15       Q.  And your position that that -- that was --
      16  let me see.
      17            So -- so -- so this is obvious on its
      18  face, I think were the words you used, right?
      19       A.  When you were --
```

Page 302:21 to 303:04

```
00302:21       A.  When you were asking about why a jet would
      22  cool --
      23       Q.  (BY MS. BROWNE)  Uh-huh.  Yes.
      24       A.  It's obvious that, if you entrain cooled
      25  seawater into a hot jet, the resulting expanding
00303:01  jet would cool.
      02       Q.  How -- how fast does that happen?
      03       A.  How fast does that happen?
      04       Q.  Yes.
```

Page 303:06 to 303:25

```
00303:06       A.  In terms of the -- the cooling?
      07       Q.  (BY MS. BROWNE)  Yes.
      08       A.  I'm not sure I understand your question
      09  there, how fast.  How fast the jet cools.
      10       Q.  What -- what part don't you understand?
      11       A.  All of it.  It's -- it's vague.
      12       Q.  Can you tell me what the -- the rate of
```

```
13  cooling is between the exit point and your
14  measurement plane?
15      A.  What we're looking at here is -- is a
16  cooling effect.  If you look at the average
17  temperature, that's a static equation.  You're
18  asking for some kind of kinetic model.  That goes
19  beyond the scope of this paper.
20      Q.  Your composition analysis here, that's --
21  that's set forth on -- on -- well, I don't really
22  know what your analysis is; but on Page 3 of 5 --
23      A.  Okay.
24      Q.  -- this is -- this is based on your MW 1
25  sample, right?
```

Page 304:02 to 304:23

```
00304:02      A.  That would be correct, yes.
03      Q.  (BY MS. BROWNE)  Okay.  But the maximum
04  measured temperature that you used was the one
05  related to the MW 2 sample, right?
06      A.  Yes.
07      Q.  Why?
08      A.  That's because the measured temperature
09  was -- that was measured at a leak source for the
10  MW 2.  The MW 1 sample was not measured at a leak
11  source.  It was measured inside the blowout
12  preventer, okay.
13          So if you want to take a -- a
14  temperature at a leak source, you would naturally
15  want to use the MW 2 temperature; and that was, by
16  the way, the maximum temperature, not an average
17  temperature, maximum temperature.
18          So it's -- it's -- I would say extra
19  conservative in the sense that -- that typically
20  you would probably want to measure some kind of
21  average.  We -- we took the -- the highest
22  possible temperature that was recorded at that
23  source.
```

Page 306:19 to 306:22

```
00306:19      Q.  I'm not suggesting anything.  I just want
20  to know:  That's not where you took your sample,
21  right?
22      A.  From --
```

Page 306:24 to 307:06

```
00306:24      A.  All right.  Let's back up.
25          What is not where I took my sample?
00307:01      Q.  (BY MS. BROWNE)  At your measurement
02  plane, yes or no?
03      A.  In terms of taking a physical sample of
```

```
04  well fluids at the measurement plane?
05       Q.  In terms of the sampling method that's
06  described in your paper and in Dr. Reddy's paper.
```

Page 307:08 to 308:16

```
00307:08       A.  The sampling method is clearly described
      09  in Dr. Reddy's paper as to where the samples were
      10  taken.
      11       Q.  (BY MS. BROWNE)  And it was not taken at
      12  your acoustics measuring plane, correct?
      13       A.  That's correct.
      14       Q.  Okay.  Thank you.
      15       A.  That's why we used these calculations to
      16  reconstruct that.
      17       Q.  And -- and -- and your position is that
      18  37 degrees reflects the rapid cooling, correct,
      19  because it's entrained with seawater, right?
      20  Isn't that what it says, entrained with seawater
      21  caused rapid cooling of the jets, Page 3 of 5,
      22  correct?
      23       A.  This is talking about the -- the leak
      24  source is at the BOP kink and the distal riser.
      25       Q.  Right.
00308:01       A.  And it's saying that -- that based on the
      02  maximum temperature that we measured at a well
      03  fluid exit vent.  It's not saying the same ones.
      04  As a matter of fact, when we took that sample,
      05  those leaks no longer existed because BP didn't
      06  allow us to take a sample when we were out there
      07  the first time.
      08       Q.  Okay.  So if -- if you're 30 --
      09       A.  It would have been -- it would have been
      10  impossible to take a sample at those leak sources
      11  at that -- that time in June.
      12       Q.  Okay.  So if -- if that 37 degrees
      13  reflects the cooling as a result of entrained
      14  water, then -- then how is it that the as-cool
      15  temperature that appears a little bit further down
      16  is the 14 C?
```

Page 308:18 to 310:21

```
00308:18       A.  Hopefully this is obvious to you.  The
      19  37 degrees C, that's what -- that was their
      20  highest measured temperature at a vent or leak
      21  source.  Okay?  The rapid cooling is the entrained
      22  water from the water column as you move up to the
      23  imaging plane.
      24            That 14 degree C at the BOP-kink jet
      25  represents the add mixture of the well fluids and
00309:01  the seawater coming in; and on average, you would
      02  get to 14 degrees C at the imaging plane.  If you
      03  move the imaging plane up higher, it would be even
```

04  cooler.  It's a continuous cooling that's
05  occurring.
06           And we were -- we were extra careful
07  here and one thing that -- and we go on to say
08  here that -- on the -- the second to the last
09  line, first column, Page 3 of 5:  And the bulk
10  fluid temperature of the jet at the broken riser
11  source plane is calculated to have been less than
12  13 degrees C, although the actual temperature at
13  the broken site -- broken riser source was
14  presumably lower due to conductive cooling during
15  well fluid transport within the several hundred
16  meters of coiled riser pipe linking the BOP to the
17  broken riser and location.
18           So basically what that's saying is
19  you have this length of riser pipe.  I don't know
20  exactly how long it is.  I don't think anybody
21  really has a good estimate of that; but several
22  hundred meters, maybe up to a kilometer long,
23  it looped around and stuck into the seafloor.
24           Now, what you have in that -- that
25  riser pipe, that entire length, as those fluids
00310:01  are traveling down along that riser pipe, they are
02  cooling.  You get conductive cooling from the
03  surfaces of the riser pipe.
04           So that suggests that although we
05  only measured -- we assumed that the -- the leak
06  at that distal riser source was also at 37 degrees
07  C at the source; but in reality, it was probably a
08  fair bit lower because of that conductive cooling
09  that would have occurred, which suggests that if
10  you run the calculations, we have underestimated
11  flow rate by using this extra conservative
12  approach.
13      Q.  (BY MS. BROWNE)  Okay.  When you use an
14  oil fraction of 76 percent in your PNAS article --
15  that's Exhibit 9006 -- are you saying that of the
16  total hydrocarbon flow, which we talked about as
17  the total flow less entrained water that's
18  measured by your acoustics analysis -- I think
19  your article says it's -- again, 3 of 5 -- 0.097
20  at the riser and 0.034 at the kink, that by volume
21  76 percent is liquid?


Page 310:23 to 311:04

00310:23      A.  I'm not sure I understand.
24      Q.  (BY MS. BROWNE)  Okay.  What part don't
25  you understand?
00311:01      A.  Can you repeat the question?
02      Q.  Yeah.  When you use an oil fraction of
03  76 percent in your PNAS article -- you agree with
04  me you used a 76 percent oil fraction, correct?

Page 311:06 to 312:06

00311:06        Q.  (BY MS. BROWNE)  It appears on the top of
     07  Page 4 of 5 in Exhibit 9006.
     08        A.  Yes.  It says:  "Under these conditions,
     09  well fluids at the cross-section plane heights
     10  were by volume 76 percent oil."
     11        Q.  Right.  And -- and are you saying that of
     12  that total -- the total hydrocarbon flow, that, by
     13  volume, 76 percent is liquid?
     14              MR. LAND:  Objection; form.
     15        A.  I'm saying that 76 percent of -- of the
     16  oil by volume (hexanes and higher hydrocarbons).
     17        Q.  (BY MS. BROWNE)  Is what?
     18        A.  Hexanes and higher hydrocarbons.
     19        Q.  No.  76 percent of oil, is that liquid?
     20        A.  This is a mass balance here.
     21        Q.  It says "volume," right?
     22        A.  Yeah.  But this is based on a mass
     23  balance.  Now, I will say, also, in order to be,
     24  again, extra conservative in our approach, we also
     25  talk about other potential losses.  These are --
00312:01        Q.  And I do want to hear about your other
     02  losses --
     03        A.  No, no, no, but this -- this -- this is --
     04        Q.  -- but I just would really like you to --
     05        A.  -- this is answering your question.
     06        Q.  Doctor, please --


Page 312:08 to 312:11

00312:08        Q.  (BY MS. BROWNE) -- is 76 percent liquid?
     09        A.  I'm explaining this to you.
     10        Q.  I just want the answer:  Is it liquid, or
     11  is it not?


Page 312:14 to 313:05

00312:14        A.  I'm saying there's -- there's an
     15  additional issue that you have to account for
     16  here.
     17        Q.  (BY MS. BROWNE)  I don't want to -- I'll
     18  talk about that, but --
     19        A.  No, no --
     20        Q.  -- I just want the answer to my question.
     21        A.  -- in the terms.  In the terms, you have
     22  to account for it.
     23        Q.  Whether something is liquid or not?
     24        A.  You have to account --
     25        Q.  Where in this article --
00313:01        A.  -- for dissolution.
     02        Q.  Okay.  But -- and we can get to that but
     03  first --
     04        A.  That's part -- that's part of answering

```
      05  your question.
```

Page 313:11 to 313:13

```
00313:11       Q.  (BY MS. BROWNE)  Is -- is 76 percent --
      12  the volume 76 percent oil, is that liquid, yes or
      13  no?
```

Page 313:15 to 314:01

```
00313:15       A.  I'm saying that this 76 percent are
      16  hexanes and higher hydrocarbons.
      17       Q.  (BY MS. BROWNE)  In what form?
      18       A.  You would expect that -- that they would
      19  be in, let's say, generally liquid form and -- but
      20  there's also what we call aqueous phase.
      21       Q.  So what --
      22       A.  And some of these are dissolving into the
      23  water that we're not accounting for.
      24       Q.  So what are you saying here?  When you say
      25  volume 76 percent oil, what -- what are you
00314:01  telling the public, that it's 76 percent liquid?
```

Page 314:03 to 314:05

```
00314:03       A.  That it's 76 percent oil, meaning hexanes
      04  and higher hydrocarbons.
      05       Q.  (BY MS. BROWNE)  In a liquid form?
```

Page 314:08 to 314:16

```
00314:08       A.  You would expect that it would be
      09  either -- that those hydrocarbons -- if you look
      10  at the details on this, you would say that if you
      11  put oil in water, you would -- you would have
      12  your -- your regular oil, and then you would also
      13  have fractions that dissolved into the water.
      14       Q.  (BY MS. BROWNE)  And what did you mean
      15  when you said 76 percent oil?  Did you mean
      16  liquid?
```

Page 314:18 to 314:20

```
00314:18       A.  With -- you're oversimplifying this.  If
      19  you want to call it a liquid oil, fine.  Okay.
      20       Q.  (BY MS. BROWNE)  So it's oil, it's liquid?
```

Page 314:22 to 315:02

```
00314:22       A.  If you want to call it that, sure.
      23       Q.  (BY MS. BROWNE)  Oh, Doctor.  I want to
      24  make sure I understand your paper.
```

```
      25       A.  I'm trying.
00315:01       Q.  When you say volume by -- volume
      02  76 percent oil, I want to know --
```

Page 315:05 to 315:08

```
00315:05       Q.  (BY MS. BROWNE) -- do you mean that that's
      06  liquid?
      07       A.  If you want to call it liquid oil, sure.
      08       Q.  Doctor, do you not know?
```

Page 315:17 to 316:05

```
00315:17       Q.  (BY MS. BROWNE)  Do you know not know
      18  whether it's liquid?
      19       A.  I've already answered your question.  I've
      20  answered it probably in more detail than you would
      21  like.  Maybe -- maybe that's the problem that
      22  we're having here.
      23       Q.  Do you not know whether it's liquid or
      24  not?
      25       A.  I said if you want to call it liquid oil,
00316:01  then, sure.  You can call it liquid oil.  We've
      02  chosen here to call it 76 percent oil, hexanes and
      03  higher hydrocarbons.
      04       Q.  And I'm asking you to tell me:  Does that
      05  mean liquid?
```

Page 316:07 to 316:13

```
00316:07       A.  You haven't taken into account any of the
      08  dissolution if you -- it's very specific
      09  terminology here.
      10       Q.  (BY MS. BROWNE)  Well, did you take into
      11  account dissolution when you said volume
      12  76 percent oil?
      13       A.  We addressed it in the paper.
```

Page 316:15 to 316:17

```
00316:15       A.  We talk about dissolution.
      16       Q.  (BY MS. BROWNE)  And does that mean that
      17  this is liquid?
```

Page 316:19 to 316:23

```
00316:19       A.  Okay.  Let's call it liquid.  All right?
      20  That's your point --
      21       Q.  (BY MS. BROWNE)  So you're publishing the
      22  public that 76 percent oil is liquid when you use
      23  that in this paper?
```

Page 316:25 to 317:08

```
00316:25     Q.  (BY MS. BROWNE)  Yes?
00317:01     A.  I don't -- I don't understand your
     02 question.  I mean, the -- why you keep on going
     03 back to this.  I -- I explained it.  It's obvious
     04 in the paper.
     05     Q.  (BY MS. BROWNE)  Well, Doctor, it's not.
     06 Is 76 percent liquid or not?  And if you're
     07 telling me you don't know, that's fine; but I just
     08 need to know that answer.
```

Page 317:10 to 317:15

```
00317:10     A.  We can call it liquid, sure.  Let's call
     11 it liquid.
     12     Q.  (BY MS. BROWNE)  So 76 percent of the --
     13 when you say volume 76 percent oil, you mean it's
     14 liquid, yes?
     15     A.  Let's call it liquid.
```

Page 317:17 to 317:21

```
00317:17     Q.  (BY MS. BROWNE)  I'm sorry.  I didn't get
     18 the answer after -- over the objection.
     19          Was that "yes"?
     20     A.  Let's call it liquid.
     21     Q.  All right.  We're going to do that.
```

Page 318:04 to 318:07

```
00318:04     Q.  (BY MS. BROWNE)  Okay.  Dr. Camilli, I
     05 just want to be clear.  When you were defining oil
     06 in your PNAS paper, you were not concerned with
     07 the phase the oil was in?
```

Page 318:09 to 318:10

```
00318:09     Q.  (BY MS. BROWNE)  You -- you're simply
     10 defining it as hexanes and higher; is that right?
```

Page 318:13 to 320:05

```
00318:13     Q.  (BY MS. BROWNE)  Page 3 of 5, Exhibit
     14 9006.
     15               MR. LAND:  4 of 5.
     16               MS. BROWNE:  You're right.  Thank you
     17 for the correction, 4 of 5.
     18     A.  Hexanes and higher hydrocarbons, that's
     19 correct.
     20     Q.  (BY MS. BROWNE)  So you're not concerned
     21 the phase; is that -- is that correct?
```

```
       22       A.  Of the oil, that's correct.
       23       Q.  All right.  And -- and when you cited the
       24  43.7 percent oil fraction in Appendix C, which is
       25  Exhibit 9005, you also were not concerned with the
00319:01  phase.  You defined it as pentanes and higher,
       02  correct?
       03       A.  That's correct.
       04       Q.  Okay.
       05       A.  I don't believe I have that in front of
       06  me.
       07       Q.  Okay.  If you want to take a look, it's
       08  9005 -- I'm sorry.  It's Tab 4, I think.  Tab 4,
       09  Appendix C -- it's about halfway through the
       10  document.  It appears on --
       11       A.  Tab 4?
       12       Q.  Yes, sir.
       13       A.  Okay.  So this is the Coast Guard report?
       14       Q.  The FRTG, Appendix C.  Yeah, that's it.
       15  And it's on Page 10 -- last line of Page 10 of
       16  that report.
       17       A.  This -- I'm sorry, this actually does
       18  implicitly assume liquid.
       19       Q.  It does.  Okay.
       20       A.  One of the things that I should point
       21  out -- and bear with me -- that this issue of
       22  defining simply in terms of hexanes and higher
       23  hydrocarbons, there are certain substances in oil
       24  that can precipitate out, for example, paraffins,
       25  asphaltenes, things like that -- that if you cool
00320:01  them to these temperatures, they -- they may
       02  actually convert into what could be considered
       03  solids.  That's something that we discussed as a
       04  part of the paper that Chris Reddy led in our
       05  deliberations of the paper.


Page 325:02 to 325:20

00325:02       Q.  (BY MS. BROWNE)  When were those
       03  calculations done?
       04       A.  To calculate -- you went from raw data to
       05  calculations.
       06       Q.  You said you used the raw data for the
       07  calculations?
       08       A.  Yeah.
       09       Q.  When were the calculations done?
       10       A.  The calculations would have been done
       11  after receiving the peer-reviewers' comments.
       12       Q.  The peer-reviewer comments to this -- to
       13  this Reddy article, Exhibit 9012?
       14       A.  No.  To this article here.
       15       Q.  Your acoustic article?
       16       A.  Yes.
       17       Q.  So after you received peer review comments
       18  to the acoustic article, which is Exhibit 9006,
       19  you ran calculations that formed the basis of the
```

```
       20   Reddy-Camilli article that's Exhibit 9012?
```

Page 325:23 to 326:09

```
00325:23        A.  You're conflating these things.  Let's
      24   call it Reddy, et al.; Camilli, et al.  That's,
      25   you know, a standard notation.  So this --
00326:01        Q.  (BY MS. BROWNE)  The -- the calculations
      02   were done for what's in Exhibit 9012 after you
      03   got --
      04        A.  9012.
      05        Q.  After you got --
      06        A.  Which exhibit?
      07        Q.  Tab 7, you're looking right at it -- after
      08   you got the peer review comments from the
      09   acoustics article, which is Exhibit 9006, correct?
```

Page 326:11 to 328:12

```
00326:11        A.  The calculations to come up with that
      12   volumetric calculation on Page 4 of 5 of the
      13   Camilli, et al, paper, Exhibit 9006, that was --
      14   those calculations were done for that -- to come
      15   up with that volumetric fraction at the plane
      16   height, were after the PNA- -- PNAS reviewers sent
      17   back their -- their comments.  At that time, I
      18   believe the Reddy, et al., paper was still in
      19   review.  It was approved June 10th, meaning it was
      20   accepted June 10th.  So the -- I seem to recall
      21   that those -- or these calculations were done in
      22   late spring, early summer 2010.  The PNAS --
      23        Q.  (BY MS. BROWNE)  2010 or 2011?
      24        A.  I'm sorry.  2011.  Thank you.
      25             The Camilli, et al., paper was
00327:01   approved in -- on August 11th.  So was that two
      02   months after, approximately?  So -- and you'll see
      03   that -- those calculations are reflected in -- in
      04   that -- this is -- to look at these phase
      05   transformations, that -- that had not been --
      06   those calculations had not been attempted.
      07   They're very involved.  There's a lot of just --
      08   the -- where is the -- yesterday you introduced
      09   the -- the PNAS draft paper for the acoustics
      10   paper.  I'm not sure which tab that is.
      11             Here it is.  So this is Exhibit 9025.
      12   And so this is a draft paper.  And I seem to
      13   recall that in the discussion, we talk about the
      14   possibility of -- of hydrates forming, but we
      15   don't attempt to actually calculate that or
      16   account for it.  That -- that was one of the big
      17   challenges, was -- was how to be able to account
      18   for this and the -- so what we -- one of the
      19   references that we used in the Camilli, et al.,
      20   paper -- and this turned out to be really
```

```
21    important -- is the Cordoso and McHugh paper.  And
22    the title of it is "Turbulent plumes with
23    heterogenous chemical reaction on the surface of
24    small buoyant droplets."  And basically this is
25    looking at how the buoyancy can decrease -- your
00328:01    buoyancy term can decrease caused by a phase
02    transformation of -- of a gas.
03              In the earlier works by Jerome
04    Milgram, a 1983 paper in the Journal of Fluid
05    Mechanics, actually talks about mean flow and RAM
06    bubble flows.  Milgram is a luminary, he's long
07    retired, but just had an amazing career as a
08    researcher who's a professor at MIT.  And my
09    colleague, Alex Toche, is part of that -- that
10    dynasty, if you want to call it that.
11    MS. BROWNE:  Okay.  And I'm going to
12    move to strike.
```

## Page 330:21 to 332:09

```
00330:21    Q.  (BY MS. BROWNE)  All right.  Let's
22    short-circuit this, then, Doctor.  You -- you said
23    that you undertook the oil fraction analysis,
24    though, after you got a peer review comment; is
25    that -- is that your position?
00331:01              MR. LAND:  Objection; form.
02    A.  As a -- I would make my position that we
03    undertook that calculation based on the -- the
04    peer review comments.  And --
05    Q.  (BY MS. BROWNE)  Thank you.
06    A.  -- what I would suggest that you also keep
07    in mind, is that as a part of -- when you submit
08    a -- a publication for peer review -- and you can
09    look this up in the -- the PNAS requirements --
10    you have to answer each of the reviewers'
11    comments, speak to that; and if you change your
12    paper in a way that's not related to the peer
13    review comments, it's considered to be a separate
14    submission.  You have to start from -- start all
15    over again.  And they consider it as a new
16    submission.
17              That was not the case here.  They --
18    they viewed the -- the revisions to our -- our
19    manuscript as being in line with what the
20    reviewers' comments were, addressing those
21    comments.  And I know the other day, you -- you
22    pointed out that -- initially that one of the
23    reviewer's comments was that -- something to the
24    effect of -- of the conclusions were not
25    supported, something like that.
00332:01              You mentioned also in the record that
02    the reviewer made the comment that there were no
03    uncertainty bounds.  And these are the things that
04    we addressed.  And in the end, those peer
05    reviewers did find that our conclusions were
```

```
06   supported, and that's why the paper was accepted.
07   MS. BROWNE:  Okay.  Well, I'm going
08   to object to that line.  It was nonresponsive.
09   There was no question pending --
```

Page 332:17 to 334:03

```
00332:17        Q.  (BY MS. BROWNE)  Doctor, was the
     18   76 percent fraction peer-reviewed?
     19        A.  Yes, the paper was peer-reviewed.
     20        Q.  The change to 76 percent, was that
     21   peer-reviewed?
     22        A.  Everything in there was peer-reviewed.
     23   Yes, it was peer-reviewed.
     24        Q.  The change from 43.7 to 76 percent was
     25   peer-reviewed?
00333:01        A.  It was peer-reviewed.
     02        Q.  When was that peer-reviewed?
     03        A.  When we submitted our revisions.
     04        Q.  Do you know -- do -- do you happen to
     05   recall when that was?
     06        A.  Sometimes I don't happen to recall.
     07   Sometimes they actually put it on the document.
     08   It depends on the journal.
     09        Q.  It was unclear to me but -- but I'm not as
     10   familiar with this publication.  So if it's on
     11   there, that would be great.
     12        A.  No, it actually doesn't say that.  It just
     13   says it was approved August 11th.
     14        Q.  Okay.  Because we looked at peer-reviewed
     15   comments yesterday at some point that were from
     16   February 2011; do you recall that?
     17        A.  These are the ones that you didn't point
     18   me to just now.
     19        Q.  I don't -- I -- as I sit here -- but do
     20   you recall that?
     21        A.  I -- no.  I mean, if you can point me to
     22   them, let's take a look.
     23        Q.  All right.  If -- if the peer-reviewed
     24   comments from February of 2011 were -- if the --
     25   if the peer-reviewed comments from February of
00334:01   2011 don't address a change in fraction from 43.7
     02   to 76, would that indicate to you that the change
     03   to 76 percent took place after February of 2011?
```

Page 334:06 to 336:09

```
00334:06        Q.  (BY MS. BROWNE)  That was not a good
     07   question.
     08              The version that was -- that was
     09   peer-reviewed in February 2011 contained a 43.7
     10   oil fraction?
     11        A.  Okay.
     12        Q.  Right?  And that one you do have in front
```

```
13   of you, that 9025.
14        A.   Yes.
15        Q.   Okay.  Subsequent to 9025, you made the
16   change to 76 percent, correct?
17        A.   That's correct.
18        Q.   Okay.  When you -- when the version of the
19   paper next -- the next version that was submitted
20   that had the 76 percent in it, was that version
21   peer-reviewed again?
22        A.   When -- when you submit your -- your
23   response to reviewers, your revisions --
24        Q.   Uh-huh.
25        A.   -- it automatically is peer-reviewed as
00335:01   part of the same process.  If you've changed the
02   paper in a way that is different from what they
03   were requiring, they have -- it's -- it's stated
04   in the PNAS guide they can reject it out of hand.
05             It's -- it's up to them to determine
06   if your revisions are -- let's use the term
07   responsive, that's a legal word -- responsive to
08   their questions and comments.  And if they
09   determine that they are, that they've satisfied
10   those comments, then they will recommend it for
11   publication.  And that's what they -- they call it
12   "proved."
13             And so after that second revision or
14   second submission, they -- they recommended it for
15   approval.  And then you go through the kind of
16   editing process of -- of the galley proofs and
17   things like that.  And oftentimes, there's
18   discussion that's handled by the handling editor
19   in terms of where the -- the peer-reviewers will
20   say, Well, we'd -- we would also recommend this or
21   that stylistically, for example, and it's -- it's
22   then up to the authors if they want to include it
23   or not.  It's not necessary.
24        Q.   Okay.  Do you -- I'm not asking the names
25   but do you know the types of expertise of the
00336:01   various reviewers that were reviewing the
02   acoustics article?
03        A.   I would say this, that a PNAS is -- is one
04   of the most respected journals in the world.  They
05   go and get anonymous peer-reviewers so that
06   there's not any way to -- for the authors to bias
07   or try to gain favor or something like that to get
08   their paper published.
09        Q.   So is that a "no"?  You don't know --
```

Page 336:11 to 336:20

```
00336:11        Q.   (BY MS. BROWNE)  You don't know the
12   expertise of the reviewers?
13             MR. LAND:  Objection; form.
14        A.   I know that they would -- they would --
15   it's clear that they would get the world's
```

```
16  foremost experts to look at these papers in the
17  relevant fields that are within the scope of the
18  paper.
19  MS. BROWNE:  Move to strike as
20  nonresponsive.
```

Page 337:18 to 338:01

```
00337:18      Q.  Okay.  All right.  So let's talk a little
19  bit about the change, then, to -- to this
20  76 percent.
21            Well, let me ask you this:  One of
22  the -- one of the changes that actually we haven't
23  talked about yet is the change to your expansion
24  coefficient that appears in --
25      A.  Okay.
00338:01      Q.  -- in the PNAS article, 9006.
```

Page 338:03 to 338:14

```
00338:03      A.  9006.  All right.
04      Q.  (BY MS. BROWNE)  Okay.  And we know, after
05  you got the other peer reviews, that you made the
06  change to entrainment.  We talked about that
07  yesterday; do you remember that?
08      A.  Yes.
09      Q.  Okay.  And then we also talked about the
10  velocity change, correct, yesterday?
11      A.  Velocity change?
12      Q.  The downward continuation, the change that
13  you made to your velocity measurement.
14      A.  Okay.  It's a coupled model.
```

Page 338:16 to 338:18

```
00338:16      Q.  (BY MS. BROWNE)  Okay.  The -- the
17  analysis that -- that went into it, that ended up
18  in the velocity change --
```

Page 338:20 to 339:03

```
00338:20      Q.  (BY MS. BROWNE)  -- we talked about that,
21  right?
22      A.  Okay.  Yes.
23      Q.  Okay.  And now we've talked a little bit
24  about the oil fraction change.  And we know that
25  the -- or the -- the change to entrainment and the
00339:01  change to the velocity would have reduced the flow
02  rate, right?  If we took those individually,
03  right?
```

Page 339:06 to 339:12

```
00339:06        A.  I'm sorry.  I didn't follow that.
      07        Q.  (BY MS. BROWNE)  Yesterday, we were
      08  talking a little bit about those individual
      09  changes, the changes to the entrainment and we
      10  talked about how that -- the change to the
      11  entrainment alone would have made the flow rate
      12  number lower.
```

Page 339:14 to 339:15

```
00339:14        Q.  (BY MS. BROWNE)  Do you remember that
      15  discussion?
```

Page 339:18 to 339:25

```
00339:18        A.  I remember disagreeing with your
      19  characterization of what was going on.
      20        Q.  (BY MS. BROWNE)  Right.  You remember we
      21  had that discussion, right?
      22        A.  Vaguely, yes.
      23        Q.  Okay.  And we also talked about the effect
      24  of the velocity change to the flow rate number; do
      25  you remember talking about that?
```

Page 340:02 to 340:06

```
00340:02        A.  Again, I remember disagreeing with your
      03  characterizations that you were using.
      04        Q.  (BY MS. BROWNE)  And the -- the change in
      05  the oil fraction would have increased the flow
      06  rate if we kept everything else constant, right?
```

Page 340:09 to 340:16

```
00340:09        A.  You -- you can't do that in this coupled
      10  model.  Again, you're -- this is like what it was
      11  yesterday.  You're oversimplifying it and it's --
      12  it's incorrect.  I'm sorry.
      13        Q.  (BY MS. BROWNE)  So if you left everything
      14  else constant and you just changed the multiplier
      15  from 43.7 to 76, that wouldn't resolve in an
      16  increased flow rate?
```

Page 340:18 to 340:21

```
00340:18        A.  It would be incorrect to do as you just
      19  said.  This is a coupled model.  You're talking
      20  about another hypothetical model that I know
      21  nothing about.
```

Page 344:04 to 344:06

```
00344:04        Q.  (BY MS. BROWNE)  Thank you.
     05                   And can you tell me how the oil
     06  fraction is coupled with the cross-sectional area?
```

Page 344:08 to 345:15

```
00344:08        A.  I suppose I could.
     09        Q.  (BY MS. BROWNE)  Tell me, please.
     10        A.  So if you think about the -- the oil
     11  fraction in the cross-sectional area, your
     12  cross-sectional area describes the volume and --
     13  of your -- your control volume for the study, what
     14  you're counting as your jet or plume.  And as a
     15  part of describing that plume, you're trying to
     16  take into account the expansion and this is -- I
     17  don't know if we talked about the expansion -- I
     18  think you broke off from that question.
     19                   But in the -- the paper -- and I'll
     20  refer you to the 9006 exhibit -- we talk about
     21  the -- that's kind of a surface area of the -- the
     22  jet that -- where the -- how entrained water comes
     23  in.  And so -- refresh my memory where this is.
     24                   Okay --
     25        Q.  Let -- let -- you know what, I'm going to
00345:01  ask you a better question, okay?
     02        A.  Please let me finish.  I -- I -- I can
     03  answer this.
     04        Q.  I know.
     05        A.  I'd like --
     06        Q.  I'm going to strike the question.  I
     07  strike the question, okay?
     08                   Doctor, the -- the model that -- the
     09  model gets you the total volumetric flux, right?
     10        A.  Total volumetric flux of?
     11        Q.  Of what?
     12        A.  I'm asking you.  It's -- to clarify.
     13        Q.  The fluids.
     14        A.  Okay.
     15        Q.  Is that right?
```

Page 345:17 to 345:22

```
00345:17        A.  Of the fluids?
     18        Q.  (BY MS. BROWNE)  That you're measuring?
     19        A.  Yes, with some losses.
     20        Q.  Okay.  And to get an oil flow rate, you
     21  need to multiply that volumetric flux of the oil
     22  fraction, correct?
```

Page 345:24 to 345:25

```
00345:24        A.  And also account for water.
     25        Q.  (BY MS. BROWNE)  So that's a "yes"?
```

Page 346:02 to 346:07

00346:02       A.  I'd say that you've oversimplified.  You
      03 have to account for the water and then multiply by
      04 your oil fraction.  That's what we did.
      05       Q.  (BY MS. BROWNE)  So they're not coupled,
      06 then, right?
      07       A.  They are coupled --

Page 346:09 to 346:15

00346:09       A.  -- absolutely coupled.
      10       Q.  (BY MS. BROWNE)  The multiplier is coupled
      11 to the -- okay.
      12             All right.  So you made -- you made
      13 your change in your expansion coefficient.  We'll
      14 get back to that now.  And that change also starts
      15 to increase the flow rate, right?

Page 346:17 to 346:20

00346:17       A.  You're making an assumption there.  I
      18 don't know that it's true.
      19       Q.  (BY MS. BROWNE)  You never did that
      20 calculation?

Page 346:22 to 347:05

00346:22       A.  You're making an assumption on a -- on a
      23 model that you have created in your head, and
      24 you're asking me to speculate on your model.
      25             Let's talk about this right here
00347:01 (indicating).
      02       Q.  (BY MS. BROWNE)  I'm asking -- I'm just
      03 asking you a question, Doctor:  Did you or did you
      04 not do a calculation that gave you a higher flow
      05 rate once you changed your expansion coefficient?

Page 347:07 to 348:17

00347:07       A.  That's different than the question you
      08 asked earlier.
      09       Q.  (BY MS. BROWNE)  Can you answer what I
      10 just asked you?
      11       A.  Repeat it.
      12             MS. BROWNE:  Can you repeat the
      13 question, please?
      14             (Requested portion was read.)
      15       A.  I would say that if you look at it this
      16 way, once we changed the expansion coefficient --
      17             THE WITNESS:  Please reread the

```
18   question.
19           MS. BROWNE:  Can you please reread
20   the question for the witness?  Thank you.
21           (Requested portion was read.)
22       A.  Okay.  I'm going to need a minute to think
23   this through.
24       Q.  (BY MS. BROWNE)  Should we take a break
25   while you review that?
00348:01     A.  No.  I'd say that once we changed our --
02   what you would call the "expansion coefficient" or
03   sometimes called "the entrainment coefficient," it
04   resulted in a lower flow rate; and you can see
05   that reflected in the -- in the Coast Guard
06   report.
07           We suggest the flow rate of 59,200
08   barrels per day in the original PNAS draft that we
09   submitted, it's 58,000 barrels per day.
10       Q.  Right.  Doctor --
11       A.  And then -- and then with the PNAS paper
12   that was published, it actually showed 57,000
13   barrels per day.
14       Q.  Right.  And we're going to get to that,
15   but I'm not talking about entrainment.  I'm
16   talking about your expansion from seabed to
17   surface.
```

Page 348:19 to 348:21

```
00348:19     A.  That is the expansion.
20       Q.  (BY MS. BROWNE)  Is counting for
21   entrainment?
```

Page 348:23 to 349:03

```
00348:23     A.  This -- this -- when you talk about the
24   expansion of the jet -- it's expanding in a cone.
25   Now if you're talking about something else...
00349:01     Q.  (BY MS. BROWNE)  Okay.  And when you --
02   when you multiply by that, the 1.045, that
03   increased your flow rate?
```

Page 349:05 to 349:17

```
00349:05     A.  With the -- the -- we get -- the resulting
06   model output gave the decreased flow rate.  The
07   numbers are right there (indicating).  It's
08   decreased.
09       Q.  (BY MS. BROWNE)  Except that you -- if you
10   turn to Page 4 of five of 9006, you -- you've got
11   an entrainment coefficient and then you've got --
12       A.  4 of 5.
13       Q.  4 of 5:  "The volumetric oil flux rate
14   calculated at ambient seafloor conditions would
```

```
15    expand by 4.5 percent at surface conditions."
16              That's not entrainment, Doctor, is
17    it?
```

Page 349:19 to 350:06

```
00349:19     A.  No.  So this is something that we never
20    took into account in the earlier papers.
21         Q.  (BY MS. BROWNE)  Right.
22         A.  And in this case, what -- what's going on
23    there is -- it suggests that if you take oil
24    and -- this is what we talked about with the
25    coffee cup and filling it up with oil --
00350:01     Q.  I understand that.
02         A.  -- and taking it down to seafloor
03    conditions.
04         Q.  Right, and that's why I'm asking:  When
05    you multiplied that coefficient, that 4.5 percent,
06    that increased your flow rate, correct?
```

Page 350:08 to 350:24

```
00350:08     A.  That properly accounted for the
09    differences, and if you want to say that the --
10    the flow rate on a mass or a mole basis, if you
11    describe it in those terms, it doesn't change at
12    all.  This is just changing the volume.  It
13    doesn't change the actual mass.  And that's why we
14    actually used terms like gigagrams per day in
15    here, so that there would be no confusion.  This
16    is a conservation of mass issue.  The flow rate --
17    the hydrocarbons, the actual molecules of
18    hydrocarbon, are the same top and bottom assuming
19    no losses.
20         Q.  (BY MS. BROWNE)  Right.  And so that's
21    why, again, I'm going to ask you to answer the
22    question I asked, which was:  When you multiplied
23    by the 4.5 percent, that increased your flow rate,
24    correct?
```

Page 351:02 to 351:14

```
00351:02     A.  I would -- I would say this:  On a
03    volumetric basis, yes.  On a mass basis --
04         Q.  (BY MS. BROWNE)  Thank you.
05         A.  -- no.  On a mole basis, no.
06         Q.  Okay.  At the end of the day, Doctor,
07    despite all of the changes we've talked about,
08    your -- I think you just said your flow rate did
09    not change in a statistically significant manner.
10    And "statistically significant" is my word.  I
11    recognize that.
12              I think you said you got 59.2 and it
```

```
13  went to 58.  Then it went to 57.  At some point,
14  those were the numbers, right?
```

Page 351:16 to 351:21

```
00351:16      A.  That -- that sounds right --
     17      Q.  (BY MS. BROWNE)  Okay.
     18      A.  -- the numbers.
     19      Q.  And despite all those changes, you still
     20  were able to get within 2,000 barrels at any given
     21  time of this 58,000 number, right?
```

Page 351:23 to 352:01

```
00351:23      A.  Yeah.  That sounds right.
     24      Q.  (BY MS. BROWNE)  And that doesn't seem
     25  strange to you that you could make all of those
00352:01  changes and still come out with that number?
```

Page 352:04 to 352:22

```
00352:04      A.  No.
     05      Q.  (BY MS. BROWNE)  No.  Okay.
     06      A.  Let me explain why.  I'll give you a
     07  complete answer if -- if I can take the time.
     08          The -- we did other calculations as
     09  well.  I -- I actually sent an E-mail to Marcia
     10  McNutt where I did another calculation involving
     11  just data from BP's top kill attempt and I came up
     12  with a value that was 59,000 barrels per day and
     13  that was the lower end estimate.
     14          And that suggested that's not a
     15  statistically significant -- that value was not
     16  statistically different from these -- these other
     17  values.  That used BP's data.
     18      Q.  Okay.  Your -- your total volumetric flow
     19  rate came down by a factor of 2 between the draft
     20  and that published -- or Camilli 2, the FRTG,
     21  Appendix C, 9005, and Camilli 3, the 9006 PNAS
     22  report, right?
```

Page 352:24 to 353:25

```
00352:24      Q.  (BY MS. BROWNE)  We talked about that
     25  yesterday.
00353:01      A.  Let's see.  I have to refresh my memory.
     02  You said the PNAS paper, 9006?
     03      Q.  Right, the -- the flow rate and the FRTG,
     04  Appendix C, was 0.249 meters cubed per second and
     05  then the total volumetric flow rate in the PNAS
     06  paper is 0.131 meters cubed per second, right?
     07      A.  I think so.  Let's take a look at the
     08  numbers to just verify.
```

```
09        Q.  Page 16 of the -- your FRTG report.  Do
10  you remember we talked about this?  We added
11  0.0781 meters cubed per second from the leak at
12  the BOP and 0.171 meters cubed per second at the
13  link at -- leak at the end of the broken riser and
14  we got 0.0 -- pardon me, yeah, 0.249.
15        A.  Okay.
16        Q.  All right?  And then PNAS, which is
17  2000 -- pardon me, 9006, on Page 3 of 5, you got
18  0.131.
19        A.  Uh-huh.
20        Q.  Okay.  And that's a reduction by a factor
21  of 2 in volumetric flow rate, right?
22        A.  Yeah.
23        Q.  When you change your fraction from 43.7 to
24  76 percent and you multiplied that, your bottom
25  line didn't change, right?
```

Page 354:02 to 354:09

```
00354:02        A.  My bottom line did change.
03        Q.  (BY MS. BROWNE)  By how much?
04        A.  By "bottom line," you mean the --
05        Q.  Your flow rate number.
06        A.  The oil flow rate number.  So roughly a
07  little over 2,000 barrels per day.
08        Q.  Is 2,000 barrels a day statistically
09  significant?
```

Page 354:11 to 355:07

```
00354:11        A.  That depends on your air bounce.
12        Q.  (BY MS. BROWNE)  Based on your air bounce.
13        A.  Based on our uncertainties, no, it's not.
14        Q.  Okay.  Let's take a look at Tab 73.
15  Tab 73 is ETL 0855030.  This is an E-mail from you
16  dated July 27, 2011, to Frank Shaffer and to
17  Dr. McNutt.
18        A.  Yes.
19        Q.  Re line:  "WHOI's perfect estimate?"
20            Do you see that?
21        A.  Yes, I do.
22        Q.  Did I read that correctly?
23            MS. BROWNE:  We're going to mark that
24  as Exhibit 9031.
25        Q.  (BY MS. BROWNE)  Did you say that I did
00355:01  read it correctly, Doctor?
02            (Marked Exhibit No. 9031.)
03        Q.  (BY MS. BROWNE)  Did I read that
04  correctly, Doctor?  It's from you to Franklin
05  Shaffer and to Dr. McNutt dated Wednesday,
06  July 27, 2011, "WHOI's perfect estimate?"
07        A.  Uh-huh.
```

Page 355:09 to 356:20

00355:09        Q.  (BY MS. BROWNE)  Yes.  And the fifth
      10  paragraph -- well, let me start with this.  We'll
      11  start with the first E-mail, which is on 5031.
      12  It's on Page 2 of Exhibit 9031.
      13              And Franklin Shaffer says to
      14  Dr. McNutt:  "Marcia, when you return from
      15  vacation...
      16              "I am still puzzled by WHOI's only
      17  estimate in your paper of 57,000 barrels per day.
      18  It's bulls eye, halfway between the ground truth
      19  range of 53 to 62 bpd.  But I don't remember WHOI
      20  reporting this during the crisis."
      21              Do you see that, Doctor?
      22        A.  Yes, I do.
      23        Q.  Did I read that right?
      24        A.  I think your reading is great.
      25        Q.  Thank you.
00356:01              And in response, in the fifth
      02  paragraph, you -- midway through:  "Over -- over
      03  the ensuing months, our team further refined the
      04  flow model to estimate the regions where the two
      05  jet flows transitioned to buoyant flow; and we
      06  also developed what we consider an appropriate
      07  error bound.  This refined model and the
      08  associated statistical values are what we recently
      09  submitted to PNAS.  Our estimate now stands at
      10  57,000, plus or minus 9800, barrels per day.  I'll
      11  leave it to the science community to decide if
      12  this represents a significant revision or not."
      13              Do you see that?
      14        A.  Yes, I do.
      15        Q.  And did I read that correctly?
      16        A.  I believe you did.
      17        Q.  So it's -- it's your -- you're not -- am I
      18  correct, you're not taking a position as to
      19  whether or not the multiple changes that you made
      20  represent a significant revision or not?


Page 356:23 to 357:18

00356:23        A.  When you submit a paper for a
      24  peer-reviewed publication, it's up to the
      25  scientific community whether it's accepted or not.
00357:01  They can go and tell you you're crazy.  The fact
      02  of the matter is, our paper was accepted by PNAS.
      03  That speaks for itself.
      04              And in terms of revisions, you know,
      05  the models, people can see how these models
      06  evolved.  We -- we published those.  And if you
      07  think that -- if you want to do head-to-head
      08  comparisons with other papers, there are multiple
      09  other papers that have been published that come up

```
10   with very similar numbers that, on a statistical
11   basis, the differences are insignificant.
12            For example, you don't even need to
13   take into account these issues of gas-to-oil ratio
14   or acoustic issues if you read the paper by
15   Griffiths in ES&T.  It just uses BP's data.  So,
16   as to your question about significance, it's up to
17   the scientific community.
18       Q.  (BY MS. BROWNE)  All right.
```

Page 358:11 to 358:14

```
00358:11       Q.  Sure.  You -- you couldn't tell me the
      12   standalone effect -- for example, the change to 76
      13   percent oil fraction -- because it's coupled to
      14   those other inputs, right?
```

Page 358:16 to 359:03

```
00358:16       A.  I -- I disagree with your characterization
      17   there.  The -- the 76 percent, we arrived at that
      18   based on the other terms.
      19       Q.  (BY MS. BROWNE)  But "coupled" was your --
      20   your word, right?
      21       A.  Yeah.
      22       Q.  So --
      23       A.  These effectively are coupled.
      24       Q.  So the oil fraction is coupled to, for
      25   example, entrainment?
00359:01       A.  It's coupled into cooling, for example.
      02       Q.  Is it -- is it coupled to entrainment?
      03       A.  The cooling --
```

Page 359:05 to 359:09

```
00359:05       A.  -- is based on entrainment.  You see
      06   how -- these things are interrelated.
      07       Q.  (BY MS. BROWNE)  And -- and is it related
      08   to velocity?  Or pardon me, is it coupled -- the
      09   oil fraction, is that coupled to velocity?
```

Page 359:11 to 359:15

```
00359:11       A.  Oil fraction -- the -- your velocity
      12   profile is coupled to your cross-sectional area.
      13   These things are all coupled.
      14       Q.  (BY MS. BROWNE)  Is your oil fraction
      15   coupled to your velocity?
```

Page 359:17 to 359:21

```
00359:17       A.  Yes.  They're -- there are linkages.
```

```
        18      Q.  (BY MS. BROWNE)  Okay.  So what is it
        19 about the changes to entrainment or to velocity
        20 that necessitated your change to the 76 percent
        21 oil fraction?
```

Page 359:23 to 361:07

```
00359:23      A.  It's spelled out in the paper here.  We
        24 measure our cross-sectional area, okay, the
        25 imaging plane.  That calculates to a source cross-
00360:01 sectional area.  We ground truth that -- that
        02 source with the actual measured values.  So that
        03 provides good ground truth.
        04           Now, when you take the -- that
        05 cross-sectional area, that describes your control
        06 volume, so you're going -- from two dimensions
        07 into three dimensions.  So we've got a three
        08 dimensional model now.  That three-dimensional
        09 model, that control volume, determines all of the
        10 points that are counted as part of your jet or
        11 plume.  Those are downward continued to the
        12 cross-sectional area.  Then you look down below
        13 the cross-sectional area and account for the water
        14 entrainment based on the surface area.  The water
        15 entrainments describes what the cooling effects
        16 would be at the cross-section.
        17           The cooling effects describe how
        18 the -- the volumetric changes occur in the
        19 hydrocarbon fluids.  It doesn't say that they
        20 change the number of molecules there, but it -- it
        21 changes their -- their volumetric ratios.  So they
        22 are all coupled.
        23      Q.  (BY MS. BROWNE)  That sounds like an order
        24 to me, right?  Because you said --
        25      A.  That is coupling.
00361:01      Q.  -- that you started with a cross-section
        02 then, you get your ground truth, then you downward
        03 continue, then you account for water?
        04      A.  Uh-huh.
        05      Q.  That describes your cooling.  And then
        06 your cooling tells you your volumetric ratios,
        07 right?
```

Page 361:09 to 361:14

```
00361:09      A.  Based on the sample that was collected and
        10 described by Reddy, et al.  You take the masses --
        11 the mass fractions of the different hydrocarbons.
        12      Q.  (BY MS. BROWNE)  So you started with your
        13 76 percent oil, and then you went through the
        14 steps you just described, right?
```

Page 361:16 to 361:19

```
00361:16      A.  No.  No.
      17      Q.  (BY MS. BROWNE)  Well, how is it
      18 specifically coupled, Doctor?
      19      A.  I just laid it out.
```

Page 361:22 to 361:24

```
00361:22      Q.  (BY MS. BROWNE)  In the steps you just
      23 gave me, where is it that you multiply by your .76
      24 oil fraction?
```

Page 362:01 to 362:06

```
00362:01      Q.  (BY MS. BROWNE)  At what point?
      02      A.  You asked me where I arrived at it, how it
      03 is coupled --
      04      Q.  Right.  And I didn't get an answer.
      05      A.  -- to determine that.
      06           No. I gave you an answer.
```

Page 362:09 to 362:13

```
00362:09      A.  I gave you the answer.  I suggest you
      10 reread my answer.
      11      Q.  (BY MS. BROWNE)  Yeah, I have.  And I
      12 don't see where -- it says and then multiply by
      13 your 7 -- your .76?
```

Page 362:25 to 362:25

```
00362:25      Q.  At what point do you multiply by .76?
```

Page 363:02 to 363:23

```
00363:02      A.  It's described right in the paper.
      03 "Multiplying each estimated Q of each leak source
      04 with the calculated oil fraction yields a net oil
      05 flow rate."  That's Page 4 of 5.
      06      Q.  (BY MS. BROWNE)  Right.  But you said --
      07 you said entrainment was accounted for in both
      08 articles?
      09      A.  Uh-huh.
      10      Q.  So --
      11      A.  In "both articles," you mean the Coast
      12 Guard?
      13      Q.  Yeah, in the FRTG report, 9005, and the
      14 PNAS article, 9006, right?
      15      A.  (Witness nods head.)
      16      Q.  "Yes"?  I need an oral answer.
      17      A.  Yes.
      18      Q.  Thank you.
```

```
19              So the corresponding cooling wouldn't
20  be a change that explains the change in the oil
21  fraction, would it?
22      A.  Yes, it would.
23      Q.  Because it cooled more?
```

Page 363:25 to 364:23

```
00363:25    A.  We didn't take into account cooling in the
00364:01  same way.  We used -- do you remember we talked
02  about this yesterday at length, this issue of --
03  of using ideal gas compressibility, using a
04  simplified idealized equation versus, the nonideal
05  equation?  These are two separate models.  The one
06  model just -- we can go back to that.  I think --
07  I know we've covered this.  That in the -- the
08  Coast Guard report and in the initial -- peer-
09  reviewed initial manuscript submission to PNAS, we
10  use this ideal gas model.  We didn't account for
11  hydrate formation.  We thought that it was
12  occurring.  We -- actually, that was active
13  discussion.  And yet this -- it turns out that
14  this cooling and the phase changes are a -- are a
15  big deal.  You wouldn't expect that in shallow
16  water, to have those phase changes occur.  I mean,
17  for that matter, you wouldn't expect your ethane,
18  for instance, to be in liquid form.
19      Q.  (BY MS. BROWNE)  Why don't we take a look
20  at the March 2011 draft of the PNAS report?
21              MS. BROWNE:  We're going to mark this
22  9032, and that is WHOI 100619.
23              (Marked Exhibit No. 9032.)
```

Page 365:11 to 365:15

```
00365:11  MS. BROWNE:  I'm going to also show
12  you WHOI 100618.  We'll mark this 9033.  And just
13  for the sake of completeness, let's look at 90 --
14  let's look at 9033, first.  9033 is a --
15              (Marked Exhibit No. 9033.)
```

Page 365:19 to 366:17

```
00365:19    Q.  (BY MS. BROWNE)  9033 is a copy of an
20  E-mail from you --
21      A.  Uh-huh.
22      Q.  -- to -- dated -- dated March 9th, 2011,
23  to your coauthors, correct?
24      A.  Yes.  That's correct.
25      Q.  "Preliminary manuscript edits."  Is that
00366:01  correct, subject?
02      A.  Yes.
03      Q.  Okay.  And this is the cover E-mail of
```

```
04   your -- of another -- I think it's the -- another
05   set of revisions to the PNAS 2006 -- or I beg
06   you -- 9006, Exhibit 9006.  And the attachment to
07   that E-mail is 9032.  So you can look at both of
08   them.  9033, which is 100618, and then 9032, which
09   begins 100619.  Do you -- do you have both of
10   those documents in front of you?
11        A.  No, I do not.
12        Q.  So -- so this draft is March 9th, 2011,
13   correct?
14        A.  I see February 9th, 2011.
15        Q.  Well, it's attached to your March 9th,
16   2011, E-mail of 11:47 p.m., which is Exhibit 9033.
17        A.  Okay.
```

Page 366:19 to 367:05

```
00366:19      Q.  (BY MS. BROWNE)  Do you see that?  It's to
20   your --
21        A.  I see, yes.
22        Q.  Yeah.  Okay.  So the document that was
23   produced with the E-mail is what we've now marked
24   9032.  And do you have reason to believe that this
25   is not -- 9032 is not from March 9th, 2011?
00367:01      A.  No, I don't.
02        Q.  So after the peer reviewers -- the peer
03   reviewers pointed out the issues with the velocity
04   entrainment from February, correct, at the time of
05   this draft, which is Exhibit 9032?
```

Page 367:07 to 367:14

```
00367:07      A.  I'm glad you're bringing up the peer
08   reviewers.  This is what I asked you for earlier.
09   Thank you.
10        Q.  (BY MS. BROWNE)  But you said this
11   draft -- you're welcome.  This draft is after the
12   peer review -- reviewers had pointed out your
13   issues with velocity and entrainment, right?
14        A.  Yes.
```

Page 367:16 to 367:23

```
00367:16      Q.  (BY MS. BROWNE)  And then if you turn to
17   1006 --
18        A.  Although -- what velocity, though?  You
19   said "pointed out issues."  I'm not sure that
20   they're pointing out issues of velocity.  But go
21   ahead.
22        Q.  Not -- not in this version.  They had
23   already pointed them out?
```

Page 367:25 to 368:06

```
00367:25      A.  The -- ma'am, these are the
00368:01 peer-reviewers' comments.  They don't already
      02 point them out.  These are -- in this case -- so
      03 we have they're embedded in there.
      04      Q.  (BY MS. BROWNE)  And you made revisions,
      05 according to this E-mail, based on those comments,
      06 correct?
```

Page 368:08 to 368:11

```
00368:08      A.  That's correct.
      09      Q.  (BY MS. BROWNE)  And -- and the revisions
      10 are -- are contained in what's been marked Exhibit
      11 9032, correct?
```

Page 368:13 to 368:22

```
00368:13      A.  This is a working draft.  When you say
      14 "revisions," you should be a little bit more
      15 specific.  There are revisions -- a revised
      16 manuscript that is submitted, is one thing.  This
      17 is a working draft --
      18      Q.  (BY MS. BROWNE)  Okay.
      19      A.  Let's call it a draft.
      20      Q.  All right.  So in 9033, when it says,
      21 "I've attached the first cut of manuscript
      22 revisions," that's incorrect?
```

Page 368:24 to 369:05

```
00368:24      A.  No, it says:  "I've attached a first cut
      25 of manuscript revisions."  Meaning it is a working
00369:01 draft for the manuscript revision that would be
      02 submitted.
      03      Q.  (BY MS. BROWNE)  Oh, so -- but it --
      04 "working draft of the manuscript revisions" isn't
      05 what it says there, though, right?
```

Page 369:07 to 369:09

```
00369:07      Q.  (BY MS. BROWNE)  I just want to -- I just
      08 want to use the terms you're using, Doctor.
      09              Right?
```

Page 369:11 to 370:17

```
00369:11      A.  I'm saying, for clarity, let's use these
      12 terms -- let's be specific here.  This is a
      13 working draft.  First cut, that's what that means.
      14 It is a working draft of the manuscript revision
      15 that's intended.
```

```
16        Q.  (BY MS. BROWNE)  All right.  We'll call
17   this "first cut of manuscript revisions."
18              So your first cut of manuscript
19   provisions -- can you turn to 100624.
20              And as of this date, March 2011, you
21   believe the methane was turning to hydrates,
22   right?  And I would direct your attention to
23   Line 167 of this first cut of manuscript
24   revisions.
25              "Moreover, as water became
00370:01   turbulently entrained with the jet, the methane
02   gas underwent chemical transformation to a solid
03   hydrate phase, further depleting fluid buoyancy."
04              Do you see that, Doctor?
05        A.  I haven't found that yet.
06        Q.  Line 167, Page 100624, which is also
07   Page 6 --
08        A.  Okay.
09        Q.  -- of the actual first cut of manuscript
10   revisions?
11              MR. LAND:  Look on this side here.
12              THE WITNESS:  Yeah.
13        A.  Okay.
14        Q.  (BY MS. BROWNE)  So as of the date of the
15   first cut of manuscript provisions, March 9th,
16   2011, you believe that methane was turning to
17   hydrates, right?
```

Page 370:19 to 370:22

```
00370:19        A.  Yes.
20        Q.  (BY MS. BROWNE)  Okay.  And you thought
21   hydrate formation would decrease the measured jet
22   cross-sections, didn't you?
```

Page 370:24 to 371:19

```
00370:24        Q.  (BY MS. BROWNE)  And I direct you to
25   WHOI 100625, which is Page 7 of Exhibit 9032 --
00371:01        A.  Okay.
02        Q.  -- Line 211.  "Complexities including the
03   rapid cooling of well fluids and hydrate formation
04   would tend to decrease the measured jet
05   cross-sections."
06              Do you see that, Doctor?
07              MR. LAND:  Line 210.
08        Q.  (BY MS. BROWNE)  Do you see that, Doctor?
09        A.  I -- I --
10        Q.  Lines 210 through 212, do you see where
11   I'm reading, Doctor?
12        A.  Yes.
13        Q.  Did I read that correctly?
14        A.  "Complexities including the rapid cooling
15   of well fluids and hydrate formation would tend to
```

```
16   decrease the measured jet cross-sections."
17       Q.  Right.  So you believed hydrate formation
18   would decrease the measured jet cross-sections,
19   correct?
```

Page 371:21 to 374:01

```
00371:21       A.  That was the working hypothesis here.
22       Q.  (BY MS. BROWNE)  Okay.  Let's turn back to
23   Page 100624, the page before that, and the second
24   paragraph which begins at Line 175:  "Using this
25   thermodynamic framework and the DEEPWATER HORIZON
00372:01 Macondo Well endmember fluid composition, the
02   emitted well fluids were by volume 42.8 percent
03   plus or minus 2 percent oil (i.e., pentane and
04   higher hydrocarbons) at initial seafloor
05   conditions.  The remaining 57.2 percent was
06   composed of methane gas, ethane through butane
07   condensates, and non hydrocarbon gases, yielding
08   an oil coefficient of 0.428."
09            Do you see that, Doctor, Lines 175
10   through 179?
11       A.  Yes, I do.
12       Q.  Did I read that correctly?
13       A.  I was flipping through.  I -- I was
14   reading this.  If you want to reread it, I can
15   double-check that.
16       Q.  Take a look at it.  Let me know what you
17   think.
18       A.  You said:  "Using this thermodynamic
19   framework in the DEEPWATER HORIZON Macondo Well
20   endmember fluid composition, the emitted well
21   fluids were by volume 42.8 percent plus or minus 2
22   percent oil (i.e., pentane and higher
23   hydrocarbons) at initial seafloor conditions.  The
24   remaining 57.2 percent was composed of methane
25   gas, ethane through butane condensates, and non
00373:01 hydrocarbon gases, yielding an oil fraction
02   coefficient of .428."
03       Q.  Right.  And then in the next paragraph,
04   Lines 184 to 185, you write:  "This total
05   volumetric flow rate is then multiplied by the oil
06   fraction coefficient (0.428) to yield an overall
07   oil flow rate of blank meters cubed per day or
08   60,000 barrels of oil per day (BOPD)."
09            Do you see that?
10       A.  Uh-huh.
11       Q.  Did I read that correctly?
12       A.  That's correct.
13       Q.  And you're still applying your
14   42 percent -- 42.8 percent oil fraction, right?
15       A.  Yes.
16       Q.  And is that because you're still applying
17   the ideal gas law here?
18            And I'll direct your attention to
```

```
      19   Page 100263, very last line, Line 161 to 162:
      20   "Ideal gas law calculations predict the gas phase
      21   constituents."
      22            Do you see that?
      23       A.  Yes.
      24       Q.  Okay.  And is that -- does that explain
      25   why you're still using 42 percent -- 42.8 percent
00374:01   oil fraction?
```

Page 374:03 to 375:04

```
00374:03       A.  The ideal gas law plus assuming that
      04   you're at ambient seafloor conditions of 4.4
      05   degrees C and 150 atmospheres.
      06            I believe that, also, right here,
      07   with -- what -- what you can see is the evolution
      08   of the model going on where we're beginning to
      09   address the -- the hydrate formation and you can
      10   see that here where it's saying that -- that the
      11   continuing cooling decreases the net gas buoyancy.
      12            This was in -- in response to some
      13   questions that we had based on data and evidence
      14   showing, for example, methane and benzene
      15   quantitatively did not reach the sea surface.
      16   They were -- they were trapped in this -- the
      17   water column.  And that's described in the Reddy,
      18   et al., paper --
      19            THE WITNESS:  Do you have a copy of
      20   the Reddy, et al., or can you point me to the tab
      21   version, please?  Tab 7.  Thank you.
      22       Q.  (BY MS. BROWNE)  Let me just ask you based
      23   on what you've already said that's this is more
      24   complicated --
      25       A.  I --
00375:01       Q.  I know.
      02            The analysis that you're describing
      03   right now, it -- did you -- did you do that
      04   analysis based on a peer-review comment?
```

Page 375:06 to 375:25

```
00375:06       A.  We were trying to get at -- at these
      07   uncertainties and so, yes, based on the
      08   peer-review comments, in order to deal with the --
      09   the water entrainment calculation, grappling with
      10   that issue, this is a working draft.  We're
      11   putting thoughts down on -- on paper to discuss
      12   with our -- among our colleagues.  That's what I
      13   was doing here.
      14            Now, getting back to the -- these
      15   other hydrocarbons being trapped in this
      16   subsurface --
      17       Q.  (BY MS. BROWNE)  Okay.  I'm sorry.  I --
      18   I -- I didn't ask about -- about the hydrocarbons
```

```
19  being trapped in the subsurface --
20       A.  No, but this is -- this is central to this
21  issue that you're asking me about.
22       Q.  The -- the hydrocarbons being trapped in
23  the subsurface are central to whether or not the
24  change you made was based on a comment of a
25  peer-reviewer?
```

Page 376:02 to 376:24

```
00376:02       A.  Yes.
03       Q.  (BY MS. BROWNE)  That's a "yes" or "no"
04  question.  Was the change you made based on a
05  comment given by a peer-reviewer?
06            MR. LAND:  Objection; form.
07       A.  You asked me a question just now if -- if
08  these hydrocarbons trapped in the subsurface were
09  important to these -- these calculations.  I said
10  yes.
11       Q.  (BY MS. BROWNE)  No.  No.  I asked you:
12  Were hydrocarbons being trapped in the
13  subsurface -- well, I did actually ask when it was
14  central to -- yeah, based on a comment -- oh,
15  yeah, was it -- right.  Was it central to the
16  change you made based on the comment of the
17  peer-reviewer.  That's a "yes" or "no" question.
18       A.  I said yes.
19       Q.  Okay.  All right.  Let me ask the next
20  question then.  Thanks.
21            And the -- the comment about that --
22  the peer-reviewer comment that brought about that
23  change, that was actually a comment directed to
24  uncertainties?
```

Page 377:01 to 377:13

```
00377:01       A.  This had to do with our coming up with
02  a -- a way to establish an uncertainty on our
03  water entrainment.
04       Q.  (BY MS. BROWNE)  Okay.  Thank you.
05            And was that specific change, that --
06  that new analysis, peer-reviewed?  Are you
07  following me?
08       A.  Which -- which specific analysis?
09       Q.  The analysis that you made to address the
10  uncertainties -- the -- the analysis you made to
11  establish the uncertainties on your water
12  entrainment, was -- was that analysis
13  peer-reviewed?
```

Page 377:15 to 377:25

```
00377:15       A.  The -- the entire paper was peer-reviewed.
```

16   Everything in it was peer-reviewed.  When we
17   submitted the manuscript -- manuscript, it was all
18   peer-reviewed.
19        Q.  (BY MS. BROWNE)   Okay.  So when you
20   submitted your -- your cut of manuscript
21   revisions --
22        A.  What do you mean, "cut"?
23        Q.  Well, what did -- I'm using your
24   terminology, Doctor, first cut of manuscript
25   revisions.


Page 378:02 to 380:18

00378:02        A.  Let's call this a working draft, and this
03   working draft is different from what was -- from
04   the revisions that were submitted.  It would be
05   in- -- incorrect to assert that we had submitted
06   this working draft.  That -- that's incorrect.
07        Q.  (BY MS. BROWNE)   So there's a -- there's a
08   draft out there that -- that you submitted to PNAS
09   after March 9, 2011, that contains the analysis
10   about the uncertainties that were raised by a
11   peer-reviewer on your entrainment calculations; is
12   that correct?
13        A.  The uncertainties overall.  In order to be
14   able to come up with this global uncertainty, you
15   have to look at all of the different elements of
16   that model where there are uncertainties.
17        Q.  Right.  And I'm talking about the
18   uncertainty that you talked about on your water
19   entrainment.
20        A.  Yes.  And so --
21        Q.  So -- no, please, Doctor.
22             So was -- was the analysis that --
23   that -- that resulted from your looking at the
24   peer-review comment on uncertainty as to your
25   entrainment peer-reviewed?
00379:01        A.  The reviewer -- and you highlighted this
02   yesterday in your question, where you had a copy
03   of a document that showed that a peer-reviewer
04   raised the issue that there were no uncertainty
05   estimates in our calculations.  That -- that is
06   the case.  We can go back to the record.
07        Q.  Okay.
08        A.  Okay.  So in order to address that concern
09   which the reviewer made -- which, by the way, we
10   all thought was very valid, it pushed us harder --
11   we had to go back and go to first principles,
12   analytical solutions from the peer-reviewed
13   literature.  And that's what we did.
14             And you'll notice that in the PNAS
15   paper on each of the -- the calculations that are
16   made, there -- there are uncertainties associated
17   with them.
18        Q.  Right.

```
      19        A.  And --
      20        Q.  I don't want to talk about those.  I'm
      21 asking you a specific question.
      22        A.  And I'm -- I'm answering.
      23        Q.  The analysis that you --
      24        A.  Ma'am, please let me finish.  You're not
      25 allowing me to finish the answer.  I'm trying to
00380:01 answer.
      02        Q.  You're not -- the problem, Doctor --
      03        A.  If you look on Page 2 of 5, it says -- "an
      04 entrainment coefficient where alpha sub jet equals
      05 0.0535 plus or minus 0.0025."  We're including
      06 uncertainties in there.
      07        Q.  And was that ever peer-reviewed, Doctor?
      08        A.  This --
      09        Q.  That --
      10        A.  This --
      11        Q.  Before it made it into that paper?
      12        A.  This is peer-reviewed, that's correct.
      13        Q.  Okay.  So somebody -- somebody looked at
      14 that before it made it into that final published
      15 version that is Exhibit 9006?
      16        A.  That was peer reviewed.
      17        Q.  That's a "yes"?
      18        A.  That is "yes."
```

Page 387:08 to 388:12

```
00387:08        A.  Yes.  That's Exhibit 9034?
      09        Q.  Correct.  And that's an August 30th E-mail
      10 from you to Dr. McNutt, right?
      11        A.  That's correct.  And cc'd to other people,
      12 yes.
      13        Q.  Okay.  And he or she asks you at Line 114
      14 that -- that a peer reviewer has -- has asked
      15 about the oil fraction of 0.4.
      16            Do you see that?
      17        A.  Yes.
      18        Q.  Okay.  And you reply:  "That using the
      19 composition of the M 1 end member sample collected
      20 by Chris Reddy and a maximum fluid temperature of
      21 37 C on exit (can cite Reddy 2011 for this
      22 temperature and composition information), and
      23 assuming only methane was in gas phase (this is
      24 the only hydrocarbon above its boiling point at
      25 these conditions) and a non-ideal methane
00388:01 compressibility, the flow is approximately
      02 39 percent oil (hexanes and higher), 6 percent
      03 liquified natural gas components (ethanes through
      04 pentanes), and 55 percent gas (methane and carbon
      05 dioxide)."
      06            Do you see that, Doctor?
      07        A.  Yes, I do.
      08        Q.  And then you say:  "Depending how you
      09 define a C-2 to C-5 liquids (as oil or not), the
```

```
       10  oil fraction was between 39 and 45 percent oil as
       11  it exited the source."
       12                 Do you see that, Doctor?
```

Page 388:14 to 388:18

```
00388:14      A.  Yes.
       15      Q.  (BY MS. BROWNE)  And -- and at that point,
       16  you recognized non-ideal methane compressibility,
       17  correct?
       18      A.  Yes, I did.
```

Page 388:20 to 389:02

```
00388:20      Q.  (BY MS. BROWNE)  And -- and how is it at
       21  the end of August, 2011, that you're telling
       22  Dr. McNutt that the oil fraction is 39 to
       23  45 percent even when you recognize your non-ideal
       24  methane compressibility but earlier in August, on
       25  August 11th, when you're PNAS article was accepted
00389:01  for publication, you applied the 76 percent oil
       02  fraction?
```

Page 389:04 to 389:10

```
00389:04      A.  Can you restate the question?  That was a
       05  long --
       06      Q.  (BY MS. BROWNE)  Sure.  As of August 30th,
       07  you're still supporting the 40 percent oil
       08  fraction; but on August 11th, when you submitted
       09  your PNAS article, Exhibit 9006, for publication,
       10  you had changed to a 76 percent oil fraction.
```

Page 389:12 to 389:18

```
00389:12      A.  I -- what is --
       13      Q.  (BY MS. BROWNE)  Isn't that right?
       14      A.  I don't -- I don't see the -- the issue
       15  here.
       16      Q.  You don't see a difference between a
       17  40 percent oil fraction and a 76 percent oil
       18  fraction?  Is that your testimony?
```

Page 389:21 to 390:18

```
00389:21      A.  You mean the difference in this oil
       22  fraction between 39 and 45 percent and then the
       23  76 percent?
       24      Q.  (BY MS. BROWNE)  Yes, sir.
       25      A.  Okay.  This is very simple.  I support
00390:01  both of them right now.  The -- notice on this
       02  one, it says:  Oil fraction was between 39 and
```

03  45 percent oil as it exited the source.  "Exited
04  the source" is key there.
05          And if you look at the 76 percent,
06  that's -- I'll read this to you:  "Under these
07  conditions, the well fluids at the cross-section
08  plane heights were by volume."
09          So we're talking about two different
10  locations.  One, as it's exiting the source during
11  these transformations, the cooling that's taking
12  place, the hydrate formation that's taking place.
13  So, yes, it -- this is the evolving relative
14  volumes of the components.  This is why I was
15  trying to explain to you earlier about all these
16  issues of dissolution, precipitation, hydrate
17  formation.  This is a complex issue.  That's why
18  it took us so long to work through this.


Page 391:04 to 392:01

00391:04      Q.  (BY MS. BROWNE)  Okay.  Dr. Camilli, I'd
05  like to redirect your attention to Tab 68, which
06  is the E-mail from August 30th, 2011.
07          A.  Okay.
08          Q.  It's --
09          A.  Exhibit 9034?
10          Q.  Thank you.
11              And back to the portion we were
12  talking about.  You note 55 percent gas, methane,
13  and carbon dioxide, about halfway down the page.
14              Do you see that?
15          A.  Yes.
16          Q.  Okay.  And then in your Exhibit 9006,
17  which is the acoustics PNAS publication --
18          A.  Yes.
19          Q.  -- at the top of Page 4 of 5, when you
20  note the "fluids at the cross-section plane
21  heights were by volume 76 percent oil (hexanes and
22  higher hydrocarbons), with the remaining fluid
23  balance composed of methane hydrate, liquified
24  ethanes through pentanes, non-hydrocarbon
25  gases" -- do you see that?
00392:01      A.  Yes.


Page 393:25 to 394:04

00393:25      Q.  Okay.  So at the measurement plane, how
00394:01  much of the methane was hydrates?
02          A.  We were treating it as hydrate.
03          Q.  All of it?
04          A.  Yeah.


Page 397:22 to 398:02

```
00397:22        Q.  If you have a meter -- one meter cubed of
     23  methane gas at the exit point, if that becomes a
     24  hydrate -- actually you can take out the exit
     25  point.  If you're one meter cubed of methane gas
00398:01  and it becomes a hydrate, what's the volume of
     02  that?
```

Page 398:25 to 399:01

```
00398:25        Q.  (BY MS. BROWNE)  It's okay if you don't
00399:01  know the answer.  I just need you to tell me that.
```

Page 399:10 to 399:19

```
00399:10        Q.  (BY MS. BROWNE)  How about at 15.5 C and
     11  150 atmospheres?
     12        A.  15.5 C and 150 atmosphere.  If you took
     13  that into a laboratory, sure, you could take that
     14  methane.  And then the question is how much volume
     15  would it take -- would it take up if you expose it
     16  to water and put it under that pressure.
     17        Q.  And once it became a hydrate, what would
     18  the volume then be?
     19        A.  That can be calculated.
```

Page 399:25 to 400:01

```
00399:25        Q.  (BY MS. BROWNE)  Do you know about how
00400:01  much time it would take to calculate?
```

Page 400:03 to 400:06

```
00400:03        A.  No, I don't.
     04        Q.  (BY MS. BROWNE)  No -- there's probably
     05  something on the Internet, right.  Just plug it in
     06  and it will spit out a number?
```

Page 400:08 to 400:10

```
00400:08        A.  You're asking speculation.
     09        Q.  (BY MS. BROWNE)  So you don't know one way
     10  or the other?
```

Page 400:20 to 401:05

```
00400:20        A.  I -- you're asking me to speculate.  You
     21  told me not to speculate.
     22        Q.  You agree that it takes -- that hydrates
     23  formed from methane contain about 6 molecules of
     24  water per molecule of gas, right?
     25        A.  That assumes that that's a fully clathrate
00401:01  structure, and that's not exactly -- that's not
```

```
02  exactly true.
03      Q.  Okay.  So -- so it's not true that hydrate
04  formed from methane contains about 6 molecules of
05  water per molecule of gas?
```

Page 401:07 to 401:09

```
00401:07     A.  That's an approximation.  There are
08  different structures of hydrate.
09      Q.  (BY MS. BROWNE)  Is it true, Doctor?
```

Page 401:11 to 401:23

```
00401:11     A.  I'm saying it -- it can be approximately
12  6 molecules.  This is an active area of research.
13      Q.  (BY MS. BROWNE)  And just to be clear,
14  you're -- you're saying that between the exit
15  point and the measurement plane, that the methane
16  gas has -- shrinks so much that it's now some part
17  of that 24 percent remainder, right?
18      A.  Can you repeat the question.
19      Q.  Yeah.  You're -- you're saying here in
20  the -- from -- Exhibit -- what is this, 9006 --
21  the PNAS report, that at the measurement plane,
22  the methane gas has shrunken so much that it's now
23  part of that 24 percent remainder that's --
```

Page 401:25 to 402:09

```
00401:25     Q.  (BY MS. BROWNE)  -- described at Page 4 of
00402:01  5, right?
02      A.  That's correct.
03      Q.  How does it decrease so substantially?
04      A.  Because of -- it takes up less volume.
05      Q.  So in my hypothetical, if you have one
06  meter cubed of methane and it turns to a hydrate,
07  15.5 degrees Celsius and 150 atmospheres, would
08  the volume of the resulting methane hydrate be
09  greater or less than the one meter cubed?
```

Page 402:11 to 402:21

```
00402:11     A.  If you took one cubic meter of methane gas
12  at 150 atmospheres and 4. -- or 15.6 degrees
13  centigrade --
14      Q.  (BY MS. BROWNE)  15.5.
15      A.  15.5.  Okay.
16          -- and you converted that into
17  hydrate, you would have to add water.
18      Q.  Okay.  It's converted into hydrate?
19      A.  Okay.
20      Q.  What's the volume now?
21      A.  The volume would be greater.
```

Page 403:14 to 403:18

```
00403:14      Q.  (BY MS. BROWNE)  Let's take a look at
     15  Tab 4.  That's Exhibit 9005, the FRTG report.  And
     16  if you could turn to Page 15, please -- no, I'm
     17  sorry, not Appendix C.  No.  Of the actual report.
     18  So...
```

Page 403:21 to 403:22

```
00403:21  MS. BROWNE:  It's Tab 4, Exhibit --
     22  oh, I'm sorry, Page 15.
```

Page 403:25 to 404:08

```
00403:25      Q.  (BY MS. BROWNE)  Okay.  Doctor, do you see
00404:01  right there in the middle of the page,
     02  "Convergence of gas/oil ratio (GOR) from surface
     03  collection to deepsea value:  48,000 to 56,000
     04  BPD."
     05           Do you see that?
     06      A.  Yes.
     07      Q.  Okay.  This analysis was contributed by
     08  you and the WHOI team, correct?
```

Page 404:10 to 404:15

```
00404:10      A.  Incorrect.
     11      Q.  (BY MS. BROWNE)  Who -- who did it?
     12      A.  That was me as a person.
     13      Q.  Okay.  And in this analysis, you purport
     14  to have found a correlation between GOR and
     15  production rate, correct?
```

Page 404:17 to 405:02

```
00404:17      A.  That's correct.
     18      Q.  (BY MS. BROWNE)  All right.  What
     19  correlation did you find?
     20      A.  I found that the -- with the daily oil
     21  production rate as the oil was -- was being
     22  collected at the surface, as more and more oil was
     23  being collected, the apparent GOR tended to
     24  decrease at the surface.
     25      Q.  And -- and you extrapolated the trend to
00405:01  an intercept with the GOR from you MW 1 sample of
     02  1600, right?
```

Page 405:04 to 405:10

```
00405:04      A.  That's correct.  There is an
```

```
05  extrapolation.
06      Q.  (BY MS. BROWNE)  And then with that, you
07  were able to posit that the total flow coming out
08  of the well averaged between 57,000 -- or averaged
09  57,000 barrels between June 5th and July 11th,
10  2010; is that right?
```

Page 405:12 to 406:22

```
00405:12      A.  That's correct.
13              No.  Sorry.  That's not it -- that's
14  not an average.  I -- I misstated that.  That
15  57,000 is an extrapolation.  It's not an average.
16      Q.  (BY MS. BROWNE)  And that's an -- that's
17  an extrapolation for the period June 5th to
18  July 11th?
19      A.  That's correct.
20      Q.  Do you know whether the collection data
21  that's referenced in here was corrected for the
22  amount of gas that comes out of solution at the
23  meter -- Q4000 meter?
24      A.  No, I don't.
25      Q.  And do you know whether the surface
00406:01  collection measurements were corrected or
02  uncorrected for the pressure at the meter?
03      A.  No, I don't.
04      Q.  And am I correct that this analysis
05  originally was going to be included in Dr. Reddy's
06  paper that is Exhibit 9012, correct?
07      A.  We discussed it and we thought that
08  this -- this is a "quick and dirty" way of
09  estimating using some simplifying assumptions and
10  just very basic data -- felt that the -- it
11  shouldn't be included based on the level of
12  analysis and the scope of the work in the Reddy
13  paper.
14      Q.  Did -- Sam Arey, we talked about him
15  yesterday.  He's a co-author, right?
16      A.  Yes.  He's a good friend of mine and a
17  former classmate of mine.  He's a professor at the
18  Icole Polytechnique Fidirale de Lausanne in
19  Switzerland.
20      Q.  Okay.  And he refused to sign onto this
21  analysis, right, the analysis that's set forth on
22  Page 16 that we've just discussed?
```

Page 406:24 to 407:08

```
00406:24      Q.  (BY MS. BROWNE)  Right?
25      A.  He sent an E-mail where he refused to sign
00407:01  on with an earlier description.  And we discussed
02  it and actually came up with a better way of
03  describing this for the purposes of the PNAS
04  paper, the Reddy, et al., paper.
```

```
05        Q.  Well, this graph doesn't appear in the
06  Reddy, et al., paper, does it?
07        A.  No.  It -- it -- there's a -- a different
08  graph that appears in the Reddy, et al., paper.
```

Page 407:16 to 407:23

```
00407:16        Q.  Yeah, but the -- the extrapolations to
17  57,000, that doesn't appear in the Reddy paper,
18  right?
19        A.  Like I said, we came up with a more
20  appropriate use of that GOR data.  You'll see it
21  in Figure 2 in the Reddy, et al., paper.
22        Q.  So that's a no, right?  The extrapolation
23  does not appear in the Reddy paper?
```

Page 407:25 to 408:01

```
00407:25        A.  There is no extrapolation in the -- the
00408:01  Reddy paper.
```

Page 408:13 to 409:08

```
00408:13        Q.  Okay.  Let's -- let's take a look at
14  Tab 95.  This is WHOI 106029.  This is an E-mail
15  chain between you and Sam -- or among, I guess,
16  you and Sam Arey and Chris Reddy, dated
17  December 28th, 2010.
18                We'll be marking this 9035.
19             (Marked Exhibit No. 9035.)
20        Q.  (BY MS. BROWNE)  If you turn to the second
21  page of that, which is WHOI 106030, Dr. Arey goes
22  through in -- in great detail the reason why he
23  doesn't support the text but -- or the -- the
24  extrapolation, but his bottom line, which he says
25  at the end of the page, is:  "The bottom line is
00409:01  that I'm willing to support a statement that says
02  there's a weak correlation between GOR at the
03  statistics and oil production rate at the surface,
04  because the statistics support this.  I cannot
05  support an extrapolation to a 'meaningful'
06  intercept 55,700 barrels per day total production
07  rate.  This is meaningless."
08                You see that, Doctor?
```

Page 409:10 to 409:10

```
00409:10        A.  Yes, I do.
```

Page 410:18 to 410:23

```
00410:18        Q.  I want to strike that question.  Let me
```

```
19  ask you something else.
20            The -- the -- you thought it was
21  appropriate to -- to include in the summary by
22  Dr. McNutt the analysis that Professor Arey said
23  was meaningless; is that right?
```

Page 411:01 to 412:05

```
00411:01        A.  What Dr. Arey was talking about was trying
02  to have something with high confidence intervals.
03  I think in his -- my discussions with him -- and
04  actually it shows here:  "If we want to be
05  serious, we should report the 2-Sigma 95 percent
06  confidence interval."
07            He's being -- Sam is a great guy, and
08  I mean, I love him for this kind of stuff.  His --
09  he wanted to reduce the errors as much as
10  possible.  He felt that the uncertainty in that
11  calculation would detract from the paper, the
12  Reddy, et al., PNAS paper, because he's talking
13  about going from effectively -- when he said
14  "2-Sigma," I think that's in error.  I think he
15  means two standard deviations.
16            But he's talking about trying to
17  reduce uncertainty and so that's what we did.
18  We -- we went and looked back and tried to get
19  something that would reduce the uncertainty.  And
20  you see we got a 99 percent confidence interval on
21  that.
22            What Dr. McNutt wanted to do was show
23  various kinds of techniques that could be applied
24  and describe their strengths and weaknesses, and
25  so I told her of this approach.  She thought it
00412:01  was worthwhile to include, provided that we do --
02  did describe its strength and weaknesses.
03        Q.  (BY MS. BROWNE)  So you told Dr. McNutt
04  that Dr. Arey said that -- Professor Arey said
05  that it was meaningless?
```

Page 412:08 to 412:22

```
00412:08        A.  I -- I didn't tell her that Sam said it
09  was meaningless.
10        Q.  Okay.  Thank you.  You confirmed for me a
11  second ago that the -- that chart on Page 16 of
12  the FRTG report assumed your analysis that the GOR
13  of the well fluids is 1600, right?
14        A.  Which page was that?
15        Q.  Page 16.
16        A.  Yes.
17        Q.  See that --
18        A.  Yes.
19        Q.  If you'd used your MW 2 sample with the
20  2470 GOR, do you -- can you tell me -- can you
```

```
21  plot that and tell me what the analysis would show
22  about the flow rate on June 21st?
```

Page 412:25 to 413:10

```
00412:25      A.  I suppose I could estimate roughly.
00413:01      Q.  (BY MS. BROWNE)  Okay.
    02        A.  It looks like the flow rate would be at
    03  roughly a thousand barrels per day.  Does that
    04  seem right?
    05        Q.  No, not to me.  It looks like it would be
    06  closer to 10,000 barrels per day, right?
    07        A.  You said 2400 per --
    08        Q.  2470 is the GOR of the fluid -- your MW 2
    09  sample that you discarded.
    10        A.  2470.
```

Page 413:12 to 413:24

```
00413:12      A.  The GOR of 2470?
    13        Q.  (BY MS. BROWNE)  Yeah.
    14        A.  I disagree.
    15        Q.  You think a GOR of 2470 plotted on this
    16  would give you 1,000 barrels?  Is that what you
    17  said?
    18        A.  Let's take a look at this together.
    19        Q.  Sure.
    20        A.  That's 2,000.  I see that as somewhere up
    21  here being about 2400 and so, yeah, that -- to me,
    22  that's suggests it's somewhere in the neighborhood
    23  of a thousand barrels.
    24        Q.  On your line?
```

Page 414:01 to 414:09

```
00414:01      Q.  (BY MS. BROWNE)  I want you to plot it on
    02  your line, Doctor, please.
    03        A.  You're asking me to do this -- still I --
    04  I don't -- I don't see how you get down to 10,000.
    05        Q.  Yeah.  Okay.  And at some point, you --
    06  you developed a proposal to calculate the total
    07  incident flow rate by extrapolating back to Day 1
    08  using the DOE shut-in hydraulics estimate and the
    09  WHOI May 31st estimate, right?
```

Page 414:11 to 414:15

```
00414:11      A.  "Developed a proposal to --" what do you
    12  mean by "proposal"?
    13        Q.  (BY MS. BROWNE)  Did you ever suggest that
    14  you could extrapolate the flow rate back using the
    15  DOE shut-in pressure and the May 31st estimate?
```

Page 414:17 to 414:20

00414:17        A.  I believe that I suggested you could back
       18  calculate a linear trend but the question is if
       19  that linear trend would be valid or not.
       20        Q.  (BY MS. BROWNE)  When --


Page 414:25 to 415:01

00414:25        Q.  (BY MS. BROWNE)  When did you first
00415:01  propose that extrapolations?


Page 415:03 to 415:15

00415:03        A.  I don't recall a date.
       04        Q.  (BY MS. BROWNE)  Was it in 2010?
       05        A.  Probably, yes.
       06        Q.  Was it after you submitted your
       07  Appendix C?  That would be August 10th, 2010.
       08        A.  I -- no, not after it.  It would be
       09  before.
       10        Q.  Right, because actually when you testified
       11  before the Oil Spill Commission, you noted that
       12  you used the estimate -- your estimate on DOE's
       13  measured pre-shut-in flow rate of 53,000 barrels a
       14  day to extrapolate a linear trend for the interval
       15  between April 20th and July 14th, right?


Page 415:17 to 415:25

00415:17        Q.  (BY MS. BROWNE) Is that right?
       18        A.  Yes, that's correct.
       19        Q.  Okay.  And then based on that, you
       20  calculated a cumulative leak of 5 million barrels;
       21  is that right?
       22        A.  Yes.
       23        Q.  Okay.  How -- how did it come to pass that
       24  you were invited to participate in the July 31st
       25  DOE and science team meeting?


Page 416:02 to 416:04

00416:02        A.  July 31st, 2010?
       03        Q.  (BY MS. BROWNE)  Right, to discuss the
       04  final flow rate estimate.


Page 416:06 to 416:09

00416:06        A.  I received a call, I believe.
       07        Q.  (BY MS. BROWNE)  And that was after you
       08  had proposed your -- your back calculation; is

```
09  that right?
```

Page 416:11 to 416:14

```
00416:11       A.  I don't recall the dates, then.
     12        Q.  (BY MS. BROWNE)  You presented your back
     13 projection extrapolation at that meeting, correct?
     14        A.  Yes, I believe so.
```

Page 417:14 to 417:15

```
00417:14 MS. BROWNE:  And we're going to mark
     15 this 9036.
```

Page 417:19 to 418:20

```
00417:19       Q.  (BY MS. BROWNE)  Do you have that E-mail
     20 in front of you, Doctor?
     21        A.  Yes.
     22        Q.  This is an E-mail from R. Camilli to Susan
     23 Avery, Larry Madin, Fritz Heide, and --
     24        A.  Heide.
     25        Q.  Heide.  -- and someone with the last name
00418:01 Murphy at WHOI; is that correct?
     02        A.  That's correct.
     03        Q.  And the first line, it says:  "Just a
     04 quick update.  The telecon with Chu and his team
     05 went better than I could have hoped.  They
     06 accepted my findings literally without question.
     07 Also, the WHOI gas fraction calculation will be
     08 used in the other analyses to reduce error."
     09              Do you see that, Doctor?
     10        A.  Yes.
     11        Q.  And that's -- that's the summary of
     12 your -- or at least it's a discussion of the
     13 meeting from July 31st with Dr. Chu and the
     14 science team, right?
     15        A.  That's correct.
     16        Q.  Okay.  So, you know, we've -- we've seen
     17 your production, and is it -- is it fair to say,
     18 based on the E-mails you've produced, that you
     19 were fairly honored to be part of this project,
     20 correct?
```

Page 418:22 to 420:18

```
00418:22       A.  The way that I would characterize it, that
     23 science team was compromised of heads of national
     24 laboratories; many members of the National
     25 Academy; and the Secretary of Energy, a Nobel
00419:01 laureate.  To be able to present in front of these
     02 people, that's -- I guess in the legal world would
     03 be like presenting a case in front of the Supreme
```

```
04  Court.
05              Yes, I feel -- still feel very
06  honored that they asked me.  Given the -- the
07  opportunity, I tried to prepare as best as I could
08  in the limited amount of time; and I felt very
09  good about the presentation that I gave.
10      Q.  (BY MS. BROWNE)  Do you recall a
11  discussion we had earlier -- I believe it was
12  yesterday at this point -- about -- and this was
13  in the context of the -- you know, the 76 percent
14  and the 43 percent and -- and our discussion about
15  GOR from an industry perspective versus the
16  scientific compositional perspective.
17              Do you remember a conversation about
18  that?
19      A.  Vaguely, yes.
20      Q.  Okay.  Can you look at exhibit -- or
21  pardon me, Tab 113, please; and that's WHOI
22  108518.
23  MS. BROWNE:  And we'll mark it 9037.
24              (Marked Exhibit No. 9037.)
25      Q.  (BY MS. BROWNE)  This is an E-mail from
00420:01  Judy Fenwick at WHOI to Dana Yoerger from Monday,
02  August 2nd, 2010, correct?
03      A.  Yes.
04      Q.  And it reads, in the first paragraph:
05  "Dana, NYT article just released...culmination of
06  two days of phone conferences on which Rich was a
07  key contributor, lead by Stephen Chu.  Chu said
08  that he liked Woods Hole measurement strategy,
09  elegant solution; Rich feels validated in the
10  numbers.  And he says that Department of Energy
11  and Justice will press BP to settle the fines
12  quickly because the evidence is so strong."
13              Do you see that, Dr. Camilli?
14      A.  Yes, I do see that.  And I would say
15  that -- that this is a new E-mail that I was not a
16  part of, and I don't agree with a certain part of
17  this E-mail.
18      Q.  But WHOI does, right, Doctor?
```

Page 420:20 to 420:22

```
00420:20     A.  No.
21      Q.  (BY MS. BROWNE)  Well, this is an
22  E-mail -- this is an WHOI E-mail, isn't it?
```

Page 420:24 to 421:12

```
00420:24     A.  This is a WHOI E-mail, but what is being
25  said in there is -- is mischaracterized.
00421:01     Q.  (BY MS. BROWNE)  It mischaracterized what?
02      A.  It mischaracterized what I said.
03      Q.  All right.
```

```
04        A.  I can tell you with certainty that I
05  didn't say certain parts here, and that was
06  misinterpreted by Judy Fenwick.
07        Q.  So you didn't say Energy and Justice will
08  press BP to settle the fine quickly because the
09  evidence is so strong?
10        A.  I certainly did not say "Justice," and I
11  certainly didn't say "fine."
12        Q.  All right.
```

Page 422:06 to 428:01

```
00422:06  I want to start -- and this may be
07  one area where I jump back into something you've
08  covered, but I want you to start by having you
09  remind me what your educational training is.
10        A.  I have a bachelor's degree in biology,
11  minor in chemistry, and a master's and Ph.D. in
12  engineering.  Did that at MIT.  After that I -- I
13  did a post-doctorate with Woods Hole
14  Oceanographic.
15        Q.  What year did you finish at MIT?
16        A.  2003, sir.
17        Q.  Okay.  You mentioned yesterday that you
18  have had some experience using this type of
19  acoustic technology that was employed by Woods
20  Hole for the Macondo Well; is that true?
21        A.  That is true.
22        Q.  And as I understood it, that experience
23  involved examining the flow from toppled platforms
24  in the Gulf of Mexico?
25        A.  Yes, sir.  That is true.
00423:01       Q.  And those platforms were toppled by
02  Katrina; did I understand that correctly?
03        A.  I'd have to go back and think about that.
04  They were certainly toppled by hurricanes.
05        Q.  Okay.  And that work -- am I right that
06  that work involved examining flow rate using the
07  same technology that you used here in this case?
08        A.  That did involve identifying leaks,
09  identifying that there was a flow rate
10  qualitatively using the -- the sonar systems.
11        Q.  So it may not have been exactly alike, but
12  it was similar?
13        A.  That's correct.
14        Q.  And for that work, is it true that you
15  were hired by BP?
16        A.  That was separate work.  And I speak now
17  as an individual.  I occasionally consult when
18  there are these incidents that take place and they
19  want an investigation.  I have consulted working
20  with BP in the past.
21        Q.  On how many occasions?
22        A.  BP, I'd say a couple of occasions.
23        Q.  Okay.  When is the most recent?
```

```
24        A.  Most recent, probably 2006, 2007.
25        Q.  And what did those occasions involve?
00424:01  What were you hired to do exactly?
02        A.  For that -- the -- that work that I'm --
03  to which I'm referring, that was involved in
04  looking at a couple of hurricane toppled platforms
05  after Hurricane Katrina.
06        Q.  So in addition to the other work you've
07  done examining flow rates using acoustic
08  technology, part of the work that BP hired you to
09  do as a consultant also involved examining these
10  toppled -- the flow from these toppled platforms?
11        A.  Yes, sir.  Identifying leaks from toppled
12  platforms.
13        Q.  On at least two occasions that you recall?
14        A.  Yes.  I recall at least two toppled
15  platforms.
16        Q.  Were you with -- I'm sorry, I cut you off.
17  Were you with -- were you hired by Woods Hole at
18  the time you were hired as consultant by BP?
19        A.  I -- at that time, while I was working for
20  Woods Hole, I was also consulting separately.
21        Q.  So but it is true that you were employed
22  by Woods Hole at the time you consulted -- you did
23  your consulting work for BP?
24        A.  That is correct.
25        Q.  Are there any -- are there other occasions
00425:01  that you believe provide you like experience to
02  the work that you did on the Macondo Well?
03        A.  Yes, there is.
04        Q.  What are those experience -- what -- what
05  are those occasions?
06        A.  Well, for example, I -- I've participated
07  or led something close to 50 oceanographic
08  research expeditions, operations around the world.
09  I've lead or participated as a crew member on
10  several dozen human occupied submersible
11  operations, including submersible dives very close
12  to the MC252 site in -- I think that would have
13  been 2006, examining hydrate structures down
14  there.  I -- I've written numerous papers on oil
15  spills -- I'm sorry, oil spill observation
16  technologies and have continued to consult.
17        Q.  I believe you testified yesterday that in
18  your experience, BP was the entity calling the
19  shots as related to obtaining flow rate estimates
20  related to Macondo; is that true?
21        A.  In terms of the first -- when we first
22  gave a proposal to do that -- the operation back
23  on May 4th, 2010, it was accepted by BP, but --
24  but then declined in favor of other operations.
25        Q.  Yeah, and I'm going to get into that.  My
00426:01  question, simply:  Is it your opinion and your
02  belief, based on your personal experience in this
03  event, that BP was calling the shots when it came
```

04    to controlling who and how they were going to get
05    a flow rate estimate?
06         A.   For our work, yes, they were actively
07    involved in the observer and the ship when we were
08    doing those operations, made the decisions that we
09    had to abide by.
10         Q.   And in your work, you never witnessed any
11    involvement by TransOcean in directing the efforts
12    to calculate the flow rate, did you?
13         A.   I -- no.
14         Q.   Is it fair to say that the government was
15    also involved in calculating flow rate estimates?
16         A.   In calculating -- in terms of calculating
17    our flow rate estimates for the government, I
18    think the contract was for one month and we got an
19    extension so that we -- that's what allowed us to
20    publish -- or not publish, but to hand over the --
21    the final report to the Coast Guard that was
22    subsequent -- subsequently published by the flow
23    rate technical group.
24         Q.   So the government was definitely involved
25    in not only your work, but the broader work to
00427:01    calculate flow rate, true?
02         A.   Yes.
03         Q.   And as you just reminded us, it was the
04    Coast Guard that ultimately brought you into the
05    case to perform your work, right?
06         A.   That's correct.
07         Q.   Do you recall a New York Times article on
08    May 13th, 2010, where you were quoted as saying
09    just that, that BP and the U.S. were calling the
10    shots when it came to performing flow rate
11    calculations?
12         A.   I don't specifically remember it, but --
13         Q.   If you said it, do you disagree with it
14    today?
15         A.   I don't disagree with that.
16         Q.   And you made that comment based on your
17    experience and your involvement in the projects
18    and events in calculating flow rate?
19         A.   That May 13th, that was before we actually
20    did the work.  So that would have been after BP
21    had accepted and declined our proposal.
22         Q.   My question was more your testimony to me
23    today is saying that BP and the U.S. called the
24    shots, that's based on your experience overall in
25    the project, beginning in late May and going to --
00428:01    to today, as we sit here today?


Page 428:03 to 428:10

00428:03         Q.   (BY MR. BAAY)  Is that right?
04         A.   I -- I don't know of -- of any other
05    company observers of the responsible parties that
06    were on the ship.  I had no interaction with

```
07  any -- anyone other than BP representatives or --
08  or contractors to BP or the U.S. Coast Guard on
09  these matters.  I can't remember anybody else
10  involved.
```

Page 428:12 to 428:20

```
00428:12  You testified yesterday that BP
      13  contacted Andy Bowen with Woods Hole in late
      14  April 2010; is that true?
      15      A.  That is true.
      16      Q.  And they asked him for a proposal as to
      17  how Woods Hole might help provide a flow rate
      18  estimate; did I understand that correctly?
      19      A.  Contacted him originally concerning just
      20  a -- an assessment of the blowout preventer.
```

Page 428:25 to 429:16

```
00428:25  MR. BAAY:  And if you wouldn't mind
00429:01  just placing an exhibit sticker on that document.
      02          (Marked Exhibit No. 9038.)
      03      Q.  (BY MR. BAAY)  So 0938 we just marked is
      04  an E-mail from you on Thursday, May 6th, 2010; is
      05  that right?
      06      A.  That's correct.
      07      Q.  And what you just said in the top there
      08  is -- you respond to Andy and say, "I'll start
      09  packing my gear and looking for flights to MSY,"
      10  which is New Orleans?
      11      A.  That's correct.
      12      Q.  We're all painfully aware that that's New
      13  Orleans.  So as of May 6th, Andy's contact with BP
      14  had led you to the conclusion that you were going
      15  to get involved under BP's direction as early as
      16  May 6th; is that right?
```

Page 429:18 to 429:23

```
00429:18      A.  That's correct, that we would be doing
      19  operations there.
      20      Q.  (BY MR. BAAY)  But as you testified
      21  yesterday, BP decided instead to put that plan on
      22  hold?
      23      A.  That's --
```

Page 429:25 to 430:09

```
00429:25      A.  That's correct.  And that's actually part
00430:01  of my Congressional testimony, as well.
      02      Q.  (BY MR. BAAY)  You said that very thing to
      03  Congress.  I think you used those words, that BP
      04  told to you put the plan on hold?
```

```
05      A.  Yes.
06      Q.  Do -- were you involved with the
07 communication or the conversation from BP to Woods
08 Hole explaining why they put you guys on the bench
09 for this job?
```

Page 430:11 to 430:24

```
00430:11      A.  I -- I -- I recall a -- a teleconference
12 with BP representatives.  I don't recall the
13 specific date.  It's -- it's described in my
14 Congressional testimony.  But they -- my
15 recollection is -- is not as good as it was when I
16 testified, but -- so I'd say my Congressional
17 testimony described it.  But basically they --
18 they were -- BP's plans were to use the coffer dam
19 and that they would not be needing our services at
20 that point.
21      Q.  (BY MR. BAAY)  Did you get a good
22 explanation from BP as to why they didn't also
23 employ you and Woods Hole to get a flow rate
24 estimate in case the coffer dam did not work?
```

Page 431:01 to 431:09

```
00431:01      A.  No, I did not.  As a matter of fact, I had
02 no further communication with BP until Unified
03 Command had us in motion for the -- the subsequent
04 flow rate measurements in late May.
05      Q.  (BY MR. BAAY)  So the best explanation you
06 got from BP was that they were not going to hire
07 Woods Hole because they had decided to go with the
08 coffer dam?
09      A.  That is my recollection.
```

Page 431:11 to 432:16

```
00431:11 MR. BAAY:  We'll mark this as 9039.
12          (Marked Exhibit No. 9039.)
13      Q.  (BY MR. BAAY)  This document is another
14 E-mail from you dated Sunday, May 16th, 2010; is
15 that right?
16      A.  That's correct.
17      Q.  And you sent it -- you've copied Andy
18 Bowen and others at Woods Hole and also sent it to
19 Steve Murawski?
20      A.  That's correct.
21      Q.  Who is Steve Murawski?
22      A.  Steve Murawski -- he was an employee of
23 Noah, who was involved in the response efforts.
24 And I believe that this is in response to a phone
25 call that he made to me.
00432:01      Q.  Was the phone call for the purpose of
```

```
02  inquiring your -- for your availability to work on
03  this project?
04       A.  Yes, that is my recollection.
05       Q.  And were you aware of how Mr. Murawski got
06  your name to make that call?
07       A.  I don't recall at this time.  I'm not sure
08  that I ever knew.
09       Q.  And the top paragraph of Exhibit 9039, you
10  insert a quote from a BP executive, stating
11  basically that flow rate -- the BP executives
12  were -- that the flow rate was not relevant to the
13  response effort.  Do you see that in the first
14  paragraph?
15       A.  Yes, sir.
16       Q.  Does that statement surprise you?
```

Page 432:18 to 432:20

```
00432:18      Q.  (BY MR. BAAY)  Let me ask a better
     19  question.  At the time you read it and put it in
     20  this E-mail, did that statement surprise you?
```

Page 432:22 to 433:07

```
00432:22      A.  I would say that I -- I did find it
     23  surprising.  I didn't have all the facts to know
     24  why they said that.  But it didn't seem logical.
     25      Q.  (BY MR. BAAY)  As you became involved in
00433:01  the project in -- in -- as you were discussing
     02  becoming involved in the project in early May
     03  2010, were you of the mind that knowing the flow
     04  rate or getting an estimate for a flow rate was
     05  very important and relevant to whatever source
     06  control effort was going to be put in place to cap
     07  the well?
```

Page 433:09 to 433:23

```
00433:09  MR. FITCH:  Object to form.
     10       A.  In terms -- in terms of understanding the
     11  source control efforts, the -- the reason that we
     12  originally came up with this approach was actually
     13  to look and see if -- if there were -- there was
     14  at least a partial blockage by the shear rams.
     15  And so at that point, I -- I thought that by
     16  understanding the -- the flow rates, you could
     17  understand more about the actuation state of the
     18  shear rams.  And I testified to that.
     19       Q.  (BY MR. BAAY)  Were you aware at that
     20  time, the middle part of May 2010, that BP had
     21  internal analysis telling them that a flow rate of
     22  greater than 15,000 barrels per day would mean
     23  almost certain failure for the top kill procedure?
```

Page 433:25 to 434:02

00433:25        A.  No, I was not aware of that.
00434:01        Q.  (BY MR. BAAY)  As you sit here today, have
       02  you seen, been told about, or read that analysis?


Page 434:04 to 434:10

00434:04        A.  I have not seen, heard, or read that
       05  analysis.  I've -- I've heard rumors of something
       06  like that, but I -- it's hearsay.
       07        Q.  (BY MR. BAAY)  Assume that analysis exists
       08  and it says what I represented that it says,
       09  doesn't that fact make flow rate relevant to
       10  response effort?


Page 434:12 to 434:24

00434:12        A.  It makes knowing the flow rate relevant,
       13  yes.  That's correct.
       14        Q.  (BY MR. BAAY)  In other words, if you're
       15  going to perform a procedure where you know there
       16  are limitations on its success based directly on
       17  the flow rate, wouldn't it be relevant to know
       18  what your flow rate might be at that point?
       19        A.  Yes, sir.
       20        Q.  And wouldn't it also make sense to employ
       21  an agency like Woods Hole and someone like you to
       22  give you a flow rate estimate so that you can be
       23  informed as to the procedures you were performing
       24  in May of 2010?


Page 435:01 to 435:06

00435:01        A.  If I was in that position, yes, I -- I
       02  would.
       03        Q.  (BY MR. BAAY)  And as you've described
       04  yesterday, you and Woods Hole provide that very
       05  expertise.  That is, to come in and measure flow
       06  rate and provide an estimate; is that true?


Page 435:08 to 435:17

00435:08        A.  Yes, I would also say that Woods Hole has
       09  a somewhat unique capability in terms of operating
       10  in what in the oil gas industry is considered
       11  ultradeep water.  We've been operating -- well,
       12  for example, human-occupied submersibles in those
       13  deep regions for over 40 years.
       14        Q.  (BY MR. BAAY)  So what makes your
       15  experience -- Woods Hole's experience unique is
       16  that you've done it many times in these kind of

```
            17   situations?


Page 435:21 to 436:10

00435:21        Q.  (BY MR. BAAY)  Is that true?
      22        A.  I'd say that we -- we have worked many
      23   times in these kinds of deepwater settings.
      24        Q.  Several days after you send this E-mail to
      25   Mr. Murawski, you provide testimony in front of
00436:01   Congress; is that right?
      02        A.  Yes, sir.
      03        Q.  I believe it's on May 19th that you
      04   provide that testimony, May 19th, 2010?
      05        A.  That sounds correct.
      06        Q.  And as I understand it, as a result of
      07   your testimony and a result of you highlighting
      08   the experience that you have, the Coast Guard
      09   reached out to you and hired you and Woods Hole to
      10   come and measure flow rate on the Macondo Well?


Page 436:23 to 437:04

00436:23        Q.  (BY MR. BAAY)  Can you answer my question?
      24        A.  Can you repeat the question?
      25        Q.  My question was:  As a result of your
00437:01   testimony in front of Congress and you
      02   highlighting your experience, the United States
      03   Coast Guard came out and hired you to measure the
      04   flow of the Macondo Well; is that right?


Page 437:06 to 437:16

00437:06        A.  That is correct.
      07        Q.  (BY MR. BAAY)  And you were engaged, I
      08   believe as you've testified and you've made your
      09   measurements, on May 31st -- May 31st, 2010?
      10        A.  That's correct.
      11        Q.  And at that time -- well, we'll go back to
      12   that.
      13                 Turn if you will to Tab 19, please.
      14             (Marked Exhibit No. 9040.)
      15        Q.  (BY MR. BAAY)  So that should be marked as
      16   9040?


Page 437:19 to 438:19

00437:19        Q.  (BY MR. BAAY)  9040 is an E-mail from Andy
      20   Bowen to Rob Munier?
      21        A.  That's correct.
      22        Q.  Munier?
      23        A.  I don't even know actually.  I think it's
      24   Munier.
      25        Q.  Okay.  The more important section of this
```

```
00438:01  E-mail that I want to talk about is the first part
      02  of the chain, and that's a June 8th E-mail --
      03  June 8th, 2010, from you to Joseph Kusek?
      04       A.  That's correct.
      05       Q.  And Mr. Kusek is a lieutenant with the
      06  United States Coast Guard?
      07       A.  At -- at that time, he was a lieutenant
      08  with the U.S. Coast Guard.
      09       Q.  Was he your primary point of contact once
      10  you became engaged by the Coast Guard?
      11       A.  Yes.  That is correct.
      12       Q.  And in this E-mail, as I read it, you are
      13  providing an estimate to the Coast Guard and to
      14  Lieutenant Kusek of a preliminary total flow rate
      15  of 62,000 barrels per day; is that right?
      16       A.  Yes, that's correct.  It says 62,000.
      17       Q.  And to make this estimate, you assumed a
      18  50 percent oil in the flow because you had not yet
      19  collected your fluid sample; is that true?
```

Page 438:21 to 439:09

```
00438:21       A.  That's correct.  We had to make that
      22  assumption.
      23       Q.  (BY MR. BAAY)  Right.
      24       A.  We had no direct measurement.
      25       Q.  And you say expressly here in Exhibit 9040
00439:01  in parenthesis you assumed a 50 percent oil in the
      02  flow?
      03       A.  Yes.
      04       Q.  And I believe you testified yesterday that
      05  BP gave you that number; is that true?
      06       A.  That's correct.
      07       Q.  So you were using a number provided by BP
      08  as your assumption for -- basically this is the
      09  oil fraction that you're assuming; is that right?
```

Page 439:11 to 439:21

```
00439:11       A.  Yes.
      12       Q.  (BY MR. BAAY)  To reach your conclusion
      13  that there were -- the initial flow rate estimate
      14  of 62,000 barrels per day, right?
      15       A.  That's correct.  I'd say that that was a
      16  preliminary estimate.
      17       Q.  Understood.
      18            So on -- as of June 8th -- that's
      19  nine days after you had made your acoustic
      20  measurements -- you were providing the Coast Guard
      21  your preliminary flow rate estimates?
```

Page 439:23 to 440:14

```
00439:23        A.  Yes, sir.  And -- well, that was a -- this
      24  was an E-mail relaying this.  I think we had
      25  actually made these calculations a bit earlier.  I
00440:01  see this is 10:00 a.m. on Tuesday, June 8th, and
      02  June 7th attachment in the document.
      03        Q.  (BY MR. BAAY)  So as of June 7th, you
      04  likely had your preliminary flow rate estimate
      05  ready?
      06        A.  Yes, sir.
      07        Q.  So that's within eight days of the time
      08  you recorded your acoustic measurements?
      09        A.  Yes, sir.
      10        Q.  Based on these events, is it fair for us
      11  to assume that you could have provided BP a flow
      12  rate estimate with the same speed had they decided
      13  to hire you on May 1st when they initially
      14  contacted Woods Hole?
```

Page 440:16 to 440:20

```
00440:16        A.  Yes.
      17        Q.  (BY MR. BAAY)  Do you agree that having an
      18  early and accurate flow rate measurement would
      19  have greatly informed the response effort made by
      20  BP?
```

Page 440:23 to 441:05

```
00440:23        A.  I agree that it would have helped to
      24  inform the response effort.
      25        Q.  (BY MR. BAAY)  Did you realize at the
00441:01  time -- were you aware at the time that BP was
      02  talking to you about potentially hiring Woods
      03  Hole, they were advertising -- or publicizing
      04  potential flow rate estimates of 5,000 barrels per
      05  day?
```

Page 441:07 to 441:15

```
00441:07        A.  No.  I -- when I originally was contacted
      08  by Andy Bowen, I had been in Panama.
      09        Q.  (BY MR. BAAY)  When did you first hear of
      10  some flow rate estimates; do you recall?
      11        A.  I do not recall.
      12        Q.  Do you have any information or knowledge
      13  about BP taking flow rate estimates based on the
      14  aerial observations of the skim on the surface of
      15  the Gulf of Mexico?
```

Page 441:17 to 441:24

```
00441:17        A.  From memory, I recall that there were --
      18  there was an effort to quantify the size of the
```

```
19  size of the slick on the sea surface.  I -- I
20  don't recall hearing that that was BP, but I just
21  don't know on that.
22      Q.  (BY MR. BAAY)  But you were aware that --
23  that that was one of the efforts made to measure
24  flow rate?
```

Page 442:01 to 442:08

```
00442:01     A.  Yes.
02      Q.  (BY MR. BAAY)  And going back to my
03  questions related to this internal BP E-mail about
04  15,000 barrels per day being the boundary for a
05  successful top kill operation, is it fair to say
06  or would you agree that a flow rate estimate of
07  62,000 barrels per day would have impacted the
08  decision to perform that top kill operation?
```

Page 442:10 to 442:18

```
00442:10     A.  I would say it would certainly call into
11  question the utility of the top kill attempt.
12      Q.  (BY MR. BAAY)  And if other source control
13  options were known to have flow rate limitations
14  and BP was armed -- or the United States was armed
15  with an early flow rate estimate of 62,000 barrels
16  per day, that would have also impacted those flow
17  rates -- those source control options; is that
18  true?
```

Page 442:20 to 443:04

```
00442:20     A.  I -- I'm not sure I understand the
21  question.
22      Q.  (BY MR. BAAY)  In addition to the top
23  kill, there were other source control efforts,
24  other efforts to cap the well that were limited by
25  a known flow rate.  The fact that Woods Hole could
00443:01  have been employed sooner and put a flow rate
02  estimate in place sooner, based on that
03  assumption, it would have also impacted those
04  other additional source control efforts?
```

Page 443:06 to 443:11

```
00443:06     A.  That seems logical but it sounds very
07  speculative about -- I don't -- I'd have to
08  speculate.  I don't know what these other...
09      Q.  (BY MR. BAAY)  What you're saying is:
10  You're not aware of the other source control
11  options or whether they were limited by flow rate?
```

Page 443:13 to 443:25

```
00443:13      A.  That's correct.
      14      Q.  (BY MR. BAAY)  Once you were hired, you
      15 described your mission as a not-to-interfere
      16 mission or a not-to-interfere status.  Did I
      17 understand that correctly?
      18      A.  That's correct.
      19      Q.  And who gave you that directive?
      20      A.  That was through Unified Command.  It's --
      21 actually, I believe it was specified in the
      22 contract.
      23      Q.  Did you feel -- you mentioned certain
      24 times when BP made your job of collecting your
      25 data more difficult than it should have been?
```

Page 444:02 to 445:07

```
00444:02      A.  This project was about as difficult as
      03 they come.  There were delays; we noted those
      04 delays.  There were requests that went unresponded
      05 in certain cases like a request for a staging
      06 facility or -- that was denied outright.  The
      07 ability to collect fluid samples during the first
      08 acoustic operation; that was denied.
      09      Q.  (BY MR. BAAY)  Okay.  So let's take these
      10 one at a time.
      11           The staging facility, was that a
      12 denial made by BP?
      13      A.  That is my understanding.  It's my
      14 understanding that a Coast Guardsman, Omar
      15 Arredondo, who was sent there to provide
      16 logistical support for us, was trying to get a --
      17 a facility where we could stage our equipment, get
      18 it ready to helicopter out.  It's my understanding
      19 that he went to BP, requested that we get a couple
      20 of benches in a room near the -- the heliport to
      21 have the equipment sort of tuned up and ready to
      22 go.  And that request was denied.  So he called
      23 around and there was a Coast Guard commander up in
      24 Lockport where they're building -- it's a shipyard
      25 basically.  He agreed to allow us to use an unused
00445:01 building there in Lockport, which is about an
      02 hour's drive away.  And so that's where we staged
      03 our equipment.
      04      Q.  You also mentioned that, at the time you
      05 took your acoustic measurements on May 31st, 2010,
      06 BP prevented you from, at that time, collecting
      07 your fluid samples; is that true?
```

Page 445:09 to 445:12

```
00445:09      A.  That is correct.
      10      Q.  (BY MR. BAAY)  What was the explanation
```

```
11   provided as to why you could not collect your
12   fluid samples at that time?
```

Page 445:14 to 446:04

```
00445:14        A.  The explanation that I was given -- and
     15   it's -- it's actually noted in the notebooks -- is
     16   that the -- the samplers required ABS
     17   certification.
     18        Q.  (BY MR. BAAY)  Did you later have to show
     19   the ABS certifications that would allow you to
     20   collect your fluids?
     21        A.  No, it was later determined that the ABS
     22   certifications were not required, and actually it
     23   was Dr. McNutt that looked into that.  And it's my
     24   understanding that an ABS certification is only
     25   required on something that's actually bolted to a
00446:01   ship.
     02        Q.  You also mentioned yesterday that BP
     03   withheld some of your collected data; is that
     04   true?
```

Page 446:06 to 448:04

```
00446:06        A.  Not our collected data.  What I -- I
     07   should clarify that point.
     08              When we had stopped our operations --
     09   I actually called a halt to the acoustic
     10   operations, I forget when exactly.  I think it was
     11   June 2nd or June 3rd.  It was June 2nd.  I
     12   basically said to wrap it up.  It was because we
     13   were physically ill and I -- I believe it's from
     14   breathing the -- the -- the volatiles in the air.
     15              What had happened was -- was I was
     16   overcome by fumes.  The -- Lieutenant Kusek, I was
     17   talking with him on the phone and he asked me if I
     18   was drunk and I -- I stood up to leave the room
     19   and almost fell over.  And then when I left the
     20   room, I saw that other people on the ship were
     21   wearing the respirators, including full face
     22   respirators.  The alarm had not been sounded on
     23   the ship.  So I went down to the bunks and had my
     24   team put on their respirators, then made a call to
     25   get helicoptered off.
00447:01              While we were waiting there for the
     02   helicopter to come, I asked the BP representative
     03   if I could get copies of the hard drives from the
     04   ROV operations.  This is the navigation and video
     05   data from the ROVs.  We had already been given the
     06   subset of that data.  The BP representative said
     07   that he would.  Took him at his word.  Shook his
     08   hand.  And then we helicoptered off.  He said the
     09   reason that they couldn't do it right then was
     10   because the ROVs were still in the water and I
```

```
11   would have to wait and they would send them later.
12        Q.  (BY MR. BAAY)  Did you ever see the data?
13        A.  No, I did not.
14        Q.  If you'll turn to Tab 26 in the binder up
15   in front of you, marked as Exhibit 9041.
16             (Marked Exhibit No. 9041.)
17        Q.  (BY MR. BAAY)  9041 is an E-mail from you
18   on June 22nd, 2010, addressed to several folks
19   within Woods Hole; is that right?
20        A.  Yes.  That is correct.
21        Q.  And you had addressed it directly Susan I
22   Avery, who I understand to be the director of
23   Woods Hole?
24        A.  That's correct.
25        Q.  And if you jump down to the third
00448:01  paragraph -- backing up a minute.  This is your
02   E-mail where you basically are telling, I guess,
03   your boss that you have finally been able to
04   collect your samples?
```

Page 448:06 to 449:09

```
00448:06       Q.  (BY MR. BAAY) Is that right?
07        A.  Yes.
08        Q.  And if you look at the third paragraph,
09   you have the first sentence there.  You say:
10   "Getting these samples involved a few tense
11   standoffs with BP and represent the crown jewels
12   of spill estimate data."
13             What were the standoffs with BP that
14   you're referring to here?
15        A.  This is something that I observed while I
16   was on the ship, and it's -- it's actually
17   described in the daily reports to the Coast Guard.
18             During this -- this procedure, we
19   had -- Lieutenant Parker accompanying us, Coast
20   Guard officer, and he -- I remember being on the
21   bridge with the captain of the Endeavor and
22   Lieutenant Parker on the radio commanding ships to
23   hold position and to be at specific locations for
24   the personnel transfer to go and collect these
25   samples.  And the -- his orders were not being
00449:01  obeyed.  It was clear he was physically angry, to
02   the point where he was -- as he was talking on the
03   radio, he was physically shaking.
04        Q.  So Lieutenant Parker was acting as your
05   point person to assist Woods Hole and you to
06   collect these fluid samples?
07        A.  That is correct.
08        Q.  And based on what you witnessed, he was
09   receiving some push-back from BP; is that right?
```

Page 449:11 to 449:16

```
00449:11        A.  He -- he was receiving some push-back
      12 from -- from the people on the -- the radio, which
      13 these were the BP contractors that he was speaking
      14 with, I -- I believe.
      15        Q.  (BY MR. BAAY)  Any other instances that
      16 inform your sentence here in Exhibit 9041?
```

Page 449:18 to 452:11

```
00449:18        A.  I would have to review the -- the daily
      19 reports.
      20        Q.  (BY MR. BAAY)  Not as you sit -- none that
      21 you recall as you sit here; is that right?
      22        A.  Not at the moment.  No, sir.
      23        Q.  If you'll turn to Tab 44 for me.
      24              (Marked Exhibit No. 9042.)
      25        Q.  (BY MR. BAAY)  I'm going to switch topics
00450:01 slightly.
      02              We'll mark this as Exhibit 9042.
      03              In the bottom part of this chain at
      04 the bottom of the page is an E-mail to you on
      05 October 18th, 2010, from a gentleman named Mark
      06 Sogge?
      07        A.  Yes, sir.
      08        Q.  Is that how you pronounce it?
      09        A.  I believe so.
      10        Q.  And what Mr. Sogge is conveying to you in
      11 this E-mail marked Exhibit 9042 is that he is
      12 wanting you to be an author of the flow rate
      13 technical group summary report; is that right?
      14        A.  Yes, sir.
      15        Q.  Okay.  And then he -- he says in one of
      16 the bottom sentences of his E-mail:  "In addition,
      17 we are still planning to include the Woods Hole --
      18 the WHOI acoustic report in the FRTG summary
      19 report.  Therefore, Marcia --" and that's Marcia
      20 McNutt he's referring to?
      21        A.  Yes, sir.
      22        Q.  And she's the head of the U.S. Geological
      23 Survey --
      24        A.  That is correct.
      25        Q.  -- or the director.
00451:01              And as we've seen, you had quite a
      02 bit of involvement or interface with her; is that
      03 right?
      04        A.  Yes, sir.
      05        Q.  He says:  "Marcia would like to include
      06 you as a coauthor on the final summary report."
      07              Did I read that correctly?
      08        A.  Yes, sir.
      09        Q.  Did that surprise you that the U.S. was
      10 reaching out to include you and Woods Hole as part
      11 of their final Flow Rate Technical Group report?
      12        A.  It was somewhat surprising in the sense
      13 that we had -- our operations was through a kind
```

```
        14    of a different umbrella and so they were trying to
        15    put all of this information together so that it
        16    would be published and people could read it.
        17              The -- the Coast Guard report -- and
        18    I made this distinction yesterday.  The Coast
        19    Guard report, we handed that to the Coast Guard
        20    and based on the terms of the contract, we were
        21    not allowed to disclose any information or any
        22    data until we had expressed written permission
        23    from the Coast Guard; and so this was them asking
        24    for permission.  I went and talked with the Coast
        25    Guard and got their approval in order to do that.
00452:01        Q.  Did you have an understanding at the time
        02    as to why they would want to include you,
        03    Dr. Camilli, as a coauthor of the Flow Rate
        04    Technical Group report?
        05        A.  It says right in here about including the
        06    WHOI Acoustic Report, that that is their reasoning
        07    behind that.
        08        Q.  Were you familiar, at the time you started
        09    your work in May of 2010, of the other efforts
        10    that the U.S. was taking to try to determine the
        11    flow rate?
```

Page 452:13 to 452:19

```
00452:13        A.  In -- I learned of it, of the other
        14    efforts in May; but at the time when -- when we
        15    first got started, no, I didn't know of these
        16    other programs.
        17        Q.  (BY MR. BAAY)  Okay.  If you will, turn to
        18    Tab 23 for me.
        19              (Marked Exhibit No. 9043.)
```

Page 453:01 to 453:06

```
00453:01        Q.  (BY MR. BAAY)  Just to give you some
        02    context here, the first part of the E-mail looks
        03    like a -- basically a draft summary of the report
        04    that Admiral Allen provided on what the United
        05    States was doing in analyzing the flow rate.
        06              Do you agree with that?
```

Page 453:08 to 453:13

```
00453:08        A.  I'm sorry.  Can you repeat the question?
        09        Q.  (BY MR. BAAY)  Yeah.  I was just giving
        10    you some context on the E-mail.  It looked to me
        11    like a draft report for an update that Admiral
        12    Allen was going to provide on the efforts to
        13    analyze the flow rate.
```

Page 453:15 to 457:12

00453:15      A.  Yes, sir.  That appears clear in the
     16  title.
     17      Q.  (BY MR. BAAY)  Okay.  So if you turn the
     18  page, you'll see several different methods spelled
     19  out, the first being "Analysis of Pressure
     20  Readings."
     21          See where I'm looking?
     22      A.  Yes.
     23      Q.  Okay.  Then it goes to No. 2, "Flow Rate
     24  Technical Group"; and under the Flow Rate
     25  Technical Group are the different modeling teams
00454:01  that were pulled together to try to provide a flow
     02  rate estimate; is that right?
     03      A.  Yes, sir.
     04      Q.  And so, going back to my question I asked
     05  you a minute ago, were you familiar with the
     06  efforts of these other teams and what their
     07  estimates were?
     08      A.  I would say that I was unfamiliar with
     09  these other teams while we were doing our
     10  calculations.  I -- I later became aware of them.
     11          It's my understanding that we were --
     12  Woods Hole was kept somewhat isolated.  We didn't
     13  share information with these other teams until the
     14  discussions that occurred in late July, early
     15  August; and the -- the idea was -- was basically,
     16  it's my understanding, to keep -- to prevent group
     17  think from occurring, for us to be completely
     18  independent.
     19      Q.  Okay.  So you say in late July and early
     20  August, you did start coordinating with some of
     21  these other teams?
     22      A.  I didn't coordinate; but this is when I
     23  received that call to be in on that telecon with
     24  Dr. Chu's team, or a group.  And this is where
     25  everybody presented their analysis.  Prior to
00455:01  that, I really didn't have much of an
     02  understanding of what these other teams were
     03  doing.
     04      Q.  And that telephone conference was the
     05  subject of the E-mail we saw earlier where there's
     06  some comment made that you impressed Secretary Chu
     07  and that he adopted your report without question?
     08      A.  Yeah.  That can be a little bit miss
     09  construed.  I -- I recall that I made my
     10  presentation, one of the people on the other end
     11  of the line -- and there was this -- something
     12  like a WebEx kind of thing.
     13          Someone on the other end of the line
     14  said -- asked the question, "Are there any
     15  questions?"  There was a pause.  And then I
     16  believe it was Dr. Chu said something to the
     17  effect of, "Okay.  Well, we've got a lot of work
     18  ahead of us.  Let's move on."
     19      Q.  So on that same telephone conference, in

```
     20    addition to your report as to what Woods Hole was
     21    doing in their analysis, these other modeling
     22    teams, including the Nodal Analysis Team, the
     23    Plume Modeling Team, the Mass Balance Team, and
     24    the Reservoir Modeling Team, all provided their
     25    status or reports and summary on that telephone
00456:01    conference?
     02        A.  That's correct.
     03        Q.  So that was an occasion for you to get
     04    familiar with what these other teams were doing;
     05    is that right?
     06        A.  Yes.
     07        Q.  If you look at the second page of
     08    Exhibit 9043 under the Plume Modeling Team, in
     09    that second paragraph, there's the sentence
     10    that -- excuse me, in the first paragraph, the
     11    sentence begins:  "On May 27 --"
     12            Do you see where I'm reading?
     13        A.  Okay.
     14        Q.  The first paragraph:  "-- the Plume
     15    Modeling Team, which analyzed video obtained from
     16    BP, provided an initial lower bound estimate of
     17    12,000 to 25,000 barrels of oil per day."
     18            Did I read that correctly?
     19        A.  Yes, sir.
     20        Q.  So it's fair to say that the Plume
     21    Modeling Team had an estimate, a lower and upper
     22    bound, that was much lower than what Woods Hole
     23    provided?
     24        A.  That's correct.
     25        Q.  And then if you jump to the Mass Balance
00457:01    Team, there's a sentence in the second paragraph
     02    that said -- that says:  "Based on observations on
     03    May 17th, and given the amount of oil observed and
     04    the adjusted calculations for amount of oil that
     05    has been burned, skimmed, dispersed, or
     06    evaporated, the initial estimate from the Mass
     07    Balance Team that was announced on May 27 was in
     08    the range of 12,000 to 19,000 barrels of oil per
     09    day."
     10            Same question:  Woods Hole's analysis
     11    came in significantly higher than the Mass Balance
     12    Team of the FRTG; is that true?


Page 457:14 to 458:02

00457:14        A.  At this point in time, yes, that's
     15    correct.
     16        Q.  (BY MR. BAAY)  There are no estimates
     17    provided under the Reservoir Modeling Team or the
     18    Nodal Analysis Team.  Do you recall what their
     19    estimates of flow rate were as you participated in
     20    that telephone conference in July of 2010?
     21        A.  I do not recall offhand.  I recall that
     22    the Nodal Analysis Team did present; and I believe
```

```
      23   the Reservoir Modeling Team did present, also.
      24        Q.  But you don't recall their estimates?
      25        A.  No, sir, I don't.
00458:01        Q.  Do you recall them being lower than Woods
      02   Hole's flow rate estimate?
```

Page 458:04 to 459:02

```
00458:04        A.  I really don't recall one way or the
      05   other.
      06        Q.  (BY MR. BAAY)  So if you look to the third
      07   page, now I'm under the category "Woods Hole
      08   Analysis."  There's a second paragraph there that
      09   starts:  "Director Marcia McNutt --"
      10             See where I'm reading?
      11        A.  Yes.
      12        Q.  "-- estimates that based on Woods Hole's
      13   analysis and assuming that the oil-gas ratio is
      14   approximately 40 percent, a range of 25- to 50,000
      15   barrels of oil per day is consistent with the
      16   methodology and analysis that Woods Hole used."
      17             Did I read that correctly?
      18        A.  Yes, sir.
      19        Q.  And so, as she has stated here, your
      20   upper -- the upper bound she is describing for her
      21   flow rate estimate is at least 20,000 barrels per
      22   day higher than any of her other teams were giving
      23   her; is that right?
      24        A.  That's correct.
      25        Q.  And it's lower than -- but it's lower than
00459:01   your estimate at the time, which was in the
      02   neighborhood of 60,000 barrels per day?
```

Page 459:05 to 459:12

```
00459:05        A.  Yes.
      06        Q.  (BY MR. BAAY)  Did you get the sense in
      07   the summer of 2010 or the time that Mrs. McNutt --
      08   maybe Dr. McNutt asked you to come in and be a
      09   part of the Flow Rate Technical Group, did you get
      10   the sense that Woods Hole and your work were
      11   included as a means of increasing the overall flow
      12   rate estimate as provided by the Government?
```

Page 459:14 to 459:24

```
00459:14        A.  No, sir.  No.  I think that it was
      15   included as just another form of analysis.
      16        Q.  (BY MR. BAAY)  Were you ever asked by the
      17   Government expressly to provide estimates that
      18   would allow a higher flow rate number as the
      19   census number for the Flow Rate Technical Group
      20   report?
```

```
21      A.  No, sir.
22      Q.  Well, did you ever have discussions with
23 other members of the modeling teams on adjusting
24 their flow rate estimates?
```

Page 460:01 to 461:06

```
00460:01      A.  On adjusting their flow rate estimates,
02 not to my knowledge.  At one point after the --
03 the -- I guess it was the July 31st
04 teleconference, I received a call from Steve
05 Worley asking me about an issue with regard to oil
06 expansion.  I think -- and we discussed kind of a
07 hypothetical sort of a thought experiment about
08 oil expansion.
09      Q.  (BY MR. BAAY)  Did you -- after this July
10 2010 telephone conference, did you begin to
11 collaborate with these other modeling teams?
12      A.  No.  There really wasn't any
13 collaboration.  Part of it was that I was spending
14 a tremendous amount of time at sea.
15      Q.  Did you ever form the opinion that some of
16 these other modeling teams, as employed by the
17 United States Government, had flawed assumptions
18 or flawed modeling to reach their flow rate
19 estimates?
20      A.  I really was not concerned with that.  One
21 of the -- I'll tell this in just -- this is me
22 speaking as an individual.
23           When we produced our -- our estimate
24 to the June 7th description, I personally felt
25 very uncomfortable that our numbers were high.
00461:01 Nobody likes to be the bearer of bad news, and I
02 hoped to God that we weren't wrong because I
03 didn't want to create a panic.
04      Q.  If you'll turn to Tab 38 for me.
05           MR. BAAY:  I believe this will be
06 9044.
```

Page 461:11 to 462:24

```
00461:11      Q.  (BY MR. BAAY)  This is an E-mail, another
12 E-mail from you -- this one on September 23,
13 2010 -- to Christopher Reddy, who you've talked
14 quite a bit about in this deposition.
15           In the very top section here, you
16 say:  "Chris, I forgot to bcc you on this...it
17 gets even better.  Evidently the plume team, which
18 is probably the -- I assume you're referring to
19 the Plume Modeling Team -- did not account for
20 expansion - not that it would be obvious from the
21 video."
22           What's the basis for your comment
23 there, that the plume team didn't account for
```

```
24  expansion?
25      A.  This is based on a question, you know,
00462:01  with Marcia McNutt.
02      Q.  As I read the E-mail, you and Mrs. McNutt
03  or Dr. McNutt were exchanging some finer points
04  about the modeling, including Woods Hole -- Woods
05  Hole's analysis; is that right?
06      A.  Yes.
07      Q.  And she had conveyed to you some of the
08  assumptions that the plume team took in coming to
09  their flow rate estimate?
10      A.  That's correct.
11      Q.  And my understanding, from reading your
12  comment here, is that you were kind of doing a
13  comparison between Woods Hole's analysis and the
14  other teams as -- as another form of peer review,
15  so to speak, a way to check yourself; is that
16  right?
17      A.  Yes.  And this is in September after
18  the -- that teleconference where we were then
19  looking at the analysis.
20      Q.  And your -- it seems to me you're sharing
21  a comment with a colleague here saying that the
22  other teams -- you see a flaw in these other
23  teams, which, by inference, supports the
24  credibility of your analysis?
```

Page 463:02 to 464:05

```
00463:02      A.  I wouldn't say "supports the credibility"
03  of our analysis.  The -- I'm still trying to get
04  caught up.
05      Q.  (BY MR. BAAY)  Dr. Camilli, if you turn to
06  Tab 48, there's a related E-mail I'd like to show
07  you.
08              MR. BAAY:  We'll mark this as 9045.
09              (Marked Exhibit No. 9045.)
10      Q.  (BY MR. BAAY) This is another exchange or
11  series of exchanges between you and Marcia
12  McNutt -- excuse me, Marcia McNutt.
13              If you turn to the second page,
14  there's a -- a time and date header of 11-29-2010
15  at 6:32 p.m., middle part of the page.
16              You see where I'm looking?
17      A.  Yes.
18      Q.  And what Marcia McNutt says to you there
19  is: "Super.  Thanks."  She's saying it to you and
20  Chris Reddy, actually.
21              She says: "Super.  Thanks.  FYI, the
22  estimates from the other groups were in no way so
23  rigorous."
24              Do you remember reading that
25  statement at the time?
00464:01      A.  Yes.  I'd have to say that that's high
02  praise coming from Marcia McNutt.  That's quite a
```

```
03   statement.
04       Q.  So did you view that more as criticism of
05   the other teams or more of a way to boost you up?
```

Page 464:08 to 464:22

```
00464:08      A.  I would say that she was commending us on
      09   going the extra mile.
      10       Q.  (BY MR. BAAY)  Did Ms. McNutt ever share
      11   with you, either in other written exchanges or
      12   verbally, her concerns about the analysis done by
      13   the other flow rate model teams?
      14       A.  I would say that the -- the paper that she
      15   lead authored was intended to examine the
      16   strengths and weaknesses of each of the
      17   techniques, analysis techniques; and so, we
      18   debated them directly when we were working on that
      19   paper.  That was 2011, I believe.  So we were
      20   looking at -- at strength and weaknesses of each
      21   and -- so, in that sense, yes, we were discussing
      22   this.  This was -- yeah.
```

Page 465:05 to 465:09

```
00465:05      Q.  (BY MR. BAAY)  Dr. Camilli, I want to back
      06   up for a minute to a subject we covered earlier.
      07   You're aware, aren't you that the coffer dam was
      08   unsuccessful because of the formation of hydrates
      09   within the structure, the coffer dam apparatus?
```

Page 465:11 to 465:16

```
00465:11      A.  The one that was deployed in early May --
      12   or attempted to be deployed?
      13       Q.  (BY MR. BAAY)  Right.  The -- the source
      14   control effort that was made in place of hiring
      15   Woods Hole according to the explanation that was
      16   provided to you.
```

Page 465:18 to 465:21

```
00465:18      A.  Yes, sir.
      19       Q.  (BY MR. BAAY)  And just so the record's
      20   clear, you are aware that that attempt was
      21   unsuccessful because of the formation of hydrates?
```

Page 465:23 to 465:23

```
00465:23      A.  Yes, sir.
```

Page 466:19 to 466:24

```
00466:19      Q.  (BY MR. BAAY)  Okay.  I'll -- I'll just
      20  reset my last couple of questions.
      21            You're aware that the coffer dam was
      22  unsuccessful because of the formations --
      23  formation of hydrates within the coffer dam?
      24      A.  Yes, sir.
```

Page 467:01 to 467:05

```
00467:01      Q.  (BY MR. BAAY)  And would you agree that
      02  the -- that BP's decision to use the coffer dam
      03  would have benefitted from Woods Hole's analysis
      04  of the fluid composition revealing the presence of
      05  hydrates during the flow?
```

Page 467:07 to 467:21

```
00467:07      A.  That analysis could be helpful, but I
      08  would say that from first principles, you can --
      09  you can calculate the hydrates stability zone, and
      10  the blowout preventer was well within the hydrates
      11  stability zone in the Gulf of Mexico.
      12      Q.  (BY MR. BAAY)  What does that mean
      13  exactly?
      14      A.  Basically hydrates become stable and tend
      15  to form after you exceed a particular pressure at
      16  a given temperature.  And in this case in the Gulf
      17  of Mexico, the -- the hydrate stability zone is
      18  actually shallower than a thousand meters.
      19      Q.  You're saying they didn't need your
      20  analysis to know that the hydrates would form in
      21  the coffer dam?
```

Page 467:23 to 468:20

```
00467:23      A.  Basically, yes.  I remember talking with
      24  research colleagues, and we thought there would be
      25  an issue of hydrate formation before it actually
00468:01  occurred.
      02      Q.  (BY MR. BAAY)  If you'll turn back to what
      03  we've already marked to 9045, I have a question
      04  about a -- an E-mail on the third page of that
      05  exhibit.  The production number is WHOI 102430.
      06      A.  You said 9045?
      07      Q.  Correct.
      08      A.  Okay.
      09      Q.  The part of the chain I'm interested in is
      10  on the third page.  And it begins, "Hi, Marcia."
      11      A.  Okay.
      12      Q.  At the bottom of that, you have a
      13  breakdown of your end-member fluids.  Do you see
      14  where I'm looking?
      15      A.  Yes, sir.
```

```
16      Q.  And you've been asked questions now for a
17  day and a half about your calculation of oil
18  fraction, and I'm still unclear as to what it was
19  and what it ended up being.  You have here 42.5
20  percent as the liquid petroleum, right?
```

Page 468:22 to 468:24

```
00468:22      A.  Yes, sir, in this.
23      Q.  (BY MR. BAAY)  So as of this date as of
24  this E-mail, that's your oil fraction?
```

Page 469:01 to 469:05

```
00469:01      A.  Yes.  And this, I believe, is -- is based
02  on the ideal gas compressibility.
03      Q.  (BY MR. BAAY)  So as of November 29th,
04  2010, Woods Hole's oil fraction calculation is
05  42.5 percent, true?
```

Page 469:07 to 469:10

```
00469:07      A.  Yes.  This is --
08      Q.  (BY MR. BAAY)  The ultimate oil fraction
09  calculation that appears in the final report that
10  you support is what?  What's that number?
```

Page 469:12 to 469:20

```
00469:12      A.  That's based on -- at the imaging heights
13  in seawater.
14      Q.  (BY MR. BAAY)  Yeah.
15      A.  This is not -- this is --
16      Q.  I just want to know the number first.
17      A.  It was 76 percent.
18      Q.  So your -- your oil fraction goes from
19  42.5 in November of 2010, and the ultimate number
20  is 76 percent?
```

Page 469:22 to 469:25

```
00469:22      A.  Yes.
23      Q.  (BY MR. BAAY)  So 76.6 percent is your
24  oil -- your ultimate and final oil fraction
25  number?
```

Page 470:02 to 470:12

```
00470:02      A.  That's where it currently stands, yes.
03      Q.  (BY MR. BAAY)  Is it subject to change?
04      A.  If there were to be new evidence, as a
05  scientist, I would have to support what the
```

```
    06  evidence indicates.
    07      Q.  What would be the new evidence that would
    08  change your calculation of that number?
    09      A.  I -- I don't have any new evidence.
    10      Q.  That's what I'm saying.  What new input or
    11  what input would change that would change your
    12  calculation, that could possibly change?
```

Page 470:14 to 470:17

```
00470:14      A.  At this point, I -- I can't point to
    15  anything specific.
    16      Q.  (BY MR. BAAY)  Tell me what caused you to
    17  go from 42.5 percent to 76.6 percent.
```

Page 470:19 to 471:03

```
00470:19      A.  In this case, this E-mail to Marcia
    20  McNutt, this is when we were using these -- ideal
    21  gas compressibility, not explicitly calculating
    22  the transformations caul- -- caused by the -- the
    23  hydrates formation.  And this, I believe, it
    24  doesn't say here, but this probably was at -- at
    25  ambient sea floor temperatures of 4.4 degrees
00471:01  centimeter.
    02      Q.  (BY MR. BAAY)  You mean the number
    03  you're --
```

Page 471:10 to 471:19

```
00471:10      Q.  (BY MR. BAAY)  -- in 9045?
    11      A.  9045.
    12      Q.  Exhibit 9045.
    13      A.  I'm talking about -- yes, Exhibit 9045,
    14  this earlier calculation.
    15      Q.  Okay.
    16      A.  I --
    17      Q.  And remind me, the -- your overall flow
    18  rate estimate goes up or down based on your change
    19  in your oil fraction calculation?
```

Page 471:21 to 472:03

```
00471:21      A.  The overall estimate -- like I said, this
    22  is a couple modeled.  The overall estimate goes
    23  down.
    24      Q.  (BY MR. BAAY)  The flow rate goes down,
    25  decreases?
00472:01      A.  Yes, sir.
    02      Q.  Does it decrease directly as a result of
    03  your change in the oil fraction calculation?
```

```
Page 472:05 to 472:10

00472:05      A.  It decreases as a consequence of the oil
      06  fraction calculation that was used.
      07      Q.  (BY MR. BAAY)  If you turn to Tab 47, I'm
      08  going to show you one more E-mail and mark it
      09  9046.
      10              (Marked Exhibit No. 9046.)


Page 472:13 to 472:23

00472:13      Q.  (BY MR. BAAY)  This is another exchange
      14  between you and Marcia McNutt.  This one is dated
      15  November 27th, 2010.  Do you see the second
      16  paragraph in your E-mail.  It starts:  "The WHOI
      17  calculations for oil fraction involve a fair
      18  amount of nuance and the fraction has been revised
      19  slightly."
      20              Did I read that correctly?
      21      A.  Yes.
      22      Q.  And that's what you've been testifying to,
      23  is that that is a nuance calculation, right?


Page 472:25 to 473:13

00472:25      A.  That's correct.
00473:01      Q.  (BY MR. BAAY)  It's a calculation that
      02  could be subject to errors in collection and in
      03  calculation?
      04              MS. BROWNE:  Objection; form.
      05      A.  In -- I'd say it's a calculation based on
      06  your input assumptions.
      07      Q.  (BY MR. BAAY)  And its nuance -- it
      08  changes because your input can change?
      09      A.  That's correct.
      10      Q.  And your energies and effort were spent to
      11  make sure that you had what you thought was the
      12  right -- what were the right inputs so that you
      13  could have the right oil fraction calculation?


Page 473:15 to 473:20

00473:15      A.  I would say that we continued to try and
      16  refine our model to make it as accurate as
      17  possible.
      18      Q.  (BY MR. BAAY)  But it's not a
      19  straightforward calculation is what you're telling
      20  Marcia McNutt?


Page 473:22 to 473:22

00473:22      A.  Yes, sir.
```

Page 475:10 to 479:04

```
00475:10        Q.  Good afternoon, Dr. Camilli.  My name is
      11  Prescott Smith, and this is my colleague, Kena
      12  Lopez.  We represent Halliburton in this case and
      13  one of Halliburton's affiliates, the company named
      14  Sperry.  Let me just start off by asking you:  Do
      15  you or anyone at Woods Hole -- did you have any
      16  interactions or involvement with any
      17  representatives of my client, Halliburton?
      18        A.  No, sir, I do not believe so.
      19        Q.  As a corporate representative of Woods
      20  Hole, did you have knowledge of any kind of
      21  complaint or criticism about anything that my
      22  client did or maybe failed to do in connection
      23  with the efforts to contain the blowout at the
      24  Macondo Well?
      25        A.  None to my knowledge.
00476:01        Q.  Okay.  Let me talk to you briefly about
      02  the IGT samplers.  There were two of them, as I
      03  understand.  The IGT 8 and the IGT 6; is that
      04  right?
      05        A.  That's correct.
      06        Q.  Okay.  And then you attached them to an
      07  ROV, you sent the ROV down to the ocean floor, you
      08  collected some samples, and the ROVs came back up
      09  to the surface.  And after they were on the boat,
      10  at some point, you took a pressure reading of the
      11  pressure in the two IGT samplers; is that -- is
      12  that accurate?
      13        A.  Yes.
      14        Q.  And why did you take a pressure reading?
      15        A.  That was to establish what the initial
      16  pressure was.  That should match the sea floor
      17  ambient pressure to know that you had collected a
      18  sample.  And then later on during transport
      19  back -- after transport to the lab and to do the
      20  extraction to make sure that that sample had not
      21  leaked, you check the pressure again when you
      22  start the sample transfer -- before you start the
      23  sample transfer, so that you know that there has
      24  been no leakage, no fluids escaping.
      25        Q.  Okay.  So then you get a subsequent
00477:01  pressure reading on the IGT 6 and 8 once it
      02  arrived at the lab in Massachusetts?
      03        A.  Yes, sir.
      04        Q.  Okay.  Why is it important to be able to
      05  understand why the IGT samplers were leaking?
      06        A.  Because you want to make sure that in
      07  particular any vapor phase -- phase fluids are not
      08  released.
      09        Q.  Meaning you wanted to understand what the
      10  pressures were from the boat to the lab to guard
      11  against the possibility that fluids in a vapor
      12  form might have leaked out of the IGT sampler?
```

```
    13        A.  Yes, sir.
    14        Q.  Had fluids leaked out of the IGT sampler,
    15   would that skew your analysis of the gas/oil ratio
    16   of that sample?
    17        A.  Presumably, it could.
    18        Q.  Okay.  Let me show you a document, our Tab
    19   37, which is going to be Exhibit No. 9047.
    20             (Marked Exhibit No. 9047.)
    21        Q.  (BY MR. SMITH)  If you look at the Page
    22   WHOI 102605, that's the second page of document
    23   titled "Caper Time Line."  Now, you look at Item
    24   27 on that second page, it says: "Remove the
    25   samplers, and Lieutenant Parker and I verify that
00478:01   there is pressure by connecting the sampler to an
    02   HPLC pump, pressuring up the pressure to 3,000
    03   psi, turn off the pump and expose the accumulator
    04   side to the 3,000 psi pressure.  Both IGTs read
    05   approximately 2,400 psi."
    06             Did I -- did I read that right?
    07        A.  Yes, sir.
    08        Q.  Okay.  So by the time the IGT's arrived on
    09   the boat, according to this pressure measurement,
    10   the IGTs were reading approximately 2,400 psi?
    11        A.  Yes, sir.
    12        Q.  Okay.  Let me now hand you exhibit -- our
    13   Tab 22.
    14             (Marked Exhibit No. 9048.)
    15        Q.  (BY MR. SMITH)  This is an E-mail string
    16   between Priya McHugh and C. Reddy.  And if you
    17   would look at the -- I guess it's the fourth page
    18   of that document with the Bates Stamp WHOI 001279.
    19        A.  Okay.
    20        Q.  There's a sentence in there about four
    21   lines down that reads:  "With a roomful of people
    22   in my lab this a.m., we cracked the seal on the
    23   samplers" -- that's plural -- "(at a pressure of
    24   2,200 psi)."
    25             Did I read that right?
00479:01        A.  Yes, sir.
    02        Q.  So does that indicate to you that the
    03   samplers had now decreased by approximately 200
    04   psi when the arrived at the lab?


Page 479:06 to 479:12

00479:06        A.  Yes, sir.  That is...
    07        Q.  (BY MR. SMITH)  Okay.
    08        A.  And -- yeah, these are the readings.
    09        Q.  So it looks like we've lost approximately
    10   200 psi between the time the IGT samples arrived
    11   on the boat and the time that they were being
    12   tested in the lab.  Does that seem right?


Page 479:14 to 480:19
```

```
00479:14      A.  Yes.
      15      Q.  (BY MR. SMITH)  Okay.  Let me also show
      16  you a document that's going to be our Tab 61 --
      17            (Marked Exhibit No. 9049.)
      18      Q.  (BY MR. SMITH)  -- which is Exhibit
      19  No. 9049.  If you can take a look at the second
      20  page of that bearing Bates WHOI 00388.
      21            As I read this, this is an E-mail
      22  from a lab that was doing the processing of some
      23  IGT samples.  Was Woods Hole supplying this data
      24  to the lab?
      25      A.  This data, the analysis?  Or --
00480:01      Q.  Well, there's a table here that talks
      02  about IGT 6 and IGT 8.  And I'm assuming, since
      03  you opened the IGTs and released the pressure, the
      04  lab that was doing the sampling was not the entity
      05  that was determining the pressure?
      06      A.  That's correct.
      07      Q.  Okay.  So this information that was
      08  applied to the lab set forth in this table would
      09  have come from WHOI, right?
      10      A.  That's correct.
      11      Q.  Okay.  And then this one shows that the
      12  IGT 8 is reading 2,200 psi but the IGT 6 is at
      13  2,100 psi?
      14      A.  Okay.
      15      Q.  Does that seem right?
      16      A.  That's what I'm reading here, yes.
      17      Q.  Okay.  Do you know what the discrepancy
      18  was between 2,200 psi on the previous exhibit and
      19  then this 2,100 psi for IGT 6?
```

Page 480:21 to 480:24

```
00480:21      A.  I personally don't.
      22      Q.  (BY MR. SMITH)  Okay.  When you were doing
      23  the analysis of the IGT samples from IGT 8, were
      24  you aware of these pressure discrepancies?
```

Page 481:01 to 481:17

```
00481:01      A.  Pressure discrepancies, pressure
      02  differences --
      03      Q.  (BY MR. SMITH)  Uh-huh.
      04      A.  I'm sure that Chris Reddy, who was leading
      05  that analysis, would have been aware of -- of the
      06  pressures.
      07      Q.  Is it your testimony that Mr. Reddy or
      08  someone at WHOI was aware of the differences that
      09  we've been discussing?
      10      A.  Sean Sylva appears to have been the -- the
      11  person making these pressure measurements.  He was
      12  reporting directly to Chris Reddy with his
```

```
13  analysis.  He works in the laboratory of -- of
14  Jeff Seewald.  So I'm sure they were in
15  communication.
16       Q.  Were there any documents referencing that
17  communication?
```

Page 481:19 to 482:10

```
00481:19       A.  I don't know on that.
20       Q.  (BY MR. SMITH)  Let me turn to a slightly
21  different topic.
22            There's been a lot of testimony in
23  the past two days about gas/oil ratio.  I think
24  it's fair to say -- but I don't want to put words
25  in your mouth -- that when Woods Hole used the
00482:01  phrase "gas/oil ratio," there's a potential
02  ambiguity in this phrase.  I think sometimes when
03  Woods Hole uses the phrase "gas/oil ratio," they
04  mean the volumetric ratio of a gas to an oil at
05  whatever pressure and temperature is specified.
06            And then at other times I think they
07  mean "gas/oil ratio" in the sense that the oil and
08  gas industry uses it, which is the volumetric
09  ratio of gas to oil at standard 1 atmosphere and
10  60 degrees Farenheit.  Is that a fair assessment?
```

Page 482:13 to 483:02

```
00482:13       A.  I would say that, in our analyses, we've
14  been careful to describe those assumptions in
15  our -- our published work in terms of the
16  pressures and temperatures that describe those
17  ratios and they're -- for example, in Chris
18  Reddy's paper they are spelled out.
19       Q.  (BY MR. SMITH)  Right.  But I guess what
20  I'm asking is:  There's clearly two sense (sic) of
21  the word, right?
22       A.  At least two senses.
23       Q.  At least two senses.
24            When did Woods Hole first become
25  aware that there was an established conventional
00483:01  meaning in the oil and gas industry of the phrase
02  "gas/oil ratio"?
```

Page 483:04 to 483:05

```
00483:04       A.  I'm sure that Woods Hole was aware of that
05  decades ago.
```

Page 487:18 to 488:10

```
00487:18       Q.  (BY MR. SMITH)  Okay.  Getting back to the
19  IGT samplers, you -- you wound up using the fluid
```

```
20    sample taken from the IGT 8 but you rejected the
21    data associated with the IGT 6, correct?
22         A.  That's correct.
23         Q.  I think you testified yesterday that the
24    reason you did that was your conclusion that the
25    IGT 6 was contaminated with seawater, correct?
00488:01   A.  Yes.
02         Q.  Were there any other reasons for rejecting
03    the sample that was on IGT 6?  Or was it just the
04    seawater issue?
05         A.  It's my understanding that the -- the
06    seawater was a -- a big issue that -- and there
07    was a debate even as to whether it should be
08    included in the analysis by -- and -- described in
09    the Reddy et al paper.
10         Q.  Right.  But based on the seawater?
```

Page 488:12 to 489:04

```
00488:12   A.  That's my recollection.
13         Q.  (BY MR. SMITH)  Okay.  What I'm asking you
14    is:  Was there any other reason besides seawater
15    contamination for rejecting the IGT 6?
16         A.  I don't know.
17         Q.  Okay.  Now, let's talk about the
18    extraction method that you used on these IGTs --
19    on IGT 8.
20              Do you know the error rate of the
21    measurement of a gas sample using the Tedlar bag
22    that you had submerged in that -- that tank of
23    water?
24         A.  That work was conducted by Jeff Seewald.
25         Q.  Okay.
00489:01   A.  So I personally...
02         Q.  Well, as the corporate representative of
03    Woods Hole that did that work, do you know what
04    the error rate was?
```

Page 489:06 to 490:09

```
00489:06   A.  I can't speak to the -- the detail on that
07    right now.
08         Q.  (BY MR. SMITH)  Well, I'll ask it -- I'll
09    ask it a different way.
10              Clearly, you're coming up with
11    techniques to extract this sample out of the
12    Seewald sampler, and there's a lot of
13    brainstorming about how to do it.  And eventually
14    you wind up using a technique with a Tedlar bag
15    submerged in a tank of water, and some water drips
16    out of a hole into a graduated cylinder, right?
17    Roughly speaking?
18         A.  Approximately, yeah.
19         Q.  Okay.  Had Woods Hole ever used that
```

```
20   particular technique before?
21        A.  No.  Woods Hole developed that apparatus
22   to do that.
23        Q.  For this test --
24        A.  Yes, sir.
25        Q.  -- on the IGT 8?
00490:01   A.  Yes.
02        Q.  So you hadn't done it before, right?
03        A.  That's correct.
04        Q.  Okay.  And did you ever do any testing
05   using that method against a known sample, so that
06   you could try to establish the accuracy rate of
07   this Tedlar bag submerged in a water tank method?
08        A.  Not to my knowledge.
09        Q.  Okay.
```

Page 490:19 to 491:14

```
00490:19   BY MS. GREENWALD:
20        Q.  Good afternoon, Dr. Camilli.  My name is
21   Robin Greenwald and I'm here on behalf of the
22   Plaintiffs Steering Committee in this litigation.
23   And most of the questions I'm going to ask you are
24   more like 10,000 feet above looking down, because
25   I -- I'm sure your counsel has told you these
00491:01   depositions are also trial depositions, and I want
02   the Court to have an opportunity to understand a
03   little bit more about Woods Hole and what Woods
04   Hole's expertise is and what it contributed to
05   this work.  So that's going to be the majority of
06   my questions, to give you some background.
07             So can you explain a few minutes
08   explaining to the Court the general reputation and
09   expertise of Woods Hole, generally, but in
10   particular, what Woods Hole brought to the table
11   in respect to the DEEPWATER HORIZON work?  I know
12   you talked about it yesterday in and out, but I
13   would like you to have an opportunity to explain
14   that.
```

Page 491:16 to 497:01

```
00491:16   A.  In terms of the -- the background of Woods
17   Hole, it was founded in 1930 based on a
18   recommendation from the National Academy to
19   conduct oceanographic research.  It's been in
20   operation since 1930.  It's the largest nonprofit
21   private oceanographic organization in the world.
22             We maintain a fleet of -- of
23   global-class ships, man submersibles, remotely
24   operated vehicles, and autonomous underwater
25   vehicles -- for the DEEPWATER HORIZON, we engaged
00492:01   many of those assets, including our ships, man
02   submersibles, AVs, and ROVs, I believe -- and have
```

03   published numerous papers on oil spill research
04   dating back to the 1960s.
05            There's -- our chemistry department
06   has many people that are actively involved in
07   petroleum, geochemical type research and oil spill
08   research, among them Dr. Chris Reddy and Dr. Jeff
09   Seewald.
10            In addition, we also have the
11   National Deep Submergence Facility and the
12   Department of Applied Ocean Physics Engineering.
13   I'm in the AOPE Department along with my
14   colleagues, Dr. Dana Yoerger, Mr. Andy Bowen; and
15   also we have adjunct appointments with Louis
16   Whitcomb, Professor Louis Whitcomb -- he's a
17   professor at Johns Hopkins University -- and
18   visiting investigators at -- from MIT.
19            Those of us on the scientific staff
20   sit as faculty members on the MIT-Woods Hole joint
21   program in oceanography that confers Ph.D.s and
22   my -- I feel, you know, honored to be a member of
23   the team there.  My colleagues are very
24   well-respected within the oceanographic community,
25   the chemist community, and robotics community.
00493:01            For example, my colleague
02   Dr. Yoerger, he routinely gets lifetime
03   achievement awards for his work.  He was one of
04   the people that found the TITANIC, for example.
05            Our department also very recently was
06   able to locate the AirFrance flight that had
07   crashed in the southern Atlantic.
08            So we routinely do these operations
09   in deepwater.  I think that's why BP reached out
10   to us at the beginning.
11     Q.  (BY MS. GREENWALD)  Okay.  If you can,
12   tell the Court a little bit about some of your
13   co-authors that are non-Woods Hole members.
14            From the papers that you've been
15   testifying about the other day, if you could just
16   briefly tell the Court about the qualifications
17   and expertise of those individuals with whom you
18   joined in authoring the papers that have been the
19   subject of testimony.
20     A.  Okay.  So I'll just kind of go through the
21   list.
22            Professor Daniela Di Iorio is a
23   professor at the University of Georgia and she --
24   her expertise is in measuring particularly
25   hydrothermal vent fluid flow from deep ocean
00494:01   hydrothermal vents.  Typically these exist at
02   thousands of meters deep.  She actually designs
03   and develops her own acoustic technologies to make
04   those measurements.  She's been one of the leaders
05   in acoustic scintillation measurements and has
06   published numerous papers on that.
07            Professor Alexandra Techet at MIT,

08  her specialty is turbulent fluid modeling.  She
09  does quite a bit of work with the Department of
10  Defense on these matters; and she often
11  collaborates with Professor Milrum, who has since
12  retired.  Alexandra Techet is well-recognized for
13  her fluid computational capabilities and
14  expertise.  It's my understanding that she was
15  actually contacted independently by BP back in May
16  of 2010 to help.
17          In addition, I should point out that
18  Dana Yoerger, who is a colleague and coauthor --
19  he's a senior scientist at Woods Hole -- is now
20  serving on the -- the Gulf of Mexico research
21  initiative.  He was contacted by BP, picked by BP
22  even after -- after we had published these papers,
23  he was chosen by BP to be one of the people on the
24  board overseeing the -- the scientific research,
25  and he's continued to do so without being paid for
00495:01  that.
02          He went, it's my understanding, and
03  donated the -- what would have been the
04  remuneration for that for educational purposes,
05  for basically a student fellowship.
06          And like I said, Louis Whitcomb, he's
07  at Johns Hopkins University.  He, Dana Yoerger,
08  and Andrew Bowen are well-recognized as leaders in
09  the robotics community.
10          Jeffrey Seewald, he's the chair of
11  the -- of Woods Hole's chemistry department.
12          Sean Sylva is a -- a chemist
13  oceanographer that works in Jeff's lab.
14          Judy Fenwick is my assistant and
15  former edit -- assistant editor of Deep Sea
16  Research and has a master's in -- I believe it's
17  education from Harvard.
18          And the other paper, some of the same
19  people --
20     Q.  Just the ones that are different from the
21  other one, please.
22     A.  Okay.  Yeah.  Sam Arey, he's a professor
23  in Switzerland.  He's one of the field leaders in
24  quantum chemistry and is an excellent researcher.
25  He's won numerous awards.
00496:01          Caren Linkow has now graduated.  She
02  was a Ph.D. student helping out with this analysis
03  while she was a student.
04          Robert Nelson, he's a chemist that
05  works in Chris Reddy's lab.  He has probably
06  30 years of experience working with hydrocarbon
07  analysis.  Katherine Carmichael works in Chris'
08  lab.
09          Cameron McIntyre used to work with
10  me.  He's now at the ETH in Zurich, Switzerland.
11  And Todd Ventura is at the University of Oxford in
12  England.  Benjamin Van Mooy is another colleague

```
    13   in the chemistry department whose specialty is
    14   biogeochemistry, another well-respected researcher
    15   with numerous awards.
    16        Q.  Thank you.  You were asked a number of
    17   questions yesterday concerning whether Woods Hole
    18   had used the tools before the -- the work they did
    19   on the DEEPWATER HORIZON and any type of flow rate
    20   calculation or gas/oil ratio work.  Do you recall
    21   those questions yesterday?
    22        A.  Vaguely.
    23        Q.  Okay.  Are you aware of any circumstances
    24   in your career in which there was a blowout at
    25   5,000 feet below surface water where the flow rate
00497:01   had to be calculated?
```

Page 497:03 to 497:08

```
00497:03        A.  No, ma'am.
    04        Q.  (BY MS. GREENWALD)  Are you aware of any
    05   circumstance before the DEEPWATER HORIZON
    06   EXPLOSION where there was a blowout 5,000 feet
    07   below the water surface where the gas-oil ratio
    08   had to be determined based on those circumstances?
```

Page 497:10 to 497:19

```
00497:10        A.  No, ma'am.
    11        Q.  (BY MS. GREENWALD)  Okay.  Do you know
    12   whether BP had a plan in advance of the blowout on
    13   April 20th to measure the flow rate in the event
    14   of a blowout of the well?
    15        A.  No, I do not.
    16        Q.  Do you know whether BP had a plan in
    17   advance of the blowout on April 20th to measure or
    18   to determine the gas/oil ratio in the event of a
    19   blowout?
```

Page 497:21 to 497:24

```
00497:21        A.  No.
    22        Q.  (BY MS. GREENWALD)  If BP had had such a
    23   plan, do you believe it would have shared that
    24   with you?
```

Page 498:01 to 498:07

```
00498:01        A.  That would require me to speculate.  I
    02   don't care to speculate.
    03        Q.  (BY MS. GREENWALD) Did it ever tell you it
    04   had such a plan?  Let's go one -- one at a time.
    05             Did it ever tell you that it had a
    06   plan to measure flow rate in the event of a
    07   blowout of the Macondo Well?
```

Page 498:09 to 498:12

```
00498:09      A.  No, it did not.
      10      Q.  (BY MS. GREENWALD)  Did it ever tell you
      11 that it had a plan to measure the gas/oil ratio in
      12 the event of a blowout --
```

Page 498:14 to 498:21

```
00498:14      Q.  (BY MS. GREENWALD) -- of the Macondo Well?
      15      A.  No, it did not.
      16      Q.  Okay.  And would those same questions be
      17 true if it ever told -- if you -- are you aware
      18 whether it ever told anyone at Woods Hole that it
      19 had such a plan, either for the -- for measuring
      20 flow rate and/or the gas/oil ratio in the event of
      21 a blowout of the Macondo Well?
```

Page 498:23 to 499:05

```
00498:23      A.  Not to my knowledge.
      24      Q.  (BY MS. GREENWALD)  Okay.  I know we've
      25 talked about this a lot.  I just want to pin this
00499:01 down.  In late April 2010 or early May, it was BP
      02 who contacted Woods Hole; is that correct?
      03      A.  That is correct.
      04      Q.  Woods Hole did not -- did not contact BP;
      05 is that correct?
```

Page 499:07 to 499:23

```
00499:07      A.  That is correct.
      08      Q.  (BY MS. GREENWALD)  Okay.  Do you know who
      09 at BP contacted Woods Hole, like what individual,
      10 what that person's name is?
      11      A.  I'm sure that there is a record of that,
      12 but I -- I don't at this point.
      13      Q.  Okay.  When Unified Command brought Woods
      14 Hole into the response and the work in May 2010,
      15 did BP object, to your knowledge?
      16      A.  Not to my knowledge.
      17      Q.  Okay.  Did anyone at the Coast Guard tell
      18 you that BP objected to Woods Hole being brought
      19 in to do work on the flow rate?
      20      A.  Not to my knowledge.
      21      Q.  Did BP ever tell you or anyone else at
      22 Woods Hole that it objected to Woods Hole
      23 involvement in calculating flow rate?
```

Page 499:25 to 500:12

```
00499:25      A.  No, it did not.
00500:01      Q.  (BY MS. GREENWALD) I know you testified
     02 before that when you were on the vessel doing some
     03 of the work in -- I think it was May 31st, but I'm
     04 not very good with dates -- that BP
     05 representatives were on the boat; is that right?
     06      A.  That's correct.
     07      Q.  Do you remember who that was from BP who
     08 was on the boat?
     09      A.  I -- I do not recall specific names.
     10      Q.  Okay.  During that time, did anyone at BP
     11 complain about the work that Woods Hole was doing
     12 on the -- the vessel that day?
```

Page 500:14 to 500:23

```
00500:14      A.  No, they did not.  And as a matter of
     15 fact, individuals on the vessel were very
     16 complimentary toward us.  One individual, I think
     17 he worked for Oceaneering, thanked us for our
     18 diligence.
     19      Q.  (BY MS. GREENWALD)  Did they -- other than
     20 your diligence, did they -- did any of the BP
     21 representatives on the vessel talk to you about
     22 your methodology or -- or the -- the systems you
     23 came up with to calculate the flow rate?
```

Page 500:25 to 501:07

```
00500:25      A.  We did review them in the -- the -- the
00501:01 meeting immediately leading up to executing the
     02 procedure.
     03      Q.  (BY MS. GREENWALD) And do you recall what
     04 type of comments or criticisms or anything that
     05 the BP representatives had about the procedures
     06 that Woods Hole had in place for determining flow
     07 rate?
```

Page 501:09 to 501:21

```
00501:09      A.  I don't know that they had any criticisms.
     10 That meeting was discussing the -- the technical
     11 points on how to carry out the operation, and we
     12 were allowed to continue and actually do the
     13 operation.  And on these ships, there's what's
     14 known as you can stop work at any point if anybody
     15 feels that the operation is unsafe.
     16      Q.  (BY MS. GREENWALD)  Okay.  During that
     17 meeting, if any of the representatives from BP had
     18 had a criticism or a complaint or a disagreement
     19 about what Woods Hole was about to do, did it have
     20 an opportunity to express that during that
     21 meeting?
```

Page 501:23 to 502:13

00501:23      A.  Yes.  And actually, I should go back and
      24  point out that there was the issue of -- of the
      25  samplers being used.  BP did object to using the
00502:01  samplers, but that was before we got on the ship.
      02  We were not allowed to board the ship with --
      03  board the helicopter with them, either.
      04      Q.  (BY MS. GREENWALD)  That was what you
      05  testified about earlier today?
      06      A.  Yes.
      07      Q.  But as far as Woods Hole's methodology?
      08      A.  For the acoustic work, no, there were
      09  no -- they expressed no reservations about
      10  carrying out that work.
      11      Q.  Do you recall the name of the person at BP
      12  who said he -- he or she would provide you the ROV
      13  data?

Page 502:15 to 502:23

00502:15      A.  No.  I do not.  I remember shaking the
      16  gentleman's hand.  I like to take people at their
      17  word and I just said thank you and at that point,
      18  we left.
      19      Q.  (BY MS. GREENWALD) And you -- you
      20  testified you've never gotten that data, even as
      21  of today?
      22      A.  Never received that data.
      23      Q.  (BY MS. GREENWALD)  Okay.

Page 503:19 to 504:07

00503:19      Q.  The first thing I wanted to talk to you
      20  about was the -- the overall process that WHOI
      21  used in arriving at its flow rate estimates.  Are
      22  you familiar with the term "scientific method"?
      23      A.  Yes, I am.
      24      Q.  Okay.  What does that mean to you?
      25      A.  The scientific method -- well, essentially
00504:01  in -- in this case, we come up with a -- a process
      02  or -- or method of measurement, do an analysis,
      03  and reach a conclusion and, in this case, evaluate
      04  that based on -- on the evidence.
      05      Q.  So were -- were these four elements of the
      06  scientific method used in WHOI's analysis of the
      07  flow rate?

Page 504:09 to 504:11

00504:09      A.  Yes.  We -- we did use these.
      10      Q.  (BY MS. CHANG)  Does the scientific method
      11  involve sharing data?

Page 504:13 to 505:03

```
00504:13        A.  Does it involve sharing data?  In terms of
      14    sharing data with your colleagues?  Certainly.
      15    But it doesn't require that it be shared with
      16    everyone.  You know, sense of broadcast.
      17        Q.  (BY MS. CHANG)  Did WHOI share the data
      18    that they relied upon in coming up with their flow
      19    rate estimates with others?
      20        A.  Shared the data that required them coming
      21    up with the flow rate estimates with others?
      22    Certainly we handed over our raw data to the Coast
      23    Guard for archival purposes.  That was part of the
      24    contract.  And then later on, the Coast Guard
      25    approved that data to be shared with others.
00505:01        Q.  But none of the data that WHOI relied upon
      02    in formulating of its flow rate estimates has
      03    been -- has been hidden from anybody, has it?
```

Page 505:05 to 505:11

```
00505:05        A.  Not to my knowledge.
      06        Q.  (BY MS. CHANG)  Okay.
      07        A.  All of the data that we used was archived
      08    and sent to the Coast Guard.
      09        Q.  And it's identified in the -- in the
      10    reports and other documents that you've produced
      11    in the course of this litigation?
```

Page 505:13 to 505:22

```
00505:13        A.  I believe so.
      14        Q.  (BY MS. CHANG)  The flow rate estimates
      15    that WHOI arrived at changed over time; is that
      16    correct?
      17        A.  That's correct.
      18        Q.  Were those changes described in papers and
      19    written -- by papers and articles written by WHOI?
      20        A.  Yes.
      21        Q.  What caused those flow rate estimates to
      22    change over time?
```

Page 505:24 to 506:23

```
00505:24        A.  We used the same raw data and refined our
      25    models, and so it was the -- the -- the -- as we
00506:01    further developed and refined the analysis that
      02    caused the flow rate estimates to change.  And
      03    that -- we're subject to gaining access to new
      04    information.  For example, getting the well fluid
      05    analysis completed, getting information as to the
      06    source geometries, for instance.
```

```
07        Q.  (BY MS. CHANGE)  So is it accurate to say
08   that as WHOI obtained new information, it refined
09   its analysis?
10        A.  That's correct.
11        Q.  And as a result of the refinement of that
12   analysis, its flow rate estimates changed?
13        A.  Yes, they did.
14        Q.   Is that process of refining analyses
15   consistent with the scientific method?
16        A.  Yes, it is.  Science is incremental.
17        Q.  Did WHOI consult with other experts in
18   relevant fields in order to perform its flow rate
19   analysis?
20        A.  Yes, we did.
21        Q.  As a result of those consultations with
22   other experts in other fields, did WHOI refine its
23   estimates?
```

Page 506:25 to 507:10

```
00506:25       A.  Yes, we did.
00507:01       Q.  (BY MS. CHANG)  Is that consultation with
     02   other experts in other fields consistent with the
     03   scientific method?
     04        A.  Yes.
     05        Q.  Was there any attempt by WHOI to
     06   manipulate data in order to reach a certain
     07   conclusion with respect to the flow rate?
     08        A.  No.
     09        Q.  What was WHOI's goal in estimating the
     10   flow rate?
```

Page 507:12 to 507:22

```
00507:12       A.  The goal was to provide initially the
     13   Coast Guard with an independent analysis of the
     14   flow rate.  And following completion of the Coast
     15   Guard contract, we, as researchers, felt that we
     16   could -- that we could further refine the
     17   analytical model and, in doing so, advance
     18   scientific understanding of not only the flow
     19   rate, but the transport and eventual fate of the
     20   well fluids.
     21        Q.  (BY MS. CHANG)  Did WHOI have any interest
     22   in establishing a certain flow rate?
```

Page 507:24 to 508:08

```
00507:24       A.  No.
     25        Q.  (BY MS. CHANG)  What is the National
00508:01   Academy of Science?
     02        A.  The National Academy is an organization
     03   that provides independent scientific advice to the
```

```
04  United States.  It's -- that's its charter.  It
05  was founded through an act of Congress and signed
06  into law by Abraham Lincoln.
07      Q.  Is that considered a prestigious
08  organization in the science community?
```

Page 508:10 to 508:18

```
00508:10     A.  I would say it's probably the most
     11  prestigious organization in the United States, and
     12  certainly one of the most in the world.
     13      Q.  (BY MS. CHANG)  Can anyone be a member of
     14  the National Academy of Science?
     15      A.  I believe you have to be elected to it.
     16      Q.  How does one get an article published in
     17  the -- in the Proceedings of the National Academy
     18  of Science?
```

Page 508:20 to 509:15

```
00508:20     Q.  (BY MS. CHANG)  If you know.
     21      A.  A manuscript has to be submitted for
     22  review.  Then it goes out for review by relevant
     23  experts in the field, and based on those
     24  recommendations -- and those recommendations can
     25  be to publish immediately, to publish upon further
00509:01  revision, or to reject entirely -- the -- then
     02  the -- the paper that goes through one of those
     03  processes.  And if it is then accepted by the
     04  reviewers and considered to be a fundamental
     05  advancement for science, then it -- it's -- it can
     06  be published.  It's -- it has to be particularly
     07  relevant to science.
     08      Q.  The flow rate work that WHOI conducted was
     09  submitted for publication to the -- the PNAS,
     10  correct?
     11      A.  That's correct.
     12      Q.  So the ADCP analysis that you described in
     13  your PNAS report has been subject to peer review?
     14      A.  That's correct.
     15      Q.  Is ADCP a reliable methodology?
```

Page 509:17 to 509:22

```
00509:17     A.  Is it a reliable methodology for measuring
     18  fluid flow?
     19      Q.  (BY MS. CHANG)  Yes.
     20      A.  Yes.
     21      Q.  Is it -- is it an accepted methodology in
     22  the scientific community for measuring fluid flow?
```

Page 509:24 to 510:05

```
00509:24      A.  Yes.
      25      Q.  (BY MS. CHANG)  The GOR calculations that
00510:01  you performed -- or that were performed by WHOI
      02  were also peer-reviewed, correct?
      03      A.  That is correct.
      04      Q.  And they were approved and published as
      05  part of the PNAS report, correct?
```

Page 510:07 to 510:11

```
00510:07      A.  That's correct.
      08      Q.  (BY MS. CHANG)  And the GOR calculations
      09  that WHOI performed in its flow rate estimate are
      10  based on information that is readily accepted by
      11  the scientific community?
```

Page 510:13 to 512:01

```
00510:13      A.  I would say that it's -- those
      14  calculations are -- are based on conventional
      15  analysis that's within -- accepted within the
      16  scientific community.
      17      Q.  (BY MS. CHANG)  If you would, we talked a
      18  little bit yesterday about Exhibit 9007, which is
      19  at Tab 79 in the book that BP gave you.  And that
      20  appears to be an E-mail from Doug Lockhart to Andy
      21  Bowen, dated May 14th, 2010, at 5:16 p.m.
      22          Do you see -- is that correct?
      23      A.  May 14th, 2010, yes.
      24      Q.  Do you recall looking at this E-mail
      25  yesterday with counsel for BP?
00511:01      A.  Vaguely, yes.
      02      Q.  Okay.  Do you remember she pointed you --
      03  or she pointed out to you the first two sentences
      04  in this E-mail, the ones reading:  "I know that
      05  this is not what you want to hear" -- I'm sorry.
      06  Just the first sentence.
      07          "I know that this is not what you
      08  want to hear, but regardless of the accuracy of
      09  the velocity measurement, an accurate or even
      10  bounded volume of crude oil calculation will not
      11  be possible."
      12          Do you recall looking at this
      13  sentence yesterday?
      14      A.  Yes.
      15      Q.  If you would, would you read the next
      16  sentence into the record for me, please?
      17      A.  "This is simply because the relative
      18  amounts of gas, oil, water, sediment, and hydrate
      19  in the discharge are unknown."
      20      Q.  Did WHOI do anything to determine the
      21  relative amounts of gas, oil, water, sediment, and
      22  hydrate -- hydrate in the discharge?
      23      A.  Yes.
```

```
        24       Q.  And did BP ever tell WHOI what the
        25  relative amounts of gas, oil, water, sediment, and
00512:01  hydrate in the discharge was?
```

Page 512:03 to 512:22

```
00512:03       A.  No.
        04       Q.  (BY MS. CHANG)  We also talked a little
        05  bit yesterday about sampling from the bottom of
        06  the hole; do you recall that discussion?
        07       A.  Sampling the reservoir information.
        08       Q.  Yes, I'm sorry.
        09            If you would flip to Tab 44 in the BP
        10  binder -- and that's been marked previously as
        11  Exhibit 9022 -- do you recall seeing this document
        12  before, entitled "New Solutions in Fluid
        13  Sampling"?
        14       A.  I -- I saw this yesterday.
        15       Q.  Had you seen it prior to yesterday?
        16       A.  No, I had not.
        17       Q.  Do you -- were you aware that this
        18  document applies to field development?
        19       A.  I -- I could understand that it would be.
        20       Q.  You could tell from your review of it
        21  yesterday that it relate -- related to field
        22  development, correct?
```

Page 512:24 to 513:06

```
00512:24       A.  From the review yesterday and my -- my own
        25  personal knowledge.
00513:01       Q.  (BY MS. CHANG)  Are you aware of any
        02  manuals or documents discussing post flow-out
        03  methods to sample bottomhole reservoir fluid
        04  properties?
        05            MS. BROWNE:  Objection; form.
        06       A.  No, I'm not.
```

Page 513:17 to 513:19

```
00513:17       Q.  Dr. Camilli, how much of the water that
        18  was entrained in the hydrate -- in hydrate form
        19  was at the measurement plane?
```

Page 513:21 to 514:02

```
00513:21       A.  It wasn't explicitly calculated.
        22       Q.  (BY MS. BROWNE)  Would you expect that
        23  hydrates at the measurement plane with a 6 dB
        24  threshold to produce scatter?
        25       A.  Yes, you would.  You have a backscatter
00514:01  that -- I mean in order to -- for visualization.
        02       Q.  For acoustic -- acoustic backscatter?
```

Page 514:04 to 514:08

```
00514:04        A.  Yes.
     05        Q.  (BY MS. BROWNE)  I know Mr. Smith and
     06    Mr. Baay asked you a couple questions again about
     07    the 9006, which is the -- the PNAS acoustic
     08    article.  That's --
```

Page 514:12 to 515:18

```
00514:12        A.  Okay.
     13        Q.  And I just want to direct your attention
     14    to Page 4 of 5, the column on the right; and you
     15    note:  "The calculations described here make use
     16    of the well's end-member chemical composition,
     17    which has an appreciably lower natural gas mass
     18    fraction than those reported from surface
     19    containment vessels or the samples collected from
     20    within a leak source jet."
     21            Do you see that?
     22        A.  That's correct.
     23        Q.  Okay.  The next sentence reads:  "If the
     24    source jet sample composition is instead applied,
     25    the volume fraction of oil would decrease from
00515:01    0.76 to 0.68.  This would decrease the net oil
     02    flux rate by approximately 11 percent while
     03    simultaneously increasing the natural gas fraction
     04    (methane through pentanes) by an equivalent
     05    percentage."
     06            Did I read that right?
     07        A.  Yes, you did.
     08        Q.  And the reference there is -- is to 11, to
     09    Reference No. 11.  Do you see that reference?
     10        A.  Yes.
     11        Q.  And if you turn to the reference -- the
     12    references -- and that appears on Page 5 of 5,
     13    correct?
     14        A.  Yes.
     15        Q.  Reference 11 is Dr. Reddy's report that
     16    we've also been talking about today, right?
     17        A.  That's correct.
     18        Q.  So why didn't you use his sample?
```

Page 515:20 to 516:18

```
00515:20        A.  First of all, let me say that we included
     21    that in the calculation.  We made the calculations
     22    right there using the second sample to make sure
     23    that we were absolutely transparent on this, that
     24    we were not trying to cherry-pick the data.  We
     25    used both samples.  We thought it was important
00516:01    for everybody to be able to see that.
```

```
02                 Now, the reason that we -- we
03   emphasized the one sample over the other is
04   because that other sample from the jet source was
05   considered contaminated, not truly an end-member.
06   It was contaminated, and you can -- and that's
07   described in the Reddy, et al., paper; and the
08   case is presented there.
09                 We thought that it was important to
10   include both samples and based on the -- the
11   contamination with the seawater, it made sense to
12   focus on the other sample but not to exclude the
13   contaminated sample.  We thought it was important
14   to include both.
15        Q.  (BY MS. BROWNE)  Okay.
16                 MS. BROWNE:  I don't have anything
17   else.  Thank you for your time.
18                 THE WITNESS:  Thank you.
```