# United States' Phase Two Offer of Proof Exhibit 5
# Designations from Volumes 1-2 of Deposition of Mike Daly

Page 8:07 to 8:09

00008:07  MIKE DALY,
      08  having been first duly sworn, testified as
      09  follows:


Page 9:12 to 10:02

00009:12      Q.  Give us a description of your educational
      13  history.
      14      A.  Well, of course, school -- secondary
      15  school, and then university.  At university, I
      16  graduated as a geologist and then started work in
      17  '76.  I worked for five years as a field
      18  geologist.  And then after that five-year period,
      19  I signed on at Leads University as a part-time
      20  research student with the intention of writing up
      21  a Ph.D. in geology.  And I completed that in 1986.
      22          So -- and that sort of -- the work
      23  that went into the research was the work I was
      24  doing in Africa where I was employed as a field
      25  geologist.  So university, work, back to
00010:01  university, Ph.D., worked a little as a consultant
      02  and then -- then I joined BP.


Page 10:04 to 10:14

00010:04  university.  And where did you go to school?
      05      A.  University College of Wales,
      06  Aberystwyth.
      07      Q.  And did you obtain a degree there?
      08      A.  I did.
      09      Q.  What degree was that?
      10      A.  An honors degree in geology.
      11      Q.  Geology?
      12      A.  Yeah.
      13      Q.  What year was that?
      14      A.  1975.


Page 14:03 to 14:09

00014:03      Q.  Okay.  And what year did you receive your
      04  Ph.D. from Leads University?
      05      A.  In 1986.
      06      Q.  And what is your Ph.D. in?
      07      A.  Well, it's in geology, the science.  And
      08  the title of it is "The Tectonic & Thermal
      09  Evolution of the Irumide Belt of Zambia."  So --


Page 16:12 to 16:15

00016:12      Q.  Okay.  What year did you join BP?
      13      A.  In '86.  And prior to that, I was working

```
        14  as a consultant to supplement my income as a
        15  student.
```

Page 17:11 to 17:15

```
00017:11        Q.  What was the first position you had at BP?
        12        A.  I was employed as a regional geologist.
        13        Q.  Where were you located at?
        14        A.  In Sunbury-on-Thames in the research
        15  center of BP.
```

Page 17:21 to 18:05

```
00017:21        Q.  Okay.  And as a regional geologist, what
        22  were your duties and responsibilities?
        23        A.  I was helping to put together regional
        24  perspectives on different parts of the world where
        25  we might go and explore.  So you can have --
00018:01  imagine it's a constant review of the world's
        02  geology going on to see where the next
        03  hydrocarbons are going to come from and the next
        04  petroleum is going to come from.  And so I was a
        05  part of that.
```

Page 19:01 to 20:21

```
00019:01        Q.  And as a regional geologist, were you in a
        02  particular department?
        03        A.  I was in the -- yeah, the stratigraphy
        04  department, it was called at the time.
        05        Q.  What's the stratigraphy department?
        06        A.  It doesn't exist today, but it was the
        07  place where in the research center the world's
        08  geology was examined, you know.
        09        Q.  Okay.
        10        A.  Stratigraphy is just a long word for -- it
        11  describes the rock record, a record of geology
        12  through time.
        13        Q.  Okay.  And so as a regional geologist, you
        14  were working in the stratigraphy department, which
        15  focused on finding hydrocarbons in the world?
        16        A.  On doing the background work for finding
        17  hydrocarbons, yeah.
        18        Q.  Okay.
        19        A.  The geoscience -- purely on the geoscience
        20  side of it.
        21        Q.  Okay.  And what does that mean?
        22        A.  Well, it's all about understanding the
        23  geology, the -- the rock formation, the likelihood
        24  of there being hydrocarbons.
        25        Q.  Okay.  And how long were you a regional
00020:01  geologist for BP?
        02        A.  About 18 months.
```

```
03      Q.  Okay.  And what was your next job at BP?
04      A.  My next job was then -- I moved into the
05  structural studies group.
06      Q.  And what year would that have been?
07      A.  That would have been the end of '87.
08      Q.  Okay.  And what was your position in the
09  structural studies group?
10      A.  I was just a structural geologist.
11      Q.  And what's a structural geologist?
12      A.  I was acting as an internal consultant,
13  and what I would do is be at the call of various
14  parts of the company around the world.  If they
15  needed some assistance in the matter of structural
16  geology, which was interpreting particularly
17  seismic information and field information, to
18  build prospects, you know -- so it's a deeply
19  geological job about a geological situation that
20  we were trying to create some potential for -- you
21  know, an idea for there to be petroleum somewhere.
```

Page 21:03 to 21:10

```
00021:03      A.  The general -- so if it's -- for instance,
04  in Southeast Asia, where -- what is the base
05  evolution, what is the particular geologic
06  evolution of an area, where in that area are we
07  most likely to find hydrocarbons, and therefore,
08  you know, focusing in on sort of a particular
09  area.  And then taking it down to -- and this
10  would be, you know, a potential prospect.
```

Page 21:19 to 22:20

```
00021:19      Q.  Okay.  And how long were you in the
20  structural studies group doing this job?
21      A.  I was in there until the beginning --
22  until January 1990.  So that's about two and a
23  half -- two and a half years, I guess.  Two years.
24      Q.  Okay.  In January 1990, did your position
25  change?
00022:01      A.  It did.
02      Q.  What -- where did you begin work at BP in
03  1990 -- January 1990?
04      A.  Yeah.  I joined a project team.  So the --
05  what was going on in BP at the time was that, in
06  '89, Lord Brown took over the running of the
07  Exploration & Production part of BP.  He did a lot
08  of work in '89 on the strategy.  On the back of
09  that strategy work, a specialist group of about 15
10  of us was put together to look at the -- what was
11  called the global basin analysis group.  And that
12  group was charged with identifying and ranking --
13  actually identifying, classifying, and ranking the
14  worlds sedimentary basins.
```

```
15            So it's the same theme as the two
16  previous jobs in that I was looking at the world,
17  doing regional studies of the world, and trying to
18  define where the future of hydrocarbon exploration
19  was going to go -- petroleum exploration was going
20  to go.
```

Page 24:13 to 25:03

```
00024:13     Q.  Okay.  And when was the first time you
14  began studying potential hydrocarbons in the deep
15  waters of the Gulf of Mexico?
16     A.  Probably then, in that year.  That would
17  be my -- my -- my, sort of, first introduction, if
18  you like, or first sort of real serious
19  examination of the Gulf of Mexico would happened
20  in that 1990 year.
21     Q.  Okay.  And at that time, in 1990, did BP
22  have any wells in the deep waters of Gulf of
23  Mexico?
24     A.  Yes, it did.  It was producing a very
25  small amount of oil.  I can't remember how much
00025:01  but, you know, not much beyond single figures.
02  And it had -- it had just made a discovery called
03  "Mars," I think, which was in '89, '88, '89.
```

Page 26:11 to 26:20

```
00026:11     Q.  Okay.  And how long did you serve as a
12  contributor on the project team for the global
13  basin analysis group?
14     A.  Yeah, it was a one-year project.  So I was
15  there for one year.
16     Q.  Okay.  After that one year of service on
17  that group, what was your next role at BP?
18     A.  My -- my next role was I -- I became the
19  team leader of an exploration review project in
20  Venezuela.  So moved to -- all this time, I'd been
```

Page 27:25 to 28:01

```
00027:25     Q.  Okay.  And how long did you do that?
00028:01     A.  I think I was there about two years.
```

Page 28:12 to 29:08

```
00028:12     Q.  Okay.  And how long did you work in
13  Venezuela on this project?
14     A.  I think, if we say two years, that's -- it
15  was about two years.
16     Q.  Okay.  What year would that have ended?
17     A.  So I went there in '91, so it would have
18  ended in early '94.
```

```
19        Q.  Okay.  What was your next role at BP
20  starting in 1994?
21        A.  Yeah.  I then went to the North Sea and --
22  as the chief geologist of the North Sea for -- I
23  was working -- it was sort of a staff job working
24  for the general manager in the North Sea on his --
25  on the exploration potential in the North Sea and
00029:01  the western Shetlands area.
02        Q.  Okay.
03        A.  Actually, it would have been '93.  It
04  would have been the middle -- the middle of '93.
05  So it was about 18 months as well.
06        Q.  So you would have started work on the
07  North Sea area in 1993?
08        A.  Yeah.
```

Page 29:25 to 30:17

```
00029:25     Q.  Okay.  And how long did you work in the
00030:01  North Sea?
02        A.  I was there, I think, sort of '90 until
03  '93.  I think until '90 -- middle of '95.  So
04  about two and a half years.  '93, '94, '95.  Two
05  and a half, three years.
06             And then the work I had done in
07  Venezuela previously had been in preparation for
08  Venezuela, which up to that time had been a --
09  since the nationalization of the industry there
10  previously had been closed to foreign
11  participation, in the '90s, the Venezuelans had a
12  project called Apertura, which means, you know,
13  "the opening."  And so they invited foreign
14  companies back to do exploration and to do some
15  production.  And in the interim, BP competed and
16  won some exploration acreage in Venezuela.  So I
17  went back as the exploration manager.  You know,
```

Page 30:21 to 30:25

```
00030:21     Q.  And as exploration manager, beginning in
22  1995 in Venezuela, what did you do?
23        A.  We acquired seismic data and we drilled
24  some wells, did some exploration in the eastern
25  part of Venezuela.
```

Page 31:10 to 31:19

```
00031:10     Q.  Okay.  And how long you the serve as
11  exploration manager in Venezuela?
12        A.  I did that until I went to Harvard in '98.
13        Q.  Okay.  And that's when you went to the one
14  semester in Harvard that you discussed earlier?
15        A.  That's correct.
```

```
16       Q.  Okay.  After Harvard in 1998, what was
17  your next role at BP?
18       A.  After that, I was involved in new business
19  development in the Middle East.  Yeah.
```

Page 32:04 to 33:05

```
00032:04       A.  I was leading a small team that was
05  evaluating a field or one or two fields in Iran
06  that were potential things that companies could
07  have worked on.
08       Q.  Okay.  And how long did you work in Iran?
09       A.  Well, I didn't live there.  I lived -- I
10  was living -- I was based in London, but I used to
11  travel there a lot.  And I did that until the
12  middle of 2000 when I then became general manager
13  in the Middle East and was based in Abu Dhabi.
14       Q.  Okay.  What were your duties and
15  responsibilities as general manager of Middle
16  East?
17       A.  So the job was really to -- so this was
18  now post the merger with Amoco.
19       Q.  Okay.
20       A.  And it was post the merge -- the buyout of
21  ARCO, and both Amoco-ARCO and BP had assets in the
22  Middle East.  And so the job was to incorporate
23  the various assets that we had in the Middle East
24  and try and create a sort of -- some sense as an
25  entirety, as a single business rather than a bit
00033:01  of BP, a bit of ARCO, a bit of Amoco.
02            And the job was to sort of put your
03  arms around that and understand it and then come
04  up with a -- a future strategy for our involvement
05  in the Middle East.
```

Page 34:07 to 36:21

```
00034:07       Q.  Okay.  And how long were you a general
08  manager for BP in the Middle East?
09       A.  Until the end of 2005 -- until beginning
10  of 2006 when I became Head of Exploration in
11  London.  Actually, the job at the time was called
12  "Head of Renewal," I think.
13       Q.  Head of Renewal?
14       A.  Yeah.
15       Q.  Is that basically the same thing as Head
16  of Exploration?
17       A.  Yeah.  It just embodies the sense of the
18  purpose rather than the acts that -- the purpose
19  is to bring new resource into BP.
20       Q.  When you say "bring new resource into BP,"
21  what does that mean?
22       A.  So every year BP, like every other oil
23  company, produces a certain amount of oil and gas,
```

```
     24    and clearly for the company to be sustained, we
     25    have to access new resource every year.  And we do
00035:01    that in a number of ways through agreements with
     02    governments whereby we -- like in the Middle East,
     03    bring in resource through deals, various
     04    agreements or we have land that we explore and
     05    bring in resource through exploration.
     06        Q.  Okay.  So, in 2006, you became the Head of
     07    Exploration or Head of Renewal for BP.  How long
     08    had -- did you serve in that function?
     09        A.  Well, I'm still -- that's my job today.
     10    The job title changed in -- has changed a couple
     11    of times along the way.  One stage it was a group
     12    vice-president of Exploration World and then today
     13    I'm called the EVP, executive vice-president, of
     14    Exploration.
     15        Q.  Executive vice-president of Exploration.
     16    Is that basically the same job as it started out
     17    in 2006?
     18        A.  It's basically the same job.  The
     19    difference is that today I report to Bob Dudley,
     20    who is the CEO.  In the begin -- in the early days
     21    I reported to, first of all, Tony Hayward, who was
     22    head of the upstream, and then Andy Inglis until
     23    today, who was also head of the upstream.  Today I
     24    report to Dudley, who is head of the upstream.
     25        Q.  Okay.  What was your title on April 20th,
00036:01    2010?
     02        A.  Probably, group vice-president of
     03    Exploration.
     04        Q.  Okay.  And who did you report to during
     05    that time period?
     06        A.  That was to Andy Inglis.
     07        Q.  Who is Andy Inglis?
     08        A.  Andy Inglis was the CEO of Exploration and
     09    Production of BP.
     10        Q.  As executive vice-president of Exploration
     11    at BP, what are your duties and responsibilities?
     12        A.  They're sort of threefold.
     13        Q.  Okay.
     14        A.  First of all, I am evaluating the --
     15    excuse me -- I'm evaluating -- evaluating the
     16    world to look for the next hydrocarbon provinces,
     17    the next place BP can go and access resource.
     18        Q.  Okay.
     19        A.  Secondly, we define from that those areas,
     20    then the exploration portfolio that we want to
     21    have in the company.
```

Page 38:08 to 38:17

```
00038:08        Q.  Okay.  And so you've gone through two
     09    things that you do on a daily basis.  What's the
     10    other thing?
     11        A.  And the third is then, once we have some
```

```
      12  resource, is appraising that resource to a level
      13  of definition that we feel is acceptable to start
      14  engineering work on, and so -- and then once any
      15  engineering work is started on some prospect to
      16  make it into a development it would go into the
      17  global projects organization of BP.
```

Page 39:05 to 39:14

```
00039:05        Q.  Okay.  So, beginning in 2006 when you
      06  became head of Exploration or head of Renewal --
      07        A.  Yeah.
      08        Q.  -- and through today, where you are the
      09  executive vice-president of Exploration, is it
      10  fair to say that you are the top employee at BP
      11  when it comes to exploration?
      12        A.  When it comes to the geological evaluation
      13  of exploration opportunities around the world,
      14  yeah.
```

Page 40:25 to 41:16

```
00040:25        Q.  Okay.  Prior to autumn 2010, what was the
00041:01  structure of the Exploration department?
      02        A.  Prior to -- the beginning of 2010?  Yeah.
      03        Q.  Yes.
      04        A.  Yeah.  I had a small group of about
      05  50 people and -- who were my direct reports, and
      06  they were largely responsible for access.  So it
      07  was that component of access that you see there
      08  that I mentioned.  That was with me.
      09            I also had a -- the chap who calls --
      10  I call the "XX guy," the Exploration Excellence --
      11  the quality assurance guy.
      12        Q.  Say that again.
      13        A.  We call it Exploration Excellence.
      14  It's -- our quality assurance team is called
      15  "Exploration Excellence," which is sort of the
      16  objective.
```

Page 48:22 to 49:02

```
00048:22        Q.  So prior to 2011, even though you were
      23  executive vice president of exploration, you
      24  didn't have authority over the Gulf of Mexico
      25  operations?
00049:01        A.  I did not have authority over the Gulf of
      02  Mexico operations, no.
```

Page 56:23 to 58:14

```
00056:23  our fire alarm test, I want to focus your
      24  attention on the 2009 timeframe.  During that
```

```
        25  time, if a particular strategic planning unit
00057:01  wanted to put forth an oil and gas pros- --
        02  prospect to BP, how would that work?
        03       A.  If this was -- by "prospect," you mean an
        04  exploration prospect?
        05       Q.  Yes.  An exploration prospect.
        06       A.  The exploration VP in the strategic
        07  performance unit would work the proposal to a
        08  particular level of technical quality.  And in
        09  doing so, he would have, along that way,
        10  interaction with this XX team that I mentioned,
        11  exploration excellence people.  Once the
        12  exploration of VP and XX were satisfied that they
        13  had got to a level of what we describe as the
        14  technical limit of the data we have available to
        15  us -- so the seismic has been processed to the
        16  best possible outcome we can get, we've done the
        17  best possible studies we can do on the regional
        18  geology in the area, we have basically a -- the
        19  best technical case we can -- we can deliver --
        20  then they would present it to the exploration
        21  forum.  And the exploration forum would discuss
        22  it, compare it with everything else we're doing,
        23  and make a judgment on its quality and its fit in
        24  the organized -- in the BP portfolio.
        25            And that would usually -- you know,
00058:01  usually we get to a point where we expect things
        02  to -- to be of a certain quality so we have a
        03  choice to make.  And we're not sending it back for
        04  more work; we're making a decision, that this is
        05  something we're happy to do.  But on occasion
        06  there will be discomfort with some things.
        07  Somebody may raise another viewpoint, and there
        08  will be a recycling of some more work to be done
        09  to -- on the -- on the project.
        10       Q.  Okay.  So, in 2009, would every
        11  prospect -- exploration prospect have to go
        12  through the global exploration forum to get
        13  approval at BP?
        14       A.  Yes.


Page 58:24 to 60:05

00058:24       Q.  Okay.  So -- so to get money to drill a
        25  well at BP in 2009, that prospect had to go
00059:01  through your group, the global exploration forum,
        02  and had to be voted upon and approved, correct?
        03       A.  Yeah.  Yes.
        04       Q.  And that includes the Macondo well that is
        05  the subject of the lawsuit we're here about,
        06  correct?
        07       A.  That's correct.
        08       Q.  Okay.  Now, the global exploration forum,
        09  tell me what that was or what it is.
        10       A.  Yeah.  We call it just the exploration
```

```
11  forum.
12       Q.  Okay.
13       A.  It's a body of about -- the number varies
14  between 15 and 20 people.  And it is -- I chair
15  it.  It's got all the exploration VPs from the
16  various businesses around the world.  It's got the
17  three area VPs, who I mentioned earlier on.  It's
18  got the exploration excellence guy.  It's got the
19  access guy.  And -- and it's got a performance --
20  commercial performance person there.  It would
21  also have a representative from the drilling
22  world, from the global wells organization.  And --
23  and that's about it.
24       Q.  And was it compromised of these same
25  people back in 2009?
00060:01       A.  The -- the membership does vary, as jobs
02  come and go, people retire and what have you.  But
03  it would be -- you know, it certainly would be a
04  number of people in it today who were there in
05  2009.
```

Page 61:08 to 62:16

```
00061:08       Q.  Okay.  You said that the Gulf of Mexico
09  was 25 percent to 35 percent --
10       A.  20 to 30.
11       Q.  -- 20 to 30 --
12       A.  Yeah.
13       Q.  -- percent of the inventory.  What does
14  that mean?
15       A.  If we -- if we drew a pie chart of BP's
16  potential resources from exploration over the next
17  ten years that we have today inside the company,
18  then the Gulf of Mexico potentially is probably 25
19  to 30 percent of the overall volume --
20       Q.  Body of prospects?
21       A.  -- in terms of volume.  So volume of -- of
22  oil found.
23       Q.  Okay.  Is there any other resource --
24       A.  Potentially found.  I mean, we haven't
25  found it yet, of course.  But the potential is --
00062:01  is 25 to 30 percent of everything we've got.
02       Q.  Okay.  Is there any other potential
03  resource that's larger than the Gulf of Mexico?
04       A.  On a -- no, there isn't.  I mean, there
05  are other things that are comparable, but
06  nothing -- nothing that stands out as larger, no.
07       Q.  So is it fair to say that the -- the Gulf
08  of Mexico as a hydrocarbon resource is very
09  important to BP?
10       A.  It's fair to say that.  And, I mean, it's
11  very important to the world.  I mean, it's a --
12  you know, the Gulf of Mexico is an important
13  place.  If you -- if you -- if you think about the
14  world, then you think Siberia, Middle East and the
```

```
     15  Gulf of Mexico as big -- as big hydrocarbon
     16  provinces.
```

Page 64:22 to 65:24

```
00064:22      Q.  Okay.  Explain to the Court how a decision
     23  is made inside the exploration forum as to whether
     24  or not to proceed on a prospect.
     25      A.  So the first -- the first sort of hurdle
00065:01  is the -- the exploration team is proposing a
     02  prospect, feels that it's done the work, and they
     03  feel -- you know, you're coming to a forum of your
     04  peers.  It's not an aggressive forum, but equally
     05  it's a challenging one.  It's a -- you know, there
     06  is a stake -- some personal reputation.  If you
     07  bring something that's poorly described, your
     08  peers -- you know, they say, Hey, you haven't done
     09  the work here, guy.  So there -- the first step is
     10  to get to a certain level of description.  The
     11  second is to make sure that XX are -- the
     12  exploration assurance people are also saying,
     13  Yeah, these guys have done the work and actually
     14  it's the best quality we can achieve, given the
     15  circumstances.
     16              They'll then come and they'll make a
     17  presentation.  And they'll talk about the
     18  contacts, they'll talk about similar wells in the
     19  region, they'll talk about the geological model,
     20  and -- and make a -- you know, from that, make a
     21  recommendation that the well should be drilled.
     22      Q.  And how often does the exploration forum
     23  meet in a given year?
     24      A.  In a given year, four times.
```

Page 66:05 to 67:22

```
00066:05  It's in the -- in the company, it's quite
     06  a flagship sort of exercise, because it's a
     07  process that's very transparent, it's a process
     08  that works, and it's process that people feel, you
     09  know, is challenging but good.  So you come out of
     10  the exploration forum with approval for your well
     11  and, you know, that's something to celebrate.
     12      Q.  So whoever is bringing a prospect to the
     13  forum, they make a presentation to the forum?
     14      A.  They will make some sort of presentation.
     15  Yeah.
     16      Q.  And then is a vote taken at the end?
     17      A.  If I feel that there is some uncertainty
     18  about the outcome, then, I'll ask for a vote.  If
     19  I feel that everybody is -- there's very little
     20  pushback and everybody is agreed, then, you know,
     21  I'll say something like, Are we -- Are we in
     22  agreement this should be part of the portfolio?
```

```
 23           So -- and usually my role in this
 24  is -- is -- doesn't exist.  That usually the --
 25  the body comes to a -- through discussion and
00067:01  through the challenging discussion that we'll
 02  have, it come -- becomes apparent what the next
 03  step should be.
 04      Q.  So there's not a limit on prospects.  It's
 05  a matter of quality?
 06      A.  It is a matter of quality and --
 07  absolutely.  And what we try and do is -- is
 08  therefore -- we have a -- one of our mantras is
 09  "quality through choice."  And so, you know, we
 10  won't -- we'll -- we'll -- we'll try always to
 11  leave some -- one or two prospects on the table
 12  because then you're not drilling everything you've
 13  got.  You're not testing everything you've got.
 14  And that way, you know, you -- it's like golf
 15  shots:  If you take your 10 best golf shots,
 16  rather than the 20, then you can -- you've
 17  probably got 10 reasonable shots, rather than 20
 18  with some bad ones in there.
 19      Q.  And out of 10 prospects, how many make it
 20  through the process, on average?
 21      A.  I would say -- it varies.  It varies.  It
 22  can be all 10 in a year and it can be eight.
```

Page 70:19 to 72:14

```
00070:19      Q.  -- in the exploration forum, what factors
 20  or criteria go into making those decisions?
 21      A.  Well, for the basic geological factors of
 22  do we believe there's a structure, that this is --
 23  that is well defined.  A trap, let's say, that is
 24  well defined for -- for -- for the prospect.  Do
 25  we believe that the seismic data we have is of the
00071:01  quality to define its depth and its form and its
 02  shape and its position.  So -- and -- and
 03  there's -- well, even today, people still drill
 04  wells and miss the structure because of the
 05  difficulty in -- in getting the precise subsurface
 06  image of where -- for the -- locating the thing
 07  where -- we're -- we're -- exploring for actually
 08  sits in space.
 09           So once we are comfortable -- and
 10  there's no sequence to this.  All these three
 11  things -- these three or four things need to be in
 12  place.
 13           But you need a trap and then you need
 14  a reason to believe there's going to be a
 15  reservoir there.  So there has to be some
 16  indication of a reservoir.  That can come through
 17  the seismic.  It can come through a geologic
 18  model.
 19           You then have to believe there is
 20  some form of source of the hydrocarbons and those
```

```
       21   hydrocarbons have managed to migrate into this
       22   trap.
       23          So you know, it's an important -- in
       24   a way, it's the reverse of that.  You need the
       25   hydrocarbon source.  You need the source to have
00072:01   been heated to be mature and producing petroleum.
       02   The petroleum then needs to migrate into a
       03   reservoir.  And the reservoir needs to be located
       04   in a trap of some form or other.
       05          So the description focuses on the
       06   geological justification for the story around
       07   those four big elements.  And then, it has to make
       08   money.  So there will be a -- a -- there will be
       09   some scoping economics on what we are likely to
       10   find.  And this will be very high level, not in
       11   any great detail, but basically is -- if we drill
       12   this, is there a possibility of making -- it being
       13   a commercial enterprise for the result and, you
       14   know, that would be presented as well.
```

Page 74:06 to 74:12

```
00074:06       Q.  Okay.  And other than whether or not
       07   there's hydrocarbons that are trapped based upon
       08   good seismic data and scientific data and the
       09   profitability of the endeavor, are there other
       10   factors that the exploration forum considers in
       11   voting on a project?
       12       A.  Yeah.
```

Page 74:15 to 74:22

```
00074:15       A.  Other factors that would be considered
       16   would be the -- all the information from around
       17   the area.  So if the prospect is in an area of
       18   previous exploration, perhaps even production,
       19   then that, of course, would be considered and
       20   included.  So basically any -- any knowledge that
       21   we can bring to -- to make this the -- the best
       22   decision we can possibly make we will bring.
```

Page 78:18 to 79:04

```
00078:18       Q.  And do you recall who raised the Macondo
       19   well as a prospect to you?
       20       A.  As an individual I don't.  It would have
       21   been within the realm of Dave Rainey there, who
       22   was the VP of Exploration in the Gulf of Mexico.
       23   So --
       24       Q.  Okay.
       25       A.  -- it would have been in some context
00079:01   related to David or, perhaps, some of his teams.
       02       Q.  Okay.  So it would have come out of the
```

```
03  Gulf of Mexico strategic planning unit?
04       A.  Strategic Performance Unit, yeah.
```

Page 79:16 to 79:22

```
00079:16      A.  But I -- I have seen that it does appear
      17  in, I think, it's early '09.
      18      Q.  Okay.  Let's go to the notebook now.  If
      19  you would go to Tab 1, which is a previously
      20  marked exhibit which is Exhibit No. 3203.  And
      21  I'll give you a chance to take a look at that
      22  first document, and then we'll discuss it.
```

Page 83:08 to 84:18

```
00083:08      Q.  Okay.  If you could, look at the paragraph
      09  that has a question, "Why This Project?"
      10          Do you see that?
      11      A.  Yeah.
      12      Q.  If you could read for the record the first
      13  bullet point.
      14      A.  You would like me to read it?
      15      Q.  Yes, just the first bullet point.
      16      A.  The SPU objective function includes
      17  discovering at least 165 million barrels of oil
      18  equivalent per year on a three-year rolling
      19  average and replacing 100 percent of production on
      20  a consistent basis.
      21      Q.  What does that mean?
      22      A.  It's basically the target that the
      23  Exploration component of the Strategic Performance
      24  Unit saw as its objective.  So the objective was
      25  to find a certain amount of oil.
00084:01          Now, you know, in the Gulf of Mexico,
      02  you -- you can find some very big fields, you find
      03  some small fields and so it's a very lumpy type of
      04  delivery.  Some years, you beat a particular
      05  number; some years, you don't.  So they have this
      06  in brackets, the three-year rolling average, to
      07  smooth that lumpiness out.
      08          But basically what they're saying is
      09  that they believe that they can find 165 million
      10  barrels a year and if they do that, they will be
      11  the sustaining business that they can replace that
      12  production.  That goes back to my point about
      13  renewal earlier on about production.  You need to
      14  replace it to stay and grow the business.
      15      Q.  Okay.  And did the com- -- did you feel,
      16  going into the Macondo project, that there was a
      17  good chance that the company could make this a
      18  profitable venture?
```

Page 84:20 to 84:23

```
00084:20      A.  I felt that Macondo was a valid prospect
      21 to grow, that we had described it well
      22 technically, and that geologically there was a
      23 good chance of finding oil there.
```

Page 91:04 to 91:04

```
00091:04 (Marked Exhibit No. 6366.)
```

Page 91:20 to 91:25

```
00091:20      Q.  I want to focus your attention on the
      21 third page where it is entitled "Technical
      22 Assurance Memorandum."  Do you see that?
      23      A.  Yep.
      24      Q.  Is this the document that is referred to
      25 at the bottom of Exhibit 3203?
```

Page 92:03 to 92:18

```
00092:03      A.  Yeah.  Yeah.  Sorry.  This is a part of
      04 it.
      05      Q.  Okay.
      06      A.  This is just Sections 2 and 3.
      07      Q.  Okay.
      08      A.  There would have been Section 1 and....
      09      Q.  Okay.  So what's the purpose of the
      10 technical assurance memorandums?
      11      A.  It's basically the moment that we put a
      12 data package together, all of the description --
      13 the written description of -- of the prospect on
      14 the basis of the geologic evaluation.  So it is
      15 purely a geologic evaluation of what the prospect
      16 possibility is.  So as such, it's sort of the --
      17 the fundamental input to the forum discussion that
      18 we've talked about.
```

Page 92:24 to 93:07

```
00092:24      Q.  Okay.  And so the technical assurance
      25 memorandums really exhibit the background work
00093:01 that was done in support of the project by the
      02 folks who are proposing the project?
      03      A.  Exactly.  And they -- you know, they have
      04 two purposes really.  One is that they are the
      05 moment we commit to paper understanding.  But then
      06 two, when we drill something, we would go back and
      07 look at how well we did it.
```

Page 101:03 to 101:11

```
00101:03      Q.  Yeah.  Who sets the drilling performance
      04 target numbers set forth in Exhibit 3203, Tab 1?
      05      A.  The -- this would come from the drilling
      06 department in the Gulf of Mexico.  So they will --
      07 you know, they -- they have a number of rigs.
      08 They drill a number wells.  They will have a
      09 section of what their -- as they describe it,
      10 their mean performance is, their average
      11 performance.
```

Page 108:23 to 108:23

```
00108:23  (Marked Exhibit No. 6367.)
```

Page 111:13 to 112:12

```
00111:13      A.  If you -- I just noticed, if you turn
      14 right to the back of this -- to 6.20, I mentioned
      15 that there was a whole, you know, four or five
      16 different things that we look at to create
      17 further -- that have to happen to create an oil
      18 field to form.  And here are the -- the chances of
      19 success that we are assume -- we are not assumed,
      20 but we have estimated for them.  So in terms of,
      21 let's say a reservoir, the reservoir presence and
      22 the reservoir effectiveness, we are sort of very
      23 confident that there was a reservoir there.  We
      24 were less confident that the charge access was
      25 going -- the charge was actually going to reach
00112:01 the reservoir.  So this is a representation that
      02 there's a 21 percent chance that it will fail to
      03 be true, to be -- turn out to be successful.  And
      04 a 79 percent chance that it will be successful.
      05          And if -- and so those are -- those
      06 are our assessments of the -- the geological risk
      07 of this actually being an oil field, in the case
      08 Macondo.  And if you add them -- if you multiply
      09 them out, then you get to 67 percent.  And that is
      10 the -- the chance of success, 67 percent chance of
      11 success that there will -- we will find oil in
      12 Macondo.
```

Page 112:18 to 114:15

```
00112:18 in -- in looking at Section 6.20, it goes through
      19 the various factors that the exploration forum
      20 would consider in evaluating a prospect, correct?
      21      A.  Exactly, yeah.
      22      Q.  Okay.  And then when you -- when the
      23 exploration forum analyzed and reviewed the
      24 Macondo prospect, they determined that the chance
      25 of success was 67 percent looking at the factors
00113:01 in 6.20?
```

```
02        A.  Exactly.  And -- and you know, what
03  does -- what does "success" mean?  It means that
04  there would be oil in the Macondo reservoir within
05  a certain distribution of scale, of size.
06        Q.  Okay.  And then I guess my question --
07  back to my original question is.  It says,
08  "critical risk percentage:  79 percent."
09        A.  Yeah.
10        Q.  What does that refer to?
11        A.  It's the same thing.  It's the same as
12  that 79 percent there.  So it's the -- it's just a
13  bit of jargon.  Charge access critical risk, it's
14  the major risk.
15        Q.  I see.
16        A.  It's the main -- you know, if I had
17  gone -- if we had drilled and there would be no
18  oil in the Macondo, then almost certainly the
19  reason there would have been no oil, we're saying,
20  is because the -- the charge had never actually
21  reached the reservoir.
22        Q.  So there's a 21 percent chance that there
23  will not be charge access in that reservoir?
24        A.  Yeah.  21 percent chance there will be no
25  oil in it.
00114:01       Q.  Okay.  Got it.
02        A.  And the reason for that no oil will be
03  because the charge hasn't got there.
04            So you can't -- just to deepen all
05  this, the -- the oil could have got there and then
06  it could have leaked away.  So there's --
07  there's -- that's a different -- that would be a
08  different risk.  That would be a trap risk.  So
09  this is all about the oil getting there in the
10  first place.
11        Q.  Okay.  And when BP actually drilled the
12  Macondo Well, it ended up this not being a
13  problem, correct?
14        A.  Correct.  Yes.  The charge clearly had
15  gotten into Macondo.
```

Page 114:18 to 114:22

```
00114:18       A.  So the 79 percent probability or chance
19  was proven to be in this case.  I suppose what's
20  going on here is, if you drilled 100 wells, in 79
21  of them is going to be oil and 21 are not.  And in
22  this case, we were in one that -- ones that did.
```

Page 137:06 to 137:08

```
00137:06       Q.  What are some of the greatest risks
07  associated with deepwater exploration in the Gulf
08  of Mexico?
```

Page 137:10 to 137:19

```
00137:10      A.  Well, so, from a -- from a geological
      11  perspective, the big -- the big risk, the big
      12  thing that we struggle to see through is the salt
      13  and that is the thing that has -- you know, causes
      14  us to develop lots of new seismic technology over
      15  the last 10 to 15 years to -- to see through the
      16  salt and define our prospects better.
      17           As -- as we continue to explore, it's
      18  always, you know, getting a better and better
      19  geological image.  That is the subsurface risk --
```

Page 137:21 to 137:21

```
00137:21      A.  -- the geologic risk.
```

Page 138:25 to 138:25

```
00138:25  (Marked Exhibit No. 6368.)
```

Page 139:05 to 139:09

```
00139:05      Q.  This is a document that's titled "Gulf of
      06  Mexico Drilling and Completions.  Gulf of Mexico
      07  D&C Operating Plan/Local OMS Manual."  Do you see
      08  that on the title?
      09      A.  I do.
```

Page 140:10 to 141:17

```
00140:10      Q.  (BY MR. SUMMY) Can you look at
      11  Section 2.2?
      12      A.  Yep.
      13      Q.  It says:  "Major Hazard Risk Assessment."
      14  Do you see that?
      15      A.  I do.
      16      Q.  It says the D&C -- I'll stop right there.
      17  What is your understanding of what "D&C" means?
      18      A.  Drilling and Completions.
      19      Q.  And what's Drilling and Completions?
      20      A.  Drilling is the actual fact of design,
      21  planning, execution, operation of a well.
      22  Completion is the act of turning that -- either
      23  abandoning that well or turning the well into a
      24  producing well.
      25      Q.  Okay.  If you could read through the first
00141:01  two bullet points there.
      02      A.  "Loss of well control, loss of drilling
      03  riser, (leading to infrastructure damage).
      04      Q.  Okay.  And it says:  "The D&C major
      05  accident risks are:  Loss of well control, loss of
```

```
06  drilling riser."  Do you see that?
07       A.  Yeah.
08       Q.  Do you agree with that?
09       A.  It's not relevant that I agree or
10  disagree.  I mean, this is a document that I have
11  had no sort of part of creating nor indeed using.
12  And so it's completely inappropriate for me to say
13  whether I agree or disagree with that.
14       Q.  Well, let me ask you this:  As head of
15  Exploration at BP, do you agree that two of the
16  major accident risks in drilling a well are loss
17  of well control and loss of the drilling riser?
```

Page 141:19 to 141:24

```
00141:19      A.  That depends on situation.  You know, this
20  is an open-ended question.  It's not possible for
21  me to say open-endedly I agree or disagree with
22  that.  It's -- this is -- you know, this is --
23  you're -- you're way outside my area of expertise
24  out here with the engineering of this.
```

Page 142:01 to 142:02

```
00142:01      A.  And I have not been involved with the
02  creation of this document.
```

Page 142:15 to 143:13

```
00142:15      Q.  So, as head of exploration at BP, it's
16  your testimony that you don't involve yourself
17  with what might be hazardous in drilling wells at
18  BP?
19       A.  As head of exploration in BP, I define the
20  prospects that are of a quality to go into our
21  portfolio.  The execution of the drilling of those
22  prospects is outside of my arena --
23       Q.  And --
24       A.  -- and therefore, the risk assessment of
25  that and, therefore, the -- the execution and
00143:01  mitigation of those risk assessments.
02            Of course, as an employee of BP, as a
03  human being, as a person -- part of the industry,
04  I recognize there -- that -- that well control is
05  a big issue, and, you know, we obviously don't
06  expose ourselves to well control incidents
07  intentionally.
08            But as a person -- as -- as any sort
09  of professional assessment of this document or,
10  indeed, what you're asking me, I'm unable to.
11       Q.  But as head of exploration, you don't
12  involve yourself with well control issues?
13       A.  That's correct.
```

Page 144:06 to 144:20

```
00144:06      Q.  (BY MR. SUMMY)  Mr. Daly, would you agree
      07  with me that one of the risks that BP must take
      08  into account before drilling a well is that of a
      09  blowout?
      10      A.  Yes.  Of course.  I mean, we -- anytime we
      11  drill a well, that -- if -- if a blowout is a
      12  particular risk on the well, then absolutely we
      13  should take it into account.
      14      Q.  And certainly it is -- it is a risk that
      15  should be taken into account in drilling any well,
      16  correct?
      17      A.  Yes.  Some wells are more -- you know, in
      18  some wells, it's more of a risk than others, I
      19  guess.  But it absolutely should be taken into
      20  account.
```

Page 145:09 to 145:25

```
00145:09      Q.  Prior to commencing drilling on the
      10  Macondo Well, what steps did BP take to be able to
      11  stop an uncontrolled blowout in the event one were
      12  to occur?
      13      A.  So as I've explained, my sort of area of
      14  expertise is in geological analysis that leads up
      15  to identifying the -- the prospects.  The
      16  specifics of the risk of mitigations, we would
      17  have taken to prevent a blowout and respond to it,
      18  so I'm not familiar with.  It's beyond my sort of
      19  area of responsibility and expertise.
      20      Q.  So as head of exploration, you're not
      21  aware of what steps BP would have taken on the
      22  Macondo Well to be able to address an uncontrolled
      23  blowout in the event one occurred, correct?
      24      A.  In the specifics in detail, absolutely
      25  correct, yeah.
```

Page 166:21 to 166:22

```
00166:21  MR. SUMMY:  And we're going to mark
      22  it Deposition Exhibit 6371.
```

Page 166:25 to 167:06

```
00166:25      Q.  (BY MR. SUMMY)  Okay.  Can you identify
00167:01  this document for the record?
      02      A.  This is an E-mail I wrote to Andy Inglis
      03  on April the 6th, 2010.
      04      Q.  Okay.  The subject is "Exploration
      05  Updates," correct?
      06      A.  That's correct, yeah.
```

Page 167:11 to 168:24

```
00167:11        Q.  And I want to focus down on No. 3,
      12  "Macondo is in oil."
      13        A.  Uh-huh.
      14        Q.  Do you see that?
      15        A.  I do.
      16        Q.  Is this a report to Andy Inglis related to
      17  the status of the Macondo Well?
      18        A.  That's correct, yes.  Clearly I was
      19  traveling and wasn't able to see Andy.  So I wrote
      20  him this note as a summary of, you know, the world
      21  I was dealing with.
      22        Q.  And who is Andy at the time?
      23        A.  Andy -- Andy Inglis.  Andy Inglis.  He was
      24  the Exploration and Production CEO at the time.
      25  He was my boss.
00168:01        Q.  Okay.  And if you could, read for the
      02  record what you told him about the Macondo -- the
      03  status of the Macondo oil on April 6th.
      04        A.  I say:  "Macondo is in oil."  I go on to
      05  say:  "About 100 feet of M56 pay so far, which is
      06  close to prognosis.
      07            "No date on quality of reservoir or
      08  oil, but the well is approximately 100 degrees
      09  Farenheit lower in temperature than -- (than
      10  expected) so that may be good for reservoir
      11  quality.
      12            "We're currently taking serious
      13  losses which is a concern.
      14            "Secondary target, M55/M54 (Isabella
      15  equivalent) 1,000 feet ahead.  Hopefully we'll get
      16  there.
      17            "Probably 40 million barrels net in
      18  the bag so far - intent is to tie back to
      19  Pompano."
      20        Q.  So at this point, you were aware that the
      21  well was very close to the M56 zone, correct?
      22        A.  At this point, it had drilled into the M56
      23  point -- zone and, in doing so, had discovered
      24  oil.
```

Page 197:10 to 197:17

```
00197:10        Q.  Did you have any involvement in BP
      11  post-explosion activities?
      12        A.  No.  I was not part of the response team
      13  in Houston.  I was in London and remained in
      14  London.  I visited the response team once at the
      15  end of -- the end of May and that was my, you
      16  know, one contact with it during the -- during the
      17  response.
```

Page 204:03 to 204:10

00204:03      Q.  Good afternoon, Mr. Daly.  We just spoke
     04  briefly off the record.  But for the record, I
     05  will again introduce myself.  My name is Melinda
     06  Lawrence.  I work with the Civil Division Aviation
     07  and Admiralty Section of the U.S. Department of
     08  Justice.  And together with my colleague, Nat
     09  Chakeres, we represent the people of the United
     10  States in this litigation.


Page 204:22 to 205:04

00204:22  If I can summarize, one of the points
     23  I got from your testimony this morning is that
     24  the -- the business of exploration or petroleum
     25  exploration, one of the points is to correctly
00205:01  identify locations where hydrocarbons are trapped
     02  in reservoirs beneath the ground; is that a fair
     03  statement?
     04      A.  I think that's a fair statement.


Page 205:07 to 205:14

00205:07      Q.  Now, does subsurface data, such as the
     08  geologic mapping that you described, and seismic
     09  data assist with that endeavor?
     10      A.  It does.
     11      Q.  And so, therefore, is subsurface data like
     12  geologic mapping, and including seismic data, of
     13  value to BP?
     14      A.  Seismic data is of value to BP, yes.


Page 205:21 to 206:06

00205:21      Q.  And how are information about nearby
     22  reservoirs, if you have a prospect you're looking
     23  at, for example, the Macondo, if you have
     24  information about nearby reservoirs, specifically
     25  their size, location and volume, is that
00206:01  potentially valuable information?
     02      A.  Yes.  One of the big tenets of geology is
     03  the use of analogues.  And so if you have things
     04  that are close by or similar, you would -- that
     05  you knew about, then you have an analogue that you
     06  can use to make interpretations from.


Page 212:21 to 213:16

00212:21      Q.  But, for example, the financial memorandum
     22  in September of 2009 authorizing X million --
     23      A.  Yeah.
     24      Q.  -- dollars worth of capital, that could

```
         25   then be spent on the well, could -- would you have
00213:01   had the authority to refuse to sign it if you were
         02   opposed to the prospect?
         03        A.  Would I have the authority to refuse to
         04   sign it?  I could have not signed it, if that's
         05   what you are asking.  I mean, the -- the question
         06   perhaps, I guess, is sort of why -- you know, why
         07   would you not sign it?  I mean, it's being
         08   proposed by our organization in the Gulf of
         09   Mexico.  We put our -- the best brains in -- in
         10   the org- -- in the company to assess its value,
         11   its geological value.  They conclude that this is
         12   definitely something that is a valid part of BP's
         13   portfolio.  For me then to say, Right, well I'm
         14   against this, I would have to have a very strong
         15   reason to do that.  And in the case of Macondo, I
         16   had no such reason.
```

Page 228:04 to 230:08

```
00228:04        Q.  (BY MS. LAWRENCE)  Now, you've already
         05   testified about how you learned -- how and when
         06   you learned that, in fact, there had been a
         07   blowout at the Macondo Well and an explosion and
         08   fire on rig.  And I believe you testified that you
         09   were not involved -- or did not play a role in the
         10   response per se?
         11        A.  That's correct.
         12        Q.  The response to the oil release?
         13        A.  Yeah, that's correct.
         14        Q.  Now, as -- as upper level management
         15   within BP, however, were you briefed in general
         16   terms on what BP was doing to respond?
         17        A.  Yes.  There were -- there -- there was
         18   information, both formal news bulletins going out
         19   to the organization about this from Tony Hayward,
         20   from the boss.  And there was some sort of more
         21   frequent updates of connection.  But these were
         22   not deep -- the response was very much in Houston.
         23   And actually, because Hayward and Inglis were in
         24   Houston then, there wasn't a great need for people
         25   outside of that to be briefed, because that's
00229:01   where all the response was going on.
         02        Q.  What, if anything, do you know about
         03   efforts made by BP during the response to quantify
         04   the flow of oil coming out of the well while the
         05   spill was ongoing?
         06        A.  I am not familiar with what efforts we
         07   were making to -- to estimate the -- the flow.
         08        Q.  And how about to quantify?
         09        A.  To estimate or quantify or do anything,
         10   you know, about it.  That was, to my
         11   understanding, all going on in Houston in the
         12   response team.
         13        Q.  Were you ever asked to commit exploration
```

```
14   resources, such as reservoir engineers, their
15   time, to help with efforts to quantify or estimate
16   the flow rate?
17        A.  I don't believe so, no.  I just -- "I
18   don't believe so, no," is the answer.
19            One or two of my people were involved
20   in the response.  Jasper Peijs, this man you've
21   heard about who worked for me, and Jasper moved
22   over to Houston for a -- a period, but I don't
23   believe he was -- I don't know what he was doing
24   actually.  I don't believe he was in there.
25        Q.  Do you have any knowledge of any sort of
00230:01   group formed within BP to calculate or attempt to
02   calculate the flow rate?
03        A.  No.  Not in any -- no.  I mean, I -- I
04   don't have any detailed knowledge or other
05   knowledge -- I don't have any knowledge about
06   the -- how we were trying to calculate the flow
07   rate.  I didn't even realize there was a great
08   effort going on about it.
```

Page 231:12 to 231:15

```
00231:12        Q.  (BY MS. LAWRENCE)  To your knowledge, has
13   BP ever appraised or quantified the size of the
14   reservoir into which the Macondo Well drilled?
15        A.  Post the discovery, no.
```

Page 231:23 to 232:07

```
00231:23        Q.  (BY MS. LAWRENCE)  And when you say not --
24   post-incident, prior to that, what sorts of -- of
25   estimates did BP have?
00232:01        A.  Yeah.  We had a -- in the Technical
02   Assurance Memorandum we discussed this morning,
03   there was an estimate there, I think, of
04   67 million barrels, whatever -- anyway, whatever
05   the number is, that -- that was our estimate going
06   into the prospect.  So there is an estimate in the
07   record of what we thought it was.
```

Page 233:07 to 233:11

```
00233:07        Q.  And as you sit here today, do you have any
08   information that would enable you to make an
09   educated guess as to how much oil was lost from
10   the reservoir during the spill?
11        A.  I do not.
```

Page 233:15 to 233:15

```
00233:15  (Marked Exhibit No. 6377.)
```

Page 235:23 to 235:23

00235:23   (Marked Exhibit No. 6378.)


Page 237:07 to 237:07

00237:07   (Marked Exhibit No. 6379.)


Page 239:16 to 239:25

00239:16        Q.  Do you know if BP has acquired any
      17  subsurface data for the Macondo Well after the
      18  date of this E-mail, after May 25th of 2010?
      19        A.  Just say the question again, please, so I
      20  --
      21        Q.  Yes.  Do you know --
      22        A.  Do I know, yeah.
      23        Q.  -- if BP has acquired -- if BP acquired
      24  any subsurface data about the Macondo --
      25        A.  Uh-huh.


Page 240:02 to 240:17

00240:02        Q.  (BY MS. LAWRENCE) -- after the date of
      03  this E-mail?
      04        A.  Right.  So I'm not -- I wasn't close to
      05  the response.  I don't know what data we acquired.
      06  However, I do know that two relief wells were
      07  drilled, one of which intersected the Macondo
      08  Well.  So there must have been some information
      09  associated with that.
      10               I also understand that there were
      11  constant seismic profiles being collected around
      12  the well to monitor the well.  Again, I don't -- I
      13  haven't seen that.  I don't know the detail of it,
      14  but those two -- you know, those two areas are
      15  known to me and, I assume, involved data
      16  collection.  What data it was and what was -- what
      17  happened to it, I don't know.


Page 243:08 to 243:08

00243:08   (Marked Exhibit No. 6380.)


Page 270:20 to 270:25

00270:20        Q.  Yes, sir.  As of April 20, you were BP's
      21  head of exploration, and you were responsible for
      22  at least in part geological appraisal.  Tell me,
      23  if you will, please, what did that mean?  What job
      24  function did you perform in appraising geological

```
         25  formations or finds or prospective finds?

Page 271:05 to 272:09

00271:05       A.  There are three components to it.  There's
      06  accessing new acreage around the world.  There's
      07  the exploration activity.  And then, thirdly,
      08  there is -- this was the addition at this time,
      09  once we have a discovery -- an individual
      10  discovery comes with a huge amount of uncertainty
      11  as to the volume that you have associated with
      12  that, you know, it's one small well in a large
      13  area, and uncertainty as to its commerciality
      14  and -- and other things.
      15            So in the past, BP had often handed
      16  that prospect to engineers who had then started
      17  front end engineering, and that becomes a very
      18  expensive exercise before you have a real
      19  understanding of what you found.
      20            So what this geological appraisal
      21  thing is about is leaving the discovery with the
      22  geologists for a period for them to reduce the
      23  uncertainty of the volume and the commerciality of
      24  the prospect before it goes to engineers, and then
      25  you start the engineering, the development
00272:01  planning and what have you.
      02            So really it was -- it was restoring
      03  something that actually happened in BP a long time
      04  ago and somewhere along the way changed that it
      05  left a discovery with the explorers and the people
      06  who found it long enough for them to reduce the
      07  uncertainty on it and describe it in as good a way
      08  as possible ready for engineering decisions to be
      09  made about it.


Page 276:02 to 276:03

00276:02  I want to hand you what has been
      03  marked previously as Exhibit 4697.  And it was


Page 286:15 to 286:16

00286:15  what has been marked -- or was previously marked
      16  as Exhibit 3533, and it's not in the materials


Page 306:24 to 306:24

00306:24  (Marked Exhibit No. 6383.)


Page 312:06 to 312:06

00312:06  (Marked Exhibit No. 6384.)
```

Page 87:23 to 88:12

```
00087:23        Q.  Has Mr. Dudley directed you to -- or
      24  challenged you to take any steps in your
      25  organization regarding process safety?
00088:01        A.  Specifically, no, but the -- my
      02  organization doesn't deal in the management of
      03  hydrocarbons such in terms of operations.  So we
      04  don't have access to process safety issues; and
      05  we're not skilled in the management of process
      06  safety.
      07              We're an organization largely of
      08  geoscientists, some commercial people, some HR,
      09  some legal people.  There isn't a -- there are
      10  very few engineers, a couple of reservoir
      11  engineers.  There are certainly no drilling
      12  engineers in my organization.
```

Page 110:17 to 110:20

```
00110:17        Q.  And my count is you -- you've spent about
      18  25 years with BP trying to find oil around the
      19  world, correct?
      20        A.  That's correct.
```