# United States' Phase Two Offer of Proof Exhibit 6
# Designations from Volumes 1-2 of Deposition of Kevin Devers

Page 12:13 to 12:15

```
00012:13      Q.  Would you state your name for the record,
      14  please?
      15      A.  Kevin James Devers.
```

Page 14:25 to 17:06

```
00014:25      Q.  Okay.  Tell me about your educational
00015:01  background.
      02      A.  I -- after high school, I attended the
      03  University of Oklahoma and earned a degree in
      04  Mechanical Engineering.
      05      Q.  And when did you get that degree?
      06      A.  In 1980.
      07      Q.  All right.  Do you have any other degrees
      08  other than your Mechanical Engineering degree?
      09      A.  I do not.
      10      Q.  All right.  Did you attend any other
      11  schools and try to obtain a Master's or --
      12  following your degree from University of
      13  Oklahoma?
      14      A.  I did not.
      15      Q.  All right.  All right.  Well, then, let's
      16  go into your work background.
      17      A.  (Nodding.)
      18      Q.  Tell me about it.
      19      A.  So after graduating or in --
      20      Q.  Excuse me.
      21      A.  -- I went to work for, at the time,
      22  Amoco, in January of 1981.  And I've been with
      23  Amoco, now BP, since that time.
      24      Q.  What was your title when you first
      25  started with Amoco?
00016:01      A.  Engineer.
      02      Q.  Okay.  And have you been promoted through
      03  the years?
      04      A.  I have.
      05      Q.  What is your title now?
      06      A.  It is Project Manager.
      07      Q.  And what are your responsibilities as a
      08  Project Manager?
      09      A.  To -- it's planning in -- planning and
      10  the execution of major projects within BP.
      11      Q.  For instance?
      12      A.  So currently, my area is in the Gulf of
      13  Mexico, so if there are new development projects
      14  that require facilities, it is about the
      15  planning, the development, and the execution of
      16  those facilities such as topsides for a -- a
      17  floating structure or a -- or a part of that.
      18  Some of these projects are very large, so we
      19  divide them up and -- so that smaller Teams can
      20  work on pieces of them.
      21      Q.  Okay.
```

```
22      A.  And then right now, I'm working on a
23  piece of a -- of a larger project.
24      Q.  How long have you been a Project Manager?
25      A.  Since approximately 1995, 1996.
00017:01    Q.  Okay.  How long has your area of focus
02  been the Gulf of Mexico?
03      A.  Since about 2001.
04      Q.  All right.  So since that time, all your
05  work has been done in the Gulf of Mexico, or
06  involved the Gulf of Mexico?
```

## Page 17:08 to 21:05

```
00017:08    A.  Yes.
09      Q.  (By Mr. Lundy) Okay.
10      A.  Yes, I think that's correct.  There --
11  there may have been some assists for other
12  projects outside of the Gulf of Mexico, but
13  principally, it's been on projects in the Gulf of
14  Mexico.
15      Q.  Okay.  Look with me at Tab 1 of your
16  binder.
17      A.  Yes, sir.
18          MR. LUNDY:  It's been previously
19  marked, Kym, as Exhibit 8664.  And we'll attach
20  it to this deposition.  It's entitled the "AGREED
21  30(B)(6) DEPOSITION NOTICE OF BP DEFENDANTS."
22      Q.  (By Mr. Lundy) Mr. Devers, have you seen
23  this Deposition Notice before today?
24      A.  (Reviewing document.)  I don't -- I don't
25  recall it this way, so I'm not sure.  Sorry about
00018:01  that --
02      Q.  Okay --
03      A.  -- I --
04      Q.  -- you've seen something that you believe
05  looks similar to this 30(b)(6) Deposition Notice?
06      A.  I believe so.
07      Q.  Okay.  I'm going to show you -- it's my
08  only copy, but let me -- let me hand it to you
09  and let me see -- I'm going to ask you if this is
10  what you've seen.  You can just ignore my
11  scribbles and scratch on there and --
12      A.  (Reviewing document.)  Yes, I'm familiar
13  with this document.
14      Q.  Okay.  So what you've seen was the --
15  the -- the letter from Robert Gasaway to the
16  Honorable Sally Shushan, dated September 27th,
17  2012, with the attachment.  And the attachment is
18  entitled:  "BP Phase 2 30(b)(6) Designees1 Areas
19  of Inquiry and Responses to Topics."  Is that
20  correct?
21      A.  I don't recall the names you just gave,
22  but, yes --
23      Q.  Okay.
24      A.  -- seen the rest of that.
```

```
        25      Q.  All right.  You understand you're here to
00019:01   speak on behalf of BP in certain designated
        02   areas, correct?
        03      A.  Correct.
        04      Q.  All right.  Do you know what those areas
        05   are?
        06      A.  I believe I do.
        07      Q.  Okay.  And what are they?
        08      A.  It pertains to the cofferdam, the -- the
        09   Top Hat, the CLEAR LEADER and the ENTERPRISE, as
        10   they were in collection service, and if I didn't
        11   mention the -- the RITT, that -- that too.
        12      Q.  Okay.  In this letter from Rob Gasaway
        13   with the attachment, Area of Inquiry No. 1 says:
        14   "For any and all attempts after April 20th, 2010,
        15   to cap, control, contain, shut in, limit flow
        16   from, and/or kill the Macondo Well by each of the
        17   following methods (unless otherwise specified):"
        18          And then there it's mentioned the
        19   "...('RITT')," the "Top Hat," the "Cofferdam,
        20   Capping Stack," and other things.
        21          And you are listed as the individual
        22   who's going to speak on behalf of BP with respect
        23   to those attempts to control or contain or kill
        24   the well involving the cofferdam, RITT, and the
        25   Top Hat; is that correct?
00020:01      A.  I believe that's correct.
        02      Q.  Okay.  In inquiry No. 2, it states:  "For
        03   any and all subsea collection efforts identified
        04   in BP's June 9th, 2010, June 13th, 2010, or June
        05   21st, 2010 letters to Rear Admiral James A.
        06   Watson that were considered, but not used, to
        07   cap, control, contain, shut in, limit flow
        08   from...or kill the Macondo Well after April 20th,
        09   2010."
        10          And you are listed as the person that's
        11   going to talk about "Collection to Clear Leader
        12   from Kill Line/Capping Stack and Collection to
        13   Enterprise from Capping Stack."
        14          Is that correct?
        15      A.  I believe that's correct.
        16      Q.  All right.  And, finally, Inquiry No. 12
        17   states:  "The use of...analysis, calculations,
        18   assumptions or modeling of the flow rate of
        19   hydrocarbons from the Macondo MC252 well
        20   undertaken by or on behalf of BP or the Unified
        21   Command in connection with the analysis,
        22   consideration or execution of any Method (as that
        23   term is defined in Topic 1)."
        24          And you are listed as the person that
        25   will speak to these Topics with respect to the
00021:01   "Cofferdam, RITT, and Top Hat."  Is that correct?
        02      A.  I believe that's correct.
        03      Q.  All right.  When did you first become
        04   involved with the Macondo Well?
```

```
        05      A.  I believe it was --
```

Page 21:09 to 21:20

```
00021:09      A.  I believe that was May 3rd, 2010.
      10      Q.  (By Mr. Lundy) And how did you become
      11 involved with the Macondo Well?
      12      A.  My Supervisor at the time had asked me to
      13 come down and a -- and assist.
      14      Q.  And was that Stan Bond?
      15      A.  It was.
      16      Q.  Okay.  And who is Mr. Bond?
      17      A.  Mr. Bond -- Mr. Bond, at the time, was
      18 a -- a -- a Project Manager Leader for new
      19 develops -- New Developments in the Gulf of
      20 Mexico.
```

Page 22:03 to 22:11

```
00022:03      Q.  And what Team was that that he asked you
      04 to join?
      05      A.  Ultimately, it was in Source Control,
      06 Collection, and Containment.
      07      Q.  All right.  Was there a name for the
      08 Team?
      09      A.  I believe there was, but I don't recall
      10 how it was called at that -- at that point in
      11 time.
```

Page 22:21 to 22:24

```
00022:21      Q.  Why don't you take a moment to look at
      22 this document.
      23      A.  Okay.
      24          (Exhibit No. 10261 marked.)
```

Page 23:05 to 25:11

```
00023:05      Q.  (By Mr. Lundy) Okay.  While you're
      06 looking at it, I'm going to identify this
      07 document for the record.  It is Bates-stamped
      08 BP-HZN-2179MDL07536529 through 366650.
      09      A.  (Reviewing document.)
      10      Q.  We're marking it as -- as Exhibit --
      11          THE COURT REPORTER:  10261.
      12      Q.  (By Mr. Lundy) -- 10261.  Do you want to
      13 go through each page, Mr. Devers?
      14      A.  Ah, I suppose it depends on what you're
      15 going to ask me, but --
      16      Q.  Okay.  And if you -- if you --
      17      A.  I'm familiar --
      18      Q.  -- feel that you need to, I'm going to
      19 ask that we go off the record now to give him an
```

```
20  opportunity to go through it.
21      A.  I'm familiar with this --
22      Q.  Are you --
23      A.  -- this --
24      Q.  -- familiar enough with it that I can
25  start asking you questions?
00024:01  A.  I believe so.
02      Q.  Okay.  Fair enough.  The -- the first
03  page has what seems to be a copy of a business
04  card affixed to it.  Do you see that at the
05  bottom left-hand corner?
06      A.  I do.
07      Q.  And it says:  "bp Kevin J. Devers Project
08  Manager" Gul -- "Project Manager Gulf of Mexico
09  Developments."
10          Do you see that?
11      A.  I do.
12      Q.  Is this a copy of your business card?
13      A.  Yes, it is.
14      Q.  Okay.  And the second page has what
15  appears to be a copy of that same business card
16  affixed to it, correct?
17      A.  Yes, sir.
18      Q.  Okay.  Do you recognize this document?
19      A.  I believe I do.
20      Q.  And what is it?
21      A.  It is -- I suppose you could refer to it
22  as a -- a "diary."  It is the notebook -- the
23  book that I used to record actions, notes, that
24  sort of thing, during the incident.
25      Q.  Which incident is that?
00025:01  A.  This is referred -- I referred to it as
02  the "Macondo Incident."
03      Q.  Okay.  So during your time spent on
04  working on the Macondo Incident, you kept a
05  diary, correct?
06      A.  I did.
07      Q.  And you kept notes and records and
08  even -- I think I've seen diagrams drawn in here,
09  as well.  You kept those as part of your job and
10  responsibilities in connection with the Macondo
11  Incident?
```

Page 25:14 to 25:23

```
00025:14  A.  I -- I don't know that it was a
15  requirement.  It was something that -- that I do
16  as a normal work practice.
17      Q.  (By Mr. Lundy)  Okay.  So as -- as part of
18  your normal work practice and as part of the
19  normal work practice that you maintained while
20  working on the Macondo Incident, you created this
21  diary that is identified as Tab 2 in your binder,
22  correct?
23      A.  Cor --
```

Page 26:01 to 26:05

```
00026:01    A.  Correct.
      02        Q.  (By Mr. Lundy) Okay.  And this appears to
      03  be an accurate and -- and correct copy of your
      04  diary that you kept in the course and scope of
      05  your work on the Macondo Incident?
```

Page 26:08 to 26:08

```
00026:08    A.  For the pages that I leafed through, yes.
```

Page 30:24 to 31:01

```
00030:24    Q.  (By Mr. Lundy) Okay.  Were you asked to
      25  be involved in the Project of -- of putting a
00031:01  device over the riser and over the BOP?
```

Page 31:03 to 31:06

```
00031:03    A.  Do you mean the HORIZON BOP here?
      04        Q.  (By Mr. Lundy) Yes.
      05        A.  So the answer is yes, a device over
      06  the -- over -- over the HORIZON BOP.
```

Page 31:23 to 32:09

```
00031:23    Q.  (By Mr. Lundy) Okay.  So was your Team
      24  involved in -- in putting a device over the
      25  HORIZON BOP and with the RITT?
00032:01    A.  There were two different Teams.
      02        Q.  Okay.  That's what I'm trying to clear
      03  up.
      04        A.  (Nodding.)
      05        Q.  What Team were you involved with?
      06        A.  At this point in time, it was only that
      07  over the HORIZON BOP.
      08        Q.  Okay.  And then another Team was formed
      09  and -- to handle the RITT?
```

Page 32:12 to 33:03

```
00032:12    A.  Correct.
      13        Q.  (By Mr. Lundy) Okay.  For the purpose of
      14  the record, explain what the RITT is.
      15        A.  The -- "RITT" is an acronym for Riser
      16  Insertion Tube Tool.
      17        Q.  Okay.  And what was its purpose?
      18        A.  To collect hydrocarbons from the end of
      19  the HORIZON riser.
      20        Q.  Was the Team in charge of that different
```

```
21   than the Team involved with putting a -- a device
22   over the HORIZON BOP?
23       A.  It was a -- it was a different Team
24   makeup, but some of the people that were working
25   on the device over the HORIZON BOP did not
00033:01   continue on and work on the RITT.  Others did.
02       Q.  All right.  Did you lead both Teams?
03       A.  Yes.
```

Page 33:05 to 33:11

```
00033:05       Q.  (By Mr. Lundy) Okay.  Did you lead
06   anoth -- any other Teams?
07       A.  Yes.
08       Q.  Which Teams did you lead?
09       A.  I led the Top Hat Team and then later
10   another Team that was working on what we called
11   the single-valve manifold.
```

Page 33:21 to 33:23

```
00033:21       Q.  Okay.  The device that you -- that we're
22   discussing to -- that was contemplated to put
23   over the BOP was called what?
```

Page 33:25 to 34:02

```
00033:25       A.  We called it the "Super Dome."
00034:01       Q.  (By Mr. Lundy) That's the Shell Super
02   Dome?
```

Page 34:04 to 34:06

```
00034:04       A.  Yes.
05       Q.  (By Mr. Lundy) Okay.  Describe what the
06   Shell Super Dome is.
```

Page 34:08 to 34:18

```
00034:08       A.  It is a, h'm, steel -- round steel --
09   what visually looks like a -- a tank, that I
10   believe had previously been used by Shell for
11   pipeline repairs.  It was available.  It looked
12   the -- the size that we could set it over the
13   HORIZON BOP and, with some modifications, be able
14   to then connect it to a vessel topsides to cap --
15   to recover hydrocarbons.
16       Q.  (By Mr. Lundy) Okay.  And when you were
17   brought in by Mr. Bond, the -- the Super Dome was
18   already under consideration; is that correct?
```

Page 34:20 to 34:22

```
00034:20     A.  It was.
     21     Q.  (By Mr. Lundy) Okay.  And did you get
     22  involved in detail with the Super Dome Project?
```

Page 34:24 to 35:01

```
00034:24     A.  Yes.
     25     Q.  (By Mr. Lundy) Okay.  Was it ever
00035:01  deployed?
```

Page 35:03 to 35:05

```
00035:03     A.  It was not taken offshore and deployed,
     04  no.
     05     Q.  (By Mr. Lundy) Why not?
```

Page 35:08 to 35:13

```
00035:08     A.  After the cofferdam installation attempt
     09  was made, we -- we looked at the reasons why
     10  that -- that installation was not successful and
     11  were concerned that similar issues would be
     12  associated with the Super Dome, so we moved to a
     13  different set of devices to capture hydrocarbons.
```

Page 37:23 to 38:09

```
00037:23     Q.  (By Mr. Lundy) But you're the person
     24  designated by BP to talk about the cofferdam,
     25  correct?
00038:01     A.  That is correct.
     02     Q.  Okay.  Do you -- do you have knowledge
     03  about the cofferdam?
     04     A.  To some extent, yes.
     05     Q.  Okay.  Do you have knowledge why the
     06  cofferdam failed?
     07     A.  I have an understanding of -- of why it
     08  failed, yes.
     09     Q.  And why did it fail?
```

Page 38:11 to 38:14

```
00038:11     A.  It -- it failed due to an inability to
     12  set the cofferdam in the place that we needed to
     13  have it set.
     14     Q.  (By Mr. Lundy) What do you mean by that?
```

Page 38:16 to 39:01

```
00038:16     A.  So the cofferdam was designed to set over
```

17 the end of the HORIZON riser, as well as the
18 drill pipe that was extending beyond the -- the
19 outlet of the HORIZON riser, and the cofferdam
20 had to be set in a very specific place in order
21 to do that.  And we were unable to get the
22 cofferdam set over the position that it needed to
23 be set in.
24      Q.  (By Mr. Lundy) And why was BP unable to
25 set it in the position that it needed to be set
00039:01 in?

Page 39:03 to 39:17

00039:03      A.  So -- so during the installation,
04 hydrates started to form in and around the -- the
05 cofferdam.  These hydrates caused the cofferdam
06 to become less buoyant, weighed less in water,
07 and it became then more difficult to control its
08 actual setting into place.
09      Q.  (By Mr. Lundy) Become less or more
10 buoyant?
11      A.  Sorry.  It -- it became lighter.  It
12 tended to want to float.
13      Q.  It had more buoyancy?
14      A.  It had more buoyancy.  Thank you.
15      Q.  Okay.  And this was due to the hydrates
16 that were collected in the cofferdam?
17      A.  That's what we bel --

Page 39:19 to 40:01

00039:19      A.  That's what we believe.
20      Q.  (By Mr. Lundy) Do you know if hydrates
21 had been anticipated in the design of the
22 cofferdam?
23      A.  I believe they had, yes.
24      Q.  Okay.  So hydrates were taken into
25 account when designing and implementing the
00040:01 cofferdam?

Page 40:03 to 40:06

00040:03      A.  I believe they had.
04      Q.  (By Mr. Lundy) Okay.  Then what happened?
05 Why -- if they had been taken into consideration,
06 why didn't it work?

Page 40:08 to 40:10

00040:08      A.  The hydrates that formed, formed much
09 more rapidly than was anticipated, and at a stage
10 during the installation that was not expected.

Page 40:24 to 40:25

00040:24  Why didn't it, BP, anticipate a greater
     25  formation of hydrates?


Page 41:03 to 41:15

00041:03     A.  So you asked a -- a greater.  The -- the
     04  hydrates we were primarily concerned with were --
     05  would be in the conduit or the pipe, the riser,
     06  if you will, that ultimately would have connected
     07  the cofferdam to the -- to the topsides vessel
     08  capturing the -- the hydrocarbons.
     09        That was -- that was a big focus area of
     10  concern on hydrates.  The -- the formation of
     11  hydrates in this large a vessel, as it turned
     12  out, is what was not expected or anticipated.
     13     Q.  (By Mr. Lundy) Is the formation of
     14  hydrates related to the amount of flow coming out
     15  of the well?


Page 41:19 to 41:24

00041:19     A.  I -- I don't think I know the answer to
     20  that question.
     21     Q.  (By Mr. Lundy) M-h'm.  So you don't know
     22  whether the amount of hydrates that were formed
     23  was related to the amount of flow coming out of
     24  the riser?


Page 42:02 to 42:07

00042:02     A.  I do not know that.
     03     Q.  (By Mr. Lundy) All right.  Was there any
     04  discussion about your Team needing to know the
     05  flow rate so that it could anticipate the amount
     06  of hydrates that may be formed for the purpose of
     07  designing and placing the cofferdam?


Page 42:10 to 42:15

00042:10     A.  So I was actually not part of that Team,
     11  so I don't know what discussions they -- they may
     12  or may not have had, with respect to that.
     13     Q.  (By Mr. Lundy) All right.  As the -- as
     14  the witness designated by BP to discuss this, you
     15  can't answer my question?


Page 42:18 to 42:19

00042:18     A.  Again, I wasn't there to listen to those

```
      19  conversations, so I -- I'm not sure.
```

Page 43:02 to 43:05

```
00043:02      Q.  (By Mr. Lundy) M-h'm.  Have you ever been
      03  involved in any discussions about the flow rate
      04  coming out of the well while working on the
      05  Macondo Incident Response?
```

Page 43:09 to 43:11

```
00043:09      A.  So no, the devices that we were working
      10  on were not based on -- on flow rates that may or
      11  may not be coming.
```

Page 44:07 to 44:13

```
00044:07      Q.  (By Mr. Lundy) All right.  Do you know if
      08  the cofferdam had been used in any other
      09  deepwater blowout -- well, strike that.
      10         Let me -- let me -- let me ask it
      11  differently.  Do you know if the cofferdam had
      12  been used in any other offshore blowout prior to
      13  the Macondo Incident?
```

Page 44:16 to 44:20

```
00044:16      A.  I do not, no.
      17      Q.  (By Mr. Lundy) Do you know if anyone at
      18  BP had researched that issue prior to employing
      19  the cofferdam in response to the DEEPWATER
      20  HORIZON blowout?
```

Page 44:23 to 45:02

```
00044:23      A.  No, I don't think so.
      24      Q.  (By Mr. Lundy) You mean, "No," you don't
      25  think anyone had researched the issue of whether
00045:01  the cofferdam had been used in another offshore
      02  blowout --
```

Page 45:04 to 45:05

```
00045:04      Q.  (By Mr. Lundy) -- prior to the DEEPWATER
      05  HORIZON incident?
```

Page 45:08 to 45:09

```
00045:08      A.  So I'm not aware of any discussions that
      09  may have happened regarding that.
```

Page 46:05 to 46:13

```
00046:05     Q.  (By Mr. Lundy) Okay.  In the dis -- in
      06  the debriefing discussions about the failure of
      07  the cofferdam, did anyone say, you know, "We had
      08  looked into this, and we had contacted other
      09  companies who had -- had tried to use the
      10  cofferdam in the past, and, you know, they didn't
      11  tell us about it," or "They did tell us about it,
      12  and we -- you know, we didn't follow their
      13  advice"?  Were there any discussions like that?
```

Page 46:16 to 46:23

```
00046:16     A.  No, I don't recall any discussions along
      17  those lines.
      18     Q.  (By Mr. Lundy) Were there any discussions
      19  at all about any research that had been done
      20  prior to the implementation of the cofferdam?
      21     A.  Not on -- as to the cofferdam, I'm not
      22  aware of any -- how did you describe it --
      23  "research."
```

Page 47:10 to 47:11

```
00047:10     Q.  (By Mr. Lundy) Well, what type of
      11  scenario had they been used in?
```

Page 47:14 to 47:16

```
00047:14     A.  So my understanding is that -- that those
      15  devices were used to assist with making repair
      16  works to subsea equipment.
```

Page 48:01 to 48:02

```
00048:01     Q.  (By Mr. Lundy) Okay.  Do you know if the
      02  cofferdam was used in the Ixtoc spill?
```

Page 48:05 to 48:05

```
00048:05     A.  I do not know.
```

Page 50:04 to 50:06

```
00050:04     Q.  Okay.  Was BP brainstorming at this point
      05  in time as to what to do either to contain or
      06  kill the well?
```

Page 50:10 to 50:13

```
00050:10      A.  I'm not sure that I would use the word
      11  "brainstorming," but we were definitely look at
      12  all the -- all the options or devices that were
      13  available to us to -- to collect hydrocarbon.
```

Page 53:13 to 54:06

```
00053:13      Q.  (By Mr. Lundy) Okay.  And what were you
      14  assigned to do with respect to the RITT?
      15      A.  To detail the engineering to the level
      16  required to then build the tool and then deploy
      17  the tool and attempt its installation.
      18      Q.  (By Mr. Lundy) Okay.  Who came up with
      19  the concept of the RITT?
      20      A.  It was -- I would call this a group -- a
      21  group discussion output.
      22      Q.  What group?
      23      A.  There was a group of people that met the
      24  day after the -- the cofferdam installation
      25  attempt was made to discuss what we could do to
00054:01  avoid the hydrate issue that we'd experienced,
      02  and one of the outcomes was -- was this RITT
      03  tool.
      04      Q.  Okay.  Do you know if anyone had used the
      05  RITT in response to an offshore blowout prior to
      06  the DEEPWATER HORIZON incident?
```

Page 54:09 to 54:14

```
00054:09      A.  I think it unlikely that the tool as it
      10  was used for -- that -- as how we used it was
      11  used that way before.  I can't answer if others
      12  had used something -- a similar concept in -- in
      13  collection before.  I -- I do not know that
      14  answer.
```

Page 54:23 to 55:06

```
00054:23      Q.  (By Mr. Lundy) Okay.  Did anyone on your
      24  Team suggest that you or anyone else with BP
      25  contact the people that had been involved in
00055:01  response to the Ictoc -- Ixtoc spill in order
      02  to -- to brainstorm some ideas with them in
      03  determining what may or may not work or what
      04  their experience had been with different
      05  techniques or -- or -- or attempts to -- to -- to
      06  contain that well?
```

Page 55:10 to 55:13

```
00055:10      A.  Not directed to the Team that was working
      11  on the RITT, not -- not that I recall.
```

```
12      Q.  (By Mr. Lundy) What about with the Top
13 Hat?
```

Page 55:16 to 56:01

```
00055:16      A.  Again, I don't recall that Team being
      17 directed to go outside to investigate other oil
      18 spills.
      19      Q.  (By Mr. Lundy) Okay.  With respect to any
      20 of the -- the topics that we're covering today,
      21 any of the -- the types of interventions that
      22 were actually deployed or that were considered
      23 and not deployed, did you go out and investigate
      24 other spills with respect to these types of
      25 techniques and their success or failure in the
00056:01 past?
```

Page 56:05 to 56:05

```
00056:05      A.  I did not.
```

Page 58:15 to 58:17

```
00058:15      Q.  (By Mr. Lundy) Okay.  What did -- what
      16 did either you or he or both of you mean by "Need
      17 more alternatives"?
```

Page 58:20 to 59:01

```
00058:20      A.  So we generally and always wanted to have
      21 options, contingency, redundancy.  We always
      22 planned for success, but in the event that a
      23 device was unsuccessful, we wanted to be prepared
      24 to try something else.
      25      Q.  (By Mr. Lundy) How did BP go about
00059:01 finding more alternatives?
```

Page 59:04 to 59:14

```
00059:04      A.  So generally it was looking at the
      05 scenario, what -- what equipment did we have
      06 readily available that could go as-is or might
      07 need some slight modification, and what -- what
      08 other resources would we need to -- to further
      09 develop that and/or deploy it and come up with
      10 a -- with those options.
      11      Q.  (By Mr. Lundy) So as y'all are going
      12 along, y'all are discussing what equipment BP
      13 might have available to use, correct?
      14      A.  Ye --
```

Page 59:17 to 59:21

```
00059:17     A.  Yes.
      18     Q.  (By Mr. Lundy) Okay.  Were y'all -- any
      19 part of your discussions, were you trying to
      20 identify that equipment that might be readily
      21 available?
```

Page 59:23 to 60:01

```
00059:23     A.  Yes.
      24     Q.  (By Mr. Lundy) Okay.  And you were also
      25 trying to identify other resources that BP might
00060:01 be able to use in response to the spill?
```

Page 60:07 to 60:11

```
00060:07     A.  What was available, what -- what could be
      08 made available, yes.
      09     Q.  (By Mr. Lundy) Okay.  Were you and
      10 Mr. Bond brainstorming ideas during these
      11 discussions?
```

Page 60:14 to 60:18

```
00060:14     A.  Yeah, I'm not sure what all
      15 "brainstorming" means to you, but the -- the
      16 generation of -- of ideas based on equipment
      17 resources that we had available.  If that's what
      18 you mean by "brainstorming," then -- then, yes.
```

Page 61:09 to 61:13

```
00061:09     Q.  (By Mr. Lundy) Okay.  Coming up with
      10 ideas and suggestions and techniques and devices
      11 that may be beneficial in responding to this
      12 spill was something that you hadn't been a part
      13 of before?
```

Page 61:16 to 61:24

```
00061:16     A.  So the scenario where we're dealing with
      17 an oil spill like this, no; but dealing with
      18 problem solving, managing work scopes,
      19 scheduling, getting resourcing deployed, that a
      20 lot -- that is a lot about what Project
      21 Management is about.  So from -- from that
      22 respect, doing this type of work is not
      23 unfamiliar to me.  What was unique is the
      24 particular scenario that we had to deal with.
```

Page 65:02 to 65:09

```
00065:02      Q.  (By Mr. Lundy)  Okay.  All right.  Flip to
      03  Bates stamp 6553.
      04      A.  6553.  Yes, sir.
      05      Q.  Do you see the top it says:  "08:00"
      06  o'clock "Briefing Meeting"?
      07      A.  I do.
      08      Q.  Did your Team regularly have Briefing
      09  Meetings?
```

Page 65:11 to 66:15

```
00065:11      A.  The -- there was a Briefing Meeting of
      12  generally all of Richard Lynch's Teams at 8:00
      13  o'clock every -- every day, lot -- so not just my
      14  Team.
      15      Q.  (By Mr. Lundy)  And what other Teams were
      16  included in that meeting?
      17      A.  Oh, I don't know that I could name them
      18  all.  But, for example, it would have included
      19  the folks that were working on the cofferdam, for
      20  example.
      21      Q.  The RITT?
      22      A.  At that point in time, the -- the RITT
      23  really wasn't in play.
      24      Q.  Okay.  When it came into play, would
      25  those Team Members be included in the morning
00066:01  Briefing Meeting?
      02      A.  Generally, yes --
      03      Q.  Okay.
      04      A.  -- unless they were otherwise occupied
      05  and couldn't -- couldn't make the meeting.
      06      Q.  Okay.  And would that be true for other
      07  types of interventions, such as the Top Hat?
      08      A.  Yes.
      09      Q.  Were you in attendance at all the morning
      10  Briefing Meetings?
      11      A.  I don't know that I could say "all of
      12  them," but "most of them" would be a better
      13  characterization.
      14      Q.  Okay.  Was the capping stack a discussion
      15  in those Briefing Meetings?
```

Page 66:18 to 66:22

```
00066:18      A.  So the -- the status of the capping stack
      19  could have been part of those -- those briefings,
      20  yes.
      21      Q.  (By Mr. Lundy)  Okay.  What about the junk
      22  shot?
```

Page 67:01 to 67:03

```
00067:01      A.  Again, to the extent of, "This is what
      02 happened in the previous 24 hours and what we
      03 expect to happen in the next 24 hours," yes.
```

Page 68:03 to 68:04

```
00068:03      Q.  (By Mr. Lundy) Was there an agenda for
      04 each meeting?
```

Page 68:06 to 68:13

```
00068:06      A.  There was not a written agenda, but, in
      07 short, it was, as I mentioned, "This is what
      08 happened the previous 24 hours, and this is what
      09 we expect to happen during the next 24 hours."
      10      Q.  (By Mr. Lundy) Okay.  Were decisions made
      11 in the morning Briefing Meeting as to which type
      12 of technique or device to employ next or deploy
      13 next?
```

Page 68:16 to 68:20

```
00068:16      A.  None that I recall.  That -- that really
      17 wasn't the nature of the Briefing Meeting.  It
      18 was simply informing the Team Members of
      19 activities that had previously occurred, and then
      20 what we expect to happen the next day.
```

Page 69:06 to 69:12

```
00069:06      Q.  (By Mr. Lundy) Okay.  At -- at the --
      07 after the cofferdam failed, at a -- at the next
      08 Briefing Meeting, or at any Briefing Meeting,
      09 whether it be the very next one or -- or the day
      10 after, or at any time thereafter, was -- was a
      11 discussion brought up about, "What do we try
      12 next?"
```

Page 69:15 to 69:20

```
00069:15      A.  So, again, the Briefing Meetings weren't
      16 really discussion meetings.  They were
      17 Report-outs.
      18      Q.  (By Mr. Lundy) M-h'm.
      19      A.  There really wasn't discussion that took
      20 place.
```

Page 73:21 to 74:11

```
00073:21      Q.  Okay.  And if you look down -- one, two,
      22 three, four -- five bullet points, it says:
```

```
   23   "Containment."
   24       A.  Yes, sir.
   25       Q.  And it says:  "Coffer dam put over plume
00074:01 last night."
   02           So the cofferdam was put over the plume
   03 on the night of May 7th?
   04       A.  I believe that's correct.
   05       Q.  And it says:  "Hydrate issues, had to
   06 pull off."
   07           Correct?
   08       A.  That's what it says, yes.
   09       Q.  So it was pulled off either the night of
   10 May 7th or early morning May 8th, correct?
   11       A.  That's my recollection.
```

Page 75:11 to 75:24

```
00075:11       Q.  Before we talk about the RITT, turn to
   12 6558.
   13       A.  6558.  (Complying.)  Yes, sir.
   14       Q.  If you look down towards the middle of
   15 the page, do you see "Lessons Learned"?
   16       A.  Yes, sir.
   17       Q.  Okay.  It says:  "Extremely difficult to
   18 install devices due to rapid hydrate
   19 accumulation."
   20           Correct?
   21       A.  Correct.
   22       Q.  And we've already talked about that,
   23 right?
   24       A.  Yes.
```

Page 76:23 to 76:25

```
00076:23       Q.  (By Mr. Lundy) So on May 9th, BP decided
   24 not to go forward with the Super Dome and the
   25 Pile Dome operations, correct?
```

Page 77:04 to 77:04

```
00077:04       A.  So BP made that decision, correct.
```

Page 77:15 to 77:24

```
00077:15       Q.  (By Mr. Lundy) All right.  Okay.  Now, we
   16 were starting to talk about the RITT.  That was
   17 the -- the next device that was attempted?
   18       A.  That was the next device that was
   19 deployed and -- and put in.
   20       Q.  Okay.
   21       A.  Yes.
   22       Q.  And it actually collected oil coming out
   23 of a riser, correct?
```

```
        24      A.  It did.
```

Page 78:14 to 78:16

```
00078:14      Q.  All right.  On this page that we're
       15 looking at, there's reference to "RITT #2" and
       16 "RITT #3."  What were those?
```

Page 78:18 to 78:25

```
00078:18      A.  Those were two additional RITTs that we
       19 built.
       20      Q.  (By Mr. Lundy) And where were they going
       21 to be inserted?
       22      A.  They were planned to replace RITT No. 1
       23 if something happened to it.
       24      Q.  All right.  So RITT 2 and 3 were just
       25 built for redundancy?
```

Page 79:03 to 79:03

```
00079:03      A.  Correct.
```

Page 82:16 to 83:23

```
00082:16      Q.  Okay.  Turn to the next page, 6589.
       17      A.  Yes, sir.
       18      Q.  At 10:00 o'clock, it says:  "Top Hat
       19 Meeting."  Do you see that?
       20      A.  I do.
       21      Q.  Okay.  And this is -- this page is dated
       22 May 27th, 2010?
       23      A.  It is.
       24      Q.  All right.  And it says:  "3 days to
       25 build."  Does that mean that it was going to take
00083:01 three days to build the Top Hat?
       02      A.  I don't have recall on that particular
       03 bullet.  It could have been referencing one of
       04 the later versions of Top Hats.  I don't recall,
       05 because by that point in time, we had already at
       06 least one Top Hat that was going to be used with
       07 the cofferdam.
       08      Q.  Okay.  Why -- why were you discussing
       09 multiple designs?
       10      A.  So there were different scenarios that we
       11 were trying to be planning for in contingency, if
       12 you will.  So there was a scenario that at the
       13 end of the HORIZON riser, how might a Top Hat be
       14 used in that application, how might a Top Hat be
       15 used over the HORIZON BOP, which was then
       16 dependent on was there going to be a riser up
       17 there or not; if it was there, what condition
       18 would it be, how much could we get over the top
```

```
19   of the -- that riser over the flex joint, et
20   cetera.
21           So we were looking at different scenarios
22   that -- that might be in play that we would want
23   a Top Hat for.
```

Page 84:16 to 84:21

```
00084:16     Q.  (By Mr. Lundy) Okay.  Then if you go down
      17   to the fourth bullet point, it says:  "DD2
      18   BOP-on-BOP," and then in parentheses, it looks
      19   like you say "(BOP ready on 6/4)."  Do you see
      20   that?
      21     A.  I do.
```

Page 84:24 to 84:24

```
00084:24     Q.  (By Mr. Lundy) Did I read that correctly?
```

Page 85:01 to 85:02

```
00085:01     A.  You did.
      02     Q.  (By Mr. Lundy) What does that mean?
```

Page 85:05 to 85:10

```
00085:05     A.  So I'm reading all of the bullets that I
      06   put under this -- this time slot.  So although
      07   this -- this doesn't say it, I -- I believe this
      08   to have been some bullets that came out of a
      09   meeting, and this was describing different things
      10   that -- that could happen, could be deployed.
```

Page 86:12 to 86:14

```
00086:12     Q.  (By Mr. Lundy) Okay.  So apparently what
      13   you heard in that meeting was that a BOP-on-BOP
      14   would be ready on June 4th?
```

Page 86:18 to 86:23

```
00086:18     A.  So what -- what I've put here is BOP
      19   ready on June 4th.  That would have been in the
      20   context of whatever BOP-on-BOP means.
      21     Q.  (By Mr. Lundy) Okay.
      22     A.  So it's -- it's hard for me to tell you
      23   what that really means.  I don't know.
```

Page 89:10 to 89:12

```
00089:10     Q.  (By Mr. Lundy) So you were involved in
```

```
11  discussions with respect to using the three-ram
12  capping stack, correct?
```

Page 89:16 to 89:19

```
00089:16     A.  I was involved with discussions about its
17  functionality.
18       Q.  (By Mr. Lundy) Explain that to me,
19  please.
```

Page 89:23 to 89:25

```
00089:23     A.  So, for example, how outlets were
24  included on it to take flow to vessels at -- at
25  surface.
```

Page 93:14 to 93:20

```
00093:14     Q.  (By Mr. Lundy) Turn to Tab 3.  And it's
15  previously been marked as Exhibit 8542.
16       A.  Yes.
17       Q.  This is an E-mail from James Wellings,
18  dated August 26, 2010, to himself and -- and
19  Elaine Metcalf.  Do you know Mr. Wellings?
20       A.  I do.
```

Page 94:06 to 94:12

```
00094:06     Q.  (By Mr. Lundy) Okay.  If you look down to
07  sixth line of this E-mail, it says:  "We were in
08  a position early on to install a cap and the
09  decision was made to do the top kill first."
10           Do you recall that BP was in a position
11  to install a cap early on, but decided instead to
12  do a top kill first?
```

Page 94:17 to 94:24

```
00094:17     A.  Can you give me just a moment to --
18       Q.  (By Mr. Lundy) Sure.
19       A.  -- look at this?
20           (Reviewing document.)  Could you repeat
21  that question now?  Sorry.
22       Q.  Okay.  Do you recall that BP was in a
23  position, early on, to install a cap but made the
24  decision, instead, to try the top kill first?
```

Page 95:04 to 95:04

```
00095:04     A.  I'm not familiar with it.
```

Page 95:08 to 95:13

```
00095:08      Q.  Which version of the Top Hat design was
      09  actually deployed, the one that was put over
      10  the -- the BOP, the HORIZON BOP?
      11      A.  It's referred to as Top Hat No. 4.
      12      Q.  All right.  Why weren't 1 through 3
      13  actually used?
```

Page 95:16 to 95:20

```
00095:16      A.  The -- the design of Top Hat No. 4 was
      17  more conducive for the scenario that we had after
      18  the -- the riser had been removed -- most of the
      19  riser had been removed from the top of the
      20  HORIZON BOP.
```

Page 96:02 to 96:09

```
00096:02      A.  Can I refer to my notes here --
      03      Q.  Sure.
      04      A.  -- please.
      05          (Reviewing document.)  June 3rd, 2010.
      06      Q.  How long did it take to build Top Hat
      07  No. 4?
      08      A.  I don't recall exactly.  A -- a matter of
      09  days.
```

Page 96:15 to 97:04

```
00096:15  (Exhibit No. 10262 marked.)
      16      Q.  (By Mr. Lundy) And it's an E-mail from
      17  Stan Bond, dated June 5th, 2010, to Tony
      18  Emmerson, Doug Thompson, and others.  And you are
      19  Cc'd on this E-mail, correct?
      20      A.  Correct.
      21      Q.  All right.  And it says:  "Subject: Top
      22  hat."  Correct?
      23      A.  Yes.
      24      Q.  Do you remember receiving this E-mail?
      25      A.  I -- I don't have good recall of
00097:01  receiving it.
      02      Q.  Okay.  Was it common for Mr. Bond to
      03  E-mail you and others in connection with the
      04  DEEPWATER HORIZON Project?
```

Page 97:07 to 97:12

```
00097:07      A.  I would say it was a more of a
      08  combination of E-mail and personal meetings.
      09      Q.  (By Mr. Lundy) Okay.  But you -- you do
      10  recall him E-mailing you in the course of -- of
      11  the work y'all were doing on the DEEPWATER
```

```
        12   HORIZON response, correct?
```

Page 97:15 to 97:19

```
00097:15        A.   Correct.
        16        Q.   (By Mr. Lundy) All right.  And that was
        17   done in the normal course and -- and scope of the
        18   work being done on the DEEPWATER HORIZON Project,
        19   correct?
```

Page 97:22 to 98:03

```
00097:22        A.   So E-mails and meetings, yes.
        23        Q.   (By Mr. Lundy) Okay.  All right.  Do you
        24   see where he says:  "Yep, we're on the same page.
        25   Additionally, we need to remember the Top Hat was
00098:01   a last minute change due to the riser cut"?
        02        A.   I do see that.
        03        Q.   What does he mean by that?
```

Page 98:05 to 99:06

```
00098:05        A.   H'm --
        06        Q.   (By Mr. Lundy) What was your
        07   understanding of what he was saying?
        08        A.   Okay.  So the -- we had Top Hats for
        09   different scenarios.  The -- the scenario we were
        10   anticipating using the Top Hat for was a scenario
        11   where the -- the cut of the riser would have been
        12   a very smooth cut, and we had a Top Hat design
        13   that would then set down on top of that smooth
        14   riser cut.  And after the riser was cut, it was
        15   not a smooth cut, it was more jagged type of cut.
        16            So the Top Hat that would have been used
        17   for the smooth cut was set aside for the Top Hat
        18   that was designed to go over that -- that piece,
        19   as opposed to setting directly down on it.
        20        Q.   All right.
        21        A.   So whether or not that was a, quote,
        22   "last minute change," I don't know that I would
        23   have characterized it that way, but we were
        24   planning to use the -- the clean-cut Top Hat.
        25   And when it did not end up as a clean cut, we
00099:01   went with the -- the other Top Hat, Top Hat
        02   No. 4.
        03        Q.   Did you have to make any changes in the
        04   design to No. 3, or was No. 4 already designed
        05   and contemplated in the event that the cut was
        06   jagged and not smooth?
```

Page 99:09 to 99:10

```
00099:09        A.   As -- as I recall, Top Hat No. 4 was
```

```
        10  available at that point in time.
```

Page 101:06 to 101:08

```
00101:06      Q.  (By Mr. Lundy) Okay.  You -- you were
       07  never given a -- an estimated flow rate while you
       08  were working on the Macondo Project?
```

Page 101:12 to 101:13

```
00101:12      A.  No, I wasn't.
       13      Q.  Did you ask for one?
```

Page 101:16 to 101:16

```
00101:16      A.  No, I didn't.
```

Page 102:05 to 102:09

```
00102:05      Q.  (By Mr. Lundy) Was there any discussions
       06  among your work on the Top Hat, the RITT, or the
       07  cofferdam as to whether the -- knowing the flow
       08  rate would be beneficial to design and
       09  implementation of any of those?
```

Page 102:11 to 103:16

```
00102:11      A.  I don't recall any of those kind of
       12  conversations.
       13      Q.  (By Mr. Lundy) All right.  Look at Tab 5,
       14  previously been marked as Exhibit 8652.
       15      A.  (Complying.)
       16      Q.  I'm going to represent to you,
       17  Mr. Devers, that these are notes from an
       18  interview or dis -- or meeting with Dr. Marcia
       19  McNutt on October 21st, and what I want you to --
       20  what I want to direct your attention to is the
       21  third paragraph where -- it begins with:  "By the
       22  end of" the "first weekend..."
       23      A.  Yes.
       24      Q.  Okay.  Dr. "Manutt" -- McNutt says:  "By
       25  the end of that first weekend there, the
00103:01  cofferdam had famously failed.  For an incredibly
       02  obvious reason - that was the ultimate 'duh'
       03  moment - Andy Inglis sort of said to me - "If we
       04  had tried to make a hydrate-collection
       05  contraption, we couldn't have done a better job."
       06          It says -- she goes on to say:  "They
       07  recognized the failing.  They had anticipated the
       08  potential for hydrates in the riser and had
       09  seawater circulating near the surface, but they
       10  had underestimated the flow rate and the impact
```

```
11   that'd have below."
12         Do you see where I'm reading that?
13   A.  I do.
14   Q.  Do you agree with Dr. McNutt that BP had
15   underestimated the flow rate and the impact that
16   it would have had on the cofferdam?
```

Page 103:20 to 103:23

```
00103:20     A.  So I don't know that I can agree or
21   disagree with -- with that statement.  The flow
22   rate didn't come into -- into play, from -- from
23   my point of view, on -- on this cofferdam.
```

Page 104:07 to 104:08

```
00104:07     Q.  (By Mr. Lundy) Do you believe that BP had
08   underestimated the flow rate at that time?
```

Page 104:11 to 104:15

```
00104:11     A.  I have no idea what BP had estimated in
12   terms of flow rate.
13   Q.  (By Mr. Lundy) H'm.  Do you know if BP
14   believed it was important to know the amount of
15   oil released from the well?
```

Page 104:19 to 104:21

```
00104:19     A.  Yes, I think it's important that BP know
20   the amount of oil that was released.
21   Q.  (By Mr. Lundy) And why is that?
```

Page 104:24 to 105:09

```
00104:24     A.  H'm.  Obviously, we don't want -- want
25   any oil released.  I'm not an ecologist, so I
00105:01 don't know how much effect the oil has on -- on
02   the ecosystem.  But, you know, generally
03   speaking, I would say more is not better, so --
04   Q.  (By Mr. Lundy) M-h'm.
05   A.  -- the -- the less oil, the better.
06   Q.  Okay.  But with respect to efforts to
07   contain the oil released, was it important to
08   your Teams to know the flow rate from the well
09   and how much oil was coming out?
```

Page 105:11 to 105:17

```
00105:11     A.  So for the devices that we've been
12   talking about, the -- the cofferdam, the Top Hat,
13   and the RITT, I don't -- I don't believe that the
```

```
        14  flow ra -- that those devices are dependent on
        15  the -- on the flow rate.
        16      Q.  (By Mr. Lundy) Are they impacted by the
        17  flow rate?
```

Page 105:20 to 106:07

```
00105:20      A.  I suppose that from a -- an erosional
        21  velocity point of view that they could be
        22  impacted by flow rate.
        23      Q.  (By Mr. Lundy) Was that ever discussed in
        24  any of your meetings?
        25      A.  Erosional flow rates?
00106:01      Q.  Yes.
        02      A.  Not that I -- well, maybe on the -- on
        03  the RITT, after -- after the RITT had been
        04  removed and some -- some inspections were made of
        05  it, there -- there may have been some discussion
        06  about erosion on it.  I don't have a good recall
        07  for that.
```

Page 106:10 to 106:24

```
00106:10      Q.  This has previously been marked as
        11  Exhibit No. 2408 --
        12      A.  Yes, sir.
        13      Q.  -- to Mr. Suttles' deposition.  It was
        14  made an exhibit.
        15          And you see the -- the first page, at the
        16  top, talks about "Flow rate of the oil leak"?
        17      A.  Ah, I see that's the -- what's wri --
        18  what's typed there.
        19      Q.  Right.  And you see "Key talking points"?
        20      A.  I do.
        21      Q.  And then No. 4, it says:  "BP agrees that
        22  it is important to know the amount of oil
        23  released."  And I think you agreed with that
        24  statement, right?
```

Page 107:01 to 107:13

```
00107:01      A.  (Reviewing document.)  Yes, I did.
        02      Q.  (By Mr. Lundy) Okay.  And then turn --
        03  and then you see "Questions" and "Answers," and
        04  then you see, you know, a -- a question written
        05  out and an -- an answer provided.
        06      A.  I do.
        07      Q.  Okay.  Now, turn to the second page,
        08  which is Bates-stamped 1962.
        09      A.  Yes, sir.
        10      Q.  And there's a question that says:  "How
        11  much are you collecting from the Riser Insertion
        12  Tube Tool?"  Did I read that correctly?
```

```
    13      A.  You did.
```

Page 108:02 to 108:05

```
00108:02      Q.  (By Mr. Lundy) Okay.  Do you see where it
     03  says:  "The highest rate so far over a six hour
     04  period was 8,961" barrels a day..."?
     05      A.  I do.
```

Page 108:14 to 108:17

```
00108:14      Q.  (By Mr. Lundy) Okay.  And then it says:
     15  "The highest daily average so far has been" 6100
     16  barrels a day.  Do you see that?
     17      A.  I do.
```

Page 109:17 to 109:19

```
00109:17      Q.  All right.  Do you know if the Riser
     18  Insertion Tube Tool collected oil of -- all of
     19  the oil coming out of the well?
```

Page 109:24 to 110:02

```
00109:24      A.  So, no, I don't believe it collected all
     25  of the -- the oil that was coming out.
00110:01      Q.  (By Mr. Lundy) Okay.  Do you know how
     02  much it collected?
```

Page 110:04 to 110:04

```
00110:04      A.  I do not.
```

Page 110:17 to 110:19

```
00110:17  (Exhibit No. 10263 marked.)
     18      Q.  (By Mr. Lundy) We're going to mark it as
     19  Exhibit 10263.
```

Page 111:01 to 111:06

```
00111:01      Q.  Are you familiar with this document?
     02      A.  I don't recall this -- this document.
     03  When you ask if I'm familiar with it, I'm
     04  familiar with these types of documents.
     05      Q.  The -- and -- and what is this type of
     06  document?
```

Page 111:08 to 111:10

```
00111:08       A.  So it is a -- a document that tends --
      09  that will capture imagined potential hazards
      10  in -- in the execution of a -- of an operation.
```

Page 117:14 to 118:22

```
00117:14       Q.  (By Mr. Lundy)  Okay.  Below it, and let's
      15  look at it in connection with No. 4, if you see
      16  "Hazard Description," "A hydrate forms around the
      17  RITT tool" --
      18       A.  Yes.
      19       Q.  -- "(note likelihood is based on
      20  utilizing RITT 2 or 3 which have larger sealing
      21  area than" the "RITT 1)..."
      22           Did I read that correctly?
      23       A.  That's what it says, yes.
      24       Q.  So that is a hazard identified by BP with
      25  respect to the RITT tool, correct?
00118:01       A.  According to this piece of paper, that's
      02  correct.
      03       Q.  Okay.  Do you know that to be the case?
      04       A.  So I -- I'm -- I don't recall this --
      05  this document.  The -- the -- the phrase that
      06  they've used in this, what you previously read,
      07  I -- I struggle with a little bit, but a hydrate
      08  forming around the RITT tool could potentially be
      09  a hazard.
      10       Q.  Okay.  So you agree with that much?
      11       A.  With what I just said, yes.
      12       Q.  All right.  And then under the "Comments"
      13  section, it says:  "Reputation Hazard."
      14           What is "Reputation Hazard"?
      15       A.  H'm.  Again, I'm -- I'm -- I'm not the --
      16  the person that can define these, but it is a
      17  hazard that would affect or -- affect reputation.
      18       Q.  Okay.  Why was BP considering its
      19  reputation while making decisions regarding the
      20  hazards surrounding a particular type of -- of
      21  device or intervention in connection with the
      22  DEEPWATER HORIZON blowout?
```

Page 118:25 to 119:18

```
00118:25       A.  So with respect to this particular one,
00119:01  I -- I don't know that we're seeing all of the
      02  detail that came with it.
      03           But I can say generally that when -- when
      04  hazards are being evaluated, looked at, we look
      05  at it from a health and safety point of view,
      06  we're looking at it from a financial point of
      07  view, and we also look at it from a reputational
      08  point of view.  And a particular hazard can
      09  affect one, or maybe all of those, and in varying
      10  degrees, as the Group may see it at that point in
```

```
11  time.
12          Again, because I don't know that I'm
13  seeing everything here, I -- it would -- I would
14  say I don't know that reputation hazard is the
15  only -- only impact from -- from that particular
16  hazard.  It could have been health and safety, it
17  could have been financial, as well, and somebody
18  put a comment in that column "Reputation Hazard."
```

Page 119:25 to 120:05

```
00119:25    Q.  (By Mr. Lundy) Okay.  So after the -- the
00120:01  blowout, BP was performing an analysis with
02  respect to different types of intervention
03  methods as to whether there would be hazards
04  involved with the -- the type of intervention,
05  correct?
```

Page 120:08 to 120:10

```
00120:08    A.  So for the -- the -- the devices and
09  scenarios that I was working with, hazard
10  evaluations did take place.
```

Page 122:10 to 123:12

```
00122:10    Q.  And take a moment to look at this
11  document.  That is Bates-stamped
12  BP-HZN-2179MDL05591698 through 91716.
13              MR. LUNDY:  We're going to mark it
14  as Exhibit 10264.
15          (Exhibit No. 10264 marked.)
16      A.  Sorry, you said 9176 or --
17      Q.  (By Mr. Lundy) It's 1698 through 1716.
18      A.  1716.  So that's all of it.
19          (Discussion off the record.)
20      Q.  (By Mr. Lundy) Do you see the top page,
21  which is 1698, starts with an E-mail from Trevor
22  Smith to Chase Breidenthal?
23      A.  Yes.
24      Q.  Did I pronounce that correctly?
25      A.  "Bride-in-thal, yes.
00123:01    Q.  Breidenthal, and to you?
02      A.  Correct.
03      Q.  Right.  And Doug Blalock?
04      A.  That's correct.
05      Q.  And the "Subject" is "M" -- "MWCS Peer
06  Assist Meeting DRAFT Notes."
07          Did I read that correctly?
08      A.  Yes.
09      Q.  And this E-mail is dated Sunday,
10  September 19th, 2010, correct?
11      A.  Correct.
```

```
         12        Q.   What -- what is the "MWCS-BP Review"?
```

Page 123:14 to 123:21

```
00123:14        A.   I'm going to forget the acronym, but
       15    it --
       16        Q.   (By Mr. Lundy) Is it the "Marine Well
       17    Containment System"?
       18        A.   It could be system.  I couldn't remember
       19    the S, but "MWC" is "Marine Well Containment."
       20        Q.   What is the "Marine Well Containment
       21    System"?
```

Page 123:23 to 124:02

```
00123:23        A.   Well, I'm not the -- I don't know that I
       24    can fully describe what it is, but it -- it is a
       25    system that the Marine Well Containment
00124:01    Consortium or company were looking to put
       02    together as a -- a containment response system.
```

Page 128:13 to 128:18

```
00128:13        Q.   (By Mr. Lundy) Okay.  Did you -- if you
       14    look at Page 2 of the exhibit, it's an E-mail to
       15    Mr. Smith from Kristen Dill, with ConocoPhillips,
       16    thanking BP for hosting a -- a meeting.
       17             Were you involved in that meeting that's
       18    referenced here in this exhibit?
```

Page 128:20 to 128:23

```
00128:20        A.   I don't recall it.  And looking at the --
       21    the attendee list on the following page, I
       22    don't -- I don't see my name, so I -- I likely
       23    was not in attendance at this.
```

Page 129:11 to 129:24

```
00129:11        Q.   All right.  You see at the top, it says:
       12    "BP Introduction - Richard Lynch."
       13        A.   Yes.
       14        Q.   Okay.  And then you go down to the box,
       15    and it says "Topic / Observation."
       16             Correct?
       17        A.   Yes.
       18        Q.   All right.  Then you go down to the
       19    bottom box, and it says:  "Designed 10-12 top
       20    hats, installed 1."
       21             Did I read that correctly?
       22        A.   (Reviewing document.)  Yes, correct.
       23        Q.   Okay.  Had your Group designed 10 to 12
```

```
        24  Top Hats for the Macondo Incident?
```

Page 130:01 to 130:04

```
00130:01      A.  Designed -- there were variations which
      02  could imply design changes.
      03      Q.  (By Mr. Lundy) Okay.  Were there 10 or 12
      04  variations to the Top Hat?
```

Page 130:06 to 131:04

```
00130:06      A.  I believe so.
      07      Q.  (By Mr. Lundy) All right.  Then it goes
      08  on to say:  "Limitation on production capacity
      09  was the vessels."
      10          Did I read that correctly?
      11      A.  Correct.
      12      Q.  What is your understanding of what that
      13  means?
      14      A.  So just as I look at the remainder of
      15  that, I believe "vessels" here implies the -- the
      16  surface vessel, the processing equipment
      17  installed on the -- on that vessel or vessels.
      18  That's what the limitation is.
      19      Q.  What do you mean by surface vessels'
      20  "processing equipment"?
      21      A.  So the equipment that's installed on a
      22  ship or a floating vessel that's intended to
      23  process oil and gas will have a throughput
      24  capacity, and it can vary depending on the
      25  composition of the hydrocarbon coming into its
00131:01  inlet that will generally have a, quote,
      02  "production capacity" or "processing capacity."
      03      Q.  Okay.  And how did the vessels limit that
      04  capacity -- that production capacity?
```

Page 131:06 to 131:13

```
00131:06      A.  Okay.  So I -- I don't believe the vessel
      07  itself may or may not limit that.  I may have
      08  misled you earlier.  I -- I didn't mean to imply
      09  that.
      10  The -- the processing equipment
      11  throughput that is onboard these vessels could --
      12  could limit the amount of flow it can take.  I'm
      13  not sure if I'm being clear.
```

Page 131:17 to 132:20

```
00131:17      Q.  Okay.  Are you tell -- is -- is it -- is
      18  the limitation the ability to build these Top
      19  Hats?
      20      A.  The limitation -- okay.  Are we -- are we
```

```
        21  still talking about --
        22       Q.  Yeah, this is --
        23       A.  -- the limitation --
        24       Q.  -- limitation on production.
        25       A.  Production capacity.
00132:01       Q.  Capacity.  Was the vessel.
        02       A.  Yes.
        03       Q.  What --
        04       A.  Vessels.
        05       Q.  -- is the vessel?
        06       A.  The vessels in this, as I read on, I
        07  would -- I would imply that to be, for example,
        08  the ENTERPRISE.
        09       Q.  Okay.
        10       A.  So that's a vessel.  And then the
        11  processing equipment that is onboard the
        12  ENTERPRISE has a certain capacity, throughput
        13  capacity.  And as I read on, "DST kit (16-18,000
        14  barrels Enterprise plus 8 to 9,000 Q4000
        15  Impacted)..."
        16            So they -- they are referring to the --
        17  to the throughput capacities that were onboard
        18  the -- the ENTERPRISE and the Q4000.  And the
        19  ENTERPRISE and the Q4000 are the vessels that I
        20  believe to be referenced in the prior sentence.
```

Page 136:15 to 136:17

```
00136:15       Q.  (By Mr. Lundy) Were you involved in any
        16  discussions where the capping stack weight and
        17  volume were -- were discussed?
```

Page 136:20 to 136:22

```
00136:20       A.  Which capping stack?
        21       Q.  (By Mr. Lundy) Well, the three-ram
        22  capping stack.
```

Page 136:24 to 137:01

```
00136:24       A.  Yes.
        25       Q.  (By Mr. Lundy) And -- and what were the
00137:01  concerns in those discussions?
```

Page 137:03 to 137:14

```
00137:03       A.  There were -- there were discussions
        04  about the weight of the -- of the three-ram
        05  capping stack, and how that weight then would
        06  impact or affect or require the installation of
        07  the stack.
        08            I believe there was also discussion about
        09  understanding the weight of the -- the stack and
```

```
10   what impact effect it may have on the -- the
11   stack up that it was being installed onto.
12      Q.  (By Mr. Lundy) M-h'm.  And what ultimate
13   conclusions were reached with respect to those
14   concerns?
```

Page 137:17 to 138:11

```
00137:17      A.  Ultimately, the -- the -- the capping
     18   stack was installed.  I wasn't in the meetings
     19   where -- where the final decisions were made.  I
     20   wasn't working with the three-ram capping stack,
     21   so I don't know that I can describe the decision
     22   process that was gone through with having that
     23   information and then taking the decision to
     24   install it.
     25      Q.  (By Mr. Lundy) Okay.  If -- if you look
00138:01   at the -- the box on Page 1702 where it talks
     02   about "Capping stack weight and volume," but it
     03   has "(size)" in parentheses, "vs. height can be
     04   difficult to install or decommission (including
     05   hoses)."
     06         And it says: "Structural integrity of
     07   conductor could be limiting."
     08         Is -- is -- are those the same concerns
     09   that you just mentioned to me that were in the
     10   discussions with respect to the three-ram capping
     11   stack that was used in the Macondo Incident?
```

Page 138:14 to 139:05

```
00138:14      A.  They were discussion points.  Could have
     15   been described as "concerns," but for sure they
     16   were discussed.
     17      Q.  (By Mr. Lundy) All right.  And then you
     18   see in the box, the next column, "Item(s) for
     19   Consideration," it says:  "Check to be sure
     20   vessels/rigs can handle stack up.
     21         "Also looking at smaller valves, using
     22   modularity to control size.
     23         "Alternatives to material, diameter,
     24   lightening?"
     25         Do you see that?
00139:01      A.  I do.
     02      Q.  Okay.  Do you know if BP has followed up
     03   on these Items for Consideration and addressed
     04   these concerns with respect to the capping stack
     05   weight and volume?
```

Page 139:08 to 140:08

```
00139:08      A.  No, I don't, other than my understanding
     09   is that BP continued to be a part of MWCC.  I
```

```
     10  think there are also efforts in different places
     11  around the world within BP where looks are -- are
     12  given to what equipment should be available for
     13  certain scenarios.  But the details of that, I'm
     14  unfamiliar with.
     15      Q.  (By Mr. Lundy) Okay.  Look at Page 1704.
     16      A.  (Complying.)  Yes.
     17      Q.  And under the column "Topic/Observation,"
     18  the fifth box, the bottom box begins with:
     19  "Subsea control system."
     20      A.  Yes.
     21      Q.  Okay.  It says:  "Subsea control system -
     22  will this help over all or will it hinder
     23  response time?"
     24          Do you see that?
     25      A.  I do.
00140:01    Q.  Okay.  Then it goes on to say:
     02  "Everything that worked [for BP]" -- that's in
     03  brackets -- "was very simple from a design and
     04  functional standpoint."
     05          Did I read that correctly?
     06      A.  And it had in parenthesis "for BP," yes.
     07      Q.  Yeah.  "Everything that worked
     08  [for BP]" --
```

Page 140:10 to 140:15

```
00140:10    Q.  -- "was very simple from a design and
     11  functional standpoint."
     12          Did I read that correctly?
     13      A.  Correct, yes.
     14      Q.  All right.  Do you agree with that
     15  statement?
```

Page 140:17 to 140:20

```
00140:17    A.  H'm.  (Reviewing document.)  I'm not sure
     18  "simple."
     19      Q.  (By Mr. Lundy) Why don't you agree with
     20  that?
```

Page 140:23 to 141:06

```
00140:23    A.  -- I don't know that I disagree with it.
     24  I'm trying to think "simple."  That can mean
     25  different things to different people.  There are
00141:01 aspects to these devices that, to some, look very
     02  complicated and very detailed.
     03          But I -- I would agree that some of the
     04  aspects or the functionality that we look to
     05  in -- in these -- these devices and tools is to
     06  keep it as simple as possible.
```

Page 145:12 to 145:25

```
00145:12      Q.  (By Mr. Lundy) All right.  Turn to
      13 Tab 11.  Bates-stamped BP-HZN-2179MDL05218329.
      14          (Exhibit No. 10265 marked.)
      15      Q.  (By Mr. Lundy) We're going to mark it as
      16 10265, Exhibit 10265.  Have you seen this
      17 document before?
      18      A.  Give me a moment.
      19      Q.  Okay.
      20      A.  (Reviewing document.)
      21          I don't recall seeing this particular
      22 document before.
      23      Q.  Do you -- do you recall seeing something
      24 similar to it?
      25      A.  I do.
```

Page 146:14 to 146:23

```
00146:14      Q.  Okay.  You've seen some slides that are
      15 similar to what you're looking at here, but not
      16 in this actual form?
      17      A.  Don't know that they were slides, but --
      18 but information that was trying to show a
      19 pre-capability, a current capability, and some
      20 commentary on that.
      21      Q.  Okay.  And why were you shown those --
      22 well, why were you shown that information
      23 regarding pre-capability and post-capability?
```

Page 146:25 to 147:06

```
00146:25      A.  There -- there was a team that -- that
00147:01 formed to come together and try to record
      02 learnings that ultimately was to be shared
      03 with the -- at the time, I believe that was BOEM,
      04 prior MMR --
      05      Q.  (By Mr. Lundy) M-h'm.
      06      A.  -- MMS, excuse me.
```

Page 147:10 to 147:17

```
00147:10      Q.  (By Mr. Lundy) Okay.  Were you involved
      11 with that team?
      12      A.  Yes.
      13      Q.  Were you on that team?
      14      A.  Yes.
      15      Q.  Okay.  So you are, then, somewhat
      16 familiar with the information contained in these
      17 slides?
```

Page 147:19 to 147:22

```
00147:19     A.  Some of it, not -- not all of it.
      20     Q.  (By Mr. Lundy) Okay.  Turn to Page 2,
      21 which is Bates-stamped 8330.
      22     A.  Yes.
```

Page 151:12 to 151:16

```
00151:12     Q.  (By Mr. Lundy) Okay.  Have you been
      13 involved in any discussions regarding the
      14 information contained in this slide as part of
      15 your work with the team looking at "Lessons
      16 Learned" from the incident?
```

Page 151:19 to 151:22

```
00151:19     A.  Some of it, yes; some of it, no.
      20     Q.  (By Mr. Lundy) Okay.  For instance, you
      21 really wouldn't be involved in in situ burning,
      22 correct?
```

Page 151:24 to 152:03

```
00151:24     A.  I was not --
      25     Q.  (By Mr. Lundy) Okay.
00152:01     A.  -- correct.
      02     Q.  But you were involved with subsea
      03 containment, right?
```

Page 152:05 to 152:10

```
00152:05     A.  Yes, I -- yes, I was.
      06     Q.  (By Mr. Lundy) Okay.  So the subsea
      07 containment would be -- information contained in
      08 this slide would have been part of your
      09 discussions with the team that was looking at
      10 "Lessons Learned" from the incident?
```

Page 152:13 to 152:25

```
00152:13     A.  Yes.
      14     Q.  (By Mr. Lundy) Okay.  Do you see under
      15 "Capability," the column "Capability" on this
      16 slide, the first topic is "Subsea containment"?
      17     A.  I do.
      18     Q.  And then the next column says "Pre-DWH,"
      19 and it says "None."  Do you see that?
      20     A.  I do.
      21     Q.  All right.  And then "Post DWH," it says
      22 "BP, MWCC."  Correct?
      23     A.  Yes.  Correct.
      24     Q.  And what is your understanding of what is
      25 meant by "Post DWH," "BP, MWCC"?
```

Page 153:02 to 153:08

00153:02      A.  As as -- again, so the column says
      03  "Capability."  The line item is "Subsea
      04  containment."  "Post DWH," "BP, MWCC," I don't
      05  know what was being communicated on this slide.
      06  I would -- I would take it to mean that post-DWH
      07  that there is subsea containment capability from
      08  both BP and MWCC.

Page 153:14 to 153:18

00153:14      Q.  (By Mr. Lundy) Okay.  And "Pre-DWH," it
      15  says "None."  Correct?
      16      A.  Correct, that's what it says.
      17      Q.  So that there were no subsea capabilities
      18  pre-DWH, correct?

Page 153:21 to 153:21

00153:21      A.  That's what this slide says.

Page 153:25 to 153:25

00153:25  (Exhibit No. 10266 marked.)

Page 155:01 to 155:11

00155:01      Q.  (By Mr. Lundy) Okay.  Now, Tab 14 is an
      02  E-mail from Leith McDonald, correct?
      03      A.  Yes.  Correct.
      04      Q.  Dated Friday, September 10th, right?
      05      A.  Correct.
      06      Q.  To Trevor Smith and to you, right?
      07      A.  Correct.
      08      Q.  The subject is "urgent: BP OSRP Updates
      09  for Source Control/Relief Well."  Did I read that
      10  correctly?
      11      A.  Correct.

Page 155:17 to 155:19

00155:17      Q.  (By Mr. Lundy) Do you recall if this was
      18  part of a process of BP updating its Oil Spill
      19  Response Plan for Source Control/Relief Well?

Page 155:23 to 156:01

00155:23      A.  So what I -- yes.  What I'm going to say
      24  is I don't -- I don't have a recall of this

```
        25  E-mail or this topic.
00156:01      Q.  (By Mr. Lundy) You received it, right?
```

Page 156:03 to 156:08

```
00156:03      A.  This suggests that I received it.  I'm
      04  sure I did.
      05      Q.  (By Mr. Lundy) Okay.  Were you involved
      06  in updating the Oil Spill Response Plan with
      07  respect to the -- to source control and relief
      08  well?
```

Page 156:11 to 156:11

```
00156:11      A.  I don't have a recall of that.
```

Page 161:15 to 162:06

```
00161:15  (Exhibit No. 10267 marked.)
      16          (Discussion off the record.)
      17      Q.  (By Mr. Lundy) Have you had a chance to
      18  look at this document, Mr. Devers?
      19      A.  I've read the -- the first page, and I'm
      20  having a scan of the following pages.
      21          Yes
      22      Q.  Okay.  This is an E-mail from Shana
      23  Timmons on September 13th, 2010 to Mr. Trevor
      24  Smith, to you, and several others, correct?
      25      A.  One other, yes.
00162:01      Q.  All right.  And the "Subject" matter is
      02  "...Subsea Containment Section of Oil Spill
      03  Response Plan," correct?
      04      A.  Yes, correct.
      05      Q.  Okay.  Do you know why you received this
      06  E-mail and the attachment?
```

Page 162:08 to 162:09

```
00162:08      A.  So the E-mail was requesting review and
      09  comments.
```

Page 167:14 to 168:21

```
00167:14      Q.  (By Mr. Lundy) All right.  Look at
      15  Page -- Bates-stamped Page 53470.
      16      A.  Yes, sir.
      17      Q.  Do you see at the top where it has an
      18  illustration showing an example of "subsea
      19  containment system from the Deepwater Horizon
      20  response, including surface vessels, shuttle" --
      21  "shuttle tankers, free standing risers,
      22  manifolds, flexible hose, and the capping stack."
```

```
23        Do you see that?
24        A.  I do.
25        Q.  And do you see below in the paragraph, it
00168:01  says:  "Once the riser and all debris are removed
02  from the BOP stack area, a new BOP, or capping
03  stack, should be installed."
04        Did I read that correctly?
05        A.  You did.
06        Q.  All right.  Then it says:  "The capping
07  stack will allow for closed hydrocarbon
08  collection via off-take points to surface vessels
09  if the well integrity is not proved, or it can be
10  used to shut" in the well.
11        Did I read that correctly?
12        A.  "...to shut the well in."
13        Q.  Yeah, "...to shut the well in."  I
14  apologize.
15        A.  (Nodding.)  Yes, that's correct.
16        Q.  All right.  So it's your understanding
17  that the capping stack can be used either as a
18  means to collect hydrocarbons via off-take points
19  if well integrity is not proved, or it can be
20  used to shut in the well if there is well
21  integrity, correct?
```

Page 168:24 to 169:03

```
00168:24     A.  If the capping stack has been designed
25  with the -- the functionality for off-takes, yes.
00169:01     Q.  (By Mr. Lundy) Okay.  And -- and a
02  capping stack can be designed with the
03  functionality for off-takes, can't it?
```

Page 169:05 to 169:05

```
00169:05     A.  I believe so.
```

Page 170:01 to 170:04

```
00170:01     Q.  (By Mr. Lundy) Do you know if BP is now
02  using capping stacks across -- across the world
03  now in the event that there's another deepwater
04  blowout?
```

Page 170:07 to 170:11

```
00170:07     A.  So I'm aware that in various places, a
08  capping stack, maybe among other things, were
09  being looked at for responding to such events.
10  I -- I haven't kept up to know what actually has
11  been produced and put into place.
```

Page 170:15 to 170:21

```
00170:15     Q.  Okay.  This is a document Bates-stamped
     16  BP-HZN-2179MDL0178301 -- 071 -- I'm sorry,
     17  1783071 through 3093.  And this is an E-mail from
     18  Mark Nichols dated June 17, to Stan Bond, Trevor
     19  Smith, yourself, and James Wellings, correct?
     20     A.  Correct.
     21     Q.  And this --
```

Page 170:23 to 171:06

```
00170:23     Q.  (By Mr. Lundy) And it is going to be
     24  marked as -- well, let me ask you this, and then
     25  I'll mark it.
00171:01        The "Subject" is "Capping Options,"
     02  correct?
     03     A.  That is correct.
     04     Q.  All right.
     05        MR. LUNDY:  And we're going to mark
     06  this document as Exhibit 10268.
```

Page 173:11 to 173:12

```
00173:11     Q.  (By Mr. Lundy) What are the "flange
     12  spool" and "latch cap"?
```

Page 173:14 to 173:23

```
00173:14     A.  I'm -- so I'm having to try to get back
     15  to that point in time.  Some of these devices and
     16  tools that we used, the names evolved over time.
     17        The "flange spool" may also be referenced
     18  as the "transition spool," but it was the device,
     19  that once the riser above the flex joint had been
     20  removed, it was then -- would be in place to
     21  provide a foundation from which another device
     22  could be installed, such as a capping stack.
     23     Q.  Okay.  What about a latch cap?
```

Page 174:02 to 174:17

```
00174:02     A.  So a latch cap would be another device
     03  that would enable -- it -- it wou -- it -- it
     04  would, yeah, replace -- it -- it's another way to
     05  perform the same function that the flange spool
     06  would do.  It was a way to connect the top of the
     07  HORIZON BOP, whatever that profile may look
     08  like -- attach a device there that would then
     09  enable a -- a capping stack to be -- to be set on
     10  top of it.
     11     Q.  (By Mr. Lundy) Okay.  So your
     12  recollection is you were looking at this from --
```

```
13   this -- this E-mail and attachment, from the
14   standpoint of creating a foundation for -- on
15   the -- the riser or the -- or a BOP, so that
16   another device could be attached to it, such as a
17   capping stack or another BOP.  Is that correct?
```

Page 174:20 to 174:20

```
00174:20    A.  Yes, I think that's -- I recall that.
```

Page 176:15 to 176:17

```
00176:15    Q.  (By Mr. Lundy) Okay.  Did the technology
16   exist to design this flange -- is that what it's
17   called -- before April 20th, 2010?
```

Page 176:20 to 176:23

```
00176:20    A.  The flange spool?
21         Q.  (By Mr. Lundy) The "fan" -- flange spool.
22   Did the technology exist to design and develop a
23   flange spool prior to April 20th, 2010?
```

Page 177:01 to 177:04

```
00177:01    A.  Yes, I think so.
02         Q.  (By Mr. Lundy) Okay.  What about the
03   latch cap, did the technology exist to design and
04   build a latch cap prior to April 20th, 2010?
```

Page 177:07 to 177:10

```
00177:07    A.  So the latch cap is very unique, but I
08   would say yes the --
09         Q.  (By Mr. Lundy) Okay.
10         A.  -- the technology existed.
```

Page 185:09 to 185:17

```
00185:09    Q.  (By Mr. Lundy) Okay.  If, in fact, BP
10   learned during the Macondo Well Incident that
11   ROVs couldn't be used to activate a BOP during a
12   flowing well situation, it would be a good thing
13   for BP to act upon that and to determine what it
14   could do in the event of another blowout, to
15   either correct that problem or use some other
16   mechanism to try to -- to contain the well or
17   kill the well.  Do you agree with that?
```

Page 185:20 to 185:23

```
00185:20      A.  I think I do.
     21      Q.  (By Mr. Lundy) Okay.  It would be the
     22  responsible thing for BP to act upon that
     23  knowledge, correct?
```

Page 186:01 to 186:10

```
00186:01      A.  I think it's the -- it's the right thing
     02  to do to share that information.
     03      Q.  (By Mr. Lundy) Okay.
     04      A.  I don't know that I can speak to -- to
     05  the "responsible" bit, but I think it would be
     06  good practice to -- to share that type of
     07  knowledge that may or may not have been learned.
     08      Q.  Okay.  Have you heard the expression that
     09  "The BOP is the last line of defense in a blowout
     10  situation"?
```

Page 186:14 to 186:14

```
00186:14      A.  I may have heard that in -- in passing.
```

Page 186:24 to 187:04

```
00186:24      Q.  (By Mr. Lundy) Well, if -- if you -- if
     25  BP learns that any of its lines of defense can
00187:01  fail, isn't it the right thing to do to act upon
     02  that knowledge and try to -- to figure out how to
     03  correct that problem or come up with an
     04  alternative?
```

Page 187:07 to 187:07

```
00187:07      A.  I think I can agree with that.
```

Page 200:24 to 201:04

```
00200:24      Q.  (By Mr. Lundy) This has previously been
     25  marked as Exhibit 4423.  It's an E-mail from
00201:01  Michael Byrd.  Do you know Mr. Byrd?
     02      A.  I know of Michael Byrd, yes.
     03      Q.  And -- and what do you know about
     04  Mr. Byrd?
```

Page 201:07 to 201:21

```
00201:07      A.  I believe he works with subsea equipment.
     08      Q.  (By Mr. Lundy) Okay.  Did you work with
     09  him in connection with the Macondo Well incident?
     10      A.  Not that I recall.
     11      Q.  All right.  Do -- all right.  This is
     12  a -- an E-mail dated November 14th, 2001.  Do you
```

```
13  see that?
14       A.  I do see that.
15       Q.  It's to Curtis Jackson and Don Weisinger.
16  Do you know Mr. Jackson?
17       A.  Again, I -- I know of him.
18       Q.  And who is he?
19       A.  He -- I don't know exactly, but he works
20  with -- or did with H -- health -- health and
21  safety matters.
```

Page 201:25 to 202:03

```
00201:25      Q.  And the subject is P-R-E-P Exercise,
00202:01  "PREP Exercise."  Did I read that correctly?
02       A.  That's what it says, yes.
03       Q.  Do you know what a PREP exercise is?
```

Page 202:05 to 202:09

```
00202:05      A.  In this case, it's all capitalized; so I
06  don't know -- I -- I don't know what the acronym
07  is.  So I may not know what "PREP Exercise" is.
08  If it -- if it stands for something, I -- I don't
09  know.
```

Page 202:15 to 202:23

```
00202:15      Q.  (By Mr. Lundy) All right.  All right.
16  And Mr. Byrd says to Don and Curtis -- he's
17  copied others -- "I wanted to follow-up and see
18  if there are any lessons my team can take away
19  from today."  Correct?
20       A.  Correct.
21       Q.  So, again, it looks like employees of BP
22  are talking about "Lessons Learned," correct?
23       A.  Correct.
```

Page 203:11 to 203:17

```
00203:11      Q.  (By Mr. Lundy) You're right.  Let me
12  correct that.  It says:  "For Crazy Horse, I am
13  probably the one who" could get -- "get the call
14  on a BOP situation like this one.  This morning I
15  worked this with Vern Buzarde, who is a member of
16  my team."  Thanks for correcting that for me.
17           Who is Vern Buzarde?
```

Page 203:19 to 204:08

```
00203:19      A.  I -- I remember the name.  I don't recall
20  what role he played.  Sorry.
21       Q.  (By Mr. Lundy) Okay.  It says
```

```
        22   "Situation."  The "Horizon has driven off."  The
        23   "Well is flowing at 100,000 - 300,000" barrels a
        24   day.  The "BOP is opened - no rams closed.  Do
        25   not know if Dead-Man has actuated or not."  The
00204:01   "ROV flow rate for override is 0.12 GPM."
        02         Did I read all that correctly?
        03      A.  I believe you did.
        04      Q.  All right.  And the "Question" is "Can we
        05   close the shear rams with ROV over-ride without
        06   further damage to the BOP at 100, 200, & 300"
        07   barrel per -- 300,000 barrel per day "flow rate."
        08         Did I read that correctly?
```

## Page 204:12 to 205:25

```
00204:12      A.  So, actually, it says "300BPD," so I
        13   don't know where the thousand came from.
        14      Q.  (By Mr. Lundy)  Okay.  It says -- well,
        15   I'm looking at above, where it says "Well is
        16   flowing at 100,000 - 300,000" barrels per day.
        17      A.  I see that, yes.
        18      Q.  Okay.  That's why I added the thousands
        19   to it.
        20      A.  Right, but I don't actually --
        21      Q.  Okay.
        22      A.  -- see it there.
        23      Q.  All right.
        24      A.  Just being a --
        25      Q.  So it --
00205:01      A.  -- little precise.
        02      Q.  Okay.  That's fine.
        03         So it says "...BOP at 100, 200, & 300"
        04   barrel per day "flow rate."
        05      A.  "BPD flow rate," yeah.
        06      Q.  B -- "BPD," barrels per day; is that
        07   right?
        08      A.  I believe that's what that would stand
        09   for --
        10      Q.  Okay.
        11      A.  -- correct.
        12      Q.  And so the "Answer" is "No.  Closing the
        13   shear rams at any of the above flow rates will
        14   probably cause them to wash out."
        15         Did I read that correctly?
        16      A.  That's what it says.  I believe you.
        17   Yes.  Yes.
        18      Q.  Okay.  And it says:  "One has to assume
        19   given" the "rate, there is a lot of sand being
        20   transported as well which only accelerates the
        21   erosion process."
        22         Did I read that correctly?
        23      A.  I believe you did.
        24      Q.  Okay.  Are you familiar with the concept
        25   of erosion or --
```

Page 206:02 to 206:02

00206:02     Q.  (By Mr. Lundy) -- a washout?


Page 206:11 to 206:17

00206:11     A.  Okay.  So for me erosion is the wearing
      12  away of material.
      13     Q.  (By Mr. Lundy) Okay.  Are you familiar
      14  with it in connection with the -- the BOP and in
      15  context of what the discussion here is in this
      16  E-mail?
      17     A.  I am not.


Page 206:20 to 206:25

00206:20     Q.  (By Mr. Lundy) Okay.
      21     A.  I am not.
      22     Q.  Okay.  Had anyone ever told you that
      23  there had been a discussion ten years earlier of
      24  what -- of whether or not ROV could close a BOP
      25  in a blowout situation where the well is flowing?


Page 207:05 to 207:11

00207:05     A.  Not that I ever recall.
      06     Q.  (By Mr. Lundy) Okay.  And then if you
      07  turn to the next page, Bates stamp 6207.
      08     A.  Yes.
      09     Q.  And Mr. Byrd, who was the Wells Subsea
      10  Team Leader of the CRAZY HORSE Project, right, at
      11  this time?


Page 207:14 to 207:22

00207:14     A.  I believe it was at that time, yes.
      15     Q.  (By Mr. Lundy) Okay.  He says:  "I would
      16  appreciate any feedback from you guys on how we
      17  handled the situation and how we might position
      18  ourselves in the future to handle a problem like
      19  this."  Correct?
      20     A.  Yes, that's what it says.
      21     Q.  All right.  Do you know if this situation
      22  was ever addressed prior to April 20th, 2010?


Page 207:25 to 208:06

00207:25     A.  I do not know.
00208:01     Q.  (By Mr. Lundy) Okay.  It would have been
      02  a good thing to follow up on Mr. Byrd's E-mail
      03  and to provide feedback as to how that situation

```
04  might be handled and -- and BP position itself in
05  the future to handle a problem like this,
06  correct?
```

Page 208:09 to 208:12

```
00208:09    A.  I -- I agree, and I guess I don't know
     10  that it didn't happen.
     11    Q.  (By Mr. Lundy) Okay.  But if it didn't,
     12  it should have.  You agree with me, right?
```

Page 208:15 to 208:16

```
00208:15    A.  Based on this scenario in this E-mail,
     16  yes, I -- I agree with that.
```

Page 209:13 to 209:16

```
00209:13    Q.  (By Mr. Lundy) Were you and your teams
     14  under a lot of pressure to conceive, design, and
     15  implement potential solutions to the flowing
     16  well?
```

Page 209:19 to 210:07

```
00209:19    A.  Yes, I think both self and from -- from
     20  others.  I think everybody had a sense that they
     21  wanted to do all they could to -- to stop the
     22  flow, to capture the oil, do whatever to help the
     23  situation --
     24    Q.  (By Mr. Lundy) M-h'm.
     25    A.  -- yes.
00210:01    Q.  Planning under the circumstances where
     02  this well was flowing however many barrels of oil
     03  a day, thousands barrel of oil a day, were not
     04  the most optimal circumstances to do that type of
     05  planning, design, and building of devices that
     06  could contain or kill the well.  Wouldn't you
     07  agree?
```

Page 210:10 to 210:14

```
00210:10    A.  So I would agree it was not optimum, yes.
     11    Q.  (By Mr. Lundy) And it's optimum, or
     12  optimal, if you can plan in advance of something
     13  happening and be prepared for it.  Would you
     14  agree with that?
```

Page 210:17 to 210:17

```
00210:17    A.  Generally speaking, yes.
```

Page 212:09 to 215:03

00212:09      Q.  (By Ms. Shutler) What I'd like to do is
      10  give you the first exhibit, which has been
      11  previously marked as 9825.  (Tendering.)  And
      12  I'll give you a moment to take a look at that
      13  exhibit.
      14      A.  (Reviewing document.)
      15      Q.  These are --
      16      A.  Yes, ma'am.
      17      Q.  This exhibit is entitled "Meeting Notes."
      18  It's dated July 4th, 2010.  The "Subject" is "BOP
      19  Connection Interfaces and Communication."
      20          Have you seen this exhibit before?
      21      A.  I -- I don't recall it as a set of
      22  Meeting Minutes or Meeting Notes.  There are
      23  other elements of it, though, that I have some
      24  recall of.
      25      Q.  Okay.  Let me ask you a few questions
00213:01  about this document.  Primarily, I want to
      02  confirm the names of the individuals on the
      03  left-hand side of the -- of the chart and what
      04  their titles are.
      05          The first individual in this chart is
      06  Stan Bond.  He is the Project Manager, B -- "BOP
      07  Connection Team."
      08          Is that your understanding, sir?
      09      A.  I believe that's what the Team was
      10  referred to as.
      11      Q.  Okay.  And Trevor Smith, the second
      12  individual, was the Delivery Manager of the
      13  "Flange Spool, 3 Ram Stack."
      14          Is that correct?
      15      A.  I believe it was.
      16      Q.  And you, sir, were listed as the Delivery
      17  Manager of the "Single Valve Manifold, Latch
      18  Cap"?
      19      A.  That's cor --
      20      Q.  Is that also correct?
      21      A.  Yes, ma'am, that's correct.
      22      Q.  Les Owens was the "BOP Connection Team,
      23  Single Valve Manifold Fabrication" person?
      24      A.  Yes, ma'am.
      25      Q.  Okay.  And David Petruska was the "BOP
00214:01  Connection Team, Riser Stack Assessment
      02  (Global)"?
      03      A.  I think that's a fair characterization.
      04  I don't know if that was his title, but he was
      05  involved with various assessments, yes.
      06      Q.  Okay.  And then Julian Austin is the "BOP
      07  Connection Team, Design Assurance"?
      08      A.  He had a role with the design assurance,
      09  yes.
      10      Q.  I'm not sure I'm going to pronounce this
      11  right -- Pierre "Bay-net"?

```
      12      A.   "Ben-nay."
      13      Q.   Beynet, "Technical Quality Assurance"?
      14      A.   Yes.
      15      Q.   Okay.  And all of the people I just
      16 identified worked for BP, correct?
      17      A.   Yes, correct.
      18      Q.   Okay.  There are a couple of other names.
      19 I'd like to see who they actually are.  Mike
      20 Cargol, he's identified as the "BOP Connection
      21 Team, Single Valve Manifold."  The "Organization"
      22 is "WWCI."  Is that Wild Well?
      23      A.   Yes, it is.
      24      Q.   Okay.  And then Alex Strachan is the "BOP
      25 Connection Team, Tie in Orientation & Load"
00215:01 Coordinator.  The organization's listed as "JPK."
      02           Do you know what organization that is?
      03      A.   J P Kenny.  It's an engineering company.
```

Page 216:06 to 216:08

```
00216:06 MS. SHUTLER:  We're going to mark
      07 this as 10270.
      08           (Exhibit No. 10270 marked.)
```

Page 216:12 to 216:22

```
00216:12 This is an E-mail from Tom Mataway to
      13 you, dated June 8, 2010.  And do you recognize
      14 this E-mail?
      15      A.   Give me just a moment.  (Reviewing
      16 document.)
      17      Q.   You bet.
      18      A.   I don't remember it specifically, but
      19 I -- I can recall the content now.
      20      Q.   Okay.  And you don't deny having received
      21 this E-mail, do you?
      22      A.   No, I don't deny that.
```

Page 218:02 to 218:02

```
00218:02 (Exhibit No. 10271 marked.)
```

Page 218:04 to 218:09

```
00218:04      Q.   (By Ms. Shutler) All right.  And this is
      05 an E-mail from you to Stan Bond, and it's dated
      06 June 10th, it's entitled:  "Rev" -- which I'm
      07 assume means revised -- "O-LMRP Latch
      08 Stack-9June2010..."
      09           Do you recognize this E-mail?
```

Page 218:17 to 218:21

00218:17      A.  (Reviewing document.)  I -- I have a
      18  vague recall of this, yes.
      19      Q.  Okay.  But you -- you don't deny you sent
      20  the E-mail, though?
      21      A.  Correct.


Page 220:14 to 220:20

00220:14      Q.  (By Ms. Shutler) Sir, this is an E-mail
      15  from David Sinsabaugh, dated Wednesday, June 9th,
      16  2010, and the E-mail is sent to Trevor Smith, and
      17  a number of other individuals, including
      18  yourself.  And the "Subject" is the "BOP
      19  Connections Team - Flexjoint Schedules 6-09"
      20  2010.


Page 221:06 to 222:03

00221:06  (Exhibit No. 10272 marked.)
      07      Q.  (By Ms. Shutler) Do you want me to read
      08  it to you?  Yeah, it was -- we just marked it as
      09  10272.
      10      A.  So, again, I don't recall specifically
      11  receiving this E-mail.  I -- I also have
      12  a hard -- I don't have a recall of David
      13  Sinsabaugh.  I do recall seeing schedules that
      14  looked something like this here.
      15      Q.  All right.  And the schedule that you're
      16  looking at is actually an attachment to this, and
      17  it's entitled the "BOP Containment Project
      18  Schedules..." for 6-09-2010; is that correct?
      19      A.  That's the title of that attachment, yes.
      20      Q.  Yes.  And if you look at the bottom of
      21  that attachment, the very last bottom box, it
      22  says:  "Macondo MC 252 Incident - Engineering
      23  Subsea Schedule" 09-June-2010.
      24      A.  Correct.
      25      Q.  Okay.  So my question is:  It -- you are
00222:01  a Member of the -- in receiving this E-mail,
      02  you're a Member of the BOP Connections Team; is
      03  that correct?


Page 222:05 to 222:13

00222:05      A.  So, a -- again, sometimes people took
      06  liberties with how name -- how Teams were called,
      07  but that's a fair characterization, yes.
      08      Q.  (By Ms. Shutler) Okay.  And the Team's
      09  purpose, as I understand it, was to create some
      10  means to connect a capping mechanism with or
      11  around the flex joint on top of the Lower Marine
      12  Riser Package of the DEEPWATER HORIZON BOP; is
      13  that correct?

Page 222:15 to 222:20

00222:15      A.  Capping and/or collection device.
      16      Q.  (By Ms. Shutler)  Okay.  "Capping and/or
      17  collection."  So you would agree with that
      18  characterization provided I include the
      19  "collection" component?
      20      A.  Yes.

Page 223:10 to 223:19

00223:10      Q.  -- "Attached find the BOP Connection
      11  Project schedule updated as of this afternoon
      12  with input from our team including current
      13  progress in the fab shops.  Our scope is
      14  currently carrying the four subprojects, Flex
      15  Joint Flange Connection, Flex Joint Overshot,
      16  Latch Cap and the finalization of the 3 Ram BOP
      17  that will be stacked with either the Flanged
      18  Connection or" the "Flex Joint Overshot."
      19          Is that a fair characterization?

Page 223:21 to 223:21

00223:21      A.  I believe it is.

Page 224:01 to 224:03

00224:01  BP was pursuing multiple mechanisms to
      02  connect some kind of capping or containment
      03  device to the DEEPWATER HORIZON BOP?

Page 224:05 to 225:03

00224:05      A.  Capping or --
      06      Q.  (By Ms. Shutler) Cap --
      07      A.  -- collection.
      08      Q.  (By Ms. Shutler) Yeah, capping or
      09  collection.
      10          And your role on the BOP Connections Team
      11  was as delivery of the -- Delivery Manager of the
      12  valve manifold and latch cap, correct?
      13      A.  Correct.  They were actually two
      14  different devices.
      15      Q.  Okay.
      16      A.  And so what's missing from this paragraph
      17  is a mention of the single-valve manifold, that
      18  as of June 9th, I'm not really sure where that
      19  was at --
      20      Q.  So that --
      21      A.  -- in the thought process.

```
    22      Q.  -- may have been something that came
    23 about a little bit later in the timeline?
    24      A.  It -- it may have.  I would have to go
    25 back to my notes, if I can discover that, and --
00225:01 and see.
    02      Q.  Is -- is that at all related to the
    03 swing-valve manifold?
```

Page 225:05 to 225:11

```
00225:05      A.  Yes.
    06      Q.  (By Ms. Shutler) Are -- is -- I have seen
    07 references to the swing-valve manifold in May,
    08 and then I don't see them again.  And instead, in
    09 June, I see the single-valve manifold.  So my
    10 question was:  Did the swing-valve manifold morph
    11 into the single-valve manifold?
```

Page 225:13 to 225:14

```
00225:13      A.  I would ca -- yes, that's how I would
    14 describe that.
```

Page 225:16 to 227:02

```
00225:16 All right.  So have you -- do you recall
    17 receiving an E-mail from somebody like David
    18 Sinsabaugh with a -- a BOP -- excuse me, a
    19 BOP Connections Gantt Chart on a daily basis?
    20      A.  I believe it may have been daily.
    21      Q.  Okay.  And these were intended to provide
    22 a daily updated forecast of where each of these
    23 connections and -- and capping or containment
    24 options were in the developmental phase; is that
    25 correct?
00226:01      A.  Yes.  And -- and a forward look of things
    02 that changed how -- how it looks as of that
    03 moment in --
    04      Q.  Okay.
    05      A.  -- time, yes.
    06      Q.  And so each day, there would be an
    07 update, and then the update would be captured in
    08 the Gantt Chart, and then the Gantt Chart would
    09 be distributed with a -- cover memos, such as the
    10 one that we see here?
    11      A.  Yes, I believe that's correct.  And,
    12 actually, it may have been updated more
    13 frequently than every 24 hours on occasion.
    14      Q.  Okay.
    15      A.  I -- I seem to recall it was updated
    16 twice a day, but I don't -- it may have only been
    17 issued once, once per 24-hour period.
    18      Q.  All right.  And so this was part of your
```

```
     19   typical business practice.  This was something
     20   that you all did in order to be able to properly
     21   manage your -- your projects.
     22              MR. BENTSEN:  Objection, form.
     23       Q.  (By Ms. Shutler) Correct?
     24       A.  So -- so you're asking during the
     25   incident or in -- in -- just in general?
00227:01       Q.  During to the incident.
     02       A.  Yes.  During the incident, yes.
```

Page 227:18 to 227:22

```
00227:18       Q.  All right.  And did these planning
     19   documents go to any other individuals?  Would --
     20   would they be used for planning purposes, let's
     21   say, for -- to -- you know, for Mr. Lynch or
     22   Mr. Thierens?
```

Page 227:24 to 228:14

```
00227:24       Q.  (By Ms. Shutler) If you recollect?
     25       A.  I don't recall who the distribution was
00228:01   sent to.  I feel pretty comfortable in saying
     02   that I believe Mr. Lynch received those.
     03       Q.  Okay.  And if you just look at the
     04   Distribution List.  In the "To" column for this
     05   particular E-mail, are the individuals listed
     06   either employees of BP or contractors to BP?
     07       A.  So give me just a moment, please.
     08       Q.  That's fine.
     09       A.  Trevor Smith --
     10          (Reviewing document.)
     11          (Discussion off the record.)
     12       A.  I can't say for certainty, but I believe
     13   all of them were BP employees at that point in
     14   time.
```

Page 229:06 to 230:24

```
00229:06   (Exhibit No. 10273 marked.)
     07       Q.  (By Ms. Shutler) And here we see another
     08   E-mail from Dave Sinsabaugh.  This one is sent on
     09   June 12th.  Again, the -- the "To" list seems to
     10   be the same, sent to Trevor Smith, as well as
     11   yourself.  And the -- the subject matter is the
     12   "BOP Connections Team - Flexjoint Schedules
     13   6-12-2010..." and there's an attachment, which is
     14   a Gantt Chart, which is the BOP Project Schedule
     15   for 6/12 -- 6/12/2010.
     16          Do you see that?
     17       A.  (Reviewing document.)
     18          Yes, ma'am.
     19       Q.  So this is another one of the dailies
```

```
        20   that would have been received by you from
        21   Mr. Sinsabaugh, which has the updated projections
        22   of where the proj -- the various projects dealing
        23   with connections and with either capping or
        24   containment would be found?
        25        A.  Yes, ma'am.
00230:01        Q.  And I want to read the last paragraph
        02   "The latch" -- on the first page, which is the
        03   summary sheet:  "The Latch Cap schedule received
        04   some revision today with input from the team.  We
        05   are tracking the 3 major components of the
        06   assembly.  They are the Latch Cap Manifold,
        07   Latching Assembly and Sealing Assembly.  The
        08   critical paths run through the procurement,
        09   fabrication and FAT of the Latch Cap Manifold,
        10   followed by the assembly and SIT of the Latch Cap
        11   System.  We now forecast a Ready for Offshore
        12   date of 9" July 2010.
        13        First of all, can you tell me what "FAT"
        14   stands for?
        15        A.  An acronym for Factory Acceptance Test.
        16        Q.  Okay.  Thank you.
        17        And "SIT" is Systems Integration Test?
        18        A.  Typically.
        19        Q.  Okay.  All right.  And so am I correct in
        20   understanding that as of June 12th, you all are
        21   projecting or -- or trying to get the latch cap
        22   manifold, you know, and the latch cap system
        23   offshore; in other words, you're hoping to have
        24   it deployed as of July 9th, 2010?
```

Page 231:01 to 231:14

```
00231:01        A.  So that's what this paragraph is saying.
        02   There's a couple of things that may be confusing
        03   to the reader.  I would have to study these
        04   schedules, because it talks about a latch cap
        05   manifold.
        06        Q.  (By Ms. Shutler) And it's a latch cap
        07   and a single --
        08        A.  And -- and a -- and another device, which
        09   could be the single-valve manifold.  Maybe it
        10   could even be the three-ram stack.
        11        Q.  Okay.  But, again, this is just a
        12   document that's updated daily, where you try and
        13   project as best you can what -- you know, the
        14   schedule of the deliverables would be?
```

Page 231:16 to 231:16

```
00231:16        A.  Yes.  That's correct.
```

Page 231:19 to 231:24

```
00231:19  (Exhibit No. 10274 marked.)
      20      Q.  (By Ms. Shutler) Okay.  (Tendering.)
      21          This is an E-mail from Trevor Smith, sent
      22  on Sunday, June 13th, and it goes to a number of
      23  people, including -- I thought I saw you --
      24  including yourself.
```

Page 232:01 to 232:02

```
00232:01      Q.  And, I'm sorry, we marked that as one
      02  two -- 10274.
```

Page 232:06 to 233:06

```
00232:06      Q.  (By Ms. Shutler) And you were cc'd on
      07  this E-mail?
      08      A.  Yes, ma'am.
      09      Q.  Okay.  And the "Subject" is the "Flex
      10  Joint Overshot activity is being stopped."
      11          Do you recall receiving this E-mail?
      12      A.  Give me a moment to read it.
      13      Q.  Sure.
      14      A.  (Reviewing document.)
      15          (Discussion off the record.)
      16      A.  Well, I don't know if I recall spec --
      17  receiving this specific E-mail, but I can recall
      18  the -- the topics being discussed.
      19      Q.  (By Ms. Shutler) Okay.  And, again,
      20  you -- you wouldn't deny having received this
      21  E-mail?
      22      A.  Correct --
      23      Q.  All right.
      24      A.  -- I would not.
      25      Q.  So it's -- the first paragraph says:  "We
00233:01  reviewed the three BOP...options (Flange,
      02  Overshot and Latch Cap) in a meeting with senior
      03  management today."
      04          Who would have been the Senior Management
      05  that these three connection options would have
      06  been reviewed with?
```

Page 233:08 to 233:10

```
00233:08      A.  So I -- I can't be for certain, but I
      09  suspect it would have been with Richard Lynch,
      10  David Clarkson, possibly -- possibly Andy Inglis.
```

Page 233:18 to 233:23

```
00233:18      Q.  It says:  "The direction from the meeting
      19  was to focus on the Flange and Latch Cap options
      20  and" -- in paren [sic] -- "'de-risk'" -- end
```

```
21  paren -- "them to the maximum possible."
22          Wha -- what did -- what was meant by
23  derisking the flange and the latch cap options?
```

Page 233:25 to 234:05

```
00233:25    A.  So, again, it's hard to recall all, but
00234:01  at the time of this meeting, I -- I believe each
02  of these options were presented and discussed,
03  pros/cons.  And the -- the derisk here would be
04  on those cons what can we do to minimize the
05  amount of con.
```

Page 234:08 to 235:05

```
00234:08    Q.  No, I under -- I think that makes some
09  sense.  And then the last paragraph be -- sort of
10  the paragraph it says:  "The direction was also
11  to stop activity on the Flex Joint Overshot.  We
12  discussed the" flex joint -- excuse me, "the FJO
13  installation risks which have still to be
14  addressed and it was decided to focus our efforts
15  on the two other options which have higher
16  pressure capability and less installation risk."
17          Did I read that correctly?
18    A.  I believe you did.
19    Q.  And did you -- is that what you
20  understood to be the reason for stopping the
21  activity on the Flex Joint Overshot?
22    A.  I -- I recall those issues being
23  significant with the Flex Joint Overshot.  I'm
24  having a hard time recalling if -- if those are
25  the two things that specifically caused this to
00235:01  stop or even if -- even if that meeting that's --
02  that decision was made.  But -- but I recall that
03  the Flex Joint Overshot was challenged from a
04  pressure capability and an installation point of
05  view.
```

Page 235:17 to 236:08

```
00235:17  (Exhibit No. 10275 marked.)
18    Q.  (By Ms. Shutler) And this is a PowerPoint
19  Presentation dated 6/13/2010.  It's entitled:
20  "Improved Seal Options for" the "MC 252."  Do you
21  recall receiving this PowerPoint?
22    A.  Can I have a moment?
23    Q.  Sure.
24    A.  (Reviewing document.)  I don't know that
25  I recall, quote, "receiving" it, but I do recall
00236:01  seeing it.
02    Q.  Okay.  So you have -- you -- you recall
03  seeing it.  So if you turn to the first page,
```

```
04   there is a -- a graphic with bullets, and it's
05   entitled:  "Latch Cap with Production Manifold."
06         And I wanted to ask you:  Is this the
07   Project that -- or the two Projects that you were
08   Delivery Management -- Manager for?
```

Page 236:10 to 237:07

```
00236:10      A.  So just a couple of things before I give
11   you a direct answer on that.
12      Q.  (By Ms. Shutler) Okay.
13      A.  Again, we're -- now we've got something
14   here called, I quote, "Production Manifold."  So
15   as -- as time went on, these things took on
16   different names, and in some cases, how they were
17   looking started to change, as well.
18         So, for example, the picture that's in
19   this particular PowerPoint does not represent
20   what the single-valve manifold looks like.  So
21   this was a -- a -- another concept that actually
22   made some progress, but did not -- did not finish
23   being built.  And I don't know that we called it,
24   "Production Manifold," I don't have a recall of
25   that.
00237:01         So -- yeah, I think you could say that I
02   was the Delivery Manager for that.
03      Q.  Okay.  And -- I -- and this -- this
04   manifold here would have allowed you to -- to be
05   able to not only contain -- it would be -- allow
06   you to produce the well, if necessary, can -- to
07   collect oil from the well --
```

Page 237:09 to 237:09

```
00237:09      Q.  (By Ms. Shutler) -- is that correct?
```

Page 237:11 to 237:16

```
00237:11      Q.  (By Ms. Shutler) I just want to make sure
12   I understand what these parts do.
13      A.  That was the functionality that we were
14   trying to design into this device.  Yes, to allow
15   it to close and/or allow for collection to
16   vessels.
```

Page 239:01 to 239:02

```
00239:01      Q.  (By Ms. Shutler) And Tab 8 has been
02   marked previously 9804.
```

Page 239:23 to 240:02

```
00239:23     Q.  9804 is the exhibit number.  And this is
      24 an E-mail from Trevor Smith to Mark Nichols,
      25 several other individuals from BP, as well as
00240:01 yourself; is that correct?
      02     A.  Yes, ma'am.
```

Page 241:20 to 241:23

```
00241:20     Q.  (By Ms. Shutler) In other words, was a
      21 Technical Assurance document a typical document
      22 BP would have developed for design -- for -- for
      23 projects that would be implemented?
```

Page 241:25 to 242:04

```
00241:25     A.  It would not be unusual to have such
00242:01 documents.
      02     Q.  (By Ms. Shutler) And what's the purpose
      03 of a Technical Assurance document?
      04     A.  In --
```

Page 242:06 to 242:10

```
00242:06     A.  In this context, I would say it is the
      07 recording of the investigations and studies done
      08 so that it could then be communicated to others
      09 to see what had been done, and for reference
      10 later.
```

Page 246:20 to 246:20

```
00246:20  (Exhibit No. 10277 marked.)
```

Page 246:23 to 247:08

```
00246:23 This is an E-mail from you to Monte
      24 Conner, dated June 19th, 2010.  "Subject" is the
      25 "Mud Boost Line Plugging - Procedure."
00247:01       Do you remember this E-mail?
      02     A.  Again, I don't know that I remember this
      03 E-mail specifically, but I remember the topic.
      04     Q.  Okay.  And who is Monte Conner?
      05     A.  Monte Conner is an Engineer for BP.
      06     Q.  And the attachment is
      07 "2200-T2-DO-PR-XXXX-Riser Adaptor Preparation for
      08 Latch Cap Procedure - Revised B.doc."
```

Page 247:20 to 249:03

```
00247:20     Q.  Okay.  The "document describes the
      21 procedure to prepare the Riser Adaptor for the
      22 Latch Cap containment device.  This procedure
```

```
        23   will detail activities to cut down the Choke and
        24   Kill lines on the top of the flange, as well as
        25   trim the sheared riser pipe."
00248:01         What -- what was the purpose of this
        02   procedure, if you could put it in layman's terms?
        03        A.  So I need a moment to make sure the
        04   procedure that we have here.  (Reviewing
        05   document.)
        06         In layman's terms.  Okay.  So at the top
        07   of the HORIZON BOP, there was a so-called flex
        08   joint, and on top of this flex joint was a set of
        09   flanges.  Above the flanges is then the HORIZON
        10   riser that had been sheared or cut and left, if
        11   you will, a jagged profile.
        12         In a scenario that we would have not been
        13   able to remove that section of riser, in --
        14   including the flange, then we would need a device
        15   that could go over this jagged pipe and yet seal
        16   to the remaining assembly somewhere.  And the
        17   purpose of the latch cap or latch assembly was to
        18   do that very thing.
        19         Now, there were some things that we were
        20   suggesting to be done to provide more assurance
        21   of success.
        22        Q.  Thank you.  That helped a lot.
        23        A.  Okay.
        24        Q.  And this is -- this is a procedure that
        25   was still obviously in draft on June 19th, and
00249:01   you were simply suggesting that there would be
        02   some additional components or additional aspects
        03   added to this procedure?
```

Page 249:05 to 249:06

```
00249:05        A.  Yes, that's correct.  And I would have to
        06   look at -- look at all of these, but obs --
```

Page 249:19 to 251:12

```
00249:19   (Exhibit No. 10278 marked.)
        20        Q.  (By Ms. Shutler) Okay.  This is an E-mail
        21   from you, dated June 20th, to Jonathan --
        22        A.  "Shu," I believe.
        23        Q.  Hsu.
        24        A.  M-h'm.
        25        Q.  "Subject" is the "Current Status at GE
00250:01   Vetco for Latch Cap."  Do you recall sending this
        02   E-mail, or do you recall this E-mail?
        03        A.  Again, I don't remember the specific
        04   E-mail, but I am aware of the contents.
        05        Q.  Okay.  And who is Jonathan Hsu?  Was he
        06   an employee of BP?  Oh, no, I -- he -- says "(GE
        07   Oil & Gas, VG)."
        08         What -- can you tell me is that a
```

```
09  subsidiary of General Electric or --
10       A.  Yes, it's a subsidiary of --
11       Q.  Okay.
12       A.  -- General "Electic" -- General Electric.
13  They have some Oil and Gas Divisions.  Some of
14  those Divisions are in the business of
15  manufacturing oil and gas field mechanical
16  components.
17            So we asked GE to help design and
18  fabricate this latch assembly.
19       Q.  And if you go to Page 2 of this E-mail --
20  actually, let me back you up to the first page
21  again.  The last E-mail on the first page is an
22  E-mail from you to Jonathan Hsu again.  It says:
23  "Jonathan, please advise current status."
24            And then if you turn the page, th --
25  there's a series of questions it looks like you
00251:01  have asked, and it looks as though he has
02  provided answers that perhaps are in a different
03  color ink, but you can't tell now.
04            The first question is:  "has all...the
05  raw material now been delivered to Gulfco."  And
06  the -- the -- looks like the answer is:  " - the"
07  ig -- "ingot - raw stock for the inner and outer
08  will not be delivered to the forge until Monday."
09            Is this -- can -- can you tell me what's
10  happening here?  Is this device being li -- just
11  tell me what is occurring.  What -- what is GE
12  doing for you?
```

Page 251:14 to 252:09

```
00251:14       A.  So -- h'm.  The -- the latch assembly
15  started out as a block of metal, a forging.  And
16  we needed to convert that into a machined
17  component, and to do that, it needed to undergo
18  several types of machining and heat treatments
19  before it was in a condition that we could then
20  add other components to it.
21            At this particular point, I'm not sure
22  which -- which piece it would have been, but
23  there was some of it that was still in this
24  raw -- raw form, and that it was being delivered
25  to the -- to the forgery, if that's how -- how to
00252:01  say it.  Forger, I guess is a -- the proper way
02  to say that -- on that Monday.  And I'm not sure
03  what day -- this was on Sunday, so I guess the
04  next day.
05            So this is all about -- lo -- lots of
06  things are happening.  We're -- we're
07  engineering, we are machining parts, we're
08  getting other components, and we're tracking the
09  progress of that daily, if not hourly.
```

Page 253:08 to 253:23

```
00253:08   (Exhibit No. 10279 marked.)
     09        Q.  (By Ms. Shutler) This is an E-mail from
     10   Pierre Beynet, sent June 22nd, 2010, to you and
     11   several others from BP.
     12        And if you look at -- first of all, do
     13   you -- do you recall this E-mail?
     14        A.  So please give me a moment.
     15        Q.  Sure.
     16        A.  (Reviewing E-mail.)
     17        Q.  Just so I can direct you, I'm more
     18   interested on Page 2, where there's an E-mail
     19   from you to Les Owen and Tom Mataway.
     20        A.  Yes, ma'am.
     21        Q.  Okay.  And Les Owen, Tom Mataway, and
     22   Joseph Killeen are from BP?
     23        A.  Yes.  That is correct.
```

Page 256:01 to 256:20

```
00256:01        Q.  This is an E-mail from you to Mike Webber
     02   and Monte Conner.  The "Subject" is "Testing
     03   Procedure for Manifold/Seal/Latch Assembly."
     04        (Exhibit No. 10280 marked.)
     05        Q.  (By Ms. Shutler) It's dated June 28th,
     06   and there's an attachment which is titled -- I'm
     07   just going to give the words, not the numbers:
     08   Revised "A_ST Latch Cap Assembly SIT
     09   Procedure.doc."
     10        Do you recall sending this E-mail?
     11        A.  I do, actually.
     12        Q.  Okay.  And if we can go halfway down the
     13   page, there's an earlier E-mail from Shana
     14   Timmons to you on the same subject:  "Testing
     15   Procedure for Manifold/Seal/Latch Assembly."
     16        I've heard her name mentioned.  Who is
     17   Shana Timmons?
     18        A.  Shana is an Engineer for BP --
     19        Q.  Okay.
     20        A.  -- that --
```

Page 256:23 to 257:06

```
00256:23        A.  -- at the time was working as a Project
     24   Engineer, if you will.
     25        Q.  (By Ms. Shutler) Okay.  And if I can read
00257:01   this, it says:  "Using the flange spool assembly"
     02   systems integration test "procedure as a basis,
     03   Kevin and I have worked on the latch cap testing
     04   procedure."
     05        Let me stop right here.  When -- when she
     06   says "Kevin," is she referring to you?
```

Page 257:08 to 258:03

```
00257:08      A.  Yes, I believe so.
      09      Q.  (By Ms. Shutler) Okay.
      10      A.  I just wanted to make sure.  There was --
      11 there -- there are some other Kevins that were on
      12 the Team, but I think, in this case, she means
      13 me.
      14      Q.  Okay.  "This document includes the valve
      15 manifold FAT, seal FAT, GE Vetco Gray latch
      16 assembly function test, latch assembly FAT, and
      17 latch cap SIT.  Since the valve manifold FAT will
      18 be occurring sometime this week, it is critical
      19 we land this test procedure first.  OSI is
      20 working on the hydrotest procedure for the valve
      21 manifold, and this is referenced in our document.
      22          "Please review this testing procedure
      23 draft..."
      24          Did I read that correctly?
      25      A.  Up -- up to that point, yes.
00258:01      Q.  Okay.  Can -- can you tell me, again, in
      02 lay terms, what this particular procedure is
      03 designed to do --
```

Page 258:05 to 260:19

```
00258:05      Q.  (By Ms. Shutler) -- or is intended to do?
      06      A.  So let me just have a quick look at this
      07 for scope.
      08          Okay.  So at -- at -- at a high level,
      09 what we wanted to be confident about is that the
      10 equipment would function as intended if and when
      11 it was deployed.  So there was a series of tests
      12 that we wanted to undertake to try to head off
      13 any issues like leaks, whether things would fit
      14 together as intended.  So the scope of this
      15 document was to address that.
      16          So it included -- in fact, it included
      17 the valve manifold because there was a view that
      18 the valve manifold could be one of the devices --
      19 the device that would set on top of this latch
      20 assembly --
      21      Q.  Okay.
      22      A.  -- for example.  So there was -- wanted
      23 to do some interface checking there.
      24          This seal FAT, well, that has to do with
      25 where the -- the latch assembly would connect to
00259:01 the -- to the flange or to the -- to the riser
      02 outside diameter were seals, and we wanted to
      03 test these seals at high pressure.
      04          The latch assembly function test, well,
      05 was to see what would this latch assembly
      06 function as -- as intended.
      07          And, actually, these other -- these last
```

```
08  two procedures were related to that, as well, in
09  terms of the -- the entire line up, if you will.
10      Q.  Okay.
11      A.  So a series of tests to confirm it would
12  function as intended.
13      Q.  Thank you.  And if you turn to the page
14  titled "Introduction," the last Bates numbers are
15  656.
16      A.  Yes, ma'am.
17      Q.  I'd like to read a couple of sentences.
18  The -- the middle of that first paragraph
19  starting with the sentence:  "The flange
20  spool..."
21      A.  Yes.
22      Q.  It says:  "The flange spool primary
23  option can be installed with a valve manifold in
24  lieu of the 3RAM BOP.  If the flex joint mating
25  flange cannot be removed or if the" -- excuse me,
00260:01  "or if the" -- let me -- let me start this all
02  over again.
03          I'm going to begin at a sentence one up
04  from that.  It says:  "The current primary option
05  is to remove the mating flange atop the flex
06  joint and install a flange spool and 3-RAM BOP
07  that has (up to) three connection points.  The
08  flange spool primary option can be installed with
09  a valve manifold in lieu of the 3RAM BOP.  If the
10  flex joint mating flange cannot be removed or if
11  the flange spool cannot be installed, the
12  secondary option is to install a tool (latch
13  assembly) designed to seal on the outside neck of
14  the flex joint mating flange."
15          So, I just want to make sure I'm
16  understanding this correctly.  The -- the first
17  option is to use the connector spool with the
18  three-ram B -- three-ram capping stack; is that
19  correct?
```

Page 260:21 to 260:25

```
00260:21     Q.  (By Ms. Shutler) And that this -- this --
22  the latch cap and manifold is an option that you
23  all are pursuing in the event that it's not
24  feasible to move forward with the connecting
25  spool and three-ram capping stack?
```

Page 261:02 to 261:15

```
00261:02     A.  So I think I agree with all that you
03  said, except for the word "feasible."
04      Q.  (By Ms. Shutler) Okay.
05      A.  Could -- could have been other reasons
06  besides feasibility that would have -- that we
07  would have chosen the single-valve manifold.
```

```
08      Q.  Okay.  But it -- I just want to make sure
09  I understand what's happening.  You've got these
10  two parallel processes that are going on to try
11  and make the connection, have some device that
12  can either shut-in or allow containment of oil,
13  and yours is the -- the second choice at this
14  point in time, but it is nevertheless proceeding;
15  is that correct?
```

Page 261:17 to 261:18

```
00261:17     A.  I think that's a fair characterization,
      18  yes.
```

Page 262:01 to 263:06

```
00262:01  (Exhibit No. 10281 marked.)
      02      Q.  (By Ms. Shutler) This is a PowerPoint
      03  Presentation entitled "Latch Cap," June --
      04      A.  Yes, ma'am.
      05      Q.  -- June 29, 2010, and I wanted to ask you
      06  if you recognize this PowerPoint Presentation?
      07      A.  Can I have just a moment?
      08      Q.  You bet.
      09      A.  (Reviewing document.)  Yes, I recall
      10  this.
      11      Q.  Okay.  Were you involved in developing
      12  this presentation?
      13      A.  I believe I was.
      14      Q.  Okay.  And who would this presentation
      15  have been made to?
      16      A.  H'm.
      17      Q.  Or let me rephrase that.  What would this
      18  presentation have been used for?
      19          MR. BENTSEN:  Objection, form.
      20      A.  For one, it was, again, to provide a
      21  communications tool through the Team as to where
      22  we were at, what the options were.
      23          It could also have been used to
      24  communication with -- with those outside the Team
      25  to do a -- a similar function, to communicate
00263:01  the -- the options and possibilities.
      02      Q.  (By Ms. Shutler) Okay.  And this would
      03  have been the type of presentation that you would
      04  have pulled together for the two purposes you
      05  just identified?
      06      A.  Yes.
```

Page 263:12 to 263:21

```
00263:12     Q.  (By Ms. Shutler) Excuse me.  10282.
      13          This is an E-mail from you to Monte
      14  Conner, dated June 30th, 2010.  And it's
```

```
15  forwarding an E-mail entitled:  "Pros / Cons of"
16  a 3-ram stack vs Manifold."
17        And the attachments are entitled:  "LWVS
18  vs Capping Stack (6-23-10)" PowerPoint.
19        Now, "LWVS," is that "lightweight valve
20  stack"?
21      A.  Very good.
```

Page 264:19 to 264:22

```
00264:19  When you say "...there will be a meeting
      20  on Saturday with management to present the
      21  pros/cons/issues...," again are you referring to
      22  Richard Lynch, or Harry Thierens?
```

Page 264:25 to 265:12

```
00264:25      Q.  (By Ms. Shutler)  Would you be referring
00265:01  to mainly?
      02            MR. BENTSEN:  Objection, form.
      03      A.  Well, I don't recall exactly.  But here
      04  I'm saying Stan was advising me there was going
      05  to be a meeting.
      06      Q.  (By Ms. Shutler) Okay.
      07      A.  So presumably he would have been in -- in
      08  that meeting, and I suspect that Richard Lynch,
      09  possibly David Clarkson, others that would have
      10  some -- some input or some wanting to know some
      11  output from such a meeting would -- would be
      12  there.
```

Page 265:25 to 266:22

```
00265:25  (Exhibit No. 10283 marked.)
00266:01      A.  Yes, ma'am.
      02      Q.  (By Ms. Shutler) And this is an E-mail
      03  from -- let me see -- Alex Strachan, dated July
      04  5th, 2010, to Jack Steen of -- of QuaDril.  And
      05  you are cc'd in this E-mail.
      06      A.  Yes.
      07      Q.  And it's Regarding "Procedure" the
      08  "Single" -- "Single Valve Manifold Installation."
      09  Do you see that, sir?
      10      A.  Yes, ma'am.
      11      Q.  Do you remember receiving this E-mail?
      12      A.  Actually, I don't speci -- I don't
      13  remember this E-mail coming in, but I think --
      14      Q.  Do you remember --
      15      A.  -- I probably did.
      16      Q.  Do you remember a procedure being
      17  developed for installing the single-valve
      18  manifold?
      19      A.  I recall working on one, yes.
```

```
        20      Q.  Okay.  And you were -- so you were
        21  involved with that procedure?
        22      A.  Yes.
```

Page 271:08 to 271:08

```
00271:08  (Exhibit No. 10285 marked.)
```

Page 271:17 to 272:15

```
00271:17      Q.  (By Ms. Shutler) It's July 8th.  I
        18  apologize, not July 10th.  This is from David
        19  Sinsabaugh, and it's an E-mail to you and Trevor
        20  Smith and several others from BP.  It's entitled:
        21  BP "Connections Team - Flexjoint Schedules"
        22  7/8/2010.  And this is the same E -- type of
        23  E-mail that we've seen earlier that are --
        24  that -- it has been used to provide the Team with
        25  the Gantt Charts and the updates to projections
00272:01  for the various projects, correct?
        02      A.  Yes.
        03      Q.  Okay.  It says that -- I'd like to read
        04  the second paragraph:  "The Flexjoint has been
        05  jacked into position, 10 shims have" now "been
        06  installed with 4 more waiting offshore to
        07  install.  Upon prerequisite activities completion
        08  the Enterprise containment stops, now showing
        09  tomorrow evening...9th of July, and we" will
        10  "begin installation."
        11          So what I'd like to know here is, am I
        12  correct in understanding that the flex joint,
        13  which now the connector spool is going to be
        14  landed onto is -- is being rectified by BP; is
        15  that correct?
```

Page 272:17 to 273:20

```
00272:17      Q.  (By Ms. Shutler) Do you recollect --
        18      A.  I --
        19      Q.  -- that the tilt in the flex joint is
        20  being rectified?
        21      A.  Yes, that's -- that -- that's a better
        22  way to describe it.
        23      Q.  Okay.
        24      A.  We were trying to put it back to as close
        25  to zero degrees as we could.
00273:01      Q.  And that was something that was deemed
        02  necessary, in order to land the connector spool
        03  at -- and the three -- and ultimately, the
        04  three-ram capping stack; is that correct?
        05      A.  So the -- the closer to zero we could
        06  get, the better.  Certainly we would have on that
        07  installation.  And then additionally, we were
```

```
08  talking about the -- the Mr. Strachan document.
09      Q.  M-h'm.
10      A.  Those loads will vary, depending on that
11  angle.  So there were several reasons we wanted
12  to straighten that flex joint.
13      Q.  And I'm -- I'm assuming that it -- right.
14  With the loads, it's a stabler, a stabler
15  connection, if -- if you're -- if it's not at an
16  angle; is that correct --
17      A.  I --
18      Q.  -- for layman's terms?
19      A.  In layman's terms, I can accept that,
20  yes.
```

Page 274:16 to 275:12

```
00274:16  (Exhibit No. 10286 marked.)
17      Q.  (By Ms. Shutler) And this is also a --
18  this is also from David Sinsabaugh to Trevor
19  Smith, yourself, and others at BP.  It is again
20  the same daily, which attaches the Gantt Chart,
21  showing the progress on the -- on the "Flexjoint
22  Schedules."  And it's dated 7/10/10.
23      A.  Yes, ma'am.
24      Q.  If I go down to the second paragraph, it
25  says:  "One shim remains to be installed.  The
00275:01  Enterprise containment stopped and the tophat was
02  pulled off today at 12:38.  We have begun our
03  activities to install the flanged spool
04  and...BOP."
05          Did I -- did I read that correctly?
06      A.  I believe you did.
07      Q.  Okay.  So at this point, it's now the
08  10th of July, the -- the flex joint tilt has
09  nearly been rectified but is still -- but one
10  shim still remains to be applied; is that
11  correct?
12      A.  That's how --
```

Page 275:14 to 275:14

```
00275:14      A.  -- I read this --
```

Page 275:16 to 275:20

```
00275:16      A.  -- yes.
17      Q.  All right.  And the -- the ENTERPRISE
18  containment has stopped and the Top Hat is being
19  pulled so that -- that the connection spool can
20  be landed on the -- on the flex joint?
```

Page 275:22 to 276:01

```
00275:22      A.  Ultimate --
      23      Q.  (By Ms. Shutler) If that's not quite
      24  right, you can correct me.
      25      A.  Ultimately, yes.  There were some other
00276:01  steps that would need to happen in between.
```

Page 279:20 to 281:07

```
00279:20      Q.  So in April 2010, you were a Project
      21  Manager for BP; is that correct?
      22      A.  Specifically it was called "Delivery
      23  Manager," but it's like a Project Manager
      24  position, yes.
      25      Q.  Okay.  And could you please describe your
00280:01  job duties, to the extent you can remember them,
      02  during the response to the Macondo incident.
      03      A.  So, initially, it was related to looking
      04  at devices to capture hydrocarbon over the
      05  HORIZON BOP.
      06      Q.  M-h'm.
      07      A.  That, then, later moved towards a focus
      08  on the so-called RITT tool and the Top Hats.
      09          Then later on, it was related to things
      10  that we've heard already:  latch cap,
      11  single-valve manifold.  And that would have taken
      12  us through the -- through the installation of
      13  the -- the capping stack.
      14      Q.  Okay.
      15      A.  Do you need to go beyond that?
      16      Q.  Sure.  You mentioned earlier a closeout
      17  engineering position?
      18      A.  Correct.
      19      Q.  Did you work as a closite -- Closeout
      20  Engineer after the well was capped?
      21      A.  At some point.
      22      Q.  Okay.
      23      A.  I -- I -- yes.
      24      Q.  What did that duty entail?
      25      A.  The -- the majority of it was related to
00281:01  gathering procedures, information on equipment,
      02  that would allow us to share that with MW --
      03  MWCC.
      04      Q.  And that's the Marine Well Containment
      05  Consortium?
      06      A.  Or Company.  I'm -- I forget what the
      07  last "C" stands for.
```

Page 281:09 to 281:13

```
00281:09  During your response efforts, did you
      10  work directly with Representatives from Wild Well
      11  Control?
      12      A.  I did.
      13      Q.  What did you work with them on?
```

Page 281:15 to 282:17

00281:15        A.  So primarily included the RITT and the
      16  Top Hats, later the elements of the single-valve
      17  manifold and the latch cap.
      18        Q.  (By Ms. Andri) Okay.  Did you work with
      19  any other of BP's contractors during the
      20  response?
      21        A.  Yes.
      22        Q.  Can you name those for me, please?
      23        A.  Probably not all, but Oceaneering was --
      24  was one of the ones that was there.  Later on,
      25  there were elements of J P Kenny.  I believe
00282:01  INTECSEA.  We had people more on the vendor side,
      02  like Oil States or OSI, GE Vetco.  Those are the
      03  ones that come to mind immediately.
      04        Q.  Okay.  What does "SPA" stand for?
      05        A.  I suppose it depends on the context, but
      06  I -- I use it when I refer to somebody or single
      07  point account, accountable.
      08        Q.  Okay.  Were you the SPA for the RITT tool
      09  that was used on the Macondo Well?
      10        A.  I was probably considered that, if not in
      11  name, but, yes.
      12        Q.  Okay.  What about were you the SPA for
      13  the Top Hats?
      14        A.  I was more of a Team Lead with respect to
      15  the Top Hats.
      16        Q.  Okay.  And what are the job duties of an
      17  SPA?


Page 282:19 to 282:24

00282:19        A.  I suppose it could vary, but it is a -- a
      20  person that is -- that is aware of the status,
      21  that helps ensure that things go according to
      22  plan.  It could also be that person, if there
      23  were questions about it, they could -- people
      24  could go to for direction or answers.


Page 283:06 to 284:19

00283:06  (Exhibit No. 10287 marked.)
      07        Q.  (By Ms. Andri) And for the record,
      08  there's a slip sheet that says "Document Produced
      09  Natively," and behind it you'll see the native
      10  documents.
      11        A.  Yes.  Thank you.
      12        Q.  Okay.  If you could just turn to the
      13  first page of that spreadsheet, entitled
      14  "...Near-Term Containment Team Contact List."
      15        A.  Yes.

```
16       Q.  And do you recognize this spreadsheet?
17       A.  (Reviewing document.)  Actually, I
18 don't -- I don't recall this, but --
19       Q.  Okay.  Have you ever seen anything like
20 this before?
21       A.  I recall something of a nature like this
22 that were posted on some of the walls down where
23 we were working.
24       Q.  Okay.  And if you could look on the first
25 page there, the last names are listed
00284:01 alphabetically, and you're listed as the "SPA Top
02 Hat and RITT."
03       A.  Okay.
04       Q.  So as the SPA for the RITT, what were
05 your job duties?
06       A.  So I was -- kind of go back.  When --
07 when the -- it was decided to move forward with
08 the RITT and the Top Hat, I worked with the --
09 the Team to take this concept and engineer it,
10 understand it, then work with Oceaneering.
11          Oceaneering were the primary contractor
12 that -- that did the engineering.  They went out
13 and got the parts that were needed to -- to build
14 the thing, and then work with some of their
15 subcontractors, as well, to -- to build this
16 device.
17       Q.  M-h'm.
18       A.  We then tested it, and made it ready to
19 go offshore.
```

Page 287:24 to 287:25

```
00287:24 MS. ANDRI:  We're going to mark it
25 as 10288.
```

Page 288:03 to 288:22

```
00288:03 MS. ANDRI:  For the record, I'll
04 identify it as an E-mail chain between yourself,
05 Mr. Devers, and Trevor Hill.  Richard Lynch and
06 Stan Bond are cc'd.
07       A.  Yes.
08       Q.  (By Ms. Andri) And the "Subject" line
09 says "RE: RITT Schematic."
10          (Exhibit No. 10288 marked.)
11       Q.  (By Ms. Andri) Did I read all that
12 correctly?
13       A.  I believe you did.
14       Q.  Okay.  And the E-mail was sent on
15 May 21st, 2010.
16          Do you remember sending this E-mail?
17       A.  Yeah.  So let me familiarize myself with
18 it a minute.
19       Q.  Sure.
```

```
20      A.  (Reviewing document.)  H'm.  So I
21  remember the -- the upper part, but -- but I do
22  not remember the lower part.
```

Page 289:12 to 289:16

```
00289:12      Q.  Okay.  So you don't recall either Stan or
       13  Trevor asking you for the latest drawings from
       14  the RITT tool?
       15      A.  So I remember that part, but I didn't
       16  remember what it was for.
```

Page 291:18 to 292:19

```
00291:18  (Exhibit No. 10289 marked.)
       19          MS. ANDRI:  For the record, it's an
       20  E-mail from Janet Weiss to Daniella Sargo, cc'ing
       21  yourself, Mr. Devers, and Keith Seilhan?
       22      A.  "Say-han."
       23      Q.  Seilhan.  Thank you.
       24      A.  M-h'm.
       25      Q.  From September 22nd, 2010.
00292:01      A.  Yes.
       02      Q.  The "Subject" line is "Slide pack on
       03  Containment only for...Devers."
       04          Do you remember receiving this E-mail?
       05      A.  Not specifically, but --
       06      Q.  Okay.
       07      A.  (Nodding.)
       08      Q.  If you could take a second to look at the
       09  attachment to the E-mail, which is entitled
       10  "Deepwater Horizon Containment and Response:
       11  Harnessing Capabilities and Lessons Learned."
       12          I'm wondering if this was one of the
       13  receptacles for the information gathering process
       14  that you were just describing?
       15      A.  (Reviewing document.)  Okay.  Yes.  I
       16  think this is Topics that pertain to the -- to
       17  the containment data that we collected.
       18      Q.  Okay.  Great.  How was this document
       19  used?
```

Page 292:21 to 294:09

```
00292:21      A.  So, actually, the -- the first part of
       22  this, I'm trying to recall where that -- I think
       23  these are two different documents that are --
       24  that are in here.  And I'm having a difficult
       25  recall of where this was used in this -- in this
00293:01  manner.
       02          But firstly, this type of content was
       03  used to create, and I'm going to forget the name
       04  of the document, but a -- a "Lessons Learned"
```

```
05  document, if you will --
06      Q.  Okay.
07      A.  -- that was firstly presented to the --
08  what used to be the MMS, now the -- the BOEM.
09      Q.  M-h'm.
10      A.  All right?  And --
11      Q.  Actually, I'm sorry to clarify, this is
12  the same document just printed two different
13  ways.
14      A.  Okay.  I guess --
15      Q.  The black-and-white version is the
16  non-native, and the color version, we included --
17      A.  Okay.
18      Q.  -- for your convenience, or,
19  unfortunately, I'm afraid confusion, but it is
20  the same document.
21      A.  Yeah.  It just -- maybe it was the colors
22  that was throwing me off because --
23      Q.  No problem.
24      A.  -- it just didn't look like something I
25  was familiar with, but I think I've seen this --
00294:01  this bottom presentation before.
02          Now, so -- so the content would have been
03  used as I've described, and I -- I don't know if
04  this was the final version, but a -- a
05  presentation, at least similar to this, would
06  have been used to -- to make presentations to
07  several outside interested parties --
08      Q.  Okay.
09      A.  -- outside of BP.
```

Page 295:03 to 295:05

```
00295:03      Q.  First, as a general matter, what factors
04  are considered when designing a containment
05  device or a source control device --
```

Page 295:07 to 296:21

```
00295:07      Q.  (By Ms. Andri) -- or dome?
08      A.  So what comes to mind for me is are we
09  trying to capture the hydrocarbons in the open
10  water, open sea --
11      Q.  (By Ms. Andri) M-h'm.
12      A.  -- or is it from some contained system?
13      Q.  Let's say in the case of Macondo.
14      A.  Yes.  So -- so the -- the very first
15  response that -- that I was associated with had
16  to do with how do we capture this hydrocarbon in
17  the open sea.
18      Q.  Okay.
19      A.  So there was another group working
20  containment -- containment domes, chambers --
21  cofferdams, as we're calling it -- and then I was
```

```
22  working on something that used words like "Super
23  Dome," et cetera.  Later that type of device came
24  in the form of a Top Hat.
25         Other -- other ways of containment or --
00296:01  or collection examples would be the -- the RITT,
02  where we were saying, "Let's don't let it get to
03  the open sea.  Let's capture it before it gets to
04  the open sea."
05      Q.  Okay.
06      A.  So -- so the RITT would be an example of
07  that.  And, actually, I would say the three-ram
08  capping stack or the single-valve manifold could
09  also be examples of where we're trying to -- to
10  collect this -- this hydrocarbon before it gets
11  to open sea.
12      Q.  Okay.  So let's start with the first
13  category, which I think you said included the
14  cofferdam and the Top Hat?
15      A.  I would -- I would include those in that
16  capturing oil in the -- in the open sea --
17      Q.  Okay.
18      A.  -- yes.
19      Q.  What ki -- what do you need to know about
20  the system that you're working within to properly
21  design -- design that kind of containment system?
```

Page 296:23 to 298:04

```
00296:23      A.  Well, I think the scenario that you're
24  faced with has -- has a lot to deal with -- has a
25  lot to say about that, what -- where is the oil
00297:01  coming from, how can we -- how can we get a
02  device there to capture that quickly.
03      Q.  (By Ms. Andri) Okay.
04      A.  Then -- then beyond that, is it -- is it
05  oil or is it ga -- is it liquid oil or is it
06  gas --
07      Q.  M-h'm.
08      A.  -- could be a -- a factor.
09      Q.  Okay.
10      A.  Then -- although it would be difficult to
11  ascertain, but the -- the properties of that oil,
12  to know how -- how well will it lift itself.  I
13  mean, generally the hydrocarbons are lighter than
14  seawater, so it naturally wants to rise.
15      Q.  Okay.
16      A.  And in our case, of course, understanding
17  what factors might prevent us from capturing
18  and -- and getting this lifted to the surface.
19  So hydrates were a -- were a concern of ours.
20      Q.  M-h'm.
21      A.  Then once we've captured it, what do we
22  do with it.  Do we have processing equipment that
23  can -- that can deal with this, can we -- can we
24  tanker it away, can we flare it --
```

```
       25      Q.  M-h'm.
00298:01       A.  -- what do we do with it.
       02      Q.  Okay.  And you'd have to know how much
       03  you were capturing in order to make those kinds
       04  of decisions, correct?
```

Page 298:06 to 298:24

```
00298:06       A.  So when you say "those kinds of
       07  decisions," which decisions?
       08      Q.  (By Ms. Andri) About where to put the
       09  liquid that you are collecting.
       10      A.  Well, I think in our case, where we have,
       11  you know, offshore, these vessels, they -- they
       12  already have a certain amount of capacity or they
       13  don't.  And -- and the processing equipment
       14  that's available is similar.  It's -- it's either
       15  onboard that vessel, or it needs to be deployed
       16  to that vessel typically.  And from experience,
       17  they -- it's typically of a certain size that has
       18  a certain throughput.
       19      Q.  Okay.  So is it true that when designing,
       20  for example, the cofferdam --
       21      A.  M-h'm.
       22      Q.  -- it was important to know how much oil,
       23  some combination of liquid or gas, the cofferdam
       24  was collecting?
```

Page 299:02 to 299:13

```
00299:02       A.  I don't believe so.
       03      Q.  (By Ms. Andri) Why not?
       04      A.  The -- the -- the cofferdam was a -- is a
       05  very large vessel.
       06      Q.  Okay.
       07      A.  Ultimately we were going to bring that --
       08  that production through a -- through a riser
       09  system to a vessel.  I don't know -- it doesn't
       10  come to me what flow rate how that impacts the
       11  cofferdam that we were using, so --
       12      Q.  Sure.  Fair enough.
       13      A.  All right.
```

Page 301:09 to 301:23

```
00301:09  If we could turn to Tab 8, please.  And,
       10  again, this will be in your 30(b)(6) capacity.
       11  You're not on this E-mail, but I expect you may
       12  have seen it in preparation for the deposition.
       13          (Exhibit No. 10290 marked.)
       14          We're going to mark it as Exhibit 10290,
       15  and it's an E-mail from Howard Cook to David
       16  Brookes and other BP employees, including Trevor
```

```
17  Hill, on May 2nd, 2010.
18          And here you go, sir.  (Tendering.)
19      A.  Oh, sorry.
20      Q.  No problem at all.
21      A.  (Reviewing document.)
22      Q.  Have you seen this E-mail before?
23      A.  So give me just a moment.
```

Page 302:01 to 302:06

```
00302:01  No, I don't recall seeing this before.
02      Q.  Okay.  So you didn't look at this
03  deposition in preparation -- I mean, pardon me,
04  you didn't look at this document in preparation
05  for your deposition?
06      A.  I don't recall seeing it.
```

Page 302:09 to 302:22

```
00302:09      Q.  (By Ms. Andri) Well, I'm going to just go
10  ahead and read a little bit of it into the
11  record, and it appears to be -- as I said, it was
12  entitled "Cofferdam feasibility," and Howard Cook
13  writes to the E-mail recipients:  "Here's
14  how...I've got" to -- "with my thinking.
15          "I would like to add your own thoughts to
16  this list as we discuss in the telecon at 0800"
17  hours.
18          "regards
19          "Howard."
20          And then below it, there's a number of
21  items under a title said "BATCH OIL RECOVERY
22  USING THE EXISTING SP COFFERDAM."
```

Page 303:06 to 303:17

```
00303:06  Underneath that title there, it says:
07  "Problem statement" and asks a couple of
08  questions:
09          "1) What is feasibility of recovering
10  flowing oil using the SP cofferdam shown in the
11  Dan Stoltz pictures (with any necessary
12  modifications)?"
13          "What challenges are involved?"
14          "What work needs to be done to evaluate
15  further?"
16          Did I read that correctly?
17      A.  I believe so.
```

Page 305:10 to 306:01

```
00305:10      Q.  Okay.  But generally, when you're
11  designing containment efforts or containment
```

```
12  devices, not necessarily this one, is one of the
13  things you have to consider how to get what's
14  being collected from the containment device to a
15  vessel or a storage facility?
16      A.  So there's a lot in what you just said.
17      Q.  Okay.
18      A.  And I would call them "collection
19  devices" at this point.
20      Q.  Okay.
21      A.  And from my -- from an overall system, I
22  would agree that you need to have a plan for
23  where you're going to take recovered product.
24      Q.  Okay.  Does part of that plan need to
25  include how much recovered product you're going
00306:01  to be moving?
```

Page 306:03 to 306:19

```
00306:03      A.  I would -- again, you don't just go out
04  and specify -- I don't think -- a barge of a
05  certain capacity.  It's more of what vessels are
06  available and what type of storage or transport
07  capability they have.
08          And that, then, will start to dictate the
09  frequency.  I -- that -- that's my view of it.
10  Frequency of movements.
11      Q.  (By Ms. Andri) So does part of the plan
12  need to include how much recovered fluid needs to
13  get moved?  Whether it be what size vessels you
14  have, what size vessels you need, how many trips
15  the ve -- the vessels are going to take from
16  where the oil's being contained to where it may
17  be offloaded, regardless, isn't it important to
18  know how much fluid you're going to be collecting
19  from the containment devices?
```

Page 306:22 to 307:01

```
00306:22      A.  So if you want to know in advance how
23  frequently you have to lighter or not lighter
24  and -- and move, et cetera, knowing the --
25  knowing the -- the change in fill per day, if you
00307:01  will, would be useful, yes.
```

Page 307:09 to 308:03

```
00307:09      Q.  What factors were considered in designing
10  the RITT for the Macondo incident?
11      A.  So the RITT was to be used at the end of
12  the HORIZON riser.  It had a drill pipe that
13  ex -- that was inside of the -- the -- the riser
14  that actually extended beyond the end of the --
15  the -- the riser.  I know this is confusing with
```

```
16  all these words, but the HORIZON riser had an end
17  point, and the drill pipe extended beyond that.
18       So what we were attempting to do with the
19  RITT was to insert a pipe in between the drill
20  pipe and the inside diameter of the riser.
21       Q.  Okay.
22       A.  And we wanted to put in the -- the
23  largest pipe that we thought we could
24  successfully install in that -- that area.
25       Q.  Okay.  So just to unpack that a little
00308:01  bit, the size of the space that you had would
02  have been relevant?
03       A.  Yes.
```

Page 308:05 to 309:08

```
00308:05       A.  This -- the -- the -- the amount of area
06  or -- yeah, the amount of area we had in order to
07  put the pipe through was relevant, yes.
08       Q.  Okay.  And, again, were hydrates relevant
09  to your design?
10       A.  How do I want to answer that?  Let's see.
11  The -- the tool incorporated some features to try
12  to prevent the formation of hydrates.
13       Q.  Okay.  And were those tools informed at
14  all based on what you observed with the hydrates
15  in the cofferdam?
16       A.  Partly.  The -- the tool itself -- our --
17  our intent with this tool was -- was to capture
18  the hydrocarbon before it ever had a chance to
19  form hydrates.
20       Q.  M-h'm.  Okay.
21       A.  Now, even with that in mind, we put
22  provisions in this tool, that if seawater were to
23  find its way in, as well, we could have hydrates
24  later on, not -- not immediately at that spot but
25  as it -- as it came up the riser.  So we were
00309:01  concerned about that and made provisions in the
02  tool to inject methanol to help prevent the
03  formation of hydrates.
04       Q.  Okay.  How did you determine how much
05  methanol you needed to inject into the riser to
06  avoid the form -- formation of hydrates?
07       A.  Our plan was to inject all the methanol
08  we were capable of injecting.
```

Page 310:09 to 311:08

```
00310:09       Q.  (By Ms. Andri) M-h'm.  I was -- I was
10  curious more about the pressure inside the pipe.
11  So when you say it was "robust," what do you
12  mean?
13       A.  From a structural point of view,
14  because -- so imagine the -- the steel pipe
```

```
15   inside of another steel pipe.
16        Q.  M-h'm.
17        A.  And the -- just the natural motions of
18   this, it was moving around.
19        Q.  M-h'm.
20        A.  And we wanted that pipe to be robust so
21   that it could stand up to that -- that
22   environment.  That's --
23        Q.  Okay.
24        A.  That's what I mean by "robust."
25        Q.  Okay.
00311:01      (Discussion off the record.)
02        Q.  (By Ms. Andri) Why was the RITT able to
03   move around?
04        A.  So -- h'm.  There was nothing
05   constraining the pipe when it was inside of the
06   other pipe.
07        Q.  Okay.  Was that a necessary design
08   element?
```

Page 311:10 to 311:25

```
00311:10      A.  It was a result of the tool design.  It
11   wasn't intended that way.  We were concerned
12   about how can we insert one pipe into another
13   pipe at 5,000 feet, in a -- in a hole, poor
14   visibility, using remote-operated vehicles.  So
15   we wanted to give our chance as good a -- we
16   wanted to give ourselves as good a chance as
17   possible to actually get this pipe inside the
18   other pipe, which we did.
19        Now, if there would have been devices on
20   there to have constrained the movement of the
21   pipe --
22        Q.  (By Ms. Andri) M-h'm.
23        A.  -- it would have likely made it more
24   difficult to -- to -- to insert it into the other
25   pipe.
```

Page 312:08 to 313:12

```
00312:08      Q.  (By Ms. Andri) So what else did you
09   consider in designing the RITT tool?
10        A.  So we -- we designed three tools
11   eventually.  The second and third had what we
12   believed to be improvements on the first one.
13        Q.  Okay.
14        A.  And so I think you alluded to it, what
15   was to prevent this pipe from moving around in
16   the other one.  One of the features that we tried
17   to employ on the next two was to put a support on
18   the outside to try to stabilize or prevent it
19   from -- from rocking too much.
20        Q.  Okay.
```

```
21      A.  So that's another example that we learned
22 after we had built the first tool.
23      Q.  And --
24      A.  So --
25      Q.  -- the second one was the one that was
00313:01 installed?
02      A.  The first one.  RITT number -- as we
03 called it, RITT No. 1 was installed and used.
04      Q.  Okay.
05      A.  So other aspects, a lot of the concern
06 was how can we get this in.  So a lot of the
07 features about it was about how the -- the
08 remote-operated vehicle could interface with this
09 pipe, and the -- and the driver of the
10 remote-operated vehicle could -- could get it in.
11 So there were lots of design features that tried
12 to help the installation process.
```

Page 313:17 to 313:19

```
00313:17      Q.  Okay.  So did you have to consider how
18 hard the oil would have been pushing against the
19 RITT tool as the ROV was trying to insert it?
```

Page 313:21 to 314:10

```
00313:21      A.  No.  I'm -- I'm just hesitating.  You
22 know, if you look at the tool, there were
23 these -- some call them "baffles," some call them
24 "seals."  So that was part of what we wanted to
25 get inserted in -- into there.  But that was
00314:01 more -- we were concerned more about when it went
02 in, how would they bend over and then flex bat --
03 flex back open.
04      Q.  (By Ms. Andri) Okay.
05      A.  A concern that we had was, once we got
06 the -- the ri -- the RITT inside of the riser,
07 and once we started collecting the oil, how would
08 we prevent seawater from also getting brought in.
09           So there were some devices employed on
10 the tool that -- to help avoid that situation.
```

Page 315:12 to 315:14

```
00315:12      Q.  Was the kind of going back and forth
13 between gas and liquid something that you all
14 observed once the RITT was installed?
```

Page 315:17 to 315:18

```
00315:17      A.  So I -- I recall hearing that so-called
18 "slugging" was problematic.
```

Page 318:09 to 318:18

```
00318:09      Q.  (By Ms. Andri) Fair enough.  Okay.  So
     10  let's talk, then, about the Top Hat briefly and
     11  factors important for that.  What factors did you
     12  consider in designing Top Hat No. 4?
     13      A.  A -- a big concern about the Top Hat --
     14  well, there are two really, is:  What is it that
     15  we're trying to get over?  And what are the
     16  issues with that?
     17          And then, secondly, how do we prevent the
     18  formation of hydrates?
```

Page 319:21 to 320:21

```
00319:21      Q.  (By Ms. Andri) Okay.  And then when did
     22  work on the RITT tool begin?
     23      A.  On May 8th.
     24      Q.  Okay.
     25      A.  "Work" meaning the engineering, the --
00320:01  the thought process, that sort of thing.  There
     02  was no physical work started that day.
     03      Q.  Okay.  When was it installed?
     04      A.  Well, one moment.  (Reviewing document.)
     05          May 15th.
     06      Q.  Okay.  When did work on Top Hat No. 4
     07  begin -- h'm.  Actually, strike that.
     08          When did work on the Top Hat idea
     09  generally begin?
     10      A.  So for other than when it was to be used
     11  with the cofferdam, on -- on May 8th.
     12      Q.  And what about when it was to be used
     13  with the cofferdam?
     14      A.  So at the top of the cofferdam, there was
     15  a device that is also referred to as a Top Hat
     16  that connected the -- "connected" -- was the
     17  connection point between the -- the cofferdam and
     18  the -- and the riser going to -- to surface.
     19      Q.  Okay.  When was Top Hat No. 4 installed?
     20      A.  And one moment.  (Reviewing document.)
     21          June 3rd, 2010.
```

Page 324:13 to 325:10

```
00324:13      Q.  So could you please turn to Tab 19, and
     14  we're going to mark this as Exhibit 10291.
     15          (Exhibit No. 10291 marked.)
     16      Q.  (By Ms. Andri) And for the record, it's
     17  an E-mail from Sean Bartlett to yourself,
     18  Mr. Devers --
     19      A.  Thank you.
     20      Q.  -- on May 10th, 2010.
     21      A.  Yes.
```

```
22      Q.  Do you recognize this E-mail?
23              THE WITNESS:  It's this one.  I need
24  that one.
25      A.  Give me just a moment.  (Reviewing
00325:01  document.)
02      Q.  (By Ms. Andri) And for the record, the
03  "Subject" of the E-mail is "Procedure - Riser
04  Insertion Tube Tool - DRAFT ONLY."
05      A.  Actually, I don't -- I don't recall
06  this -- this particular E-mail.
07      Q.  What about the document attached?
08      A.  Again, I don't specifically remember this
09  one.  That's why I'm -- I'm paging through it
10  like I am.
```

Page 333:04 to 334:11

```
00333:04  (Exhibit No. 10292 marked.)
05      A.  Yes.
06      Q.  (By Ms. Andri) And for the record, it is
07  an E-mail from Steve Carmichael to Doug Blalock
08  and a variety of other BP employees, including
09  Richard Lynch and James Dupree.  You're not
10  included in the E-mail, but is it one that you
11  reviewed in preparation for your deposition
12  today?
13      A.  So let me just take a look.  (Reviewing
14  document.)
15          I don't recall reviewing this document.
16      Q.  Okay.  Have you seen it at any other
17  time?
18      A.  I don't recall seeing this document.
19      Q.  Okay.  So the attachment to this E-mail
20  is entitled:  "MC252 #1 Crude Recovery Project
21  Field Orders."  And it's dated May 20th, 2010.
22  The "Crude Recovery Project" is the "Riser
23  Insertion Tube Tool."
24          So you previously testified that it
25  was -- that the riser insertion tube tool started
00334:01  being thought about around May 8th?
02      A.  Correct.
03      Q.  Is that right?
04      A.  (Nodding.)
05      Q.  So this is a document pertaining to that,
06  and there are several goals listed under "Project
07  Goals:"
08          And the -- what I have a question about
09  is Goal No. 2:  "Avoid formation of hydrates in
10  RITT by pumping methanol and controlling flowing
11  pressures with" the "surface choke."
```

Page 335:19 to 336:23

```
00335:19      Q.  Okay.  At the rate that it was ultimately
```

```
        20  pumped in, were you all able to control the
        21  production of hydrates in the RITT?
        22      A.  I don't recall any hydrate issues during
        23  the -- the RITT operation.
        24      Q.  Okay.
        25      A.  So, yes, I think we were successful in
00336:01  either controlling or inhibiting the formation of
        02  hydrates --
        03      Q.  Okay.
        04      A.  -- in the tool and up the riser.
        05      Q.  So the next little paragraph in that
        06  "Notes" section says:  "The flowing pressure at
        07  the bottom of the RITT must be greater than the
        08  seawater hydrostatic head of ~2135 psia to avoid
        09  excessive seawater flow into the RITT."
        10          Did I read that correctly?
        11      A.  That's what it says here.
        12      Q.  Okay.  Can you ex -- explain this in
        13  layman's terms for us?
        14      A.  Just give me a moment to make sure I'm
        15  understanding what they're saying.
        16      Q.  Of course.
        17      A.  (Reviewing document.)  So I -- I didn't
        18  write this, so if I were interpreting what --
        19  what is being said here, is that the -- the
        20  absolute pressure at the entry of the RITT needs
        21  to be slightly higher or more than what seawater
        22  ambient would be to prevent seawater flow from
        23  also entering the RITT.
```

Page 344:25 to 345:08

```
00344:25  (Exhibit No. 10293 marked.)
00345:01      Q.  (By Ms. Andri) It is a PowerPoint
        02  Presentation from May 8th, 2010, entitled "MC 252
        03  Coffer Dam Hydrate Formation."
        04      A.  Yes.
        05      Q.  Have you seen this PowerPoint
        06  Presentation before?
        07      A.  Let me take a look, please.
        08      Q.  Sure.
```

Page 345:12 to 346:06

```
00345:12      Q.  (By Ms. Andri) The color version has
        13  better resolution for the photos.
        14      A.  Ah, okay.  Thank you.
        15      Q.  M-h'm.
        16      A.  (Reviewing document.)  So I -- I believe
        17  I've seen this before.
        18      Q.  Okay.  Could you describe the document
        19  for the record, please?
        20      A.  Oh, I'll do my best.  I didn't prepare
        21  this.
```

```
22        So after the title page, there is an --
23   an overview that describes what:  "A hydrate...is
24   a crystalline ice-like structure consisting of
25   primarily water and gas."
00346:01        That it:  "May contain other
02   additives..."
03        That:  "Hydrates form with a combination
04   of water, gas, low temperature and high pressure
05   all of which are present in deepwater oilfield
06   operations."
```

Page 352:06 to 352:25

```
00352:06  (Exhibit No. 10294 marked.)
07    Q.  (By Ms. Andri) It is a May 11th, 2010
08   E-mail from DISCOVER ENTERPRISE, to a variety of
09   Oceaneering and BP employees.  And the "Subject"
10   is "In coming procedures."  And I've included one
11   of the attachments to it, which I'd like for you
12   to take a look at.  It starts on Bates 3775 and
13   is entitled "Start-Up Strategy and Hydrate
14   Mitigation Plan - Top Hat or Riser Insertion
15   Tube...Options."
16    A.  Okay.
17    Q.  Have you seen this document before, the
18   attachment?
19    A.  Let me just take a -- a look.
20    Q.  Sure.
21    A.  (Reviewing document.)  I -- I may have --
22   I may have seen this document.
23    Q.  Okay.  Is it a representative of the
24   mitigation plans used for the Top Hat?
25    A.  Okay.
```

Page 353:02 to 353:08

```
00353:02    A.  So I need to read it a bit closer, then.
03   (Reviewing document.)  I'm not sure who wrote
04   this.
05        So I've skimmed it.  Can you ask your
06   question again, please?
07    Q.  Sure.  I was wondering if this strategy
08   was used to mitigate hydrates in the Top Hat?
```

Page 353:10 to 353:16

```
00353:10    A.  So I'm trying to be precise in my answer
11   here.  I'm -- I'm not sure I can follow all of
12   the detail, as it's laid out here.  I think there
13   was another written procedure that would have
14   been followed in the field, so I'm a little
15   hesitant to say "Yes, this strategy was -- was --
16   was followed exactly as written."
```

Page 357:06 to 357:08

00357:06      Q.  Okay.  So in order to set that first
      07  rate, did you need to know how much seawater was
      08  entering into the Top Hat?

Page 357:10 to 357:20

00357:10      A.  No.  It was about just pumping enough
      11  nitrogen down to displace the seawater.  We -- we
      12  displaced until we saw bubbles coming out from
      13  underneath the -- the Top Hat.
      14      Q.  (By Ms. Andri) Okay.  And in order to
      15  determine how much methanol you needed to pump
      16  into the Top Hat, did you need to know how much
      17  hydrocarbon was flowing through the Top Hat?
      18      A.  No.  Again, on the startup, at least, we
      19  pumped all the methanol we had available to us to
      20  pump.

Page 358:09 to 358:19

00358:09  (Exhibit No. 10295 marked.)
      10      Q.  (By Ms. Andri) For the record, it's an
      11  E-mail from yourself, Mr. Devers, to Michael W.
      12  Webber, and there are a couple E-mails underneath
      13  it, but the most recent one, it's dated May 10,
      14  2010, and the "Subject" line is Forward "Top Hat
      15  Procedures."
      16      A.  Yes.
      17      Q.  Do you recognize this E-mail?
      18      A.  Excuse me just a moment.
      19      Q.  Okay.

Page 358:22 to 359:06

00358:22      Q.  My apologies for the inclusion of all of
      23  the Wild Well control icons there.
      24          (Discussion off the record.)
      25      Q.  The attachment is a couple in.
00359:01      A.  (Reviewing document.)  So I don't have
      02  specific recall of -- of this.
      03      Q.  Okay.  Do you remember the document
      04  attached entitled:  "Flow Containment and Capture
      05  Recovery System:  Drill Pipe inside Drilling
      06  Riser Option"?

Page 359:08 to 359:09

00359:08      A.  So I -- I remember it in a slightly
      09  different form.  That's --

Page 359:11 to 360:01

00359:11       Q.  (By Ms. Andri) Okay.  And in the form
      12  that you remember seeing it in, what was the
      13  purpose of this document?
      14       A.  So this -- this reminds me of the
      15  elements that are in the procedure that describes
      16  how to install the -- the Top Hat --
      17       Q.  Okay.
      18       A.  -- for example.
      19       Q.  Okay.  I have a question about one of the
      20  bullets under No. 4, which is "Position the rig
      21  over the Top Hat wet parked on the sea floor."
      22           The eighth bullet down reads:  "The Top
      23  Hat will have (2) stabbing posts to assist in
      24  alignment prior to positioning as well as provide
      25  lateral support against flow."
00360:01           Did I read that correctly?


Page 360:03 to 360:06

00360:03       A.  Yes, you did.
      04       Q.  (By Ms. Andri) Okay.  Would you mind
      05  explaining this -- the stabbing posts, and what
      06  they were being used for?


Page 360:08 to 360:15

00360:08       A.  So the -- the -- this was on a Top Hat
      09  that was not used, firstly.  And the stabbing
      10  posts were to help keep the Top Hat over the --
      11  so just a moment.  Let me -- let me read this
      12  again, please.  (Reviewing document.)
      13           So this would have been for a scenario if
      14  the Top Hat had been used at the end of the
      15  HORIZON riser --


Page 367:21 to 367:23

00367:21       Q.  (By Ms. Andri) So was there anything in
      22  the Top Hat design to alleviate pressure as it
      23  went from the Top Hat to the vessel?


Page 367:25 to 368:24

00367:25       A.  Alleviate pressure?  So the Top Hat had
00368:01  valves on the -- on the top of it that were
      02  separate from the outlet that connected to the
      03  riser going to the ENTERPRISE.
      04       Q.  M-h'm.
      05       A.  Those outlets had valves on them.  The
      06  main purpose for -- for those were, as the Top

07   Hat was being brought over the -- the flow coming
08   up, and before we actually started the -- the
09   flow to the surface, we wanted that -- that oil
10   to be able to be exhausted.
11          And then, as we started up the Top Hat,
12   the intent was to then go in and start to close
13   these -- these outlet valves, to, again, direct
14   that flow towards the outlet of the Top Hat --
15      Q.  M-h'm.
16      A.  -- and, presumably, until all the valves
17   were then closed.
18      Q.  Okay.  You just said the "oil to be
19   exhausted."  What did you mean by that?
20      A.  So oil that would come into the Top Hat,
21   and then out one of the four outlets with the
22   valves on them, it would be -- it would flow
23   through that, as opposed to up the -- the conduit
24   to the -- the ENTERPRISE riser system.

```
Page 382:09 to 383:07

00382:09  (Exhibit No. 10296 marked.)
     10      Q.  (By Ms. Andri) All right.  And for the
     11  record, it's an E-mail chain between Gordon
     12  Birrell, and it's to -- it says
     13  "MC252_Email_Retention," but also David Hayes,
     14  Christina Verchere, and dated May 10th, 2010.
     15  Now, you're not on this E-mail chain, sir, unless
     16  you were a part of "MC252_Email_Retention."
     17          Do you recall receiving this E-mail?
     18      A.  Give me just a moment, please.
     19          No, I don't recall receiving or seeing
     20  this E-mail.
     21      Q.  Okay.  Well, I just wanted to ask you
     22  about the E-mail on the middle of the first page
     23  there, from David Hayes to Gordon Birrell.  The
     24  "Subject" line is "Report -- early tomorrow."
     25          It says:  "Thanks.  So you are up to
00383:01  5,000 barrels per day through the ritt?"
     02          Did I read that correctly?
     03      A.  You did.
     04      Q.  Is that -- and based on your
     05  understanding, is that an accurate report of the
     06  collection that the RITT was doing around May
     07  20th, 2010?


Page 383:09 to 383:11

00383:09      A.  So I don't -- I don't know.
     10      Q.  (By Ms. Andri) Okay.  Do you have any
     11  reason to doubt that number?


Page 383:13 to 383:13

00383:13      A.  No.


Page 383:15 to 384:06

00383:15      Q.  (By Ms. Andri) Okay.  And then the E-mail
     16  right after it, Gordon Birrell responds to David
     17  Hayes and says:  "Yes but it does vary, it
     18  doesn't behave like a standard well."
     19      A.  The --
     20      Q.  Did I read that correctly?
     21      A.  I'm sorry.  Where are you at again?  I --
     22      Q.  The one --
     23      A.  Oh, above.  I'm sorry.
     24      Q.  -- right above.  No problem.
     25          Did I read that correctly?
00384:01      A.  Could you repeat that?
     02      Q.  "Yes but it does vary, it doesn't behave
     03  like a standard well."
```

```
04     A.  Correct.  You read that correctly.
05     Q.  Okay.  Do you have any idea why the RITT
06  collection rate might be varying?
```

Page 384:09 to 384:09

```
00384:09    A.  No, I don't.
```

Page 385:20 to 387:09

```
00385:20    Q.  (By Ms. Andri) Okay.  Could you turn to
      21  Tab 31, please?  I'm going to mark this as
      22  Exhibit 10297.
      23         (Exhibit No. 10297 marked.)
      24     Q.  (By Ms. Andri) And the -- for the record,
      25  it's an E-mail from David Crowther to a -- a
00386:01  variety of BP employees, including Gordon
      02  Birrell, Doug Suttles.  You -- you're not listed
      03  on this E-mail, Mr. Devers.
      04         The "Subject" is "Communication to London
      05  Stock exchange of flow through RITT."
      06     A.  Yes, ma'am.
      07     Q.  Okay.  Have you ever seen this E-mail
      08  before?
      09     A.  I -- give me just a moment, please.
      10  (Reviewing document.)
      11     Q.  For the record, this E-mail is dated May
      12  21st, 2010.
      13     A.  I don't believe that I have seen this --
      14  this string of E-mails.
      15     Q.  Okay.  No problem.
      16         If you could turn to the second page of
      17  the E-mail string, ending in Bates 8095, the
      18  E-mail in the middle of the page is from Gordon
      19  Birrell to Doug Suttles and a couple of other
      20  people who I assume are BP employees but may --
      21  may not all be.
      22         The "Subject" is "Press release to be
      23  issued in the US by Marcella Christophe at 5 AM
      24  after clearance is given by Gordon Birrell."
      25         And Gordon says:  "Agreed - we should
00387:01  use" the "2200 barrels per day and" fifteen
      02  "mmcf/d for 24 hrs midnight to midnight on 20th"
      03  of "May."
      04         Did I read that correctly?
      05     A.  I believe you did.
      06     Q.  Okay.  Do you know why the 2200 barrels
      07  per day number was being reported to the press
      08  when 5,000 barrels per day was being read for
      09  RITT collection a week previous?
```

Page 387:12 to 387:15

```
00387:12      A.  I do not.
     13       Q.  (By Ms. Andri) Do you know how flow from
     14   the RITT and Top Hat was measured as it reached
     15   its collection vessels?
```

Page 387:18 to 387:18

```
00387:18      A.  I don't know those details, no.
```

Page 388:08 to 388:23

```
00388:08  (Exhibit No. 10298 marked.)
     09       Q.  (By Ms. Andri) And for the record, it's a
     10   May 22nd, 2010 E-mail from Alistair Johnston to
     11   Mike Cargol and a variety of other BP employees,
     12   including yourself, Mr. Devers.  The "Subject"
     13   line reads:  "Update on Top Priority Items to be
     14   Ready for Top Kill Failure."
     15           Do you recall receiving this E-mail?
     16       A.  Give me one moment, please.
     17       Q.  Sure.
     18       A.  (Reviewing document.)  I don't have
     19   specific recall of this -- this E-mail, but I --
     20   I'm familiar with some of the contents of it.
     21       Q.  (By Ms. Andri) Okay.  Do you remember
     22   discussing items that you were supposed to be
     23   preparing in the case that top kill might fail?
```

Page 388:25 to 389:03

```
00388:25      A.  Yes, I think so.
00389:01      Q.  (By Ms. Andri) Okay.  And what were you
     02   supposed to do to prepare for the possibility
     03   that top kill might fail?
```

Page 389:05 to 389:08

```
00389:05      A.  Top Hat was what we were working on.  Let
     06   me check the date.  (Reviewing document.)
     07           Yes, it would be the Top Hats,
     08   preparation of the Top Hats.
```

Page 389:18 to 390:08

```
00389:18      Q.  (By Ms. Andri) Okay.  Do you know why, in
     19   this case, there were planning for all of these
     20   options listed on the E-mail before the top kill
     21   was attempted?
     22       A.  My understanding was that we were always
     23   looking for contingency and redundancy.
     24       Q.  M-h'm.
     25       A.  So in the event that the top kill was not
```

```
00390:01  successful, what would be options that we could
      02  pursue to continue collection of hydrocarbon.
      03      Q.  Okay.
      04      A.  And we were imagining or conceiving or
      05  realizing there might be several scenarios that
      06  we would have -- could be faced with.  So there
      07  were several Top Hat configurations designed, if
      08  you will.
```

## Page 427:21 to 429:21

```
00427:21      Q.  (By Mr. Dart) I'd like to go to Topic 12,
      22  and I'll read it to you:  "The use of any
      23  analysis, calculations, assumptions or modeling
      24  of the flow rate of hydrocarbons from the Macondo
      25  MC252 well undertaken by or on behalf of BP or
00428:01  the Unified Command in connection with the
      02  analysis, consideration or execution of any
      03  Method (as that term is defined in Topic 1.)"
      04          Did I read that correctly?
      05      A.  I -- I don't have it in front of me.
      06      Q.  I did.
      07      A.  Okay.
      08      Q.  I did read it correctly.
      09      A.  All right.
      10          (Laughter.)
      11      Q.  (By Mr. Dart) I -- we -- we can swap
      12  places, if you like.
      13      A.  (Nodding.)
      14      Q.  And -- and you've been designated to
      15  discuss that Topic as it concerns the cofferdam,
      16  the RITT, and the Top Hat, correct?
      17      A.  That is correct.
      18      Q.  Okay.  Now, in order to -- for me not to
      19  have to repeat this, when I say "any such
      20  analysis," what I'm referring to is "The use of
      21  any analysis, calculations, assumptions or
      22  modeling of the flow rate of hydrocarbons from
      23  the Macondo MC252 well undertaken by or on behalf
      24  of BP or the Unified Command."  Okay?
      25          So when I say "such analysis" or "this
00429:01  analysis," that's what I'm talking about.  You --
      02      A.  I'll try to remember that.
      03      Q.  Okay.  First of all, what did you do to
      04  prepare to respond to this Topic?
      05      A.  Not much.
      06      Q.  What did you do?
      07      A.  I tried to recall if there were any
      08  discussions that were relevant to the -- to the
      09  Top Hat or the RITT or the cofferdam that was
      10  flow rate-related.
      11      Q.  Did you review any documents?
      12      A.  I reviewed documents, but --
      13      Q.  In connection with this Topic.
      14      A.  I don't recall seeing any documents that
```

```
15  related to -- to this.
16       Q.  Did you speak to anyone other than
17  Counsel in preparation for this Topic?
18       A.  No.
19       Q.  So how did you prepare?  Just what you
20  could recall?
21       A.  Yes, sir.
```

Page 429:24 to 430:02

```
00429:24     A.  Ye -- ye -- yes, sir.  I don't recall
      25  flow rates being a factor in the design and
00430:01  deployment of the cofferdam, the RITT, and the
      02  Top Hat.
```

Page 433:15 to 434:03

```
00433:15     Q.  So the cofferdam was expected to sink
      16  down into the seabed up to the point of the mud
      17  mats, correct?
      18       A.  That is correct.
      19       Q.  And those look like -- well, maybe
      20  they're not people.  But how tall was that
      21  cofferdam, roughly?
      22       A.  I'm hesitant to answer.  I -- I want to
      23  say it's 30 to 40 feet.
      24       Q.  All right.  So the cofferdam was expected
      25  to sink down into the seabed approximately
00434:01  fifteen feet before the mud mats hit the seabed,
      02  correct?
      03       A.  That --
```

Page 434:05 to 434:05

```
00434:05     A.  That could be correct.
```

Page 434:14 to 434:19

```
00434:14     Q.  (By Mr. Dart) The very bottom edge of the
      15  cofferdam hits the riser and pushes it down
      16  fifteen feet before those mud mats hit the
      17  surface, right?
      18       A.  No.  That -- that was not the plan.
      19       Q.  It wasn't.
```

Page 435:19 to 437:01

```
00435:19  (Exhibit No. 10299 marked.)
      20       Q.  (By Mr. Dart) And this is an E-mail
      21  string with attached PowerPoint slides, it
      22  appears, dealing with Top Hat.
      23       A.  M-h'm.
```

```
    24        Q.  And, first of all, I'll ask you if you've
    25   ever seen this document before?
00436:01        A.  Can you give me just a moment, please.
    02        (Reviewing document.)
    03        I don't recall seeing this document
    04   before.
    05        Q.  Okay.  Who is Theresa Elizondo?
    06        A.  I don't know.
    07        Q.  And she is, I guess, forwarding an E-mail
    08   from Farah Saidi, correct, if you look at the
    09   very bottom of the first page?
    10        A.  Yes, I believe so.
    11        Q.  And Ms. Saidi was the one who prepared,
    12   or at least sent, these PowerPoint Presentations,
    13   correct?
    14        A.  That's what it appears to me, yes.
    15        Q.  And if you look at the page ending in
    16   Bates No. 5030 --
    17        A.  5030.
    18        Q.  -- you'll see a slide entitled "Top Hat."
    19        A.  Yes, sir.
    20        Q.  "No flow restriction by the current
    21   design and drill pipe size."  Correct?
    22        A.  That's what that first bullet says, yes.
    23        Q.  Okay.  But you -- you never talked to
    24   Ms. Saidi in preparation for this deposition, did
    25   you?
00437:01        A.  No, I didn't.
```

Page 439:06 to 439:09

```
00439:06        Q.  (By Mr. Dart) Okay.  But it is clear that
    07   BP did not document when hydrates were expected
    08   to be a concern in the Cofferdam Project,
    09   correct?
```

Page 439:11 to 440:04

```
00439:11        A.  Okay.  So the Cofferdam Project, if --
    12   I -- I believe that the installation procedures
    13   accounted for con -- hydrate concern.  It was not
    14   explicitly stated.  Then in the follow-on
    15   procedure for controlling or mitigating hydrates,
    16   at the point of the -- the drill pipe connecting
    17   to the cofferdam, there were definite procedures
    18   in play for mitigating hydrates.
    19        Q.  (By Mr. Dart) Let's go back to the
    20   question I was asking you before the break.
    21   And --
    22        A.  Yes, sir.
    23        Q.  -- the con -- and I want to know what
    24   consideration was made by BP in the design of the
    25   cofferdam to prevent the edge of the cofferdam
00440:01   from pushing the riser 15 feet down below the
```

```
02  seabed as it was being lowered on top of the
03  riser.
04      A.  Yes, sir.  Was it --
```

Page 440:06 to 440:15

```
00440:06     Q.  (By Mr. Dart) What consideration was made
07  by BP?
08      A.  There was a slot cut into the
09  cofferdam --
10      Q.  M-h'm.
11      A.  -- that was to go over the HORIZON riser.
12      Q.  Okay.
13      A.  The slot was cut such that when the
14  cofferdam self-penetrated, it would be -- the
15  HORIZON riser would be running through that slot.
```

Page 473:09 to 473:25

```
00473:09     Q.  (By Ms. Kinzel-Tapper) Turning to Page 34
10  of Mister -- of Exhibit 9106.  It's the final
11  page of Mr. Suttles' June 9, 2010 letter to the
12  Rear Admiral.  Under the paragraph that begins
13  "Third" -- do you see where I'm at?
14      A.  That's on Page 34?
15      Q.  Correct.
16      A.  Oh, yeah, second paragraph there,
17  "Third," yes, I see it.
18      Q.  And the second sentence there reads:
19  "The systems outlined here are designed based on
20  the current best independent assessment of flow
21  from the Flow Rate Technical Group.  We will
22  continue to adapt our plans as more is learned
23  about the flow rate from the well."
24          Did I read that correctly?
25      A.  I believe you did.
```

Page 475:23 to 476:03

```
00475:23     Q.  (By Ms. Kinzel-Tapper) But he, certainly,
24  says that the systems outlined here were designed
25  based on the assessment of flow from the Flow
00476:01  Rate Technical Group.  And one of the systems
02  outlined in his letters included the Top Hat,
03  correct?
```

Page 476:06 to 476:14

```
00476:06     A.  So I agree -- it wasn't quite what's
07  written here, what you said; but, yes, he says
08  here:  "The systems outlined here are designed
09  based on the current best independent assessment
10  of flow from the Flow Rate Technical Group."
```

```
11      Q.  (By Ms. Kinzel-Tapper) And one of the
12  systems outlined in his letters included the Top
13  Hat, correct?
14      A.  It does --
```

Page 476:17 to 476:20

```
00476:17    A.  One of the elements.
18      Q.  (By Ms. Kinzel-Tapper) One of the
19  elements?
20      A.  Yes.
```

Page 479:02 to 480:10

```
00479:02    Q.  (By Ms. Kinzel-Tapper) And who was that
03  person at BP that you understood provided the
04  final approval for the implementation of the
05  RITT?
06      A.  So I think there was a -- a -- more than
07  a singular person that approved the -- a
08  procedure for use.  There may have been one or
09  more BP people that then brought that
10  recommendation to that Group that would approve
11  that procedure.
12      Q.  Okay.  It sounds like it's maybe a
13  multistep process, and I want to break it down.
14          First --
15      A.  All right.
16      Q.  -- you have -- you -- you said that there
17  were one or two people within BP that would
18  present an idea to the -- to the Group.  As it
19  pertained to the RITT, who was involved in
20  presenting the final RITT No. 1 plan for
21  approval?
22      A.  Okay.  So as -- as I recall, during a
23  meeting when we were talking about the RITT, I --
24  I can recall Stan Bond being there.  I can recall
25  Richard Lynch being there.  I can't be certain,
00480:01  but I seem to recall that some Coast Guard
02  Representatives would have been in the meeting to
03  hear the discussion.  So we would present the
04  scenario, as the Team saw it.
05          And then how that progressed further into
06  its procedural approval, et cetera, I was not
07  involved with, so it's difficult for me to say
08  how that process worked and who attended it.
09      Q.  Do you know if transit -- Transocean was
10  involved in that approval process?
```

Page 480:12 to 480:19

```
00480:12    A.  I don't recall Transocean being there
13  when we were having to meet with Stan Bond and
```

```
14   Richard Lynch, as I've described.
15        Whether they were a part of the
16   subsequent procedure approval, I don't know
17        Q.  (By Ms. Kinzel-Tapper) Okay.  You just
18   don't know one way or the other?
19        A.  I don't know one way or the other.
```

Page 480:25 to 481:01

```
00480:25     Q.  Who was involved in the decision to
00481:01  approve and implement the cofferdam?
```

Page 481:03 to 481:11

```
00481:03     A.  So I don't know that firsthand.  I wasn't
     04   part of the Team at that point in time.  I think
     05   there's a high likelihood that that would have
     06   involved some personnel with Wild Well, along
     07   with, likely, Stan Bond and Richard Lynch, in --
     08   in the same sort of format that I described on
     09   the RITT.
     10        Again, how that then proceeded from that,
     11   I don't know.  I don't know the process for that.
```

Page 481:21 to 482:10

```
00481:21     Q.  Who was involved in the decision, the --
     22   the final approval for the implementation of the
     23   Top Hat?
     24        A.  I think you're going to hear the same
     25   sort of players again.  It would have been
00482:01  Members of the Team working on the Top Hat, so
     02   like for my -- myself, Mike Cargol, likely Shana
     03   Timmons would have been there.
     04        And, again, I would have -- I -- I can't
     05   go specifically to those meetings, but I would
     06   have had a recall that Stan Bond and/or Richard
     07   Lynch would have been there, as well, likely U.S.
     08   Coast Guard members discussed.
     09        And then, again, how they took that --
     10   the next steps, I'm not sure.
```

Page 497:22 to 498:02

```
00497:22     Q.  Do you have any knowledge about any
     23   conduct on the part of Halliburt -- Halliburton
     24   between April 22nd, 2010 and September 19th --
     25   19th, 2010, relating to any attempts to collect
00498:01  hydrocarbons or to stop the flow of oil from the
     02   Macondo Well?
```

Page 498:05 to 498:09

```
00498:05      A.  No, I don't have any recall of
      06  Halliburton -- me being involved with Halliburton
      07  during that period of time.
      08      Q.  (By Ms. Williams) You were not involved
      09  with Halliburton during that time?
```

Page 498:11 to 498:19

```
00498:11      A.  Not -- not that I recall.
      12      Q.  (By Ms. Williams) Okay.  Do you
      13  personally have any criticism regarding
      14  Halliburton's conduct with respect to any of the
      15  relief efforts?
      16      A.  No.
      17      Q.  As a 30(b)(6) Representative for BP, do
      18  you have any criticism regarding Halliburton's
      19  conduct relating to any of the relief efforts?
```

Page 498:21 to 499:01

```
00498:21      A.  None that I'm here talking about and am
      22  aware of.
      23      Q.  (By Ms. Williams) Okay.  Have you heard
      24  of anyone else that had criticism about
      25  Halliburton's conduct relating to any of the
00499:01  relief efforts?
```

Page 499:03 to 499:06

```
00499:03      A.  Not that I recall.
      04      Q.  (By Ms. Williams) Are you aware of any
      05  Halliburton Representative that was a Member of
      06  the Unified Area Command Team?
```

Page 499:08 to 499:12

```
00499:08      A.  No, I don't believe so.
      09      Q.  (By Ms. Williams) Are you aware of any
      10  Halliburton Representative that was involved in
      11  any decision-making process relating to the
      12  relief activities?
```

Page 499:14 to 499:14

```
00499:14      A.  Not that I'm aware of.
```

Page 500:19 to 500:24

```
00500:19  Are you familiar with the term "open
      20  collection system"?
      21      A.  I am.
```

```
        22      Q.  Could you briefly describe what an open
        23  collection system would be within the context of
        24  a -- of the Macondo response?
```

Page 501:01 to 501:20

```
00501:01      A.  So open collection, in my words, would be
        02  a collection system that collects fluids in an
        03  environment that is not sealed or contained.
        04      Q.  (By Mr. Bentsen) Okay.  Would the RITT
        05  have been an open collection system?
        06      A.  I would characterize it as that --
        07      Q.  How about --
        08      A.  -- yes.
        09      Q.  -- the cofferdam?
        10      A.  Yes.
        11      Q.  And the Top Hat?
        12      A.  Yes.
        13      Q.  All right.  And as to the limits on the
        14  collection systems that I just mentioned, are
        15  those limits based on the design of the -- let me
        16  strike that, and we'll go through each
        17  individually.
        18          Is the collection limit of the RITT based
        19  on the design of the RITT itself or on the
        20  surface collection capacity?
```

Page 501:22 to 501:25

```
00501:22      A.  On the surface collection capacity.
        23      Q.  (By Mr. Bentsen) Is that the same with
        24  the cofferdam?
        25      A.  It is.
```

Page 502:03 to 504:08

```
00502:03  of the Top Hat based on surface collection
        04  capacity?
        05      A.  It is.
        06      Q.  And what happens if a -- each of those
        07  devices reach their collection capacity at the
        08  surface?
        09      A.  Then excess fluids would be discharged to
        10  the environment.
        11      Q.  All right.  Did the Team developing and
        12  designing and implementing the RITT use flow rate
        13  estimates in its design or implementation?
        14      A.  We did not.
        15      Q.  Same question as to the cofferdam?
        16      A.  They did not.
        17      Q.  Same question as to the Top Hat?
        18      A.  We did not.
        19      Q.  You were asked some questions just a
```

```
20    little bit ago about a letter from Mr. Suttles to
21    the Unified Area Command.  Was Mr. Suttles
22    involved in the design of the Top Hat?
23        A.  He was not on the Team, so, no.
24        Q.  All right.  And did that letter that you
25    were asked questions predate or postdate the
00503:01    design and implementation of the Top Hat?
02        A.  It postdated the implementation of the
03    Top Hat.
04        Q.  All right.  You were asked a -- a few
05    questions about approval.  Are you aware of what
06    entity had final approval for each of the areas
07    in which you're designated to testify today?
08        A.  Referred to as UAC, Unified Area Command.
09        Q.  And did the Unified Area Command approve
10    the final installation procedure for the
11    cofferdam?
12        A.  They did.
13        Q.  Did the Unified Area Command approve the
14    final installation procedure for the RITT?
15        A.  They did.
16        Q.  Did the Unified Area Command approve the
17    final installation procedure for the Top Hat?
18        A.  They did.
19        Q.  Now, this is just in your personal
20    knowledge, Mr. Devers.  I believe you said you
21    were involved with the development of the
22    single-valve manifold capping option throughout
23    June?
24        A.  Correct.
25        Q.  And was one of the -- the objects of the
00504:01    capping options being developed during that
02    period to create additional collection
03    capacities?
04        A.  To create addition -- to -- to have
05    off-takes from the device in order to create
06    additional collection capacity, yes.
07        Q.  And was that, again, limited based on the
08    collection capacity at the surface?
```

Page 504:10 to 504:10

```
00504:10        A.  Yes.
```

Page 507:13 to 508:07

```
00507:13        Q.  (By Mr. Lundy) All right.  Look at what
14    has previously marked as Exhibit 9552.  And I
15    want you to turn to the actual document itself.
16    I know the cover page is an E-mail, and then
17    the -- and the first page is an E-mail, and then
18    if you turn the -- to the second page, begins
19    with the document that during the break you've --
20    took a few minutes to review.
```

```
        21        This document is entitled:  "Oil Spill
        22   Containment, Remote Sensing and Tracking For
        23   Deepwater Blowouts:  Status of Existing and
        24   Emerging Technologies, Final Report, PCCI Marine
        25   and Environmental Engineering," "12 August 1999."
00508:01        Did I read that correctly?
        02        A.  I believe you did.
        03        Q.  Okay.  Have you seen this document
        04   before?
        05        A.  I do not believe I have.
        06        Q.  Okay.  Are you familiar with PCCI Marine
        07   and Environmental Engineering?
```

Page 508:09 to 508:09

```
00508:09        A.  I don't believe so.
```

Page 509:09 to 509:11

```
00509:09        Q.  Look with me to page -- well, we're going
        10   to start with Roman numeral v.  It's the
        11   "Executive Summary."
```

Page 509:13 to 509:23

```
00509:13        Q.  It's Bates stamp BP-HZN-2179MDL01426142.
        14        A.  Yes, sir.
        15        Q.  Are you there?
        16        A.  Yes, sir.
        17        Q.  Okay.  It says "Executive Summary."
        18   "This report evaluates the technical hurdles
        19   associated with the remote sensing, tracking,
        20   containing and recovering oil released from deep
        21   water blowouts."
        22        Did I read that correctly?
        23        A.  I believe you did.
```

Page 510:05 to 510:10

```
00510:05        Q.  And then the next paragraph begins with:
        06   "The report presents an overview of deepwater
        07   well control barriers that are used to develop
        08   deepwater blowout scenarios."
        09        Did I read that correctly?
        10        A.  I believe you did.
```

Page 510:14 to 511:16

```
00510:14        Q.  Paragraph "1.0  Introduction."
        15        The first paragraph starts with:  "This
        16   study, authorized by" Mineral "Management Service
        17   Contract" -- and it has the Contract number --
```

```
18   "summarizes the status of existing and emerging
19   technologies for oil spill containment, remote
20   sensing and tracking for oil released from
21   deepwater blowouts."
22        Did I read that correctly?
23   A.  I believe you did.
24   Q.  All right.  Then the next paragraph
25   begins with:  "This report examines the problem
00511:01   of oil released from well blowouts in deep water
02   and provides a review of past solutions and
03   existing technologies."
04        Did I read that correctly?
05   A.  I believe you did.
06   Q.  All right.  Now, turn with me to -- it's
07   going to be Section 7.0.  I believe it's Page 28.
08   All right.
09        While you were -- and -- and -- and
10   this -- this question is a 30(b)(6) question.
11   While acting as the SPA for the RITT or the Top
12   Hat or -- or the -- any other Project you were
13   working on, did you want to have as much
14   knowledge as possible about the various devices
15   that you were considering to deploy in an effort
16   to contain the oil coming out of the well?
```

Page 511:19 to 511:24

```
00511:19     A.  I -- I think, generally, yes.
20   Q.  (By Mr. Lundy) You would have wanted to
21   know if that device had been used before in a
22   prior spill and whether it had been successfully
23   used or it had failed for one reason or another.
24   Is that a fair statement?
```

Page 512:02 to 512:09

```
00512:02     A.  What would have been interesting to me
03   would be the learnings from such a use.
04   Q.  (By Mr. Lundy) All right.  If -- if
05   Experts in the Industry had considered various
06   containment techniques or collection techniques
07   prior to the DEEPWATER HORIZON, you would have
08   wanted to know about their learnings and
09   experiences, correct?
```

Page 512:12 to 512:17

```
00512:12     A.  So as it related to the things that I was
13   working on, yes.
14   Q.  (By Mr. Lundy) Okay.  And that's what I'm
15   asking about, the things that you were working
16   on.
17   A.  Yes.
```

Page 516:02 to 516:25

```
00516:02     Q.  (By Mr. Lundy) All right.  Now, go down
     03 to Section "7.1.3  Subsea Collectors."
     04     A.  Yes.
     05     Q.  And the first sentence says:  "While the
     06 logical approach to controlling oil released from
     07 a deepwater blowout would appear to be to contain
     08 and collect the oil at the blowout source, the
     09 difficulties associated with the design and
     10 installation" of effective -- "of an effective
     11 collector in deep water makes these devices
     12 impractical."
     13          Did I read that correctly?
     14     A.  I believe you did.
     15     Q.  Okay.  Would you have wanted to know,
     16 while you and your Teams were in either the
     17 design and construction phase of -- of -- of any
     18 of these collection devices, whether it be the
     19 RITT, whether it be the Top Hat or the Super
     20 Dome, that Experts in the Industry had published
     21 a Report that was commissioned by the U.S.
     22 Minerals Management Service in 1999, that
     23 concluded that "...the design and installation of
     24 effective collectors in deep water makes these"
     25 type of "devices impractical"?
```

Page 517:03 to 517:10

```
00517:03     A.  I would have been interested in those
     04 topics that were relevant to a containment
     05 cofferdam, a RITT, or a Top Hat.
     06     Q.  (By Mr. Lundy) Okay.  And a Top Hat is a
     07 type of deepwater collection device, is it not?
     08     A.  We've characterized it that way, yes.
     09     Q.  Okay.  Same with the RITT, correct?
     10     A.  Correct.
```

Page 517:25 to 518:13

```
00517:25     Q.  (By Mr. Lundy) M-h'm.  Okay.  Turn with
00518:01 me to Page 31, and we're still under Section
     02 "7.1.3  Subsea Collectors."
     03     A.  Yes, sir.
     04     Q.  All right.  Go to the second paragraph,
     05 and it says:  "The latest comprehensive summary
     06 of subsea blowout collection devices is contained
     07 in Section 6 of the DEA-63 Project Report (Neal
     08 Adams Firefighting, Inc. 1991)."
     09          Did I read that correctly?
     10     A.  I believe you did.
     11     Q.  Okay.  Have you ever seen Section 6 of
     12 the DEA-63 Project Report?
```

```
    13      A.  Not that I'm aware of.
```

Page 518:17 to 518:24

```
00518:17      Q.  Okay.  And it says:  "This report
     18  generally categorizes the collectors as
     19  bell-shaped devices, rigid-wall cylinders or
     20  flexible columns..."
     21          Did I read that correctly?
     22      A.  To that point, yes.
     23      Q.  Okay.  And then it says:  "(See Figure
     24  19)."  I left that out, and I apologize.
```

Page 519:01 to 519:02

```
00519:01      Q.  All right.  And that sentence would
     02  describe the -- the Top Hat, correct?
```

Page 519:06 to 519:07

```
00519:06      Q.  (By Mr. Lundy) Oh, I -- and the Super
     07  Dome, correct?
```

Page 519:09 to 519:13

```
00519:09      A.  It -- it may do.
     10      Q.  (By Mr. Lundy) Okay.  And it -- it would
     11  describe other types of collection devices that
     12  were considered by BP in trying to collect the --
     13  the oil coming from the Macondo Well, correct?
```

Page 519:16 to 519:17

```
00519:16      A.  It -- it could be.  I'm not sure what is
     17  meant by "flexible columns."
```

Page 519:20 to 520:06

```
00519:20      Q.  Okay.  And then the next sentence reads:
     21  "Among the technical hurdles associated with" the
     22  "deepwater subsea collectors, the following were
     23  included," and then it lists a number of
     24  technical hurdles, correct?
     25      A.  There's a listing of -- yes, I think
00520:01  that's what it means.
     02      Q.  Okay.  And you have not seen this list of
     03  technical hurdles associated with deepwater
     04  subsea collection devices prior to today,
     05  correct?
     06      A.  Not that I recall.
```

Page 520:09 to 520:18

00520:09     Q.  (By Mr. Lundy) All right.  Then you go
      10  down to the following paragraph, and it says:
      11  "These difficulties have caused most researchers
      12  to conclude that sealed containment of blowout
      13  oil is not practical in deepwater with existing
      14  technology."
      15          Did I read that correctly?
      16     A.  I believe you did.
      17     Q.  Okay.  And you had not seen that
      18  conclusion before today, correct?

Page 520:20 to 520:23

00520:20     A.  No, I don't believe I had.
      21     Q.  (By Mr. Lundy) All right.  And according
      22  to this document, these hurdles were known at
      23  least by August 1999, correct?

Page 521:01 to 521:01

00521:01     A.  That's what this Report says, yes.

Page 524:14 to 524:20

00524:14     Q.  (By Mr. Lundy) Okay.  And there's
      15  information contained in this document from 1999
      16  that could have been useful to you and your Team
      17  in analyzing the various technologies that you
      18  were looking at to deploy in an effort to contain
      19  and -- or capture and contain the oil coming out
      20  of the well, right?

Page 524:23 to 525:06

00524:23     A.  So bef -- as I mentioned earlier,
      24  relevant information would -- would -- would be
      25  useful.  I'm not sure what all information
00525:01  this -- this document conveys.  There may be
      02  useful information in there and relevant to what
      03  we were doing.
      04     Q.  (By Mr. Lundy) But you would have liked
      05  to have seen it back at the time you were working
      06  on the Macondo Incident, right?

Page 525:09 to 525:10

00525:09     A.  Had there been relevant information to
      10  the work that I was working on, yes.

Page 525:20 to 526:03

```
00525:20       Q.  (By Mr. Lundy) Okay.  And had the -- BP,
      21  or any other company in the oil and gas industry,
      22  looked at this document back in 1999 and followed
      23  up on it and -- and applied the "Lessons Learned"
      24  from this document, BP and the industry may --
      25  could have acted on it and been better prepared
00526:01  for
      02  a blowout that occurred in 2010.  Don't you
      03  agree?
```

Page 526:06 to 526:08

```
00526:06       A.  Again, I don't know the full contents,
      07  but let's go back to is there relevant things in
      08  there to what we were doing --
```

Page 526:10 to 526:14

```
00526:10       A.  -- then could be.  I -- adain -- again, I
      11  don't know from -- without really looking at this
      12  document.
      13       Q.  Well, assuming there is relevant
      14  information --
```

Page 526:16 to 526:24

```
00526:16       Q.  -- that these experts took the time to
      17  analyze the -- the available technology with
      18  respect to oil spill containment and the status
      19  of existing and emerging technologies and that
      20  this Report contained relevant information to
      21  those topics, had the industry acted upon this,
      22  including BP, it might have been better prepared
      23  to respond to the DEEPWATER HORIZON blowout.
      24  Wouldn't you agree?
```

Page 527:02 to 527:13

```
00527:02       A.  So I don't know if companies did or did
      03  not review and then did or did not take actions.
      04  If there are learnings in here that can be taken
      05  forward and used, I would agree with that.
      06  That's the type of person I am.  I like to learn
      07  from what other things have happened and where
      08  it's relevant to practically apply those
      09  learnings, but I don't know what's in this
      10  document, so it's hard for me to just wholesale
      11  make the agreements that you're asking me to do.
      12       Q.  (By Mr. Lundy) Do you agree that
      13  preparation is important?
```

Page 527:16 to 527:19

```
00527:16      A.  Generally speaking, yes.
      17      Q.  (By Mr. Lundy) Is preparation important
      18  in the context of responding to a deepwater
      19  blowout?
```

Page 527:22 to 527:22

```
00527:22      A.  Yes.
```