# United States' Phase Two Offer of Proof Exhibit 7
# Designations from Volumes 1-2 of Deposition of James Dupree

```
Page 10:15 to 10:18

00010:15   JAMES H. DUPREE,
      16   after having been first duly sworn by the
      17   above-mentioned court reporter, did testify
      18   as follows:


Page 12:05 to 12:05

00012:05   Would you state your full name


Page 12:08 to 12:08

00012:08       A.    James H. Dupree, and I live at


Page 12:13 to 12:16

00012:13       Q.    Okay.  I know that you are a --
      14   an employee of BP and that you have been a
      15   BP employee since 1985, correct?
      16       A.    That's correct.


Page 16:06 to 16:23

00016:06       Q.    What's the actual job title that
      07   Neil Shaw lateral'd to you?
      08       A.    It was Strategic Performance
      09   Unit.  The Strategic Performance Unit
      10   leader for the Gulf of Mexico.
      11       Q.    Okay.
      12       A.    It's SP -- it's usually referred
      13   to as SPU leader and/or senior
      14   vice-president.
      15       Q.    In the press mostly you're
      16   called the senior vice-president for the
      17   Gulf of Mexico.
      18       A.    Externally referred to as the
      19   senior vice-president because people don't
      20   understand the internal language of SPU
      21   leader.  They don't understand what that
      22   means.
      23       Q.    Understood.


Page 18:20 to 18:20

00018:20       Q.    Transition -- there I go


Page 19:01 to 19:10

00019:01   So in -- although you began the
      02   transition in November with Neil Shaw, you
      03   actually took over in January?
```

```
04      A.    That's correct.
05      Q.    2010, correct?
06      A.    Essentially, yes.
07      Q.    Less than four months after -- I
08 mean, before this disaster occurred,
09 correct?
10      A.    That's correct.
```

## Page 51:20 to 52:06

```
00051:20  What was your undergraduate
21 degree in?
22      A.    It was in natural sciences.
23      Q.    Okay.  And then what was
24 your -- do you have any engineering
25 degrees?
00052:01      A.    I have a master's degree in
02 engineering.
03      Q.    And where did you take that, at
04 UT?
05      A.    University of Texas, petroleum
06 engineering.
```

## Page 84:10 to 88:19

```
00084:10      Q.    Okay.  When did you first learn
11 about the explosion and the death of 11 men
12 on the rig in April of 2010?
13      A.    So I first heard about the
14 explosion -- well, I didn't -- I was first
15 notified of the event within about an hour
16 of it happening.  There was a phone call to
17 my home asking me if I was aware of
18 something going on on the Horizon and if
19 anybody contacted me and I said no.  So at
20 the time I didn't know if there was an
21 explosion or who had passed away at all.
22      Q.    Okay.
23      A.    So I was notified there was an
24 event on the Horizon.
25      Q.    About an hour after?  What did
00085:01 you do?
02      A.    We had already had a small
03 crisis team in the office because of the
04 volcano that was erupting at the time.  We
05 were trying to locate all our people and
06 make sure they were safe.  And so the
07 individual that was working there had
08 already stood up the Incident command
09 system.
10           So I asked them, have you stood
11 up the incident command system and they
12 said yes.  I said, I'll be right there and
13 I came in, and I went directly to the
```

14  office, into our crisis management center.
15      Q.    And what did you do when you got
16  there?
17      A.    I -- I participated in -- well,
18  first the incident command system was up.
19  The incident commander was in place.  The
20  things were operating, so I was -- I --
21  well, called Doug Suttles immediately after
22  they called me and he also was coming over.
23  So he and I met as we were of the business
24  support team trying to support the response
25  and were there to try to -- try to support
00086:01  the response in any way, shape or form that
02  was required.
03      Q.    And what did you do eventually
04  that day in response to that?
05      A.    Well, we had -- well, I worked
06  to make sure that the proper resources and
07  people were in place in the incident
08  command.  So I had to try to understand the
09  issues, communicate them to London.  So I
10  was on a conference call with Tony and
11  Andy.  We made decisions relative to -- you
12  know, the -- the Unified Command wanted to
13  open up in New Orleans and wanted to run
14  Unified Command out of New Orleans.  So we
15  had to make decisions about where we're
16  going to run the surface spill response out
17  of Houma, that we were going to run to New
18  Orleans and then we were going to run the
19  source control out of Houston.  We tried to
20  communicate that to the Coast Guard, that
21  we can't run everything from a centralized
22  location because all the expertise for
23  attacking the source control was in
24  Houston.
25  So we were -- in those first
00087:01  days, the first few hours we were trying to
02  work out the -- make sure the response was
03  right, the right resources were put
04  forward.
05      Q.    Were you in con -- in charge of
06  that operation or was it a multilevel
07  project?
08      A.    Right there at that
09  time -- you're talking about when I went in
10  that night?
11      Q.    Yes, sir.  The immediate
12  response.
13      A.    I would say myself and then Doug
14  as he arrived took over, but I wasn't the
15  incident commander.  The incident commander
16  was in charge of the response.  I was part
17  of the business support team which supports
18  and makes sure the resources and all the

```
19   company's -- all the company's resources go
20   right towards the effort.
21        Q.    Okay.  And the incident -- who
22   was the incident commander?
23        A.    I think it was Keith Seilhan at
24   the time.  They were -- they were rotating.
25   So there was one that went overnight, and I
00088:01   believe Keith Seilhan became the first
02   incident commander.  I'm not sure on that
03   though.
04        Q.    Okay.  That word is incident
05   commander or --
06        A.    Incident commander.  It's part
07   of the incident command system.
08        Q.    And that was the first response
09   system that BP had in place at the time of
10   the explosion?
11        A.    Correct.  And at that time they
12   were dealing with -- we were dealing
13   with the first act of the tragedy, tried to
14   limit the loss of life.  So they were
15   immediately dealing with getting people out
16   of the water, triage, trying to get people
17   to other facilities to be treated so they
18   can be pulled into shore.  It was a really
19   tough 12 to 24 hours.
```

Page 89:02 to 98:12

```
00089:02        Q.    Instead you kept yourself away
03   from investigation in order to be more
04   focused on response.  Is that a correct
05   statement?
06        A.    I led the source control effort
07   in Houston.  Yes.  I was asked once we
08   split up these organizations, so we sent
09   some leadership to Houma.  We sent some
10   leadership to New Orleans, and then we
11   stood up the -- the source control response
12   in Houston and I led the source control
13   response in Houston.  So that was my role.
14   So shortly after, you know, 12 to 14 hours
15   of the -- of the -- after we got that
16   sorted, you know, I immediately turned
17   focus and attention towards resource,
18   towards being able to close the BOP.
19        Q.    Now, I know that since the time
20   of the explosion and fire that BP has
21   evolved a set of principles, we'll talk
22   about that a later time, relative to loss
23   of control of the well.  But at the time
24   that this occurred, was there a -- a
25   category of response called source control
00090:01   response or is that a subsequent time?
02        A.    Source control is part of the
```

03  incident command system as such.
04       Q.    And define it for me, please.
05       A.    Well, source control is the
06  operation that's trying to control the
07  source of the hydrocarbon or the -- or
08  whatever is the final -- whatever is
09  causing the issue, you are trying to
10  control the source.
11       Q.    Okay.  Did you have any training
12  whatsoever in source control prior to this
13  occasion or did you learn on the job as it
14  were?
15       A.    I had training in the incident
16  command system, but was I -- am I trained
17  at killing wells and -- no.  No, I'm not
18  trained in -- in that particular area, but
19  I was trained in the incident command
20  system.
21       Q.    Okay.  Why did they put you in
22  that particular category as an aspect of
23  the response team, do you know?
24       A.    Source control, what -- what
25  immediately happened was -- because I was
00091:01  in Houston, and a lot of the response to
02  the source would happen in Houston
03  through -- mainly through my organization,
04  the GoM deepwater organization.  That's
05  where the expertise was to respond to a
06  deepwater blowout.
07            And so it was a natural -- you
08  know, Doug -- Doug went to New Orleans.  I
09  stayed in -- in Houston and immediately
10  started to -- to work on the BOP and
11  those -- it was the GoM organization that
12  was responding at the time.  Later on we
13  bring people from all over the world and
14  every industry and we build a large
15  organization trying to respond.
16       Q.    Can you give me the names of
17  some of the individuals to whom you ascribe
18  that expertise in the Gulf of Mexico?
19       A.    Harry Thierens, Richard Lynch,
20  Mark Mazzella, who was our engineering
21  authority for well control who killed
22  hundreds of wells in Kuwait and done a lot
23  of these operations before.  Paul Tooms,
24  our head of engineering.  Gordon Birrell.
25            So we brought -- one of my
00092:01  immediate roles was to bring all these --
02  this expertise in quickly to start a
03  response and how to -- how to tackle the
04  source.  So --
05       Q.    And so you put together this
06  team of experts, correct?
07       A.    Myself with the help -- with the

```
08   assistance with Andy and another a lot of
09   the other functional leaders in the
10   company.  So I wouldn't know everybody
11   directly, but I would say we need this type
12   of people and we start flying in people
13   from around the world.  And then we put
14   them in a systematic program of who was
15   working on what.  There was an engineering
16   team.  There was a BOP team.  There was a
17   containment team.  Different teams started
18   working immediately in parallel, all the
19   different options, junk shot team, dynamic
20   kill team --
21        Q.   Yes.
22        A.   -- cap and stack team.
23        Q.   All of those were put together
24   by you in conjunction with London?
25        A.   Myself and Andy Inglis, Doug,
00093:01   myself, whenever -- we were putting -- I
02   got a lot of assistance from other
03   technical experts in the company as to who
04   are the right people to come in and perform
05   different functions.
06        Q.   Where did you get the
07   information in the first place, though,
08   from which to ask the questions of the --
09   of your various experts?
10        A.   I don't understand -- the
11   information in the first place to ask the
12   various questions.
13        Q.   Well, for example, how did you
14   learn about the fact that the riser was
15   entrapped?
16        A.   How did I learn that, the fact
17   that the riser was --
18        Q.   Was -- was creating a problem
19   for capping the well?  How did you learn
20   that?  I'm just trying to get the source of
21   your general information.
22        A.   Okay.  Okay.  I was in that
23   crisis center for 150 days.  I sat in the
24   -- in the source control room with my team.
25   I sat there and watched as the first ROV's
00094:01   flew over the riser while -- flew -- flew
02   over the BOP and the riser while the rig
03   was burning above.  I was there when we
04   tried to activate the BOP and tried
05   to -- to -- to close the shear rams or
06   activate them.
07        Q.   Yes.
08        A.   I was -- I was in the -- I was
09   there 150 days.  I sat in that room and I
10   watched everything that occurred and I --
11   and the other technical team were all
12   watching what was occurring.  I was there
```

```
13   in the room when we flew back over the BOP
14   directly after the rig had sank, after the
15   murk had cleared.  So I was there when we
16   surveyed it, surveyed where the riser was
17   on line.  So myself and everybody who
18   collected -- so I'm sitting in the center
19   watching all the feeds from offshore with
20   the technical experts.
21        Q.   So the center itself is actually
22   the source of the information from which
23   you derived the conclusions as to how
24   to -- as to who to appoint and -- and how
25   to proceed?
```

00095:01     A.    Well, it's information that's

```
02   being -- being brought in and what we're
03   seeing and then we're acting, saying, okay,
04   we're going to need this.  We're going to
05   have to be able to cut this riser.  Go find
06   us the jaw -- the things to cut it, we
07   might be able to do this.  And we were
08   just -- we were prioritizing and trying to
09   put a plan of attack in place.
10        Q.   Yes.  And -- and you were -- in
11   that 150 days were you the highest ranking
12   BP official who was in the crisis center?
13        A.   In the Houston crisis center,
14   not -- well, Andy Inglis was there for a
15   significant amount of time as well.
16        Q.   Okay.  So that is yes except
17   when Andy --
18        A.   Except when Andy was there.
19   Andy was -- but there were several -- I
20   can't say -- when you say senior,
21   there were several SPU leaders that were
22   brought in.  Bernard Looney was brought in
23   from the North Sea.  He has particular
24   expertise in drilling.  Kent Wells was
25   brought in in North American Gas.  He had
```

00096:01    particular expertise, and the roles were

```
02   all partitioned.  So, for example, Kent
03   took media, Bernard was working with Andy
04   on kind of informing, you know, how we
05   interface with London.  You know, so it
06   was -- it was a complicated but efficient
07   structure and myself and Andy --
08        Q.   Yes.
09        A.   -- were interfacing with
10   Secretary Salazar and Secretary Chu on a
11   daily basis as the government came in -- in
12   to -- in to assist on the response.
13        Q.   Okay.  So in terms of your
14   function during that 150 days, among other
15   things was governmental interfacing?
16        A.   That's correct.
17        Q.   And what?
```

```
     18       A.     Running the source control
     19  effort, the day-to-day -- day-to-day source
     20  control effort.
     21       Q.     When a decision was made for a
     22  particular method by which to control the
     23  source, were you the person who made the
     24  final -- that gave the final go ahead to
     25  use that particular method?
00097:01       A.     No.  I would make the
     02  recommendation.  So at the same time when
     03  we were -- so it was a Unified Command.  So
     04  everything was done under Unified Command.
     05  So I would make the recommendation.  We
     06  would eng -- engineer the recommendation.
     07  We would -- we would propose that to the
     08  Unified Command, the Coast Guard, which was
     09  then was the MMS, now the BOEM, science
     10  team members, Secretary Salazar, Secretary
     11  Chu, Thad Allen, whoever was involved, and
     12  then we would make those decisions.  They
     13  would -- they would concur with decisions
     14  typically on a lot of the actions later.
     15  So the early first few days was about
     16  immediate response and we acted, you know,
     17  to try to activate the BOP.
     18       Q.     Yes.
     19       A.     Do the things that we
     20  thought -- shortly after that we entered
     21  the Unified Command system where
     22  we -- where we sought support from Unified
     23  Command on any actions we took.  So
     24  typically -- sometimes we would fly to
     25  Washington or I would be on the phone with
00098:01  governors explaining what we were going to
     02  do, getting concurrence to -- to our
     03  actions.
     04            And then typically then Thad
     05  Alan would write a letter saying, we agree
     06  with your plan.  So he would write a letter
     07  saying, I want a plan, we'd write out, say,
     08  we want to do this, and then after all
     09  these conversations and everybody agreed,
     10  he would write back saying, I agree with
     11  your plan you, you're allowed to execute
     12  and go forward.


Page 98:20 to 100:20

00098:20       Q.     I think you're making, you know,
     21  tremendous effort to respond and I
     22  appreciate it.  But I'm really asking
     23  relative to BP in its position in the
     24  Unified Command, you were the -- you were
     25  often the person with the final say as to
00099:01  BP's suggestions as to source control.  Is
```

02    that a correct statement?
03          A.    Me and my --
04          Q.    Answer and then --
05          A.    Me and my organization --
06          Q.    Is that a yes?
07          A.    I would make the
08    recommendations.  I would typically make
09    the recommendation as to what we did next,
10    yes.
11          Q.    Okay.  All right.  So that, for
12    example, with regard to the junk shot, you
13    would have been the one who finally made
14    the final decision to go ahead and try that
15    and then recommend it to the Unified
16    Command, correct?  Then you can explain.
17          A.    Well, actually I didn't make the
18    final decision in those situations.  I did
19    recommend to Unified Command and I had to
20    get agreement and concurrence with
21    Secretary Chu and Secretary Salazar and
22    then eventually Thad Allen that it was the
23    right thing to do.
24          Q.    I understand.  But I'm talking
25    about with regard to BP alone, not with
00100:01    regard to Unified Command.
02          A.    Well, but I wasn't working -- I
03    was working in the Unified Command and what
04    we -- so I didn't see it as here
05    BP's -- the Unified Command was -- at the
06    time we had industry experts.  We had
07    contractors on the ground.  We had a lot of
08    people making recommendations and bringing
09    forward ideas.  My job was to coalesce all
10    that.  It wasn't all BP.  There were
11    contractors -- there were a lot of people
12    involved and then represent that with
13    Unified Command and get concurrence, and
14    certainly other people had a say in how it
15    happened.
16          Q.    I understand.  But when it came
17    to that reporting to Unified Command, it
18    was through you.  That's all I'm getting
19    at.
20          A.    Through me, yes, I would report.


Page 100:25 to 101:24

00100:25    Q.    What eventually succeeded?
00101:01    A.    The capping stack succeeded.
02          Q.    Okay.  And whose idea was the
03    capping stack?
04          A.    It would have been -- I don't
05    know the individual -- particular
06    individual that was -- conceived the
07    capping stack.  It could have been my

08  engineering team.  We engineered multiple
09  different types of -- of particular capping
10  devices.  So it would have either been in
11  tools group or -- when we set -- like I
12  said before, we set parallel operations in
13  place and the capping stack wasn't -- was
14  one that we began to build.  But it had its
15  difficulties.
16      Q.   We will talk about it in detail
17  in a moment.  But when did it get -- you
18  said we began to build the capping stack.
19  When?
20      A.   I don't know the exact time.  I
21  don't remember the exact time.  I think
22  within weeks of the incident we were
23  fabricating multiple different devices,
24  yes.

Page 102:14 to 103:07

00102:14      Q.   That's all right.
15  All right.  My question
16  was -- and I'm going to change it.  You
17  don't know whether or not the capping stack
18  began to be constructed after being
19  approved for -- for being constructed
20  within the first few weeks?
21      A.   I don't know the exact date, but
22  I'm pretty sure it would have been
23  constructed -- started in those first few
24  weeks --
25      Q.   Okay.
00103:01      A.   -- that we would have started an
02  effort, because in order to build something
03  of that nature, you have got to
04  fabricate -- fabrication and construction
05  takes a long time.  We built things in
06  months that would typically take us six
07  months to a year.

Page 103:15 to 104:11

00103:15  The -- what's the industry
16  standard for sort of the benchmark for the
17  way in which you -- you control source?
18      A.   Ideally we would have liked the
19  BOP to have operated.
20      Q.   Okay.  And in the failure of the
21  BOP, you would then work toward temporary
22  containment until you can drill relief
23  wells, correct?
24      A.   Either that or for static, the
25  dynamic kill that we tried that junk shot.
00104:01  It typically depends -- depends on the

```
02  configuration of the well at the time as to
03  how you attack -- how you would attack it.
04      Q.    But that's not your area of
05  expertise.  You were relying on your
06  experts in the Gulf of Mexico, correct?
07      A.    That's correct.  In the
08  situation that we had at hand.  What we
09  were dealing with -- at -- you know, that
10  was sitting in front of us, what we knew at
11  the time.
```

Page 104:19 to 106:01

```
00104:19      Q.    I will go to a different set of
20  questions.  I just need to find my notes.
21            Do you remember having recently
22  given testimony before a governmental
23  committee that was evaluating the future of
24  deepwater drilling in the Gulf of Mexico,
25  correct?
00105:01      A.    I didn't consider it testimony.
02  I -- I was asked by the secretary to speak
03  at the ocean -- the first meeting of the
04  Ocean Energy Safety Institute Advisory
05  Committee, I think it's called.
06      Q.    Yes.  And you did that?
07      A.    I did that.  And I --
08      Q.    And who -- who actually invited
09  you to do that?
10      A.    Deputy Secretary Hayes,
11  Secretary Salazar and Tom Hunter invited
12  me.
13      Q.    Do you have any idea why they
14  chose you as -- as the BP representative
15  to -- to give this presentation?
16      A.    I spent 150 days -- or 140 days
17  speaking to the secretary on the phone and
18  briefing him on the situation in the Gulf,
19  30 minutes to an hour every day.  I worked
20  with Tom Hunter who was working with
21  Secretary Chu and Secretary Salazar.  So I
22  presume they asked me because they -- they
23  knew I had -- I had a lot -- I had worked
24  on the source control of the well and had a
25  lot of knowledge about what had happened
00106:01  and about the incident.
```

Page 109:16 to 112:13

```
00109:16  MR. PALMINTIER:
17            Okay.  I will offer, file and
18  introduce this -- this as an exhibit next,
19  which I guess is 3043.
20                  (Exhibit 3043 was marked
```

```
21   for identification.)
22           And again, I'm going to
23   introduce it just because we may be -- and
24   others may be asking questions from it as
25   time goes by.  And I have provided counsel
00110:01   with a copy of it.  It does not represent
02   the entirety of the transcript, but we'll
03   get the balance of the transcript as soon
04   as we can.
05       Q.    So what I'm referring you to is
06   line 15.  Have you had a chance to read
07   that?
08       A.    Yes.
09       Q.    "Nobody could have imagined the
10   scale and magnitude of the incident that we
11   were going to respond to at the time."  Did
12   you mean that or do you retract that
13   statement or --
14       A.    I don't retract that.  I said --
15   I said that.  It was a part of the
16   standard -- the standard part of the
17   presentation was to acknowledge that it was
18   a very large and almost unimaginable
19   incident that occurred for -- not just for
20   the people involved, but for the responders
21   as well, because we were talking about the
22   people that respond right in the next
23   sentence.
24       Q.    Yes.  But you are an executive
25   vice-president with BP and your
00111:01   testimony -- or your statement to -- to
02   them and carried in the press and now your
03   testimony under oath today is that no one
04   could have anticipated or could have
05   imagined the scale and magnitude of the
06   incident.
07           And my question to you is:  How
08   is it that you could have missed that
09   possibility or how could have BP missed
10   that possibility if it did its basic due
11   diligence analysis of this -- of this well?
12       MR. LANCASTER:
13           Object to form.
14       A.    So there's a risk register in
15   the Gulf of Mexico.  Certainly -- and on
16   the risk register in the Gulf of Mexico
17   is -- is a loss of well control event.
18       Q.    Yes.
19       A.    And so I'm not acknowledging
20   that BP -- I'm not saying here BP
21   didn't -- didn't have or understand the
22   risk of drilling in the deepwater well.
23   That's not what I'm saying here.
24       Q.    BP knew that this possibility
25   existed, didn't it?
```

```
00112:01      A.    BP manages risk.
     02      Q.    Answer the question and then you
     03 can explain.  BP knew that this -- these
     04 risks existed when it undertook to drill
     05 the Macondo well, didn't it?
     06      A.    BP has a risk register and part
     07 of those risks were -- were this particular
     08 risk of well control.
     09      Q.    So your answer is yes?
     10      A.    There is -- there is always a
     11 risk of well control.
     12      Q.    Put it on the record for me,
     13 please.  Yes?
```

Page 112:16 to 113:21

```
00112:16      A.    There's always a risk.
     17      Q.    All right.
     18      A.    I'm saying they acknowledged
     19 that because we have a risk register
     20 that -- and this is one of the risks and
     21 there's mitigation plans against the risk.
     22      Q.    There was no mitigation plan for
     23 this blowout, was there?
     24      A.    There is mitigation plans
     25 against well control events in the risk
00113:01 register in the -- in the Gulf.
     02      Q.    All right.  Well, how long did
     03 it take to cap the well?
     04      A.    It took from April 20th to July
     05 15th.
     06      Q.    How long did it take to bring
     07 even the first mitigative piece of
     08 equipment in to place on the well?
     09      A.    We were -- we were -- I would
     10 say within 24 hours we -- we had stabbed
     11 into the BOP and attempted to close the --
     12 were attempting to close the rams.
     13      Q.    And failing that, what was the
     14 next step?
     15      A.    Actually we continued to try to
     16 close those rams for weeks because we ran
     17 into difficulties with the BOP functioning.
     18      Q.    Yes.  Meanwhile the Gulf was
     19 being glutted with the oil that was in the
     20 reservoir that you guys drilled into,
     21 correct?
```

Page 113:24 to 117:25

```
00113:24      A.    Did you say glutted with?
     25      Q.    Okay.  You don't see the pouring
00114:01 of millions of barrels of oil into the Gulf
     02 as glutting oil into the Gulf, sir?
```

```
03        A.    There was certainly a release of
04   hydrocarbons into the Gulf.
05        Q.    All right.
06        A.    At the time.  The first 24 --
07   the first 12 to 14 hours, most of that
08   hydrocarbon was being burned with the rig
09   fire.  It was not until the rig sank that
10   the -- the release was a direct
11   hydrocarbon.
12        Q.    At line 15 when you say "Nobody
13   could have imagined the scale and magnitude
14   of the incident that we were going" --
15   "that we were going to respond to," I asked
16   you today whether you retracted that
17   statement.  You said no, but then you said
18   that there were risks analyzed for this
19   very type of blowout.
20        A.    Risk mitigation plans, that's
21   correct.  Most of those mitigation plans
22   were -- were of a preventive nature, you
23   know, prevention.
24        Q.    Was there even -- was there any
25   method in place for dealing with the
00115:01   eventuality of the blowout preventer not
02   being able to stop the flow of hydrocarbons
03   into the Gulf?
04        A.    All the technology we deployed
05   was existing technology.
06        Q.    So was there a -- for example,
07   what -- what was the huge metal bonnet
08   called?
09        A.    Cofferdam.
10        Q.    All right.  And the cofferdam
11   wasn't built yet, was it?
12        A.    That particular cofferdam, I
13   believe it was built.  It was from the
14   leaders and downers program from hurricanes
15   before.  It had been used in shallow water.
16        Q.    The first one that was
17   attempted.
18        A.    The cofferdam had been built and
19   it was repainted and -- and I believe parts
20   of the sides of it were modified to be able
21   to fit over the trench.  But --
22        Q.    How long did it take to do that?
23        A.    To modify the cofferdam?  Not
24   very long.  I don't remember the exact
25   time, but it was cutting some steel.
00116:01   Q.    Did it work?
02        A.    The cofferdam did not work.
03        Q.    All right.  What was the next
04   method that was used to attempt to stop the
05   flow of hydrocarbons into the Gulf?
06        A.    At the time we were doing the
07   cofferdam, we were still trying to activate
```

```
08   the BOP and trying to understand the
09   configuration of the BOP and activate it.
10         Q.    Note that for the record --
11         A.    We're running many things in
12   parallel.
13         Q.    What was the next thing other --
14   after the cofferdam failed?
15         A.    We put in place the riser
16   section tool.
17         Q.    Okay.  And did that work?
18         A.    It collected -- collected oil
19   from -- from the --
20         Q.    And did it prevent the movement
21   of hydrocarbons into the Gulf?
22         A.    It mitigated.  Didn't prevent.
23   Mitigated.  And then we also put a -- we
24   capped the drill pipe that was off to the
25   side.  We put a cap on that, closed that,
00117:01   mitigated the amount of hydrocarbons
02   spilling into the Gulf.
03         Q.    Okay.  And so if I understand
04   your testimony correctly, you are actually
05   saying today that you could imagine
06   something of this scale and that BP had
07   provided for that?
08         A.    What I said in this statement
09   was more to the responders, that no -- that
10   nobody could have under -- could have
11   believed what we had to go through to -- to
12   do this well, yeah, to -- it didn't -- it
13   doesn't -- there can't be drawn any other
14   references that you are trying to draw it
15   into.
16         Q.    You -- let's talk about your
17   involvement with the United States
18   Congress.  You actually did not testify in
19   front of the committee led by I think
20   Representative Waxman.  You didn't actually
21   testify in front of that?
22         A.    That's correct.
23         Q.    But you did give an interview to
24   staff members; is that correct?
25         A.    That's correct.
```

## Page 118:25 to 121:08

```
00118:25        Q.    You remember having been asked
00119:01   questions about negative pressure tests,
02   don't you?
03         A.    Yes.
04         Q.    And you gave answers about what
05   was appropriate and what wasn't, didn't
06   you?
07         A.    I was not aware I gave them a --
08   answers about appropriateness.  I think I
```

```
09  said --
10      Q.    I'll withdraw the word
11  "appropriate."  And use the one you used.
12  Should be the same on all three levels,
13  pressure should be the same on all three
14  levels?  Remember having said that?
15      A.    I remember explaining that there
16  was an anomaly on the drill pipe versus the
17  choke and kill line pressures.  And -- or
18  we believe they should have been the same.
19  We don't know why somebody elected maybe
20  not to take the kill line pressure into
21  account.  You know, I didn't know that at
22  the time.  I just could recognize that
23  those were the facts that I was told at the
24  time.
25      Q.    The kill line pressure or the
00120:01  drill pipe pressure?  What is your
02  understanding of the anomaly?
03      A.    That they were reading
04  differently.
05      Q.    And that tells you as a
06  petroleum engineer that what should happen?
07      A.    That told me based on what had
08  been -- so I'm -- I'm attempting to respond
09  to the BOP.  So I'm trying to understand
10  the configuration of the BOP that I'm
11  responding to.  So I'm getting information
12  from people during the response.  The fact
13  that one line had higher pressure than the
14  other would -- we'd have -- in order for
15  that to happen, then the -- then the kill
16  line has to be closed off somehow or
17  there's something not operating properly in
18  the kill line.
19  We're not -- but there's an
20  anomaly there, and I don't know where
21  that -- why that anomaly is there during
22  that test.  But they had the kill line
23  closed.  I don't know what was going on.
24  Was it clogged?  We were concerned that
25  maybe the kill line could be plugged later.
00121:01  So -- so I said there was discrepancy in
02  those pressures.  One was 1400 and one that
03  they said was reading zero.
04      Q.    There was no doubt in your mind
05  by -- by the time you learned about the
06  1400 and the discrep -- and the anomaly
07  that that 1400 psi constituted hydrocarbons
08  escaping the well, didn't it?
```

Page 121:11 to 121:19

```
00121:11      A.    You say no doubt in my mind.  So
12  the evidence is that yeah, there was
```

```
13  pressure on the drill pipe and -- and the
14  well was -- post the event the well was
15  unloading at that point in time.
16       Q.   Yes.
17       A.   And that's -- that's borne out
18  by the evidence.  I'm pretty sure that that
19  was what was happening.
```

Page 137:02 to 138:03

```
00137:02      Q.   Well, are you familiar with the
     03  idea that the new head of BP will base his
     04  projected future -- sorry.  Will base
     05  performance rating on safety and only
     06  safety?
     07       A.   He -- well, again -- so it's a
     08  My Plan.  I'm not -- at the end of the day
     09  it's subjective, I believe, these ratings.
     10  But there's an entity plan and then there's
     11  a My Plan for the individual.  And inside
     12  the My Plan, most of those are -- are
     13  inputs rather than outputs, so they are --
     14  they're about gap closure.  They are about
     15  closing gaps to technical practices and
     16  things of that nature.  It's not -- it
     17  doesn't include production and cost and
     18  capital.  It's been changed in the
     19  individual.
     20       Q.   It includes safety?
     21       A.   It includes safety.
     22       Q.   He's focused on safety; isn't
     23  that correct?
     24       A.   That's correct.  Mostly it's
     25  about the safety aspect, yes.
00138:01      Q.   It's a change, is it not?
     02       A.   It's a -- it's a change from
     03  outputs to input, yes.
```

Page 138:21 to 138:25

```
00138:21      Q.   Which was based on safety?
     22       A.   Based on safety input, yeah,
     23  safety management, safety control, not just
     24  safety but the overall kind of OMS
     25  framework.
```

Page 154:12 to 156:04

```
00154:12      Q.   One of the things that you
     13  talked about and have subscribed to in your
     14  speech is this line, which is at page 4,
     15  line 21, "We were dealing with a well that
     16  was in 5000 feet of water, 50 miles from
```

```
17    shore.  Pressure at the midline -- mud line
18    at the sea floor was 2240 psi and it was
19    around 39 degrees Fahrenheit."
20            Why is that significant for this
21    committee to have heard about, sir?
22        A.    This committee was -- was
23    going -- is to look at advances in -- in
24    safety for drilling in the future and make
25    recommendations to the Ocean -- to the
00155:01    eventual formation of the Ocean Engineering
02    and Safety Institute.  And it's going to
03    advise the secretary.  So part of
04    the -- part of the lessons learned were
05    to -- to describe the difficult
06    environments at the sea floor, you know,
07    mile deep of water, the distances.
08    Q.    Understood.  But --
09        A.    Just to highlight what the
10    circumstances were because some of the
11    committee -- the new members, some were
12    from academia, some were from -- so we were
13    explaining to them the situation.  We're
14    just reaffirming what the facts were around
15    what we were trying to attack.
16    Q.    You weren't suggesting to these
17    people that were listening to you that this
18    was unusual for deepwater drilling, are
19    you, sir?
20        A.    No, I wasn't suggesting that it
21    was unusual.  I was suggesting that it
22    was -- the types of environments you have
23    to deal with.
24    Q.    Because that's what deepwater
25    drilling is about, these harsher
00156:01    environments than on the land or on the --
02    on the shelf; isn't that correct, sir?
03        A.    Much more -- yes, much more
04    challenging environment.  Yes.


Page 158:08 to 158:16

00158:08    Q.    Also one of the things that you
09    spent time talking about to this committee
10    was the thing that you were at least
11    partially in charge of in the -- in the
12    recovery process and that is source
13    response, correct?
14        A.    Source control.
15    Q.    Source control.
16        A.    Yes.


Page 161:18 to 169:25

00161:18 EXAMINATION BY MR. PALMINTIER:
```

19      Q.    Let me -- let me pause.  I am
20  going to wait until I get the rest of the
21  record, but what I was asking you is:
22  If -- if the record reveals that
23  you -- that the speech said climb steep
24  learning curve after -- that BP had to
25  climb a steep learning curve, would you
00162:01  disagree with that after the explosion and
02  fire?
03      A.    I don't recall what I am
04  referring to, the -- the learning curve,
05  but as far as responding to such as -- such
06  an event, yeah, I think we -- we -- yes, we
07  went through a very steep learning curve in
08  responding as quickly as we possibly could.
09      Q.    I assume from that answer that
10  BP had -- did not anticipate events of the
11  type that occurred on April 20th, 2010?
12      A.    No.  I think we -- we were aware
13  of risk of well control events in the Gulf
14  of Mexico.  We had a risk register for that
15  and we had mitigation plans in place for
16  well control events, well control policies,
17  all -- all these things in place.
18      Q.    I want to ask you some questions
19  about source containment.  What -- what's
20  your phrase for that?
21      A.    Source control.
22      Q.    Source control.
23      A.    That's the standard incident
24  command for that particular division.
25      Q.    Standard incident command.
00163:01  A.    Source control.
02      Q.    And it's actually called -- and
03  you've already testified about that.  I
04  apologize, source control.  And you have
05  testified that -- to begin with, you would
06  hope that -- that an event involving well
07  integrity never happened, but if it did,
08  that you would have a blowout preventer in
09  place that would stem the flow of
10  hydrocarbons up the well; is that correct?
11      A.    That's correct.
12      Q.    We know that in this case that
13  did not occur, so there were methods that
14  your group within the incident command were
15  responsible for, correct?  Methods for
16  trying to stop the flow of hydro --
17  hydrocarbons?
18      A.    I say there were -- no, there
19  were methods that we put forward given the
20  situation we have to try to activate the
21  BOP, if -- if it hadn't activated, we were
22  trying to activate it, close it.
23      Q.    Understood.

```
24              That's one of the methods that
25    you used to try to stop the flow of
00164:01  hydrocarbons, correct?
02         A.    Correct.  And it was a method
03    that was used on the rig floor apparently
04    to try to stop the flow of hydrocarbons and
05    then it was a method that we used later
06    after the rig sank, we were trying -- we
07    were still trying to activate components of
08    the BOP.
09         Q.    Yes, using -- using the -- the
10    remote vehicles?
11         A.    That's correct.
12         Q.    And none of those worked,
13    correct?
14         A.    We were -- yeah, correct.  We
15    were unable to -- to stop the flow of
16    hydrocarbons from the BOP --
17         Q.    Yes.
18         A.    -- using the ROVs.
19         Q.    You were actually there when
20    that failure to stop the flow of
21    hydrocarbons occurred, correct?  You could
22    observe in the offices of incident command
23    the failure?
24         A.    That's correct.  I was there.
25         Q.    Yes.
00165:01  A.    I was there when trying in
02    multiple attempts over many weeks to try to
03    activate different components of the BOP.
04         Q.    I have this visualization of
05    someone actually giving a command to
06    attempt to place the rams -- to make the
07    rams do what they were supposed to do.  Was
08    it -- was it like that or was someone
09    constantly trying to --
10         A.    No.  There was a -- so any time
11    you're going to work with a piece of
12    equipment like that, you have to give a
13    very clear --
14         Q.    Yes.
15         A.    -- clear procedure to the
16    individuals that were on the boat.  So the
17    way it was said, it would be live video
18    from the ROV itself.
19         Q.    Yes.
20         A.    Multiple ROVs in the water.
21         Q.    Yes.
22         A.    That night we only had two off
23    of one vessel.  Actually in the -- in the
24    room, we had the individuals from
25    Transocean providing the instructions to
00166:01  the people on the boat as to how -- how to
02    activate the rams from the ROV.
03         Q.    Were you present when someone
```

```
04  said, you know, 10, 9, 8, whatever, fire.
05      A.    It didn't exactly happen like
06  that.  So there was -- you know, there -- I
07  was present when they pulled -- what was
08  call the hot stabs and they pulled the
09  covers from hot stabs and they stabbed in
10  with the ROV.  They stab in to create
11  access to the chamber, to the -- to what we
12  thought was the chamber, the blind shear
13  ram, and -- and then to start pumping.  So
14  I was there, yes, when they gave -- but it
15  doesn't happen immediately.  Like it's a --
16  it's a period of time where the operation
17  starts and the operation ends.
18      Q.    And you watched that whole
19  process?
20      A.    Yes, I did.  Yes, I did.
21      Q.    And what was the reaction in the
22  room when it failed, just out of curiosity?
23      A.    Well, what --
24      Q.    Expletives?
25      A.    No.  We didn't understand
00167:01  what -- what was going on.  Okay.  So
02  there's a -- we're pumping with the ROV,
03  but we're building no pressure.  So there's
04  a certain amount of volume that you can
05  pump as you're -- that you're pumping, that
06  as you fill the chamber, you should start
07  to see pressure and we saw no pressure.
08          So we were unclear as to -- we
09  BOP components are very complicated, and in
10  order to go in through the hot stab, you
11  have to shuttle a little valve over to give
12  you access.  So we were unclear as to
13  whether or not we had enough pressure
14  for -- to shuttle that valve over.
15      Q.    Yes.
16      A.    So we weren't totally dis -- you
17  know, we were trying to collect data
18  constantly, trying to understand.
19      Q.    But eventually you reached the
20  conclusion that that process using the ROVs
21  was not going to work, correct?
22      A.    Eventually we
23  concluded -- eventually we concluded that
24  some way somehow the ram was closed --
25      Q.    Okay.
00168:01      A.    -- and -- and that it
02  had -- because eventually after -- after
03  attempting for a very long period of time
04  to -- to get access to the chamber, the
05  pressure chamber, because there were
06  multiple leaks and the drawings that we
07  were provided of the BOP were inaccurate,
08  were not the right drawings.  So as we
```

```
09   looked at it that night, what we thought we
10   were pumping into we weren't.
11        Q.    Who provided you with those
12   drawings?
13        A.    Transocean provided us with
14   those drawings.
15              So eventually we came to -- once
16   we got everything -- like I said, the ram
17   was already closed.  And so, you know,
18   if you fail that -- well, it failed.  But
19   it was already closed, so we were trying to
20   close it, but it was already closed.
21        Q.    And it just didn't do what it
22   was supposed to do when it closed, correct?
23        A.    Well, we didn't know what -- if
24   it was -- we finally -- we figured out
25   eventually by X-raying the back of the ram
00169:01   that it was closed and locked, which meant
02   that the ram had traveled a certain
03   distance, which would have meant it had to
04   have done something.  But we didn't know if
05   it had -- if it was on some
06   err -- something that it couldn't cut or
07   didn't properly cut.  Or there's a
08   situation where, if you got enough
09   hydrocarbons flowing through the BOP, the
10   rubbers on the ram could be damaged and it
11   won't seal.  So it could have cut and
12   didn't seal because the hydrocarbons
13   destroyed the rubber.  So there were
14   multiple different scenarios.
15        Q.    But at some point you, you and
16   your team reached the conclusion that using
17   the BOP to try to stop the flow of
18   hydrocarbons could not succeed.  Isn't that
19   true, sir?
20        A.    That's correct.
21        Q.    And when you reached that
22   conclusion, you began to look for other
23   methods to stop either permanently or
24   temporarily the flow of hydrocarbons; isn't
25   that true?
```

Page 170:03 to 170:04

```
00170:03        A.    No.  We were -- that was all
04   being done parallel.
```

Page 170:06 to 170:15

```
00170:06        Q.    Okay.
07        A.    We didn't do things in series.
08   You know, we -- so we were building, you
09   know, building the manifold for the junk
```

```
10  shot.  And all of these things were being
11  built in parallel.  We didn't do things in
12  a series and say, okay, now it didn't work,
13  now let's go engineer something else.  Like
14  I said in the beginning, all these
15  initiatives were running at the same time.
```

Page 170:19 to 174:17

```
00170:19        Q.     Were you involved in the design,
     20  planning and implementation of any of the
     21  -- for example, the containment dome, did
     22  you participate in the design of that?
     23        A.     You're referring to the
     24  cofferdam, the containment cofferdam?
     25        Q.     Yes.
00171:01        A.     I participated in the concept
     02  and agreed to proceed with the way, you
     03  know, to -- to deploy the -- the cofferdam.
     04  I didn't design the cofferdam.  The
     05  containment team designed how to deploy it
     06  and how to hook it up.
     07        Q.     One of things that you mentioned
     08  in your speech to the committee was that
     09  these depths affect temperature and
     10  pressure, correct?
     11        A.     That's correct.
     12        Q.     Did BP in its participation in
     13  the design and development of the cofferdam
     14  take into consideration any of those
     15  special conditions?
     16        A.     Yes, absolutely.
     17        Q.     Did it take into consideration,
     18  for example, the effect of methane?
     19        A.     Yes absolutely.
     20        Q.     What -- what was the effect of
     21  methane that you had to be concerned with
     22  in the development and -- and use of the
     23  cofferdam?
     24        A.     We had to be concerned with the
     25  formation of hydrates.  Which is a
00172:01  crystallized methane.
     02        Q.     Okay.  And did -- because you
     03  knew about the possibility of the
     04  crystallized methane, you were the persons
     05  involved in the design, what steps were
     06  taken to prevent the adverse effects of it?
     07        A.     So we -- so -- so in other
     08  words, there's what's called a hydrate
     09  window.  Okay.  So there's a -- there's
     10  a -- for the environment where hydrate form
     11  or it won't form.
     12        Q.     Okay.
     13        A.     And what we knew was -- what we
     14  were told by our experts, we brought in
```

15  experts from different -- different
16  companies and experts from inside the
17  company to study and try to tell us the
18  hydrate window.  But in order to -- to do
19  that perfectly, you have to have the
20  composition of the fluids at -- at that
21  point and that pressure and everything,
22  which wasn't very well-known.
23      Q.    Yes.
24      A.    Okay.  So our teams told us we
25  were outside the hydrate window, okay, and
00173:01  so we went into it thinking we were outside
02  the hydrate window.  It wasn't correct.
03  Once we got in there, hydrates formed
04  inside the cofferdam and so -- and we
05  couldn't pump -- typically a mitigation
06  factor would be methanol, pump alcohol
07  to -- to -- you can't pump enough methanol
08  to resolve that.  We couldn't get it on
09  quick enough, and then we knew that once it
10  heated up just a little bit, we definitely
11  would be outside the window, but deployment
12  and installation didn't allow us to --
13      Q.    Was it the buoyancy of the
14  crystallized methane that was the problem,
15  wouldn't let the cofferdam seat properly?
16      A.    No.  As we brought the cofferdam
17  over, what was eventually the crystal
18  methane would form ice.
19      Q.    Yes.
20      A.    And then the cofferdam began to
21  float --
22      Q.    Yes.
23      A.    And then we had to go set it
24  down on the sea floor.  It was over.  But
25  even if it hadn't floated, it's likely that
00174:01  the ice formation would have clogged the
02  path of the hydrocarbons up to the vessel
03  anyway.
04      Q.    Yes.
05            Was there any other factor that
06  rendered it, the cofferdam unsuccessful
07  other than that, than the methane
08  crystallization problem?
09      A.    Well, we never got very far.  We
10  never got it seated.  Just as we got it
11  close -- and it doesn't take much methane
12  to form the ice that would -- the kind --
13  the amount of ice that got formed on the
14  cofferdam and then we had to abort it.
15      Q.    So meanwhile, hydrocarbons are
16  flowing into the Gulf?
17      A.    That's correct.

Page 175:10 to 175:24

```
00175:10       Q.    Mr. Dupree, again, you're still
      11 under oath.  Off the record, while we were
      12 waiting to go back on the record, we have
      13 obtained a full transcript of the -- of
      14 your speech in front of the committee that
      15 we have been referring to and we're going
      16 to offer, file and introduce the full
      17 transcript which has some page and line
      18 discrepancies as Exhibit 3044?
      19               (Exhibit 3044 was marked
      20 for identification.)
      21               And we have provided it to
      22 everyone in the room and no one has
      23 expressed an objection to this introduction
      24 so we'll go ahead and --
```

Page 176:17 to 178:16

```
00176:17 What is a top hat?
      18       A.    A top hat is -- is a name that
      19 we -- somebody on the team came up with.
      20 It's a device to put over the -- it's a
      21 small device about the size of this table
      22 area here, to put over the top of the well
      23 to try to capture hydrocarbons up -- up
      24 into the -- the Enterprise at that time, to
      25 try to allow a pathway to capture the
00177:01 hydrocarbons up to the -- the Discovery
      02 Enterprise.
      03       Q.    And so it has a -- both a
      04 seating mechanism that you described as
      05 relatively small and tubing to the surface,
      06 correct?
      07       A.    The top hat itself is
      08 just -- it's like an upside down, very
      09 large trash can.  But it's a -- it's a very
      10 heavy piece of equipment.  It had -- we
      11 built several designs.  One -- one of the
      12 designs that we deployed had some seals
      13 around the base and had some vents that we
      14 could open and close so that we -- we can
      15 manage the amount of hydrocarbons going up
      16 from the sea floor.
      17               It had methanol injection to try
      18 to manage hydrates up the -- up the riser
      19 and then it had a riser -- a connection
      20 latch and then a connect and then a riser
      21 all the way up to the -- or an intervention
      22 riser all the way up to the Enterprise so
      23 it could -- so hydrocarbons could board the
      24 Enterprise up the top hat and then be
      25 processed and then stored.
00178:01       Q.    You called the tubing an
      02 intervention riser?
```

```
03        A.    A riser, that's correct.
04        Q.    Now, who designed the top hat
05   that you actually deployed?
06        A.    The containment team -- there
07   was a whole team of engineers that designed
08   the -- the top hat.  I think one of the
09   primary designers, I think, was Stan Bond.
10   Stan Bond and --
11        Q.    And who is he with?
12        A.    He was with BP.  Richard,
13   Richard Lynch, who led the containment
14   effort, he had multiple engineers
15   underneath him, but I think Stan was the
16   one that designed many of the top hats.
```

Page 178:24 to 185:09

```
00178:24       Q.    There was more than one top hat?
      25       A.    Yes.
00179:01       Q.    Of the kind that you said was
      02   constructed in the intervention process,
      03   correct?
      04       A.    That's correct.
      05       Q.    And how many were deployed?
      06       A.    We only deployed one.
      07       Q.    Do you remember the volume that,
      08   the one that was actually deployed, the top
      09   hat that was actually deployed, that it was
      10   designed to collect?
      11       A.    There wasn't -- the restriction
      12   for collection wasn't the hat itself.  It
      13   was the physics of the hydrocarbons going
      14   up this riser and then the amount of
      15   capacity on the surface on the Enterprise
      16   that was there to process the hydrocarbons,
      17   so --
      18       Q.    Okay.  And it wasn't designed,
      19   was it, to completely eliminate the loss of
      20   hydrocarbons, but merely to mitigate while
      21   other methods were being used; is that a
      22   fair statement, a correct statement?
      23       A.    No.  I -- at the time we
      24   believed that it would capture most of the
      25   hydrocarbons.
00180:01       Q.    And were there any risks --
      02   okay.  Were there any risks involved in
      03   the -- in the use of the top hat from an
      04   environmental standpoint?
      05       A.    No, not to my knowledge.  We
      06   were trying to mitigate -- we were trying
      07   to mitigate the environmental damage by
      08   using the top hat.
      09       Q.    But it was unsuccessful; is that
      10   correct?
      11       A.    The top hat was very successful
```

```
12    for what it was intended to do.
13         Q.    Okay.  I'm sorry.
14         A.    It collected a significant
15    amount of hydrocarbons.
16         Q.    What percentage of the flow, do
17    you know --
18         A.    I don't know.
19         Q.    -- was captured?  But it was
20    less than 25 percent?
21         A.    I didn't know -- I don't know.
22    I couldn't tell.
23         Q.    That's okay.  Okay.  We talked a
24    little bit about the junk shot.  What -- is
25    there another name for junk shot?
```

00181:01         A.    That was the -- that was the --
```
02    the name that was given from -- well, well
03    control and others that actually performed
04    these types of operations before.
05         Q.    Yes, sir.
06         A.    It was really a dynamic kill,
07    is, I think is what people refer to as a
08    technical term, dynamic kill --
09         Q.    Dynamic kill?
10         A.    -- with a --
11         Q.    Okay.  And then tell -- explain
12    then what the difference between a dynamic
13    kill and a top kill would be or is there a
14    difference?
15         A.    Top kill was just another phrase
16    that was -- that was given to the -- to the
17    overall operation that included -- what --
18    when you refer to dynamic kill, it means
19    you're going to try to kill the flow
20    while -- while it's -- you know, you're
21    going to try overcome it, you know, you're
22    going to try to overcome it and force it
23    back while it's still -- while it's still
24    got access to -- to exit, you know, either
25    the wellbore or whatever.
```

00182:01              So they are kind of both the
```
02    same.  They are one in the same pretty
03    much, but the terminology that was used
04    wasn't standard industry terminology.
05         Q.    Okay.
06         A.    So top hat, RIT tool, you know,
07    these are things we gave them names.
08    Nobody ever built a tool like that before
09    and nobody ever siphoned oil before using
10    it, a RIT tool or top hat, you know, in
11    open water in that depth trying to
12    collect -- nobody had ever done that
13    before.
14         Q.    Okay.  But loss of hydrocarbons
15    into the water in this fashion was
16    anticipated in the risk analysis, wasn't
```

```
17  it?
18      A.    Which risk analysis are you
19  referring to?
20      Q.    In the one that you have been
21  referring to throughout your testimony,
22  that -- the idea that hydrocarbons would
23  flow freely into the Gulf in this case was
24  part of the general anticipation of risk in
25  this case, correct?
00183:01      A.    Well, the risk assessments,
02  there is -- you know, there's mitigation
03  plans to an event, a well control event,
04  and a well control event would have meant a
05  release.
06      Q.    Yes.  So the answer is yes, that
07  was one of the things that was anticipated,
08  correct?
09      A.    Yes.
10      Q.    And -- but we see in April of
11  2010 and -- and especially in May and
12  later, efforts to mitigate the flow using
13  things that have never been used before
14  that you just talked about; isn't that
15  true?
16      A.    That's true.
17      Q.    It's fair to say then that the
18  anticipation of the risk was not met with
19  the preparation against the risk; isn't
20  that true?
21      A.    Well, most of the risk was on
22  prevention.  You know, most of the risk
23  management was prevention of such an
24  occurrence.
25      Q.    So you disagree with my
00184:01  statement?
02      A.    I disagree with you.
03      Q.    Okay.  And tell me, in this
04  case, I mean since the terminology is
05  basically being applied at -- at birth
06  and -- of these procedures.  Tell me in
07  this case what a top kill was.  And
08  I'm -- my reading indicates that a top kill
09  was attempted at the end of May of 2010.
10      A.    Well, a top kill was -- the
11  terminology is -- just to be clear, you
12  know, the industry understands how to --
13  has killed multiple wells before from the
14  top and the bottom.  Bottom kill was how we
15  were referring to a relief well.
16      Q.    Relief well.
17      A.    Top kill was when we went to
18  enter through the top.  So in order to do
19  the -- the top kill, since the BOP was not
20  functioning, wasn't alive, you know, the
21  brains of the BOP, we had to pull one of
```

```
22  the pods.  We had to have the ability to
23  operate the BOP because we had to have the
24  ability to connect to the BOP to try to
25  pump mud down the BOP.
00185:01      Q.    Okay.
02      A.    So we pulled the yellow pod out
03  of the BOP, brought it to surface,
04  reconfigured it and brought the BOP alive
05  again, you know, reestablished -- then put
06  it back, redeployed it and then had what's
07  called a mux cable, which is a cable that
08  allows you to send signals to the BOP to
09  operate it as if --
```

## Page 185:12 to 186:23

```
00185:12      A.    So that you could operate the
13  BOP in a similar fashion as -- as if -- as
14  if the event hadn't happened.  So you
15  actually have control, some control from
16  the surface using this mux cable.
17      Q.    Okay.
18      A.    So first thing we did was try to
19  reinstall some brains in the BOP so we
20  could activate it because we had to
21  turn -- we had to open up multiple valves
22  on the side because we were going to enter
23  the well through the -- through the choke
24  and kill lines in order to --
25      Q.    Okay.
00186:01      A.    So -- so that was the -- so what
02  the idea is, we enter the well through the
03  choke and kill lines at the BOP and we
04  inject mud --
05      Q.    Okay.
06      A.    -- and we try to overcome the
07  flow.  Now, the -- the junk shot, because
08  we know we have hydrocarbons going up and
09  escaping actually out through the riser at
10  that time --
11      Q.    Yes.
12      A.    -- right.  The junk shot was
13  deployed as things that you put in the hope
14  that you plug up the holes, you know, plug
15  temporarily just to give enough time for
16  the mud to -- to overcome the well.  That's
17  the concept of the -- of the top kill.  So
18  we're trying to get -- the flow
19  was -- was -- was contained by this junk,
20  just slowed it up enough so that we could
21  catch up and start sending mud down the
22  hole and eventually a column of mud would
23  kill the well.
```

Page 187:24 to 190:06

```
00187:24        Q.    All right.  And based on your
      25  description of the attempt at top kill,
00188:01  pushing the mud down and then corresponding
      02  to the junk shot, holding things down long
      03  enough for the mud to work, my impression
      04  is that you must have lost some mud into --
      05  into the water.  Is that a correct
      06  statement?
      07        A.    That's correct.
      08        Q.    And generally what would
      09  you -- you do -- you would describe that
      10  top kill as unsuccessful, correct?
      11        A.    That's correct.
      12        Q.    And why was it unsuccessful, do
      13  you know?
      14        A.    At the time we pumped the job,
      15  we were constantly looking at pressure
      16  curves to try to -- because we had modeled
      17  the job.  So we're constantly looking at
      18  these different pressure volume curves to
      19  try to understand what's going on.
      20            So as we're pumping junk and
      21  we're doing the dynamic kill, it would
      22  appear that we were getting ahead and
      23  getting ahead and then we would, we would
      24  kind of lose -- lose control.  Something
      25  would happen and we wouldn't -- we wouldn't
00189:01  keep advancing.  Somehow we were -- we were
      02  at some point where we wouldn't -- we
      03  couldn't finish.  You know, we got -- in my
      04  opinion got very close several times to
      05  killing the well to where we saw, you know,
      06  the -- the rates out of the kink really
      07  slowed down and diminished.  That means we
      08  were getting ahead.
      09        Q.    Yes.
      10        A.    But we would only get to a
      11  certain point and then we couldn't -- we
      12  couldn't continue to gain on the well.  So
      13  we had hypothesized that -- given the --
      14  you know, we didn't really understand the
      15  configuration of the well inside the BOP or
      16  downhole, what was still intact, what
      17  wasn't.
      18            So we hypothesized that there
      19  was a chance that we had some failure in
      20  the casing where the mud wasn't going down.
      21  It was going down, but some may have been
      22  escaping somewhere else.  So we -- we
      23  worked over three days, pumped -- made some
      24  multiple attempts.
      25        Q.    Meanwhile the mud that's being
00190:01  pumped down is escaping into the Gulf,
```

```
02  correct?
03       A.    That's correct.
04       Q.    Now, and there was no method in
05  place for mitigating the loss of the mud?
06       A.    No.
```

Page 192:01 to 192:09

```
00192:01      Q.    I see.  Now, this -- I will call
02  it com -- combination top kill/junk shot,
03  based on your explanation, who designed
04  that?
05       A.    It was designed with -- with our
06  consultant, well control and Mark Mazzella,
07  our engineer authority for well control in
08  BP.  Mark actually pumped the job and was
09  offshore and -- and executed on the job.
```

Page 192:21 to 195:18

```
00192:21  What is a static kill?
22       A.    A static kill is in a sit -- so
23  there's dynamic situation.  Right, there's
24  nothing flowing.
25       Q.    Okay.
00193:01      A.    You are in a static condition.
02  So this is when the -- the capping stack
03  was on and deployed, and in that situation
04  we're still starting from the top.  We're
05  going to go in with the mud, but there's no
06  flow, right, so the capping stack is
07  providing your equivalent of your junk
08  shot.  There's nothing flowing, and then
09  you just -- what we call bullhead, bullhead
10  right down, so we just put a slug of mud
11  right down the well to the reservoir and
12  then it's dead.
13       Q.    Okay.  Is that -- that's what
14  actually eventually --
15       A.    That's -- we capped it with a
16  capping stack --
17       Q.    Yes.
18       A.    -- and then came on later and
19  did the static kill.
20       Q.    Okay.  Why did -- why did we
21  need to wait for the static kill to be
22  exercised?
23       A.    The -- so all the components on
24  the BOP, the capping -- the BOP, the LMRP,
25  the lower marine riser package and the
00194:01  capping stack was on top of that --
02       Q.    Yes.
03       A.    -- and we had a transition spool
04  there.  There were certain ratings that we
```

```
05   were concerned about so that the pressure
06   as -- as is normal, when you shut in a
07   well, the pressure on the surface at the
08   capping stack where the pressure gauges
09   were, the pressure went to 5- or 6,000 psi
10   and was going up to 7,000.  So the pressure
11   on the surface was going up and it
12   was -- what we were doing was trying to see
13   where that pressure was going to go because
14   there was a concern mainly in -- in the
15   government with the science team that when
16   we began the static kill, it was going to
17   take an increase in pressure at the surface
18   before the pressure would fall.  Because as
19   you put mud on this -- this column, the
20   pressure will fall.  You take it over to
21   zero at the end.  And there are certain
22   ratings of that equipment that you didn't
23   want to exceed.  So --
24        Q.    Which was what?
25        A.    Huh?
00195:01      Q.    What was the risk if you
02   exceeded?
03        A.    If you exceed the rate, you
04   could potentially release hydrocarbons, you
05   could have a failure in one of the
06   components and then that failure would then
07   lead to -- back to where we were.
08        Q.    Open you back up again.  Okay.
09        A.    So it was heavily debated.
10   Turned out to be a nonissue.  The -- the
11   increase in pressure when we started to
12   inject was like 16 psi.  So when we
13   started, the pressure went up to 16 psi
14   from 7,500 and immediately started to fall
15   right when we started to pump.  There
16   wasn't -- it turned out that it wasn't as
17   big an issue, but we studied it deeply
18   before we did it.
```

Page 196:10 to 196:21

```
00196:10      Q.    Do you know whether or not the
11   static kill completely eliminated the flow
12   of hydrocarbons into the Gulf or did --
13   before August -- or after August 5th or has
14   there been leakage since then?
15        A.    So I -- my opinion the -- the
16   capping stack on July 15th stopped all the
17   flow into the Gulf.
18        Q.    July 15th.  Okay.
19        A.    And then the static kill later
20   just was the beginning of the abandoning
21   process of the well.
```

Page 199:13 to 201:18

```
00199:13      Q.    In order to give an absolute
      14  secure approach to the well after it had
      15  been cemented, correct?
      16      A.    Yeah, well, the relief wells had
      17  been started within, you know, weeks of the
      18  event.  Like I said, one of the things in
      19  parallel that we initiated and we -- we
      20  drilled two -- not -- the second one was in
      21  case the other one had trouble getting
      22  down, we had a second one on the way.  And
      23  so --
      24      Q.    Yes.  I was going to ask you,
      25  why two?
00200:01      A.    Why two?  Well, because we -- we
      02  didn't want to have a situation where we --
      03  we would have stuck pipe on one or have
      04  troubles on one rig and then have that cost
      05  us months.  We wanted to go ahead and have
      06  two up.  The one that was ahead, the one we
      07  started first -- we eventually suspended
      08  the second one because we were using
      09  magnetics to find -- we didn't want the
      10  magnetics to be confused and find the other
      11  relief well.
      12      Q.    Yes.
      13      A.    We were trying to find the
      14  Macondo wellbore as we were going down.  So
      15  we suspend the well here and once it gets
      16  to a certain depth, some problem, have to
      17  locate that, we'll go back to that one.
      18  But we eventually suspended it and then the
      19  idea was to find the -- to intersect --
      20  to -- to intersect the actual wellbore, but
      21  go around it and then intersect it.
      22      Q.    Now, have you ever seen two
      23  relief wells in tandem done the way you
      24  just described?
      25      A.    No.
00201:01      Q.    Who designed that concept, do
      02  you know, the concept of tandem staggered
      03  relief wells?
      04      A.    I wouldn't say we designed the
      05  concept.  We sat and we -- we decided that
      06  we're going to drill a relief well and
      07  we're going to have a backup.
      08      Q.    Who is "we"?
      09      A.    It would be myself and Andy
      10  and -- and the drilling team.  Essentially
      11  we -- we decided we wanted to -- we
      12  discussed it with the Department of
      13  Interior, discussed it with Secretary
      14  Salazar and decided that we would
      15  drill -- we would initiate two relief wells
```

```
16  as soon as we possibly could.
17        Q.    And Unified Command approved it?
18        A.    Absolutely.
```

Page 212:02 to 212:14

```
00212:02      Q.    Okay.  And when did you start
03  working with them?
04        A.    In January of 1985.
05        Q.    And what was your position?
06        A.    I was hired as a -- what's
07  called a petro physical engineer, so -- in
08  that sense, I worked in the California
09  exploration and acquisition organization in
10  San Francisco.  I was hired directly out of
11  school to join Sohio and I was hired as a
12  reservoir engineer, is kind of a
13  discipline, but the subdiscipline is called
14  petro physical engineering.
```

Page 218:02 to 222:08

```
00218:02      Q.    Okay.  Thanks.  Now, I want to
03  jump back to the -- you were just
04  testifying about, a little while ago, your
05  role during the response to the spill, and
06  I am just going to try and give you a
07  summary understanding and tell me -- tell
08  me if I'm wrong.  You were in Houston in
09  charge of BP's efforts to control the well?
10        A.    Control the source.
11        Q.    Okay.  And I think I've heard it
12  said, I believe by you, but definitely by
13  others, that BP was sparing no expense in
14  trying everything it could to control the
15  source?
16        A.    That's correct.
17        Q.    You had every resource in BP at
18  your -- at your disposal?
19        A.    Absolutely, yes.
20        Q.    Okay.  How many hours a day were
21  you working during the response?
22        A.    Probably sometimes 24, at least
23  for the first week.  It was -- later on I
24  usually spent anywhere between 12 and 15
25  hours in the response.  Sometimes I slept
00219:01  in the building.  I was there 150 days
02  on -- on the third floor.
03        Q.    And that was your sole
04  responsibility?
05        A.    That was my sole responsibility.
06        Q.    And there were other people
07  working just as hard as you to try --
08        A.    Absolutely.  500 people there.
```

```
09   Not all of them -- some of them were on
10   different schedules, but --
11        Q.    And the only thing all of you
12   were tasked to do is stop the flow of oil?
13        A.    That's correct.
14        Q.    Okay.  You said earlier that you
15   interacted a lot with certain government
16   officials.  I think you mentioned Secretary
17   Salazar?
18        A.    That's correct.
19        Q.    Secretary Chu?
20        A.    Yes.
21        Q.    Admiral Allen?
22        A.    Yes.
23        Q.    Did you interact with Admiral
24   Landry?
25        A.    Admiral Landry is Mary Landry,
00220:01   right?
02        Q.    Yes.
03        A.    She was in New Orleans so she
04   was -- she had came and visited Houston
05   several times.  So yes, I met her.  I
06   didn't interact day-to-day with her.  There
07   were other Coast Guard officials and
08   different commanders that were in Houston
09   at the time that -- that worked up through
10   the Coast Guard chain of command.
11        Q.    Who were those individuals?
12        A.    There was a Commander Shepherd.
13   There was a Commander Little.  There was a
14   Admiral Cook.  They rotated in and out and
15   moved around over time.  I can't remember
16   all of their names, but --
17        Q.    That's fine.
18        A.    -- they came and they went.  But
19   Admiral Cook was certainly one of the
20   senior ones that was on the ground with us,
21   involved in all of our meetings and
22   involved in all decision-making.
23        Q.    Okay.  And did you interact with
24   the team of science advisors that Secretary
25   Chu brought in?
00221:01   A.    Absolutely.
02        Q.    And did you interact with Marcia
03   McNutt?
04        A.    Yes.
05        Q.    And the flow rate technical
06   group that she was heading up?
07        A.    I never interacted with the flow
08   rate technical group.
09        Q.    Okay.
10        A.    I interacted with Marcia.
11   Secretary Salazar brought Marcia in, so
12   that she was his representative when he
13   wasn't there, and so she part -- Marcia
```

```
14  participated in everything.
15       Q.   Okay.  And at all times when you
16  were interacting with these people, you
17  were open in all your dealings, you were
18  trying -- if somebody wanted information,
19  you provided information if you were able
20  to?
21       A.   Absolutely.
22       Q.   To the best of your knowledge,
23  those government individuals you were
24  working with, they were -- their one
25  objective as well was trying to -- was
00222:01  trying to seal this well up, correct?
02       A.   Absolutely, yes.  That's
03  correct.
04       Q.   And with everything they were
05  trying to do, they were always doing their
06  best to be open and honest with you, to the
07  best of your knowledge, correct?
08       A.   Yes, that's correct.
```

Page 225:05 to 230:07

```
00225:05      Q.   Okay.  I want to -- you spoke
06  with Mr. Palmintier in some detail about
07  various response efforts, and so I wanted
08  to be able to skip -- if you could skip to
09  the page -- make sure I'm at the right page
10  here.  Page 146.  Before I have you review
11  that, did you direct anyone to try to
12  estimate the flow of oil out of the well?
13       A.   No.
14       Q.   Why not?
15       A.   At the time we were working
16  early on, it really wasn't -- when we were
17  work on the BOP, what was flowing wasn't
18  going to change what we were doing.  What
19  we were trying to do is make the flow rate
20  zero.  So I really wasn't concerned
21  about -- and I -- I was concerned about the
22  flow of oil, okay, but I -- the rate didn't
23  matter.  What mattered was trying to close
24  the rams, that's what mattered.  Close the
25  rams, the rate goes to zero.  So that was
00226:01  my primary focus in the beginning.
02       Q.   Once the efforts moved from BOP
03  intervention to other efforts, did you ask
04  anyone to try the calculate the flow of
05  oil?
06       A.   No.  I knew there were
07  calculations ongoing and I -- and I was
08  aware of these.  There was an estimate that
09  came out in New Orleans, out of Unified
10  Command, that somebody else was actually
11  making estimates of the flow rate of oil.
```

```
12        Q.    Did you ever ask anyone to
13   determine the constituents of what was
14   going out; i.e., gas versus oil fractions?
15        A.    Not that I recall that -- now,
16   we had -- we had hydrocarbon samples from
17   the reservoir that would give some form of
18   indication of what the -- the hydrocarbons
19   chemical makeup was, so what the gas is,
20   what the gas makeup would be versus what
21   the oil makeup would be of a straight oil
22   flow.  We had some idea of that from the
23   actual samples of oil before the -- before
24   the event.
25        Q.    The cores that were taken, the
00227:01   logging that was being done --
02        A.    There was actual -- there was
03   actual samples taken.  So there was a tool
04   at the surface that can draw a sample and
05   keep it in close containment and you study
06   the -- the chemistry of the oil from that.
07        Q.    I was trying to refer to that as
08   a core.  Is that not the right word?
09        A.    That's not a core.  That's
10   a -- it's just a downhole sample.
11        Q.    Appreciate your correcting me.
12        A.    A core is when you bring up a
13   piece of rock.
14        Q.    Okay.  My understanding from
15   your testimony this morning was that with
16   the cofferdam, it would have been useful to
17   know the properties of the -- of the fluids
18   coming out in order to determine when
19   hydrates would form?
20        A.    That's correct.  Now, we -- we
21   had -- we had those fluid samples and we
22   had hydrate experts.  People had written
23   books on hydrates.  We brought in experts
24   and it still -- it's not a perfected
25   science to tell you if you're going to be
00228:01   in this window or not, where it's going to
02   form or not.  Our experts were telling us
03   we weren't in the window, which clearly was
04   not the case when we deployed the
05   cofferdam.
06        Q.    I want you to look at the second
07   full paragraph on page 146 of Exhibit 3045.
08   And I am going to -- I'm going to ask you
09   to -- to see if I read this correctly.
10             It says, "Inaccurate estimates
11   of the well's flow also affected the
12   cofferdam effort.  According to Suttles,
13   during this time, no one at BP believed the
14   flow was greater than 13,000 to 14,000
15   barrels per day.  The government's then
16   current estimate of the flow was 5,000
```

```
17   barrels per day.  The far larger volume of
18   the actual flow was about 60,000 barrels
19   per day, according to government's now
20   current estimate, may be part of the reason
21   hydrates formed more quickly than
22   expected."
23            Did I read that correctly?  I'm
24   not saying if you agree with it, but did I
25   read it correctly?
00229:01        A.    Yes, you read it correctly.
02        Q.    Now, do you agree that a larger
03   flow of oil than what was estimated at the
04   time may be part of the reason hydrates
05   formed more quickly than expected?
06        A.    No.  And the -- so it doesn't
07   take -- so the cofferdam, it's a big thing.
08   But it doesn't take much methane to form
09   ice and the thing floated fairly quickly.
10   So theoretically we could go and -- and
11   take the buoyant weight of that big piece
12   of steel and figure out how much methane
13   was required to create the ice to make it
14   float.  And I have never done that
15   calculation, but it doesn't take much
16   methane to create a big piece of ice.  And
17   so rate-wise it wouldn't have -- I don't
18   think it would have mattered.  And we were
19   way -- the thing started to float before we
20   even got close to the -- to the source
21   so -- do you follow my --
22        Q.    Well, I -- I just want to make
23   sure I get that you tell us everything,
24   everything that --
25        A.    But certainly we didn't think --
00230:01   we didn't think, oh, we have some kind of
02   rate issue.  It doesn't take much methane
03   to create the kind of ice that made it
04   float.
05        Q.    But the bigger the flow, the
06   higher the chances there's enough methane,
07   right?
```

Page 230:10 to 230:13

```
00230:10        A.    It just -- it doesn't take much
11   methane at all create to kind of ice that
12   made the cofferdam float.  No.
13        Q.    So in your opinion it was very
```

Page 231:15 to 233:19

```
00231:15        Q.    And I have seen numbers -- and I
16   want to see if you recall -- of ships for
17   collection being deployed to collect up to
```

```
        18  80,000 barrels of oil per day.  And I think
        19  these were -- these were plans maybe
        20  ballpark late June when they were being
        21  drawn up.  My question is:  First
        22  were -- is that your recollection
        23  of -- of -- were there plans to try and
        24  collect as much as 80,000 barrels of oil
        25  per day?
00232:01       A.    There were several plans that
        02  started with the Enterprise and eventually
        03  led up to the Enterprise.  And there's a
        04  lot of documents on this that we shared
        05  with the government.  And plans that were
        06  given to Admiral Allen who -- who began to
        07  call for more -- we began to call for
        08  more -- we wanted more redundancy.  And
        09  there was eventually a plan for two FPSOs
        10  and a collection from a vessel Q4000 and
        11  the Enterprise, and all that added up
        12  depending on what combination of vessels
        13  you put out there.  Could have added as
        14  high as 80,000.
        15       Q.    Can you just help me.  What does
        16  FPSO stand for?
        17       A.    Floating production offshore and
        18  storage unit.
        19       Q.    Okay.
        20       A.    That's the HP1.  We started it
        21  up late in the -- we started -- we actually
        22  flowed hydrocarbons into what was called
        23  the HP1 FPSO.
        24       Q.    Would it help for planning,
        25  collection and containment efforts to know
00233:01  how much oil was coming out?  It's a lot of
        02  work to try to figure out how to collect
        03  80,000 barrels of oil per day.
        04       A.    Well, we were -- we were -- we
        05  were trying to put redundancy in as much --
        06  in as much collection capability as
        07  possible.  So we were building -- putting
        08  like -- like we discussed at the beginning,
        09  we were sparing no expense and doing
        10  whatever it took, because nobody ever
        11  started up an FPSO in the Gulf of Mexico
        12  before.  So we had redundancy.  We had two.
        13  And if we needed two, we tried to use two.
        14       Q.    Okay.  But effort, brain power,
        15  money, people going towards building excess
        16  redundancy that might not be needed is
        17  power that can't be going towards doing
        18  something else that might stop the flow,
        19  right?
```

Page 233:22 to 241:04

```
00233:22      A.    Not sure what that something
      23 else was.  I think we deployed on pretty
      24 much everything.
      25      Q.    Well, there's -- there's
00234:01 only -- here's another thought.  There's
      02 only so much space on the water and subsea
      03 around the well; is that right?  You can't
      04 have infinite number of ships?
      05      A.    That's correct.
      06      Q.    And so if you have too many
      07 ships to try and collect oil they don't
      08 need to collect, you're not going to be
      09 able to have a ship that might be able to
      10 be involved in another intervention effort,
      11 right?  Or am I missing something?
      12      A.    Not really because the way -- I
      13 don't know if you've seen pictures of the
      14 sea floor layout.  But there was -- there
      15 was -- the idea wasn't just to collect
      16 directly from the top of the well.  The
      17 idea was that we would go to jumpers and
      18 then be able to flow up a riser to
      19 positions away from -- away from the site.
      20      So the -- the freestanding riser
      21 that we installed had no impact on that
      22 immediate area around the well.  It
      23 was -- and we started up the Helix
      24 producer.  So we have subsea flow systems
      25 that we are directing the flow up along the
00235:01 sea floor and up, so we're not impacting
      02 that core area.
      03      Q.    Okay.  Were you involved in the
      04 subsea injection of dispersants?
      05      A.    Yes.
      06      Q.    Okay.  And those dispersants,
      07 I'm sure you would agree with me, you would
      08 say that they had a beneficial effect, net
      09 beneficial effect?
      10      A.    Yes.
      11      Q.    And I think you testified -- not
      12 testified -- but I think I remember you
      13 saying, if it was somebody else, correct
      14 me, but one of the purposes of injecting
      15 the subsea dispersants was to prevent
      16 volatile gases from affecting responders at
      17 surface?
      18      A.    That's correct.
      19      Q.    And it also may assist in the
      20 breakdown of oil in the water?
      21      A.    That's correct.
      22      Q.    But the dispersants themselves
      23 have some toxic properties; is that your
      24 understanding?
      25      A.    I'm not an expert on
00236:01 dispersants, but they are a chemical.
```

02      Q.    So you wouldn't want to be
03 pumping more dispersants than you needed to
04 be pumping into the Gulf to get the job
05 done?
06      A.    That's correct.
07      Q.    And if you knew how much oil was
08 coming out, you would know better how much
09 in terms of dispersants you would have to
10 pump in?
11      A.    Not really because -- so nobody
12 had ever done subsea dispersants before.
13 Nobody had ever injected dispersants
14 subsea.  Actually Exxon had studied it and
15 had an expert inhouse that had been
16 studying subsea dispersants and
17 we -- Andy -- Andy Inglis got a call from
18 the CEO of Exxon who told him, hey, you
19 know, we got this -- this individual that
20 has studied this.  Send him over and talk
21 to us.
22           He came in and he saw myself and
23 my team.  He said they had never done it
24 before, but they think in a laboratory it
25 worked very well, in these beaker tests
00237:01 where they tried it.  But we had no idea of
02 what the amount of dispersants, the mix
03 rate, the perfection of the laboratory on
04 the dispersants to stop, to try to
05 mitigate, as you said, either the
06 hydrocarbons coming directly to the surface
07 to affect the responders, or to help the
08 hydrocarbons break-down over time.
09           There was very little guidance
10 on what the mix rate was, how much
11 dispersant per -- how much dispersant,
12 barrels of dispersant or gallons of
13 dispersant versus gallons of oil
14 were -- were required for -- to get the
15 right effect.  So we had no idea really.
16           They had beakers that they mixed the
17 stuff up.  But our situation on the sea
18 floor -- and if you -- if you've seen the
19 video, we started by trying to just spray
20 it into the -- into the oil that was coming
21 out of the trench and that later on we
22 built a tool to try to get it up inside of
23 the -- so it would mix better.  But we had
24 no idea how effective it was -- it was
25 going to be.  We knew that we had to -- we
00238:01 were -- we were -- as we started to do it,
02 that it was being very effective.  But we
03 didn't understand how effective it would be
04 and what the mix rate was.
05           So really what we injected was
06 based on the pump rate on the boat that we

07  had, was kind of the basis of how we tried
08  to inject the dispersants.
09       Q.    So the -- you were going to get
10  as much -- I'm sorry.  You were going to
11  try to get as great a volume of dispersants
12  to bear in the Gulf without worrying about
13  whether it was more than enough?
14       A.    Well, I didn't -- well, nobody
15  knew what was -- people had taken oil in
16  beakers of dispersant and mixed it up in a
17  laboratory.  But nobody is trying to mix on
18  the sea floor like that in that condition.
19  So yeah, we were -- we just attempted to
20  put -- put it as best we could, as much
21  dispersant and watch for the response.  As
22  you know, the response was quite -- was
23  very interesting and very beneficial.
24       Q.    Were you trying to -- to gather
25  information on -- on how much dispersant
00239:01  was needed so that you wouldn't over apply?
02       A.    We -- we never -- so we never
03  understood the effectiveness of the mixing
04  in what we were doing.  It's all we knew
05  when we were injecting dispersants, the
06  surface rendition of the hydrocarbons was
07  much reduced compared to when we weren't
08  injecting dispersants.  So that's the only
09  data we really knew.  But we -- we
10  measured -- Unified Command approved every
11  drop of dispersant we injected.  So --
12       Q.    Right.
13       A.    -- so that was all measured and
14  it was all relative to different protocols
15  inside Unified Command.  So yeah, we
16  measured every bit that we put in and yes,
17  we tried to minimize what the impact -- but
18  really we minimized by the pump rate and
19  the -- our inability to actually get it
20  contacted with the oil.
21       Q.    How -- how were you trying to
22  minimize the impact?  Sounds like you're
23  just -- I mean --
24       A.    We eventually -- we could have
25  done more, but we were holding about eight
00240:01  gallons a minute, we saw that was
02  effective, an effective rate of injection.
03  I mean, that typically we would get -- we
04  would have very reduced LELs, which was
05  hydrocarbons at the site, if we stayed
06  eight gallons a minute, so we tried to stay
07  eight gallons a minute.  So that -- that
08  particular rate of injection was -- was
09  near the limits of the pumps, but actually
10  happened to be effective.  But it -- but
11  what we couldn't tell was -- was the wands

```
12  and getting the hydrocarbons mixed with
13  dispersants subsea, if that couldn't be
14  better.  We constantly tried to make that
15  better, constantly tried to build newer and
16  better tools to get the -- to make the
17  dispersant more effective.
18       Q.    Okay.  So as the response was
19  going on through May and June, there's,
20  safe to say, a lot of public attention
21  given to the amount of oil that might be
22  flowing out of the well?
23       A.    That's correct.
24       Q.    There were members of the public
25  wondering and the government was asking BP.
00241:01  In response to those queries, did you ever
02  ask anybody to revisit BP's initial
03  calculation for how much oil was flowing
04  out of the well?
```

Page 241:07 to 252:02

```
00241:07       A.    It's -- so I wasn't -- I was
08  managing source control in a particular
09  area of the response.  I wasn't sitting
10  listening to media and these things.  So
11  did I ask anybody to calculate flow rate
12  based on -- because there's a lot of media?
13  No.
14       Q.    And you -- so you didn't ask
15  flow assurance engineers to try to model
16  the flow through the BOP and the riser?
17       A.    Model the flow?
18       Q.    The flow assurance engineers to
19  try and figure out how the hydrocarbons
20  were flowing through the BOP and the riser?
21       A.    Now, there was a -- early on
22  response when -- when we had the kink at
23  the top and the riser had fallen over, and
24  the riser itself had collapsed upon itself,
25  there was an engineering team that looked
00242:01  at, you know, was there enough space there
02  for flow -- for flow.  And then we also
03  tried to study what the collapsed pipe that
04  might be inside there, what the effects
05  that were.  So -- yes, but we never -- we
06  didn't understand what was inside the BOP,
07  what was going on inside the BOP post the
08  sinking of the rig.
09       Q.    I am going to have you look at
10  tab 19 in your book.  Now, this has
11  previously been marked in a prior
12  deposition as Exhibit No. 3215.  And
13  there's an e-mail from Jason Caldwell to a
14  number of individuals including yourself,
15  sent on Monday, April 26, 2010.  Is that
```

```
16   what you have in front of you?
17        A.   Yes.
18        Q.   Okay.  And it says "attachments
19   interface meeting.ptt; interface
20   meeting_1notes.doc."
21        A.   Uh-huh.
22        Q.   Okay.  Under that e-mail there's
23   a PowerPoint, appears to be agenda for a
24   call.  Is that fair to say?
25        A.   Yes.
00243:01      Q.   And then the next attachment are
02   notes dated 1600, 4/25/10.  And --
03        A.   Where are you at?
04        Q.   I'm sorry.  There you are.  Yes.
05        A.   Okay.  Yes.
06        Q.   And the second header entitled
07   "crimp in pipe?
08        A.   That's what I was talking about.
09        Q.   And the first bullet, it says,
10   based on estimate spill rate, if well is
11   leaking through a single orifice, it would
12   be 1/5th inch diameter."  Did I read that
13   correctly?
14        A.   Yes.
15        Q.   You -- and if you don't remember
16   this call, because you were a busy man at
17   that time, do you remember what that was
18   about?
19        A.   I think -- can I read through
20   some of the other --
21        Q.   Go for it.
22        A.   So there were several teams
23   involved.  There was a team that led BOP.
24   There was a team this crimped pipe at the
25   bottom which later becomes called
00244:01   engineering.  There's a team leading subsea
02   collection, team leading relief wells, and
03   in these sessions, they're reporting out,
04   the notes are on the report out.  So I
05   think -- so the way I interpret this, I
06   don't recall directly that day in that
07   meeting, but I interpret this -- remember I
08   said that we observed that the pipe was
09   collapsed and enclosed and that's all we
10   wanted to know was what -- what size
11   of -- what size in that collapsed area
12   could there be -- I don't know what the
13   based on estimates for it means, but
14   essentially what I remember of the
15   conclusion was that even though that pipe
16   was collapsed, there's plenty of room for
17   there to be flow going through the kink.
18        Later on we talked about finite
19   element and riser flow area.  So trying to
20   understand -- this is what we were trying
```

```
          21   to understand, how effective the kink is as
          22   we are trying to get ready for top kill and
          23   these other -- you know, what does the area
          24   look like?  Because as I mentioned in the
          25   junk shot and everything, we're going to
00245:01       inject junk in there to try to clog these
          02   holes up so that we can get ahead of it.
          03   That's what I believe this is about.
          04        Q.    Can you explain that, just a
          05   little bit more, with the junk shot.  I
          06   didn't understand this morning.  Where were
          07   you shooting the rocks and golf balls and
          08   thing into exactly?  Were you shooting them
          09   into the riser or were you shooting down
          10   the BOP or neither?
          11        A.    If you have a picture of a BOP,
          12   I'll show -- well, the choke and kill lines
          13   on the BOP enter the BOP at different
          14   levels in the BOP.  We were taking the junk
          15   shot from a manifold, which was preloaded
          16   with junk, and there's no rocks.  It was
          17   grease, rope, special things called
          18   breaker -- breaker balls, things that are
          19   made to -- to endure kind of a tough
          20   environment, but have different shapes to
          21   be able to lock in place.
          22            So we are injecting them from
          23   the manifold up down the choke and kill
          24   line, which is a three-inch line, so that
          25   limited the size of things that we would
00246:01       inject down into the base of the BOP, which
          02   would be caught in the flow and then thrown
          03   up into -- into different -- hopefully
          04   different restrictions, you know, and
          05   locked up there.
          06        Q.    Okay.  I would like if you'd
          07   turn now to tab 21, and this has previously
          08   been marked Exhibit Number 3216.  It's
          09   another e-mail from Jason Caldwell to a
          10   number of individuals, including yourself,
          11   and the attachment is
          12   InterfaceMeeting_4:26a.m.notes.doc; is that
          13   what you have?
          14        A.    Uh-huh.
          15        Q.    Okay.  And if you could look at
          16   the attachment and just confirm for me
          17   under "crimped pipe," there's a highlighted
          18   section saying:  Varying the flow rate in
          19   the leak simulation between 1MBOD and
          20   10MBOD did not significantly change the
          21   conclusion that erosion at the crimp is not
          22   significant.
          23            Did I read that correctly?
          24        A.    Yes.  Can I -- can I read
          25   through the --
```

```
00247:01        Q.    Yes, you can.
     02        A.    Okay.
     03        Q.    Okay.  So did I read the
     04   highlighted portion correctly?
     05        A.    That's correct.
     06        Q.    And MBOD, that would be thousand
     07   barrels --
     08        A.    Thousand barrels a day, yes.
     09        Q.    -- of oil per day; is that
     10   correct?
     11        A.    Yes.
     12        Q.    Okay.  Is this the same issue
     13   you were just testifying to a few minutes
     14   ago?
     15        A.    No.  This is a -- this is a
     16   different concern, is -- so we had the --
     17   the riser collapsed and kinked on the top
     18   of the well.  And what -- they are
     19   simulating rates to try to understand,
     20   because it's a restriction, how -- we're
     21   trying to understand, is it going to erode
     22   and erode away the -- the pipe because
     23   that -- that particular riser wasn't made
     24   to have flow in it.  It's collapsed.  It's
     25   damaged.  Is it going to erode away pieces
00248:01   of pipe?
     02             And, sure enough, I think
     03   probably on the 27th or the 28th is the
     04   first time we see -- we start seeing the
     05   erosion or the -- the kink has no -- I
     06   don't know if you have seen the video of
     07   the kink with the -- when it starts
     08   eroding, but up to that point in time,
     09   there was no erosion on the kink.
     10             But within seven or eight days,
     11   the -- these individuals that were doing
     12   the finite element model were estimating
     13   that if -- if there was going to be
     14   erosion, it would show up in seven or eight
     15   days, and, sure enough, there was a -- we
     16   were starting to seeing oil coming from the
     17   kink, and eroded part of the kink, I think,
     18   within seven or eight days.
     19             I don't know if you have
     20   other -- so I think they are modeling that
     21   erosion, and then if you see below, a
     22   floating portion, the riser may need to be
     23   anchored or minimize fatigue.  What we are
     24   talking about here is how do we maintain
     25   the integrity of the kink because we -- we
00249:01   perceived the kink was -- was a restriction
     02   to the well.
     03        Q.    Okay.  The last one of these is
     04   the next tab, tab 22, and it's also
     05   previously been marked Exhibit 2417, an
```

```
06   e-mail from Jason Caldwell dated Wednesday
07   April 28 with Interface Meeting 4:27 p.m.
08   Notes Attached.  Is that what you have?
09        A.   Yes.
10        Q.   Okay.  And the attachment -- we
11   can -- we can skip down to the crimped pipe
12   section, if you want to review that
13   briefly, and then tell me what the concern
14   coming out of that group was on that date,
15   that would be great.
16        A.   Okay.
17        Q.   Okay.  So could you tell me what
18   was going on with the -- what -- what the
19   concerns were that -- that were driving the
20   use of flow rates in -- in that e-mail?
21        A.   I think it's -- so Gordon -- the
22   reason the actions are to Gordon is because
23   Gordon was -- was leading this engineering
24   or crimped pipe team.
25        Q.   And I'm sorry to interrupt, but
00250:01  that's Gordon Birrell?
02        A.   Gordon Birrell.  So for the
03   details -- so he's reporting out, okay.
04   But it's my impression it's the same -- so
05   you see here, provide pipe pressure
06   rating -- so we are trying to understand
07   the ratings and the pressures of that
08   riser.  We are trying to understand the
09   flex joint.  The flex joint is the thing
10   that's right below the kink, and we are
11   preparing to X-ray the crimp, so we are
12   trying to understand what's inside of it.
13        So all these things are -- are
14   really about -- about trying to understand
15   that kink and whether or not we can
16   preserve the kink and is it going to hold,
17   is it going to erode away.  That's
18   my -- that's my interpretation of what was
19   going on here.
20        Q.   Thank you.  But it's -- it's
21   possible to say that the flow rate was
22   relevant to that analysis?
23        A.   Yeah -- there -- the rate and
24   then the area, the size was -- was relative
25   to the -- was -- was important to the
00251:01  analysis --
02        Q.   Okay.
03        A.   -- trying to force a -- a rate
04   through a very small size, we had the same
05   erosional impact as a large rate through a
06   different size.
07        Q.   Sure.
08        A.   And that's just why he's talking
09   about rates and orifice sizes, you know, so
10   -- but we didn't know what the rate was.
```

```
11   We were trying to estimate in all rates and
12   all sizes, do we have a problem, or some --
13   somewhere are we going to have a problem,
14   you know, and then eventually -- eventually
15   the -- the erosion breaks through the pipe,
16   but, sure enough, that's exactly what we
17   thought was probably going to be an issue,
18   to --
19        Q.   Okay.
20        A.   -- to find that elephant --
21   element data would say.  So that -- Gordon
22   tried more details on that analysis.
23        Q.   Okay.  Were you aware of
24   reservoir engineers providing flurry
25   predictions based on reservoir pressures in
00252:01   April and May of 2010?
     02        A.   No.
```

Page 252:25 to 254:02

```
00252:25      Q.   Okay.  I have one more response
00253:01   question for now.  The top kill -- I think
     02   you mentioned momentum kill, as well?
     03        A.   Dynamic kill.
     04        Q.   Dynamic kill?  I'm sorry.  You
     05   didn't say "momentum kill."  But my
     06   question was:  I think I have seen it in
     07   documents as momentum kill.  Is that the
     08   same thing?
     09        A.   Same thing.
     10        Q.   Okay.  The rate of oil flowing
     11   out would be relevant to how much mud had
     12   to -- had to go into -- to kill the flow,
     13   correct?
     14        A.   That's correct.
     15        Q.   Okay.  So it would have been
     16   helpful to know how much oil was coming out
     17   in order to -- to model a kill?
     18        A.   Well, we modeled at different
     19   rates.  If you -- there's different pump
     20   curves and different rates.  I would say
     21   the success would -- would have been -- the
     22   success rate would have been -- the
     23   prediction of success may have been
     24   different at different rates but -- but you
     25   can model an outcome at different rates --
00254:01      Q.   Okay.
     02        A.   -- and we did that.
```

Page 305:08 to 306:25

```
00305:08      Q.   Well, can you tell me what
     09   lessons you have learned that would prevent
     10   something like this from happening again?
```

```
11    I'm not talking about containment.  I'm not
12    talking about response.  I'm talking about
13    the explosion.  And if you can't, just tell
14    me that.
15         A.    I'm not privileged to everything
16    that happened so --
17         Q.    I understand.
18         A.    I wasn't on the rig that night.
19    I'm not privileged to all information that
20    you're collecting here and others have
21    collected.  So it's hard for me to pass
22    judgment personally on the overall, you
23    know, lessons.  I know there's been reports
24    and recommendations and we're implementing
25    those reports and recommendations.
00306:01         Q.    So can you tell me any lessons
02    you have learned as a result of this
03    disaster that you think would help prevent
04    it from happening again?  If you can't,
05    just tell me that.
06         A.    So I'm -- I don't have all the
07    information to speculate on a lesson at
08    this point in time.  I can talk to you
09    about prevention and -- and the lessons
10    learned that we have compiled to get -- you
11    know, inside of BP, relief wells, surface
12    response, how to organize a -- how to
13    organize and coordinate such a massive
14    response.  Those are lessons that we
15    learned.
16         Q.    All right.  So I can talk to you
17    today about lessons learned with respect to
18    containment and response efforts for a
19    disaster like this; is that right?
20         A.    Yes.  I gave a speech about
21    those lessons learned.
22         Q.    We can't talk today about
23    lessons learned to prevent an incident like
24    this from occurring?  You're not able to
25    have that discussion today?
```

Page 307:03 to 307:06

```
00307:03         A.    I am not able to -- I am not
04    privileged to all the information that has
05    gone on for me to personally say these are
06    the lessons learned.
```

Page 321:04 to 321:22

```
00321:04         Q.    Did you have any role in BP's
05    analysis, investigation of the incident in
06    terms of, for example, did anybody come to
07    you as a senior vice-president and say,
```

```
08   "Hey, we need your input so that we make
09   sure nothing like this ever happens again"?
10   Not in terms of response to the event, but
11   prevention of the event.
12        A.   Are you talking about the Bly
13   investigation, did they --
14        Q.   Anybody in the whole world.
15        A.   At the time that those
16   investigations were ongoing, I was in -- as
17   I testified before, I was in the crisis
18   center for 150 days, pretty much from April
19   20th to September.  And I was solely
20   dedicated on -- to the source control
21   effort.  So I didn't participate in any
22   investigations.
```

Page 351:17 to 351:23

```
00351:17        Q.   Okay.  Is the real-time up?  I
18   would tell you what you said, but
19   apparently it's up for everybody but me.
20             As far as the projected -- the
21   source control response, switching to that,
22   what was the first initial estimate put out
23   by BP?
```

Page 352:01 to 353:10

```
00352:01        A.   The source control response?
02        Q.   As far as how many barrels of
03   oil were coming out of the exploded well.
04        A.   What was the -- I think the
05   first estimate I heard was 5,000 barrels a
06   day, and that came from Unified Command.
07        Q.   Okay.  When was that?
08        A.   I don't remember the exact time,
09   when it was.  It was about the same time it
10   was announced.  I don't remember the exact
11   day.
12        Q.   And that was not -- that was not
13   important to you as the point person on
14   source control?
15        A.   The -- what, the estimate of
16   5,000 barrels a day?
17        Q.   Yes.
18        A.   Yeah.  The estimate was fine,
19   but my -- at the time I was trying to make
20   that zero.  I was attempting to close the
21   BOP rams, and make it zero so -- yeah, I
22   was aware that somebody made that estimate.
23        Q.   So it's your testimony, again,
24   here today that that in no way affected
25   your response, how much was coming out?
00353:01        A.   It didn't -- it didn't affect
```

```
02  what I was going to do that day, no.  I was
03  still going to attempt to close the BOP
04  rams whether -- depend -- independent of
05  what people were estimating the rate to be,
06  and I was still running the source control
07  response on every area.  I was still -- I
08  was still going to spud the relief wells.
09  I was still, you know -- all the
10  engineering was still going on.
```

Page 366:18 to 369:18

```
00366:18      Q.    Okay.  Did you receive -- and
      19  this would be prior to April 20th, 2010.
      20  Did you receive any training for a disaster
      21  of that magnitude?
      22      A.    So my career I had had -- I had
      23  gone through incident command training
      24  several times and I had been trained all
      25  the way back to my time in Canada.  I have
00367:01  been involved in desktop types of exercises
      02  in Canada, some in Russia with the new
      03  firm.  And when in my previous time in the
      04  Gulf of Mexico there were training
      05  exercises where we -- desktop training
      06  exercises where we go and we -- we practice
      07  a drill.  So yes, I have received that type
      08  of training.
      09      Q.    Right.  But for disaster of the
      10  magnitude that happened on April 20th,
      11  2010, was the desktop training --
      12      A.    Well, it's called table top
      13  training.  It for those -- those types of
      14  major incidents.
      15      Q.    Okay.
      16      A.    The -- the training didn't go on
      17  as long as this incident went on, but it
      18  was for those types of major incidents.
      19      Q.    Okay.  All right.  Were you
      20  involved in the drafting of the BP Oil
      21  response plan that was filed regarding the
      22  Gulf of Mexico?
      23      A.    No.
      24      Q.    Okay.  Are you an expert on that
      25  plan?
00368:01      A.    No.
      02      Q.    Is there a person that during
      03  the response you would have considered an
      04  expert on that plan within the company?
      05      A.    Which plan are you referring to?
      06      Q.    It would have been the -- the
      07  response plan that was submitted to the
      08  Coast Guard by BP regarding the Gulf of
      09  Mexico prior to the incident.  This was
      10  your -- with -- with regard to the
      11  Deepwater Horizon project and the drilling
      12  that was the government requisite plan.
      13          Is there a person who is an
      14  expert on that plan, that you would
      15  consider expert?
      16      A.    I think that plan require --
      17  requires the input of a large number of
      18  individuals in the organization.  So I
      19  don't think there's one expert on the plan.
      20      Q.    Would that be because it's a
```

```
    21  multi-faceted plan?
    22       A.    It's a very large plan.  It's
    23  a --
    24       Q.    It's a big document.
    25       A.    Requires input from a lot of
00369:01  people.  So I wouldn't say there's one
    02  expert on the plan.
    03       Q.    Okay.
    04       A.    There's people that represent
    05  the plan, but it --
    06       Q.    What was the earliest estimated
    07  or first estimated flow rate that you
    08  received?
    09       A.    I never received an estimated
    10  flow -- flow rate.  But the first I heard
    11  of a flow rate --
    12       Q.    Okay.
    13       A.    Was the 5,000 barrels a day from
    14  the Unified Command.
    15       Q.    Okay.
    16       A.    And I don't remember the day.
    17  It was about the time that they announced
    18  it.
```

Page 370:16 to 371:21

```
00370:16       Q.    Thank you.
    17             I believe you testified
    18  yesterday that flow rate had no
    19  determination on, I guess, your containment
    20  efforts?
    21       A.    Flow rate didn't affect what we
    22  were trying to do.  It wasn't important
    23  when we were trying to close the rams on
    24  the BOP what the flow rate was.  We were
    25  trying to activate the BOP.
00371:01       Q.    Okay.  So flow rate doesn't
    02  determine what method you use to contain a
    03  well?
    04       A.    Flow -- so like I said before,
    05  we were doing everything in our power
    06  trying to put all methods in place to stop
    07  the flow.  But at the time when I was
    08  trying to shut in the BOP --
    09       Q.    Right.
    10       A.    -- it didn't -- didn't matter
    11  what the rate was to -- to -- that would
    12  influence whether or not we could close the
    13  rams or not.
    14       Q.    Post BOP failure, flow rate
    15  still didn't matter?
    16       A.    Flow rate was a component of the
    17  calculations of the -- of the top kill.  I
    18  mean, it was -- it was modeled in the top
    19  kill calculations.
```

```
      20      Q.    Okay.  Not for the cofferdam?
      21      A.    Not for the cofferdam, no.
```

Page 372:07 to 372:12

```
00372:07      Q.    But if flow rate doesn't matter
      08  and the only thing that -- if it was a
      09  disaster of this magnitude, let me preface
      10  the question like that, wouldn't you start
      11  with a capping stack since that's what
      12  worked?
```

Page 372:15 to 372:25

```
00372:15  THE WITNESS:
      16              Well, so at the time
      17  there's debris on the sea floor.  The BOP
      18  is sitting there.  The capping stack hadn't
      19  been built yet.  The first -- there's --
      20  there's multiple -- we're building multiple
      21  ways to attack the problem, but the one
      22  available to us right now was to go
      23  activate the BOP and that would be
      24  the -- that would be the quickest way.  We
      25  didn't know that that would fail.
```

Page 373:16 to 375:11

```
00373:16      Q.    We can short-circuit that.  Did
      17  flow rate play a role in any of those
      18  failures?
      19      A.    No, I don't think so.
      20      Q.    Okay.  Well, even if the
      21  cofferdam had been successful, isn't it
      22  true that the only ship you had on the
      23  scene was prepared to accept 15,000 barrels
      24  a day?
      25      A.    That's correct.
00374:01      Q.    So if the flow rate was above
      02  that, what would happen to the oil not
      03  captured by the --
      04      A.    There's no --
      05      Q.    -- ship?
      06      A.    It wasn't clear that the flow
      07  rate was above that.  You know, at that
      08  point in time we had the kink in place.  We
      09  -- we had restrictions at the top of the
      10  BOP.  We hadn't pumped the -- the top kill.
      11  You know, so the -- it wasn't clear that
      12  the flow rate was above that.
      13      Q.    But if you did know the flow
      14  rate, would you not have had a ship out
      15  there with a greater capacity?
```

```
16      A.    No.  Because --
17      Q.    No?
18      A.    No.  Well, we --
19      Q.    If you knew --
20      A.    We knew that -- we didn't know
21 -- we didn't know the flow rate.  Okay?
22      Q.    I'm presupposing.
23      A.    Well, I'm looking at -- I'm not
24 going to pass -- I don't know, but at that
25 time that was the vessel that had the
00375:01 largest capacity to -- to manage
02 hydrocarbons and it was already installed
03 and ready to go, the Enterprise.  And there
04 was only one conduit through the cofferdam
05 up to one vessel, was the -- the way it was
06 set up.
07      Q.    Okay.  So your testimony is that
08 was the largest capacity ship available to
09 BP?
10      A.    The largest for -- available at
11 that time.
```

Page 375:19 to 377:11

```
00375:19      Q.    Would you have liked to have
20 known the flow rate for this disaster that
21 was not hypothetical?
22      A.    At what point in time are you
23 referring to?
24      Q.    As soon as it happened.
25      A.    You know, in my opinion the flow
00376:01 rate changed throughout the course of
02 the -- throughout the course of the event.
03 That we had multiple restrictions inside
04 the BOP early on and -- and so there --
05 there was no single flow rate number in my
06 opinion that existed in any one point in
07 time.
08      Q.    When was the capping stack
09 containment an option?  When was that idea
10 birthed, if you will?
11      A.    It was an option within the
12 first -- probably within the first few
13 weeks it -- it was something that we
14 conceived we could do, we could attempt to
15 start to engineer.
16      Q.    But not something developed
17 prior to the spill?
18      A.    No.  The technology was
19 available to do it, but we hadn't built the
20 actual stack.
21      Q.    So you could have had it
22 available and ready prior to the spill as
23 part of an oil spill response plan for deep
24 water drilling?
```

```
    25       A.    You could have built something,
00377:01  yes, but every BOP is different.  So you
    02  need particular -- to latch on to a BOP
    03  you're going to need the particular type of
    04  cross over and the right -- the right piece
    05  of equipment.  Even if you had it you still
    06  have to be able to get it on to different
    07  parts of the BOP.
    08       Q.    So essentially the capabilities
    09  that -- that worked to cap -- cap and seal
    10  the well were not developed before the
    11  accident occurred?
```

Page 377:14 to 378:15

```
00377:14  THE WITNESS:
    15                I wouldn't say that they
    16  weren't -- so you say they weren't
    17  developed.  The technology was available.
    18  The actual stack had not been put together,
    19  okay, in the way that we did it, you know.
    20       Q.    All right.  So if BP did not
    21  have the capabilities to contain an
    22  uncontrolled well deep sea other than the
    23  BOP prior to drilling, what was the plan
    24  for containing the well if the blowout
    25  preventer didn't work?
00378:01       A.    Well, there were
    02  several -- there -- as we moved forward
    03  there were several options.  There was
    04  the -- the junk shot/dynamic kill.  And
    05  then the relief wells were soon to be the
    06  ultimate kill for the well.
    07       Q.    And the relief wells take, what,
    08  about three to six months to drill?
    09       A.    Depends on the progress of the
    10  well, yes, somewhere in that range.
    11       Q.    That's a long time to let
    12  500,000 barrels of oil spill into our gulf.
    13  And a well like Macondo could take 90 days
    14  or more to drill that kind of relief well,
    15  correct?
```

Page 378:19 to 378:23

```
00378:19  It would depend -- it would
    20  depend on the efficiency of the rig.
    21       Q.    And that was literally the only
    22  other option identified in that spill
    23  response plan?
```

Page 381:01 to 381:10

```
00381:01        Q.    Did you ever have any
      02  engineering responsibilities in your
      03  previous positions?
      04        A.    Engineering responsibilities
      05  in --
      06        Q.    In your roles in previous
      07  positions at BP.
      08        A.    Yes, I have held several
      09  engineering positions, subsurface reservoir
      10  engineering positions.
```

Page 381:14 to 381:19

```
00381:14        Q.    Yes, if you could speak up a
      15  little, please.
      16        A.    So yes, I have held engineering
      17  positions in BP, mainly subsurface and
      18  reservoir engineering positions and -- and
      19  developing engineering position.
```

Page 382:04 to 382:24

```
00382:04        Q.    And have you ever worked on a
      05  rig?
      06        A.    I have worked on land-based rigs
      07  before, but typically during coring and
      08  particular operations.  Those were mainly
      09  in Alaska earlier in my career.
      10        Q.    And how long has it been since
      11  you did that?
      12        A.    I would say probably about 15,
      13  20 years.
      14        Q.    What was your position exactly?
      15        A.    Well, I -- I would -- in
      16  particular operations on the rig when we
      17  were collecting information I would arrive
      18  as an -- as a reservoir petroleum engineer
      19  to collect that information --
      20        Q.    Okay.
      21        A.    -- from the well.
      22        Q.    Okay.
      23        A.    To logging operations, coring
      24  operations, things of those nature.
```

Page 389:15 to 391:01

```
00389:15        Q.    Okay.  Well, tell me a little
      16  bit about your observations of the
      17  competency and professionalism of the
      18  individuals at Transocean with whom you had
      19  the opportunity to work or interact with.
      20        A.    So those individuals in the past
      21  or --
```

```
    22        Q.    Yes.  In your dealings with --
    23        A.    So I thought they were quite
    24  professional and did a good job.
    25        Q.    At any time did any of those
00390:01  individuals you dealt with at Transocean
    02  ever indicate to you that they were
    03  indifferent to the health and welfare of
    04  individuals that worked on their drilling
    05  rigs?
    06        A.    No.
    07        Q.    At any time did any of the
    08  individuals with whom you dealt at
    09  Transocean ever indicate that they were
    10  indifferent as to the environment in
    11  connection with their drilling operations?
    12        A.     Indifferent as to the
    13  environment.  Can you expand on that,
    14  please.
    15        Q.    Well, indifferent, that they had
    16  disregard for the environment.
    17        A.     Environment, help me with
    18  environment.  You mean environmental
    19  matters?
    20        Q.    Yes.  Yes.
    21        A.    Or -- or the -- the environment
    22  on the rig?  You know, you --
    23        Q.    Okay.  No, not the environment
    24  on the rig.  Environment, like the planet
    25  earth.
00391:01        A.    Okay.  No.
```

Page 392:13 to 392:23

```
00392:13        Q.    Is it fair to say that had any
    14  of the people that you dealt with at
    15  Transocean indicated to you that they were
    16  indifferent to the welfare of either
    17  individuals or the environment, that one of
    18  your responsibilities as SPU leader for the
    19  Gulf of Mexico, or whatever other title you
    20  may have had in the Gulf of Mexico, that
    21  one of your responsibilities would have
    22  been to report that indifference that you
    23  would -- had observed?
```

Page 393:02 to 393:09

```
00393:02  So you're asking me two
    03  different questions.  You're asking me
    04  about what my responsibilities are and then
    05  you're asking me -- so has anybody told me
    06  that -- that they were indifferent to
    07  safety, anybody from Transocean that I met
    08  had told me that they were indifferent to
```

```
       09  safety or the environment, no.
```

Page 393:22 to 394:02

```
00393:22       Q.    But bottom line, you never
      23  observed any indifference to the welfare of
      24  individuals or the environment on the part
      25  of Transocean?
00394:01       A.    Me personally, I didn't observe
      02  any indifference.
```

Page 396:13 to 397:05

```
00396:13  MS. JAASMA:
      14                Oh, okay.  Thank you.
      15  3044.  Yes.
      16  BY MS. JAASMA:
      17       Q.    All right.  If you turn to page
      18  7, sir, at about, I guess beginning line 5.
      19  And it says:  "Now, what BP is doing in
      20  this area right now is we have changed our
      21  equipment with BOPs to issue.  We ran two
      22  blind shear rams on every deepwater well we
      23  drill."
      24                Did I read that correctly, sir?
      25       A.    That's correct.  Now we require
00397:01  two blind shear rams -- to be more
      02  specific, it -- it's on -- we require two
      03  blind shear rams on every deepwater well
      04  from a -- from a dynamically-positioned
      05  vessel.
```

Page 400:20 to 401:07

```
00400:20       Q.    Was it just a coincidence then
      21  that there were other rigs under contract
      22  with BP in the Gulf of Mexico that had two
      23  blind shear rams, but the ones on the
      24  Macondo well were contractually equipped
      25  with only one?
00401:01       A.    Are you talking about the
      02  Horizon was contractually equipped with
      03  only one?
      04       Q.    Yes.
      05       A.    Did I know that --
      06       Q.    Yes.
      07       A.    -- prior to April 20th?  No.
```

Page 484:18 to 485:01

```
00484:18       Q.    Okay.  Let me follow up.
      19  Yesterday you were talking something -- my
      20  notes are hard to read because it's hard to
```

```
21   read my own writing.  But you were talking
22   about, I think it was the dynamic kill.  It
23   was one of the kills.  Okay?  And you were
24   talking about when mud was being pumped
25   down and I think you mentioned something
00485:01   about a failure in a casing.
```

Page 485:04 to 487:04

```
00485:04        Q.    Where was that?
05        A.    So what I -- what I was trying
06   to explain was that we were observing the
07   pressure as we were pumping the kill
08   and -- and we interpreted -- we were
09   getting ahead of the well, meaning that we
10   were starting to kill the well.  That was
11   our interpretation at the time.  And -- but
12   at a certain point we couldn't continue to
13   get ahead, you know, either based on the
14   rates we were pumping or what we were up
15   against, which we didn't understand the
16   configuration inside.  And we had
17   interpreted that the mud might have been
18   going somewhere else.
19        Q.    Sure.
20        A.    But we didn't know where.  So I
21   didn't -- didn't mean to refer to the fact
22   that there -- there would have been a
23   casing -- casing failure.  What we -- what
24   we might have -- what we contemplated,
25   there are some ruptured disks inside of
00486:01   the -- inside of the casing and -- and we
02   contemplated whether or not those ruptured
03   disks were still intact or not.
04   But that was only one of the
05   potential scenarios for why the mud
06   didn't -- didn't -- why we couldn't get the
07   pressures still to work out at the end of
08   the day.
09        Q.    Yeah, because if -- if -- if
10   everything was intact, okay, I guess if the
11   casing was fully intact and you're pumping
12   the mud down, pressure should continue to
13   react a certain way, is that what you're
14   telling me?  And at some level it started
15   reacting a different way?
16        A.    At some level the pressures, we
17   -- we couldn't continue to drop the
18   pressure and we didn't know why that was.
19        Q.    And sitting here today I guess
20   you still don't know why that is?
21        A.    Well, we have had a lot of
22   experts try to interpret those pressure
23   charts and tell us what might have -- what
24   might have happened.  Right now our belief
```

```
        25   is that we -- we just -- most of it went
00487:01   right out -- went out of the riser because
        02   later on we find out that the -- the -- the
        03   liner is pretty much intact, right, the
        04   long string is intact.
```

Page 496:19 to 498:17

```
00496:19   Now -- oh, did you work
        20   for -- with people at Halliburton in the
        21   relief effort?
        22        A.    Halliburton was involved in the
        23   -- in the relief effort, yes, and I think
        24   in the -- I talked about the ranging tools.
        25        Q.    Uh-huh.
00497:01        A.    But, no, I don't recall working
        02   with any one individual, but I know that
        03   they -- they deployed people to assist us.
        04        Q.    Okay.  Let me ask you this:
        05   What were they to do?
        06        A.    I'm not sure of all the
        07   functions of the --
        08        Q.    Sure.
        09        A.    There were a lot of -- there
        10   were a lot of contractor involvement.  So I
        11   know they were deeply involved in the
        12   relief, trying to get the relief well, the
        13   ranging well drilling for us.  And my
        14   understanding is they were involved in the
        15   cementing on the relief wells.
        16        Q.    Okay.  As far as you know, did
        17   the cementing go satisfactory on the relief
        18   wells?
        19        A.    It's my understanding that the
        20   cementing passed all the BOEM requirements
        21   and the requirements at the time.
        22        Q.    Okay.  And I'm a little confused
        23   about what else they did.  You said they
        24   did something else on the relief well
        25   besides the cementing; is that right or
00498:01   wrong?
        02        A.    No, I said -- it's my
        03   understanding that Halliburton was
        04   assisting us in developing technology so
        05   that we could -- instead of using Vector
        06   Magnetics' tool --
        07        Q.    Uh-huh.
        08        A.    -- to use -- to develop a tool
        09   that would allow us to do ranging.  So
        10   every time we had to figure out --
        11   understand where we were relative to the
        12   Macondo well, we had to pull the whole
        13   drill string out which took a day, running
        14   with this wireline tool, do these
        15   measurements and come out and then run a
```

```
       16  drill string, so it would take a couple of
       17  days.
```

Page 498:19 to 499:14

```
00498:19        A.     Halliburton was in -- was
       20  helping us develop a tool that would be
       21  right behind the bit that would send us
       22  data via mud pulses up to the rig
       23  continuously as to where we were relative
       24  to the well, and that type of technology we
       25  were developing with them and they were
00499:01  leading on that.
       02             And we actually ran that tool
       03  later and that tool could -- I think I
       04  mentioned in my comments at the oceaneering
       05  safety advisory committee, that particular
       06  tool is extremely significant in the future
       07  on drilling and -- and the timing of relief
       08  wells.
       09        Q.     Okay.
       10        A.     Assisting in improving the
       11  timing of relief wells.
       12        Q.     Yeah, I gather it saved time.
       13        A.     It -- we had some -- the -- the
       14  tool was new, it was new technology.
```

Page 525:24 to 526:12

```
00525:24        Q.     Hand you what's 1652.  This is
       25  some sort of fact sheet, and you -- you're
00526:01  one of the names.  You're one of the many
       02  names in the front part of it.
       03             But all I really want to ask you
       04  about is on that second page, the 3934,
       05  where it says, top line, BP messages -- see
       06  in the middle of the page?  And, A, This is
       07  not our accident, but it's our
       08  responsibility to deal with.
       09             You see that?
       10        A.     Yes, that's correct.  Yes, I see
       11  it.
       12        Q.     Okay.  Whose accident was it?
```

Page 526:15 to 526:25

```
00526:15        A.     So I don't know what they are
       16  referring to here, if they named whose
       17  accident it was.
       18        Q.     Did you respond to the e-mail
       19  indicating that you disagreed with this
       20  statement, This is not our accident, but
       21  it's our responsibility to deal with?
```

```
22      A.   I never responded to the e-mail,
23 and I had no opinion about the statement,
24 or any of the other statements made in this
25 sheet.
```

Page 572:11 to 572:17

```
00572:11      Q.   Okay.  And you understood that
     12 under that JOA, Section 4.1, BP was
     13 designated as the operator of -- of the
     14 Macondo well, correct?
     15      A.   I haven't particularly seen the
     16 JOA and Section 4.1, but BP was the
     17 operator of the Macondo well.
```

Page 611:05 to 611:09

```
00611:05      Q.   That's not specific to the
     06 Macondo project, is it?
     07      A.   Well, well control --
     08      Q.   Answer yes or no, and then you
     09 can explain.
```

Page 611:13 to 611:23

```
00611:13      A.   Yes, it -- yes, it's specific to
     14 the Macondo project, because a well control
     15 event at the SPU level, and the Macondo was
     16 in the SPU and it would be considered a
     17 well control event.
     18      Q.   So that would enable us, then,
     19 to find, as the -- as the Gulf SPU leader,
     20 that would enable us to find what you
     21 anticipated the potential disaster to be
     22 like, correct, if we looked at that form
     23 you're now telling us about?
```

Page 612:01 to 612:22

```
00612:01      A.   No.  It would be the mitigation
     02 plans to a -- there would be in place the
     03 mitigation plans to a -- a well control
     04 event in the SPU in the risk register.
     05      Q.   All right.  So where can we find
     06 that risk register?
     07      A.   There's a Gulf of Mexico risk
     08 register.
     09      Q.   And you're familiar with it,
     10 correct?
     11      A.   I'm familiar with most of it,
     12 yes.  I'm -- I don't have it in front of
     13 me.
     14      Q.   No?
```

```
15          But, now, if you did, you would
16  look to it to tell you how you would deal
17  with a blowout?
18      A.    No.  The mitigation -- that --
19  that would be the spill response plan.
20          The mitigations would probably
21  be more of prevention and preventative in
22  nature.
```

Page 622:06 to 623:03

```
00622:06    Q.    Well, is it your testimony under
07  oath today that there was a mitigation plan
08  which provided for ways to prevent the
09  escape of hydrocarbons into the Gulf of
10  Mexico under the circumstances that existed
11  on April 20th?
12      A.    So I don't have the mitigation
13  plan in front of me, but I -- what I did
14  say was that the mitigation plan was more
15  geared at the prevention level.
16      Q.    Yes.  Blowout preventer, for
17  example?
18      A.    Actions against prevention.
19      Q.    Correct, a blowout preventer
20  would have been one of the things that --
21  that --
22      A.    I don't have the register in
23  front of me to -- to -- I -- I don't recall
24  every one of the actions of the mitigation
25  plans in the register, but at a high -- a
00623:01  majority of those are -- are --
02      Q.    -- prevention?
03      A.    -- based on prevention.
```

Page 623:17 to 623:24

```
00623:17    Q.    And is there a spill response
18  plan for the Macondo?
19      A.    There's a spill response plan
20  for -- for BP in the Gulf of Mexico --
21      Q.    Okay.
22      A.    -- that is referenced to in the
23  regulatory documents as we drilled the
24  Macondo well.
```

Page 625:25 to 626:05

```
00625:25    Q.    So, look.  The fact is, sir, you
00626:01  don't know anything about any kind of
02  mitigation plan or ability to stem the flow
03  of hydrocarbons into the Gulf, even today,
04  as we sit here, that was on record with BP,
```

```
      05  do you?
```

Page 626:08 to 626:24

```
00626:08        A.    Mitigation plan -- I know that
      09  there was a spill response plan in place
      10  that dictated how we would respond to a
      11  spill.
      12        Q.    And this is the thing that you
      13  were talking about that would define --
      14  would be defined by prevention or
      15  post-prevention?
      16        A.    No.  That's the risk register.
      17  The risk register has -- identifies that
      18  there's a risk of loss of well control in
      19  the Gulf of Mexico, and there's mitigation
      20  plans to that loss of well control built
      21  into the register, with action items and
      22  people that are assigned to close those
      23  actions or to work ongoing actions relative
      24  to that plan.
```

Page 627:01 to 627:05

```
00627:01        A.    And a majority of that plan is
      02  based on prevention.
      03        Q.    Right.  So then there's --
      04  there's a spill control?
      05        A.    There's a spill response plan.
```

Page 628:18 to 628:20

```
00628:18        Q.    Testify to any element.  Give
      19  you the opportunity to do it now.  Testify
      20  to any element of that spill response plan.
```

Page 628:23 to 629:12

```
00628:23        A.    So I'm not the expert on the
      24  spill response plan.  It -- it would be
      25  appropriate if you get somebody in here to
00629:01  tell you exactly what's on --
      02        Q.    Well, I appreciate your --
      03        A.    -- the spill response plan.
      04        Q.    -- telling us how we should
      05  conduct our discovery, but all -- the past
      06  two days, you've told us that you were
      07  extremely active, 150 days sitting in -- in
      08  the -- in the control trying to deal with
      09  the spill response.
      10             And you don't know what plans
      11  were in place, as we sit here today, nor on
      12  the day of the explosion, do you, sir?
```

Page 629:15 to 631:04

```
00629:15        A.    I know that there was a spill --
      16   spill response plan in place that -- that
      17   we executed upon.
      18        Q.    So your testimony under oath
      19   today is that cofferdam was in the spill
      20   response?
      21        A.    No.  That would be more of a
      22   source control item.  It wouldn't -- I
      23   don't know if the cofferdam is in the spill
      24   response plan.
      25        Q.    What about the top kill, various
00630:01   top kill methods?  Were those in the spill
      02   response plan?
      03        A.    I don't know if they were
      04   in -- certainly, a -- some type of a kill
      05   procedure probably be in the -- the spill
      06   response plan, but not that particular kill
      07   procedure.
      08        Q.    Were dispersants in the spill
      09   response plan?
      10        A.    Dispersants, I'm sure would be
      11   in the spill response plan and mostly --
      12        Q.    And was there a method by which
      13   those dispersants could be used in the
      14   spill response plan at 5,000 feet?
      15        A.    They -- I don't believe that
      16   the -- the spill response plan that was in
      17   place had subsea dispersants contemplated
      18   in its plan.
      19        Q.    All right.  And when the
      20   dispersants were actually used subsea, was
      21   that in -- was that in any way reflected in
      22   your -- in the actual spill response plan?
      23        A.    Dispersants are contemplated in
      24   the -- in -- in my understanding, surface
      25   dispersants are contemplated in the spill
00631:01   response plan, but subsea dispersants were
      02   not, because it was -- as I testified, it
      03   was something that had never been done
      04   before, and it was --
```

Page 635:15 to 635:18

```
00635:15        Q.    Okay.  Now, why wasn't there a
      16   cofferdam immediately available?  Isn't
      17   that because there was no plan to stop the
      18   oil from flowing into the Gulf of Mexico?
```

Page 635:21 to 636:04

```
00635:21      A.   So there was a cofferdam
      22  immediately available, the one that we
      23  deployed.  I think it was from Wild Well
      24  Control, and it had been used previously on
      25  what we called the leaders and downers
00636:01  to -- for containment of wells after the
      02  hurricane.
      03      Q.   So from your perspective, two
      04  weeks later is an immediate response?
```

Page 636:09 to 636:25

```
00636:09      A.   So I think we responded relative
      10  to the amount -- directly what we -- what
      11  was required of us, you know.  I
      12  don't -- there wasn't a cofferdam sitting
      13  right next to the rig before we -- it has
      14  to be deployed.  It has to be brought
      15  offshore, you know.
      16          So I think the -- the deployment
      17  of the cofferdam reflects the time required
      18  to get such a piece of equipment offshore
      19  and -- and in place.
      20      Q.   How long was it before the
      21  capping stack was ready to be placed?
      22      A.   I don't recall the exact timing
      23  of how long it took to get the capping
      24  stack in place.  But we -- we deployed it,
      25  probably on July 13th or 14th.
```

Page 637:10 to 637:15

```
00637:10      Q.   It would be an expense that
      11  would be unreasonable, from your
      12  perspective, to have all of that stuff
      13  ready to go against the possibility of a
      14  disaster like this?
      15      A.   No, I don't believe --
```

Page 637:18 to 637:21

```
00637:18      A.   -- it would have been a -- a
      19  cost issue.  Relative to the cost of a
      20  deepwater well, it's a very small -- not a
      21  large sum of money --
```

Page 637:23 to 637:24

```
00637:23      A.   -- for a capping stack or a top
      24  hat.
```

Page 639:06 to 639:21

```
00639:06       Q.    She read back the question, and
      07  you -- you heard my question.  I mean, it
      08  is -- it was an isolated question about all
      09  of these things -- the cofferdam, the top
      10  hats -- all of the different things that
      11  you -- you tried.
      12             I was asking whether the reason
      13  why they weren't sitting on the dock is
      14  because of expense.
      15             You answer was, no, that's not
      16  the reason; isn't that true?
      17       A.    I said, no, that's not the
      18  reason, and it was a -- it wasn't a -- I
      19  said the cost of a cap hat -- top hat or a
      20  capping stack wouldn't be the inhibitor, is
      21  what I heard.
```

Page 640:05 to 640:14

```
00640:05       Q.    It was an enormous amount of
      06  money to stop the flow of hydrocarbons into
      07  the Gulf of Mexico, wasn't it?
      08       A.    That's correct.
      09       Q.    But if those things would have
      10  been in place before they were, empirically
      11  that cost would have been reduced, and the
      12  amount of hydrocarbons released into the
      13  Gulf would have been reduced; isn't that
      14  true?
```

Page 640:17 to 641:14

```
00640:17       Q.    If this instrumentation had been
      18  placed sooner.
      19       A.    Certain the expectation -- if
      20  you -- if you'd had some of the equipment
      21  built beforehand, we could have deployed it
      22  quicker, absolutely.
      23       Q.    Okay.  And that would have had
      24  that effect, the beneficial effect of
      25  reducing the amount of oil that got
00641:01  released, and the beneficial effect of --
      02  of eliminating the harm to the environment,
      03  that is, to the planet earth, and -- and
      04  other such things, correct?
      05       A.    If in case -- yeah.  In -- in
      06  any case where you can mitigate an accident
      07  earlier, yeah, it would have less impact.
      08       Q.    Okay.  The reason why those
      09  things weren't sitting on the deck was
      10  because, from a business standpoint, it
      11  wouldn't have been a good idea to spend the
      12  money, even if it was a relatively small
```

```
13  amount of money.
14              Is that a fair statement?
```

Page 641:17 to 642:16

```
00641:17     A.    No.  I think we didn't
      18  contemplate what was all totally required,
      19  you know, to -- to respond to such an
      20  event, you know.  We -- we didn't have
      21  those things built.  We had the technology,
      22  but we didn't have those things built.
      23              But I don't -- I don't put it
      24  all to a -- a cost, you know, being a
      25  total -- a -- a cost issue.
00642:01     Q.    Well, if they were reflected in
      02  your risk assessment, or reflected in your
      03  spill response assessment, why wouldn't
      04  they already have been built?
      05     A.    So the risk assessment, I said,
      06  had mitigation plans on prevention, not
      07  response.  Okay.
      08              Spill response plan, I don't
      09  think contemplated a -- a top hat or
      10  a -- or a capping stack requirement.  It's
      11  certainly a learning of the industry, and
      12  it's something that we've kind of gone
      13  forward with now and Marine Well
      14  Containment Company and -- that we're a
      15  member of in order to have those things in
      16  place now for the industry.
```

Page 642:21 to 643:07

```
00642:21     A.    So help me.
      22              Can you expand on BP relying on
      23  assessments of what?
      24     Q.    Various risk assessments.  And
      25  as you now established, spill response
00643:01  plan.  It relied on those pre-accident
      02  exercises, called assessments, to prepare
      03  against the eventuality of a disaster,
      04  correct?
      05     A.    It would -- relied upon the
      06  spill response plan and its risks --
      07  risk -- risk register.
```

Page 643:09 to 644:10

```
00643:09     A.    I'm not sure what assessments
      10  you're referring to.
      11     Q.    All right.  Those two things --
      12  risk register, which you've made clear had
      13  to do with prevention, and the spill
```

```
14   response plan -- am I right in saying that
15   the spill response plan is the only place
16   we could go to look for exactly what plan
17   that your company and you had made for the
18   possibility of a disaster in the Gulf of
19   the proportions we saw on April 20th, 2010?
20        A.    To the best of my knowledge,
21   that'd be the plan you'd go to.  That's --
22   it's a -- it's a response to a major spill.
23        Q.    Okay.  And that is not
24   particular to Macondo well?  It's -- it's
25   Gulf-wide, under your SPU operations,
00644:01 correct?
02        A.    That's right.
03        Q.    So that if one rig were in 1,000
04   feet of water and another was in 8,000 feet
05   of water, it would have the same mitigation
06   plan; isn't that true?
07        A.    I'm not sure how the plan
08   contemplates the different water depths,
09   but it would -- should be encompassed in
10   that plan.
```

Page 645:01 to 646:03

```
00645:01      Q.    Okay.  The purpose of the
02   plan -- of that plan is to, for example,
03   prevent -- strike that.
04              The purpose of that spill
05   response plan that you just testified that
06   Dennis Johnson and Cindi Skelton would be
07   responsible for is, among other things, to
08   prepare against the possibility of -- of
09   the failure of well integrity to begin
10   with, correct?
11        A.    To the loss of well control.
12        Q.    Yes.  I'll accept that.
13        A.    Or -- or a spill of any kind.
14   It could be well, it could be pipeline; but
15   it's a spill response plan.
16        Q.    But it's to prepare also for
17   the -- I mean, in -- in other words, the
18   possibility of a blowout?
19        A.    And a loss of well control, yes.
20        Q.    Is that a yes?
21              Escape of hydrocarbons into the
22   Gulf of Mexico?
23        A.    That's correct, yes.
24        Q.    You would acknowledge, would you
25   not, as we sit here today, that the spill
00646:01 response plan was ineffectual as it was in
02   place in April of 2010?
03        A.    I wouldn't say it --
```

```
Page 646:06 to 646:10

00646:06        A.    I wouldn't say it was
      07  ineffectual.  I'd say it didn't -- it
      08  probably didn't incorporate all the things
      09  that we would have needed in order to
      10  attack this type of event.
```