# United States' Phase Two Offer of Proof
# Exhibit 8
# Designations from Volume 1 of
# Deposition of Victor Emmanuel

```
Page 8:08 to 8:12

00008:08        Q.      Would you, please, state your
     09  full name for the record.
     10        A.      Victor Manuel Emanuel.
     11        Q.      And what is your address, sir?
     12        A.      2727 Riviere Street --


Page 8:17 to 8:18

00008:17        A.      2727 Riviere Street, Apartment
     18  3084, Houston, Texas 77098.


Page 11:03 to 12:11

00011:03        Q.      Can you tell me, what is your
     04  current job title?
     05        A.      Account manager for Shell North
     06  America Offshore.
     07        Q.      And how --
     08        A.      For wireline.
     09        Q.      I'm sorry?
     10        A.      For wireline.
     11        Q.      For wireline?
     12        A.      Yeah.
     13        Q.      And how long have you been with
     14  Shell Offshore?
     15        A.      July -- since July 5th, 2011.
     16        Q.      So just this past July?
     17        A.      Yes.
     18        Q.      Over a year after the Deepwater
     19  Horizon incident, correct?
     20        A.      Yeah, yes.
     21        Q.      And why did you -- what did you
     22  do before working with Shell?
     23        A.      I work in Brazil.
     24        Q.      And worked in Brazil with whom?
     25        A.      With Schlumberger.
00012:01        Q.      Okay.
     02        A.      I'm -- I'm still working for
     03  Schlumberger.  I'm just in charge of the
     04  account for Shell North America Offshore.
     05        Q.      So you are an employee of
     06  Schlumberger?
     07        A.      Yes.
     08        Q.      Okay.  But you're working --
     09        A.      At the Shell office.
     10        Q.      At the Shell office, I got you.
     11        A.      Yes.


Page 13:23 to 14:08

00013:23        Q.      And which college did you go to?
```

```
24       A.      Andres Bello Catholic
25  University, Loyola.
00014:01       Q.      And -- and what was your -- did
02  you have a major or an area of concentrated
03  study?
04       A.      I have a degree in industrial
05  engineering.
06       Q.      And -- and when did you receive
07  your degree?
08       A.      1999.
```

Page 14:20 to 15:02

```
00014:20       Q.      And then what did you do?
21       A.      I was hired by Schlumberger on
22  October 29th, 2000.
23       Q.      And what was the position you
24  were hired in at Schlumberger?
25       A.      Field engineer.
00015:01       Q.      I'm sorry?
02       A.      Field engineer.
```

Page 15:25 to 17:24

```
00015:25       Q.      (BY MR. LEGER)  Now, what was --
00016:01  you were hired by Schlumberger in about year
02  2000, October, I think, of 2000?
03       A.      October 29th.
04       Q.      As a field engineer, right?
05       A.      That's correct.
06       Q.      What -- what did you do as a
07  field engineer?
08       A.      I worked for the wireline
09  division.
10       Q.      Uh-huh.
11       A.      So it was running wireline
12  tools.
13       Q.      And what did that involve?  Did
14  that involve work onshore and offshore?
15       A.      No.  I started working on -- on
16  land, on the land industry.
17       Q.      And how long did you work on
18  land before go -- working offshore?
19       A.      I worked for October 2000 until
20  May 2003 in Edinburgh, Texas, South Texas.
21  From there, I moved to the Rockies, and I was
22  based in Vernal, Utah, from May 2003 to
23  December 2004.  And then I -- I was
24  transferred to Larose, Louisiana, to work in
25  the offshore.
00017:01       Q.      So you went to work in Larose in
02  2004?
03       A.      December 2004.
04       Q.      Okay.  Is that kind of the
```

```
05   normal progression at Schlumberger, you start
06   off -- people start off working onshore and
07   then move to offshore?
08        A.     That's correct.
09        Q.     And -- and why is that?  Is --
10   is offshore more difficult or require more
11   experience?
12        A.     It require more experience, and
13   it's more demanding, and you have less number
14   of jobs per month.  When you work on land,
15   you have higher frequency of jobs, so you can
16   get your training faster.
17        Q.     Okay.  So what -- what is more
18   difficult about the -- the work offshore, or
19   more complicated?
20        A.     I will think to work on -- on
21   ultra deepwater and deepwater, the cost of
22   the rigs is higher, of course, so you want to
23   have people out there who is properly
24   trained.
```

Page 18:04 to 18:10

```
00018:04      Q.     So you worked out of the Larose
05   office --
06        A.     Yes.
07        Q.     -- until earlier this year; is
08   that right?
09        A.     Until -- until around August
10   2010, 2010.
```

Page 18:16 to 19:19

```
00018:16      Q.     (BY MR. LEGER)  After August
17   2010 where did you go?
18        A.     I went to Brazil in November.
19        Q.     Okay.  And what did you do in
20   Brazil?
21        A.     I was a field engineer.
22        Q.     Was that land rigs, or was that
23   offshore, also?
24        A.     Offshore rigs.
25        Q.     And was that a promotion or a
00019:01   lateral move?
02        A.     It was a lateral move.
03        Q.     Now, between 2004 and 2010, did
04   your work substantially change, or did you --
05   did you retain the same title and
06   responsibilities?
07        A.     I -- when I moved to Larose, I
08   was a what they call general field engineer,
09   and in January 2006, I was promoted to
10   deepwater coordinator.
11        Q.     And, now, as I appreciate it,
```

```
12   you were the deepwater coordinator for
13   Schlumberger in the Gulf of Mexico on -- in
14   April of 2010; is that correct?
15        A.    That's correct.
16        Q.    And -- and I assume when you say
17   "deepwater coordinator," that is what you're
18   talking about, Gulf of Mexico?
19        A.    Yes.
```

Page 20:12 to 20:14

```
00020:12        Q.    Did you have any experience or
     13   knowledge or expertise in cementing?
     14        A.    No, sir.
```

Page 20:18 to 20:23

```
00020:18        Q.    Well, I guess -- let me -- let
     19   me give you an idea.  Tab 10, which will be
     20   marked as Exhibit 5600.  It's a -- a two-page
     21   printout from the internet, and it -- it
     22   illustrates the -- the Website address.
     23        A.    No, I haven't seen this.
```

Page 21:24 to 21:25

```
00021:24        Q.    What work did you do?
     25        A.    Open-hole evaluation.
```

Page 22:13 to 23:01

```
00022:13        Q.    So you were on on two separate
     14   occasions, April 10th and April 15th, on the
     15   Deepwater Horizon?
     16        A.    I -- I worked from April 10th to
     17   the 15th.
     18        Q.    Ah.  Okay.  You worked a -- a
     19   full five days?
     20        A.    Yes, sir.
     21        Q.    And you did open-hole
     22   evaluation.  And what do you mean by
     23   "open-hole evaluation"?
     24        A.    Open-hole evaluation is
     25   basically we run tools in the hole to gather
00023:01   information from the hole.
```

Page 23:07 to 27:04

```
00023:07        Q.    I'm sorry, let me -- so we
     08   can -- you and I can communicate.  I assume
     09   there is a broad range of tools for open-hole
     10   evaluation, correct?
```

```
11          A.      That's correct.
12          Q.      But you don't particularly use
13  them all that Schlumberger has on every hole;
14  is that right?
15          A.      That's correct.
16          Q.      Did you use all of them on the
17  Macondo well between April 10th and
18  April 15th?
19          A.      We -- we have a -- an extended
20  logging program there.  We have -- we -- we
21  did run --
22          Q.      Pretty thorough?
23          A.      Yeah.
24          Q.      Okay.  Now, I'm sorry, go ahead,
25  now tell me what you did do between
00024:01  April 10th and April 15th.
02          A.      We -- the first run in the hole
03  was a triple combo suite.
04          Q.      And what is a triple combo
05  suite?
06          A.      It's -- it's a -- it's a
07  combination of four tools, one is a
08  resistivity tool, the other one is a density
09  tool, then we have the neutron porosity tool,
10  and then a gamma ray tool.
11          Q.      Now, did you also run a
12  combinable magnetic -- magnetic resonance?
13          A.      That's a CMR, that's correct,
14  sir.
15          Q.      Okay.  Now, what -- what -- what
16  are you testing when you're testing for
17  resistivity?
18          A.      We look at the resistivity of
19  the rock and the resistivity of the
20  formation.
21          Q.      And what do you mean by
22  "resistivity"?
23          A.      It's difficult to explain, but
24  basically --
25          Q.      If you think it's difficult for
00025:01  you, imagine how it is for me to understand.
02          A.      Basically, you -- you want to
03  measure the resistance of the -- the
04  material, of the rock or the formation.
05          Q.      How does that relate to an
06  examination of the -- of the formation
07  density?
08          A.      Those are two separate things.
09          Q.      Okay.  And explain the
10  distinction.
11          A.      The -- the resistivity basically
12  will let you know if you have a fluid
13  downhole, and it will react in a certain way
14  when you have a hydrocarbon and a different
15  way when you have water, that's one thing.
```

```
16   The density will help you to estimate the
17   porosity of the rock, and the same thing with
18   a neutron porosity.
19        Q.     Now, are you -- are there
20   different tests to check for density and for
21   porosity or...
22        A.     Of the density -- the density
23   tool measure, the density of the rock, and
24   with that you can estimate the porosity of
25   the rock.  And then neutron tool will
00026:01  estimate the porosity of the rock.
02        Q.     And -- and what -- what is
03   the -- the natural gamma radiation study?
04   What -- what is that aimed at determining?
05        A.     Well, they -- the natural -- the
06   gamma ray can be used to find -- to correlate
07   and -- and -- and figure out where the sands
08   are based on the response of the tool, and it
09   actually measure just natural gamma ray in
10   the rock.
11        Q.     Do -- do you -- are there
12   different tools that are used, different
13   drops of wireline for each of the different
14   studies, or are they all on the same line?
15        A.     We use one line, and, like I
16   mentioned before, the triple combo combines
17   these tools, and you can do one pass and
18   gather all the information from all the tools
19   in one pass.
20        Q.     Now, in the context of -- at
21   this period of time of April 10th and
22   April 15th, you were not even questioning or
23   doing anything with respect to an ultimate
24   cementing operation, correct?
25        A.     Correct.
00027:01  Q.     Were -- were the tests -- as I
02   appreciate it, you actually ran the
03   equipment, correct?
04        A.     I was one of the engineers.
```

Page 27:16 to 33:02

```
00027:16  Q.     And the -- what you ran was the
17   triple combo?
18        A.     I did run the triple combo.  I
19   did run the CMR, the magnetic resonance tool,
20   and there was another, the sand -- with the
21   sonic dip meter tool.
22        Q.     And what did the other
23   specialists run?
24        A.     Steve and Dave, they run the
25   MDT.
00028:01  Q.     And what's the name of the MP?
02        A.     MDT.
03        Q.     MDP?
```

```
04        A.      M -- MDT.
05        Q.      MDT.  And what is that.
06        A.      It's a formation testing tool.
07        Q.      Okay.  And what does MDT stand
08  for?
09        A.      Modular dynamic tester.
10        Q.      Okay.  And -- and you say it's a
11  formation testing tool?
12        A.      That's correct.
13        Q.      What does that mean?
14        A.      It's a tool that we use to take
15  pressures and downhole fluids.
16        Q.      To take -- in terms of testing
17  the fracture gradient?  What kind of
18  pressures are you trying to test?
19        A.      We take pressures of the
20  reservoir to -- to determine the -- the
21  reservoir pressure.
22        Q.      So if I understand you, once you
23  have located that there is a hydrocarbon pay
24  zone --
25        A.      Yeah.
00029:01        Q.      -- in a sense, you are now --
02  with the MDT, you are testing the -- the
03  nature of the reservoir of the zone?
04        A.      We test the -- the -- the
05  formation pressure, the reservoir pressure,
06  and we can also gather downhole fluids and
07  bring them to surface.
08        Q.      And -- and how do you actually
09  gather the downhole fluids?
10        A.      This tool has the capability to
11  suck fluid from the formation and store it in
12  chambers inside the tool.
13        Q.      Well, at -- at the point that
14  you are doing your testing is -- the casing
15  is not all the way through the pay zone?
16        A.      No, sir.
17        Q.      So you're -- you're actually --
18  there is an open hole at the end of the
19  casing, correct?
20        A.      That's correct.
21        Q.      And you drop your -- your
22  equipment down into the open hole, and you
23  can actually test?  It's not like running a
24  CBL where you're -- you're testing through
25  the casing --
00030:01        A.      That's correct.
02        Q.      -- correct?  You're actually
03  testing the actual fluids, the actual rock,
04  the actual formation, the actual pressures;
05  is that correct?
06        A.      That's correct.
07        Q.      Okay.  And what -- what is the
08  purpose of -- of doing a triple condo --
```

```
09   combo and all these other things -- tests
10   that -- that were being done by you and
11   Schlumberger during April 10th and
12   April 15th?
13        A.    Well, basically, you want to
14   identify the porosity of the rock, the
15   permeability of the rock, characterize the
16   type of rock, lithology, all the rock
17   properties, mechanical properties, also.
18        Q.    And why?
19        A.    Well, the client use that to
20   characterize the well and the formation
21   they're working with.
22        Q.    Now, as I appreciate it, you
23   operate the equipment, you drop it down, you
24   actually run the test, correct?
25        A.    Correct.
00031:01        Q.    And in the context of the -- of
02   the triple combo, do you get -- do you get
03   graphic readouts, do you get numeric
04   readouts, digital readouts or what -- what
05   does it look like?  What does it physically
06   look like?
07        A.    We generate two -- two type of
08   files.  One is graphic presentation that is
09   displayed on the computer, and at the same
10   time, we build file with digits.  So the
11   graphic file is called a PDS, and a digital
12   file is called the DLIS, D-L-I-S, file.
13        Q.    D-E-L-I-S?
14        A.    D-L --
15        Q.    D-L-I-S?
16        A.    Yeah.
17        Q.    And who interprets that data?
18        A.    Well, that data is sent to our
19   Web page service, InterACT, and --
20        Q.    I'm sorry, what -- your what
21   service?
22        A.    We have a Web page --
23        Q.    Wet?
24        A.    Web page.
25        Q.    Web page.
00032:01        A.    To -- to deliver the data to the
02   client.  They grab that, and they do their
03   interpretation.
04        Q.    So the data is delivered,
05   basically, to the internet, to a Web page?
06        A.    Yeah.
07        Q.    And your client can then access
08   it and interpret it --
09        A.    Yes.
10        Q.    -- correct?  Schlumberger
11   doesn't provide the interpretation, is that
12   right?
13        A.    The client can request our
```

```
    14   service to make an interpretation.
    15        Q.      In this case, did Schlumberger
    16   provide the service of interpreting the data,
    17   or did the client interpret the data?
    18        A.      Well, the -- the client in this
    19   case didn't request the -- the final product
    20   from our computer center.
    21        Q.      That means that -- does that
    22   answer mean that the client did not ask
    23   Schlumberger to interpret what the data you
    24   collected either graphically or digitally
    25   meant in terms of porosity, permeability,
00033:01   pressures, even, I guess, rheology?
    02        A.      That's correct.
```

Page 33:12 to 33:21

```
00033:12        Q.      And in -- in this case, who was
    13   the client?
    14        A.      BP.
    15        Q.      Was Transocean a client?
    16        A.      No, sir.
    17        Q.      Was Halliburton a client?
    18        A.      No, sir.
    19        Q.      Was M-I SWACO a client?
    20        A.      No, sir.
    21        Q.      Was Anadarko a client?
```

Page 33:23 to 34:17

```
00033:23        A.      I -- I'm -- I'm not aware if --
    24   if Anadarko was a part.
    25        Q.      (BY MR. LEGER)  Well, was MOEX a
00034:01   client?
    02        A.      I am not aware of that.
    03        Q.      Now, how do you know BP was a
    04   client?
    05        A.      Because BP request our services.
    06        Q.      And how do you -- how did you
    07   know that BP requested your services?
    08        A.      We have in-house sales,
    09   technical sales in the BP office, and he was
    10   contact by BP for this job and...
    11        Q.      Did you see any paperwork or
    12   documentation suggesting that BP was the
    13   client?
    14        A.      We got a work order.
    15        Q.      And let me show you behind Tab
    16   No. 4 an exhibit which we will mark for
    17   identification as 5601.
```

Page 34:20 to 35:03

```
00034:20        Q.      (BY MR. LEGER)   Now, the first
      21 page of that exhibit is an e-mail, and it
      22 bears the Bates No.  BP_HZN_MBI 00126866, and
      23 it appears to be an e-mail from a Carl
      24 Leweke, or Leweke, on April 14th to a number
      25 of people, Brett Cocales, Brian Morel, Mark
00035:01 Hafle, Roy Wydrinski.  Do you know any of
      02 those persons?
      03        A.      Yes, sir.
```

Page 36:01 to 37:06

```
00036:01        Q.      For BP.
      02              And this e-mail says, "All,
      03 Attached is a preliminary work order for call
      04 out of tools for Macondo cement evaluation."
      05              Correct?
      06        A.      That's what it -- it says there.
      07        Q.      And it -- it seems to be signed
      08 by Carl Leweke.  Is that -- is that how it's
      09 pronounced, Leweke?
      10        A.      Leweke.
      11        Q.      Okay.  And have you seen a work
      12 order that looks something like this one in
      13 the past?
      14        A.      That's correct, sir.
      15        Q.      Kind of a standard format; is
      16 that right?
      17        A.      That's correct, sir.
      18        Q.      And have you seen this
      19 particular work order before?
      20        A.      No, sir.
      21        Q.      And in the ordinary course of
      22 the work that -- that you would have done
      23 between April 10th and April 15th, would you
      24 have seen the work order itself?
      25        A.      Excuse me, could you --
00037:01        Q.      Would you -- would you have seen
      02 the work order that applied for that job?
      03 Would that be something that in the ordinary
      04 course of the work that you do would come
      05 through your hands?
      06        A.      For the cement evaluation?  No.
```

Page 41:12 to 41:21

```
00041:12        Q.      So, basically, the client, in
      13 this case BP, tells you what they want, and
      14 then you go out and perform it, correct?
      15        A.      Basically, they are requesting
      16 us what to -- how to present the -- the
      17 document for the interpretation.
      18        Q.      This is telling them, this is
      19 how they want it to be provided to them so
```

```
    20   that they can interpret the data, correct?
    21        A.      That's correct.
```

Page 42:23 to 43:20

```
00042:23        Q.      Okay.  Now, when you were --
    24   when you were out there doing your work, you
    25   took orders from the BP company man; is that
00043:01   right?
    02        A.      Well, the company man is the
    03   person in charge, but there are also --
    04   on-site petrophysics were the ones that are
    05   more interested on -- on -- on the data, what
    06   exactly the logging program, basically.
    07        Q.      Are they -- and you talk about
    08   the on-site petrophysics.  These are also
    09   people working for the client, correct?
    10        A.      That's correct.
    11        Q.      And the petro- -- are the
    12   petrophysicists aboard looking at the data as
    13   you are presenting it or -- or developing it?
    14        A.      That's correct, sir.
    15        Q.      Now, do you have any idea --
    16   I mean, is it your job to -- to know what you
    17   have found in the context of this open-hole
    18   evaluation?
    19        A.      No, sir.  My -- my job is to
    20   gather the -- the data.
```

Page 44:03 to 44:15

```
00044:03        Q.      Have you developed some
    04   knowledge as to what this data is -- is
    05   actually telling us?
    06        A.      I understand the readings, but
    07   I'm an industrial engineer.
    08        Q.      Did the data that you developed
    09   indicate to you that this was a pretty
    10   significant find of hydrocarbons?
    11        A.      Like I mention before, I'm an
    12   industrial engineer.  I'm not a petrophysics
    13   or trained to be a petrophysics.  I
    14   understand the outputs of my tools, and they
    15   indicate the presence of hydrocarbons.
```

Page 48:06 to 48:19

```
00048:06        Q.      Now, did -- did you run a -- a
    07   caliper log?  And I say "you."  You or your
    08   crew.
    09        A.      Yes, sir.
    10        Q.      And what was the purpose of the
    11   caliper log?
```

```
12       A.     It have different purposes.  On
13 the triple combo tool, we need the caliper as
14 an input for the -- the resistivity
15 calculation, as part of the algorithm of the
16 tool.  We also need the caliper to push the
17 density against the well to measure the
18 density.  And we also provide bore hole
19 geometry to estimate the volume of the hole.
```

Page 48:25 to 49:15

```
00048:25       Q.     You're talking about the well
00049:01 hole itself geometry?
02       A.     We -- with the caliper we -- we
03 can measure the radius of the -- the actual
04 well.
05       Q.     Of the well hole at different
06 levels?
07       A.     Yes.
08       Q.     And that's what you call testing
09 the bore -- the bore hole geometry?
10       A.     Yes.
11       Q.     You can determine whether it's
12 perfectly round or whether it's oval shaped
13 or whether it's awkward or whatever?
14       A.     If there are washouts and things
15 like that.
```

Page 54:14 to 55:08

```
00054:14       Q.     You don't know if this was BP's
15 project or not, right?
16       A.     Well, I -- I know that BP called
17 us to perform a job in a facility they
18 manage.
19       Q.     You --
20       A.     I don't know the extension.
21       Q.     You met the well site leader
22 when you were there?
23       A.     That's correct.
24       Q.     And he was a BP employee, right?
25       A.     That's correct, sir.
00055:01       Q.     BP hired Schlumberger, right?
02       A.     That's correct, sir.
03       Q.     The petrophysicists -- you know
04 there were petrophysicists on board, right?
05       A.     That's correct.
06       Q.     And as far as you know, they
07 worked for BP, right?
08       A.     That's correct.
```

Page 59:06 to 59:24

```
00059:06       Q.      (BY MR. LEGER)  Mr. Emanuel, I
      07 just have a -- a few more questions.  I'm
      08 going to show you an exhibit that is located
      09 at tab 16, and we've marked it for
      10 identification as Exhibit 5602.  Do you see
      11 it, sir?
      12       A.      Yes.
      13       Q.      Appears to be an e-mail from
      14 then Carl Leweke, who was with Schlumberger,
      15 correct?
      16       A.      It does.
      17       Q.      To a Heather Powell; is that
      18 right?
      19       A.      That's correct.
      20       Q.      And it says, "Here are the
      21 details of the latest go at logging."
      22              Do you know who Heather Powell
      23 is?
      24       A.      No, sir.
```

Page 71:17 to 72:18

```
00071:17 First, you've described your job
      18 with Schlumberger as the deepwater
      19 coordinator on the Deepwater Horizon, that's
      20 correct?
      21       A.      That's correct.
      22       Q.      And could you just list for me
      23 your responsibilities.
      24       A.      I was a field engineer, but I
      25 will be the engineer assigned to BP.
00072:01       Q.      Okay.  So as the engineer
      02 assigned to BP, what did you do?
      03       A.      I will follow up on the projects
      04 where we will be doing wireline, and I will
      05 follow up on the maintenance of the equipment
      06 units that we have offshore at the -- on
      07 the -- BP's facilities.
      08       Q.      Anything else?
      09       A.      Follow up on service quality.
      10 Just, I was the point of contact for them on
      11 the field level for wireline operations.
      12       Q.      Okay.  And you said earlier that
      13 your second engineer was Ryan O'Toole and
      14 that you also worked with Dave Kruzeniski,
      15 Steve Torgerson?
      16       A.      Torgerson.
      17       Q.      Torgerson and Darrell Donohue?
      18       A.      Domangue.
```

Page 72:21 to 73:02

```
00072:21       Q.      Okay.  And those other folks
      22 were engineers?
```

```
        23        A.        Ryan O'Toole is an engineer,
        24   Dave Kruzeniski is an engineer, Steve
        25   Torgerson is an engineer, and Darrell
00073:01   Domangue is a field technician.
        02        Q.        Field technician, okay.
```

Page 73:24 to 74:25

```
00073:24        Q.        (BY MS. ANDRE)  Absolutely.  So
        25   you're -- you're gathering all this data.
00074:01   You've already said that you were gathering
        02   triple combo suite data, CMR, MDT, caliper
        03   log data.  What qualities does that data need
        04   to have?
        05        A.        Well, the -- the -- we -- I need
        06   to ensure that the tools are properly working
        07   downhole, and we gather that following the
        08   procedures for each tool, basically.
        09        Q.        Okay.  And if they're properly
        10   functioning, do you expect to get accurate
        11   data?
        12        A.        Yes, sir.
        13        Q.        And how do you ensure accuracy?
        14        A.        We monitor the tool behavior
        15   with the computer system.  There are numbers
        16   that we need to look at it.
        17        Q.        Okay.  And was the data that you
        18   collected on the Deepwater Horizon rig
        19   accurate?
        20        A.        Yes.  To my knowledge, yes.
        21        Q.        So you spoke earlier about the
        22   fact that a company man was generally in
        23   charge on the rig, but that you had more
        24   technical people overseeing your work.  What
        25   members of BP's staff oversaw your work?
```

Page 75:02 to 75:09

```
00075:02        A.        BP has two employees on the rig
        03   monitoring the job.
        04        Q.        (BY MS. ANDRE)  Do you know
        05   their names?
        06        A.        Yes, Stuart Lacy and Galina, I
        07   don't remember her last name.
        08        Q.        Skripnikova?
        09        A.        Probably.
```

Page 75:22 to 75:25

```
00075:22        Q.        So we're going to mark this as
        23   Exhibit 5603.  And don't take that quite yet,
        24   because we might come back to it.
        25        A.        Okay.
```

Page 78:01 to 78:05

```
00078:01        Q.      Okay.  So is it accurate to say
      02  that at all times either yourself or Ryan
      03  were there and one of the witnesses, either
      04  Galina Skripnikova or Stuart Lacy?
      05        A.      Yes, ma'am.
```

Page 78:13 to 78:25

```
00078:13        Q.      (BY MS. ANDRE)  Well, when was
      14  it reviewed -- how was it reviewed first by
      15  you?
      16        A.      By me?
      17        Q.      Uh-huh.
      18        A.      What we do is on realtime, we
      19  monitor the tool output and certain
      20  parameters that indicate that the tool are
      21  working -- is working properly.
      22        Q.      Uh-huh.
      23        A.      And so it -- I review the -- the
      24  data realtime to ensure that it's -- the tool
      25  is working properly.
```

Page 79:08 to 79:11

```
00079:08        Q.      Right.  But during the
      09  witnessing process, were they watching the
      10  monitors as you or Mr. O'Toole were?
      11        A.      Yes, ma'am.
```

Page 79:13 to 80:10

```
00079:13        Q.      (BY MS. ANDRE)  All right.  So
      14  we've talked a little bit about who collected
      15  the data, who supervised the collection of
      16  the data.  Now, I want to turn to talking
      17  about the data itself.
      18                Would you, please, provide me
      19  with a list of all of the types of data that
      20  you can remember that you collected for the
      21  Deepwater Horizon rig and the BP project.
      22        A.      Well, if we talk about the
      23  descent, we -- we did the triple combo --
      24        Q.      Uh-huh.
      25        A.      -- where we acquire the
00080:01  resistivity, the density, porosity, and the
      02  neutron porosity, plus the gamma ray.
      03                Then on the second run, we -- we
      04  have the CMR tool, the ECS and the HNGS for
      05  lithology and permeability and porosity as
      06  well.
      07                The third descent was a sonic
```

```
08  tool with a dip meter.  And then we proceed
09  with MDT for pressures and samples and then
10  the coring tool to gather rock samples.
```

Page 81:05 to 82:19

```
00081:05        Q.     Yeah.  And we're going to mark
06  this one as 5604.  And I just need you to
07  look closely enough at it to discuss it with
08  me.  You don't have to read the whole thing.
09        A.     I just want to be sure that I
10  understand what it is saying here --
11        Q.     Yeah.
12        A.     -- because -- okay.
13        Q.     Okay.  Do you recognize these
14  e-mails?
15        A.     I -- I recognize Dave's e-mail.
16        Q.     Why do you recognize it?
17        A.     Because I was cc'd on it.  I --
18  I -- this is something that we usually
19  discuss, the LCM.
20        Q.     Okay.  And -- and what is it
21  that you discussed?
22        A.     The LCM can potentially plug the
23  screens that were MDT when we take samples.
24        Q.     And LCM stands for lost
25  circulation material?
00082:01        A.     I'm not really sure.
02        Q.     You're not sure.  Okay.  So what
03  were you concerned with plugging the hole, if
04  you're -- if you're not sure what LCM is.
05        A.     Not -- not plugging the hole.
06  We're talking here about our MDT tool.
07        Q.     Okay.
08        A.     The MDT tool is used to take
09  samples, and there is a probe, and that probe
10  has a small -- a filter that is a very fine
11  filter, if you want -- I'm sorry for the
12  redundancy, but the screen is very fine, and
13  if -- if you have LCM or other material
14  getting into it, that screen can plug, be
15  plugged, and then you cannot get the fluid
16  into the tool.  So we're talking about
17  plugging that little screen.
18        Q.     Right, with LCM?
19        A.     With LCM.
```

Page 83:04 to 83:11

```
00083:04        Q.     Okay.  Did you have reason to
05  believe that in this case that you would have
06  trouble with your testing because of LCM?
07        A.     Well, we always -- it is very
08  common in the industry to use LCM.  So we
```

```
         09  always want to make our client aware that
         10  there is a risk of plugging those filters,
         11  if -- if there is LCM in the hole.
```

Page 83:17 to 83:19

```
00083:17        Q.     But you were concerned about LCM
         18  as far as your ability to perform your job
         19  functions?
```

Page 83:21 to 83:24

```
00083:21        A.     Well, my concern was to plug the
         22  screen with -- with LCM, basically, and we
         23  pass this to the client just to -- for them
         24  to be aware.
```

Page 84:19 to 85:05

```
00084:19        Q.     That's all right.  Who decides
         20  what data to collect?
         21        A.     The client.
         22        Q.     Who decides how much data to
         23  collect?
         24        A.     The client.
         25        Q.     Who decided in this case how
00085:01  many fluid samples to take with the modular
         02  dynamic tester?
         03        A.     The client.
         04        Q.     And the rotary side wall cores?
         05        A.     The client.
```

Page 85:11 to 85:24

```
00085:11        Q.     And how many core samples were
         12  taken?
         13        A.     How many were recovered, in
         14  total?
         15        Q.     Yes.
         16        A.     I don't -- I don't remember,
         17  ma'am.
         18        Q.     You don't remember.  If you
         19  could turn to the front page of this
         20  document, it might refresh your memory.
         21        A.     26 cores --
         22        Q.     And we'll mark this as 5605.
         23  Sorry.  Thank you.
         24        A.     No problem.
```

Page 86:05 to 86:15

```
00086:05        A.     (Continuing)  Okay.  This e-mail
```

06  say 30 cores.
07      Q.      (BY MS. ANDRE)  Is that in line
08  with your recollection?
09      A.      Like I mentioned before, it was
10  a year and a half ago.  I don't remember
11  exactly --
12      Q.      Okay.
13      A.      -- how many.
14      Q.      All right.  Well, is 30 cores a
15  standard number to collect?


Page 86:17 to 86:21

00086:17      A.      Yeah.
18      Q.      (BY MS. ANDRE)  Based on your
19  other experiences as a wireline --
20      A.      Yes.
21      Q.      -- engineer?


Page 87:07 to 87:15

00087:07  tab 4, please.  I'm going to mark this as
08  5606.  What is this document?
09      A.      You say tab No. 4, right?
10      Q.      Uh-huh.
11      A.      Let me see.  This is an update
12  that we send, represent to the client to let
13  them know how the job preparation is going.
14      Q.      Okay.  And you sent this e-mail?
15      A.      I sent this e-mail.


Page 87:25 to 89:10

00087:25  I just want to make sure the
00088:01  second sentence of your e-mail that says, "I
02  will get a better update of MSCT and Seismic
03  tomorrow."
04              Was MSCT and seismic data
05  included in the list that you gave me?  It's
06  possible because I -- I didn't know what all
07  of the data you listed was.
08      A.      I forgot to mention the seismic.
09      Q.      Okay.  So you did collect
10  seismic data?
11      A.      I -- I don't remember.  I have
12  to -- we'll have to look into it because I
13  don't remember if we -- we did or not,
14  seismic run.
15      Q.      What kind of document would
16  refresh your recollection on that count?
17      A.      Probably the invoice.
18      Q.      And MSCT, had you already listed
19  that one?

```
       20        A.      Yes, ma'am, that's the coring
       21  tool.
       22        Q.      Perfect, thank you.  Okay.
       23              So I want to talk a little bit
       24  about how the data is presented once it's
       25  collected.  You said earlier that there was a
00089:01  graphic presentation, which I believe you
       02  said was PIS?
       03        A.      PDS.
       04        Q.      PTS?
       05        A.      D.
       06        Q.      D, PDS.  And a digital file,
       07  which was DLIs?
       08        A.      DLIs.
       09        Q.      And then afterwards, your Web
       10  page services group interprets it sometimes?
```

Page 89:12 to 91:18

```
00089:12        A.      No, ma'am.  This -- this Web
       13  page called InterACT is a server where we
       14  transmit the data, and the client have
       15  access, and they can gather the data from
       16  there.
       17        Q.      (BY MS. ANDRE)  Okay.  So I have
       18  some what I think are examples of these
       19  different kinds of data, but I just want to
       20  walk through them with you to make sure I
       21  understand what they are.
       22              The first would be -- go back to
       23  tab 14, since we've already been visiting it.
       24              Of the three categories you gave
       25  me, what category does this kind of
00090:01  presentation of data fall into?
       02        A.      Well, I just -- just -- I -- I
       03  give you two categories.  I -- the graphic,
       04  this is a graphic presentation.
       05        Q.      Okay.
       06        A.      And there is a digital format
       07  that is generated realtime.
       08        Q.      So, I'm sorry, this is one of
       09  the PDS's?
       10        A.      Yes, this is a PDS.
       11        Q.      Okay.  And I should have asked,
       12  are there any other ways that the data can be
       13  produced other than PDS and the DLIs?
       14        A.      Yes, ma'am.
       15        Q.      What are those?
       16        A.      You can present it as an LES
       17  file --
       18        Q.      Uh-huh.
       19        A.      -- which is an ASCII file, and
       20  you can also print this as a pdf.
       21        Q.      pdf.  And is this uninterpreted
       22  data?  Or, rather, is this raw data?
```

```
23        A.     Yes, this is our data collected
24 at the rig.  Yeah, this is -- this is not
25 interpreted.
00091:01        Q.     Okay.  And what does the data
02 look like once it has been interpreted, if
03 Schlumberger does the interpretation?
04        A.     It's a different -- the header
05 may look like this one, but the log itself
06 will be different.
07        Q.     Okay.  Can you turn to tab 11
08 for me, please?  I'm going to mark tab 11
09 5607.  Thank you.  What is this?
10        A.     This is a report done on the MDT
11 results.
12        Q.     What does it measure, the MDT?
13        A.     We -- you can gather pressures
14 and samples, and collect samples.
15        Q.     Is this a typical report for
16 Schlumberger to create with the data it
17 collects?
18        A.     This is --
```

Page 91:21 to 93:03

```
00091:21 THE WITNESS:  Can I?
22        A.     (Continuing)  Yes, it is.
23        Q.     (BY MS. ANDRE)  Is it
24 Schlumberger's regular practice to create
25 these reports?
00092:01        A.     For the MDT, yes.
02        Q.     What about for other kinds of
03 data?
04        A.     It will depend on the type of
05 tool and what the client requests.
06        Q.     When are they created?
07        A.     Usually after the job, the
08 following days.
09        Q.     By whom?
10        A.     By DCS, the data consultant
11 service.
12        Q.     Okay.
13        A.     What -- yeah.
14        Q.     To your knowledge, were these
15 kinds of reports created for BP based on
16 other data collection other than MDT?
17        A.     Excuse me, can you repeat the
18 question?
19        Q.     So you have this more detailed
20 report --
21        A.     Yes.
22        Q.     -- that I assume was taken from
23 PDS format or some other -- maybe the digital
24 format, and turned into this report that has
25 graphs and charts and explanations of data.
00093:01 Did BP request any of these kinds of reports
```

```
02  for any of the other data that Schlumberger
03  collected?
```

Page 93:05 to 96:22

```
00093:05        A.      Not to my knowledge, ma'am.
    06        Q.      (BY MS. ANDRE)  These reports
    07  are only created at your client's request?
    08        A.      Well, for the MDT, it is part of
    09  the package.  Other -- like I mentioned
    10  before, other reports will be made based on
    11  the client's request.
    12        Q.      Please turn to tab 26.  We're
    13  going to mark it 5608.  Thanks.  Can you tell
    14  me what this is?
    15        A.      This is the NMR or CMR log.
    16        Q.      What does it measure?
    17        A.      This tool measure total
    18  porosity, permeability, and some fluid
    19  properties.
    20        Q.      Who made it?
    21        A.      Who made -- who did the run in
    22  the hole?
    23        Q.      Yes.
    24        A.      It was Ryan O'Toole and myself.
    25        Q.      And who made the log?
00094:01        A.      The final print?  Or this print?
    02  I'm not really sure.  I don't remember.
    03        Q.      What's the typical process that
    04  happens?  After you-all make the run, where
    05  does it go?
    06        A.      After we prepare this print, we
    07  send this to our Web page called InterACT so
    08  that the client have access to it.
    09        Q.      And does this look like the kind
    10  of log that InterACT usually produces for
    11  you?
    12        A.      InterACT doesn't produce any
    13  log.  InterACT is just a server where we dump
    14  data and they can gather.
    15        Q.      So who produces these logs?
    16        A.      This is -- this is a field log.
    17  I produced this log.
    18        Q.      You produced this log, okay.
    19  When did you produce it?
    20        A.      We -- the log is produced
    21  realtime, and we just add the header at the
    22  end.
    23        Q.      And these logs are produced in
    24  the regular course of Schlumberger's wireline
    25  activities?
00095:01        A.      Yeah, this is part of the
    02  realtime acquisition.
    03        Q.      And they're kept in the regular
    04  course of Schlumberger's activities?
```

```
05          A.      Can you explain that to me?
06          Q.      They are kept in your files?
07          A.      We -- like, this is kept on --
08  on -- we send this to InterACT, and we keep
09  it there for as long as the client request
10  it, and then it's removed from -- from that
11  server.
12          Q.      Okay.  Is there an interpretive
13  report similar to the one that we just looked
14  at for MDT for this log?
15          A.      Not to my knowledge.
16          Q.      All right.  If you could turn
17  next to tab 27, please.  This one is going to
18  be marked 5609.  Can you tell me what this
19  is?
20          A.      This is the OBMI dip meter log.
21          Q.      What does it measure?
22          A.      Micro resistivity and the image
23  of the formation, the dips of the formation
24  and caliper.
25          Q.      Okay.  Who made it?
00096:01    A.      Ryan O'Toole and I.
02          Q.      When was it made?
03          A.      This one, we were at -- on
04  bottom April 11th, 2010, at 19 hours, 1900.
05          Q.      And like the last log, are these
06  logs kept -- is it Schlumberger's regular
07  practice to produce these logs?
08          A.      As "regular practice to
09  produce," can you explain that, you mean?
10          Q.      As part of your wirelining
11  activities, is it normal for you to produce
12  these logs?
13          A.      Yes.
14          Q.      And does Schlumberger keep them
15  at the Interactive Website, also?
16          A.      Yes, ma'am.
17          Q.      InterACT, excuse me.
18                  Is there an interpretive report
19  of this data?
20          A.      Well, as part of the RT scanner,
21  we use the dips from the OBMI, but that is
22  not a report, formal report of this data, no.


Page 97:01 to 99:18

00097:01    Q.      (BY MS. ANDRE)  All right.  And
02  continuing on to tab 29, please.  I'm going
03  to mark this one 5610.  What is this
04  document?
05          A.      Tab 29, this is a borehole
06  profile log made with a hostile litho density
07  tool.
08          Q.      What does it measure?
09          A.      This is -- on this presentation,
```

```
       10    we're only plotting the -- the caliper data
       11    for a borehole profile.
       12         Q.     Who made this log?
       13         A.     Ryan O'Toole and Victor Emanuel.
       14         Q.     When was it made?
       15         A.     This one was done on April 11th,
       16    2010, at 2:19 in the morning.
       17         Q.     And when was the data collected?
       18         A.     Well, we were on bottom at -- on
       19    April 11, 2010, at 2:19.
       20         Q.     Okay.
       21         A.     The job start on the 10th.
       22         Q.     And is this another example of
       23    the regular kind of logs that Schlumberger
       24    creates as part of its wireline logging
       25    services?
00098:01         A.     As -- as per client request.
       02         Q.     And are they kept in the
       03    InterACT Website?
       04         A.     We send them to InterACT, yes,
       05    ma'am.
       06         Q.     Is there an interpretive report
       07    of this data?
       08         A.     Not to my knowledge.
       09         Q.     Tab 30.  Saving time.  This one
       10    will be 5611.
       11         A.     Oh, sorry.
       12         Q.     No problem.  Thank you.
       13                Can you tell me what this is?
       14         A.     This is a log.  It's not a field
       15    log.
       16         Q.     Okay.  Is it a digital file?
       17         A.     This is graphics.
       18         Q.     Graphics.  I'd thought since the
       19    name ended with ".DLIs," it might have been
       20    one of the digital files you talked about.
       21         A.     No, ma'am.  It -- that means
       22    that it -- that the data --
       23         Q.     Uh-huh.
       24         A.     -- came from that file.
       25         Q.     Okay.  So how are these -- how
00099:01    is this log different from the field logs
       02    we've been looking at?
       03         A.     Well, I haven't seen this log
       04    before, and they are just plotting on CMR --
       05    on CMR channel.
       06         Q.     Okay.  And you said you haven't
       07    seen it before.  At the bottom of Page 1
       08    there, it says recorded by Victor Emanuel and
       09    Ryan O- -- well, it says "Ry."
       10         A.     Yeah.
       11         Q.     I assume it means Ryan O'Toole.
       12    But that just means that you collected the
       13    data?
       14         A.     Yes, that's correct.
```

```
15      Q.      Okay.
16      A.      Recorded.
17      Q.      Who would have created this
18 interpretation?
```

Page 99:20 to 99:25

```
00099:20      A.      Probably one -- our DCS, our
21 data center consultant.
22      Q.      (BY MS. ANDRE)  And do data
23 center consultants create these kinds of
24 interpretations in the regular course of
25 Schlumberger business?
```

Page 100:02 to 100:09

```
00100:02      A.      As per client request.
03      Q.      (BY MS. ANDRE)  And where are
04 they kept?
05      A.      They are sent to the client
06 through the InterACT page.
07      Q.      And do you know when after the
08 data is recorded these kinds of
09 interpretations are made --
```

Page 100:11 to 102:02

```
00100:11      Q.      (BY MS. ANDRE)  -- typically?
12      A.      Few days after the -- few days,
13 few weeks after the job is complete.
14      Q.      Okay.  I think those are all the
15 logs I wanted to ask you about.  I just want
16 to circle back for a minute before my time is
17 up to talk a little bit more about BP's
18 supervision of your work.
19              To your knowledge, what's the
20 purpose of BP, Ms. Skripnikova or
21 Mr. Stuart's witnessing your data collection?
22      A.      They are there to -- to -- I
23 mean, they are in charge -- I mean, to QC the
24 data.
25      Q.      Quality control?
00101:01      A.      Quality control, yeah.  And...
02      Q.      Are they involved in the data
03 collection process?
04      A.      No, ma'am.
05      Q.      More spectators?
06      A.      Yes, ma'am.
07      Q.      At any time when you were
08 collecting data, did either Ms. Skripnikova
09 or Mr. Lacy correct what you were doing or
10 give you instructions?
11      A.      Can you correct -- can you
```

```
12  explain that again?
13       Q.      I'm just wondering if they were
14  passive observers, if any -- at any time
15  while performing their quality control
16  function, they would ask you questions, have
17  you do anything different.  I'm just
18  wondering what their role was like in the
19  shack.
20       A.      They are just QCing the data and
21  looking, examining the data and asking me,
22  are you sure the tool is working properly.
23       Q.      Right.
24       A.      That type of things.
25       Q.      If they had any reason for
00102:01  concern, would they express that to you
02  during the data collection process?
```

Page 102:04 to 102:04

```
00102:04       A.      I believe so.
```

Page 102:08 to 102:23

```
00102:08       Q.      (BY MS. ANDRE)  Was there
09  anything unusual generally -- based on your
10  ten years or so experience as a wireline
11  engineer before this job, was there anything
12  unusual about the Macondo job?
13       A.      No, ma'am.
14       Q.      Anything unusual about the data
15  you collected?
16       A.      No, ma'am.
17       Q.      Anything unusual about the types
18  of data you were asked to collect?
19       A.      No.
20       Q.      And was there any data that you
21  typically provide to clients that was not
22  requested in this case?
23       A.      Not to my knowledge.
```

Page 108:08 to 110:22

```
00108:08       Q.      Okay.  I've handed you a binder.
09  If you could turn to tab 13 for me.  It's a
10  document that's Bates labeled
11  BP-HZN-BLY00189101.  Mark that as
12  Exhibit 5612.  Put that sticker on there for
13  me.  Mr. Emanuel, do you recognize this
14  document?
15       A.      No.
16       Q.      Sir have you seen a wireline
17  logging diary before?
18       A.      I have my own.
```

```
19          Q.      You have your own.  So is it
20  your understanding, then, that this is
21  something that BP put together?
22          A.      I think so.
23          Q.      Okay.  Your wireline, open hole
24  wireline logging operations were conducted
25  from April 10th through April 15th, correct?
00109:01        A.      Correct.
02          Q.      And earlier you said something
03  about this being an extensive logging
04  operation.  Can you tell me what you meant by
05  that?
06          A.      We have multiple logging
07  descents.
08          Q.      Is that a standard industry
09  practice or -- or is this more than -- than
10  you normally see in an open hole?
11          A.      You -- it will depend on what
12  the client wants to evaluate, the data they
13  want to gather from the bore hole.
14          Q.      Was this a -- a -- was five days
15  a long time to be logging an open hole
16  production interval?
17          A.      I would say average.
18          Q.      Average.  What about coring,
19  what's a standard for -- for a hundred-foot
20  reservoir, what's a standard amount of cores
21  to take or try to take?
22          A.      Like I mentioned before, it
23  would depend on what the client wants to get,
24  how many cores they want.  They determine
25  that.  I just execute it.
00110:01        Q.      Yeah.  And a core every 2 or 3
02  feet, is that a large number of cores or an
03  average number of cores?  Do you have an
04  opinion on that?
05          A.      It is -- it is done in the
06  industry.
07          Q.      Every 2 to 3 feet is done in the
08  industry?
09          A.      Yes.
10          Q.      Would you want to get cores
11  closer together, every foot or so?
12          A.      Like I mentioned before, it
13  would be up to the client, what they want to
14  do with that.
15          Q.      Okay.  When you plan to run a
16  certain number of cores is it common to have
17  some cores that you can't collect or to have
18  partial cores?
19          A.      It happens.
20          Q.      Any concerns in this well about
21  the fact that some of the cores were partial
22  and some of them you couldn't collect?
```

Page 110:24 to 110:24

00110:24        A.     No, no concerns.


Page 111:15 to 114:18

00111:15        Q.     You will -- turn to tab 1 for
      16  me, please.  I'm going to mark this as
      17  Exhibit 5613.  We printed this in color, so
      18  it doesn't have a Bates number, but I can get
      19  it for the record.  This shows you flying out
      20  to the rig on Friday, April 9th; is that
      21  correct?
      22        A.     That's what it states, yeah.
      23        Q.     And we're going to jump to 5614,
      24  tab 2.  That shows you leaving the rig, I
      25  believe, on April 15th; is that right?
00112:01        A.     That's what it says here.
      02        Q.     Okay.  Is that --
      03        A.     Correct.
      04        Q.     -- consistent with what you
      05  believe, on the rig on the 9th and off the
      06  rig on the 10th?
      07        A.     Yes.
      08        Q.     Or the 15th, sorry.  So on those
      09  five nights that you were there, were you
      10  working days or nights?
      11        A.     I was the -- the coordinator,
      12  and we would be shifting every eight, ten
      13  hours, so sometimes day, sometimes nights.
      14        Q.     Okay.  Do you recall which
      15  specific wireline runs you were in the -- the
      16  wireline shack for?
      17        A.     I went to all of them.
      18        Q.     You went to all of them.  So you
      19  would have been in the shack for the triple
      20  combo log?
      21        A.     Yes, sir.
      22        Q.     Okay.  Who else was in the shack
      23  when the triple combo was run?
      24        A.     I don't -- I don't remember if
      25  it was Stewart or Galina.  I don't remember.
00113:01        Q.     Okay.  What do you remember
      02  about the triple combo log?
      03        A.     We -- it -- it went okay.
      04  Tool-wise we have a little bit of pulls on
      05  the wire, but that's normal as well.  Nothing
      06  really out of the ordinary.
      07        Q.     Okay.  Do you remember any
      08  discussion about potential hydrocarbon
      09  bearing zones?
      10        A.     No, sir, I don't remember.
      11        Q.     Do you remember anybody in that
      12  room while the triple combo log was -- was
      13  being run trying to identify what hydrocarbon

```
     14  bearing zones were there or not?
     15       A.    No.
     16       Q.    No?
     17       A.    I don't remember, no.
     18       Q.    Nobody asked you your opinion as
     19  to whether or not a specific interval was a
     20  hydrocarbon bearing zone or not?
     21       A.    No, sir.  I am there only to
     22  gather the data.
     23       Q.    Okay.  Did you look at any other
     24  data while the triple combo log was being
     25  run, like the mud log?
00114:01       A.    No.
     02       Q.    Did you look at the daily
     03  geological reports?
     04       A.    No.
     05       Q.    Any of the drilling, daily
     06  drilling reports for when the well drilled
     07  through this production interval?
     08       A.    No, sir.
     09       Q.    Is that -- is that material that
     10  you would ever look at?
     11       A.    No.
     12       Q.    After the triple combo log was
     13  run did anybody ever ask you to assist them
     14  in identifying hydrocarbon bearing zones in
     15  the well?
     16       A.    No, sir.  Like I mentioned
     17  before, I am there only to gather the data,
     18  and I do not have the training for that.
```

Page 118:25 to 119:02

```
00118:25       Q.    If you can pull out from that
00119:01  front part there a document we're going to be
     02  spending some time with today, Exhibit 3540.
```

Page 119:09 to 119:10

```
00119:09       Q.    (BY MR. KEEGAN)  Okay.  Let's
     10  look at 3540 here.
```

Page 119:13 to 120:20

```
00119:13  MR. KEEGAN:  No problem.
     14       Q.    (BY MR. KEEGAN)  Victor, can you
     15  tell me what this is?
     16       A.    This is a triple combo log.
     17       Q.    Okay.  And this was the triple
     18  combo log -- when was this run?
     19       A.    Logging date, April 10, 2010.
     20  The tool was on bottom April 11th, 2010 at
     21  2:19 in the morning.
```

```
22         Q.     Okay.  And I'll tell you the
23    highlighting and markings on this were --
24    were added in a previous deposition.  But,
25    sir, have you ever seen this log before?
00120:01         A.     Yes.  Yes, sir.
02         Q.     Okay.  And when would you have
03    looked at this log?
04         A.     When I was logging.
05         Q.     Anytime after you logged did you
06    look at a hard copy of it?
07         A.     Yes, sir.
08         Q.     Okay.  And when was that?
09         A.     That week, from the 10th -- I
10    mean, to the 15th.
11         Q.     Is there a hard -- a paper copy
12    of this log that's printed on the rig?
13         A.     Yes, sir.
14         Q.     And is that printed in color or
15    in black and white?
16         A.     Black and white with a terminal
17    printer.
18         Q.     Okay.  And is it harder to read
19    than this color copy, easier to read, or --
20    or pretty much the same?
```

Page 120:22 to 123:15

```
00120:22         A.     Pretty much the same.
23         Q.     (BY MR. KEEGAN)  Okay.  If you
24    can turn down to the depth that's marked as
25    18,200.  And do you see on the -- the
00121:01    right-hand column there which you've got as
02    the top row when it's turned to the side, the
03    yellow markings that are in there?
04         A.     This?
05         Q.     Yes.
06         A.     Yes, sir.
07         Q.     What does the yellow indicate?
08         A.     It's a flag for hydrocarbons.
09         Q.     It's a flag for hydrocarbons?
10         A.     Yeah.
11         Q.     Okay.  And what does that mean?
12    Does that mean that there are hydrocarbons
13    there that there are possibly hydrocarbons
14    there?
15         A.     It means that there are possibly
16    hydrocarbons there.
17         Q.     Okay.  Now, I'm asking you to --
18    to take a look at this document, but let me
19    go through this one more time.  It's not your
20    job to interpret these triple combo logs,
21    right?
22         A.     To make -- no, no, not to make
23    them.
24         Q.     And it's not your job to analyze
```

```
         25  these triple combo logs, right?
00122:01         A.      Exactly.
         02         Q.      Do you consider yourself to be
         03  an expert in interpreting triple combo logs?
         04         A.      No, I'm not an expert in
         05  interpretation.
         06         Q.      Do you consider yourself to be
         07  an expert in the analysis of the triple combo
         08  logs?
         09         A.      No, I am not an expert in the
         10  analysis.
         11         Q.      Do you consider yourself to be
         12  experienced in interpreting the triple combo
         13  logs?
         14         A.      I consider myself trained to
         15  gather the -- the data to put these logs
         16  together.
         17         Q.      But are you experienced in
         18  interpreting these triple combo logs?
         19         A.      I don't make any
         20  interpretations.
         21         Q.      And are you experienced in
         22  analyzing these triple combo logs?
         23         A.      I don't make any analysis, sir.
         24         Q.      If I were to ask you to identify
         25  hydrocarbon-bearing zones based on this
00123:01  triple combo log, do you feel that you could
         02  do so?
         03         A.      I can look at the response of
         04  the tools and I understand what the tools do
         05  and I understand what could be a potential
         06  zone with hydrocarbons.  That's what I
         07  understand.
         08         Q.      And -- and beyond identifying
         09  what could be a potential zone with
         10  hydrocarbons, could you tell me definitively
         11  yes or no, this is hydrocarbons?
         12         A.      It is -- it is hard to say that
         13  based on only one log.
         14         Q.      And whose role at Schlumberger
         15  is it to identify hydrocarbon bearing zones?


Page 123:17 to 124:11


00123:17         A.      Well, the client can request our
         18  data center to put together a package, and
         19  the client can ask us, it is at their
         20  request, to help them to make -- to look at
         21  the log, basically.
         22         Q.      (BY MR. KEEGAN)  And those are
         23  people who have taken the L-A-T school
         24  training?
         25         A.      Yes, that -- people train for
00124:01  that.
         02         Q.      And people with experience in
```

```
03   interpreting triple combo logs?
04        A.     Yes, sir.
05        Q.     And people experienced in
06   analyzing triple combo logs?
07        A.     People trained to understand
08   the -- the logs, yes.
09        Q.     Do you agree with me that a -- a
10   neutron density crossover does not indicate
11   hydrocarbons?
```

Page 124:13 to 124:19

```
00124:13        A.     I will say that it could
14   indicate that there is the potential for
15   hydrocarbons, but you will need more
16   information.
17        Q.     (BY MR. KEEGAN)  Okay.  Do you
18   agree with me that a resistivity spike does
19   not indicate hydrocarbons?
```

Page 124:21 to 127:01

```
00124:21        A.     I will say that that's a -- an
22   indication of potential hydrocarbons.
23        Q.     (BY MR. KEEGAN)  Are you
24   familiar with mud logs?
25        A.     No, sir.
00125:01        Q.     Are you familiar with
02   fluorescence tests?
03        A.     No, no, sir.
04        Q.     Ever discuss cuttings and
05   whether the cuttings indicated hydrocarbon
06   bearing zone or not?
07        A.     No, never, sir.
08        Q.     Ever analyze the gas logs to
09   determine if -- if there was a connection gas
10   or drilling gas as anybody drilled through a
11   zone?
12        A.     No, sir.
13        Q.     Have you formed an opinion one
14   way or the other about the hydrocarbon
15   bearing zones in the MC 252 No. 1 well?
16        A.     No, sir.
17        Q.     As you sit here today do you
18   have enough information available to you to
19   form that opinion?
20        A.     Like I mentioned before, I just
21   gather the data.  It's not up to me to make
22   an interpretation or analysis.
23        Q.     Can the CMR tool be used to
24   identify fluid properties?
25        A.     Where are you at?
00126:01        Q.     I'm at tab 13, but it's the
02   wireline diary that you haven't seen.  I'm
```

```
03   just using it to remind myself what tools
04   were run.
05        A.     Oh, okay.  Can you repeat your
06   question?
07        Q.     Sure.  Can the CMR tool be used
08   to identify fluid properties?
09        A.     Yes, sir.
10        Q.     Okay.  And what's the resolution
11   on the CMR tool?  Can you identify fluid
12   properties in a zone of -- that's 2 feet?
13        A.     I don't remember the resolution
14   of -- off the top of my head, but it can
15   indicate something.
16        Q.     What fluid properties can the
17   CMR tool identify?
18        A.     The CMR tool indicates total
19   porosity and indicate -- indicates
20   permeability and fluid mobility.
21        Q.     And porosity and permeability
22   are rock features, correct?
23        A.     That's correct, sir.
24        Q.     Does the CMR tool identify what
25   type of fluid is in any porous space?
00127:01      A.     It can.
```

Page 127:15 to 128:24

```
00127:15      Q.     The MDT tool, other than the
16   areas that are specifically sampled, can that
17   be used to identify fluid properties?
18        A.     You can use it for mobility, and
19   you can do downhole analysis without taking
20   the sample to determine the type of fluid
21   that you have downhole.
22        Q.     And when you say "type of
23   fluid," what do you mean?
24        A.     To identify if you have water or
25   hydrocarbons.
00128:01      Q.     Do you recall any discussion
02   about where to take samples with the MDT
03   tool?
04        A.     There is a list with the depths.
05        Q.     Do you -- apart from the lists
06   that you received, were you involved in any
07   discussion about whether or not to take
08   samples at different depths?
09        A.     No, sir.
10        Q.     And is it common to finalize the
11   sample of the MDT sample protocol after
12   conducting the triple combo log?
13        A.     Yes, sir.
14        Q.     And why is that?
15        A.     The client usually have an idea
16   where it's going to take pressure and samples
17   based on the MDT log.  And then the triple
```

```
18  combo log is going to be the primary depth
19  control for the well, meaning that they will
20  wait until the triple combo is recorded and
21  it's on depth for them to fine-tune their
22  list with the -- the specific depths they
23  want, to finalize what -- what are going to
24  be the final depths, each point.
```

Page 129:13 to 129:20

```
00129:13        Q.    (BY MR. KEEGAN)  Do you recall
      14  some testimony this morning or questions from
      15  the government's lawyer about LCM?
      16        A.    Yes, sir.
      17        Q.    Do you recall if there were any
      18  problems collecting those cores or those
      19  samples related to LCM?
      20        A.    I don't remember.
```

Page 129:25 to 130:03

```
00129:25        Q.    (BY MR. KEEGAN)  All right.  I
00130:01  think it's tab 5.  What's the date of that
      02  e-mail?
      03        A.    April 12th, sir.
```

Page 130:05 to 132:01

```
00130:05        A.    (Continuing)  Oh, the top one is
      06  April -- oh, from bottom to top?
      07        Q.    (BY MR. KEEGAN)  Yeah.
      08        A.    We have Saturday, April the
      09  10th, 2010 at 5:32 p.m., then there is one
      10  Saturday -- oh, there is another one April
      11  the 10 at 5:33, and then there is another one
      12  April 10, 2010 at 5:45 p.m. and another one
      13  April 12th at 12:20 in 2010.
      14        Q.    Do you remember when the MDT
      15  sample -- the MDT wireline run was done?
      16        A.    I don't remember to date, sir.
      17        Q.    If you can turn to tab 13 in my
      18  binder.  And if you'd turn to the Bates
      19  number that ends in 102.
      20        A.    Yes, sir.
      21        Q.    It says April 12th there.  The
      22  run in hole, descent No. 4 MDT GRLE HQT on
      23  the top of Page 103 there.
      24        A.    Yes, sir.
      25        Q.    Does that make it look like the
00131:01  MDT was run on April 12th?
      02        A.    It means that it was started at
      03  4:35 on April 12th, 4:35 in the morning.
      04        Q.    Okay.  And so those e-mails
```

```
05  about potential LCM problems, were those just
06  people expressing potential concerns about
07  the ability to collect samples?
08          A.      Tab 13, right?  5, tab 5.
09          Q.      Tab 5.  Right here.
10          A.      So there was a concern with the
11  amount and the size of the LCM.
12          Q.      And my question is that was that
13  a "before you ran the tool, we may have a
14  problem," or was that a "we're having
15  problems, what could it be"?
16          A.      Well, this e-mail is dated on
17  April the 10th and we went in the hole on
18  April 12th.  The MDT engineer just wants to
19  be sure that everybody understand that it
20  could -- that it could be a potential issue
21  with the LCM plugging the small filter in the
22  probe.
23          Q.      And do you remember if there
24  were problems clogging the filter in the
25  probe?
00132:01        A.      I don't remember.
```

Page 145:06 to 146:08

```
00145:06        Q.      And do I understand correctly
07  that you calibrate tools onshore before you
08  bring it to the rig?
09          A.      Yeah, we perform what we call
10  the master calibrations.
11          Q.      Okay.  And you perform a
12  calibration on the rig, at least one, right?
13          A.      Yes, as the before calibration.
14          Q.      And there is the after
15  calibration, correct?
16          A.      For most of the tools data.
17          Q.      Okay.  Are you familiar with the
18  calibrated process that was used on the
19  triple combo tool on the Deepwater Horizon
20  when it was run on April 13th?
21          A.      On April 13th?
22          Q.      April 13th, 2010.  I'm sorry,
23  April 10th, 2010.
24          A.      Yes, sir, I was one of engineers
25  calibrated some of the tools.
00146:01        Q.      Okay.  Are you aware -- are you
02  comfortable with the calibration of that tool
03  was within acceptable parameters?
04          A.      Yes, sir.
05          Q.      All right.  And are you
06  confident that tool operating properly and
07  receiving quality data?
08          A.      Yes, sir.
```

Page 160:04 to 160:08

00160:04          Q.     And to the extent that other
       05  logs indicate a process date or a date
       06  completed, can we assume that the -- that
       07  that is the same date by which that log or
       08  analysis was uploaded to the Website?


Page 160:10 to 161:04

00160:10          A.     Which analysis?  I'm sorry.
       11          Q.     (BY MR. HILL)  Well, let's just
       12  talk about -- you talked about several
       13  different logs.  I think the government
       14  walked you through a bunch of different ones.
       15          A.     Well, we -- it is an ongoing
       16  process.
       17          Q.     Sure.
       18          A.     We probably give priority to the
       19  triple combo, to then finalize the header for
       20  the magnetic resonance, and then the sonic
       21  dip meter tools.
       22          Q.     Fair enough?
       23          A.     One will go right after the
       24  other.
       25          Q.     Why did you give precedence to
00161:01  the triple combo?
       02          A.     Because the triple combo is used
       03  to pick the pressure and sample points for
       04  the MDT and the coring points for the MSET.


Page 168:19 to 169:04

00168:19          Q.     Okay.  Now, there has been some
       20  question about what color that dot is, and so
       21  I've taken the liberty of magnifying and
       22  blowing that up.  I'm going to hand you this,
       23  and you can confirm for me that based on the
       24  depths on the right-hand of this page that
       25  we're looking at the same line.  I'm going to
00169:01  mark the exhibit that I just gave you as
       02  Exhibit 5615.
       03          A.     It is -- it is the same
       04  interval.


Page 171:15 to 172:17

00171:15          Q.     Okay.  So the tool goes down,
       16  but the tool can't go all the way to the
       17  bottom; is that correct?
       18          A.     That's correct, sir.
       19          Q.     And, in fact, it's shy by about
       20  80 feet, correct?

```
     21          A.     That's what it says here.
     22          Q.     Do you have any -- were you
     23   there when they were trying to run this tool
     24   down and not being able to get to total
     25   depth?
00172:01          A.     I believe so.
     02          Q.     Okay.  Do you have any idea why
     03   they weren't able to get to total depth?
     04   When I say "they," why Schlumberger wasn't
     05   able to put its tool on bottom?
     06          A.     We were hitting something solid,
     07   and we couldn't pass, an obstruction.
     08          Q.     An obstruction?
     09          A.     We -- we call it obstruction,
     10   just --
     11          Q.     Okay.
     12          A.     -- we couldn't keep going.
     13          Q.     Do you have any idea what that
     14   obstruction was caused by?
     15          A.     No, sir.
     16          Q.     It could have been anything from
     17   a ledge to fill or cavings, correct?
```

Page 172:19 to 172:19

```
00172:19          A.     Correct.
```

Page 173:01 to 173:04

```
00173:01          Q.     As my understanding that that
     02   having an inability to get down to total
     03   depth is not altogether uncommon, right?
     04          A.     I have seen it before.
```

Page 180:21 to 181:14

```
00180:21          Q.     (BY MR. HILL)  Okay.  So just to
     22   kind of reset where we are, Exhibit 5605 is a
     23   copy of the wireline logging diary that you
     24   said you'd never seen before, right?
     25          A.     This is -- this document doesn't
00181:01   belong to us.
     02          Q.     Fair enough.  What I'm
     03   interested in is the last page which you
     04   identified as a list of coring samples; is
     05   that right?
     06          A.     That's correct.
     07          Q.     Now, is this list or one like it
     08   provided to you on the -- on the rig during
     09   wireline logging operations -- was it
     10   provided to you so that you would know where
     11   to take core samples?
     12          A.     That's correct, sir.
```

```
13      Q.     All right.  So you've seen that
14 document before?
```

Page 181:16 to 181:17

```
00181:16      A.     Something similar to this or --
17 I don't remember exactly this.
```

Page 188:20 to 188:24

```
00188:20      Q.     (BY MR. HILL)  Off the record
21 I've marked the laminated sand analysis that
22 we looked at as Exhibit 5616, okay, and
23 that's the enlarged version of exhibit --
24 what was previously marked as 3541.  I just
```

Page 190:06 to 190:13

```
00190:06      Q.     Mr. Emanuel, my name is Robert
07 Guidry.  I along with my colleague Milele
08 St. Julien represent Anadarko.  Today you've
09 mentioned the word client numerous times with
10 respect to the customer whom you-all dealt
11 with regarding the Macondo well.  That client
12 was BP, correct?
13      A.     That's correct.
```

Page 190:22 to 192:03

```
00190:22      Q.     So do you understand that
23 Anadarko's role in the Macondo well was as a
24 non-operating party and BP was the operator?
25      A.     I do understand now.
00191:01      Q.     And from your testimony I
02 understood that it was BP who made all the
03 decisions as to the wireline services for the
04 Macondo well, correct?
05      A.     I receive the work order based
06 on what our sales engineer in-house at the BP
07 office gathered, and to my knowledge it was
08 BP.
09      Q.     And it was BP who decided what
10 data to collect, correct?
11      A.     I -- like I mention, I was
12 dealing with BP personnel on board.  Whether
13 they InterACT with somebody else or not, it's
14 not my knowledge.
15      Q.     You said that the logging
16 program was dictated by the client, and you
17 meant BP, correct?
18      A.     That's correct.
19      Q.     And BP had -- had the ultimate
20 decision as to at what depth they take core
```

```
    21   samples, correct?
    22        A.      I received the core sample list
    23   from BP.
    24        Q.      And if BP decided to take any
    25   type of fluid samples, that would be their
00192:01   directive to pass to Schlumberger, correct?
    02        A.      I received the samples and
    03   pressure points list from BP.
```