# United States' Phase Two Offer of Proof Exhibit 9
# Designations from Volumes 1-2 of Deposition of John Hughes

Page 10:15 to 10:16

00010:15      Q.  Please state your name.
      16      A.  John Hughes.


Page 10:22 to 11:08

00010:22  We're going to be here today and tomorrow
      23  for your deposition.  You've been produced by BP
      24  as a Corporate Representative on a number of
      25  30(b)(6) Topics.
00011:01          For purposes of the Plaintiffs Steering
      02  Committee today, as I said before we started, I'm
      03  going to be asking you questions about Topic
      04  No. 1, which you've been designated for, which
      05  has to do with the BOP intervention.  There are a
      06  number of other Topics that you have been
      07  designated for that DOJ will be covering with you
      08  after I'm done questioning you today.


Page 11:15 to 12:19

00011:15      Q.  Are you still employed with BP?
      16      A.  I am.
      17      Q.  And what's your current position, sir?
      18      A.  I'm the Manager of Subsea Construction.
      19      Q.  How long have you held that position?
      20      A.  In this current role, a little over two
      21  years.
      22      Q.  Back on April 20th of 2010, what was your
      23  position with BP?
      24      A.  I was the Team Leader for Subsea
      25  Construction for the ATLANTIS and THUNDER HORSE
00012:01  projects.
      02      Q.  And how long did you hold that position?
      03      A.  In various forms, probably six or seven
      04  years.
      05      Q.  Okay.  And when did you first start with
      06  BP?
      07      A.  I started with a -- a predece --
      08  predecessor company to BP that BP purchased in
      09  1981.
      10      Q.  Okay.  So in 1981, BP purchased a company
      11  that you were employed by?
      12      A.  Amoco purchased the company I was
      13  employed by.
      14      Q.  Okay.  And then when Amoco and BP merged,
      15  you became a BP employee?
      16      A.  Correct.  That's right.
      17      Q.  Okay.  So you've been with BP since the
      18  merger between Amoco and BP?
      19      A.  I have been with BP since the merger.

Page 15:16 to 16:22

```
00015:16  Now -- now, sir, I know right before the
       17  deposition, your attorneys advised me that there
       18  was a binder that was put together for purposes
       19  of the issues that we're going to discuss on the
       20  BOP intervention.  They provided me with a copy.
       21  It appears that there's three tabs in these
       22  documents.
       23         Was this something that you put together
       24  or that you asked your attorneys to put together
       25  in -- in your preparations for the deposition
00016:01  today?
       02     A.  I asked the attorneys to gather this
       03  information for me.
       04     Q.  Okay.  And is this something that you
       05  reviewed in preparing for the deposition today?
       06     A.  I did review it, yes.
       07     Q.  If -- if we could go ahead and just turn
       08  to those documents quickly, sir, I'd just like to
       09  identify what those are.
       10         And I'm going to go ahead and mark one of
       11  them just because although I have a portion of
       12  the document in the binder I brought today, it
       13  appears you've gone ahead and had the attorneys
       14  take the complete natively produced document in
       15  here.
       16         MR. PETOSA:  So we're going to go
       17  ahead and mark, to start the deposition today,
       18  the document that's in Tab No. 1.  It's produced
       19  natively, first page beginning with BP Bates
       20  ending in 1601.  We're going to mark that as
       21  Exhibit 10360.
       22         (Exhibit No. 10360 marked.)
```

Page 17:05 to 17:06

```
00017:05     Q.  (By Mr. Petosa) Can you let us know what
       06  this document is, Mr. Hughes?
```

Page 17:08 to 17:11

```
00017:08     A.  It's an "Executive Summary" of -- that
       09  was collected -- I'm not sure by who -- of
       10  different events that happened throughout the
       11  response.
```

Page 17:21 to 17:23

```
00017:21     Q.  Okay.  And -- and -- and is this, in
       22  essence, a summary of the post-blowout
       23  intervention ef -- efforts?
```

Page 17:25 to 18:03

00017:25    A.  I'm not sure it's accurate, but it -- I
00018:01 found it to be a good remembrance thing that I
      02 could use to remember things that were -- that
      03 happened --

Page 18:05 to 18:05

00018:05    A.  -- two and a half years ago.

Page 20:04 to 21:11

00020:04 MR. PETOSA:  What we're going to do
      05 is we're going to go ahead and mark your copy,
      06 then.  Let's make it easier.  We'll go ahead and
      07 mark the document, and I'm going to pass you the
      08 Tab, the Exhibit No. 10361 at Tab 2 of the BP
      09 binder, Mr. Hughes, Bates number BP ending in
      10 2226.
      11        (Exhibit No. 10361 re-marked.)
      12    Q.  (By Mr. Petosa) What is this document,
      13 sir?
      14    A.  This document was initialed -- it appears
      15 it was initialed by Mike Byrd.
      16    Q.  Who is he?
      17    A.  There was a time during the response that
      18 Mike Byrd and I worked opposite each other.  He
      19 worked days, I worked nights in the HIVE.
      20    Q.  What's the "HIVE"?
      21    A.  The "HIVE" is the Highly Immersive Visual
      22 Environment, where we worked all the ROV controls
      23 out of.
      24    Q.  And that was for purposes of the response
      25 to the DEEPWATER HORIZON blowout?
00021:01    A.  We worked all the ROVs there for all
      02 response activities related to -- to the blowout.
      03    Q.  And this document is titled "Deepwater
      04 Horizon BOP Historical Timeline & Current
      05 Status."
      06        Is that correct?
      07    A.  That's what's written here.
      08    Q.  Okay.  And it -- and it appears to go
      09 through and -- and set forth a -- a date
      10 timeline.  Did you review this document for its
      11 accuracy, sir?

Page 21:13 to 21:19

00021:13    Q.  (By Mr. Petosa) And the timeline looks to
      14 be on page Bates ending in BP 22232.  It's the
      15 sideways chart, under No. 4 "Schematics."
      16    A.  Could you reask your question, please?

```
17     Q.  Yes.  Did you review that chart under
18  No. 4 "Schematics" for its accuracy, sir?
19     A.  I reviewed it.
```

Page 21:22 to 21:24

```
00021:22     Q.  (By Mr. Petosa) And in reviewing it, sir,
23  did you determine if, in fact, the information
24  set forth is accurate?
```

Page 22:01 to 22:03

```
00022:01     A.  I didn't prepare the document, and there
02  may be things missing.  It may be all inclusive.
03  I don't know for -- for sure.
```

Page 22:20 to 23:07

```
00022:20     Q.  (By Mr. Petosa) Did you review this
21  document on or around May 7th of 2010, sir?
22     A.  I don't recall reviewing this document.
23     Q.  Okay.  Was this something you reviewed
24  prior to today's deposition?
25     A.  I did look at it prior to day -- today's
00023:01  deposition.
02     Q.  Did this document assist you in -- in
03  recalling your role and involvement in the BOP
04  interventions post the April 20th, 2010 blowout?
05     A.  This document was helpful in assisting me
06  to remember the timeline of activities that we
07  undertook during that period of time, yes.
```

Page 23:22 to 25:24

```
00023:22     Q.  Okay.  Now -- now, let's take a step
23  back, sir.  With respect to the April 20th, 2010
24  blowout, were you contacted by someone to assist
25  in the response efforts and if so, who and when?
00024:01     A.  I was contacted -- let me just go back.
02         The -- I -- the blowout I believe
03  happened on Tuesday night.  I was contacted on
04  Thursday morning by Harold Reeves.
05     Q.  Would that have been on April 22nd?
06     A.  I'm using days, because I can't remember
07  the dates.
08     Q.  Okay.  But approximately two days after
09  the blowout occurred, you were contacted by
10  Harold Reeves?
11     A.  I believe the time, the blowout was
12  around 10:00 p.m.
13     Q.  Okay.
14     A.  I was contacted sometime early, early in
15  the morning of the -- of the Thursday, so that
```

```
16  would have been --
17        Q.  Maybe a day and a half?
18        A.  (Indicating.)
19        Q.  "Yes"?
20        A.  I -- I -- let's figure it out.  So
21  10:00 o'clock till noon -- or to midnight is two
22  hours, and then eight hours, so it would be
23  6:00 o'clock in the morning, so it would be 24
24  plus eight, would be approximately 32 hours.
25        Q.  Okay.  And who's Harold Reeves?
00025:01        A.  Harold Reeves is a BP employee, and at
02  the time, Harold had a role in the Source Control
03  Team.
04        Q.  Okay.  Do you know what his role was?
05        A.  Not exactly.
06        Q.  Okay.  And what did Mr. Reeves tell you?
07  What did he ask you to do?
08        A.  He -- he said we need some help here with
09  the -- coordinating the ROVs.  There was probably
10  more to the conversation, but succinctly, that's
11  what I remember.
12        Q.  Okay.  Now, we -- at that time, your
13  position with BP was Team Leader of Subsea
14  Construction for the Atlantis and THUNDER HORSE
15  projects?
16        A.  I was, yes, the Team Leader of the
17  Atlantis and THUNDER HORSE.
18        Q.  What were your day-to-day duties and
19  responsibilities in that role?
20        A.  Those are both large subsea developments.
21  We -- we have Projects -- two different Project
22  Teams that develop concepts and build equipment.
23  And my Team's job was to install it, test it, and
24  commission it for production.
```

Page 26:24 to 27:06

```
00026:24        Q.  -- nor -- normal day job.  Before April
25  20th, or so, of --
00027:01        A.  Okay.
02        Q.  -- 2010 when the blowout occurred,
03  what -- what role, if any, would your normal day
04  job as Team Leader of Subsea Construction, as
05  you've described it, involve you being in the
06  HIVE operating or working with ROVs?
```

Page 27:08 to 27:15

```
00027:08        A.  The HIVE was a room that was set up
09  specifically to assist in the coordination of
10  multiple work fronts with multiple ROVs,
11  specifically for the response.
12        Q.  (By Mr. Petosa) So the HIVE was set up
13  specifically for the response of the DEEPWATER
```

```
14  HORIZON blowout, correct, sir?
15      A.  The HIVE was set up --
```

Page 27:17 to 27:23

```
00027:17     A.  The HIVE was set up during the Deepwater
    18  Response.
    19      Q.  (By Mr. Petosa) So when you described
    20  earlier for me that you were working with Mike
    21  Byrd operating the ROVs involved in the response,
    22  in the HIVE, that would have been in a response
    23  to the DEEPWATER HORIZON blowout, correct?
```

Page 27:25 to 28:01

```
00027:25     A.  I did not work with Mike outside of the
00028:01  response.
```

Page 28:04 to 28:15

```
00028:04     Q.  And so working with Mike Byrd in the HIVE
    05  would have been with respect to operating ROVs
    06  involved in the response to the DEEPWATER HORIZON
    07  blowout, correct?
    08      A.  Mike worked the day shift, I worked the
    09  night shift.  So we had a -- a little bit of
    10  overlap a few minutes each day, and it was during
    11  the response.
    12      Q.  Okay.  Okay.  In your role as Team Leader
    13  of Subsea Construction, what involvement, if any,
    14  did you have with blowout preventers and their
    15  role with respect to deepwater drilling?
```

Page 28:17 to 28:20

```
00028:17     A.  None.
    18      Q.  (By Mr. Petosa) What is a blowout
    19  preventer?
    20      A.  I'm not an expert on blowout preventers.
```

Page 28:25 to 29:13

```
00028:25     Q.  Okay.  Well, I'm asking you to define it
00029:01  for me, sir, only because you've been produced as
    02  the BP Corporate Representative on the BOP
    03  blowout preventer interventions with respect to
    04  the DEEPWATER HORIZON blowout.  So I'm asking if
    05  you can define for me, tell me what it is --
    06      A.  In my simple --
    07      Q.  -- that is a blowout preventer.
    08      A.  In my simple language, a blowout
    09  preventer is a -- the way I was interfacing with
```

```
10  it, it was a -- a -- a tool to stop the flow of
11  oil.
12      Q.  And that would be in response to a well
13  control situation, would you agree, sir?
```

Page 29:15 to 29:19

```
00029:15      A.  Prior to me arriving on Thursday after
16  the well blew out, my experience with blowout
17  preventers was next to none.  So after that, my
18  experience was to stop the flow of oil from the
19  Macondo Well.
```

Page 30:01 to 30:04

```
00030:01      Q.  Now -- now, with respect to drilling,
02  sir, when you have a well control situation, is
03  the blowout preventer the primary source to -- to
04  contain the flow?
```

Page 30:08 to 30:19

```
00030:08      A.  Sir, again, I am not an expert on BOPs.
09  I -- I was called in to assist a Team of Experts
10  that were attempting to activate the rams on the
11  BOP with -- and in my case, I was there to help
12  with the ROVs.
13      Q.  (By Mr. Petosa) Okay.  How are the rams
14  activated on a BOP, sir?
15      A.  They're activated by hydraulics.
16      Q.  And who activates the hydraulics?  That
17  is, are they done -- is there an automatic
18  system, a manual system, is it by ROV?  Explain
19  it for me, please.
```

Page 30:23 to 31:06

```
00030:23      A.  Again, it's not my area of expertise.
24  The actual workings -- the intricate workings of
25  the -- of the BOP.  I -- I know what I learned at
00031:01  the time after the blowout and what tasks were
02  given to me to provide hydraulics to those rams
03  to try to close them.
04      Q.  (By Mr. Petosa) And the task given to you
05  to provide hydraulics to the rams to close them
06  would have been through what?
```

Page 31:08 to 31:09

```
00031:08      A.  Initially, our attempts were made through
09  the -- the ROV interface panel.
```

Page 31:24 to 32:01

00031:24     Q.  (By Mr. Petosa) Did that change at all
     25  during the response efforts that you were
00032:01  involved in?


Page 32:03 to 32:10

00032:03     A.  After we -- we -- there -- there are only
     04  two -- two rams that were -- that were plumbed to
     05  the panel, in -- in the schematics.  So any other
     06  rams that we had to get access to, we had to cut
     07  the hoses and hot-line into those hoses.
     08     Q.  (By Mr. Petosa) Okay.  And -- and you
     09  would agree that one of the rams was plumbed
     10  incorrectly?


Page 32:13 to 33:09

00032:13     A.  Again, I'm not an expert on the BOP
     14  system.  I -- I -- I know that when we were
     15  plugged into the panel, we thought we were
     16  activating a ram that was actually operating
     17  another ram.
     18     Q.  (By Mr. Petosa) Do you recall, sir,
     19  that -- that there were efforts to attempt to
     20  activate the middle variable bore ram?
     21     A.  There were attempts to activate the
     22  middle variable bore ram.
     23     Q.  And why were there efforts to activate
     24  the middle variable bore ram?  What was the
     25  reason to do that?
00033:01     A.  In preparation for this deposition, it
     02  was explained to me that in a normal well control
     03  situation the first ram that you would work --
     04  attempt on would be the variable bore ram.
     05     Q.  And did anyone tell you why it is that in
     06  a well control situation like the DEEPWATER
     07  HORIZON blowout at the Macondo Field, why you
     08  would want to first activate the middle variable
     09  bore ram on the BOP?


Page 33:11 to 33:20

00033:11     A.  Again, in preparation for this
     12  deposition, it -- it's my understanding that --
     13  that by closing the middle variable bore ram, you
     14  could potentially slow down the oil that would be
     15  coming from the well, or the hydrocarbons.
     16     Q.  (By Mr. Petosa) And why would -- why
     17  would those responding to the well control
     18  situation want to slow down the oil or the -- the
     19  flow of hydrocarbons by closing the middle

```
        20  variable bore ram first?
```

Page 33:23 to 33:24

```
00033:23     A.  I don't know the answer to that.  Again,
      24  I'm not a BOP Well Control Expert.
```

Page 34:17 to 34:20

```
00034:17     Q.  (By Mr. Petosa) And -- and when was it
      18  discovered that the middle variable bore ram
      19  interface panel was not plumbed to the middle
      20  variable bore ram?
```

Page 34:23 to 35:20

```
00034:23     A.  I think it was early May.
      24     Q.  (By Mr. Petosa) Of 2010, correct, sir?
      25     A.  Of May -- early May 2010.
00035:01     Q.  Let's turn to Tab No. 6 in the black
      02  binder, PSC binder.  I'm going to refer you to a
      03  document marked previously in this case as
      04  Exhibit 10234, TRN Bates numbers ending in 2088.
      05        It's an E-mail dated May 3rd of 2010.
      06  "Subject:  Plumbing error on the Horizon
      07  stack..."  It says:  "Adrian, Larry,
      08        "Just tried to get hold of you on your
      09  respective mobiles:  no success.  FYI, it
      10  seems...we may have the ROV stab (supposed to be
      11  lined-up to the pipe rams) lined-up to the test
      12  rams.  We are trying to confirm, but it looks
      13  like it is really plumbed wrong.
      14        "BP is ballistic....  Rightly so...  I am
      15  flabbergasted.  Asked Eddy to urgently talk with
      16  one of our Horizon subseas, and have him coming
      17  to help us understanding this troubling
      18  situation.  Gary Leach is trying to work on a
      19  confirmation of the situation."
      20        Did I read that correctly, sir?
```

Page 35:22 to 36:06

```
00035:22     A.  That's what I read here.
      23     Q.  (By Mr. Petosa) Now, I'd like you to turn
      24  to the next document, sir, at Tab No. 7.  It's an
      25  E-mail string dated May 25th of 2010, previously
00036:01  marked as Exhibit 9549, BP Bates numbers ending
      02  in 1058, "Subject:"  "ROV Timeline and Photos of
      03  the drillers dog house."
      04        I'd like to first talk to you about the
      05  E-mail at the bottom from a Tony Brock to a
      06  number of others.  Do you know who Tony Brock is?
```

Page 36:08 to 36:19

00036:08      A.  I -- I don't know who Tony Brock is.
     09      Q.  (By Mr. Petosa) It says:  "Team,
     10      "We were asked today when did we first
     11  know of the leaks, and when did we know about the
     12  undocumented modifications, when did we first
     13  know that the ROV Verse hot stabs were
     14  incorrectly wired/labeled - VBR test rams vs
     15  Middle VBR rams.
     16      "Is there a timeline from Harrys team
     17  that clearly states this information, if not
     18  could we pull this information together soonest."
     19      Did I read that correctly?


Page 36:21 to 37:22

00036:21      A.  Yes, that's what I read here.
     22      Q.  (By Mr. Petosa) Okay.  Now, I'd like to
     23  talk about the response E-mail from a Graham
     24  McNeillie.  Do you know who he is, sir, at the
     25  top?
00037:01      A.  Do you mind if I just read that last
     02  sentence, as well, please?
     03      Q.  Sure.
     04      A.  (Reviewing document.)  Do I know who
     05  Graham McNeillie is?
     06      Q.  Yeah.
     07      A.  I -- I believe he was some sort of
     08  Engineering Team Leader at BP.
     09      Q.  Okay.  It says:  "Tony,
     10      "Story on leaks attached, first leak was
     11  recorded in the daily log" February 23rd -- "2010
     12  thru" March 13th -- "2010, then disappears.
     13      "Others detected from ROV interventions
     14  April 25 thru May 1."
     15      During your time, sir, that you were
     16  utilizing or operating the ROVs, to attempt to
     17  activate the rams in the BOP and to cut the
     18  different hoses, as you described that would have
     19  been done to attempt to activate the rams, did
     20  you discover that there were leaks in the
     21  hydraulic lines going in, or as a part of the
     22  BOP?


Page 37:24 to 38:10

00037:24      A.  We -- we noticed there were leaks at the
     25  fittings on some of the circuits.
00038:01      Q.  (By Mr. Petosa) And what -- what -- what
     02  happened as a result of those leaks?  What did
     03  you have to do, if anything, to respond to that?
     04      A.  We built a tool that we adapted to the

```
        05  ROV manipulator, basically a wrench that you take
        06  out of your toolbox, and we went down and figured
        07  out a way to tighten the fittings.
        08      Q.  What impact, if anything, did those leaks
        09  have on the ability of the ROVs to activate the
        10  rams?
```

Page 38:13 to 38:22

```
00038:13      A.  I'm not sure that they -- of what -- if
        14  they were large enough, they could divert fluid
        15  away from the hydraulics to the ram.
        16      Q.  (By Mr. Petosa) Did -- did the fact that
        17  you had to take the time to develop an additional
        18  tool to go in and tighten the connectors, with
        19  respect to these leaks that were discovered,
        20  delay the response efforts that you were involved
        21  in with respect to the ROVs to attempt to
        22  activate the rams on the BOP?
```

Page 38:25 to 39:04

```
00038:25      A.  If there were -- there were always timing
00039:01  challenges as we were working through this whole
        02  process, but we were working a number of
        03  different options.  It took time to -- to get a
        04  tool well lit up and back down to the seafloor.
```

Page 39:12 to 39:21

```
00039:12      Q.  (By Mr. Petosa) Okay.  And -- and as
        13  these timing challenges occurred as you described
        14  them for us, sir, the well was still flowing,
        15  correct?
        16      A.  The well was flowing during the whole
        17  time.
        18      Q.  And what impact, if anything, did that
        19  well have, in -- in the fact that it was flowing
        20  on the seals within the BOP in the rams that you
        21  were trying to activate and close?
```

Page 40:01 to 40:11

```
00040:01      A.  Sir, again, I -- I'm -- I'm not an expert
        02  on BOP rubbers or seals, so I -- I'm not
        03  qualified to answer that question.
        04      Q.  (By Mr. Petosa) During your involvement
        05  in the response efforts, in the BOP intervention,
        06  sir, did you ever -- were you ever advised by
        07  anyone with BP that there was a concern, that as
        08  the well continued to flow, that the seals, the
        09  rubber within the BOP for the rams that you were
        10  attempting to activate through the ROVs could
```

```
      11  potentially wash out due to the ongoing flow?
```

Page 40:13 to 40:23

```
00040:13      A.  I was never specifically talked to about
      14  that, myself.
      15      Q.  (By Mr. Petosa) Did you become aware of
      16  it at any time, sir, during your involvement in
      17  the BOP intervention efforts?
      18      A.  I heard discussions, not specifically the
      19  way you put it, but discussions around heat.
      20      Q.  And -- and what discussions did you hear
      21  about heat and the impact, if anything, the heat
      22  with respect to the flow would have on the seals
      23  and the rubber within the BOP?
```

Page 40:25 to 41:01

```
00040:25      A.  That flowing hot oil could potentially
00041:01  degrade rubbers over time.
```

Page 41:10 to 41:19

```
00041:10      Q.  (By Mr. Petosa) Did you ever become
      11  aware, in your involvement with the BOP
      12  intervention efforts, that the flowing oil -- the
      13  heat of the flowing oil could, in degrading the
      14  rubber, negatively impact the ability of the BOP
      15  rams to seal or shut-in the well?
      16      A.  I mean, that was never specifically
      17  discussed with me.  What I heard was -- was just
      18  the conversation that -- that the hot oil, over
      19  time, could potentially damage rubbers.
```

Page 42:07 to 42:07

```
00042:07      Q.  (By Mr. Petosa) Are there pressure
```

Page 42:11 to 42:13

```
00042:11  Are there pressure limitations on the
      12  ROVs in their ability to activate a ram when
      13  you're operating them?
```

Page 42:15 to 42:22

```
00042:15      A.  The ROV is a tool to carry a pump, so the
      16  pump would have limitations as to how much
      17  pressure and flow it could deliver.
      18      Q.  (By Mr. Petosa) And initially there were
      19  two hot stabs that -- that were available for the
      20  ROVs to connect to, to -- to operate or activate
```

```
    21   the rams.  One you've described was the middle
    22   variable bore ram, correct?
```

Page 42:24 to 43:02

```
00042:24      A.  There were two what we call female hot
     25   stab receptacles on the panel that were marked
00043:01   for the -- the blind shears and one for the
     02   variable bore ram.
```

Page 44:04 to 44:08

```
00044:04      Q.  (By Mr. Petosa) Did the ROVs have enough
     05   pressure on their own with the pumps either
     06   through -- internally through using seawater or
     07   hydraulic fluid to activate and close either the
     08   BSR or the middle variable bore ram?
```

Page 44:11 to 44:17

```
00044:11      A.  Theoretically the ROVs, the pumps on the
     12   ROVs have enough pressure to close those rams.
     13      Q.  (By Mr. Petosa) But in the case of the
     14   DEEPWATER HORIZON BOP, you would agree, sir, that
     15   they did not have enough pressure on their own to
     16   activate the middle variable bore ram or the BSR,
     17   correct, sir?
```

Page 44:20 to 45:05

```
00044:20      A.  No, I wouldn't agree to that.
     21      Q.  (By Mr. Petosa) Were they able to close
     22   on their own without any further pressure
     23   assistance, the BSR or the middle variable bore
     24   ram?
     25      A.  I don't know whether they closed them or
00045:01   not.
     02      Q.  Okay.  Did -- did -- did you need to
     03   utilize subsea accumulators at any time to assist
     04   the ROVs with respect to the amount of pressure
     05   necessary to close the rams on the BOP?
```

Page 45:07 to 45:09

```
00045:07      A.  We used the subsea accumulators to shift
     08   the shuttle valves to get us to the backside of
     09   the rams.
```

Page 45:11 to 45:11

```
00045:11      A.  The act -- the actuators on the rams.
```

Page 45:19 to 45:24

```
00045:19      Q.  But those weren't the accumulators that
      20  you used to assist in the ROV interventions for
      21  the BOP, correct?
      22      A.  We used an accumulator that -- that
      23  Transocean supplied, and we used an accumulator
      24  that BP supplied.
```

Page 46:04 to 46:07

```
00046:04      Q.  Were those accumulators placed on the
      05  seafloor after the blowout occurred?
      06      A.  Yes, they were placed on the seafloor
      07  after the blowout occurred.
```

Page 47:10 to 48:23

```
00047:10      Q.  (By Mr. Petosa) In your involvement with
      11  the BOP intervention efforts, sir, did you ever
      12  become aware that there were undocumented
      13  modifications to the DEEPWATER HORIZON BOP?
      14      A.  There -- we had a drawing, a schematic on
      15  the wall in the original conference room -- and
      16  this is pre-HIVE -- and there were red lines on
      17  that drawing.
      18      Q.  What do you mean by "red lines"?
      19      A.  Which -- red lines insinuates to me
      20  that -- that there were -- the plumbing wasn't
      21  quite the way we thought it was.
      22      Q.  And when did you realize that?
      23      A.  I -- it just happened in that first week,
      24  maybe.  I -- again, that wasn't my focus.  My
      25  focus was providing hydraulic power and, you
00048:01  know, developing options as quickly as possible
      02  to activate those rams in that stack.
      03      Q.  Why -- why would you want to develop
      04  options as quickly as possible to activate the
      05  rams in the stack?
      06      A.  In our business, in the subsea business,
      07  we always have a Plan A, a Plan B, and a Plan C.
      08  You just -- you never know what's going to happen
      09  at 3,000, 5,000, 7,000 feet of water.  Things
      10  break.  Things don't work the way you think
      11  they're going to work.  Visibility's bad.
      12      Q.  What was Plan A?
      13      A.  Plan A were the ROVs.
      14      Q.  The ROVs -- ROVs can fail, correct;
      15  meaning that they can't achieve their intended
      16  purpose, in this case of activating the rams to
      17  shut in the flow, or the well?
      18      A.  We were unable to stop the flow pumping
      19  with the ROVs.
```

```
    20      Q.  Was it because there were limitations in
    21  the amount of pressure that the ROVs could pump
    22  through either seawater or hydraulics to activate
    23  the rams?
```

Page 49:01 to 50:04

```
00049:01      A.  The -- at the time -- there's no
    02  conclusive evidence as to why we couldn't get it.
    03  We believe that we weren't able to sustain the
    04  flow and the pressure to get the shuttles to
    05  shift, with the ROV pumps.
    06      Q.  (By Mr. Petosa) And how many years had
    07  you been working with ROVs prior to the
    08  involvement you -- you became involved in on --
    09  let me start over again.
    10          How many years had you been working with
    11  ROVs prior to your involvement in the DEEPWATER
    12  HORIZON response?
    13      A.  Off and on, over 15 years.
    14      Q.  Okay.  And -- and you would agree that
    15  over that 15 years off and on, that you were
    16  aware that in utilizing ROVs that you could have
    17  limitations in either the flow or the pressure to
    18  activate rams in a BOP to close?
    19      A.  No, I wouldn't be aware of that.
    20      Q.  It's not something you were aware of
    21  prior to your involvement in the BOP
    22  interventions with respect to the DEEPWATER
    23  HORIZON blowout?
    24      A.  I had never had occasion to -- to try to
    25  override rams in a BOP before.
00050:01      Q.  The first effort that you were involved
    02  in to attempt to override the rams through ROVs
    03  in a flowing situation on a BOP was the DEEPWATER
    04  HORIZON response?
```

Page 50:06 to 50:15

```
00050:06      A.  The first time I've ever been involved in
    07  trying to override a flowing well with an ROV in
    08  a BOP stack was Macondo.
    09      Q.  (By Mr. Petosa) Okay.  Do you know if BP
    10  undertook any efforts, training efforts to
    11  attempt to determine how their ROVs that --
    12  that -- that they would have access to would be
    13  able to work and function to activate rams in a
    14  flowing situation in deepwater prior to the
    15  DEEPWATER HORIZON blowout?
```

Page 50:18 to 50:23

```
00050:18      A.  Did you say "training exercises"?
```

```
19      Q.  (By Mr. Petosa) Yes.
20      A.  With ROVs?
21      Q.  Yes.
22      A.  I'm not aware of any training exercises
23  with ROVs.
```

## Page 51:09 to 51:14

```
00051:09      Q.  (By Mr. Petosa) Did you become aware that
       10  anytime prior to the DEEPWATER HORIZON blowout
       11  that -- that BP undertook any studies, any
       12  analysis to understand the abilities of ROVs to
       13  activate rams in a BOP in a flowing well in
       14  deepwater?
```

## Page 51:17 to 51:18

```
00051:17      A.  This is not something that I had any
       18  direct experience on and -- or knowledge of.
```

## Page 53:18 to 53:21

```
00053:18      Q.  (By Mr. Petosa) And that takes time to
       19  attempt to activate the rams through an ROV by
       20  way of flow and pressure to shut the ram,
       21  correct?
```

## Page 53:23 to 54:02

```
00053:23      A.  The rams have a -- a fairly large volume
       24  of fluid that is required to have them stroke
       25  their full stroke, so the ROV delivers fluid at a
00054:01  certain gpm.  So you can do the math.  Whatever
       02  the volume is, divided by the rate, is the time.
```

## Page 54:16 to 55:05

```
00054:16      Q.  Is another option to utilize subsea
       17  accumulators to provide additional hydraulic
       18  fluids and pressure?
       19      A.  Subsea accumulators, the way we used
       20  subsea accumulators on -- on Macondo was as an
       21  alternative to an ROV-mounted pump.
       22      Q.  Why?
       23      A.  Again, it was a -- it was a way for us to
       24  get rate and volume -- instantaneous rate and
       25  volume to those rams.
00055:01      Q.  Because you would agree, sir, that there
       02  was not enough rate and volume available on the
       03  ROVs to close the rams on the DEEPWATER HORIZON
       04  BOP that you were attempting to activate,
       05  correct?
```

Page 55:08 to 55:09

00055:08      A.  I would agree that we -- we felt like we
      09  weren't shifting the shuttles with the ROV pumps.

Page 55:19 to 55:25

00055:19      Q.  (By Mr. Petosa) But you were aware, sir,
      20  on your efforts -- in -- in -- in your operation
      21  of the ROVs that you did not have enough rate and
      22  volume of hydraulic fluid in the ROVs to -- to
      23  close the rams at the pace that -- that those
      24  involved in the response efforts wanted it to
      25  occur, correct?

Page 56:02 to 56:25

00056:02      A.  No.  I -- I don't -- I don't believe
      03  that's true.
      04      Q.  (By Mr. Petosa) Then why were subsea
      05  accumulators utilized?
      06      A.  Because we felt like we weren't shifting
      07  the shuttles.
      08      Q.  What do you mean by that, "shifting the
      09  shuttles"?
      10      A.  Shift -- the shuttles were -- and, again,
      11  I -- I'm not an expert on the configurations or
      12  the plumbing on the BOP stack, so -- they were
      13  a -- a valve that -- that allowed flow to go in
      14  different directions on the stack, and if they --
      15  if they were situated in such a way that --
      16  that -- you had to hit them with enough pressure
      17  and rate to cause them to shift.  And when you
      18  did, it would direct the flow to the backside of
      19  the ram -- the actuator.
      20      Q.  And BP was aware of this prior to the
      21  DEEPWATER HORIZON blowout, that in -- in
      22  attempting to activate BOP rams through ROVs,
      23  that you had to have enough pressure and volume
      24  to -- to move beyond these shuttles in the way
      25  you just described them, correct?

Page 57:02 to 57:11

00057:02      A.  We had a Team of people working very
      03  vigorously to close-in this flowing well.  In
      04  that Team was BP folks, Transocean folks, Cameron
      05  folks, Coast Guard people, MMS people.  We were
      06  all there together.  I never heard anyone talk
      07  about -- make any comments about the shuttles.
      08  Everybody there were -- thought that everything
      09  was going to work the way it was designed.

```
       10      Q.  (By Mr. Petosa) But it didn't, and that's
       11  why you needed accumulators, correct?
```

Page 57:14 to 57:19

```
00057:14      A.  We brought in the accumulators to give us
       15  a better shot at moving these shuttles.
       16      Q.  (By Mr. Petosa) So -- so the ROVs did not
       17  work as designed to activate and shut-in the rams
       18  on the DEEPWATER HORIZON BOP, you would agree,
       19  sir?
```

Page 57:23 to 58:08

```
00057:23      A.  We weren't sure we were getting the full
       24  capacity of the ROV pump and pressure, the rate
       25  and pressure, from the ROV-mounted pumps to the
00058:01  backside of the rams.
       02      Q.  (By Mr. Petosa) And that's why subsea
       03  accumulators were used to assist the ROVs to
       04  activate the rams to attempt to shut in the well,
       05  correct?
       06      A.  The -- the RO -- the accumulators weren't
       07  used to assist the ROVs.  They were a totally
       08  separate mode of providing flow and pressure.
```

Page 58:16 to 58:22

```
00058:16      Q.  (By Mr. Petosa) But, obviously, at some
       17  point, because the ROVs were not able, to the
       18  satisfaction of those involved in the response
       19  efforts, to activate and shut the rams,
       20  accumulators were used to provide volume and
       21  pressure of hydraulic fluid to activate the rams
       22  and hopefully close them, correct?
```

Page 59:01 to 59:05

```
00059:01      A.  Sir, we -- we used the ROVs in attempts
       02  to close the rams.  We -- we didn't know whether
       03  they were closed or not after we used the ROVs.
       04  We suspected we weren't moving the shuttles.  The
       05  well was still flowing.
```

Page 59:08 to 59:17

```
00059:08      A.  So we said:  "All right.  Let's -- let's
       09  try another way of getting pressure and rate
       10  there."
       11      Q.  Okay.
       12      A.  Maybe they were already closed.  I don't
       13  know.
```

```
14      Q.  But if they were, the well was still
15  flowing, so they didn't achieve what the intended
16  purpose was of the rams shutting-in on the BOP,
17  which was to stop the flow, correct?
```

Page 59:19 to 59:19

```
00059:19     A.  We did not stop the flow of the well.
```

Page 61:25 to 62:06

```
00061:25     Q.  (By Mr. Petosa) We've marked it as
00062:01  Exhibit 10361.  It's titled "Deepwater Horizon
    02  BOP Historical Timeline & Current Status."
    03     A.  Okay.  I'm confused.  You're going to
    04  have to tell me what you're --
    05     Q.  Tab 2 of that binder, sir.
    06     A.  Okay.
```

Page 63:04 to 63:10

```
00063:04     Q.  In preparing for the deposition today,
    05  sir, I know you also looked at the document
    06  that's at Tab 1 of the white binder we've marked
    07  as Exhibit 10360.  In looking through that, sir,
    08  did you notice, in going through that timeline,
    09  if it identified when the subsea accumulators
    10  were made available for assistance with the ROVs?
```

Page 63:12 to 63:21

```
00063:12     A.  I believe we can -- it -- this document,
    13  the one that labeled three zero -- three six
    14  zero, 10360, there is a reference here to running
    15  accumulators to seafloor.
    16     Q.  (By Mr. Petosa) Where does that say that,
    17  what date?
    18     A.  H'm.  (Reviewing document.)  Okay.  Page
    19  1 of 40, bottom line, right-hand side, April
    20  28th, 15:10 to 23:00, you see "BOPE Operation,"
    21  "Atlantis Accumulator."
```

Page 64:11 to 64:22

```
00064:11     Q.  (By Mr. Petosa) Mr. Hughes, before we
    12  took a break, you were reviewing the bottom of
    13  Page 1 of 40, titled "Executive Summary" of what
    14  we've marked as Exhibit 10360.  I think you
    15  indicated you were at the last entry, April 28th
    16  of 2010, advising us or attempting to -- to
    17  advise us when was the date that the accumulators
    18  were made available to those involved in the
```

```
19  response effort utilizing the ROVs.  And let us
20  know, please, by looking at this, if this gives
21  some assistance in identifying that date.
22      A.  (Reviewing document.)
```

Page 64:24 to 65:03

```
00064:24      A.  The only way I can a hundred percent
      25  confirm when those arrived offshore would be to
00065:01  see a shipping manifest.  I have this information
      02  here which tells me on the 28th, it was being
      03  moved into location.
```

Page 66:19 to 67:01

```
00066:19      Q.  And you would agree, and consistent with
      20  what you said earlier, it appears that the
      21  reason, at least according to this document, that
      22  the accumulators were made available to those
      23  like yourself operating the ROVs, was that you
      24  were not able to generate enough volume and
      25  pressure on the -- through the ROVs to shift the
00067:01  shuttle valve on the BOP, correct?
```

Page 67:03 to 67:08

```
00067:03      A.  We thought that we weren't shifting the
      04  shuttles.
      05      Q.  (By Mr. Petosa) And if you're not able to
      06  shift the shuttles with pressure and volume from
      07  the ROVs, you would agree that you're not going
      08  to be able to shut the rams, correct?
```

Page 67:10 to 67:19

```
00067:10      A.  If we didn't have a clear hydraulic
      11  circuit from the female hot stab to the backside
      12  of the ram from the ROV pump, we would not be
      13  able to shift the ram.
      14      Q.  (By Mr. Petosa) And you would agree, sir,
      15  that BP knew prior to the April 20th, 2010,
      16  DEEPWATER HORIZON blowout, that there were
      17  pressure and volume limitations with respect to
      18  ROVs and their ability to shut rams on a BOP in a
      19  flowing deepwater well?
```

Page 67:22 to 68:01

```
00067:22      A.  I don't know that to be true.
      23      Q.  (By Mr. Petosa) Okay.  I'd like to refer
      24  you, sir, to Tab No. 1 of the black binder, a
      25  document that's previously been marked as
```

00068:01  Exhibit 4423.

Page 68:05 to 68:08

00068:05      Q.  Document previously marked as
     06  Exhibit 4423, BP Bates ending in 6206.  It's a
     07  November 14th, 2001, E-mail from Mr. Byrd.  We've
     08  talked about him.

Page 68:11 to 68:16

00068:11      Q.  (By Mr. Petosa) We've talked about him.
     12  He was operating the -- the ROVs during the day
     13  shift with respect to the response efforts that
     14  you were involved in, correct, sir?
     15      A.  He was operating -- he was supervising
     16  the HIVE for a period of time on the --

Page 69:10 to 69:18

00069:10      Q.  What was -- what was Mr. Byrd's job?
     11      A.  Mr. Byrd came on the -- came to the
     12  response initially to be Harry Thierens' night,
     13  back-to-back.
     14      Q.  Okay.  Well, I know you indicated he was
     15  operating ROVs in the HIVE during the day shift,
     16  correct?
     17      A.  He -- for about two weeks, he supervised
     18  the HIVE during the day shift.

Page 70:18 to 72:11

00070:18      Q.  You -- I know you came in -- came in in
     19  the morning of April 22nd of 2010, correct?
     20      A.  Thursday morning.
     21      Q.  Yeah.  Thursday morning you -- you got
     22  involved, and was Mr. Byrd already involved in
     23  the response efforts at that time?
     24      A.  I don't think he was.
     25      Q.  Okay.  And when you became involved, your
00071:01  role was what?
     02      A.  My role was to assist the BOP experts on
     03  providing tooling and ways to get hydraulics to
     04  the BOP actuators.
     05      Q.  And that was through ROVs?
     06      A.  ROVs, coil tubing, accumulators, by
     07  whatever means I could develop.
     08      Q.  And when did Mr. Byrd become involved
     09  after that day, or whatever time?  I know you
     10  were there on Thursday.  When did he get
     11  involved?
     12      A.  I don't know exactly.  It was a day or
     13  two later.  It might have been that same day.

```
        14   I -- I don't remember.  But he was very soon
        15   after Har -- he -- he was involved.
        16        Q.  And what was his role?
        17        A.  His role was to be Harry's back-to-back
        18   at night.
        19        Q.  And what was Harry Thierens doing?
        20        A.  Harry was the BP Representative on this
        21   Technical Team.  It was trying to figure out ways
        22   to actuate the BOP and stop the flow of oil.
        23        Q.  Okay.  And you were working with
        24   Mr. Thierens and Mr. Byrd for approximately one
        25   week or so in the conference room before you then
00072:01   moved to the HIVE?
        02        A.  I was working with Harry and Mike in that
        03   role for about a week before we moved in the
        04   HIVE, and we continued in a similar role.  The
        05   responsibilities were similar.
        06        Q.  Okay.  And during that week or so
        07   timeframe, until April 28th of 2010, did anyone
        08   in your discussions say:  "We may not be able to
        09   generate enough pressure and volume from the
        10   ROVs, so let's get subsea accumulators available
        11   down" -- down -- "down near the BOP?"
```

Page 72:13 to 72:21

```
00072:13        A.  I don't recall specific conversations
        14   like that.  We were -- we were looking at all
        15   options that we could get reliable ways to get
        16   hydraulic fluid to that BOP.
        17        Q.  (By Mr. Petosa) Why did it take until
        18   April 28th of 2010 to have the subsea
        19   accumulators available to those that were
        20   attempting to activate the rams on the BOP?
        21        A.  The --
```

Page 72:24 to 73:09

```
00072:24        A.  There was another accumulator that was
        25   used prior to the ATLANTIS accumulator.
00073:01        Q.  (By Mr. Petosa) And what accumulator was
        02   that?
        03        A.  It was one supplied by -- or coordinated,
        04   I guess might be a better word, by Transocean.
        05        Q.  And when was that accumulator made
        06   available?
        07        A.  Again, I -- I don't know exactly.  We
        08   could -- we could probably look in the records
        09   and decipher when it showed up.
```

Page 74:08 to 75:04

```
00074:08        Q.  (By Mr. Petosa) To -- to try to save time
```

```
09  here and moving forward, Mr. Hughes, we're going
10  to refer to the document that's at Tab 3 in the
11  white binder.  It's the "STIPULATED FACTS"
12  concering -- "CONCERNING SOURCE CONTROL EVENTS"
13  that's been filed in this case.
14        And I refer you to Page 8, Stipulation
15  No. 31.  Just go ahead.  I'm going to read that
16  just for purposes of being able to move forward
17  for our discussions:  "On April 25, 2010, two
18  attempts were made to actuate the Deepwater"
19  Horizon's -- "Horizon BOP's middle pipe rams"
20  using -- "by using a ROV hot stab procedure as
21  well as by using a portable subsea accumulator
22  system."
23        And I know earlier we had talked about
24  April 28th, but does that bring you -- bring us
25  back to what you were saying earlier, sir, where
00075:01  you thought the accumulators were made available
02  prior to that date that might have been through
03  Transocean?
04        A.  Well, the document --
```

Page 75:07 to 75:14

```
00075:07     A.  The document says what it says, and I --
08  I ha -- I have no reason to -- to dispute this.
09        Q.  (By Mr. Petosa) Okay.  So it appears,
10  sir, that the first time that the subsea
11  accumulators were made available to attempt to
12  generate pressure and volume to close the -- the
13  rams on the DEEPWATER HORIZON BOP was April 25th
14  of 2010, correct?
```

Page 75:16 to 75:22

```
00075:16     A.  According to the stipulations.  That's
17  what the -- that's what the document says.
18        Q.  (By Mr. Petosa) And -- and the first
19  effort in utilizing subsea accumulators to
20  generate pressure and volume to close the rams
21  was directed to the hot stab for the middle
22  variable bore ram, correct?
```

Page 75:24 to 76:10

```
00075:24     A.  I don't know that to be personally true,
25  but Stipulation 31 says that "...two attempts
00076:01  were made to actuate the Deepwater Horizon BOP's
02  middle pipe rams...using a portable subsea
03  accumulator..."
04        Q.  (By Mr. Petosa) But that's consistent
05  when you told us earlier what your -- your --
06  your first efforts were to activate the middle
```

```
07  variable bore ram to slow down the flow of oil
08  through the BOP, correct?
09      A.  I don't recall your question being quite
10  asked in that manner.
```

Page 81:07 to 81:14

```
00081:07      Q.  Let -- let's turn to the next document,
      08  sir, at Tab No. 7, we've discussed it also today,
      09  Exhibit 9549.
      10          I'd like to talk about the one, two,
      11  three, four, five, six -- sixth line down --
      12  fifth line down.  It says: "Realized ROV Hot
      13  stab incorrectly plumbed on" May 3rd.  Did I read
      14  that correctly?
```

Page 81:16 to 82:05

```
00081:16      Q.  (By Mr. Petosa) That's BP Bates ending in
      17  1058.
      18      A.  "We were asked today" when we -- "when
      19  did we first know of the leaks, and when did we
      20  know about the undocumented modifications, when
      21  did we first know that the ROV Verse hot stabs
      22  were incorrectly wired/labeled."
      23          (Reviewing document.)
      24          Okay.  Could you ask your question again,
      25  then?
00082:01      Q.  On May 3rd of 2010 is when it was
      02  discovered that the hot stab that should have
      03  been connected to the middle variable bore ram
      04  was, in fact, connected to the lower variable
      05  bore ram, correct?
```

Page 82:07 to 82:10

```
00082:07      A.  No.  The hot stab was connected to the
      08  test rams.
      09      Q.  (By Mr. Petosa) Which was the lowest ram
      10  on the BOP, correct, sir?
```

Page 82:12 to 82:22

```
00082:12      A.  The test ram is the lowest ram on the
      13  BOP.
      14      Q.  (By Mr. Petosa) Okay.  And as BP's
      15  Corporate Representative today, you've advised
      16  us, sir -- and I want to make sure I'm clear --
      17  that the reason that the first ram that was
      18  activated after the blowout in the response
      19  efforts was the middle variable bore ram, as you
      20  indicated here, the -- this middle pipe ram, was
      21  because it would, if closed, slow down the flow
```

```
      22  of oil, correct?
```

Page 82:24 to 83:11

```
00082:24      A.  Again, my understanding from speaking to
      25  Well Control Experts, that normal process is to
00083:01  close variable bore rams first.
      02      Q.  (By Mr. Petosa) Okay.  And that effort
      03  commenced on April 21st of 2010, correct?
      04      A.  That effort happened on April 21st.
      05      Q.  And, obviously, it was not successful,
      06  sir, because it also occurred on April 25th of
      07  2010 on two occasions and on April 26th of 2010.
      08  All of those attempts to close that middle pipe
      09  ram, or middle variable bore ram, were efforts,
      10  in -- in fact, that were activating the lower
      11  bore ram, which was a test ram, correct?
```

Page 83:14 to 83:21

```
00083:14      A.  The plumbing issue, having the hot stab
      15  receptacle plumbed to the lower test rams, caused
      16  us to think we were pumpin -- pumping to one set
      17  of rams and actually we were pumping to an extra
      18  set -- another set of rams.
      19      Q.  (By Mr. Petosa) And, obviously, shutting
      20  the test rams would not have assisted in stopping
      21  the flow of oil through the BOP, correct, sir?
```

Page 83:24 to 83:24

```
00083:24      A.  I -- I don't know that to be true.
```

Page 84:08 to 84:17

```
00084:08      Q.  (By Mr. Petosa) If -- if -- let me make
      09  sure I'm clear, sir.  Did anyone ever tell you if
      10  shutting the test ram would have assisted in any
      11  way in stopping the flow of oil?
      12      A.  I don't recall any conversation where
      13  anybody told me that shutting the test ram would
      14  not have stopped the flow of oil or would have
      15  stopped the flow of oil.  I -- I don't recall
      16  ever having that conversation.
      17      Q.  What is a test ram?
```

Page 84:19 to 84:22

```
00084:19      A.  I don't know exactly what a test ram is.
      20      Q.  (By Mr. Petosa) Do you know if it was BP
      21  that re -- that requested that the lower bore ram
      22  be converted to a test ram?
```

Page 84:24 to 85:21

```
00084:24      A.  I have no specific knowledge of -- of who
      25  requested that ram to be converted to a test ram.
00085:01      Q.  (By Mr. Petosa) I'd like to refer you,
      02  sir, to Tab No. 5 -- sorry, Tab No. 4 in the
      03  black binder.  And refer you specifically, sir,
      04  to about four pages or five pages in, to the
      05  document that at the bottom says TRN Bates ending
      06  in 7625.  It's an October 11th, 2004 letter, and
      07  it's "Letter Agreement for Conversion of VBR to a
      08  Test Ram."
      09          Just so you know, sir, the reason I'm
      10  referring to that, if you turn to the second
      11  page, it's a signed copy of the Letter Agreement.
      12      A.  (Reviewing document.)
      13      Q.  And I'd like to read the first line, sir:
      14  "When executed by both parties below, this letter
      15  will document the agreement between Contractor
      16  and Company for Contractor's conversion (the
      17  'Conversion') of an existing variable bore
      18  ram...into a 'test ram' on the Deepwater
      19  Horizon's blowout preventer..."
      20          Did I read that correctly?  And at the
      21  end, it says:  "(the 'BOP')."
```

Page 85:23 to 86:11

```
00085:23      A.  The document says what it says.
      24      Q.  (By Mr. Petosa) Okay.  And beginning of
      25  the third paragraph, it says:  "Company" --
00086:01  that's BP -- "acknowledges that the Conversion
      02  will reduce the built-in redundancy of the BOP,
      03  thereby potentially increasing Contractor's risk
      04  profile and corresponding cost structure."
      05          Did -- did you have any understanding,
      06  sir, when you became involved in the response
      07  efforts, that the inversion of the lower bore ram
      08  from a ram as intended to function on the BOP to
      09  a test ram, would have reduced its ability, that
      10  ram, the lower ram, to shut-in the well to stop
      11  the flow of hydrocarbons through the well?
```

Page 86:14 to 86:19

```
00086:14      Q.  (By Mr. Petosa) And to the BOP?
      15          MR. SOTSKY:  The same objections.
      16      A.  I had no knowledge.
      17      Q.  (By Mr. Petosa) Okay.  You would agree,
      18  sir, in reviewing that document, that that was a
      19  request made by BP?
```

Page 86:21 to 87:14

```
00086:21     A.  The document is the document.  I --
      22     Q.  (By Mr. Petosa) And at the time that you
      23  were involved in the response efforts, you
      24  mentioned that you did have a schematic available
      25  to you of the DEEPWATER HORIZON BOP, correct?
00087:01     A.  There was a schematic in the room.  I
      02  didn't spend any time studying that schematic.
      03     Q.  (By Mr. Petosa) You -- you -- you -- you
      04  indicated that there were some red lines on the
      05  schematic that indicated that there were
      06  modifications to the BOP, correct?
      07     A.  I -- I said that there were red lines on
      08  there that indicated that there could have been
      09  modifications.
      10     Q.  And what did those red lines indicate, by
      11  way of the modifications, was that something that
      12  you and others involved in the response
      13  discovered in your response efforts or someone
      14  told you?
```

Page 87:16 to 87:17

```
00087:16     Q.  (By Mr. Petosa) What did the red lines
      17  signify in that regard, sir?
```

Page 87:20 to 87:20

```
00087:20     A.  Again, I -- I don't know.
```

Page 88:17 to 88:23

```
00088:17     Q.  (By Mr. Petosa) Okay.  Well, I'm --
      18  I'm -- I'm asking a different question, sir.  You
      19  would agree that the schematics you said that
      20  were available to you, that there was some red
      21  writing on, the schematics for the DEEPWATER
      22  HORIZON BOP indicated that the hot stab was
      23  plumbed to the middle variable bore ram --
```

Page 88:25 to 88:25

```
00088:25     Q.  (By Mr. Petosa) -- correct?
```

Page 89:02 to 89:11

```
00089:02     A.  I do not know that, because I never
      03  looked at it and studied it, so I -- that I could
      04  confirm that 100 percent.  I do not know that.
      05     Q.  (By Mr. Petosa) Okay.  Well, I know we've
      06  gone through the -- the documentation today, sir,
```

```
07  to indicate that it was not discovered until May
08  3rd of 2010 that the hot stab that should have
09  been plumbed to the middle variable bore ram, was
10  plumbed to the lower ram, which was a test ram,
11  correct?
```

Page 89:13 to 89:24

```
00089:13     A.  The -- the plumbing from the panel went
      14  to the lower test ram when we thought it was
      15  going to a test ram --
      16         Q.  (By Mr. Petosa) So --
      17     A.  -- or to a -- a pipe ram.
      18         Q.  I -- I -- I would -- I would think we can
      19  agree, sir, that BP did not become aware, by way
      20  of the schematics made available to it by
      21  Transocean, that the hot stab that they were
      22  attempting to utilize to activate the middle
      23  variable bore ram on the BOP was -- was actually
      24  not plumbed that way --
```

Page 90:01 to 90:01

```
00090:01     Q.  (By Mr. Petosa) -- until May 3rd of 2010.
```

Page 90:04 to 90:07

```
00090:04     A.  Everyone in the room, to my knowledge, as
      05  we were working on intervening in the stack,
      06  thought that the plumbing from the panel was to
      07  the pipe ram.
```

Page 90:18 to 90:22

```
00090:18     Q.  (By Mr. Petosa) And -- and you would
      19  agree, sir, that all of the efforts, up until May
      20  3rd of 2010, to attempt to activate the middle
      21  variable bore ram to slow down the flow of oil,
      22  obviously didn't achieve what the intent was --
```

Page 90:24 to 90:24

```
00090:24     Q.  (By Mr. Petosa) -- correct?
```

Page 91:04 to 91:08

```
00091:04     A.  The intent was to stop the flow of oil.
      05  Period.
      06         Q.  (By Mr. Petosa) And the intent was to
      07  stop the flow of oil through activating the
      08  middle variable bore ram, correct?
```

Page 91:10 to 91:18

00091:10      A.  The attempt was to activate through the
      11  panel and close that pipe ram, yes.
      12      Q.  (By Mr. Petosa) And, obviously, you and
      13  others involved in the response efforts to
      14  attempt to activate the middle variable bore ram,
      15  in doing so, were not aware that when you were
      16  undertaking those efforts, you were, in fact,
      17  activating the lower variable bore ram that had
      18  been converted to a test ram, correct?


Page 91:20 to 91:23

00091:20      A.  Later, when we found out that the
      21  plumbing was to the test ram, we realized that we
      22  were putting hydraulics to the test ram
      23  actuators.


Page 92:07 to 92:15

00092:07  I'd like to refer you back, sir, to the
      08  document at Tab 1, which has previously been
      09  marked as Exhibit 4423.  It's the November 14th,
      10  2001 E-mail from Mr. Byrd.  And we kind of moved
      11  off of some questions I had.  I want to bring
      12  back to our discussions about Mr. Byrd.
      13  Mr. Byrd, when the HIVE became available to you,
      14  for the two weeks he was there, were he -- was he
      15  the Supervisor of the HIVE?


Page 92:17 to 92:22

00092:17      A.  Mr. Byrd -- I -- I don't -- exactly when
      18  he -- when he transitioned from Harry's Night
      19  Representative to the Day Representative looking
      20  after the HIVE, because he -- he -- I don't know
      21  it -- when that exactly happened, but it was
      22  obviously sometime after the HIVE was created.


Page 93:07 to 93:20

00093:07      Q.  And how long did he work with you in the
      08  HIVE, in -- in -- in the response efforts
      09  operating the ROVs?
      10      A.  I don't know exactly.  I'm just guessing
      11  it was approximately two weeks.
      12      Q.  Okay.  Let's get back to this E-mail
      13  that's directed by Mr. Byrd to a Curtis Jackson
      14  and a Don Weisinger.  Do you know who they are?
      15      A.  I -- I know, yes, Don is -- he's -- he's
      16  passed on.  He's not alive today.  And Curtis, I

```
17   don't believe works for BP anymore.
18      Q.  Okay.  But they, at the time, sir, on
19   November 14th of 2001, Mr. Byrd, Mr. Jackson,
20   Mr. Weisinger, were all BP employees, correct?
```

Page 93:22 to 94:13

```
00093:22    A.  I -- I think they were all BP employees,
23   yes.
24      Q.  (By Mr. Petosa) All right.  I'd like to
25   talk about the E-mail, sir.  It -- it indicates:
00094:01  "Don/Curtis,
02          "I wanted to follow-up and see if there
03   are any lessons my team can take away from today.
04   For Crazy Horse, I am probably the one who would
05   get the call on a BOP situation like this one.
06   This morning I worked this with Vern Buzarde" --
07   or "Bu-zard" -- I apologize.  It's B-u-z-a-r-d-e,
08   if I am pronouncing it wrong -- "who is a member
09   of my team."
10          I'd like to discuss the part here on it
11   that says:  "Situation."
12          "Horizon has driven off"
13          That means DEEPWATER HORIZON, correct?
```

Page 94:15 to 94:24

```
00094:15    A.  I -- I --
16      Q.  (By Mr. Petosa) Don't know?
17      A.  -- don't know.
18      Q.  Okay.  "Well is flowing at a 100,000 -
19   300,000 barrels a day
20          "BOP is open - no rams closed
21          "Do not know if Dead-Man has actuated or
22   not
23          "ROV flow rate for override is 0.12 GPM."
24          That's gallons per minute, correct?
```

Page 95:01 to 95:07

```
00095:01    A.  That's a reasonable assumption.
02      Q.  (By Mr. Petosa) Okay.
03          "Question:
04          "Can we close the shear rams with ROV
05   over-ride without further damage to the BOP at
06   100, 200, & 300BPD flow rate"?
07          Did I read that correctly?
```

Page 95:09 to 95:17

```
00095:09    A.  Yes, I believe that's what it says.
10      Q.  (By Mr. Petosa) I asked you earlier, sir,
11   so I'm going to ask it this way, because I didn't
```

```
12  use the word "exercise":  Did you ever
13  participate in an exercise like this, like
14  Mr. Byrd did, where you have a situation as he's
15  described, and a question about whether or not
16  ROV overrides will be able to close rams on a BOP
17  in an open flow situation like this?
```

Page 95:19 to 95:23

```
00095:19     A.  No, I have not.
     20     Q.  (By Mr. Petosa) Did you ever become aware
     21  of this exercise that Mr. Byrd conducted back in
     22  2001 when you became involved in the DEEPWATER
     23  HORIZON response efforts?
```

Page 95:25 to 96:07

```
00095:25     A.  No.
00096:01     Q.  (By Mr. Petosa) Did Mr. Byrd ever discuss
     02  it with you?
     03     A.  No, he did not.
     04     Q.  Did you ever become aware of it by way of
     05  anyone in BP prior to the DEEPWATER HORIZON
     06  blowout, that this exercise had been conducted in
     07  2001?
```

Page 96:09 to 96:23

```
00096:09     A.  No, I have no knowledge of this.
     10     Q.  (By Mr. Petosa) Now, the "Answer" to the
     11  question, sir, is "No.  Closing the shear rams at
     12  any of the above flow rates will probably cause
     13  them to wash out.  One has to assume given that
     14  rate, there is a lot of sand being transported"
     15  as well as -- "as well which only accelerates the
     16  erosion process."  And then "No one on my team
     17  was available at WL1.  Vern, located at Mustang
     18  Eng., and I discussed the situation and came to
     19  this conclusion.
     20        "We have since spoken with Cameron and
     21  others and offer the following:"
     22        Did I read that correctly?
     23     A.  The document says what it says.
```

Page 97:10 to 97:15

```
00097:10     Q.  (By Mr. Petosa) The process of the ROVs
     11  in attempting to generate enough pressure and --
     12  and volume to shut the ram, in the process of
     13  doing so, because of the amount of time it would
     14  take to close the ram, it would cause the seals
     15  to erode or wear?
```

Page 97:18 to 97:18

00097:18     A.  I'm not aware of anything like that.


Page 98:12 to 98:20

00098:12     Q.  Okay.  It says under No. 2 it says "a.)
     13 The Horizon stack has casing super shears on the
     14 top and conventional blind shears in the second
     15 cavity."
     16          Is that consistent with the schematic
     17 that you're looking at there in front of you, the
     18 colorized schematic, sir, under No. 4, it's right
     19 in front of you, that came from the document
     20 we've marked as Exhibit 10361?


Page 98:22 to 99:01

00098:22     A.  No, it does not appear to be consistent.
     23     Q.  (By Mr. Petosa) Okay.  So do you know if
     24 this is talking about the DEEPWATER HORIZON BOP
     25 or is it talking about a different BOP?
00099:01     A.  I have no idea.


Page 101:08 to 101:17

00101:08     Q.  "The safest scenario may be to close the
     09 top casing super shears first to reduce the flow
     10 rate then close the blind shears."
     11          Did I read that correctly?
     12     A.  Yes, the document says what it says, sir.
     13     Q.  Was that ever discussed in -- in your
     14 involvement with the DEEPWATER HORIZON
     15 interventions on the BOP, that is the scenario
     16 should be to first close the casing super shears
     17 and then the blind shears?


Page 101:19 to 102:10

00101:19     A.  I don't recall any conversations about
     20 why we would close one over the other.  As I
     21 mentioned to you in preparation for this
     22 deposition, I did try to find some information
     23 about maybe why we did what we did.
     24     Q.  (By Mr. Petosa) And we've talked about
     25 that already.  On behalf of BP, you've indicated
00102:01 that the reason the first efforts -- the efforts
     02 to actuate the middle variable bore ram were
     03 first was because that would slow down the flow
     04 of oil?
     05     A.  What I was -- told by experts on well
     06 control that in a normal well control situation,

```
07  a party would -- would close the variable bore
08  rams first, to restrict flow.
09      Q.  In essence, reduce the flow rate,
10  correct?
```

Page 102:12 to 102:16

```
00102:12    A.  I don't know that to be true.
13      Q.  (By Mr. Petosa) Isn't that what this is
14  saying here, "The safest scenario may be to close
15  the top casing super shears first to reduce the
16  flow rate then close the blind shears"?
```

Page 102:19 to 103:08

```
00102:19    A.  Sir, you know, I don't know what -- you
20  know, Mike's name is on this.  I don't -- I don't
21  know what he meant when he wrote it.  I don't
22  know what context it was written in.  What you
23  read is -- is what you read.
24      Q.  (By Mr. Petosa) Okay.  And then it goes
25  on to say, sir:  "However, this would take quite
00103:01  a while due to the 60 gallons required and may
02  result in the super shears washing well before
03  closing."
04          Was there ever concerns expressed when
05  you were involved in the response efforts, sir,
06  about the fact that the rams could wash before
07  closing in your efforts to attempt to activate
08  and close those rams due to the flow?
```

Page 103:10 to 103:20

```
00103:10    A.  I remember discussions, not with me, but
11  I remember discussions about the hot oil
12  potentially damaging the rubbers.
13      Q.  (By Mr. Petosa) And did Mr. Byrd, in your
14  work with him in the response efforts, ever say:
15  "I participated in this exercise back in November
16  of 2001, and we had concerns about the amount of
17  volume of flow that we could generate to close
18  the rams, and in doing so, due to the amount of
19  time it could take, it could cause the rams to
20  wash out"?  Did he ever indicate that?
```

Page 103:24 to 104:05

```
00103:24    A.  I don't recall any conversation like
25  that.
00104:01    Q.  (By Mr. Petosa) Did he ever indicate that
02  due to the concerns about the amount of volume
03  that we could generate by the ROVs, we should
04  utilize subsea accumulators to increase the
```

```
        05  volume of flow?
```

Page 104:07 to 104:10

```
00104:07     A.  I don't recall Mike ever having that
     08  conversation.
     09     Q.  (By Mr. Petosa) Don't you think he should
     10  have?
```

Page 104:12 to 104:18

```
00104:12     A.  Sir, I -- I was there with a Team of
     13  people, a lot of very smart people.  We had
     14  people from Exxon, from Anadarko, from a lot of
     15  different companies, and I'm sure that if these
     16  things were important for me to hear at that
     17  time, I would have been told.  Whether they were
     18  discussed or not discussed, I don't know.
```

Page 104:24 to 105:07

```
00104:24     Q.  It's a document previously marked in this
     25  case as Exhibit 3624.  It's titled -- from WEST
00105:01  Engineering Services, "Evaluation of Secondary
     02  Intervention Methods in Well Control For" -- it's
     03  for the MMS, March of 2003.
     04         Prior to your involvement in the
     05  DEEPWATER HORIZON blowout, did you ever become
     06  aware of this study that was -- and this paper
     07  that was published by WEST Engineering?
```

Page 105:12 to 105:17

```
00105:12     A.  (Reviewing document.)  Prior to?
     13     Q.  (By Mr. Petosa) Your involvement in the
     14  DEEPWATER HORIZON blowout, were you ever aware of
     15  this paper by WEST Engineering, dated March of
     16  2003, that's been marked as Exhibit 3624?
     17     A.  No.
```

Page 105:21 to 106:16

```
00105:21     Q.  Let's turn, sir, if we could, to Page 5
     22  of 85 of the document, under "Executive Summary."
     23  It's on Bates TRN ending in 4925 under "Executive
     24  Summary."
     25         It says:  "Secondary intervention can be
00106:01  defined as an alternate means to operate BOP
     02  functions in the event of total loss of the
     03  primary control system or to assist personnel
     04  during incidents of imminent equipment failure or
     05  well control problems."
```

```
06          Did I read that correctly?
07      A.  Again, the document says what it says.
08      Q.  Okay.  Those "systems can be completely
09 independent and separate or utilize components of
10 the primary BOP control system."
11          Did I read that correctly, sir?
12      A.  Again, the document says what it says.
13      Q.  Okay.  You would agree that your
14 involvement in the BOP interventions for the
15 DEEPWATER HORIZON response effort -- those were
16 secondary interventions, correct?
```

Page 106:18 to 106:25

```
00106:18     A.  The BOP Systems that were intended from
     19 interface to the rig itself, plumbed into the
     20 system, had not stopped the flow of oil.
     21      Q.  (By Mr. Petosa) Okay.  The primary
     22 systems that were either manual or automatic,
     23 tied into the DEEPWATER HORIZON Rig, you would
     24 agree, sir, did not shut-in the rams to stop the
     25 flow of oil on the BOP, correct?
```

Page 107:05 to 107:13

```
00107:05     A.  The systems tied into the rig did not
     06 shut-in the well.
     07      Q.  Okay.  And you would agree whatever they
     08 are, meaning the -- the -- the -- the -- whether
     09 it's a manual system that someone had to press on
     10 the rig, or an automatic system, if there's a
     11 disconnect, an EDS, AMF, whatever you want to
     12 call it -- those are all primary systems that --
     13 that arise through the rig, correct?
```

Page 107:17 to 107:21

```
00107:17     A.  Sir, I -- I'm not here to define or --
     18 I'm not familiar with all the definitions of what
     19 are primary and secondary systems, so I -- I --
     20 I -- I can't agree or disagree on your definition
     21 of what's primary and secondary.
```

Page 108:05 to 109:06

```
00108:05     Q.  (By Mr. Petosa) Let's turn, sir, to Page
     06 27 under "4.3.7  Discussion," the second
     07 paragraph, TRN Bates ending in 4947:  "The
     08 pumping capacity of all ROVs is extremely
     09 limited, usually just a few gallons per minute.
     10 Ten to twenty minutes can be required to close a
     11 single ram, depending on the particular" group
     12 "involved.  Closing a ram BOP with a low volume
```

```
13  hydraulic source while a well is flowing would
14  almost certainly result in damage to the sealing
15  components of the ram and would not be able to
16  seal the wellbore.  Thus, the ROV is in effect
17  not a viable secondary intervention tool in a
18  well control scenario."
19          Did you ever become aware of that
20  conclusion by WEST Engineering prior to your
21  involvement in the BOP intervention efforts
22  during the DEEPWATER HORIZON response?
23      A.  No, I -- I've never been involved in any
24  work that was done by WEST Engineering.
25      Q.  Okay.  Did anyone at BP ever share with
00109:01  you the findings by WEST Engineering in 2003 that
02  closing a ram BOP with a low volume hydraulic
03  source while a well is flowing would almost
04  certainly result in damage to the sealing
05  components of the ram and would not be able to
06  seal the wellbore?
```

Page 109:08 to 109:15

```
00109:08      A.  Sir, we -- we had a -- a big Team there,
09  and, to my knowledge, no one on the Team shared
10  this with me.
11      Q.  (By Mr. Petosa) Shouldn't BP have been
12  aware of WEST Engineering's finding back in March
13  of 2003 when they were attempting to close the
14  rams on the BOP post the DEEPWATER HORIZON
15  blowout?
```

Page 109:17 to 110:01

```
00109:17      A.  Sir, I don't know anything about WEST
18  Engineering.  I don't know whether they're a
19  fly-by-night company, whether they're a reputable
20  company.
21          This document is -- is written for the
22  MMS.  We had MMS people with us.  There was never
23  in my presence any concerns ever expressed that
24  the work we were doing as a Team, vigorously,
25  doing trying to shut-in that flowing well, was in
00110:01  any way, shape, or form, a bad idea.
```

Page 111:04 to 111:09

```
00111:04  And so I'm going to ask you again:  You
05  would agree that Mr. Byrd's concerns, based upon
06  the exercise he conducted in 2001 with respect to
07  the rams washing out due to low volume from the
08  ROVs, was the same concern expressed by WEST
09  Engineering in March of 2003?
```

Page 111:13 to 111:22

```
00111:13      A.  I don't know that to be true.  I -- I --
      14  we'd have to compare the assumptions that each of
      15  these two -- WEST Engineering Services and -- and
      16  the Team that's referred to in this E-mail here
      17  that you reference, 4423 -- and -- and see how
      18  they relate to each other.
      19      Q.  And Mr. Byrd was involved with you in the
      20  BOP interventions with respect to the ROVs during
      21  the DEEPWATER HORIZON response, correct?
      22      A.  Mr. Byrd was part of the Team, yes.
```

Page 114:09 to 115:01

```
00114:09      Q.  (By Mr. Petosa) Mr. Hughes, I'd like to
      10  stay on the WEST Engineering document from March
      11  of 2003 that's previously been marked as
      12  Exhibit 3624.  I'd like to refer you to Page 82
      13  of the document, sir.
      14      A.  (Reviewing document.)
      15      Q.  At the bottom, under "6.10ROV
      16  Intervention"
      17          "Possible shortcomings of this system
      18  include the following:
      19          "1.  An ROV should not be used for
      20  secondary intervention unless the well is benign
      21  (non flowing) or unless it can be..." determined
      22  "that the designated functions can be performed
      23  in the" recommend -- "API recommended time."
      24          Was BP aware of these possible
      25  shortcomings of ROV intervention prior to its
00115:01  response to the DEEPWATER HORIZON blowout, sir?
```

Page 115:04 to 115:09

```
00115:04      A.  I was not aware of this document.
      05      Q.  (By Mr. Petosa) Do you know that if
      06  others on behalf of BP involved in the response
      07  efforts post the DEEPWATER HORIZON blowout were
      08  aware of these possible shortcomings as
      09  documented by WEST Engineering in March of 2003?
```

Page 115:11 to 115:20

```
00115:11      A.  I -- I do not know who was aware of this
      12  document.
      13      Q.  (By Mr. Petosa) Okay.  No. 2:  "If not
      14  already in the water ROV deployment will require
      15  a long time, possibly long enough that the rams
      16  become unusable due to erosion damage, depending
      17  on the well flow rate."
      18          Do you know if BP was aware of this
```

```
    19  possible shortcoming of ROV intervention prior to
    20  the DEEPWATER HORIZON blowout?
```

Page 115:23 to 116:12

```
00115:23    A.  I'm not -- I'm not aware of anybody
    24  specifically at BP that knew about this document.
    25    Q.  (By Mr. Petosa) No. 3, sir:  "Even if the
00116:01  ROV is at the stack, it can usually handle only
    02  one tool at a time and most likely won't have the
    03  stab needed to effect closure of the ram.  In
    04  this case deployment time will be twice as long
    05  as it would be if the ROV were at the surface, as
    06  it will have to travel to the surface to obtain
    07  the correct tool and return to the stack before
    08  closure of the ram could begin."
    09         Was BP aware of this as a possible
    10  shortcoming of ROV intervention to a BOP in a
    11  flowing well situation prior to the DEEPWATER
    12  HORIZON blowout, sir?
```

Page 116:15 to 116:24

```
00116:15    A.  Sir, I'm not aware of who at BP knew
    16  about this document.
    17    Q.  (By Mr. Petosa) No. 4, sir:  "Often the
    18  ROV is" in -- "is capable of operating the shear
    19  ram only.  Should a serious leak occur through
    20  the failsafe valves, there would be no way to
    21  isolate the valve from the pressure."
    22         Was BP aware of this as a possible
    23  shortcoming of ROV intervention prior to the
    24  DEEPWATER HORIZON blowout?
```

Page 117:01 to 117:03

```
00117:01  scope.
    02    A.  Sir, I'm not aware of anyone at BP that
    03  was aware of this document.
```

Page 117:16 to 117:20

```
00117:16    Q.  (By Mr. Petosa) Would you agree with me,
    17  sir, that BP should have been aware of the
    18  findings by WEST Engineering of the possible
    19  shortcomings of ROV intervention prior to the
    20  DEEPWATER HORIZON blowout?
```

Page 117:23 to 118:09

```
00117:23    A.  Sir, I don't know anyone at WEST
    24  Engineering, and I don't know whether anybody at
```

```
        25  eng -- WEST Engineering are ROV experts or not.
00118:01    I don't know whether they're -- so, in light of
        02  the fact that, as I mentioned earlier, that I
        03  don't know who wrote it, I don't know what
        04  context they wrote it, I don't know what their
        05  qualifications were, I -- I can't really speak
        06  the validity of this document.  It was prepared
        07  for the Government.
        08       Q.  (By Mr. Petosa) Do you consider yourself
        09  an ROV expert?
```

Page 118:11 to 118:16

```
00118:11     A.  I -- I know quite a bit about ROVs, yes.
        12       Q.  (By Mr. Petosa) Would you agree with me,
        13  sir, that each one of these four possible
        14  shortcomings identified by WEST Engineering for
        15  ROV intervention are, in fact, possible
        16  shortcomings of ROV intervention?
```

Page 118:19 to 119:06

```
00118:19     A.  Sir, this -- this is a -- again, I don't
        20  know the context of this document.  At the
        21  time -- at the time when I was involved in trying
        22  to stop the flow of oil with a large group of
        23  people never was it suggested that our efforts
        24  were going to be in vain.  We worked through it
        25  methodically, and the expectation by all the
00119:01 people involved were that we were be -- going to
        02  be able to stop the flow of oil, including --
        03       Q.  (By Mr. Petosa) You --
        04       A.  -- including BP, Transocean, Cameron, the
        05  Coast Guard, the Government, and all the other
        06  experts that we had helping us with this thing.
```

Page 119:09 to 119:13

```
00119:09     Q.  (By Mr. Petosa) Sir, would you agree that
        10  the reason that BP undertook the efforts it did
        11  to attempt to shut in the well through the BOP
        12  with ROVs was because it had no other plan to
        13  shut in the well at that time, but for the BOP?
```

Page 119:16 to 120:05

```
00119:16     A.  I -- I don't know what the Drillers or
        17  the BOP folks planned prior to drilling any well.
        18  I don't know that.  I know that we -- when we
        19  arrived, we had an ROV panel that was the access
        20  point to the rams that would allow us to close
        21  the flow off.
        22       Q.  (By Mr. Petosa) And you can't tell me,
```

```
23  sir, as an ROV expert, who's been produced by BP
24  today as its Corporate Representative on the BOP
25  intervention after the DEEPWATER HORIZON blowout,
00120:01  if the four possible shortcomings of ROV
02  intervention identified on Page 82 and 83 of this
03  document from WEST Engineering are possible
04  shortcomings of ROV intervention?
05      A.  Correct.
```

Page 120:25 to 121:05

```
00120:25    Q.  (By Mr. Petosa) You can't tell me, sir,
00121:01  that the use of ROVs in a flowing deepwater well
02  to attempt to actuate the rams to shut in the
03  well, that in doing so, during that process, that
04  the ongoing flow could cause erosion damage to
05  the seals within the BOP?
```

Page 121:07 to 121:12

```
00121:07    A.  No, I -- I can't tell you that.
08      Q.  (By Mr. Petosa) Why?
09      A.  We spent several weeks with an expert
10  group of BOP people, and the expectation every
11  time I arrived for an 18-hour shift was that we
12  were going to get it that day.
```

Page 121:14 to 122:02

```
00121:14    A.  We were going to get it.
15      Q.  But you didn't, correct?
16      A.  We didn't.  But --
17      Q.  That is, the BOP was never shut-in to
18  stop the flow of hydrocarbons, correct?
19      A.  We did not stop the flow of hydrocarbons
20  by intervening into the stack.
21      Q.  So let's talk about Page 83 of the WEST
22  Engineering study:  "Means to reduce the risk of
23  existing ROV systems:"
24          No. 1:  "Utilizing subsea accumulators as
25  a hydraulic supply source could allow the ROV to
00122:01  operate a ram within the API specified
02  timeframe."
```

Page 122:16 to 122:21

```
00122:16    Q.  (By Mr. Petosa) Would you agree that BP
17  and Transocean were or should have been aware,
18  prior to the DEEPWATER HORIZON blowout, that
19  subsea accumulators deployed near a BOP for a
20  deepwater well would assist an ROV in closing
21  rams in a timeframe to prevent erosion damage --
```

Page 122:23 to 122:23

```
00122:23      Q.  (By Mr. Petosa) -- to the seals?
```

Page 123:01 to 123:12

```
00123:01      A.  Again, this document that you've shown
     02   me, 3624, written supposedly by WEST Engineering
     03   for -- on behalf of the Government, I don't know
     04   whether BP received a copy or whether Transocean
     05   received a copy, or who looked at it, or what
     06   they did with it.  I don't know.
     07      Q.  (By Mr. Petosa) In your involvement in
     08   the BOP interventions for the response efforts,
     09   as BP's Corporate Representative, you would
     10   agree, sir, that subsea accumulators had to be
     11   used to provide enough volume and pressure to
     12   close the rams on the BOP, correct?
```

Page 123:16 to 123:20

```
00123:16      A.  The -- the accumulators were used because
     17   we did not close them with the BOP pumps.
     18      Q.  (By Mr. Petosa) Through the ROVs,
     19   correct?
     20      A.  Sorry, ROV pumps, yes.
```

Page 123:25 to 124:02

```
00123:25      Q.  The accumulators needed to be used why?
00124:01      A.  We used them because we did not get
     02   closure with the ROV pumps.
```

Page 124:16 to 124:19

```
00124:16      Q.  (By Mr. Petosa) Okay.  The stipulation
     17   says, sir, that on April 25th of 2010, subsea
     18   accumulators were used to assist in attempting to
     19   close the middle variable bore ram.
```

Page 124:22 to 124:22

```
00124:22      A.  Stipulation 31 --
```

Page 124:24 to 126:08

```
00124:24      A.  -- says that:  "...two attempts were made
     25   to actuate the...BOP's middle pipe rams by using
00125:01   an ROV hot stab procedure as well as...a portable
     02   subsea accumulator system."
     03      Q.  (By Mr. Petosa) Sir, I'd like to turn you
```

04  to Tab No. 12 in the black binder, a document
05  previously marked as Exhibit 1895.  It's a
06  Transocean E-mail string, Transocean Bates ending
07  in 4817.  I'd like to talk about the E-mail at
08  the bottom from a Gary Leach in Houston, on the
09  first page, on April 23rd of 2010, to William
10  Stringfellow and others.  "Subject:  Horizon Ram
11  procedure3.doc."
12          And then it says:  "Billy,
13          "Just some info"
14          I'd like to turn to the next page,
15  please, sir.  No. 3:  "We do not see that
16  attempting to close the SBRs is a good choice
17  unless there has..." been made an attempt --
18  "there has to be made" -- excuse me -- "an
19  attempt to try to secure/seal the well.  The high
20  pressure required to shear would need a large
21  supply of accumulators subsea or supply from the
22  surface (hot line, coiled tubing unit).  If a
23  tool joint is in the way, then definitely the
24  chance for success is poor.  Also with out the
25  ability of the pipe to move above/drop away, as
00126:01  discussed earlier, chances are even more
02  reduced."
03          Were you aware, sir, when you became
04  involved on that Thursday morning, about the fact
05  that your efforts through ROV to attempt to close
06  the SBR would not be able to be successful unless
07  accumulators were available to assist the ROV to
08  generate enough volume and pressure?

Page 126:10 to 126:17

00126:10     A.  I was not aware of this E-mail.
11     Q.  (By Mr. Petosa) Wouldn't you agree, sir,
12  that -- that accumulators should have been
13  already available on the seafloor prior to the
14  blowout occurring in case, in fact, a well
15  control situation occurred and the primary
16  systems on the BOP did not operate to close the
17  rams?

Page 126:20 to 127:02

00126:20     A.  Sir, we have experts that develop
21  drilling plans, that develop all the -- and get
22  approvals from the Government on how they're
23  going to do that.  That is -- what you're asking
24  me to speak to is that type of information.
25          I can only speak to what I know happened
00127:01  after April -- well, Thursday and my -- and my
02  actions related to trying to shut in the BOP.

Page 127:11 to 127:16

00127:11     Q.  (By Mr. Petosa) Would you agree, sir,
     12  that BP was aware prior to the DEEPWATER HORIZON
     13  blowout that there were limitations in the amount
     14  of pressure and volume that an ROV could generate
     15  on its own to close rams on a BOP in a flowing
     16  deepwater well?


Page 127:18 to 127:22

00127:18     A.  I'm aware that -- that there are specific
     19  flow rates that -- that the normal pumps that
     20  ROVs carry, but I'm -- I -- I'm not -- I don't
     21  think I could go as far as to say that BP was
     22  aware of, quote/unquote, limitations.


Page 128:07 to 129:02

00128:07     Q.  (By Mr. Petosa) Let's turn to Tab No. 13,
     08  sir.  Document previously marked as Exhibit 4621.
     09  It's a Transocean E-mail from Dean Williams to
     10  William Stringfellow, and others, dated May 24th
     11  of 2010, TRN Bates numbers ending in 6391.
     12  "Subject:...DSP - DTL Shuttle Valves RMR."
     13         I'd like to go down to the second page,
     14  sir, at the bottom, there's an E-mail from
     15  Mr. Stringfellow to Mark Broussard and others,
     16  dated May 23rd of 2010:  "All,
     17         "I would also suggest we consider an
     18  alternative way to operate the BOP other than
     19  relying on" an "ROV pump to function components
     20  in an emergency."
     21         I'm going to skip a sentence.
     22         And it says:  "Based on what we
     23  experienced in the recent events pressure and
     24  volume are critical."
     25         Would you agree, sir, that pressure and
00129:01  volume in attempting ROV intervention to close
     02  rams are -- on a BOP is critical?


Page 129:04 to 129:13

00129:04     A.  In normal hydraulics, whenever you're
     05  using hydraulics to move anything, you must have
     06  a certain pressure and certain volume.
     07     Q.  (By Mr. Petosa) And then I'm going to
     08  skip a sentence.  It says:  "We have just
     09  experienced the worst case imaginable to need ROV
     10  intervention."
     11         Would you agree that that ROV
     12  intervention scenario was the DEEPWATER HORIZON
     13  Response that you were involved in?

Page 129:15 to 129:21

```
00129:15     A.  I don't know what was in his head when he
      16  wrote this, sir.
      17     Q.  (By Mr. Petosa) Let's talk about the next
      18  sentence:  "Even though shuttle valves are an
      19  issue the volume of fluid an ROV can pump varies
      20  due to efficiency."
      21           Would you agree with that, sir?
```

Page 129:23 to 131:04

```
00129:23     A.  The pumps have different efficiencies.
      24     Q.  (By Mr. Petosa) "I feel we should
      25  consider building a stand alone subsea
00130:01  accumulator's bank that is deployed on bottom
      02  either before or after the BOP is landed.  This
      03  would be sitting 20 to 30 feet away from the BOP.
      04  It will be fitted with a flying lead with a male
      05  ROV stab.  This stab will be used for charging
      06  the bottles from...BOP through a receptacle
      07  plumbed into the BOP subsea accumulator dump.
      08  Once these accumulators are charged an isolation
      09  valve will be closed to trap the pressure."
      10           I'm going to skip a couple of sentences.
      11           "In an emergency an ROV could be deployed
      12  from the rig or a boat to install the stab in the
      13  required receptacle and then open the isolation
      14  valve.  This would provide pressure and volume to
      15  close and shear pipe or close pipe rams if the
      16  well is flowing.  In the event we had a scenario
      17  of this nature an ROV would not be able to
      18  overcome this.  It would also provide the
      19  possible needed pressure to unlock a connector."
      20           Would you agree, sir, that that was
      21  something that could have been done prior to the
      22  DEEPWATER HORIZON blowout by either BP or
      23  Transocean, that is there was nothing preventing
      24  them from deploying a stand-alone subsea
      25  accumulator bank 20 or 30 feet away from the
00131:01  DEEPWATER HORIZON BOP to be available to provide
      02  additional pressure and volume to assist in
      03  efforts to shut the rams on a BOP in a flowing
      04  situation?
```

Page 131:09 to 131:19

```
00131:09     A.  Sir, again, I'm -- I don't know what was
      10  in Mr. Stringfellow's head, what his context was
      11  when he wrote this.  I mean, we sit here and look
      12  at it, but there's a whole bunch of other E-mails
      13  attached here.
      14           Again, planning wells, planning for
```

```
15   interventions, that's not my thing.  I'm -- I'm
16   not an ROV -- a BOP expert, I'm not a Well
17   Planning expert.  I'm -- I'm not a Response
18   expert, so I -- I don't know how to answer your
19   question.
```

Page 132:05 to 132:14

```
00132:05      Q.  (By Mr. Petosa) As BP's Corporate
     06   Representative, here today, sir, you can't tell
     07   me if subsea accumulators were available to be
     08   deployed stand-alone near a deepwater BOP prior
     09   to the DEEPWATER HORIZON blowout?
     10      A.  I have no knowledge of them ever being
     11   deployed prior to the blowout.
     12      Q.  You can't tell me if they were available
     13   to be deployed as BP's Corporate Rep, "Yes" or
     14   "No," can you?
```

Page 132:16 to 133:10

```
00132:16      A.  I don't know whether they were -- I'm a
     17   subsea construction guy.  The drilling and
     18   planning -- the Drillers did the drilling
     19   planning, and we did the construction work.
     20      Q.  (By Mr. Petosa) And were you ever
     21   involved in plans to deploy subsea accumulators
     22   stand-alone near a BOP in a deepwater well prior
     23   to the DEEPWATER HORIZON blowout?
     24      A.  No, I was not.
     25      Q.  You would agree that WEST Engineering in
00133:01   March of 2003 discussed the need to use subsea
     02   accumulators to assist in ROV intervention,
     03   correct?
     04            MR. SOTSKY:  Object to the form.
     05      A.  The document 3624, Exhibit 3624, suggests
     06   that.
     07      Q.  (By Mr. Petosa) It wasn't novel and new
     08   technology in March of 2003 was it, sir, that is
     09   the use of subsea accumulators to assist in ROV
     10   interventions to shut rams on a BOP?
```

Page 133:13 to 133:18

```
00133:13      A.  I don't know that to be true.
     14      Q.  (By Mr. Petosa) And you can't tell me
     15   today, sir, if there was anything preventing BP
     16   or Transocean from deploying stand-alone subsea
     17   accumulators near the DEEPWATER HORIZON BOP stack
     18   prior to the DEEPWATER HORIZON blowout, correct?
```

Page 133:21 to 134:24

```
00133:21      A.  I was never involved in any discussions
      22  about providing subsea accumulators.
      23      Q.  (By Mr. Petosa) Let's -- let's go to the
      24  first page of this E-mail string marked as
      25  Exhibit 4621.  I'd like to talk about the
00134:01  paragraph that is the fifth paragraph that
      02  starts:  "Stack mounted accumulators..."
      03          "Stack mounted accumulators, dedicated
      04  racks placed near the deployed BOP and in some
      05  cases (connectors) stored volume on the back of
      06  the" ROP -- "ROV panels is starting to look like
      07  the way of the future.
      08          "We must step back, take a long hard look
      09  with no legacies applied and come up with systems
      10  that perform, not just comply.
      11          "I am leaning towards dedicated stored
      12  volume (stack mounted or remote) with recharge
      13  capability plumbed to ROV panels more like a
      14  redundant supply source and then using the ROV to
      15  simply pilot panel mounted SPM valves."
      16          Skip a paragraph.
      17          "Stack accumulators can be used if the
      18  dump valve has an ROV pilot feature, a" secondary
      19  "barrier ROV valve and exhausts through a
      20  receptacle that" allow "intervention (charging or
      21  additional supply.)"
      22          Would you agree, sir, in that last
      23  sentence, that that's ways that stack
      24  accumulators can be used?
```

Page 135:02 to 135:13

```
00135:02      A.  Sir, I -- I would need a schematic here
      03  to see what he's exactly describing.  I mean,
      04  it's -- there's a lot -- a lot of information in
      05  this E-mail, so I -- I'm afraid I'm not able
      06  to --
      07      Q.  (By Mr. Petosa) And as BP's Corporate Rep
      08  on the BOP interventions, in response to the
      09  DEEPWATER HORIZON blowout, you cannot tell me,
      10  sir, as you sit here today, whether or not subsea
      11  accumulators were available to be deployed
      12  stand-alone near a deepwater BOP, to assist an
      13  ROV intervention on a BOP, prior to the blowout?
```

Page 135:15 to 135:17

```
00135:15      A.  Again, that's a hypothetical question.  I
      16  mean, how would -- I mean, there's accumulators
      17  on the stack, so accumulators --
```

Page 135:19 to 136:24

```
00135:19    A.  Accumulators subsea have been around
      20  forever.
      21     Q.  That wasn't my question, sir.
      22        When the accumulators were deployed
      23  beginning on April 25th of 2010, they weren't
      24  deployed on the stack, were they?
      25     A.  That's right.  They were not.
00136:01    Q.  They were deployed on the seafloor,
      02  correct?
      03     A.  They were deployed from a boat, yes.
      04     Q.  And landed on the seafloor, correct?
      05     A.  Landed on the seafloor.
      06     Q.  They were stand-alone from the BOP,
      07  correct?
      08     A.  They -- they -- those subsea accumulators
      09  that were used were not at all like what's been
      10  described in these documents.  They were simple
      11  bottles, like you would have if you had a scuba
      12  tank.
      13     Q.  And they were placed on the seafloor to
      14  do what?
      15     A.  They were used to attempt to close the
      16  rams on the BOP.
      17     Q.  By providing what?
      18     A.  Hydraulic fluid and pressure.
      19     Q.  And you would agree, sir, that five days
      20  after the DEEPWATER HORIZON blowout, those
      21  accumulator bottles were placed on the seafloor,
      22  to provide additional hydraulic pressure and
      23  volume to assist in closing the rams on the
      24  DEEPWATER HORIZON BOP, correct?
```

Page 137:01 to 137:11

```
00137:01    A.  They were to close the rams on the BOP
      02  stack.
      03     Q.  (By Mr. Petosa) And you would agree that
      04  that technology was clearly available, sir, prior
      05  to the April 20th, 2010 DEEPWATER HORIZON
      06  blowout?
      07     A.  Subsea accumulators were available prior
      08  to the blowout.
      09     Q.  And that's something that BP or
      10  Transocean could have chose to utilize as part of
      11  its BOP system on the DEEPWATER HORIZON, correct?
```

Page 137:14 to 137:22

```
00137:14    A.  Again, sir, that's planning for BOP
      15  activities.  It's -- it's Well Planning
      16  activities that I am not an expert on.
      17     Q.  (By Mr. Petosa) You would agree, sir,
      18  that the pressure and volume generated by the
      19  ROVs that you and others were operating was not
```

```
20   sufficient by itself to close the rams on the
21   DEEPWATER HORIZON BOP, correct?
22       A.  No, I would not agree to that.
```

Page 137:24 to 138:18

```
00137:24       Q.  (By Mr. Petosa) Did they close the rams?
      25       A.  I don't know.
00138:01       Q.  Okay.  Well, why did you have to use
      02   accumulators then?
      03       A.  We tried to use the accumulators to see
      04   if they would get any different result than we
      05   got with the ROVs.
      06       Q.  The efforts to close the rams with the
      07   ROVs by themselves did not stop the flow,
      08   correct?
      09       A.  The efforts to use the ROVs did not stop
      10   the flow.
      11       Q.  Then the efforts to use the ROVs with
      12   assistance of pressure and volume from the
      13   accumulators also did not stop the flow, correct?
      14       A.  Use of the accumulators as a stand-alone
      15   system, did not stop the flow.
      16       Q.  Okay.  Sir, I'd like to turn you to
      17   Tab No. 8.  It's a document that's previously
      18   been marked as Exhibit 9550 in this case.  It's a
```

Page 139:20 to 140:09

```
00139:20   So let's take a step back.  We're
      21   referring to the BOP timeline, Exhibit 9550,
      22   Page 1.  I'd like to refer you to the December
      23   '04 entry, and to the right it says:  "Test Ram
      24   installation."  You agree it says:  "Lower VBR
      25   replaced with Test rams," "Supposition and
00140:01   Reason," "Allow subsea testing of BOP."
      02           We've already talked about that.  Now, I
      03   know that, ultimately, sir, when you were
      04   involved in the response efforts, post the
      05   blowout, in assisting in BOP interventions on May
      06   3rd of 2010, it was discovered that the efforts
      07   to stab the middle variable bore ram were
      08   plumbed, in fact, to the lower variable bore ram,
      09   which was the test ram, correct?
```

Page 140:12 to 141:11

```
00140:12       A.  Early May, it was discovered that the
      13   panel was plumbed to the test ram.
      14       Q.  (By Mr. Petosa) And if we turn to Page 8
      15   of 9 of this document, sir --
      16       A.  (Complying.)
      17       Q.  -- the May 3rd entry, it will be the
```

```
18  fifth May 3rd entry.
19      A.  One, two.
20      Q.  "Event," "Incorrect modification of ROV
21  hot stab lines"?
22      A.  Excuse me.  I only see four May 3rds.
23      Q.  My bad counting, and I apologize for
24  that.  You're correct.  The fourth May 3rd entry.
25  Thank you for correcting me.
```
```
00141:01  It says:  "Incorrect modification of ROV
02  hot stab lines."  "Facts," "On" May 3rd, "2010,
03  it was discovered that ROV line for...middle
04  Variable Bore Ram...was connected to the test
05  ram."
06          Now, I know you may not recall everything
07  that was going on at the time, but we did already
08  talk about the efforts to activate the middle
09  Variable Bore Ram by you and others involved in
10  the response efforts to -- to activate the rams
11  on the BOP, correct?
```

Page 141:13 to 141:13

```
00141:13      A.  We did talk about other efforts.
```

Page 145:03 to 145:08

```
00145:03      Q.  (By Mr. Petosa)  Was there ever any
04  concern expressed in the -- in the HIVE in the
05  response efforts about the amount of time it
06  would take to close the blind shear rams and the
07  fact that they could wash out or cause erosion
08  due to the ongoing flow?
```

Page 145:10 to 145:12

```
00145:10      A.  I re -- as I stated earlier, the only --
11  I recall some discussions about hot oil damaging
12  the rubbers.
```

Page 146:04 to 146:15

```
00146:04      Q.  (By Mr. Petosa)  Yes.  Your understanding,
05  as BP's Corporate Rep, is the first ram that --
06  that was involved in the response on the BOP
07  attempted to close, was the middle Variable Bore
08  Ram, correct?
09      A.  A -- a number of attempts were made to
10  close other rams at the same time, but I believe
11  that was the normal order, was to close the
12  Variable Bore Ram first.
13      Q.  And the reason was to either slow down or
14  restrict the flow of hydrocarbons through the
15  wellbore in the BOP, correct?
```

Page 146:18 to 147:02

```
00146:18     A.  I was told by well control people that
      19  that was normal protocol on a well control
      20  situation.
      21     Q.  (By Mr. Petosa) And isn't that the same
      22  scenario that Mr. Byrd is discussing in the
      23  beginning of the last paragraph, the paragraph
      24  that begins, under "f.)  The safest scenario may
      25  be to close the top casing super shears first to
00147:01  reduce the flow rate then close the blind
      02  shears"?
```

Page 147:04 to 147:11

```
00147:04     A.  I -- I don't know what Mr. Byrd had in
      05  his mind or -- those are different rams, so it --
      06  it's not certainly an apples-to-apples
      07  comparison, so -- but I'm not sure what Mr. Byrd
      08  had in his mind when he wrote this.
      09     Q.  And -- and his next sentence indicates
      10  that there is concern, you would agree, sir, that
      11  the super shears could well before closing?
```

Page 147:14 to 147:19

```
00147:14     A.  The document says what it says.
      15     Q.  (By Mr. Petosa) And, obviously, sir,
      16  in -- in your efforts with the BOP intervention,
      17  to attempt to close the rams on the BOP, you
      18  would want to ensure that those rams did not
      19  erode or wash out, correct?
```

Page 147:22 to 148:02

```
00147:22     A.  Sir, we wanted to shut in the flow of
      23  oil.
      24     Q.  (By Mr. Petosa) And you would agree if
      25  those rams were eroded or washed out, that would
00148:01  not allow the BOP to shut in the flow of
      02  hydrocarbons, correct?
```

Page 148:04 to 148:12

```
00148:04     A.  I don't -- I don't know that to be true,
      05  because I don't know what was in the wellbore,
      06  and I don't know that even damaged rams could not
      07  have sealed that well.  I don't know that.
      08     Q.  (By Mr. Petosa) You don't know, so you
      09  can't tell me if erosion of the rams in a BOP
      10  during a DEEPWATER HORIZON -- I'm sorry -- during
```

```
    11  a deepwater well that's flowing, erosion of those
    12  rams is a good or a bad thing?
```

Page 148:14 to 148:15

```
00148:14     A.  Damaged rams would not be anybody's
      15  desire.
```

Page 149:12 to 149:17

```
00149:12     Q.  Did anyone ever tell you that, in
      13  attempting to close the rams on the DEEPWATER
      14  HORIZON BOP, that the sooner it could be done, as
      15  those rams were attempting to be closed, the
      16  better it would be to attempt to shut in the well
      17  and stop the flow?
```

Page 149:19 to 150:03

```
00149:19     A.  I don't specifically recall a discussion
      20  of that manner.  I mean, time was of the essence.
      21  We were putting oil into the sea, and we
      22  certainly wanted to stop that.
      23     Q.  (By Mr. Petosa) Well, I know you
      24  indicated you heard discussions here, as BP's
      25  Corporate Representative, of there being concern
00150:01  for erosion of the rams due to heat from the
      02  flowing oil, correct?
      03     A.  I said "damage."
```

Page 150:06 to 150:14

```
00150:06     Q.  What was the concern about damage?
      07  What -- what would the damage do?
      08     A.  I -- it make the ram less effective than
      09  in its normal pristine state.
      10     Q.  And less effective to do what?
      11     A.  Seal.
      12     Q.  And that was the goal of the rams in the
      13  BOP, you would agree, to seal in the BOP wherever
      14  in the stack that ram was located at, correct?
```

Page 150:17 to 150:20

```
00150:17     A.  Various rams had different purposes.
      18  Variable Bore Rams were sealing on pipe, blind
      19  shear rams are cutting and sealing, casing shear
      20  rams were just cutting.
```

Page 151:12 to 151:16

```
00151:12     Q.  Okay.  So with respect to the blind shear
```

```
13  rams and the Variable Bore Rams, in the DEEPWATER
14  HORIZON BOP, you would agree that the goal of
15  those rams was to seal in the well and stop the
16  flow?
```

Page 151:19 to 151:19

```
00151:19      A.  When we attempted to close those --
```

Page 151:21 to 151:21

```
00151:21      A.  -- rams it was to shut in the well.
```

Page 151:23 to 152:05

```
00151:23      Q.  (By Mr. Petosa) That's okay.  And would
      24  you agree that any erosion to those rams, due to
      25  heat from the flow of oil, could negatively
00152:01  impact the ability of those rams to seal in and
      02  shut in the well?
      03      A.  There was some discussion that -- that
      04  the heat from the flowing oil could damage the
      05  rams.
```

Page 152:18 to 152:23

```
00152:18      Q.  (By Mr. Petosa) You would agree that,
      19  throughout the time from April 21st of 2010 until
      20  May 3rd of 2010, every attempt to activate the
      21  middle Variable Bore Ram was, in fact, activating
      22  the lower Variable Bore Ram, which was converted
      23  to a test ram?
```

Page 152:25 to 153:03

```
00152:25      A.  When we were plugged into the stack, the
00153:01  ROV panel, and we thought we were going to the --
      02  the -- the pipe ram, it was understood on May 3rd
      03  that it was plumbed to the test ram.
```

Page 154:13 to 154:17

```
00154:13      Q.  Okay.  All of those efforts from April
      14  21st to April 26th of 2010 to activate the middle
      15  Variable Bore Ram, we know was discovered on May
      16  3rd to be activating the lower Variable Bore Ram,
      17  which was the test ram, correct?
```

Page 154:20 to 155:18

```
00154:20      A.  We were pumping to the test ram at that
```

```
        21  point.
        22      Q.  (By Mr. Petosa) Doesn't the test ram seal
        23  just like a regular Variable Bore Ram?
        24      A.  I don't know that.
        25      Q.  Well, then, why was an effort undertaken
00155:01  on May 5th of 2010 to attempt to activate the
        02  middle Variable Bore Ram?
        03      A.  My understanding is the test ram's an
        04  upside down Variable Bore Ram.
        05      Q.  Meaning what?
        06      A.  Meaning that it probably doesn't -- it
        07  probably only seals in one direction.
        08      Q.  And so would you agree that that was why
        09  on May 5th of 2010, you and others involved in
        10  the response effort decided to attempt to
        11  activate the middle variable bore ram, to see if
        12  you could seal in the well?
        13      A.  Every attempt was made to try to seal in
        14  the well.
        15      Q.  And that was because the test ram, which
        16  was done at BP's request, back in 2004 would not
        17  operate to seal in a flowing well, correct?
        18      A.  I don't know that to --
```

Page 155:21 to 155:25

```
00155:21      Q.  (By Mr. Petosa) I thought you just told
        22  me that?
        23      A.  I said "I don't know."
        24      Q.  Well, it takes a ram whose purpose as
        25  designed is to seal a wellbore in a BOP, correct?
```

Page 156:03 to 156:05

```
00156:03      Q.  (By Mr. Petosa) It takes that ram
        04  designed to seal a wellbore in a BOP and inverts
        05  it upside down, in essence, correct?
```

Page 156:08 to 156:13

```
00156:08      A.  I believe that's correct.
        09      Q.  (By Mr. Petosa) Okay.  Now, all those
        10  efforts from April 21st to April 26th to activate
        11  the middle variable bore ram were activating this
        12  inverted variable bore ram, the test ram,
        13  correct?
```

Page 156:16 to 157:06

```
00156:16      A.  We were pumping hydraulics to the test
        17  ram.
        18      Q.  (By Mr. Petosa) And that didn't stop the
        19  well from flowing, correct?
```

```
  20      A.  Nothing we did stopped the well from
  21 flowing.
  22      Q.  Okay.  But that effort didn't stop the
  23 well from flowing, did it?
  24      A.  No, it did not.
  25      Q.  Okay.  And then when on May 5th of 2010
00157:01 you and others involved in the response effort
  02 attempted to activate the middle variable bore
  03 ram, which at that time was now correctly
  04 plumbed, the stab was correctly plumbed to the
  05 middle variable bore ram, that did not stop the
  06 well from flowing either, correct?
```

Page 157:08 to 157:25

```
00157:08      A.  This document suggests that on May 5th,
  09 we re-attempted to close the pipe rams, and we
  10 were unsuccessful.
  11      Q.  (By Mr. Petosa)  Okay.  Did anyone ever
  12 determine if, in fact, those rams in the middle
  13 variable bore ram were eroded due to the flow?
  14      A.  I don't know that.
  15      Q.  Did anyone ever determine if, in fact,
  16 the rams in the blind shear ram were eroded due
  17 to the flow?
  18      A.  I don't know that.
  19      Q.  Okay.  Sir, earlier today you mentioned
  20 that you had a Plan A, a Plan B, and a Plan C.
  21 You mentioned Plan A was utilizing ROVs to shut
  22 in the well, stand-alone ROV intervention,
  23 correct?
  24      A.  I said that we -- as subsea people, we
  25 generally have Plan As, Plan Bs, and Plan Cs.
```

Page 158:03 to 159:14

```
00158:03      Q.  -- I don't want to say full circle -- but
  04 I'm bringing us back because we started with the
  05 Plan A, and you said Plan A was utilizing ROVs to
  06 shut in the well on the BOP, correct?
  07      A.  We used the ROVs first to -- to make an
  08 attempt to shut in the -- to shut the rams and
  09 close in the well.
  10      Q.  Okay.  That was ROV intervention without
  11 the assistance of subsea accumulators, correct?
  12      A.  Subsea accumulators were never there to
  13 assist the ROVs.  They were there as a
  14 stand-alone system.
  15      Q.  What was Plan B?  What -- Plan A didn't
  16 work, correct?
  17      A.  We were unable to close -- we were unable
  18 to stop the flow of oil using the -- using the
  19 ROVs.
  20      Q.  What --
```

```
21      A.  Pumps mounted on the ROVs.
22      Q.  What was Plan B?
23      A.  We -- we had a coiled tubing system on
24   the SKANDI NEPTUNE, and we attempted to pump down
25   the coiled tubing through a -- a whip over to the
00159:01   panel.
02      Q.  You said and you "attempted to pump
03   down."  What -- what -- pump down what?
04      A.  Coiled tubing.
05      Q.  Did that work?
06      A.  I'm trying to remember.  We -- we used it
07   to -- we used it to shift a shuttle, I believe.
08   I'd have to go back and look at our records to be
09   a hundred percent sure.
10      Q.  What was Plan C?  Well, I mean, I guess,
11   in -- in Plan B, you -- if you did shift the
12   shuttle, that that didn't stop the well from
13   flowing, correct?
14      A.  No.
```

Page 163:02 to 163:04

```
00163:02      Q.  And so Plan B, if I'm correct, sir, the
03   coiled tubing system was utilized to try to shift
04   the shuttle valves on the BOP, correct?
```

Page 163:06 to 164:06

```
00163:06      A.  What I read in this document here -- and
07   it's similar to what my vague memory tells me --
08   is that that was what we were attempting to do at
09   that time.
10      Q.  (By Mr. Petosa) And why were you
11   attempting to do that?  Why -- why was BP and
12   others involved in the response attempting to
13   shift the shuttle valves on the BOP?
14      A.  As I told you before, we weren't sure
15   that they were actually shifted when we were
16   pumping with the ROV-mounted pumps.  So this was
17   an attempt to verify with higher flow rate,
18   higher pressure.
19      Q.  You would agree that the use of Plan B,
20   the coiled tubing system, was an attempt to
21   increase pressure and volume to shift the shuttle
22   valves, correct, on the BOP?
23      A.  We were attempting to pump more fluid at
24   a higher rate.
25      Q.  Why -- why did the shuttle valves need to
00164:01   be shifted?
02      A.  They're designed to direct flow
03   throughout the hydraulic plumbing on the stack.
04      Q.  Okay.  And if -- if they're not shifted
05   in a way that allows the flow to go through the
06   hydraulic lines in the stack, what happens?
```

Page 164:08 to 164:13

00164:08      A.  I'm not sure of all the things that
     09 happen, but at the end of the day, you may not
     10 get the fluid that you think you need to get to
     11 the backside of the rams to actuate the rams.
     12      Q.  (By Mr. Petosa) To close both sides of
     13 the rams, correct?


Page 164:15 to 164:19

00164:15      A.  Again, I -- I'd have to see a schematic
     16 and sit down and look at it, but suffice to say,
     17 if those shuttles aren't in the right spot,
     18 you're going to have difficulty getting your
     19 hydraulics to work.


Page 165:11 to 166:02

00165:11      Q.  (By Mr. Petosa) Plan A didn't work with
     12 the ROV intervention by itself to the point of
     13 stopping the flow, correct?
     14      A.  Plan A did not stop the flow.
     15      Q.  Plan B did not stop the flow, the coiled
     16 tubing system, correct?
     17      A.  We were unable to stop the flow using the
     18 coiled tubing unit.
     19      Q.  What was Plan C?
     20      A.  We had subsea accumulators being
     21 mobilized.
     22      Q.  And at least according to the stipulation
     23 we saw today, they were utilized on April 25th of
     24 2010 to attempt to close the middle variable bore
     25 ram?
00166:01      A.  So I would make a correction.  It would
     02 seem like the subsea accumulators were Plan B.


Page 166:04 to 166:09

00166:04      A.  At least the Transocean ones were.
     05      Q.  Okay.  That did not work?  Whether that
     06 be Plan B or Plan C, the subsea accumulators also
     07 didn't work to shut the rams and stop the flow?
     08      A.  We were unable to stop the flow using the
     09 Transocean-supplied subsea accumulator.


Page 166:11 to 166:14

00166:11      Q.  (By Mr. Petosa) Any other plans, Plan D,
     12 Plan E, anything else?
     13      A.  We had the BP-supplied subsea

```
     14   accumulator.
```

Page 166:21 to 167:02

```
00166:21      Q.  (By Mr. Petosa) Okay.  And then Plan C
     22   would have been the coiled tubing system we've
     23   talked about, correct?
     24      A.  We could call it Plan C and the BP one
     25   Plan D.  It -- there -- it was four different
00167:01   options that we were pursuing.
     02      Q.  None of those options worked, correct?
```

Page 167:04 to 167:05

```
00167:04      Q.  (By Mr. Petosa) And that is, to shut the
     05   rams and stop the flow of oil through the BOP?
```

Page 167:09 to 167:22

```
00167:09      A.  None of those options stopped the flow of
     10   oil.
     11      Q.  (By Mr. Petosa) Were there any other
     12   plans in the team that you were involved in
     13   attempting to intervene with the BOP to stop the
     14   flow of oil?
     15      A.  I don't -- I don't recall that we had any
     16   other options that we explored for providing
     17   hydraulic pressure to the rams.
     18      Q.  Were there any other options that you
     19   recall, as you sit here today or that you
     20   observed as you were preparing for the deposition
     21   in reviewing documents or talking to others, that
     22   we haven't covered?
```

Page 167:24 to 167:25

```
00167:24      A.  I -- I don't believe I recall any other
     25   options.
```

Page 168:21 to 169:10

```
00168:21   It's part of Exhibit 10361, which is the
     22   "Deepwater Horizon BOP Historical Timeline &
     23   Current Status" -- I apologize, sir -- which is
     24   behind Tab 2.  And on Page -- Page 7 of that
     25   document, at BP Bates ending in 2232, is a -- a
00169:01   schematic with information we've discussed today
     02   talking about the efforts to activate the BOP.
     03   It says "4 Schematics."  In discussing that
     04   today, I know you brought with you a blown-up,
     05   colorized version of that chart.  We're going to
     06   include that colorized version of that chart on
```

```
07  BP Bates ending in 2232 as part of Exhibit 10361.
08  Okay?
09      A.  Okay.
10      Q.  Great.
```

Page 170:13 to 171:03

```
00170:13      Q.  That -- that's fine.  And let me just
      14  follow up on that.  And I know we talked right
      15  before we took a lunch break about Plan A, Plan
      16  B, Plan C, and Plan D, which was, in essence, the
      17  attempts to actuate the BOPs by way of:  ROV; the
      18  two different subsea accumulators, the Transocean
      19  subsea accumulator, BP's subsea accumulators that
      20  were utilized; and the coiled tubing system.
      21      A.  Also, I was going to clarify the Plan A,
      22  Plan B, Plan C, Plan D.  That was never used
      23  during the response.  That was my way of
      24  assisting you to understand that we had multiple
      25  ways that we were looking at to apply hydraulic
00171:01  power to the BOP.  So it was just an explanation
      02  between you and I on how things worked at that
      03  time.
```

Page 172:24 to 173:16

```
00172:24      Q.  Okay.  And you got there -- I know you
      25  don't know the date, but it would have been the
00173:01  Thursday early morning around 6:00 a.m. after the
      02  blowout that occurred in the evening, later
      03  evening of April 20th of 2010, correct?  Tuesday,
      04  you said?
      05      A.  I'm not exactly sure of the time I
      06  arrived.  I know that -- that there was two other
      07  attempts made to activate the ROV -- or, sorry,
      08  to activate the BOP.  One was the -- in addition
      09  to -- to attempts to use ROV hydraulics.
      10          One was to cut the -- the -- the hot line
      11  and the electron -- electronics wiring back --
      12  back through the riser.  And that was before I
      13  got there.  That was to create a simulated
      14  Deadman situation.
      15      Q.  And what would that do if it created --
      16  simulated the Deadman situation?
```

Page 173:20 to 173:25

```
00173:20      A.  In preparation for this deposition, my
      21  understanding of a Deadman is that it would -- it
      22  would somehow electronically fire the subsea
      23  accumulators mounted on the stack and then cause
      24  certain rams to close.
      25      Q.  (By Mr. Petosa) Did it work?
```

Page 174:02 to 174:02

00174:02      A.  It didn't stop the flow of oil.


Page 174:19 to 175:08

00174:19      Q.  (By Mr. Petosa) And you're BP's Corporate
      20  Rep here today on behalf of the BOP
      21  interventions, correct?
      22      A.  I'm BP's Rep here to speak to what
      23  happened after the incident with respect to how
      24  we attempted to close the rams and the BOP.
      25      Q.  And what was the purpose -- why were you
00175:01  trying to close the rams on the BOP after the
      02  blowout occurred?
      03      A.  We wanted to stop the flow of oil.
      04      Q.  And wouldn't agree that that was the
      05  purpose of what you were doing, and others, in
      06  the response efforts relative to the BOP
      07  intervention, was to close the rams to stop the
      08  flow?


Page 175:10 to 175:16

00175:10      A.  When I was there, I -- I know the efforts
      11  were to stop the flow of oil.
      12      Q.  (By Mr. Petosa) And you would agree, sir,
      13  that the purpose of a BOP, once there is a
      14  blowout and the well is flowing, the purpose of
      15  that BOP is to have those rams actuate to shut in
      16  the well and stop the flow?


Page 175:20 to 176:02

00175:20      A.  Sir, we did everything we could to shut
      21  in the BOP, after I got there, to stop the flow
      22  of oil.
      23      Q.  (By Mr. Petosa) And -- and in a blowout
      24  situation, you would agree that the purpose of
      25  that BOP, why it's there when there's a blowout,
00176:01  is to have those rams activate, shut the rams,
      02  stop the flow of oil.  You would agree?


Page 176:06 to 176:25

00176:06      A.  We were attempting to close the rams to
      07  stop the flow using the BOP.
      08      Q.  (By Mr. Petosa) Okay.  Now, you said
      09  there were two attempts made to activate the BOP.
      10  One was to cut the hot line and the electronics
      11  wiring through the riser to create a simulated
      12  Deadman System.  Was there another attempt made?

```
13      A.  There was a -- a couple of attempts made
14  to cut an autoshear device.  It was initially --
15  from what I read, it was before I got there.  So,
16  again, in preparation for this deposition, I -- I
17  did educate myself a bit on it.  And there was
18  some attempts made to cut this pin, which is
19  located between the BOP and the LMRP, which would
20  then activate an autoshear sequence.
21      Q.  And does what?  What does that do?
22      A.  That -- it -- it -- some elect --
23  electronics activate some valves, which end up
24  allowing the pressure from the subsea
25  accumulators to close subsea rams.
```

## Page 177:07 to 177:07

```
00177:07    Q.  And that's supposed to stop the flow?
```

## Page 177:09 to 177:15

```
00177:09    A.  When you cut the pin, my understanding
10  from -- in preparation, is that that creates the
11  sequence which ultimately allows the pressure
12  from the subsea accumulators on the BOP to -- to
13  close certain rams in the BOP.
14      Q.  (By Mr. Petosa) It didn't work?
15      A.  It did not stop the flow.
```

## Page 178:24 to 179:13

```
00178:24    Q.  You're BP's Corporate Representative here
25  today about the BOP intervention.  I'd like to
00179:01  know what date it was that the efforts to
02  activate the BOP stopped.
03      A.  I don't believe any more attempts were
04  made on the -- on closing the rams using
05  hydraulics after --
06      Q.  And you're now referring to the colorized
07  chart --
08      A.  Yes.
09      Q.  -- that's part of Exhibit 10361?
10      A.  Yes.  This chart indicates that the last
11  attempt was made on May 5th with -- with -- with
12  some work being done on May 6th, to confirm
13  positioning of choke and kill line valves.
```

## Page 179:20 to 180:03

```
00179:20    Q.  So other than the May 6th activities
21  relative to the choke and the kill line, would
22  you agree that the last effort to attempt to
23  activate the rams in the DEEPWATER HORIZON BOP by
24  way of hydraulics was on May 5th of 2010, when
```

```
        25  there was the re-attempt to close the middle
00180:01  variable bore rams in the DEEPWATER HORIZON BOP?
        02       A.  That's what the record shows, and that's
        03  the best of my ability as what I recall.
```

Page 185:05 to 185:09

```
00185:05  others here today will.  But relative to efforts
        06  to activate the rams in the BOP to shut-in the
        07  BOP, the efforts through ROV accumulator,
        08  coil tubing system, as we talked about, that all
        09  stopped on May 5th of 2010?
```

Page 185:11 to 185:11

```
00185:11       A.  I believe that's true.
```

Page 186:15 to 187:08

```
00186:15       Q.  Okay.  And just so I'm clear, I know
        16  earlier today we did discuss the document at Tab
        17  No. 1, Exhibit 4423, this was the exercise
        18  conducted by Mike Byrd, with respect to his
        19  position at the time.  It's in the black binder?
        20       A.  Yeah.
        21       Q.  With respect to that exercise that Mike
        22  Byrd conducted on -- prior to November 14th of
        23  2001, which resulted in this E-mail marked as
        24  Exhibit 4423, dated November 14th of 2001, to the
        25  two BP employees Curtis Jackson and Don Weisinger
00187:01  and others, Mr. Byrd, when he got involved in the
        02  DEEPWATER HORIZON response efforts, working with
        03  you in -- in the conference room and the HIVE,
        04  never told you about these -- this exercise he
        05  was involved in, to evaluate the abilities of
        06  ROVs by way of pressure and volume to shut the
        07  rams on a BOP in a flowing situation as described
        08  in this exercise?
```

Page 187:11 to 187:12

```
00187:11       A.  I recall no conversations with Mike Byrd
        12  about this document.
```

Page 193:09 to 193:19

```
00193:09       Q.  (By Mr. Petosa) As BP, BP's efforts to
        10  activate the rams on the BOP were to do what?
        11       A.  The systems that we put in place were to
        12  hydraulically close the rams on the BOP.
        13       Q.  And the reason you were trying to
        14  hydraulically close the rams on the BOP was to do
```

```
15  what?
16      A.  Stop the flow of oil.
17      Q.  And why would you want to stop the flow
18  of oil?
19      A.  We were polluting the sea.
```

Page 195:06 to 195:06

```
00195:06  Looking at the Executive Summary, which
```

Page 195:08 to 195:08

```
00195:08      Q.  Which has been marked as Exhibit 10360?
```

Page 196:06 to 196:17

```
00196:06      Q.  (By Mr. Petosa) Oh.  In -- in the efforts
07  to -- and as we're looking at this document, sir,
08  in the efforts to attempt to -- it says here, on
09  April 21st, the third entry, 16:30 to 18:45:
10  "Cut 1" control yellow control hose to middle to
11  middle ram.  Unable to reach blue hose.  Plug in
12  at pipe ram close on ROV panel.  Pump failure."
13          And before that, it says:  "BOPE
14  Operation," "Attempt to close middle pipe rams
15  (VBRs)."
16          So that would have been the first attempt
17  to activate a ram on the BOP, correct?
```

Page 196:19 to 196:20

```
00196:19      Q.  (By Mr. Petosa) After any efforts on the
20  rig itself?
```

Page 196:22 to 197:11

```
00196:22      A.  From this document, that -- that appears
23  to be correct.
24      Q.  (By Mr. Petosa) Okay.  And it says "Pump
25  failure."  What does that mean?
00197:01      A.  In -- in preparing for this deposition, I
02  was led to believe that they had some pump issues
03  on the ROV on the MAX CHOUEST, so I would assume
04  that was a failure of the pump that was on the
05  MAX CHOUEST ROV.
06      Q.  That -- and that's something that those
07  involved in responding to an incident like this,
08  a -- a blowout where you have a flowing well in
09  deep water and you're trying to activate a BOP by
10  ROVs -- you have to anticipate that a pump on an
11  ROV could fail, correct?
```

Page 197:13 to 197:25

```
00197:13       A.  A pump can fail on anything.
      14       Q.  (By Mr. Petosa) A pump can fail on an
      15  ROV, correct, sir?
      16       A.  A pump can fail on an ROV.
      17       Q.  And that happened here when attempting to
      18  activate the middle Variable Bore Rams on April
      19  21st of 2010, correct?
      20       A.  The document says what the document says.
      21       Q.  Okay.  And then on April 21st, 21:00 to
      22  24:00, there was an attempt to close the shear
      23  rams, correct?  And at the end of that, it says:
      24  "Unable to build pressure."
      25           What happened there?
```

Page 198:03 to 198:14

```
00198:03       A.  I don't know.
      04       Q.  (By Mr. Petosa) What does "Unable to
      05  build pressure" mean?
      06       A.  It's -- it's probably a pump problem with
      07  the MAX CHOUEST ROV.
      08       Q.  Okay.  Are these issues that BP should
      09  have been prepared to deal with in understanding
      10  that if they had to, sir, respond to a blowout, a
      11  flowing well, to try to activate the DEEPWATER
      12  HORIZON BOP by ROVs, that either the pumps in the
      13  ROV could fail or not build up enough pressure to
      14  close the ram?
```

Page 198:17 to 198:24

```
00198:17       A.  Sir, I -- I'm, again, not responsible for
      18  planning, drilling, pre-drilling activities, nor
      19  preparation for potential incidents for drilling
      20  activities.
      21       Q.  (By Mr. Petosa) Shouldn't there be a plan
      22  in place as to how to activate a BOP if the
      23  primary means of activating the BOP by the rig
      24  fails?
```

Page 199:02 to 199:04

```
00199:02       A.  I'm -- I'm not an expert on drilling or
      03  BOP Systems and how you might respond to a
      04  drilling or a BOP iss -- BOP issue.
```

Page 202:19 to 203:05

```
00202:19       Q.  Was there ev -- ever any discussion with
      20  the group that you were a part of?  You mentioned
      21  a whole group of individuals, not just BP
```

```
    22  individuals.  I imagine point center there were
    23  people there from Transocean, correct?
    24      A.  There were people there from Transocean.
    25      Q.  Did you work with individuals from
00203:01  Transocean in attempting to activate the rams on
    02  the BOP?
    03      A.  The Transocean folks assisted us with our
    04  planning and gave us advice on how to activate
    05  the systems on the BOP.
```

Page 203:15 to 203:20

```
00203:15      Q.  Okay.  Do you know if Transocean ever
    16  came forward, anyone on behalf of Transocean, and
    17  said, "This its our plan as to how we should
    18  activate the BOP to shut it in.  Since the rig
    19  didn't do so, this is our plan"?  Did anyone lay
    20  out a plan from Transocean?
```

Page 203:22 to 204:01

```
00203:22      A.  They were part of the day-to-day planning
    23  that we did up until we -- I guess May 5th.
    24  And -- and, in fact, they were there beyond that,
    25  as well, as we did surveillance and such on the
00204:01  BOP.
```

Page 204:17 to 204:19

```
00204:17      Q.  Okay.  Sir, I'd -- I'd like to refer you
    18  to Tab 11 of the black binder, a document that's
    19  previously been marked as Exhibit 9978.
```

Page 205:25 to 206:03

```
00205:25      Q.  Well, the 6th of May through the 13th of
00206:01  May, I just want to know what else was being
    02  done, what -- what oth -- other BOP interventions
    03  occurred?
```

Page 206:05 to 206:08

```
00206:05      A.  Well, on May 6, according to this
    06  document, Executive Summary, which it says that
    07  we were checking the position of choke and kill
    08  valves.
```

Page 208:16 to 208:23

```
00208:16      Q.  Okay.  So when you told us that today as
    17  BP's Corporate Representative, are you saying
    18  that based upon a discussion with Mr. Fleece or
```

```
19   your recollection that when that occurred and you
20   got involved, at the time someone told you that
21   "The reason we attempted to activate the middle
22   variable bore ram first was to slow down or stop
23   the flow"?
```

Page 208:25 to 209:05

```
00208:25     A.  Both he and Harry, who had been through
00209:01   Well Control School -- I assume they have,
02   because they're Drillers -- gave me the same
03   answer, which was that's normal well control
04   procedure, and you would close the variable bore
05   ram first.
```

Page 209:13 to 210:09

```
00209:13   But let's go back to Mr. Their --
14   Thierens.  You discussed with him why the middle
15   variable bore ram was closed first.  Anything
16   else?
17       A.  It was just a general conversation around
18   trying to clear my mind and memory on just things
19   that happened and how we were organized, you
20   know, because I -- I never did ask anybody "Who's
21   in charge?"  I mean, Harry was the guy I looked
22   to.  I took directions from Harry.  I just wanted
23   to confirm that that was right, in case you asked
24   me that question.
25       Q.  Was -- was Mr. Thierens in charge during
00210:01   the time that you were involved in the BOP
02   intervention?
03       A.  He was the ranking BP person I dealt
04   with.
05       Q.  And then when he moved into a different
06   role, was Mr. Byrd the one that was the ranking
07   BP Person In Charge?
08       A.  Being the day guy, yeah.  I guess you
09   could say he would be the ranking person.
```

Page 211:13 to 211:19

```
00211:13       Q.  Okay.  And I know that others in the room
14   are going to talk with you about that today.  Did
15   you have any discussion with Mr. Gutierrez about
16   the efforts to activate the BOP, any other BOP
17   interventions, anything to that effect as far as
18   what your involvement was in -- in your testimony
19   here today as BP's Corporate Representative?
```

Page 211:21 to 212:02

```
00211:21       A.  I did ask him what the flow rate -- what
```

```
        22    the -- what the -- to confirm for me what he
        23    understood the flow rate would be for a normal
        24    ROV pump.
        25         Q.  (By Mr. Petosa) And what did he tell you
00212:01    that was?
        02         A.  Three to four gpm.
```

Page 213:23 to 214:04

```
00213:23         Q.  (By Mr. Petosa) So all you can tell me is
        24    what Mr. Gutierrez told you, which was at the
        25    time was -- is it today that he told you that's
00214:01    the average pump rate or back at the time you
        02    were involved in the response efforts as a result
        03    of the DEEPWATER HORIZON blowout, the average
        04    pump rate was three to four gallons per minute?
```

Page 214:06 to 214:13

```
00214:06         A.  The question that I put to him was:  "If
        07    I'm asked what was the -- what kind of pump flow
        08    rate we were getting out of those ROVs, what's
        09    the number, during the response?"
        10         Q.  (By Mr. Petosa) Okay.  So the pump rate
        11    you were getting out of the ROVs that your Group
        12    utilized during the BOP interventions was three
        13    to four gallons per minute?
```

Page 214:15 to 214:20

```
00214:15         A.  That's what he assumed.
        16         Q.  (By Mr. Petosa) And you prepared for the
        17    depo today, you're BP's Corporate Representative,
        18    do you have any information to contradict that?
        19         A.  That was the number I was given by
        20    Mr. Gutierrez.
```

Page 219:21 to 220:09

```
00219:21         Q.  (By Mr. Petosa) Mr. Hughes, I've referred
        22    you to a document that's located at Tab 20 in the
        23    binder in front of you.  We -- we've marked that
        24    as Exhibit 13062 [sic].  It's an article from
        25    BP's "Frontiers" magazine, dated August of 2009
00220:01    titled "Virtually prepared."
        02         In this article, starting on Page 11, it
        03    appears that you have -- have been misquoted
        04    about the use of 3D models and 3D virtual
        05    environments for subsea architecture.  Is that
        06    something that you recall being in -- involved in
        07    and being quoted in, in this magazine, back in
        08    2009?
        09         A.  Yes.
```

Page 221:09 to 221:15

00221:09      Q.  Okay.  And -- and you would agree, sir,
     10  that there -- there's nothing that would limit
     11  this technology's ability to be used for ROV
     12  Operators to -- to use this 3D virtual
     13  environment to simulate responses to a deepwater
     14  blowout by utilizing ROVs to actuate and to work
     15  on a BOP in that environment?

Page 221:18 to 222:10

00221:18      A.  The purpose of this -- this simulation
     19  was to assist in us threading subsea equipment
     20  down to the seafloor to avoid for clashing or --
     21  or hitting or damaging any other equipment.  So I
     22  struggle to see how you would apply it in -- in
     23  the instance you're referring to.
     24      Q.  (By Mr. Petosa) And you're -- you're
     25  telling me that this 3D virtual environmental
00222:01  technology couldn't be used to assist Operators
     02  of ROVs for BP to be able to get a better
     03  understanding in -- in -- in the deepwater
     04  environment, as you indicated, that clearly is --
     05  is -- is a murky, difficult environment where you
     06  need lights, and -- you know, to -- to try to be
     07  able to see, through cameras, what you're doing,
     08  to get a better understanding of how to operate
     09  the ROVs in and around a BOP in a deepwater well
     10  that's flowing?

Page 222:12 to 222:23

00222:12      A.  None of this technology would have --
     13  I -- I can't think of how it could be used to
     14  have helped us in our efforts to -- to actuate
     15  the ROV at -- at MC252.
     16      Q.  (By Mr. Petosa) Whether or not you can
     17  tell us how you think it could have helped,
     18  clearly, this technology was available, had BP
     19  decided it wanted to use it to assist its
     20  employees who operate ROVs in getting a better
     21  understanding of how to utilize those ROVs in and
     22  around a BOP to respond to a blowout situation,
     23  correct?

Page 222:25 to 223:11

00222:25      A.  BP's employees don't fly ROVs.  BP's
00223:01  employees set priorities.  We give direction on
     02  the sequence of activities that are to done by
     03  the ROV contractors.  So that would be the extent

```
04  of -- of our involvement with something like
05  that.
06      Q.  (By Mr. Petosa) But -- but in the
07  scenario when it's BP wells, wouldn't you agree
08  with me, sir, that it would be a good idea for BP
09  to understand how those ROVs could be operated in
10  a deepwater environment when responding to a
11  deepwater blowout?
```

Page 223:14 to 223:20

```
00223:14      A.  Well, we're very concerned of where ROVs
15  are.  We don't want them bumping into delicate
16  subsea architecture, and we work with them to
17  ensure that doesn't happen.
18          But with respect to intervening on a BOP
19  panel, I don't see the link between this
20  technology and that panel.
```

Page 224:08 to 225:03

```
00224:08      Q.  (By Mr. Petosa) One -- it's being marked
09  as Exhibit 10363.  It's titled "SIMOPS Execution
10  Operating an ROV Command Center."  Your name is
11  on there.  It has BP's insignia.  Is this a
12  document that you participated in creating, sir?
13      A.  (Reviewing document.)  I was involved in
14  this exercise.
15      Q.  "Exercise" meaning putting together this
16  document that we've marked as Exhibit 10363?
17      A.  H'm.  I don't recall reviewing it.  I may
18  have reviewed it.  I think it was put together by
19  Shane Wells.
20      Q.  Was -- was it a presentation that -- that
21  you and the others identified on this first page,
22  Shane Wells, Marcus Row -- Rose, Daniel
23  Gutierrez, who you've mentioned, and yourself.
24  Did you give a presentation to someone, or did
25  you just put together this paper?
00225:01      A.  Shane and Marcus gave a presentation, and
02  Daniel and I were there acting as kind of their
03  advisors.
```

Page 226:18 to 226:21

```
00226:18      Q.  (By Mr. Petosa) Okay.  So in addition to
19  BP employees in the HIVE, there were Transocean
20  and Cameron Representatives, correct?
21      A.  And others.
```

Page 226:25 to 227:08

```
00226:25      Q.  (By Mr. Petosa) Tab 22.  And then we're
```

```
00227:01   going to mark that document as Exhibit 10364.
      02   It's titled "ROV Operations - Tools and
      03   Resources."
      04        This appears to be either a presentation
      05   or a paper, or both, a presentation that -- that
      06   you made and a paper you -- you prepared,
      07   correct?
      08        A.  I presented this.
```

Page 231:06 to 231:22

```
00231:06        Q.  (By Mr. Petosa) As BP's Corporate
      07   Representative on the BOP intervention, you can't
      08   tell me what plan was in place, if any, by BP,
      09   prior to the April 20th of 2010 blowout to shut
      10   in the well through the BOP if the primary
      11   systems on the rig failed?
      12        A.  Prior to me getting involved with the --
      13   the blowout, the Wells Team was responsible for
      14   all planning with respect to drilling activities.
      15   I was not part of the Wells Team and had no
      16   insight or visibility to their plans.
      17        Q.  And as BP's Corporate Representative
      18   about the BPOP [sic] intervention, you can't tell
      19   me what that plan was; that is, to respond to the
      20   Macondo Well flowing in deep water in a blowout
      21   scenario when the rig itself failed to shut in
      22   the well through the BOP, correct?
```

Page 231:25 to 232:04

```
00231:25        A.  My work, after I arrived the -- late
00232:01   April, was to work with the Team of Experts who
      02   were there and assist them to develop procedures
      03   and procure equipment to allow us to intervene in
      04   the stack.
```

Page 233:16 to 233:22

```
00233:16        Q.  (By Mr. Petosa) And so I'm clear here
      17   today, sir, as BOP -- as -- as BP's Corporate
      18   Representative on the BOP intervention, you
      19   cannot tell me what the plan was in place by BP
      20   to respond to a blowout of the Macondo Well, when
      21   the primary intervention efforts to shut the well
      22   in through the BOP by the rig failed, correct?
```

Page 233:25 to 234:11

```
00233:25        A.  Sir, I was asked to come and speak to
00234:01   what happened after the BOP blew out, well blew
      02   out, and my activities and BP's activities, the
      03   Team's activities as we tried to stop the flow of
```

```
04  oil by intervening into the stack.
05      Q.  (By Mr. Petosa) And no one ever came and
06  told you what the plan was to do so; that is,
07  what the plan was by BP to stop the flow of oil
08  through the Gulf, understanding that the primary
09  means of shutting in the well through the BOP by
10  the rig failed, no one ever told you the plan.
11  Correct?
```

Page 234:14 to 234:22

```
00234:14     A.  When I arrived, there were people working
15  a plan, and I assisted them in working their
16  plan.
17      Q.  (By Mr. Petosa) Well, what was the plan?
18      A.  Every day, it was a -- it was -- I mean,
19  we were being fed a -- a dynamic situation, so it
20  was a fairly fluid situation with respect to how
21  we reacted and what information was coming back
22  to us.
```

Page 236:02 to 236:11

```
00236:02     Q.  (By Mr. Petosa) And you mentioned that
03  there was a plan when you got involved, and you
04  were working with those involved in that plan.
05  And it was a very fluid situation, and there was
06  things being done as the process unfolded.
07          What was that plan?  It -- was there a
08  plan in place that you worked off of, or was the
09  plan created by those you were involved in once
10  the blowout occurred as to how to respond to the
11  blowout?
```

Page 236:13 to 237:07

```
00236:13     A.  There was a -- a large Team of people
14  there, and my tasks were basically to do what I
15  was told.  So there is a list of activities every
16  12 hours, 6 hours, as things developed.  And I
17  worked to those -- to that punch list that they
18  gave me to do.
19      Q.  (By Mr. Petosa) But I'm not asking you,
20  sir, I'm asking you as the Corporate
21  Representative of BP, what was the plan that was
22  in place when this blowout occurred to shut in
23  the well, to prevent oil from continuing to flow
24  into the Gulf?
25      A.  Our plan was focused on shutting in the
00237:01  rams on the BOP using hydraulics.
02      Q.  And understanding that the efforts, the
03  primary efforts, to the rig to shut in the rams
04  on the BOP failed, and that all the efforts that
```

```
05  were undertaken by the Group you were involved
06  in, attempting to intervene on the BOP and shut
07  in the rams failed, what else was the plan?
```

Page 237:09 to 237:10

```
00237:09    A.  That's way beyond my level of involvement
      10  at -- during the response.
```

Page 238:11 to 238:13

```
00238:11    Q.  (By Mr. Petosa) Did you become aware of a
      12  plan, sir, in your time involved in the response
      13  efforts --
```

Page 238:15 to 238:20

```
00238:15    Q.  (By Mr. Petosa) -- if there was a plan at
      16  all?
      17    A.  When I arrived, people were working to a
      18  plan.  We had a plan.  Every day I arrived, I
      19  felt comfortable we had a plan, and we worked the
      20  plan every day.
```

Page 239:11 to 239:15

```
00239:11    Q.  (By Mr. Petosa) As BP's Corporate
      12  Representative, sir, you can't tell me what plan,
      13  if any, was in place by BP to stop the well from
      14  flowing in a blowout situation if the BOP failed,
      15  correct?
```

Page 239:18 to 239:23

```
00239:18    A.  Sir, every day we had a plan.  We worked
      19  to a plan to shut in that well.  We worked with
      20  Transocean, we worked with Cameron, we worked
      21  with the Government, we worked with the Coast
      22  Guard.  All those people were part of our
      23  planning process.
```

Page 241:22 to 243:12

```
00241:22    Q.  Can you describe your job duties starting
      23  in April, that Thursday morning, and then
      24  proceeding throughout the response?
      25    A.  When I arrived at -- at the beginning, it
00242:01  was to help coordinate and speak to the -- the
      02  ROV Operators offshore and talk to them in a
      03  manner that they would understand what we were
      04  trying to achieve.
      05        I then -- it was obvious that we needed
```

```
06  more people, so I -- in addition to -- I brought
07  in more people from my construction Team.  I was
08  also -- I took the lead in -- in finding more
09  vessels, more construction vessels, more ROV --
10  ROV boats, and coordinated my Team as we
11  developed tooling solutions to some of the issues
12  that we were -- that we were finding.
13       So after that, it became more of a -- a
14  management role, I guess, after the first week or
15  so, because the Team grew very big, very quickly.
16  And I guess largely that -- that went on in some
17  form or another until Aug -- August, September.
18       Q.  So you mentioned at first that your job
19  duties included coordinating and talking with the
20  ROV Operators.  Were you directing the ROV
21  Operators what to do?
22       A.  We would give them the tasks in the order
23  of -- that we wanted the tasks done, and then we
24  could see what -- what their video -- most of the
25  time, we could see what their video was showing
00243:01  because it was coming in and going out.  And we
02  had Representatives on the vessels that would --
03  that we would talk to, as well, because in the
04  event that -- that we -- we couldn't speak to --
05  typically -- let me back up.
06       We did not speak specifically to the ROV
07  Operators.  We spoke to a BP Representative or an
08  Onboard -- what we call an OCM, which is an
09  Onboard Construction Manager, which each vessel
10  would have one of those.  They would then
11  coordinate with the actual Technicians running
12  the vehicles.  We would talk through them.
```

Page 245:05 to 245:07

```
00245:05       Q.  Okay.  So BP's Coordinators, including
06  yourself, were the only Party or Corporate entity
07  directing the ROV operations?
```

Page 245:10 to 245:11

```
00245:10       A.  I -- I'm not aware of other Corporate
11  entities that were directing operations offshore.
```

Page 246:10 to 247:11

```
00246:10       Q.  (By Ms. King) You also mana -- you
11  mentioned that part of your job duties was
12  managing a Team.  Who was on the Team that you
13  managed as part of the response?
14       A.  H'm.  Well, we had a number of vessels
15  offshore, so I had Representatives -- a Day and
16  Night Representative on every vessel.
```

```
17      Q.  Okay.
18      A.  Now, not all vessels offshore were --
19 were -- were my responsibility.  Several were.
20 Some weren't.  Some were fire response vessels.
21 Some were dispersant vessels.  Some -- there are
22 different vessels.
23          But, anyway, suffice to say there was
24 vessel Representatives offshore.  There were the
25 ROV Coordinators in the HIVE.  There -- there
00247:01 were Tooling Specialists.  There were Engineers.
02 We had a -- a Video Representative from
03 Oceaneering there to help us to keep the video
04 live, because every once in a while it would pop
05 in and pop out.
06          We had people recording all the video and
07 keeping records of the video that was being
08 recorded.  That was be -- that was being streamed
09 into the HIVE.
10          I think that's largely the Group.
11      Q.  Were you managing all of these people --
```

Page 247:13 to 248:05

```
00247:13     Q.  (By Ms. King) -- that you just mentioned
14 in your response?
15      A.  Yes.  Well, I mean, I was -- did I talk
16 to every vessel -- to the guys in the vessels
17 every day?  No.  Somebody did, but they were part
18 of my Team.
19      Q.  Were you the person who would interface
20 with other people from BP who might need
21 information that ROVs could collect or who might
22 need ROVs to perform certain tasks?
23      A.  I wasn't the only person that they would
24 interface with, but people did come to me and ask
25 for specific tasks to be performed by the ROVs,
00248:01 data to be collected, instruments to be mounted.
02          And either I could direct them to someone
03 else, or if I wasn't there, they went -- they
04 would always find somebody within the HIVE to
05 take care of their business.
```

Page 248:14 to 249:09

```
00248:14     Q.  (By Ms. King) Well, you described this
15 whole Team of people that you managed.  You
16 described communicating with BP Representatives
17 on the vessel.  You described interfacing with
18 BP -- other BP employees who might need
19 information from ROVs or who might need ROVs to
20 do certain tasks.
21          What other job duties did you have during
22 the response?
23      A.  Well, the interfacing with other BP
```

```
    24  people was a huge task.  There were many other
    25  Teams that were working many other plans and
00249:01  programs, and -- and they all needed to have
    02  input from somebody in my Team, to ensure that
    03  the procedures that -- that were developed for
    04  that particular task would be subsea-friendly and
    05  that we could actually do it for them.  So there
    06  was a number of different groups that were
    07  working -- some options which never ever even got
    08  used.  They were just things that were being
    09  developed.
```

Page 249:15 to 249:16

```
00249:15  MS. KING:  We will mark it as
    16  Exhibit 10365.
```

Page 250:03 to 250:08

```
00250:03      Q.  (By Ms. King) I'd like to look at the
    04  attachment titled "MC-252 Incident SIMOPS Plan."
    05  And that ends in Bates 95200.
    06      A.  I'm sorry.  What page does it end in?
    07      Q.  95200.  Are you familiar with this
    08  document, Mr. Hughes?
```

Page 250:15 to 250:15

```
00250:15      A.  I know we had a SimOps Plan.
```

Page 251:22 to 251:24

```
00251:22      Q.  Okay.  Because you were not the Well
    23  Systems Lead?
    24      A.  I was not the Well Systems Lead.
```

Page 252:09 to 252:15

```
00252:09      Q.  What's your understanding of the 30(b)(6)
    10  designation for you -- for your testimony here
    11  today on behalf of BP with relation temperature
    12  measurements?
    13      A.  My understanding is I'm here to speak to
    14  how we collected temperature readings using the
    15  ROV-mounted temperature probe.
```

Page 253:02 to 253:19

```
00253:02      Q.  Okay.  What did you discuss with Danny
    03  Gutierrez with regard to temperature
    04  measurements?
    05      A.  We asked him to -- to get information on
```

```
06  how the Oceaneering temperature probe works, how
07  it was plumbed up to the ROV.  I looked up its
08  accuracy.  I looked up its resolution.  We
09  discussed its calibration.  We discussed the fact
10  that some time in August, I think, there appears
11  there was a malfunction in the temperature
12  readings shifted by 4.85 degrees, so we discussed
13  try to find as much information as we could about
14  what seemed to happen at that time and why there
15  seemed to be this shift.
16       We discussed about how we hot-wired the
17  ROV into the -- into the -- into the BOP, and
18  that was -- that was my extent of conversations
19  with Daniel.
```

Page 253:23 to 254:05

```
00253:23     Q.  When you say you discussed with Danny how
24  the temperature probe worked, what temperature
25  probe are you referring to?
00254:01     A.  The -- we call it the "brick."  It was
02  a -- a probe that was mounted initially on the
03  ROV on Oceaneering's Intervention 3.  And then I
04  believe it was moved to an ROV on the OS subsea
05  in August or September.  August, I think.
```

Page 254:17 to 254:21

```
00254:17     Q.  Are the documents that you reviewed in
18  preparation for the 30 -- the 30(b)(6)
19  deposition, on the subject of temperature
20  measurements, are they collected on this binder
21  that you brought with you today?
```

Page 254:24 to 255:06

```
00254:24     Q.  (By Ms. King) Okay.  Did you review the
25  documents in this binder?
00255:01     A.  I reviewed documents in another binder,
02  which I assume they're the same in this binder.
03     Q.  Okay.  Okay.  I'd like to mark the
04  Annotated Index for the notebook as an exhibit.
05  This is going to be Exhibit No. 10366.
06  (Exhibit No. 10366 marked.)
```

Page 255:15 to 255:19

```
00255:15     Q.  (By Ms. King) Was this the list -- does
16  this list include all of the temperature
17  measurements that you studied in preparation for
18  your 30(b)(6) deposition on the Topic of
19  temperature measurements?
```

Page 255:21 to 256:06

```
00255:21      A.  I think so.
      22      Q.  (By Ms. King) Okay.
      23      A.  I'm not aware of any other ones.
      24      Q.  Did you -- did you develop this index?
      25      A.  With the attorneys, we went through it
00256:01 together, and I made suggestions, and --
      02      Q.  Do you think it's an accurate
      03 distillation of the documents in your binder in
      04 terms of the various temperature measurements
      05 that were taken and the results of those
      06 temperature measurements?
```

Page 256:09 to 256:11

```
00256:09      A.  I think it captures the -- the bulk of
      10 anything I was aware of with respect to
      11 temperature readings that we collected.
```

Page 256:25 to 257:06

```
00256:25      Q.  (By Ms. King) My understanding of this
00257:01 document is that the first page represents the
      02 different temperature measurements that were
      03 taken, and then the pages after that represent
      04 other tabs in the binder.  Is that -- is that
      05 correct?
      06      A.  That's my understanding, as well.
```

Page 257:08 to 257:11

```
00257:08      Q.  (By Ms. King) Okay.  Is the first page an
      09 accurate list of the temperature measurements
      10 that you became aware of in preparation for this
      11 deposition?
```

Page 257:13 to 257:13

```
00257:13      A.  I believe so.
```

Page 258:24 to 259:04

```
00258:24 I'd like to start with the riser temperature
      25 measurements.  These are reflected in Exhibit --
00259:01 what was the number -- 10366.  Is it -- in the
      02 second line, the "Short Description" is "Riser
      03 survey including kink."  Is that correct?
      04          I'd like to refer to these as "the riser
```

Page 259:09 to 259:11

```
00259:09      Q.  (By Ms. King) Okay.  Do -- can you please
     10  describe how these temperature measurements were
     11  taken?
```

Page 259:15 to 260:01

```
00259:15      A.  Yeah.  (Reviewing document.)
     16           There are no draw -- diagrams here
     17  showing where we actually took any of these --
     18  any temperature measurements at, but any --
     19  anytime we took a measurement on the riser, we
     20  pushed the probe on the outside of the riser.
     21  And then the way the -- the -- it's designed --
     22  and Oceaneering was very good about making sure
     23  we understood this -- was you had to hold it
     24  there and let it stabilize, and it typically took
     25  about ten minutes, and then once it's stabilized,
00260:01  that was the recording that was taken.
```

Page 260:19 to 260:21

```
00260:19      Q.  What was the purpose of taking the
     20  temperature measurements on the outside of the
     21  riser?
```

Page 260:24 to 260:25

```
00260:24      Q.  (By Ms. King) Referred to here as "riser
     25  survey including kink"?
```

Page 261:03 to 262:04

```
00261:03      A.  We -- I -- I don't recall ever being told
     04  why we were being asked to take temperature
     05  readings on the riser.  In preparing for this
     06  deposition, I did ask other people could they
     07  maybe help me understand, because I figured I
     08  might get asked this question.  And there are
     09  some E-mails in here that -- that refer to people
     10  asking for temperature readings to predict
     11  potential for hydrate formation.
     12           There was another suggestion that they
     13  were using temperature for -- to predict erosion,
     14  and I think it was at the kink.  By having
     15  temperature readings, somehow they were able to
     16  predict erosion.  There was also a suggestion
     17  that they were using or -- or wanting to use
     18  temperature to try to predict the flow path
     19  through the BOP, if there was more -- how -- how
     20  it was configured.
     21           And there might have been one other.  I
     22  can't recall the other one.  Maybe I'll remember
```

```
        23  it before we're done here, but -- but we were
        24  never told at the time.  I only learned this
        25  during the depo -- preparation for this
00262:01  deposition.
        02      Q.  (By Ms. King) Okay.  Was the overall goal
        03  of the riser survey to determine the temperature
        04  of the oil inside of the riser?
```

Page 262:06 to 262:23

```
00262:06      A.  I don't know.  We were just asked to take
        07  a survey of the riser.
        08      Q.  (By Ms. King) Okay.  Let's look at Tab 59
        09  in the United States binder.
        10          (Exhibit No. 10367 marked.)
        11          MS. KING:  For the record, we'll be
        12  labeling this document as Exhibit No. 10367, and
        13  it includes an E-mail and then also the native
        14  version of an attachment, an Excel spreadsheet
        15  that was an attachment to that E-mail.
        16      Q.  (By Ms. King) Have you seen this E-mail
        17  before and the attachment, Mr. Hughes?
        18      A.  The attachment looks familiar.  There's
        19  another one that's -- I think there's two like
        20  this.  The E-mail, I'm not sure whether I've seen
        21  this before.  It, also, looks similar to one
        22  maybe I have in my own, but I -- I -- I don't
        23  know for sure.
```

Page 263:05 to 263:06

```
00263:05      Q.  Would he have sent this E-mail as part of
        06  his job duties?
```

Page 263:08 to 263:11

```
00263:08      A.  What job duties do you mean?
        09      Q.  (By Ms. King) As part of his employment
        10  with BP, was this the type of E-mail that -- that
        11  he would send?
```

Page 263:14 to 263:18

```
00263:14      A.  I'm not sure what kind of E-mail Leith
        15  would send.
        16      Q.  (By Ms. King) Is your understanding that
        17  he wrote this E-mail as part of his job with BP
        18  as part of the Macondo Well response effort?
```

Page 263:20 to 263:23

```
00263:20      A.  The paper suggests here that he wrote
```

```
     21  this E-mail to -- to these people.
     22       Q.  (By Ms. King) Does it appear to be a
     23  personal E-mail?
```

Page 263:25 to 264:03

```
00263:25       A.  I -- I don't know whether it was personal
00264:01  or not.  I -- and I don't know -- I don't Leith
     02  well enough to know whether this was something he
     03  would write as personal or business.
```

Page 264:14 to 264:15

```
00264:14       Q.  (By Ms. King) What does this attachment
     15  depict?
```

Page 264:17 to 264:22

```
00264:17       A.  In preparation for this deposition, I --
     18  I -- I tried to understand where these points
     19  would be on the riser, and it wasn't clear to me.
     20  I wasn't able to find out from asking questions,
     21  Daniel's help, or where we could find any --
     22  anything that we -- we looked for that -- that --
```

Page 264:25 to 265:14

```
00264:25       A.  On -- on the circumference of the pipe.
00265:01       Q.  This document is entitled "MC 252 - Riser
     02  Temperatures," and it depicts a shape bending
     03  downward with numbers on it.  What is -- what is
     04  this shape supposed to be?
     05       A.  Well, the -- the -- the most -- where it
     06  says "Choke Side" and "Kill Side" --
     07       Q.  Uh-huh.
     08       A.  -- that would be the top of the -- of the
     09  flex joint, which is above the -- above the LMRP,
     10  and then the -- the bent pipe for the elbow and
     11  the pipe running left across the page would be a
     12  riser, and the --
     13       Q.  Is that the DEEPWATER HORIZON riser?
     14       A.  DEEPWATER HORIZON riser.
```

Page 266:24 to 267:25

```
00266:24  The second, you -- you asked if -- if --
     25  if this was all the documents I had reviewed.
00267:01  There may have been others.
     02       Q.  With respect to the temperature
     03  measurement?
     04       A.  Right.  There may have been others
     05  that -- that I reviewed, and I'm -- I'm not sure
```

```
06  whether they're in here or not in here.  I didn't
07  put the document together myself.  So -- so there
08  may be other things that I looked at.
09  And the third thing was this:  You asked
10  if this was a complete listing of all that we
11  knew about temperature data.
12      Q.  Is it -- is the first page of that
13  document a summary of the different temperature
14  measurements that that fall within your 30(b)(6)
15  Deposition Topic?
16      A.  Right.  And I believe BP agrees that,
17  at -- this time, this is, to the best of our
18  knowledge, this is all the data we have found
19  on -- on -- on temperature --
20      Q.  Thank you.
21      A.  -- related to my deposition.
22      Q.  And for the record, that was previously
23  marked as which exhibit number?
24              THE COURT REPORTER:  Not previously
25  marked.  It's marked as 10366.
```

Page 268:05 to 268:09

```
00268:05  I'm sorry, Tab 59, Exhibit 10367, which we were
06  discussing before the break.
07              This document is dated April 28th.
08  The -- the cover E-mail is dated April 28th; is
09  that correct?
```

Page 268:12 to 268:13

```
00268:12      A.  -- is dated Wednesday, April 28th, 2010,
13  at the top of the page.
```

Page 268:18 to 269:05

```
00268:18      Q.  (By Ms. King) Your Annotated Index says
19  that the date -- the "Event Date" for the riser
20  survey was April 28th to May 3rd; is that
21  correct?  I'm looking at the column to the far
22  left and the second row down.
23      A.  The -- the second row down says 4/28 to
24  5/3, "Riser survey including kink."
25      Q.  So to the best of your knowledge, the
00269:01  first riser survey was on April 28th; is that
02  correct?
03      A.  According to the data that -- that we
04  were able to find within BP's system, the first
05  data, according to this, is 4/28.
```

Page 270:07 to 270:10

```
00270:07  I'm sorry.  The shape coming in from the
```

```
08   left and going down from the bottom is the
09   DEEPWATER HORIZON riser, and then the vertical
10   part is the top of the LMRP; is that correct?
```

Page 270:12 to 270:22

```
00270:12     A.  The horizontal section is the first joint
      13   of the riser connected to the top of the -- of
      14   the flexed -- flex joint on top of the LMRP.
      15     Q.  (By Ms. King) I understand.  It's only a
      16   portion of the riser that -- the ri -- the
      17   portion of the riser closest to the BOP; is that
      18   correct?
      19     A.  It is the first joint closest to the
      20   LMRP.
      21     Q.  The numbers with -- what do the numbers
      22   within this shape represent?
```

Page 270:24 to 271:06

```
00270:24     A.  I believe these numbers are temperature
      25   readings that we took in degrees Fahrenheit.
00271:01     Q.  (By Ms. King) And these are the same
      02   temperature readings that were taken as you
      03   described by an ROV holding a brick to the
      04   outside of the riser for a certain period of time
      05   until the temperature stabilized; is that
      06   correct?
```

Page 271:08 to 271:16

```
00271:08     A.  The -- it was holding a tool which we,
      09   quote/unquote, called the "brick," because it
      10   looked like a brick, it was truly not a brick, to
      11   the side of the riser until it stabilized, and
      12   then recording that temperature.
      13     Q.  (By Ms. King) The highest temperature
      14   that was recorded in this April 28th effort is
      15   179 degrees Fahrenheit at 2.5 feet from the kink;
      16   is that correct?
```

Page 271:18 to 271:23

```
00271:18     A.  The highest temperature I see here on
      19   this spreadsheet is 179 degrees Fahrenheit.
      20     Q.  (By Ms. King) And this spreadsheet
      21   represents the riser temperatures that were taken
      22   on April 28th.  Is that your understanding?
      23     A.  That's -- that's my understanding.
```

Page 272:01 to 272:06

```
00272:01  (Exhibit No. 10368 marked.)
      02  MS. KING:  We will mark the cover
      03  E-mail and attachment in native version as
      04  Exhibit No. 10368.  (Tendering.)
      05     Q.  (By Ms. King) Have you seen this E-mail
      06  and the attachment before, Mr. Hughes?
```

Page 272:09 to 272:14

```
00272:09     A.  I believe I have.
      10     Q.  (By Ms. King) This E-mail is dated
      11  April -- Friday, April 30th, and it's from Leith
      12  McDonald, is that correct, the first E-mail?
      13     A.  The top of Page 10708 is an E-mail that
      14  says from Leith McDonald.
```

Page 273:13 to 273:19

```
00273:13     Q.  Do you have any reason to believe that
      14  this E-mail would have been written outside of
      15  his job duties as a BP employee?
      16     A.  I wouldn't have any idea -- I mean, I
      17  don't know why he wrote the E-mail.  I -- I
      18  wasn't there when he wrote it.  I didn't discuss
      19  it with him.
```

Page 275:04 to 275:21

```
00275:04     Q.  And this attachment, again, depicts
      05  numbers on the riser, and these numbers are the
      06  temperature recorded by ROV temperature probe in
      07  Fahrenheit; is that correct?
      08     A.  It's my understanding that these are all
      09  recorded using the ROV probe and that they're in
      10  degrees Fahrenheit.
      11     Q.  The highest temperature that was recorded
      12  on this April 30th spreadsheet is 173 degrees
      13  Fahrenheit at 7.5 feet from the kink; is that
      14  correct?
      15     A.  The largest number I see on the sketch is
      16  173 degrees Fahrenheit, and it's seven and a half
      17  feet from the kink.
      18     Q.  And the numbers vary from 173 degrees
      19  down to 94.5 degrees; is that correct?
      20     A.  The numbers vary from 94 and a half
      21  degrees Fahrenheit to 173 degrees Fahrenheit.
```

Page 278:21 to 278:21

```
00278:21  (Exhibit No. 10369 marked.)
```

Page 280:06 to 280:08

```
00280:06      Q.  (By Ms. King) What was the ambient
      07  temperature of the seawater at the location of
      08  the BOP and the bent DEEPWATER HORIZON riser?
```

Page 280:10 to 280:14

```
00280:10      A.  Between 39 and 40 degrees F.
      11      Q.  (By Ms. King) So if the temperature probe
      12  wasn't anywhere near the riser, it would be
      13  reading around 39 degrees Fahrenheit, if it were
      14  an accurate temperature probe; is that correct?
```

Page 280:16 to 280:24

```
00280:16      A.  If we -- if we held the temperature probe
      17  in the sea for a long enough period of time, it
      18  would stabilize at the ambient sea temperature.
      19      Q.  (By Ms. King) And as we've seen, when the
      20  ROVs held the probe at -- near the riser, it
      21  stabilized at a wide range of temperatures that
      22  were not the ambient sea temperature.  They were
      23  well above the ambient sea temperature.  Is --
      24  isn't that correct?
```

Page 281:01 to 282:09

```
00281:01      A.  The readings that are shown on those
      02  sketches are readings that, if they followed
      03  procedure, were taken after they let the
      04  temperature stabilize at the spot they were
      05  pressing the probe onto the pipe.
      06      Q.  (By Ms. King) How did they know they were
      07  pressing the probe onto the pipe?
      08      A.  Because an ROV pilot manipulates the arm
      09  with a -- a feedback system on the surface, and
      10  he pushes ahead, and when it stops, it stops.
      11  Otherwise, it'll keep on going.
      12      Q.  Would the ROV operator have some sort of
      13  mechanical feedback in the tools that the
      14  operator is using to drive the ROV that the probe
      15  cannot go any further because it's against the
      16  riser?
      17      A.  I -- I don't recall how they stabilized
      18  the vehicle.  But, typically, when you're doing a
      19  task like this, they would use the -- the left
      20  arm to grab onto either the one -- the choke or
      21  the kill line, and they would use the
      22  seven-function manipulator to manipulate the tool
      23  up against the side of the riser or whatever we
      24  were measuring a temperature on.
      25      Q.  And how would the ROV operator know that
00282:01  there wasn't any seawater between the probe and
      02  the riser wall?
```

```
03      A.  If the base of the brick was up against
04  the steel riser, a -- a contact is being made,
05  then how -- how would there be water there?  I
06  don't know.
07      Q.  Was the riser cylindrical in shape?  Was
08  it a flat surface that the brick was being held
09  against?
```

Page 282:11 to 282:18

```
00282:11      A.  I think the riser is thirty-some inches
12  in diameter tube.
13      Q.  (By Ms. King) Okay.  So would the brick
14  be -- would the full area of the brick be in
15  contact with the riser when it was held against
16  it?
17      A.  I don't know whether the brick had a
18  curved surface on it or not.
```

Page 284:03 to 284:03

```
00284:03  (Exhibit No. 10370 marked.)
```

Page 284:13 to 284:22

```
00284:13      Q.  Let's look at the second E-mail from the
14  end from Leith McDonald, on April 28th, 2010.
15  The "Subject" of that E-mail is "MC252 - Riser
16  Pro -- "Temperature Profile across the kink."
17          And Mr. McDonald says:  "Gents,
18          "Perhaps not quite as important as it was
19  an hour ago but, attached is the temperature
20  profile that we were able to obtain prior to the
21  kink splitting and leaking."
22          Did I read that correctly?
```

Page 284:24 to 285:03

```
00284:24      A.  "Gents,
25          Perhaps "not quite as important as it was
00285:01  an hour ago but, attached is the temperature
02  profile that we were able to obtain prior to the
03  kink splitting and leaking."
```

Page 285:13 to 285:17

```
00285:13      Q.  (By Ms. King) But Leith McDonald is
14  sending a temperature profile, and the "Subject"
15  of the E-mail is "Riser Temperature Profile
16  across the kink."  And he's sending it on
17  Wednesday, April 28th.  Is that correct?
```

Page 285:19 to 285:23

00285:19     A.  He's sending an E-mail at 4:30 on April
      20  28th.  It's an attachment, according to this
      21  thing, of "MC252 Riser Temperatures.xls," which
      22  is not the same file we looked at earlier, file
      23  name.


Page 291:01 to 291:01

00291:01  (Exhibit No. 10371 marked.)


Page 291:06 to 291:17

00291:06     Q.  So Tab No. 7 we're marking as Exhibit
      07  No. 10371.  (Tendering.)  For the record, this
      08  exhibit consists of a string of E-mails, as well
      09  as two spreadsheets in their native format that
      10  were attached to the E-mail.
      11     A.  (Reviewing document.)
      12     Q.  The "Subject" of the E-mail is "MC252
      13  Riser Temperatures 02May2010.xls."  Is that
      14  correct?
      15     A.  (Reviewing document.)
      16     Q.  I'm sorry.  That's the attachment to the
      17  E-mail, "MC252 Riser Temperatures 02May2010.xls"?


Page 291:22 to 292:02

00291:22     A.  It's from Leith McDonald to Mike Mason
      23  and Trevor Hill copied to some other people.  And
      24  the attachment is titled "MC252 Riser
      25  Temperatures 02May2010.xls."
00292:01     Q.  And this E-mail was sent on Monday, May
      02  3rd, 2010; is that correct?


Page 292:04 to 292:05

00292:04     A.  The E-mail says it was sent on Monday,
      05  May 3rd.


Page 294:05 to 294:11

00294:05     Q.  (By Ms. King) So on the diagram with the
      06  readings in red, again, these are temperature
      07  measurements in Fahrenheit that were taken by ROV
      08  with a brick held against the riser section, and
      09  the temperatures are in the location of where the
      10  brick was taking the temperature reading; is that
      11  correct?

Page 294:13 to 294:20

```
00294:13     A.  It's -- it's my understanding that these
      14  were taken with the OI3 ROV, using the
      15  Oceaneering temperature probe held against the
      16  riser wall.
      17     Q.  (By Ms. King) The highest temperature in
      18  red on this diagram is 173 degrees Fahrenheit,
      19  and that's at five feet from the kink; is that
      20  correct?
```

Page 294:22 to 295:01

```
00294:22     A.  The highest reading that is in red is
      23  five feet from the kink, and it's 173 degrees
      24  Fahrenheit.  And there's also another 173 degree
      25  Fahrenheit reading in black, at seven and a half
00295:01  feet from the kink.
```

Page 295:09 to 295:09

```
00295:09  (Exhibit No. 10372 marked.)
```

Page 296:04 to 296:05

```
00296:04     Q.  (By Ms. King) There are two spreadsheets
      05  attached.
```

Page 297:14 to 298:02

```
00297:14     Q.  (By Ms. King) So that's why there are the
      15  two versions, they're the two different tabs
      16  there.  One tab is labeled 30 April 2010, and
      17  then -- and that appears to be the first tab in
      18  the binder.  At 45 feet from the kink is 153
      19  degrees Fahrenheit, that's how I'm identifying
      20  it.  And then the second tab labeled 3 May 2010
      21  would be the second sheet in the binder.  Is that
      22  correct, Mr. Hughes?
      23     A.  That's what I am seeing on the screen.
      24     Q.  So the second sheet, then, would be
      25  the -- the newer temperature readings that
00298:01  Mr. McDonald is forwarding?
      02     A.  It has a later date on it.
```

Page 298:04 to 298:06

```
00298:04  And what is the highest temperature that
      05  was recorded in this round of temperature
      06  measurements as reflected on this spreadsheet?
```

Page 298:11 to 298:16

00298:11        A.   The largest I see is 173 degrees at 10
      12   feet from the kink.
      13        Q.   Okay.  I'd like to turn now to Tab 17 in
      14   your binder.  We're going to mark this as Exhibit
      15   No. 10373.
      16             (Exhibit No. 10373 marked.)


Page 299:10 to 299:21

00299:10        Q.   (By Ms. King) Have you seen this document
      11   before, Mr. Hughes?
      12        A.   It was in my binder.
      13        Q.   And you received this E-mail, didn't you,
      14   Mr. Hughes?
      15        A.   It was addressed to me.
      16        Q.   Do you recall seeing the Fact Sheet?
      17        A.   On May 15th, I don't recall seeing this.
      18        Q.   Okay.  But you reviewed this in
      19   preparation for your deposition today?
      20        A.   It's in the binder.  I think I skimmed
      21   through it, yes.


Page 300:22 to 301:24

00300:22        Q.   (By Ms. King) Okay.  Let's -- let me
      23   direct you to the "Data Results" section under
      24   No. 1.  This is on Bates 04588.  The Fact Sheet
      25   says:  "Temperature readings were taken both
00301:01   upstream and downstream of the Riser kink.  The
      02   data consistently showed a temperature gradient
      03   perpendicular across the flowstream, which was
      04   non-uniform for the section surveyed.
      05             "The first survey, performed just before
      06   the leak began, logged the highest reading of
      07   179:" Fahrenheit "just downstream of the kink.
      08             "Readings upstream of the kink showed
      09   lower temperatures, with the highest reading of
      10   126:" Fahrenheit.
      11             "The higher temperatures were to the
      12   choke-line side and center line of the Riser."
      13             What is your understanding as BP's
      14   30(b)(6) Representative for temperature
      15   measurements of the statement that "The data
      16   consistently showed a temperature gradient
      17   perpendicular across the flowstream, which was
      18   non-uniform for the section surveyed"?
      19        A.   I -- I did no analysis on any of the data
      20   we collected.  My Team collected the data.  We
      21   provided it to others.  And you can see here that
      22   Leith was one of the more consistent people that
      23   took it.  And if other groups analyzed it and did
      24   something with it, I don't know what they did.

Page 305:04 to 305:08

00305:04        Q.  (By Ms. King) So BP's position is that
       05   the numbers -- the temperature measurements were
       06   changing quite a bit, from place to place where
       07   these temperature readings were taken on the
       08   riser; is that correct?


Page 305:11 to 305:11

00305:11        A.  The data speaks for itself.


Page 307:19 to 307:23

00307:19        Q.  And you saw that there's a span of
       20   temperatures in these diagrams, as much as a
       21   hundred degree span in temperatures at different
       22   locations on the riser on different days, these
       23   temperatures vary --


Page 308:02 to 308:06

00308:02        A.  The temperature varies across the
       03   distance of the riser, and it varies from day to
       04   day.
       05        Q.  (By Ms. King) But there's no pattern in
       06   that variation; is that correct?


Page 308:09 to 308:11

00308:09        A.  I never studied it to develop whether it
       10   was a pattern or not, and it wasn't part of my
       11   responsibilities to -- to study it.


Page 308:24 to 308:25

00308:24        Q.  (By Ms. King) What were the limitations
       25   in the tools that you had --


Page 309:02 to 309:04

00309:02        Q.  (By Ms. King) -- in terms of their
       03   ability to collect accurate temperature
       04   measurements?


Page 309:06 to 309:10

00309:06        A.  It was -- it was important that we got
       07   good contact with the item we were trying to take

```
08  the temperature of.  It was important that we
09  held it there until the temperature stabilized in
10  the probe.
```

Page 309:20 to 310:16

```
00309:20  (Exhibit No. 10374 marked.)
      21  MS. KING:  We're going to mark this
      22  as Exhibit No. 10374.  (Tendering.)
      23      A.  (Reviewing document.)
      24      Q.  Have you seen this E-mail string before,
      25  Mr. Hughes?
00310:01      A.  I think I have.
      02      Q.  And can you describe -- what is -- what
      03  is this E-mail string?
      04      A.  (Reviewing document.)  Norm McMullen
      05  asked Trevor if he could give a -- an official
      06  design temperature to be used -- that Matt Harold
      07  could use to rate the design of the -- of the top
      08  kill manifold that we used for transport to the
      09  Q4000.  And Trevor responded to use 200 degrees
      10  Fahrenheit for a design number.
      11      Q.  Thank you.  And Trevor went on to say:
      12  "Measurements made by ROV showed a maximum of
      13  about 175" Fahrenheit, "and the bias of
      14  measurement in cold seawater was felt to be an
      15  under-read, so actual likely to be higher than
      16  175" degrees Fahrenheit.  Is that correct?
```

Page 310:18 to 310:18

```
00310:18      A.  That's what is written here on the page.
```

Page 314:03 to 314:03

```
00314:03  (Exhibit No. 10375 marked.)
```

Page 315:13 to 316:08

```
00315:13      Q.  I'd like to move now to Tab 10 in your
      14  binder.
      15          (Exhibit No. 10376 marked.)
      16      Q.  (By Ms. King) We're going to mark this
      17  document as Exhibit No. 10376.  (Tendering.)
      18              MR. SOTSKY:  Thank you.
      19      Q.  (By Ms. King) Tab 10 appears on your
      20  Annotated Index for the notebook, on Line No. 3.
      21  Do you see it there, Mr. Hughes, on your
      22  Annotated Index?
      23      A.  Oh, I'm sorry.
      24      Q.  Tab 10 appears on Line No. 3.  And the
      25  short description of that line is "Flex joint
00316:01  plume survey"?
```

```
02      A.  Yes, I see that.
03      Q.  Will you please describe how this flex
04 joint plume survey, how these measurements were
05 taken?
06      A.  Any temperatures that we took at the flex
07 joint were with the brick pressed against the
08 steel.
```

Page 320:23 to 321:24

```
00320:23 MS. KING:  We're to mark this as
24 Exhibit 10377.  (Tendering.)  For the record, it
25 consists of an E-mail, a June 21st, 2010 E-mail
00321:01 ending in Bates 408864, as well as the native
02 version of a large attachment which is labeled:
03 "Operations Action Plan," 20 June 10.
04      Q.  (By Ms. King) Mr. Hughes, do you -- are
05 we on the same page here?  Do you see the -- the
06 top of this spreadsheet reading 20 June 10 and
07 "Operations Action Plan"?
08      A.  I have a page that -- that has 20 June
09 2010, four zeros --
10      Q.  Okay.
11      A.  -- "Operations Action Plan," "Page 1
12 of 2."
13      Q.  Okay.  Are you familiar with this type of
14 spreadsheet?
15      A.  Yes, I am.
16      Q.  And your name is -- I'm sorry, it's an
17 extremely long list, but your name is there in
18 the list of recipients.  If we count up from the
19 bottom where the "Cc" occurs --
20      A.  I see my name.
21      Q.  -- you see your name?
22      A.  (Nodding.)
23      Q.  Okay.  Were you routinely copied on this
24 type of document?
```

Page 322:01 to 322:03

```
00322:01      Q.  (By Ms. King) Or did you receive them
02 commonly?
03      A.  These were --
```

Page 322:06 to 323:14

```
00322:06      A.  These were our Daily Operations Action
07 Plans that were put together by Source Control.
08      Q.  (By Ms. King) And so these Operations
09 Action Plans were used in the course of your
10 daily business for -- on behalf of BP during the
11 response; is that correct?
12      A.  They were used by us at BP, and I think
```

```
13   they were probably used by people in Robert, and
14   Coast Guard, and MMS, and everybody that was
15   working there.
16       Q.  Okay.  I'd like to you refer to the top
17   portion, which is labeled "24 Hour Plan (6 AM
18   6/20/10 - 6 AM 6/21/10)," and within that top
19   band, there are various categories on the far
20   left, "Containment...," "Survey," and
21   "Miscellaneous."
22           Within "Miscellaneous," the bottom row
23   reads:  "Woods Hole Plume Sampling for USCG," and
24   continuing across, the "SPA" is listed as "J.
25   Hughes/D. Gutierrez."
00323:01         Is that correct?
02       A.  That's what the document says.
03       Q.  Are you the "J. Hughes" listed here as
04   the "SPA" as -- along with Danny Gutierrez?
05       A.  I believe that's me.
06       Q.  Okay.  And what does "SPA" mean?
07       A.  Single Point of Accountability.
08       Q.  In layman's terms, what is a "Single
09   Point of Accountability" for one of these
10   operations?
11       A.  If the Unified Command had a question,
12   they could come to Daniel or myself and find out
13   what was going on with this particular piece of
14   work.
```

Page 323:19 to 323:21

```
00323:19     Q.  (By Ms. King) Okay.  Let's move to
20   Tab 57.  This has been previously marked as
21   Exhibit No. 9009.
```

Page 328:17 to 329:06

```
00328:17     Q.  Can we refer to Tab 79 in your binder?
18           (Exhibit No. 10378 marked.)
19               MS. KING:  We're going to mark this
20   document as Exhibit No. 10378.
21       Q.  (By Ms. King) Have you seen this document
22   before, Mr. Hughes?
23       A.  Yes, I have.
24       Q.  And what is this document?
25       A.  This document was given to me to describe
00329:01   the -- the tool that was used by Oceaneering that
02   was marinized to -- to be -- become what I called
03   the "brick."
04       Q.  So in other words, this is information
05   about the temperature probe used within the
06   brick, what you describe as the "brick"?
```

Page 329:08 to 329:13

```
00329:08      A.  This -- in preparation for this
      09  deposition, I was given this, that this was the
      10  information Oceaneering gave our people that
      11  described how they modified this tool to make
      12  the marinized tool for measuring temperature
      13  subsea.
```

Page 352:20 to 352:21

00352:20      Q.  Were you able to recall what a thermistor
      21  is, Mr. Hughes as --


Page 352:23 to 353:08

00352:23      Q.  -- as part of your review last night?
      24      A.  After looking at your reminder of the
      25  brochure from the -- the product brochure, I see
00353:01  they call that device a Thermistor Thermometer.
      02  We just called it a thermometer.
      03      Q.  So on Page 4 of Exhibit 9009, which is at
      04  Bates 109284, is it your understanding that the
      05  procedure there described on June 21st involving
      06  a ther -- a thermistor measuring 77 degrees and a
      07  thermistor measuring 96 degrees are, in fact,
      08  temperature measurements?


Page 353:10 to 353:13

00353:10      A.  (Reviewing document.)  The document says
      11  that the thermistor measured 77 degrees
      12  centigrade and that the thermistor measured 96
      13  degrees centigrade.


Page 356:13 to 356:20

00356:13  I'm going to refer back to the Annotated
      14  Index for the notebook, and this was previously
      15  marked as Exhibit 10366.  Looking at the fifth
      16  line down, the "Event Date" is June 3rd, and the
      17  "Short Description" is "Post-cut BoP exit plume
      18  survey."
      19      What can you tell me about this
      20  temperature measurement, Mr. Hughes?


Page 357:05 to 357:13

00357:05      A.  -- Tab 24, dated 6/3.  And June 3rd,
      06  2010, begins with an E-mail from
      07  "dplathrop@gmail.com" -- I guess Daniel La --
      08  Lathrop to Ellen Williams.  I know neither of
      09  these people.
      10      Q.  Okay.  And the -- the document that
      11  you're referring to, I'm going to mark as Exhibit
      12  10379.
      13      (Exhibit No. 10379 marked.)


Page 357:20 to 357:20

00357:20      A.  So it was in BP's records and --

Page 358:02 to 358:16

```
00358:02       Q.  What did your review of Exhibit 10379
     03   tell you about this temperature measurement?
     04       A.  So that number is -- you're referring to
     05   is two -- two --
     06       Q.  Bates 26999.
     07       A.  Nine.  Okay, okay.
     08       Q.  Tab 24 in your binder.
     09       A.  Correct.
     10           It's a piece of information that was in
     11   our records that -- that this individual -- Peter
     12   Gallagher sent an E-mail to Andy Leonard, Simon
     13   Bishop, Frank Sweeney, Andy Woods, and this
     14   Mr. "Phalhrop."
     15       Q.  I -- I think the name is Car --
     16   Carragher, Peter Carragher.
```

Page 358:23 to 359:13

```
00358:23       A.  Carragher, yes.
     24           Carragher sent this E-mail, and in this
     25   E-mail he says:  Here's -- "Here is" the
00359:01   "temperature information -" the "best we have
     02   right now."  And he refers to reservoir
     03   temperature, he refers to a temperature, he says,
     04   "at separator," which is 80 feet above the sea
     05   level.  So I -- I don't know what he's referring
     06   to there.  And he also refers to a "temperature
     07   at depth."  I don't know where these temperatures
     08   came from.
     09       Q.  What is the "temperature at depth" that
     10   he refers to?
     11       A.  He has a -- at "5,001 feet, 185 degrees
     12   F, Temperature of O&G from top of BOP June 3rd
     13   2010."
```

Page 361:11 to 361:22

```
00361:11       Q.  (By Ms. King) And your Annotated Index
     12   says accord -- in the "Notes" here, next to
     13   "Post-cut BoP exit plume survey," "According to
     14   email from Peter Carragher, temp at plume exiting
     15   BoP at TVDSS 5001" feet "was 185" Fahrenheit.
     16           So your Annotated Index says that this
     17   was a temperature of the plume; is that correct?
     18       A.  The Annotated Index says temperature "at
     19   plume exiting BoP at TVDSS 5001...was 185" --
     20       Q.  And that plume would be the plume of oil
     21   and gas; is that correct?
     22       A.  I assume that's what it means.
```

Page 362:01 to 362:02

```
00362:01      Q.  What was happening around that time, on
      02  June 3rd, in the response effort?
```

Page 362:04 to 362:05

```
00362:04      A.  I don't recall specifically what was
      05  happening on June 3rd.
```

Page 362:20 to 363:02

```
00362:20      Q.  (By Ms. King) Stipulation 90 reads:  "On
      21  June 3, 2010, ROV-operated super shears
      22  successfully cut the riser from the Deepwater
      23  Horizon's LMRP."
      24          Sir, does -- and -- and the description
      25  of Tab 24 in your Annotated Index says "Post-cut
00363:01  BoP exit plume survey."
      02          What does "Post-cut" mean?
```

Page 363:10 to 363:18

```
00363:10      A.  "Post-cut" could mean any time after we
      11  cut.
      12      Q.  After you cut what?
      13      A.  The riser.
      14      Q.  Okay.  But this E-mail does say that the
      15  measurement was taken June 3rd, 2010, correct,
      16  which is the date that the riser was cut?
      17      A.  It says the:  "Temperature of" -- "of O&G
      18  from top of BOP on June 3rd 2010."
```

Page 364:16 to 365:02

```
00364:16  MS. KING:  Yes.  I'm pointing to the
      17  seventh line down, "Event Date" June 10th, "Short
      18  Description" "Top hat measurement."  And your
      19  Annotated Index says:  "Recommended that sampling
      20  be done where the plume was exiting the top hat
      21  because those would likely be the 'highest, most
      22  representative samples...' Reading obtained was
      23  52..." degrees "at base of top hat... Survey
      24  deemed not successful..."
      25          My question was:  Was this sample taken?
00365:01  This is a temperature measurement of the oil and
      02  gas inside of the Top Hat.
```

Page 365:04 to 365:06

```
00365:04      A.  Okay.  I would like to look at those four
      05  tabs, 27, 28, 29, and 30, to refresh myself, if
```

```
        06   you don't mind.
```

Page 365:10 to 366:02

```
00365:10        A.  These four E-mails -- or four tabs are --
      11   refer to E-mails that were -- that started when
      12   we got a request from Mr. Mike Fowler to get a
      13   temperature reading on the oil plume exiting the
      14   Top Hat.  And they put in a request to our people
      15   in the HIVE to coordinate this activity offshore
      16   with the ROVs.
      17        And from the record that I read in -- in
      18   Tab 29, which is a Document 60462, Mike Fowler
      19   responds to -- looks like he sends a note to
      20   himself and -- and myself, and others:  "...we
      21   were unsuccessful in getting a good temperature
      22   reading.  Under the skirt, the highest reading we
      23   obtained was 52 deg F.  We were unable to
      24   accurately find a vent on the top due to the oil
      25   plume.  Expected Well Head temperature is
00366:01   approximately 170 deg; so we weren't even close.
      02   - Mike."
```

Page 366:05 to 366:11

```
00366:05        Q.  Let's mark to Tab 27, if you don't mind.
      06   Let's -- let's go through them a little bit one
      07   at a time, so that the record can be clear about
      08   which document we're referring to when we're
      09   discussing them.
      10            MS. KING:  Your Tab 27, we're going
      11   to mark as Exhibit 10380.
```

Page 367:10 to 367:12

```
00367:10        Q.  What was the purpose of taking this --
      11   taking the temperature measurements at these
      12   indicated sample points?
```

Page 367:19 to 367:25

```
00367:19        Q.  (By Ms. King) On that same page that we
      20   were reviewing in the "Notes," it says:  "Take
      21   temp readings in several locations in the plume
      22   in order to get a representative sample of
      23   flowing Wellhead temp."
      24            Does that refresh your memory about the
      25   purpose of taking these temperature readings?
```

Page 368:03 to 368:05

```
00368:03        A.  Oh, okay.  Okay.  It -- the document
```

```
        04   says:  "...in order to get a representative
        05   sample of flowing Wellhead" temperature.
```

Page 368:18 to 368:20

```
00368:18      Q.  (By Ms. King) Why did Mike Fowler send
        19   this to you, and why did he discuss it with you
        20   "in the Hive" as he says in his E-mail?
```

Page 368:22 to 369:08

```
00368:22      A.  I was the Team Leader of the people in
        23   the HIVE, and -- and I don't recall having a
        24   conversation with Mike Fowler.  I don't even
        25   recall who Mike Fowler is.  But he may have come
00369:01   and spoke to me as the Team Leader, and -- and we
        02   may have had a discussion about getting this work
        03   done.
        04          It appears that I said -- I asked him for
        05   a one-page instruction, so it would be clear what
        06   we were to do for him, and probably told him to
        07   submit it to my Team Members.  They'd get it on
        08   the priority list.
```

Page 369:17 to 369:23

```
00369:17      Q.  (By Ms. King) And he says:  I'm
        18   "...submitting a one page instruction as
        19   requested."
        20          And you just testified that most likely
        21   you had requested that he send you this one-page
        22   instruction so that the ROV Teams would know
        23   where -- where to take the samples?
```

Page 369:25 to 369:25

```
00369:25      Q.  (By Ms. King) Is that correct?
```

Page 370:02 to 370:10

```
00370:02      A.  Typically -- typically when we got a
        03   one-page instruction, we had a form that was
        04   called a Work Request Form.
        05      Q.  (By Ms. King) Okay.
        06      A.  That was typically filled out by hand,
        07   and brought in, and -- and the paper was given to
        08   someone, and it was logged as an activity that we
        09   would work into the work schedule, and depending
        10   on priority, it moved up or down.
```

Page 370:14 to 370:18

```
00370:14        Q.  Would you normally request instructions
      15   on ROV operations if someone's requesting that a
      16   sample be taken or a temperature measurement be
      17   taken?
      18        A.  I might, depending on the work scope.
```

Page 371:16 to 371:17

```
00371:16   Let's move to your Tab No. 29, and we're
      17   going to mark this as Exhibit No. 10381.
```

Page 376:20 to 377:03

```
00376:20        Q.  (By Ms. King) Let's move on to your
      21   Tab 30.
      22            For the record, this is an E-mail from
      23   Matthew Maharaj to Michael Leary, and you're cc'd
      24   on this E-mail.  It's dated June 10th.  The
      25   "Subject" is "DW Horizon IMT Ops Update #112."
00377:01            Would you routinely receive Ops Updates
      02   like this one, Mr. Hughes, in the course of your
      03   work for the DEEPWATER HORIZON response?
```

Page 377:05 to 377:06

```
00377:05        A.  I received lots of updates during the
      06   response time.
```

Page 377:19 to 377:19

```
00377:19   (Exhibit No. 10382 marked.)
```

Page 382:11 to 382:17

```
00382:11        Q.  And when your notes describe here
      12   temperature reading locations on risers to the Q,
      13   would those risers have been carrying the
      14   hydrocarbons you just referred to to the Q4000?
      15        A.  The riser that was hanging below the
      16   Q4000 was collecting hydrocarbons and carrying it
      17   up to the surface.
```

Page 383:01 to 383:06

```
00383:01        Q.  Let's refer to the diagram, then, of
      02   where these temperatures were taken that is found
      03   within your binder, and that's in Tab 32.
      04            I'm going to mark this Tab 32 as Exhibit
      05   No. 10383.
      06            (Exhibit No. 10383 marked.)
```

Page 384:04 to 384:10

```
00384:04        Q.  Can you describe to me the sample points
     05    that are indicated on this diagram, Mr. Hughes,
     06    or the -- the temperature measurement locations?
     07        A.  When I looked this over in preparation
     08    for this deposition, I was not able to
     09    specifically identify exactly where these points
     10    were taken at.
```

Page 384:18 to 385:06

```
00384:18        A.  Okay.  16477.  On the left-hand of the
     19    sketch, it shows the left top is the ENTERPRISE,
     20    with the riser and the Top Hat.  At the bottom is
     21    the Macondo BOP.
     22            And the detail below that shows -- or
     23    above it, rather, where it has labels "T5," "T4,"
     24    and "T3," it shows connections to the choke and
     25    kill lines on the BOP with flexible lines over to
00385:01    a subsea manifold, which is then connected to
     02    a -- another line that runs over to the riser to
     03    the Q4000.
     04        Q.  Were there hydrocarbons flowing from the
     05    BOP up to the Q4000 through this flexible tubing
     06    and riser?
```

Page 389:04 to 389:25

```
00389:04        Q.  (By Ms. King) Okay.  I'd like to turn to
     05    the video stills, which are still within that
     06    same exhibit.  This is Exhibit 10383.  What do
     07    these photographs depict at Bates 1647 through
     08    16481, Mr. Hughes?
     09            MR. SOTSKY:  Pardon me, Counsel.  Do
     10    you mean at 16478?
     11            MS. KING:  Correct.  16478.
     12            MR. SOTSKY:  Through what number,
     13    Counsel?
     14            MS. KING:  Through 16482.  My
     15    mistake.
     16            MR. SOTSKY:  Thank you.
     17        A.  They are stills of the ROV manipulator
     18    arm holding the temperature probe against some
     19    piece of subsea architecture.
     20        Q.  (By Ms. King) Where in the picture is the
     21    temperature probe?
     22        A.  At the end of the -- the whip.
     23        Q.  What is -- what are you referring to as
     24    the "whip"?
     25        A.  The cable.
```

Page 391:03 to 391:17

```
00391:03  Does this video still represent what the
     04   ROV operator would see as the operator is
     05   attempting to place the probe in the location for
     06   the temperature reading?
     07       A.  It would be one of the visual aids that
     08   he would have to see how he's placing the probe.
     09       Q.  What would the other visual aids be?
     10       A.  He might have -- there's more than one
     11   camera mounted on the vehicle, so he would --
     12   he -- he probably would be -- would be using all
     13   of his views.
     14       Q.  He would have views from different
     15   angles, is that what you're saying?
     16       A.  Would he have views from different
     17   angles.
```

Page 392:15 to 392:20

```
00392:15       Q.  Do you recognize the location of the
     16   temperature measurement in any of the other video
     17   stills?
     18       A.  The one marked 16481 appears to be on a
     19   gooseneck connected to either the choke or the
     20   kill side of the BOP.
```

Page 394:23 to 395:06

```
00394:23  (Exhibit No. 10384 marked.)
     24   MS. KING:  We're marking this as
     25   Exhibit No. 10384.  For the record, this is an
00395:01   E-mail from Gordon Birrell on July 2nd to Trevor
     02   Hill, Paul Tooms, and Cheryl Grounds.  The
     03   "Subject" says "RE:  Temperature measurement."
     04       Q.  (By Ms. King) Have you seen this E-mail,
     05   this string of E-mails before, Mr. Hughes?
     06       A.  I think I have seen this one.
```

Page 395:09 to 395:11

```
00395:09       Q.  (By Ms. King) And what do you know about
     10   this E-mail, having seen it before?  In what
     11   context did you see it?
```

Page 395:14 to 396:14

```
00395:14       A.  I reviewed it with my attorneys in
     15   preparation for this deposition.
     16       Q.  (By Ms. King) Okay.  Trevor Hill, in the
     17   second E-mail, says:  "The one-off measurement of
     18   fluid temperature at the well head is important.
     19   In the event that we are unable to make a
     20   measurement of the total fluid flowrate leaving
```

```
        21   the well (e.g. if the rate remains greater than
        22   the collection capacity up until we shut-in/kill
        23   the well), then estimates of flowrate are likely
        24   to be used in any future discussions of
        25   liability."
00396:01         In the second paragraph, he says:
        02   "Reser" -- "Reservoir temperature is around 243
        03   Fahrenheit, and internally we have been using
        04   200F as a working value for fluid temperature at
        05   riser exit.  Others external to the company may
        06   be carrying different estimates.  Obviously the
        07   estimate error could be in either direction.
        08   However, there is probably more scope to
        09   underestimate the temperature than overestimate -
        10   and an underestimate works against us (less gas
        11   so more oil for a given velocity.)"
        12         Mr. Hughes, why is Trevor Hill asking for
        13   a measurement of fluid temperature at the
        14   wellhead on July 1st?
```

Page 396:23 to 396:24

```
00396:23     A.  I -- I don't know why these folks were
        24   contemplating measuring temperature.
```

Page 398:25 to 399:02

```
00398:25     Q.  (By Ms. King) Are you aware of the use of
00399:01   200 Fahrenheit as a working value for fluid
        02   temperature at the riser exit --
```

Page 399:04 to 399:04

```
00399:04     Q.  (By Ms. King) -- during the response?
```

Page 399:07 to 399:20

```
00399:07     A.  I'm a -- I'm aware that -- that 200
        08   degrees Fahrenheit was used.  I believe there was
        09   an E-mail that we looked at earlier that referred
        10   to it as -- as a number to use with respect to
        11   designing some -- some of the collection systems.
        12     Q.  (By Ms. King) What was the basis for the
        13   200 degrees Fahrenheit working number?
        14     A.  I -- I'm not a hundred percent sure that
        15   I understand what it was -- what the basis was.
        16   The -- the E-mail that I read and referred to
        17   earlier was -- it was used as a design basis,
        18   which would -- as an Engineer, you would think
        19   that that would be a number that would not be
        20   exceeded during use of whatever they designed.
```

Page 402:13 to 402:25

```
00402:13      Q.  (By Ms. King)  Okay.  I'm marking Tab 35
     14   as Exhibit No. 10385.  This is an E-mail from
     15   Paul Anderson to Marcus Rose on Monday,
     16   July 12th.  He writes:  "Max temp reading in the
     17   plume was 111.895 degrees Fahrenheit.  The body
     18   below the BOP was 41 degrees Fahrenheit."
     19         Where was this temperature measurement
     20   taken that's referred to in Exhibit No. 10385 as
     21   the temperature reading in the plume of 111.8
     22   degrees Fahrenheit?
     23      A.  I'm not sure exactly where it was taken.
     24   The E-mail says "reading in the plume."  I can
     25   only go from what's in the E-mail.
```

Page 404:22 to 405:07

```
00404:22      Q.  Who is Paul Anderson?  Do you know who
     23   Paul Anderson is?
     24      A.  I do.
     25      Q.  Who is he?
00405:01      A.  Paul Anderson is an Agency Consultant
     02   that works -- was working for me at the time.
     03      Q.  In what capacity did he work for you?
     04      A.  From this E-mail, I'm -- I'm believing
     05   that -- I am not sure -- that Paul was one of the
     06   Vessel Representatives on behalf of BP on a
     07   vessel.
```

Page 405:12 to 405:14

```
00405:12      Q.  Would he have sent this type of E-mail to
     13   Marcus Rose or others in the normal course of his
     14   work as a Vessel Representative?
```

Page 405:16 to 406:03

```
00405:16      A.  This E-mail that he sent was in direct
     17   response to the one below where -- where Marcus
     18   was asking for the temperature to be sent to
     19   Marcus.
     20      Q.  (By Ms. King) Did you -- do you -- did
     21   you work with Marcus Rose?
     22      A.  Yes.
     23      Q.  What did Marcus Rose do for you?
     24      A.  Marcus -- at this time in July 12th, my
     25   recollection is that Marcus was ROV Coordinator
00406:01   in the HIVE.  So it would have been part of his
     02   normal job at that time to transition information
     03   back and forth from the Field.
```

Page 406:09 to 406:18

```
00406:09        Q.  And you can't tell me how it was taken?
      10        A.  All of our temperature readings, that I'm
      11   aware of, were taken with the Oceaneering probe.
      12        Q.  Via ROV?
      13        A.  Via ROV.
      14        Q.  The same brick that we saw in the
      15   pictures from the previous Q4000 riser photos?
      16        A.  I don't -- I don't recall any other
      17   method that we used other than the Oceaneering
      18   tool.
```

Page 407:12 to 408:19

```
00407:12        Q.  (By Ms. King) Mr. Hughes, before the
      13   break, I was asking you a little bit about the
      14   200 degree Fahrenheit temperature that Trevor
      15   Hill mentioned as the working estimate.  Your
      16   Counsel mentioned that perhaps you could discuss
      17   that number a little bit more.  What -- what do
      18   you know about that number?
      19        A.  Tab 22 in my binder, which has a -- three
      20   E-mails, a string, the oldest of the E-mails
      21   begins with Norm McMullen to Trevor Hill, asking
      22   for a predicted measured temperature for Q4000
      23   design.
      24             And the next E-mail, which is Trevor Hill
      25   back to Norm McMullen on June 2nd, copied to
00408:01   several other people, "Subject: RE:  ACTION:
      02   Need predicted/measured BOP temperatures for
      03   Q4000 design," this E-mail outlines the basis for
      04   the 200 degrees.  It says:  "Norm, Matthew
      05             "To date we've been using a 'working
      06   number' of 200" degrees Fahrenheit "to estimate
      07   non-design critical issues such as gas content
      08   at" the "riser kink.
      09             "Measurements made by ROV showed a
      10   maximum of about 175" degrees "F, and the..."
      11   basis "of measurement in cold" water -- "cold
      12   seawater was felt to be an under-read, so actual
      13   likely to be higher than 175" degrees "F."
      14        Q.  Mr. Hughes, it actually -- it actually
      15   says that it's "...the bias of measurement in
      16   cold seawater..."
      17             Is that correct?
      18        A.  I'm sorry.  Let -- yeah.  "...and the
      19   bias of measurement in cold seawater..."
```

Page 409:03 to 409:04

```
00409:03  MS. KING:  Let's mark this as
      04   Exhibit 1036 -- wait.  10389.
```

Page 409:21 to 411:25

```
00409:21  (Exhibit No. 10389 marked.)
      22      Q.  (By Ms. King) Returning back to the
      23  July 12th, 13th measurements at the plume.
      24  Tab 41 was one of the documents that you were
      25  relying on for your knowledge of these plume
00410:01  measurements; is that correct, Mr. Hughes?
      02      A.  Tab 41 is a -- a reference document or
      03  E-mail in -- in -- in my book, yes.
      04      Q.  And it's -- it's listed next to this
      05  July 12th "Plume and below BoP/at wellhead
      06  before...Capping Stack installation procedure" as
      07  one of the tabs relevant to this temperature
      08  measurement; is that correct?
      09      A.  The Annotated Index table shows Tab 41
      10  next to July 12th and 13th.
      11      Q.  Okay.  The second E-mail on this
      12  document, says:  "Reading at the Plume on" July
      13  12th, 2010 "are as followed:
      14      "At 00:09 at plume reading was 106..."
      15  Fahrenheit.
      16      "At 12:28 At plume reading was 102"
      17  degrees Fahrenheit.
      18      Do you know where these plume temperature
      19  measurements were taken, Mr. Hughes?
      20      A.  What I know is what I read in the E-mail,
      21  and -- and -- and it would -- and that it was in
      22  the plume.  Specifically where, I do not know.
      23           MS. KING:  I'm going to mark this as
      24  Exhibit No. 10386.
      25      Q.  (By Ms. King) Tab 36 is also one of the
00411:01  documents that you considered in relation to the
      02  July 12th plume temperature measurements; is that
      03  correct?
      04      A.  Tab 36 has an E-mail from Mike Webber to
      05  various people, title:  "BOP Connections update
      06  July 12 0530."
      07      And that was referenced in -- on my an --
      08  "Annotated Index for Notebook" on July 12.
      09      Q.  And this document says:  "The temperature
      10  reading in the plume was completed."
      11      And it's dated July 12, 2010?
      12      A.  Mike Webber says in his note that:  "The
      13  temperature reading in the plume was completed."
      14           MS. KING:  I'm going to mark this as
      15  Exhibit No. 10387.
      16      Q.  (By Ms. King) You also referred to Tab
      17  No. 37 to discuss the July 12th plume readings;
      18  is that correct, Mr. Hughes?
      19      A.  Tab 30 --
      20      Q.  Tab 37?
      21      A.  Tab 37 E-mail from Leith McDonald to
      22  Trevor Hill titled "Plume Temperature Reading" is
      23  referenced on July 12th on the Annotated Index.
```

```
      24           MS. KING:  I'm going to mark this as
      25  Exhibit No. 10388.
```

Page 412:17 to 412:18

```
00412:17  Was there a gauge on the BOP that
      18  provided temperature measurements?
```

Page 412:20 to 413:01

```
00412:20      A.  There was a transducer at the base of the
      21  BOP that we attempted to get temperature readings
      22  from early on.
      23      Q.  (By Ms. King) Did that transducer provide
      24  any temperature measurements?
      25      A.  I don't believe we got ever any
00413:01  temperature readings from that transducer.
```

Page 414:15 to 415:14

```
00414:15      Q.  (By Ms. King) So we've discussed
      16  temperature measurements on the riser.  These are
      17  referred to in your chart from April 28th to
      18  May 3rd.
      19           We discussed the possible flex joint
      20  plume survey, going through your chart here, but
      21  it's unclear whether that was also from the
      22  measurements on the riser.
      23           We discussed a post-cut BOP exit plume
      24  survey on June 3rd.
      25           We discussed the Top Hat measurement on
00415:01  June 10th.
      02           We discussed the survey of the choke line
      03  to the Q4000 on July 19th, and we discussed -- on
      04  June 19th, rather.
      05           And we discussed measurements taken in
      06  the plume before installation of the three-ram
      07  capping stack in mid-July.
      08           And we also discussed a temperature
      09  measurement that was taken by Woods Hole
      10  Oceanographic Institution on June 21st.
      11           Are you aware of any -- as BP's Corporate
      12  Represent -- Representative, are you aware of any
      13  other temperature measurements taken in the
      14  flowing oil at or near the wellhead?
```

Page 415:17 to 416:06

```
00415:17      A.  I'm -- I'm not aware of any other
      18  measurements at or near the wellhead.
      19      Q.  (By Ms. King) To the best of your
      20  knowledge, does the Annotated Index reflect a
      21  complete list of the temperature measurements
```

```
        22    taken during the Macondo Well response, aside
        23    from the Woods Hole Oceanographic Institution
        24    temperature measurement we also discussed?
        25        A.   To the best of my knowledge, these are
00416:01    the records that BP has with respect to -- to
        02    temperature measurements that were taken during
        03    the Macondo Incident.
        04        Q.   And these are all of the -- these reflect
        05    all of the temperature measurements for which BP
        06    has documentation?
```

Page 416:11 to 416:13

```
00416:11        A.   It's my understanding this is all BP has
        12    been able to find of the temperature
        13    measurements.
```

Page 420:06 to 420:08

```
00420:06        Q.   (By Ms. King) Are you aware of any other
        07    pressure measurements that ROVs were asked to
        08    take, other than reading the gauge on the BOP?
```

Page 420:10 to 421:05

```
00420:10        A.   I believe we -- we -- we mounted an
        11    analog gauge on the -- one of the lines coming
        12    into the top of the flex joint.  It's the boost
        13    line, I believe.
        14        Q.   (By Ms. King) If we refer to my
        15    Tab 10.
        16            MS. KING:  I'd like to mark the
        17    cover E-mail, as well as the attached "Boost Line
        18    Internal Plug Installation and Pressure
        19    Monitoring Procedure," as Exhibit No. 10390.
        20            (Exhibit No. 10390 marked.)
        21        Q.   (By Ms. King) For the record, this is an
        22    E-mail from Vern Buzarde -- I'm sorry if I'm not
        23    pronouncing that correctly -- to yourself, as
        24    well as Luis Gutierrez, Hans Kros, and Hunter
        25    Taylor.  It's dated May 3rd.
00421:01            Do you recognize this document, the --
        02    the attached Boost Line Procedure, Mr. Hughes?
        03        A.   (Reviewing document.)
        04            I remember us having a document.  I
        05    don't -- I don't remember this specific document.
```

Page 421:13 to 421:15

```
00421:13        Q.   What is that sup -- what is your name
        14    supposed to be denoting there?  Are you the
        15    person who approved this document?
```

Page 421:17 to 422:02

```
00421:17        A.  No.  Approval of the document is William
      18  Broman and Perry Hill.
      19        Q.  (By Ms. King) Okay.
      20        A.  I -- I or my Team would have worked with
      21  Mr. Buz -- Buzarde to -- to develop this
      22  procedure to -- to access the boost line and --
      23  and attempt to install a pressure gauge, I
      24  believe is what the procedure was.
      25        Q.  Would the pressure gauge on the boost
00422:01  line have indicated the pressure inside of the
      02  blowout preventer?
```

Page 422:04 to 422:04

```
00422:04        A.  I don't -- I don't know.
```

Page 422:06 to 422:10

```
00422:06        A.  It would have indicated the pressure of
      07  whatever fluids were -- were touching the gauge
      08  from whatever their source was.  And I -- I don't
      09  recall exactly the plumbing of the top of the
      10  BOP.
```

Page 422:13 to 423:03

```
00422:13  MS. KING:  I'm going to mark this as
      14  Exhibit No. 10391, both the cover E-mail as well
      15  as the attachment.
      16        (Exhibit No. 10391 marked.)
      17        Q.  (By Ms. King) For the record, this is an
      18  E-mail from Luis Gutierrez to yourself, John
      19  Hughes, Daniel Gutierrez, and Steve Crutchfield
      20  on May 9th, and the "Subject" is "Boost line
      21  Internal Plug Installation and Pressure -
      22  Overview Schematic."  And in the text, it says:
      23  "Change: Added a pressure gauge to the Pipe
      24  Plug."
      25        Looking at this schematic, Mr. Hughes,
00423:01  does this help refresh your recollection of the
      02  plumbing of the boost line and where the pressure
      03  gauge was installed?
```

Page 423:06 to 423:13

```
00423:06        A.  I remember where the gauge was installed.
      07        Q.  (By Ms. King) Where was it installed?
      08        A.  It was -- it was installed downstream of
      09  the mud boost line valve; or upstream, depending
      10  on which way you're looking at it.
```

```
        11       Q.  When you say "downstream," do you mean
        12   closer to the BOP?
        13       A.  No.  Further --
```

Page 423:15 to 423:15

```
00423:15    A.  -- away from the BOP.
```

Page 423:17 to 423:25

```
00423:17  And can you -- is it possible to describe
        18   on this diagram where the gauge was located?
        19       A.  The gauge was -- if you look at the
        20   sketch, and it says "MUD BOOST LINE" on two sides
        21   of a valve, and you go to the right side and it
        22   shows "Internal Plug."
        23       Q.  Yes.
        24       A.  And then there's a little gauge there.
        25   That's the gauge.
```

Page 424:04 to 424:07

```
00424:04    Q.  (By Ms. King) Did I circle the right
        05   gauge, Mr. Hughes?
        06       A.  I believe that's the gauge that you
        07   circled.
```

Page 424:09 to 424:12

```
00424:09  Other than the boost line pressure gauge
        10   and the gauge on the BOP itself, are you aware of
        11   other pressure gauges that would have indicated
        12   the pressure inside of the BOP potentially?
```

Page 424:14 to 425:13

```
00424:14    A.  I'm not aware of other gauges that were
        15   attached to the BOP.
        16       Q.  (By Ms. King) I'd like to move now to
        17   discuss video recorded by the ROVs.  When you
        18   first described your job duties, you mentioned
        19   that some of your Team Members were responsible
        20   for recording video, and then some of that video
        21   was later processed or saved in different ways.
        22   So I'd like to ask about your personal knowledge
        23   of that videotape process from -- from ROVs.
        24       Who -- who decided what the ROVs would
        25   film?
00425:01    A.  Initially the ROVs at the very beginning
        02   filmed what they and the team offshore felt was a
        03   critical activity; in other words, might we have
        04   to play this back and look at what we just did.
```

```
05      So they -- they would make their own decisions on
06      what they would -- on what they would record.
07          Q.  And --
08          A.  And that's common in subsea construction.
09      It's normally how we do our business.
10          Q.  Who was the person who would decide that
11      "This was a critical activity that we would need
12      to film"?
13          A.  It --
```

Page 425:16 to 426:21

```
00425:16        A.  It could be the -- the OCM onboard.
      17        Q.  (By Ms. King) What's the OCM?
      18        A.  The Offshore Construction Manager who
      19    would work for the Company that would charter the
      20    vessel; Oceaneering, Aker Solutions, two
      21    different companies that we used.  It could have
      22    been the ROV Supervisor himself.  It could have
      23    been BP's Representative.  I don't know.
      24        Q.  When the ROVs are operating, you describe
      25    that they -- they're using cameras in order to be
00426:01    able to orient themselves and -- and see the
      02    environment.  Is that video footage normally
      03    recorded and stored somewhere, or are you saying
      04    that it's only recorded and stored for these
      05    critical operations?
      06        A.  In the early phase of the response --
      07    well, there was two phases of the response.  We
      08    record -- the -- the guys followed normal subsea
      09    construction procedure, which was record one
      10    camera for the critical activities.
      11        Q.  And when did that phase end and the
      12    second phase begin?
      13        A.  I don't recall when that happened.
      14        Q.  Do you have a general idea of how long
      15    the first phase was?  About a month, or a week?
      16        A.  I -- I don't recall.
      17        Q.  And then what happened in the second
      18    phase in terms of video recording procedures?
      19        A.  We asked them to record everything they
      20    did.
      21        Q.  How was that footage saved?
```

Page 426:24 to 427:08

```
00426:24        A.  I don't recall exactly.  They had DVDs.
      25    Some of it could have been recorded on DVDs.
00427:01    They also -- I know later on, some of the vessels
      02    we were actually recording straight to hard
      03    drives and just pulling the hard drives out and
      04    sending them to the beach.
      05        Q.  (By Ms. King) Who -- do you recall who on
      06    your Team was responsible for maintaining the
```

```
07    video recordings or copying them or sending them
08    to the beach?
```

Page 427:10 to 427:24

```
00427:10        A.  Source Control was the ultimate custodian
      11    of the data that we collected.  So there was an
      12    instruction -- and I don't recall where it is --
      13    but I believe there was an instruction written on
      14    how to record the data and send it in.  And
      15    that -- I believe that instruction went out from
      16    our ROV Coordinators in consultation with Source
      17    Control.
      18        Q.  (By Ms. King) Who wrote the instruction?
      19        A.  I don't remember who wrote the
      20    instruction.
      21        Q.  Who was -- when you say "Source Control
      22    was the custodian," what individual would have
      23    been in charge of the video recordings in Source
      24    Control?
```

Page 428:02 to 429:01

```
00428:02        A.  There were various people that went
      03    through that -- that Group.  Depending on the --
      04    what phase of -- I don't recall any specific
      05    names --
      06        Q.  (By Ms. King) Okay.
      07        A.  -- who was looking after that.
      08        Q.  Did -- do you recall receiving requests
      09    for high quality video from ROVs?
      10        A.  Yes.
      11        Q.  And who made those requests?
      12        A.  I received a number of requests for HD
      13    video, or high-definition video.  Some came from
      14    within the Team -- the Teams working with us at
      15    Westlake 4 in Houston, and some requests came
      16    from the Teams at the Unified Area Command.
      17        Q.  Was there ever a request for
      18    high-definition video that you weren't able to
      19    meet?
      20        A.  What do you mean, we "weren't able to
      21    meet"?
      22        Q.  You weren't able to meet the request
      23    because -- I -- I'm not sure -- perhaps the ROVs
      24    were too busy doing something else, or you were
      25    directed not to provide it?
00429:01        A.  If we --
```

Page 429:04 to 430:03

```
00429:04        A.  If we received a request and it -- it was
      05    put on our priority list of things to do which
```

```
        06   was delivered to us by Source Control -- they set
        07   the priorities every day.  You showed me one of
        08   those sheets -- we collected the data.
        09        Q.  (By Ms. King) Is that the Operations
        10   Action Plan?  Is that the -- the type of sheet
        11   that you're referring to?
        12        A.  Yes, I'm referring to the Operations
        13   Action Plan.  That was how we set our priorities
        14   for the day.
        15        Q.  Who was in charge of Source Control, as
        16   you label it?
        17        A.  It -- it varied.  There was different
        18   individuals that rotated through Source Control.
        19        Q.  Is there someone primarily who you could
        20   name or --
        21        A.  There was a gentleman by the name of Paul
        22   Sullivan that was in Source Control.  There was a
        23   gentleman by the name of Perry Hill, William
        24   Broman.  There were others.  I -- I just don't
        25   recall.
00430:01        Q.  Thank you.  Who was responsible for
        02   maintaining the video once it had already been
        03   recorded and put on DVD or saved on a hard drive?
```

Page 430:05 to 430:17

```
00430:05        A.  I don't know specifically the process
        06   that Source Control went through.  I think
        07   Deloitte was there helping Source Control.
        08        Q.  (By Ms. King) Was there someone on your
        09   Team who was responsible for taking the video
        10   from the ROVs and providing it to Source Control?
        11        A.  We did not have a specific person
        12   designated as -- as the BOP -- or the RO -- ROV
        13   video person.
        14        Q.  You mentioned -- wou -- would it be the
        15   Vessel Represen -- the BP Vessel Representative
        16   who would do that?
        17        A.  They --
```

Page 430:20 to 430:22

```
00430:20        A.  The Vessel Representative would probably
        21   help coordinate the shipment of the -- of the
        22   recorded video back to Houston.
```

Page 431:06 to 431:08

```
00431:06        Q.  (By Ms. King) Do you know if it was saved
        07   in the same format as it would have been streamed
        08   live in the HIVE?
```

Page 431:10 to 431:13

```
00431:10      A.  What was streamed in the HIVE was much
      11 lower quality than what we could record offshore.
      12      Q.  (By Ms. King) Much lower quality?
      13      A.  (Nodding.)
```

Page 432:19 to 432:21

```
00432:19      Q.  (By Ms. King) So Source Control would
      20 specify the format of video required for specific
      21 high-definition video recording exercises?
```

Page 432:23 to 433:05

```
00432:23      A.  The requests -- what I recall is requests
      24 that we got from high -- for high-definition
      25 video came from various people or groups.  Source
00433:01 Control would -- would just help us prioritize
      02 that request.  They weren't making decisions
      03 about whether it was do it or don't do it or --
      04 or -- I mean, in terms of quality or anything
      05 like that.
```

Page 434:09 to 434:10

```
00434:09 I'm going to mark this as Exhibit
      10 No. 10392.
```

Page 434:14 to 434:18

```
00434:14      Q.  (By Ms. King) The top E-mail is from
      15 yourself, John Hughes, to Brittany Benko on June
      16 3rd, 2010, and the "Subject" is:  "need unaltered
      17 original" and then a long string of numbers and
      18 letters.
```

Page 434:20 to 434:21

```
00434:20      Q.  Do you recall this E-mail string,
      21 Mr. Hughes?
```

Page 435:01 to 435:06

```
00435:01      A.  I'm aware -- I -- and I remember us
      02 having -- there were E-mails about video quality
      03 and getting -- getting information.  Yes, I do
      04 recall that.  I -- I don't recall these.
      05           I'd have to read through them in detail
      06 to recall specifically what they're all about.
```

Page 440:11 to 441:02

```
00440:11        Q.  (By Mr. Phillips) Okay.  Did you -- do
      12   you recall learning on April 23rd that the well
      13   was actively flowing?
      14        A.  I -- I don't recall anyone ever telling
      15   me the well was actively flowing.
      16        Q.  I'd like to actually just -- look at
      17   Tab 54, which is -- which you actually don't have
      18   the binder.  I apologize -- a document I've
      19   marked as -- or, excuse me, Ms. Sargent has
      20   marked as Exhibit 10393, which is Tab 54 in our
      21   binder.
      22            (Exhibit No. 10393 marked.)
      23        Q.  (By Mr. Phillips) Mr. Hughes, this is an
      24   E-mail from Gordon Birrell to a number of people,
      25   and do you recall that Mr. Birrell is a -- was at
00441:01   this -- at this time a Representative of --
      02   strike that -- employed by BP?
```

Page 441:04 to 441:11

```
00441:04        A.  It is my understanding that Mr. Birrell
      05   was employed by BP at this time.
      06        Q.  (By Mr. Phillips) And you'll see that
      07   this E-mail string begins on the second page of
      08   the document with an E-mail from a Mister --
      09   from -- excuse me, from a -- I believe is that
      10   a -- is the "Maxximum" -- "Maxximum Maxximum 3,"
      11   is that a ROV designation?
```

Page 441:13 to 441:16

```
00441:13        A.  It is an ROV designation.
      14        Q.  (By Mr. Phillips) And is -- it's
      15   addressed to you, do you see that, on April 23rd?
      16        A.  Yes, I see that.
```

Page 441:24 to 442:07

```
00441:24        Q.  Okay.  And then at the top of the last
      25   E-mail on the string, the one at the top of
00442:01   Page 1, Mr. Birrell states, just after the
      02   comment "Do not forward," "All at around 8pm we
      03   found what we think is the end of the riser, it
      04   is in a small crater and black liquid is flowing
      05   from it.  To me it looks like active" pressure --
      06   "pressure rather than relieving residual pressure
      07   but that isn't proven in any way."
```

Page 442:14 to 442:17

```
00442:14        A.  Sir, I'm -- I'm -- I'm not familiar with
      15   this document, and I -- I don't even know who
```

```
16    it's from, because it doesn't say at the top, so
17    I -- I can't comment on that.
```

Page 446:12 to 446:12

```
00446:12  (Exhibit No. 10394 marked.)
```

Page 450:08 to 450:18

```
00450:08  When you arrived on-site at -- to work on
      09  the Macondo incident on April 22nd, that is, on
      10  the Thursday after the blowout --
      11       A.  (Nodding.)
      12       Q.  -- did you know at that time whether any
      13  of the BOP rams were already closed?
      14       A.  No, I did not know.
      15       Q.  Do you know, today, whether any of the
      16  BOP rams were already closed by the time you
      17  arrived at -- on the scene at April 22nd -- on
      18  April 22nd?
```

Page 450:21 to 451:02

```
00450:21       A.  No, I don't -- I don't believe I know
      22  position of any of the rams.
      23       Q.  (By Mr. Phillips) Are you familiar with
      24  the Sperry-Sun realtime data that recorded, among
      25  other things, the drill pipe pressure of the
00451:01  DEEPWATER HORIZON during the DEEPWATER HORIZON's
      02  drilling activities?
```

Page 451:05 to 451:11

```
00451:05       A.  No, I'm not aware of it.
      06       Q.  (By Mr. Phillips) Do you know, during the
      07  efforts to actuate the BOP with ROVs, during the
      08  time that you were working in that regard, did BP
      09  have access to the Sperry-Sun realtime data of
      10  the drill pipe pressure that was present
      11  immediately prior to the blowout?
```

Page 451:14 to 451:21

```
00451:14       A.  I -- I don't know that data.
      15       Q.  (By Mr. Phillips) Did you ask for the
      16  Sperry-Sun data?
      17       A.  Sir, my role was -- was accumulating
      18  equipment, people, to develop a way to actuate
      19  the rams in the BOP.
      20       Q.  Okay.
      21       A.  I did not ask for data.
```

Page 454:03 to 454:23

```
00454:03  MR. PHILLIPS:  I'd like to mark as
      04   the next exhibit, which is Exhibit 10395.
      05        (Exhibit No. 10395 marked.)
      06   Q.  (By Mr. Phillips) And I'm sorry, it's at
      07   Tab 24 in our binder, and I'll describe it after
      08   I've given it to you, sir.
      09        (Discussion off the record.)
      10   Q.  (By Mr. Phillips) Tab 24 is an E-mail
      11   with attachment.  The E-mail is dated May 8th,
      12   2010, from Ricardo Tapia, T-a-p-i-a.  The
      13   "Subject" is "*UAC Approval Requested* BOP Data
      14   Acquisition Phase 1, Rev 0."
      15        And the Bates number of the -- the
      16   first -- Bates number of the first page, excuse
      17   me, is HCG289-018416.
      18        Mr. Hughes, you'll see -- do you see that
      19   you are one of the recipients of this E-mail from
      20   Mr. Tapia?
      21   A.  (Reviewing document.)
      22   Q.  You'll --
      23   A.  Yes, I see my name on this E-mail.
```

Page 457:01 to 457:03

```
00457:01  Well, I'm sorry, let me ask you first:
      02   Do you have an understanding as to what "BOP Data
      03   Acquisition Phase 1" refers to?
```

Page 457:08 to 457:16

```
00457:08       A.  I don't know what the author meant when
      09   he wrote that, but it -- it appears that there's
      10   a -- a set of data collection activities that
      11   were performed on or around the BOP, and that
      12   might be why he wrote the title the way he did.
      13   Q.  (By Mr. Phillips) Now, did you have any
      14   role in connection with any of the data
      15   collection activities that you just referred to
      16   that are referenced in this document?
```

Page 457:18 to 458:17

```
00457:18       A.  I was supervising the HIVE and the people
      19   that were in the HIVE, and we were helping to set
      20   priorities and ensure that sensors that were used
      21   offshore by a team, any team, would get there and
      22   get installed, and the data would be collected to
      23   the best of our ability in a very hectic
      24   situation.
      25   Q.  (By Mr. Phillips) And did you -- were you
00458:01  responsible for seeing -- let me strike that.
```

```
02          Let me -- if you look at Page 18421.  And
03     you'll see there at the top it says
04     "Introduction," and then it says:  "This
05     procedure addresses the requirements for
06     diagnostic operations to be carried out from the
07     OI3."
08          Do you have an understanding as to what
09     "OI3" refers to in that context?
10          A.  That would refer to the OI3, Oceaneering
11     INTERVENTION III.
12          Q.  And is that an R -- an ROV?
13          A.  It's an ROV ship.
14          Q.  And then the -- the author of this
15     document continues and says "Phase 1 consists of"
16     and then lists seven different what I take to be
17     diagnostic operations.  Do you see those?
```

Page 458:19 to 458:23

```
00458:19     A.  I see seven things listed, yes.
20          Q.  (By Mr. Phillips) Okay.  Did BP and/or
21     others acting at BP's direction carry out these
22     different Phase 1 tasks that are listed 1
23     through 7 --
```

Page 458:25 to 459:02

```
00458:25     Q.  (By Mr. Phillips) -- during the time
00459:01     that -- I'm sorry -- during the time that you
02     were in the HIVE?
```

Page 459:06 to 459:07

```
00459:06     A.  I don't know whether they completed all
07     seven tasks.
```

Page 462:19 to 462:23

```
00462:19     Q.  (By Mr. Phillips) I'm just speaking
20     generally now.  Was there any point in time where
21     you felt that you did not have the ROVs or could
22     not get the ROVs that you needed to perform your
23     tasks?
```

Page 462:25 to 463:02

```
00462:25     A.  The ROVs that we sourced were capable of
00463:01     performing work at 5,000-foot water depths in
02     this situation, generally speaking.
```

Page 463:06 to 463:06

00463:06  (Exhibit No. 10396 marked.)

Page 463:23 to 464:14

00463:23  The -- did BP -- do you recall requesting
      24  a work release against Master Service Contract
      25  with regard to Oceaneering?
00464:01      A.  I don't recall requesting it in that
      02  specific form, but this appears to be that I
      03  requested OI3 for the response.  And I probably
      04  talked to Oceaneering and asked them if we could
      05  get that ship.
      06         And Chris Sheehan, who was a PSCM
      07  Specialist, mentioned in Tab 5 -- or Point 5 --
      08  5.2, and Linda Morse, who's a PSCM Specialist,
      09  would have put the paperwork in place to ensure
      10  they got paid for the use of that vessel.
      11      Q.  And did you enter -- did -- did BP enter
      12  into agreements of this sort with -- with
      13  Oceaneering for the provision of ROV ships and
      14  ROVs?

Page 464:17 to 464:19

00464:17      A.  We rele -- we gave releases to all the
      18  contractors that we brought in to work on the
      19  response for us.

Page 464:24 to 465:07

00464:24      Q.  Did any other companies provide ROVs for
      25  the response effort?
00465:01      A.  Yes.
      02      Q.  What other companies did so?
      03      A.  Aker Solutions.  We had the IRON HORSE.
      04  I've forgotten which company the IRON HORSE
      05  was -- was with.  Man, I'm drawing a blank here.
      06  There were several others.  I -- I -- I just
      07  can't remember.

Page 468:11 to 468:13

00468:11      Q.  (By Mr. Phillips) And it's correct, isn't
      12  it, sir, that your entire Team was focused on
      13  stopping the flow of oil from the well?  Correct?

Page 468:15 to 468:21

00468:15      A.  The primary responsibility of what we
      16  were trying to do at that time was stop the flow
      17  of oil.
      18      Q.  (By Mr. Phillips) And your whole Team was

```
         19    focused on trying to do that, correct, to achieve
         20    that goal?
         21        A.  The --
```

Page 468:23 to 469:03

```
00468:23       A.  -- complete Team that was there was
         24    trying to do that.
         25        Q.  (By Mr. Phillips) And your Team included
00469:01  both BP employees and BP contractors, correct?
         02        A.  My Team included both BP employees and BP
         03    contractors.
```

Page 469:07 to 469:18

```
00469:07       Q.  (By Mr. Phillips) Did that Team include a
         08    company called BJ Services?
         09        A.  BJ Services for working for us on the
         10    SKANDI NEPTUNE.
         11        Q.  And what about SUBSEA 7?
         12        A.  SUBSEA 7 was one of those boats I
         13    couldn't remember the name of.
         14        Q.  But -- and -- and they were part of
         15    your -- your overall Team attempting to stop the
         16    flow of oil from the well; is that correct?
         17        A.  The SKANDI NEPTUNE contracted by SUBSEA 7
         18    was part of the Team to stop the flow of oil.
```

Page 469:22 to 470:03

```
00469:22       Q.  Cameron, were they a part of the Team?
         23        A.  Cameron was part of the larger Team that
         24    was there working with Transocean, BP, the
         25    Government, et cetera.
00470:01       Q.  And Transocean was part of your Team,
         02    correct?
         03        A.  Transocean was --
```

Page 470:05 to 470:10

```
00470:05       A.  Transocean was part of the larger Team.
         06        Q.  (By Mr. Phillips) Was there anyone -- any
         07    other companies that you recall who you would
         08    have considered part of your Team that you were
         09    working with in attempting to stop the flow of
         10    oil from the well?
```

Page 470:12 to 471:03

```
00470:12       A.  Could I just clarify one point?
         13        Q.  (By Mr. Phillips) Yes, please.
         14        A.  We're using "Team" here in two different
```

```
15   ways.  I had a Team of people that worked for me
16   specifically, BP and contractors.  Then there was
17   the larger BOP Intervention Team, which included
18   people that you're referencing, the Transocean,
19   the Cameron.
20        Q.  I see.
21        A.  I did not lead that Team.
22        Q.  I see.  I see.  Thank you for that
23   clarification.
24   But it was your understanding that
25   everybody working in the HIVE, irrespective of
00471:01   their company affiliation, was working toward a
02   common goal of stopping the flow of oil.  Is that
03   correct?
```

Page 471:06 to 471:08

```
00471:06        A.  To the best of my knowledge, everyone
07   that was there in the HIVE was working to stop
08   the flow of oil.
```

Page 471:13 to 471:18

```
00471:13        Q.  (By Mr. Phillips) This document is
14   Exhibit Number -- I marked as Exhibit No. 10397.
15   It bears -- the first Bates number is B -- P --
16   excuse me, PCG008-000056.  It is entitled,
17   generally speaking, "Deepwater Horizon Forward
18   Plan BOP Stack Intervention Procedures."
```

Page 471:23 to 472:15

```
00471:23        Q.  (By Mr. Phillips) Mr. Hughes, please, if
24   you could, just -- if you could glance through
25   this, at least, and I'm not going to ask you in
00472:01   great detail about the document, but I would like
02   to know, first, if you recognize it.
03        A.  Yes.  I believe I saw this document in
04   preparation for this deposition.
05        Q.  Other than seeing it in preparation for
06   your deposition, sir, do you recall this
07   document?
08        A.  (Reviewing document.)  I -- I recall us
09   preparing documents like this.
10        Q.  Do you -- do you feel this is one
11   iteration of a number of documents similar to
12   this?
13        A.  We prepared a lot of documents, a lot of
14   procedures, and there -- in my mind, two and a
15   half years later, it's very confusing.
```

Page 476:19 to 477:03

```
00476:19      Q.  (By Mr. Phillips) Do you recall that MMS
     20   approval was required for the procedures that
     21   were set forth in this document?
     22      A.  It was my understanding that all
     23   procedures we undertook subsea were approved by
     24   MMS.
     25      Q.  Approved in advance of your actually
00477:01   undertaking the procedures?
     02      A.  Approved in advance of us actually
     03   undertaking the procedures.
```

Page 477:22 to 478:06

```
00477:22      Q.  (By Mr. Phillips) But just generally
     23   speaking, Mr. Hughes, was it your understanding
     24   that prior to undertaking any procedures with
     25   regard to BOP intervention, including the
00478:01   attempted closure of rams or annulars, that MMS
     02   had to approve those procedures before you
     03   actually undertook them?
     04      A.  It was my understanding that the full
     05   Unified Command approved all our procedures
     06   before we undertook any of the procedures subsea.
```

Page 480:12 to 480:25

```
00480:12      Q.  (By Mr. Phillips) Mr. Hughes, I'm now
     13   going to refer you or provide you with a document
     14   that's been included as Tab -- at Tab 6 in our
     15   binder.  This is an exhibit that I -- we've
     16   marked as Exhibit No. 10398.  It appears to be an
     17   E-mail from Mr. Tony Emmerson to a variety of
     18   individuals, and the first Bates number is
     19   BP-HZN-2179MDL05757932.  I'm handing this to you.
     20         Mr. Hughes, you're welcome to look at
     21   this.  My first question will be whether you
     22   recognize the document.
     23      A.  (Reviewing document.)  I might have seen
     24   this document in preparation for my depo -- my
     25   deposition.
```

Page 481:18 to 481:20

```
00481:18      Q.  I said, now, this -- this E-mail attaches
     19   the hot stab procedures to hydraulically close
     20   the pipe ram using ROVs.  Is that correct?
```

Page 481:22 to 482:10

```
00481:22      A.  (Reviewing document.)  There is a
     23   Transocean procedure attached to -- to close the
     24   pipe ram.
     25      Q.  And I think you already asked my next
```

```
00482:01    question I was going to -- answered the next
      02    question I was going to ask, which is:
      03    Transocean drafted or at least helped participate
      04    in drafting these procedures, correct?
      05        A.  It's a Transocean labeled procedure.
      06        Q.  So is -- is it your understanding that it
      07    is a Transocean -- that Transocean at least
      08    participated in drafting these procedures?
      09        A.  It -- it's my understanding that
      10    Transocean wrote these procedures.
```

Page 483:06 to 483:10

```
00483:06        Q.  Well, at the same time that you were
      07    heading up a Team focused on BOP intervention, BP
      08    was also pursuing other ways of potentially
      09    controlling or stopping the flow from the well.
      10    Is that correct?
```

Page 483:12 to 483:22

```
00483:12        A.  Sir, after the -- the incident, BP stood
      13    up hundreds and thousands of people working all
      14    kinds of different initiatives, and I'm not aware
      15    of them all.  There was a lot of things going
      16    on --
      17        Q.  (By Mr. Phillips) And tho --
      18        A.  -- and --
      19        Q.  I'm sorry.  And -- and those were all
      20    going on more or less at the same time in the
      21    April and early May time period, is that correct,
      22    after the incident?
```

Page 483:24 to 484:19

```
00483:24        A.  There were a lot of things happening in
      25    April, late April, early May.
00484:01        Q.  (By Mr. Phillips) Okay.
      02        A.  And -- and to be clear, sir, I did not
      03    lead the Team, the -- on the BOP intervention.  I
      04    was part of the Team.
      05        Q.  I apologize for misstating.
      06            Did you have any role in any of those
      07    other parallel efforts that were going on at the
      08    same time as the ROV intervention efforts that
      09    you were participating in?
      10        A.  We had -- a lot of the things that were
      11    being worked on were subsea in nature.  Myself
      12    and Members of my Team assisted in -- assis --
      13    assisted with the planning and reality checks
      14    with respect to how they could be done subsea.
      15        Q.  Were any of those efforts subsea that you
      16    participated in, in parallel -- that were going
```

```
17    on in parallel with your BOP intervention efforts
18    delayed in any way by your BOP intervention
19    efforts?
```

Page 484:21 to 484:24

```
00484:21      A.  I don't recall anything being delayed by
      22    the BOP intervention efforts.
      23      Q.  (By Mr. Phillips) Or by anything that
      24    occurred during the BOP intervention efforts?
```

Page 485:01 to 485:02

```
00485:01      A.  I don't recall anything being delayed by
      02    anything that happened during that time.
```

Page 485:06 to 486:21

```
00485:06  (Exhibit No. 10399 marked.)
      07      Q.  (By Mr. Phillips) This is a one-page --
      08    strike that -- a two-page document we've ident --
      09    marked as Exhibit No. 10399.  The control number
      10    on the first page is BP-HZN-2179MDL05749449.
      11        And the first E-mail at the top of the
      12    first page is an E-mail from Mr. Hughes to
      13    Alistair Murdoch, "Subject:  Oceaneering Flow
      14    meters."
      15        (Tendering.)
      16        Mr. Hughes, if you could take a -- a look
      17    at this document, and my first question will be
      18    whether you recognize it.
      19        (Discussion off the record.)
      20      A.  (Reviewing document.)  Yes, I've seen
      21    this before.
      22      Q.  (By Mr. Phillips) And is this an E-mail
      23    from you, the -- the first one at the top of the
      24    page, dated April 25th, to Alistair Murdoch?
      25      A.  I wrote an E-mail to Alistair Murdoch,
00486:01  yes.
      02      Q.  And who is Mr. Murdoch?
      03      A.  Alistair Murdoch, if I recall correctly,
      04    was -- led the Logistics Team at that time.
      05      Q.  Was he a BP employee?
      06      A.  He was a BP employee.
      07      Q.  And when you say "Logistics Team," could
      08    you just tell me generally what you mean by that
      09    term in the context of the Macondo Response
      10    efforts?
      11      A.  When I would speak to Alistair, it would
      12    be usually directed -- the conversation would be
      13    around how we would move things either to the
      14    offshore or back from the offshore.
      15      Q.  And you write in your E-mail:  "Per our
```

```
16   discussion."  What re -- what discussion are you
17   referring to in the E-mail?
18      A.  I don't recall what the discussion was.
19      Q.  The "Subject" of the E-mail is
20   "Oceaneering Flow meters," correct?
21      A.  That is what I forwarded on to him.
```

Page 487:05 to 487:12

```
00487:05      Q.  He says:  "We just received some
06   Fomenters" -- excuse me -- "Formenter" -- no,
07   "Fomenters," sorry.  F-o-m-e-n-t-e-r-s -- "with
08   laptops and hand held Flow meters from
09   Oceaneering."
10         Do you know what "Fomenters with laptops"
11   are that are being referred to here?
12      A.  I do not.
```

Page 487:19 to 488:04

```
00487:19      Q.  He also refers to "hand held Flow meters"
20   from Oceaneering.  Do you understand -- do you
21   have an understanding of what he means by "hand
22   held Flow meters"?
23      A.  I don't know what he meant by that.
24      Q.  Do you recall -- and I -- does this --
25   this E-mail that we just looked at, the first
00488:01   E-mail in this string, does this refresh your
02   recollection at all about the discussion that you
03   referenced in your E-mail?
04      A.  No.
```

Page 488:09 to 488:13

```
00488:09      Q.  (By Mr. Phillips) We have marked this
10   document as Exhibit No. 10400.  The -- it's
11   entitled "Deepwater Horizon BOP Historical
12   Timeline & Current Status."  The first -- there
13   are actually two Bates numbers.
```

Page 488:18 to 488:21

```
00488:18   I've been advised that of the two Bates
19   on the document I -- the -- the top one is to be
20   used here.  So it's -- the first page is
21   CAM_CIV_0102190.
```

Page 489:12 to 490:16

```
00489:12      Q.  (By Mr. Phillips) Mr. Hughes, I believe
13   that you saw a version of this document, if not
14   this document itself, yesterday during
```

```
15   questioning by Counsel for the PSC.  And I'm not
16   going to repeat -- I'm going to endeavor
17   earnestly not to repeat everything that was asked
18   you about it, but I just have a few questions.
19       Mr. Hughes, do you recognize the document
20   generally?
21       A.  I've seen a version of this document in
22   the past.
23       Q.  Okay.  And did you help to prepare the
24   document?
25       A.  No, I did not help prepare this document.
00490:01     Q.  The document states that -- you are
02   listed on the first page as one of the two
03   gentlemen who is the "Authority" for the
04   document.  Do you see that?
05       A.  My name is listed on the first page as an
06   "Authority."
07       Q.  And -- strike that.
08       Do you know who did draft this document?
09       A.  The names that are on here are Sean Hale,
10   Marcus Rose, and it appears to be signed by
11   someone with the last letter B, which would be
12   consistent with Mike "Byrd."
13       Q.  So you feel it's like -- are -- are you
14   saying that they did draft it, or you feel it's
15   likely that they drafted it?
16       A.  Their names are --
```

Page 490:18 to 490:18

```
00490:18     A.  -- on it.
```

Page 490:20 to 491:03

```
00490:20     Q.  (By Mr. Phillips) Hm, now, the document
21   states, at Page 102194, under "Purpose:"  "The
22   purpose of this document is to clearly depict the
23   historical events of all ROV interventions on the
24   Deepwater Horizon Blow Out Preventer (BOP)
25   following the MC252 Deepwater Horizon incident."
00491:01     Is it your understanding that this
02   document prepared by BP was intending -- intended
03   to be accurate in its depiction of those events?
```

Page 491:05 to 491:14

```
00491:05     A.  I believe that any BP employee that would
06   prepare a document would intend that the document
07   be accurate.
08       Q.  (By Mr. Phillips) And that would include
09   this document?
10       A.  It would include any document that had a
11   BP logo on it.
```

```
       12        Q.  Do you have any -- do you have any
       13   information yourself, Mr. Hughes, as that this
       14   document is inaccurate in any way?
```

Page 491:16 to 491:17

```
00491:16        A.  No, I don't have any information to
       17   suggest it's inaccurate.
```

Page 494:15 to 495:06

```
00494:15        Q.  (By Mr. Phillips) Do you recall that the
       16   first time -- you -- you -- you discussed
       17   yesterday with Counsel for the PSC the plumbing
       18   issue with regard to the -- that oc -- that
       19   occurred with regard to the test ram versus the
       20   middi -- middle variable pipe ram.  Do you recall
       21   that?
       22        A.  We discussed plumbing issues.
       23        Q.  Generally.
       24        A.  Yesterday.
       25        Q.  Do you recall that the ROV was replumbed
00495:01   to -- su -- such -- strike that.
       02             That the -- the BOP ROV panel was
       03   replumbed such that at -- at some point, such
       04   that the plumbing was corrected and the -- it
       05   was -- you were able to attempt to close the
       06   Middle Variable Bore Rams?
```

Page 495:08 to 495:20

```
00495:08        A.  We -- once we realized that we were
       09   pumping through a hot stab that did not go to the
       10   pipe rams, we cut the hose to the pipe rams and
       11   then hot-lined into it and provided hydraulics to
       12   the -- those pipe -- variable bore rams at a
       13   later time.
       14        Q.  (By Mr. Phillips) Okay.  And do you
       15   recall that on May 5th, 2010 there was an attempt
       16   to close the middle variable pipe rams with the
       17   ROV?
       18        A.  The record shows there was an attempt
       19   made on May 5th, 2010.  I don't recall that
       20   specific event.
```

Page 495:22 to 496:02

```
00495:22        Q.  (By Mr. Phillips) Okay.  Do you recall
       23   that the first time you tried to close the Middle
       24   Variable Bore Ram with the ROV after the
       25   procedure was undertaken that you just described
00496:01   to correct the plumbing, that the -- it
       02   immediately pressured up to 3500 psi?
```

Page 496:04 to 496:09

```
00496:04      A.  The record shows that.  I -- I don't
      05  recall that, sir.
      06      Q.  (By Mr. Phillips) Okay.  But you would
      07  agree the record does show that?
      08      A.  This document here, Box G, dated
      09  5/5/2010, indicates that.
```

Page 497:23 to 498:09

```
00497:23  The Box G that you just referenced in
      24  your testimony also states after it says:
      25  "Pressure up to 3500psi - no indication of
00498:01  movement."
      02          Do you see that:
      03      A.  I see that Box G says:  "Pressure up to
      04  3500psi - no indication of movement."
      05      Q.  And does the fact that the middle VBR
      06  immediately pressured up to 3,500 psi with no
      07  indication of movement indicate to you that the
      08  middle VBR was already closed as of May 5th,
      09  2010?
```

Page 498:12 to 498:18

```
00498:12      A.  My focus, sir -- I'm not a BOP expert.
      13  My focus was assisting -- my Team's focus was
      14  assisting to getting hydraulics to the -- to
      15  the -- to the ram itself.  And what happened
      16  after the hydraulics got there, I'm not smart
      17  enough to answer that question for you.  I'm not
      18  a BOP expert.
```

Page 499:10 to 499:18

```
00499:10      Q.  (By Mr. Phillips) So is -- is it correct
      11  that you don't know, one way or the other,
      12  whether the Middle Variable Bore Ram was closed
      13  as of May 5th, 2010?
      14      A.  Sir, I have no personal knowledge of
      15  whether that was closed or not.
      16      Q.  And you're not prepared to testify, as a
      17  BP Representative today, as to that subject?
      18  Is -- that's correct, isn't it?
```

Page 499:20 to 500:02

```
00499:20      A.  The scope I was prepared for for this
      21  deposition was the activation of how we
      22  activated and how we prepared for the activation
```

```
23    of those rams.
24        Q.  (By Mr. Phillips) If I could just direct
25    you to page -- the previous page of the document,
00500:01 which is 102195, this is entitled "Current
02    Status."
```

Page 501:15 to 501:25

```
00501:15      Q.  Okay.  And, again, pointing to the
16    "Component" column of the chart, do you see that,
17    on the left, and going down to the "Test Pipe
18    Rams" entry, it says, under "Current Position" is
19    "Closed - Took fluid and pressured up
20    successfully," and then under "Original
21    Position," it says "Open."
22              Do you see that?
23        A.  I see where the -- the -- the line
24    labeled "Test Pipe Rams," "Closed...," et cetera,
25    yes.
```

Page 503:01 to 503:17

```
00503:01      Q.  (By Mr. Phillips) Okay.  Do you have any
02    information as to the status of the various rams
03    and annulars in the BOP, whether they were open
04    or closed or partially closed, during the time
05    that you were participating in the ROV
06    intervention efforts from April 22nd through the
07    end of your efforts?
08        A.  I can't confirm the position of any of
09    them.  We -- we -- we were -- we felt like there
10    was movement on the casing shears.
11        Q.  On the casing shear rams, you felt there
12    was movement?
13        A.  Yes.
14        Q.  Do you recall knowing that there was
15    movement with regard to any other rams or
16    annulars?
17        A.  I don't recall any others.
```

Page 506:05 to 506:11

```
00506:05 MR. PHILLIPS:  I'd like to mark as
06    Exhibit 10401 a document we've included in our
07    binder at Tab 31, which is, I believe, another
08    iteration of the "Deepwater Horizon BOP
09    Historical Timeline & Current Status."  This
10    document bears control number, the first page,
11    BP-HZN-2179MDL05424340.
```

Page 506:14 to 506:19

```
00506:14      A.  (Reviewing document.)
```

```
15      Q.  (By Mr. Phillips) Mr. Hughes, is it
16  correct that this -- this appears to be a later
17  version, Version 4, which is dated June 9th,
18  2010, later, that is, than the document we looked
19  at which was Exhibit 10400?
```

Page 506:21 to 507:08

```
00506:21      A.  (Reviewing document.)  It appears to be a
22  similar document.  It is -- it is labeled under
23  "Document Control Number," it is a -- a number
24  that is -- looks to be the same.
25      Q.  (By Mr. Phillips) Right.  And you'll see
00507:01  this is dated, on the first page, Version 4,
02  June 9th, 2010.  Do you see that?
03      A.  I see it says:  "Rev" -- "Rev" "4,"
04  June 9, 2010.
05      Q.  And you're listed under the -- in the
06  "Authority" column on this first page as the
07  "Authority" for this version of this document; is
08  that correct?
```

Page 507:10 to 509:09

```
00507:10      A.  My name -- my name is on here as the
11  "Authority."
12      Q.  (By Mr. Phillips) If you could please
13  look at Page 4 of this document, that is
14  Bates-stamped number ending in 4343, please.
15      A.  Okay.
16      Q.  And looking at the -- this is the number
17  "2 Current Status" is a chart on this page; is
18  that correct?
19      A.  Number "2 Current Status" on Page 4343
20  has a chart under it, yes.
21      Q.  All right.  And then if you look on the
22  left-hand side, there's a -- the "Component"
23  column, and the third entry down in that column
24  is "Blind Shear Rams."
25      Is that correct?
00508:01      A.  This document appears to be different,
02  because this Page 4 of 4 shows "Jon Sprague" as
03  the "Authority" and Custody and Owner, and the
04  document labeled 10400 has "Mike Byrd / John
05  Hughes" as the "Authority" and "Sean Hale" and
06  "Marcus Rose" as the Custody and Owners.
07      Q.  Right.  But I'm -- I'm focusing on
08  Exhibit 10401.
09      A.  Okay.
10      Q.  Is that all right?
11  So if you look at Exhibit 10401, on
12  page -- the last Bates numbers are 2 -- 24343,
13  and you see on this exhibit that there's a chart
14  under "Current Status," and if you go to the
```

```
15    "Component" column, if you go to the third row
16    down, it says:  "Blind Shear Rams."
17          Are you with me?
18    A.  Under "Current Status," I see "Blind
19    Shear Rams," third line down.
20    Q.  Okay.  Right.  And then if you look at
21    the "Current Position" column, for the "Blind
22    Shear Rams," it's noted in the last sentence, it
23    says of that entry for "Blind Shear Rams," it
24    says:  "Confirmed fully closed with ROV
25    radiography survey."
00509:01          Do you see that?
02    A.  I see that written by the side of "Blind
03    Shear Rams."
04    Q.  Okay.  Was the -- are you familiar with
05    the "ROV radiography survey" which is referenced
06    in this column?
07    A.  We did do radiography surveys on behalf
08    of a Team of people that were leading that
09    effort.
```

Page 509:14 to 510:11

```
00509:14          Q.  (By Mr. Phillips) Were you able to
15    confirm that they were closed using the
16    radiography?
17    A.  Maybe I can answer the question
18    differently for you, just I --
19    Q.  Please.
20    A.  -- because I don't know where you're
21    going, but maybe I can help you.
22    Q.  I'm just trying to be -- ask a very
23    straightforward question, but if you --
24    A.  Right.
25    Q.  Please, go ahead.
00510:01    A.  John Hughes personally believes that we
02    closed the blind shear rams, or the -- sorry,
03    the -- correction, that we closed the casing
04    shear rams.  I was there.  I remember it
05    happening.  I remember that very clearly.
06          I don't remember what happened on any of
07    the other rams.  I cannot conjure that up in my
08    head.  I've tried to.
09          The -- the other -- all the other
10    positions of the other rams are recorded as a
11    matter of record in -- in BP documents.
```

Page 512:05 to 512:18

```
00512:05          Q.  Again, sir, I'm -- I'm -- I'm not sure
06    that we're communicating clearly.  I'm just
07    asking you whether you have any information based
08    either on your preparation for this deposition,
09    or your own personal knowledge, that would
```

```
10    indicate to you that the Company, BP, had -- that
11    there was anything inaccurate about the statement
12    in this document that says:  "Confirmed...closed
13    with ROV radiography..."?
14        A.  I have no information to suggest that
15    that infor -- that statement is incorrect --
16        Q.  M-h'm.
17        A.  -- personal knowledge, to confirm that
18    statement is incorrect.
```

Page 526:10 to 526:13

```
00526:10 Mr. Hughes, were there any resources that
11    you believed could have assisted you in measuring
12    the temperature of discharged fluids from the
13    well, that weren't made available to you?
```

Page 526:15 to 526:23

```
00526:15       A.  Sir, we were -- anything that we felt
16    would add value to help us stop the flow of that
17    well or collect data in any way, shape, or form,
18    we were ready to consider it and use it.
19        Q.  (By Mr. Phillips) And were -- did you
20    ever ask for any tools or devices or resources of
21    any kind that you wanted in order to use for
22    measuring the temperature of discharged fluids,
23    that you were not provided with?
```

Page 526:25 to 527:06

```
00526:25       A.  I don't recall ever being told I couldn't
00527:01 have a piece of -- a sensor that I had asked for,
02    I couldn't have it.
03        Q.  (By Mr. Phillips) Did you ever have
04    any -- did you ever believe that you did not have
05    sufficient ROVs to work with to -- in order to
06    take the necessary temperature readings?
```

Page 527:08 to 527:11

```
00527:08       A.  We had the capability to meet the demand
09    of the requests that were coming in from the
10    different parties that were asking for
11    temperature.
```

Page 529:11 to 529:15

```
00529:11       Q.  Do you have any knowledge about any
12    conduct on the part of Halliburton occurring
13    between April 22nd through September 19th
14    relating to any of the attempts to stop the flow
```

```
        15    of oil from the Macondo Well?
```

Page 529:18 to 530:09

```
00529:18        A.  I don't recall talking to or seeing any
      19    Halliburton people around, so I'm not capable of
      20    speaking specifically to the capabilities or the
      21    cooperation or the behaviors of Halliburton.
      22        Q.  (By Mr. Fleming) So you just have no
      23    knowledge one or the other?
      24        A.  I have no knowledge.
      25        Q.  Do you have any personal criticism of
00530:01    Halliburton's conduct as it related to anything
      02    involving the relief efforts?
      03        A.  I have no knowledge of Halliburton's
      04    involvement.
      05        Q.  In your involvement with respect to the
      06    relief efforts, did you hear of any criticisms by
      07    any party about Halliburton?
      08        A.  I don't recall any specific discussions
      09    that were held.
```

Page 530:21 to 531:06

```
00530:21        Q.  (By Mr. Fleming) Okay.  Now, Mr. Hughes,
      22    you've been designated by BP to talk about the
      23    efforts to intervene with the BOP to -- to stop
      24    the flow of oil, correct?
      25        A.  I've been asked to testify with respect
00531:01    to the efforts made by my Team on activating the
      02    BOP rams with hydraulics to stop the flow of oil.
      03        Q.  Okay.  That would include the use of the
      04    ROVs, correct?
      05        A.  We used ROVs to attempt to stop the flow
      06    of oil, as well.
```

Page 531:23 to 532:01

```
00531:23        Q.  (By Mr. Fleming) Those attempts were
      24    unsuccessful, the attempts that you used
      25    concerning the ROVs to activate the BOP were
00532:01    unsuccessful, correct?
```

Page 532:03 to 532:04

```
00532:03        A.  We did not stop the flow of oil using the
      04    ROVs.
```

Page 532:10 to 532:14

```
00532:10    Did any of the efforts that you took
      11    concerning the attempts to use the BOP to stop
```

```
12  the flow of oil, did any of your efforts in that
13  regard have an impact on the flow of oil, to your
14  knowledge?
```

Page 532:17 to 532:19

```
00532:17      A.  To my knowledge, the well continued to
18  blow out after we made all attempts to close the
19  rams on the BOP.
```

Page 532:22 to 533:03

```
00532:22  My question was:  Did your attempts have
23  any impact on the actual flow of oil?  Did it --
24  do you understand my question, sir?
25      A.  I'm not able to answer that question.  I
00533:01  don't know whether we influenced the flow of oil.
02      Q.  Okay.  So you don't know whether you
03  helped to increase it, decrease it, nothing?
```

Page 533:05 to 533:05

```
00533:05      Q.  (By Mr. Fleming) "Yes" or "No," sir?
```

Page 533:08 to 533:19

```
00533:08      A.  We weren't able to measure the flow of
09  oil, so I don't know whether we had any
10  appreciable impact on the flow of oil.
11      Q.  (By Mr. Fleming) Okay.  Was your Team
12  tasked with measuring the flow of oil?
13      A.  I had nothing to do with measuring the
14  flow of oil.
15      Q.  Did you have any information about what
16  the meas -- what the flow of oil was?
17      A.  I had noth -- no information about that.
18      Q.  Did you ask?
19      A.  It wasn't within my scope of activities.
```

Page 534:07 to 534:09

```
00534:07      Q.  (By Mr. Fleming) Did you ask?  "Yes" or
08  "No," sir?
09      A.  No.
```

Page 534:19 to 534:21

```
00534:19      Q.  (By Mr. Fleming) Do you believe that data
20  would have been made available to you had you
21  asked?
```

Page 534:23 to 535:05

```
00534:23        A.  I don't know.
      24        Q.  (By Mr. Fleming) Okay.  You stated
      25    that -- in the transcript, "Other people were
00535:01    tasked with measuring the flow of oil"?
      02        A.  I said other people were working on all
      03    kinds of other activities.
      04        Q.  Okay.  And one of those activities would
      05    be measuring the flow of oil, correct?
```

Page 535:07 to 535:14

```
00535:07        A.  I don't know that people were working on
      08    that.
      09        Q.  (By Mr. Fleming) Excuse me, sir.  You
      10    don't know that people were working to measure
      11    the flow of oil?  Is that your testimony, sir?
      12        A.  That's my testimony.
      13        Q.  You don't know anybody within BP who was
      14    tasked with measuring the flow of oil?
```

Page 535:16 to 535:17

```
00535:16        A.  I do not personally know of anybody that
      17    was working on that.
```

Page 536:22 to 537:05

```
00536:22        Q.  Okay, sir.  So, let's try this again.  My
      23    question was:  Would data pertaining to the exact
      24    rate that the well was flowing be useful to you
      25    in the attempts that you were trying to make to
00537:01    activate the BOP?
      02        A.  I don't know.
      03        Q.  Okay.  Would it have made a difference if
      04    the well was flowing, let's say, 50 barrels a day
      05    versus, say, 50,000 barrels a day?
```

Page 537:07 to 537:07

```
00537:07        A.  I don't know.
```

Page 537:09 to 537:16

```
00537:09        A.  I don't know.
      10        Q.  (By Mr. Fleming) You don't know the
      11    answer to that?  You're saying -- just so I am
      12    clear, you are the BP Representative, and you
      13    can't state on the record here today whether it
      14    would have made a difference if the well was
      15    flowing at 50 barrels a day versus 50,000 barrels
```

```
        16   a day?  Is that your testimony, sir?
```

Page 537:21 to 538:11

```
00537:21        A.  Sir, I'm not a BOP expert.  I don't
      22   understand the mechanics behind how rams move and
      23   don't move with respect to oil or no oil.  My job
      24   was to provide hydraulic power to the backside of
      25   those rams.
00538:01        Q.  (By Mr. Fleming) You stated that you were
      02   not the BOP expert, right?
      03        A.  I am not the BOP expert.
      04        Q.  Who was?
      05        A.  There were several BOP experts working on
      06   our Team.
      07        Q.  And who were those individuals?
      08        A.  We had individuals from Cameron, from
      09   Transocean, that were BOP experts.
      10        Q.  And did you talk with them and relate
      11   with them on a rail -- on a daily basis?
```

Page 538:13 to 538:22

```
00538:13        A.  I -- I talked to them.
      14        Q.  (By Mr. Fleming) Okay.  And did -- at any
      15   point during the activities that you were engaged
      16   with respect to trying to activate the BOP, did
      17   any of the BOP experts ask for data pertaining to
      18   what the rate of flow would have been?
      19        A.  I don't recall hearing any of those kind
      20   of discussions.
      21        Q.  Okay.  Now, the BOP intervention was
      22   unsuccessful.  We've established that, correct?
```

Page 538:24 to 538:25

```
00538:24        A.  We were unable to stop the flow of oil by
      25   using hydraulic means to close the rams.
```

Page 539:19 to 539:21

```
00539:19        Q.  -- I'm asking you and in your capacity as
      20   a BP Representative:  What would you have done
      21   differently, anything?
```

Page 539:23 to 540:15

```
00539:23        A.  I was tasked at the time to come in and
      24   help a Team that was coordinating an effort to
      25   close that BOP.  I followed the instructions.  I
00540:01   would not have changed my response to those
      02   instructions that I got from the -- the Team.
```

```
03        Q.  (By Mr. Fleming) Okay.  I'm sorry.
04   I'm -- I'm a little confused.  You're taking
05   instructions from your Team?
06        A.  It's -- BP had Representatives on the
07   Team.  I was the -- our Team was the mechanical
08   means of providing hydraulics to the BOP.
09        Q.  Sir, were you not in charge of your Team?
10        A.  I was in charge of my Team to provide the
11   hydraulics.
12        Q.  So you didn't give instructions?
13        A.  I did not set the priorities on how we
14   should react or what -- what we would do.
15        Q.  Who did?
```

Page 540:18 to 541:11

```
00540:18        Q.  (By Mr. Fleming) Who did?
19        A.  The organization and the priority setting
20   was -- ultimately came from the Unified Command.
21        Q.  Okay.  Do you know any individuals?
22        A.  I know lots of individuals.
23        Q.  I'm -- no, sir.  My question was:  Do you
24   know any individuals who were responsible for
25   those decisions, by name?
00541:01        A.  I don't recall who was down at Unified
02   Command representing the different parties.  I --
03   I think there was a -- the Leader was a Coast
04   Guard General -- or Admiral.
05        Q.  Okay.  But BP was involved in the Unified
06   Command, as well, correct?
07        A.  BP had Representatives at Unified
08   Command.
09        Q.  Okay.  So one of the people that would
10   have been tasked with making those decisions
11   would have been BP, correct?
```

Page 541:14 to 541:24

```
00541:14        A.  I don't know how decision-making was
15   handled at Unified Command.
16        Q.  (By Mr. Fleming) Well, sir, I thought you
17   just testified that you believed the Coast Guard
18   was one of those individuals at Unified Command,
19   correct?
20        A.  I said Coast Guard was at Unified
21   Command, and I believe that he was the Leader of
22   the Unified Command.
23        Q.  Okay.  But do you know anything about
24   BP's role in the Unified Area Command?
```

Page 542:01 to 542:06

```
00542:01        A.  I don't know how Unified Command worked.
```

```
02   I had no personal exposure to it whatsoever.
03       Q.  (By Mr. Fleming) Okay.  Do you believe
04   that there's anything that you could have done
05   that would have resulted in a successful
06   activation of the BOP?
```

Page 542:08 to 542:09

```
00542:08       A.  Sir, we did everything we could to close
09   that BOP.
```

Page 542:18 to 542:22

```
00542:18       Q.  (By Mr. Fleming) Sir, are you telling me
19   that you didn't have any second thoughts about
20   any of the procedures that you did when you were
21   out there in your role in trying to activate the
22   BOP?
```

Page 542:25 to 543:01

```
00542:25       Q.  (By Mr. Fleming) Is that what you're
00543:01   telling me, sir?
```

Page 543:04 to 543:14

```
00543:04       A.  My role was to follow through on the
05   priorities that were set by the Team in
06   activating the hydraulics on each of the rams as
07   the order was set up for us to do it.
08       Q.  (By Mr. Fleming) Okay.  So let's come at
09   it this way, sir:  You had a Team, right?
10       A.  There was a Team.
11       Q.  Okay.  How many people were on the Team?
12       A.  More than six.
13       Q.  Okay.  And you had regular conversations
14   with these six people, correct?
```

Page 543:16 to 543:20

```
00543:16       A.  I talked to some of those individuals.
17       Q.  (By Mr. Fleming) On a regular basis,
18   right?
19       A.  Can you define "regular"?
20       Q.  Daily.
```

Page 544:12 to 544:14

```
00544:12       Q.  (By Mr. Fleming) So a daily basis.
13       A.  I can't say that I talked to every one of
14   those individuals on a daily basis.
```

Page 544:23 to 545:12

```
00544:23      Q.  Let me -- let me try it again:  When
      24  did -- when was the decision made that no further
      25  attempts were going to be made to activate the
00545:01  BOP?  Do you recall?
      02      A.  I don't recall that decision ever being
      03  made.
      04      Q.  Okay.  But at a certain point, you didn't
      05  continue trying to activate the BOP, did you?
      06      A.  The record shows the last intervention we
      07  made in a ram was on May 5th.
      08      Q.  Okay.  So let's focus on the date May
      09  5th.  From the point of May 5th to, say, June
      10  5th, did you continue to have regular
      11  conversations with the six Members of your Team,
      12  "regular" being defined as daily?
```

Page 545:14 to 545:25

```
00545:14      A.  A large portion of those individuals were
      15  working on many tasks that we talked about from
      16  time to time related to the BOP.
      17      Q.  (By Mr. Fleming) Such as?
      18      A.  We discussed how to remove the flexible
      19  lines from the riser down to the choke and kill
      20  lines.  We discussed how to unbolt the flange.
      21  We discussed how to cut the riser.  Many things.
      22      Q.  Okay.  After May 5th, after the last
      23  intervention, did you have any discussions with
      24  any Members of your Team about why the
      25  interventions were not successful?
```

Page 546:02 to 546:08

```
00546:02      A.  I don't recall having any discussions
      03  with "the Team" after May 5th as to why we were
      04  unable to stop the flow of oil using the rams in
      05  the BOP.
      06      Q.  (By Mr. Fleming) Did you have any
      07  conversations with any individuals that were on
      08  that Team about that issue?
```

Page 546:10 to 547:02

```
00546:10      A.  I don't recall having any discussions
      11  with individuals on the Team about why we were
      12  unable to stop the flow of oil with the rams in
      13  the BOP.
      14      Q.  (By Mr. Fleming) So there was no
      15  discussion -- so just so I'm clear on this, sir:
      16  Your Team was tasked with trying to activate the
      17  BOP, correct?
```

```
      18          A.  My Team was tasked -- my Team was
      19    tasked --
      20          Q.  M-h'm.
      21          A.  -- with coming up with tools and
      22    hydraulics to follow the sequence of activities
      23    that were dictated by the larger Team --
      24          Q.  Okay.
      25          A.  -- to intervene in the stack and stop the
00547:01    flow of oil.
      02          Q.  And that was not successful, correct?
```

Page 547:04 to 547:06

```
00547:04          Q.  (By Mr. Fleming) Your efforts, your
      05    Team's efforts specifically, were not successful
      06    in shutting in the BOP, right?
```

Page 547:08 to 547:17

```
00547:08          A.  The Team, the bigger Team, was
      09    unsuccessful in stopping the flow of oil --
      10          Q.  (By Mr. Fleming) Okay.
      11          A.  -- through the stack using the rams in
      12    the BOP.
      13          Q.  Is it your testimony, sir, that after
      14    your final intervention attempt on May 5th, you
      15    never had any conversations with anyone on your
      16    Team about why those efforts were not successful?
      17    Is that your testimony, sir?
```

Page 547:20 to 547:22

```
00547:20          A.  I don't recall having any discussions
      21    with anybody on my Team about why those attempts
      22    to close the rams in the BOP were unsuccessful.
```

Page 548:02 to 548:04

```
00548:02          Q.  (By Mr. Fleming) Can you be clearer with
      03    your answers, sir?  Why did you not talk to your
      04    Team about why this was not successful?
```

Page 548:07 to 548:09

```
00548:07          A.  I was working on many other challenging
      08    issues at that time.  There was a lot going on,
      09    sir.
```

Page 549:03 to 549:11

```
00549:03    Am I correct that you're not a Drilling
      04    Engineer?
```

```
05      A.  I am not a Drilling Engineer.
06      Q.  And do you have any experience as a
07 Driller?
08      A.  I have no experience as a Driller.
09      Q.  You are, for lack of a better
10 description, a Production guy?  Is that a fair
11 characterization?
```

Page 549:13 to 549:23

```
00549:13      A.  I am a Subsea Construction guy.
14      Q.  (By Mr. Jones) Okay.  And when you say
15 "Subsea Construction," are you talking about
16 subsea construction in connection with
17 production?
18      A.  Subsea construct -- subsea construction
19 with respect to production equipment.
20      Q.  Okay.  And as a subsea construction guy,
21 you have little or no experience with drilling
22 BOPs.  Is that correct?
23      A.  I have little to no experience with BOPs.
```

Page 550:04 to 550:13

```
00550:04      Q.  Prior to arriving at the Crisis Center on
05 Thursday, April 22nd, 2010, your experience with
06 BOPs was, as you said, "next to nothing."  Is
07 that correct?
08      A.  I had been on drilling rigs and seen
09 BOPs.
10      Q.  But other than walking by them and
11 saying, "There's a BOP stack," that's the extent
12 of your experience?
13      A.  I had never worked on a BOP.
```

Page 550:25 to 551:03

```
00550:25      Q.  And so the possibility of damage to BOP
00551:01 rams or BOP packers, when operated in severe well
02 control conditions, that's not an area in which
03 you're familiar, either?
```

Page 551:08 to 551:13

```
00551:08      A.  I'm not familiar with how BOP rams might
09 be affected in a blowout situation.
10      Q.  (By Mr. Jones) Okay.  Now, prior to April
11 22nd, 2010, am I correct that you had never been
12 involved in controlling subsea blowout preventers
13 with an ROV?
```

Page 551:15 to 551:17

```
00551:15      A.  I had never been involved with directing
      16  or preparing an ROV to try to override a subsea
      17  blowout preventer ram.
```

Page 551:24 to 552:09

```
00551:24      Q.  (By Mr. Jones) But you personally have --
      25  were never involved in either directing or
00552:01  operating an ROV to interface with a BOP, prior
      02  to April 22nd, 2010?
      03      A.  I have never directed an ROV to interface
      04  with an ROV -- BOP prior to 2010.
      05      Q.  Okay.  So am I correct that ROV pump
      06  rates and pressures that are necessary to move a
      07  shuttle valve in a BOP Operating System, that's
      08  something that you had never dealt with or
      09  considered prior to April 22nd, 2010?
```

Page 552:11 to 552:12

```
00552:11      A.  I didn't even know a shuttle valve
      12  existed before April 2010.
```

Page 558:22 to 559:07

```
00558:22      Q.  Do you recall what he told you the
      23  purpose was of certain temperature
      24  measurements --
      25      A.  What I recall --
00559:01      Q.  -- or -- or efforts to obtain temperature
      02  measurements was?
      03      A.  What I recall was that we discussed them
      04  requiring temperature to assist in predicting
      05  erosion of the pipe, and there was some
      06  discussion about using temperature to predict the
      07  flow path through the BOP.
```

Page 559:14 to 560:17

```
00559:14  Do you recall, also, that you testified
      15  previously in this deposition about conversation
      16  you had with Daniel Gutierrez specifically with
      17  respect to your inquiry to him about the flow
      18  rates of the pumps on the ROVs?
      19      A.  I recall testifying that I had a
      20  conversation with Daniel Gutierrez about flow
      21  rates on pumps, yes.
      22      Q.  And do you recall that he provided you
      23  with an understanding of what the average or
      24  approximate average flow rates of the pumps on
      25  the ROVs was?
00560:01      A.  He -- he gave me an estimate of what he
```

```
02    thought pumps on ROVs would put out for a rate.
03        Q.  Was that specifically at your request?
04        A.  I asked him for a number.
05        Q.  And did you understand the number he gave
06    to you to represent the actual flow rates that
07    occurred during the course of the response?
08        A.  We had different pumps that were used
09    during the response, so this was an indicative
10    number of just roughly what the flow rates would
11    be.
12        Q.  And would it be your understanding that
13    the actual flow rates of specific pumps might
14    have been somewhere below or above the range that
15    he provided to you?
16        A.  It's possible that the pumps could have
17    put out more or less than that number.
```

## Page 561:13 to 563:19

```
00561:13        Q.  (By Mr. Sotsky) In preparing for your
14    deposition, you reviewed considerable material
15    and -- and records regarding the efforts to
16    actuate the BOP, correct?
17        A.  I reviewed materials prior to this
18    deposition.
19        Q.  All right.  And by your testimony in this
20    deposition, was it your intention to suggest that
21    the sequence of efforts that transpired, from the
22    first of the efforts to the last of the efforts,
23    was other than as reflected in the materials that
24    you brought and the -- the documents that you
25    reviewed?
00562:01        A.  The documents would more accurately
02    describe the sequence of activities than my
03    memory.
04        Q.  Okay.  So what I understand from that is
05    when answering a question, your memory may not
06    have been clear as the documents on which came
07    first, second, third, et cetera; is that correct?
08        A.  I tried to do my best from my memory to
09    remember what happened, and if I did not get it
10    right, the record would stand to be correct.
11        Q.  Okay.  And do you know of any instance
12    where any of the records relating to the efforts
13    of the Team to intervene and activate the BOP was
14    or is inaccurate or incorrect?
15        A.  I'm not aware of anything in the records
16    that are inaccurate or incorrect.
17        Q.  Okay.  I believe you testified that one
18    of your responsibilities was to supervise the
19    work being done or performed by the ROVs; is that
20    correct?
21        A.  I was the Team Leader for the work being
22    done by the -- the bulk of the ROVs.
23        Q.  Did you approve or know about or
```

```
        24   supervise every single task that was undertaken
        25   by the ROVs?
00563:01        A.  No, I did not supervise every task.
        02        Q.  Why not?
        03        A.  There was just too many tasks going on,
        04   and I had many other duties in addition to
        05   leading a Team looking after that effort.
        06        Q.  Who, if anyone, other than yourself,
        07   supervised the ROV work?
        08        A.  The prime Team Leaders other than myself
        09   were, for a time, Mike Byrd looked after the day
        10   shift, and then after he moved on, Daniel
        11   Gutierrez and -- and Eric Munstereifel were prime
        12   Team Leaders in looking after the work.
        13        Q.  For approximately how long did Mike Byrd
        14   supervise some of the ROV operations?
        15        A.  I believe Mike Byrd worked in the HIVE
        16   for about two weeks.
        17        Q.  And that would have been two weeks early
        18   on in this period of the BOP intervention
        19   efforts?
```

Page 563:21 to 564:03

```
00563:21        A.  It was early on, late April, early May.
        22        Q.  (By Mr. Sotsky) And did anyone else,
        23   other than the -- the three gentlemen you've just
        24   named, supervise the ROV work on behalf of BP, to
        25   the best of your knowledge and recollection?
00564:01        A.  They were the -- they were the Team
        02   Leaders.  There were other people there working
        03   with them and for them.
```

Page 570:22 to 572:07

```
00570:22        Q.  Okay.  Let -- let me show you now the --
        23   a document that we previly -- previously has
        24   marked as Exhibit 10402 and first ask if you've
        25   ever seen this document previously.
00571:01        A.  Yes, I've seen this during preparation
        02   for my deposition.
        03        Q.  Do you know what it is, Mr. Hughes?
        04        A.  It's a chart of temperature recorded on
        05   the 36-inch conductor, commencing July 20th,
        06   2010.  Across the bottom scale is time, and up
        07   the vertical scale, on the left, is temperature.
        08        Q.  And do you know when, approximately,
        09   these temperature measurements were taken?
        10        A.  I believe these were taken after the well
        11   was shut in, from the middle -- roughly, the
        12   middle of July until the middle of August.
        13        Q.  And I believe you testified already that
        14   the measurements were taken at the conductor
        15   casing on the BOP.  Is that correct?
```

```
16       A.  These were taken on the 36-inch conductor
17  on the wellhead, just above the seafloor.
18       Q.  Do you know what probe was used to obtain
19  these measurements?
20       A.  This was the same probe that we use for
21  all of our temperature measurements subsea.
22       Q.  Is that the probe that we -- you -- you
23  and Counsel have sometime referred to as the
24  "brick"?
25       A.  It is the probe that we sometimes refer
00572:01  to as the "brick."
02       Q.  Is it the same probe that was used to
03  obtain the temperature measurements taken from
04  the riser?
05       A.  It -- it is the same probe that we used
06  to take the temperature measurements on the
07  riser.
```

Page 573:16 to 573:20

```
00573:16  When you were just speaking with your
17  attorney, you mentioned that you spoke with
18  Gordon Birrell in preparation for your deposition
19  today; is that correct?
20       A.  I spoke to Gordon Birrell in preparation.
```

Page 575:21 to 576:06

```
00575:21     Q.  What did you discuss with Mr. Birrell
22  concerning the use of temperature measurements to
23  predict the flow path through the BOP?
24       A.  Nothing.  Just that it could be used for
25  that.
00576:01     Q.  Okay.  So you discussed two purposes:
02  One was to predict erosion, the other was to
03  predict the flow path through the BOP.  Were
04  there any other purposes of temperature
05  measurements that you discussed with Mr. Birrell?
06       A.  I recall those two only.
```

Page 576:09 to 576:09

```
00576:09  (Exhibit No. 10403 marked.)
```

Page 578:16 to 578:19

```
00578:16     Q.  (By Ms. King) That is an E-mail in your
17  binder in Tab 12?
18       A.  I -- I believe this is the one that we
19  did discuss.
```

Page 578:22 to 578:23

```
00578:22  MS. KING:  I'm going to mark this as
      23  Exhibit 10404.
```

Page 579:25 to 580:05

```
00579:25      Q.  (By Ms. King) Based on your conversation
00580:01  with Mr. Birrell, what was the context for this
      02  E-mail?
      03      A.  What I recall was him mentioning the
      04  issue of erosion, predicting erosion, and using
      05  temperature to predict the flow paths to the BOP.
```

Page 586:21 to 586:22

```
00586:21  document, sir, that's previously been marked in
      22   this case as Exhibit 9404.  It's the latest
```

Page 589:07 to 589:12

```
00589:07      Q.  You were asked by Counsel for
      08  Halliburton, "Who were the BOP experts?"  You
      09  mentioned there were BOP experts there from
      10  Cameron and from Transocean; is that correct?
      11      A.  Yes, there were BOP experts there from
      12  Cameron and Transocean.
```

Page 590:03 to 590:03

```
00590:03      Q.  (By Mr. Petosa) And if it is, sir, you
```

Page 590:05 to 590:13

```
00590:05  Were there any BP BOP experts?
      06      A.  The Lead person there for BP was Harry
      07  Thierens.
      08      Q.  Okay.  And Harry was the person who was
      09  supervising the original conference room when you
      10  came in on April 22nd of 2010 and -- and -- and
      11  initially supervising the HIVE until it was then
      12  taken over in a supervisory capacity by Mike
      13  Byrd, correct?
```

Page 590:15 to 590:23

```
00590:15      A.  Harry was the prime BP Representative for
      16  interventions on the BOP up until the activities
      17  ceased on trying to actuate rams on the BOP.
      18      Q.  (By Mr. Petosa) And in addition to being
      19  BP's main BOP expert, Harry Thierens was also
      20  supervising the conference room that you
      21  originally were located in when you came in and
```

```
        22   got involved in the response efforts on April
        23   22nd, 2010, correct?
```

Page 590:25 to 592:20

```
00590:25       A.  I don't know if I would say Harry was
00591:01   supervising the conference room.  Harry was the
        02   Lead -- I saw Harry as the Lead BP person there.
        03       Q.  (By Mr. Petosa) Okay.  And was he the
        04   Lead BP person when you moved from the conference
        05   room to the HIVE?
        06       A.  I saw Harry as the Lead BP person after
        07   we moved to the HIVE.
        08       Q.  And what role did Mike Byrd have when he
        09   got involved and worked and ultimately then
        10   replaced Harry Thierens, as you described?
        11       A.  Mike Byrd came in to work opposite Harry
        12   on nights while we were in the original
        13   conference room.  He continued in that role for a
        14   period of time until Harry moved on to do other
        15   things, and then he worked with me in the HIVE
        16   for a period of time.
        17       Q.  And he worked with you in what capacity
        18   in the HIVE?
        19       A.  Helped direct response efforts that we
        20   did from within the HIVE.
        21       Q.  Including directing response efforts in
        22   attempting to actuate the BOP through ROVs,
        23   correct, sir?
        24       A.  Mike was involved in working up solutions
        25   for us to activate the rams on the BOP.
00592:01       Q.  From when he got involved in the response
        02   efforts, was Mike involved in those efforts; that
        03   is, to actuate the rams on the BOP?
        04       A.  Mike was there at night at the beginning,
        05   and I was there at the day in the beginning.  So
        06   I don't know exactly what Mike did at night, but
        07   my understanding was Mike was Harry's stand-in at
        08   night.
        09       Q.  And was Harry during the day, when you
        10   were there, involved in the efforts to actuate
        11   the rams on the BOP?
        12       A.  Harry was involved during the day.
        13       Q.  And is it your understanding that Mike
        14   Byrd in that same capacity op -- excuse me,
        15   operated in that same capacity at night in place
        16   of Harry Thierens?
        17       A.  I was never there with Mike at night, so
        18   I never saw exactly what Mike did, but my
        19   understanding was Mike was the stand-in for Harry
        20   at night.
```

Page 593:24 to 594:19

```
00593:24      Q.  Okay.  You mentioned earlier, sir, in
      25  response to questions that for the DEEPWATER
00594:01  HORIZON response, there were -- you identified
      02  three individuals that were in charge of Source
      03  Control:  Paul Sullivan, Perry Hill, and William
      04  Broman.  Did I say that correctly?
      05      A.  William Broman.
      06      Q.  Okay.  Were those three individuals BP
      07  employees?
      08      A.  Those three individuals were BP
      09  employees.
      10      Q.  Okay.  And did you have interactions with
      11  those three individuals that were overseeing or
      12  in charge of Source Control for BP with respects
      13  to the DEEPWATER HORIZON response relative to
      14  your responsibilities in -- in attempting to
      15  actuate the BOP?
      16      A.  I had interactions with those
      17  individuals.  Their roles were to help set
      18  priorities for the work that was accomplished on
      19  all the Source Control activities.
```

Page 598:05 to 598:17

```
00598:05      Q.  (By Mr. Petosa) Sir, I'm going to hand
      06  you what's been marked as Exhibit 10397.  It's
      07  the "Deepwater Horizon Forward Plan BOP Stack
      08  Intervention Procedures," you talked about this
      09  for Counsel for Transocean, dated the April 26th
      10  of 2010.  It has you listed as "Custodian/Owner."
      11          And I would like to talk to you about the
      12  second "Note," the writ -- the portion in "Note,"
      13  but the second portion in handwriting, and it
      14  says" "Lower Annular" -- "Not Specifically
      15  Approved Closure of Lower Annular> Lower Annular
      16  Procedure Approved," then "LH," Lars Herbst,
      17  "4/30/10."
```

Page 598:19 to 598:24

```
00598:19      Q.  Do you know, sir, if there was a delay in
      20  the approval of the plan to close or shut in the
      21  lower annular on the DEEPWATER HORIZON BOP
      22  because of concerns about its ability, by way of
      23  its pressure rating, to withstand the flow of the
      24  Macondo Well?
```

Page 599:01 to 599:17

```
00599:01      A.  In the sequence of discussions that we
      02  had that was presented to me with respect to how
      03  we would approach each one of these rams, the
      04  annulars were -- were later on in our response.
```

```
05   And not being a BOP expert, I'm not able to give
06   you any technical information as to -- from my
07   personal knowledge as to what these rams were all
08   about, or these annulars are all about.
09        Q.  (By Mr. Petosa) I'm not asking for your
10   personal knowledge, sir.  I'm asking you as BP's
11   Corporate Designee, and I'm specifically asking
12   you -- I'll repeat my question:  Do you know if
13   there was a delay in approval of the plan to shut
14   in the lower annulars on the DEEPWATER HORIZON
15   BOP because of concerns about the pressure rating
16   of the lower annular relative to the flow of the
17   Macondo Well post-blowout?
```

Page 599:20 to 599:23

```
00599:20        A.  I'm not sure why Mr. Herbst chose to put
21   this note here and delay his approval for the
22   lower annular procedure until 4/30.
23        Q.  (By Mr. Petosa) Thank you, sir.
```

Page 600:03 to 600:19

```
00600:03   marked.  The first document in Tab 2 has been
04   marked as Exhibit 10361.
05             And there's two different iterations of
06   this document that's been marked today, one as
07   Exhibit 10400, and one as Exhibit 10401.  I'm
08   going to hand you both of those, and refer you on
09   all three documents, sir, to the portion that's
10   under No. 3, "Current Status" on Exhibit 10361.
11   It's located at Bates -- BP Bates ending in
12   22231.
13             And on Exhibit 10400, I refer you to the
14   same section under "Current Status," the chart
15   that's BP Bates ending in -- I'm sorry, Bates
16   ending in 102195.
17             And I'd like to refer you on
18   Exhibit 10401 to that same chart, Bates ending in
19   424343.
```

Page 601:10 to 601:17

```
00601:10        Q.  (By Mr. Petosa) Would you agree that all
11   three of the charts on ex -- on the exhibits,
12   Exhibits 10361, 10400, and 10401, all note that
13   the "Original Position" of the "Middle Pipe Rams"
14   was "Partially Closed"?
15        A.  All three documents say the "Middle Pipe
16   Rams" were "Partially Closed" under the "Original
17   Position" column.
```

Page 602:01 to 602:06

```
00602:01        Q.  (By Mr. Petosa) Okay.  And as BP's
      02   Corporate Designee, sir, can you tell me what
      03   timeframe "Original Position" stands for when it
      04   says on all three of these charts that the
      05   "Original Position" of the "Middle Pipe Rams" was
      06   "Partially Closed"?
```

Page 602:09 to 602:10

```
00602:09        A.  I -- I do not know what it meant, nor the
      10   timeframe.
```

Page 603:01 to 603:06

```
00603:01        Q.  (By Mr. Petosa) Sir, as BP's Corporate
      02   Designee, can you tell me if the fact that the
      03   middle pipe rams being partially closed as the
      04   well was flowing, that is, the Macondo Well was
      05   flowing through the BOP, if that caused wear or
      06   erosion up the middle pipe ram seals?
```

Page 603:14 to 603:20

```
00603:14        A.  I do not know.
      15        Q.  (By Mr. Petosa) You would agree, sir,
      16   that the middle pipe rams -- we talked about this
      17   earlier, I believe it was yesterday, the middle
      18   pipe rams would have had seals on them, so when
      19   they shut in, they seal -- attempt to seal in the
      20   well, correct?
```

Page 603:22 to 604:11

```
00603:22        A.  My understanding is a BOP variable bore
      23   ram would have seals on them.
      24        Q.  (By Mr. Petosa) And, also, you indicated,
      25   as BP's Corporate Designee, that there was
00604:01   concern in the BOP Intervention Team, the larger
      02   Team you've mentioned, that the flowing oil, the
      03   heat from the flowing oil -- oil could damage the
      04   seals in the BOP, correct?
      05        A.  I -- I remember discussion that hot oil
      06   could damage rubbers in the BOP.
      07        Q.  And can you tell me, sir, as BP's
      08   Corporate Designee, if the hot oil flowing
      09   through the BOP, once the blowout occurred in the
      10   Macondo Well, damaged the seals of the middle
      11   pipe rams?
```

Page 604:15 to 604:16

```
00604:15      A.  I do not know the condition of the seals
      16  of the middle pipe rams.
```

Page 605:10 to 605:21

```
00605:10      Q.  (By Mr. Petosa) And, sir, would you
      11  agree, that even though the -- the "Current
      12  Status" chart of all three of these exhibits,
      13  Exhibit 10361, 10400, and 10401, note that some
      14  of the annulars and rams were closed, none of
      15  them stopped the Macondo Well from flowing
      16  through the BOP, correct?
      17      A.  None of them stopped the oil from flowing
      18  through the BOP.
      19      Q.  And so would you agree, sir, that the
      20  efforts, the intervention efforts on the BOP to
      21  shut in the well were not successful?
```

Page 605:23 to 605:24

```
00605:23      A.  Our efforts to close the rams and stop
      24  the flow of oil did not stop the flow of oil.
```

Page 607:01 to 607:06

```
00607:01      Q.  (By Mr. Petosa) As BP's Corporate
      02  Designee, sir, can you tell me if Mike Byrd
      03  shared the results of the exercise that he
      04  conducted in November of 2001 about the ability
      05  to close the shear rams in an ROV without further
      06  damage to the BOP in a flowing deepwater well?
```

Page 607:09 to 607:21

```
00607:09      A.  I have no knowledge of how this was
      10  shared by Mike Byrd.
      11      Q.  (By Mr. Petosa) I'm asking you as BP's
      12  Corporate Designee, sir, not from your own
      13  personal knowledge.
      14          Are you aware, as BP's Corporate
      15  Designee, if the information obtained from this
      16  November of 2001 exercise conducted by Mike Byrd
      17  and his Team, regarding the ability to close the
      18  shear rams in a BOP through ROV override, with a
      19  flowing deepwater well, without further damage to
      20  the BOP, was known to Representatives of BOP
      21  before the DEEPWATER HORIZON blowout occurred?
```

Page 608:02 to 608:07

```
00608:02      A.  I'm not aware of how this was shared.
      03      Q.  Okay.  Would you agree, sir, that BP
```

```
       04    should have been aware about what the abilities
       05    were of its ROVs to shut in a deepwater well
       06    through a BOP with ROV override in the face of a
       07    blowout prior to the DEEPWATER HORIZON blowout?
```

Page 608:10 to 608:21

```
00608:10         A.  Sir, I'm -- I'm not an expert on what
       11    planning went into preparing for wells, prior to
       12    them being drilled by the Wells Team, or by the
       13    Regulatory Agencies.  That's not something that I
       14    have knowledge about.
       15         Q.  But, sir, you're here as BP's Corporate
       16    Designee on the BOP intervention, that is, the
       17    BOP intervention on the DEEPWATER HORIZON
       18    blowout.  And I'm asking you, sir:  Was BP aware
       19    of its capabilities, relative to the ability of
       20    ROVs to shut in a BOP in the face of a deepwater
       21    blowout, prior to the DEEPWATER HORIZON blowout?
```

Page 608:24 to 609:06

```
00608:24         A.  I don't know what the Wells Team had or
       25    how they were prepared, going into the drilling
00609:01    of a well.
       02         Q.  Should -- would you agree, sir, that the
       03    Wells Team should have been aware of what the
       04    capabilities were of ROVs to shut in the
       05    DEEPWATER HORIZON blow -- BOP in the face of a
       06    blowout?
```

Page 609:09 to 609:16

```
00609:09         A.  I don't know enough about that particular
       10    phase of the operation to make those kind of
       11    comments.
       12         Q.  (By Mr. Petosa) And as BP's Corporate
       13    Designee, you can't tell me what the plan was, if
       14    any, by BP, to shut in the BOP in the face of a
       15    blowout at the Macondo Well before the blowout
       16    occurred, correct?
```

Page 609:19 to 609:24

```
00609:19         A.  I don't know what preparation work was
       20    done prior to the wells being drilled, or what
       21    the Wells Team had at their disposal during the
       22    drilling of a well.
       23         Q.  (By Mr. Petosa) You don't know if there
       24    was even a plan in place at all, do you, sir?
```

Page 610:05 to 610:08

```
00610:05      A.  I do not know what they had at their
      06 disposal.
      07      Q.  (By Mr. Petosa) You don't know if there
      08 was a plan in place, do you, sir?
```

Page 610:13 to 610:14

```
00610:13      A.  I do not know what preparation work was
      14 done by that -- by those other Teams.
```

Page 610:22 to 611:02

```
00610:22      Q.  (By Mr. Petosa) You are BP's Corporate
      23 Designee on the BOP intervention, sir.  Would you
      24 agree that BP should have been aware of
      25 literature regarding the ability of BOPs to
00611:01 operate as intended in the face of a blowout
      02 prior to the DEEPWATER HORIZON blowout?
```

Page 611:05 to 611:11

```
00611:05      A.  Sir, my understanding is I came here to
      06 assist you with information regarding what
      07 happened in our attempts to intervene into the
      08 BOP after the blowout.  What happened before, in
      09 preparation work, and the plans that were put in
      10 place, I am not an expert, nor do I understand
      11 what was done.
```

Page 618:02 to 618:08

```
00618:02      Q.  As BP's Corporate Designee, sir, you
      03 can't tell me if -- if any of the findings or
      04 recommendations or limitations set forth in the
      05 March 2003 WEST Engineering Report that's
      06 previously been marked as Exhibit 3624 were
      07 applied during the BOP interventions in response
      08 to the DEEPWATER HORIZON blowout, correct, sir?
```

Page 618:10 to 618:19

```
00618:10      A.  I have no knowledge of anyone that I
      11 worked with during the response ever having seen
      12 a document like this during the -- during the
      13 interventions.
      14      Q.  (By Mr. Petosa) And you can't tell me,
      15 sir, as BP's Designee, whether the
      16 recommendations from Mr. Byrd's PREP Exercise in
      17 November of 2001 were applied by BP with respects
      18 to the BOP interventions, in response to the
      19 DEEPWATER HORIZON blowout, correct, sir?
```

Page 618:21 to 619:09

```
00618:21      A.  What recommendations are you referring
      22  to?
      23      Q.  (By Mr. Petosa) At the bottom, sir, under
      24  "Issues," I want you to start with "The safest
      25  scenario..."
00619:01      A.  (Reviewing document.)  I -- I have no
      02  knowledge of how people may have used this in
      03  preparation for planning for any type of
      04  incident.
      05      Q.  You can't tell me if this -- this
      06  exercise in totality in November of 2001, done by
      07  BP employees, was considered at all by BP with
      08  respect to the BOP interventions in response to
      09  the DEEPWATER HORIZON blowout, correct, sir?
```

Page 619:11 to 619:19

```
00619:11      A.  I have not seen this document before, and
      12  Mike Byrd never discussed this document with me.
      13      Q.  (By Mr. Petosa) And so I'm asking my
      14  question again, sir:  You cannot tell me, as BP's
      15  Corporate Designee, whether the November of 2001
      16  exercise performed by Mr. Byrd, and others, on
      17  behalf of BP, was considered by BP, with respect
      18  to the BOP interventions in response to the
      19  DEEPWATER HORIZON blowout?
```

Page 619:21 to 619:22

```
00619:21      A.  I have no personal knowledge that --
      22  that -- that this was considered --
```

Page 619:24 to 620:04

```
00619:24      A.  -- during the response while out there.
      25      Q.  And as BP's Corporate Designee, you can't
00620:01  point me to anything else to tell us whether or
      02  not this exercise was considered with respects to
      03  the BOP interventions done in response to the
      04  DEEPWATER HORIZON blowout, correct, sir?
```

Page 620:06 to 620:10

```
00620:06      A.  In my preparation for this deposition, we
      07  didn't consider what might happen in terms of
      08  planning going into an incident.
      09      Q.  And so you can't even tell me if there
      10  was a plan at all, correct, sir?
```

Page 620:15 to 620:20

```
00620:15        A.  I was not briefed by our Wells Team on
      16   what their plans were on -- or what they had
      17   agreed to with the regulatory agencies.
      18        Q.  And while you were involved in the BOP
      19   intervention, you weren't briefed by them,
      20   either, were you, sir?
```

Page 620:23 to 620:25

```
00620:23        A.  There was no reason for anyone to brief
      24   me on those types of things during my response
      25   activities.
```